# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO–1)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted. |
| **Feb 22, 2012** |
| CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 11–01211 | Olson et al v. Jew et al |
| AZ | 2 | 12–00137 | Gonzales et al v. Johnson &Johnson et al |
| **ARKANSAS EASTERN** | | | |
| ARE | 3 | 11–00276 | Forester et al v. Johnson &Johnson Inc et al |
| **ARKANSAS WESTERN** | | | |
| ARW | 4 | 11–04109 | Cole et al v. Ethicon, Inc. et al |
| ~~ARW~~ | ~~4~~ | ~~11–04123~~ | ~~Stout et al v. Ethicon, Inc. et al~~   Opposed 02/22/12 |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 11–09525 | Patricia Tyler v. Ethicon Inc et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 11–01953 | Chandlee et al v. Johnson &Johnson et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 1 | 11–00163 | YOUNG v. Johnson &Johnson et al |
| GAM | 1 | 12–00002 | JOHNSON et al v. ETHICON INC et al |
| GAM | 3 | 11–00175 | TEASLEY et al v. ETHICON INC et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 11–04436 | Moreland et al v. Johnson &Johnson et al |
| GAN | 1 | 12–00125 | Freeman et al v. Ethicon, Inc. et al |
| GAN | 2 | 12–00002 | Sikes et al v. Ethicon, Inc. et al |
| GAN | 3 | 12–00003 | Saurino et al v. Johnson &Johnson et al |
| **ILLINOIS CENTRAL** | | | |

ILC 3 10–03272 Nieders et al v. Johnson &Johnson et al

KENTUCKY WESTERN

 KYW 4 12–00002 Ashby et al v. Ethicon, Inc. et al
 KYW 4 12–00003 Laffoon v. Ethicon, Inc. et al

LOUISIANA EASTERN

 LAE 2 11–02933 Clayton et al v. Ethicon Inc et al
 LAE 2 12–00038 Exposito v. Johnson &Johnson, Inc. et al

LOUISIANA WESTERN

 LAW 3 12–00190 Pilgreen et al v. Johnson &Johnson Inc et al
 LAW 3 12–00191 Bennett v. Johnson &Johnson Inc et al

MICHIGAN EASTERN

 MIE 2 12–10071 Powell vs. Ethicon, Inc.

MINNESOTA

 MN 0 11–03722 Newman et al v. Ethicon, Inc. et al
 MN 0 12–00070 Johnson v. Ethicon, Inc. et al

MISSISSIPPI NORTHERN

 MSN 1 12–00003 Wheeler v. Johnson &Johnson et al

MISSOURI WESTERN

 ~~MOW~~ ~~3~~ ~~12–05017~~ ~~Malcolm v. Boston Scientific Corporation et al~~ Opposed 02/17/12
 ~~MOW~~ ~~3~~ ~~12–05018~~ ~~Hartman Hagensicker v. Boston Scientific Corporation et al~~ Opposed 02/17/12
 MOW 4 12–00067 Copelin et al v. Johnson &Johnson et al
 MOW 4 12–00135 Miracle v. Johnson &Johnson et al
 MOW 4 12–00194 Williams v. Ethicon, Inc. et al
 MOW 4 12–00195 Thurston v. Ethicon, Inc. et al

OHIO NORTHERN

 OHN 5 11–02676 Stallman et al v. Ethicon, Inc et al
 OHN 5 12–00128 Patterson v. Ethicon, Inc. et al

OHIO SOUTHERN

 OHS 2 12–00022 Lucas v. Ethicon, Inc. et al
 OHS 2 12–00066 McGrew et al v. Ethicon, Inc. et al

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 11−07507 | LESTER et al v. ETHICON, INC. et al |
| PAE | 2 | 11−07508 | CONTI v. ETHICON, INC. et al |
| PAE | 2 | 11−07638 | LEHMAN v. ETHICON, INC. et al |

## TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 11−00366 | Hooper et al v. Ethicon, Inc. et al |
| TNE | 2 | 12−00014 | Thomas v. Ethicon, Inc. et al |

## TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 1 | 11−00702 | Feidler et al v. Johnson &Johnson, Inc et al |
| TXE | 4 | 11−00813 | Thomas, et al v. Ethicon, Inc. et al |

## TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| ~~TXS~~ | ~~4~~ | ~~12−00339~~ | ~~Poole et al v. Ethicon, Inc. et al~~ | Opposed 02/15/12 |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to: JPMLCMDECF                                    02/22/2012 08:57 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 2/22/2012 at 8:56 AM EST and filed on 2/22/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | LESTER et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:11-cv-07507 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CONTI v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:11-cv-07508 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Moreland et al v. Johnson & Johnson et al |
| **Case Number:** | GAN/1:11-cv-04436 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Saurino et al v. Johnson & Johnson et al |
| **Case Number:** | GAN/3:12-cv-00003 |
| **Filer:** | |
| **Document** | No document attached |

**Number:**

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | LEHMAN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:11-cv-07638 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Clayton et al v. Ethicon Inc et al |
| **Case Number:** | LAE/2:11-cv-02933 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in**

GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Laffoon v. Ethicon, Inc. et al |
| **Case Number:** | KYW/4:12-cv-00003 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in

MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| Case Name: | TEASLEY et al v. ETHICON INC et al |
| Case Number: | GAM/3:11-cv-00175 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in

TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | McGrew et al v. Ethicon, Inc. et al |
| **Case Number:** | OHS/2:12-cv-00066 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Cole et al v. Ethicon, Inc. et al |
| **Case Number:** | ARW/4:11-cv-04109 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Sikes et al v. Ethicon, Inc. et al |
| **Case Number:** | GAN/2:12-cv-00002 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| Case Name: | Patricia Tyler v. Ethicon Inc et al |
|---|---|
| Case Number: | CAC/2:11-cv-09525 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| Case Name: | YOUNG v. Johnson & Johnson et al |
|---|---|
| Case Number: | GAM/1:11-cv-00163 |
| Filer: | |
| Document | No document attached |

**Number:**

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Lucas v. Ethicon, Inc. et al |
| **Case Number:** | OHS/2:12-cv-00022 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAM/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Nieders et al v. Johnson & Johnson et al |
| **Case Number:** | ILC/3:10-cv-03272 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in

GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in
GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in
ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in
LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in
LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in
MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in
MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in
MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in
OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in
PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in
TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Chandlee et al v. Johnson & Johnson et al |
| **Case Number:** | FLM/6:11-cv-01953 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)
Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in
ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in
CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in
GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in
GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in
ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in
LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in
LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in

MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Johnson v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-00070 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in

TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Olson et al v. Jew et al |
| **Case Number:** | AZ/2:11-cv-01211 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Thurston v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00195 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Newman et al v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:11-cv-03722 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Ashby et al v. Ethicon, Inc. et al |
| **Case Number:** | KYW/4:12-cv-00002 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Miracle v. Johnson & Johnson et al |
| **Case Number:** | MOW/4:12-cv-00135 |
| **Filer:** | |
| **Document** | No document attached |

**Number:**

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Copelin et al v. Johnson & Johnson et al |
| **Case Number:** | MOW/4:12-cv-00067 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAM/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Stallman et al v. Ethicon, Inc et al |
| **Case Number:** | OHN/5:11-cv-02676 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in**

GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Pilgreen et al v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/3:12-cv-00190 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in

MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Forester et al v. Johnson & Johnson Inc et al |
| **Case Number:** | ARE/3:11-cv-00276 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 21 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in**

TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Wheeler v. Johnson & Johnson et al |
| **Case Number:** | MSN/1:12-cv-00003 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Bennett v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/3:12-cv-00191 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">**\*\*\*TEXT ONLY ENTRY\*\*\***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Hooper et al v. Ethicon, Inc. et al |
| **Case Number:** | TNE/1:11-cv-00366 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| Case Name: | Patterson v. Ethicon, Inc. et al |
|---|---|
| **Case Number:** | OHN/5:12-cv-00128 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| Case Name: | Thomas, et al v. Ethicon, Inc. et al |
|---|---|
| **Case Number:** | TXE/4:11-cv-00813 |
| **Filer:** | |
| **Document** | No document attached |

**Number:**

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Powell vs. Ethicon, Inc. |
| **Case Number:** | MIE/2:12-cv-10071 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | JOHNSON et al v. ETHICON INC et al |
| **Case Number:** | GAM/1:12-cv-00002 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in**

GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in
GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in
ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in
LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in
LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in
MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in
MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in
MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in
OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in
PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in
TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Exposito v. Johnson & Johnson, Inc. et al |
| **Case Number:** | LAE/2:12-cv-00038 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1)
Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in
ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in
CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in
GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in
GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in
ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in
LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in
LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in

MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Williams v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00194 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in

TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Gonzales et al v. Johnson & Johnson et al |
| **Case Number:** | AZ/2:12-cv-00137 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 11 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Thomas v. Ethicon, Inc. et al |
| **Case Number:** | TNE/2:12-cv-00014 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Feidler et al v. Johnson & Johnson, Inc et al |
| **Case Number:** | TXE/1:11-cv-00702 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Freeman et al v. Ethicon, Inc. et al |
| **Case Number:** | GAN/1:12-cv-00125 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 02/22/2012. Please see pleading (27 in ARE/3:11-cv-00276, 27 in ARW/4:11-cv-04109, 27 in AZ/2:11-cv-01211, 3 in AZ/2:12-cv-00137, 27 in CAC/2:11-cv-09525, 27 in FLM/6:11-cv-01953, 27 in GAM/1:11-cv-00163, 4 in GAM/1:12-cv-00002, 21 in GAM/3:11-cv-00175, 4 in GAN/1:11-cv-04436, 3 in GAN/1:12-cv-00125, 4 in GAN/2:12-cv-00002, 4 in GAN/3:12-cv-00003, 27 in ILC/3:10-cv-03272, 4 in KYW/4:12-cv-00002, 4 in KYW/4:12-cv-00003, 27 in LAE/2:11-cv-02933, 11 in LAE/2:12-cv-00038, 3 in LAW/3:12-cv-00190, 3 in LAW/3:12-cv-00191, [137] in MDL No. 2327, 3 in MIE/2:12-cv-10071, 11 in MN/0:11-cv-03722, 3 in MN/0:12-cv-00070, 3 in MOW/4:12-cv-00067, 3 in MOW/4:12-cv-00135, 3 in MOW/4:12-cv-00194, 3 in MOW/4:12-cv-00195, 16 in MSN/1:12-cv-00003, 24 in OHN/5:11-cv-02676, 3 in OHN/5:12-cv-00128, 3 in OHS/2:12-cv-00022, 3 in OHS/2:12-cv-00066, 29 in PAE/2:11-cv-07507, 30 in PAE/2:11-cv-07508, 21 in PAE/2:11-cv-07638, 27 in TNE/1:11-cv-00366, 3 in TNE/2:12-cv-00014, 27 in TXE/1:11-cv-00702, 21 in TXE/4:11-cv-00813).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF   to:  JPMLCMDECF                                    02/22/2012 08:55 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 2/22/2012 at 8:53 AM EST and filed on 2/22/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | [MDL No. 2327](#) |
| **Filer:** | |
| **Document Number:** | [137](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is**

lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CONTI v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:11-cv-07508 |
| **Filer:** | |
| **Document Number:** | 30 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Saurino et al v. Johnson & Johnson et al |
| **Case Number:** | GAN/3:12-cv-00003 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in*

*AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Clayton et al v. Ethicon Inc et al |
| **Case Number:** | LAE/2:11-cv-02933 |
| **Filer:** | |
| **Document Number:** | 27 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Laffoon v. Ethicon, Inc. et al |
| **Case Number:** | KYW/4:12-cv-00003 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | YOUNG v. Johnson & Johnson et al |
| **Case Number:** | GAM/1:11-cv-00163 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in*

*GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Lucas v. Ethicon, Inc. et al |
| **Case Number:** | OHS/2:12-cv-00022 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Chandlee et al v. Johnson & Johnson

**Case Name:** et al

**Case Number:** FLM/6:11-cv-01953

**Filer:**

**Document Number:** 27

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s) *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** Olson et al v. Jew et al

**Case Number:** AZ/2:11-cv-01211

**Filer:**

**Document Number:** 27

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s) *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in***

*MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Newman et al v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:11-cv-03722 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Miracle v. Johnson & Johnson et al |
| **Case Number:** | MOW/4:12-cv-00135 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** Copelin et al v. Johnson & Johnson et al

**Case Number:** MOW/4:12-cv-00067

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in*

*PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Stallman et al v. Ethicon, Inc et al |
| **Case Number:** | OHN/5:11-cv-02676 |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Pilgreen et al v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/3:12-cv-00190 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Wheeler v. Johnson & Johnson et al |
| **Case Number:** | MSN/1:12-cv-00003 |
| **Filer:** | |
| **Document Number:** | 16 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in*

*TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Bennett v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/3:12-cv-00191 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Hooper et al v. Ethicon, Inc. et al |
| **Case Number:** | TNE/1:11-cv-00366 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25*

*in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | JOHNSON et al v. ETHICON INC et al |
| **Case Number:** | GAM/1:12-cv-00002 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 25 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Exposito v. Johnson & Johnson, Inc. et al |
| **Case Number:** | LAE/2:12-cv-00038 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Thomas v. Ethicon, Inc. et al |
| **Case Number:** | TNE/2:12-cv-00014 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in*

*GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Feidler et al v. Johnson & Johnson, Inc et al |
| **Case Number:** | TXE/1:11-cv-00702 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | LESTER et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:11-cv-07507 |
| **Filer:** | |
| **Document Number:** | 29 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s) *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Moreland et al v. Johnson & Johnson et al |
| **Case Number:** | GAN/1:11-cv-04436 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s) *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in***

*GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | LEHMAN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:11-cv-07638 |
| **Filer:** | |
| **Document Number:** | 21 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

TEASLEY et al v. ETHICON INC et

**Case Name:** al

**Case Number:** GAM/3:11-cv-00175

**Filer:**

**Document Number:** 21

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** McGrew et al v. Ethicon, Inc. et al

**Case Number:** OHS/2:12-cv-00066

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in*

*MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Cole et al v. Ethicon, Inc. et al |
| **Case Number:** | ARW/4:11-cv-04109 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Sikes et al v. Ethicon, Inc. et al |
| **Case Number:** | GAN/2:12-cv-00002 |
| **Filer:** | |

**Document Number:**   [4](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**   Patricia Tyler v. Ethicon Inc et al

**Case Number:**   [CAC/2:11-cv-09525](#)

**Filer:**

**Document Number:**   [27](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in*

*PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Nieders et al v. Johnson & Johnson et al |
| **Case Number:** | ILC/3:10-cv-03272 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ:2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Johnson v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-00070 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Thurston v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00195 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in*

*TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Ashby et al v. Ethicon, Inc. et al |
| **Case Number:** | KYW/4:12-cv-00002 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Forester et al v. Johnson & Johnson Inc et al |
| **Case Number:** | ARE/3:11-cv-00276 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25*

*in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Patterson v. Ethicon, Inc. et al |
| **Case Number:** | OHN/5:12-cv-00128 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Thomas, et al v. Ethicon, Inc. et al |
| **Case Number:** | TXE/4:11-cv-00813 |
| **Filer:** | |
| **Document Number:** | 21 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Powell vs. Ethicon, Inc. |
| **Case Number:** | MIE/2:12-cv-10071 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in*

*GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Williams v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00194 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Gonzales et al v. Johnson & Johnson et al |
| **Case Number:** | AZ/2:12-cv-00137 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Freeman et al v. Ethicon, Inc. et al |
| **Case Number:** | GAN/1:12-cv-00125 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 39 action(s)** *re: pldg. (25 in ARE/3:11-cv-00276, 25 in ARW/4:11-cv-04109, 25 in AZ/2:11-cv-01211, 1 in AZ/2:12-cv-00137, 25 in CAC/2:11-cv-09525, 25 in FLM/6:11-cv-01953, 25 in GAM/1:11-cv-00163, 2 in GAM/1:12-cv-00002, 19 in GAM/3:11-cv-00175, 2 in GAN/1:11-cv-04436, 1 in GAN/1:12-cv-00125, 2 in GAN/2:12-cv-00002, 2 in*

*GAN/3:12-cv-00003, 25 in ILC/3:10-cv-03272, 2 in KYW/4:12-cv-00002, 2 in KYW/4:12-cv-00003, 25 in LAE/2:11-cv-02933, 9 in LAE/2:12-cv-00038, 1 in LAW/3:12-cv-00190, 1 in LAW/3:12-cv-00191, [120] in MDL No. 2327, 1 in MIE/2:12-cv-10071, 9 in MN/0:11-cv-03722, 1 in MN/0:12-cv-00070, 1 in MOW/4:12-cv-00067, 1 in MOW/4:12-cv-00135, 1 in MOW/4:12-cv-00194, 1 in MOW/4:12-cv-00195, 14 in MSN/1:12-cv-00003, 22 in OHN/5:11-cv-02676, 1 in OHN/5:12-cv-00128, 1 in OHS/2:12-cv-00022, 1 in OHS/2:12-cv-00066, 27 in PAE/2:11-cv-07507, 28 in PAE/2:11-cv-07508, 19 in PAE/2:11-cv-07638, 25 in TNE/1:11-cv-00366, 1 in TNE/2:12-cv-00014, 25 in TXE/1:11-cv-00702, 19 in TXE/4:11-cv-00813)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/22/2012.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:11-cv-07508 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

**PAE/2:11-cv-07508 Notice will not be electronically mailed to:**

**GAN/3:12-cv-00003 Notice has been electronically mailed to:**

Henry G Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Andrew J Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary Bryan Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

S. Eric Rumanek eric.rumanek@troutmansanders.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/3:12-cv-00003 Notice will not be electronically mailed to:**

**LAE/2:11-cv-02933 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Anthony D. Irpino irpinoanthony@hotmail.com, asims@irpinolaw.com

James B. Irwin, V jirwin@irwinllc.com

Stephanie Lottinger Irwin sirwin@irwinllc.com

Patrick Hillary Hufft phufft@hufftlaw.com

**LAE/2:11-cv-02933 Notice will not be electronically mailed to:**

**KYW/4:12-cv-00003 Notice has been electronically mailed to:**

Susan J Pope spope@fbtlaw.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

Andrew Terrian Coiner acoiner@paducahlawyer.com

**KYW/4:12-cv-00003 Notice will not be electronically mailed to:**

**GAM/1:11-cv-00163 Notice has been electronically mailed to:**

Henry G Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Andrew J Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary Bryan Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

S. Eric Rumanek eric.rumanek@troutmansanders.com

James B. Matthews, III jbm@bbgbalaw.com

**GAM/1:11-cv-00163 Notice will not be electronically mailed to:**

**OHS/2:12-cv-00022 Notice has been electronically mailed to:**

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

Susie Lin Hahn shahn@leesebergvalentine.com

**OHS/2:12-cv-00022 Notice will not be electronically mailed to:**

**FLM/6:11-cv-01953 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

William E Lawton wlawton@drml-law.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

**FLM/6:11-cv-01953 Notice will not be electronically mailed to:**

**AZ/2:11-cv-01211 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mary G Pryor mpryor@cavanaghlaw.com

Michael Lee Brown Michael.Brown@butlersnow.com

Sigurds Michael Krolls skrolls@cycn-phx.com

David Dennis Greene david@hogreenelaw.com

Margaret F Dean mdean@cycn-phx.com

Richard A Kent (Terminated) minuteentries@kwlaw-az.com

James A Frisbie (Terminated) minuteentries@kwlaw-az.com

Jesse Thomas Anderson janderson@cavanaghlaw.com

**AZ/2:11-cv-01211 Notice will not be electronically mailed to:**

**MN/0:11-cv-03722 Notice has been electronically mailed to:**

Tracy J Van Steenburgh tvan@nilanjohnson.com

Timothy J Becker tbecker@johnsonbecker.com, hristow@johnsonbecker.com

Jan R McLean Bernier jbernier@nilanjohnson.com

Michael K. Johnson mjohnson@johnsonbecker.com

Stacy K Hauer shauer@johnsonbecker.com, hristow@johnsonbecker.com, sewert@johnsonbecker.com

**MN/0:11-cv-03722 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00135 Notice has been electronically mailed to:**

Lee J Hollis leehollis@hollislawfirm.com

**MOW/4:12-cv-00135 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00067 Notice has been electronically mailed to:**

Lee J Hollis leehollis@hollislawfirm.com

**MOW/4:12-cv-00067 Notice will not be electronically mailed to:**

**OHN/5:11-cv-02676 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Beth S Rose brose@sillscummis.com

Craig A. Marvinney camarvinney@gmail.com

Jon A. Strongman jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com

William R Stuart, III wstuart@sillscummis.com

Stephen E. Matasich sematasich@day-ketterer.com

Brian R Wilson brian@n-wlaw.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

Erica M. James erica.james@tuckerellis.com

Rita A Maimbourg rita.maimbourg@tuckerellis.com

**OHN/5:11-cv-02676 Notice will not be electronically mailed to:**

**LAW/3:12-cv-00190 Notice has been electronically mailed to:**

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

**LAW/3:12-cv-00190 Notice will not be electronically mailed to:**

**MSN/1:12-cv-00003 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Martin Daniel Crump martincrump@davisandfeder.com, beverly@daviscrump.com

**MSN/1:12-cv-00003 Notice will not be electronically mailed to:**

**LAW/3:12-cv-00191 Notice has been electronically mailed to:**

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

**LAW/3:12-cv-00191 Notice will not be electronically mailed to:**

**TNE/1:11-cv-00366 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

Edmund J. Schmidt, III eddie@eschmidtlaw.com

Daniel W. Van Horn danny.vanhorn@butlersnow.com

**TNE/1:11-cv-00366 Notice will not be electronically mailed to:**

**GAM/1:12-cv-00002 Notice has been electronically mailed to:**

S. Eric Rumanek eric.rumanek@troutmansanders.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**GAM/1:12-cv-00002 Notice will not be electronically mailed to:**

**LAE/2:12-cv-00038 Notice has been electronically mailed to:**

Daniel E. Becnel, Jr dbecnel@becnellaw.com, mmoreland@becnellaw.com

Matthew B. Moreland mattmoreland@cox.net

**LAE/2:12-cv-00038 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00014 Notice has been electronically mailed to:**

Edmund J. Schmidt, III eddie@eschmidtlaw.com

Daniel W. Van Horn danny.vanhorn@butlersnow.com

**TNE/2:12-cv-00014 Notice will not be electronically mailed to:**

**TXE/1:11-cv-00702 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Scott Anthony Love slove@triallawfirm.com, mmoreland@triallawfirm.com

William Michael Moreland mmoreland@triallawfirm.com

Howard Louis Close close@wrightclose.com

Joseph Andrew Love love@wrightclose.com

**TXE/1:11-cv-00702 Notice will not be electronically mailed to:**

**PAE/2:11-cv-07507 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

**PAE/2:11-cv-07507 Notice will not be electronically mailed to:**

**GAN/1:11-cv-04436 Notice has been electronically mailed to:**

Henry G Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Andrew J Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary Bryan Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

Nancy Karen Deming karen.deming@troutmansanders.com, kay.deming@troutmansanders.com

S. Eric Rumanek eric.rumanek@troutmansanders.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:11-cv-04436 Notice will not be electronically mailed to:**

**PAE/2:11-cv-07638 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Vance Robert Andrus vance.andrus@ahw-law.com

**PAE/2:11-cv-07638 Notice will not be electronically mailed to:**

**GAM/3:11-cv-00175 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**GAM/3:11-cv-00175 Notice will not be electronically mailed to:**

**OHS/2:12-cv-00066 Notice has been electronically mailed to:**

Melanie Sue Bailey mbailey@burgsimpson.com

**OHS/2:12-cv-00066 Notice will not be electronically mailed to:**

**ARW/4:11-cv-04109 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Lyn Peeples Pruitt lpruitt@mwlaw.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**ARW/4:11-cv-04109 Notice will not be electronically mailed to:**

**GAN/2:12-cv-00002 Notice has been electronically mailed to:**

Nancy Karen Deming karen.deming@troutmansanders.com, kay.deming@troutmansanders.com

S. Eric Rumanek eric.rumanek@troutmansanders.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**GAN/2:12-cv-00002 Notice will not be electronically mailed to:**

**CAC/2:11-cv-09525 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Breanne Michelle Vandermeer breanne@muellerlaw.com, receptionist@muellerlaw.com

**CAC/2:11-cv-09525 Notice will not be electronically mailed to:**

**ILC/3:10-cv-03272 Notice has been electronically mailed to:**

Richard B North, Jr richard.north@nelsonmullins.com,
Andrew.Rosenzweig@nelsonmullins.com, amanda.shelton@nelsonmullins.com,
andrew.rosenzweig@nelsonmullins.com, carla.foster@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Taylor T Daly taylor.daly@nelsonmullins.com

Dan H Ball dhball@bryancave.com

Caroline M Tinsley tinsley@bscr-law.com

Amy Collignon Gunn agunn@simonlawpc.com, dzurheide@simonlawpc.com

Matthew B Lerner matthew.lerner@nelsonmullins.com

Bettina L. Strauss bjstrauss@bryancave.com

Stefan A Mallen samallen@bryancave.com

Anne Brockland abrockland@simonlawpc.com

**ILC/3:10-cv-03272 Notice will not be electronically mailed to:**

**MN/0:12-cv-00070 Notice has been electronically mailed to:**

Tracy J Van Steenburgh tvan@nilanjohnson.com

Yvonne M Flaherty flaheym@locklaw.com

Jan R McLean Bernier jbernier@nilanjohnson.com

Caia V Johnson cvjohnson@locklaw.com

**MN/0:12-cv-00070 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00195 Notice has been electronically mailed to:**

Thomas P. Cartmell tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00195 Notice will not be electronically mailed to:**

**KYW/4:12-cv-00002 Notice has been electronically mailed to:**

Susan J Pope spope@fbtlaw.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

Andrew Terrian Coiner acoiner@paducahlawyer.com

Adam Julius Spicer adam.spicer@butlersnow.com

**KYW/4:12-cv-00002 Notice will not be electronically mailed to:**

**ARE/3:11-cv-00276 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Tony W Edwards tedwards@edwardslawok.com

**ARE/3:11-cv-00276 Notice will not be electronically mailed to:**

**OHN/5:12-cv-00128 Notice has been electronically mailed to:**

Brian R Wilson brian@n-wlaw.com

**OHN/5:12-cv-00128 Notice will not be electronically mailed to:**

**TXE/4:11-cv-00813 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**TXE/4:11-cv-00813 Notice will not be electronically mailed to:**

**MIE/2:12-cv-10071 Notice has been electronically mailed to:**

John A Zick jzick@dpkzlaw.com

**MIE/2:12-cv-10071 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00194 Notice has been electronically mailed to:**

Thomas P. Cartmell tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00194 Notice will not be electronically mailed to:**

**AZ/2:12-cv-00137 Notice has been electronically mailed to:**

Joshua Seth Parilman josh@parilmanlaw.com

**AZ/2:12-cv-00137 Notice will not be electronically mailed to:**

**GAN/1:12-cv-00125 Notice has been electronically mailed to:**

David E. Tuszynski det@gsllaw.com, dtuszynski@comcast.net

Nancy Karen Deming karen.deming@troutmansanders.com, kay.deming@troutmansanders.com

S. Eric Rumanek eric.rumanek@troutmansanders.com

**GAN/1:12-cv-00125 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/22/2012]
[FileNumber=260489-0]
[11ffb90b1c9d26908c3d35ce26bdcf308b0895afbb84cdf9c095048d36eddcf384c7
8
8cb917950f2027b0aaa67a28bb7157d037734692abcbd75fe77041c5b25]]