# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO–2)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 24, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION     MDL No. 2327

### SCHEDULE CTO–2 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 12–60209 | Schachtman v. Johnson &Johnson et al |
| FLS | 2 | 12–14040 | Doyle v. Johnson &Johnson et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 12–00331 | Padilla et al v. Ethicon, Inc. et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 12–00317 | Cortez et al. v Johnson &Johnson |
| **MINNESOTA** | | | |
| MN | 0 | 12–00267 | Kivel v. Ethicon, Inc. et al |
| **NEVADA** | | | |
| NV | 2 | 12–00156 | Fuller et al v. Johnson &Johnson et al |
| **NEW JERSEY** | | | |
| NJ | 3 | 12–00448 | RIDDELL et al v. ETHICON, INC. et al |
| NJ | 3 | 12–00449 | CARPENTER et al v. ETHICON, INC. et al |
| **VIRGINIA EASTERN** | | | |
| VAE | 1 | 12–00100 | Wise v. Johnson &Johnson et al |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
**JPMLCMECF** to: JPMLCMDECF                                    02/24/2012 10:24 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 2/24/2012 at 10:23 AM EST and filed on 2/24/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040,**

**GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Wise v. Johnson & Johnson et al |
| **Case Number:** | VAE/1:12-cv-00100 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Fuller et al v. Johnson & Johnson et al |
| **Case Number:** | NV/2:12-cv-00156 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Schachtman v. Johnson & Johnson et al |
| **Case Number:** | FLS/0:12-cv-60209 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia**

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | RIDDELL et al v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-00448 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Cortez et al. v Johnson & Johnson |
| **Case Number:** | LAE/2:12-cv-00317 |
| **Filer:** | |

| **Document Number:** | No document attached |
|---|---|

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| **Case Name:** | Padilla et al v. Ethicon, Inc. et al |
|---|---|
| **Case Number:** | GAN/1:12-cv-00331 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.

Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)

| | |
|---|---|
| **Case Name:** | CARPENTER et al v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-00449 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.

Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448,

**NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Doyle v. Johnson & Johnson et al |
| **Case Number:** | FLS/2:12-cv-14040 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 02/09/2012** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Kivel v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-00267 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 2/24/12. Please see pleading (3 in FLS/0:12-cv-60209, 3 in FLS/2:12-cv-14040, 3 in GAN/1:12-cv-00331, 3 in LAE/2:12-cv-00317, [141] in MDL No. 2327, 3 in MN/0:12-cv-00267, 3 in NJ/3:12-cv-00448, 3 in NJ/3:12-cv-00449, 3 in NV/2:12-cv-00156, 3 in VAE/1:12-cv-00100).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

**No public notice (electronic or otherwise) sent because the entry is private**



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF   to: JPMLCMDECF                                                  02/24/2012 10:20 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 2/24/2012 at 10:20 AM EST and filed on 2/24/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 141 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Wise v. Johnson & Johnson et al |
| **Case Number:** | VAE/1:12-cv-00100 |

| | |
|---|---|
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Fuller et al v. Johnson & Johnson et al |
| **Case Number:** | [NV/2:12-cv-00156](#) |
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Schachtman v. Johnson & Johnson et al |
| **Case Number:** | [FLS/0:12-cv-60209](#) |
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | RIDDELL et al v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-00448 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Cortez et al. v Johnson & Johnson |
| **Case Number:** | LAE/2:12-cv-00317 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in*

*FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Padilla et al v. Ethicon, Inc. et al |
| **Case Number:** | GAN/1:12-cv-00331 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | CARPENTER et al v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-00449 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in*

*VAE/1:12-cv-00100)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Doyle v. Johnson & Johnson et al |
| **Case Number:** | FLS/2:12-cv-14040 |
| **Filer:** | |
| | WARNING: CASE CLOSED on 02/09/2012 |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

| | |
|---|---|
| **Case Name:** | Kivel v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-00267 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 9 action(s)** *re: pldg. (1 in FLS/0:12-cv-60209, 1 in FLS/2:12-cv-14040, 1 in GAN/1:12-cv-00331, 1 in LAE/2:12-cv-00317, [127] in MDL No. 2327, 1 in MN/0:12-cv-00267, 1 in NJ/3:12-cv-00448, 1 in NJ/3:12-cv-00449, 1 in NV/2:12-cv-00156, 1 in VAE/1:12-cv-00100)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2012.**

**Associated Cases: MDL No. 2327, FLS/0:12-cv-60209, FLS/2:12-cv-14040, GAN/1:12-cv-00331, LAE/2:12-cv-00317, MN/0:12-cv-00267, NJ/3:12-cv-00448, NJ/3:12-cv-00449, NV/2:12-cv-00156, VAE/1:12-cv-00100 (DLS)**

**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

**VAE/1:12-cv-00100 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Edward Lefebvre Allen edward.allen@allenandallen.com

**VAE/1:12-cv-00100 Notice will not be electronically mailed to:**

**NV/2:12-cv-00156 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Cal J. Potter, III info@potterlawoffices.com

**NV/2:12-cv-00156 Notice will not be electronically mailed to:**

**FLS/0:12-cv-60209 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Steven R. Maher smaher@maherlawfirm.com, srscheib@maherlawfirm.com

**FLS/0:12-cv-60209 Notice will not be electronically mailed to:**

**NJ/3:12-cv-00448 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,

laura.dixon@butlersnow.com, mkabbash@riker.com

Kelly Strange Crawford kcrawford@riker.com

ANDREW LOWE O'CONNOR aoconnor@nagelrice.com

**NJ/3:12-cv-00448 Notice will not be electronically mailed to:**

**LAE/2:12-cv-00317 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Sheila M Bossier sbossier@bossier-law.com

**LAE/2:12-cv-00317 Notice will not be electronically mailed to:**

**GAN/1:12-cv-00331 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R. Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**GAN/1:12-cv-00331 Notice will not be electronically mailed to:**

**NJ/3:12-cv-00449 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Kelly Strange Crawford kcrawford@riker.com

ANDREW LOWE O'CONNOR aoconnor@nagelrice.com

**NJ/3:12-cv-00449 Notice will not be electronically mailed to:**

**FLS/2:12-cv-14040 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Steven R. Maher smaher@maherlawfirm.com, srscheib@maherlawfirm.com

**FLS/2:12-cv-14040 Notice will not be electronically mailed to:**

**MN/0:12-cv-00267 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Yvonne M Flaherty flaheym@locklaw.com

**MN/0:12-cv-00267 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/24/2012] [FileNumber=261338-0]

[53cd4a527a5647d0861c3457b7da1ae29c802b724da2d9be3c4e36c510826a7ee8e96
4e9f4f80c1e581579a607468322c93783d46881f1e6628c549c58061b74]]