## LIONS OF THE TRIAL BAR
February 1 • Nunemaker Auditorium
6:30–8:30 p.m. (Doors open at 5:45 p.m.)

### EARN...
2.0 hours of CLE credit which includes:
1.0 hour of ethics
1.0 hour of professionalism

### ENJOY...
An evening of thought provoking discussion with Loyola CLE.

### FOR MORE INFORMATION OR TO REGISTER,
go online: www.loyno.edu/cle

### REGISTRATION AND CANCELLATION POLICIES
To view the complete registration and cancellation policy for Loyola CLE, please visit our website at www.loyno.edu/cle.

### ABOUT MARK CURRIDEN
Mark Curriden is an award-winning legal journalist, bestselling author, and frequent lecturer at legal organizations across the country. Educated as a lawyer, Mark is a senior writer for the ABA Journal, which is the nation's largest legal publication, and a regular contributor to the *New York Times* DealBook on matters of corporate and business law. He also holds the position of Writer in Residence at the SMU Dedman School of Law in Dallas.

---

**LOYOLA UNIVERSITY NEW ORLEANS**
COLLEGE OF LAW
7214 St. Charles Avenue, Campus Box 905
New Orleans, LA 70118

Non-profit Organization
U.S. Postage
PAID
Permit No. 995
New Orleans, LA

**ONE NIGHT ONLY...**
Get a JUMP in 2012 with a thought provoking hour each of Ethics and Professionalism in February!

**COMMENTS REGARDING THE PRODUCTION.....**

"Mark spoke at our annual law firm retreat and he had our lawyers laughing and talking about his program for days. The Lions of the Trial Bar presentation was funny and extremely entertaining. It was a fabulous CLE."
– Steven Lesser, Partner, Becker & Poliakoff, Miami

"I've had Mark as a CLE presenter in South Carolina five times. He's always a hit with the lawyers. And I plan to have him back every chance I get."
— Terry Burnett, South Carolina Bar CLE Director

**FOR FURTHER INFORMATION**, visit our website www.loyno.edu/cle, call (504) 861-5441, (866) 250-8617 toll-free, or e-mail clelaw@loyno.edu



## COLLEGE OF LAW
# LIONS OF THE TRIAL BAR
### A CLE PANEL DISCUSSION

WEDNESDAY, FEBRUARY 1, 2012
6:30–8:30 P.M. (DOORS OPEN AT 5:45 PM)
6363 ST. CHARLES AVENUE
MONROE HALL, THIRD FLOOR, NUNEMAKER AUDITORIUM

**ETHICS AND PROFESSIONALISM**
**2.0 HOURS CLE CREDIT**

www.loyno.edu/cle

**LOYOLA UNIVERSITY NEW ORLEANS**

# LIONS OF THE TRIAL BAR
February 1 • Nunemaker Auditorium
6:30–8:30 p.m. (Doors open at 5:45 p.m.)



Join Loyola CLE and national legal journalist Mark Curriden as he expounds on the legal careers of some of this nation's most successful trial lawyers, three of which are from right here in New Orleans, Louisiana. Curriden will discuss his interviews and subsequent ABA article of seven great trial attorneys from across the country. Hear him tell their extraordinary stories and discover what special characteristics and unique techniques that made them great in the courtroom. After the lecture Curriden will moderate a panel discussion with some of Louisiana's own great trail attorneys, who will be present to share their stories and insights.

Sit back, relax, and learn how it was done back in the day. Class is now in session.

Their names can be found in the pages of case books and on the facades of law school buildings. They've tried some of the most important cases of the last 50 years, dazzling juries and swaying judges. They've won—or saved—billions of dollars for their clients, and become wealthy men in the process.

They've also represented the guilty and unpopular because they thought it was the right thing to do. They are the lawyers most of us secretly wish we could be, if only for a day.

And now they're in the autumn of their careers.

Fred Bartlit. James Brosnahan. Bobby Lee Cook. Richard "Race Horse" Haynes. Joe Jamail. James Neal. Bernie Nussbaum. These seven lawyers are among the best litigators in America. Strike that. Most of them consider the word litigator an insult. They're trial lawyers. They're all past—in some cases, well past—70 years of age, but when the nation's largest corporations and most important people face serious trouble, they still turn to these seven old-timers.

That's because, as the number of trials in the United States seems to be approaching zero, there are fewer and fewer trial lawyers with the experience to take their place.

Says U.S. District Judge Royal Furgeson, who's seen several at work in his San Antonio courtroom: "They represent a breed of lawyer that I fear is on the verge of extinction."

But before they go, they've got some tales to tell—stories that are timeless, provocative, profane and laugh-out-loud funny. And most of them are even true.





Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
Reserve, Louisiana

Russ M. Herman
Herman Herman Katz & Kotler
New Orleans, Louisiana

Arthur A. "Buddy" Lemann, III
Arthur A. Lemann, III & Associates, Inc.
New Orleans, Louisiana

# LIONS OF THE TRIAL BAR—REGISTRATION
February 1 • Nunemaker Auditorium
6:30–8:30 p.m. (Doors open at 5:45 p.m.)



**REGISTRATION FORM**

Name ☐ Mr.  ☐ Ms. _____

Company/Firm _____

Address _____

City _____ State _____ Zip _____

Phone _____ Fax _____

E-mail _____

Bar Number _____ State _____
*(We do not sell bar e-mail list.)*

Profession, if non-attorney _____

♿ Special Needs _____

**REGISTRATION OPTIONS**

| ONLINE: | www.loyno.edu/cle | MAIL: | Loyola Institute for CLE |
| FAX: | (504) 861-5573 | | 7214 St. Charles Ave., Box 905 |
| PHONE: | (504) 861-5441 | | New Orleans, LA 70118 |

**REGISTRATION OPTIONS**

☐ $60 Admission including CLE credit _____ # of tickets

☐ $25 General Admission _____ # of tickets

☐ Free to Loyola faculty, staff, students _____ # of tickets

Total $ _____ for _____ Total tickets _____

**PAYMENT**

☐ Check enclosed payable to LOYOLA/CLE $ _____ Check # _____

☐ Please charge my  [VISA]  [MasterCard]

*We do not accept American Express or Discover Card.*

Credit Card No. _____

Expiration Date _____ Name on Card _____

**ADVANCE REGISTRATION IS ADVISED. SEATING IS LIMITED.**
Tickets will be available online until January 31.
Tickets will be sold the day of the performance on site.