# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**　　　　　　　　　　　　　　　　**Chief Judge Joseph R. Goodwin**

2:12-cv-346

---

**Notice of Request of Attorney to be Removed from the Court's Service List Form**

Please Print or Type Below

---

**Name of Attorney:** Edwin F. Chociey, Jr.

**Address:** Riker Danzig Headquarters Plaza 1 Speedwell Avenue Morristown NJ 07960

**Telephone Number:** (973) 538-0800　　　**Email Address:** echociey@riker.com

I am to remain counsel of record for the following party(s) in the In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation:

**Civil Action Number (SDWV):** _____

**Short-Style of Case:** _____

**Party(s) Representing:** _____

FILED
MAR -5 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

**Date:** March 2, 2012　　　　　　　　s/ Edwin F. Chociey, Jr.
　　　　　　　　　　　　　　　　　　　　　Electronic Signature