UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Stout et al v. Ethicon, Inc., et al., | ) | |
|     W.D. Arkansas, C.A. No. 4:11-04123 | ) | MDL No. 2327 |

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Stout)* on February 14, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Stout* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 14, 2012, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay  (Transferee and Transferor Courts)

**JPMLCMECF**   to: JPMLCMDECF                                        03/08/2012 01:41 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 3/8/2012 at 1:40 PM EST and filed on 3/8/2012

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 02/14/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-1 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/8/2012.**

**Associated Cases: MDL No. 2327, ARW/4:11-cv-04123 (dn)**

| | |
|---|---|
| **Case Name:** | Stout et al v. Ethicon, Inc. et al |
| **Case Number:** | ARW/4:11-cv-04123 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 02/14/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-1 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/8/2012.**

**Associated Cases: MDL No. 2327, ARW/4:11-cv-04123 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF   to: JPMLCMDECF                                                 03/08/2012 01:39 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 3/8/2012 at 1:38 PM EST and filed on 3/8/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 178 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-1) ((19 in ARW/4:11-cv-04123, [120] in MDL No. 2327), (21 in ARW/4:11-cv-04123, [134] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that the stay of CTO-1 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/8/2012.**

**Associated Cases: MDL No. 2327, ARW/4:11-cv-04123 (dn)**

| | |
|---|---|
| **Case Name:** | Stout et al v. Ethicon, Inc. et al |
| **Case Number:** | ARW/4:11-cv-04123 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-1) ((19 in ARW/4:11-cv-04123, [120] in MDL No. 2327), (21 in ARW/4:11-cv-04123, [134] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that the stay of CTO-1 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/8/2012.**

**Associated Cases: MDL No. 2327, ARW/4:11-cv-04123 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

**ARW/4:11-cv-04123 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Nicholas H Patton nickpatton@texarkanalaw.com

Lyn Peeples Pruitt lpruitt@mwlaw.com

**ARW/4:11-cv-04123 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/8/2012]
[FileNumber=265225-0] [
09939deee5d08a3f5d5550761f43a0ad73d9de4628802f0318e7747158f10efbafd9
6c
d9900cd14ed36c1050c39aa45f4d55185f6d95efb24431afb539df01cf]]