USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

v.

Case Number 2:12-md-02327



FILED

MAR - 8 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

> Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list *for the above-entitled action only*. DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.

I, **Timothy J. Becker**, hereby provide this *Notice of Change of Attorney Information* to the Court and request the Clerk's Office to:

*Name of Attorney*

○ **Please add my name as counsel of record** *in the above-entitled action only* **as follows:**

My firm/government agency, _____, has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the party(s) on whose behalf my firm/government agency has already made an appearance.

○ **Please change within-firm representation** *in the above-entitled action only* **as follows:**

My firm/government agency, _____,
by _____, has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case only.

USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

◉ **Please remove me from the Court's service list *for the above-entitled action only* as follows:**

I am to remain counsel of record for the following party(s):
_____
_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list <u>for this case only</u>. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me <u>in this case only</u>.

○ **Please update my name and/or firm information *for the above-entitled action only* as follows:**

Former name: _____  New name: _____

New firm/government agency name: _____

New address: _____
_____
_____

New telephone number    New facsimile number    New e-mail address *(provide only if a registered CM/ECF e-filer)*

Date: __**February 28, 2012**__

JOHNSON BECKER, PLLC

_____
Timothy J. Becker, Esq. (MN #256663)
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 436-1800
Fax: (612) 436-1801
Email: tbecker@johnsonbecker.com