**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−5)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 54 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 16, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** MDL No. 2327

**SCHEDULE CTO−5 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 12−01620 | Raquel De La Torre et al v. Johnson and Johnson Inc et al |
| FLORIDA MIDDLE | | | |
| FLM | 6 | 12−00329 | Georgilakis et al v. Ethicon, Inc. et al |
| INDIANA NORTHERN | | | |
| INN | 1 | 12−00070 | Bridges et al v. Johnson &Johnson et al |
| MARYLAND | | | |
| MD | 1 | 12−00582 | Woolsey et al v. Ethicon, Inc. et al |
| MD | 1 | 12−00583 | Matott et al v. Ethicon, Inc. et al |
| MD | 1 | 12−00585 | Burnham v. Ethicon, Inc. et al |
| MD | 1 | 12−00586 | Labadie et al v. Ethicon, Inc. et al |
| MD | 1 | 12−00587 | Taylor et al v. Ethicon, Inc. et al |
| MD | 1 | 12−00588 | Minniefield v. Ethicon, Inc. et al |
| MD | 1 | 12−00589 | Sweeney et al v. Ethicon, Inc. et al |
| MD | 1 | 12−00590 | Patterson et al v. Ethicon, Inc. et al |
| MD | 1 | 12−00591 | Jones v. Ethicon, Inc. et al |
| MD | 1 | 12−00600 | Jones v. Ethicon, Inc. et al |
| MD | 1 | 12−00608 | Garnto v. Ethicon, Inc. et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 12−00277 | Hill v. Ethicon, Inc. et al |
| NEW JERSEY | | | |
| NJ | 3 | 12−01016 | VIGNOS−WARE et al v. JOHNSON &JOHNSON et al |
| TEXAS EASTERN | | | |

| | | | |
|---|---|---|---|
| TXE | 1 | 12−00072 | Greene v. Johnson &Johnson, Inc et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 6 | 12−00013 | McMillan et al v. Ethicon, Inc. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 12−00011 | Lankston v. Ethicon, Inc. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 12−00175 | Van Rensburg et al v. Ethicon, Inc. et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 12−00102 | McGrath v. Johnson &Johnson et al |

VIRGINIA WESTERN

| | | | |
|---|---|---|---|
| VAW | 1 | 12−00013 | Barr et al v. Johnson &Johnson et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF to: JPMLCMDECF 03/16/2012 08:21 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 3/16/2012 at 8:20 AM EDT and filed on 3/16/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Greene v. Johnson & Johnson, Inc et al |
| **Case Number:** | TXE/1:12-cv-00072 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | VIGNOS-WARE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-01016 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589,**

**MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Garnto v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00608 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Van Rensburg et al v. Ethicon, Inc. et al |
| **Case Number:** | TXW/1:12-cv-00175 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Jones v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00591 |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

**Case Name:** Sweeney et al v. Ethicon, Inc. et al
**Case Number:** MD/1:12-cv-00589
**Filer:**
**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Woolsey et al v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00582 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in**

**FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Taylor et al v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00587 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in**

**MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Labadie et al v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00586 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Minniefield v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00588 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Bridges et al v. Johnson & Johnson et al |
| **Case Number:** | INN/1:12-cv-00070 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee**

**clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Jones v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00600 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Barr et al v. Johnson & Johnson et al |
| **Case Number:** | VAW/1:12-cv-00013 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589,**

**MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Georgilakis et al v. Ethicon, Inc. et al |
| **Case Number:** | FLM/6:12-cv-00329 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

**Case Name:** Patterson et al v. Ethicon, Inc. et al
**Case Number:** MD/1:12-cv-00590
**Filer:**
**Document Number:** No document attached

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

**Case Name:** Hill v. Ethicon, Inc. et al
**Case Number:** MOW/4:12-cv-00277
**Filer:**

**Document Number:** No document attached

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

**Case Name:** Matott et al v. Ethicon, Inc. et al
**Case Number:** MD/1:12-cv-00583
**Filer:**
**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | McGrath v. Johnson & Johnson et al |
| **Case Number:** | VAE/2:12-cv-00102 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in**

**FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Raquel De La Torre et al v. Johnson and Johnson Inc et al |
| **Case Number:** | CAC/2:12-cv-01620 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY******

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in**

**MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Burnham v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00585 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | McMillan et al v. Ethicon, Inc. et al |
| **Case Number:** | TXN/6:12-cv-00013 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Lankston v. Ethicon, Inc. |
| **Case Number:** | TXS/4:12-cv-00011 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-5) Finalized on 03/16/12. Please see pleading (3 in CAC/2:12-cv-01620, 3 in FLM/6:12-cv-00329, 3 in INN/1:12-cv-00070, 3 in MD/1:12-cv-00582, 3 in MD/1:12-cv-00583, 3 in MD/1:12-cv-00585, 3 in MD/1:12-cv-00586, 3 in MD/1:12-cv-00587, 3 in MD/1:12-cv-00588, 3 in MD/1:12-cv-00589, 3 in MD/1:12-cv-00590, 3 in MD/1:12-cv-00591, 3 in MD/1:12-cv-00600, 3 in MD/1:12-cv-00608, [193] in MDL No. 2327, 3 in MOW/4:12-cv-00277, 3 in NJ/3:12-cv-01016, 3 in TXE/1:12-cv-00072, 3 in TXN/6:12-cv-00013, 3 in TXS/4:12-cv-00011, 3 in TXW/1:12-cv-00175, 3 in VAE/2:12-cv-00102, 3 in VAW/1:12-cv-00013).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee**

**clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF to: JPMLCMDECF 03/16/2012 08:20 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 3/16/2012 at 8:18 AM EDT and filed on 3/16/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 193 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585,**

**MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Greene v. Johnson & Johnson, Inc et al |
| **Case Number:** | TXE/1:12-cv-00072 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | VIGNOS-WARE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-01016 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in***

***MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Garnto v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00608 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013,**

**TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Van Rensburg et al v. Ethicon, Inc. et al |
| **Case Number:** | TXW/1:12-cv-00175 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Jones v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00591 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in*** 

***MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Sweeney et al v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00589 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

Woolsey et al v. Ethicon, Inc. et

**Case Name:** al
**Case Number:** MD/1:12-cv-00582
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

**Case Name:** Taylor et al v. Ethicon, Inc. et al
**Case Number:** MD/1:12-cv-00587
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in***

***VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Labadie et al v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00586 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Minniefield v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00588 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

**Case Name:** Bridges et al v. Johnson & Johnson et al
**Case Number:** INN/1:12-cv-00070
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Jones v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00600 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Barr et al v. Johnson & Johnson et al |
| **Case Number:** | VAW/1:12-cv-00013 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Georgilakis et al v. Ethicon, Inc. et al |
| **Case Number:** | FLM/6:12-cv-00329 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329,**

**INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Patterson et al v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00590 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Hill v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00277 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1***

***in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Matott et al v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00583 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608,**

**MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | McGrath v. Johnson & Johnson et al |
| **Case Number:** | VAE/2:12-cv-00102 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Raquel De La Torre et al v. Johnson and Johnson Inc et al |
| **Case Number:** | CAC/2:12-cv-01620 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s) *re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in*****

***MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Burnham v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00585 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | McMillan et al v. Ethicon, Inc. et al |
| **Case Number:** | TXN/6:12-cv-00013 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

| | |
|---|---|
| **Case Name:** | Lankston v. Ethicon, Inc. |
| **Case Number:** | TXS/4:12-cv-00011 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-5) - 22 action(s)** ***re: pldg. (1 in CAC/2:12-cv-01620, 1 in FLM/6:12-cv-00329, 1 in INN/1:12-cv-00070, 1 in MD/1:12-cv-00582, 1 in MD/1:12-cv-00583, 1 in MD/1:12-cv-00585, 1 in MD/1:12-cv-00586, 1 in MD/1:12-cv-00587, 1 in MD/1:12-cv-00588, 1 in MD/1:12-cv-00589, 1 in MD/1:12-cv-00590, 1 in MD/1:12-cv-00591, 1 in MD/1:12-cv-00600, 1 in MD/1:12-cv-00608, [176] in MDL No. 2327, 1 in MOW/4:12-cv-00277, 1 in NJ/3:12-cv-01016, 1 in TXE/1:12-cv-00072, 1 in TXN/6:12-cv-00013, 1 in TXS/4:12-cv-00011, 1 in TXW/1:12-cv-00175, 1 in***

***VAE/2:12-cv-00102, 1 in VAW/1:12-cv-00013)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/16/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-01620, FLM/6:12-cv-00329, INN/1:12-cv-00070, MD/1:12-cv-00582, MD/1:12-cv-00583, MD/1:12-cv-00585, MD/1:12-cv-00586, MD/1:12-cv-00587, MD/1:12-cv-00588, MD/1:12-cv-00589, MD/1:12-cv-00590, MD/1:12-cv-00591, MD/1:12-cv-00600, MD/1:12-cv-00608, MOW/4:12-cv-00277, NJ/3:12-cv-01016, TXE/1:12-cv-00072, TXN/6:12-cv-00013, TXS/4:12-cv-00011, TXW/1:12-cv-00175, VAE/2:12-cv-00102, VAW/1:12-cv-00013 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

**TXE/1:12-cv-00072 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Scott Anthony Love slove@triallawfirm.com, mmoreland@triallawfirm.com

William Michael Moreland mmoreland@triallawfirm.com

**TXE/1:12-cv-00072 Notice will not be electronically mailed to:**

**NJ/3:12-cv-01016 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Roopal P. Luhana luhana@chaffinluhana.com

**NJ/3:12-cv-01016 Notice will not be electronically mailed to:**

**MD/1:12-cv-00608 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00608 Notice will not be electronically mailed to:**

**TXW/1:12-cv-00175 Notice has been electronically mailed to:**

Mark R Mueller mark@muellerlaw.com, mark@voodoocowboy.com

**TXW/1:12-cv-00175 Notice will not be electronically mailed to:**

**MD/1:12-cv-00591 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00591 Notice will not be electronically mailed to:**

**MD/1:12-cv-00589 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00589 Notice will not be electronically mailed to:**

**MD/1:12-cv-00582 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00582 Notice will not be electronically mailed to:**

**MD/1:12-cv-00587 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00587 Notice will not be electronically mailed to:**

**MD/1:12-cv-00586 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00586 Notice will not be electronically mailed to:**

**MD/1:12-cv-00588 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00588 Notice will not be electronically mailed to:**

**INN/1:12-cv-00070 Notice has been electronically mailed to:**

David B Allen dallen@cohenandmalad.com

**INN/1:12-cv-00070 Notice will not be electronically mailed to:**

**MD/1:12-cv-00600 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00600 Notice will not be electronically mailed to:**

**VAW/1:12-cv-00013 Notice has been electronically mailed to:**

Edward Lefebvre Allen edward.allen@allenandallen.com

**VAW/1:12-cv-00013 Notice will not be electronically mailed to:**

**FLM/6:12-cv-00329 Notice has been electronically mailed to:**

Huda Ajlani ajlanilaw@gmail.com

**FLM/6:12-cv-00329 Notice will not be electronically mailed to:**

**MD/1:12-cv-00590 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00590 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00277 Notice has been electronically mailed to:**

Derek H Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

Bret A. Clark bclark@potts-law.com

**MOW/4:12-cv-00277 Notice will not be electronically mailed to:**

**MD/1:12-cv-00583 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00583 Notice will not be electronically mailed to:**

**VAE/2:12-cv-00102 Notice has been electronically mailed to:**

Willard J. Moody, Jr will@moodyrrlaw.com

**VAE/2:12-cv-00102 Notice will not be electronically mailed to:**

**CAC/2:12-cv-01620 Notice has been electronically mailed to:**

Brian Russell Strange lacounsel@earthlink.net, jhood@strangeandcarpenter.com

Gretchen Carpenter gcarpenter@strangeandcarpenter.com, jhood@strangeandcarpenter.com

John P Kristensen jkristensen@strangeandcarpenter.com

Brett Shainfeld brett.shainfeld@gmail.com

Jessica F Anvar Jessica@Shainfeld-Anvar.com

**CAC/2:12-cv-01620 Notice will not be electronically mailed to:**

**MD/1:12-cv-00585 Notice has been electronically mailed to:**

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00585 Notice will not be electronically mailed to:**

**TXN/6:12-cv-00013 Notice has been electronically mailed to:**

Linda Turley lindat@wturley.com

Patrick Jeffrey Wigle patrickw@wturley.com

**TXN/6:12-cv-00013 Notice will not be electronically mailed to:**

**TXS/4:12-cv-00011 Notice has been electronically mailed to:**

Bonnie E Spencer bonniespencer@spencer-law.com, liceasims@spencer-law.com

David Lee Augustus davidaugustus@spencer-law.com, liceasims@spencer-law.com

**TXS/4:12-cv-00011 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/16/2012]

[FileNumber=267945-0]
[bd077d24eb755c8e67c70a79cce6ea0da84cdbfa631518c6a3c1a1595dfa880f5d36
d
bd169638cd6bbde455904256ee2857a0a3c94a4fc6c42caff05cd1d0388]]