# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**
**Civil Action Number (SDWV):** 2:12-cv-00540

**Chief Judge Joseph R. Goodwin**

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | | |
|---|---|---|---|
| Check One: ☑ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel | |
| Last Name: CLARK | First Name: CLAYTON | Middle Name/Maiden: A. | Suffix: |
| Bar Number and State: Texas-04275750 | | E-Mail Address: Tvms-wv-mdl@triallawfirm.com | |
| Party Representing: Nancy and Kenneth Feidler | | | |
| Originating Case Number: 1:11-cv-00702-MAC | | Originating District: Eastern Dist. of Texas-Beaumont | |
| Originating Short-Case Style: Feidler, et al v. Johnson & Johnson, Inc., et al | | | |
| Direct Dial Number: 713-425-5211 | | Cell Phone Number: | |
| Secretary Name: | | Paralegal Name: Melba Trevino | |
| **LAW FIRM INFORMATION** | | | |
| Firm Name: Clark, Burnett, Love & Lee, G.P> | | | |
| Address: 440 Louisiana Street, Ste. 1600 | | | |
| City: Houston | State: TX | | Zip: 77002 |
| Firm Phone Number: 713-757-1400 | | Firm Fax Number: 713-759-1217 | |
| Other members of firm involved in this litigation: Scott A. Love, W. Michael Moreland | | | |

03-20-2012
Date

s/ Clayton A. Clark
Electronic Signature