# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  
Civil Action Number (SDWV): 2:12-md-02327

Chief Judge Joseph R. Goodwin

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | | |
|---|---|---|---|
| Check One: ☐ Plaintiff Counsel | ☒ Defense Counsel | ☐ Third Party Defense Counsel | |
| Last Name: Adams | First Name: Robert | Middle Name/Maiden: Thomas | Suffix |
| Bar Number and State: #34612-Missouri | | E-Mail Address: rtadams@shb.com | |
| Party Representing: Boston Scientific Corporation | | | |
| Originating Case Number: 2:12-md-02327 | | Originating District: USDC SD WV | |
| Originating Short-Case Style: In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | | | |
| Direct Dial Number: 816.559.2230 | | Cell Phone Number: 816.838.3520 | |
| Secretary Name: Joyce Anderson | | Paralegal Name: Kelly A. Bland | |

| LAW FIRM INFORMATION | | |
|---|---|---|
| Firm Name: Shook, Hardy & Bacon L.L.P. | | |
| Address: 2555 Grand Blvd. | | |
| City: Kansas City | State: Missouri | Zip: 64108 |
| Firm Phone Number: 816.474.6550 | Firm Fax Number: 816.421.5547 | |
| Other members of firm involved in this litigation: Jon Strongman and Bryan Pratt | | |

3/21/2012  
Date

s/ Robert T. Adams  
Electronic Signature