IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

In re:  Ethicon, Inc. Pelvic Repair System
         Products Liability Litigation                                   MDL: 2327

THIS DOCUMENT RELATES TO ALL CASES

---

**APPLICATION OF SCOTT A. LOVE FOR APPOINTMENT
TO THE PLAINTIFF'S STEERING COMMITTEE**

In accordance with Paragraph 19 of Pretrial Order No. 1 (Initial Conference and Case Management Order), the undersigned makes this Application to the Court for appointment to the Plaintiffs' Steering Committee, as follows:

1. I am a partner in the law firm of Clark, Love & Hutson, G.P., in Houston, Texas. I concentrate my practice on complex civil litigation, including predominantly pharmaceutical liability mass torts and products liability matters. I am the head of the firm's Pharmaceutical Litigation Department and have litigated many pharmaceutical cases, among them Paxil, Trasylol, Fen-Phen, Rezulin, Advair, and Avandia. At this time, I am actively litigating cases involving DePuy, Accutane, Avandia, Trasylol, and Zoloft in courts nationwide.

2. I have served in various leadership positions nationwide. For example, I am currently co-lead counsel for the Plaintiff's Steering Committee in the Trasylol MDL before Judge Middlebrooks in the Southern District of Florida. Through my position as co-lead counsel in the Trasylol MDL, I am chiefly responsible for coordinating the development of all phases of the case for trial. Because of my efforts, as well as the efforts of all PSC members, the Defendant instituted a settlement program rather than go to trial. This program has resulted in the settlement of the great majority of cases thereby

reducing the financial and time burden on the court system and the parties. I have also been appointed liaison counsel in the Trasylol litigation in Philadelphia County before the Honorable Judge Moss. In this position, I work directly with the Judge and Defendants to ensure the efficient administration of Trasylol cases pending in state court.

3. In addition to serving on leadership positions involving pharmaceutical cases, I am an active trial lawyer and have tried several pharmaceutical cases to verdict. Most recently, myself and two colleagues obtained a 2.5 million dollar verdict for injuries sustained by a minor in the Paxil Birth Defect Litigation. This was the first Paxil birth defect case tried in the country and resulted in two-thirds of all cases being settled within six months of the verdict.

4. Clark, Love & Hutson, G.P. is in the process of reviewing thousands of cases involving Vaginal Mesh products and is actively preparing those cases for filing and trial. In addition, my firm has retained its own set of experts to assist in the immediate review of cases. My firm has received referrals from law firms throughout the United States and anticipate additional referrals. My firm has also provided intake forms, client questionnaire and evaluation assistance to numerous law firms to ensure that everyone is able to get the information needed to make an accurate evaluation of their cases.

5. Clark, Love and Hutson, G.P., is a national trial law firm of fifteen attorneys and a staff of over seventy located in Houston, Texas. It has earned a reputation nationwide for successfully litigating personal injury and products liability cases and working well with other law firms in coordinating complex litigation against Fortune 500 companies. For example, Clark, Love & Hutson, G.P. has been at the forefront of several mass tort litigations including the BP Explosion, Paxil, Trasylol and Zyprexa. In the Paxil litigation, the firm represented the overwhelming majority of clients nationwide, was appointed as lead counsel to coordinate the litigation in Pennsylvania, and successfully tried the first case in the country.

6. My reputation for working cooperatively with other attorneys is evidenced by my track record of leadership positions in numerous mass tort litigations. Further, the fact that I have had experience both in trying pharmaceutical cases and experience in leading groups of plaintiffs' attorneys in complex litigation would serve this Court, the parties, and those injured by Vaginal Mesh products.

7. As a member of the Plaintiffs Steering Committee, I would uphold my duty by coordinating the responsibilities of the Steering Committee, assisting in discovery and other related matters to prepare cases for trial, appear at periodic court noticed status conferences, perform other necessary administrative or logistic functions of the PSC and carry out any other duty as the Court may order.

8. I would be honored if I was chosen by the Court to serve on the Plaintiffs' Steering Committee. I and my firm have the resources, the willingness, and availability to commit to this important project. From the efforts I have expended thus far on this project and on past projects, I can assure the Court that I am qualified to serve on the Plaintiffs' Steering Committee in this MDL.

Based on the above, the undersigned respectfully request Your Honor's appointment to the Plaintiffs' Steering Committee in the Ethicon, Inc. Pelvic Repair System Products Liability Litigation.

Date:   3/21/2012

Respectfully Submitted,

CLARK, LOVE & HUTSON, GP

*/s/ Scott A. Love*_____
Scott A. Love, TX Bar #24002495
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel: (713) 757-1400
Fax: (713) 759-1217
slove@triallawfirm.com

3