# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**                                                        **Chief Judge Joseph R. Goodwin**
Civil Action Number (SDWV): 2:12-md-02327

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | | |
|---|---|---|---|
| Check One:  ☐ Plaintiff Counsel | ■ Defense Counsel | | ☐ Third Party Defense Counsel |
| Last Name: Strongman | First Name: Jon | Middle Name/Maiden: Andrew | Suffix |
| Bar Number and State: #53995-Missouri | | E-Mail Address: jstrongman@shb.com | |
| Party Representing: Boston Scientific Corporation | | | |
| Originating Case Number: 2:12-md-02327 | | Originating District: USDC SD WV | |
| Originating Short-Case Style: In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | | | |
| Direct Dial Number: 816.559.2430 | | Cell Phone Number: 913.669.5123 | |
| Secretary Name: Sarah Hongerloot | | Paralegal Name: Kelly A. Bland | |

| LAW FIRM INFORMATION | | |
|---|---|---|
| Firm Name: Shook, Hardy & Bacon L.L.P. | | |
| Address: 2555 Grand Blvd. | | |
| City: Kansas City | State: Missouri | Zip: 64108 |
| Firm Phone Number: 816.474.6550 | Firm Fax Number: 816.421.5547 | |
| Other members of firm involved in this litigation: Bryan Pratt and Robert T. Adams | | |

3/22/2012                                                   s/ Jon A. Strongman
Date                                                                      Electronic Signature