# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**

**Civil Action Number (SDWV):** 2:12-md-02327

**Chief Judge Joseph R. Goodwin**

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | |
|---|---|---|
| Check One: ☐ Plaintiff Counsel | ☒ Defense Counsel | ☐ Third Party Defense Counsel |
| Last Name: Pratt | First Name: Bryan | Middle Name/Maiden: Timothy   Suffix: |
| Bar Number and State: #48798-Missouri | E-Mail Address: bpratt@shb.com | |
| Party Representing: Boston Scientific Corporation | | |
| Originating Case Number: 2:12-md-02327 | Originating District: USDC SD WV | |
| Originating Short-Case Style: In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | | |
| Direct Dial Number: 816.559.2225 | Cell Phone Number: 816.668.7587 | |
| Secretary Name: Pamela Humphries | Paralegal Name: Kelly A. Bland | |

| LAW FIRM INFORMATION | | |
|---|---|---|
| Firm Name: Shook, Hardy & Bacon L.L.P. | | |
| Address: 2555 Grand Blvd. | | |
| City: Kansas City | State: Missouri | Zip: 64108 |
| Firm Phone Number: 816.474.6550 | Firm Fax Number: 816.421.5547 | |
| Other members of firm involved in this litigation: Jon Strongman and Robert T. Adams | | |

3/22/2012
Date

s/ Bryan Pratt
Electronic Signature