# EXHIBIT "1"

CAROL W. HUNSTEIN, CHIEF JUSTICE
GEORGE H. CARLEY, PRESIDING JUSTICE
ROBERT BENHAM
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
DAVID E. NAHMIAS
    JUSTICES

# Supreme Court
## State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

THERESE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

March 20, 2012

    I hereby certify that Josh Brian Wages, Esq., was admitted on the 26th day of October, 1999, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*[signature]*, Clerk