# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**                                                              **Chief Judge Joseph R. Goodwin**
**Civil Action Number (SDWV):** 2:12-cv-00491

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel    ☐ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Farrell | Paul | T. | Jr. |

| Bar Number and State: | E-Mail Address: |
|---|---|
| WV 7433 | paul@greeneketchum.com |

Party Representing:
Plaintiff Gwendoyln Young

| Originating Case Number: 2:12-cv-00491 | Originating District: Southern District W.Va. |
|---|---|

Originating Short-Case Style: Young v Ethicon Inc

| Direct Dial Number: 304-525-9115 | Cell Phone Number: |
|---|---|
| Secretary Name: Tina Keaton | Paralegal Name: Jennifer Nestor |

### LAW FIRM INFORMATION

Firm Name: Greene Ketchum Bailey Walker Farrell & Tweel

Address: P O Box 2389

| City: Huntington | State: WV | Zip: 25724 |
|---|---|---|
| Firm Phone Number: 304-525-9115 | Firm Fax Number: 304-529-3284 | |

Other members of firm involved in this litigation:
Lawrence J. Tweel

03/23/2012                                           s/ Paul T. Farrell, Jr.
Date                                                            Electronic Signature