IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc. Pelvic Repair System               MDL No. 2327
Products Liability Litigation

THIS DOCUMENT RELATES TO ALL CASES

---

### APPLICATION OR NOMINATION OF PAUL T. FARRELL, JR. FOR PLAINTIFFS' CO-LIAISON COUNSEL AND PLAINTIFFS' STEERING COMMITTEE

COMES NOW, the undersigned, Paul T. Farrell, Jr., Esq. and respectfully submits this application for appointment as Co-Liaison Counsel and to the Plaintiffs' Steering Committee. I have reviewed the *Plaintiffs' Proposed Counsel Organizational Structure* plan filed with the court for MDLs 2325, 2326 and 2327 on March 19, 2012, and join in the recommendation to the court that the plan be accepted.

**A. Co-Liaison Counsel.** Please consider my application as one of the three Plaintiffs' Co-Liaison Counsel. I am a graduate of the University of Notre Dame (BA 1994) and the West Virginia University College of Law (JD 1997) and a partner in the law firm GREENE, KETCHUM, BAILEY, WALKER, FARRELL & TWEEL in Huntington, West Virginia. I am licensed to practice law in the State of West Virginia (#7443). I am a member in good standing with the West Virginia State Bar Association and the West Virginia Supreme Court. A copy my certificate of good standing and my current curriculum vitae are attached hereto in accordance with the Pre-Trial Order. I am familiar with the duties and responsibilities enumerated in the MCL 4th and am honored to receive the nomination by my colleagues. I presently serve in a similar capacity in *In re C.R. Bard, Inc. Pelvic Repair Systems Product Liab. Litig.,* (Civil Action No. 2:10-md-02187).

**B.     Plaintiffs' Steering Committee.**  I am also applying for a position on the Plaintiffs' Steering Committee.

**(a)     Willingness and availability to commit to a time-consuming project.**  I acknowledge the PSC responsibilities defined in the PreTrial Order and represent to the Court that I am willing and available to commit to this time consuming project.  I currently serve on the Plaintiffs' Steering Committee for *In re Avaulta Pelvic Support System* (Civil Action No. 2:1-md-02187) and have been nominated to serve as Plaintiffs' Co-Liaison Counsel in *Plaintiffs' Proposed Counsel Organizational Structure* submitted in this matter.

**(b)     Ability to work cooperatively with others.**  I have an established relationship with the leadership submitted in *Plaintiffs' Proposed Counsel Organizational Structure* plan in this matter.  I am co-counsel with proposed Plaintiffs' Coordinating Co-Lead Counsel, Henry G. Garrard, III, Esq., and serve as his local counsel for his *pro hac vice* in the State of West Virginia.  My law firm has a thirty (30) year relationship working with MOTLEY RICE LLC who is represented in this litigation by Fred Thompson, III, Esq. and is also nominated as Coordinating Co-Lead Counsel.

I currently serve as the President of the West Virginia Association for Justice (2011-2012) and have served on its Executive Committee since 2004.  I have served in a leadership capacity for some 500+ trial lawyers on matters of public, professional and legal significance.  I have a respectful and professional relationship with the West Virginia Defense Bar and have been engaged in complex litigation adverse to most every large defense firm in West Virginia.

**(c)     Professional experience in this type of litigation.**  I filed the first and original complaint which spawned the pelvic repair litigation and currently represent some twenty-five (25) plaintiffs who have instituted civil actions.  I am an experienced trial lawyer and learned in the factual and legal issues related to the pelvic mesh litigation.  I have successfully prosecuted

some fifty (50) medical malpractice cases as well as numerous complex civil litigation cases.  I respectfully submit that I have the experience and skill to serve as Plaintiffs' Co-Liaison Counsel and as a member of the Plaintiffs' Steering Committee.

  RESPECTFULLY SUBMITTED this the 22nd day of March, 2012.

                 Paul T. Farrell, Jr., Esq., Applicant
                 *Greene, Ketchum, Bailey, Walker,*
                 *Farrell & Tweel*

  */s/   Paul T. Farrell, Jr.*
_____
Paul T. Farrell, Jr., Esq.  (W.Va. Bar No. 7443)
GREENE KETCHUM
419 - 11th Street / P.O. Box 2389
Huntington, West Virginia  25724-2389
Phone:  800.479.0053 or 304.525.9115
Fax:  304.529.3284