# PAUL THOMAS FARRELL, JR., ESQ.

GREEN KETCHUM BAILEY WALKER FARRELL & TWEEL
*ATTORNEYS AND COUNSELORS AT LAW*
419 ELEVENTH STREET
PO BOX 2389
HUNTINGTON, WEST VIRGINIA 25724

*Education*

**WEST VIRGINIA UNIVERSITY COLLEGE OF LAW**
Morgantown, West Virginia
Doctor of Jurisprudence
*Class of 1997*

**UNIVERSITY OF NOTRE DAME**
South Bend, Indiana
Government (B.A.)
*Class of 1994*

*Bars and Courts*

West Virginia State Bar (1997) (#7443)
Ohio State Bar (1998)(#0070257)
Kentucky State Bar (2011) (#94164)

*Professional Affiliations*

West Virginia State Bar Association
West Virginia Association for Justice
American Association for Justice
AAJ Birth Trauma Litigation Group
Trial Lawyers for Public Justice
American Bar Association
Ohio Bar Association
Kentucky Bar Association

*Awards, Appointments and Recognitions*

President, West Virginia Association for Justice (2011-2012)
Executive Committee, West Virginia Association for Justice (2004-2011)
West Virginia Continuing Legal Education Commission (2004 to *present*)
West Virginia University College of Law, Adjunct Professor of Appellate Advocacy (Fall 2003)
West Virginia Trial Lawyers Association Member of the Year (2002)

<u>Appellate Advocacy</u>

MacDonald v. City Hosp., Inc., 227 W.Va. 707, 715 S.E.2d 405 (2011) (*amicus*)
Eastham v. City of Huntington, 222 W. Va. 661, 671 S.E.2d 666 (W.Va. 2008) (*on brief*)
Riggs v. West Virginia Univ. Hospitals, Inc., 221 W.Va. 646, 656 S.E.2d 91 (2007) (*presented*)
Strahin v. Sullivan, 220 W.Va. 329, 647 S.E.2d 765 (2007) (*presented*)
Howe v. Howe, 218 W. Va. 638, 625 S.E.2d 716 (W.Va. 2005) (*presented*)
Swiger v. UGI/AmeriGas, Inc., 216 W.Va. 756, 613 S.E.2d 904 (2005) (*amicus*)
Boggs v. Camden-Clark Memorial Hosp. Corp., 216 W.Va. 656, 609 S.E.2d 917 (2004) (*amicus)*
Wampler Foods, Inc. v. Workers' Comp., 216 W.Va. 129, 602 S.E.2d 805 (2004) (*amicus*)
Miralles v. Snoderly, 216 W.Va. 91, 602 S.E.2d 534 (2004) (*on brief*)
Barefield v. DPIC Cos., 215 W.Va. 544, 600 S.E.2d 256 (2004) (*amicus*)
State ex rel. Allstate Ins. Co. v. Madden, 215 W.Va. 705, 601 S.E.2d 25 (2004) (*amicus*)
State v. $43,000.00 in Cashier's Checks, 214 W. Va. 650, 591 S.E.2d 208 (2003) (*presented*)
Taylor v. Nationwide Mut. Ins. Co., 214 W. Va. 324, 589 S.E.2d 55 (2003) (*amicus*)
State ex rel. Brooks v. Zakaib, 214 W. Va. 253, 588 S.E.2d 418 (2003) (*amicus*)
State ex rel. Brison v. Kaufman, 213 W. Va. 624, 584 S.E.2d 480 (2003) (*amicus*)
Findley v. State Farm Mut. Ato. Ins. Co., 213 W. Va. 80, 576 S.E.2d 807 (2002) (*presented*)
Hawkins v. Ford Motor Company, 211 W.Va.487, 566 S.E.2d 624 (2002) (*amicus*)
Woodrum v. Johnson, 210 W.Va. 762, 559 S.E.2d 908 (2001) (*amicus*)
Miller v. Monongalia Cty. Bd. of Educ., 210 W. Va. 147, 556 S.E.2d 247 (2001) (*presented*)
State ex rel. Charles Town Hosp. v. Sanders, 210 W.Va. 118, 556 S.E.2d 85 (2001) (*amicus*)
Estate of Robinson v. Randolph County. Comm'n, 209 W. Va. 505, 549 S.E.2d 699 (2001)
Yates v. West Virginia Univ. Bd. of Trustees, 209 W.Va. 487, 549 S.E.2d 681 (2001) (*amicus*)
Mitchell v. Broadnax, 208 W.Va. 36, 537 S.E.2d 882 (2000) (*amicus*)
Stevens v. West Virginia Inst. of Tech., 207 W. Va. 370, 532 S.E.2d 639 (2000)
DeVane v. Kennedy, 205 W. Va. 519, 519 S.E.2d 622 (1999) (*amicus*)
State v. Browning, 199 W. Va. 417, 485 S.E.2d 1 (1997) (*presented*)

<u>Continuing Legal Education Seminar Presentations</u>

*Statute of Limitations and Repose on Cases Involving Minors: Recent Developments*, WVTLA Mid-Winter Seminar, Charleston, West Virginia (February 8, 2002)

*The Impact of Mitchell v. Broadnax on West Virginia Automobile Insurance Law*, WVCLE Mountaineer CLE Series, Insurance Law, Morgantown, West Virginia (November 8, 2002)

*Panel: Insurance - Benefits Subrogation, Coverage Disputes, Declaratory Judgment Actions and Bad Faith*, WVTLA Mid-Winter Seminar, Charleston, West Virginia (January 17, 2003)

*Liability of School Boards, School Officials, and School Employees Under the West Virginia Governmental Tort Claims And Insurance Reform Act*, WVCLE Mountaineer CLE Series, Education Law, Morgantown, West Virginia (May 30, 2003)

*A Case Study: Effective Use of PowerPoint in a Complex Workplace Injury and Product Liability Mediation*, WVTLA Summer Seminar, Charleston, West Virginia (June 5, 2003)

*Recent Trends in First-Party Bad Faith*, Lorman Education Services, Charleston, West Virginia (May 14, 2004)

*Post Litigation Conduct Post Rose and Barefield*, WVCLE Mountaineer CLE Series, Insurance Law, Morgantown, West Virginia (November 12, 2004)

*Combating Insurance Company Bad Faith without a Private Cause of Action*, WVTLA Mid-Winter Seminar, Charleston, West Virginia (February 2, 2006)

*Insurance Bad Faith Claims in West Virginia*, Lorman Education Services, Charleston, West Virginia (May 17, 2006)

*Insurance Coverage Litigation*, National Business Institute, Charleston, West Virginia (June 27, 2006)

*Assignment of First-Party Bad Faith Claims*, WVCLE Mountaineer CLE Series, Insurance Law, Morgantown, West Virginia (November 10, 2006)

*Constitutional Debates of Our Time: God, Life and the Government*, WVCLE Litigation, Canaan Valley Lodge, Davis West Virginia (January 20, 2007)

*Hospital-Acquired Infections Litigation*, Litigation at Sunrise, 2007 ATLA Annual Convention, Chicago, Illinois (July 16, 2007)

*Hospital Acquired Infections*: *Riggs v. WVUH* Case Study, Ohio Association for Justice Medical Malpractice Seminar, Columbus Ohio (September 19, 2008)

*Five Myths of the Medical Malpractice Debate*, WVAJ Mid-Winter Seminar, Charleston, West Virginia (February 11, 2010)