STATE OF WEST VIRGINIA

      I, Rory L. Perry II, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Paul T. Farrell, Jr., of Huntington, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 6th day of October, 1997; that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.

      Given under my hand and seal of said Court, at Charleston, West Virginia, this 22nd day of March, 2012, and in the 149th year of the State.

_____

Clerk, Supreme Court of Appeals of West Virginia

