EXHIBIT 1

# The Supreme Court of Texas

AUSTIN

---

CLERK'S OFFICE

---

      I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Mark Randall Mueller**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 30th day of October, 1981.

      I further certify that the records of this office show that, as of this date

**Mark Randall Mueller**

is presently enrolled with the State Bar of Texas as an active member in good standing.

      **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 23rd day of March, 2012.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 0323A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.