IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

In re Ethicon, Inc. Pelvic Repair System     MDL No. 2327
Products Liability Litigation

**THIS DOCUMENT RELATES TO ALL CASES**

## APPLICATION OF MICHAEL J. MILLER FOR APPOINTMENT ON PLAINTIFF'S STEERING COMMITTEE

The undersigned, Michael J. Miller, of The Miller Firm, LLC, submits his Application for Appointment to the Plaintiff's Steering Committee, and respectfully shows the following:

Michael J. Miller graduated from the University of Maryland with an undergraduate degree in Political Science. Mr. Miller then graduated from Baltimore University School of Law in 1978.

In 2007, Mr. Miller had the honor of being appointed by the Honorable Cynthia Rufe, United States District Judge, Eastern District of Pennsylvania, to serve on the Plaintiffs Steering Committee for Avandia Litigation, MDL 1871. Additionally, in Avandia his fellow Plaintiffs Steering Committee members appointed Mr. Miller Co-Chairman of the Discovery Committee. As Co-Chairman of the Discovery Committee they efficiently and amicably obtained and reviewed millions of documents. Mr. Miller personally conducted ten corporate employee depositions. The case was properly discovered up in a short period of time and successfully began settlement of the cases long before *Daubert* hearings. Mr. Miller and his colleagues were able to work well as a group and keep plaintiffs lawyers and clients around the country informed of the process.

The Miller Firm, LLC successfully resolved 1,800 Avandia cases and paved the way for resolution of most Avandia cases.

Prior to his work in the Avandia litigation, Mr. Miller had the honor to be appointed to the Zyprexa II Steering Committee by the Honorable Jack B. Weinstein, MDL 1596, and in In Re Viagra MDL 1657 by the Honorable Paul A. Magnuson.

The Miller Firm has been actively practicing law for 30 years. Mr. Miller is licensed and in good standing in the Commonwealth of Pennsylvania, Commonwealth of Virginia, the State of Maryland and the District of Columbia. Mr. Miller also served as Special Assistant Attorney General for the State of Montana concerning multiple litigations which they have brought in the pharmaceutical arena.

As The Miller Firm is licensed in both California and New Jersey, Mr. Miller is intimately familiar with Mass Tort Litigation in those settings as well. Mr. Miller was recently appointed to the Byetta Steering Committee in the consolidated California litigation.

Mr. Miller was lead counsel in seven fen-phen trials. The Miller Firm resolved over 5,000 fen-phen cases while working with Honorable Harvey Bartle III and defense counsel.

Mr. Miller and his firm have devoted significant time and resources to the development of the Pelvic Mesh cases. Mr. Miller, and other associates have been and will continue to be actively involved in these cases, along with many more dedicated and experienced staff. The Miller Firm is licensed in Virginia, Delaware, Pennsylvania, Maryland, the District of Columbia, New Jersey, Florida, Mississippi, Illinois, California and Montana.

The Miller Firm has at least one case filed in each of the four Pelvic Mesh MDL's in front of the Honorable Judge Goodwin. With the Judge's permission, The Miller Firm intends to file directly into the MDL. The Miller Firm will likely have cases filed as well in New Jersey and other jurisdictions, and believe the Firm can be of great assistance to the Court in coordinating proceedings.

It is with a sincere appreciation of the importance of the obligations and responsibilities of a Plaintiffs Steering Committee Member, that Mr. Miller respectfully requests the Courts consideration to be appointed a member of the Plaintiffs Steering Committee.

This 23rd day of March, 2012

By: /s/ Michael J. Miller
Michael J. Miller
Virginia Bar No. 19171

The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
MMiller@millerfirmllc.com
(540) 672-4224
(540) 672-3055 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              /s/ Michael J. Miller
                                              Michael J. Miller
                                              MMiller@millerfirmllc.com
                                              Virginia Bar No. 19171

The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672-4224
(540) 672-3055 (Fax)