# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  
**Civil Action Number (SDWV):** 2:12-md-02327

**Chief Judge Joseph R. Goodwin**

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel  ☐ Defense Counsel  ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Eskin | Amy | | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 127668; California | aeskin@hershlaw.com |

**Party Representing:** Rebecca Oehring, Charles Oehring

| Originating Case Number: 2:12-cv-00767 | Originating District: USDC SD of West Virginia |
|---|---|

**Originating Short-Case Style:** Oehring v. Johnson & Johnson

| Direct Dial Number: 415-441-5544, ext. 307 | Cell Phone Number: 415-806-5514 |
|---|---|
| Secretary Name: Portland Grant | Paralegal Name: Cathy Blessum |

### LAW FIRM INFORMATION

**Firm Name:** Hersh & Hersh, A Professional Corporation

**Address:** 601 Van Ness Avenue, Suite 2080

| City: San Francisco | State: CA | Zip: 94102 |
|---|---|---|
| Firm Phone Number: 415-441-5544 | Firm Fax Number: 415-441-7586 | |

**Other members of firm involved in this litigation:** Nancy Hersh, Mark E. Burton, Jr.

March 26, 2012  
Date

s/ Amy Eskin  
Electronic Signature