# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

MDL 2327  
Civil Action Number (SDWV): 2:12-md-02327

Chief Judge Joseph R. Goodwin

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

| Check One: | ☑ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |
|---|---|---|---|

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Eskin | Amy | | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 127668; California | aeskin@hershlaw.com |

**Party Representing:**  
Laquita Riddick, Carl Riddick

| Originating Case Number: 2:12-cv-00763 | Originating District: USDC SD of West Virginia |
|---|---|

**Originating Short-Case Style:** Riddick v. Johnson & Johnson

| Direct Dial Number: 415-441-5544, ext. 307 | Cell Phone Number: 415-806-5514 |
|---|---|
| Secretary Name: Portland Grant | Paralegal Name: Cathy Blessum |

### LAW FIRM INFORMATION

**Firm Name:** Hersh & Hersh, A Professional Corporation  
**Address:** 601 Van Ness Avenue, Suite 2080

| City: San Francisco | State: CA | Zip: 94102 |
|---|---|---|
| Firm Phone Number: 415-441-5544 | Firm Fax Number: 415-441-7586 | |

**Other members of firm involved in this litigation:**  
Nancy Hersh, Mark E. Burton, Jr.

| March 26, 2012 | s/ Amy Eskin |
|---|---|
| Date | Electronic Signature |