# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

MDL 2327　　　　　　　　　　　　　　　　　　　　　　Chief Judge Joseph R. Goodwin
Civil Action Number (SDWV): 2:12-md-02327

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | |
|---|---|---|
| Check One: ☑ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |
| Last Name: Eskin | First Name: Amy | Middle Name/Maiden:　　Suffix: |
| Bar Number and State: 127668; California | E-Mail Address: aeskin@hershlaw.com | |
| Party Representing: Sheri Scholl, Gary Scholl | | |
| Originating Case Number: 2:12-cv-00738 | Originating District: USDC SD of West Virginia | |
| Originating Short-Case Style: Scholl v. Johnson & Johnson | | |
| Direct Dial Number: 415-441-5544, ext. 307 | Cell Phone Number: 415-806-5514 | |
| Secretary Name: Portland Grant | Paralegal Name: Cathy Blessum | |
| LAW FIRM INFORMATION | | |
| Firm Name: Hersh & Hersh, A Professional Corporation | | |
| Address: 601 Van Ness Avenue, Suite 2080 | | |
| City: San Francisco | State: CA | Zip: 94102 |
| Firm Phone Number: 415-441-5544 | Firm Fax Number: 415-441-7586 | |
| Other members of firm involved in this litigation: Nancy Hersh, Mark E. Burton, Jr. | | |

March 26, 2012　　　　　　　　　　　　　　　　s/ Amy Eskin
　　　Date　　　　　　　　　　　　　　　　　　　　Electronic Signature