

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

## CERTIFICATE OF GOOD STANDING
### and
## STATEMENT OF DISCIPLINE

I, Tony R. Moore, Clerk of the United States District Court, Western District of Louisiana,

DO HEREBY CERTIFY THAT

### RICHARD J. ARSENAULT
### Bar No. 2563

was duly admitted to practice in said Court on January 26, 1981 is in good standing in said Court.

There have been no disciplinary actions nor are there any pending disciplinary actions with this Court.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 13th day of March, 2012.

Tony R. Moore
Clerk of Court

by: *[signature]*

Deputy Clerk

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**RICHARD JOSEPH ARSENAULT, ESQ., #2563**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 17th Day of October, 1980 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 15th Day of February, 2012, A.D.

Clerk of Court
Supreme Court of Louisiana