# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO–7)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 77 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted. <br><br> **Mar 27, 2012** <br><br> CLERK'S OFFICE <br> UNITED STATES <br> JUDICIAL PANEL ON <br> MULTIDISTRICT LITIGATION | FOR THE PANEL: <br><br> *Jeffery Lüthi* <br><br> Jeffery N. Lüthi <br> Clerk of the Panel |

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                   MDL No. 2327

## SCHEDULE CTO–7 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|----------|----------|-------------|------------------|

**FLORIDA MIDDLE**

| FLM | 3 | 12–00263 | Fisk v. Ethicon, Inc. et al |
| FLM | 6 | 12–00361 | Kitchings et al v. Ethicon, Inc. et al |

**ILLINOIS NORTHERN**

| ILN | 1 | 12–01801 | Walker et al v. Ethicon, Inc. et al |

**MARYLAND**

| MD | 1 | 12–00747 | Massicot v. Ethicon et al |
| MD | 1 | 12–00749 | Rock v. Ethicon et al |
| MD | 1 | 12–00750 | Ballard et al v. Johnson &Johnson et al |
| MD | 1 | 12–00751 | Bruhn et al v. Ethicon, Inc. et al |
| MD | 1 | 12–00776 | Olmstead v. Ethicon, Inc. et al |
| MD | 1 | 12–00779 | Nolan v. Ethicon, Inc. et al |

**MISSOURI EASTERN**

| MOE | 4 | 12–00376 | Crow et al v. Ethicon, Inc. et al |

**TEXAS EASTERN**

| TXE | 1 | 12–00101 | Ankenman et al v. Johnson &Johnson Inc et al |



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System
Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to:  JPMLCMDECF                                              03/27/2012 08:47 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/27/2012 at 8:47 AM EDT and filed on 3/27/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7)
Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in
FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in
MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in
MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in
MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Bruhn et al v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00751 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Nolan v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00779 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Fisk v. Ethicon, Inc. et al |
| **Case Number:** | FLM/3:12-cv-00263 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Ballard et al v. Johnson & Johnson et al |
| **Case Number:** | MD/1:12-cv-00750 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Kitchings et al v. Ethicon, Inc. et al |
| **Case Number:** | FLM/6:12-cv-00361 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**<span style="color:red">***TEXT ONLY ENTRY***</span>**

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Ankenman et al v. Johnson & Johnson Inc et al |
| **Case Number:** | TXE/1:12-cv-00101 |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Crow et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-00376 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in**

MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.

Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)

| | |
|---|---|
| **Case Name:** | Olmstead v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00776 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Walker et al v. Ethicon, Inc. et al |
| **Case Number:** | ILN/1:12-cv-01801 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Rock v. Ethicon et al |
| **Case Number:** | MD/1:12-cv-00749 |
| **Filer:** | |
| **Document** | No document |

**Number:**    attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

**Case Name:**    Massicot v. Ethicon et al

**Case Number:**    MD/1:12-cv-00747

**Filer:**

**Document Number:**    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-7) Finalized on 03/27/12. Please see pleading (3 in FLM/3:12-cv-00263, 3 in FLM/6:12-cv-00361, 3 in ILN/1:12-cv-01801, 3 in MD/1:12-cv-00747, 3 in MD/1:12-cv-00749, 3 in MD/1:12-cv-00750, 3 in MD/1:12-cv-00751, 3 in MD/1:12-cv-00776, 3 in MD/1:12-cv-00779, [206] in MDL No. 2327, 3 in MOE/4:12-cv-00376, 3 in TXE/1:12-cv-00101).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.

Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF   to:   JPMLCMDECF                                    03/27/2012 08:46 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/27/2012 at 8:46 AM EDT and filed on 3/27/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 206 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Bruhn et al v. Ethicon, Inc. et al |

| | |
|---|---|
| **Case Number:** | MD/1:12-cv-00751 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Nolan v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00779 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Fisk v. Ethicon, Inc. et al |
| **Case Number:** | FLM/3:12-cv-00263 |

**Filer:**

**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Ballard et al v. Johnson & Johnson et al |
| **Case Number:** | [MD/1:12-cv-00750](#) |
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Kitchings et al v. Ethicon, Inc. et al |
| **Case Number:** | [FLM/6:12-cv-00361](#) |
| **Filer:** | |

**Document Number:**   [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

**Case Name:**   Ankenman et al v. Johnson & Johnson Inc et al

**Case Number:**   [TXE/1:12-cv-00101](#)

**Filer:**

**Document Number:**   [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

**Case Name:**   Crow et al v. Ethicon, Inc. et al

**Case Number:**   [MOE/4:12-cv-00376](#)

**Filer:**

**Document**   [3](#)

**Number:**

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Olmstead v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-00776 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Walker et al v. Ethicon, Inc. et al |
| **Case Number:** | ILN/1:12-cv-01801 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Rock v. Ethicon et al |
| **Case Number:** | MD/1:12-cv-00749 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

| | |
|---|---|
| **Case Name:** | Massicot v. Ethicon et al |
| **Case Number:** | MD/1:12-cv-00747 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-7) - 11 action(s)** *re: pldg. (1 in FLM/3:12-cv-00263, 1 in FLM/6:12-cv-00361, 1 in ILN/1:12-cv-01801, 1 in MD/1:12-cv-00747, 1 in MD/1:12-cv-00749, 1 in MD/1:12-cv-00750, 1 in MD/1:12-cv-00751, 1 in MD/1:12-cv-00776, 1 in MD/1:12-cv-00779, [194] in MDL No. 2327, 1 in MOE/4:12-cv-00376, 1 in TXE/1:12-cv-00101)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/27/2012.**

**Associated Cases: MDL No. 2327, FLM/3:12-cv-00263, FLM/6:12-cv-00361, ILN/1:12-cv-01801, MD/1:12-cv-00747, MD/1:12-cv-00749, MD/1:12-cv-00750, MD/1:12-cv-00751, MD/1:12-cv-00776, MD/1:12-cv-00779, MOE/4:12-cv-00376, TXE/1:12-cv-00101 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

**MD/1:12-cv-00751 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00751 Notice will not be electronically mailed to:**

**MD/1:12-cv-00779 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00779 Notice will not be electronically mailed to:**

**FLM/3:12-cv-00263 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Huda Ajlani ajlanilaw@gmail.com

**FLM/3:12-cv-00263 Notice will not be electronically mailed to:**

**MD/1:12-cv-00750 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00750 Notice will not be electronically mailed to:**

**FLM/6:12-cv-00361 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Huda Ajlani ajlanilaw@gmail.com

**FLM/6:12-cv-00361 Notice will not be electronically mailed to:**

**TXE/1:12-cv-00101 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Scott Anthony Love slove@triallawfirm.com, mmoreland@triallawfirm.com

William Michael Moreland mmoreland@triallawfirm.com

**TXE/1:12-cv-00101 Notice will not be electronically mailed to:**

**MOE/4:12-cv-00376 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Kevin J. Davidson kevin@zevandavidson.com

**MOE/4:12-cv-00376 Notice will not be electronically mailed to:**

**MD/1:12-cv-00776 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00776 Notice will not be electronically mailed to:**

**ILN/1:12-cv-01801 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Trent Miracle tmiracle@simmonscooper.com

**ILN/1:12-cv-01801 Notice will not be electronically mailed to:**

**MD/1:12-cv-00749 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00749 Notice will not be electronically mailed to:**

**MD/1:12-cv-00747 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-00747 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP JPMLStamp_ID=1090522767 [Date=3/27/2012]
[FileNumber=270398-0]
[a6ef0b974f0bc9a40e1352518e8187064ce8039a567df730e5ff404e7645983891f8
8
afd8d44edfe4a2203f9fa3f961aad49a3b36e8047d2c92ce2a07c0f91a0]]