**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | |
|---|---|
| In re Ethicon, Inc. Pelvic Repair System Products Liability Litigation | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

**APPLICATION FOR APPOINTMENT
TO THE PLAINTIFFS' STEERING COMMITTEE**

COMES NOW, P. Leigh O'Dell, pursuant to the Court's Order of February 29, 2012, to apply for appointment to the Plaintiffs' Steering Committee and in support of her application, submits the following:

P. Leigh O'Dell is a shareholder in the Mass Torts Section of Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C., a national law firm headquartered in Montgomery, Alabama. Beasley Allen's Mass Torts Section is comprised of 15 attorneys and 66 staff members. The Mass Torts Section focuses on pharmaceutical and medical device product liability litigation. Overall, Beasley Allen employees 66 attorneys and 173 staff members.

Beasley Allen has a reputation for leadership, cooperation, and hard work in multidistrict litigations. Currently, Beasley Allen lawyers serve on Plaintiffs' Steering Committees in *In re: Actos Product Liability Litigation,* MDL No. 229; *In re: Fosamax Products Liability Litigation*, MDL No. 1789; *In re: Fosamax (Alendronate Sodium) Products Liability Litigation* (No. II), MDL No. 2243; *In re: DePuy Orthopaedics, Inc., ASR Hip Implants Products*, MDL No. 2197; *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, MDL No. 2244; *In re: Prempro Products Liability Litigation*, MDL No. 1507, among others.

Beasley Allen has thirteen cases currently pending in this Court: *Barnett v. American Medical Systems* (2:12-cv-00527); *Chapman v. Bard* (2:12:cv-00721); *Greer v. Bard*, 2:12-cv-00244); *Hagans v. Johnson & Johnson* (2:12-cv-00783); *Harris v. American Medical Systems* (2:12-cv-00711); *Hayzlett v. Boston Scientific* (2:12-cv-00502); *Houst v. Boston Scientific* (2:12-cv-00687); *Kelly v. American Medical Systems* (2:12-cv-00556); *Kinder v. American Medical Systems*, (2:12-cv- 00744); *Kirchner v. Bard,* 2:12-cv-00518); *Morrison v. Johnson & Johnson* (2:12-cv-00800); *Quijano v. Johnson & Johnson* (2:12-cv-00799); and *Wimbush v. American Medical Systems* (2:12-cv-00699). Beasley Allen presently represents more than 1,000 additional plaintiffs with cases in various stages of investigation.

Ms. O'Dell, a graduate of Auburn University and the University of Alabama School of Law, has been licensed to practice law since 1993. She is admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eleventh Circuit, various United States District Courts around the country, and the Supreme Court of Alabama. Ms. O'Dell has been recognized in "The Best Lawyers in American" publication, and she is "AV" rated by Martindale-Hubbell.

Ms. O'Dell has professional experience in this type of litigation. Ms. O'Dell served on the Law and Briefing Committee, Trial Package Committee, and Settlement Liaison Committee in *In re: Vioxx Products Liability Litigation*, MDL. 1657. She was trial counsel in *Dedrick v. Merck & Co., Inc.,* a bellwether trial, and co-counsel in four other Vioxx bellwether trials. Ms. O'Dell has other significant mass tort experience, including participation in litigation involving Medtronic lead wires, genetically modified rice, and Fosamax.

Ms. O'Dell is willing and available to commit the time and resources necessary to fulfill the duties and obligations of membership on the Plaintiffs' Steering Committee. In the past, Ms.

O'Dell has demonstrated fidelity, focus, and fortitude when charged with responsibilities related to a litigation. For example, in *In re Vioxx Product Liability Litigation*, she maintained a steadfast commitment to the successful resolution of the litigation even when the defendant was winning trials and consistently expressing a commitment to try each case. Ms. O'Dell, along with others, worked tirelessly to protect the rights of all persons injured as a result of taking Vioxx not only during the discovery of the case and trials, but also throughout the negotiation and administration of the settlement.

Moreover, Ms. O'Dell's ability to work cooperatively with others is evidenced by her work in the Vioxx litigation where plaintiffs' efforts necessitated the cooperation of multiple law firms with distinct priorities and interests. She worked diligently to facilitate the cooperation of all firms, particularly in conjunction with the preparation and trial of bellwether cases and the development of the trial package.

Ms. O'Dell has reviewed the *Plaintiffs' Proposed Counsel Organizational Structure* plan filed with the Court for MDLs 2325, 2326, and 2327 on March 19, 2012, and joins in the recommendation to the Court that the plan be accepted. In sum, Ms. O'Dell would be honored to serve on the Plaintiffs' Steering Committee. Ms. O'Dell has professional experience in this type of litigation, works cooperatively with others, and is willing to consistently and continually commit time, effort, and resources to this litigation on behalf of all claimants.

This the 27th day of March, 2012.        Respectfully submitted,

/s/ P. Leigh O'Dell
P. Leigh O'Dell
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS, & MILES, P.C.**
P. O. Box 4160
Montgomery, AL  36103-4160
Phone:  (334) 269-2343
leigh.odell@beasleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27th, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ P. Leigh O'Dell
P. Leigh O'Dell

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.**
P. O. Box 4160
Montgomery, AL  36103-4160
Phone:  (334) 269-2343
Fax:  (334) 954-7555
leigh.odell@beasleyallen.com