# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 12-cv-876

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | |
|---|---|---|
| Check One: ☑ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Placitella | Christopher | M. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| New Jersey, 26257 | cplacitella@cprlaw.com |

**Party Representing:**
Lois Hoy and Robert Hoy

| Originating Case Number: 12-cv-876 | Originating District: S.D.W.V. |
|---|---|

**Originating Short-Case Style:** Lois Hoy et al. v. Johnson & Johnson et al.

| Direct Dial Number: 732-747-9003 x. 211 | Cell Phone Number: |
|---|---|
| Secretary Name: Terri Reynolds | Paralegal Name: Donna Glasser |

### LAW FIRM INFORMATION

**Firm Name:** Cohen, Placitella & Roth, P.C.

**Address:** 127 Maple Avenue

| City: Red Bank | State: New Jersey | Zip: 07701 |
|---|---|---|

| Firm Phone Number: | Firm Fax Number: |
|---|---|
| 732-747-9003 | 732-747-9004 |

**Other members of firm involved in this litigation:**
Harry M. Roth, Jillian A. S. Roman, Rayna M. Kessler

March 28, 2012                                                    s/ Christopher M. Placitella
Date                                                                            Electronic Signature