IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

### APPLICATION OF RACHEL ABRAMS, ESQ. FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

I have reviewed the Proposed Counsel Structure Plan filed with the court for MDL 2325, 2326, and 2327 on March 19, 2012, and join in the recommendation to the court that the plan be accepted, with one caveat.  The submitted proposal structure included the name of my partner, Laurel Simes.  After further thought and consideration, it has been decided that I should be the Plaintiffs' Steering Committee member for our firm.  The proposed Coordinating Co-Lead Counsel and the proposed Plaintiffs' Steering Committee consents to this change.  In accordance with Paragraph 19 of Pretrial Order No. 1 (Initial Conference and Case Management Order), the undersigned makes this Application to the Court for appointment to the Plaintiffs' Steering Committee, as follows:

1. I am a partner of the law firm of Levin Simes LLP, in San Francisco, California and in good standing in all Courts in the State of California.  I concentrate my practice on complex civil litigation, including predominantly pharmaceutical liability mass torts and products liability matters.  I am the head of the firm's Pharmaceutical and Medical Device Litigation Department and have litigated many pharmaceutical cases, among them Breast Implant, DES, Fen-Phen®, Sulzer-Hip Implant, Medtronic-AneuRx, Guidant-Ancure, Zyprexa, Medtronic-Defibrillators, Guidant-Defibrillators, Avandia, Gadolinium-Based Contrast Agents, Byetta, Denture Cream Litigation, DePuy Orthopaedic Hip Implants, Actos, and numerous other cases involving pharmaceuticals and medical devices.  At this time, in addition to Trans-Vaginal

Mesh cases, I am actively litigating cases involving DePuy ASR, Denture Cream, and Actos in courts nationwide.

2. My entire legal career has been focused on medical device and pharmaceutical cases. I have served on numerous MDL committee positions, including the Avandia PSC, and as Co-Chair of the Science and Expert Committee in the Zyprexa litigation. I was appointed by U.S. District Judge Cynthia Rufe to the national Avandia litigation (MDL- 1871) Plaintiffs' Steering Committee ("PSC"). The PSC consisted of only 12 members nationally. Furthermore, I was the Co-Chair of the Science and Expert Committee for the Zyprexa litigation, working extensively with experts in various fields, as well as working cooperatively with numerous attorneys and individuals from law firms across the country

3. I have spoken at several seminars and conferences and often lectures in the areas of pharmaceutical/medical device litigation and in particular MDL procedures and litigation. I have also been identified as a "Rising Star" by Super Lawyers for five years in a row.

4. Currently, Levin Simes LLP represents hundreds of cases involving Trans-Vaginal Mesh products. We have filed several cases and are actively preparing the rest of the cases for filing and trial. The firm has received referrals from law firms throughout the United States, and anticipates additional referrals.

5. My reputation working cooperatively with other attorneys is evidenced by my track record of leadership positions in numerous mass tort litigations. Further, the fact that I have extensive experience leading groups of Plaintiffs' attorneys involved in complex litigation to successful and swift resolutions would serve this Court, the parties, and those injured by Trans-Vaginal Mesh products.

6. As a member of the Plaintiffs' Steering Committee, I will uphold my duties by coordinating the responsibilities of the Steering Committee, assisting in discovery, service, and experts, and other related matters to prepare cases for trial, appear at periodic court noticed status conferences, perform other necessary administrative or logistic function of the Plaintiffs' Steering Committee and carry out any other duty as the Court may order.

7. My firm has devoted significant resources and effort to investigating and litigating the Trans-Vaginal Mesh products cases. We have retained experts to assist us in evaluating these cases. Additionally, we have numerous partners, associates and support staff dedicated to the Trans-Vaginal Mesh Products Liability Litigation.

8. I would be honored if I were chosen by the Court to serve on the Plaintiffs' Steering Committee. I and my firm have the resources, the willingness, and availability to commit to this important project. From the efforts I have expended thus far on this project and on past projects, I can assure the Court that I am qualified to serve on the Plaintiffs' Steering Committee in this MDL.

Based on the above, the undersigned respectfully request Your Honor's appointment to the Plaintiffs' Steering Committee in the Trans-Vaginal Mesh Products Liability Litigation.

Dated: March 28, 2012                    Respectfully submitted,

/s/ Rachel Abrams_____
Rachel Abrams
LEVIN SIMES LLP
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      BY:   */s/ Rachel Abrams*
                 Rachel Abrams
                 California State Bar No. 209316
                 rabrams@levinsimes.com

LEVIN SIMES LLP
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 426-3000
Facsimile:    (415) 426-3001