# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-cv-00517

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel  ☐ Defense Counsel  ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Salim | Robert | Lyle | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 11663 (LA) | skeeter@cp-tel.net |

Party Representing: Joann Lehman

| Originating Case Number: 2:11-cv-07638 | Originating District: USDC PAED |
|---|---|

Originating Short-Case Style: Joann Lehman v. Ethicon, Inc., et al.

| Direct Dial Number: (318) 352-5999 | Cell Phone Number: (318) 663-5998 |
|---|---|
| Secretary Name: Elizabeth Perkins | Paralegal Name: Denise L. Fontenot |

### LAW FIRM INFORMATION

Firm Name: Salim-Beasley, LLC

Address: 1901 Texas Street

| City: Natchitoches | State: LA | Zip: 71457 |
|---|---|---|

| Firm Phone Number: (800) 491-1817 | Firm Fax Number: (318) 354-1227 |
|---|---|

Other members of firm involved in this litigation:

3/28/2012   s/ Robert L. Salim

Date   Electronic Signature