**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                              MDL No. 2327

THIS DOCUMENT RELATES
TO ALL CASES

---

**APPLICATION OF ROBERT L. SALIM FOR APPOINTMENT
TO THE PLAINTIFF'S STEERING COMMITTEE**

---

**COMES NOW,** Robert L. Salim, of the law firm, SALIM-BEASLEY, LLC, who respectfully submits this application for inclusion on the Court appointed Plaintiff's Steering Committee and presents the following:

1.) I have reviewed the Proposed Counsel Structure Plan filed with the court for MDLs 2325, 2326 and 2327 on March 19, 2012 and join in the recommendation to the court that the plan be accepted.

2.) In support of my application, I have attached my Curriculum Vitae (Exhibit A).

Dated: March 28, 2012

                                                  Respectfully Submitted,

                                                  By: /s/Robert L. Salim
                                                       Robert L. Salim
                                                       SALIM-BEASLEY, LLC
                                                       1901 Texas Street
                                                       Natchitoches, Louisiana 71457
                                                       Phone: (318) 352-5999
                                                       Facsimile: (318) 352-5998
                                                       e-mail: skeeter@cp-tel.net