Name:       Robert L. Salim

Address:    1901 Texas Street
            Natchitoches, Louisiana   71457

Telephone:  318-352-5999
Fax:        318-352-5998
E-Mail:     skeeter@cp-tel.net

    Born in Natchitoches, Louisiana, September 17, 1951, Robert attended Northwestern State University in Natchitoches, Louisiana, from 1969 – 1972 and obtained a B.S. in Political Science and History. He was a member of the Dean's List. After graduation, he attended Loyola Law School in New Orleans, Louisiana, from 1973 – 1976. Robert graduated on January 15, 1976 and was admitted to the LA State Bar in April 1976. While in law school, he clerked for Dodd & Barker and Donald G. Kelly.

    Robert Salim is admitted to practice before all courts, State and Federal, in Louisiana. He is also admitted before the U.S. Court of Appeals, Fifth Circuit.

    Robert is a member of the Natchitoches Parish Bar Association, former member of Board of Governors, Louisiana Trial Lawyers Association, and a member of Immaculate Conception Church in Natchitoches, Louisiana. He is a member of AAJ and was named as one of the Top 100 Trial Lawyers in Louisiana.

    Robert L. Salim was a Senior Partner of KELLY & SALIM law firm from 1976 – 1990, with its main office located in Natchitoches, Louisiana. He is experienced in the field of toxic tort, personal injury, negligence, product liability, environmental law litigation, class action litigation, mass torts, aviation law, trials, personal injury, worker's compensation, probate, wrongful death actions, as well as general civil practice in all State and Federal Courts.

    In 1990, Robert Salim formed ROBERT L. SALIM, APLC and continues to practice personal injury, product liability and mass torts. He specializes in pharmaceutical litigation and currently is handling Vioxx, Bextra, Zyprexa, Risperdal, Seroquel, welding rod, Fen Phen, Baycol, Avandia, Heparin, Ketek, Medtronic, Trasylol, Rapitva, and Zimmer Durom Cup cases. He is associated with the Houston, Texas firm Fibich, Hampton & Leebron on many of these pharmaceutical cases. He is also associated with Christopher Cueto in Belleville, Illinois.

EXHIBIT A

1

Robert Salim was the lead counsel in the East St. Louis Nationwide Ketek Settlement and is the lead counsel in several hundred SJS cases in Illinois, New Jersey, North Carolina, California, Arizona, Florida and Pennsylvania. He is the lead counsel in the Zyprexa MSA in Illinois in 2009-2010, and lead counsel in the Avandia MSA in Illinois from August 2010 to present. He is a class counsel in *Schouest, et al v. BP*, pending in Western District of Louisiana.

He is involved in numerous consumer action cases in Louisiana, North Carolina, Illinois, California and New Mexico.

Robert Salim has handled over one hundred (100) jury trials to verdict exclusively in the Personal Injury field.