

1710 Spruce Street
Philadelphia, PA 19103

1040 Kings Highway North
Suite 304
Cherry Hill, NJ 08034

252 Boas Street
Harrisburg, PA 17102

146 North 6th Street
Reading, PA 19601

89 12th Street
Wheeling, WV 26003

230 N. Monroe Street
Media, PA 19063

8700 E Vista Bonita Dr.
Scottsdale, AZ 85255

866-735-2792 Toll Free

**Thomas R. Anapol, Esquire**
1710 Spruce Street
Philadelphia, PA 19103
tanapol@anapolschwartz.com

(215) 790-4572 Direct Dial
(215) 875-7707 Direct Fax

March 28, 2012

The Honorable Joseph R. Goodwin
United States District Court
For the Southern District of West Virginia
**Via Electronic Filing**

    RE:    **In re: Pelvic Repair System Products Liability Litigation
MDL No.: Document Relates to All Cases**

Dear Judge Goodwin:

    I respectfully submit my request for appointment to the PSC in the Pelvic Repair System Products Liability MDL proceedings and I support the Plaintiffs' Proposed Counsel Organization Structure establishing cross-MDL coordination as submitted by Henry Garrard and others. It would be my honor to serve in the litigation if appointed by this Court to represent the common interests of Plaintiffs in these MDLs. I have filed cases, which have recently been transferred or are in the process of being transferred to this Honorable Court, in each of the four coordinated Pelvic Mesh MDLs.

    I am a partner with the law firm Anapol Schwartz with offices in Philadelphia, Pa., Cherry Hill, NJ, Scottsdale, AZ and importantly in Wheeling WV. My partner, Barry Hill has been a member in good standing with the West Virginia Bar for decades. I am a member in good standing and licensed to practice law in Pennsylvania and New Jersey as well as the Eastern District of Pennsylvania and the 3rd Circuit. My law firm handles mass tort, medical device, pharmaceutical, and complex Plaintiff's litigation nationwide. Members of my firm, myself included, have held various leadership roles on multiple MDL PSC's as well as working at the state level as liaison or co-liaison counsel in, among other litigations, the following cases: Fen-Phen, Rezulin, Propulsid, Baycol, PPA, Avandia, Trasylol, Ephedra, Human Tissue, Fosamax, Kugel Mesh, Hydroxycut, Yaz, Medtronic and Guidant Heart Devices and most recently the DePuy ASR MDL and Zimmer NexGen MDL.

    I received a degree in Business Administration from Boston University in 1988 and my law degree in 1991 from Widener University School of Law. More recently, I have served as a Board of Governor for the Pennsylvania Association of Justice (formerly Pennsylvania Trial

Lawyers Association) from 2005 to the present. In 2009, I was its membership chair, and since 2010, I have served as its business partner's chair.

      I am also a long standing member of the American Association for Justice (AAJ) and in 2008 was appointed co-chair of AAJ's Hydroxycut Litigation Group. I was also appointed in November of 2010 as a co-chair of AAJ's DePuy Metal-on-Metal Litigation Group. In 2011, I was appointed by AAJ to serve on its Section's and Litigation Group Coordination Committee. I routinely lecture on various Mass Tort topics and have specifically lectured at AAJ and other conferences on various medical devices and pharmaceutical litigations.

      I currently co-chair the firms Mass Tort Litigation Department. I concentrate my practice in mass tort drug/pharmaceutical and medical device litigation. I also continue to manage the firms Asbestos Litigation Department. I have served in various capacities in a number of Mass Tort cases at both the State and Federal levels.

      I was heavily involved in the Medtronic and Guidant MDL PSC's. In addition to representing hundreds of individual clients who suffered injuries ranging from stroke or death to those who required an explant and/or revision of defective heart devices, I served on the discovery and claims review committee in both of those successful litigations. In my role on the claims review committee, I specifically helped create and draft the allocation memorandum used as a guide by the committee in determining general case values and guidelines used in determining enhanced award allocation recommendations for the Special Master. I also participated in the successful claims review of thousands of claims in those litigations.

      I was appointed by Judge Richard Katz and currently serve on the Discovery Committee in the DePuy ASR MDL.

      In addition to the Medtronic and Guidant settlements, my firm, and I, over the years, have represented and settled roughly five thousand asbestos cases. We have successfully represented 900 individual diet drug victims, 600 Vioxx claimants and thousands of other pharmaceutical and medical device litigants.

      I am hopeful that I have demonstrated that I have the resources, commitment and qualifications to serve on the PSC or leadership committee in this litigation. I have worked well in the past with many of the attorneys I understand are seeking leadership in this MDL. I believe I have the necessary skill and experience to address the interests of all participants and to assist this Honorable Court in the above-referenced MDL proceedings.

      Respectfully submitted,

Thomas R Anapol



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Thomas Richard Anapol, Esq.**

DATE OF ADMISSION

**December 10, 1991**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 15, 2012

Patricia A. Johnson
Chief Clerk