**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Fred Thompson III*
*FRED THOMPSON, III (SC Bar #5548)*
*MOTLEY RICE LLC*
*P.O. Box 1792*
*Mt. Pleasant, SC  29464*
*(843) 216-9118 (Phone)*
*(843) 216-9450 (Fax)*
*fthompson@motleyrice.com*