# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Fred Thompson III was duly sworn and admitted as an attorney in this state on November 8, 1979, and is currently an active member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _Gayle B. Watts_
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

February 24, 2012