IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION
                                                                    MDL No. 2327

THIS DOCUMENT RELATES TO ALL CASES

## APPLICATION OF CARL N. FRANKOVITCH FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

The undersigned, Carl N. Frankovitch, of the law firm of Frankovitch, Anetakis, Colantonio & Simon, submits this Application to serve on the Plaintiffs' Steering Committee as it relates to the CR Bard, Inc. Pelvic Repair System Products Liability Litigation MDL No. 2187; the American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation MDL No. 2325; Boston Scientific Corp. Pelvic Repair System Products Liability Litigation MDL No. 2326; and the Ethicon, Inc. Pelvic Repair System Products Liability Litigation MDL No. 2327.

This firm has Transvaginal Mesh cases in each of the above mentioned MDLs and will continue to file in these MDLs. This firm is counsel in each of the following cases: Carol Hammond vs. C. R. Bard, Inc., et al., filed in the United States District Court for the Southern District of West Virginia at Charleston, Civil Action No. 2:12-cv-0110; Monetta Rose et al. vs. American Medical Systems, Inc., et al., filed in the United States District Court for the Northern District of Ohio, Civil Action No. 1:12-cv-00020; Marta Iglesias and Pablo Iglesias vs. Boston Scientific Corporation, filed in the United States District Court for the Southern District, Florida, Civil Action No. 1:11-cv-24263; and Patricia Conti v. Ethicon, Inc., et al., filed in the United States District Court for the

Eastern District, Pennsylvania, Civil Action No. 2:11-cv-07508, among others.  As set forth in support of this Application, I am willing and available to commit to this project, have a proven ability to work cooperatively with others, and have the necessary experience in this type of litigation.

I am a graduate of the College of William and Mary with a Bachelor of Science degree. I gained my law degree in 1972 from the West Virginia University of Law and graduated *Order of the Coif;* Phi Alpha Delta; and Note Editor of West Virginia Law Review. I am a member in good standing of the bar in the States of West Virginia, Ohio and the Commonwealth of Pennsylvania.  I have handled all aspects of product liability litigation similar to the above-referenced action, including class action and mass tort claims.  I served as co-liaison/lead counsel for *In Re: Serzone Products Liability Litigation*, U.S. District Court, Southern District of West Virginia, MDL NO. 1477 and as co-liaison/lead counsel in *In Re: Digitek Products Liability Litigation*, U.S. District Court, Southern District of West Virginia, MDL NO. 1968.  I also served as co-lead counsel in other pharmaceutical cases including class counsel for the statewide class action *In Re: Diet Drug Litigation, Civil Action No. 98-C-9999*; West Virginia Mass Litigation Panel case *In Re: West Virginia Rezulin Litigation, Civil Action No. 00-C-1180; Keith Smith, et al. v. Bayer Corp.; Civil Action No. 01-C-191*and *Michael McCallister, et al. v. Purdue Pharma, L.P., Civil action No. 01-C-238.*

I presently have the time, financial resources, and energy available for this project, as well as an active interest in this project.  Morever, as a partner of my firm, I can assure you that proper staffing and financial backing are provided to this litigation to ensure proper pursuit of this matter.

WHEREFORE, movant prays this Honorable Court for consideration of his application to serve on the Plaintiffs' Steering Committee in the above-captioned matter.

Respectfully submitted,

*/s/ Carl N. Frankovitch*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
(304) 723-4400 Telephone
(304) 723-5892 Fax
e-mail: carln@facslaw.com

**CERTIFICATE OF SERVICES**

I hereby certify that a true and correct copy of this Application has been electronically filed with the Clerk of Court this 29th day of March, 2012, by using the CM/ECF system which will send notice of electronic filing to all parties of records at the e-mail addresses on file with the Clerk of Court.

*/s/ Carl N. Frankovitch*

Carl N. Frankovitch, Esq.

G:\WPDATA\110386\MDL 2327\PSC Application CNF.doc