# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            )
                                    )   ss.
WESTERN DISTRICT OF MISSOURI        )

I, Ann Thompson, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Thomas C. Cartmell was duly admitted to practice in said Court on October 24, 1994.

Thomas C. Cartmell is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri         *Ann Thompson*
on March 28, 2012                         Ann Thompson, Clerk

                                    By    *Jeri Russel*
                                          Jeri Russel, Deputy Clerk