## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | MDL Docket No. 2327 |

### APPLICATION OF PETER J. FLOWERS FOR APPOINTMENT
### TO PLAINTIFFS' STEERING COMMITTEE

NOW COMES, Peter J. Flowers, and respectfully submits this Application for Appointment to Plaintiffs' Steering Committee ("PSC"). I am willing and able to commit myself and my Firm's resources to this litigation, able to work cooperatively with others, and have the professional experience in this type of litigation to assist in the orderly advancement and effective conclusion of this litigation.

I have reviewed the *Plaintiffs' Proposed Counsel Organizational Structure Plan* filed with the Court for MDL 2325, 2326, and 2327 on March 19, 2012. I join in support of the recommendation made therein to this Honorable Court.

As a background, I am a founding partner of Foote, Meyers, Mielke & Flowers, LLC., located in Chicago, Illinois. I have been a trial lawyer involved in mass tort litigation and individual personal injury litigation for my entire career. My office and I have great interest in this litigation, and have substantial resources and time to commit to it. I am fully prepared to commit my time and all of my Firm's resources, including several attorneys and needed staff, in order to effectively serve as a member of the Plaintiffs' Steering Committee.

Since the conception of this litigation, I, along with many attorneys in other law firms, have actively coordinated with each other in furtherance of the litigation. I have cases filed in each of the four MDLs before the Honorable Judge Goodwin, and also cases filed in New Jersey state court.  I and other members of my Firm have attended and participated in presentations at several different national conferences and many teleconferences to share information concerning the litigation. I also advocated for creation of the MDL, and attended the hearing involving same.

By way of professional experience, I received my undergraduate degree from Loyola University (B.A., 1989), where I was a member of Beta Alpha Psi. My law degree was achieved from DePaul University (J.D.) in 1992. I was admitted to the practice of law in Illinois in 1992, and my office has been based in the Chicago area my entire career. I am admitted to practice in the United States District Court, Northern District, Eastern District, and Southern District of Illinois; United States District Court, Southern District of Florida; United States District Court,

Eastern District of Wisconsin, and in the courts of many other states, including Massachusetts, Florida, and Pennsylvania.

I belong to, and participate in, many bar associations. I have been a member of the Illinois Trial Lawyers Association for nearly 20 years, serving on many committees and sitting on its Board of Managers for the past decade. From 2009 – 2010, I served as President of this 2,200 member organization. I am currently co-chair of the metal-on-metal litigation group of the American Association of Justice. I am a member of the Illinois State Bar Association, where I currently serve on the board of the Bar Foundation, the Chicago Bar Association, the Du Page County Bar Association, and the Kane County Bar Association.

From 2007 to the present, I have been named an *Illinois Super Lawyer*. I am also recognized as a *Leading Lawyer* by my peers; a distinction awarded to less than 5% of Illinois attorneys. I am a member of the *Million Dollar Advocate Forum*, having either resolved through settlement or tried many cases in excess of $1,000,000.00. I am also a member of the *Verdict Club*, an elite society of the most prestigious litigators in the United States whose members are nominated by fellow attorneys for membership.

I have written numerous articles on legal issues, including authoring a chapter in the Illinois Trial Lawyers Association *Medical Malpractice Trial Notebook,* as well as articles in its *Trial Journal* on many issues. I am a frequent speaker at legal seminars, many times leading discussions on mass torts involving medical devices, case selection, and expert witnesses, among other subjects.

I have tried numerous cases to verdict in various venues. I also have successfully resolved thousands of medical malpractice, medical device, pharmaceutical and other catastrophic injury cases over my legal career. My Firm and I have extensive experience in handling complex mass tort, class action and other complex litigation. My Firm and I have been appointed to numerous steering committees as well as serving as lead or co-lead counsel on consolidated mass tort litigation. Some examples are the following;

- *In Re: Zimmer NexGen Implants Products Liability Litigation, MDL No. 2272;*

- *In Re: Lupron Marketing and Sales Practices Litigation, MDL No. 1430;*

- *In Re: Neuroton Marketing and Sales Practices Litigation, MDL No. 1629;*

- *In Re: Brown v. DePuy Spine Inc: 06-0224 (MA State Court- Lead Counsel);*

- *In Re: DePuy ASR Litigation: 2010 L 10506 (IL State Court- Lead Counsel); and*

- *In Re: Actos Litigation: 2011 L 010011 (IL State Court-Co-Lead Counsel).*

In each of these matters, I have worked cooperatively with both fellow Plaintiff attorneys as well as Defense counsel in an effort to effectively and efficiently proceed forward with this litigation.

Currently, my Law Firm represents thousands of individuals injured by surgically implanted mesh. I personally have met with experts to develop the legal and scientific issues that are vital to the proper representation of our clients. I believe my experience, commitment and resources will assist in the proper, efficient and professional handling of this litigation.

With a full understanding of the obligations and importance of a Plaintiffs' steering committee member, I respectfully request that Your Honor appoint me to serve as a member of Plaintiffs' steering committee for In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

DATED: March 28, 2012

/s/ Peter J. Flowers_____
Peter J. Flowers (#06210847)
PJF@Foote-Meyers.com
Foote, Meyers, Mielke & Flowers, LLC.
3 North Second Street, Suite 300
St. Charles, Illinois 60174
Phone: (630) 232-6333