# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 2**
(PSC Application Process)

The Clerk's office has received numerous phone calls over the last two days concerning the PSC application process for attorneys who do not currently have a member case in this MDL. In order to accommodate those attorneys whose cases have not yet been transferred to this MDL the following information is being provided as a supplement to paragraph 19 of PTO #1 filed on February 29, 2012.

The court **ORDERS** that any attorney presently serving as counsel of record in a pelvic mesh case is deemed eligible to submit his or her application for appointment to the Plaintiffs' Steering Committee so long as the following preconditions are satisfied:

1. The above manufacturer is currently a named defendant in the pelvic mesh case;

2. The pelvic mesh case is pending in a United States District Court as of midnight Eastern Standard Time on March 29, 2012; and

3. The pelvic mesh case is reasonably expected to be transferred to this MDL within 90 days.

Attorneys who have not yet filed their PSC application who have a member case

previously filed in or transferred to this MDL should follow the application process outlined in PTO #1 paragraph 19.  Those attorneys who do not currently have a member case in this MDL and meet the preconditions above should file their PSC application in 2-12-mc-2327 In Re Application for Plaintiffs' Steering Committee - Ethicon Inc. using the event *"Application or Nomination for Plaintiffs' Steering Committee in  MC case"* found under *Civil>Other Filings>Other Documents* in CM/ECF.  Attorneys who use the miscellaneous method for filing their application must call the Clerk's office to obtain a log-in and password.

No further action is required of any attorney who has previously submitted his or her application for the PSC.  In accordance with PTO #1 the deadline for PSC applications remains **March 30, 2012.**

The court **DIRECTS** the Clerk to file a copy of this order in 2-12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2-12-cv-00899.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: March 29, 2012

Joseph R. Goodwin, Chief Judge