IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WV

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: Ethicon, Inc. Pelvic Repair System Products Liability Litigation | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | (GYoung – 2:12-ev-00491) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of J. Robert Rogers, P. O. Box 11808, Charleston, WV 25339, as co-counsel on behalf of the Plaintiffs in the above-styled action. The said J. Robert Rogers requests that he be served with copies of all pleadings, notices of depositions, etc., to be filed herein and reserves his right to file pleadings herein.

DATED this 29th day of March, 2012.

Respectfully submitted,

/s/ J. Robert Rogers
J. ROBERT ROGERS
WV State Bar No. 3153

Law Offices of J. Robert Rogers
213 Hale Street, 3rd Floor
Charleston, WV 25301
(304) 205.8090
(800) 557.3809
(304) 345.0375 (Fax)
jrobertrogers@hotmail.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

/s/ J. Robert Rogers
J. ROBERT ROGERS
WV State Bar No. 3153

Law Offices of J. Robert Rogers
213 Hale Street, 3rd Floor
Charleston, WV 25301
(304) 205.8090
(800) 557.3809
(304) 345.0375 (Fax)
jrobertrogers@hotmail.com