# EXHIBIT A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

STACY KATHRYN HAUER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 10, 2002

Given under my hand and seal of this court on

March 22, 2012

*Bridget C. Gernander* (signature)

Bridget C. Gernander
Clerk of Appellate Courts