## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | MDL No. 2327<br><br>Master Docket Case No.: 2:12-md-02327<br>ALL CASES<br><br>**CHIEF JUDGE JOSEPH R. GOODWIN** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed:

**Stacy K. Hauer's Application for Appointment to the Plaintiffs' Steering Committee**

with the clerk of court for the U.S. District Court, Southern District of West Virginia, using the CM/ECF filing system of the Court.

Dated:  March 30, 2012

/s/ Stacy K. Hauer
Stacy K. Hauer (MN #317093)
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota  55402
Phone: (612) 436-1800
Fax: (612) 436-1801
Email:  shauer@johnsonbecker.com