IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:  Ethicon Inc., Pelvic Repair System
       Products Liability Litigation                 MDL: 2327

THIS DOCUMENT RELATES TO ALL CASES

## APPLICATION OF RILEY L. BURNETT, JR. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

In accordance with Paragraph 19 of Pretrial Order No. 1 (Initial conference and Case Management Order), the undersigned makes this Application to the Court for appointment to the Plaintiffs' Steering Committee, as follows:

### PROFESSIONAL EXPERIENCE

1. I am the managing partner of The Burnett Law Firm, P.C. I have been actively engaged in the litigation of multiple mass torts for approximately twenty years. I have taken numerous depositions, assisted in the review of thousands of documents and have been lead counsel in several trials. I have successfully resolved thousands of matters brought on behalf of plaintiffs in pharmaceutical, medical device, and mass disaster litigation in numerous jurisdictions across the United States. Specifically, I successfully represented clients in pharmaceutical litigation such as Paxil, Fen-Phen, Avandia, PPA and Vioxx. I am currently litigating cases involving birth defects caused by the ingestion of Zoloft, LexaPro, Prozac and other SSRIs. I am also representing clients with product liability claims arising out of hip replacements. I represent hundreds of women who were prescribed Vaginal Mesh products. I have retained experts to assist in the immediate review of these cases. Currently, I am preparing those cases for filing and, ultimately, trial.

2. During my career, I have served in many leadership positions. I served as Plaintiffs' Co-Liaison Counsel for lawsuits arising out of the March 23, 2005 explosion at the British Petroleum facility in Texas City. Serving in this role, I was instrumental in successfully resolving hundreds of plaintiffs' personal injury and property damage claims. In 2008, I was appointed to serve as Co-Liaison Counsel in several Texas counties for claims arising out of Hurricane Ike. In this role, I led negotiations and successfully resolved thousands of lawsuits brought on behalf of plaintiffs. I have negotiated and drafted case management orders, discovery orders, and trial selection orders in the litigation where I was appointed to the leadership structure.

## EDUCATION

3. I received my Bachelor of Arts degree from the University of Texas in 1987 and my Juris Doctorate from the University of Houston Law Center in 1991 graduating Cum Laude and was admitted to the bar that same year. I am currently admitted to practice in the States of Texas and Pennsylvania. My peers have recognized me as one of the top rated trial lawyers. I am a member of the American Board of Trial Advocates which is a nationally recognized organization made up of experienced trial attorneys and Judges. In order to become a member your peers on both the plaintiff and defense side of the bar must determine that you have the requisite trial experience and integrity to be inducted.

## ABILITY TO WORK COOPERATIVELY WITH OTHERS

4. I have a reputation for working cooperatively with other law firms and the Court. I have been a vital part of several formal and informal teams of trial attorneys striving to successfully resolve cases on behalf of their respective clients. I routinely

share information, experts and knowledge with other firms in pharmaceutical litigation and contribute to common expenses for handling the litigation.

5. I would be honored to serve on the Plaintiffs' Steering Committee. I and my firm have the resources, the willingness, and availability to commit to the time and effort required for this important litigation.

6. Also, I have reviewed the Plaintiffs' Proposed Counsel Organization Structure plan filed with the court for MDLs 2325, 2326, and 2327 on March 19, 2012, and join in support of the recommendation to this Honorable Court.

Based on the above, the undersigned respectfully requests Your Honor's appointment to the Plaintiffs' Steering Committee in the Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Dated: 3/30/12

Respectfully Submitted,

**BURNETT LAW FIRM, P.C.**

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
440 Louisiana Street, Suite 1600
Houston, TX 77002
713-757-1400 (Telephone)
713-759-1217 (Facsimile)
rlburnett@triallawfirm.com