# UNITED STATES DISTRICT COURT

## District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Yvonne M. Flaherty, Bar # 267600, was duly admitted

to practice in this Court on May 29, 1997, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on March 20, 2012.

RICHARD D. SLETTEN, CLERK

_(signature)_

(By)      Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03