## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISON

| | |
|---|---|
| In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br>   All Actions | |

## APPLICATON OF DIANNE M. NAST TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order 1, Dianne M. Nast of RodaNast, P.C. respectfully submits this application for appointment to the Plaintiffs' Steering Committee. Ms. Nast supports the Proposed Counsel Structure Plan for each of the mesh MDLs and asks that the Court accept that plan.

Ms. Nast enjoys a national complex litigation practice in product liability, personal injury, antitrust and other complex civil litigation. She is often in leadership roles, working cooperatively with co-counsel. By way of example, Ms. Nast is court-appointed Co-Lead Counsel in the *Darvocet Litigation*, MDL No. 2226 (E.D. Ky.). Ms. Nast was also appointed to the Plaintiffs' Steering Committee in the *Avandia Litigation,* MDL No. 1871 (E. D. Pa.). She was appointed Federal-State Liaison Counsel by Judge Rufe, who recently appointed Ms. Nast to Chair the Avandia Fee and Cost Committee.

Similarly, Ms. Nast was appointed Federal-State Liaison Counsel by Chief Judge Herndon (S.D. Ill.) in the *Yasmin and Yaz Litigation,* MDL No. 2100. She is also a co-lead/liaison counsel in the state court cases in the Pennsylvania Court of Common Pleas. Recently, Ms. Nast was appointed to the Plaintiffs' Steering Committee in the *Actos Litigation*, MDL 2299 (W.D. La.). Ms. Nast currently serves in leadership roles in several other cases including: *Heparin Litigation*, MDL No. 1953, (N.D. Ohio), *Chocolate Antitrust Litigation*, MDL No. 1935 (M.D. Pa.), *Modafinil Antitrust Litigation* (E.D. Pa.), and *Effexor XR Antitrust Litigation* (D. N.J.). She was Lead Counsel in *Wellbutrin SR Antitrust Litigation* (E.D. Pa.) (settled for $49 million) and was Co-Lead Counsel in *Paxil Antitrust Litigation* (E.D Pa.) (settled for $65 million).

Ms. Nast has been an active member of the bar for over three decades. In 1998, Ms. Nast was appointed by then Chief Justice William H. Rehnquist to the Board of Directors of the Federal Judicial Center Foundation. She served for ten years, five years as Chair.

In January 2001, the late Judge Edward Becker, then Chief Judge of the United States Court of Appeals for the Third Circuit, appointed Ms. Nast to serve as a member of the fifteen-member Third Circuit Task Force on Selection of Class Counsel. The Task Force issued a report, *Selection of Class Counsel* (Daniel J. Capra, Reporter). 208 F.R.D. 340 (2002). Ms. Nast was selected by The American Law Institute to serve as an Adviser for the ALI's Principles of the Law of Aggregate Litigation Project.

Ms. Nast chaired the Lawyers Advisory Committee for the United States Court of Appeals for the Third Circuit and served a three-year term on that Committee. She served for eight years on the Third Circuit's Committee on Revision of Judicial Conduct Rules of the Judicial Council and on the Judicial Conference Long Range Planning Committee.

She was appointed by the late Chief Judge Alfred L. Luongo to Chair the Eastern District of Pennsylvania's Lawyers Advisory Committee, and served for four years. She served for three years as President of The Historical Society for the United States District Court for the Eastern District of Pennsylvania and as Editor of the Society's Historical Calendar.

She is a member of the American Bar Association Litigation Section, where she served on the Task Force on State Justice Initiatives and on its Committee on Counsel Fees. She served on the Task Force on the Justice System and the Task Force on Strategic Planning. She co-chaired the Section's Committee on Liaison With International Associations, and served a term on the Section's Council. She was co-chair of a Section Conference with the British Bar, a weeklong conference in London on Civil Justice. She served as a Section Division Director, and co-chaired the Section's Antitrust Committee.

She served a term as Delegate to the American Bar Association House of Delegates, and three terms in the Pennsylvania Bar Association House of Delegates. She was a member of the Pennsylvania Bar Association's Task Force on the Image of the Lawyer.

Ms. Nast served as a member of the American Arbitration Association Task Force on Alternate Dispute Resolution and Mass Torts. She also served as a member of the Board of Directors of the American Arbitration Association.

She served six years as a Director on the Board of the Public Defender's Office of Philadelphia. Ms. Nast was selected as one of a small group of Philadelphia attorneys to be appointed Judge Pro Tempore, serving as presiding Judge in major civil jury cases.

Ms. Nast is a Fellow of the American Bar Foundation. She is a member of the American Law Institute and serves on the Editorial Board of ALI's *The Practical Litigator*. Ms. Nast is a member of the Board of Directors of the Sedona Conference, a member of the American Antitrust Institute and the Public Justice Foundation. She is a member of the National Association of Professional Women.

Ms. Nast, who holds an AV Martindale-Hubbell rating, has been selected by fellow lawyers to be listed in *The Best Lawyers in America*, and has been included in each edition since 2003. The *National Law Journal* has selected Ms. Nast as one of the nation's top fifty women litigators. Ms. Nast was also selected by *Philadelphia Magazine* as one of Philadelphia's Best Complex Litigation Lawyers. She has been named as one of Pennsylvania's Top Fifty Women Lawyers.

Ms. Nast has a reputation for working cooperatively with co-counsel, and facilitating resolution of disagreement. If appointed, she has the willingness to serve and make the personal time and financial commitment necessary to support a litigation of this magnitude.

Dated: March 30, 2012                                     Respectfully Submitted,

/s/ Dianne M. Nast_____
Dianne M. Nast (PA Bar No. 24424)
RodaNast, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Tel: 717-892-3000
Fax: 717-892-1200
dnast@rodanast.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 30th day of March, 2012 filed and served through the Court's ECF system a true and correct copy of the foregoing Application of Dianne M. Nast to Plaintiffs' Steering Committee.

*/s/* Dianne M. Nast_____