# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*DAVID BRIAN ALLEN*

is a member of the bar of said Court since admission on *MAY 8, 2009*, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this *28th* day of *MARCH*, 20 *12*.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

*United States District Court*

*For the Southern District of Indiana*



# CERTIFICATE OF GOOD STANDING

I, Laura A. Briggs, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## DAVID B. ALLEN

was duly admitted and qualified as an Attorney and Counselor of said Court on March 25, 2002, and is in good standing as a member of the bar of said Court. Furthermore, no pending disciplinary action is on record.

*Clerk of the United States District Court*

By: _____
*Deputy Clerk*

Issued: March 28, 2012