# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**            **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** _____

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION |||
|---|---|---|
| Check One: ☑ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |
| Last Name: Strange | First Name: Brian | Middle Name/Maiden: R    Suffix: |
| Bar Number and State: 103252 / California | E-Mail Address: lacounsel@earthlink.net ||
| Party Representing: Plaintiffs Raquel De La Torre and Ernesto De La Torre |||
| Originating Case Number: 2:12-cv-01620-DDP-PlA | Originating District: Central District of California ||
| Originating Short-Case Style: De La Torre, et al. v. Johnson & Johnson, Inc. |||
| Direct Dial Number: 310-207-5055 | Cell Phone Number: 310-770-0563 ||
| Secretary Name: Gregory Tatum | Paralegal Name: Jill Hood ||
| LAW FIRM INFORMATION |||
| Firm Name: Strange & Carpenter |||
| Address: 12100 Wilshire Blvd., Suite 1900 |||
| City: Los Angeles | State: California | Zip: 90025 |
| Firm Phone Number: 310-207-5055 | Firm Fax Number: 310-826-3210 ||
| Other members of firm involved in this litigation: Gretchen Carpenter, Esq. and John Kristensen, Esq. |||

March 30, 2012            s/ Brian R. Strange

Date                             Electronic Signature