# In re: Ethicon, Inc.
# Pelvic Repair System Products Liability Litigation

**APPLICATIONS OR NOMINATIONS FOR PLAINTIFFS' STEERING COMMITTEE**

**Filed By Attorneys Who Do Not Have A Transferred Or Directly Filed Case**

**Transferred From 2:12-mc-2327 to 2:12-md-2327**