IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRIGINA

CHARLESTOWN DIVISION

In re Ethicon, Inc.,
Pelvic Repair System                                              MDL No: 2327
Products Liability Litigation

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF MICHELLE A. PARFITT FOR APPOINTMENT TO PLAINTIFF'S STEERING COMMITTEE

NOW INTO COURT, comes Michelle A. Parfitt, who respectfully submits credentials in support of her application for appointment to the Plaintiff Steering Committee for MDLs 2325, 2326, 2327 and 2187.

I am a Senior Partner in the law firm of Ashcraft & Gerel, L.L.P.  Ashcraft & Gerel, L.L.P. was founded in 1953 and since that time the law firm has developed a reputation for excellence in the area of mass tort, particularly pharmaceutical, medical device and product liability litigation. The firm of Ashcraft & Gerel, L.L.P. is one of the nation's largest plaintiffs' firms operating six offices in Washington, D.C., Maryland and Virginia and employing more than 40 attorneys. Ashcraft & Gerel, L.L. P. is also part of a consortium of law firms that have partnered together to form the national consumer law firm of Herman & Gerel, L.L.P. That partnership specializes in complex consumer litigation committed to representing plaintiffs across the nation.

Over the past thirty years of my professional career, I have sought to distinguish myself as a champion of individual rights as well as a leader before the bar in the area of mass torts specializing in pharmaceutical and product liability cases. I currently head the Mass Tort practice section of Ashcraft & Gerel, L.L.P. and have had the privilege of representing hundreds of individuals in various state and federal courts across the country who have filed suit against pharmaceutical and medical device manufacturers.

I received my undergraduate degree at Northeastern University and graduate degree from Michigan State University where I graduated Magna Cum Laude. I was later awarded my Juris Doctor from Hofstra Law School in 1980. I am the past president of the Trial Lawyers Association of Metropolitan Washington, D.C. having previously served as an officer and

1

member of the Board of Governors for that association since 1998. I am also a past committee member for the TLA-DC's Women's Trial Education programs. I currently sit as a Board member on The Council for Court Excellence located in Washington, D.C., which is a nonpartisan, civic organization that works to improve the administration of justice in local and federal courts. This Council also works with related organizations nationwide. Additionally, I have been selected by my peers to be included in "Best Lawyers in America," "Super Lawyers," "Best Lawyers in Washington, DC," and the Washingtonian's "Top Lawyers."

I have also had the opportunity to serve in numerous leadership and committee positions for the American Association of Justice (AAJ), the Association of Trial Lawyers of America (ATLA), the District of Columbia Bar and the Women's Bar Association of the District of Columbia (WBA). I have been an active lecturer and author on mass tort litigation, scientific and medical evidence in pharmaceutical and medical device cases for the American Association for Justice (AAJ), American Trial Lawyers Association, State Bar Associations and numerous national legal education programs.

With regard to the Women's Bar Association, I have Co-Chaired its Sections on Litigation, Immigration and Naturalization and Executive Endorsements. The Endorsement Committee responsibilities included recommendations for judicial appointments. I have an AV Martindale-Hubbel rating and am licensed to practice law in the District of Columbia and the Commonwealth of Virginia. I am a member of the Supreme Court of the United States, District of Columbia Bar, Virginia State Bar and the Virginia Trial Lawyers Association.

Within my practice concentration in the area of pharmaceutical and device litigation, I have earned a reputation as one of the most knowledgeable attorneys in the areas of medical science and expert testimony preparation. My reputation in this area is perhaps best evidenced by the fact that I have been appointed by Judges of Federal District Courts in several jurisdictions to serve either as a member of the Plaintiffs' Steering Committee, Discovery Committee, Chair or Co-Chair of the Science and Expert Committees in a number of complex mass pharmaceutical litigations.

Recently, I was appointed to In Re: Gadolinium Based Contrast Agent Litigation, MDL No. 1909, Plaintiff's Steering Committee, Science, Discovery and Expert Committees. Previously, I was appointed to In Re: Fosamax Products Liability Litigation, MDL No. 1789, Plaintiffs Steering Committee; In Re: Ortho Evra Products Liability Litigation, MDL No. 1742,

Plaintiffs Steering Committee, Science and Discovery Committee; In Re: Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407, Plaintiff's Steering Committee, Science and Discovery Committee; In Re: Vioxx Products Liability Litigation, MDL No. 1657, Science and Discovery Committee; In Re: Zyprexa Products Liability Litigation, MDL No. 1596, Science and Discovery Committee; In Re: Rezulin Products Liability Litigation, MDL No. 1348, Science and Discovery Committee; In Re: Propulsid Products Liability Litigation, MDL No. 1355, Science and Discovery Committee and In Re: Diet Drugs Phentermine/Fenfluramine/Dexfenfluramine Products Liability Litigation, MDL 1203, Science and Discovery Committee.

      I am committed to providing my expertise and our firms' resources to this very important multi-district litigation. I believe that I possess the requisite experience in law, science and medicine as well as general knowledge concerning the management of multi-district pharmaceutical and product liability litigation to assist the Court in the efficient and fair administration of this litigation. Ashcraft and Gerel, L.L.P. and Herman Gerel, L.L.P. have committed the resources to represent the interests of the women implanted by pelvic mesh products and represent hundreds of injured women with cases pending in the courts against American Medical Systems, Boston Scientific, Bard and Ethicon.

      I have reviewed the Plaintiffs' Proposed Counsel Organizational Plan filed with the Court and join in the recommendation to the Court that the plan be accepted. I respectfully request the Court's consideration of my request for appointment to the Plaintiffs' Steering Committee.

Dated: March 30, 2012

Respectfully submitted,

/s/ *Michelle A. Parfitt*
ASHCRAFT & GEREL, L.L.P.         ASHCRAFT & GEREL, L.L.P.
(VA Bar Number:  33650)          (DC Bar Number: 358592)
4900 Seminary Road, Suite 650    2000 L Street, NW, Suite 400
Alexandria, VA 22311             Washington, DC 20036
(703) 931-5500    Fax: (703) 820-1656    (202) 783-6400    Fax: (202) 416-6392

HERMAN GEREL, L.L.P.
230 Peachtree Street NW, Suite 2260
Atlanta, GA 30303
(404) 880-9500    Fax: (404) 880-9605

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRIGINA

CHARLESTOWN DIVISION

In re Ethicon, Inc.,
Pelvic Repair System                                        MDL No: 2327
Products Liability Litigation

**THIS DOCUMENT RELATES TO ALL CASES**

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: March 30, 2012                           Respectfully submitted,


/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, L.L.P.
(VA Bar Number: 33650)
4900 Seminary Road, Suite 650
Alexandria, VA 22311
(703) 931-5500        Fax: (703) 820-1656

ASHCRAFT & GEREL, L.L.P.
(DC Bar Number: 358592)
2000 L Street, NW, Suite 400
Washington, DC 20036
(202) 783-6400        Fax: (202) 416-6392

HERMAN GEREL, L.L.P.
230 Peachtree Street NW, Suite 2260
Atlanta, GA 30303
(404) 880-9500        Fax: (404) 880-9605