**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

**<u>APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING
COMMITTEE AND CO-LEAD COUNSEL</u>**

Debra Renee Sherrer Baggett, pursuant to Case Management Order No. 1, and in support

of *Plaintiffs' Proposed Counsel Organizational Structure*, respectfully files this application for

appointment as a member of the Plaintiffs' Steering Committee and as Co-Lead Counsel of the

Ethicon Pelvic Repair Systems MDL 2327.  Debra "Renee" Baggett is a partner with the firm

Aylstock, Witkin, Kreis & Overholtz, and is willing and available to serve in whatever capacity

this Honorable Court sees fit.  Over the course of her legal career, Ms. Baggett has demonstrated

the ability to work cooperatively with all parties, and she possesses all the requisite professional

experience and organizational skill to advance this litigation toward resolution.  Moreover, Ms.

Baggett has the support of her colleagues to serve as a member of the Plaintiffs' Steering

Committee and as Co-Lead Counsel of the Ethicon MDL.[1]  Ms. Baggett is counsel of record in

over 100 cases currently pending in this Court.

Ms. Baggett has nearly two decades  experience working on complex pharmaceutical and

medical device cases, beginning her legal career in 1993 as a paralegal working on such complex

litigations as *In re: Silicon Gel Breast Implants Products Liability Litigation* (MDL 926), *In re:*

*Diet Drugs Products Liability Litigation* ( MDL 1203).  In this capacity, Ms. Baggett managed

large dockets of cases, organized and conducted large scale meetings of clients and co-counsel,

drafted discovery, and assisted in the preparation of experts, among other tasks.  As her interest

in the law developed, Ms. Baggett determined that a law degree would allow her to more

---

[1] The undersigned references the position of "Plaintiffs' Co-Lead Counsel" as set forth and described in "Plaintiffs'
Proposed Counsel Organizational Structure" previously submitted to the Court.

effectively advocate for aggrieved individuals all across the nation.  After earning her law degree, Ms. Baggett worked as an attorney in numerous other mass tort litigations including  *In re: Prempro Products Liability Litigation*  (MDL 1507), *In Re:  Avandia Marketing Sales Practices And Products Liability Litigation*  (MDL1871), *In re: Vioxx Products Liability Litigation* (MDL 1657), *In re: Viagra Products Liability Litigation* (MDL 1724), *In re: Baycol Products Liability Litigation* (MDL 1431), *In re: Seroquel Products Liability Litigation* (MDL 1769),  *In re: Zicam Cold Remedy Marketing & Sales Practices Litigation* (MDL 2096), and *In re: Levaquin Products Liability Litigation* (MDL 1943), where she had the honor of being appointed to various organizational and discovery committees.  Over the course of her legal career, Ms. Baggett has helped bring successful resolution to more than 15,000 injured people, and in the process earned the respect and admiration of members of the judiciary, her colleagues, and clients across this county.

Ms. Baggett and her firm have dedicated significant resources to the TVM Litigation, and have the necessary resources to see the litigation through to conclusion.  Ms. Baggett has committed multiple attorneys and over 17 staff members within her firm to the TVM Litigation, and will dedicate whatever additional resources are needed to effectively manage this litigation. More importantly, Ms. Baggett has been active in the TVM Litigation for many years, and particularly active in litigation against Ethicon in *In Re: Pelvic Mesh/Gynecare Litigation* before the Honorable Carol Higbee in the Superior Court of New Jersey.  Ms. Baggett also has the privilege of representing one of the bellwether plaintiffs currently selected as being in the first trial pool for the trial scheduled before Judge Higbee later this year.  In addition, Ms. Baggett has personally conducted or assisted in the conduct of more than a dozen key Ethicon corporate depositions including that of Catherine Beath, Ethicon's corporate designee for regulatory matters and Director of Quality and Regulatory Affairs for Ethicon, the deposition of Jennifer Paine, Ethicon's Vice President of Regulatory Affairs, the deposition of Colin Yuill, Ethicon's

corporate designee on certain manufacturing issues, Margaret D'Aversa, Ethicon's Director of

Biosurgical Research and Development, Sungyoon Rha, Ethicon's Quality Engineer, Zenobia

Walji, Ethicon's worldwide strategic planning director, and she has assisted in the preparation of

taking many other Ethicon depositions.  Additionally, Ms. Baggett has personally reviewed and

analyzed many thousands of internal Ethicon documents, managed the document review of other

firms, familiarized herself with the medical literature on mesh products, and is integrally

involved in the development of experts in the field of regulatory affairs, urogynecology,

pathology and material sciences.  Ms. Baggett and other members of her firm have been asked to

co-chair or present at a number of continuing legal education conferences devoted in whole or in

part to the TVM litigation. Importantly, Ms. Baggett has enjoyed a prior collegial relationship

with defense counsel, including those representing Johnson & Johnson and Ethicon Corp.

    Ms. Baggett possesses the requisite professional experience and skills necessary to be

appointed as a member of the Plaintiffs' Steering Committee.  She earned her Bachelor of Arts

degree in psychology from the University of West Florida and attended Loyola University New

Orleans College of Law in pursuit of her Juris Doctor degree.  Ms. Baggett is presently licensed

to practice before all State Courts in Florida as well as the Northern and Middle Districts of

Florida.[2]

    In conclusion, Ms. Baggett has demonstrated her willingness and availability and her

firm's willingness and availability, her ability to work cooperatively with all counsel involved,

and her commitment and her firm's commitment to this project.

    RESPECTFULLY SUBMITTED this 30th day of March 2012.

                                    /s/ Debra Renee Sherrer Baggett
                                    Debra Renee Sherrer Baggett
                                    Aylstock, Witkin, Kreis & Overholtz; PLLC
                                    803 North. Palafox Street, Suite 200
                                    Pensacola, Florida 32501
                                    (850) 916-7450 / (850) 916-7449 FAX
                                    rbaggett@awkolaw.com

---

[2] A copy of a Certificate of Good Standing is attached as Exhibit A.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Debra Renee Sherrer Baggett
Debra Renee Sherrer Baggett
Aylstock, Witkin, Kreis & Overholtz; PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32501
(850) 916-7450 / (850) 916-7449 FAX
rbaggett@awkolaw.com

# EXHIBIT "A"

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**DEBRA RENEE SHERRER BAGGETT**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **April 20, 2007,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this February 20, 2012.*

BY: *W.L. Murray*
Deputy Clerk

_____
*Clerk of the Supreme Court of Florida.*