# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  
**Civil Action Number (SDWV):** 2:12-md-02327

**Chief Judge Joseph R. Goodwin**

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | |
|---|---|---|
| Check One: ☐ Plaintiff Counsel | ☒ Defense Counsel | ☐ Third Party Defense Counsel |
| Last Name: FERRAND | First Name: FREDERICK | Middle Name/Maiden: OWEN   Suffix: |
| Bar Number and State: 259169 - GEORGIA | E-Mail Address: fred.ferrand@swiftcurrie.com | |
| Party Representing: HERNIAMESH S.R.L. (Herniamesh S.r.l. has not yet been served with process. This Notice of Attorney Appearance is being specially made subject to and without waiving any defenses, including but not limited to any and all defenses concerning lack of and/or insufficient service). | | |
| Originating Case Number: 1:12-cv-00002-WLS | Originating District: Middle District of Georgia | |
| Originating Short-Case Style: Pamela and Roy Johnson v. Ethicon, Inc., et al. | | |
| Direct Dial Number: 404-888-6182 | Cell Phone Number: | |
| Secretary Name: BETSY MANOUS | Paralegal Name: | |

| LAW FIRM INFORMATION | | |
|---|---|---|
| Firm Name: SWIFT CURRIE MCGHEE & HIERS, LLP | | |
| Address: 1355 PEACHTREE ST., NE, SUITE 300 | | |
| City: ATLANTA | State: GEORGIA | Zip: 30309 |
| Firm Phone Number: 404-874-8800 | Firm Fax Number: 404-888-6199 | |
| Other members of firm involved in this litigation: S. DEANN BOMAR | | |

04/04/2012  
Date

s/ Frederick O. Ferrand  
Electronic Signature