**KIMBERLY R. WILSON**
1146 Haynes Street
Raleigh, North Carolina 27604
KRW@lewis-roberts.com
kimrosewilson@gmail.com
(919) 523-9675 (cell)

**EDUCATION**

**University of North Carolina- Chapel Hill, NC**
*Masters of Public Health (M.P.H.), May 2011*
*Department of Health Policy and Management*

**West Virginia University- Morgantown, WV**
*Doctor of Jurisprudence (J.D.), May 1995*
*Bachelor of Arts (B.A.), Political Science Dec. 1991*

**EXPERIENCE**
2003 – Present

**Lewis & Roberts, PLLC**                                      Raleigh, NC
**Partner**

- Authored articles for NCAJ *Trial Briefs* regarding health care issues
- Delivered presentation to Senate Subcommittee on Pharmaceutical Immunity on behalf of NCAJ
- Developed health care litigation department in 2003
- Manage and supervise a staff of five including lawyers, paralegals and clinical paralegals with approximately 250 cases per year
- Lobbied congressional members on behalf of American Association for Justice
- Negotiated multimillion dollar settlements on behalf of clients
- Received favorable verdicts from juries in 11 out of 12 jury trials
- Created and developed firm website
- Recruit associate attorneys for all departments within the firm

**ACHIEVEMENTS/ HONORS**

- Achieved AV Rating of 4.7/5 from Martindale Hubbell, 2011
- Selected Rising Star, North Carolina Legal Elites in 2009
- First female Partner-Shareholder at Lewis & Roberts PLLC, 2005
- Interviewed by *Wall Street Journal* regarding Vioxx global settlement, 2007
- Interviewed by *Ladies Home Journal* regarding lack of regulatory oversight of compounding pharmacies, 2003
- Interviewed by CBS Evening News with Dan Rather regarding compounding pharmacies, 2003
- Published, *Mycotoxins: Ingestion, Inhalation and Injury,* Mealeys, June 2003

2001 – Present   • American Association for Justice
2001 – Present   • North Carolina Advocates for Justice
2001 – Present   • North Carolina Bar Association
1995 – Present   • West Virginia State Bar

{00359510.DOC}

EXHIBIT A