**Attachment A – Notice of Pending Motions**

*Cheryl Lankston v. Ethicon, Inc.*, Cause No. 2:12-CV-00755 in the United States District Court for the Southern District of West Virginia, Charleston Division

    No pending motions