In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**                                     Chief Judge Joseph R. Goodwin

2:12-CV-00392
~~2:12-CV-346~~
2:12-CV-00495

### NOTICE OF REQUEST OF ATTORNEY TO BE REMOVED FROM THE COURT'S SERVICE LIST FORM

**Name of Attorney:** William E. Lawton

**Address:** Post Office Box 2928, Orlando, Florida 32802

**Telephone Number:** 407/422-4310

**Email Address** Wlawton@drml-law.com

**Civil Action Number (SDWV):** _____

**Short-Style of Case:** _____

**Party(s) Representing:** _____

_____
_____

[FILED APR -3 2012 — TERESA L. DEPPNER, CLERK, U.S. District Court, Southern District of West Virginia]

    However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of the Court should this notice requirement change.

    Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices., etc upon me in this case only.

**Date:** _____ March 29, 2012 _____             /s/William E. Lawton, Esquire



**RE: MDL 2327**
Marla Tillotson  to: Larry_Ash                                        04/04/2012 03:47 PM

We wish to be removed from the MDL service list totally.  I make a
mistake when I listed the case we're not invovled in. We not want to
receive any notifications regarding MDL.

Thank you for your cooperation.


Marla L. Tillotson
Florida Registered Paralegal
Dean, Ringers, Morgan and Lawton, P. A.
Post Office Box 2928
Orlando, Florida   32802
Phone:  407/422-4310
Fax:   407/648-0233
Marla@drml-law.com

-----Original Message-----
From: Larry_Ash@wvsd.uscourts.gov [mailto:Larry_Ash@wvsd.uscourts.gov]
Sent: Wednesday, April 04, 2012 3:44 PM
To: Marla Tillotson
Subject: MDL 2327


Marla,

We received your request to be removed from the service list in the
above referenced case.  We do not have you listed as an attorney in the
case you referenced.
However, we do have you listed as counsel of record for the following
cases that involve MDL 2327:

2:12-cv-00392
2:12-cv-00495
2:12-md-02327


Do you wish to be removed from the service list on the 3 cases listed
above?  Please let me know.  Thanks.


(Embedded image moved to file: pic00900.jpg)



NOTE: The information contained in this message may be privileged and
confidential and protected from disclosure. If the reader of this message is
not the intended recipient, or an employee or agent responsible for delivering
this message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this message in error, please notify Marla
Tillotson at Marla@DRML-Law.com immediately by replying to the message and
deleting it from your computer. Thank you.