# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12cv00517

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | |
|---|---|---|
| Check One: ☑ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Monsour | Douglas | C | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| Texas 00791289 | doug@monsourlawfirm.com |

**Party Representing:**
Joann Lehman

| Originating Case Number: 2:11cv07638 | Originating District: Eastern District Pennsylvania |
|---|---|

**Originating Short-Case Style:** Lehman v. Ethicon, Inc., et al

| Direct Dial Number: 903.758.5757 | Cell Phone Number: 903.738.9922 |
|---|---|
| Secretary Name: Ashley Berryhill | Paralegal Name: Ronda Dickey |

| LAW FIRM INFORMATION |
|---|

**Firm Name:** The Monsour Law Firm

**Address:** 404 North Green Street

| City: Longview | State: TX | Zip: 75606 |
|---|---|---|

| Firm Phone Number: 903.758.5757 | Firm Fax Number: 903.738.9922 |
|---|---|

**Other members of firm involved in this litigation:**
Doug Grubbs, Attorney

| April 4, 2012 | s/ Douglas C. Monsour |
|---|---|
| Date | Electronic Signature |