IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2325
MDL NO. 2327

HON. JOSEPH R. GOODWIN,
CHIEF JUDGE

THIS DOCUMENT RELATES TO ALL CASES

### CALDERA MEDICAL, INC.'S NOTICE OF PENDING MOTIONS

Caldera Medical, Inc. ("Caldera"), by and through the undersigned counsel, lists the below motions pending at the time of transfer to MDL Nos. 2325 and 2327, in accordance with Paragraph 4 of the Initial Conference and Case Management Order (Pretrial Order No. 1).

| Style | Case No. | MDL No. | Doc. No. | Motion Name |
|---|---|---|---|---|
| *Wimbush v. Caldera Medical, Inc. and American Medical Systems, Inc.* | 2:12-cv-00699 | 2325 | 18, 19 | Plaintiffs' Motion for Reconsideration of Dismissal of AMS |
| *Stallman, Diane and Craig vs. Ethicon, Inc., Boston Scientific Corporation, Caldera Medical, Inc.* | 2:12-cv-00484 | 2327 | 7, 9, 18, 21, 27 | Caldera's Motion to Dismiss for Failure to State a Claim<br><br>Boston Scientific's Motion to Dismiss for Failure to State a Claim<br><br>Ethicon's Motion to Dismiss for Failure to State a Claim or in the Alternative for a Stay |

Dated: April 5, 2012

                                                Respectfully submitted,

                                                s/ Beth S. Rose
                                                Beth S. Rose
                                                William R. Stuart
                                                SILLS CUMMIS & GROSS P.C.
                                                One Riverfront Plaza
                                                Newark, NJ 07102
                                                Telephone: 973-643-7000
                                                Facsimile: 973-643-6500
                                                brose@sillscummis.com
                                                wstuart@sillscummis.com
                                                *Attorneys for Defendant*
                                                *Caldera Medical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2012, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in MDL Nos. 2325 and 2327.

Dated: April 5, 2012

                                        s/ Beth S. Rose
                                        Beth S. Rose
                                        William R. Stuart
                                        SILLS CUMMIS & GROSS P.C.
                                        One Riverfront Plaza
                                        Newark, NJ 07102
                                        Telephone: 973-643-7000
                                        Facsimile: 973-643-6500
                                        brose@sillscummis.com
                                        wstuart@sillscummis.com
                                        *Counsel for Defendant*
                                        *Caldera Medical, Inc.*