# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

No. 2:12-md-02327

-----------------------------------------------------

THIS DOCUMENT RELATES TO
*Helen M. Brown and husband, Robert Ruttkay v. Johnson & Johnson, et al.*,
No. 2:12-cv-00341.

## NOTICE OF PENDING MOTIONS

Come now the Plaintiffs Helen M. Brown and husband Robert Ruttkay, by and through counsel, and pursuant to Pretrial Order #1 submit their Notice of Pending Motions and would state as follows:

There are no motions pending in the United States District Court for The Eastern District of Tennessee in case No. 3:11-cv-00483.

Submitted this 5th day of April, 2012.

PEMBERTON & SCOTT, PLLP

Michael S. Pemberton, BPR No. 011095
9539 Kingston Pike
Knoxville, TN 37922
(865) 531-1941
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2012, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Michael S. Pemberton, BPR No. 011095
9539 Kingston Pike
Knoxville, TN 37922
(865) 531-1941 (phone)
(865) 531-2191 (fax)
Attorney for Plaintiffs