# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-md-02327

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION | | |
|---|---|---|
| Check One: ☑ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Abrams | Rachel | B. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 209316, California | rabrams@levinsimes.com |

**Party Representing:** Plaintiffs Janet Smith and Raymond Smith

| Originating Case Number: 2:12-cv-00861 | Originating District: Southern District of West Virginia |
|---|---|

**Originating Short-Case Style:** Janet Smith and Raymond Smith v. Ethicon, Inc., et al.

| Direct Dial Number: (415) 426-3000 | Cell Phone Number: |
|---|---|
| Secretary Name: Grace Clark | Paralegal Name: J.C. Worsey |

### LAW FIRM INFORMATION

**Firm Name:** LEVIN SIMES LLP

**Address:** 353 Sacramento Street, 20th Floor

| City: San Francisco | State: California | Zip: 94111 |
|---|---|---|
| Firm Phone Number: (415) 426-3000 | Firm Fax Number: (415) 426-3001 | |

**Other members of firm involved in this litigation:**

| April 5, 2012 | s/ Rachel Abrams |
|---|---|
| Date | Electronic Signature |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            BY:   */s/ Rachel Abrams*
                                                           Rachel Abrams
                                                           California State Bar No. 209316
                                                          rabrams@levinsimes.com

LEVIN SIMES LLP
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 426-3000
Facsimile:   (415) 426-3001