IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

             MDL NO. 2327

             HON. JOSEPH R. GOODWIN,
             CHIEF JUDGE

_____

THIS DOCUMENT RELATES TO ALL CASES

## COLOPLAST CORP.'S NOTICE OF PENDING MOTIONS

Coloplast Corp. ("Coloplast"), by and through the undersigned counsel, lists the below motions pending at the time of transfer to MDL No. 2327, in accordance with Paragraph 4 of the Court's Pretrial Order #1 (Initial Conference and Case Management).

| Case Style | Case Number | Document Number | Pending Motion |
|---|---|---|---|
| *Barbara Lucas, et al. v. Ethicon, Inc., et. al.* | 2:12-cv-00515 | 5 | Motion to Dismiss by Defendant Johnson & Johnson (February 10, 2012) |

Dated: April 5, 2012

                                            Respectfully submitted,

                                      s/ Ronn B. Kreps
                                      Ronn B. Kreps
                                      FULBRIGHT & JAWORSKI L.L.P.
                                      2100 IDS Center
                                      80 South Eighth Street
                                      Minneapolis, MN  55402
                                      Telephone:  612-321-2810
                                      Facsimile:  612-321-2288
                                      rkreps@fulbright.com

                                      Lana K. Varney
                                      FULBRIGHT & JAWORSKI L.L.P.
                                      98 San Jacinto Boulevard
                                      Suite 1100
                                      Austin, Texas  78701
                                      Telephone:  512-536-4594
                                      Facsimile:  512-536-4598
                                      lvarney@fulbright.com

                                      *Attorneys for Defendant Coloplast Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2012, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in MDL No. 2327.

Dated: April 5, 2012

                                                  s/ Ronn B. Kreps