UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                          No. 2:12-md-2327
--------------------------------------------------------
THIS DOCUMENT RELATES TO
*Stout, et al v. Ethicon, et al*
No. 2:12-cv-00669

## Pending Motions At Time Of Transfer

Pursuant to the Court's February 29, 2012 Order, Plaintiffs Teresa D. Stout and Ricky J. Stout hereby state that at the time the above captioned case was transferred from the Western District of Arkansas (4:11cv4123) where it originated, there were no pending motions.

Respectfully Submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton
AR Bar No. 63035
Courtney Towle
CA Bar No. 221698
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
P.O. Box 5398
Texarkana, TX 75505-5398
Phone:  903.792.7080
Fax:  903.792.8233

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

*/s/ Nicholas H. Patton*
Nicholas H. Patton