IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re Ethicon, Inc. Pelvic Repair System          MDL No. 2327
Products Liability Litigation

---------------------------------------------------------
This Document Relates to All Cases
---------------------------------------------------------

## NOTICE OF PENDING MOTIONS

A. Donald C. Discepolo and Discepolo LLP represent the Plaintiffs in the below-listed MDL member cases and state:

At the time of MDL transfer, there were no pending motions outstanding known to the undersigned in the below-listed cases:

Woolsey, et. al. v. Ethicon, Inc. et al - Case No. 2:12-CV-00756

Matott, et al. v. Ethicon, Inc. et al - Case No. 2:12-CV-00759

Burnham v. Ethicon, Inc. et al - Case No. 2:12-CV-00769

Labadie, et al v. Ethicon, Inc. et al - Case No. 2:12-CV-00768

Taylor, et al. v. Ethicon, Inc.et al - Case No. 2:12-CV-00765

Minniefield v. Ethicon, Inc. et al - Case No. 2:12-CV-00772

Sweeney, et al v. Ethicon, Inc., et al - Case No. 2:12-CV-00807

Patterson, et al v. Ethicon, Inc., et al. - Case No. 2:12-CV-00773

Jones v. Ethicon, Inc., et al. - Case No. 2:12-CV-00762

Garnto v. Ethicon, Inc., et al. - Case No. 2:12-CV-00766

Massicot, et al. v. Ethicon, Inc., et al. - Case No. 2:12-CV-00856

Rock v. Ethicon, Inc., et al. - Case No. 2:12-CV-00867

Bruhn, et al v. Ethicon, Inc., et al. - Case No. 2:12-CV-00888

Ballard, et al v. Ethicon, Inc., et al. - Case No. 2:12-CV-00854

Olmstead v. Ethicon, Inc., et al. - Case No. 2:12-CV-00859

Nolan, et al v. Ethicon, Inc., et al. - Case No. 2:12-CV-00864

/s/A. Donald C. Discepolo
A. Donald C. Discepolo
Maryland Federal Bar No.: 25525
Discepolo LLP
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: 410-296-0780
Facsimile: 410-296-2263
Don@discepolollp.com

CERTIFICATE OF SERVICE

       I hereby certify that on April 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

       /s/A. Donald C. Discepolo
       A. Donald C. Discepolo
       Maryland Federal Bar No.: 25525
       Discepolo LLP
       111 S. Calvert Street, Suite 1950
       Baltimore, Maryland 21202
       Telephone: 410-296-0780
       Facsimile: 410-296-2263
       Don@discepolollp.com