<u>UNITED STATES DISTRICT COURT</u>
<u>SOUTHERN DISTRICT OF WEST VIRGINIA</u>
<u>CHARLESTON DIVISON</u>

IN RE: ETHICON, INC.
PELVICE REPAIR SYSTEM
PRODUCTS LIABILTY LITIGATION

-------------------------------------------------  No. 2:12-md-02327

THIS DOCUMENT RELATES TO
*Kathleen Wolfe v. Ethicon, Inc. et al*
*No: 2:12-cv-0337.*

---

**NOTICE OF PENDING MOTIONS**

---

Come now the Plaintiff, Kathleen Wolfe, by and through counsel, and pursuant to PreTrial Order #1 submit their Notice of Pending Motions and would state as follows:

There are no motions pending in the United States District Court for the Northern District of New York in Case No. 611-cv-00180.

Submitted this 6th day of April, 2012.

ABDELLA LAW OFFICES

_____
ROBERT ABDELLA, ESQ.
8 West Fulton Street
Gloversville, NY 12078
(518) 725-9717
Bar Roll # 105882
Attorney for Plaintiff, Kathleen Wolfe

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 6, 2012 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular US Mail. Parties may access this filing through the Court's electronic filing system.

                                       _____
                                       ROBERT ABDELLA, ESQ.
                                       8 West Fulton Street
                                       Gloversville, NY 12078
                                       (518) 725-9717
                                       Bar Roll # 105882
                                       Attorney for Plaintiff, Kathleen Wolfe