IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327

-----------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## NOTICE OF PENDING MOTIONS

Defendants Ethicon, Inc. (on its own behalf and behalf of its Division, Ethicon Women's Health & Urology, and erroneously sued in many instances as Gynecare, Inc. ("Ethicon")) and Johnson & Johnson  (collectively "Defendants"), list the below pending motions in accordance with Paragraph 4 of Pretrial Order #1 (Initial Conference and Case Management).  The listed actions include those motions identified as a result of Defendants' due diligence in reviewing the dockets of all member cases, but there may be other motions that have been filed of which the undersigned have not been advised.  Defendants submit that counsel for the Plaintiffs may have a more comprehensive list of pending motions.

## Pending Motions

| Style | Case No. | MDL No. | Dkt. No. | Motion & Related Filings |
|---|---|---|---|---|
| Barbara Dykes v. Ethicon, Inc., et al. | FLN/2:12-cv-00392 | 2327 | 12<br>13 | • Motion to Dismiss<br>• Memorandum in Support of Motion to Dismiss |
| Joann Heather, et al. v. Ethicon, Inc., et al. | OHN/2:12-cv00348 | 2327 | 9 | • Motion to dismiss for failure to state a claim filed by Defendant AMS. |

| Case | Case No. | MDL | Doc # | Motion |
|---|---|---|---|---|
| Barbara Lucas v. Ethicon, Inc., et al. | OHN/2:12-cv-00515 | 2327 | 5 | • Motion to Dismiss by Defendant Johnson & Johnson |
| Deborah McGrew, et al. v. Ethicon, Inc. et al. | OHS/2:12-cv-00514 | 2327 | 4 | • Motion to Dismiss for Failure to State a Claim by Defendant Johnson & Johnson |
| | | | 6 | • Motion to Dismiss for Failure to State a Claim by Defendant AMS |
| Miranda M. Patterson v. Ethicon, Inc. and Johnson & Johnson | OHN/2:12-cv-00481 | 2327 | 3 | • Motion to Dismiss by Defendant Johnson & Johnson |
| Diane Stallman, et al. v. Ethicon, Inc., et al. | OHN/2:12-cv-00484 | 2327 | 7 | • Motion to Dismiss by Defendant Caldera Medical |
| | | | 9 | • Motion to Dismiss by Defendant Boston Scientific |
| | | | 10 | • Memorandum in Support of Motion to Dismiss by Boston Scientific |
| | | | 18 | • Motion to Dismiss for Failure to State a Claim by Defendant Caldera Medical, Inc. |
| | | | 19 | • Memorandum in Support of Motion to Dismiss for Failure to State a Claim by Caldera Medical, Inc. |
| | | | 21 | • Motion to Dismiss for Failure to State a Claim by Defendant Boston Scientific |
| | | | 22 | • Memorandum in Support of Motion to Dismiss for Failure to State a Claim by Boston Scientific |
| | | | 27 | • Motion to Dismiss *or, in the Alternative, Unopposed Motion to Stay* by Defendant Ethicon, Inc |

THIS, the 6th day of April, 2012

                Respectfully submitted,

                */s/ Christy D. Jones*
                Christy D. Jones
                Butler, Snow, O'Mara, Stevens & Cannada, PLLC
                1020 Highland Colony Parkway
                Suite 1400 (39157)
                P.O. Box 6010
                Ridgeland, MS  39158-6010
                (601) 985-4523

                */s/ David B. Thomas*
                David B. Thomas (W. Va. Bar No. 3731)
                Guthrie & Thomas, PLLC
                500 Lee Street, East, Suite 800
                P.O. Box 3394
                Charleston, WV  25333-3394
                (304) 345-7250

                COUNSEL FOR DEFENDANTS ETHICON, INC.
                AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2012, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in MDL No. 2327.

      Dated:  April 6, 2012

                                      */s/ David B. Thomas*
                                      David B. Thomas (W. Va. Bar No. 3731)
                                      Guthrie & Thomas, PLLC
                                      500 Lee Street, East, Suite 800
                                      P.O. Box 3394
                                      Charleston, WV  25333-3394
                                      (304) 345-7250

                                      COUNSEL FOR DEFENDANTS ETHICON, INC.
                                      AND JOHNSON & JOHNSON