IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2:12-md-2327

------------------------------------------------------------

THIS DOCUMENT RELATES TO:
*Donna Loustaunau, et al v. Ethicon, Inc., et al*
Case No. 2:12-cv-00666

## NOTICE OF PENDING MOTIONS

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Donna Loustaunau and Leon Loustaunau, and pursuant to Pretrial Order # 1, submit this Notice of Pending Motions and state that there are no motions pending in the United States District Court for the Eastern District of Louisiana, Civil Action No. 2:12-cv-00484.

Respectfully submitted,

/s/ **Chester C. Stetfelt, Jr.**
Law Office of Chester C. Stetfelt, Jr.
2817 Harvard Avenue, Suite 205
Metairie, Louisiana 70006
Telephone: (504) 455-0900
E-mail: lawstet@aol.com
Counsel for plaintiffs,
Donna Loustaunau and Leon Loustaunau

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U. S. Mail, properly addressed and postage prepaid to all counsel of record who are not registered to receive notice electronically, on this 6th day of April 2012.

/s/ Chester C. Stetfelt, Jr.
**CHESTER C. STETFELT, JR.**