IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: In Re Ethicon, Inc., Pelvic Repair        MDL No. 2325
System Products Liability Litigation

_____

This Document Relates to All Cases

_____

## NOTICE OF PENDING MOTIONS

Mark S. Thetford and Edwards Law Firm represent the Plaintiff in the below-listed MDL member cases and state:

At the time of the MDL transfer, there were no pending motions outstanding known to the undersigned in the below-listed case:

Forester et al v. Johnson & Johnson Inc. et al – Case No. 2:12-cv-00486

/s/ Mark S. Thetford
Mark S. Thetford OBA# 12893
Edwards Law Firm
8282 S. Memorial, Ste 100
Tulsa, OK 74133
Telephone: 800-304-9246
Facsimile: 410-296-2263
Email: mthetford@edwardslawok.com

**CERTIFCATE OF SERVICE**

      I hereby certify that on April 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Mark S. Thetford
      Mark S. Thetford OBA# 12893
      Edwards Law Firm
      8282 S. Memorial, Ste 100
      Tulsa, OK 74133
      Telephone: 800-304-9246
      Facsimile: 410-296-2263
      Email: mthetford@edwardslawok.com