## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

                                                                                             MDL NO.  2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER # 3
(Initial Hearing - Participation by Telephone)

PTO #1, paragraph 5 requires that each party represented by counsel shall appear through his or her attorney at the initial hearing scheduled in this MDL for April 13, 2012 at 9:00 a.m. PTO #1, paragraph 5 further states that parties with similar interests may, to the extent practicable, have an attending attorney represent their interest at the conference in order to minimize costs and facilitate a manageable conference.

Attorneys have inquired as to whether they may participate in the April 13, 2012 initial hearing by telephone.  I hereby **ORDER** that attorneys may attend the initial hearing via telephone but they will not be permitted to participate. Attorneys will also not be permitted to note an appearance if they attend via telephone.  Attorneys wishing to attend via telephone should dial the courtroom conferencing number at 877-322-9654 no earlier than 8:55 a.m.   If the call is made earlier you will get a non-activation message.  Participants will be prompted to enter the participant code 827105.  Attorneys attending by telephone are requested to put their phones on mute.

The court **DIRECTS** the Clerk to file a copy of this order in 2-12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2-12-cv-00985.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: April 9, 2012

Joseph R. Goodwin, Chief Judge