

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION           No. 2:12-md-2327

THIS DOCUMENT RELATES TO
*White et al v. Ethicon*
No. 2:12-cv-00958

## NOTICE OF PENDING MOTIONS AT THE TIME OF TRANSFER

Pursuant to the Court's February 29, 2012 Order, Plaintiffs Virginia and Edward White hereby state that at the time the above captioned case was transferred from the Western District of Arkansas (5:12-cv-05045) where it originated, there were no pending motions.

Respectfully submitted,

VIRGINIA AND EDWARD WHITE

___/s/ W. Asa Hutchinson_____
W. Asa Hutchinson, AR Bar No. 75065
Kristi L. Hunter, AR Bar No. 2010161
The Asa Hutchinson Law Group, PLC
3300 Market Street, Suite 404
Rogers, Arkansas 72758
Tel: (479) 878-1600
Fax: (479) 878-1605
asa@ahlawgroup.com

## **CERTIFICATE OF SERVICE**

      I, W. Asa Hutchinson, hereby certify that on April 6, 2012, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                              __/s/ *W. Asa Hutchinson*_____
                                              W. Asa Hutchinson