# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-cv-01006

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel   ☐ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gibbs | Eric | H. | |

Bar Number and State: 178658

E-Mail Address: ehg@girardgibbs.com

Party Representing: Earlene Rosas

Originating Case Number: 2:12-cv-00701-MCE-EFB

Originating District: Eastern District of California

Originating Short-Case Style: Rosas v. Johnson & Johnson, et al.

Direct Dial Number: (415) 544-6422

Cell Phone Number: (925) 323-3360

Secretary Name: Sue M. Querubin

Paralegal Name: Alexandra B. Jones

### LAW FIRM INFORMATION

Firm Name: Girard Gibbs LLP

Address: 601 California Street, 14th Floor

City: San Francisco   State: California   Zip: 94108

Firm Phone Number: (415) 981-4800

Firm Fax Number: (415) 981-4846

Other members of firm involved in this litigation:
A.J. De Bartolomeo, Geoffrey A. Munroe, Claire Y. Choo

04/12/2012   s/ Eric H. Gibbs

Date   Electronic Signature