# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**                                                      **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-cv-01006

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One: [✓] Plaintiff Counsel      [ ] Defense Counsel      [ ] Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| De Bartolomeo | A.J. | | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 136502 | ajd@girardgibbs.com |

Party Representing: Earlene Rosas

| Originating Case Number: 2:12-cv-00701-MCE-EFB | Originating District: Eastern District of California |
|---|---|

Originating Short-Case Style: Rosas v. Johnson & Johnson, et al.

| Direct Dial Number: (415) 544-6423 | Cell Phone Number: (415) 710-7273 |
|---|---|
| Secretary Name: Julia I. Vitaro | Paralegal Name: Alexandra B. Jones |

### LAW FIRM INFORMATION

Firm Name: Girard Gibbs LLP

Address: 601 California Street, 14th Floor

| City: San Francisco | State: California | Zip: 94108 |
|---|---|---|

| Firm Phone Number: (415) 981-4800 | Firm Fax Number: (415) 981-4846 |
|---|---|

Other members of firm involved in this litigation:
Eric H. Gibbs, Geoffrey A. Munroe, Claire Y. Choo

| 04/12/2012 | s/ A.J. De Bartolomeo |
|---|---|
| Date | Electronic Signature |