# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**
**Civil Action Number (SDWV):** 2:12-cv-01006

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel ☐ Defense Counsel ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Munroe | Geoffrey | A. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 228590 | gam@girardgibbs.com |

Party Representing: Earlene Rosas

| Originating Case Number: | Originating District: |
|---|---|
| 2:12-cv-00701-MCE-EFB | Eastern District of California |

Originating Short-Case Style: Rosas v. Johnson & Johnson, et al.

| Direct Dial Number: | Cell Phone Number: |
|---|---|
| (415) 544-6449 | (925) 788-8493 |

| Secretary Name: | Paralegal Name: |
|---|---|
| Sue M. Querubin | Alexandra B. Jones |

### LAW FIRM INFORMATION

Firm Name: Girard Gibbs LLP

Address: 601 California Street, 14th Floor

| City: San Francisco | State: California | Zip: 94108 |
|---|---|---|

| Firm Phone Number: | Firm Fax Number: |
|---|---|
| (415) 981-4800 | (415) 981-4846 |

Other members of firm involved in this litigation:
Eric H. Gibbs, A.J. De Bartolomeo, Claire Y. Choo

04/12/2012                                   s/ Geoffrey A. Munroe
Date                                                        Electronic Signature