# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**                                                **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-cv-01006

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One:   ☑ Plaintiff Counsel          ☐ Defense Counsel          ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Choo | Claire | Y. | |

Bar Number and State: 252723

E-Mail Address: cyc@girardgibbs.com

Party Representing: Earlene Rosas

Originating Case Number: 2:12-cv-00701-MCE-EFB          Originating District: Eastern District of California

Originating Short-Case Style:  Rosas v. Johnson & Johnson, et al.

Direct Dial Number: (415) 544-6441          Cell Phone Number: (415) 710-8397

Secretary Name: Sue M. Querubin          Paralegal Name: Alexandra B. Jones

### LAW FIRM INFORMATION

Firm Name: Girard Gibbs LLP

Address: 601 California Street, 14th Floor

City: San Francisco          State: California          Zip: 94108

Firm Phone Number: (415) 981-4800          Firm Fax Number: (415) 981-4846

Other members of firm involved in this litigation:

Eric H. Gibbs, A.J. De Bartolomeo, Geoffrey A. Munroe

04/12/2012                              s/   Claire Y. Choo

Date                                           Electronic Signature