# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/13/2012                                                        Case Number 2:12-md-02327
Case Style: In re: Pelvic Repair (Ethicon) vs.
Type of hearing Status Conference
Before the honorable: 25BC-Stanley
Court Reporter CourtFlow                                               Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Renee Baggit,Thomas Cartmell


Attorney(s) for the Defendant(s) William Gage; David Thomas


Law Clerk Kate Fife                                                    Probation Officer

## Trial Time



## Non-Trial Time



## Court Time

9:40 am   to 10:00 am
Total Court Time: 0 Hours 20 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Status Conference held in Chief Judge Goodwins Chambers