# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/13/2012                                                                  Case Number 2:12-md-02325
Case Style: In Re:  American Medical vs.
Type of hearing Initial Hearing
Before the honorable: 2513-Goodwin
Court Reporter Teresa Harvey                                                    Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Bryan Aylstock, Henry Garrard and Fred Thompson

Attorney(s) for the Defendant(s) Barbara Binis, Robert Adams and Christy Jones

Law Clerk Angie Volk and Kate Fife                                              Probation Officer

## Trial Time

## Non-Trial Time
Other non-evidentiary hearing. Type:

## Court Time
9:00 am    to 10:05 am
Total Court Time: 1 Hours 5 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes
Scheduled start time 9:00 a.m.
Actual start time 9:00 a.m.

INITIAL HEARING
In re American Medical Systems Inc. MDL 2325,
In re Boston Scientific Corp. MDL 2326 and
In re Ethicon, Inc.  MDL No. 2327
Pelvic Repair System Products Liability Litigation

Introduction of counsel
Counsel Structure
Coordinating Co-lead counsel for Plaintiffs - Bryan Aylstock, Henry Garrard, Fred Thompson
Henry Garrard will continue as lead counsel in C. R. Bard MDL 2187 and Derek Potts will join Mr. Garrard as co-lead counsel
Co-lead counsel for American Medical Systems MDL 2325 - Amy Eskin and Fidelma Fitzpatrick
Co-lead counsel for Boston Scientific MDL 2326 - Clayton Clark and Aimee Wagstaff
Co-lead counsel for Ethicon MDL 2327 - Renee Baggatt and Tom Cartmell
Plaintiffs executive committee:  Bryan Aylstock, Henry Garrard, Fred Thompson, Tom Cartmell, Clayton Clark, Amy Eskin, Derek Potts and Aimee Wagstaff.
Plaintiffs Co-liaison counsel:  Harry Bell, Paul Farrell and Carl Frankovitch

Lead counsel for American Medical Systems MDL 2325 - Barbara Binis

## District Judge Daybook Entry

Lead counsel for Boston Scientific MDL 2326 - Robert Adams
Lead counsel for Ethicon MDL 2327 - Christy Jones
Defendants Liaison counsel: Michael Bonasso, David Thomas and Michael Farrell. Mark Williams continues as defendants liaison counsel in the Bard MDL.

Overview of Products

Procedural Issues:
Issues as to proper party defendants (issue on AMS and Ethicon agendas)
Direct filing of additional actions. The parties have exchanged ideas on a Direct Filing Order and are working to have a proposed order for the Court at the April 13, 2012 hearing
Amendment of pleadings
The parties will work on a proposed Order to cover the following: Protective Order and ESI (electronically stored information) Order and Protocol; Master Complaints, Short Form Complaints and Defendants' answers thereto, preliminary motions, production of documents, privilege log protocol, preservation of evidence, redaction protocol, and service of process issues.

Scheduling of future status conferences
Pro hac vice motions/necessity of local counsel

Magistrate Judge Stanley addresses Discovery Issues:

Status of any discovery produced to date
The parties will meet and confer regarding the use of a Plaintiffs Fact Sheet and Defendant Fact Sheet, preservation of evidence issues and production of medical records, and will keep the Court apprised of the progress of those discussions.
Protective Orders - see local rules
Limit the number of confidential documents

Additional matters presented to the court by counsel.

End time 10:05 a.m.