# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**            **Chief Judge Joseph R. Goodwin**

> **Notice of Request of Attorney to be Removed from the Court's Service List Form**
>
> Please Print or Type Below

**Name of Attorney:** RANDY J. HURWITZ

**Address:** Law Offices of RJ Hurwitz, P.C., 3303 E. Baseline Road, Suite 113, Gilbert, AZ 85234

**Telephone Number:** 480-345-0911      **Email Address:** randy@rjhurwitzlaw.com

I am to remain counsel of record for the following party(s) in the In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation:

**Civil Action Number (SDWV):** MDL No. 2327

**Short-Style of Case:** In Re Ethicon., Pelvic Repair System Products Liability Litigation

**Party(s) Representing:** Plaintiffs

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

**Date:** 4/17/2012          s/ Randy J. Hurwitz
                                                               Electronic Signature

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                   /s/ *Gary P. Falkowitz*