

# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**

**2:12-cv-00277**

Chief Judge Joseph R. Goodwin

---

**Notice of Request of Attorney to be Removed from the Court's Service List Form**

Please Print or Type Below

---

**Name of Attorney:** THERESA L. F. LEVINGS

**Address:** BADGER & LEVINGS, LC, 1621 Baltimore Avenue, Kansas City, MO  64108

**Telephone Number:** 816 421-2828    **Email Address:** tlevings@badgerlevings.com

I am to remain counsel of record for the following party(s) in the In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation:

**Civil Action Number (SDWV):** MDL 2327

**Short-Style of Case:** In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**Party(s) Representing:** Defendants Ethicon, Inc. and Johnson & Johnson

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

**Date:** 4/17/12       s/ Theresa L. F. Levings
                       Electronic Signature

*Theresa L. F. Levings*
Mo Bar #27909