### UNITED STATES JUDICIAL PANEL
#### on
### MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

#### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO–12)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 114 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Apr 24, 2012**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

## SCHEDULE CTO–12 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 12–00866 | Pratt v. Ethicon, Inc. et al |
| FLORIDA MIDDLE | | | |
| FLM | 3 | 12–00356 | Floyd v. Johnson &Johnson et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 12–01169 | Destefano–Raston et al v. Ethicon, Inc. et al |
| GAN | 1 | 12–01191 | Bertoni et al v. Johnson &Johnson et al |
| ILLINOIS CENTRAL | | | |
| ILC | 2 | 12–02107 | Watson et al v. Johnson &Johnson et al |
| KENTUCKY WESTERN | | | |
| KYW | 3 | 12–00169 | Long v. Johnson &Johnson, Inc. et al |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 12–00860 | Lager v. Johnson &Johnson |
| MARYLAND | | | |
| MD | 1 | 12–01079 | Colonna v. Ethicon, Inc. et al |
| MD | 1 | 12–01080 | Cyrus v. Ethicon, Inc. et al |
| NEW YORK WESTERN | | | |
| NYW | 1 | 12–00274 | Costello v. Ethicon, Inc. et al |
| NYW | 1 | 12–00275 | Claudio et al v. Ethicon et al |
| TENNESSEE EASTERN | | | |

| | | | |
|---|---|---|---|
| TNE | 1 | 12–00104 | Simpson et al v. Johnson &Johnson et al |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 2 | 12–00161 | Wilson v. Ethicon Inc et al |
| TXE | 4 | 12–00170 | Kowalski v. Ethicon Inc et al |
| TXE | 5 | 12–00027 | Swink v. Ethicon, Inc. et al |
| TXE | 9 | 12–00049 | Rose v. Ethicon Inc et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 12–00898 | Duncan v. Ethicon, Inc. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 12–00910 | Nix v. Ethicon Inc et al |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)**
JPMLCMECF  to: JPMLCMDECF                                    04/24/2012 09:36 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/24/2012 at 9:36 AM EDT and filed on 4/24/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)

| | |
|---|---|
| **Case Name:** | Costello v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00274 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170,

**TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Pratt v. Ethicon, Inc. et al |
| **Case Number:** | CAE/2:12-cv-00866 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Destefano-Raston et al v. Ethicon, Inc. et al |
| **Case Number:** | GAN/1:12-cv-01169 |
| **Filer:** | |
| **Document** | |

**Number:**         No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

**Case Name:**       Bertoni et al v. Johnson & Johnson et al

**Case Number:**     GAN/1:12-cv-01191
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in**

FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)

| | |
|---|---|
| **Case Name:** | Claudio et al v. Ethicon et al |
| **Case Number:** | NYW/1:12-cv-00275 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)

| | |
|---|---|
| **Case Name:** | Nix v. Ethicon Inc et al |
| **Case Number:** | TXS/4:12-cv-00910 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)

| | |
|---|---|
| **Case Name:** | Floyd v. Johnson & Johnson et al |
| **Case Number:** | FLM/3:12-cv-00356 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356,

**GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Wilson v. Ethicon Inc et al |
| **Case Number:** | TXE/2:12-cv-00161 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Rose v. Ethicon Inc et al |

**Case Number:** TXE/9:12-cv-00049
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

**Case Name:** Simpson et al v. Johnson & Johnson et al
**Case Number:** TNE/1:12-cv-00104
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Swink v. Ethicon, Inc. et al |
| **Case Number:** | TXE/5:12-cv-00027 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in**

TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)

| | |
|---|---|
| **Case Name:** | Lager v. Johnson & Johnson |
| **Case Number:** | LAE/2:12-cv-00860 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Duncan v. Ethicon, Inc. et al |
| **Case Number:** | TXN/3:12-cv-00898 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)

| Case Name: | Colonna v. Ethicon, Inc. et al |
| Case Number: | MD/1:12-cv-01079 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170,

**TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Cyrus v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-01080 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Kowalski v. Ethicon Inc et al |
| **Case Number:** | TXE/4:12-cv-00170 |
| **Filer:** | |
| **Document** | |

**Number:**          No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

**Case Name:**       Watson et al v. Johnson & Johnson et al

**Case Number:**     ILC/2:12-cv-02107
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in**

FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.

Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)

| | |
|---|---|
| **Case Name:** | Long v. Johnson & Johnson, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00169 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-12) Finalized on 4/24/12. Please see pleading (3 in CAE/2:12-cv-00866, 3 in FLM/3:12-cv-00356, 3 in GAN/1:12-cv-01169, 3 in GAN/1:12-cv-01191, 3 in ILC/2:12-cv-02107, 3 in KYW/3:12-cv-00169, 3 in LAE/2:12-cv-00860, 3 in MD/1:12-cv-01079, 3 in MD/1:12-cv-01080, [264] in MDL No. 2327, 3 in NYW/1:12-cv-00274, 3 in NYW/1:12-cv-00275, 3 in TNE/1:12-cv-00104, 3 in TXE/2:12-cv-00161, 3 in TXE/4:12-cv-00170, 3 in TXE/5:12-cv-00027, 3 in TXE/9:12-cv-00049, 3 in TXN/3:12-cv-00898, 3 in TXS/4:12-cv-00910).

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF   to :  JPMLCMDECF                                              04/24/2012 09:30 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/24/2012 at 9:29 AM EDT and filed on 4/24/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 264 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274,**

**NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Costello v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00274 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Pratt v. Ethicon, Inc. et al |
| **Case Number:** | CAE/2:12-cv-00866 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in***

*TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Destefano-Raston et al v. Ethicon, Inc. et al |
| **Case Number:** | GAN/1:12-cv-01169 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Bertoni et al v. Johnson & Johnson et al |
| **Case Number:** | GAN/1:12-cv-01191 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Claudio et al v. Ethicon et al |
| **Case Number:** | NYW/1:12-cv-00275 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170,**

**TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Nix v. Ethicon Inc et al |
| **Case Number:** | TXS/4:12-cv-00910 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Floyd v. Johnson & Johnson et al |
| **Case Number:** | FLM/3:12-cv-00356 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in*

*TXS/4:12-cv-00910)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Wilson v. Ethicon Inc et al |
| **Case Number:** | TXE/2:12-cv-00161 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Rose v. Ethicon Inc et al |
| **Case Number:** | TXE/9:12-cv-00049 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Simpson et al v. Johnson & Johnson et al |
| **Case Number:** | TNE/1:12-cv-00104 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170,**

**TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Swink v. Ethicon, Inc. et al |
| **Case Number:** | TXE/5:12-cv-00027 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Lager v. Johnson & Johnson |
| **Case Number:** | LAE/2:12-cv-00860 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in***

*TXS/4:12-cv-00910)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Duncan v. Ethicon, Inc. et al |
| **Case Number:** | TXN/3:12-cv-00898 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Colonna v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-01079 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Cyrus v. Ethicon, Inc. et al |
| **Case Number:** | MD/1:12-cv-01080 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s)** *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170,**

**TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Kowalski v. Ethicon Inc et al |
| **Case Number:** | TXE/4:12-cv-00170 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Watson et al v. Johnson & Johnson et al |
| **Case Number:** | ILC/2:12-cv-02107 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in***

*TXS/4:12-cv-00910)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

| | |
|---|---|
| **Case Name:** | Long v. Johnson & Johnson, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00169 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-12) - 18 action(s) *re: pldg. (1 in CAE/2:12-cv-00866, 1 in FLM/3:12-cv-00356, 1 in GAN/1:12-cv-01169, 1 in GAN/1:12-cv-01191, 1 in ILC/2:12-cv-02107, 1 in KYW/3:12-cv-00169, 1 in LAE/2:12-cv-00860, 1 in MD/1:12-cv-01079, 1 in MD/1:12-cv-01080, [242] in MDL No. 2327, 1 in NYW/1:12-cv-00274, 1 in NYW/1:12-cv-00275, 1 in TNE/1:12-cv-00104, 1 in TXE/2:12-cv-00161, 1 in TXE/4:12-cv-00170, 1 in TXE/5:12-cv-00027, 1 in TXE/9:12-cv-00049, 1 in TXN/3:12-cv-00898, 1 in TXS/4:12-cv-00910)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/24/2012.**

**Associated Cases: MDL No. 2327, CAE/2:12-cv-00866, FLM/3:12-cv-00356, GAN/1:12-cv-01169, GAN/1:12-cv-01191, ILC/2:12-cv-02107, KYW/3:12-cv-00169, LAE/2:12-cv-00860, MD/1:12-cv-01079, MD/1:12-cv-01080, NYW/1:12-cv-00274, NYW/1:12-cv-00275, TNE/1:12-cv-00104, TXE/2:12-cv-00161, TXE/4:12-cv-00170, TXE/5:12-cv-00027, TXE/9:12-cv-00049, TXN/3:12-cv-00898, TXS/4:12-cv-00910 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com

Michael Bonasso mbonasso@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00274 Notice has been electronically mailed to:**

Brian A Goldstein brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00274 Notice will not be electronically mailed to:**

**CAE/2:12-cv-00866 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Breanne Michelle Vandermeer breanne@muellerlaw.com, receptionist@muellerlaw.com

**CAE/2:12-cv-00866 Notice will not be electronically mailed to:**

**GAN/1:12-cv-01169 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**GAN/1:12-cv-01169 Notice will not be electronically mailed to:**

**GAN/1:12-cv-01191 Notice has been electronically mailed to:**

Henry G Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,
jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, msd@bbgbalaw.com,
slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,

ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Andrew J Hill, III ajh@bbgbalaw.com

Gary Bryan Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:12-cv-01191 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00275 Notice has been electronically mailed to:**

Brian A Goldstein brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00275 Notice will not be electronically mailed to:**

**TXS/4:12-cv-00910 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas C. Monsour doug@monsourlawfirm.com, grubbs@monsourlawfirm.com, ronda@monsourlawfirm.com, trista@monsourlawfirm.com

**TXS/4:12-cv-00910 Notice will not be electronically mailed to:**

**FLM/3:12-cv-00356 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

**FLM/3:12-cv-00356 Notice will not be electronically mailed to:**

**TXE/2:12-cv-00161 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas C. Monsour doug@monsourlawfirm.com, grubbs@monsourlawfirm.com, ronda@monsourlawfirm.com, trista@monsourlawfirm.com

**TXE/2:12-cv-00161 Notice will not be electronically mailed to:**

**TXE/9:12-cv-00049 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Erin K. Copeland ecopeland@fhl-law.com

**TXE/9:12-cv-00049 Notice will not be electronically mailed to:**

**TNE/1:12-cv-00104 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Michael A Anderson manderson@pbsjlaw.com

**TNE/1:12-cv-00104 Notice will not be electronically mailed to:**

**TXE/5:12-cv-00027 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas C. Monsour doug@monsourlawfirm.com, grubbs@monsourlawfirm.com, ronda@monsourlawfirm.com, trista@monsourlawfirm.com

**TXE/5:12-cv-00027 Notice will not be electronically mailed to:**

**LAE/2:12-cv-00860 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Sheila M Bossier sbossier@bossier-law.com

**LAE/2:12-cv-00860 Notice will not be electronically mailed to:**

**TXN/3:12-cv-00898 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas C. Monsour doug@monsourlawfirm.com, grubbs@monsourlawfirm.com, ronda@monsourlawfirm.com, trista@monsourlawfirm.com

D. Douglas Grubbs grubbs@monsourlawfirm.com

**TXN/3:12-cv-00898 Notice will not be electronically mailed to:**

**MD/1:12-cv-01079 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-01079 Notice will not be electronically mailed to:**

**MD/1:12-cv-01080 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

A Donald C Discepolo don@discepolollp.com

**MD/1:12-cv-01080 Notice will not be electronically mailed to:**

**TXE/4:12-cv-00170 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Erin K. Copeland ecopeland@fhl-law.com

**TXE/4:12-cv-00170 Notice will not be electronically mailed to:**

**ILC/2:12-cv-02107 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,

ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jeffrey A Hammond jhammond@cohenandmalad.com

**ILC/2:12-cv-02107 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00169 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Lee L Coleman lcoleman@hughesandcoleman.com

**KYW/3:12-cv-00169 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/24/2012]
[FileNumber=277989-0]
[a8eaa06487caae46c99c49f89d2178e9f271f5ff6b6303a75c27d9cf737aef2d7454d
1f905160d66537defc774c39d7b275947954d3efd3d727935f3b6c1552e]]