# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

                                                      MDL NO.  2327

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER # 5
(Status Conference)

It is hereby **ORDERED** that the next status conference will be held on **Thursday, May 24, 2012, at 1:00 p.m.** in Judge Goodwin's courtroom, Room 7800, United States Courthouse, 300 Virginia Street East, Charleston, West Virginia. This is a joint status conference pertaining to all of the pelvic mesh MDLs before this court.

Any attorney representing any party in this MDL, or any unrepresented party may attend the status conference but only Liaison and Lead Counsel, or such other counsel as the court may permit, may actively participate in the status conference.

Lead Counsel for the parties shall confer and submit any proposed agenda items for the conference pertaining to this MDL directly to the court via email to angie_volk@wvsd.uscourts.gov no later than close of business on May 21, 2012.

The court **DIRECTS** the Clerk to file a copy of this order in 2-12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-12-cv-01265. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided

by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

      ENTER: April 24, 2012

_____
Joseph R. Goodwin, Chief Judge