## KLINE & SPECTER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

215-772-1000
800-597-9585
FAX: 215-735-0960



Thomas R Kline, Esquire
Direct Dial (215) 772-1360
Tom.Kline@klinespecter.com

April 20, 2012

**VIA CERTIFIED MAIL R.R.R.**
Attention: Court Clerk
Southern District of West Virginia
P.O. Box 2546
Charleston, WV 25329

       2:12-md-02327

Re:    Case No.: 2:12-cv-2327 In RE: Ethicon Inc., Pelvic Repair System Products Liability Litigation
       2:12-cv-01124

Dear Sir/Madam:

I hereby request to be removed from the service list with regard to the above-referenced matter.

Should you have any questions, please do not hesitate to call.

Respectfully,

THOMAS R. KLINE

TRK/ras