# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**                                                                 **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-md-2327

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One:   ☐ Plaintiff Counsel       ☒ Defense Counsel       ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Legg | Erik | Wayne | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| #7738 - West Virginia | ewl@farrell3.com |

Party Representing:
American Medical Systems, Inc.

| Originating Case Number: 2:12-md-2327 | Originating District: USDC SD WV |
|---|---|

Originating Short-Case Style: In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

| Direct Dial Number: 304.781.1818 | Cell Phone Number: 304.633.8344 |
|---|---|
| Secretary Name: Jessica French | Paralegal Name: Sherri Pennington |

### LAW FIRM INFORMATION

Firm Name: Farrell, White & Legg PLLC

Address: P.O. Box 6457

| City: Huntington | State: West Virginia | Zip: 25772-6457 |
|---|---|---|

| Firm Phone Number: 304.522.9100 | Firm Fax Number: 304.522.9162 |
|---|---|

Other members of firm involved in this litigation:
Michael Farrell

4/27/2012                                                                 s/ Erik W. Legg
Date                                                                              Electronic Signature