# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**                                                                                                  **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-md-2327

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel    ☒ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Farrell | Michael | Joseph | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| #1168 - West Virginia | mjf@farrell3.com |

**Party Representing:**
American Medical Systems, Inc.

| Originating Case Number: 2:12-md-2327 | Originating District: USDC SD WV |
|---|---|

**Originating Short-Case Style:** In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

| Direct Dial Number: 304.781.1809 | Cell Phone Number: 304.633.1011 |
|---|---|
| Secretary Name: Sandie Bova | Paralegal Name: Regina Flores |

### LAW FIRM INFORMATION

**Firm Name:** Farrell, White & Legg PLLC

**Address:** P.O. Box 6457

| City: Huntington | State: West Virginia | Zip: 25772-6457 |
|---|---|---|

| Firm Phone Number: 304.522.9100 | Firm Fax Number: 304.522.9162 |
|---|---|

**Other members of firm involved in this litigation:**
Erik Legg

| 4/27/2012 | s/ Michael J. Farrell |
|---|---|
| Date | Electronic Signature |