IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

In re Ethicon, Inc. Pelvic Repair System         MDL No. 2327
Products Liability Litigation

THIS DOCUMENT RELATES TO ALL CASES

---

### ORDER

Having considered Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendants' Pending Motions as of the Date of the MDL Transfer, which are listed in Defendants' Notice of Pending Motions (Dkt. No. 106), said Motion is GRANTED.

Plaintiffs shall have until and including June 24, 2012 to file said responses.

SO ORDERED this 2 day of May, 2012.

_____
Honorable Joseph R. Goodwin, Chief Judge
United States District Court for the
Southern District of West Virginia