IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

-----------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 6**
(Revised PSC List)

The PSC list originally entered as an attachment to PTO # 4 regarding counsel structure has been updated. Certain corrections and additions to the contact information for the PSC members were necessary. In addition, Mr. Norwood Wilner, who was previously appointed to the PSC in MDL 2187, was inadvertently left off of the list. Mr. Wilner will continue his appointment as part of what is now a singular PSC coordinated across MDL lines in the four pelvic mesh MDLs before this court.

The revised PSC list is an attachment to this PTO and replaces the previous list attached to PTO #4.

The court **DIRECTS** the Clerk to file a copy of this order in 2-12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-12-cv-01369. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases

subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: May 4, 2012

Joseph R. Goodwin, Chief Judge

| Name | Email | Firm/Address |
|---|---|---|
| Rachel Abrams | rabrams@levinsimes.com | LEVIN SIMES<br>20th Floor<br>353 Sacramento Street<br>San Francisco, CA 94111<br>415/646-7160<br>415/981-1270 (fax) |
| David Allen | dallen@cohenandmalad.com | COHEN & MALLAD<br>One Indiana Square, Ste. 1400<br>Indianapolis, IN 46204<br>317/636-6481<br>317/636-2593 (fax) |
| Tom Anapol | tanapol@anapolschwartz.com;<br>sslater@anapolschwartz.com | Anapol Schwartz<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>215/790-4572<br>215/875-7707 (fax) |
| Ben Anderson | Ben@andersonlawoffices.net | ANDERSON LAW OFFICES<br>Suite 215<br>1360 West 9th Street<br>Cleveland, OH 44113<br>216/589-0256<br>216/916-0988 (fax) |
| Richard Arsenault | rarsenault@nbalawfirm.com | NEBLETT BEARD & ARSENAULT<br>2220 Bonaventure Court<br>Alexandria, LA 71301<br>318/487-9874<br>318/561-2591 (fax) |
| Bryan Aylstock | BAylstock@awkolaw.com<br>noverholtz@awkolaw.com<br>dkreis@awkolaw.com | AYLSTOCK WITKIN KREIS & OVERHOLTZ<br>Suite 200<br>17 East Main Street<br>Pensacola, FL 32502<br>850/202-1010<br>850/916-7449 (fax) |
| Renee Baggett | RBaggett@awkolaw.com | AYLSTOCK WITKIN KREIS & OVERHOLTZ<br>Suite 200<br>17 East Main Street<br>Pensacola, FL 32502<br>850/202-1010<br>805/916-7449 (fax) |
| Lee Balefsky | Lee.Balefsky@KlineSpecter.com | KLINE & SPECTER<br>The Nineteenth Floor<br>1525 Locust Street<br>Philadelphia, PA 19102<br>215/772-1000<br>215/735-0960 (fax) |

| Name | Email | Address |
|---|---|---|
| Harry Bell | hfbell@belllaw.com | THE BELL LAW FIRM<br>P. O. Box 1723<br>Charleston, WV 25326<br>304/345-1700<br>304/345-1715 (fax) |
| Ed Blizzard | EBlizzard@blizzardlaw.com | Blizzard, McCarthy & Nabers<br>440 Louisiana Street Houston,<br>Suite #1710<br>TX 77002<br>713-844-3750 |
| Lisa Blue | lblue@baronandblue.com | 3811 Turtle Creek Blvd<br>Ste 800<br>Dallas, TX 75219-4550<br>214-969-7373 |
| Riley Burnett | rburnett@TrialLawFirm.com | LAW OFFICES OF RILEY L.<br>BURNETT, JR.<br>Suite 1600<br>440 Louisiana<br>Houston, TX 77002<br>713/757-1400<br>713/759-1217 (fax) |
| Tom Cartmell | tcartmell@wcllp.com | WAGSTAFF & CARTMELL<br>Suite 300<br>4740 Grand Avenue<br>Kansas City, MO 64112<br>816/701-1100<br>816/531-2372 (fax) |
| Eric Chaffin | chaffin@chaffinluhana.com | CHAFFIN LUHANA LLP<br>12th Floor<br>600 Third Avenue<br>New York, NY 10016<br>347/269-4472<br>888/499-1123 (fax) |
| Clayton Clark | CClark@TrialLawFirm.com | CLARK LOVE & HUTSON<br>Suite 1600<br>440 Louisiana Street<br>Houston, TX 77002<br>713/757-1400<br>713/759-1217 (fax) |
| Jayne Conroy | JConroy@hanlyconroy.com | HANLY CONROY BIERSTEIN<br>SHERIDAN FISHER & HAYES<br>112 Madison Avenue<br>New York, NY 10016-7416<br>212/784-6400<br>212/213-5949 (fax) |
| Erin Copeland | ecopeland@fhl-law.com | FIBICH HAMPTON LEEBRON<br>BRIGGS & JOSEPHSON<br>1150 Bissonnet Street<br>Houston, TX 77005<br>713/751-0025<br>713/751-0030 (fax) |

| | | |
|---|---|---|
| Martin Crump | martin.crump@daviscrump.com | DAVIS & CRUMP<br>Third Floor<br>1712 15th Place<br>Gulfport, MS 39501<br>228/863-6000<br>228/864-0907 (fax) |
| A. J. De Bartolomeo | ajd@girardgibbs.com | GIRARD GIBBS<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>415/981-4800<br>415/981-4846 (fax) |
| Amy Eskin | aeskin@hershlaw.com | HERSH & HERSH<br>Suite 2080<br>601 Van Ness Avenue<br>San Francisco, CA 94102-6396<br>415/441-5544<br>415/441-7586 (fax) |
| Paul Farrell, Jr. | paul@greeneketchum.com | GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL<br>P. O. Box 2389<br>Huntington, WV 25724-2389<br>304/525-9115<br>304/529-3284 (fax) |
| Fidelma Fitzpatrick | ffitzpatrick@motleyrice.com | MOTLEY RICE<br>321 South Main Street<br>Providence, RI 02903<br>401/457-7700<br>401/457-7708 (fax) |
| Yvonne Flaherty | ymflaherty@locklaw.com | LOCKRIDGE GRINDAL NAUEN<br>Suite 2200<br>100 Washington Avenue South<br>Minneapolis, MN 55401<br>612/339-6900<br>612/339-0981 (fax) |
| Pete Flowers | pjf@foote-meyers.com | FOOTE MEYERS MIELKE & FLOWERS<br>Suite 300<br>3 North Second Street<br>St. Charles, IL 60174<br>630/232-6333<br>630/845-8982 (fax) |
| Carl Frankovitch | carl@facslaw.com | FRANKOVITCH ANETAKIS COLANTONIO & SIMON<br>337 Penco Road<br>Weirton, WV 26062<br>304/723-4400<br>304/723-5892 (fax) |

| | | |
|---|---|---|
| Henry G. Garrard, III | hgg@bbgbalaw.com | BLASINGAME BURCH GARRARD & ASHLEY<br>P. O. Box 832<br>Athens, GA 30603<br>706/354-4000<br>706/549-3545 (fax) |
| Michael Goetz | mgoetz@forthepeople.com | MORGAN & MORGAN<br>7th Floor<br>201 North Franklin Street<br>Tampa, FL 33602<br>813/221-6581<br>813/222-4737 (fax) |
| Tim Goss | Tim@freeseandgoss.com<br>Ann@freeseandgoss.com | FREESE & GOSS<br>Suite 200<br>3031 Allen Street<br>Dallas, TX 75204<br>214/761-6610<br>214/761-6688 (fax) |
| Jeff Grand | Grand@bernlieb.com | BERNSTEIN LIEBHARD<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>212/779-1414<br>212/779-3218 (fax) |
| Todd Harvey | tharvey@bhflegal.com | Burke Harvey & Frankowski, LLC<br>One Highland Place<br>2151 Highland Avenue<br>Suite 120<br>Birmingham, AL 35205<br>205-930-9091 |
| Stacy Hauer | shauer@johnsonbecker.com | JOHNSON BECKER<br>Suite 4530<br>33 South Sixth Street<br>Minneapolis, MN 55402-4123<br>612/436-1800<br>612/436-1801 (fax) |
| Scott Love | SLove@TrialLawFirm.com | CLARK LOVE & HUTSON<br>Suite 1600<br>440 Louisiana Street<br>Houston, TX 77002<br>713/757-1400<br>713/759-1217 (fax) |
| Victoria Maniatis | vmaniatis@thesandersfirm.com | SANDERS VIENER GROSSMAN<br>100 Herricks Road<br>Mineola, NY 11501<br>516/741-5252<br>516/741-1243 (fax) |

| | | |
|---|---|---|
| Dave Matthews | dmatthews@dpmlawfirm.com | MATTHEWS & ASSOCIATES<br>2905 Sackett Street<br>Houston, TX 77098<br>713/522-5250<br>713/535-7184 (fax) |
| Rick Meadow | rdm@lanierlawfirm.com | THE LANIER LAW FIRM<br>Sixth Floor<br>Tower 56<br>126 East 56th Street<br>New York, NY 10022<br>212/421-2800<br>212/421-2878 (fax) |
| Karen Menzies | kbmenzies@rcrlaw.net | ROBINSON CALCAGNIE<br>ROBINSON SHAPIRO DAVIS<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>949/720-1288<br>949/720-1292 (fax) |
| Mike Miller | MMiller@millerfirmllc.com | Michael J. Miller, Esquire<br>The Miller Firm LLC<br>108 Railroad Avenue<br>Orange, VA 22960 |
| Doug Monsour | Doug@monsourlawfirm.com | THE MONSOUR LAW FIRM<br>P. O. Drawer 4209<br>Longview, TX 75606<br>903/758-5757<br>903/230-5010 (fax)<br>doug@monsourlawfirm |
| Mark Mueller | mark@muellerlaw.com | MUELLER LAW<br>404 West 7th Street<br>Austin, TX 78701<br>512/478-1236<br>512/478-1473 (fax) |
| Dianne Nast | dnast@rodanast.com | RODANAST<br>801 Estelle Drive<br>Lancaster, PA 17601<br>717/892-3000<br>717/892-1200 (fax) |
| Leigh O'Dell | leigh.odell@beasleyallen.com | BEASLEY ALLEN CROW<br>METHVIN PORTIS & MILES<br>P. O. Box 4160<br>Montgomery, AL 36103-4160<br>334/269-2343<br>334/954-7555 (fax) |
| Alyson Oliver | aoliver@oliverlg.com | OLIVER LAW GROUP<br>Suite 200<br>950 W. University Drive<br>Rochester, MI 48307<br>248/327-6556<br>248/436-3385 (fax) |

| Name | Email | Firm/Address |
|---|---|---|
| J A Osborne | JAOsborne@Babbitt-Johnson.com | BABBITT JOHNSON OSBORNE & LE CLAINCHE<br>Suite 100<br>1641 Worthington Road<br>West Palm Beach, FL 33409<br>561/684-2500<br>561/684-6308 (fax) |
| Michelle Parfitt | mparf@aol.com<br>hdennis@ashcraftlaw.com | ASHCRAFT & GEREL<br>Suite 650<br>4900 Seminary Road<br>Alexandria, VA 22311<br>703/931-5500<br>703/820-1656 (fax) |
| Jerry Parker | jerry@yourlawyer.com | PARKER WAICHMAN LLP<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>516/466-6500<br>516/466-6665 (fax) |
| Chris Placitella | cplacitella@cprlaw.com | COHEN PLACITELLA & ROTH<br>127 Maple Avenue<br>Red Bank, NJ 07701<br>732/747-9003<br>732/747-9004 (fax) |
| Derek Potts | DPotts@potts-law.com | THE POTTS LAW FIRM<br>3rd Floor<br>908 Broadway<br>Kansas City, MO 64105<br>816/931-2230<br>816/931-7030 (fax) |
| Robert Price | rprice@levinlaw.com | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR<br>Suite 400<br>316 South Baylen Street<br>Pensacola, FL 32502<br>850/435-7075<br>850/436-6075 (fax) |
| John Restaino | jrestaino@restainolawfirm.com | THE RESTAINO LAW FIRM<br>1550 Larimer Street, #527<br>Denver, CO 80202<br>720/924-2006<br>720/221-0449 (fax) |
| Bill Robins | robins@heardrobins.com | HEARD ROBINS CLOUD & BLACK<br>Suite 200<br>300 Paseo de Peralta<br>Santa Fe, NM 87501<br>505/986-0600<br>505/986-0632 (fax) |

| Name | Email | Firm / Address |
|---|---|---|
| J.R. Rogers | jrobertrogers@hotmail.com<br>jfaegre@hotmail.com | LAW OFFICES OF J. ROBERT ROGERS<br>213 Hale St., 3rd Floor<br>Charleston, WV 25301<br>304/205-8090<br>304/345-0375 (fax) |
| Robert Salim | robertsalim@cp-tel.net | LAW OFFICES OF ROBERT L. SALIM<br>1901 Texas Street<br>Natchitoches, LA 71457<br>318/352-5999<br>318/352-5998 (fax) |
| Joe Saunders | joe@saunderslawyers.com | SAUNDERS & WALKER<br>Suite 200<br>3491 Gandy Boulevard North<br>Pinellas Park, FL 33781<br>727/579-4500<br>727/577-9696 (fax) |
| Hunter Shkolnik | Hunter@napolibern.com | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES<br>Suite 7413<br>350 Fifth Avenue<br>New York, NY 10118<br>212/267-3700<br>212/587-0031 (fax) |
| Fred Thompson, III | fthompson@motleyrice.com | Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>843/216-9000<br>843/216-9450 (fax) |
| Josh B. Wages | jbw@bbgbalaw.com | BLASINGAME BURCH GARRARD & ASHLEY<br>P. O. Box 832<br>Athens, GA 30603-0832<br>706/354-4000<br>706/549-3545 (fax) |
| Amiee Wagstaff | aimee.wagstaff@ahw-law.com | ANDRUS HOOD & WAGSTAFF<br>1999 Broadway, Suite 4150<br>Denver, CO<br>303/376-6360<br>303/376-6361 (fax) |
| Edward A. Wallace | EAW@wexlerwallace.com | WEXLER WALLACE<br>Suite 3300<br>55 W Monroe Street<br>Chicago, IL 60603<br>312/346-2222<br>312/346-0022 (fax) |
| Norwood S. Wilner | nwilner@whmlegal.com | WILNER HARTLEY & METCALF<br>444 East Duval, Third Floor<br>Jacksonville, FL 32202<br>904/446-9817<br>904/446-9825 (fax) |

| Kim Wilson | kimwilson@lewis-roberts.com | LEWIS & ROBERTS<br>3700 Glenwood Ave., Suite 410<br>Raleigh, NC 27612<br>919/981-0191<br>919/981-0199 (fax) |
| --- | --- | --- |
| Laura Yaeger | laura_yaeger@fleming-law.com | FLEMING NOLEN & JEZ<br>Suite 4000<br>2800 Post Oak Boulevard<br>Houston, TX 77056<br>713/621-7944<br>713/621-9638 (fax) |
| Joe Zonies | jzonies@rplaw.com | REILLY POZNER<br>Suite 1700<br>1900 16th Street<br>Denver, CO 80202<br>303/893-6100<br>303/893-6110 (fax) |