**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–16)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 143 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 07, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

## SCHEDULE CTO−16 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

ILLINOIS NORTHERN

| ILN | 1 | 12−02883 | Pocztowski v. Ethicon, Inc. et al |

INDIANA SOUTHERN

| INS | 1 | 12−00514 | MILLER v. ETHICON, INC. et al |

MICHIGAN WESTERN

| MIW | 2 | 12−00162 | Brady v. Johnson &Johnson et al |

MISSOURI WESTERN

| MOW | 4 | 12−00464 | Grayson v. Johnson &Johnson et al |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
**JPMLCMECF**  to: JPMLCMDECF                                    05/07/2012 09:01 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 5/7/2012 at 9:00 AM EDT and filed on 5/7/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-16) Finalized on 5/7/12. Please see pleading (3 in ILN/1:12-cv-02883, 3 in INS/1:12-cv-00514, [289] in MDL No. 2327, 3 in MIW/2:12-cv-00162, 3 in MOW/4:12-cv-00464).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)**

| | |
|---|---|
| **Case Name:** | Brady v. Johnson & Johnson et al |
| **Case Number:** | MIW/2:12-cv-00162 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-16) Finalized on 5/7/12. Please see pleading (3 in ILN/1:12-cv-02883, 3 in INS/1:12-cv-00514, [289] in MDL No. 2327, 3 in MIW/2:12-cv-00162, 3 in MOW/4:12-cv-00464).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)**

| | |
|---|---|
| **Case Name:** | Pocztowski v. Ethicon, Inc. et al |
| **Case Number:** | ILN/1:12-cv-02883 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-16) Finalized on 5/7/12. Please see pleading (3 in ILN/1:12-cv-02883, 3 in INS/1:12-cv-00514, [289] in MDL No. 2327, 3 in MIW/2:12-cv-00162, 3 in MOW/4:12-cv-00464).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.

Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)

| | |
|---|---|
| **Case Name:** | Grayson v. Johnson & Johnson et al |
| **Case Number:** | MOW/4:12-cv-00464 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-16) Finalized on 5/7/12. Please see pleading (3 in ILN/1:12-cv-02883, 3 in INS/1:12-cv-00514, [289] in MDL No. 2327, 3 in MIW/2:12-cv-00162, 3 in MOW/4:12-cv-00464).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.

Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)

| | |
|---|---|
| **Case Name:** | MILLER v. ETHICON, INC. et al |
| **Case Number:** | INS/1:12-cv-00514 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-16) Finalized on 5/7/12. Please see pleading (3 in ILN/1:12-cv-02883, 3 in INS/1:12-cv-00514, [289] in MDL No. 2327, 3 in MIW/2:12-cv-00162, 3 in MOW/4:12-cv-00464).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System
Products Liability Litigation Conditional Transfer Order Finalized
**JPMLCMECF**   to: JPMLCMDECF                                     05/07/2012 08:57 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/7/2012 at 8:56 AM EDT and filed on 5/7/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 289 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 4 action(s)** *re: pldg. (1
in ILN/1:12-cv-02883, 1 in INS/1:12-cv-00514, [273] in MDL No. 2327, 1 in
MIW/2:12-cv-00162, 1 in MOW/4:12-cv-00464)* **Inasmuch as no objection is
pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514,
MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)**

| | |
|---|---|
| **Case Name:** | Brady v. Johnson & Johnson et al |
| **Case Number:** | MIW/2:12-cv-00162 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 4 action(s)** *re: pldg. (1 in ILN/1:12-cv-02883, 1 in INS/1:12-cv-00514, [273] in MDL No. 2327, 1 in MIW/2:12-cv-00162, 1 in MOW/4:12-cv-00464)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)**

| | |
|---|---|
| **Case Name:** | Pocztowski v. Ethicon, Inc. et al |
| **Case Number:** | ILN/1:12-cv-02883 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 4 action(s)** *re: pldg. (1 in ILN/1:12-cv-02883, 1 in INS/1:12-cv-00514, [273] in MDL No. 2327, 1 in MIW/2:12-cv-00162, 1 in MOW/4:12-cv-00464)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)**

| | |
|---|---|
| **Case Name:** | Grayson v. Johnson & Johnson et al |
| **Case Number:** | MOW/4:12-cv-00464 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 4 action(s)** *re: pldg. (1 in ILN/1:12-cv-02883, 1 in INS/1:12-cv-00514, [273] in MDL No. 2327, 1 in MIW/2:12-cv-00162, 1 in MOW/4:12-cv-00464)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)**

| | |
|---|---|
| **Case Name:** | MILLER v. ETHICON, INC. et al |
| **Case Number:** | INS/1:12-cv-00514 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-16) - 4 action(s)** *re: pldg. (1 in ILN/1:12-cv-02883, 1 in INS/1:12-cv-00514, [273] in MDL No. 2327, 1 in MIW/2:12-cv-00162, 1 in MOW/4:12-cv-00464)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/7/2012.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, INS/1:12-cv-00514, MIW/2:12-cv-00162, MOW/4:12-cv-00464 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, mvanhoose@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MIW/2:12-cv-00162 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Scott R Melton srmelton@gmnp.net

**MIW/2:12-cv-00162 Notice will not be electronically mailed to:**

**ILN/1:12-cv-02883 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Elise A Waisbren ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

Terrence M Quinn kwilloughby@phillipslegal.com, Tquinn@phillipslegal.com,
ewaisbren@phillipslegal.com

Stephen D Phillips sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

**ILN/1:12-cv-02883 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00464 Notice has been electronically mailed to:**

Derek H Potts dpotts@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00464 Notice will not be electronically mailed to:**

**INS/1:12-cv-00514 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Stephen B Caplin stephen@caplinlaw.com

**INS/1:12-cv-00514 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/7/2012] [FileNumber=281751-0]
[
57c6d643ee1edbe0c11256a3804fbe5e6b4483e1f4b43600bb702a09c92083f0d4287

b
8d789b36625f3803d01246a479fa1b785e0eb848ea7017f1fc64c63aac]]