UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION    MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–18)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 153 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 11, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION      MDL No. 2327

### SCHEDULE CTO−18 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 1 | 12−01732 | Raney et al v. Johnson & Johnson et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 12−03039 | Fugate et al v. Ethicon, Inc. |
| KENTUCKY EASTERN | | | |
| KYE | 0 | 12−00042 | Smith et al v. Ashland Hospital Corporation et al |
| MINNESOTA | | | |
| MN | 0 | 12−01038 | Schomer v. Ethicon, Inc. et al |
| MISSISSIPPI NORTHERN | | | |
| MSN | 3 | 12−00042 | Cruse v. Ethicon, Inc. |
| MISSOURI WESTERN | | | |
| MOW | 4 | 12−00483 | Blackston et al v. Ethicon, Inc. et al |
| MOW | 4 | 12−00484 | Martin et al v. Ethicon, Inc. et al |
| TEXAS EASTERN | | | |
| TXE | 4 | 12−00194 | Mooney et al v. Ethicon, Inc. et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)
**JPMLCMECF**   to:  JPMLCMDECF                                         05/11/2012 09:00 AM

From:    JPMLCMECF@jpml.uscourts.gov
To:      JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 5/11/2012 at 8:59 AM EDT and filed on 5/11/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Smith et al v. Ashland Hospital Corporation et al |
| **Case Number:** | KYE/0:12-cv-00042 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Mooney et al v. Ethicon, Inc. et al |
| **Case Number:** | TXE/4:12-cv-00194 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Raney et al v. Johnson & Johnson et al |
| **Case Number:** | ALN/1:12-cv-01732 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.

Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)

| | |
|---|---|
| **Case Name:** | Cruse v. Ethicon, Inc. |
| **Case Number:** | MSN/3:12-cv-00042 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.

Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)

| | |
|---|---|
| **Case Name:** | Fugate et al v. Ethicon, Inc. |
| **Case Number:** | ILN/1:12-cv-03039 |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Schomer v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01038 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| **Case Name:** | Blackston et al v. Ethicon, Inc. et al |
|---|---|
| **Case Number:** | MOW/4:12-cv-00483 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484,**

**MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Martin et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00484 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 5/11/12. Please see pleading (3 in ALN/1:12-cv-01732, 3 in ILN/1:12-cv-03039, 3 in KYE/0:12-cv-00042, [299] in MDL No. 2327, 3 in MN/0:12-cv-01038, 3 in MOW/4:12-cv-00483, 3 in MOW/4:12-cv-00484, 3 in MSN/3:12-cv-00042, 3 in TXE/4:12-cv-00194).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF   to: JPMLCMDECF                                          05/11/2012 08:52 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States

### United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 5/11/2012 at 8:50 AM EDT and filed on 5/11/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 299 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg.* **(1 in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Smith et al v. Ashland Hospital Corporation et al |
| **Case Number:** | KYE/0:12-cv-00042 |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg. (1 in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Mooney et al v. Ethicon, Inc. et al |
| **Case Number:** | TXE/4:12-cv-00194 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg. (1 in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Raney et al v. Johnson & Johnson et al |
| **Case Number:** | ALN/1:12-cv-01732 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg. (1*

in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Cruse v. Ethicon, Inc. |
| **Case Number:** | MSN/3:12-cv-00042 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg.* **(1 in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Fugate et al v. Ethicon, Inc. |
| **Case Number:** | ILN/1:12-cv-03039 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg.* **(1 in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Schomer v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01038 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg.* **(1 in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Blackston et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00483 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg.* **(1 in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484,**

**MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

| | |
|---|---|
| **Case Name:** | Martin et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00484 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-18) - 8 action(s)** *re: pldg. (1 in ALN/1:12-cv-01732, 1 in ILN/1:12-cv-03039, 1 in KYE/0:12-cv-00042, [284] in MDL No. 2327, 1 in MN/0:12-cv-01038, 1 in MOW/4:12-cv-00483, 1 in MOW/4:12-cv-00484, 1 in MSN/3:12-cv-00042, 1 in TXE/4:12-cv-00194)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2012.**

**Associated Cases: MDL No. 2327, ALN/1:12-cv-01732, ILN/1:12-cv-03039, KYE/0:12-cv-00042, MN/0:12-cv-01038, MOW/4:12-cv-00483, MOW/4:12-cv-00484, MSN/3:12-cv-00042, TXE/4:12-cv-00194 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, mvanhoose@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

David B Thomas  dbthomas@agmtlaw.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams  marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**KYE/0:12-cv-00042 Notice has been electronically mailed to:**

Christy D. Jones  christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,

laura.dixon@butlersnow.com, mkabbash@riker.com

Mitchell D Kinner mdkinner@bellsouth.net

Susan J Pope spope@fbtlaw.com

C. V. Reynolds cv@cvreynolds.com

**KYE/0:12-cv-00042 Notice will not be electronically mailed to:**

**TXE/4:12-cv-00194 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**TXE/4:12-cv-00194 Notice will not be electronically mailed to:**

**ALN/1:12-cv-01732 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Leanna Bankester Pittard lbp@bbgbalaw.com

**ALN/1:12-cv-01732 Notice will not be electronically mailed to:**

**MSN/3:12-cv-00042 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Edgar Clark Trout clarktrout@me.com

Adam Julius Spicer adam.spicer@butlersnow.com

Amanda Todd Daniels amandastodd@yahoo.com

Kari L. Sutherland kari.sutherland@butlersnow.com

**MSN/3:12-cv-00042 Notice will not be electronically mailed to:**

**ILN/1:12-cv-03039 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Elise A Waisbren ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

Terrence M Quinn kwilloughby@phillipslegal.com, Tquinn@phillipslegal.com, ewaisbren@phillipslegal.com

Stephen D Phillips sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

**ILN/1:12-cv-03039 Notice will not be electronically mailed to:**

**MN/0:12-cv-01038 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Charles H Johnson bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-01038 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00483 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00483 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00484 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00484 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

  **Document description:**Main Document

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/11/2012]
[FileNumber=283724-0]
[4e014be0c3418253ce9f6077ad1d56d6f40c12489b2fbcdf1ea32014fbcb62a86bc68
c12f7d4181583dea7362623de2e5d63cc6e2dfbefdb7aa8d0c689270f42]]