## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –24)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 179 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 30, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO–24 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 12–04096 | Dawn Flores et al v. Ethicon Inc et al |
| FLORIDA MIDDLE | | | |
| FLM | 2 | 12–00255 | Brookman et al v. Johnson & Johnson et al |
| FLM | 8 | 12–00990 | Lane et al v. Johnson & Johnson et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 12–60879 | Diantonio v. Johnson & Johnson et al |
| FLS | 0 | 12–60883 | Patrick et al v. Johnson & Johnson et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 12–03761 | Young–Poole v. Ethicon, Inc. d/b/a Ethicon Women&#039;s Health and Urology et al |
| KENTUCKY EASTERN | | | |
| KYE | 5 | 12–00153 | Cutter et al v. Ethicon, Inc. et al |
| NEW YORK WESTERN | | | |
| NYW | 1 | 12–00320 | Ogletree et al v. Ethicon, Inc. et al |
| TENNESSEE MIDDLE | | | |
| TNM | 2 | 12–00039 | Jernigan et al v. Johnson & Johnson et al |
| TNM | 2 | 12–00040 | Copeland v. Johnson & Johnson et al |
| TNM | 2 | 12–00041 | Peterson v. Johnson & Johnson et al |
| TEXAS EASTERN | | | |
| TXE | 2 | 12–00283 | Hammett v. Ethicon, Inc. |

TEXAS SOUTHERN

TXS          4          12–01322          Young et al v. Johnson & Johnson et al



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to:  JPMLCMDECF                                      05/30/2012 10:01 AM

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>

## United States

### United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 5/30/2012 at 9:59 AM EDT and filed on 5/30/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

<span style="color:blue">**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**</span>

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Ogletree et al v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00320 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Young-Poole v. Ethicon, Inc. d/b/a Ethicon Women's Health and Urology et al |
| **Case Number:** | ILN/1:12-cv-03761 |
| **Filer:** | |
| **Document** | |

**Number:**    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

**Case Name:**    Brookman et al v. Johnson & Johnson et al

**Case Number:**    FLM/2:12-cv-00255

**Filer:**

**Document Number:**    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in**

TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.

Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)

| | |
|---|---|
| **Case Name:** | Peterson v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00041 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee

clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.

Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)

| | |
|---|---|
| **Case Name:** | Cutter et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00153 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.

Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)

Hammett v. Ethicon,

**Case Name:** Inc.

**Case Number:** TXE/2:12-cv-00283

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

**Case Name:** Copeland v. Johnson & Johnson et al

**Case Number:** TNM/2:12-cv-00040

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Jernigan et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00039 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.

Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)

| Case Name: | Diantonio v. Johnson & Johnson et al |
| Case Number: | FLS/0:12-cv-60879 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Dawn Flores et al v. Ethicon Inc et al |
| **Case Number:** | CAC/2:12-cv-04096 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Young et al v. Johnson & Johnson et al |
| **Case Number:** | TXS/4:12-cv-01322 |
| **Filer:** | |
| **Document** | |

**Number:**                        No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

**Case Name:**          Lane et al v. Johnson & Johnson et al

**Case Number:**       FLM/8:12-cv-00990
**Filer:**
**Document Number:**          No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in**

TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.

Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)

| | |
|---|---|
| **Case Name:** | Patrick et al v. Johnson & Johnson et al |
| **Case Number:** | FLS/0:12-cv-60883 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 5/30/12. Please see pleading (3 in CAC/2:12-cv-04096, 3 in FLM/2:12-cv-00255, 3 in FLM/8:12-cv-00990, 3 in FLS/0:12-cv-60879, 3 in FLS/0:12-cv-60883, 3 in ILN/1:12-cv-03761, 3 in KYE/5:12-cv-00153, [341] in MDL No. 2327, 3 in NYW/1:12-cv-00320, 3 in TNM/2:12-cv-00039, 3 in TNM/2:12-cv-00040, 3 in TNM/2:12-cv-00041, 3 in TXE/2:12-cv-00283, 3 in TXS/4:12-cv-01322).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee

clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.

Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)

No public notice (electronic or otherwise) sent because the entry is private

 **Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF  to:  JPMLCMDECF                                                          05/30/2012 09:57 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 5/30/2012 at 9:56 AM EDT and filed on 5/30/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 341 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

Ogletree et al v. Ethicon, Inc. et

**Case Name:**       al
**Case Number:**    NYW/1:12-cv-00320
**Filer:**
**Document
Number:**           3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1
in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in
FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in
KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in
TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in
TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending
at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255,
FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761,
KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040,
TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

**Case Name:**       Young-Poole v. Ethicon, Inc. d/b/a Ethicon Women's Health and
                     Urology et al
**Case Number:**    ILN/1:12-cv-03761
**Filer:**
**Document
Number:**           3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1
in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in
FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in
KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in
TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in
TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending
at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255,
FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761,
KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040,
TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Brookman et al v. Johnson & Johnson et al |
| **Case Number:** | FLM/2:12-cv-00255 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Peterson v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00041 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| Case Name: | Cutter et al v. Ethicon, Inc. et al |
|---|---|
| **Case Number:** | KYE/5:12-cv-00153 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s) *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| Case Name: | Hammett v. Ethicon, Inc. |
|---|---|
| **Case Number:** | TXE/2:12-cv-00283 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s) *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040,**

**TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Copeland v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00040 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Jernigan et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00039 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761,**

**KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Diantonio v. Johnson & Johnson et al |
| **Case Number:** | FLS/0:12-cv-60879 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s) *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Dawn Flores et al v. Ethicon Inc et al |
| **Case Number:** | CAC/2:12-cv-04096 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s) *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255,**

**FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Young et al v. Johnson & Johnson et al |
| **Case Number:** | TXS/4:12-cv-01322 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Lane et al v. Johnson & Johnson et al |
| **Case Number:** | FLM/8:12-cv-00990 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s)** *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

| | |
|---|---|
| **Case Name:** | Patrick et al v. Johnson & Johnson et al |
| **Case Number:** | FLS/0:12-cv-60883 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-24) - 13 action(s) *re: pldg. (1 in CAC/2:12-cv-04096, 1 in FLM/2:12-cv-00255, 1 in FLM/8:12-cv-00990, 1 in FLS/0:12-cv-60879, 1 in FLS/0:12-cv-60883, 1 in ILN/1:12-cv-03761, 1 in KYE/5:12-cv-00153, [322] in MDL No. 2327, 1 in NYW/1:12-cv-00320, 1 in TNM/2:12-cv-00039, 1 in TNM/2:12-cv-00040, 1 in TNM/2:12-cv-00041, 1 in TXE/2:12-cv-00283, 1 in TXS/4:12-cv-01322)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/30/2012.**

**Associated Cases: MDL No. 2327, CAC/2:12-cv-04096, FLM/2:12-cv-00255, FLM/8:12-cv-00990, FLS/0:12-cv-60879, FLS/0:12-cv-60883, ILN/1:12-cv-03761, KYE/5:12-cv-00153, NYW/1:12-cv-00320, TNM/2:12-cv-00039, TNM/2:12-cv-00040, TNM/2:12-cv-00041, TXE/2:12-cv-00283, TXS/4:12-cv-01322 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch   carl@facslaw.com, terry@facslaw.com

Michael J Farrell   mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso   mbonasso@fsblaw.com, etaylor@fsblaw.com, mvanhoose@fsblaw.com

Harry F. Bell, Jr   hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas   gsaelinger@ulmer.com

Paul T Farrell, Jr   paul@greeneketchum.com

Marc E. Williams   marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00320 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Brian A Goldstein brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00320 Notice will not be electronically mailed to:**

**ILN/1:12-cv-03761 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Elise A Waisbren ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

Terrence M Quinn kwilloughby@phillipslegal.com, Tquinn@phillipslegal.com, ewaisbren@phillipslegal.com

Stephen D Phillips sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

**ILN/1:12-cv-03761 Notice will not be electronically mailed to:**

**FLM/2:12-cv-00255 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

**FLM/2:12-cv-00255 Notice will not be electronically mailed to:**

**TNM/2:12-cv-00041 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

John A Day jday@johndaylegal.com

**TNM/2:12-cv-00041 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00153 Notice has been electronically mailed to:**

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com,
alexander_torres@fleming-law.com

Charles C. Adams, Jr chuck.adams@herrenadams.com

**KYE/5:12-cv-00153 Notice will not be electronically mailed to:**

**TXE/2:12-cv-00283 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Danny M Stroup dstroup@danstroup.com

Blake Charles Erskine blakee@erskine-mcmahon.com

**TXE/2:12-cv-00283 Notice will not be electronically mailed to:**

**TNM/2:12-cv-00040 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

John A Day jday@johndaylegal.com

**TNM/2:12-cv-00040 Notice will not be electronically mailed to:**

**TNM/2:12-cv-00039 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

John A Day jday@johndaylegal.com

**TNM/2:12-cv-00039 Notice will not be electronically mailed to:**

**FLS/0:12-cv-60879 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,

ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Steven R. Maher smaher@maherlawfirm.com, srscheib@maherlawfirm.com

**FLS/0:12-cv-60879 Notice will not be electronically mailed to:**

**CAC/2:12-cv-04096 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Mollie Fleming Benedict mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Daniel Mitchell Graham dmgapc@aol.com

Joshua J Wes joshua.wes@tuckerellis.com

**CAC/2:12-cv-04096 Notice will not be electronically mailed to:**

**TXS/4:12-cv-01322 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Julie L Rhoades jrhoades@thematthewslawfirm.com

**TXS/4:12-cv-01322 Notice will not be electronically mailed to:**

**FLM/8:12-cv-00990 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

**FLM/8:12-cv-00990 Notice will not be electronically mailed to:**

**FLS/0:12-cv-60883 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Steven R. Maher smaher@maherlawfirm.com, srscheib@maherlawfirm.com

**FLS/0:12-cv-60883 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/30/2012]
[FileNumber=289082-0]
[3f6ef4fe0577da7d06efff97c36ddf56fa0e8e34853e21b32846524a36ff945bcc209
65a0f01a9ce72617fe7169db0647942a25e3cd6e02fa4cd2830e82f5561]]