IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
         PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.   2:12-md-02327

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

It is **ORDERED** that in cases in which "Ethicon Woman's Health and Urology" is named, the Clerk shall correct the name to "Ethicon Women's Health and Urology."

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   May 31, 2012

Joseph R. Goodwin, Chief Judge