IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
          PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.   2:12-md-02327

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 9**
(Scheduling Future Status Conferences)

It is **ORDERED** that the court will conduct status conferences in Room 7800 of the Robert C. Byrd United States Courthouse on the following dates:

Thursday, July 26, 2012 at 1:00 p.m.
Thursday, September 13, 2012 at 1:00 p.m.
Thursday, November 1, 2012 at 1:00 p.m.
Thursday, December 6, 2012 at 1:00 p.m.

The court **DIRECTS** the Clerk to file a copy of this order in 2-12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-12-cv-01744.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders

previously entered by the court.   The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER:       June 1, 2012

_____
Joseph R. Goodwin, Chief Judge