# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**                       **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** _____

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel    ☐ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
|  |  |  |  |

| Bar Number and State: | E-Mail Address: |
|---|---|
|  |  |

Party Representing:

| Originating Case Number: | Originating District: |
|---|---|
|  |  |

Originating Short-Case Style:

| Direct Dial Number: | Cell Phone Number: |
|---|---|
| Secretary Name: | Paralegal Name: |

### LAW FIRM INFORMATION

Firm Name:

Address:

| City: | State: | Zip: |
|---|---|---|

| Firm Phone Number: | Firm Fax Number: |
|---|---|

Other members of firm involved in this litigation:

_____         s/ _____
Date                                                                Electronic Signature