IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.   2:12-md-02327

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

It is **ORDERED** that the letter (attached hereto) dated June 4, 2012, from Christy D. Jones, counsel for Ethicon, Inc., to the undersigned and Judge Mary E. Stanley be filed in the above-referenced MDL.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   June 5, 2012

Joseph R. Goodwin, Chief Judge