UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Alicia Malcolm v. Boston Scientific Corp., et al., | ) | |
|     W.D. Missouri, C.A. No. 3:12-05017 | ) | MDL No. 2327 |
| Cheryl Poole, et al. v. Ethicon, Inc., et al., | ) | |
|     S.D. Texas, C.A. No. 4:12-00339 | ) | |

**TRANSFER ORDER**

**Before the Panel:**[*] Pursuant to Panel Rule 7.1, plaintiffs in the Southern District of Texas *Poole* action and plaintiff and defendants Dr. Todd A. Richards and Freeman Health System d/b/a Southwest Women's Center (the healthcare defendants) in the Western District of Missouri *Malcolm* action move to vacate our order that conditionally transferred their respective actions to MDL No. 2327. Responding defendants Ethicon, Inc. (Ethicon) and Boston Scientific Corp. oppose the motions to vacate.

After considering all argument of counsel, we find that these actions share questions of fact with actions in this litigation previously transferred to MDL No. 2327, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Moreover, transfer is warranted for reasons set out in our order directing centralization. In that order, we held that the Southern District of West Virginia was an appropriate Section 1407 forum for actions sharing factual questions arising from alleged injuries from pelvic surgical mesh products manufactured by Ethicon and related entities. *See In re Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2012 WL 432533 (J.P.M.L. Feb. 7, 2012). These actions involve injuries from implantation of Ethicon pelvic surgical mesh products, and clearly fall within the MDL's ambit.

None of the moving parties dispute that their actions share questions of fact concerning Ethicon pelvic surgical mesh products with actions pending in MDL No. 2327. These parties instead base their arguments against transfer primarily on the pendency of motions to remand their respective actions to state court. Panel Rule 2.1(d) expressly provides that the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand motion is filed and the date that transfer of the action to the MDL is finalized, a court wishing to rule upon the remand motion generally has adequate time in which to do so. Indeed, the Southern District of Texas has, since the filing of our conditional transfer order, denied plaintiffs' motion for remand to state court. Plaintiffs can present their motion for

---

[*]     Judge Kathryn H. Vratil took no part in the decision of this matter.

-2-

reconsideration and their motion for leave to amend the complaint to the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7(2nd Cir. 1990); *In re Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F.Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

W. Royal Furgeson, Jr.         Barbara S. Jones
Paul J. Barbadoro              Marjorie O. Rendell
Charles R. Breyer



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)**
JPMLCMECF   to: JPMLCMDECF                           06/11/2012 04:44 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/11/2012 at 4:43 PM EDT and filed on 6/11/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2012.**

**Associated Cases: MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339 (LAH)**

| | |
|---|---|
| **Case Name:** | Malcolm v. Boston Scientific Corporation et al |
| **Case Number:** | MOW/3:12-cv-05017 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2012.**

**Associated Cases: MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339 (LAH)**

| | |
|---|---|
| **Case Name:** | Poole et al v. Ethicon, Inc. et al |
| **Case Number:** | TXS/4:12-cv-00339 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2012.**

**Associated Cases: MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339 (LAH)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF   to:  JPMLCMDECF                                                06/11/2012 04:43 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/11/2012 at 4:41 PM EDT and filed on 6/11/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 366 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ([163] in MDL No. 2327, 15 in MOW/3:12-cv-05017), ([125] in MDL No. 2327, 5 in TXS/4:12-cv-00339), ([156] in MDL No. 2327, 13 in MOW/3:12-cv-05017), ([245] in MDL No. 2327, 24 in MOW/3:12-cv-05017, 14 in TXS/4:12-cv-00339)**

**Transferring 2 action(s) - MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2012.**

**Associated Cases: MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339 (LAH)**

| | |
|---|---|
| **Case Name:** | Malcolm v. Boston Scientific Corporation et al |
| **Case Number:** | MOW/3:12-cv-05017 |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | 25 |

**Docket Text:**

**TRANSFER ORDER re: pldg. ( [163] in MDL No. 2327, 15 in MOW/3:12-cv-05017), ( [125] in MDL No. 2327, 5 in TXS/4:12-cv-00339), ( [156] in MDL No. 2327, 13 in MOW/3:12-cv-05017), ( [245] in MDL No. 2327, 24 in MOW/3:12-cv-05017, 14 in TXS/4:12-cv-00339)**

**Transferring 2 action(s) - MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2012.**

**Associated Cases: MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339 (LAH)**

| | |
|---|---|
| **Case Name:** | Poole et al v. Ethicon, Inc. et al |
| **Case Number:** | TXS/4:12-cv-00339 |
| **Filer:** | |
| **Document Number:** | 19 |

**Docket Text:**

**TRANSFER ORDER re: pldg. ( [163] in MDL No. 2327, 15 in MOW/3:12-cv-05017), ( [125] in MDL No. 2327, 5 in TXS/4:12-cv-00339), ( [156] in MDL No. 2327, 13 in MOW/3:12-cv-05017), ( [245] in MDL No. 2327, 24 in MOW/3:12-cv-05017, 14 in TXS/4:12-cv-00339)**

**Transferring 2 action(s) - MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2012.**

**Associated Cases: MDL No. 2327, MOW/3:12-cv-05017, TXS/4:12-cv-00339 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOW/3:12-cv-05017 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jon A. Strongman jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com

Bettina L. Strauss bjstrauss@bryancave.com

Kent O Hyde kohyde@aol.com

Adrienne L. Hernandez ahernandez@shb.com

Roger Alan Johnson rjohnson@rj-laws.com, evorhees@rj-laws.com

Andrew Joseph Donelan ajdonelan@att.net

**MOW/3:12-cv-05017 Notice will not be electronically mailed to:**

**TXS/4:12-cv-00339 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Charles R. Houssiere, III choussi@hdhtex.com, breeves@hdhtex.com, rkauffman@hdhtex.com

Howard Louis Close close@wrightclose.com

**TXS/4:12-cv-00339 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

 **Document description:**Main Document

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/11/2012]
[FileNumber=292716-0]
[06ed05f94815bc54363a9f268b8ea9b67b300cd68c286787790df1668e6686e2603e1
ae9c179b13e72290c2d16c84c780e1ee0c2cd26b45b6881024e58892462]]