IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DONNA GRAUEL, et al.,

          Plaintiffs,

v.                                        CIVIL ACTION NO. 2:12-cv-01639

JOHNSON & JOHNSON, et al.,

          Defendants.

## ORDER

Pending is a Motion to Transfer Venue filed by the plaintiffs. [ECF 5.] The plaintiffs seek transfer of their original action from MDL 2327 to MDL 2326. The motion accompanied a first amended complaint [ECF 4] in which the plaintiffs remove Johnson & Johnson and Ethicon, Inc. and name Boston Scientific Corp.

It is **ORDERED** that the plaintiffs' Motion to Transfer Venue is **GRANTED**. The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2327 and re-assign it to MDL 2326 on the basis of the plaintiffs' first amended complaint naming Boston Scientific.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to file a copy of this Order in this civil action as well as 2:12-md-2327.

                                      ENTER:      June 13, 2012

Joseph R. Goodwin, Chief Judge