UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                         MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –29)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 218 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 14, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION  MDL No. 2327

## SCHEDULE CTO−29 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **KANSAS** | | | |
| KS | 2 | 12−02317 | Hicks et al v. Ethicon, Inc. et al |
| KS | 2 | 12−02318 | Roberts et al v. Ethicon, Inc. et al |
| KS | 2 | 12−02321 | McClain v. Ethicon, Inc. et al |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 12−00663 | Marion et al v. Ethicon, Inc. et al |
| MOW | 4 | 12−00673 | Wattenbarger et al v. Ethicon Women&#039;s Health and Urology et al |
| **OREGON** | | | |
| OR | 2 | 12−00863 | Heddle v. Ethicon, Inc. et al |
| OR | 3 | 12−00865 | Pratt v. Ethicon, Inc. et al |
| OR | 3 | 12−00867 | Hernandez v. Ethicon, Inc. et al |
| OR | 3 | 12−00872 | Dawson v. Ethicon, Inc. et al |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)**
JPMLCMECF    to: JPMLCMDECF                                                  06/14/2012 09:54 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 6/14/2012 at 9:54 AM EDT and filed on 6/14/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318,**

**KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Pratt v. Ethicon, Inc. et al |
| **Case Number:** | OR/3:12-cv-00865 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Marion et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00663 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Dawson v. Ethicon, Inc. et al |
| **Case Number:** | OR/3:12-cv-00872 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia**

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | McClain v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02321 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Roberts et al v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02318 |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Hicks et al v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02317 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Wattenbarger et al v. Ethicon Women's Health and Urology et al |
| **Case Number:** | MOW/4:12-cv-00673 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863,**

**OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Hernandez v. Ethicon, Inc. et al |
| **Case Number:** | OR/3:12-cv-00867 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29) Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Heddle v. Ethicon, Inc. et al |
| **Case Number:** | OR/2:12-cv-00863 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-29)**

**Finalized on 6/14/12. Please see pleading (3 in KS/2:12-cv-02317, 3 in KS/2:12-cv-02318, 3 in KS/2:12-cv-02321, [373] in MDL No. 2327, 3 in MOW/4:12-cv-00663, 3 in MOW/4:12-cv-00673, 3 in OR/2:12-cv-00863, 3 in OR/3:12-cv-00865, 3 in OR/3:12-cv-00867, 3 in OR/3:12-cv-00872).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

**No public notice (electronic or otherwise) sent because the entry is private**



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
**JPMLCMECF** to: JPMLCMDECF                                              06/14/2012 09:51 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 6/14/2012 at 9:49 AM EDT and filed on 6/14/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 373 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. (1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872)**  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Pratt v. Ethicon, Inc. et al |
| **Case Number:** | OR/3:12-cv-00865 |

| | |
|---|---|
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg.* **(1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Marion et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00663 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg.* **(1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Dawson v. Ethicon, Inc. et al |
| **Case Number:** | OR/3:12-cv-00872 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. (1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | McClain v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02321 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. (1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Roberts et al v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02318 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. (1*

*in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Hicks et al v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02317 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. (1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Wattenbarger et al v. Ethicon Women's Health and Urology et al |
| **Case Number:** | MOW/4:12-cv-00673 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. (1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in*

*OR/3:12-cv-00872)*  Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Hernandez v. Ethicon, Inc. et al |
| **Case Number:** | OR/3:12-cv-00867 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. (1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872)*  Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

| | |
|---|---|
| **Case Name:** | Heddle v. Ethicon, Inc. et al |
| **Case Number:** | OR/2:12-cv-00863 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-29) - 9 action(s)** *re: pldg. (1 in KS/2:12-cv-02317, 1 in KS/2:12-cv-02318, 1 in KS/2:12-cv-02321, [354] in MDL No. 2327, 1 in MOW/4:12-cv-00663, 1 in MOW/4:12-cv-00673, 1 in OR/2:12-cv-00863, 1 in OR/3:12-cv-00865, 1 in OR/3:12-cv-00867, 1 in OR/3:12-cv-00872)*  Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/14/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02317, KS/2:12-cv-02318, KS/2:12-cv-02321, MOW/4:12-cv-00663, MOW/4:12-cv-00673, OR/2:12-cv-00863, OR/3:12-cv-00865, OR/3:12-cv-00867, OR/3:12-cv-00872 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas  dbthomas@agmtlaw.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams  marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**OR/3:12-cv-00865 Notice has been electronically mailed to:**

Christy D. Jones  christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jeffrey A. Bowersox  Jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**OR/3:12-cv-00865 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00663 Notice has been electronically mailed to:**

THOMAS P. CARTMELL  tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz  jkuntz@wcllp.com

**MOW/4:12-cv-00663 Notice will not be electronically mailed to:**

**OR/3:12-cv-00872 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jeffrey A. Bowersox Jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**OR/3:12-cv-00872 Notice will not be electronically mailed to:**

**KS/2:12-cv-02321 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Derek H Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**KS/2:12-cv-02321 Notice will not be electronically mailed to:**

**KS/2:12-cv-02318 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Derek H Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**KS/2:12-cv-02318 Notice will not be electronically mailed to:**

**KS/2:12-cv-02317 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Derek H Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**KS/2:12-cv-02317 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00673 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00673 Notice will not be electronically mailed to:**

**OR/3:12-cv-00867 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jeffrey A. Bowersox Jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**OR/3:12-cv-00867 Notice will not be electronically mailed to:**

**OR/2:12-cv-00863 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jeffrey A. Bowersox Jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**OR/2:12-cv-00863 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/14/2012]
[FileNumber=293855-0]
[99fb63c502f073abe693f38d0c11654a5e7c3f05784426ce55f1e21d91eddcc540c0
c
2aeacb80cf627c8b71dc247adbd7b1f4b579aee09f2dabd6d2d9b5d1135]]