# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.   2:12-md-02327

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 10**
(Lifting Stay on Discovery)

By Pretrial Order # 1, the court stayed all outstanding discovery proceedings.  [ECF 6, p. 5.]  At the Status Conference on May 24, 2012, the court agreed to lift the stay on discovery within twenty (20) days, unless good cause is shown as to why the stay should not be lifted.  To date, no party has objected to lifting the stay on discovery.

It is **ORDERED** that the stay on discovery in this MDL is lifted, and the parties may engage in discovery.

The court **DIRECTS** the Clerk to file a copy of this order in 2-12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-12-cv-02030.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent

pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER:      June 14, 2012

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge