Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System
Products Liability Litigation Conditional Transfer Order Finalized
**JPMLCMECF**  to: JPMLCMDECF                              06/19/2012 09:27 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 6/19/2012 at 9:24 AM EDT and filed on 6/19/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 386 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1
in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in
LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in
TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is
lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623,
FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227
(trb)**

| | |
|---|---|
| **Case Name:** | Pageau v. Johnson& Johnson et al |
| **Case Number:** | FLM/3:12-cv-00624 |
| **Filer:** | |

| **Document Number:** | [3](#) |
|---|---|

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1 in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| **Case Name:** | HREIZ et al v. JOHNSON & JOHNSON et al |
|---|---|
| **Case Number:** | [PAE/2:12-cv-01648](#) |
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1 in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| **Case Name:** | Partin v. Johnson & Johnson et al |
|---|---|
| **Case Number:** | [FLM/3:12-cv-00623](#) |
| **Filer:** | |
| **Document Number:** | [3](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1*

*in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Semere v. Ethicon Inc et al |
| **Case Number:** | LAW/6:12-cv-01550 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1 in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Pippin v. Ethicon Women's Health and Urology et al |
| **Case Number:** | TNE/2:12-cv-00227 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1 in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Hoover v. Johnson & Johnson et al |
| **Case Number:** | AZ/2:12-cv-00948 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1 in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**FLM/3:12-cv-00624 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

**FLM/3:12-cv-00624 Notice will not be electronically mailed to:**

**PAE/2:12-cv-01648 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**PAE/2:12-cv-01648 Notice will not be electronically mailed to:**

**FLM/3:12-cv-00623 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

**FLM/3:12-cv-00623 Notice will not be electronically mailed to:**

**LAW/6:12-cv-01550 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

James B. Irwin, V jirwin@irwinllc.com

Stephanie Lottinger Irwin sirwin@irwinllc.com

J Clemille Simon cle@simonlawoffices.com

Barry L Domingue barry@simonlawoffices.com

**LAW/6:12-cv-01550 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00227 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, sbryant@branstetterlaw.com

**TNE/2:12-cv-00227 Notice will not be electronically mailed to:**

**AZ/2:12-cv-00948 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Graeme E.M. Hancock ghancock@fclaw.com

Dana Bradley Taschner dbt@lanierlawfirm.com, dana@danataschner.com

Suzanne Lorraine Diaz sdiaz@fclaw.com

**AZ/2:12-cv-00948 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/19/2012]
[FileNumber=295124-0]
[6f9d0130a7f1014bb66342df156c9fe23ecf9f42befd7d65a8f0a79e9385f9a107727
66f28891ad9f064553b7bdd9b83c635e7ce3a103efcea5cdc789ab9ed74]]



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to: JPMLCMDECF                                    06/19/2012 09:28 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 6/19/2012 at 9:27 AM EDT and filed on 6/19/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-31) Finalized on 6/19/12. Please see pleading (3 in AZ/2:12-cv-00948, 3 in FLM/3:12-cv-00623, 3 in FLM/3:12-cv-00624, 3 in LAW/6:12-cv-01550, [386] in MDL No. 2327, 3 in PAE/2:12-cv-01648, 3 in TNE/2:12-cv-00227).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227**

**(trb)**

| | |
|---|---|
| **Case Name:** | Pageau v. Johnson& Johnson et al |
| **Case Number:** | FLM/3:12-cv-00624 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-31) Finalized on 6/19/12. Please see pleading (3 in AZ/2:12-cv-00948, 3 in FLM/3:12-cv-00623, 3 in FLM/3:12-cv-00624, 3 in LAW/6:12-cv-01550, [386] in MDL No. 2327, 3 in PAE/2:12-cv-01648, 3 in TNE/2:12-cv-00227).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | HREIZ et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:12-cv-01648 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-31) Finalized on 6/19/12. Please see pleading (3 in AZ/2:12-cv-00948, 3 in**

FLM/3:12-cv-00623, 3 in FLM/3:12-cv-00624, 3 in LAW/6:12-cv-01550, [386] in MDL No. 2327, 3 in PAE/2:12-cv-01648, 3 in TNE/2:12-cv-00227).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.

Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)

| | |
|---|---|
| **Case Name:** | Partin v. Johnson & Johnson et al |
| **Case Number:** | FLM/3:12-cv-00623 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-31) Finalized on 6/19/12. Please see pleading (3 in AZ/2:12-cv-00948, 3 in FLM/3:12-cv-00623, 3 in FLM/3:12-cv-00624, 3 in LAW/6:12-cv-01550, [386] in MDL No. 2327, 3 in PAE/2:12-cv-01648, 3 in TNE/2:12-cv-00227).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Semere v. Ethicon Inc et al |
| **Case Number:** | LAW/6:12-cv-01550 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-31) Finalized on 6/19/12. Please see pleading (3 in AZ/2:12-cv-00948, 3 in FLM/3:12-cv-00623, 3 in FLM/3:12-cv-00624, 3 in LAW/6:12-cv-01550, [386] in MDL No. 2327, 3 in PAE/2:12-cv-01648, 3 in TNE/2:12-cv-00227).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Pippin v. Ethicon Women's Health and Urology et al |
| **Case Number:** | TNE/2:12-cv-00227 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-31) Finalized on 6/19/12. Please see pleading (3 in AZ/2:12-cv-00948, 3 in FLM/3:12-cv-00623, 3 in FLM/3:12-cv-00624, 3 in LAW/6:12-cv-01550, [386] in MDL No. 2327, 3 in PAE/2:12-cv-01648, 3 in TNE/2:12-cv-00227).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Hoover v. Johnson & Johnson et al |
| **Case Number:** | AZ/2:12-cv-00948 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-31) Finalized on 6/19/12. Please see pleading (3 in AZ/2:12-cv-00948, 3 in FLM/3:12-cv-00623, 3 in FLM/3:12-cv-00624, 3 in LAW/6:12-cv-01550, [386] in MDL No. 2327, 3 in PAE/2:12-cv-01648, 3 in TNE/2:12-cv-00227).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System
Products Liability Litigation Conditional Transfer Order Finalized
**JPMLCMECF**  to:  JPMLCMDECF                                06/19/2012 09:27 AM

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 6/19/2012 at 9:24 AM EDT and filed on 6/19/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 386 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1
in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in
LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in
TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is
lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623,
FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227
(trb)**

| | |
|---|---|
| **Case Name:** | Pageau v. Johnson& Johnson et al |
| **Case Number:** | FLM/3:12-cv-00624 |
| **Filer:** | |

**Document
Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1
in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in
LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in
TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is
lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623,
FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227
(trb)**

| **Case Name:** | HREIZ et al v. JOHNSON & JOHNSON et al |
|---|---|
| **Case Number:** | PAE/2:12-cv-01648 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1
in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in
LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in
TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is
lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623,
FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227
(trb)**

| **Case Name:** | Partin v. Johnson & Johnson et al |
|---|---|
| **Case Number:** | FLM/3:12-cv-00623 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1

*in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Semere v. Ethicon Inc et al |
| **Case Number:** | LAW/6:12-cv-01550 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1 in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Pippin v. Ethicon Women's Health and Urology et al |
| **Case Number:** | TNE/2:12-cv-00227 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1 in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

| | |
|---|---|
| **Case Name:** | Hoover v. Johnson & Johnson et al |
| **Case Number:** | AZ/2:12-cv-00948 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-31) - 6 action(s)** *re: pldg. (1 in AZ/2:12-cv-00948, 1 in FLM/3:12-cv-00623, 1 in FLM/3:12-cv-00624, 1 in LAW/6:12-cv-01550, [364] in MDL No. 2327, 1 in PAE/2:12-cv-01648, 1 in TNE/2:12-cv-00227)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2012.**

**Associated Cases: MDL No. 2327, AZ/2:12-cv-00948, FLM/3:12-cv-00623, FLM/3:12-cv-00624, LAW/6:12-cv-01550, PAE/2:12-cv-01648, TNE/2:12-cv-00227 (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**FLM/3:12-cv-00624 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

**FLM/3:12-cv-00624 Notice will not be electronically mailed to:**

**PAE/2:12-cv-01648 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

**PAE/2:12-cv-01648 Notice will not be electronically mailed to:**

**FLM/3:12-cv-00623 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

**FLM/3:12-cv-00623 Notice will not be electronically mailed to:**

**LAW/6:12-cv-01550 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

James B. Irwin, V jirwin@irwinllc.com

Stephanie Lottinger Irwin sirwin@irwinllc.com

J Clemille Simon cle@simonlawoffices.com

Barry L Domingue barry@simonlawoffices.com

**LAW/6:12-cv-01550 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00227 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, sbryant@branstetterlaw.com

**TNE/2:12-cv-00227 Notice will not be electronically mailed to:**

**AZ/2:12-cv-00948 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Graeme E.M. Hancock ghancock@fclaw.com

Dana Bradley Taschner dbt@lanierlawfirm.com, dana@danataschner.com

Suzanne Lorraine Diaz sdiaz@fclaw.com

**AZ/2:12-cv-00948 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/19/2012]
[FileNumber=295124-0]
[6f9d0130a7f1014bb66342df156c9fe23ecf9f42befd7d65a8f0a79e9385f9a107727
66f28891ad9f064553b7bdd9b83c635e7ce3a103efcea5cdc789ab9ed74]]