## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –35)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 261 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>**Jun 29, 2012**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO−35 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|------|------|---------|--------------|

**ILLINOIS SOUTHERN**

| | | | |
|------|------|---------|--------------|
| ILS | 3 | 12−00698 | Toennies et al v. Ethicon, Inc. et al |
| ILS | 3 | 12−00699 | Soltanshahi v. Ethicon, Inc. et al |

**MINNESOTA**

| | | | |
|------|------|---------|--------------|
| MN | 0 | 12−01426 | Gutierrez v. Ethicon, Inc. et al |
| MN | 0 | 12−01427 | Wollitz v. Ethicon, Inc. et al |

**MISSOURI EASTERN**

| | | | |
|------|------|---------|--------------|
| MOE | 4 | 12−00949 | Fisher v. Johnson & Johnson et al |
| MOE | 4 | 12−01026 | Fritz et al v. Ethicon, Inc. et al |
| MOE | 4 | 12−01027 | Smith v. Ethicon, Inc. et al |
| MOE | 4 | 12−01028 | Clones v. Ethicon, Inc. et al |
| MOE | 4 | 12−01029 | Robertson v. Ethicon, Inc. et al |
| MOE | 4 | 12−01030 | Moosman et al v. Ethicon, Inc. et al |

**MISSOURI WESTERN**

| | | | |
|------|------|---------|--------------|
| MOW | 4 | 12−00725 | Moore et al v. Ethicon, Inc. et al |
| MOW | 4 | 12−00729 | Bosner v. Ethicon, Inc. et al |

**NEW JERSEY**

| | | | |
|------|------|---------|--------------|
| NJ | 3 | 12−03582 | LYSZCARZ et al v. JOHNSON & JOHNSON et al |

**TENNESSEE MIDDLE**

| | | | |
|------|------|---------|--------------|
| TNM | 3 | 12−00608 | Bauernfeind et al v. Johnson & Johnson et al |

**TEXAS SOUTHERN**

| | | | |
|------|------|---------|--------------|
| TXS | 4 | 12−01755 | Lawyer−Johnson v. Ethicon, Inc. et al |



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to:  JPMLCMDECF                                           06/29/2012 09:15 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/29/2012 at 9:12 AM EDT and filed on 6/29/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Lawyer-Johnson v. Ethicon, Inc. et al |
| **Case Number:** | TXS/4:12-cv-01755 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Bauernfeind et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/3:12-cv-00608 |

**Filer:**

**Document Number:**      No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

**Case Name:**      Gutierrez v. Ethicon, Inc. et al

**Case Number:**      MN/0:12-cv-01426

**Filer:**

**Document Number:**      No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in**

ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.

Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)

| Case Name: | Clones v. Ethicon, Inc. et al |
| --- | --- |
| Case Number: | MOE/4:12-cv-01028 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Moosman et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-01030 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Fritz et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-01026 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Smith v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-01027 |

**Filer:**

**Document Number:**     No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.

Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)

**Case Name:**     Bosner v. Ethicon, Inc. et al

**Case Number:**     MOW/4:12-cv-00729

**Filer:**

**Document Number:**     No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in

ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.

Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)

| Case Name: | Soltanshahi v. Ethicon, Inc. et al |
| Case Number: | ILS/3:12-cv-00699 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | LYSZCARZ et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-03582 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| **Case Name:** | Fisher v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:12-cv-00949 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| **Case Name:** | Wollitz v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01427 |

**Filer:**

**Document Number:**       No document attached

**Docket Text:**

\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

**Case Name:**       Moore et al v. Ethicon, Inc. et al

**Case Number:**       MOW/4:12-cv-00725

**Filer:**

**Document Number:**       No document attached

**Docket Text:**

\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in**

ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.

Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)

| | |
|---|---|
| **Case Name:** | Toennies et al v. Ethicon, Inc. et al |
| **Case Number: Filer:** | ILS/3:12-cv-00698 |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Robertson v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-01029 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-35) Finalized on 6/29/12. Please see pleading (3 in ILS/3:12-cv-00698, 3 in ILS/3:12-cv-00699, [406] in MDL No. 2327, 3 in MN/0:12-cv-01426, 3 in MN/0:12-cv-01427, 3 in MOE/4:12-cv-00949, 3 in MOE/4:12-cv-01026, 3 in MOE/4:12-cv-01027, 3 in MOE/4:12-cv-01028, 3 in MOE/4:12-cv-01029, 3 in MOE/4:12-cv-01030, 3 in MOW/4:12-cv-00725, 3 in MOW/4:12-cv-00729, 3 in NJ/3:12-cv-03582, 3 in TNM/3:12-cv-00608, 3 in TXS/4:12-cv-01755).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF  to:  JPMLCMDECF                                                    06/29/2012 09:11 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 6/29/2012 at 9:09 AM EDT and filed on 6/29/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 406 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608,**

**TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Lawyer-Johnson v. Ethicon, Inc. et al |
| **Case Number:** | TXS/4:12-cv-01755 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s) *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Bauernfeind et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/3:12-cv-00608 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s) *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Gutierrez v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01426 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Clones v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-01028 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in*

*MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Moosman et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-01030 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Fritz et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-01026 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Smith v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:12-cv-01027 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Bosner v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00729 |
| **Filer:** | |

| Document Number: | 3 |
|---|---|

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s) *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| Case Name: | Soltanshahi v. Ethicon, Inc. et al |
|---|---|
| Case Number: | ILS/3:12-cv-00699 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s) *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

**Case Name:** LYSZCARZ et al v. JOHNSON & JOHNSON et al

**Case Number:** NJ/3:12-cv-03582

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s) *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

**Case Name:** Fisher v. Johnson & Johnson et al

**Case Number:** MOE/4:12-cv-00949

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s) *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699,**

**MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Wollitz v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01427 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| | |
|---|---|
| **Case Name:** | Moore et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00725 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)* **Inasmuch as no objection is pending at this time, the stay is**

lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| Case Name: | Toennies et al v. Ethicon, Inc. et al |
|---|---|
| Case Number: | ILS/3:12-cv-00698 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

| Case Name: | Robertson v. Ethicon, Inc. et al |
|---|---|
| Case Number: | MOE/4:12-cv-01029 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-35) - 15 action(s)** *re: pldg. (1 in ILS/3:12-cv-00698, 1 in ILS/3:12-cv-00699, [391] in MDL No. 2327, 1 in*

*MN/0:12-cv-01426, 1 in MN/0:12-cv-01427, 1 in MOE/4:12-cv-00949, 1 in MOE/4:12-cv-01026, 1 in MOE/4:12-cv-01027, 1 in MOE/4:12-cv-01028, 1 in MOE/4:12-cv-01029, 1 in MOE/4:12-cv-01030, 1 in MOW/4:12-cv-00725, 1 in MOW/4:12-cv-00729, 1 in NJ/3:12-cv-03582, 1 in TNM/3:12-cv-00608, 1 in TXS/4:12-cv-01755)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/29/2012.**

**Associated Cases: MDL No. 2327, ILS/3:12-cv-00698, ILS/3:12-cv-00699, MN/0:12-cv-01426, MN/0:12-cv-01427, MOE/4:12-cv-00949, MOE/4:12-cv-01026, MOE/4:12-cv-01027, MOE/4:12-cv-01028, MOE/4:12-cv-01029, MOE/4:12-cv-01030, MOW/4:12-cv-00725, MOW/4:12-cv-00729, NJ/3:12-cv-03582, TNM/3:12-cv-00608, TXS/4:12-cv-01755 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch   carl@facslaw.com, terry@facslaw.com

Michael J Farrell   mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso   mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr   hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas   dbthomas@agmtlaw.com

Paul T Farrell, Jr   paul@greeneketchum.com

Marc E. Williams   marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**TXS/4:12-cv-01755 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller   receptionist@muellerlaw.com, mark@voodoocowboy.com

**TXS/4:12-cv-01755 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00608 Notice has been electronically mailed to:**

John A Day jday@johndaylegal.com

**TNM/3:12-cv-00608 Notice will not be electronically mailed to:**

**MN/0:12-cv-01426 Notice has been electronically mailed to:**

Charles H Johnson bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-01426 Notice will not be electronically mailed to:**

**MOE/4:12-cv-01028 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Matthew J. Daher mdaher@brownlawoffice.com, MDaher@brownlawoffice.com

**MOE/4:12-cv-01028 Notice will not be electronically mailed to:**

**MOE/4:12-cv-01030 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Matthew J. Daher mdaher@brownlawoffice.com, MDaher@brownlawoffice.com

**MOE/4:12-cv-01030 Notice will not be electronically mailed to:**

**MOE/4:12-cv-01026 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Matthew J. Daher mdaher@brownlawoffice.com, MDaher@brownlawoffice.com

**MOE/4:12-cv-01026 Notice will not be electronically mailed to:**

**MOE/4:12-cv-01027 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,

ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Matthew J. Daher mdaher@brownlawoffice.com, MDaher@brownlawoffice.com

**MOE/4:12-cv-01027 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00729 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00729 Notice will not be electronically mailed to:**

**ILS/3:12-cv-00699 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Matthew J. Daher mdaher@brownlawoffice.com, MDaher@brownlawoffice.com

**ILS/3:12-cv-00699 Notice will not be electronically mailed to:**

**NJ/3:12-cv-03582 Notice has been electronically mailed to:**

Melanie H. Muhlstock mmuhlstock@yourlawyer.com, hkim@yourlawyer.com

Raymond C Silverman rsilverman@yourlawyer.com, cdurant@yourlawyer.com

**NJ/3:12-cv-03582 Notice will not be electronically mailed to:**

**MOE/4:12-cv-00949 Notice has been electronically mailed to:**

Kevin J. Davidson kevin@zevandavidson.com

**MOE/4:12-cv-00949 Notice will not be electronically mailed to:**

**MN/0:12-cv-01427 Notice has been electronically mailed to:**

Charles H Johnson bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-01427 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00725 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00725 Notice will not be electronically mailed to:**

**ILS/3:12-cv-00698 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Matthew J. Daher mdaher@brownlawoffice.com, MDaher@brownlawoffice.com

**ILS/3:12-cv-00698 Notice will not be electronically mailed to:**

**MOE/4:12-cv-01029 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Matthew J. Daher mdaher@brownlawoffice.com, MDaher@brownlawoffice.com

**MOE/4:12-cv-01029 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/29/2012]
[FileNumber=298178-0]
[4c6432e48157514494c6bbea3d8b0c3f11f83b09c67538bdd23e04fde8daf9a5895a
2
eadc56c332965cd9fa5f0725f3a40c840c32e415e07fdf295056feb6f78]]