# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –38)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 287 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted. |
| **Jul 10, 2012** |
| CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO–38 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 12–01596 | Reggio et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01597 | Lyons et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01598 | Duhe v. Johnson & Johnson et al |
| ~~LAE~~ | ~~2~~ | ~~12–01599~~ | ~~Arceneaux et al v. Johnson & Johnson et al~~ Opposed 7/6/12 |
| LAE | 2 | 12–01601 | Augustus et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01602 | Anderson v. Johnson & Johnson et al |
| LAE | 2 | 12–01604 | Amie et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01605 | Gremillion et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01612 | Scruggs et al v. Johnson & Johnson et al |
| ~~LAE~~ | ~~2~~ | ~~12–01613~~ | ~~Fraijo et al v. Johnson & Johnson et al~~ Opposed 7/6/12 |
| LAE | 2 | 12–01614 | Maurice v. Johnson & Johnson et al |
| LAE | 2 | 12–01616 | Kane v. Johnson & Johnson et al |
| LAE | 2 | 12–01624 | Coleman et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01625 | Chandler v. Johnson & Johnson et al |
| LAE | 2 | 12–01628 | Banks v. Johnson & Johnson et al |
| LAE | 2 | 12–01629 | Tumblin et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01643 | Greve v. Johnson & Johnson et al |
| LAE | 2 | 12–01644 | Rystrom v. Johnson & Johnson et al |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 3 | 12–00468 | Barbee v. Johnson & Johnson et al |

**MISSOURI WESTERN**

| | | | |
|---|---|---|---|
| MOW | 4 | 12–00764 | Guigno et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00776 | Farmer et al v. Ethicon, Inc. et al |



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)**
JPMLCMECF  to:  JPMLCMDECF                                                    07/10/2012 09:14 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 7/10/2012 at 9:13 AM EDT and filed on 7/10/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)

| | |
|---|---|
| **Case Name:** | Gremillion et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01605 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616,

**LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Farmer et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00776 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Chandler v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01625 |

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)

**Case Name:** Reggio et al v. Johnson & Johnson et al

**Case Number:** LAE/2:12-cv-01596

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Amie et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01604 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in**

LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)

| | |
|---|---|
| **Case Name:** | Scruggs et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01612 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)

| | |
|---|---|
| **Case Name:** | Barbee v. Johnson & Johnson et al |
| **Case Number:** | MSS/3:12-cv-00468 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee

clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)

| | |
|---|---|
| **Case Name:** | Duhe v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01598 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597,

**LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Anderson v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01602 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

Lyons et al v. Johnson & Johnson

**Case Name:** et al

**Case Number:** LAE/2:12-cv-01597

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

**Case Name:** Rystrom v. Johnson & Johnson et al

**Case Number:** LAE/2:12-cv-01644

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Banks v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01628 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in**

LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in
LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in
LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in
LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in
LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL
No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in
MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597,
LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604,
LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616,
LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629,
LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776,
MSS/3:12-cv-00468 (LAH)

| | |
|---|---|
| **Case Name:** | Maurice v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01614 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38)
Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in
LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in
LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in
LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in
LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in
LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL
No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in

MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)

| | |
|---|---|
| **Case Name:** | Coleman et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01624 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Augustus et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01601 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)

| | |
|---|---|
| **Case Name:** | Greve v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01643 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616,

**LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Kane v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01616 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Tumblin et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01629 |

**Filer:**

**Document Number:**            No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

**Case Name:**            Guigno et al v. Ethicon, Inc. et al

**Case Number:**          MOW/4:12-cv-00764

**Filer:**

**Document Number:**            No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-38) Finalized on 7/10/12. Please see pleading (3 in LAE/2:12-cv-01596, 3 in LAE/2:12-cv-01597, 3 in LAE/2:12-cv-01598, 3 in LAE/2:12-cv-01601, 3 in LAE/2:12-cv-01602, 3 in LAE/2:12-cv-01604, 3 in LAE/2:12-cv-01605, 3 in LAE/2:12-cv-01612, 3 in LAE/2:12-cv-01614, 3 in LAE/2:12-cv-01616, 3 in LAE/2:12-cv-01624, 3 in LAE/2:12-cv-01625, 3 in LAE/2:12-cv-01628, 3 in LAE/2:12-cv-01629, 3 in LAE/2:12-cv-01643, 3 in LAE/2:12-cv-01644, [434] in MDL No. 2327, 3 in MOW/4:12-cv-00764, 3 in MOW/4:12-cv-00776, 3 in MSS/3:12-cv-00468).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF   to:  JPMLCMDECF                                           07/10/2012 09:11 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/10/2012 at 9:09 AM EDT and filed on 7/10/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 434 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616,**

**LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Gremillion et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01605 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Farmer et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00776 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in*

*LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Chandler v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01625 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Reggio et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01596 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Amie et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01604 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629,**

**LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Scruggs et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01612 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01602, LAE/2:12-cv-01601, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Barbee v. Johnson & Johnson et al |
| **Case Number:** | MSS/3:12-cv-00468 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in*

*MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Duhe v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01598 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Anderson v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01602 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Lyons et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01597 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629,**

**LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Rystrom v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01644 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Banks v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01628 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in*

*MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Maurice v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01614 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Coleman et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01624 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Augustus et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01601 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629,**

**LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Greve v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01643 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

| | |
|---|---|
| **Case Name:** | Kane v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01616 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in*

*MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is
pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597,
LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604,
LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616,
LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629,
LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776,
MSS/3:12-cv-00468 (LAH)**

| Case Name: | Tumblin et al v. Johnson & Johnson et al |
|---|---|
| Case Number: | LAE/2:12-cv-01629 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1
in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in
LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in
LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in
LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in
LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in
LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in
MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)*  **Inasmuch as no objection is
pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597,
LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604,
LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616,
LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629,
LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776,
MSS/3:12-cv-00468 (LAH)**

| Case Name: | Guigno et al v. Ethicon, Inc. et al |
|---|---|
| Case Number: | MOW/4:12-cv-00764 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-38) - 19 action(s)** *re: pldg. (1 in LAE/2:12-cv-01596, 1 in LAE/2:12-cv-01597, 1 in LAE/2:12-cv-01598, 1 in LAE/2:12-cv-01601, 1 in LAE/2:12-cv-01602, 1 in LAE/2:12-cv-01604, 1 in LAE/2:12-cv-01605, 1 in LAE/2:12-cv-01612, 1 in LAE/2:12-cv-01614, 1 in LAE/2:12-cv-01616, 1 in LAE/2:12-cv-01624, 1 in LAE/2:12-cv-01625, 1 in LAE/2:12-cv-01628, 1 in LAE/2:12-cv-01629, 1 in LAE/2:12-cv-01643, 1 in LAE/2:12-cv-01644, [413] in MDL No. 2327, 1 in MOW/4:12-cv-00764, 1 in MOW/4:12-cv-00776, 1 in MSS/3:12-cv-00468)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/10/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01596, LAE/2:12-cv-01597, LAE/2:12-cv-01598, LAE/2:12-cv-01601, LAE/2:12-cv-01602, LAE/2:12-cv-01604, LAE/2:12-cv-01605, LAE/2:12-cv-01612, LAE/2:12-cv-01614, LAE/2:12-cv-01616, LAE/2:12-cv-01624, LAE/2:12-cv-01625, LAE/2:12-cv-01628, LAE/2:12-cv-01629, LAE/2:12-cv-01643, LAE/2:12-cv-01644, MOW/4:12-cv-00764, MOW/4:12-cv-00776, MSS/3:12-cv-00468 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01605 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01605 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00776 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00776 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01625 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01625 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01596 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01596 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01604 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01604 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01612 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01612 Notice will not be electronically mailed to:**

**MSS/3:12-cv-00468 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,

ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Shane F Langston shane@langstonlawyers.com, kristy@langstonlawyers.com, rita@langstonlawyers.com

Rebecca McRae Langston rebecca@langstonlawyers.com, kristy@langstonlawyers.com

Kari L. Sutherland kari.sutherland@butlersnow.com

Jessica Elizabeth Murray jessica@langstonlawyers.com

Laura Louise Hill laura.dixon@butlersnow.com

**MSS/3:12-cv-00468 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01598 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01598 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01602 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01602 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01597 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01597 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01644 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01644 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01628 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01628 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01614 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01614 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01624 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01624 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01601 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01601 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01643 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01643 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01616 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01616 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01629 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01629 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00764 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00764 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/10/2012] [FileNumber=301065-0]

[aa51b7a0b4b47a5b1067eee46d3d4589d32d82987465e0340935dfed144b72cac92c
a
f9b09a2628d4e2cd26bcb360bcf3dda2d7ed5e1c91c784d8c62007183cd]]