# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –40)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 296 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 17, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO–40 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA NORTHERN**

| | | | |
|---|---|---|---|
| CAN | 3 | 12–03279 | Ferrer v. Ethicon Inc. et al |
| CAN | 4 | 12–03280 | Jucha v. Ethicon, Inc. et al |

**KENTUCKY EASTERN**

| | | | |
|---|---|---|---|
| KYE | 2 | 12–00147 | Glass et al v. Ethicon, Inc. et al |
| KYE | 5 | 12–00204 | Watkins v. Ethicon, Inc. et al |
| KYE | 5 | 12–00206 | Mullins et al v. Ethicon, Inc. et al |
| KYE | 6 | 12–00122 | Cupp et al v. Ethicon, Inc., et al |
| KYE | 6 | 12–00123 | Whitehead et al v. Ethicon, Inc. et al |
| KYE | 6 | 12–00124 | Saylor et al v. Ethicon, Inc. et al |
| KYE | 7 | 12–00064 | Conley et al v. Ethicon, Inc. et al |
| KYE | 7 | 12–00065 | Lester v. Ethicon, Inc. et al |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 12–01606 | Steiner et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01690 | Marrero et al v. Johnson and Johnson et al |
| LAE | 2 | 12–01694 | Hebert et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01695 | Boettner v. Johnson & Johnson et al |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 3 | 12–00432 | Barbee v. Johnson & Johnson et al |

**MISSOURI WESTERN**

| | | | |
|---|---|---|---|
| MOW | 4 | 12–00820 | Soileau et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00821 | Clingan et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00841 | Bowling et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00847 | Ackerman v. Ethicon, Inc. et al |
| MOW | 4 | 12–00848 | Fenwick v. Ethicon, Inc. et al |

**TEXAS NORTHERN**

TXN       3       12–02095      Ramirez et al v. Johnson & Johnson et al



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to:  JPMLCMDECF                                                    07/17/2012 08:58 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/17/2012 at 8:57 AM EDT and filed on 7/17/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Jucha v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03280 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122,**

KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)

| | |
|---|---|
| **Case Name:** | Mullins et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00206 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)

| | |
|---|---|
| **Case Name:** | Lester v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00065 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Watkins v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00204 |
| **Filer:** | |
| **Document** | No document attached |

**Number:**

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)

| | |
|---|---|
| **Case Name:** | Barbee v. Johnson & Johnson et al |
| **Case Number:** | MSS/3:12-cv-00432 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Boettner v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01695 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in**

**KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Cupp et al v. Ethicon, Inc., et al |
| **Case Number:** | KYE/6:12-cv-00122 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)

| | |
|---|---|
| **Case Name:** | Glass et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/2:12-cv-00147 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Saylor et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00124 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280,
KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122,
KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065,
LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695,
MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841,
MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095
(LAH)

| | |
|---|---|
| **Case Name:** | Bowling et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00841 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40)
Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in
CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in
KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in
KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in
LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in
LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in
MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in
MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280,

**KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Ackerman v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00847 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095**

**(LAH)**

| | |
|---|---|
| **Case Name:** | Ramirez et al v. Johnson & Johnson et al |
| **Case Number:** | TXN/3:12-cv-02095 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Hebert et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01694 |
| **Filer:** | |

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

**Case Name:**   Soileau et al v. Ethicon, Inc. et al

**Case Number:**   MOW/4:12-cv-00820

**Filer:**

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Ferrer v. Ethicon Inc. et al |
| **Case Number:** | CAN/3:12-cv-03279 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in**

KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)

| | |
|---|---|
| **Case Name:** | Fenwick v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00848 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)

| | |
|---|---|
| **Case Name:** | Whitehead et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00123 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Clingan et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00821 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Marrero et al v. Johnson and Johnson et al |
| **Case Number:** | LAE/2:12-cv-01690 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280,**

**KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Steiner et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01606 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095**

**(LAH)**

| | |
|---|---|
| **Case Name:** | Conley et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00064 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-40) Finalized on 7/17/12. Please see pleading (3 in CAN/3:12-cv-03279, 3 in CAN/4:12-cv-03280, 3 in KYE/2:12-cv-00147, 3 in KYE/5:12-cv-00204, 3 in KYE/5:12-cv-00206, 3 in KYE/6:12-cv-00122, 3 in KYE/6:12-cv-00123, 3 in KYE/6:12-cv-00124, 3 in KYE/7:12-cv-00064, 3 in KYE/7:12-cv-00065, 3 in LAE/2:12-cv-01606, 3 in LAE/2:12-cv-01690, 3 in LAE/2:12-cv-01694, 3 in LAE/2:12-cv-01695, [451] in MDL No. 2327, 3 in MOW/4:12-cv-00820, 3 in MOW/4:12-cv-00821, 3 in MOW/4:12-cv-00841, 3 in MOW/4:12-cv-00847, 3 in MOW/4:12-cv-00848, 3 in MSS/3:12-cv-00432, 3 in TXN/3:12-cv-02095).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

**No public notice (electronic or otherwise) sent because the entry is private**



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF  to:  JPMLCMDECF                                    07/17/2012 08:55 AM

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/17/2012 at 8:53 AM EDT and filed on 7/17/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 451 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122,**

**KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Jucha v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03280 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Mullins et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00206 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in*

*KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Lester v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00065 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841,**

**MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Watkins v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00204 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Barbee v. Johnson & Johnson et al |
| **Case Number:** | MSS/3:12-cv-00432 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in*

*LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Boettner v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01695 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

Cupp et al v. Ethicon, Inc., et

| | |
|---|---|
| **Case Name:** | al |
| **Case Number:** | KYE/6:12-cv-00122 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Glass et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/2:12-cv-00147 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in***

*TXN/3:12-cv-02095)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Saylor et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00124 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Bowling et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00841 |
| **Filer:** | |

**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

**Case Name:** Ackerman v. Ethicon, Inc. et al

**Case Number:** [MOW/4:12-cv-00847](#)

**Filer:**

**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Ramirez et al v. Johnson & Johnson et al |
| **Case Number:** | TXN/3:12-cv-02095 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Hebert et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01694 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Soileau et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00820 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280,**

**KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Ferrer v. Ethicon Inc. et al |
| **Case Number:** | CAN/3:12-cv-03279 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Fenwick v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00848 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1**

*in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Whitehead et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00123 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695,**

**MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Clingan et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00821 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Marrero et al v. Johnson and Johnson et al |
| **Case Number:** | LAE/2:12-cv-01690 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s) *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in***

*KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Steiner et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01606 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

| | |
|---|---|
| **Case Name:** | Conley et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00064 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-40) - 21 action(s)** *re: pldg. (1 in CAN/3:12-cv-03279, 1 in CAN/4:12-cv-03280, 1 in KYE/2:12-cv-00147, 1 in KYE/5:12-cv-00204, 1 in KYE/5:12-cv-00206, 1 in KYE/6:12-cv-00122, 1 in KYE/6:12-cv-00123, 1 in KYE/6:12-cv-00124, 1 in KYE/7:12-cv-00064, 1 in KYE/7:12-cv-00065, 1 in LAE/2:12-cv-01606, 1 in LAE/2:12-cv-01690, 1 in LAE/2:12-cv-01694, 1 in LAE/2:12-cv-01695, [430] in MDL No. 2327, 1 in MOW/4:12-cv-00820, 1 in MOW/4:12-cv-00821, 1 in MOW/4:12-cv-00841, 1 in MOW/4:12-cv-00847, 1 in MOW/4:12-cv-00848, 1 in MSS/3:12-cv-00432, 1 in TXN/3:12-cv-02095)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/17/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03279, CAN/4:12-cv-03280, KYE/2:12-cv-00147, KYE/5:12-cv-00204, KYE/5:12-cv-00206, KYE/6:12-cv-00122, KYE/6:12-cv-00123, KYE/6:12-cv-00124, KYE/7:12-cv-00064, KYE/7:12-cv-00065, LAE/2:12-cv-01606, LAE/2:12-cv-01690, LAE/2:12-cv-01694, LAE/2:12-cv-01695, MOW/4:12-cv-00820, MOW/4:12-cv-00821, MOW/4:12-cv-00841, MOW/4:12-cv-00847, MOW/4:12-cv-00848, MSS/3:12-cv-00432, TXN/3:12-cv-02095 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas  dbthomas@agmtlaw.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**CAN/4:12-cv-03280 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas J Brandi tjb@brandilaw.com

Casey A Kaufman cak@brandilaw.com

**CAN/4:12-cv-03280 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00206 Notice has been electronically mailed to:**

Karl N Truman karltruman@trumanlaw.com

**KYE/5:12-cv-00206 Notice will not be electronically mailed to:**

**KYE/7:12-cv-00065 Notice has been electronically mailed to:**

Karl N Truman karltruman@trumanlaw.com

**KYE/7:12-cv-00065 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00204 Notice has been electronically mailed to:**

Karl N Truman karltruman@trumanlaw.com

**KYE/5:12-cv-00204 Notice will not be electronically mailed to:**

**MSS/3:12-cv-00432 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Shane F Langston shane@langstonlawyers.com, kristy@langstonlawyers.com, rita@langstonlawyers.com

Rebecca McRae Langston rebecca@langstonlawyers.com, kristy@langstonlawyers.com

Kari L. Sutherland kari.sutherland@butlersnow.com

Jessica Elizabeth Murray jessica@langstonlawyers.com

Laura Louise Hill laura.dixon@butlersnow.com

**MSS/3:12-cv-00432 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01695 Notice has been electronically mailed to:**

Joseph C. Peiffer jpeiffer@fishmanhaygood.com, bjones@fishmanhaygood.com, dcarr@fishmanhaygood.com, jdonnelly@fishmanhaygood.com

Alfred Adolphe Olinde fred@reasonoverolinde.com

Nicholas Harold Berg nberg@reasonoverllc.com, nberg@reasonoverolinde.com

**LAE/2:12-cv-01695 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00122 Notice has been electronically mailed to:**

Karl N Truman karltruman@trumanlaw.com

**KYE/6:12-cv-00122 Notice will not be electronically mailed to:**

**KYE/2:12-cv-00147 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/2:12-cv-00147 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00124 Notice has been electronically mailed to:**

Karl N Truman karltruman@trumanlaw.com

**KYE/6:12-cv-00124 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00841 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00841 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00847 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00847 Notice will not be electronically mailed to:**

**TXN/3:12-cv-02095 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Tim K Goss goss39587@aol.com, andrea@freeseandgoss.com

**TXN/3:12-cv-02095 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01694 Notice has been electronically mailed to:**

Joseph C. Peiffer jpeiffer@fishmanhaygood.com, bjones@fishmanhaygood.com, dcarr@fishmanhaygood.com, jdonnelly@fishmanhaygood.com

Alfred Adolphe Olinde fred@reasonoverolinde.com

Nicholas Harold Berg nberg@reasonoverllc.com, nberg@reasonoverolinde.com

**LAE/2:12-cv-01694 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00820 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00820 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03279 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas J Brandi tjb@brandilaw.com

Casey A Kaufman cak@brandilaw.com

**CAN/3:12-cv-03279 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00848 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00848 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00123 Notice has been electronically mailed to:**

Karl N Truman karltruman@trumanlaw.com

**KYE/6:12-cv-00123 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00821 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00821 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01690 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01690 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01606 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01606 Notice will not be electronically mailed to:**

**KYE/7:12-cv-00064 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/7:12-cv-00064 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/17/2012]
[FileNumber=303670-0]
[3bc4b952ca24899c7f0f3e691b56a15fbfc0c10db9e0ffabaaf17ef734638e28ad59e
c6b6d2b69e5e9ee1f587f084d1e4c6fb6e70159bbeecc1ff114c8d768dd]]