**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –41)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 315 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 20, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO–41 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|----------|----------|-------------|------------------|
| **KANSAS** | | | |
| KS | 2 | 12–02413 | McDonald v. Ethicon, Inc. et al |
| KS | 2 | 12–02416 | Broyles et al v. Ethicon, Inc. et al |
| **KENTUCKY EASTERN** | | | |
| KYE | 0 | 12–00061 | Clark v. Ethicon, Inc. et al |
| KYE | 5 | 12–00213 | Farrar et al v. Ethicon, Inc. et al |
| KYE | 6 | 12–00127 | Eversole v. Ethicon, Inc. et al |
| KYE | 6 | 12–00128 | Vanover et al v. Ethicon, Inc. et al |
| KYE | 6 | 12–00130 | Himes v. Ethicon, Inc. et al |
| KYE | 6 | 12–00132 | Smith v. Ethicon, Inc. et al |
| KYE | 7 | 12–00068 | Harvell et al v. Ethicon, Inc. et al |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 12–00852 | Bible et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00853 | Bailey v. Ethicon, Inc. et al |
| MOW | 4 | 12–00857 | Hamilton et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00861 | May et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00863 | Snow et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00864 | Ginn et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00871 | Deakins et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00873 | Holdrege et al v. Ethicon, Inc. et al |
| **NEW JERSEY** | | | |
| NJ | 3 | 12–04086 | WUESTER et al v. ETHICON, INC. et al |



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to:  JPMLCMDECF                                                          07/20/2012 10:24 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/20/2012 at 10:24 AM EDT and filed on 7/20/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)

| | |
|---|---|
| **Case Name:** | Holdrege et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00873 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861,

**MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Hamilton et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00857 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Ginn et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00864 |
| **Filer:** | |
| **Document** | |

**Number:**                    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)

**Case Name:**                Broyles et al v. Ethicon, Inc. et al

**Case Number:**              KS/2:12-cv-02416
**Filer:**
**Document Number:**          No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in

KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)

| | |
|---|---|
| **Case Name:** | May et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00861 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Himes v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00130 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia**

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)

| | |
|---|---|
| **Case Name:** | Deakins et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00871 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416,

**KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Bailey v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00853 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS:2:12-cv-02413, 3 in KS:2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Bible et al v. Ethicon, Inc. et al |

**Case Number:**    MOW/4:12-cv-00852
**Filer:**
**Document Number:**    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

**Case Name:**    Smith v. Ethicon, Inc. et al
**Case Number:**    KYE/6:12-cv-00132
**Filer:**
**Document Number:**    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Harvell et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00068 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in**

MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)

| Case Name: | Clark v. Ethicon, Inc. et al |
|---|---|
| Case Number: | KYE/0:12-cv-00061 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Snow et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00863 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)

| | |
|---|---|
| **Case Name:** | Eversole v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00127 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861,

**MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Farrar et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00213 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | McDonald v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02413 |
| **Filer:** | |
| **Document** | |

**Number:**                 No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

**Case Name:**      Vanover et al v. Ethicon, Inc. et al

**Case Number:**    KYE/6:12-cv-00128

**Filer:**

**Document Number:**      No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in**

KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)

| | |
|---|---|
| **Case Name:** | WUESTER et al v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-04086 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-41) Finalized on 7/20/12. Please see pleading (3 in KS/2:12-cv-02413, 3 in KS/2:12-cv-02416, 3 in KYE/0:12-cv-00061, 3 in KYE/5:12-cv-00213, 3 in KYE/6:12-cv-00127, 3 in KYE/6:12-cv-00128, 3 in KYE/6:12-cv-00130, 3 in KYE/6:12-cv-00132, 3 in KYE/7:12-cv-00068, [469] in MDL No. 2327, 3 in MOW/4:12-cv-00852, 3 in MOW/4:12-cv-00853, 3 in MOW/4:12-cv-00857, 3 in MOW/4:12-cv-00861, 3 in MOW/4:12-cv-00863, 3 in MOW/4:12-cv-00864, 3 in MOW/4:12-cv-00871, 3 in MOW/4:12-cv-00873, 3 in NJ/3:12-cv-04086).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.

Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF  to :  JPMLCMDECF                                                    07/20/2012 10:21 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/20/2012 at 10:18 AM EDT and filed on 7/20/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | [MDL No. 2327](#) |
| **Filer:** | |
| **Document Number:** | [469](#) |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s)** *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852,**

**MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Holdrege et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00873 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg.* (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Hamilton et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00857 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg.* (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in**

*MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Ginn et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00864 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s)** *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Broyles et al v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02416 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s)** *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| Case Name: | May et al v. Ethicon, Inc. et al |
| --- | --- |
| Case Number: | MOW/4:12-cv-00861 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s)** *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861,**

**MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Himes v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00130 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Deakins et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00871 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in***

*NJ/3:12-cv-04086)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| Case Name: | Bailey v. Ethicon, Inc. et al |
|---|---|
| Case Number: | MOW/4:12-cv-00853 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s)** *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| Case Name: | Bible et al v. Ethicon, Inc. et al |
|---|---|
| Case Number: | MOW/4:12-cv-00852 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Smith v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00132 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861,**

**MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Harvell et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00068 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Clark v. Ethicon, Inc. et al |
| **Case Number:** | KYE/0:12-cv-00061 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in***

*NJ/3:12-cv-04086)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Snow et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00863 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s)** *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Eversole v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00127 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| Case Name: | Farrar et al v. Ethicon, Inc. et al |
|---|---|
| Case Number: | KYE/5:12-cv-00213 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861,**

**MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | McDonald v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02413 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | Vanover et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00128 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in***

**NJ/3:12-cv-04086) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

| | |
|---|---|
| **Case Name:** | WUESTER et al v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-04086 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-41) - 18 action(s) *re: pldg. (1 in KS/2:12-cv-02413, 1 in KS/2:12-cv-02416, 1 in KYE/0:12-cv-00061, 1 in KYE/5:12-cv-00213, 1 in KYE/6:12-cv-00127, 1 in KYE/6:12-cv-00128, 1 in KYE/6:12-cv-00130, 1 in KYE/6:12-cv-00132, 1 in KYE/7:12-cv-00068, [439] in MDL No. 2327, 1 in MOW/4:12-cv-00852, 1 in MOW/4:12-cv-00853, 1 in MOW/4:12-cv-00857, 1 in MOW/4:12-cv-00861, 1 in MOW/4:12-cv-00863, 1 in MOW/4:12-cv-00864, 1 in MOW/4:12-cv-00871, 1 in MOW/4:12-cv-00873, 1 in NJ/3:12-cv-04086)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/20/2012.**

**Associated Cases: MDL No. 2327, KS/2:12-cv-02413, KS/2:12-cv-02416, KYE/0:12-cv-00061, KYE/5:12-cv-00213, KYE/6:12-cv-00127, KYE/6:12-cv-00128, KYE/6:12-cv-00130, KYE/6:12-cv-00132, KYE/7:12-cv-00068, MOW/4:12-cv-00852, MOW/4:12-cv-00853, MOW/4:12-cv-00857, MOW/4:12-cv-00861, MOW/4:12-cv-00863, MOW/4:12-cv-00864, MOW/4:12-cv-00871, MOW/4:12-cv-00873, NJ/3:12-cv-04086 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com,

tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00873 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00873 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00857 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00857 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00864 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00864 Notice will not be electronically mailed to:**

**KS/2:12-cv-02416 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**KS/2:12-cv-02416 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00861 Notice has been electronically mailed to:**

Lee J Hollis leehollis@hollislawfirm.com

**MOW/4:12-cv-00861 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00130 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/6:12-cv-00130 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00871 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00871 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00853 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

**MOW/4:12-cv-00853 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00852 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00852 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00132 Notice has been electronically mailed to:**

Mark K. Gray mgray@grayandwhitelaw.com

Joseph A Osborne jaosborne@babbitt-johnson.com, Jaosborne@babbitt-johnson.com, kaguilera@babbitt-johnson.com

**KYE/6:12-cv-00132 Notice will not be electronically mailed to:**

**KYE/7:12-cv-00068 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/7:12-cv-00068 Notice will not be electronically mailed to:**

**KYE/0:12-cv-00061 Notice has been electronically mailed to:**

Lawrence L. Jones, II larry@jonesward.com, larry@bccjlaw.com

**KYE/0:12-cv-00061 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00863 Notice has been electronically mailed to:**

Lee J Hollis leehollis@hollislawfirm.com

**MOW/4:12-cv-00863 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00127 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com,

alexander_torres@fleming-law.com

**KYE/6:12-cv-00127 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00213 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/5:12-cv-00213 Notice will not be electronically mailed to:**

**KS/2:12-cv-02413 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**KS/2:12-cv-02413 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00128 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/6:12-cv-00128 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04086 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**NJ/3:12-cv-04086 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/20/2012]
[FileNumber=304972-0]
[ab6f774a11b30184295035426dc7a67142cf8e1fcfbe2a4b0d0582182fbc6fc33037
5
9bbdebbd98594c41deaa820ab177e23ac284480b154e8731a93ce16e79d]]