# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

LYDIA BLACKWELL, et al.,

        Plaintiffs,

v.                           CIVIL ACTION NO.  2:12-cv-03155

C.R. BARD, INC., et al.,

        Defendants.

## ORDER

On July 12, 2012, the plaintiffs filed a Short Form Complaint in MDL No. 2187 against C.R. Bard, Inc. and a number of other defendants.  [ECF 1.]  On July 18, 2012, the plaintiffs filed an Amended Complaint and Demand for Jury Trial, naming Johnson & Johnson, Ethicon, Inc., Ethicon Women's Health and Urology and Gynecare only.  [ECF 4.]

Because the plaintiffs have no longer named C.R. Bard, Inc. or Sofradim Production SAS and because Johnson & Johnson is the first named defendant, it is **ORDERED** that this action should be transferred to MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation.  The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2187 and re-assign it to MDL 2327 on the basis of the plaintiffs' Amended Complaint and Demand for Jury Trial naming Johnson & Johnson, Ethicon, Inc., Ethicon Women's Health and Urology and Gynecare.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.  The Clerk is further **DIRECTED** to file a copy of this Order in this civil action as well as 2:12-md-2327.

ENTER: July 23, 2012

Joseph R. Goodwin, Chief Judge