**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −42)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 342 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 25, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** MDL No. 2327

**SCHEDULE CTO−42 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 1 | 12−02423 | Champion et al v. Ethicon Inc et al |
| ALN | 4 | 12−02407 | Bynum et al v. Ethicon, Inc et al |
| FLORIDA SOUTHERN | | | |
| FLS | 2 | 12−14105 | Bodah v. Ethicon, Inc. et al |
| KENTUCKY EASTERN | | | |
| KYE | 5 | 12−00214 | Adkins v. Ethicon, Inc. et al |
| KYE | 6 | 12−00135 | Ball et al v. Ethicon, Inc. et al |
| KYE | 7 | 12−00070 | Hampton et al v. Ethicon, Inc. et al |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 3 | 12−00485 | Staton v. Johnson & Johnson et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 12−00872 | Phillips v. Ethicon, Inc. et al |
| MOW | 4 | 12−00874 | Rodriguez et al v. Ethicon, Inc. et al |
| MOW | 4 | 12−00875 | Medcoff et al v. Ethicon, Inc. et al |
| MOW | 4 | 12−00882 | Sneed v. Ethicon, Inc. et al |
| NEW YORK WESTERN | | | |
| NYW | 1 | 12−00551 | Datz et al v. Ethicon, Inc. et al |
| NYW | 1 | 12−00612 | Lester et al v. Ethicon, Inc. et al |
| NYW | 6 | 12−06357 | McLaughlin v. Ethicon, Inc. et al |
| TENNESSEE EASTERN | | | |
| TNE | 2 | 12−00270 | Orr et al v. Ethicon, Inc. et al |
| TENNESSEE MIDDLE | | | |

| | | | |
|---|---|---|---|
| TNM | 2 | 12−00065 | Kerley et al v. Johnson & Johnson et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 1 | 12−01157 | Gross et al v. Johnson & Johnson et al |
| TNW | 2 | 12−02554 | Ashburn v. Ethicon, Inc. et al |
| TNW | 2 | 12−02555 | Branson v. Ethicon, Inc. et al |
| TNW | 2 | 12−02556 | Burlison v. Ethicon, Inc. et al |
| TNW | 2 | 12−02557 | Christian v. Ethicon, Inc. et al |
| TNW | 2 | 12−02558 | Francis v. Ethicon, Inc. et al |
| TNW | 2 | 12−02559 | Hodge v. Ethicon, Inc. et al |
| TNW | 2 | 12−02561 | Holden v. Ethicon, Inc. et al |
| TNW | 2 | 12−02562 | Hutson v. Ethicon, Inc. et al |
| TNW | 2 | 12−02563 | Jolly v. Ethicon, Inc. et al |
| TNW | 2 | 12−02564 | Kell v. Ethicon, Inc. et al |
| TNW | 2 | 12−02565 | Kitts v. Ethicon, Inc. et al |
| TNW | 2 | 12−02566 | Leach v. Ethicon, Inc. et al |
| TNW | 2 | 12−02567 | Mays v. Ethicon, Inc. et al |
| TNW | 2 | 12−02568 | Ouzts v. Ethicon, Inc. et al |
| TNW | 2 | 12−02569 | Owens v. Ethicon, Inc. et al |
| TNW | 2 | 12−02570 | Pamperin v. Ethicon, Inc. et al |
| TNW | 2 | 12−02571 | FLOWERS et al v. Johnson & Johnson et al |
| TNW | 2 | 12−02572 | Sexton v. Ethicon, Inc. et al |
| TNW | 2 | 12−02573 | Shama v. Ethicon, Inc. et al |
| TNW | 2 | 12−02574 | Wimberly v. Ethicon, Inc. et al |

UTAH

| | | | |
|---|---|---|---|
| UT | 1 | 12−00143 | Davis et al v. Ethicon et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF to: JPMLCMDECF 07/25/2012 09:12 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 7/25/2012 at 9:12 AM EDT and filed on 7/25/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Davis et al v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00143 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Ouzts v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02568 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Sneed v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00882 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Sexton v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02572 |
| **Filer:** | |
| **Document** | No document attached |

**Number:**

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Phillips v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00872 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kell v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02564 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in**

**MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Ball et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00135 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in**

**TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Bodah v. Ethicon, Inc. et al |
| **Case Number:** | FLS/2:12-cv-14105 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in**

**TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Burlison v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02556 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kitts v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02565 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hodge v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02559 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | McLaughlin v. Ethicon, Inc. et al |
| **Case Number:** | NYW/6:12-cv-06357 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kerley et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00065 |
| **Filer:** | |
| **Document** | No document attached |

**Number:**

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Leach v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02566 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Staton v. Johnson & Johnson et al |
| **Case Number:** | MSS/3:12-cv-00485 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
******TEXT ONLY ENTRY******

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in**

**MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Jolly v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02563 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in**

**TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hampton et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00070 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in**

**TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Orr et al v. Ethicon, Inc. et al |
| **Case Number:** | TNE/2:12-cv-00270 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Francis v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02558 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Owens v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02569 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Branson v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02555 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Wimberly v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02574 |
| **Filer:** | |
| **Document** | No document attached |

**Number:**

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Gross et al v. Johnson & Johnson et al |
| **Case Number:** | TNW/1:12-cv-01157 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Mays v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02567 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in**

**MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | FLOWERS et al v. Johnson & Johnson et al |
| **Case Number:** | TNW/2:12-cv-02571 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in**

**TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hutson v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02562 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in**

**TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Adkins v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00214 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Holden v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02561 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Rodriguez et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00874 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
******TEXT ONLY ENTRY******

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Shama v. Ethicon, Inc. et al
**Case Number:** TNW/2:12-cv-02573
**Filer:**
**Document Number:** No document attached

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Champion et al v. Ethicon Inc et al
**Case Number:** ALN/1:12-cv-02423
**Filer:**
**Document** No document attached

**Number:**

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Datz et al v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00551 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Lester et al v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00612 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in**

**MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Christian v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02557 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in**

**TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Bynum et al v. Ethicon, Inc et al |
| **Case Number:** | ALN/4:12-cv-02407 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in**

**TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Ashburn v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02554 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Medcoff et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00875 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Pamperin v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02570 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-42) Finalized on 7/25/12. Please see pleading (3 in ALN/1:12-cv-02423, 3 in ALN/4:12-cv-02407, 3 in FLS/2:12-cv-14105, 3 in KYE/5:12-cv-00214, 3 in KYE/6:12-cv-00135, 3 in KYE/7:12-cv-00070, [478] in MDL No. 2327, 3 in MOW/4:12-cv-00872, 3 in MOW/4:12-cv-00874, 3 in MOW/4:12-cv-00875, 3 in MOW/4:12-cv-00882, 3 in MSS/3:12-cv-00485, 3 in NYW/1:12-cv-00551, 3 in NYW/1:12-cv-00612, 3 in NYW/6:12-cv-06357, 3 in TNE/2:12-cv-00270, 3 in TNM/2:12-cv-00065, 3 in TNW/1:12-cv-01157, 3 in TNW/2:12-cv-02554, 3 in TNW/2:12-cv-02555, 3 in TNW/2:12-cv-02556, 3 in TNW/2:12-cv-02557, 3 in TNW/2:12-cv-02558, 3 in TNW/2:12-cv-02559, 3 in TNW/2:12-cv-02561, 3 in TNW/2:12-cv-02562, 3 in TNW/2:12-cv-02563, 3 in TNW/2:12-cv-02564, 3 in TNW/2:12-cv-02565, 3 in TNW/2:12-cv-02566, 3 in TNW/2:12-cv-02567, 3 in TNW/2:12-cv-02568, 3 in TNW/2:12-cv-02569, 3 in TNW/2:12-cv-02570, 3 in TNW/2:12-cv-02571, 3 in TNW/2:12-cv-02572, 3 in TNW/2:12-cv-02573, 3 in TNW/2:12-cv-02574, 3 in UT/1:12-cv-00143).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Viginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF to: JPMLCMDECF 07/25/2012 09:09 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 7/25/2012 at 9:07 AM EDT and filed on 7/25/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 478 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Phillips v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00872 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Ball et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/6:12-cv-00135 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in***

***MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Bodah v. Ethicon, Inc. et al |
| **Case Number:** | FLS/2:12-cv-14105 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kitts v. Ethicon, Inc. et al |

**Case Number:** TNW/2:12-cv-02565
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** McLaughlin v. Ethicon, Inc. et al
**Case Number:** NYW/6:12-cv-06357
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in***

***TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kerley et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00065 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hampton et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00070 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Francis v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02558 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Wimberly v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02574 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hutson v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02562 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in*

***TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Shama v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02573 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Datz et al v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00551 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Lester et al v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00612 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in***

***TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Ashburn v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02554 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Pamperin v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02570 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in***

***KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Davis et al v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00143 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Ouzts v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02568 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Sneed v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00882 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in***

***TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Sexton v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02572 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kell v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02564 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Burlison v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02556 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hodge v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02559 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Leach v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02566 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in***

***MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Staton v. Johnson & Johnson et al |
| **Case Number:** | MSS/3:12-cv-00485 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Jolly v. Ethicon, Inc. et al |

**Case Number:** TNW/2:12-cv-02563
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Orr et al v. Ethicon, Inc. et al
**Case Number:** TNE/2:12-cv-00270
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in***

***TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Owens v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02569 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Branson v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02555 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Gross et al v. Johnson & Johnson et al |
| **Case Number:** | TNW/1:12-cv-01157 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Mays v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02567 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | FLOWERS et al v. Johnson & Johnson et al |
| **Case Number:** | TNW/2:12-cv-02571 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in***

***TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Adkins v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00214 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Holden v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02561 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Rodriguez et al v. Ethicon, Inc. et al
**Case Number:** MOW/4:12-cv-00874
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in***

***TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Champion et al v. Ethicon Inc et al |
| **Case Number:** | ALN/1:12-cv-02423 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Christian v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02557 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in***

***KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Bynum et al v. Ethicon, Inc et al |
| **Case Number:** | ALN/4:12-cv-02407 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s)** ***re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Medcoff et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00875 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-42) - 38 action(s) *re: pldg. (1 in ALN/1:12-cv-02423, 1 in ALN/4:12-cv-02407, 1 in FLS/2:12-cv-14105, 1 in KYE/5:12-cv-00214, 1 in KYE/6:12-cv-00135, 1 in KYE/7:12-cv-00070, [452] in MDL No. 2327, 1 in MOW/4:12-cv-00872, 1 in MOW/4:12-cv-00874, 1 in MOW/4:12-cv-00875, 1 in MOW/4:12-cv-00882, 1 in MSS/3:12-cv-00485, 1 in NYW/1:12-cv-00551, 1 in NYW/1:12-cv-00612, 1 in NYW/6:12-cv-06357, 1 in TNE/2:12-cv-00270, 1 in TNM/2:12-cv-00065, 1 in TNW/1:12-cv-01157, 1 in TNW/2:12-cv-02554, 1 in TNW/2:12-cv-02555, 1 in TNW/2:12-cv-02556, 1 in TNW/2:12-cv-02557, 1 in TNW/2:12-cv-02558, 1 in TNW/2:12-cv-02559, 1 in TNW/2:12-cv-02561, 1 in TNW/2:12-cv-02562, 1 in TNW/2:12-cv-02563, 1 in TNW/2:12-cv-02564, 1 in TNW/2:12-cv-02565, 1 in TNW/2:12-cv-02566, 1 in TNW/2:12-cv-02567, 1 in TNW/2:12-cv-02568, 1 in TNW/2:12-cv-02569, 1 in TNW/2:12-cv-02570, 1 in TNW/2:12-cv-02571, 1 in TNW/2:12-cv-02572, 1 in TNW/2:12-cv-02573, 1 in TNW/2:12-cv-02574, 1 in UT/1:12-cv-00143)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00872 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00872 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00135 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/6:12-cv-00135 Notice will not be electronically mailed to:**

**FLS/2:12-cv-14105 Notice has been electronically mailed to:**

Joseph A Osborne JAOsborne@Babbitt-Johnson.com, Jaosborne@babbitt-johnson.com, kaguilera@babbitt-johnson.com

**FLS/2:12-cv-14105 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02565 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02565 Notice will not be electronically mailed to:**

**NYW/6:12-cv-06357 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Brian A Goldstein brian.goldstein@cellinoandbarnes.com

**NYW/6:12-cv-06357 Notice will not be electronically mailed to:**

**TNM/2:12-cv-00065 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Aimee H Wagstaff aimee.wagstaff@ahw-law.com

J. Paul Sizemore paul@sizemorelawfirm.com

**TNM/2:12-cv-00065 Notice will not be electronically mailed to:**

**KYE/7:12-cv-00070 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com,
alexander_torres@fleming-law.com

**KYE/7:12-cv-00070 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02558 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02558 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02574 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,

laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02574 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02562 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02562 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02573 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02573 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00551 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Brian A Goldstein brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00551 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00612 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Brian A Goldstein brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00612 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02554 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02554 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02570 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02570 Notice will not be electronically mailed to:**

**UT/1:12-cv-00143 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Laura V Yaeger laura_yaeger@fleming-law.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

Rhome D. Zabriskie rhomelawyer@yahoo.com

**UT/1:12-cv-00143 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02568 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02568 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00882 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00882 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02572 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02572 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02564 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02564 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02556 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02556 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02559 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02559 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02566 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02566 Notice will not be electronically mailed to:**

**MSS/3:12-cv-00485 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Kari L. Sutherland kari.sutherland@butlersnow.com

Laura Louise Hill laura.dixon@butlersnow.com

Leslie D. Roussell LeslieRoussell@bellsouth.net

**MSS/3:12-cv-00485 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02563 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02563 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00270 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com,

lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

**TNE/2:12-cv-00270 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02569 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02569 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02555 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02555 Notice will not be electronically mailed to:**

**TNW/1:12-cv-01157 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

James Paul Sizemore paul@sizemorelawfirm.com, paul@sizemoretaylor.net

**TNW/1:12-cv-01157 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02567 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02567 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02571 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

James Paul Sizemore paul@sizemorelawfirm.com, paul@sizemoretaylor.net

**TNW/2:12-cv-02571 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00214 Notice has been electronically mailed to:**

Mark K. Gray mgray@grayandwhitelaw.com

Joseph A Osborne jaosborne@babbitt-johnson.com, Jaosborne@babbitt-johnson.com, kaguilera@babbitt-johnson.com

**KYE/5:12-cv-00214 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02561 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02561 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00874 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00874 Notice will not be electronically mailed to:**

**ALN/1:12-cv-02423 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jon Collins Conlin TVMInfo@cwcd.com

**ALN/1:12-cv-02423 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02557 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02557 Notice will not be electronically mailed to:**

**ALN/4:12-cv-02407 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Wesley Chadwick Cook chad.cook@beasleyallen.com, ellen.royal@beasleyallen.com, tabitha.dean@beasleyallen.com

P Leigh O'Dell leigh.odell@beasleyallen.com

Andy Dow Birchfield, Jr andy.birchfield@beasleyallen.com, Andy.Birchfield@BeasleyAllen.com

**ALN/4:12-cv-02407 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00875 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00875 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/25/2012]
[FileNumber=306087-0]
[57576264515c27fab8d33dfb7ceef557c2334db1cb559d78d0d2e86984a719272afc
0

b5f54abff0ed7c3619790432b3310bbb6a0de4d15ce7b1436ed5b1a91e6]]