UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION
Arceneaux et al v. Johnson & Johnson et al.,                    )
    E.D. Louisiana, C.A. No. 2:12-01599                    )          MDL No. 2327

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Arceneaux*) on July 2, 2012. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Arceneaux* filed a notice of opposition to the proposed transfer. Defendants subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-38" filed on July 2, 2012, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

                                          FOR THE PANEL:

                                          Jeffery N. Lüthi
                                          Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay (Transferee and Transferor Courts)

**JPMLCMECF**   to: JPMLCMDECF                           07/25/2012 11:03 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/25/2012 at 11:03 AM EDT and filed on 7/25/2012

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

A Conditional Transfer Order was filed on 7/2/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.

This Order Lifting Stay of the Conditional Transfer Order CTO-38 is directed to you for filing.

28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01599 (LAH)**

| | |
|---|---|
| **Case Name:** | Arceneaux et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01599 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 7/2/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-38 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01599 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF   to: JPMLCMDECF                                    07/25/2012 10:56 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/25/2012 at 10:55 AM EDT and filed on 7/25/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 479 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-38) ((1 in LAE/2:12-cv-01599, [413] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that the stay of CTO-38 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01599 (LAH)**

| | |
|---|---|
| **Case Name:** | Arceneaux et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01599 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-38) ((1 in LAE/2:12-cv-01599, [413] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that the stay of CTO-38 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/25/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-01599 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch   carl@facslaw.com, terry@facslaw.com

Michael J Farrell   mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso   mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr   hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas   dbthomas@agmtlaw.com

Paul T Farrell, Jr   paul@greeneketchum.com

Marc E. Williams   marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01599 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Allan Berger   aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger   ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01599 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/25/2012] [FileNumber=306196-0]
[22f8b9b5ad92a3cf583faf87ceb77c7894adbfcb237c6a5806a9d8094eb9f67e3a3bb
2a1142d4652f892ef0460d35e12397ab83764f1693a18b0f3aa90fe33c1]]