UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : | CIVIL ACTION NO. 2:12-md-02327 <u>MDL No. 2327</u> |
| ------------------------------------------------------------ | : | Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : | |
| ------------------------------------------------------------ X | | |

To:  Christy D. Jones, Esq.
 Butler, Snow, O'Mara Stevens & Cannada, PLLC
 1020 Highland Colony Parkway
 Suite 1400
 Ridgeland, MS 39157
 601-948-5711

**<u>PLAINTIFFS' CERTIFICATE OF SERVICE OF
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS</u>**

I hereby certify that on July 25, 2012, I served Plaintiff's First Request for Production of Documents to Defendants via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

 By: ____/s/Thomas P. Cartmell_____
  THOMAS P. CARTMELL
  Wagstaff & Cartmell LLP
  4740 Grand Avenue, Suite 300
  Kansas City, MO 64112
  816-701-1102
  Fax 816-531-2372
  tcartmell@wcllp.com

  D. RENEE BAGGETT
  Aylstock, Witkin, Kreis and Overholtz, PLC
  17 E. Main Street, Suite 200
  Pensacola, FL 32563
  850-202-1010
  850-916-7449
  Rbaggett@awkolaw.com

  *Plaintiffs' Co-Lead Counsel*