UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------ x
IN RE ETHICON, INC., PELVIC REPAIR : CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY : <u>MDL No. 2327</u>
LITIGATION :
------------------------------------------------------------ : Judge Joseph R. Goodwin
This Document Applies To All Actions :
------------------------------------------------------------ X

To:  Christy D. Jones, Esq.
     Butler, Snow, O'Mara Stevens & Cannada, PLLC
     1020 Highland Colony Parkway
     Suite 1400
     Ridgeland, MS 39157
     601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF
NOTICE TO TAKE ORAL DEPOSITION OF DEFENDANT
THROUGH DESIGNATED WITNESSES**

I hereby certify that on July 25, 2012, I served Plaintiff's Notice to Take Oral Deposition of Defendant through Designated Witnesses via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/Thomas P. Cartmell
      THOMAS P. CARTMELL
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      816-701-1102
      Fax 816-531-2372
      tcartmell@wcllp.com

      D. RENEE BAGGETT
      Aylstock, Witkin, Kreis and Overholtz, PLC
      17 E. Main Street, Suite 200
      Pensacola, FL 32563
      850-202-1010
      850-916-7449
      Rbaggett@awkolaw.com

      *Plaintiffs' Co-Lead Counsel*