# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327 <br> MDL No. 2327 <br><br> Judge Joseph R. Goodwin |
| This Document Applies To All Actions | |

---

To:  Christy D. Jones, Esq.
     Butler, Snow, O'Mara Stevens & Cannada, PLLC
     1020 Highland Colony Parkway
     Suite 1400
     Ridgeland, MS 39157
     601-948-5711

## PLAINTIFFS' CERTIFICATE OF SERVICE OF NOTICE TO TAKE ORAL DEPOSITION OF DEFENDANT THROUGH DESIGNATED WITNESSES ON ELECTRONICALLY STORED INFORMATION

I hereby certify that on July 25, 2012, I served Plaintiff's Notice to Take Oral Deposition of Defendant through Designated Witnesses on Electronically Stored Information via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/Thomas P. Cartmell
      THOMAS P. CARTMELL
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      816-701-1102
      Fax 816-531-2372
      tcartmell@wcllp.com

        D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

*Plaintiffs' Co-Lead Counsel*