# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:12-md-02327

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel   ☒ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Robinson | Susan | M. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 5169 WV | srobinson@tcspllc.com |

Party Representing: Ethicon, Inc. and Johnson & Johnson

| Originating Case Number: | Originating District: |
|---|---|

Originating Short-Case Style:

| Direct Dial Number: (304) 414-1808 | Cell Phone Number: |
|---|---|
| Secretary Name: Vicki R. Wolfe | Paralegal Name: Robyn C. Davis |

### LAW FIRM INFORMATION

Firm Name: Thomas Combs & Spann, PLLC

Address: P.O. Box 3824

| City: Charleston | State: WV | Zip: 25338 |
|---|---|---|

| Firm Phone Number: (304) 414-1800 | Firm Fax Number: (304) 414-1801 |
|---|---|

Other members of firm involved in this litigation: David B. Thomas and Philip J. Combs

| 07/26/12 | s/ Susan M. Robinson |
|---|---|
| Date | Electronic Signature |