# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/26/2012  Case Number 2:12-cv-2325
Case Style: In Re: C. R. Bard, Inc. vs.
Type of hearing Science Day Conference
Before the honorable: 2513-Goodwin
Court Reporter  Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Henry Garrard, Ben Anderson, Amy Eskin and Fidelma Fitzpatrick

Attorney(s) for the Defendant(s) Barbara Binis and Christy Jones

Law Clerk Kate Fife  Probation Officer

## Trial Time

## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).

## Court Time

9:55 am   to 12:10 pm
12:20 pm  to 12:30 pm
Total Court Time: 2 Hours 25 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 10:00 a.m.
Actual start time 9:55 a.m.

SCIENCE DAY CONFERENCE
Chief Judge Goodwin and Magistrate Judge Stanley presiding.

Lead counsel for American Medical Systems MDL 2325 - Barbara Binis
Lead counsel for Ethicon MDL 2327 - Christy Jones

Show and Tell Agenda
American Medical Systems, Inc.'s Presentation - Barbara Binis

Ethicon, Inc.'s Presentation - Christy Jones

Pltfs' Response Presentation - Ben Anderson, Amy Eskin and Fidelma Fitzpatrick
End time 12:10 p.m.

Start time 12:20 p.m.

Mr. Anderson continues his demonstration
Defts will respond at the next conference in September
End time 12:30 p.m.