# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 7/26/2012                                                Case Number 2:10-md-02187

Case Style: In Re:  C. R. Bard, Inc. vs.

Type of hearing Status Conference

Before the honorable: 2513-Goodwin

Court Reporter Teresa Harvey                            Courtroom Deputy Robin Clark

Attorney(s) for the Plaintiff or Government Henry Garrard, Fred Thompson, Bryan Aylstock, Carl Frankovitch

Attorney(s) for the Defendant(s) Barbara Binis, Michael Farrell, Christy Jones, Phil Combs

Law Clerk Kate Fife                                           Probation Officer

Trial Time

Non-Trial Time

Pretrial conference (including settlement and telephone conferences).

Court Time

12:40 pm   to 1:55 pm
2:00 pm    to 2:40 pm
Total Court Time: 1 Hours 55 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Scheduled start time 1:00 p.m.
Actual start time 12:40 p.m.

STATUS CONFERENCE
Chief Judge Goodwin and Magistrate Judge Stanley presiding

2:10-md-2187   In Re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation
2:12-md-2325   In Re: American Medical Systems, Inc., Pelvic Repair System Product Liability Litigation
2:12-md-2326   In Re:  Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
2:12-md-2327   In Re:  Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation

Counsel for parties present
Coordinating Co-lead counsel for Plaintiffs - Bryan Aylstock, Henry Garrard, Fred Thompson
Co-lead counsel for American Medical Systems MDL 2325 - Amy Eskin and Fidelma Fitzpatrick
Co-lead counsel for Boston Scientific MDL 2326 - Clayton Clark and Aimee Wagstaff
Co-lead counsel for Ethicon MDL 2327 - Renee Baggatt and Tom Cartmell
Plaintiffs executive committee:  Bryan Aylstock, Henry Garrard, Fred Thompson, Tom Cartmell, Clayton Clark, Amy Eskin, Derek Potts and Aimee Wagstaff.
Plaintiffs Co-liaison counsel:  Harry Bell, Paul Farrell and Carl Frankovitch

Lead counsel for American Medical Systems MDL 2325 - Barbara Binis
Lead counsel for Boston Scientific MDL 2326 - Bryan Pratt, standing in for Robert Adams
Lead counsel for Ethicon MDL 2327 - Christy Jones
Defendants Liaison counsel:  Michael Bonasso, David Thomas and Michael Farrell.  Mark Williams defendants liaison counsel in the Bard MDL.

Additional counsel present

# District Judge Daybook Entry

Phil Combs, Defts counsel
William F. Bottoms, Defts counsel
Erik W. Legg, Defts counsel
Tracy Weiss, Defts counsel
Ben Anderson, Defts counsel
Bryan Pratt, Counsel for Boston Scientific Corp
Debbie Moeller, Counsel for Sofradim
Richard North, Counsel for Bard/Sofradim
Melissa Foster Bird, Counsel for Bard/Sofradim
Donna Brown Jacobs, Counsel for Ethicon/J&J
Douglas B. King, Pltfs counsel
Matt Keenan, Boston Scientific
Martin Gump, PSL
Elizabeth Taylor, Boston Scientific
Frederick Ferrard, Hernia mesh S & L
Lisa Blue, Pltfs counsel
J.R. Rogers, CR. Bard
Mr. McGregory, Coloplast Corp.

Agenda
Agenda Issues Common to MDL Nos. 2325, 2326, and 2327
a.  Direct Filing and Direct Filing Orders
b.  Pltf Profile Sheets
c.  Overall status of ESI protocols
d.  Overall status of Protective Orders
e.  Overall status of Preservation Orders
f.  Overall status of Privilege Orders

Agenda Issues for MDL 2327 - Ethicon
a.  ESI Protocol
b.  30(B)(6) depositions
c.  New Jersey Update
d.  Pending Motions to Dismiss/Remand

Agenda Issues for MDL 2326 - Boston Scientific
a.  Short Form Complaint Issue
b.  Pending Motions to Dismiss/Remand

Agenda Issues for MDL 2325 - AMS
a.  Production of Ambroff and Boatman depositions and documents
b.  ESI Protocol
c.  30(B)(6) depositions
d.  Pending Motions to Dismiss/Remand

Agenda Issues for MDL 2187 - Bard
a.  Paragraph 2(a)(iii) of Proposed Scheduling as to Group 2 set of cases

Waiver of Service Orders.
Severance Order.
Withdrawal of Sandra Bresnick for Sofradim Production SAS.
Next Status Conference is scheduled for September 13, 2012 at 1:00 p.m.
Boston Scientific will conduct their Science Day presentation on 09/13/2012.  AMS has 15 minutes to respond to presentation.
End time 1:55 p.m.

Start time 2:00 p.m.
Agenda Issues for MDL 2187 - Bard
a.  Paragraph 2(a)(iii) of Proposed Scheduling as to Group 2 set of cases
End time 2:40 p.m.

**District Judge Daybook Entry**