# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –43)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 342 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 26, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                   MDL No. 2327

### SCHEDULE CTO–43 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA MIDDLE**

| ALM | 3 | 12–00602 | Glenn et al v. Ethicon, Inc. et al |

**ALABAMA NORTHERN**

| ALN | 2 | 12–02449 | Turner v. Johnson & Johnson et al |
| ALN | 3 | 12–02446 | Kelley et al v. Ethicon Inc et al |

**ALABAMA SOUTHERN**

| ALS | 2 | 12–00451 | Jelks v. Ethicon, Inc. et al |

**KENTUCKY EASTERN**

| KYE | 2 | 12–00151 | Jackson et al v. Johnson & Johnson et al |
| KYE | 3 | 12–00047 | Knox et al v. Ethicon, Inc. et al |
| KYE | 5 | 12–00217 | Thacker v. Ethicon, Inc. et al |
| KYE | 5 | 12–00222 | Wooten et al v. Ethicon, Inc. et al |
| KYE | 6 | 12–00141 | Blankenship et al v. Johnson & Johnson et al |
| KYE | 6 | 12–00142 | Manus v. Johnson & Johnson et al |
| KYE | 6 | 12–00143 | Bird et al v. Johnson & Johnson et al |
| KYE | 7 | 12–00074 | Keller v. Ethicon, Inc. et al |

**MISSOURI WESTERN**

| MOW | 4 | 12–00888 | Lawrence et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00889 | Wynn et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00892 | Moses et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00897 | Waldran et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00901 | Anglian v. Ethicon, Inc. et al |
| MOW | 4 | 12–00912 | Damron et al v. Johnson & Johnson et al |
| MOW | 4 | 12–00914 | Maine et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00915 | Stokes et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00918 | Webster et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00919 | Hightower v. Ethicon, Inc. et al |

| MOW | 4 | 12–00924 | Schmitt v. Ethicon, Inc. et al |
| MOW | 4 | 12–00926 | Hanlon et al v. Ethicon, Inc. et al |
| MOW | 4 | 12–00928 | Jones v. Ethicon, Inc. et al |

TENNESSEE MIDDLE

| TNM | 1 | 12–00073 | Collins v. Ethicon, Inc. et al |

UTAH

| UT | 1 | 12–00139 | Beckstead v. Ethicon et al |
| UT | 1 | 12–00140 | Hollingsworth v. Ethicon et al |
| UT | 1 | 12–00144 | Taggart v. Ethicon et al |
| UT | 1 | 12–00145 | Ammons et al v. Ethicon et al |
| UT | 2 | 12–00638 | Thornwall v. Ethicon et al |
| UT | 2 | 12–00642 | West v. Ethicon et al |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)**
JPMLCMECF   to:  JPMLCMDECF                                    07/26/2012 09:28 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/26/2012 at 9:27 AM EDT and filed on 7/26/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Stokes et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00915 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Webster et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00918 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kelley et al v. Ethicon Inc et al |
| **Case Number:** | ALN/3:12-cv-02446 |
| **Filer:** | |
| **Document** | |

**Number:**          No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Keller v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00074 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in

ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in
KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in
KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in
KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in
MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in
MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in
MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in
MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in
MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in
UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in
UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Taggart v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00144 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43)
Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in
ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in
KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in
KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in
KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in
MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in
MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in
MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in

MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Maine et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00914 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any

party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Hollingsworth v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00140 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| Case Name: | Ammons et al v. Ethicon et al |
|---|---|
| **Case Number:** | UT/1:12-cv-00145 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| Case Name: | Bird et al v. Johnson & Johnson et al |
|---|---|
| **Case Number:** | KYE/6:12-cv-00143 |

**Filer:**

**Document
Number:**     No document attached


**Docket Text:**

***TEXT ONLY ENTRY***


**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43)
Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in
ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in
KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in
KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in
KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in
MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in
MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in
MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in
MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in
MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in
UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in
UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**


**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.**


**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.**


**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**


**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Manus v. Johnson & Johnson et
al

**Case Number:**     KYE/6:12-cv-00142

**Filer:**

**Document
Number:**     No document attached


**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Wooten et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00222 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in**

MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Jones v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00928 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Anglian v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00901 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Thornwall v. Ethicon et al |
| **Case Number:** | UT/2:12-cv-00638 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Thacker v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00217 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Knox et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/3:12-cv-00047 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Damron et al v. Johnson & Johnson et al |
| **Case Number:** | MOW/4:12-cv-00912 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in**

KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Waldran et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00897 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in

MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| Case Name: | Glenn et al v. Ethicon, Inc. et al |
|---|---|
| Case Number: | ALM/3:12-cv-00602 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Wynn et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00889 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hanlon et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00926 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Moses et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00892 |

**Filer:**

**Document
Number:**      No document attached


**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43)
Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in
ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in
KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in
KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in
KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in
MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in
MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in
MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in
MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in
MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in
UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in
UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Turner v. Johnson & Johnson et
al

**Case Number:**    ALN/2:12-cv-02449

**Filer:**

**Document
Number:**      No document attached


**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | West v. Ethicon et al |
| **Case Number:** | UT/2:12-cv-00642 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in**

MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Beckstead v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00139 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Collins v. Ethicon, Inc. et al |
| **Case Number:** | TNM/1:12-cv-00073 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia**

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Hightower v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00919 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Blankenship et al v. Johnson & Johnson et al |
| **Case Number:** | KYE/6:12-cv-00141 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Jackson et al v. Johnson & Johnson et al |
| **Case Number:** | KYE/2:12-cv-00151 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Lawrence et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00888 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in**

KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Schmitt v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00924 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in

MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Jelks v. Ethicon, Inc. et al |
| **Case Number:** | ALS/2:12-cv-00451 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-43) Finalized on 7/26/12. Please see pleading (3 in ALM/3:12-cv-00602, 3 in ALN/2:12-cv-02449, 3 in ALN/3:12-cv-02446, 3 in ALS/2:12-cv-00451, 3 in KYE/2:12-cv-00151, 3 in KYE/3:12-cv-00047, 3 in KYE/5:12-cv-00217, 3 in KYE/5:12-cv-00222, 3 in KYE/6:12-cv-00141, 3 in KYE/6:12-cv-00142, 3 in KYE/6:12-cv-00143, 3 in KYE/7:12-cv-00074, [485] in MDL No. 2327, 3 in MOW/4:12-cv-00888, 3 in MOW/4:12-cv-00889, 3 in MOW/4:12-cv-00892, 3 in MOW/4:12-cv-00897, 3 in MOW/4:12-cv-00901, 3 in MOW/4:12-cv-00912, 3 in MOW/4:12-cv-00914, 3 in MOW/4:12-cv-00915, 3 in MOW/4:12-cv-00918, 3 in MOW/4:12-cv-00919, 3 in MOW/4:12-cv-00924, 3 in MOW/4:12-cv-00926, 3 in MOW/4:12-cv-00928, 3 in TNM/1:12-cv-00073, 3 in UT/1:12-cv-00139, 3 in UT/1:12-cv-00140, 3 in UT/1:12-cv-00144, 3 in UT/1:12-cv-00145, 3 in UT/2:12-cv-00638, 3 in UT/2:12-cv-00642).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF to: JPMLCMDECF                                           07/26/2012 09:22 AM

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 7/26/2012 at 9:21 AM EDT and filed on 7/26/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 485 |

**Docket Text:**
<span style="color:blue">**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* Inasmuch as no objection is pending at this time, the stay is lifted.**</span>

<span style="color:blue">**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**</span>

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Webster et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00918 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Keller v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00074 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in*

*MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Taggart v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00144 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Ammons et al v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00145 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1*

*in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Manus v. Johnson & Johnson et al |
| **Case Number:** | KYE/6:12-cv-00142 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Anglian v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00901 |

**Filer:**
**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| **Case Name:** | Thacker v. Ethicon, Inc. et al |
| **Case Number:** | [KYE/5:12-cv-00217](#) |

**Filer:**
**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Damron et al v. Johnson & Johnson et al |
| **Case Number:** | MOW/4:12-cv-00912 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Moses et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00892 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in*

*MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Turner v. Johnson & Johnson et al |
| **Case Number:** | ALN/2:12-cv-02449 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Collins v. Ethicon, Inc. et al |
| **Case Number:** | TNM/1:12-cv-00073 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| **Case Name:** | Hightower v. Ethicon, Inc. et al |
| --- | --- |
| **Case Number:** | MOW/4:12-cv-00919 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Lawrence et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00888 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Jelks v. Ethicon, Inc. et al |
| **Case Number:** | ALS/2:12-cv-00451 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in***

*UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Stokes et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00915 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kelley et al v. Ethicon Inc et al |
| **Case Number:** | ALN/3:12-cv-02446 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in*

*KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Maine et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00914 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hollingsworth v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00140 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Wooten et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00222 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Bird et al v. Johnson & Johnson et al |
| **Case Number:** | KYE/6:12-cv-00143 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Jones v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00928 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in***

*UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Thornwall v. Ethicon et al |
| **Case Number:** | UT/2:12-cv-00638 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Knox et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/3:12-cv-00047 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in*

*KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Waldran et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00897 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Glenn et al v. Ethicon, Inc. et al |
| **Case Number:** | ALM/3:12-cv-00602 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Wynn et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00889 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hanlon et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00926 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg.* (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | West v. Ethicon et al |
| **Case Number:** | UT/2:12-cv-00642 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s) *re: pldg.* (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in**

*UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Beckstead v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00139 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Blankenship et al v. Johnson & Johnson et al |
| **Case Number:** | KYE/6:12-cv-00141 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in*

*KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Jackson et al v. Johnson & Johnson et al |
| **Case Number:** | KYE/2:12-cv-00151 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Schmitt v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00924 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-43) - 32 action(s)** *re: pldg. (1 in ALM/3:12-cv-00602, 1 in ALN/2:12-cv-02449, 1 in ALN/3:12-cv-02446, 1 in ALS/2:12-cv-00451, 1 in KYE/2:12-cv-00151, 1 in KYE/3:12-cv-00047, 1 in KYE/5:12-cv-00217, 1 in KYE/5:12-cv-00222, 1 in KYE/6:12-cv-00141, 1 in KYE/6:12-cv-00142, 1 in KYE/6:12-cv-00143, 1 in KYE/7:12-cv-00074, [463] in MDL No. 2327, 1 in MOW/4:12-cv-00888, 1 in MOW/4:12-cv-00889, 1 in MOW/4:12-cv-00892, 1 in MOW/4:12-cv-00897, 1 in MOW/4:12-cv-00901, 1 in MOW/4:12-cv-00912, 1 in MOW/4:12-cv-00914, 1 in MOW/4:12-cv-00915, 1 in MOW/4:12-cv-00918, 1 in MOW/4:12-cv-00919, 1 in MOW/4:12-cv-00924, 1 in MOW/4:12-cv-00926, 1 in MOW/4:12-cv-00928, 1 in TNM/1:12-cv-00073, 1 in UT/1:12-cv-00139, 1 in UT/1:12-cv-00140, 1 in UT/1:12-cv-00144, 1 in UT/1:12-cv-00145, 1 in UT/2:12-cv-00638, 1 in UT/2:12-cv-00642)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/26/2012.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00918 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00918 Notice will not be electronically mailed to:**

**KYE/7:12-cv-00074 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com,
alexander_torres@fleming-law.com

**KYE/7:12-cv-00074 Notice will not be electronically mailed to:**

**UT/1:12-cv-00144 Notice has been electronically mailed to:**

Laura V Yaeger laura_yaeger@fleming-law.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com,
alexander_torres@fleming-law.com

Rhome D. Zabriskie rhomelawyer@yahoo.com

**UT/1:12-cv-00144 Notice will not be electronically mailed to:**

**UT/1:12-cv-00145 Notice has been electronically mailed to:**

Laura V Yaeger laura_yaeger@fleming-law.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com,
alexander_torres@fleming-law.com

Rhome D. Zabriskie rhomelawyer@yahoo.com

**UT/1:12-cv-00145 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00142 Notice has been electronically mailed to:**

Charles C. Adams, Jr chuck.adams@herrenadams.com

**KYE/6:12-cv-00142 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00901 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00901 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00217 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/5:12-cv-00217 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00912 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00912 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00892 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00892 Notice will not be electronically mailed to:**

**ALN/2:12-cv-02449 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Kenneth E Riley kriley@frplegal.com

**ALN/2:12-cv-02449 Notice will not be electronically mailed to:**

**TNM/1:12-cv-00073 Notice has been electronically mailed to:**

Laura V Yaeger laura_yaeger@fleming-law.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

James R. Omer, Sr jim@omerlaw.com

**TNM/1:12-cv-00073 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00919 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00919 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00888 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00888 Notice will not be electronically mailed to:**

**ALS/2:12-cv-00451 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jon Collins Conlin TVMInfo@cwcd.com

**ALS/2:12-cv-00451 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00915 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00915 Notice will not be electronically mailed to:**

**ALN/3:12-cv-02446 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Yvonne M Flaherty ymflaherty@locklaw.com

G. Courtney French cfrench@fpflaw.com

**ALN/3:12-cv-02446 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00914 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Bret A. Clark bclark@potts-law.com

**MOW/4:12-cv-00914 Notice will not be electronically mailed to:**

**UT/1:12-cv-00140 Notice has been electronically mailed to:**

Laura V Yaeger laura_yaeger@fleming-law.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

Rhome D. Zabriskie rhomelawyer@yahoo.com

**UT/1:12-cv-00140 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00222 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/5:12-cv-00222 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00143 Notice has been electronically mailed to:**

Ronald Edward Johnson, Jr rjohnson@pschachter.com, adavis@pschachter.com, phendy@pschachter.com, ssmith@pschachter.com

Aimee H Wagstaff awagstaff@ahw-law.com, aimee.wagstaff@ab-plc.com

**KYE/6:12-cv-00143 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00928 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00928 Notice will not be electronically mailed to:**

**UT/2:12-cv-00638 Notice has been electronically mailed to:**

Laura V Yaeger laura_yaeger@fleming-law.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

Rhome D. Zabriskie rhomelawyer@yahoo.com

**UT/2:12-cv-00638 Notice will not be electronically mailed to:**

**KYE/3:12-cv-00047 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/3:12-cv-00047 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00897 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00897 Notice will not be electronically mailed to:**

**ALM/3:12-cv-00602 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

Jon Collins Conlin TVMInfo@cwcd.com

**ALM/3:12-cv-00602 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00889 Notice has been electronically mailed to:**

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M Kuntz jkuntz@wcllp.com

**MOW/4:12-cv-00889 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00926 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00926 Notice will not be electronically mailed to:**

**UT/2:12-cv-00642 Notice has been electronically mailed to:**

Laura V Yaeger laura_yaeger@fleming-law.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com,
alexander_torres@fleming-law.com

Rhome D. Zabriskie rhomelawyer@yahoo.com

**UT/2:12-cv-00642 Notice will not be electronically mailed to:**

**UT/1:12-cv-00139 Notice has been electronically mailed to:**

Laura V Yaeger laura_yaeger@fleming-law.com

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com,
alexander_torres@fleming-law.com

Rhome D. Zabriskie rhomelawyer@yahoo.com

**UT/1:12-cv-00139 Notice will not be electronically mailed to:**

**KYE/6:12-cv-00141 Notice has been electronically mailed to:**

Michael G Stag mstag@smithstag.com

Tad Thomas tthomas@thomasandlyon.com

Merritt E Cunningham mcunningham@smithstag.com

Joseph Lyon jlyon@thomasandlyon.com, JLyon@thelyonfirm.com, jlyon@thelyonfirm.com

**KYE/6:12-cv-00141 Notice will not be electronically mailed to:**

David L. Lowans
LawCo USA PLLC

1800 Redwood Terrace NW
Suite 1800
Washington, DC 20012

**KYE/2:12-cv-00151 Notice has been electronically mailed to:**

Michael G Stag mstag@smithstag.com

Tad Thomas tthomas@thomasandlyon.com

Merritt E Cunningham mcunningham@smithstag.com

Joseph Lyon jlyon@thomasandlyon.com, JLyon@thelyonfirm.com, jlyon@thelyonfirm.com

**KYE/2:12-cv-00151 Notice will not be electronically mailed to:**

David L. Lowans
LawCo USA PLLC
1800 Redwood Terrace NW
Suite 1800
Washington, DC 20012

**MOW/4:12-cv-00924 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00924 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/26/2012]
[FileNumber=306657-0]
[bac993d936b996efd1c6fde092dcc27b4b6fc1cd2192f9e28a618b6930f31a86e879
b
57c3d0b4f4a7e8dc31b18cec73e91fa27c17dd0741a3e34c52850d50211]]