### UNITED STATES JUDICIAL PANEL
#### on
### MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**          MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –44)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 360 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 31, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO–44 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 12–22559 | Ruiz–Lambert v. Ethicon, Inc. et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 12–01627 | Guichard v. Johnson & Johnson et al |
| LAE | 2 | 12–01762 | Culbertson et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01810 | Camanga v. Ethicon Inc et al |
| LAE | 2 | 12–01811 | Busby v. Ethicon Inc et al |
| LAE | 2 | 12–01813 | Rasch v. Ethicon Inc et al |
| LAE | 2 | 12–01819 | Arnold et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01822 | Duet et al v. Johnson & Johnson et al |
| LAE | 2 | 12–01824 | Brugier et al v. Johnson & Johnson et al |
| **MINNESOTA** | | | |
| MN | 0 | 12–01688 | Mattingly v. Ethicon, Inc. et al |
| MN | 0 | 12–01689 | Griffin v. Ethicon, Inc. et al |
| **NEW MEXICO** | | | |
| NM | 1 | 12–00760 | Avila v. Johnson & Johnson et al |
| NM | 1 | 12–00761 | Bond v. Johnson & Johnson et al |
| NM | 1 | 12–00763 | Kidwell v. Johnson & Johnson et al |
| NM | 1 | 12–00765 | McClave v. Johnson & Johnson et al |
| NM | 1 | 12–00766 | Perry v. Johnson & Johnson et al |
| NM | 1 | 12–00767 | Register v. Johnson & Johnson et al |
| NM | 1 | 12–00768 | Ring v. Johnson & Johnson et al |
| **TENNESSEE EASTERN** | | | |
| TNE | 3 | 12–00311 | Stewart et al v. Ethicon, Inc. et al |
| **TENNESSEE MIDDLE** | | | |

| TNM | 1 | 12–00067 | Bates et al v. Johnson & Johnson et al |
| TNM | 2 | 12–00071 | Secord, et al. v. Johnson & Johnson et al |
| TNM | 3 | 12–00696 | Dano et al v. Johnson & Johnson et al |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)**
JPMLCMECF to: JPMLCMDECF                                    07/31/2012 09:47 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/31/2012 at 9:46 AM EDT and filed on 7/31/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the**

**district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| Case Name: | Culbertson et al v. Johnson & Johnson et al |
|---|---|
| Case Number: | LAE/2:12-cv-01762 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)

| | |
|---|---|
| **Case Name:** | Guichard v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01627 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688,

**MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Bates et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/1:12-cv-00067 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Ruiz-Lambert v. Ethicon, Inc. et al |
| **Case Number:** | FLS/1:12-cv-22559 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | McClave v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00765 |
| **Filer:** | |

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)

**Case Name:**   Register v. Johnson & Johnson et al

**Case Number:**   NM/1:12-cv-00767

**Filer:**

**Document Number:**   No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Brugier et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01824 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in**

**LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Busby v. Ethicon Inc et al |
| **Case Number:** | LAE/2:12-cv-01811 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in**

NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)

| | |
|---|---|
| **Case Name:** | Bond v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00761 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)

| | |
|---|---|
| **Case Name:** | Arnold et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01819 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Rasch v. Ethicon Inc et al |
| **Case Number:** | LAE/2:12-cv-01813 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee**

clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)

| | |
|---|---|
| **Case Name:** | Kidwell v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00763 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Duet et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01822 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688,**

**MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Dano et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/3:12-cv-00696 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

**Case Name:**     Avila v. Johnson & Johnson et al

**Case Number:**   NM/1:12-cv-00760
**Filer:**

**Document Number:**   No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

**Case Name:**     Ring v. Johnson & Johnson et al

**Case Number:**   NM/1:12-cv-00768
**Filer:**

**Document
Number:**        No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44)
Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in
LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in
LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in
LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in
MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in
NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in
NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in
TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in
TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627,
LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813,
LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688,
MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763,
NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768,
TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696
(LAH)

**Case Name:**      Camanga v. Ethicon Inc et
al

**Case Number:**    LAE/2:12-cv-01810
**Filer:**

**Document
Number:**        No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)

| | |
|---|---|
| **Case Name:** | Secord, et al. v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00071 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in

LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in
LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in
LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in
MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in
NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in
NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in
TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in
TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627,
LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813,
LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688,
MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763,
NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768,
TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696
(LAH)

| | |
|---|---|
| **Case Name:** | Mattingly v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01688 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44)
Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in
LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in
LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in
LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in
MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in

NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in
NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in
TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in
TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627,
LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813,
LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688,
MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763,
NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768,
TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696
(LAH)

| | |
|---|---|
| **Case Name:** | Stewart et al v. Ethicon, Inc. et al |
| **Case Number:** | TNE/3:12-cv-00311 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44)
Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in
LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in
LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in
LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in
MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in
NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in
NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in
TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in
TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.

Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)

| | |
|---|---|
| **Case Name:** | Griffin v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01689 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Perry v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00766 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-44) Finalized on 7/31/12. Please see pleading (3 in FLS/1:12-cv-22559, 3 in LAE/2:12-cv-01627, 3 in LAE/2:12-cv-01762, 3 in LAE/2:12-cv-01810, 3 in LAE/2:12-cv-01811, 3 in LAE/2:12-cv-01813, 3 in LAE/2:12-cv-01819, 3 in LAE/2:12-cv-01822, 3 in LAE/2:12-cv-01824, [497] in MDL No. 2327, 3 in MN/0:12-cv-01688, 3 in MN/0:12-cv-01689, 3 in NM/1:12-cv-00760, 3 in NM/1:12-cv-00761, 3 in NM/1:12-cv-00763, 3 in NM/1:12-cv-00765, 3 in NM/1:12-cv-00766, 3 in NM/1:12-cv-00767, 3 in NM/1:12-cv-00768, 3 in TNE/3:12-cv-00311, 3 in TNM/1:12-cv-00067, 3 in TNM/2:12-cv-00071, 3 in TNM/3:12-cv-00696).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee**

**clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF  to:  JPMLCMDECF                                    07/31/2012 09:45 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 7/31/2012 at 9:43 AM EDT and filed on 7/31/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 497 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s) *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813,**

**LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Culbertson et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01762 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s) *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Guichard v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01627 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s) *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in***

*LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Bates et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/1:12-cv-00067 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768,**

**TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Ruiz-Lambert v. Ethicon, Inc. et al |
| **Case Number:** | FLS/1:12-cv-22559 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | McClave v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00765 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1*

*in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Register v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00767 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

Brugier et al v. Johnson & Johnson

**Case Name:** et al

**Case Number:** LAE/2:12-cv-01824

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

**Case Name:** Busby v. Ethicon Inc et al

**Case Number:** LAE/2:12-cv-01811

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in*

*TNM/3:12-cv-00696)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Bond v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00761 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Arnold et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01819 |
| **Filer:** | |

**Document Number:**   3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

**Case Name:**   Rasch v. Ethicon Inc et al

**Case Number:**   LAE/2:12-cv-01813

**Filer:**

**Document Number:**   3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Kidwell v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00763 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Duet et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-01822 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Dano et al v. Johnson & Johnson et al |
| **Case Number:** | TNM/3:12-cv-00696 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627,**

**LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Avila v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00760 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s) *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Ring v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00768 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s) *re: pldg. (1**

*in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Camanga v. Ethicon Inc et al |
| **Case Number:** | LAE/2:12-cv-01810 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763,**

**NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Secord, et al. v. Johnson & Johnson et al |
| **Case Number:** | TNM/2:12-cv-00071 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Mattingly v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01688 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL*

*No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| | |
|---|---|
| **Case Name:** | Stewart et al v. Ethicon, Inc. et al |
| **Case Number:** | TNE/3:12-cv-00311 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| **Case Name:** | Griffin v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01689 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in TNM/3:12-cv-00696)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

| **Case Name:** | Perry v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00766 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) - 22 action(s)** *re: pldg. (1 in FLS/1:12-cv-22559, 1 in LAE/2:12-cv-01627, 1 in LAE/2:12-cv-01762, 1 in LAE/2:12-cv-01810, 1 in LAE/2:12-cv-01811, 1 in LAE/2:12-cv-01813, 1 in LAE/2:12-cv-01819, 1 in LAE/2:12-cv-01822, 1 in LAE/2:12-cv-01824, [471] in MDL No. 2327, 1 in MN/0:12-cv-01688, 1 in MN/0:12-cv-01689, 1 in NM/1:12-cv-00760, 1 in NM/1:12-cv-00761, 1 in NM/1:12-cv-00763, 1 in NM/1:12-cv-00765, 1 in NM/1:12-cv-00766, 1 in NM/1:12-cv-00767, 1 in NM/1:12-cv-00768, 1 in TNE/3:12-cv-00311, 1 in TNM/1:12-cv-00067, 1 in TNM/2:12-cv-00071, 1 in*

*TNM/3:12-cv-00696)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2012.**

**Associated Cases: MDL No. 2327, FLS/1:12-cv-22559, LAE/2:12-cv-01627, LAE/2:12-cv-01762, LAE/2:12-cv-01810, LAE/2:12-cv-01811, LAE/2:12-cv-01813, LAE/2:12-cv-01819, LAE/2:12-cv-01822, LAE/2:12-cv-01824, MN/0:12-cv-01688, MN/0:12-cv-01689, NM/1:12-cv-00760, NM/1:12-cv-00761, NM/1:12-cv-00763, NM/1:12-cv-00765, NM/1:12-cv-00766, NM/1:12-cv-00767, NM/1:12-cv-00768, TNE/3:12-cv-00311, TNM/1:12-cv-00067, TNM/2:12-cv-00071, TNM/3:12-cv-00696 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01762 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01762 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01627 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01627 Notice will not be electronically mailed to:**

**TNM/1:12-cv-00067 Notice has been electronically mailed to:**

Aimee H Wagstaff awagstaff@ahw-law.com, aimee.wagstaff@ab-plc.com

J. Paul Sizemore paul@sizemorelawfirm.com

**TNM/1:12-cv-00067 Notice will not be electronically mailed to:**

**FLS/1:12-cv-22559 Notice has been electronically mailed to:**

Joseph A Osborne JAOsborne@Babbitt-Johnson.com, Jaosborne@babbitt-johnson.com, kaguilera@babbitt-johnson.com

**FLS/1:12-cv-22559 Notice will not be electronically mailed to:**

**NM/1:12-cv-00765 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Bill Robins, III robins@heardrobins.com, jwilliams@heardrobins.com

Justin R. Kaufman jkaufman@heardrobins.com

**NM/1:12-cv-00765 Notice will not be electronically mailed to:**

**NM/1:12-cv-00767 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Bill Robins, III robins@heardrobins.com, jwilliams@heardrobins.com

Justin R. Kaufman jkaufman@heardrobins.com

**NM/1:12-cv-00767 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01824 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

**LAE/2:12-cv-01824 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01811 Notice has been electronically mailed to:**

Robert Lyle Salim robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com,
DFontenot@Salim-Beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com,
TLuster@Salim-Beasley.com

**LAE/2:12-cv-01811 Notice will not be electronically mailed to:**

**NM/1:12-cv-00761 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Bill Robins, III robins@heardrobins.com, jwilliams@heardrobins.com

Justin R. Kaufman jkaufman@heardrobins.com

**NM/1:12-cv-00761 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01819 Notice has been electronically mailed to:**

Vance R. Andrus vandrus@yahoo.com, vance.andrus@ahw-law.com

**LAE/2:12-cv-01819 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01813 Notice has been electronically mailed to:**

Robert Lyle Salim robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com,
DFontenot@Salim-Beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com,
TLuster@Salim-Beasley.com

**LAE/2:12-cv-01813 Notice will not be electronically mailed to:**

**NM/1:12-cv-00763 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Bill Robins, III robins@heardrobins.com, jwilliams@heardrobins.com

Justin R. Kaufman jkaufman@heardrobins.com

**NM/1:12-cv-00763 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01822 Notice has been electronically mailed to:**

Allan Berger aberger@allan-berger.com, Geiger.andrew@gmail.com

Andrew J. Geiger ageiger@allan-berger.com, geiger.andrew@gmail.com

**LAE/2:12-cv-01822 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00696 Notice has been electronically mailed to:**

Aimee H Wagstaff awagstaff@ahw-law.com, aimee.wagstaff@ab-plc.com

J. Paul Sizemore paul@sizemorelawfirm.com

**TNM/3:12-cv-00696 Notice will not be electronically mailed to:**

**NM/1:12-cv-00760 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Bill Robins, III robins@heardrobins.com, jwilliams@heardrobins.com

Justin R. Kaufman jkaufman@heardrobins.com

**NM/1:12-cv-00760 Notice will not be electronically mailed to:**

**NM/1:12-cv-00768 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Bill Robins, III robins@heardrobins.com, jwilliams@heardrobins.com

Justin R. Kaufman jkaufman@heardrobins.com

**NM/1:12-cv-00768 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01810 Notice has been electronically mailed to:**

Robert Lyle Salim robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com,
DFontenot@Salim-Beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com,
TLuster@Salim-Beasley.com

**LAE/2:12-cv-01810 Notice will not be electronically mailed to:**

**TNM/2:12-cv-00071 Notice has been electronically mailed to:**

Marc David Grossman mgrossman@thesandersfirm.com, rkassan@thesandersfirm.com

Randi Alyson Kassan rkassan@thesandersfirm.com, rkassan@ssbwlaw.com

J. Paul Sizemore paul@sizemorelawfirm.com

**TNM/2:12-cv-00071 Notice will not be electronically mailed to:**

**MN/0:12-cv-01688 Notice has been electronically mailed to:**

Charles S. Zimmerman charles.zimmerman@zimmreed.com, carol.finck@zimmreed.com,
jvn@zimmreed.com

Genevieve M Zimmerman erika.townley@zimmreed.com

Jason Johnston jason.johnston@zimmreed.com

**MN/0:12-cv-01688 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00311 Notice has been electronically mailed to:**

Thomas R. Anapol tanapol@anapolschwartz.com, mdonahue@anapolschwartz.com,
sslater@anapolschwartz.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com

**TNE/3:12-cv-00311 Notice will not be electronically mailed to:**

**MN/0:12-cv-01689 Notice has been electronically mailed to:**

Charles S. Zimmerman charles.zimmerman@zimmreed.com, carol.finck@zimmreed.com,
jvn@zimmreed.com

Genevieve M Zimmerman erika.townley@zimmreed.com

Jason Johnston jason.johnston@zimmreed.com

**MN/0:12-cv-01689 Notice will not be electronically mailed to:**

**NM/1:12-cv-00766 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Bill Robins, III robins@heardrobins.com, jwilliams@heardrobins.com

Justin R. Kaufman jkaufman@heardrobins.com

**NM/1:12-cv-00766 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/31/2012]
[FileNumber=307927-0]
[9cfefb847ebc749144fcc9ef856820aa2a51174e8fc88cbb89c3ad21c665af377c9c3
c755814abaf270930aa44e0bf2162fa7b8ad45778fab41eedf08ceb1190]]