# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –45)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 360 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 01, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

 Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO−45 − TAG−ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|------|------|---------|--------------|
| **MARYLAND** | | | |
| MD | 1 | 12−00797 | Barber et al v. Ethicon, Inc. et al |
| MD | 1 | 12−00853 | Hendrickson et al v. Ethicon, Inc. et al |
| MD | 1 | 12−00894 | Frederick v. Ethicon, Inc. et al |
| MD | 1 | 12−01025 | Wulf v. Ethicon, Inc. et al |
| MD | 1 | 12−01045 | Dumortier v. Ethicon, Inc. et al |
| MD | 1 | 12−01134 | Stark et al v. Ethicon, Inc. et al |
| MD | 1 | 12−01145 | Metz et al v. Ethicon, Inc. et al |
| **TENNESSEE MIDDLE** | | | |
| TNM | 1 | 12−00077 | Mize v. Ethicon, Inc. et al |
| TNM | 1 | 12−00078 | Chapman v. Ethicon, Inc. et al |
| TNM | 1 | 12−00079 | Alexander v. Ethicon, Inc. et al |
| TNM | 2 | 12−00074 | Morningstar et al v. Ethicon, Inc. et al |
| TNM | 2 | 12−00075 | Heady v. Ethicon, Inc. et al |
| TNM | 3 | 12−00725 | Rhoads v. Ethicon, Inc. et al |
| TNM | 3 | 12−00726 | Cooley v. Ethicon, Inc. et al |
| TNM | 3 | 12−00727 | Febus v. Ethicon, Inc. et al |
| TNM | 3 | 12−00728 | Armstrong v. Ethicon, Inc. et al |
| TNM | 3 | 12−00731 | Allen v. Ethicon, Inc. et al |
| TNM | 3 | 12−00732 | Sosa v. Ethicon, Inc. et al |



**From:**  JPMLCMECF@jpml.uscourts.gov
**To:**    JPMLCMDECF@jpml.uscourts.gov

**Date:**     Wednesday, August 01, 2012 09:42AM
**Subject:**  Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 8/1/2012 at 9:41 AM EDT and filed on 8/1/2012

**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability
Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document
Number:**           No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45)
Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-
00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in
MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-
00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in
TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-
00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**      Morningstar et al v. Ethicon, Inc. et al
**Case Number:**    TNM/2:12-cv-00074
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**      Febus v. Ethicon, Inc. et al
**Case Number:**    TNM/3:12-cv-00727
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Rhoads v. Ethicon, Inc. et al
**Case Number:**     TNM/3:12-cv-00725
**Filer:**
**Document Number:** No document attached

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:**       Metz et al v. Ethicon, Inc. et al
**Case Number:**     MD/1:12-cv-01145
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:**          Frederick v. Ethicon, Inc. et al
**Case Number:**        MD/1:12-cv-00894
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**          Wulf v. Ethicon, Inc. et al
**Case Number:**        MD/1:12-cv-01025
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-**

00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:**        Allen v. Ethicon, Inc. et al
**Case Number:**      TNM/3:12-cv-00731
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:** Cooley v. Ethicon, Inc. et al
**Case Number:** TNM/3:12-cv-00726
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:** Chapman v. Ethicon, Inc. et al
**Case Number:** TNM/1:12-cv-00078
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

| | |
|---|---|
| **Case Name:** | Heady v. Ethicon, Inc. et al |
| **Case Number:** | TNM/2:12-cv-00075 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**     Mize v. Ethicon, Inc. et al
**Case Number:**   TNM/1:12-cv-00077
**Filer:**
**Document Number:** No document attached

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145,**

**TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Barber et al v. Ethicon, Inc. et al
**Case Number:**    MD/1:12-cv-00797
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Stark et al v. Ethicon, Inc. et al
**Case Number:**    MD/1:12-cv-01134
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Hendrickson et al v. Ethicon, Inc. et al

**Case Number:**     MD/1:12-cv-00853

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:**          Dumortier v. Ethicon, Inc. et al
**Case Number:**        MD/1:12-cv-01045
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:**     Alexander v. Ethicon, Inc. et al
**Case Number:**   TNM/1:12-cv-00079
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:**     Sosa v. Ethicon, Inc. et al
**Case Number:**   TNM/3:12-cv-00732
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-

00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.

Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)

**Case Name:**          Armstrong v. Ethicon, Inc. et al
**Case Number:**        TNM/3:12-cv-00728
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-45) Finalized on 8/01/2012. Please see pleading (3 in MD/1:12-cv-00797, 3 in MD/1:12-cv-00853, 3 in MD/1:12-cv-00894, 3 in MD/1:12-cv-01025, 3 in MD/1:12-cv-01045, 3 in MD/1:12-cv-01134, 3 in MD/1:12-cv-01145, [504] in MDL No. 2327, 3 in TNM/1:12-cv-00077, 3 in TNM/1:12-cv-00078, 3 in TNM/1:12-cv-00079, 3 in TNM/2:12-cv-00074, 3 in TNM/2:12-cv-00075, 3 in TNM/3:12-cv-00725, 3 in TNM/3:12-cv-00726, 3 in TNM/3:12-cv-00727, 3 in TNM/3:12-cv-00728, 3 in TNM/3:12-cv-00731, 3 in TNM/3:12-cv-00732).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**No public notice (electronic or otherwise) sent because the entry is private**



**From:**   JPMLCMECF@jpml.uscourts.gov
**To:**   JPMLCMDECF@jpml.uscourts.gov

**Date:**   Wednesday, August 01, 2012 09:40AM
**Subject:**   Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 8/1/2012 at 9:39 AM EDT and filed on 8/1/2012

**Case Name:**   IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**Case Number:**   MDL No. 2327

**Filer:**

**Document Number:**   504

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s) *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**     Morningstar et al v. Ethicon, Inc. et al
**Case Number:**   TNM/2:12-cv-00074
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**     Febus v. Ethicon, Inc. et al
**Case Number:**   TNM/3:12-cv-00727
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**        Rhoads v. Ethicon, Inc. et al
**Case Number:**      TNM/3:12-cv-00725
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in*
*MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-*
*01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in*
*MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-*
*00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in*
*TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-*
*00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the
stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-
00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145,
TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074,
TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727,
TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**        Metz et al v. Ethicon, Inc. et al
**Case Number:**      MD/1:12-cv-01145
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in*
*MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-*
*01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in*
*MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-*
*00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in*
*TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-*
*00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the
stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-
00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145,
TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074,
TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727,
TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**        Frederick v. Ethicon, Inc. et al
**Case Number:**      MD/1:12-cv-00894
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**        Wulf v. Ethicon, Inc. et al
**Case Number:**      MD/1:12-cv-01025
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Allen v. Ethicon, Inc. et al
**Case Number:**     TNM/3:12-cv-00731
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Cooley v. Ethicon, Inc. et al
**Case Number:**     TNM/3:12-cv-00726
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Chapman v. Ethicon, Inc. et al
**Case Number:**     TNM/1:12-cv-00078
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Heady v. Ethicon, Inc. et al
**Case Number:**     TNM/2:12-cv-00075
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**         Mize v. Ethicon, Inc. et al
**Case Number:**       TNM/1:12-cv-00077
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in*
*MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-*
*01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in*
*MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-*
*00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in*
*TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-*
*00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-**
**00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145,**
**TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074,**
**TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727,**
**TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**         Barber et al v. Ethicon, Inc. et al
**Case Number:**       MD/1:12-cv-00797
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in*
*MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-*
*01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in*
*MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-*
*00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in*
*TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-*
*00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-**
**00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145,**
**TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074,**
**TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727,**
**TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**         Stark et al v. Ethicon, Inc. et al
**Case Number:**       MD/1:12-cv-01134
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**         Dumortier v. Ethicon, Inc. et al
**Case Number:**       MD/1:12-cv-01045
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Hendrickson et al v. Ethicon, Inc. et al
**Case Number:**     MD/1:12-cv-00853
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in*
*MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-*
*01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in*
*MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-*
*00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in*
*TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-*
*00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-**
**00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145,**
**TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074,**
**TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727,**
**TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Alexander v. Ethicon, Inc. et al
**Case Number:**     TNM/1:12-cv-00079
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in*
*MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-*
*01025, 1 in MD/1:12-cv01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in*
*MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-*
*00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in*
*TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-*
*00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-**
**00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145,**
**TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074,**
**TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727,**
**TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Sosa v. Ethicon, Inc. et al
**Case Number:**     TNM/3:12-cv-00732
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv-01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**Case Name:**       Armstrong v. Ethicon, Inc. et al
**Case Number:**     TNM/3:12-cv-00728
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-45) - 18 action(s)** *re: pldg. (1 in MD/1:12-cv-00797, 1 in MD/1:12-cv-00853, 1 in MD/1:12-cv-00894, 1 in MD/1:12-cv-01025, 1 in MD/1:12-cv01045, 1 in MD/1:12-cv-01134, 1 in MD/1:12-cv-01145, [475] in MDL No. 2327, 1 in TNM/1:12-cv-00077, 1 in TNM/1:12-cv-00078, 1 in TNM/1:12-cv-00079, 1 in TNM/2:12-cv-00074, 1 in TNM/2:12-cv-00075, 1 in TNM/3:12-cv-00725, 1 in TNM/3:12-cv-00726, 1 in TNM/3:12-cv-00727, 1 in TNM/3:12-cv-00728, 1 in TNM/3:12-cv-00731, 1 in TNM/3:12-cv-00732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/1/2012.**

**Associated Cases: MDL No. 2327, MD/1:12-cv-00797, MD/1:12-cv-00853, MD/1:12-cv-00894, MD/1:12-cv-01025, MD/1:12-cv-01045, MD/1:12-cv-01134, MD/1:12-cv-01145, TNM/1:12-cv-00077, TNM/1:12-cv-00078, TNM/1:12-cv-00079, TNM/2:12-cv-00074, TNM/2:12-cv-00075, TNM/3:12-cv-00725, TNM/3:12-cv-00726, TNM/3:12-cv-00727, TNM/3:12-cv-00728, TNM/3:12-cv-00731, TNM/3:12-cv-00732 (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**TNM/2:12-cv-00074 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/2:12-cv-00074 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00727 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/3:12-cv-00727 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00725 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/3:12-cv-00725 Notice will not be electronically mailed to:**

**MD/1:12-cv-01145 Notice has been electronically mailed to:**

A. Donald C Discepolo don@discepolollp.com, jessica@discepolollp.com

**MD/1:12-cv-01145 Notice will not be electronically mailed to:**

**MD/1:12-cv-00894 Notice has been electronically mailed to:**

A. Donald C Discepolo don@discepolollp.com, jessica@discepolollp.com

**MD/1:12-cv-00894 Notice will not be electronically mailed to:**

**MD/1:12-cv-01025 Notice has been electronically mailed to:**

A. Donald C Discepolo don@discepolollp.com, jessica@discepolollp.com

**MD/1:12-cv-01025 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00731 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/3:12-cv-00731 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00726 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/3:12-cv-00726 Notice will not be electronically mailed to:**

**TNM/1:12-cv-00078 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/1:12-cv-00078 Notice will not be electronically mailed to:**

**TNM/2:12-cv-00075 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/2:12-cv-00075 Notice will not be electronically mailed to:**

**TNM/1:12-cv-00077 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/1:12-cv-00077 Notice will not be electronically mailed to:**

**MD/1:12-cv-00797 Notice has been electronically mailed to:**

A. Donald C Discepolo don@discepolollp.com, jessica@discepolollp.com

**MD/1:12-cv-00797 Notice will not be electronically mailed to:**

**MD/1:12-cv-01134 Notice has been electronically mailed to:**

A. Donald C Discepolo don@discepolollp.com, jessica@discepolollp.com

**MD/1:12-cv-01134 Notice will not be electronically mailed to:**

**MD/1:12-cv-01045 Notice has been electronically mailed to:**

A. Donald C Discepolo don@discepolollp.com, jessica@discepolollp.com

**MD/1:12-cv-01045 Notice will not be electronically mailed to:**

**MD/1:12-cv-00853 Notice has been electronically mailed to:**

A. Donald C Discepolo don@discepolollp.com, jessica@discepolollp.com

**MD/1:12-cv-00853 Notice will not be electronically mailed to:**

**TNM/1:12-cv-00079 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/1:12-cv-00079 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00732 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/3:12-cv-00732 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00728 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/3:12-cv-00728 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/1/2012] [FileNumber=308281-0] [ b08ec1d8b29913cb3615898cb12f427a1b21f538ee1b7381cb6f179d00a23c10d00f21 8ac4b813f3228e887bbe5e1f4665288a40a353053c0a983f14d24c4734]]