# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –46)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 431 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 03, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

 Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

### SCHEDULE CTO–46 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 12–02463 | Oglesby v. Johnson & Johnson et al |
| **INDIANA NORTHERN** | | | |
| INN | 3 | 12–00369 | George v. Johnson & Johnson et al |
| **KANSAS** | | | |
| KS | 2 | 12–02438 | Potter et al v. Ethicon, Inc. et al |
| **KENTUCKY WESTERN** | | | |
| KYW | 3 | 12–00369 | Lloyd et al v. Ethicon, Inc. et al |
| **LOUISIANA WESTERN** | | | |
| LAW | 1 | 12–01908 | Lowery et al v. Johnson & Johnson et al |
| LAW | 2 | 12–01886 | Melton et al v. Johnson & Johnson et al |
| LAW | 3 | 12–01907 | Thomas v. Johnson & Johnson et al |
| LAW | 5 | 12–01882 | James et al v. Johnson & Johnson et al |
| LAW | 6 | 12–01884 | Benz et al v. Johnson & Johnson et al |
| **NEW JERSEY** | | | |
| NJ | 3 | 12–04324 | JEFCOAT v. ETHICON INC. et al |
| NJ | 3 | 12–04338 | MCCURDY v. ETHICON INC. et al |
| **NEW MEXICO** | | | |
| NM | 1 | 12–00762 | Jackson v. Johnson & Johnson et al |
| **TENNESSEE EASTERN** | | | |
| TNE | 2 | 12–00274 | Stephens v. Johnson & Johnson et al |
| TNE | 3 | 12–00327 | Taylor et al v. Johnson & Johnson et al (TV1) |

| | | | |
|---|---|---|---|
| TNE | 3 | 12–00329 | Hopper v. Johnson & Johnson et al (TV1) |
| TNE | 3 | 12–00331 | Jenkins et al v. Johnson & Johnson et al |
| TNE | 3 | 12–00332 | Vanderpool v. Johnson & Johnson et al (TV2) |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 12–00733 | Hunter v. Ethicon, Inc. et al |
| TNM | 3 | 12–00734 | Wells v. Ethicon, Inc. et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 12–02617 | Tarver v. Ethicon, Inc. et al |
| TNW | 2 | 12–02632 | O&#039;Dell v. Ethicon et al |



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**

JPMLCMECF  to:  JPMLCMDECF                                          08/03/2012 09:05 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/3/2012 at 9:03 AM EDT and filed on 8/3/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Oglesby v. Johnson & Johnson et al |
| **Case Number:** | ALN/2:12-cv-02463 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324,**

**NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Lowery et al v. Johnson & Johnson et al |
| **Case Number:** | LAW/1:12-cv-01908 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Vanderpool v. Johnson & Johnson et al (TV2) |
| **Case Number:** | TNE/3:12-cv-00332 |

**Filer:**

**Document Number:**     No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

**Case Name:**     Melton et al v. Johnson & Johnson et al

**Case Number:**     LAW/2:12-cv-01886

**Filer:**

**Document Number:**     No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Taylor et al v. Johnson & Johnson et al (TV1) |
| **Case Number:** | TNE/3:12-cv-00327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in**

NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.

Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)

| | |
|---|---|
| **Case Name:** | Jackson v. Johnson & Johnson et al |
| **Case Number:** **Filer:** | NM/1:12-cv-00762 |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.

Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)

| | |
|---|---|
| **Case Name:** | O'Dell v. Ethicon et al |
| **Case Number:** | TNW/2:12-cv-02632 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee

clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.

Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)

| Case Name: | George v. Johnson & Johnson et al |
|---|---|
| Case Number: | INN/3:12-cv-00369 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.

Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369,

**KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Hopper v. Johnson & Johnson et al (TV1) |
| **Case Number:** | TNE/3:12-cv-00329 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

Stephens v. Johnson & Johnson et

**Case Name:**
al

**Case Number:** TNE/2:12-cv-00274

**Filer:**

**Document Number:**
No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

**Case Name:**
James et al v. Johnson & Johnson et al

**Case Number:** LAW/5:12-cv-01882

**Filer:**

**Document Number:**
No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | JEFCOAT v. ETHICON INC. et al |
| **Case Number:** | NJ/3:12-cv-04324 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in**

INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01907, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.

Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)

| | |
|---|---|
| **Case Name:** | Tarver v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02617 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in

TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.

Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)

| | |
|---|---|
| **Case Name:** | Thomas v. Johnson & Johnson et al |
| **Case Number:** | LAW/3:12-cv-01907 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Hunter v. Ethicon, Inc. et al |
| **Case Number:** | TNM/3:12-cv-00733 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Benz et al v. Johnson & Johnson et al |
| **Case Number:** | LAW/6:12-cv-01884 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324,**

**NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Lloyd et al v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00369 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Wells v. Ethicon, Inc. et al |
| **Case Number:** | TNM/3:12-cv-00734 |

**Filer:**

**Document
Number:**          No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46)
Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in
INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in
LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in
LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in
NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in
TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in
TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in
TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369,
KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886,
LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324,
NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327,
TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733,
TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

**Case Name:**       Jenkins et al v. Johnson & Johnson
                     et al

**Case Number:**     TNE/3:12-cv-00331

**Filer:**

**Document
Number:**          No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Potter et al v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:12-cv-02438 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in**

NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.

Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)

| Case Name: | MCCURDY v. ETHICON INC. et al |
| Case Number:<br>Filer: | NJ/3:12-cv-04338 |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-46) Finalized on 8/3/2012. Please see pleading (3 in ALN/2:12-cv-02463, 3 in INN/3:12-cv-00369, 3 in KS/2:12-cv-02438, 3 in KYW/3:12-cv-00369, 3 in LAW/1:12-cv-01908, 3 in LAW/2:12-cv-01886, 3 in LAW/3:12-cv-01907, 3 in LAW/5:12-cv-01882, 3 in LAW/6:12-cv-01884, [516] in MDL No. 2327, 3 in NJ/3:12-cv-04324, 3 in NJ/3:12-cv-04338, 3 in NM/1:12-cv-00762, 3 in TNE/2:12-cv-00274, 3 in TNE/3:12-cv-00327, 3 in TNE/3:12-cv-00329, 3 in TNE/3:12-cv-00331, 3 in TNE/3:12-cv-00332, 3 in TNM/3:12-cv-00733, 3 in TNM/3:12-cv-00734, 3 in TNW/2:12-cv-02617, 3 in TNW/2:12-cv-02632).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.

Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF  to:  JPMLCMDECF                                           08/03/2012 09:01 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/3/2012 at 8:59 AM EDT and filed on 8/3/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 516 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886,**

**LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Oglesby v. Johnson & Johnson et al |
| **Case Number:** | ALN/2:12-cv-02463 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Lowery et al v. Johnson & Johnson et al |
| **Case Number:** | LAW/1:12-cv-01908 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in*

*MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Vanderpool v. Johnson & Johnson et al (TV2) |
| **Case Number:** | TNE/3:12-cv-00332 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Melton et al v. Johnson & Johnson et al |

**Case Number:** LAW/2:12-cv-01886
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s) *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

**Case Name:** Taylor et al v. Johnson & Johnson et al (TV1)
**Case Number:** TNE/3:12-cv-00327
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s) *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Jackson v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00762 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | O'Dell v. Ethicon et al |
| **Case Number:** | TNW/2:12-cv-02632 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | George v. Johnson & Johnson et al |
| **Case Number:** | INN/3:12-cv-00369 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886,**

**LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Hopper v. Johnson & Johnson et al (TV1) |
| **Case Number:** | TNE/3:12-cv-00329 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Stephens v. Johnson & Johnson et al |
| **Case Number:** | TNE/2:12-cv-00274 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in*

*MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | James et al v. Johnson & Johnson et al |
| **Case Number:** | LAW/5:12-cv-01882 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s) *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)  Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | JEFCOAT v. ETHICON INC. et al |

| **Case Number:** | NJ/3:12-cv-04324 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| **Case Name:** | Tarver v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02617 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Thomas v. Johnson & Johnson et al |
| **Case Number:** | LAW/3:12-cv-01907 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s) *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Hunter v. Ethicon, Inc. et al |
| **Case Number:** | TNM/3:12-cv-00733 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Benz et al v. Johnson & Johnson et al |
| **Case Number:** | LAW/6:12-cv-01884 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886,**

**LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Lloyd et al v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00369 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | Wells v. Ethicon, Inc. et al |
| **Case Number:** | TNM/3:12-cv-00734 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in*

**MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| Case Name: | Jenkins et al v. Johnson & Johnson et al |
|---|---|
| Case Number: | TNE/3:12-cv-00331 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s) *re: pldg.* (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| Case Name: | Potter et al v. Ethicon, Inc. et al |
|---|---|

| | |
|---|---|
| **Case Number:** | KS/2:12-cv-02438 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

| | |
|---|---|
| **Case Name:** | MCCURDY v. ETHICON INC. et al |
| **Case Number:** | NJ/3:12-cv-04338 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-46) - 21 action(s)** *re: pldg. (1 in ALN/2:12-cv-02463, 1 in INN/3:12-cv-00369, 1 in KS/2:12-cv-02438, 1 in KYW/3:12-cv-00369, 1 in LAW/1:12-cv-01908, 1 in LAW/2:12-cv-01886, 1 in LAW/3:12-cv-01907, 1 in LAW/5:12-cv-01882, 1 in LAW/6:12-cv-01884, [487] in MDL No. 2327, 1 in NJ/3:12-cv-04324, 1 in NJ/3:12-cv-04338, 1 in NM/1:12-cv-00762, 1 in TNE/2:12-cv-00274, 1 in TNE/3:12-cv-00327, 1 in TNE/3:12-cv-00329, 1 in TNE/3:12-cv-00331, 1 in TNE/3:12-cv-00332, 1 in TNM/3:12-cv-00733, 1 in TNM/3:12-cv-00734, 1 in TNW/2:12-cv-02617, 1 in TNW/2:12-cv-02632)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/3/2012.**

**Associated Cases: MDL No. 2327, ALN/2:12-cv-02463, INN/3:12-cv-00369, KS/2:12-cv-02438, KYW/3:12-cv-00369, LAW/1:12-cv-01908, LAW/2:12-cv-01886, LAW/3:12-cv-01907, LAW/5:12-cv-01882, LAW/6:12-cv-01884, NJ/3:12-cv-04324, NJ/3:12-cv-04338, NM/1:12-cv-00762, TNE/2:12-cv-00274, TNE/3:12-cv-00327, TNE/3:12-cv-00329, TNE/3:12-cv-00331, TNE/3:12-cv-00332, TNM/3:12-cv-00733, TNM/3:12-cv-00734, TNW/2:12-cv-02617, TNW/2:12-cv-02632 (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**ALN/2:12-cv-02463 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Kenneth E Riley kriley@frplegal.com

**ALN/2:12-cv-02463 Notice will not be electronically mailed to:**

**LAW/1:12-cv-01908 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Vance R. Andrus vance.andrus@ahw-law.com

**LAW/1:12-cv-01908 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00332 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Steve E Fox steve@foxandfarmer.com

**TNE/3:12-cv-00332 Notice will not be electronically mailed to:**

**LAW/2:12-cv-01886 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Vance R. Andrus vance.andrus@ahw-law.com

**LAW/2:12-cv-01886 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00327 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Steve E Fox steve@foxandfarmer.com

**TNE/3:12-cv-00327 Notice will not be electronically mailed to:**

**NM/1:12-cv-00762 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Bill Robins, III robins@heardrobins.com, jwilliams@heardrobins.com

Justin R. Kaufman jkaufman@heardrobins.com

**NM/1:12-cv-00762 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02632 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

**TNW/2:12-cv-02632 Notice will not be electronically mailed to:**

**INN/3:12-cv-00369 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas D Small dsmall@foleyandsmall.com

**INN/3:12-cv-00369 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00329 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Steve E Fox steve@foxandfarmer.com

**TNE/3:12-cv-00329 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00274 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Steve E Fox steve@foxandfarmer.com

**TNE/2:12-cv-00274 Notice will not be electronically mailed to:**

**LAW/5:12-cv-01882 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Vance R. Andrus vance.andrus@ahw-law.com

**LAW/5:12-cv-01882 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04324 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

CHRISTOPHER MICHAEL PLACITELLA cplacitella@cprlaw.com

**NJ/3:12-cv-04324 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02617 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

**TNW/2:12-cv-02617 Notice will not be electronically mailed to:**

**LAW/3:12-cv-01907 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Vance R. Andrus vance.andrus@ahw-law.com

**LAW/3:12-cv-01907 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00733 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com,
lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/3:12-cv-00733 Notice will not be electronically mailed to:**

**LAW/6:12-cv-01884 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Vance R. Andrus vance.andrus@ahw-law.com

**LAW/6:12-cv-01884 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00369 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Karl N Truman karltruman@trumanlaw.com

**KYW/3:12-cv-00369 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00734 Notice has been electronically mailed to:**

Neil Duane Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNM/3:12-cv-00734 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00331 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Steve E Fox steve@foxandfarmer.com

**TNE/3:12-cv-00331 Notice will not be electronically mailed to:**

**KS/2:12-cv-02438 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**KS/2:12-cv-02438 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04338 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

CHRISTOPHER MICHAEL PLACITELLA cplacitella@cprlaw.com

**NJ/3:12-cv-04338 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/3/2012] [FileNumber=309229-0]
[
4536c9a0b2598a7ce546ef7bdf7594d479ba0efb8fecace14d871b2459914629c1315
d
72366b789fd2957a1ae4f749531797fea9be07f399c620e72cb706012b]]