**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

ROSE YOUNG, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO.   2:12-cv-03198

JOHNSON & JOHNSON, et al.,

        Defendants.

**ORDER**

On July 12, 2012, the plaintiffs filed a Short Form Complaint in MDL No. 2187 against C.R. Bard, Inc. and a number of other defendants, including Johnson & Johnson and Ethicon, Inc. [ECF 1, 1-1.]   On August 9, 2012, the plaintiffs filed an Amended Complaint and Demand for Jury Trial naming only Johnson & Johnson, Ethicon Inc., Ethicon Women's Health and Urology and Gynecare.   [ECF 8.]

Because the plaintiffs have no longer named C.R. Bard, Inc., Sofradim Production SAS or Tissue Science Laboratories Limited and because Johnson & Johnson, Ethicon, Inc. and others are named, it is **ORDERED** that this action should be transferred to MDL 2327, In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation.   The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2187 and re-assign it to MDL 2327 on the basis of the plaintiffs' Amended Complaint and Demand for Jury Trial.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to file a copy of this Order in this civil action as well as MDL 2187 and MDL 2327.

ENTER: August 13, 2012

Joseph R. Goodwin, Chief Judge