**EXHIBIT A**

## FILING INSTRUCTIONS FOR THE SHORT FORM COMPLAINT

**EXISTING CASES**

Abbreviated instructions to file a **Short Form Complaint** in an existing MDL member case, whether transferred to the Southern District by the MDL Panel or directly filed here, include:

- From the *CM/ECF Civil Menu*, go to *Other Documents;*
- Select one of the following events:
  AMERICAN MEDICAL – Short Form Complaint – AMERICAN MEDICAL CASE ONLY
  BOSTON SCIENTIFIC – Short Form Complaint – BOSTON SCIENTIFIC CASE ONLY
  ETHICON – Short Form Complaint – ETHICON CASE ONLY
- Enter the civil action number for the member MDL case; **DO NOT USE THESE EVENTS IN THE MAIN CASE OR WHEN FILING A NEW CIVIL ACTION**;
- Select the party(s) filing the Short Form Complaint;
- The filed date for the **Short Form Complaint** automatically defaults to the current date at this screen; browse in the image;
- Read the cautionary notices;
- Select EACH defendant on this **Short Form Complaint** that you wish to name; and
- Review the final text; if correct, press NEXT to commit the transaction.

Any changes to the style of the case will be made by designated Clerk's Office staff during the Quality Control (QC) process. However, please remember that the PTO requires you to comply with Rule 41 of the Federal Rules of Civil Procedure where parties are dismissed as a result of filing the Short Form Complaint. As stated in the PTO at paragraph D(1), the court strongly encourages, where appropriate under Rule 41(a)(1)(A)(i)-(ii), the use of notices of dismissal or stipulations of dismissal. Also, if the filing of a Short Form Complaint suggests your case should be in a different MDL, please file a motion to transfer MDLs and a proposed order.

**NEW CASES**

To file a new civil action via the CM/ECF system using a **Short Form Complaint**, follow the instructions located on the Court's website at **CM/ECF Information > Filing New Civil Actions Electronically > Filing a Complaint**. Simply substitute a **Short Form Complaint** for a regular complaint. No special procedures are required.

*CAUTION*: Both the Pay.gov payment transaction and the CM/ECF filing transaction must be completed to finalize the filing.