**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   _____

2. Plaintiff's Spouse (if applicable)

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   _____

5. District Court and Division in which venue would be proper absent direct filing.

   _____

   _____

6. Defendants (Check Defendants against whom Complaint is made):

   ( )   A. Ethicon, Inc.

   ( )   B. Ethicon, LLC

( )   C. Johnson & Johnson

( )   D. American Medical Systems, Inc. ("AMS")

( )   E. American Medical Systems Holdings, Inc. ("AMS Holdings")

( )   F. Endo Pharmaceuticals, Inc.

( )   G. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

( )   H. Boston Scientific Corporation

( )   I. C. R. Bard, Inc. ("Bard")

( )   J. Sofradim Production SAS ("Sofradim")

( )   K. Tissue Science Laboratories Limited ("TSL")

7. Basis of Jurisdiction

   ( )   Diversity of Citizenship

   ( )   Other: _____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____

   _____

   _____

   B. Other allegations of jurisdiction and venue:

   _____

   _____

_____

_____

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

    ( )     Prolift

    ( )     Prolift +M

    ( )     Gynemesh/Gynemesh PS

    ( )     Prosima

    ( )     TVT

    ( )     TVT-Oturator (TVT-O)

    ( )     TVT-SECUR (TVT-S)

    ( )     TVT-Exact

    ( )     TVT-Abbrevo

    ( )     Other

            _____

            _____

9. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

    ( )     Prolift

    ( )     Prolift +M

    ( )     Gynemesh/Gynemesh PS

    ( )     Prosima

    ( )     TVT

    ( )     TVT-Oturator (TVT-O)

    ( )     TVT-SECUR (TVT-S)

    ( )     TVT-Exact

3

    ( )    TVT-Abbrevo

    ( )    Other

    _____

    _____

10. Date of Implantation as to Each Product:

    _____

    _____

    _____

11. Hospital(s) where Plaintiff was implanted (including City and State):

    _____

    _____

12. Implanting Surgeon(s):

    _____

    _____

13. Counts in the Master Complaint brought by Plaintiff(s):

    ( )    Count I – Negligence

    ( )    Count II – Strict Liability – Manufacturing Defect

    ( )    Count III – Strict Liability – Failure to Warn

    ( )    Count IV – Strict Liability – Defective Product

    ( )    Count V – Strict Liability – Design Defect

    ( )    Count VI – Common Law Fraud

    ( )    Count VII – Fraudulent Concealment

( )  Count VIII – Constructive Fraud

( )  Count IX – Negligent Misrepresentation

( )  Count X – Negligent Infliction of Emotional Distress

( )  Count XI – Breach of Express Warranty

( )  Count XII – Breach of Implied Warranty

( )  Count XIII – Violation of Consumer Protection Laws

( )  Count XIV – Gross Negligence

( )  Count XV – Unjust Enrichment

( )  Count XVI – Loss of Consortium

( )  Count XVII – Punitive Damages

( )  Count XVIII – Discovery Rule and Tolling

( )  Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

                                                    _____
                                                    Attorneys for Plaintiff
                                                    _____

Address and bar information:
                                                    _____

_____

_____

_____

_____