UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## ORDER GRANTING ADDITIONAL TIME TO RESPOND TO DISCOVERY

This matter is before the Court on the unopposed motion of the defendants for an additional 30 days in which to serve responses and objections to discovery requests served by Co-Lead Counsel in MDL 2327.

IT IS HEREBY ORDERED that the defendants shall have until **September 25, 2012,** to serve responses and objections to discovery requests served by Co-Lead Counsel in MDL 2327 on July 26, 2012.

ENTER:  August 23, 2012

Joseph R. Goodwin, Chief Judge