# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –52)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 518 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| | FOR THE PANEL: |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>**Aug 22, 2012**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | *[signature]*<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO–52 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA NORTHERN**

| | | | |
|---|---|---|---|
| CAN | 3 | 12–03466 | Cockman et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03468 | Kern et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03518 | Norris v. Ethicon, Inc. et al |
| CAN | 3 | 12–03526 | Collins et al v. Ethicon Inc et al |
| CAN | 3 | 12–03528 | Deering et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03540 | Blough et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03542 | Malone et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03544 | Goggins et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03546 | Duncan et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03549 | Hall v. Ethicon, Inc. et al |
| CAN | 3 | 12–03551 | Burns v. Ethicon Inc et al |
| CAN | 3 | 12–03552 | Janus v. Ethicon, Inc. et al |
| CAN | 3 | 12–03554 | Nix et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03555 | Brown et al v. Ethicon, Inc. et al |
| CAN | 3 | 12–03575 | Ledezma et al v. Ethicon Inc. et al |
| CAN | 4 | 12–03521 | Fox et al v. Ethicon, Inc. et al |
| CAN | 4 | 12–03553 | Alfred v. Ethicon, Inc. et al |
| CAN | 4 | 12–03573 | Messick et al v. Ethicon, Inc. et al |

**KENTUCKY EASTERN**

| | | | |
|---|---|---|---|
| KYE | 5 | 12–00251 | Sparkman et al v. Johnson & Johnson, Inc. et al |



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to:  JPMLCMDECF                                      08/22/2012 10:08 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/22/2012 at 10:08 AM EDT and filed on 8/22/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Norris v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03518 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549,**

**CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Blough et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03540 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03546, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Sparkman et al v. Johnson & Johnson, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00251 |

**Filer:**

**Document Number:**        No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

**Case Name:**        Burns v. Ethicon Inc et al

**Case Number:**      CAN/3:12-cv-03551

**Filer:**

**Document Number:**        No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Alfred v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03553 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in**

CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)

| | |
|---|---|
| **Case Name:** | Deering et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03528 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)

| | |
|---|---|
| **Case Name:** | Kern et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03468 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee

clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)

| | |
|---|---|
| **Case Name:** | Ledezma et al v. Ethicon Inc. et al |
| **Case Number:** | CAN/3:12-cv-03575 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468,

**CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Goggins et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03544 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

Duncan et al v. Ethicon, Inc. et

**Case Name:** al

**Case Number:** CAN/3:12-cv-03546

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

**Case Name:** Messick et al v. Ethicon, Inc. et al

**Case Number:** CAN/4:12-cv-03573

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Cockman et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03466 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in**

CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)

| | |
|---|---|
| **Case Name:** | Fox et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03521 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL

No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)

| | |
|---|---|
| **Case Name:** | Hall v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03549 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Collins et al v. Ethicon Inc et al |
| **Case Number:** | CAN/3:12-cv-03526 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)

| | |
|---|---|
| **Case Name:** | Brown et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03555 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549,

**CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Nix et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03554 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Janus v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03552 |

**Filer:**

**Document Number:**   No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.

Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)

**Case Name:**   Malone et al v. Ethicon, Inc. et al

**Case Number:**   CAN/3:12-cv-03542

**Filer:**

**Document Number:**   No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-52) Finalized on 8/22/2012. Please see pleading (3 in CAN/3:12-cv-03466, 3 in CAN/3:12-cv-03468, 3 in CAN/3:12-cv-03518, 3 in CAN/3:12-cv-03526, 3 in CAN/3:12-cv-03528, 3 in CAN/3:12-cv-03540, 3 in CAN/3:12-cv-03542, 3 in CAN/3:12-cv-03544, 3 in CAN/3:12-cv-03546, 3 in CAN/3:12-cv-03549, 3 in CAN/3:12-cv-03551, 3 in CAN/3:12-cv-03552, 3 in CAN/3:12-cv-03554, 3 in CAN/3:12-cv-03555, 3 in CAN/3:12-cv-03575, 3 in CAN/4:12-cv-03521, 3 in CAN/4:12-cv-03553, 3 in CAN/4:12-cv-03573, 3 in KYE/5:12-cv-00251, [560] in MDL No. 2327).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF   to:  JPMLCMDECF                                        08/22/2012 10:01 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/22/2012 at 10:00 AM EDT and filed on 8/22/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 560 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s) *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549,**

**CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Norris v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03518 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Blough et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03540 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in*

*CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Sparkman et al v. Johnson & Johnson, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00251 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Burns v. Ethicon Inc et al |
| **Case Number:** | CAN/3:12-cv-03551 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Alfred v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03553 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555,**

**CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Deering et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03528 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s) *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Kern et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03468 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s) *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in***

***KYE/5:12-cv-00251, [538] in MDL No. 2327)*** **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| Case Name: | Ledezma et al v. Ethicon Inc. et al |
|---|---|
| Case Number: | CAN/3:12-cv-03575 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| Case Name: | Goggins et al v. Ethicon, Inc. et al |
|---|---|
| Case Number: | CAN/3:12-cv-03544 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Duncan et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03546 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555,**

**CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Messick et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03573 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Cockman et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03466 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in*

**KYE/5:12-cv-00251, [538] in MDL No. 2327)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Fox et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03521 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s) *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)*  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Hall v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03549 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Collins et al v. Ethicon Inc et al |
| **Case Number:** | CAN/3:12-cv-03526 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555,**

**CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Brown et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03555 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Nix et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03554 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in*

*KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Janus v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03552 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**

| | |
|---|---|
| **Case Name:** | Malone et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03542 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-52) - 19 action(s)** *re: pldg. (1 in CAN/3:12-cv-03466, 1 in CAN/3:12-cv-03468, 1 in CAN/3:12-cv-03518, 1 in CAN/3:12-cv-03526, 1 in CAN/3:12-cv-03528, 1 in CAN/3:12-cv-03540, 1 in CAN/3:12-cv-03542, 1 in CAN/3:12-cv-03544, 1 in CAN/3:12-cv-03546, 1 in CAN/3:12-cv-03549, 1 in CAN/3:12-cv-03551, 1 in CAN/3:12-cv-03552, 1 in CAN/3:12-cv-03554, 1 in CAN/3:12-cv-03555, 1 in CAN/3:12-cv-03575, 1 in CAN/4:12-cv-03521, 1 in CAN/4:12-cv-03553, 1 in CAN/4:12-cv-03573, 1 in KYE/5:12-cv-00251, [538] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/22/2012.**

**Associated Cases: MDL No. 2327, CAN/3:12-cv-03466, CAN/3:12-cv-03468, CAN/3:12-cv-03518, CAN/3:12-cv-03526, CAN/3:12-cv-03528, CAN/3:12-cv-03540, CAN/3:12-cv-03542, CAN/3:12-cv-03544, CAN/3:12-cv-03546, CAN/3:12-cv-03549, CAN/3:12-cv-03551, CAN/3:12-cv-03552, CAN/3:12-cv-03554, CAN/3:12-cv-03555, CAN/3:12-cv-03575, CAN/4:12-cv-03521, CAN/4:12-cv-03553, CAN/4:12-cv-03573, KYE/5:12-cv-00251 (trb)**


**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas  dbthomas@agmtlaw.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams  marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03518 Notice has been electronically mailed to:**

Christy D. Jones  christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03518 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03540 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03540 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00251 Notice has been electronically mailed to:**

KENNETH L. SALES ksales@stwlaw.com, dbryant@stwlaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Susan J Pope spope@fbtlaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

David G. Bryant dbryant@stwlaw.com

Mark P. Bryant mark.bryant@bryantpsc.com, becky.laverdi@bryantpsc.com, ben.stewart@bryantpsc.com, emily.roark@bryantpsc.com, johna.mcgregor@bryantpsc.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

Emily Ward Roark emily.roark@bryantpsc.com, johna.mcgregor@bryantpsc.com

Ben E. Stewart ben.stewart@bryantpsc.com

**KYE/5:12-cv-00251 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03551 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Rachel Beth Abrams rabrams@levinsimes.com

**CAN/3:12-cv-03551 Notice will not be electronically mailed to:**

**CAN/4:12-cv-03553 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/4:12-cv-03553 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03528 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03528 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03468 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,

laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03468 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03575 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/3:12-cv-03575 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03544 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03544 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03546 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03546 Notice will not be electronically mailed to:**

**CAN/4:12-cv-03573 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/4:12-cv-03573 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03466 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03466 Notice will not be electronically mailed to:**

**CAN/4:12-cv-03521 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/4:12-cv-03521 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03549 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03549 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03526 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/3:12-cv-03526 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03555 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03555 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03554 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03554 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03552 Notice has been electronically mailed to:**

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/3:12-cv-03552 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03542 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinslaw.com, lls@lskg-law.com

**CAN/3:12-cv-03542 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/22/2012]
[FileNumber=314884-0]
[b6c3156c9e259d224d541a07bf118c0d42e9ec4cd2f1dcbd78f55a69ca1448389637
b
7987475b9e2031148a464ed7d67f125860d52aa529332ad6d56a95af96c]]