# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**NOTICE OF REQUEST OF ATTORNEY TO BE REMOVED FROM THE COURT'S SERVICE LIST FORM**

**Select all that apply:**

- [ ] **MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation**
- [ ] **MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation**
- [ ] **MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation**
- [x] **MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation**
- [ ] **MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation**

FILED
AUG 24 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Please Print or Type Below

**Name of Attorney:** Andrew J. Donelan

**Address:** 1121 S. Glenstone St., Springfield, MO 65804

**Telephone Number:** 417-831-4046 **Email Address:** deovrby@cs.com

I am to remain counsel of record for the following party(s) in above selected Products Liability Litigation:

2:12-md-02327

**Civil Action Number (SDWV):** 2:12-cv-01992

**Short-Style of Case:** Malcolm v. Richards et al.

**Party(s) Representing:** Todd Richards, Freeman Health System, Freeman Health Systems.

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

**Date:** 8/21/12

s/ Andrew J. Donelan
Electronic Signature