# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –53)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 530 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 27, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

 Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                MDL No. 2327

## SCHEDULE CTO–53 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA NORTHERN**

| CAN | 3 | 12–03572 | Cress et al v. Ethicon Inc. et al |

**KENTUCKY WESTERN**

| KYW | 1 | 12–00116 | Emerson v. Ethicon, Inc. et al |
| KYW | 3 | 12–00388 | King et al v. Johnson & Johnson et al |
| KYW | 3 | 12–00402 | Byrd v. Ethicon, Inc. et al |
| KYW | 3 | 12–00403 | Cross v. Ethicon, Inc. et al |
| KYW | 3 | 12–00405 | Lane v. Ethicon, Inc. et al |
| KYW | 3 | 12–00407 | Buie v. Ethicon, Inc. et al |
| KYW | 3 | 12–00409 | Eddington v. Ethicon, Inc. et al |

**MINNESOTA**

| MN | 0 | 12–01972 | Lynch et al v. Ethicon, Inc. et al |

**MISSOURI EASTERN**

| MOE | 4 | 12–01087 | Hester v. Johnson & Johnson et al |

**NEW JERSEY**

| NJ | 3 | 12–04226 | BUNCH v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04227 | BYRD et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04228 | DIAZ v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04229 | BAINES v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04230 | BETTS v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04231 | BOLDUC et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04232 | BOSWELL v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04233 | BREWSTER et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04234 | BROOKS v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04236 | ELMORE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04237 | FITZPATRICK v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04238 | FRY v. JOHNSON & JOHNSON et al |

| NJ | 3 | 12–04239 | GAFFIELD et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04240 | GAINES v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04241 | HADLEY v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04242 | HALL et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04254 | HODGE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04255 | HOPPER et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04256 | JEFFERSON v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04257 | JOHNSON v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04258 | GREEN et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04276 | LATHAM et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04310 | BARNES et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04311 | COX v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04312 | DUPONT v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04315 | JOHNSON et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04316 | KENNENDY et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04317 | LANDRY v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04382 | KHUDARY et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04383 | ELLINGWOOD v. JOHNSON & JOHNSON et al |

TENNESSEE EASTERN

| TNE | 1 | 12–00225 | Jones et al v. Johnson & Johnson et al |
| TNE | 1 | 12–00230 | Cannon v. Ethicon, Inc. et al |
| TNE | 2 | 12–00290 | Funk v. American Medical Systems, Inc et al |
| TNE | 2 | 12–00291 | Gulley et al v. Ethicon, Inc et al |
| TNE | 3 | 12–00352 | Doane v. Ethicon, Inc. et al (TV2) |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order  (Clerks)**
JPMLCMECF  to:  JPMLCMDECF                                    08/27/2012 12:01 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/27/2012 at 12:01 PM EDT and filed on 8/27/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | KENNENDY et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04316 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | JEFFERSON v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04256 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia**

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BOLDUC et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04231 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BOSWELL v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04232 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | GAINES v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04240 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

HOPPER et al v. JOHNSON & JOHNSON et

**Case Name:** al

**Case Number:** NJ/3:12-cv-04255

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:** BARNES et al v. JOHNSON & JOHNSON et al

**Case Number:** NJ/3:12-cv-04310

**Filer:**

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:**   BROOKS v. JOHNSON & JOHNSON et al

**Case Number:**   NJ/3:12-cv-04234

**Filer:**

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | COX v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04311 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Jones et al v. Johnson & Johnson et al |
| **Case Number:** | TNE/1:12-cv-00225 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in**

KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | BREWSTER et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04233 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in

MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | DUPONT v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04312 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in

NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | JOHNSON et al v. JOHNSON & JOHNSON et al |
| **Case Number: Filer:** | NJ/3:12-cv-04315 |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in

NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| Case Name: | Cannon v. Ethicon, Inc. et al |
|---|---|
| Case Number: | TNE/1:12-cv-00230 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in

NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | BAINES v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04229 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Lynch et al v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01972 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any

**party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Lane v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00405 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Hester v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:12-cv-01087 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the

district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | HODGE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04254 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | GAFFIELD et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04239 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

BYRD et al v. JOHNSON & JOHNSON et

| | |
|---|---|
| **Case Name:** | al |
| **Case Number:** | NJ/3:12-cv-04227 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BUNCH v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04226 |
| **Filer:** | |

**Document Number:**     No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:**     BETTS v. JOHNSON & JOHNSON et al

**Case Number:**     NJ/3:12-cv-04230

**Filer:**

**Document Number:**     No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | LATHAM et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04276 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Cross v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00403 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in**

KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

**Case Name:**      JOHNSON v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:12-cv-04257
**Filer:**
**Document
Number:**      No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in

NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | FITZPATRICK v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04237 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in

NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | FRY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04238 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in

NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Eddington v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00409 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in

NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Gulley et al v. Ethicon, Inc et al |
| **Case Number:** | TNE/2:12-cv-00291 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | DIAZ v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04228 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any

party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | HADLEY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04241 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| Case Name: | ELLINGWOOD v. JOHNSON & JOHNSON et al |
|---|---|
| Case Number: | NJ/3:12-cv-04383 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the

district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | GREEN et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04258 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Cress et al v. Ethicon Inc. et al |
| **Case Number:** | CAN/3:12-cv-03572 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

HALL et al v. JOHNSON & JOHNSON et

**Case Name:** al

**Case Number:** NJ/3:12-cv-04242

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

**Case Name:** ELMORE et al v. JOHNSON & JOHNSON et al

**Case Number:** NJ/3:12-cv-04236

**Filer:**

**Document Number:**          No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:**          Buie v. Ethicon, Inc. et al

**Case Number:**        KYW/3:12-cv-00407

**Filer:**

**Document Number:**          No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | KHUDARY et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04382 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Byrd v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00402 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in**

KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Doane v. Ethicon, Inc. et al (TV2) |
| **Case Number:** | TNE/3:12-cv-00352 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in

MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Emerson v. Ethicon, Inc. et al |
| **Case Number:** | KYW/1:12-cv-00116 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in

**NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | LANDRY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04317 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in**

NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in
NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in
NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in
TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| Case Name: | Funk v. American Medical Systems, Inc et al |
|---|---|
| Case Number: | TNE/2:12-cv-00290 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53)
Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in
KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in
KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in
KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in
MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in
NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in
NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in
NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in
NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in
NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in
NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in
NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in
NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in

NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | King et al v. Johnson & Johnson et al |
| **Case Number:** | KYW/3:12-cv-00388 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-53) Finalized on 8/27/2012. Please see pleading (3 in CAN/3:12-cv-03572, 3 in KYW/1:12-cv-00116, 3 in KYW/3:12-cv-00388, 3 in KYW/3:12-cv-00402, 3 in KYW/3:12-cv-00403, 3 in KYW/3:12-cv-00405, 3 in KYW/3:12-cv-00407, 3 in KYW/3:12-cv-00409, [569] in MDL No. 2327, 3 in MN/0:12-cv-01972, 3 in MOE/4:12-cv-01087, 3 in NJ/3:12-cv-04226, 3 in NJ/3:12-cv-04227, 3 in NJ/3:12-cv-04228, 3 in NJ/3:12-cv-04229, 3 in NJ/3:12-cv-04230, 3 in NJ/3:12-cv-04231, 3 in NJ/3:12-cv-04232, 3 in NJ/3:12-cv-04233, 3 in NJ/3:12-cv-04234, 3 in NJ/3:12-cv-04236, 3 in NJ/3:12-cv-04237, 3 in NJ/3:12-cv-04238, 3 in NJ/3:12-cv-04239, 3 in NJ/3:12-cv-04240, 3 in NJ/3:12-cv-04241, 3 in NJ/3:12-cv-04242, 3 in NJ/3:12-cv-04254, 3 in NJ/3:12-cv-04255, 3 in NJ/3:12-cv-04256, 3 in NJ/3:12-cv-04257, 3 in NJ/3:12-cv-04258, 3 in NJ/3:12-cv-04276, 3 in NJ/3:12-cv-04310, 3 in NJ/3:12-cv-04311, 3 in NJ/3:12-cv-04312, 3 in NJ/3:12-cv-04315, 3 in NJ/3:12-cv-04316, 3 in NJ/3:12-cv-04317, 3 in NJ/3:12-cv-04382, 3 in NJ/3:12-cv-04383, 3 in TNE/1:12-cv-00225, 3 in TNE/1:12-cv-00230, 3 in TNE/2:12-cv-00290, 3 in TNE/2:12-cv-00291, 3 in TNE/3:12-cv-00352).

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF  to:  JPMLCMDECF                                    08/27/2012 11:54 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/27/2012 at 11:53 AM EDT and filed on 8/27/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 569 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in*

*TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BOLDUC et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04231 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | GAINES v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04240 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | HOPPER et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04255 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in*

*NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BARNES et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04310 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Jones et al v. Johnson & Johnson et al |
| **Case Number:** | TNE/1:12-cv-00225 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:** BREWSTER et al v. JOHNSON & JOHNSON et al

**Case Number:** NJ/3:12-cv-04233

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in*

*NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Lynch et al v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01972 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Lane v. Ethicon, Inc. et al |

**Case Number:** KYW/3:12-cv-00405
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s) *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:** HODGE et al v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:12-cv-04254
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s) *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in***

*NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)  Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | GAFFIELD et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04239 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BYRD et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04227 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BETTS v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04230 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in*

*NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in
NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in
NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in
NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in
NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in
NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in
NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in
NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in
NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in
TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in
TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is
lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | LATHAM et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04276 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1
in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in
KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in
KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in
MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in
NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in
NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in
NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in
NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in
NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in
NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in
NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in
NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in
NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in
NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in
TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in
TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is
lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Cross v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00403 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | JOHNSON v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04257 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in*

*MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | FRY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04238 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Eddington v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00409 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Gulley et al v. Ethicon, Inc et al |
| **Case Number:** | TNE/2:12-cv-00291 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1*

*in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | DIAZ v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04228 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in*

*TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | HADLEY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04241 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | ELLINGWOOD v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04383 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Byrd v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00402 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in*

*NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Doane v. Ethicon, Inc. et al (TV2) |
| **Case Number:** | TNE/3:12-cv-00352 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | LANDRY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04317 |
| **Filer:** | |

**Document Number:**   3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:**   Funk v. American Medical Systems, Inc et al

**Case Number:**   TNE/2:12-cv-00290

**Filer:**

**Document Number:**   3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in*

*NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | KENNENDY et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04316 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | JEFFERSON v. JOHNSON & JOHNSON et al |

**Case Number:** NJ/3:12-cv-04256
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s) *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:** BOSWELL v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:12-cv-04232
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s) *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in***

*NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BROOKS v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04234 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| **Case Name:** | COX v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04311 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| **Case Name:** | DUPONT v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04312 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in*

*NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | JOHNSON et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04315 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | BAINES v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04229 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Cannon v. Ethicon, Inc. et al |
| **Case Number:** | TNE/1:12-cv-00230 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in*

*KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Hester v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:12-cv-01087 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is**

lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | BUNCH v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04226 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | FITZPATRICK v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04237 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | GREEN et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04258 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in*

*NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Cress et al v. Ethicon Inc. et al |
| **Case Number:** | CAN/3:12-cv-03572 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | HALL et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04242 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | ELMORE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04236 |
| **Filer:** | |
| **Document Number:** | 3 |

Docket Text:

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in*

*NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Buie v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00407 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | KHUDARY et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04382 |
| **Filer:** | |

**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:** Emerson v. Ethicon, Inc. et al

**Case Number:** [KYW/1:12-cv-00116](#)

**Filer:**

**Document Number:** [3](#)

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in*

*NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | King et al v. Johnson & Johnson et al |
| **Case Number:** | KYW/3:12-cv-00388 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-53) - 45 action(s)** *re: pldg. (1 in CAN/3:12-cv-03572, 1 in KYW/1:12-cv-00116, 1 in KYW/3:12-cv-00388, 1 in KYW/3:12-cv-00402, 1 in KYW/3:12-cv-00403, 1 in KYW/3:12-cv-00405, 1 in KYW/3:12-cv-00407, 1 in KYW/3:12-cv-00409, [547] in MDL No. 2327, 1 in MN/0:12-cv-01972, 1 in MOE/4:12-cv-01087, 1 in NJ/3:12-cv-04226, 1 in NJ/3:12-cv-04227, 1 in NJ/3:12-cv-04228, 1 in NJ/3:12-cv-04229, 1 in NJ/3:12-cv-04230, 1 in NJ/3:12-cv-04231, 1 in NJ/3:12-cv-04232, 1 in NJ/3:12-cv-04233, 1 in NJ/3:12-cv-04234, 1 in NJ/3:12-cv-04236, 1 in NJ/3:12-cv-04237, 1 in NJ/3:12-cv-04238, 1 in NJ/3:12-cv-04239, 1 in NJ/3:12-cv-04240, 1 in NJ/3:12-cv-04241, 1 in NJ/3:12-cv-04242, 1 in NJ/3:12-cv-04254, 1 in NJ/3:12-cv-04255, 1 in NJ/3:12-cv-04256, 1 in NJ/3:12-cv-04257, 1 in NJ/3:12-cv-04258, 1 in NJ/3:12-cv-04276, 1 in NJ/3:12-cv-04310, 1 in NJ/3:12-cv-04311, 1 in NJ/3:12-cv-04312, 1 in NJ/3:12-cv-04315, 1 in NJ/3:12-cv-04316, 1 in NJ/3:12-cv-04317, 1 in NJ/3:12-cv-04382, 1 in NJ/3:12-cv-04383, 1 in TNE/1:12-cv-00225, 1 in TNE/1:12-cv-00230, 1 in TNE/2:12-cv-00290, 1 in TNE/2:12-cv-00291, 1 in TNE/3:12-cv-00352)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dbthomas@agmtlaw.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04231 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04231 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04240 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04240 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04255 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04255 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04310 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04310 Notice will not be electronically mailed to:**

**TNE/1:12-cv-00225 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Aimee H Wagstaff aimee.wagstaff@ahw-law.com, aimee.wagstaff@ab-plc.com

J. Paul Sizemore paul@sizemorelawfirm.com

**TNE/1:12-cv-00225 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04233 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04233 Notice will not be electronically mailed to:**

**MN/0:12-cv-01972 Notice has been electronically mailed to:**

Yvonne M Flaherty flaheym@locklaw.com

**MN/0:12-cv-01972 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00405 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00405 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04254 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04254 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04239 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04239 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04227 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04227 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04230 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04230 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04276 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04276 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00403 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00403 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04257 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04257 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04238 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04238 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00409 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00409 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00291 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,

laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNE/2:12-cv-00291 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04228 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04228 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04241 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04241 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04383 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04383 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00402 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00402 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00352 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNE/3:12-cv-00352 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04317 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04317 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00290 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com,
lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

**TNE/2:12-cv-00290 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04316 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04316 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04256 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04256 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04232 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04232 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04234 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04234 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04311 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04311 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04312 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04312 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04315 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04315 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04229 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04229 Notice will not be electronically mailed to:**

**TNE/1:12-cv-00230 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNE/1:12-cv-00230 Notice will not be electronically mailed to:**

**MOE/4:12-cv-01087 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Kevin J. Davidson kevin@zevandavidson.com

**MOE/4:12-cv-01087 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04226 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04226 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04237 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04237 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04258 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04258 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03572 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/3:12-cv-03572 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04242 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,

ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04242 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04236 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04236 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00407 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com,
dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com,
lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com,
baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00407 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04382 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04382 Notice will not be electronically mailed to:**

**KYW/1:12-cv-00116 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/1:12-cv-00116 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00388 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Lee L. Coleman lcoleman@hughesandcoleman.com

**KYW/3:12-cv-00388 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/27/2012]
[FileNumber=316387-0]
[67ee0452b670ecaccda399e18f5adc783e4efe933ee5dd99b0ed1aafa6a13660f6137
21d6a1a8a198ed4d01148733ac21923c1303c951ab2166914d8d3cd607f]]