IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SUSAN GRIZZLE, et al.,

          Plaintiffs,

v.                                            CIVIL ACTION NO.  2:12-cv-02991

ETHICON, INC., et al.,

          Defendants.

**ORDER**

Pending is the plaintiffs' Motion to Transfer MDLs filed August 27, 2012.  [ECF 14.] On July 11, 2012, the plaintiffs filed a Short Form Complaint in MDL No. 2187 against C.R. Bard, Inc. and a number of other defendants.  [ECF 1.]  On August 24, 2012, the plaintiffs filed a First Amended Short Form Complaint, naming Johnson & Johnson, Ethicon, Inc., and Ethicon, LLC only.  [ECF 13.]

Because the plaintiffs have no longer named C.R. Bard, Inc., Sofradim Production SAS or Tissue Science Laboratories Limited and because Ethicon, Inc. and others are named, it is **ORDERED** that this action should be transferred to MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation.  The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2187 and re-assign it to MDL 2327 on the basis of the plaintiffs' First Amended Short Form Complaint.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to file a copy of this Order in this civil action as well as 2:12-md-2327.

ENTER: August 28, 2012

Joseph R. Goodwin, Chief Judge