IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KIMBERLEY A. HATTO,

          Plaintiff,

v.                                                                          CIVIL ACTION NO.  2:12-cv-03904

ETHICON, INC., et al.,

          Defendants.

**ORDER**

On July 31, 2012, the plaintiff filed a Short Form Complaint in MDL No. 2187 against C.R. Bard, Inc. and a number of other defendants.  [ECF 1.]  On August 21, 2012, the plaintiffs filed a First Amended Complaint and Jury Demand, naming Johnson & Johnson, Ethicon, Inc., and others.  [ECF 4.]

Because the plaintiffs have no longer named C.R. Bard, Inc., Sofradim Production SAS or Tissue Science Laboratories Limited and because Ethicon, Inc. and others are named, it is **ORDERED** that this action should be transferred to MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation.  The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2187 and re-assign it to MDL 2327 on the basis of the plaintiffs' First Amended Complaint and Jury Demand.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.  The Clerk is further **DIRECTED** to file a copy of this Order in this civil action as well as 2:12-md-2327.

ENTER: August 28, 2012

Joseph R. Goodwin, Chief Judge