IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LINDA WALLACE,

          Plaintiff,

v.                                CIVIL ACTION NO.  2:12-cv-03908

ETHICON, INC., et al.,

          Defendants.

**ORDER**

Pending is the plaintiff's Motion to Transfer MDLs filed August 27, 2012.  [ECF 4.]  On July 31, 2012, the plaintiff filed a Short Form Complaint in MDL No. 2187 against C.R. Bard, Inc. and a number of other defendants.  [ECF 1.]  On August 28, 2012, the plaintiff filed a First Amended Short Form Complaint, naming Ethicon, Inc., Ethicon, LLC and Johnson & Johnson only.  [ECF 5.]

Because the plaintiff has no longer named C.R. Bard, Inc., Sofradim Production SAS or Tissue Science Laboratories Limited and because Ethicon, Inc. and others are named, it is **ORDERED** that the plaintiff's Motion [ECF 4] is **GRANTED,** and this action should be transferred to MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation.  The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2187 and re-assign it to MDL 2327 on the basis of the plaintiff's First Amended Short Form Complaint.  **The plaintiff is reminded of her obligations under PTO # 12 and any subsequent orders related thereto.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to file a copy of this Order in this civil action as well as 2:12-md-2327.

ENTER: August 29, 2012

Joseph R. Goodwin, Chief Judge