IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JEAN CARPER, et al.,

          Plaintiffs,

v.                                    CIVIL ACTION NO. 2:12-cv-004276

ETHICON, INC., et al.,

          Defendants.

**ORDER**

Pending is the plaintiffs' Motion to Transfer MDLs, filed on August 27, 2012. [ECF 4.] On August 13, 2012, plaintiffs filed a Short Form Complaint in MDL No. 2187 against C.R. Bard, Inc. and a number of other defendants. [ECF 1.] On August 28, 2012, plaintiffs filed a First Amended Short Form Complaint, naming Ethicon, Inc., Ethicon, LLC and Johnson & Johnson. [ECF 5.]

Because the plaintiffs have no longer named C.R. Bard, Inc., Sofradim Production SAS or Tissue Science Laboratories Limited and because Ethicon, Inc. and others are named, it is **ORDERED** that the plaintiffs' Motion [ECF 4] is **GRANTED,** and this action should be transferred to MDL 2327, In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation. The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2187 and re-assign it to MDL 2327 on the basis of the plaintiffs' First Amended Short Form Complaint. **The plaintiffs are reminded of their obligations under PTO # 12 and any subsequent orders related thereto**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.  The Clerk is further **DIRECTED** to file a copy of this Order in this civil action as well as 2:12-md-2327.

ENTER: August 29, 2012

Joseph R. Goodwin, Chief Judge