# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –54)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for
the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 560 additional
action(s) have been transferred to the Southern District of West Virginia. With the consent of that
court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Southern District of West Virginia and assigned
to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with
the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk
shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 30, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                         MDL No. 2327

## SCHEDULE CTO−54 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 12−06940 | Zouka Rosen et al v. Umakant M Khetan et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 12−03548 | Lupton et al v. Ethicon Inc et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 12−61531 | Pirlein v. Ethicon, Inc. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 12−06205 | Moore et al v. Ethicon, Inc., et al |
| KENTUCKY WESTERN | | | |
| ~~KYW~~ | ~~1~~ | ~~12−00115~~ | ~~Lee v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| ~~KYW~~ | ~~1~~ | ~~12−00117~~ | ~~Looper v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| KYW | 3 | 12−00408 | Moore v. Ethicon, Inc. et al |
| ~~KYW~~ | ~~3~~ | ~~12−00410~~ | ~~Weaver v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| ~~KYW~~ | ~~3~~ | ~~12−00411~~ | ~~Williams v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| ~~KYW~~ | ~~3~~ | ~~12−00412~~ | ~~Maynard v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| ~~M~~ISSISSIPPI SOUTHERN | | | |
| MSS | 3 | 12−00589 | Vaughan v. Johnson & Johnson et al |
| NEW JERSEY | | | |
| NJ | 3 | 12−04277 | LEWIS et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12−04279 | MARKER et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12−04294 | MARTIN v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12−04295 | PAAPE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12−04296 | PASCUAL v. JOHNSON & JOHNSON et al |

| | | | |
|---|---|---|---|
| NJ | 3 | 12–04297 | REED v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04298 | TURBEVILLE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04299 | WALL et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04300 | PAYNE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04318 | MOREFIELD v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04319 | PERRY v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04320 | SMITH v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04360 | OWENS v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04375 | THOMPSON v. ETHICON, INC. et al |
| NJ | 3 | 12–04376 | MCCOY v. ETHICON, INC. et al |
| NJ | 3 | 12–04400 | WOODS et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12–04951 | SCHMIDT v. ETHICON, INC. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 12–00227 | McLeod v. Ethicon, Inc. et al |
| ~~TNE~~ | ~~1~~ | ~~12–00235~~ | ~~Lowe v. Ethicon, Inc et al~~ Opposed 8/30/12 |
| ~~TNE~~ | ~~1~~ | ~~12–00240~~ | ~~Stanifer v. Ethicon, Inc et al~~ Opposed 8/30/12 |
| ~~TNE~~ | ~~1~~ | ~~12–00241~~ | ~~Steele v. Ethicon, Inc et al~~ Opposed 8/30/12 |
| TNE | 2 | 12–00288 | Birchfield et al v. Johnson & Johnson et al |
| TNE | 2 | 12–00292 | Potter v. Ethicon, Inc et al |
| TNE | 2 | 12–00294 | Slemp v. Ethicon, Inc et al |
| TNE | 3 | 12–00359 | Shoffner v. Ethicon, Inc. et al (TV2) |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 12–02630 | Murphree v. Ethicon, Inc. et al |



**Activity in Case MDL No . 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)**
JPMLCMECF   to:  JPMLCMDECF                                              08/30/2012 09:23 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/30/2012 at 9:21 AM EDT and filed on 8/30/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia**

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | PERRY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04319 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

Moore v. Ethicon, Inc. et

| **Case Name:** | al |
| **Case Number:** | KYW/3:12-cv-00408 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| **Case Name:** | WOODS et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04400 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | PAAPE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04295 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in**

NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in
NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in
NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in
NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in
TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in
TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D.West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | SMITH v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04320 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54)
Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in
CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in
KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in
NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in
NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in
NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in
NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in
NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in
NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in
TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in
TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | TURBEVILLE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04298 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Lupton et al v. Ethicon Inc et al |
| **Case Number:** | CAN/3:12-cv-03548 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | REED v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04297 |
| **Filer:** | |

**Document Number:**    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

**Case Name:**    MCCOY v. ETHICON, INC. et al

**Case Number:**    NJ/3:12-cv-04376

**Filer:**

**Document Number:**    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in

CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in
KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in
NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in
NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in
NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in
NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in
NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in
NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in
TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in
TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D.West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | LEWIS et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04277 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54)
Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in
CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in
KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in
NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in
NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in
NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in
NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in
NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in
NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in

**TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | SCHMIDT v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-04951 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| Case Name: | McLeod v. Ethicon, Inc. et al |
|---|---|
| Case Number: | TNE/1:12-cv-00227 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Moore et al v. Ethicon, Inc., et al |
| **Case Number:** | ILN/1:12-cv-06205 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Birchfield et al v. Johnson & Johnson et al |
| **Case Number:** | TNE/2:12-cv-00288 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | PASCUAL v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04296 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in

NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | WALL et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04299 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Potter v. Ethicon, Inc et al |
| **Case Number:** | TNE/2:12-cv-00292 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Slemp v. Ethicon, Inc et al |
| **Case Number:** | TNE/2:12-cv-00294 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | MARKER et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04279 |
| **Filer:** | |

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

**Case Name:**   Pirlein v. Ethicon, Inc. et al

**Case Number:**   FLS/0:12-cv-61531

**Filer:**

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in

CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in
KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in
NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in
NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in
NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in
NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in
NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in
NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in
TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in
TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any
party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D.West Virginia
for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee
clerk transmit a certified copy of the Panel order to transfer to the clerk of the
district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | OWENS v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04360 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54)
Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in
CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in
KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in
NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in
NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in
NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in
NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in
NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in
NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in

**TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | MARTIN v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04294 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Murphree v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02630 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | PAYNE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04300 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Vaughan v. Johnson & Johnson et al |
| **Case Number:** | MSS/3:12-cv-00589 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | Shoffner v. Ethicon, Inc. et al (TV2) |
| **Case Number:** | TNE/3:12-cv-00359 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in

NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| Case Name: | Zouka Rosen et al v. Umakant M Khetan et al |
|---|---|
| Case Number: | CAC/2:12-cv-06940 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.

Associated Cases: MDL No. 2327 et al. (trb)

| | |
|---|---|
| **Case Name:** | THOMPSON v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-04375 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | MOREFIELD v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04318 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-54) Finalized on 8/30/2012. Please see pleading (3 in CAC/2:12-cv-06940, 3 in CAN/3:12-cv-03548, 3 in FLS/0:12-cv-61531, 3 in ILN/1:12-cv-06205, 3 in KYW/3:12-cv-00408, [577] in MDL No. 2327, 3 in MSS/3:12-cv-00589, 3 in NJ/3:12-cv-04277, 3 in NJ/3:12-cv-04279, 3 in NJ/3:12-cv-04294, 3 in NJ/3:12-cv-04295, 3 in NJ/3:12-cv-04296, 3 in NJ/3:12-cv-04297, 3 in NJ/3:12-cv-04298, 3 in NJ/3:12-cv-04299, 3 in NJ/3:12-cv-04300, 3 in NJ/3:12-cv-04318, 3 in NJ/3:12-cv-04319, 3 in NJ/3:12-cv-04320, 3 in NJ/3:12-cv-04360, 3 in NJ/3:12-cv-04375, 3 in NJ/3:12-cv-04376, 3 in NJ/3:12-cv-04400, 3 in NJ/3:12-cv-04951, 3 in TNE/1:12-cv-00227, 3 in TNE/2:12-cv-00288, 3 in TNE/2:12-cv-00292, 3 in TNE/2:12-cv-00294, 3 in TNE/3:12-cv-00359, 3 in TNW/2:12-cv-02630).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D.West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**No public notice (electronic or otherwise) sent because the entry is private**



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System
Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF to: JPMLCMDECF                                              08/30/2012 09:20 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/30/2012 at 9:18 AM EDT and filed on 8/30/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 577 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1
in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in
ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in
MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in
NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in
NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in
NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in
NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in
NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in
TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in
TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch
as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | PAAPE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04295 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | SMITH v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04320 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in*

*TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| Case Name: | Lupton et al v. Ethicon Inc et al |
| Case Number:<br>Filer: | CAN/3:12-cv-03548 |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| Case Name: | REED v. JOHNSON & JOHNSON et al |
| Case Number:<br>Filer: | NJ/3:12-cv-04297 |
| Document Number: | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in*

*NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | MCCOY v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-04376 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | LEWIS et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04277 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| **Case Name:** | Moore et al v. Ethicon, Inc., et al |
| **Case Number:** | ILN/1:12-cv-06205 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| **Case Name:** | Birchfield et al v. Johnson & Johnson et al |

**Case Number:**    TNE/2:12-cv-00288
**Filer:**
**Document Number:**    3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s) *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:**    PASCUAL v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:12-cv-04296
**Filer:**
**Document Number:**    3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s) *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Potter v. Ethicon, Inc et al |
| **Case Number:** | TNE/2:12-cv-00292 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Slemp v. Ethicon, Inc et al |
| **Case Number:** | TNE/2:12-cv-00294 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in*

*TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| Case Name: | MARTIN v. JOHNSON & JOHNSON et al |
|---|---|
| Case Number: | NJ/3:12-cv-04294 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| Case Name: | Murphree v. Ethicon, Inc. et al |
|---|---|
| Case Number: | TNW/2:12-cv-02630 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in*

*NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| Case Name: | Vaughan v. Johnson & Johnson et al |
|---|---|
| **Case Number:** | MSS/3:12-cv-00589 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| Case Name: | PERRY v. JOHNSON & JOHNSON et al |
|---|---|
| **Case Number:** | NJ/3:12-cv-04319 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s) *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Moore v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00408 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s) *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | WOODS et al v. JOHNSON & JOHNSON et al |

**Case Number:** NJ/3:12-cv-04400
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:** TURBEVILLE et al v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:12-cv-04298
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | SCHMIDT v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-04951 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | McLeod v. Ethicon, Inc. et al |
| **Case Number:** | TNE/1:12-cv-00227 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in*

*TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | WALL et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04299 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | MARKER et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04279 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in*

*NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Pirlein v. Ethicon, Inc. et al |
| **Case Number:** | FLS/0:12-cv-61531 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | OWENS v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04360 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s) *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | PAYNE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04300 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s) *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Shoffner v. Ethicon, Inc. et al (TV2) |

**Case Number:** TNE/3:12-cv-00359
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**Case Name:** Zouka Rosen et al v. Umakant M Khetan et al
**Case Number:** CAC/2:12-cv-06940
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s)** *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | THOMPSON v. ETHICON, INC. et al |
| **Case Number:** | NJ/3:12-cv-04375 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s) *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

| | |
|---|---|
| **Case Name:** | MOREFIELD v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04318 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-54) - 29 action(s) *re: pldg. (1 in CAC/2:12-cv-06940, 1 in CAN/3:12-cv-03548, 1 in FLS/0:12-cv-61531, 1 in ILN/1:12-cv-06205, 1 in KYW/3:12-cv-00408, [561] in MDL No. 2327, 1 in MSS/3:12-cv-00589, 1 in NJ/3:12-cv-04277, 1 in NJ/3:12-cv-04279, 1 in NJ/3:12-cv-04294, 1 in NJ/3:12-cv-04295, 1 in NJ/3:12-cv-04296, 1 in NJ/3:12-cv-04297, 1 in NJ/3:12-cv-04298, 1 in NJ/3:12-cv-04299, 1 in NJ/3:12-cv-04300, 1 in NJ/3:12-cv-04318, 1 in NJ/3:12-cv-04319, 1 in NJ/3:12-cv-04320, 1 in NJ/3:12-cv-04360, 1 in NJ/3:12-cv-04375, 1 in NJ/3:12-cv-04376, 1 in NJ/3:12-cv-04400, 1 in NJ/3:12-cv-04951, 1 in***

**TNE/1:12-cv-00227, 1 in TNE/2:12-cv-00288, 1 in TNE/2:12-cv-00292, 1 in TNE/2:12-cv-00294, 1 in TNE/3:12-cv-00359, 1 in TNW/2:12-cv-02630)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/30/2012.**

**Associated Cases: MDL No. 2327 et al. (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04295 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04295 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04320 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04320 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03548 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/3:12-cv-03548 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04297 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04297 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04376 Notice has been electronically mailed to:**

JAMES D BARGER jbarger@awkolaw.com, JBARGER@AWKOLAW.COM

**NJ/3:12-cv-04376 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04277 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04277 Notice will not be electronically mailed to:**

**ILN/1:12-cv-06205 Notice has been electronically mailed to:**

Elise A Waisbren ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

Terrence M Quinn kwilloughby@phillipslegal.com, Tquinn@phillipslegal.com,
ewaisbren@phillipslegal.com

Stephen D Phillips sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

**ILN/1:12-cv-06205 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00288 Notice has been electronically mailed to:**

Jon A. Strongman jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com,
dldavis@shb.com, hkemery@shb.com

Aimee H Wagstaff aimee.wagstaff@ahw-law.com, aimee.wagstaff@ab-plc.com

J. Paul Sizemore paul@sizemorelawfirm.com

**TNE/2:12-cv-00288 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04296 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04296 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00292 Notice has been electronically mailed to:**

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNE/2:12-cv-00292 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00294 Notice has been electronically mailed to:**

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNE/2:12-cv-00294 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04294 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04294 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02630 Notice has been electronically mailed to:**

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com,
lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

**TNW/2:12-cv-02630 Notice will not be electronically mailed to:**

**MSS/3:12-cv-00589 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Neville H Boschert nboschert@joneswalker.com

Shane F Langston shane@langstonlawyers.com, rita@langstonlawyers.com

Rebecca McRae Langston rebecca@langstonlawyers.com

Kari L. Sutherland kari.sutherland@butlersnow.com

Jessica Elizabeth Murray jessica@langstonlawyers.com

Laura Louise Hill laura.dixon@butlersnow.com

**MSS/3:12-cv-00589 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04319 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04319 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00408 Notice has been electronically mailed to:**

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com,
dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00408 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04400 Notice has been electronically mailed to:**

Dana Bradley Taschner dana@danataschner.com

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04400 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04298 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04298 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04951 Notice has been electronically mailed to:**

JAMES D BARGER jbarger@awkolaw.com, JBARGER@AWKOLAW.COM

**NJ/3:12-cv-04951 Notice will not be electronically mailed to:**

**TNE/1:12-cv-00227 Notice has been electronically mailed to:**

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNE/1:12-cv-00227 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04299 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04299 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04279 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04279 Notice will not be electronically mailed to:**

**FLS/0:12-cv-61531 Notice has been electronically mailed to:**

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

**FLS/0:12-cv-61531 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04360 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04360 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04300 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04300 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00359 Notice has been electronically mailed to:**

Chris W Cantrell Chrisc@beltlawfirm.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com,

lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

William J Doyle, II bill@doylelowther.com, kdavis@doylelowther.com

**TNE/3:12-cv-00359 Notice will not be electronically mailed to:**

**CAC/2:12-cv-06940 Notice has been electronically mailed to:**

Jeffrey A Milman jmilman@hml-lawyers.com

Aimee H Wagstaff aimee.wagstaff@ahw-law.com, aimee.wagstaff@ab-plc.com

Jessica L Wilber jvandenbrink@hml-lawyers.com

Gary L Tysch gltysch@pacbell.net

Sean O McCrary sean.mccrary@ahw-law.com

Mollie Fleming Benedict mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes joshua.wes@tuckerellis.com

**CAC/2:12-cv-06940 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04375 Notice has been electronically mailed to:**

JAMES D BARGER jbarger@awkolaw.com, JBARGER@AWKOLAW.COM

**NJ/3:12-cv-04375 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04318 Notice has been electronically mailed to:**

Catherine Theodora Heacox cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04318 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/30/2012]
[FileNumber=317336-0]
[b222ce3dc8e3bd6212ca4181945b911e8403af869aa52b59645beadf12f6f2b96b23
9
4550ce6d019390b1437a01156ff61f3b3a8d6e707955bd284dbcc996dd4]]