**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
     PELVIC REPAIR SYSTEM
     PRODUCTS LIABILITY LITIGATION

                                                   MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 14**
(Amended Master Complaint and Master Responsive Pleadings; Direct Filing)

On August 22, 2012, the court entered PTO # 12 (Master and Short Form Complaint and Master Responsive Pleadings; Direct Filing).  [ECF 218.]  On August 28, 2012, the plaintiffs filed a Motion to Amend Master Long Form Complaint and Jury Demand.  [ECF 232.]  In the motion, the plaintiffs seek to amend their original Master Long Form Complaint and Jury Demand to include paragraphs 9, 10 and 11 setting forth allegations of jurisdiction and venue which were inadvertently omitted.  Defendants have no objection.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, it is **ORDERED** that the plaintiffs' unopposed motion is **GRANTED.**  The court **DIRECTS** that the Clerk file the First Amended Master Long Form Complaint and Jury Demand attached hereto, along with the answers of Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, also attached hereto.  The court **DIRECTS** that the Clerk post these pleadings on the court's website.

It is further **ORDERED** that PTO # 12 is amended to (1) add the words "First Amended" in front of "Master" in paragraph A(1) and that "First Amended" shall precede the words "Master Complaint" throughout PTO # 12; and (2) likewise, references to "Answers" in PTO #

- 2 -

12 shall refer to defendants' Answers to the Plaintiffs' First Amended Master Long Form Complaint and Jury Demand.  PTO # 12 otherwise remains in full force and effect.   The First Amended Complaint does not substantively change the Short Form Complaint in Ethicon, but does provide information needed to complete the Short Form Complaint.

The court **DIRECTS** the Clerk to file a copy of this order in 2-12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-12-cv-4946.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

      ENTER:  August 31, 2012

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge