UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –55)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 560 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 05, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION  MDL No. 2327

### SCHEDULE CTO−55 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 4 | 12−03574 | Gibson et al v. Ethicon, Inc. et al |
| GEORGIA NORTHERN | | | |
| GAN | 3 | 12−00126 | Vasquez et al v. Johnson & Johnson et al |
| MINNESOTA | | | |
| MN | 0 | 12−02052 | Hoover v. Ethicon, Inc. et al |
| MN | 0 | 12−02053 | Geisinger v. Ethicon, Inc. et al |
| MN | 0 | 12−02069 | Sullivan et al v. Ethicon, Inc. et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 12−01073 | Vance et al v. Ethicon, Inc. et al |
| TENNESSEE EASTERN | | | |
| TNE | 3 | 12−00337 | Thornton v. Johnson & Johnson |
| TEXAS NORTHERN | | | |
| TXN | 3 | 12−02838 | Mitema et al v. Johnson & Johnson et al |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
09/05/2012 10:27 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 09/05/2012 at 09:38:14 AM EDT and filed on 09/05/2012
**Case Name:**   Vance et al v. Ethicon, Inc. et al
**Case Number:**   MOW/4:12-cv-01073
**Filer:**
**Document Number:**

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases:** MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)

**Case Name:** Sullivan et al v. Ethicon, Inc. et al
**Case Number:** MN/0:12-cv-02069
**Filer:**
**Document Number:**

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases:** MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)

**Case Name:** Vasquez et al v. Johnson & Johnson et al
**Case Number:** GAN/3:12-cv-00126
**Filer:**
**Document Number:**

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| **Case Name:** | Gibson et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03574 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| **Case Name:** | Geisinger v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-02053 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| **Case Name:** | Hoover v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-02052 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| **Case Name:** | Mitema et al v. Johnson & Johnson et al |
| **Case Number:** | TXN/3:12-cv-02838 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| **Case Name:** | Thornton v. Johnson & Johnson |
| **Case Number:** | TNE/3:12-cv-00337 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-55) Finalized on 9/5/2012. Please see pleading (3 in CAN/4:12-cv-03574, 3 in GAN/3:12-cv-00126, [581] in MDL No. 2327, 3 in MN/0:12-cv-02052, 3 in MN/0:12-cv-02053, 3 in MN/0:12-cv-02069, 3 in MOW/4:12-cv-01073, 3 in TNE/3:12-cv-00337, 3 in TXN/3:12-cv-02838).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

**No public notice (electronic or otherwise) sent because the entry is private**
The following document(s) are associated with this transaction:

*This is a re-generated NEF. Created on 9/5/2012 at 10:27 AM EDT*

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
09/05/2012 09:37 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 9/5/2012 at 9:36 AM EDT and filed on 9/5/2012
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 581

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

**Case Name:**      Thornton v. Johnson & Johnson
**Case Number:**    TNE/3:12-cv-00337
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in*

*CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| Case Name: | Mitema et al v. Johnson & Johnson et al |
| Case Number: | TXN/3:12-cv-02838 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| Case Name: | Vasquez et al v. Johnson & Johnson et al |
| Case Number: | GAN/3:12-cv-00126 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| Case Name: | Geisinger v. Ethicon, Inc. et al |
| Case Number: | MN/0:12-cv-02053 |

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| **Case Name:** | Hoover v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-02052 |

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

| | |
|---|---|
| **Case Name:** | Gibson et al v. Ethicon, Inc. et al |
| **Case Number:** | CAN/4:12-cv-03574 |

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-**

**02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

**Case Name:** Sullivan et al v. Ethicon, Inc. et al
**Case Number:** MN/0:12-cv-02069
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

**Case Name:** Vance et al v. Ethicon, Inc. et al
**Case Number:** MOW/4:12-cv-01073
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-55) - 8 action(s)** *re: pldg. (1 in CAN/4:12-cv-03574, 1 in GAN/3:12-cv-00126, [567] in MDL No. 2327, 1 in MN/0:12-cv-02052, 1 in MN/0:12-cv-02053, 1 in MN/0:12-cv-02069, 1 in MOW/4:12-cv-01073, 1 in TNE/3:12-cv-00337, 1 in TXN/3:12-cv-02838)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/5/2012.**

**Associated Cases: MDL No. 2327, CAN/4:12-cv-03574, GAN/3:12-cv-00126, MN/0:12-cv-02052, MN/0:12-cv-02053, MN/0:12-cv-02069, MOW/4:12-cv-01073, TNE/3:12-cv-00337, TXN/3:12-cv-02838 (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch   carl@facslaw.com, terry@facslaw.com

Michael J Farrell   mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso   mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00337 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

J. Paul Sizemore paul@sizemorelawfirm.com

**TNE/3:12-cv-00337 Notice will not be electronically mailed to:**

**TXN/3:12-cv-02838 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Tim K Goss goss39587@aol.com, andrea@freeseandgoss.com

Tamara Banno tbanno@tlb-law.com

**TXN/3:12-cv-02838 Notice will not be electronically mailed to:**

**GAN/3:12-cv-00126 Notice has been electronically mailed to:**

Henry G Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, msd@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Andrew J Hill, III ajh@bbgbalaw.com

Gary Bryan Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/3:12-cv-00126 Notice will not be electronically mailed to:**

**MN/0:12-cv-02053 Notice has been electronically mailed to:**

Charles H Johnson bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-02053 Notice will not be electronically mailed to:**

**MN/0:12-cv-02052 Notice has been electronically mailed to:**

Charles H Johnson bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-02052 Notice will not be electronically mailed to:**

**CAN/4:12-cv-03574 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/4:12-cv-03574 Notice will not be electronically mailed to:**

**MN/0:12-cv-02069 Notice has been electronically mailed to:**

Yvonne M Flaherty flaheym@locklaw.com

**MN/0:12-cv-02069 Notice will not be electronically mailed to:**

**MOW/4:12-cv-01073 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-01073 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/5/2012] [FileNumber=318299-0] [
a8e0bb280a5c809d059a1bb211cb98bae460a5fe0e3f664a25a29811ab7509e0c8719f
d7ed78a2d271cdcae0f0d4fb1edf2019b686792d81ccd39c1287805271]]