UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION  MDL No. 2327

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on August 22, 2012.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer.  Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-54" filed on August 22, 2012, is LIFTED insofar as it relates to these actions. The actions are transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                           MDL No. 2327

### SCHEDULE CTO-54 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A.#** | **CASE CAPTIONS** |
|---|---|---|---|
| KENTUCKY WESTERN | | | |
| KYW | 1 | 12-00115 | Lee v. Ethicon, Inc. et al |
| KYW | 1 | 12-00117 | Looper v. Ethicon, Inc. et al |
| KYW | 3 | 12-00410 | Weaver v. Ethicon, Inc. et al |
| KYW | 3 | 12-00411 | Williams v. Ethicon, Inc. et al |
| KYW | 3 | 12-00412 | Maynard v. Ethicon, Inc. et al |
| TENNESSEE EASTERN | | | |
| TNE | 1 | 12-00235 | Lowe v. Ethicon, Inc et al |
| TNE | 1 | 12-00240 | Stanifer v. Ethicon, Inc et al |
| TNE | 1 | 12-00241 | Steele v. Ethicon, Inc et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay  (Transferee and Transferor Courts)

**JPMLCMECF**   to:  JPMLCMDECF                         09/17/2012 02:30 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/17/2012 at 2:30 PM EDT and filed on 9/17/2012

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):

A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.

This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to you for filing.

28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.

**Associated Cases:** MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)

| | |
|---|---|
| **Case Name:** | Lee v. Ethicon, Inc. et al |
| **Case Number:** | KYW/1:12-cv-00115 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.

This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to you for filing.

28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.

**Associated Cases:** MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)

| | |
|---|---|
| **Case Name:** | Looper v. Ethicon, Inc. et al |
| **Case Number:** | KYW/1:12-cv-00117 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Maynard v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00412 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to**

vacate and the stay has been lifted.

**This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Weaver v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00410 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117,**

**KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Williams v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00411 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Lowe v. Ethicon, Inc et al |
| **Case Number:** | TNE/1:12-cv-00235 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Stanifer v. Ethicon, Inc et al |
| **Case Number:** | TNE/1:12-cv-00240 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to**

you for filing.

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Steele v. Ethicon, Inc et al |
| **Case Number:** | TNE/1:12-cv-00241 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/12. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-54 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF  to:  JPMLCMDECF                              09/17/2012 02:29 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/17/2012 at 2:27 PM EDT and filed on 9/17/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 601 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Lee v. Ethicon, Inc. et al |

| | |
|---|---|
| **Case Number:** | KYW/1:12-cv-00115 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Looper v. Ethicon, Inc. et al |
| **Case Number:** | KYW/1:12-cv-00117 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Maynard v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:12-cv-00412 |

| | |
|---|---|
| **Filer:** | |
| **Document Number:** | [5](#) |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Weaver v. Ethicon, Inc. et al |
| **Case Number:** | [KYW/3:12-cv-00410](#) |
| **Filer:** | |
| **Document Number:** | [5](#) |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Williams v. Ethicon, Inc. et al |
| **Case Number:** | [KYW/3:12-cv-00411](#) |
| **Filer:** | |

| | |
|---|---|
| **Document Number:** | [5](#) |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Lowe v. Ethicon, Inc et al |
| **Case Number:** | [TNE/1:12-cv-00235](#) |
| **Filer:** | |
| **Document Number:** | [5](#) |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Stanifer v. Ethicon, Inc et al |
| **Case Number:** | [TNE/1:12-cv-00240](#) |
| **Filer:** | |
| **Document Number:** | [5](#) |

**Number:**

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

| | |
|---|---|
| **Case Name:** | Steele v. Ethicon, Inc et al |
| **Case Number:** | TNE/1:12-cv-00241 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-54) ((1 in KYW/1:12-cv-00115, 1 in KYW/1:12-cv-00117, 1 in KYW/3:12-cv-00410, 1 in KYW/3:12-cv-00411, 1 in KYW/3:12-cv-00412, [561] in MDL No. 2327, 1 in TNE/1:12-cv-00235, 1 in TNE/1:12-cv-00240, 1 in TNE/1:12-cv-00241) )**

**IT IS THEREFORE ORDERED that the stay of CTO-54 is LIFTED insofar as it relates to these actions.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00115, KYW/1:12-cv-00117, KYW/3:12-cv-00410, KYW/3:12-cv-00411, KYW/3:12-cv-00412, TNE/1:12-cv-00235, TNE/1:12-cv-00240, TNE/1:12-cv-00241 (dld)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com,

tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**KYW/1:12-cv-00115 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/1:12-cv-00115 Notice will not be electronically mailed to:**

**KYW/1:12-cv-00117 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com,

dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/1:12-cv-00117 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00412 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00412 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00410 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com,

dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00410 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00411 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Stacey A. Skillman sskillman@branstetterlaw.com

**KYW/3:12-cv-00411 Notice will not be electronically mailed to:**

**TNE/1:12-cv-00235 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com,

dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNE/1:12-cv-00235 Notice will not be electronically mailed to:**

**TNE/1:12-cv-00240 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

J. Gerard Stranch, IV gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett rbaggett@awkolaw.com

Benjamin A. Gastel beng@branstetterlaw.com

**TNE/1:12-cv-00240 Notice will not be electronically mailed to:**

**TNE/1:12-cv-00241 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, athane@awkolaw.com, pbarr@awkolaw.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com,

dkreis@aws-law.com

J. Gerard Stranch, IV  gstranch@branstetterlaw.com, calebb@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com

Bryan F. Aylstock  baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

D. Renee Baggett  rbaggett@awkolaw.com

Benjamin A. Gastel  beng@branstetterlaw.com

**TNE/1:12-cv-00241 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/17/2012] [FileNumber=321368-0]
[72f93031e2764293d8d5335c1c4b6fcb06f2927ee5efee805a3209ea6a308f27b1295
a6bd5d1471acb646e0de8db61f9d70a090a441ce66b9f4c1443f6e7e929]]