IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **FRANKIE BYRD AND** ) <br> **JAMES L. BYRD** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **JOHNSON & JOHNSON, ET AL** ) <br> ) <br> **Defendants.** ) | MDL 2327 <br><br> Civil Action No. 2:12-cv-04765 <br><br> APPROVED and SO ORDERED. <br> ENTER: 9/17/12 <br><br> *Joseph R. Goodwin* <br> Joseph R. Goodwin, Chief Judge |

**MOTION TO TRANSFER**

COME NOW, Plaintiffs, FRANKIE BYRD and JAMES L. BYRD, by and through their counsel, The Lanier Law Firm, PLLC, respectfully moves this Court to transfer the above mentioned case to MDL 2187, In Re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

On July 10, 2012, Plaintiffs filed a Long Form Complaint in MDL 2327 against Johnson & Johnson and a number of other defendants including C.R. Bard, Inc. On September 10, 2012 Plaintiffs filed a First Amended Short Form Complaint naming only C.R. Bard, Analytic Biosurgical Soultions, Coloplast A/S, Coloplast Corporation, Coloplast Manufacturing, Mentor Corporation and Mentor Worldwide. Because the Plaintiffs have no longer named Ethicon, Inc., Ethicon, LLC or Johnson and Johnson, and because C.R. Bard. and others are named, this action should be transferred to MDL 2187, In Re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

WHEREFORE, for the reasons set forth, Plaintiffs respectfully request the Court grant their motion to transfer and issue an order transferring this case to MDL 2187, In Re C.R. Bard, Inc., Pelvic Repair System Production Liability Litigation.

Respectfully submitted,

s/ David Kuttles
New York Bar No. 4034393
Dana Taschner
California Bar No. 135494

ATTORNEYS FOR PLAINTIFFS
FRANKIE BYRD AND JAMES L. BYRD

Address and Bar Information:
David Kuttles, Esq.
W. Mark Lanier, Esq.
Richard D. Meadow, Esq.
Bridget B. Truxillo, Esq.
Kelly Fitzpatrick, Esq.
**THE LANIER LAW FIRM, PLLC**
126 E. 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800
Email: DXK@lanierlawfirm.com
Attorneys for Plaintiffs
    -and-
Dana Taschner, Esq.
2029 Century Park East, Suite 1400
Los Angles, CA 90067
Tel: (310) 552-4800
Email: dana@danataschner.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of September, 2012, the foregoing document was e-filed using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David Kuttles