IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DEBRA ORCHARD, et al.,

        Plaintiffs,

v.                                CIVIL ACTION NO.   2:12-cv-04636

ETHICON, INC., et al.,

        Defendants.

**ORDER**

On September 20, 2012, plaintiffs filed an Amended Short Form Complaint in MDL 2327, In re: Ethicon Inc., Pelvic Repair System Products Liability Litigation rather than in the individual member case. [MDL 2327; ECF 256.]

It is **ORDERED** that the Clerk file the Amended Short Form Complaint in the member case 2:12-cv-4636 and strike the docket entry from the MDL case.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       September 25, 2012

Joseph R. Goodwin, Chief Judge