IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROBIN ELIZABETH MANUS,

        Plaintiff,

v.                         CIVIL ACTION NO.  2:12-cv-005411

AMERICAN MEDICAL SYSTEMS, INC., et al.,

        Defendants.

**ORDER**

Pending is the plaintiff's Motion to Transfer MDL, filed on September 24, 2012.  [ECF 11.]  On July 11, 2012, plaintiff filed a Long Form Complaint against Johnson & Johnson and others, and the case was transferred by the MDL Panel to this District.  [ECF 1, 4.]  On September 24, 2012, plaintiff filed a Short Form Complaint against American Medical Systems, Inc. and related entities only.  [ECF 10.]

Because the plaintiff has no longer named Johnson & Johnson or related entities in 2327 and because American Medical Systems, Inc. and others are named, it is **ORDERED** that the plaintiff's Motion [ECF 11] is **GRANTED,** and this action should be transferred to MDL 2325, In re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation.  The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2327 and re-assign it to MDL 2325 on the basis of the plaintiff's Short Form Complaint.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 26, 2012

Joseph R. Goodwin, Chief Judge