# AMENDED FILING INSTRUCTIONS FOR
# SHORT FORM COMPLAINTS AND AMENDED SHORT FORM COMPLAINTS
### and
# FILING INSTRUCTIONS FOR MOVING TO TRANSFER MDL

## TO FILE AN AMENDED SHORT FORM COMPLAINT IN AN
## EXISTING MEMBER CASE

Abbreviated instructions to file an **Amended Short Form Complaint**, in an existing MDL member case, whether transferred to the Southern District by the MDL Panel or directly filed here, include:

- From the *CM/ECF Civil Menu*, go to *Other Documents;*
- Select one of the following events:
  C. R. BARD, INC. – Amended Short Form Complaint – C. R. BARD, INC. CASE ONLY
  AMERICAN MEDICAL – Amended Short Form Complaint – AMERICAN MEDICAL CASE ONLY
  BOSTON SCIENTIFIC – Amended Short Form Complaint – BOSTON SCIENTIFIC CASE ONLY
  ETHICON – Amended Short Form Complaint – ETHICON CASE ONLY
- Enter the civil action number for the member MDL case; **DO NOT USE THESE EVENTS IN THE MAIN CASE OR WHEN FILING A NEW CIVIL ACTION**;
- Select the party(s) filing the Amended Short Form Complaint;
- The filed date for the Amended Short Form Complaint automatically defaults to the current date at this screen; browse in the image;
- Read the cautionary notices;
- Select EACH defendant on the Amended Short Form Complaint that you wish to name; do not add defendants not listed; and
- Review the final text; if correct, press NEXT to commit the transaction.

Any changes to the style of the case will be made by designated Clerk's Office staff during the Quality Control (QC) process  As stated in the PTO at paragraph D(2), to the extent any change in parties on an Amended Short Form Complaint suggests that the case should be in a different MDL, plaintiff(s) must submit a motion entitled **Motion to Transfer MDL.** Parties are directed to use the **Motion to Transfer MDL** PDF fillable form located on the Court's website for the appropriate MDL**.**

Abbreviated instructions to file a completed **Motion to Transfer MDL**, in an existing MDL member case, whether transferred to the Southern District by the MDL Panel or directly filed here, include:

- From the *CM/ECF Civil Menu*, go to *Motions and Related Filings > Motions/Applications/Petitions;*
- Select **Motion**;

- Select *Transfer between MDL Cases \*\*\*MDL Cases Only\*\*\**;
- Enter the civil action number for the member MDL case -- **DO NOT USE THESE EVENTS IN THE MAIN CASE;**
- Select the party(s) filing the Motion to Transfer MDL;
- Browse in the image;
- Select the MDL case to transfer the member case FROM ;
- Select the MDL case to transfer the member case TO; and
- Review the final text; if correct, press NEXT to commit the transaction.

## TO FILE A SHORT FORM COMPLAINT AS THE INITIATING DOCUMENT IN A NEW CIVIL ACTION:

To file a new civil action via the CM/ECF system using a **Short Form Complaint** follow the instructions located on the Court's website at **CM/ECF Information > Filing New Civil Actions Electronically > Filing a Complaint**.   Simply substitute a **Short Form Complaint** for a regular complaint.  No special procedures are required.

*CAUTION*:  Both the Pay.gov payment transaction and the CM/ECF filing transaction must be completed to finalize the filing.