IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

REBA BUNCH,

    Plaintiff,

v.            CIVIL ACTION NO. 2:12-cv-04764

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

**ORDER**

Pending is the plaintiff's Motion to Transfer MDL, filed on September 24, 2012. [ECF 14.] On July 10, 2012, plaintiff filed a long form complaint against Johnson & Johnson and others, and the case was transferred by the MDL Panel to this District. [ECF 1.] On September 24, 2012, plaintiff filed a Short Form Complaint against Boston Scientific Corporation only. [ECF 13.]

Because the plaintiff has no longer named Johnson & Johnson or any other entity from MDL 2327 and because Boston Scientific Corporation is the only defendant named, it is **ORDERED** that the plaintiff's Motion [ECF 14] is **GRANTED,** and this action should be transferred to MDL 2326, In re Boston Scientific Corp., Pelvic Repair System Products Liability Litigation. The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2327 and re-assign it to MDL 2326 on the basis of the plaintiff's Short Form Complaint.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 1, 2012

_____
Joseph R. Goodwin, Chief Judge