# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

JACQUELINE E. ELLINGWOOD,

    Plaintiff,

v.                              CIVIL ACTION NO. 2:12-cv-04860

AMERICAN MEDICAL SYSTEMS, INC., et al.,

    Defendants.

## ORDER

Pending is the plaintiff's Motion to Transfer MDL, filed on September 24, 2012. [ECF 8.] On July 13, 2012, plaintiff filed a Long Form Complaint against Johnson & Johnson and others, and the case was transferred by the MDL Panel to this District. [ECF 1.] On September 24, 2012, plaintiff filed a Short Form Complaint against American Medical Systems, Inc. and related entities only. [ECF 7.]

Because the plaintiff has no longer named Johnson & Johnson or related entities in 2327 and because American Medical Systems, Inc. and related entities are named, it is **ORDERED** that the plaintiff's Motion [ECF 8] is **GRANTED,** and this action should be transferred to MDL 2325, In re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation. The Clerk is instructed to disassociate the above-referenced civil action as a member case in MDL 2327 and re-assign it to MDL 2325 on the basis of the plaintiff's Short Form Complaint.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 1, 2012

Joseph R. Goodwin, Chief Judge