UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CROSS NOTICE OF DEPOSITION OF CYRUS GUIDRY

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of CYRUS GUIDRY, will be taken jointly in connection with *In Re Pelvic Mesh/Gynecare Litigation*, Superior Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10, upon oral examination on October 4, 2012, at Riker, Danzig, Scherer, Hyland and Perretti, Headquarters Plaza, One Speedwell Avenue, Morristown, New Jersey, 07962-1981, at a time to be later determined.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, and Rule 4:14 of the New Jersey Rules of Court, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re Pelvic Mesh/Gynecare Litigation*, Superior

Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10 and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

This deposition will be taken before a person authorized by law to administer oaths.

Dated: October 2, 2012.

    Respectfully submitted,

    /s/Christy D. Jones_____
    Christy D. Jones
    Butler, Snow, O'Mara, Stevens & Cannada, PLLC
    1020 Highland Colony Parkway
    Suite 1400 (39157)
    P.O. Box 6010
    Ridgeland, MS  39158-6010
    (601) 985-4523
    Christy.jones@butlersnow.com

    /s/ David B. Thomas_____
    David B. Thomas (W.Va. Bar #3731)
    Thomas Combs & Spann PLLC
    300 Summers Street
    Suite 1380 (25301)
    P.O. Box 3824
    Charleston, WV 25338
    (304) 414-1807
    dthomas@tcspllc.com


    COUNSEL FOR DEFENDANTS
    ETHICON, INC. AND
    JOHNSON & JOHNSON

Case 2:12-md-02327   Document 273   Filed 10/02/12   Page 3 of 3 PageID #: 3804

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/Christy D. Jones*_____
Christy D. Jones

ButlerSnow 14118356v1