UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Labiche et al., v. Nisbet, et al., | ) | |
|     S.D. Texas, C.A. No. 4:12–02584 | ) | MDL No. 2327 |

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action *(Labiche)* on September 5, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs and defendants Nisbet filed notices of opposition to the proposed transfer. Opposing parties each filed a motion and brief to vacate the conditional transfer order. Opposing parties have now withdrawn their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-57" filed on September 5, 2012, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF   to: JPMLCMDECF                                              09/27/2012 01:12 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 9/27/2012 at 1:10 PM EDT and filed on 9/27/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 623 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-57) (([582] in MDL No. 2327, 1 in TXS/4:12-cv-02584) )**

**IT IS THEREFORE ORDERED that the stay of CTO-57 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/27/2012.**

**Associated Cases: MDL No. 2327, TXS/4:12-cv-02584 (trb)**

| | |
|---|---|
| **Case Name:** | Labiche et al v. Nisbet et al |
| **Case Number:** | TXS/4:12-cv-02584 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-57) (( [582] in MDL No. 2327, 1 in TXS/4:12-cv-02584) )**

**IT IS THEREFORE ORDERED that the stay of CTO-57 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/27/2012.**

**Associated Cases: MDL No. 2327, TXS/4:12-cv-02584 (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch   carl@facslaw.com, terry@facslaw.com

Michael J Farrell   mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso   mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr   hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas   dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr   paul@greeneketchum.com

Marc E. Williams   marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**TXS/4:12-cv-02584 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Samuel A Houston   shouston@sschlaw.com, cfreeman@sschlaw.com, mmccracken@sschlaw.com

Julie L Rhoades   jrhoades@thematthewslawfirm.com

Tim K Goss   goss39587@aol.com, andrea@freeseandgoss.com

Stephen Robert Lewis, Jr slewis@lewisandwilliams.com

**TXS/4:12-cv-02584 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/27/2012] [FileNumber=324215-0]
[bbfe33737e8cb486f60ff21fb8a7f69593eae14d0cbf74ef3d83838d9751644b60e69
9d413119e8433b48e85374aea412646218b9909b163ed3122604e506614]]