## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE JOHNSON & JOHNSON, PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION                                              CIVIL ACTION NO. 2:12-md-02327

                                                        MDL No. 2327

                                                        Judge Joseph R. Goodwin

### CERTIFICATE OF SERVICE

The undersigned, counsel for Defendants, electronically filed Johnson & Johnson's Certificate of Service for Ethicon LLC's Responses to Plaintiffs' Interrogatories and Request for Production of Documents with the Clerk of the Court on October 9, 2012 by using the CM/ECF system and hereby certifies that the parties were provided a copy electronically through the CM/ECF system.

This 9th day of October 2012.

/s/ Christy Jones_____
Christy Jones, MS Bar No. 3192
BUTLER, SNOW, O'MARA,
STEVENS, & CANNADA, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
(601) 985-4523 (phone)
(601) 985-4500 (fax)

/s/ Kari Sutherland_____
Kari Sutherland, MS Bar No. 10177
BUTLER, SNOW, O'MARA,
STEVENS, & CANNADA, PLLC
1200 Jefferson Ave.
Suite 205
Oxford, MS 38655
(662) 513-8002 (phone)
(662) 513-8001 (fax)

 Attorneys for the Defendant,
Johnson & Johnson

ButlerSnow 14183653v1