**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | MDL No. 2327 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –62)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 676 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 10, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION					MDL No. 2327

### SCHEDULE CTO−62 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| KENTUCKY WESTERN | | | |
| KYW | 1 | 12−00110 | Guthrie et al v. Johnson & Johnson et al |
| KYW | 3 | 12−00387 | Maddox et al v. Johnson & Johnson et al |
| | | | |
| LOUISIANA WESTERN | | | |
| LAW | 1 | 12−01889 | Skelton v. Ethicon Inc et al |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
10/10/2012 08:35 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

### United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/10/2012 at 8:34 AM EDT and filed on 10/10/2012
**Case Name:**         IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** 640

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-62) - 3 action(s)** *re: pldg. (1 in KYW/1:12-cv-00110, 1 in KYW/3:12-cv-00387, 1 in LAW/1:12-cv-01889, [628] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/10/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00110, KYW/3:12-cv-00387, LAW/1:12-cv-01889 (trb)**

**Case Name:**         Maddox et al v. Johnson & Johnson et al
**Case Number:**      KYW/3:12-cv-00387
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-62) - 3 action(s)** *re: pldg. (1 in KYW/1:12-cv-00110, 1 in KYW/3:12-cv-00387, 1 in LAW/1:12-cv-01889, [628] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/10/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00110, KYW/3:12-cv-00387, LAW/1:12-cv-01889 (trb)**

**Case Name:** Skelton v. Ethicon Inc et al
**Case Number:** LAW/1:12-cv-01889
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-62) - 3 action(s)** *re: pldg.* **(1 in KYW/1:12-cv-00110, 1 in KYW/3:12-cv-00387, 1 in LAW/1:12-cv-01889, [628] in MDL No. 2327) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/10/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00110, KYW/3:12-cv-00387, LAW/1:12-cv-01889 (trb)**

**Case Name:** Guthrie et al v. Johnson & Johnson et al
**Case Number:** KYW/1:12-cv-00110
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-62) - 3 action(s)** *re: pldg.* **(1 in KYW/1:12-cv-00110, 1 in KYW/3:12-cv-00387, 1 in LAW/1:12-cv-01889, [628] in MDL No. 2327) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/10/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00110, KYW/3:12-cv-00387, LAW/1:12-cv-01889 (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas  dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00387 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Lee L. Coleman lcoleman@hughesandcoleman.com

**KYW/3:12-cv-00387 Notice will not be electronically mailed to:**

**LAW/1:12-cv-01889 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Robert Lyle Salim robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com, DFontenot@Salim-Beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com, TLuster@Salim-Beasley.com

**LAW/1:12-cv-01889 Notice will not be electronically mailed to:**

**KYW/1:12-cv-00110 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Lee L. Coleman lcoleman@hughesandcoleman.com

**KYW/1:12-cv-00110 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/10/2012] [FileNumber=326728-0]
[7eef8a649e0b091570980f854d084b8ef03ba30f54b526ddf07fc0150132e35d10f8
b44a14c66fa014a278597db143724c0b9051c8438fae4c6df5ea2cf8984d]]

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
10/10/2012 08:35 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/10/2012 at 8:34 AM EDT and filed on 10/10/2012
**Case Name:**         IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**       MDL No. 2327
**Filer:**
**Document Number:** 640

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-62) - 3 action(s)** *re: pldg. (1 in KYW/1:12-cv-00110, 1 in KYW/3:12-cv-00387, 1 in LAW/1:12-cv-01889, [628] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/10/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00110, KYW/3:12-cv-00387, LAW/1:12-cv-01889 (trb)**

**Case Name:**         Maddox et al v. Johnson & Johnson et al
**Case Number:**       KYW/3:12-cv-00387
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-62) - 3 action(s)** *re: pldg. (1 in KYW/1:12-cv-00110, 1 in KYW/3:12-cv-00387, 1 in LAW/1:12-cv-01889, [628] in MDL No. 2327)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/10/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00110, KYW/3:12-cv-00387, LAW/1:12-cv-01889 (trb)**

**Case Name:**    Skelton v. Ethicon Inc et al
**Case Number:**    LAW/1:12-cv-01889
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-62) - 3 action(s)** *re: pldg.* **(1 in KYW/1:12-cv-00110, 1 in KYW/3:12-cv-00387, 1 in LAW/1:12-cv-01889, [628] in MDL No. 2327) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/10/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00110, KYW/3:12-cv-00387, LAW/1:12-cv-01889 (trb)**

**Case Name:**    Guthrie et al v. Johnson & Johnson et al
**Case Number:**    KYW/1:12-cv-00110
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-62) - 3 action(s)** *re: pldg.* **(1 in KYW/1:12-cv-00110, 1 in KYW/3:12-cv-00387, 1 in LAW/1:12-cv-01889, [628] in MDL No. 2327) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/10/2012.**

**Associated Cases: MDL No. 2327, KYW/1:12-cv-00110, KYW/3:12-cv-00387, LAW/1:12-cv-01889 (trb)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas  dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00387 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Lee L. Coleman lcoleman@hughesandcoleman.com

**KYW/3:12-cv-00387 Notice will not be electronically mailed to:**

**LAW/1:12-cv-01889 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Robert Lyle Salim robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com, DFontenot@Salim-Beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com, TLuster@Salim-Beasley.com

**LAW/1:12-cv-01889 Notice will not be electronically mailed to:**

**KYW/1:12-cv-00110 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Lee L. Coleman lcoleman@hughesandcoleman.com

**KYW/1:12-cv-00110 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/10/2012] [FileNumber=326728-0]
[7eef8a649e0b091570980f854d084b8ef03ba30f54b526ddf07fc0150132e35d10f8
b44a14c66fa014a278597db143724c0b9051c8438fae4c6df5ea2cf8984d]]