UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                             MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –63)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 681 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 17, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                MDL No. 2327

### SCHEDULE CTO−63 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

LOUISIANA EASTERN

| LAE | 2 | 12−02371 | Sullivan et al v Johnson & Johnson Services, Inc et al |

LOUISIANA WESTERN

| LAW | 6 | 12−02244 | Varisco et al v. Ethicon Inc et al |

MINNESOTA

| MN | 0 | 12−02430 | Oliver v. Ethicon, Inc. et al |

TEXAS NORTHERN

| TXN | 3 | 12−03948 | Clowe v. Johnson & Johnson, Inc. et al |



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)**
JPMLCMECF   to: JPMLCMDECF                              10/17/2012 08:25 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 10/17/2012 at 8:25 AM EDT and filed on 10/17/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-63) Finalized on 10/17/2012. Please see pleading (3 in TXN/3:12-cv-03948).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)**

| | |
|---|---|
| **Case Name:** | Oliver v. Ethicon, Inc. et al |

| | |
|---|---|
| **Case Number:** | MN/0:12-cv-02430 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-63) Finalized on 10/17/2012. Please see pleading (3 in TXN/3:12-cv-03948).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)**

| | |
|---|---|
| **Case Name:** | Sullivan et al v Johnson & Johnson Services, Inc et al |
| **Case Number:** | LAE/2:12-cv-02371 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-63) Finalized on 10/17/2012. Please see pleading (3 in TXN/3:12-cv-03948).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia**

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)

| | |
|---|---|
| **Case Name:** | Clowe v. Johnson & Johnson, Inc. et al |
| **Case Number:** | TXN/3:12-cv-03948 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-63) Finalized on 10/17/2012. Please see pleading (3 in TXN/3:12-cv-03948).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.

Associated Cases: MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)

| | |
|---|---|
| **Case Name:** | Varisco et al v. Ethicon Inc et al |
| **Case Number:** | LAW/6:12-cv-02244 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-63) Finalized on 10/17/2012. Please see pleading (3 in TXN/3:12-cv-03948).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)**

**No public notice (electronic or otherwise) sent because the entry is private**



**Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF   to: JPMLCMDECF                                     10/17/2012 08:24 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/17/2012 at 8:23 AM EDT and filed on 10/17/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 652 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-63) - 4 action(s)** *re: pldg.* **(1 in LAE/2:12-cv-02371, 1 in LAW/6:12-cv-02244, [638] in MDL No. 2327, 1 in MN/0:12-cv-02430, 1 in TXN/3:12-cv-03948)  Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)**

| | |
|---|---|
| **Case Name:** | Oliver v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-02430 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-63) - 4 action(s)** *re: pldg. (1 in LAE/2:12-cv-02371, 1 in LAW/6:12-cv-02244, [638] in MDL No. 2327, 1 in MN/0:12-cv-02430, 1 in TXN/3:12-cv-03948)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)**

| | |
|---|---|
| **Case Name:** | Sullivan et al v Johnson & Johnson Services, Inc et al |
| **Case Number:** | LAE/2:12-cv-02371 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-63) - 4 action(s)** *re: pldg. (1 in LAE/2:12-cv-02371, 1 in LAW/6:12-cv-02244, [638] in MDL No. 2327, 1 in MN/0:12-cv-02430, 1 in TXN/3:12-cv-03948)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.**

**Associated Cases: MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)**

| | |
|---|---|
| **Case Name:** | Clowe v. Johnson & Johnson, Inc. et al |
| **Case Number:** | TXN/3:12-cv-03948 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-63) - 4 action(s)** *re: pldg. (1 in LAE/2:12-cv-02371, 1 in LAW/6:12-cv-02244, [638] in MDL No. 2327, 1 in MN/0:12-cv-02430, 1 in TXN/3:12-cv-03948)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.**

**Associated Cases:** MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)

| | |
|---|---|
| **Case Name:** | Varisco et al v. Ethicon Inc et al |
| **Case Number:** | LAW/6:12-cv-02244 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-63) - 4 action(s)** *re: pldg. (1 in LAE/2:12-cv-02371, 1 in LAW/6:12-cv-02244, [638] in MDL No. 2327, 1 in MN/0:12-cv-02430, 1 in TXN/3:12-cv-03948)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2012.**

**Associated Cases:** MDL No. 2327, LAE/2:12-cv-02371, LAW/6:12-cv-02244, MN/0:12-cv-02430, TXN/3:12-cv-03948 (trb)

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, bnjones@belllaw.com

David B. Thomas    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MN/0:12-cv-02430 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,

ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Charles H Johnson bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-02430 Notice will not be electronically mailed to:**

**LAE/2:12-cv-02371 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Robert Lyle Salim robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com, DFontenot@Salim-Beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com, TLuster@Salim-Beasley.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com, dkreis@aws-law.com

James B. Irwin jirwin@irwinllc.com

Stephanie Lottinger Irwin sirwin@irwinllc.com

David W. O'Quinn doquinn@irwinllc.com

Lisa L. Causey lcausey@salim-beasley.com

**LAE/2:12-cv-02371 Notice will not be electronically mailed to:**

**TXN/3:12-cv-03948 Notice has been electronically mailed to:**

Kip A Petroff kpetroff@petroffassociates.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

David R Noteware david.noteware@tklaw.com

Janelle L Davis janelle.davis@tklaw.com

**TXN/3:12-cv-03948 Notice will not be electronically mailed to:**

**LAW/6:12-cv-02244 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Kraig T Strenge ktsaplc@lusfiber.net

**LAW/6:12-cv-02244 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/17/2012]
[FileNumber=328375-0]
[6dd48311df1b3887151f7a24105d88d56f24050fa2c080fae9ea2d727a2920c9a06a
6b222148c5525fcd5e731a7324d5de6f7a6cb161706a19a0633722abcd2b]]