# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR          MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION          Honorable Joseph R. Goodwin

-------------------------------------------------------------------------------------------------------

Andrea L. Lambert
Thomas Lambert


                    **Plaintiff(s),**

v.                                            **CASE NO.** 2:12-cv-01476
                                              **APPROVED and SO ORDERED.**
Ethicon, Inc., Ethicon Women'S Health         **ENTER:** _____10/23/12_____
& Urology, a Division of Ethicon, Inc.,
Gynecare and Johnson & Johnson

                                              _Joseph R. Goodwin_
                    **Defendant(s).**          Joseph R. Goodwin, Chief Judge

### MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System

Products Liability Litigation, to:

MDL 2187 C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against

Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no

longer included Ethicon, Inc. or another named defendant in that litigation; included instead,

among others, were the following parties from MDL ___2187___ :

C.R. Bard, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2187__ ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2187__ .


Brian A. Goldstein, Esq.
Cellino & Barnes, PC
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
(716) 854-2020
(716) 854-6291 fax


## CERTIFICATE OF SERVICE

I hereby certify that on __October 18, 2012__ , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.


Brian A. Goldstein, Esq.
Cellino & Barnes, PC
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
(716) 854-2020
(716) 854-6291 fax