UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR                    MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION         Honorable Joseph R. Goodwin

DOREEN S. OSBORN,

        Plaintiff(s),

v.                                                                        CASE NO. 2:12-cv-06069

                                         **APPROVED and SO ORDERED.**

ETHICON, INC., et al.                                        **ENTER:** _____10/23/12_____

        Defendant(s).

                                         Joseph R. Goodwin, Chief Judge

**MOTION TO TRANSFER MDL**

    **COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System

Products Liability Litigation, to:

MDL 2326

    Plaintiff(s) herein filed a Complaint in MDL 2327 against Ethicon, Inc., and others.

Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc.

or another named defendant in that litigation; included instead, among others, were the following

parties from MDL 2326:

Boston Scientific Corporation

    Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer

a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1)

**GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to MDL2326; and 2)

direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate

it with MDL 2326.

Dated this <u>18</u> day of October, 2012.

<div style="margin-left: 50%;">

<u>/s Douglass A. Kreis</u>
Douglass A. Kreis, Esq.
Bryan F. Aylstock, Esq.
D. Renee Baggett, Esq.
Neil D. Overholtz, Esq.
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
 Pensacola, Florida 32502
 Phone: (850) 202-1010
 Facsimile: (850) 916-7449
dkreis@awkolaw.com
baylstock@awkolaw.com
rbaggett@awkolaw.com
noverholtz@awkolaw.com

J. Gerard Stranch, IV, Esq.
Benjamin A. Gastel, Esq.
BRANSTETTER STRANCH &
JENNINGS, PLLC
227 Second Avenue North, Fourth Floor
Nashville, Tennessee 37201
Phone: (615) 254-8801
Fax: (615) 250-3937
gerards@branstetterlaw.com
beng@branstetterlaw.com

Erin K. Copeland, Esq.
Fibich, Hampton, Leebron, Briggs &
Josephson, LLP
1150 Bissonnet Street
Houston, Texas 77005
Phone: (713)751-0025
Fax: (713)751-0030
ecopeland@fhl-law.com

Attorneys for Plaintiff

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2012, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this member case.


/s Douglass A. Kreis
Douglass A. Kreis, Esq.