UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR       MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION      Honorable Joseph R. Goodwin

---

Monika Bond

**Plaintiff(s),**

v.

JOHNSON & JOHNSON, et. al.

**Defendant(s).**

CASE NO. 2:12-cv-03982

APPROVED and SO ORDERED.
ENTER: _____11/01/12_____

*/s/ Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2187 C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2187:

C.R. Bard, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to  2187 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL  2187  .

s/Bill Robins III

HEARD ROBINS CLOUD & BLACK, LLP
s/Bill Robins III
s/Justin R Kaufman
300 Paseo de Peralta, Suite 200
Santa Fe, New Mexico 87501
(505) 986-0600 (Telephone)
(505) 986-0632 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on  10/30/12 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/Bill Robins III

HEARD ROBINS CLOUD & BLACK, LLP
s/Bill Robins III
s/Justin R Kaufman
300 Paseo de Peralta, Suite 200
Santa Fe, New Mexico 87501
(505) 986-0600 (Telephone)
(505) 986-0632 (Facsimile)