UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR                    MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION          Honorable Joseph R. Goodwin

--------------------------------------------------------------------------------------------------------------

Lillian Register

                                                Plaintiff(s),

v.                                                                                  CASE NO. 2:12-cv-03986

                                                                                    **APPROVED and SO ORDERED.**
JOHNSON & JOHNSON, et. al.                                   **ENTER:** _____11/01/12_____

                                                                                    _____
                                                                                    Joseph R. Goodwin, Chief Judge
                                                Defendant(s).

**MOTION TO TRANSFER MDL**

          **COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System

Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

          Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against

Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no

longer included Ethicon, Inc. or another named defendant in that litigation; included instead,

among others, were the following parties from MDL ___2326___ :

Boston Scientific Corp.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2326__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2326__.

s/Bill Robins III

HEARD ROBINS CLOUD &
BLACK, LLP
s/Bill Robins III
s/Justin R Kaufman
300 Paseo de Peralta, Suite 200
Santa Fe, New Mexico 87501
(505) 986-0600 (Telephone)
(505) 986-0632 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on __10/30/12__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/Bill Robins III

HEARD ROBINS CLOUD &
BLACK, LLP
s/Bill Robins III
s/Justin R Kaufman
300 Paseo de Peralta, Suite 200
Santa Fe, New Mexico 87501
(505) 986-0600 (Telephone)
(505) 986-0632 (Facsimile)