UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR　　　MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION　　Honorable Joseph R. Goodwin

---

Dorothy Arbogast

**Plaintiff(s),**

v.                                              CASE NO. 2:12-1350

Johnson & Johnson, Ethicon, Inc.,               APPROVED and SO ORDERED.
Ethicon Women's Health and Urology,             ENTER:  _____11/05/12_____
and Gynecare

                                                _____
**Defendant(s).**                               Joseph R. Goodwin, Chief Judge

**MOTION TO TRANSFER MDL**

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL  2326 :

Boston Scientific Corporation

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to   2326  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL   2326  .

s/ Tim K. Goss

Tim K. Goss, Attorney-in-Charge
Texas Bar No. 08222660
tim@freeseandgoss.com
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX  75204
Phone:  214-761-6610
Fax:  214-761-6688

## CERTIFICATE OF SERVICE

I hereby certify that on  11/02/2012 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/ Tim K. Goss

Tim K. Goss, Attorney-in-Charge
Texas Bar No. 08222660
tim@freeseandgoss.com
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX  75204
Phone:  214-761-6610
Fax:  214-761-6688