IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS            MDL NO.2327
LIABILITY LITIGATION

------------------------------------------------------
This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

Attorney Bret A. Clark moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

Respectfully submitted,

By:_/s/ Bret A. Clark
    Bret A. Clark      MO #62808
    The Potts Law Firm, LLP
    908 Broadway, 3rd Floor
    Kansas City, Missouri 64105
    Email: bclark@potts-law.com
    (816) 931-2230 Telephone
    (816) 931-7030 Facsimile

## Certificate of Service

I hereby certify that on this the 13th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: _/s/ Bret A. Clark
Bret A. Clark    MO #62808
The Potts Law Firm, LLP
908 Broadway, 3rd Floor
Kansas City, Missouri 64105
Email: bclark@potts-law.com
(816) 931-2230 Telephone
(816) 931-7030 Facsimile