## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2327** <br> Honorable Joseph R. Goodwin |
| **Paula D. Frazier,** <br><br>        **Plaintiff,** <br><br> v. <br><br> **American Medical Systems, Inc.;** <br> **American Medical Systems Holdings, Inc.;** <br> **Endo Pharmaceuticals, Inc.; and Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.),** <br><br>        **Defendants.** | **Civil Action No. 2:12-cv-03217** <br><br> APPROVED and SO ORDERED. <br> ENTER: _____11/14/12_____ <br><br> *Joseph R. Goodwin, Chief Judge* |

### PLAINTIFF'S MOTION TO TRANSFER VENUE

COMES NOW the plaintiff, by and through the undersigned counsel, and moves the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

**MDL 2325, In re: American Medical Systems, Inc.,**

**Pelvic Repair System Products Liability Litigation**

Plaintiff herein filed a Complaint in MDL 2327 against Ethicon, Inc. and others. Plaintiff later filed Plaintiff's First Amended Short Form Complaint that no longer included Ethicon, Inc. or another defendant in that litigation; included instead, among others, were the following parties from

MDL 2325:  American Medical Systems, Inc.; American Medical Systems Holdings, Inc.; Endo Pharmaceuticals, Inc.; and Endo Health Solutions Inc.  (f/k/a Endo Pharmaceuticals Holdings, Inc.).

Because Ethicon, Inc.  Or another defendant named in the Master Complaint is no longer a named defendant in this member case, Plaintiff respectfully requests that the Court:

1. **GRANT** the plaintiff's motion to transfer this civil action from MDL 2327 to MDL 2325; and

2. Direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL 2325.

Respectfully submitted,

THE NATIONS LAW FIRM

*Howard L. Nations*

Howard L. Nations
Texas State Bar No.14823000
3131 Briarpark Dr., Suite 208
Houston, Texas 77042
(713) 807-8400
(713) 807-8423 (Facsimile)

COUNSEL FOR PLAINTIFF