Exhibit B

I. <u>For Directly Filed Cases</u>:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ filed _____)
_____

**SHORT FORM COMPLAINT**

## II. For All Other Cases:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

    **Plaintiffs,**

v.                                               Civil Action No. _____
                                                  (Severed from SDWV Civil Action
                                                  No. _____ filed _____)

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**

**COMPLAINT AND JURY DEMAND**