# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation ☐

MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation ☐

MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation ☐

MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation ☑

MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation ☐

**Civil Action Number (SDWV):** _____
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel  ☐ Defense Counsel  ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Woods | Adrienne | L | |

**Bar Number and State:** 2012166- Arkansas

**E-Mail Address:** awoods@ahlawgroup.com

**Party Representing:**
Virginia White
Edward White

**Originating Case Number:** 12-5045

**Originating District:** Western District of Arkansas

**Originating Short-Case Style:**

**Direct Dial Number:** 479-878-1600

**Cell Phone Number:**

**Secretary Name:** Jackie Fithian

**Paralegal Name:** Jennifer Moore

## LAW FIRM INFORMATION

**Firm Name:** The Asa Hutchinson Law Group

**Address:** 3300 Market Street Ste 404

**City:** Rogers  **State:** AR  **Zip:** 72758

**Firm Phone Number:** 479-878-1600

**Firm Fax Number:** 479-878-1605

**Other members of firm involved in this litigation:**
W. Asa Hutchinson

_11/15/2012_
Date

s/ Adrienne L. Woods
Electronic Signature