IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION

MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

Pending is attorney Bret A. Clark's Motion to Withdraw as Counsel, filed November 13, 2012.  [ECF 320.]  Mr. Clark seeks an order granting him leave to withdraw from all member actions in which he has appeared in MDL 2327.  It is **ORDERED** that Mr. Clark's Motion is **GRANTED**.  The Clerk is instructed to terminate Mr. Clark where he appears as counsel for any party in this MDL and in any member case in this MDL.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in each member case in which Mr. Clark has appeared.

ENTER:  November 26, 2012

Joseph R. Goodwin, Chief Judge