# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** <br> **MDL 2327** |
| **THIS DOCUMENT RELATES TO CIVIL ACTION NOS. 2:12-cv-03969; 2:12-cv-04270; 2:12-cv-03939; 2:12-cv-04097; 2:12-CV-05053; 2:12-cv-03869; 2:12-cv-04100; 2:12-cv-03842; 2:12-cv-04096; 2:12-cv-04094; 2:12-cv-04671; and 2:12-cv-05115** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

**PRETRIAL ORDER # 24**
(Order Severing Actions Pursuant to PTO # 23)

By PTO # 23 entered November 15, 2012, I stated that on November 28, 2012, I would dismiss without prejudice, the plaintiffs listed in each case in Exhibit A attached to PTO # 23, except for the first named plaintiff (and derivative plaintiff(s) claiming under her, if any) **and** any plaintiff(s) who objects to severance by November 26, 2012.  To date, no such plaintiff has objected.

It is hereby **ORDERED** that except for the first named plaintiff (and any derivative plaintiff(s) claiming under her in each of the following cases, if any), the remaining plaintiffs filed in the cases listed below shall be dismissed without prejudice:

2:12-cv-03969

2:12-cv-04270

2:12-cv-03939

2:12-cv-04097

2:12-cv-05053

2:12-cv-03869

2:12-cv-04100

2:12-cv-03842

2:12-cv-04096

2:12-cv-04094

2:12-cv-04671

2:12-cv-05115

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the member cases cited above. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

      ENTER: November 28, 2012

      _____
      Joseph R. Goodwin, Chief Judge