# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE JOHNSON & JOHNSON, PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION				CIVIL ACTION NO. 2:12-md-02327

				MDL No. 2327

				Judge Joseph R. Goodwin

## CERTIFICATE OF SERVICE

The undersigned, counsel for Defendants, electronically served via email Ethicon, LLC's Verified First Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories to Defendants on December 4, 2012. The undersigned electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system and hereby certifies that the parties were provided a copy electronically through the CM/ECF system .

This 5th day of December, 2012.

/s/ Christy Jones_____
Christy Jones, MS Bar No. 3192
BUTLER, SNOW, O'MARA,
STEVENS, & CANNADA, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
(601) 985-4523 (phone)
(601) 985-4500 (fax)

/s/ Kari Sutherland
Kari Sutherland, MS Bar No. 10177
BUTLER, SNOW, O'MARA,
STEVENS, & CANNADA, PLLC
1200 Jefferson Ave.; Suite 205
Oxford, MS 38655
(662) 513-8002 (phone)
(662) 513-8001 (fax)

Attorneys for the Defendants,
Ethicon, LLC; Ethicon, Inc.; and
Johnson & Johnson

ButlerSnow 14183653v1