# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 12/6/2012                                                                                  Case Number 2:10-md-02187
Case Style: In Re: C. R. Bard, Inc. vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter Lisa Cook                                                         Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Henry Garrard, Fred Thompson, Bryan Aylstock, Carl Frankovitch


Attorney(s) for the Defendant(s) Barbara Binis, Robert Adams and Christy Jones


Law Clerk Kate Fife                                                                          Probation Officer

## Trial Time


## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


## Court Time

1:05 pm   to 2:10 pm
Total Court Time: 1 Hours 5 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled start time 1:00 p.m.
Actual start time 1:05 p.m.

STATUS CONFERENCE
Chief Judge Goodwin and Magistrate Judge Stanley presiding

2:10-md-2187   In Re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation
2:12-md-2325   In Re: American Medical Systems, Inc., Pelvic Repair System Product Liability Litigation
2:12-md-2326   In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
2:12-md-2327   In Re: Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation
2:12-md-2387   In Re: Coloplast Corp. Pelvic Support Systems Products Liability Litigation

Counsel for parties present
Coordinating Co-lead counsel for Plaintiffs - Bryan Aylstock, Henry Garrard, Fred Thompson
Co-lead counsel for Boston Scientific MDL 2326 - Clayton Clark and Aimee Wagstaff
Co-lead counsel for American Medical Systems MDL 2325 - Amy Eskin and Fidelma Fitzpatrick
Co-lead counsel for Ethicon MDL 2327 - Renee Baggatt and Tom Cartmell
Co-Lead counsel for Coloplast MDL 2387 - Riley Burnett, Mark Mueller and Robert Salim
Plaintiffs executive committee:  Bryan Aylstock, Henry Garrard, Fred Thompson, Tom Cartmell, Clayton Clark, Amy Eskin, Derek Potts and Aimee Wagstaff.
Plaintiffs Co-liaison counsel:  Harry Bell, Paul Farrell and Carl Frankovitch

Defendants
Lead counsel for C. R. Bard, Inc., MDL 2187 - Deb Moeller and Richard North
Lead counsel for American Medical Systems MDL 2325 - Barbara Binis
Lead counsel for Boston Scientific MDL 2326 - Robert Adams and Jon Strongman
Lead counsel for Ethicon MDL 2327 - Christy Jones
Defendants Liaison counsel:  Michael Bonasso, David Thomas and Michael Farrell.  Mark Williams defendants liaison

## District Judge Daybook Entry

counsel in the Bard MDL.
Lead Counsel for Coloplast MDL 2387 - Lana K. Varney
Lead Counsel for Mentor - Dustin B. Rawlin

Additional counsel present
Phil Combs, Defts counsel
William F. Bottoms, Defts counsel
Erik W. Legg, Defts counsel
Tracy Weiss, AMS
Ben Anderson, Defts counsel
Bryan Pratt, Counsel for Boston Scientific Corp
Melissa Foster Bird, Counsel for Bard/Sofradim
Donna Brown Jacobs, Counsel for Ethicon/J&J
Elizabeth Taylor, Boston Scientific
Frederick Ferrard, Hernia mesh S & L
Regina Johnson, Pltfs
Elise Alpert, Pltfs
Mike Farrell, AMS
Tom Cartmell, Pltfs
Andrew Cross, Pltfs
PJ Cosgrove, Proxy
Brad Stanley, Pltfs
Eric Hermanson, Proxy
Anthony E. Abeln - TEI Bioscience
Allen Fry - Atrium Medical
Dan Hays - Pltfs
Alan S. Lazar - Pltfs
Jessica Dareneau - TEI Bioscience
Russell Buttan - Pltfs
Jennifer Hageman - Proxy
Jim McKowen - Pltfs
Janet Kwuon - AMS
David Kuttles - Pltfs

Agenda Items
General MDL Issues
Proposals for additional trial settings starting in September 2013 as to AMS, J&J/Ethicon and BSC
Dec 3, 2013 Bell Weather cases will begin (2 cases should be set for this date)
The second group of Bard cases will be moved
The court will try an AMS case first
Single product and single manufacturer cases are to be selected for trial.
Joint proposed scheduling orders are due within 3 weeks.
Pltf Fact Sheets - updates provided.  Numerous deficiencies.
The notary requirement on the Pltf Profile Forms is waived.
Pltf Profile Form issues
Motion to Remand questions
Deposition Protocol
Stay from PTO #1 to remain in effect
Severance Orders
Amending Short form Complaints to add Coloplast Corp.

Agenda Issues for MDL 2387 (Coloplast Corp)
Update on status of Agreed Master Complaint and PPF
Update on Early Case Assessment Program

Agenda Issues for MDL 2325 (American Medical Systems, Inc.)
Update on ENDO/AMS Motion to Dismiss
Status of OUSA production

## District Judge Daybook Entry

Agenda Issues for MDL 2326 (Boston Scientific Corp)
Motion to Amend Master Long Form Complaint to add additional defendants

Agenda Issues for MDL 2327 (Ethicon, Inc.)
30(b)(6) deposition status update
Advamed subpoena
New Jersey state court update

Agenda Issues for MDL 2187 (C. R. Bard, Inc.)
Status of Group 1 Trials
Status of Group 2 Trials

Next Status Conference is set for January 10, 2013 @ 1:00 p.m.
Parties may submit proposed agenda items for the January 10, 2013 MDL status conference.
End time 2:10 p.m.