# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/6/2012                                    Case Number
Case Style: vs.
Type of hearing
Before the honorable: 25BC-Stanley
Court Reporter Lisa Cook                           Courtroom Deputy Lana King
Attorney(s) for the Plaintiff or Government


Attorney(s) for the Defendant(s)


Law Clerk                                          Probation Officer

## Trial Time


## Non-Trial Time


## Court Time

11:30 am   to 12:00 pm
Total Court Time: 0 Hours 30 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

In Chambers conference