# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/6/2012                                                    Case Number
Case Style: vs.
Type of hearing Status Conference
Before the honorable: 25BC-Stanley
Court Reporter Lisa Cook                              Courtroom Deputy Lana King
Attorney(s) for the Plaintiff or Government


Attorney(s) for the Defendant(s)


Law Clerk                                                          Probation Officer

## Trial Time


## Non-Trial Time


## Court Time

1:00 pm    to 2:15 pm
Total Court Time: 1 Hours 15 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Status Conference on MDL 2187;2325;2326;2327;2387 held in Chief Judge Goodwin's Chambers