APPROVED and SO ORDERED.

ENTER: _____ 12/07/12

*Joseph R. Goodwin*

Joseph R. Goodwin, Chief Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR              MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION             Honorable Joseph R. Goodwin

-----------------------------------------------------------------------------------------------------------------

Carolyn Johnson

**Plaintiff(s),**

v.                                                   **CASE NO.** 2:12-cv- 04850

Johnson & Johnson, et al.

**Defendant(s).**

### MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System

Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against

Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no

longer included Ethicon, Inc. or another named defendant in that litigation; included instead,

among others, were the following parties from MDL __2326__ :

Boston Scientific Corporation

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2326__ ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2326__ .

s/ David Kuttles

W. Mark Lanier, Esq.
New York Bar No. 4327384
David Kuttles, Esq.
New York Bar No. 4034393
Catherine T. Heacox, Esq
New Jersey Bar No. 050401992
Lisa Blue, Esq.
Texas Bar No. 02510500

## CERTIFICATE OF SERVICE

I hereby certify that on __December 3, 2012__ , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/ David Kuttles

THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800
Email: DXK@lanierlawfirm.com