APPROVED and SO ORDERED.
ENTER: 12/07/12

*Joseph R. Goodwin, Chief Judge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C. R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2187
Honorable Joseph R. Goodwin

---

Robin G. Ceplawskes and Francis M. Ceplawskes

**Plaintiff(s),**

v.

C.R. Bard Inc., et al.

**Defendant(s).**

CASE NO. 2:12-cv-5251

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R. Bard, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2327__ :

Ethicon, Inc.,
Ethicon, LLC.
Johnson & Johnson

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to __2327__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL __2327__.

s/ David Kuttles
W. Mark Lanier, Esq.
New York Bar No. 4327384
David Kuttles, Esq.
New York Bar No. 4034393
Lisa Blue, Esq.
Texas Bar No. 02510500

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/ David Kuttles
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800
Email: DXK@lanierlawfirm.com