**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Daniel N. Gallucci