# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

- [ ] **MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation**
- [x] **MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation**
- [ ] **MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation**
- [x] **MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation**
- [ ] **MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation**

**Civil Action Number (SDWV):** See attachment.
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: [x] Plaintiff Counsel   [ ] Defense Counsel   [ ] Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Burns | Erin | C. | |

Bar Number and State: 89742 Pennsylvania
E-Mail Address: eburns@nastlaw.com

Party Representing: Plaintiff(s)

Originating Case Number: See attachment.
Originating District: See attachment.
Originating Short-Case Style: See attachment.

Direct Dial Number: (215) 923-9300
Cell Phone Number:
Secretary Name:
Paralegal Name:

## LAW FIRM INFORMATION

Firm Name: NastLaw LLC
Address: 1101 Market Street, Suite 2801
City: Philadelphia   State: Pennsylvania   Zip: 19107
Firm Phone Number: (215) 923-9300
Firm Fax Number: (215) 923-9302

Other members of firm involved in this litigation:
Dianne M. Nast, Daniel N. Gallucci

12/7/2012                                         s/ Erin C. Burns
Date                                              Electronic Signature