# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

Notice of Attorney Appearance and Counsel Contact Information Form
ATTACHMENT

| Civil Action Number (SDWV) | Originating Case Number | Originating District | Originating Short-Case Style |
|---|---|---|---|
| 2:12-3256 | 2:12-3256 | Southern District of West Virginia | Finney et al v. C.R. Bard, Inc. et al |
| 2:12-3257 | 2:12-3257 | Southern District of West Virginia | Logan v. C.R. Bard, Inc. et al |
| 2:12-7014 | 2:12-3981 | Eastern District of Pennsylvania | Miles et al v. Endo Pharmaceuticals et al |
| 2:12-3253 | 2:12-3253 | Southern District of West Virginia | Newsom v. C.R. Bard, Inc. et al |
| 2:12-3254 | 2:12-3254 | Southern District of West Virginia | Owens v. C.R. Bard, Inc. et al |
| 2:12-5360 | 2:12-3979 | Eastern District of Pennsylvania | Rust v. Endo Pharmaceuticals et al |
| 2:12-6034 | 2:12-3991 | Eastern District of Pennsylvania | Donner v. Endo Pharmaceuticals et al |
| 2:12-7419 | 2:12-7419 | Southern District of West Virginia | Ross v. Ethicon, Inc. et al |
| 2:12-6077 | 2:12-3978 | Eastern District of Pennsylvania | Singleton v. Endo Pharmaceuticals et al |
| 2:12-5287 | 2:12-3992 | Eastern District of Pennsylvania | Brown v. Endo Pharmaceuticals et al |
| 2:12-5363 | 2:12-3989 | Eastern District of Pennsylvania | Castleberry v. Endo Pharmaceuticals et al |
| 2:12-7013 | 2:12-4371 | Eastern District of Pennsylvania | Curtis v. Endo Pharmaceuticals et al |
| 2:12-5362 | 2:12-3990 | Eastern District of Pennsylvania | Diggs v. Endo Pharmaceuticals et al |
| 2:12-5364 | 2:12-3987 | Eastern District of Pennsylvania | Hardesty v. Endo Pharmaceuticals et al |
| 2:12-6975 | 2:12-6975 | Southern District of West Virginia | Huerta v. American Medical Systems, Inc. et al |
| 2:12-5286 | 2:12-3988 | Eastern District of Pennsylvania | Latham v. Endo Pharmaceuticals et al |
| 2:12-6962 | 2:12-3985 | Eastern District of Pennsylvania | Lutcher v. Endo Pharmaceuticals et al |
| 2:12-5365 | 2:12-3986 | Eastern District of Pennsylvania | Lyons v. Endo Pharmaceuticals et al |
| 2:12-5289 | 2:12-3982 | Eastern District of Pennsylvania | Miller et al v. Endo Pharmaceuticals et al |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Notice of Attorney Appearance and Counsel Contact Information Form
ATTACHMENT

| 2:12-5288 | 2:12-3983 | Eastern District of Pennsylvania | Mitchell v. Endo Pharmaceuticals et al |
| 2:12-5361 | 2:12-3980 | Eastern District of Pennsylvania | Perry v. Endo Pharmaceuticals et al |
| 2:12-5357 | 2:12-3984 | Eastern District of Pennsylvania | Stevenson v. Endo Pharmaceuticals et al |