IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION

                                                            MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 25**
(Change to Signature and Initialing Requirements re: Plaintiff Profile Forms (PTO # 17))

It is **ORDERED** that plaintiffs are relieved of their obligation to initial each page of the Plaintiff Profile Form and have it notarized.  I have attached a revised Plaintiff Profile Form omitting the initialing and signature requirements (Exhibit 1), and such form can be found on the court's website.  The *unchanged* authorizations each plaintiff must complete are attached as well as Exhibit A to Exhibit 1.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:12-cv-08765.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial

orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

       ENTER:  December 12, 2012

       _____
       Joseph R. Goodwin, Chief Judge