**Sprague W. Hazard**

From: Harry F. Bell
Sent: Thursday, November 29, 2012 10:19 AM
To: Sprague W. Hazard
Subject: Mary Stanley

Have you heard and/or can you find out, if perhaps she is looking at serving as a Special Master to Judge Goodwin in TVM MDLs?

Lots of angst & uncertainty as to who will serve in her place.

The leadership group on the plaintiffs side would like to see her continue. If she doesn't want that extensive a commitment, there is a fmr Fed Law Clerk from OH, David Cohen, who has a full time enterprise as Special Master in mass tort MDLs who is excellent.

I would like to pair them up as a number of Fed Judges have utilized David with excellent success and I think they would be an excellent choice if Judge Goodwin would consider it.

I think it is also an excellent opportunity for Mary to develop a part time, lucrative 3rd career as a Special Master working with David, if she is so inclined.

I have spoken a couple of times at national seminars with David on the panel as well. Very impressive guy.

I thought with your personal relationship you would be in a better position to approach her and if she is interested, I can have David call her.

Thanks

Sent from my iPhone

Harry F. Bell, Jr.
Attorney at law
The Bell Law Firm, PLLC
PO Box 1723
Charleston, WV 25326-1723

304-345-1700 office
304-344-1715 fax
304-546-9281 mobile

www.belllaw.com

If you have received this error, please delete & advise as this is a confidential communication



1