UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR  MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION  Honorable Joseph R. Goodwin

---

Lisa Welzel and
Robert Welzel

Plaintiff(s),

v.  CASE NO. 2:12-cv-3275

APPROVED and SO ORDERED.
Boston Scientific Corporation  ENTER: _12/17/12_

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge

Defendant(s).

MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2326:   In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL _2326_ :

Boston Scientific Corporation

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to **2326**; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL **2326**.

/s/ Michael H. Bowman
Michael H. Bowman, Esq.
Edward A. Wallace, Esq.
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
WV Bar No.: 10665

## CERTIFICATE OF SERVICE

I hereby certify that on **December 12, 2012**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Michael H. Bowman
Michael H. Bowman, Esq.
Edward A. Wallace, Esq.
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
WV Bar No.: 10665