APPROVED and SO ORDERED.

ENTER: 12/19/12

*Joseph R. Goodwin, Chief Judge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C.R. BARD, INC., PELVIC REPAIR      MDL No. 2187
SYSTEM PRODUCTS LIABILITY LITIGATION     Honorable Joseph R. Goodwin

PATRICIA SHAMA,

         Plaintiff(s),

v.          CASE NO. 2:12-cv-3931

ETHICON, INC., et al.

         Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2187

Plaintiff(s) herein filed a Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2187:

C.R. Bard, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to MDL2187; and 2)

direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL 2187.

Dated this 18<u>th</u> day of December, 2012.

                                          */s Douglass A. Kreis*
Attorney for Plaintiff Patricia Shama
Douglass A. Kreis, Esq.
Florida Bar Number: 0129704
Bryan F. Aylstock, Esq.
Florida Bar Number: 78263
D. Renee Baggett, Esq.
Florida Bar Number: 0038186
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Fax: (850) 916-7449
Email: dkreis@awkolaw.com
       baylstock@awkolaw.com
       rbaggett@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18th, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s Douglass A. Kreis
Douglass A. Kreis, Esq.