APPROVED and SO ORDERED.

ENTER: 12/19/12

*Joseph R. Goodwin, Chief Judge*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2325

Honorable Joseph R. Goodwin

---

KATHERINE R. PITTS,

    Plaintiff(s),

v.

AMERICAN MEDICAL SYSTEMS, INC., et al.

    Defendant(s).

CASE NO. 2:12-cv-04734

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2325, In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327

Plaintiff(s) herein filed a Complaint in MDL 2327 against American Medical Systems, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included American Medical Systems, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327:

    Ethicon, Inc.
    Ethicon, LLC
    Johnson & Johnson

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2325 to MDL 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL 2327.

Dated this 18th day of December, 2012.

/s Douglass A. Kreis
Attorney for Plaintiff Katherine R. Pitts
Douglass A. Kreis, Esq.
Florida Bar Number: 0129704
Bryan F. Aylstock, Esq.
Florida Bar Number: 78263
D. Renee Baggett, Esq.
Florida Bar Number: 0038186
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Fax: (850) 916-7449
Email: dkreis@awkolaw.com
baylstock@awkolaw.com
rbaggett@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18th, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s Douglass A. Kreis
Douglass A. Kreis, Esq.