IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 27**
(Correction to PTO # 25, Change to Signature and Initialing Requirements re: Plaintiff Profile Forms (PTO # 17))

By PTO # 25 [ECF 354], I attached a revised Plaintiff Profile Form (Exhibit 1) omitting the initialing and signature requirements, along with *unchanged* authorizations (Exhibit A to Exhibit 1). The Verification immediately above plaintiff's signature line was inadvertently omitted from Exhibit 1. It is **ORDERED** that the Clerk replace Exhibit 1 to PTO # 25 with the corrected Exhibit 1 that is attached hereto and post the corrected Exhibit 1 to the website.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:12-cv-09113. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial

orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

                        ENTER:  December 20, 2012

                        Joseph R. Goodwin, Chief Judge