UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE JOHNSON & JOHNSON, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327<br><br>MDL No. 2327<br><br>Judge Joseph R. Goodwin |

### CERTIFICATE OF SERVICE

The undersigned, counsel for Defendants, electronically served via email on December 21, 2012, Johnson & Johnson's Supplemental Response to Plaintiffs' First Request for Production of Documents. The undersigned electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system and hereby certifies that the parties were provided a copy electronically through the CM/ECF system.

This 26th day of December, 2012.

/s/ Christy Jones_____
Christy Jones, MS Bar No. 3192
BUTLER, SNOW, O'MARA,
STEVENS, & CANNADA, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
(601) 985-4523 (phone)
(601) 985-4500 (fax)

/s/ Kari Sutherland
Kari Sutherland, MS Bar No. 10177
BUTLER, SNOW, O'MARA,
STEVENS, & CANNADA, PLLC
1200 Jefferson Ave.; Suite 205
Oxford, MS 38655
(662) 513-8002 (phone)
(662) 513-8001 (fax)

Attorneys for the Defendants,
for Johnson & Johnson

ButlerSnow 14183653v1