# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION

                                                                MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER # 28
(Order Scheduling In Chambers Conference regarding Docket Control Orders)

On January 10, 2013, at 11:00 a.m., I will conduct an in chambers conference in MDLs 2325, 2326 and 2327 regarding the Docket Control Orders to the extent they remain in dispute at that time.  It is **ORDERED** that the following individuals attend: (1) **one** of plaintiffs' co-leads in each of the MDLs (2325, 2326 and 2327); (2) **one** of defendant's lead counsel in each of the MDLs (2325, 2326 and 2327); and (3) Bryan Aylstock, Henry Garrard and Fred Thompson, co-coordinating co-lead counsel for plaintiffs.  Defendant's co-liaison counsel in MDLs 2325, 2326 and 2327, Michael Farrell, Michael Bonasso and David B. Thomas, may attend.  In the event counsel in any MDL should resolve the Docket Control Order issue, I request that you contact chambers and so advise.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:12-cv-09727.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the

complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: January 3, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE