IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
     PELVIC REPAIR SYSTEM
     PRODUCTS LIABILITY LITIGATION

                                              MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 29**
(**Revised** Short Form Complaint and Amended Short Form Complaint
re: **Removal of Analytic Biosurgical Solutions ("ABISS")**)

Today I entered PTO # 15 in In re Coloplast Pelvic Support System Product Liability Litigation, MDL 2387, granting a motion to amend the Master Complaint in that MDL to dismiss defendant Analytic Biosurgical Solutions ("ABISS"). As a result, I attach a **revised** (1) Short Form Complaint (Exhibit A); and a **revised** (2) Amended Short Form Complaint (Exhibit B) for this MDL that reflect omission of ABISS from these documents.

It is **ORDERED** as follows:

(1) While PTO # 15 (New Direct filing Order; Master Complaint, Short Form Complaint, Amended Short Form Complaint and Master Responsive Pleadings) and PTO # 26 (**Revised** Short Form Complaint and Amended Short Form Complaint re: Addition of Coloplast, et al.; **Revised** Motion to Transfer MDL) remain in force and effect (except with respect to the inclusion of ABISS), parties filing Short Form Complaints in new cases or Amended Short Form Complaints in existing cases **must use the revised forms attached to this PTO and located on**

**the court's website beginning January 10, 2013,** rather than the Short Form and Amended Short Form Complaints attached to previous PTOs; and

(2) To the extent plaintiffs have named ABISS by Short Form or Amended Short Form Complaint, they are granted leave to file an Amended Short Form Complaint dropping ABISS on or before **February 8, 2013**.  This practice is consistent with the practice outlined by this court in the PTO related to direct filing.  By filing an Amended Short Form Complaint that drops ABISS, the Clerk is permitted to terminate ABISS.  In the alternative, plaintiffs may file a pleading in compliance with Rule 41 of the Federal Rules of Civil Procedure should they wish to dismiss their directly filed action naming ABISS and name ABISS and any other party in the appropriate district where the action may be brought.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-00182.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:  January 8, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE