# Exhibit "B"

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ  07701
(732) 747-9003
**Plaintiffs' Co-Liaison Counsel**

| | |
|---|---|
| IN RE: PELVIC MESH/GYNECARE LITIGATION | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ATLANTIC COUNTY<br><br>DOCKET NO. ATL-L-6341-10<br><br>CASE NO. 291 CT<br><br>CIVIL ACTION |

## EXHIBIT A

To:   Advanced Medical Technology Association
      701 Pennsylvania Avenue, N.W.
      Suite 800
      Washington, D.C. 20004

**PLAINTIFFS' NOTICE OF DEPOSITION OF ADVANCED MEDICAL TECHNOLOGY ASSOCIATION ("ADVAMED")**

PLEASE TAKE NOTICE that testimony will be taken by video deposition upon oral examination before a person authorized by the laws of the District of Columbia to administer oaths on <u>AUGUST 6, 2012 at 10:00 a.m.</u> at the office of to be determined, which time and place you will please produce the following person(s) of Advanced Medical Technology Association ("AdvaMed") whose testimony is to be taken:

1

1. That representative with the most knowledge concerning the Pelvic Floor Repair or Stress Urinary Incontinence mesh products;

2. That representative with the most knowledge concerning the claims raised by Plaintiffs in the matter of In Re: Pelvic Mesh/Gynecare Litigation, CT 291, Superior Court of New Jersey, Atlantic County;

3. That representative with the most knowledge concerning the Pelvic Floor Repair or Stress Urinary Incontinence mesh products specified in the corresponding subpoena *duces tecum* that were received from or provided to the following:

   a. Defendant Ethicon, Inc., or any other manufacturer;

   b. Any governmental body, representative, or agency, including but not limited to the Food and Drug Administration and/or Congress; and

   c. Any foreign governmental body, representative, or agency.

## DOCUMENTS TO BE PRODUCED BY ADVANCED MEDICAL TECHNOLOGY ASSOCIATION ("ADVAMED")

Pursuant to Superior Court Civil Rule 45, Plaintiffs in the above-referenced matter request the Advanced Medical Technology Association ("AdvaMed") to produce and permit Plaintiffs to inspect and copy the documents listed below.

**A.   Definitions**

The following definitions are applicable to the request for documents to be produced by Advanced Medical Technology Association ("AdvaMed"):

1. The term "documents" is used in the broadest sense and includes (without limitation) memoranda, summaries or records of telephone conversations, summaries or records

of personal conversations or interviews, diaries, graphs, reports, notebooks, charts, minutes, plans, applications, receipts, bills, drawings, blueprints, slides, films, microfilm, electronic transmissions, videotapes, desk calendars, computer printouts, printed or typed matter, records, notes, photographs, slides, films, microfilm, videotapes, desk calendars, computer printouts, and every type of date compilation, all forms of computer storage and retrieval, agreements or any amendments thereof, and all writings of every description and all drafts of such writings. The term "documents" also includes the original and/or any non-identical original or copy, including those with any marginal notes or comments, or showing additions, deletions, or substitutions.

2. The term "or" means and/or, and the term "and" means and/or.

3. The term "you" or "your" means the answering party, Advanced Medical Technology Association ("AdvaMed").

**B.     Categories of Documents to be Produced**

1. Any and all original documents, books, records, correspondence, memoranda and receipts, including but not limited to diaries and notes pertaining to the claims raised by Plaintiffs in the matter of In Re: Pelvic Mesh/Gynecare Litigation, CT 291, Superior Court of New Jersey, Atlantic County.

2. Any and all original documents, communications, or information regarding any Pelvic Floor Repair or Stress Urinary Incontinence mesh products that were received from or provided to the following:

    a.    Defendant Ethicon, Inc., or any other manufacturer;

    b.    Any governmental body, representative, or agency, including but not limited to the Food and Drug Administration and/or Congress; and

    c.    Any foreign governmental body, representative, or agency.

3.      Any documents in your possession that reference or describe any Pelvic Floor Repair or Stress Urinary Incontinence mesh products.

                                                Respectfully submitted,

                                                COHEN PLACITELLA & ROTH, P.C.

                                                _____
                                                DC Bar #
                                                Attorneys for Plaintiffs Co-Liaison Counsel

Dated: July 9, 2012

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIR

| | |
|---|---|
| IN RE: PELVIC MESH/GYNECARE LITIGATION <br> *Plaintiff* <br> v. <br> ETHICON, INC., <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. MDL-2327 <br> (If the action is pending in another district, state where: ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Advanced Medical Technology Association, 701 Pennsylvania Avenue, N.W. Suite 800, Washington, D.C. 20004

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: To be determined. | Date and Time: <br> 08/06/2012 10:00 am |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

see Exhibit "A"

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07/24/2012

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* PELVIC MESH/GYNECAR Bryan F. Aylstock, 17 E. Main Street, Suite 200, Pensacola, FL 32502 , who issues or requests this subpoena, are:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. MDL-2327

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: