# Exhibit "D"

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

August 3, 2012

Bryan F. Aylstock
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 E. Main Street
Suite 200
Pensacola, FL 32502

Re:   AdvaMed's Objections to July 24, 2012 Subpoena

Dear Bryan:

Enclosed please find AdvaMed's objections to the July 24, 2012 third-party subpoena in *In re Pelvic Mesh/Gynecare Litigation*. As noted therein, AdvaMed is prepared to meet and confer regarding the scope of the subpoena requests.

Sincerely,

Allen M. Gardner
of LATHAM & WATKINS LLP

Enclosure