# Exhibit "K"



| | | |
|---|---|---|
| BRYAN F. AYLSTOCK (FL, AL, MS)* | **Aylstock, Witkin,** | D. RENÉE BAGGETT (FL) |
| JUSTIN G. WITKIN (FL, MS) | | DANIEL J. THORNBURGH (FL, MN) |
| DOUGLASS A. KREIS (FL) | **Kreis & Overholtz, PLLC** | NATHAN C. BESS (FL) |
| NEIL D. OVERHOLTZ (FL) | | E. SAMUEL "SAM" GEISLER (FL, IL) |
| R. JASON RICHARDS (FL, CO) | www.AWKOLAW.com | JAMES D. BARGER (PA, NJ) |
| BOBBY J. "BRAD" BRADFORD (FL, AL) | | ANGEL N. STULL (FL, NY) |
| STEPHEN H. ECHSNER (FL) | 17 EAST MAIN STREET, SUITE 200 • PENSACOLA, FLORIDA 32502 | CHELSIE R. WARNER (MT, NV) |
| | PHONE: (850) 202-1010 • FAX: (850) 916-7449 | BEN H. ANDERSON (OH, CA)† |
| *States in which attorney is licensed to practice law | | DONNA TAYLOR-KOLIS (OH)† |
| †Of counsel | | CHRISTOPHER J. ZIMMERMAN (OH)† |

December 7, 2012

**VIA EMAIL TRANSMISSION:**
Christy.Jones@butlersnow.com

Christy Jones, Esquire
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 6010
Ridgeland, MS 39158-6010

RE: In RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327

Dear Ms. Jones:

    Attached is a copy of a Notice of Issuance of Subpeona along with the Subpoena to Testify in a Civil Action being served on Advanced Medical Technology Association ("AdvaMed").

    Feel free to contact me if you have any questions.

Sincerely,

Bryan F. Aylstock

BFA/bw
Att.

---

P.O. BOX 12630
PENSACOLA, FLORIDA 32591
PHONE: (850) 202-1010

11440 NORTH KENDALL DRIVE, PENTHOUSE 400
MIAMI, FLORIDA 33176
PHONE: (305) 220-2956 • FAX: (305) 227-2956