# Exhibit "P"

| | |
|---|---|
| **From:** | Corporate Communication - Johnson & Johnson [JJCUS] <CorporateCommunications-Johnson&Johnson@CORUS.JNJ.com> |
| **Sent:** | Tue, 06 Sep 2011 22:13:05 GMT |
| **To:** | |
| **Subject:** | Management Advisory: FDA Advisory Committee Meeting on Use of Transvaginal Mesh in Surgical Repair |

---

**Management Advisory:  FDA Advisory Committee Meeting on Use of Transvaginal Mesh in Surgical Repair**

Key takeaways:

- The U.S. Food and Drug Administration (FDA) will host a two-day public advisory committee meeting this week to discuss the use of surgical mesh to transvaginally treat pelvic organ prolapse (POP) and stress urinary incontinence (SUI), two conditions that affect up to 30 percent of American women.

- We expect this Advisory Committee meeting to generate news coverage based on the nature of this topic and the ongoing discussions regarding 510(k) reform.

- We are a leader in this field through the Women's Health and Urology business unit of our Ethicon Franchise.  We believe the use of transvaginal mesh is a safe and effective surgical treatment option for women suffering from these conditions.  Our devices are among the most studied on the market for these conditions.

On September 8 and 9, the U.S. Food and Drug Administration (FDA) will host a two-day public Advisory Committee meeting to discuss the use of surgical mesh to transvaginally treat pelvic organ prolapse (POP) and stress urinary incontinence (SUI). Our Women's Health and Urology business will join other industry manufacturers through the medical device trade association, AdvaMed, to provide an accurate and informed perspective at this meeting.

We expect this Advisory Committee meeting to generate news coverage based on the nature of this topic and the ongoing discussions regarding 510(k) reform.  The 510(k) process is the regulatory pathway currently used to approve the vast majority of medical devices in the U.S., including the mesh products discussed here.  Last week, FDA issued their pre-panel briefing materials which suggested the potential for "up-classification" of these devices, specifically for the treatment of pelvic organ prolapse.  FDA also has stated that removing these products from the market is not an imminent consideration.

Patient safety is our primary concern and accordingly, we support FDA's efforts to review and assess data regarding the safety and efficacy of surgical mesh products.  We believe the use of transvaginal mesh is a safe and effective surgical treatment option for women suffering from these prevalent conditions.  Ethicon will continue to work with FDA on the ongoing requirements for the use of surgical mesh to treat pelvic floor disorders.  As a leader in these categories, Ethicon has a long-standing commitment to supporting the use of mesh in surgical repair with clinical evidence, through investigator-initiated studies and company-sponsored clinical trials of our mesh products.  Our devices are among the most studied devices on the market for these conditions.

# # #

*(Note:  Management Advisories from Public Affairs and Corporate Communication are issued from time to time.  They are provided to inform leadership across the Johnson & Johnson Family of Companies on timely matters that extend beyond single business segments.  Use your own discretion about whether to disseminate this information further within your business, or to incorporate it into your own communication.  If you wish further information or assistance, please*

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                                                  ETH.MESH.02067052

*contact your own communication officer - or Corporate Communication via reply to this message.  Thank you.  …Ray Jordan, Corporate Vice President, Public Affairs & Corporate Communication)*

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.02067053