# Exhibit "Q"

| | |
|---|---|
| **From:** | Kanerviko, Brian [ETHUS] |
| **To:** | Luscombe, Brian [ETHUS] |
| **CC:** | Fronio, Lesley [ETHUS] |
| **Sent:** | 8/3/2011 8:42:21 PM |
| **Subject:** | FW: Female MD for presentation COMMENTS |

Brian –

As you know we are preparing for the upcoming FDA panel. We are trying to find a female surgical OB/GYn to help answer questions and possibly present some of the facts. Would you be able to recommend anyone for us?

Regards

Brian


From: Hinoul, Piet [ETHUS]
Sent: Wednesday, August 03, 2011 3:53 PM
To: Kanerviko, Brian [ETHUS]
Subject: Fw: Female MD for presentation COMMENTS


Brian
Could you reach out to Brian Luscombe to come up with a suggestion?


From: Secunda, Jeffrey [mailto:JSecunda@AdvaMed.org]
Sent: Wednesday, August 03, 2011 02:45 PM
To: Silver, Adam <Adam.Silver@crbard.com>
Cc: Ciavarella, David <David.Ciavarella@crbard.com>; Robirds, Scott <Scott.Robirds@crbard.com>; Suzy Geroux <Suzy.Geroux@AmericanMedicalSystems.com>; Ginger.glaser@ammd.com <Ginger.glaser@ammd.com>; Donna.Gardner@bsci.com <Donna.Gardner@bsci.com>; Rob.Miragliuolo@bsci.com <Rob.Miragliuolo@bsci.com>; Kanerviko, Brian [ETHUS]; Hinoul, Piet [ETHUS]; Cindy DiBiasi <cdibiasi@3dcommunications.us>
Subject: RE: Female MD for presentation COMMENTS


Dr. Noblett is a mesh user in the anterior compartment, however, is not a proponent of mesh in the posterior compartment. Something that should be given consideration in considering a role for her.

Donna


Ethicon supports this individual. She has a good reputation.


We could live with this choice.

ginger-


We are still trying to contact Suzette Sutherland.


~Jeff Secunda

_____

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05835523

```
From: Silver, Adam [mailto:Adam.Silver@crbard.com]
Sent: Tuesday, August 02, 2011 12:48 PM
To: Secunda, Jeffrey
Cc: Ciavarella, David; Robirds, Scott
Subject: Female MD for presentation
```

Jeff,

Here is an additional name to consider from a presentation standpoint. I would recommend sharing it with the group to get other opinions:

- Dr. Karen Noblett - http://www.obgyn.uci.edu/NoblettBio.html

Thanks,

Adam

Adam Silver

Director of Marketing, Urologic Health

Bard Medical Division

Phone - (770) 784-6973

E-mail - adam.silver@crbard.com <mailto:adam.silver@crbard.com>

_____

Confidentiality Notice: This e-mail and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail in error, its review, use, retention and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments..[v1.0]

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05835524