# Exhibit "K"

BRYAN F. AYLSTOCK (FL, AL, MS)*
JUSTIN G. WITKIN (FL, MS)
DOUGLASS A. KREIS (FL)
NEIL D. OVERHOLTZ (FL)
R. JASON RICHARDS (FL, CO)
BOBBY J. "BRAD" BRADFORD (FL, AL)
STEPHEN H. ECHSNER (FL)
* States in which attorney is licensed to practice law
† Of counsel

D. RENEE BAGGETT (FL)
DANIEL J. THORNBURGH (FL, MN)
NATHAN C. BESS (FL)
E. SAMUEL "SAM" GEISLER (FL, IL)
JAMES D. BARGER (PA, NJ)
ANGEL N. STULL (FL, NY)
CHELSIE R. WARNER (MT, NV)
BEN H. ANDERSON (OH, CA)†
DONNA TAYLOR-KOLIS (OH)†
CHRISTOPHER J. ZIMMERMAN (OH)†

# Aylstock, Witkin, Kreis & Overholtz, PLLC

www.AWKOLAW.com

17 EAST MAIN STREET, SUITE 200 · PENSACOLA, FLORIDA 32502
PHONE: (850) 202-1010 · FAX: (850) 916-7449

December 7, 2012

**VIA EMAIL TRANSMISSION:**
Christy.Jones@butlersnow.com

Christy Jones, Esquire
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 6010
Ridgeland, MS 39158-6010

RE: In RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327

Dear Ms. Jones:

Attached is a copy of a Notice of Issuance of Subpeona along with the Subpoena to Testify in a Civil Action being served on Advanced Medical Technology Association ("AdvaMed").

Feel free to contact me if you have any questions.

Sincerely,

Bryan F. Aylstock

BFA/bw
Att.

P.O. BOX 12630
PENSACOLA, FLORIDA 32591
PHONE: (850) 202-1010

11440 NORTH KENDALL DRIVE, PENTHOUSE 400
MIAMI, FLORIDA 33176
PHONE: (305) 220-2956 · FAX: (305) 227-2956