UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO CIVIL ACTION NOS. 2:12-cv-03582 and 2:12-cv-05144** | **JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE** |

**PRETRIAL ORDER # 31**
**(Order Severing Actions)**

On December 18, 2012, I entered PTO # 26 in the Boston Scientific MDL notifying the plaintiffs in the cases listed above that I would dismiss without prejudice, the plaintiffs listed in each case in Exhibit A attached to Boston Scientific PTO # 26, except for the first named plaintiff (and derivative plaintiff(s) claiming under her, if any) **and** any plaintiff(s) who objects to severance by January 2, 2013.  To date, no such plaintiff has objected.  Although Boston Scientific is named as a defendant in these multi-plaintiff actions, the above cases actually are in the Ethicon MDL, and, as a result, I find it necessary to enter the order severing these actions in the Ethicon MDL.

It is hereby **ORDERED** that except for the first named plaintiff (and any derivative plaintiff(s) claiming under her in each of the following cases, if any), the remaining plaintiffs filed in the cases listed below shall be dismissed without prejudice:

2:12-cv-03582

2:12-cv-05144

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the member cases cited above. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at ww.wvsd.uscourts.gov.

    ENTER: January 16, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE