# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR          MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION          Honorable Joseph R. Goodwin

---------------------------------------------------------------------

Colleen Yeomans

Plaintiff(s),

v.                                                          CASE NO. 2:12-cv-2460

Johnson & Johnson, et al.                          APPROVED and SO ORDERED.
                                                              ENTER:     1/17/13

                                                              JOSEPH R. GOODWIN
                                                              UNITED STATES DISTRICT JUDGE

Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System

Products Liability Litigation, to:

MDL 2325 American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against

Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no

longer included Ethicon, Inc. or another named defendant in that litigation; included instead,

among others, were the following parties from MDL    2325    :

American Medical Systems, Inc., American Medical Systems Holdings, Inc., Endo Pharmaceuticals,
Inc., and Endo Health Solutions, Inc. (f/k/o Endo Pharmaceutical Holdings, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to    2325    ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL    2325    .

Scott D. Levensten, Esq.
The Levensten Law Firm, P.C.
1420 Walnut Street, Suite 1500
Philadelphia, PA 19102
215-545-5600 P
215-545-5156 F
SDL@levenstenlawfirm.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on  January 16, 2013                       , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Scott D. Levensten, Esq.
The Levensten Law Firm, P.C.
1420 Walnut Street, Suite 1500
Philadelphia, PA 19102
215-545-5600 P
215-545-5156 F
SDL@levenstenlawfirm.com
Attorneys for Plaintiffs