# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327<br>Honorable Joseph R. Goodwin |

---

SALLIE TURBEVILLE &
JIMMY TURBEVILLE

                Plaintiffs,

v.                                  Civil Action No. 2:12-cv-05031

JOHNSON & JOHNSON, ET AL

                Defendants.

APPROVED and SO ORDERED.
ENTER: 1/18/13

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## MOTION TO TRANSFER

COME NOW Plaintiffs, by and through the undersigned counsel, and moves the Court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation to:

    MDL 2387 Coloplast Corp. Pelvic Support Systems Products Liability Litigation

    Plaintiffs filed an Amended Complaint in MDL 2327 on August 28, 2012 against Ethicon, Inc., et al. and others, including Coloplast Corporation. Since the formation of MDL 2387, and based on the fact that the primary product in this case is a product manufactured by Coloplast Defendants, Plaintiffs respectfully request that the Court 1) **GRANT** the Plaintiffs; motion to transfer this civil action from MDL 2327 to 2387; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL 2387.

                                                     s/ David Kuttles
                                                       W. Mark Lanier, Esq.
                                                       New York Bar No. 4327384
                                                       David Kuttles, Esq.

New York Bar No. 4034393
Catherine T. Heacox, Esq
New Jersey Bar No. 050401992
Dana Taschner, Esq.
California Bar No. 135494

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 11, 2012</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

<u>s/David Kuttles</u>
**THE LANIER LAW FIRM, PLLC**
126 E. 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800
Email: DXK@lanierlawfirm.com