UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : CIVIL ACTION NO. 2:12-md-02327<br>: MDL No. 2327<br>:<br>: Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : |

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF AMENDED NOTICE OF CONTINUATION OF THE ORAL DEPOSITION OF DEFENDANT THROUGH DESIGNATED WITNESS, JAMES MITTENTHAL ON ELECTRONICALLY STORED INFORMATION**

I hereby certify that on January 21, 2013, I served Plaintiff's Amended Notice of the Continuation of the Oral Deposition of Defendant through Designated Witness, James Mittenthal on Electronically Stored Information via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/Thomas P. Cartmell
      THOMAS P. CARTMELL
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      816-701-1102
      Fax 816-531-2372
      tcartmell@wcllp.com

                    D. RENEE BAGGETT
                    Aylstock, Witkin, Kreis and Overholtz, PLC
                    17 E. Main Street, Suite 200
                    Pensacola, FL 32563
                    850-202-1010
                    850-916-7449
                    Rbaggett@awkolaw.com

*Plaintiffs' Co-Lead Counsel*