UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION
  Williams v. Altman, McGuire, McClellan & Crum, P.S.C. , et al.,)
    E.D. Kentucky, C.A. No. 7:12-00131           )         MDL No. 2327


ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JANUARY 31, 2013, HEARING SESSION ORDER


A conditional transfer order was filed in this action (*Williams*) on November 20, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Williams* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Williams* was remanded to state court by the Honorable Amul R. Thapar in an order filed on January 2, 2013.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-69" filed on November 20, 2012, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2012, are VACATED insofar as they relate to this action.


FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Vacating CTO
JPMLCMECF    to: JPMLCMDECF                                                01/04/2013 10:57 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 1/4/2013 at 10:56 AM EST and filed on 1/4/2013

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 753 |

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER (CTO-69) AND VACATING THE JANUARY 31, 2013 HEARING SESSION ORDER ((10 in KYE/7:12-cv-00131, [738] in MDL No. 2327), (13 in KYE/7:12-cv-00131, [751] in MDL No. 2327), (1 in KYE/7:12-cv-00131, [697] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that CTO-69 filed on NOVEMBER 20, 2012, is vacated insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on DECEMBER 13, 2012, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 1/4/2013.**

**Associated Cases: MDL No. 2327, KYE/7:12-cv-00131 (JG)**

| | |
|---|---|
| **Case Name:** | Williams v. Altman, McGuire, McClellan & Crum, P.S.C. et al |
| **Case Number:** | KYE/7:12-cv-00131 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER (CTO-69) AND VACATING THE JANUARY 31, 2013 HEARING SESSION ORDER ((10 in KYE/7:12-cv-00131, [738] in MDL No. 2327), (13 in KYE/7:12-cv-00131, [751] in MDL No. 2327), (1 in KYE/7:12-cv-00131, [697] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that CTO-69 filed on NOVEMBER 20, 2012, is vacated insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on DECEMBER 13, 2012, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 1/4/2013.**

**Associated Cases: MDL No. 2327, KYE/7:12-cv-00131 (JG)**


**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS  dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams  marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**KYE/7:12-cv-00131 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jeffrey J Lowe jlowe@careydanis.com, brenda@jefflowepc.com, crm@jefflowepc.com

Andrew J. Cross across@careydanis.com

Susan J Pope spope@fbtlaw.com

Erich E Blackburn eeblackburn@pammaylaw.com

Miller Kent Carter kcarter@carterandlucas.com

H. Michael Lucas mlucas@carterandlucas.com

Pamela T. May ptmay@pammaylaw.com, ptmay@bellsouth.net

**KYE/7:12-cv-00131 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/4/2013] [FileNumber=343414-0] [
9d2c7ed369b493ea7f398675795d31cdfb10e8c98f641afc300ba95434f4d9926244e8
b00d53530d5fa99e68655aa26d3444f4b41679f30d9e26ee23c6ca717b]]