**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------------   MDL No.  2327

THIS DOCUMENT RELATES TO ALL CASES

**JOINDER IN MOTION BY PLAINTIFFS TO COMPEL ADVAMED'S RESPONSE TO
SUBPOENAS**

NOW COME Plaintiffs in MDL 2325 and JOIN in the Motion made by Plaintiffs in

MDL 2327 to Compel AdvaMed's response to Subpoenas. (Docket Number 372), the

Memorandum of Law in support thereof (Docket Number 373) and all exhibits appended thereto

(Docket Numbers 373-1-373-17) and incorporate and adopt all arguments made therein.

On January 7, 2013 plaintiffs in MDL 2325 served AdvaMed with the identical subpoena

for the production of documents as that served on behalf of the plaintiffs in MDL 2327.  (See

Exhibit A).  On January 17, 2013, AdvaMed served its objections to plaintiffs' subpoena.  (See

Exhibit B)

For all the reasons set forth in Plaintiffs' Motion to Compel AdvaMed's response to

Subpoenas should be granted.

Dated: January 22, 2013

/s/ Fidelma L. Fitzpatrick
FIDELMA L. FITZPATRICK (R.I. Bar # 5417)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI  02903
(401) 457-7700
ffitzpatrick@motleyrice.com

/s/ Amy Eskin_____
AMY ESKIN (CA Bar # 127668)
LEVIN SIMES LLP
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
(415) 426-3126
aeskin@levinsimes.com

Co-Lead Counsel for Plaintiffs - MDL 2325

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


_____/s/ Amy Eskin_