UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE:  ETHICON, INC.<br>PELVIC REPAIR SYSTEMS<br>PRODUCTS LIABILITY LITIGATION | Civil Action No. MDL-2327 |

## ADVAMED'S RESPONSE TO PRETRIAL ORDER # 32

In response to this Court's Pretrial Order #32 of January 18, 2013, third party Advanced Medical Technology Association ("AdvaMed") hereby notifies the Court that it does not stipulate to adjudicate the proceeding in the Southern District of West Virginia.  Given that both AdvaMed and its counsel are located in the District of Columbia and that, as a third party to the litigation, AdvaMed seeks to avoid undue burden and expense, it respectfully requests adjudication of the matter in the U.S. District Court for the District of Columbia.

Dated:	January 23, 2013		Respectfully submitted,

//s// Allen M. Gardner_____
Allen M. Gardner
Andrew J. Robinson
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Allen.Gardner@lw.com

Attorneys for AdvaMed

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2013, I caused a true and correct copy of the foregoing to be served by the court's electronic filing system on all counsel of record.

//s// Allen M. Gardner_____
Allen M. Gardner
