IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION

                                                            MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES


**PRETRIAL ORDER # 35**
(Order Scheduling Future Status Conferences)

It is **ORDERED** that the court will conduct joint status conferences in all MDLs (2187, 2325, 2326, 2327 and 2387) in Room 7800 of the Robert C. Byrd United States Courthouse on the following dates:

**Thursday, March 21, 2013 at 10:00 a.m.
Thursday, April 18, 2013 at 1:00 p.m.
Thursday, May 23, 2013 at 1:00 p.m.**

The parties are reminded that there is no phone participation in the status conferences, but any attorney is welcome to attend the conference in person. Parties may request a transcript of the status conference from the court reporter. Court reporter contact information is available on the court's website at **www.wvsd.uscourts.gov** at each MDL home page under "Court Reporter Contacts."

The court requests that lead counsel submit to the court via email, a proposed joint agenda for each status conference by noon on the Monday preceding the status conference.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district,

which includes counsel in all member cases up to and including civil action number 2:13-cv-01010.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: January 23, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE