**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEMS PRODUCTS
LIABILITY LITIGATION

                                        MDL No. 2327

---------------------------------------------------

THIS DOCUMENT RELATES TO ALL
CASES

**JOINDER IN MOTION BY PLAINTIFFS TO COMPEL ADVANCE MEDICAL
TECHNOLOGIES ASSOCIATION ("ADVAMED") RESPONSE TO SUBPOENAS**

NOW COME Plaintiffs in MDL 2326, IN RE: BOSTON SCIENTFIC CORP, PELVIC REPAIR SYSTEMS and JOIN in the Motion made by Plaintiffs in MDL 2327 to Compel AdvaMed's response to Subpoenas. (Docket Number 372), the Memorandum of Law in support thereof (Docket Number 373) and all exhibits appended thereto (Docket Numbers 373-1-373-17) and incorporate and adopt all arguments made therein.

On January 23, 2013 plaintiffs in MDL 2326 served AdvaMed with a substantially similar subpoena for the production of documents as that served on behalf of the plaintiffs in MDL 2327. (See Exhibit A). Later that day, on January 23, 2013, AdvaMed served its objections to plaintiffs' subpoena. (See Exhibit B)

For all the reasons set forth in Plaintiffs' Motion to Compel AdvaMed's response to Subpoenas should be granted.

The remainder of this page was intentionally left blank.

Respectfully submitted,

Dated: January 23, 2013

      */s/ Aimee H. Wagstaff*
      Aimee Wagstaff
      ANDRUS HOOD & WAGSTAFF, PC
      Colo Bar. No. 36819; CA Bar No. 278480
      1999 Broadway, Suite 4150
      Denver, Colorado 80202
      Telephone:     (720) 208-9414
      Aimee.wagstaff@ahw-law.com

      /s/ Clayton A. Clark
      Clark Love & Hutson, GP
      440 Louisiana Street, Street 1600
      Houston, Texas 77002
      (713) 757 - 1400
      CClark@triallawfirm.com

      *Co-Lead Counsel in for Plaintiffs in MDL No. 2326*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Alana Schmitt*