**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE:  C. R. BARD, INC., PELVIC REPAIR                    MDL No. 2187
SYSTEM PRODUCTS LIABILITY LITIGATION          Honorable Joseph R. Goodwin

----------------------------------------------------------------------------------------------------------------------

Ruth Kash Trump & Jeffrey Trump

**Plaintiff(s),**

v.                                                              **CASE NO.** 2:12-cv-5267

                                                                **APPROVED and SO ORDERED.**
C. R. Bard, Inc., et al.                              **ENTER:** _____1/24/13_____

                                                                _____
                                                                JOSEPH R. GOODWIN
**Defendant(s).**                                    UNITED STATES DISTRICT JUDGE

**MOTION TO TRANSFER MDL**

COME NOW the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2187, In re:  C. R. Bard, Inc., Pelvic Repair

System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R.

Bard, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no longer

included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among

others, were the following parties from MDL __2327__ :

Ethicon, Inc.,
Ethicon, LLC
Johnson & Johnson

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to __2327__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL __2327__ .

s/ David Kuttles

W. Mark Lanier, Esq.
New York Bar No. 4327384
David Kuttles, Esq.
New York Bar No. 4034393
Kelly Fitzpatrick
New York Bar No. 4789319
Dana Taschner, Esq.
California Bar No. 135494

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013 _____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/ David Kuttles

THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800
Email: DXK@lanierlawfirm.com