IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 37**
(Revised Verifications and Authorizations attached to Plaintiff Profile Form)

The verifications and authorizations attached to the Plaintiff Profile Form ("PPF") as Exhibit 1 have been revised to (1) correct formatting issues; (2) change the order of the documents so that the verifications for the PPF precede the authorizations; (3) add defendant names where the style is mentioned; and (4) add a verification for any plaintiff alleging a consortium claim. **The authorizations are MDL specific.** It is **ORDERED** that the parties use these verifications and authorizations, which are attached hereto and located on the court's website. The PPFs remain unchanged.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-01141. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon

removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER:  January 24, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE