# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

| | |
|---|---|
| ☐ MDL No. 2187 \| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation | ☐ MDL No. 2325 \| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| ☐ MDL No. 2326 \| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | ☑ MDL No. 2327 \| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| ☐ MDL No. 2387 \| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation | |

**Civil Action Number (SDWV):** 2:12-md-2327
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel   ☑ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Boyers | James | McGinnis | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 20809-49, Indiana | jboyers@woodmclaw.com |

**Party Representing:**
Cook Medical Incorporated; Cook Biotech Incorporated; Cook Incorporated; and Cook Group Incorporated

| Originating Case Number: 3:12-cv-05267-MAS-LHG | Originating District: USDC New Jersey |
|---|---|

**Originating Short-Case Style:** Desvignes v. Ethicon, Inc. et al.

| Direct Dial Number: 317-860-5366 | Cell Phone Number: 317-679-1571 |
|---|---|
| Secretary Name: Rhonda Britt | Paralegal Name: Gayle Williams |

## LAW FIRM INFORMATION

Firm Name: Wooden & McLaughlin LLP

Address: 211 North Pennsylvania St., One Indiana Square, Suite 1800

| City: Indianapolis | State: IN | Zip: 46204 |
|---|---|---|

| Firm Phone Number: 317-639-6151 | Firm Fax Number: 317-639-6444 |
|---|---|

Other members of firm involved in this litigation:
Douglas B. King, Jennifer L. Schuster

| 1/30/13 | s/ James M. Boyers |
|---|---|
| Date | Electronic Signature |