# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

☐ MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation

☑ MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation

**Civil Action Number (SDWV):** 2:12-md-2327
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel   ☑ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Schuster | Jennifer | Lynn | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 28052-53, Indiana | jschuster@woodmclaw.com |

**Party Representing:**
Cook Medical Incorporated; Cook Biotech Incorporated; Cook Incorporated; and Cook Group Incorporated

| Originating Case Number: 3:12-cv-05267-MAS-LHG | Originating District: USDC New Jersey |
|---|---|

**Originating Short-Case Style:** Desvignes v. Ethicon, Inc. et al.

| Direct Dial Number: 317-860-5321 | Cell Phone Number: 317-435-3677 |
|---|---|
| Secretary Name: Judy Pearson | Paralegal Name: Gayle Williams |

## LAW FIRM INFORMATION

**Firm Name:** Wooden & McLaughlin LLP

**Address:** 211 N. Pennsylvania St., One Indiana Square, Suite 1800

| City: Indianapolis | State: IN | Zip: 46204 |
|---|---|---|
| Firm Phone Number: 317-639-6151 | Firm Fax Number: 317-639-6444 | |

**Other members of firm involved in this litigation:**
Douglas B. King; James M. Boyers

| 1/30/2013 | s/ Jennifer L. Schuster |
|---|---|
| Date | Electronic Signature |