UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION
    Velma Gunn, et al. v. St. Vincent Infirmary Medical    )
        Center, et al., E.D. Arkansas, C.A. No. 4:12-00661  )    MDL No. 2327
    Freda R. Shepherd v. Baptist Health, et al.,    )
        E.D. Arkansas, C.A. No. 4:12-00662    )


## TRANSFER ORDER

**Before the Panel**: Pursuant to Panel Rule 7.1, plaintiffs move to vacate our order that conditionally transferred their actions to MDL No. 2327.[1] Responding defendants Ethicon, Inc. and Johnson & Johnson, Inc. (collectively Ethicon) oppose the motions to vacate.

After considering all argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that these actions share questions of fact with MDL No. 2327. Like many of the already-centralized actions, the actions now before the Panel involve factual questions arising from allegations that pelvic surgical mesh products manufactured by Ethicon and related entities were defectively designed, manufactured and marketed, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by these devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

Plaintiffs base their arguments against transfer primarily on the pendency of motions to remand their respective actions to state court. The Eastern District of Arkansas has already denied plaintiffs' motions to remand the actions to state court, and therefore, plaintiffs' basis for objecting to transfer is moot. Plaintiffs' arguments that transfer will cause undue delay are also unpersuasive. The Panel has repeatedly held that, while it might inconvenience some parties, transfer of a particular action often is necessary to further the expeditious resolution of the litigation taken as a whole. *See, e.g., In re: Crown Life Ins. Premium Litig.*, 178 F. Supp. 2d 1365, 1366 (J.P.M.L. 2001).

---

[1] St. Vincent Infirmary Medical Center (St. Vincent), a defendant in the *Gunn* action, also opposed transfer of the *Gunn* action on the ground that a motion to dismiss St. Vincent was pending in the Eastern District of Arkansas. That motion has been granted, however, and St. Vincent has withdrawn its opposition.

-2-

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Paul J. Barbadoro | Marjorie O. Rendell |
| Charles R. Breyer | Lewis A. Kaplan |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
02/07/2013 02:41 PM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 2/7/2013 at 2:40 PM EST and filed on 2/7/2013
**Case Name:**   IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2013.**

**Associated Cases: MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662 (dn)**

**Case Name:**   Gunn et al v. St Vincent Infirmary Medical Center et al
**Case Number:**   ARE/4:12-cv-00661
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict**

**Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2013.**

**Associated Cases: MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662 (dn)**

| | |
|---|---|
| **Case Name:** | Shepherd v. Baptist Health et al |
| **Case Number:** | ARE/4:12-cv-00662 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2013.**

**Associated Cases: MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
02/07/2013 02:39 PM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/7/2013 at 2:39 PM EST and filed on 2/7/2013

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 796 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in ARE/4:12-cv-00661, [702] in MDL No. 2327), (12 in ARE/4:12-cv-00661, [709] in MDL No. 2327), (16 in ARE/4:12-cv-00661, 7 in ARE/4:12-cv-00662, [738] in MDL No. 2327), (6 in ARE/4:12-cv-00662, [703] in MDL No. 2327)**

**Transferring 2 action(s) - MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2013.**

**Associated Cases: MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662 (dn)**

| | |
|---|---|
| **Case Name:** | Gunn et al v. St Vincent Infirmary Medical Center et al |
| **Case Number:** | ARE/4:12-cv-00661 |
| **Filer:** | |
| **Document Number:** | 20 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in ARE/4:12-cv-00661, [702] in MDL No. 2327), (12 in ARE/4:12-cv-00661, [709] in MDL No. 2327), (16 in ARE/4:12-cv-00661, 7 in ARE/4:12-cv-**

00662, [738] in MDL No. 2327), (6 in ARE/4:12-cv-00662, [703] in MDL No. 2327)

Transferring 2 action(s) - MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2013.

Associated Cases: MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662 (dn)

| | |
|---|---|
| Case Name: | Shepherd v. Baptist Health et al |
| Case Number: | ARE/4:12-cv-00662 |
| Filer: | |
| Document Number: | 9 |

Docket Text:
TRANSFER ORDER re: pldg. (10 in ARE/4:12-cv-00661, [702] in MDL No. 2327), (12 in ARE/4:12-cv-00661, [709] in MDL No. 2327), (16 in ARE/4:12-cv-00661, 7 in ARE/4:12-cv-00662, [738] in MDL No. 2327), (6 in ARE/4:12-cv-00662, [703] in MDL No. 2327)

Transferring 2 action(s) - MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2013.

Associated Cases: MDL No. 2327, ARE/4:12-cv-00661, ARE/4:12-cv-00662 (dn)

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com, rhodge@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS  dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams  marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**ARE/4:12-cv-00661 Notice has been electronically mailed to:**

Christy D. Jones  christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,

brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Gail O. Matthews rsanders@msslawfirm.com

Clayton A. Clark cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A. Love mgallagher@triallawfirm.com

Lyn Peeples Pruitt lpruitt@mwlaw.com

W. Michael Moreland mmoreland@triallawfirm.com

Adria Conklin aconklin@mwlaw.com

Doralee Idleman Chandler dchandler@msslawfirm.com

**ARE/4:12-cv-00661 Notice will not be electronically mailed to:**

**ARE/4:12-cv-00662 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Gail O. Matthews rsanders@msslawfirm.com

Clayton A. Clark cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A. Love mgallagher@triallawfirm.com

Lyn Peeples Pruitt lpruitt@mwlaw.com

W. Michael Moreland mmoreland@triallawfirm.com

Adria Conklin aconklin@mwlaw.com

Doralee Idleman Chandler dchandler@msslawfirm.com

**ARE/4:12-cv-00662 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/7/2013] [FileNumber=350610-0] [ 3490c951d53d862d811021586b508aac0312d7bcf299152538ed6ec5760faebe3175cc b14b5335834c5c7a9840b1dfb583676d278b8fefd80536763382244999]]