UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------ x
**IN RE ETHICON, INC., PELVIC REPAIR** : **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY** : <u>**MDL No. 2327**</u>
**LITIGATION** :
------------------------------------------------------------ : Judge Joseph R. Goodwin
This Document Applies To All Actions :
------------------------------------------------------------ X

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711

**<u>PLAINTIFFS' CERTIFICATE OF SERVICE OF NOTICE OF
THE ORAL DEPOSITION OF DEFENDANT
THROUGH DESIGNATED WITNESS, SUSAN LIN</u>**

I hereby certify that on February 20, 2013, I served Plaintiff's Notice of the Oral Deposition of Defendant through Designated Witness, Susan Lin via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                           By:   ____/s/Thomas P. Cartmell_____
                                 THOMAS P. CARTMELL
                                 Wagstaff & Cartmell LLP
                                 4740 Grand Avenue, Suite 300
                                 Kansas City, MO 64112
                                 816-701-1102
                                 Fax 816-531-2372
                                 tcartmell@wcllp.com

D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

*Plaintiffs' Co-Lead Counsel*

2