**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

```
----------------------------------------------------   x
IN RE ETHICON, INC., PELVIC REPAIR      : CIVIL ACTION NO. 2:12-MD-02327
SYSTEM PRODUCTS LIABILITY               : MDL No. 2327
LITIGATION                              :
----------------------------------------------------   : Judge Joseph R. Goodwin
This Document Applies to All Actions
----------------------------------------------------   X
```

TO:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara, Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711

### CANCELLATION OF CONTINUATION DEPOSITION OF 30(b)(6) DESIGNATED WITNESS JAMES MITTENTHAL

Per the request of Defendant Ethicon due to weather issues, the continuation deposition of 30(b)(6) witness James Mittenthal scheduled for Friday, February 22, 2013, at 9 a.m. at the offices of Riker, Danzig, Scherer, Hyland & Perretti - Headquarters Plaza, One Speedwell Ave., Morristown, NJ 07962-1981, has been cancelled. The deposition will be rescheduled at a mutually convenient time.

I hereby certify that on February 21, 2013, I served the Cancellation of Continuation Deposition of 30(b)(6) Designated Witness James Mittenthal via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL.

By:    /s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

THOMAS P. CARTMELL
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

*Plaintiffs' Co-Lead Counsel*