UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2326
Honorable Joseph R. Goodwin

---

KATHYRYN E.
BEAUREGARD-SOUTHERLAND
AND KEPNER DELL
SOUTHERLAND

Plaintiff(s),

v.

ETHICON, INC., ETHICON, LLC., and
JOHNSON & JOHNSON

Defendant(s).

CASE NO. 2:12-CV-06204

APPROVED and SO ORDERED.
ENTER: __2/27/13__

_/s/ Joseph R. Goodwin_
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**MOTION TO TRANSFER MDL**

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2326 against Boston Scientific Corp. and others. Plaintiff(s) later filed an Amended Complaint that no longer included Boston Scientific Corp. in that litigation; included instead, among others, were the following parties from MDL __2327__:

ETHICON, INC., ETHICON, LLC., and JOHNSON and JOHNSON

Because Boston Scientific Corp. is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2326 to  2327 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL  2327  .

/s/ R. Lane Pittard

R. Lane Pittard {LBR# 22135}
lanepittard@bellsouth.net
W. James Singleton {LBR#17801}
P.O. Box 338
Benton, LA  71006
Telephone:  318-741-8108

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ R. Lane Pittard

R. Lane Pittard {LBR# 22135}
lanepittard@bellsouth.net
W. James Singleton {LBR#17801}
P.O. Box 338
Benton, LA  71006
Telephone:  318-741-8108