## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

---

**IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

This Document Applies To All Actions

---

: **CIVIL ACTION NO. 2:12-md-02327**
: <u>**MDL No. 2327**</u>
:
: Judge Joseph R. Goodwin
:

To:  Ben Watson, Esq.
     Donna Jacobs, Esq.
     Butler, Snow, O'Mara Stevens & Cannada, PLLC
     1020 Highland Colony Parkway
     Suite 1400
     Ridgeland, MS 39157
     601-948-5711

### <u>PLAINTIFFS' CERTIFICATE OF SERVICE OF NOTICE OF THE ORAL DEPOSITION OF DEFENDANT THROUGH DESIGNATED WITNESS</u>

I hereby certify that on March 1, 2013, I served Plaintiff's Notice of the Oral Deposition of Defendant through Designated Witness, via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  ____/s/Thomas P. Cartmell_____
     THOMAS P. CARTMELL
     Wagstaff & Cartmell LLP
     4740 Grand Avenue, Suite 300
     Kansas City, MO 64112
     816-701-1102
     Fax 816-531-2372
     tcartmell@wcllp.com

        D. RENEE BAGGETT
        Aylstock, Witkin, Kreis and Overholtz, PLC
        17 E. Main Street, Suite 200
        Pensacola, FL 32563
        850-202-1010
        850-916-7449
        Rbaggett@awkolaw.com

        *Plaintiffs' Co-Lead Counsel*