# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

| | |
|---|---|
| MDL No. 2187 \| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation ☐ | MDL No. 2325 \| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation ☐ |
| MDL No. 2326 \| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation ☐ | MDL No. 2327 \| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation ☑ |
| MDL No. 2387 \| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation ☐ | |

**Civil Action Number (SDWV):** 2:12-md-2327
(To be filed electronically in each member case noted)

*Please Print or Type Below*

## ATTORNEY INFORMATION

**Check One:** ☐ Plaintiff Counsel   ☑ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| King | Douglas | Bruce | |

**Bar Number and State:** 5199-49 (Indiana)

**E-Mail Address:** dking@woodmclaw.com

**Party Representing:**
Cook Incorporated, Cook Group Incorporated, Cook Biotech Incorporated, Cook Medical Incorporated

**Originating Case Number:** 2:12-md-2327    **Originating District:** S.D.W.Va.

**Originating Short-Case Style:** In Re Ethicon, Inc. Pelvic Repair Systems Products Liability Litig.

**Direct Dial Number:** 317-860-5306    **Cell Phone Number:** 317-410-1356

**Secretary Name:** Kimberly Mahaney    **Paralegal Name:** Gayle Williams

## LAW FIRM INFORMATION

**Firm Name:** Wooden & McLaughlin LLP

**Address:** 211 N. Pennsylvania St., Suite 1800

**City:** Indianapolis    **State:** Indiana    **Zip:** 46204

**Firm Phone Number:** 317-639-6151    **Firm Fax Number:** 317-639-6444

**Other members of firm involved in this litigation:**
Jennifer L. Schuster, James M. Boyers

---

3/4/2013    s/ Douglas B. King
Date       Electronic Signature