## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

In re:  Ethicon, Inc.
Pelvic Repair System                           MDL: 2327
Products Liability Litigation

This Document Relates To All Cases

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney Gregory J. Finney moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

Respectfully submitted,

By: _____
Gregory J. Finney
Texas Bar No. 24044430, FBN 611329
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone: 713-961-7770
Facsimile: 713-961-5336

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 5, 2013, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF participants registered to receive service in the MDL.

By: _____
Gregory J. Finney
Texas Bar No. 24044430, FBN 611329
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone: 713-961-7770
Facsimile: 713-961-5336