IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                            MDL: 2327
Products Liability Litigation

This Document Relates To All Cases

## ORDER

Pending is attorney Gregory J. Finney's Motion to Withdraw as Counsel, filed March 5, 2013. Mr. Finney seeks an order granting him leave to withdraw from all member actions in which he has appeared in MDL 2327. It is ORDERED that Mr. Finney's Motion is GRANTED. The Clerk is instructed to terminate Mr. Finney where he appears as counsel for any party in this MDL and in any member case in the MDL.

The court DIRECTS the Clerk to file a copy of this order in 2:12-2327 and in each member case in which Mr. Finney has appeared.

ENTER:   March 6, 2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE