APPROVED and SO ORDERED.
ENTER: 3/11/13

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C. R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2187
Honorable Joseph R. Goodwin

---

Patricia Metzger, and

Raymond B. Metzger

**Plaintiff(s),**

v.

**CASE NO.** 2:12-cv-2047

Ethicon, Inc., Johnson & Johnson, and

C.R. Bard, Inc., et al.

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation, to:

**MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation**

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R. Bard, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2327__ : Ethicon, Inc.

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to  2327  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL  2327  .

By: /s/ Andrea S. Hirsch
Andrea S. Hirsch, Esq. (GA Bar # 666557)
Herman Gerel, LLP
230 Peachtree Street, Suite 2260
Atlanta, Georgia
(404) 880-9500 Phone
(404) 880-9605 Facsimile
Email: ahirsch@hermangerel.com
Joseph A. Kott, Esq. (LA Bar #24499)
Herman Gerel, LLP
820 O'Keefe Ave
New Orleans, LA 70113
Email: jkott@hhkc.com
Michelle A. Parfitt, Esq. (VA Bar #33650)
James F. Green, Esq. (VA Bar No. 24915)
Ashcraft & Gerel LLP
4900 Seminary Road, Suite 650
Alexandria, VA 2231
Email: mparf@aol.com
jgreen@ashcraftlaw.com
**ATTORNEY(S) FOR PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>      March 7, 2013         </u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

By: /s/ Andrea S. Hirsch
Andrea S. Hirsch, Esq. (GA Bar # 666557)
Herman Gerel, LLP
230 Peachtree Street, Suite 2260
Atlanta, Georgia
(404) 880-9500 Phone
(404) 880-9605 Facsimile
Email: ahirsch@hermangerel.com
Joseph A. Kott, Esq. (LA Bar #24499)
Herman Gerel, LLP
820 O'Keefe Ave
New Orleans, LA 70113
Email: jkott@hhkc.com
Michelle A. Parfitt, Esq. (VA Bar #33650)
James F. Green, Esq. (VA Bar No. 24915)
Ashcraft & Gerel LLP
4900 Seminary Road, Suite 650
Alexandria, VA 2231
Email: mparf@aol.com
jgreen@ashcraftlaw.com
**ATTORNEY(S) FOR PLAINTIFF(S)**
