# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

    MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER # 41
(Defendant Fact Sheet)

The parties have agreed to and submitted for entry, the attached Defendant's Fact Sheet ("DFS"). It is **ORDERED** that defendant must submit a completed DFS pursuant to PTO # 33 for each case in the Discovery Pool on or before **April 8, 2013**, to the plaintiffs electronically at:

tcartmell@wcllp.com and

rbaggett@awkolaw.com

and defendant must serve a completed DFS in each individual case in the Discovery Pool on the individual plaintiff's counsel in that particular case.

If defendant fails to comply with the DFS obligations under this order, including failure to timely submit a DFS or failure to submit a substantially complete DFS, defendant may, for good cause shown, be subject to sanctions to be determined by the court, upon motion of the plaintiffs. The court expects the parties to meet and confer before such a motion is filed, and will adjudicate such motions on an expedited basis.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-04889.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

      ENTER:  March 14, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE