IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                                                         MDL: 2327
Products Liability Litigation

This Document Relates to All Cases


**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    Attorney Courtney Towle moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

                                            */s/ Courtney Towle*
                                            Courtney Towle
                                            CA Bar No. 221698
                                            PATTON, TIDWELL & SCHROEDER, LLP
                                            P.O. Box 5398
                                            Texarkana, TX 75505-5398
                                            Phone:  903.792.7080
                                            Fax:  903.792.8233
                                            Email: ctowle@texarkanalaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of March 2013, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF participants registered to receive service in the MDL.

                                          */s/ Courtney Towle*
                                          Courtney Towle