# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 3/21/2013                                                                  Case Number 2:10-md-02187
Case Style: In Re:  Bard vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter Lisa Cook                                                         Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Henry Garrard, Carl Frankovitch


Attorney(s) for the Defendant(s) Barbara Binis, Robert Adams and Christy Jones


Law Clerk Kate Fife                                                              Probation Officer

## Trial Time


## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


## Court Time

10:10 am   to 11:45 am
Total Court Time: 1 Hours 35 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled start time 10:00 a.m.
Actual start time 10:10 a.m.

STATUS CONFERENCE
Chief Judge Goodwin, Magistrate Judge Stanley and Magistrate Judge Eifert presiding

2:10-md-2187    In Re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation
2:12-md-2325    In Re: American Medical Systems, Inc., Pelvic Repair System Product Liability Litigation
2:12-md-2326    In Re:  Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
2:12-md-2327    In Re:  Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation
2:12-md-2387     In Re:  Coloplast Corp. Pelvic Support Systems Products Liability Litigation

Counsel for parties present
Coordinating Co-lead counsel for Plaintiffs - Henry Garrard
Co-lead counsel for Boston Scientific MDL 2326 - Clayton Clark and Aimee Wagstaff
Co-lead counsel for American Medical Systems MDL 2325 - Amy Eskin and Fidelma Fitzpatrick
Co-lead counsel for Ethicon MDL 2327 - Renee Baggatt and Tom Cartmell
Co-Lead counsel for Coloplast MDL 2387 - Riley Burnett, Mark Mueller and Robert Salim
Plaintiffs executive committee:  Bryan Aylstock, Henry Garrard, Fred Thompson, Tom Cartmell, Clayton Clark, Amy Eskin, Derek Potts and Aimee Wagstaff.
Plaintiffs Co-liaison counsel:  Harry Bell and Carl Frankovitch

Defendants
Lead counsel for C. R. Bard, Inc., MDL 2187 - Deb Moeller and Richard North
Lead counsel for American Medical Systems MDL 2325 - Barbara Binis
Lead counsel for Boston Scientific MDL 2326 - Jon Strongman
Lead counsel for Ethicon MDL 2327 - Christy Jones
Defendants Liaison counsel:  David Thomas and Michael Farrell.  Mark Williams defendants liaison counsel in the Bard

## District Judge Daybook Entry

MDL.
Lead Counsel for Coloplast MDL 2387 - Lana K. Varney
Lead Counsel for Mentor - Dustin B. Rawlin

Additional counsel present
Ronn Kreps, Deft Coloplast
Lori Cohen, Deft Bard
Edward Wallace, Pltfs counsel
Stephen McConnell, Deft AMS
Tom Craig, Deft Coloplast
Laura Yaeger, Pltfs counsel
Phil Combs, Defts counsel
Erik W. Legg, Defts counsel
Melissa Foster Bird, Counsel for Bard/Sofradim
Donna Brown Jacobs, Counsel for Ethicon/J&J
Elizabeth Taylor, Boston Scientific
PJ Cosgrove, Proxy
Bret Stanley, Pltfs
David Kuttles - Pltfs

Agenda
General & Specific MDL Issues - Judge Goodwin
Wisdom and status of tolling agreements
A 90 day tolling agreement is discussed
Coordinating additional filings to assist Clerk's Office staff
Additional MDL trial settings in 2014
Mr. Garrard addresses the trial schedule
Ms. Binis addresses the trial schedule
The court encourages the Pltfs and Defts to work together to coordinate a trial schedule
Innovative trial ideas
Stephen McConnell addresses innovative trial ideas
The court encourages lead counsel and liaison counsel to work together.  Liaison counsel need to stay actively involved in the cases.
The court is open to innovative trial ideas.
Mr. Garrard provides and update on innovative trial ideas
Contact with State court judges
Ms. Fitzpatrick addresses this issue.
Ms. Binis also addresses the State court cases.

Agenda Issues for MDL 2325 American Medical Systems, Inc.
AMS Motion to Strike bellwethers designated by Pltfs; DENIED
Update on PTO 37
Ms. Binis provides an update
Update on Delaware and Minnesota consolidated cases

Boston Scientific motion to amend complaint is DENIED.

Agenda Issues for MDL 2327 Ethicon, Inc.
Foreign entity/Johnson & Johnson/Ethicon join and several liability stipulation
Mr. Cartmell provides an update
Ms. Jones also provides an update
Timing of amendments to master complaint
New Jersey update
Ms. Jones provides a brief update.

Agenda Issues for MDL 2387 Coloplast
Agreed stipulation and service of process of foreign defendants
Mr. Salim provides an update for the Pltfs
Status of early case assessment program

## District Judge Daybook Entry

Agenda Issues for MDL 2187 C. R. Bard, Inc.
Status of trial setting
No additional matters to discuss in C. R. Bard, Inc.,

General & Specific MDL Issues - Judge Stanley and Judge Eifert
Designation of documents as confidential by Defts
Mr. Garrard addresses this issue.
Mr. North addresses this issue.
A proposed order by the parties is discussed
Ms. Jones agrees that a proposed order is necessary and can be provided
Mr. Strongman is willing to work to find a solution.
Mr. McConnell agrees to work to find a solution.
Mr. Kreps also agrees to work on this matter.
Mr. Garrard replies
Method for utilization of documents across MDLs
Judge Stanley suggests the parties make an amendment to the current protective order.

Agenda Issues for MDL 2325 American Medical Systems
Pltfs' Motion to Compel outside US production of documents
Pltfs' Motion to Compel document production and depositions
Counsel provides an update on the status of the motions.
The hearing will begin at 1:00 p.m. on March 21, 2013.

Agenda Issues for MDL 2327 Ethicon, Inc.
Narrowing of products discovery
Mr. Cartmell provides an update.
Ms. Jones provides an update.
The parties have not reached an agreement
The parties will continue to work to find a resolution
Production of outside US documents
That parties have agreed on the priorities.

Agenda Issues for MDL 2326 Boston Scientific Corp
Status of MDL discovery
Mr. Strongman provides an update on depositions that are scheduled.
Ms. Wagstaff agrees with Mr. Strongman.

Next Status Conference will be held on April 18, 2013 @ 1:00 p.m.
End time 11:45 a.m.