UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

CIVIL ACTION NO. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin

This Document Applies To All Actions

To:   Thomas P. Cartmell
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      816-701-1102

## ETHICON DEFENDANTS' CASE SELECTION
## FOR THE DISCOVERY POOL

The Defendants Ethicon, Inc., Johnson & Johnson, and Ethicon LLC in the above entitled actions submit the following cases to be included in the Discovery Pool, pursuant to Pretrial Order #33 (Docket Control Order):

| Case | Cause No. |
| --- | --- |
| Abadie, Mary J. v. Ethicon, Inc., et al. | 2:12-cv-07536 |
| Benedict, Vickie, et. al. v. Ethicon, Inc., et al. | 2:12cv04944 |
| Bignon, Johnnie v. Ethicon, Inc., et al. | 2:12cv05468 |
| Brooks, Maryann, et al. v. Ethicon, Inc., et al. | 2:12cv02330 |
| Brown, Judith, et al. v. Johnson & Johnson, et al. | 2:12cv04273 |
| Brown, Judy P., et al. v. Ethicon, Inc., et al. | 2:12cv07314 |
| Brush, Cora Mae v. Ethicon, Inc., et al. | 2:12-cv-08248 |
| Eack, Grace, et al. v. Ethicon, Inc., et al. | 2:12cv02219 |
| Galarza, Delia v. Ethicon, Inc., et al. | 2:12-cv-03998 |
| Kennedy, Lenore v. Ethicon, Inc. et al. | 2:12cv04511 |
| Landes, Saundra, et al. v. Ethicon, Inc., et al. | 2:12cv01262 |
| Lawyer-Johnson, Barbara v. Ethicon, Inc., et al. | 2:12-cv-02690 |

| Lewis, Carolyn, et al. v. Ethicon, Inc., et al. | 2:12-cv-04301 |
| --- | --- |
| Lughas, Annette, et al. v. Ethicon, Inc., et al | 2:12-cv-08776 |
| Nix, Joyce, et al. v. Ethicon, Inc., et al. | 2:12-cv-04905 |

Defendants request the opportunity to substitute an alternative selection should any Plaintiff listed above choose to dismiss her action.

This the 22nd day of March 2013.

/s/ David B. Thomas
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
Email: dthomas@tcspllc.com


/s/ Christy D. Jones
Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
Email: christy.jones@butlersnow.com

**ATTORNEYS FOR DEFENDANT ETHICON, INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

CIVIL ACTION NO. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin

### CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/David Thomas
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com