UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

```
------------------------------------------------------------  x
IN RE ETHICON, INC., PELVIC REPAIR        :   CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY                 :   MDL No. 2327
LITIGATION                                :
------------------------------------------------------------  :   Judge Joseph R. Goodwin
This Document Applies To All Actions      :
------------------------------------------------------------  x
```

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711
      Email: Christy.jones@butlersnow.com

      David B. Thomas
      Thomas Combs & Spann, PLLC
      300 Summers Street, Suite 1380
      P.O. Box 3824
      Charleston, WV  25338-3824
      304-414-1800
      Email: dthomas@tcspllc.com

### PLAINTIFF'S CASE SELECTION FOR THE DISCOVERY POOL

Plaintiffs in the above entitled actions submit the following cases to be included in the

Discovery Pool, pursuant to Pretrial Order #33 (Docket Control Order):

| Case | Cause Number |
| --- | --- |
| Crews, Lillie v. Ethicon, Inc., et al. | 2:12-cv-1549 |
| Edwards, Tonya v. Ethicon, Inc., et al. | 2:12-cv-9972 |
| Eisenbath, Dorothy v. Ethicon, Inc., et al. | 2:12-cv-7361 |
| Froemming, Penny v. Ethicon, Inc., et al. | 2:12-cv-9705 |
| Holzerland, Mary v. Ethicon, Inc., et al. | 2:12-cv-875 |

| Huskey, Jo v. Ethicon, Inc., et al. | 2:12-cv-5201 |
| --- | --- |
| Kennedy, Heather v. Ethicon, Inc., et al. | 2:12-cv-5663 |
| Lloyd, L. v. Ethicon, Inc., et al. | 2:12-cv-4061 |
| Moreland, Staci v. Ethicon, Inc., et al. | 2:12-cv-9810 |
| Pollard, Theresa v. Ethicon, Inc., et al. | 2:12-cv-9806 |
| Schneeberger Ingram, Lisa v. Ethicon, Inc., et al. | 2:12-cv-9300 |
| Smith, Crystal v. Ethicon, Inc., et al. | 2:12-cv-79 |
| Turner, Janet v. Ethicon, Inc., et al. | 2:12-cv-9701 |
| Vazquez, Edra v. Ethicon, Inc., et al. | 2:12-cv-9224 |
| Weaver, Violet v. Ethicon, Inc., et al. | 2:12-cv-5618 |

Dated: March 22, 2013

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com


THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

*Plaintiffs' Co-Lead Counsel*

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

```
------------------------------------------------------- x
IN RE ETHICON, INC., PELVIC REPAIR    :   CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY             :   MDL No. 2327
LITIGATION                            :
-------------------------------------------------------:   Judge Joseph R. Goodwin
This Document Applies To All Actions  :
------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ D. Renee Baggett_____
        D. RENEE BAGGETT
        Aylstock, Witkin, Kreis and Overholtz, PLC
        17 E. Main Street, Suite 200
        Pensacola, FL 32563
        850-202-1010
        850-916-7449
        Rbaggett@awkolaw.com