IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                                           MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

### ORDER

Pending is Courtney Towle's Motion to Withdraw as Counsel, filed March 20, 2013. Ms. Towle seeks an order granting her leave to withdraw from all member actions in which she has appeared in MDL 2327. It is ORDERED that Ms. Towle's Motion is GRANTED. The Clerk is instructed to terminate Ms. Towle where she appears as counsel for any party in this MDL in any member case in this MDL.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md.2327 and in each member case is which Ms. Towle has appeared.

Entered this ___25th___ day of _____March_____, 2013.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE