**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                  MDL NO. 2327

**ORDER**

Pending is attorney Laura V. Yaeger's Motion to Withdraw as Counsel, filed March 28, 2013.  [ECF _____].  Ms. Yaeger seeks an order granting her leave to withdraw from all MDL 2327 cases listed in Attachment A and all member civil actions related to same.  It is **ORDERED** that Ms. Yaeger's Motion is **GRANTED**.  The Clerk is instructed to terminate Ms. Yaeger where she appears as counsel for any party in all MDL 2327 cases listed in Attachment A and all member civil actions related to same.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in each member case in which Ms. Yaeger has appeared.

ENTER: _____, 2013

_____
Presiding Judge

Attachment A

All FNJ Cases in MDL 2327

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **ClientName** | **CaseType** | **Court** | **Cause** | **MDLCause** |
| 2 | Ana Ruebel | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-00663 | 2327 |
| 3 | Cindy L. Zaccardi | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05312 | 2327 |
| 4 | Debbie Eversole | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03593 | 2327 |
| 5 | Connie J. Thacker | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03870 | 2327 |
| 6 | Sherry Vanover | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03594 | 2327 |
| 7 | Sheila A. Taylor | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05313 | 2327 |
| 8 | Lynn C. Ammons | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03853 | 2327 |
| 9 | Jena J. Milani | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05320 | 2327 |
| 10 | Jenesta Cutter | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-01790 | 2327 |
| 11 | Carmen Castillo | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03077 | 2327 |
| 12 | Judy K. Damron | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03079 | 2327 |
| 13 | Yolanda Garcia | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03080 | 2327 |
| 14 | Phyllis A. King | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03081 | 2327 |
| 15 | Ronda L. Reed | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03082 | 2327 |
| 16 | Catherine L. Young | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03083 | 2337 |
| 17 | Samantha L. Moore | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05412 | 2327 |
| 18 | GeorgeAnn Batis | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-04257 | 2327 |
| 19 | Cicily Beckstead | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03849 | 2327 |
| 20 | Joyce P. Champion | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03723 | 2327 |
| 21 | Melissa D. Collins | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03866 | 2327 |
| 22 | Terri Davis | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03726 | 2327 |
| 23 | Kim F. Glenn | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03996 | 2327 |
| 24 | Melanie W. Hollingsworth | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03850 | 2327 |
| 25 | Edna M. Spoon | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-04245 | 2327 |
| 26 | Stephanie D. Taggart | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03851 | 2327 |
| 27 | Lorna G. Thornwall | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03854 | 2327 |
| 28 | Susan D. West | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03855 | 2327 |
| 29 | Shannon Ball | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03728 | 2327 |
| 30 | Lunda E. Farrar | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03596 | 2327 |
| 31 | Zona Hampton | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03727 | 2327 |
| 32 | Rita Harvell | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03586 | 2327 |
| 33 | Carolyn Himes | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03595 | 2327 |

Attachment A

All FNJ Cases in MDL 2327

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **ClientName** | **CaseType** | **Court** | **Cause** | **MDLCause** |
| 34 | Linda Keller | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03872 | 2327 |
| 35 | Frances M. Knox | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03873 | 2327 |
| 36 | Julie L. Raymond | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-04541 | 2327 |
| 37 | Mary C. Dawson | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-06080 | 2327 |
| 38 | Mary Jelks | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03896 | 2327 |
| 39 | Beverly M. Patterson | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-04282 | 2327 |
| 40 | Doris B. Alvey | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-06079 | 2327 |
| 41 | Maglenda Conley | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03548 | 2327 |
| 42 | Joyce A. Cupp | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03547 | 2327 |
| 43 | Beverly Glass | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03579 | 2327 |
| 44 | Terri L. Harden | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05413 | 2327 |
| 45 | Mary E. Lester | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03560 | 2327 |
| 46 | LaSedar M. Lloyd | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-04061 | 2327 |
| 47 | Lottie M. Mullins | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03577 | 2327 |
| 48 | Katie Saylor | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03553 | 2327 |
| 49 | Kitty M. Watkins | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03578 | 2327 |
| 50 | Rebecca D. Whitehead | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03552 | 2327 |
| 51 | Melissa G. Wooten | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-03874 | 2327 |
| 52 | Blanca Cortes | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-04284 | 2327 |
| 53 | Keri S. Franks | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-04283 | 2327 |
| 54 | Martha Hollaway | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05572 | 2327 |
| 55 | Elizabeth A. Aguirre | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05677 | 2327 |
| 56 | Ninia D. Beatrice | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05686 | 2327 |
| 57 | Jura T. Branch | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05713 | 2327 |
| 58 | Dana Cave | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05698 | 2327 |
| 59 | Maggie Clark | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05705 | 2327 |
| 60 | Kathy Dailey | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05679 | 2327 |
| 61 | Karen S. Datray | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05718 | 2327 |
| 62 | Annette Ellenburg | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05678 | 2327 |
| 63 | Marilyn F. Fulton | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05704 | 2327 |
| 64 | Karen K. Harper | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05714 | 2327 |
| 65 | Connie Harthcock | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05706 | 2327 |

Attachment A

All FNJ Cases in MDL 2327

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1  | **ClientName** | **CaseType** | **Court** | **Cause** | **MDLCause** |
| 66 | Susan Hibler | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05715 | 2327 |
| 67 | Brenda M. Murphy | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05695 | 2327 |
| 68 | Mary E. Reid | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05700 | 2327 |
| 69 | Phyllis K. Richards | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05720 | 2327 |
| 70 | Lawana G. Spencer | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05699 | 2327 |
| 71 | Marla L. Spicer | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05717 | 2327 |
| 72 | Wanda R. Tann | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05723 | 2327 |
| 73 | Veronica B. Thomas | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05712 | 2327 |
| 74 | Diane S. Thompson | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05721 | 2327 |
| 75 | Kayetta S. Unsicker | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05691 | 2327 |
| 76 | Yvette B. Williams | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05685 | 2327 |
| 77 | Tauna R. Woolley | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05701 | 2327 |
| 78 | Diane M. Wunsh | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05693 | 2327 |
| 79 | Karla Yetter | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05702 | 2327 |
| 80 | LaVonne T. Zutz | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05694 | 2327 |
| 81 | Jennie L. Dyarman | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05696 | 2327 |
| 82 | Yvonne Lynem | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05675 | 2327 |
| 83 | Theresa G. Blevins | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-05838 | 2327 |
| 84 | Christina M. Almy | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08143 | 2327 |
| 85 | Christy A. Ashley | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08144 | 2327 |
| 86 | Elaine E. Beebe | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08145 | 2327 |
| 87 | Sharon K. Benavides | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08146 | 2327 |
| 88 | Ida Boyd | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08147 | 2327 |
| 89 | Casaundra L. Dorton | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08148 | 2327 |
| 90 | Carrie A. Goodwin | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08150 | 2327 |
| 91 | Roberta W. Hall | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08151 | 2327 |
| 92 | Kathy P. Hymas | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08152 | 2327 |
| 93 | Elizabeth Jensen | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08154 | 2327 |
| 94 | Victoria L. Johnson | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08155 | 2327 |
| 95 | Betty King | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08156 | 2327 |
| 96 | Brenda A. Lehrer | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08157 | 2327 |
| 97 | Sally A. Maez | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08159 | 2327 |

Attachment A

All FNJ Cases in MDL 2327

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **ClientName** | **CaseType** | **Court** | **Cause** | **MDLCause** |
| 98 | Lidia Norman | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08161 | 2327 |
| 99 | June M. O'Brien | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08163 | 2327 |
| 100 | JoAnne T. Park | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08164 | 2327 |
| 101 | Teddy J. Parker | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08165 | 2327 |
| 102 | Wynne J. Pynn | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08166 | 2327 |
| 103 | Karen L. Reid | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08169 | 2327 |
| 104 | Betty L. Roth | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08170 | 2327 |
| 105 | Gayle E. Thomas | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08171 | 2327 |
| 106 | Kristy E. Vaughn | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08172 | 2327 |
| 107 | Vickie L. Watters | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08173 | 2327 |
| 108 | Vickie L. Watters | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08173 | 2327 |
| 109 | Dorothy Weaver | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08174 | 2327 |
| 110 | Karen Winkelman | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08175 | 2327 |
| 111 | Venus S. Witt | TVM - J&J | U.S. Dist. Ct., WV S.D. | 12-cv-08176 | 2327 |
| 112 | Brenda Bolt | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01097 | 2327 |
| 113 | Melissa Powell | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01079 | 2327 |
| 114 | Rose Castaneda | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01078 | 2327 |
| 115 | Herlinda E. Callaway | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01077 | 2327 |
| 116 | Sonya H. Riley | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01076 | 2327 |
| 117 | Joyce Sharpe | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01086 | 2327 |
| 118 | Mable R. Zeek | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01088 | 2327 |
| 119 | Carol A. Green | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01090 | 2327 |
| 120 | Samantha Squires | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01092 | 2327 |
| 121 | Sandra Elkington | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01094 | 2327 |
| 122 | Gladys Kimball | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01095 | 2327 |
| 123 | Cynthia Mann | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-01096 | 2327 |
| 124 | Patricia Ann Anderson | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02601 | 2327 |
| 125 | Deborah M. Baca | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02577 | 2327 |
| 126 | LaVerne M. Britt | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02582 | 2327 |
| 127 | Carolyn Bush | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02564 | 2327 |
| 128 | Misty Cline | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02563 | 2327 |
| 129 | Dixie Cooper | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02567 | 2327 |

Attachment A

All FNJ Cases in MDL 2327

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **ClientName** | **CaseType** | **Court** | **Cause** | **MDLCause** |
| 130 | Debra Daniel | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02565 | 2327 |
| 131 | Roberta Duplessis | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02599 | 2327 |
| 132 | Alma L. Garcia | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02592 | 2327 |
| 133 | Nancy B. Garza | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02579 | 2327 |
| 134 | Dianne M. Gould | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02558 | 2327 |
| 135 | Billie Hernandez | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02560 | 2327 |
| 136 | Judy Jacobson | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02596 | 2327 |
| 137 | Rosalie K. Johnson | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02556 | 2327 |
| 138 | Madalene J. Masevicius | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02561 | 2327 |
| 139 | Dawn R. Morrill | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02603 | 2327 |
| 140 | Kathryne N. Newcomb | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02555 | 2327 |
| 141 | Ita P. Ortiz | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02587 | 2327 |
| 142 | Djuna L. Pettway | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02589 | 2327 |
| 143 | Christie Ratcliffe | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02594 | 2327 |
| 144 | Tanda R. Reynolds | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02553 | 2327 |
| 145 | Teresa Rivas | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02585 | 2327 |
| 146 | Liliana P. Self | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02554 | 2327 |
| 147 | Diane T. Wagner | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-02562 | 2327 |
| 148 | Teresa M. Bailey | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04598 | 2327 |
| 149 | Tracy Escamilla | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04608 | 2327 |
| 150 | Rosa Fitts | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04607 | 2327 |
| 151 | Arnulfa Flores | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04611 | 2327 |
| 152 | Shona S. Henderson | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04597 | 2327 |
| 153 | Julie L. Kloever | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04614 | 2327 |
| 154 | Christina A. Lattimer | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04610 | 2327 |
| 155 | Mary H. Martin | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04596 | 2327 |
| 156 | Mary E. White | TVM - J&J | U.S. Dist. Ct., WV S.D. | 13-cv-04615 | 2327 |