UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---------------------------------------------------------- x
IN RE ETHICON, INC., PELVIC REPAIR      :   CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY               :   MDL No. 2327
LITIGATION                              :
----------------------------------------------------------  :   Judge Joseph R. Goodwin
This Document Applies To All Actions    :
---------------------------------------------------------- X

To:     Christy D. Jones, Esq.
        Butler, Snow, O'Mara Stevens & Cannada, PLLC
        1020 Highland Colony Parkway
        Suite 1400
        Ridgeland, MS 39157
        601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF
NOTICE TO TAKE ORAL DEPOSITION OF SCOTT FINLEY**

I hereby certify that on March 28, 2013, I served Plaintiff's Notice to Take Oral Deposition of Scott Finley via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:     /s/Thomas P. Cartmell
        THOMAS P. CARTMELL
        Wagstaff & Cartmell LLP
        4740 Grand Avenue, Suite 300
        Kansas City, MO 64112
        816-701-1102
        Fax 816-531-2372
        tcartmell@wcllp.com

        D. RENEE BAGGETT
        Aylstock, Witkin, Kreis and Overholtz, PLC
        17 E. Main Street, Suite 200
        Pensacola, FL 32563
        850-202-1010
        850-916-7449
        Rbaggett@awkolaw.com
         *Plaintiffs' Co-Lead Counsel*