UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : | CIVIL ACTION NO. 2:12-md-02327 <u>MDL No. 2327</u> |
| ------------------------------------------------------------ | : | Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : | |
| ------------------------------------------------------------ X | | |

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF
NOTICE TO TAKE ORAL DEPOSITION OF CYRUS GUIDRY**

I hereby certify that on March 28, 2013, I served Plaintiff's Notice to Take Oral Deposition of Cyrus Guidry via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  ____/s/Thomas P. Cartmell_____
     THOMAS P. CARTMELL
     Wagstaff & Cartmell LLP
     4740 Grand Avenue, Suite 300
     Kansas City, MO 64112
     816-701-1102
     Fax 816-531-2372
     tcartmell@wcllp.com

     D. RENEE BAGGETT
     Aylstock, Witkin, Kreis and Overholtz, PLC
     17 E. Main Street, Suite 200
     Pensacola, FL 32563
     850-202-1010
     850-916-7449
     Rbaggett@awkolaw.com
     *Plaintiffs' Co-Lead Counsel*