UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Evora Rubio, et al. v. Lara Jeanine Arndal, M.D., et al., | ) | |
| E.D. California C.A. No. 1:13-00027 | ) | MDL No. 2327 |


**TRANSFER ORDER**


**Before the Panel:**[*] Pursuant to Panel Rule 7.1, plaintiffs move to vacate our order that conditionally transferred this action (*Rubio*) to MDL No. 2327. Responding defendants Ethicon, Inc. and Johnson & Johnson, Inc. (collectively Ethicon) oppose the motion to vacate.

After considering all argument of counsel, we find this action involves common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that this action shares questions of fact with MDL No. 2327. Like many of the already-centralized actions, the *Rubio* action involves factual questions arising from allegations that a pelvic surgical mesh product manufactured by Ethicon and related entities was defectively designed, manufactured and marketed, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the device. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motion to vacate, plaintiffs argue that this action was improperly removed and plaintiffs' motion to remand to state court is pending. The Panel has often held that jurisdictional issues do not present an impediment to transfer, as plaintiff can present such arguments to the transferee judge. *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001). Moreover, the Eastern District of California has stayed the *Rubio* action and denied the motion to remand as moot.

---

[*]   Judge John G. Heyburn II did not participate in the disposition of this matter.

-2-

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
Kathryn H. Vratil
Acting Chairman

| | |
|---|---|
| W. Royal Furgeson, Jr. | Paul J. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order  (Transferee Court)
JPMLCMECF    to: JPMLCMDECF                                    04/01/2013 10:48 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 4/1/2013 at 10:47 AM EDT and filed on 4/1/2013

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/1/2013.**

**Associated Cases: MDL No. 2327, CAE/1:13-cv-00027 (LAH)**

| | |
|---|---|
| **Case Name:** | Rubio et al v. Arndal, M.D. et al |
| **Case Number:** | CAE/1:13-cv-00027 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/1/2013.**

**Associated Cases: MDL No. 2327, CAE/1:13-cv-00027 (LAH)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF    to:  JPMLCMDECF                                    04/01/2013 10:46 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 4/1/2013 at 10:45 AM EDT and filed on 4/1/2013

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 881 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (9 in CAE/1:13-cv-00027, [805] in MDL No. 2327), (8 in CAE/1:13-cv-00027, [788] in MDL No. 2327)**

**Transferring 1 action(s) - MDL No. 2327, CAE/1:13-cv-00027**

**Signed by Judge Kathryn H. Vratil, Acting Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 4/1/2013.**

**Associated Cases: MDL No. 2327, CAE/1:13-cv-00027 (LAH)**

| | |
|---|---|
| **Case Name:** | Rubio et al v. Arndal, M.D. et al |
| **Case Number:** | CAE/1:13-cv-00027 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (9 in CAE/1:13-cv-00027, [805] in MDL No. 2327), (8 in CAE/1:13-cv-00027, [788] in MDL No. 2327)**

**Transferring 1 action(s) - MDL No. 2327, CAE/1:13-cv-00027**

**Signed by Judge Kathryn H. Vratil, Acting Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 4/1/2013.**

**Associated Cases: MDL No. 2327, CAE/1:13-cv-00027 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS  dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams  marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**CAE/1:13-cv-00027 Notice has been electronically mailed to:**

Christy D. Jones  christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mollie Fleming Benedict  mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Pedro De La Cerda  peter@edwardsdelacerda.com

Bradley A Snyder, NCAED  brads@sd4law.com

**CAE/1:13-cv-00027 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/1/2013] [FileNumber=364138-0]
[
2a15e06461341321f803b242082247a79cb7eef60198fef3e14c0c8803956c85dbc058
a0b587020a4be0889155f7fb8710d0677db808829cee375832ecc2dd2a]]