UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

```
------------------------------------------------------------ x
IN RE ETHICON, INC., PELVIC REPAIR     :    CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY              :    MDL No. 2327
LITIGATION                             :
------------------------------------------------------------ :    Judge Joseph R. Goodwin
This Document Applies To All Actions   :
------------------------------------------------------------ X
```

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway, Suite 1400
      Ridgeland, MS 39157
      601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF
AMENDED NOTICE TO TAKE ORAL DEPOSITION OF DEFENDANT
THROUGH DESIGNATED WITNESS REGARDING TVT-CLASSIC**

I hereby certify that on April 2. 2013, I served Plaintiff's Amended Notice to Take Oral Deposition of Defendant through Designated Witness regarding TVT-Classic via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:    /s/Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com
*Plaintiffs' Co-Lead Counsel*