## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION                                    CIVIL ACTION NO. 2:12-md-02327

                                                                                        MDL No. 2327

                                                      Judge Joseph R. Goodwin

This Document Applies To All Actions

To:     Thomas P. Cartmell
         Wagstaff & Cartmell LLP
         4740 Grand Avenue, Suite 300
         Kansas City, MO 64112
         816-701-1102

## DEFENDANTS' SUBSTITUTION OF
## DISCOVERY POOL SELECTION

The Defendants Ethicon, Inc., Johnson & Johnson, and Ethicon LLC in the above entitled actions submit the following case to be included in the Discovery Pool, pursuant to Pretrial Order #33 (Docket Control Order), in place of Johnnie Bignon v. Ethicon, Inc., et. al., 2:12cv05468:

Lydia Blackwell and Douglas Blackwell v. Johnson & Johnson, et al., Case No. 2:12-cv-03155.

This the 4th day of April 2013.

                                                     Respectfully submitted,

                                                     /s/Christy D. Jones
                                                     CHRISTY D. JONES
                                                     BUTLER, SNOW, O'MARA, STEVENS &
                                                     CANNADA, PLLC
                                                     1020 Highland Colony Parkway
                                                     Suite 1400
                                                     P.O. Box 6010
                                                     Ridgeland, MS  39158-6010
                                                     Telephone: (601) 985-4523
                                                     Fax: (601) 985-4500
                                                     Email: christy.jones@butlersnow.com

                                                     /s/ David Thomas
                                                     **ATTORNEYS FOR DEFENDANT**
                                                     **ETHICON, INC., JOHNSON & JOHNSON &**
                                                     **ETHICON, LLC**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION                                         CIVIL ACTION NO. 2:12-md-02327

                                                                        MDL No. 2327

                                                               Judge Joseph R. Goodwin


## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2013, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


                                                   /s/Christy Jones

ButlerSnow 15956716v1