UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION                                    CIVIL ACTION NO. 2:12-md-02327

                                                                                       MDL No. 2327

                                                                                       Judge Joseph R. Goodwin

This Document Applies To All Actions

To:   Thomas P. Cartmell
       Wagstaff & Cartmell LLP
       4740 Grand Avenue, Suite 300
       Kansas City, MO 64112
       816-701-1102

**DEFENDANTS' SUBSTITUTION OF
DISCOVERY POOL SELECTION**

       The Defendants Ethicon, Inc., Johnson & Johnson, and Ethicon LLC in the above entitled actions submit the following case to be included in the Discovery Pool, pursuant to Pretrial Order #33 (Docket Control Order), in place of Joyce Nix v. Ethicon, Inc., et. al., 2:12cv-04905:

       Tracey Ryan Smith v. Johnson & Johnson, et al., Case No. 2:12-cv-02798.

       This the 5th day of April 2013.

                                                                       Respectfully submitted,

                                                                       */s/Christy D. Jones*
                                                                       CHRISTY D. JONES
                                                                       BUTLER, SNOW, O'MARA, STEVENS &
                                                                       CANNADA, PLLC
                                                                       1020 Highland Colony Parkway
                                                                       Suite 1400
                                                                       P.O. Box 6010
                                                                       Ridgeland, MS  39158-6010
                                                                       Telephone: (601) 985-4523
                                                                       Fax: (601) 985-4500
                                                                       Email: christy.jones@butlersnow.com

                                                                       */s/ David Thomas*
                                                                       **ATTORNEYS FOR DEFENDANT
                                                                       ETHICON, INC., JOHNSON & JOHNSON &
                                                                       ETHICON, LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

CIVIL ACTION NO. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2013, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/Christy Jones*

ButlerSnow 15978756v1