**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | |
|---|---|
| **In re:  C. R. Bard, Inc., Pelvic Repair System**<br>**Products Liability Litigation** | **2:10-md-2187** |
| **In re:  American Medical Systems, Inc., Pelvic Repair System**<br>**Products Liability Litigation** | **2:12-md-2325** |
| **In re:  Boston Scientific Corp. Pelvic Repair System**<br>**Products Liability Litigation** | **2:12-md-2326** |
| **In re:  Ethicon Inc., Pelvic Repair System**<br>**Products Liability Litigation** | **2:12-md-2327** |
| **In re:  Coloplast Corp. Pelvic Support Systems**<br>**Products Liability Litigation** | **2:12-md-2387** |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

Discovery matters in the above-referenced multidistrict litigation (MDL) actions and their member cases were previously referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for disposition pursuant to 28 U.S.C. § 636.  Judge Stanley has since retired from the bench.

Therefore, pending discovery matters in these MDL actions and their member cases that were previously referred to Magistrate Judge Stanley are **TRANSFERRED** to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for disposition.  Further, any future discovery matters in these MDL actions and their member cases are to be **REFERRED** to Magistrate Judge Eifert for disposition.

The Clerk is directed to send a copy of this order to the Honorable Joseph R. Goodwin, U. S. District Judge, the Honorable Cheryl A. Eifert, U. S. Magistrate Judge, counsel, and any unrepresented party.

ENTER:  April 5, 2013

ROBERT C. CHAMBERS, CHIEF JUDGE