# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

--------------------------------------------------------   x

**IN RE ETHICON, INC., PELVIC REPAIR**    :    **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY**    :    <u>**MDL No. 2327**</u>
**LITIGATION**    :

--------------------------------------------------------   :    Judge Joseph R. Goodwin

This Document Applies To All Actions    :

--------------------------------------------------------   X

To:    Christy D. Jones, Esq.
       Butler, Snow, O'Mara Stevens & Cannada, PLLC
       1020 Highland Colony Parkway
       Suite 1400
       Ridgeland, MS 39157
       601-948-5711

## <u>PLAINTIFFS' CERTIFICATE OF SERVICE OF<br>AMENDED NOTICE TO TAKE ORAL DEPOSITION OF PAT BEACH</u>

I hereby certify that on April 5, 2013, I served Plaintiff's Amended Notice to Take Oral

Deposition of Pat Beach via email and the foregoing document was electronically filed with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

          By: _____/s/Thomas P. Cartmell_____
               THOMAS P. CARTMELL
               Wagstaff & Cartmell LLP
               4740 Grand Avenue, Suite 300
               Kansas City, MO 64112
               816-701-1102
               Fax 816-531-2372
               tcartmell@wcllp.com

               D. RENEE BAGGETT
               Aylstock, Witkin, Kreis and Overholtz, PLC
               17 E. Main Street, Suite 200
               Pensacola, FL 32563
               850-202-1010
               850-916-7449
               Rbaggett@awkolaw.com
               *Plaintiffs' Co-Lead Counsel*