**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

---------------------------------------------------------   x

**IN RE ETHICON, INC., PELVIC REPAIR**   :   **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY**   :   **MDL No. 2327**
**LITIGATION**   :

---------------------------------------------------------   :   Judge Joseph R. Goodwin

This Document Applies To All Actions   :

---------------------------------------------------------   X

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF**
**NOTICE TO TAKE ORAL DEPOSITION OF GENE KAMMERER**

I hereby certify that on April 5, 2013, I served Plaintiff's Notice to Take Oral Deposition

of Gene Kammerer via email and the foregoing document was electronically filed with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

By:      /s/Thomas P. Cartmell
         THOMAS P. CARTMELL
         Wagstaff & Cartmell LLP
         4740 Grand Avenue, Suite 300
         Kansas City, MO 64112
         816-701-1102
         Fax 816-531-2372
         tcartmell@wcllp.com

         D. RENEE BAGGETT
         Aylstock, Witkin, Kreis and Overholtz, PLC
         17 E. Main Street, Suite 200
         Pensacola, FL 32563
         850-202-1010
         850-916-7449
         Rbaggett@awkolaw.com
          *Plaintiffs' Co-Lead Counsel*