**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

---------------------------------------------------------- x

| | | |
|---|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR** | : | **CIVIL ACTION NO. 2:12-md-02327** |
| **SYSTEM PRODUCTS LIABILITY** | : | **MDL No. 2327** |
| **LITIGATION** | : | |
| ---------------------------------------------------------- | : | Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : | |
| ---------------------------------------------------------- | X | |

To:     Christy D. Jones, Esq.
        Butler, Snow, O'Mara Stevens & Cannada, PLLC
        1020 Highland Colony Parkway
        Suite 1400
        Ridgeland, MS 39157
        601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF**
**NOTICE TO TAKE ORAL DEPOSITION OF DR. JIM HART**

I hereby certify that on April 5, 2013, I served Plaintiff's Notice to Take Oral Deposition

of Dr. Jim Hart via email and the foregoing document was electronically filed with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in this MDL.

By:    /s/Thomas P. Cartmell
       THOMAS P. CARTMELL
       Wagstaff & Cartmell LLP
       4740 Grand Avenue, Suite 300
       Kansas City, MO 64112
       816-701-1102
       Fax 816-531-2372
       tcartmell@wcllp.com

       D. RENEE BAGGETT
       Aylstock, Witkin, Kreis and Overholtz, PLC
       17 E. Main Street, Suite 200
       Pensacola, FL 32563
       850-202-1010
       850-916-7449
       Rbaggett@awkolaw.com
       *Plaintiffs' Co-Lead Counsel*