# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

## JOINT MOTION FOR ORDER TO SHOW CAUSE APPLICABLE TO ALL CASES WHY THE COURT SHOULD NOT ENTER A STIPULATED ORDER DISMISSING CERTAIN DEFENDANTS FROM ALL CASES WITHOUT PREJUDICE

Co-Lead Counsel for Plaintiffs and Defendants Coloplast Corp., Coloplast Manufacturing US, LLC, and Mentor Worldwide LLC respectfully request that the Court issue an Order to Show Cause why the Court should not enter an Order dismissing Coloplast A/S, Coloplast Manufacturing US, LLC, and Porges S.A. from all cases filed in MDL Nos. 2187, 2325, 2326, 2327, and 2387 without prejudice as set forth in the proposed Order attached hereto as Exhibit A.

Following negotiations between Co-Lead Counsel for Plaintiffs, Co-Lead Counsel for Defendants Coloplast Corp. and Coloplast Manufacturing US, LLC and Lead Counsel for Defendant Mentor Worldwide LLC, the parties reached an agreement on the language of the proposed Order. The Court then instructed the parties to file the instant motion.

For the foregoing reasons, Co-Lead Counsel for Plaintiffs and Defendants Coloplast Corp., Coloplast Manufacturing US, LLC, Mentor Worldwide LLC respectfully request that the Court enter the Order attached hereto as Exhibit A.

- 2 -

This 19th day of April, 2013.

| *Attorneys for Plaintiffs* | *Attorneys for Coloplast Corp. and Coloplast Manufacturing US, LLC* |
|---|---|
| BURNETT LAW FIRM | FULBRIGHT & JAWORSKI L.L.P. |
| By: | By: |
| ___/s/ Riley L. Burnett, Jr._____ <br> Riley L. Burnett, Jr. <br> 55 Waugh Dr., Suite 803 <br> Houston, TX 77007 <br> rburnett@rburnettlaw.com <br> Telephone: (832) 413-4410 <br> Facsimile: (832) 900-2120 | ____/s/ Lana K. Varney_____ <br> Lana K. Varney <br> 98 San Jacinto Boulevard, Suite 1100 <br> Austin, TX 78746 <br> lvarney@fulbright.com <br> Telephone: (512) 536-4594 <br> Facsimile:  (512) 536-4598 |
| MUELLER LAW <br><br> By: | Ronn B. Kreps <br> 2100 IDS Center <br> 80 South Eighth Street <br> Minneapolis, MN 55402 <br> rkreps@fulbright.com |
| ___/s/ Mark R. Mueller_____ <br> Mark R. Mueller <br> 404 West 7th Street <br> Austin, TX 78701 <br> receptionist@muellerlaw.com <br> Telephone: (512) 478-1236 <br> Facsimile: (512) 478-1473 | Telephone: (612) 321-2810 <br> Facsimile: (612) 321-2288 |
| SALIM-BEASLEY, LLC <br><br> By: <br><br> ___/s/ Robert L. Salim_____ <br> Robert L. Salim <br> 1901 Texas Street <br> Natchitoches, LA 71457 <br> robertsalim@cp-tel.net <br> Telephone: (318) 352-5999 <br> Facsimile: (318) 354-1227 | |

- 3 -

*Attorneys for Mentor Worldwide LLC*

TUCKER ELLIS LLP

By:

　　/s/ Dustin B. Rawlin　　　　　　
Dustin B. Rawlin
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115
Dustin.Rawlin@tuckerellis.com
Telephone: (216) 696-4235
Facsimile: (216) 592-5009

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              _____/s/ Lana K. Varney_____
                                                   Lana K. Varney, Esq.