IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ETHICON, INC. | Civil Action No. MDL 2327 |
| PELVIC REPAIR SYSTEM | Southern District of West Virginia |
| PRODUCTS LIABILITY LITIGATION | Charleston Division |

-------------------------------------------------

**PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO SECANT MEDICAL, LLC.**

TO:     Christy D. Jones

Christy.jones@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
601/948-5711
601/985-4500 (fax)

     PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs intend to serve a Subpoena, in the form attached hereto as Exhibit A & Exhibit B on Secant Medical, LLC, on April 17, 2013, or as soon thereafter as service may be effectuated.

     Date: 4/22/2013.

                           Respectfully Submitted,

                            /s/ P. Ann Trantham
                            P. Ann Trantham
                            ANN TRANTHAM LAW OFFICE P.L.L.C.
                            5020 Montrose, Suite 300
                            Houston, TX 77007
                            Louisiana Bar No. 30972
                            Texas Bar No. 24067910
                            Illinois Bar No. 6305301
                            Telephone: (713) 275-4056
                            Facsimile:  (713) 275-4046
                            Email: patrantham@gmail.com

/s/Bryan F. Aylstock
Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Florida Bar No.: 78263
17 E. Main St., Ste. 200
Pensacola, Florida 32502
Telephone: 850.202.1010
Facsimile: 850.916.7449
baylstock@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ P. Ann Trantham
P. Ann Trantham
ANN TRANTHAM LAW OFFICE P.L.L.C.
Louisiana Bar No. 30972
Texas Bar No. 24067910
Illinois Bar No. 6305301
Telephone: (713) 275-4056
Facsimile:  (713) 275-4046
Email: patrantham@gmail.com


/s/Bryan F. Aylstock
Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Florida Bar No.: 78263
17 E. Main St., Ste. 200
Pensacola, Florida 32502
Telephone: 850.202.1010
Facsimile: 850.916.7449
baylstock@awkolaw.com