# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

☐ MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation

☑ MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation

**Civil Action Number (SDWV):** 2:12-cv-6669
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel   ☐ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Culbertson | Geoffrey | P | |

**Bar Number and State:** 24045732

**E-Mail Address:** gpc@texarkanalaw.com

**Party Representing:** Plaintiffs Teresa D. Stout and Ricky J. Stout

**Originating Case Number:** 4:11-cv-4123

**Originating District:** Western District of Arkansas

**Originating Short-Case Style:** Teresa D. Stout and Ricky J. Stout v. Ethicon, Inc., et al

**Direct Dial Number:** (903) 792-7080

**Cell Phone Number:** (903) 701-3471

**Secretary Name:**

**Paralegal Name:** Shedera Combs

## LAW FIRM INFORMATION

**Firm Name:** Patton, Tidwell & Schroeder, LLP

**Address:** P.O. Box 5398

**City:** Texarkana   **State:** TX   **Zip:** 75505-5398

**Firm Phone Number:** (903) 792-7080

**Firm Fax Number:** (903) 792-8233

**Other members of firm involved in this litigation:** Nicholas H. Patton

4/22/2103   s/ Geoffrey P. Culbertson
Date   Electronic Signature