# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

☐ MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation

☑ MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

☐ MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation

**Civil Action Number (SDWV):** 2:13-cv-1261
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One:  ☑ Plaintiff Counsel   ☐ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Culbertson | Geoffrey | P | |

Bar Number and State: 24045732

E-Mail Address: gpc@texarkanalaw.com

Party Representing:
Plaintiffs Carolyn S. Turner and Doyce E. Turner

Originating Case Number: 5:12-cv120

Originating District: Eastern District of Texas

Originating Short-Case Style: Carolyn S. Turner and Doyce E. Turner v. Ethicon, Inc., et al

Direct Dial Number: (903) 792-7080

Cell Phone Number: (903) 701-3471

Secretary Name:

Paralegal Name: Shedera Combs

## LAW FIRM INFORMATION

Firm Name: Patton, Tiidwell & Schroeder, LLP

Address: P.O. Box 5398

City: Texarkana   State: TX   Zip: 75505-5398

Firm Phone Number: (903) 792-7080

Firm Fax Number: (903) 792-8233

Other members of firm involved in this litigation:
Nicholas H. Patton

4/22/2013                                       s/ Geoffrey P. Culbertson
Date                                            Electronic Signature