**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

-------------------------------------------------------------   x

**IN RE ETHICON, INC., PELVIC REPAIR**   :   **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY**   :   **MDL No. 2327**
**LITIGATION**   :

-------------------------------------------------------------   :   Judge Joseph R. Goodwin

This Document Applies To All Actions   :

-------------------------------------------------------------   X

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711

## PLAINTIFFS' CERTIFICATE OF SERVICE OF FIRST AMENDED NOTICE TO TAKE ORAL DEPOSITION OF MARTY WEISBERG

I hereby certify that on May 6, 2013, I served Plaintiff's First Amended Notice to Take

Oral Deposition of Marty Weisberg via email and the foregoing document was electronically

filed with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the CM/ECF participants registered to receive service in this MDL.

By:   ____/s/Thomas P. Cartmell_____
      THOMAS P. CARTMELL
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      816-701-1102
      Fax 816-531-2372
      tcartmell@wcllp.com

      D. RENEE BAGGETT
      Aylstock, Witkin, Kreis and Overholtz, PLC
      17 E. Main Street, Suite 200
      Pensacola, FL 32563
      850-202-1010
      850-916-7449
      Rbaggett@awkolaw.com
      *Plaintiffs' Co-Lead Counsel*