## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

---------------------------------------------------------- x

**IN RE ETHICON, INC., PELVIC REPAIR**    :    **CIVIL ACTION NO. 2:12-md-02327**

**SYSTEM PRODUCTS LIABILITY**    :    **MDL No. 2327**

**LITIGATION**    :

----------------------------------------------------------    :    Judge Joseph R. Goodwin

This Document Applies To All Actions    :

---------------------------------------------------------- X

To:    Christy D. Jones, Esq.
       Butler, Snow, O'Mara Stevens & Cannada, PLLC
       1020 Highland Colony Parkway
       Suite 1400
       Ridgeland, MS 39157
       601-948-5711

## PLAINTIFFS' CERTIFICATE OF SERVICE OF FIRST AMENDED
## NOTICE TO TAKE ORAL DEPOSITION OF SCOTT FINLEY

I hereby certify that on May 6, 2013, I served Plaintiff's First Amended Notice to Take

Oral Deposition of Scott Finley via email and the foregoing document was electronically filed

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

By: _____/s/Thomas P. Cartmell_____
       THOMAS P. CARTMELL
       Wagstaff & Cartmell LLP
       4740 Grand Avenue, Suite 300
       Kansas City, MO 64112
       816-701-1102
       Fax 816-531-2372
       tcartmell@wcllp.com

       D. RENEE BAGGETT
       Aylstock, Witkin, Kreis and Overholtz, PLC
       17 E. Main Street, Suite 200
       Pensacola, FL 32563
       850-202-1010
       850-916-7449
       Rbaggett@awkolaw.com
       *Plaintiffs' Co-Lead Counsel*