**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

---------------------------------------------------------   x

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR** : | **CIVIL ACTION NO. 2:12-md-02327** |
| **SYSTEM PRODUCTS LIABILITY** : | **MDL No. 2327** |
| **LITIGATION** : | |
| --------------------------------------------------------- : | Judge Joseph R. Goodwin |
| This Document Applies To All Actions : | |

---------------------------------------------------------   X

To:     Christy D. Jones, Esq.
        Butler, Snow, O'Mara Stevens & Cannada, PLLC
        1020 Highland Colony Parkway
        Suite 1400
        Ridgeland, MS 39157
        601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF**
**NOTICE TO TAKE ORAL DEPOSITION OF SHERYL BAGALIO**

I hereby certify that on May 6, 2013, I served Plaintiff's Notice to Take Oral Deposition

of Sheryl Bagalio via email and the foregoing document was electronically filed with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

By: _____/s/Thomas P. Cartmell_____
    THOMAS P. CARTMELL
    Wagstaff & Cartmell LLP
    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
    816-701-1102
    Fax 816-531-2372
    tcartmell@wcllp.com

    D. RENEE BAGGETT
    Aylstock, Witkin, Kreis and Overholtz, PLC
    17 E. Main Street, Suite 200
    Pensacola, FL 32563
    850-202-1010
    850-916-7449
    Rbaggett@awkolaw.com
    *Plaintiffs' Co-Lead Counsel*