IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                                                                          MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

      Attorney Ressie L. Ragland moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

                                                    Respectfully Submitted,

                                                    */s/ Ressie L. Ragland*
                                                    Ressie L. Ragland
                                                    AR Bar No. 2012033
                                                    Patton, Tidwell & Schroeder, LLP
                                                    4605 Texas Boulevard
                                                    Texarkana, Texas 75503
                                                    903.792.7080 (Phone)
                                                    903.791.6258 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May 2013, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF participants registered to receive service in the MDL.

/s/ *Ressie L. Ragland*
Ressie L. Ragland