# EXHIBIT E

Page 1

R O U G H   D R A F T

CONTAINS CONFIDENTIAL MATERIAL

\*\*\* FOR ATTORNEYS' EYES ONLY \*\*\*

CASE:       Pelvic Mesh
DATE:       4/25/13
WITNESS:    Bryan Lisa - Vol. I

- - -

D R A F T

This Draft Transcript is an unedited, unproofread, uncertified translation of the proceedings for attorneys' eyes only.

Because it is unedited, this transcript may contain writing conflicts, misstrokes and untranslated words or phrases, which are remedied by the court reporter in editing.

Page 214

1    (Document marked for identification
2  as Exhibit T-134.)
3  BY MR. AYLSTOCK:
4    Q.   Let's take a look at T-134.
5       MR. AYLSTOCK: I'm sorry I don't have
6  an extra copy.
7       MS. KABBASH: Okay.
8  BY MR. AYLSTOCK:
9    Q.   Here this individual Devon Prutzman
10 is coming up with the communications plan related to
11 this FDA mesh notification correct?
12   A.   Mm-hmm.
13   Q.   And you know that the -- as these are
14 public communications these need to undergo copy
15 review?
16   A.   Yes, sir they do.
17   Q.   Okay. And you were involved in that
18 copy review?
19   A.   I may have been. I was involved in a
20 lot of copy review. I may have been.
21   Q.   If it wasn't you, who would it have
22 been?
23   A.   It could have been Jennifer Paine.
24 It could have been anybody in regulatory, honestly.
25   Q.   There would have been a form filled

Page 215

1  out for each of these communication items on the
2  copy review, correct?
3    A.   There should be, if they are -- if
4  they qualify as copy review, which we have a
5  specific SOP that identifies what is considered copy
6  material, if those qualify, then yes they would --
7  they would go through copy review.
8    Q.   So what is that SOP?
9    A.   I don't know off the top of my head.
10   Q.   Where would you go to find out?
11   A.   The owner of the copy review process.
12 I am not sure who that would have been at this time.
13 It may have been Nancy Leclair at the time.
14   Q.   When you go back to your office in
15 Somerville, is there somebody you could ask to find
16 out that information?
17   A.   I no longer work there.
18   Q.   Is there somebody you could call when
19 you go back to your office to figure that out?
20   A.   It would take some digging. I don't
21 know the players in terms of who is -- owns the copy
22 review anymore. I'm no longer employed by Ethicon.
23       MR. AYLSTOCK: I'll just state on the
24 record that I'd like that particular SOP produced by
25 counsel as soon as possible.

Page 216

1       MS. KABBASH: I'll note your request,
2  although I believe you already have it. But we can
3  take that up later.
4       MR. AYLSTOCK: Okay. We have a lot
5  of SOPs. None of them are historical. They are all
6  the current versions as I understand it. I'd like
7  the version that was in place at this point in time.
8       THE WITNESS: Yeah they are all
9  available electronically in electronic record
10 systems.
11 BY MR. AYLSTOCK:
12   Q.   Is there a database?
13   A.   Yes, sir.
14   Q.   Including the historical ones?
15   A.   Yes, sir they should be maintained.
16   Q.   And the revision dates?
17   A.   It's a controlled system. It's.
18   Q.   Is there a name for that system?
19   A.   When I was there it used to be called
20 ECCS, Ethicon change control system.
21   Q.   It wouldn't be difficult for you when
22 you were there to go back and look at SOPs?
23   A.   That's correct.
24   Q.   As far as you know, Ethicon is still
25 using that same system?

Page 217

1    A.   I'm not sure. I don't know.
2  Everyone seems to change systems very frequently.
3    Q.   This is the communications plan, do
4  you see that?
5    A.   Yes, sir.
6    Q.   And --
7    A.   I'm sorry I see an e-mail.
8    Q.   An e-mail discussing the
9  communications plan?
10   A.   Yes, sir.
11      (Document marked for identification
12 as Exhibit T-135.)
13 BY MR. AYLSTOCK:
14   Q.   We are up to T, what's our exhibit
15 number here.
16   A.   135.
17   Q.   I marked this one 135?
18   A.   That's 135.
19   Q.   You were thinking:
20      MS. KABBASH: Can we plan on a break
21 soon Brian?
22      MR. AYLSTOCK: Yeah.
23 BY MR. AYLSTOCK:
24   Q.   Does this appear to be kind of who
25 owns what on the communication plan about this FDA