# EXHIBIT C

# Bryan Aylstock

**From:** Bryan Aylstock
**Sent:** Tuesday, March 19, 2013 10:32 AM
**To:** Ben Watson
**Cc:** Cameron, Roger; Tom P. Cartmell; Renee Baggett
**Subject:** RE: Ethicon Written Discovery Responses

Ok, we'll look forward to them, and will assume that they are the most your clients are willing to do following our extensive meet and confers on these.

---

**From:** Ben Watson [mailto:Ben.Watson@butlersnow.com]
**Sent:** Tuesday, March 19, 2013 10:31 AM
**To:** Bryan Aylstock
**Cc:** Cameron, Roger; Tom P. Cartmell; Renee Baggett
**Subject:** RE: Ethicon Written Discovery Responses

Bryan,

I do owe these to you. My sincere apologies for the delay. Getting these finished is my top priority and I will get them to you asap.

Thanks.

---

**From:** Bryan Aylstock [mailto:BAylstock@awkolaw.com]
**Sent:** Tuesday, March 19, 2013 10:21 AM
**To:** Ben Watson
**Cc:** Cameron, Roger; Tom P. Cartmell; Renee Baggett
**Subject:** Ethicon Written Discovery Responses

Ben,

Did we miss these? My understanding was that you were taking one last crack at them following our final meet and confer.

Thanks,
bryan

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication,

1

# Bryan Aylstock

| | |
|---|---|
| **From:** | Bryan Aylstock |
| **Sent:** | Saturday, April 06, 2013 11:08 AM |
| **To:** | Ben Watson |
| **Cc:** | Tom P. Cartmell (tcartmell@wcllp.com); Renee Baggett; Dianne Nast; Christy Jones; 'Donna Jacobs' |
| **Subject:** | Ethicon/jnj revised discovery responses |

Ben,
You have promised us revised discovery responses following our multiple meet and confers for weeks. We simply cannot keep waiting as the delay is already affecting our ability to complete our discovery in line with the trial schedule. Please serve your revised responses on Monday or we will have to move to compel. Whatever you produce should represent your best and final efforts to comply.
Thanks
Bryan

*Sent from my Verizon Wireless 4G LTE DROID*

1