# EXHIBIT C

# BUTLER | SNOW

May 10, 2013

**VIA ELECTRONIC FILE TRANSFER**

Crivella West Incorporated
ATTENTION:Robert Deferrari
400 Lydia Street
Pittsburgh, PA15106
(412) 561-1900 office

      RE:   *In re: Ethicon, Inc. Pelvic Repair System*, Products Liability Litigation, MDL No. 2327

Dear Mr. Deferrari:

    Today we deliver by electronic file transfer Defendants' one hundredth and twenty second production (Production 122) in the above-referenced matter.

    The password to access this production is: 052320130510.

    Production 122 contains 296 documents and 4687 pages. The Production 122 Bates range is ETH.MESH.08435034 - ETH.MESH.08439720. There are no documents withheld or redacted for privilege; no documents required redaction.

    The images are endorsed as "Confidential" in accordance with the Stipulation and Order of Confidentiality, as applicable. No documents are endorsed as "Highly Confidential *P*", which indicates the document includes "pipeline product information" as defined in the protective order and subject to additional protection.

    Appendix A (attached) sets forth the Bates ranges that correspond to the documents or collections of documents in Productions 1 through 122.

    Appendix B (attached) sets forth the source information for Production 122.

    Please contact me if you have any questions.

Post Office Box 6010
Ridgeland, MS39158-6010

T 601.948.5711
F 601.985.4500
www.butlersnow.com

Suite 1400
1020 Highland Colony
Parkway

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

May 10, 2013
Page 2

        Sincerely,

        BUTLER, SNOW, O'MARA, STEVENS &CANNADA, PLLC


        */s/ Benjamin M. Watson*
        Benjamin M. Watson

BMW:fsw
Enclosure


Cc:    Bryan Aylstock (via e-mail w/o encl.)
        Renee Baggett (via e-mail w/o encl.)
        Vince Carnevale (via e-mail w/o encl.)
        Tom P. Cartmell (via e-mail w/o encl.)
        Joe Zonies (via e-mail w/o encl.)

ButlerSnow 10055084v1

May 10, 2013
Page 3

## Appendix A
## Production Summary Chart

| PRODUCTION | DATE | BATES RANGE | PORTABLE MEDIA BATES RANGE |
|---|---|---|---|
| 1 | 08-14-2011 | ETH.MESH.00000001 – ETH.MESH.00011085 | |
| 2 | 08-31-2011 | ETH.MESH.00011086 – ETH.MESH.00125204 | |
| 3 | 09-20-2011 | ETH.MESH.00125205 – ETH.MESH.00154265 | |
| 4 | 09-26-2011 | ETH.MESH.00154266 – ETH.MESH.00170148 | |
| 5 | 10-03-2011 | ETH.MESH.00170149 – ETH.MESH.00189069 | |
| 6 | 10-11-2011 | ETH.MESH.00189070 – ETH.MESH.00269467 | |
| 7 | 10-27-2011 | ETH.MESH.00269468 – ETH.MESH.00335087 | PM.000001 – PM.000032 |
| 8 | 10-27-2011 | ETH.MESH.00335088 – ETH.MESH.00335617 | |
| 9 | 10-31-2011 | ETH.MESH.00335618 – ETH.MESH.00336374 | |
| 10 | 11-01-2011 | ETH.MESH.00336375 – ETH.MESH.00338028 | |
| 11 | 11-04-2011 | | PM.000033 – PM.000034 |
| 12 | 11-09-2011 | ETH.MESH.00338029 – ETH.MESH.00521868 | PM.000035 – PM.000064 |
| 13 | 11-14-2011 | ETH.MESH.00521869 – ETH.MESH.00523196 | |
| 14 | 11-29-2011 | ETH.MESH.00523197 – ETH.MESH.00928801 | |
| 15 | 12-05-2011 | ETH.MESH.00928802 – ETH.MESH.00989632 | |
| 16 | 11-30-2011 | ETH.MESH.00989633 – ETH.MESH.00989700 | |
| 17 | 12-05-2011 | ETH.MESH.00989701 – ETH.MESH.00989708 | |
| 18 | 12-19-2011 | ETH.MESH.00989709 – ETH.MESH.00992493 | |
| 19 | 12-30-2011 | ETH.MESH.00992494 – ETH.MESH.02056574 | |
| 20 | 12-30-2011 | ETH.MESH.02056575 – ETH.MESH.02200281 | |
| 21 | 01-13-2012 | ETH.MESH.02200282 – ETH.MESH.02216674 | |
| 22 | 02-06-2012 | ETH.MESH.02216675 – ETH.MESH.02229013 | |
| 23 | 02-13-2012 | ETH.MESH.02229014 – ETH.MESH.02238017 | |
| 24 | 02-21-2012 | ETH.MESH.02238018 – ETH.MESH.02330765 | |
| 25 | 02-17-2012 | ETH.MESH.02330766 – ETH.MESH.02330777 | PM.000065 – PM.000067 |
| 26 | 02-17-2012 | ETH.MESH.02330778 – ETH.MESH.02340249 | PM.000068 |
| 27 | 02-17-2012 | ETH.MESH.02340250 – ETH.MESH.02342290 | |

May 10, 2013
Page 4

| PRODUCTION | DATE | BATES RANGE | PORTABLE MEDIA BATES RANGE |
|---|---|---|---|
| 28 | 02-20-2012 | ETH.MESH.02342291 – ETH.MESH.02345802 | |
| 29 | 03-05-2012 | ETH.MESH.02345803 – ETH.MESH.02346964 | |
| 30 | 03-02-2012 | ETH.MESH.02346965 – ETH.MESH.02347254 | |
| 31 | 03-14-2012 | ETH.MESH.02347255 – ETH.MESH.02577459 | |
| 32 | 03-22-2012 | ETH.MESH.02577460 – ETH.MESH.02658254 | |
| 33 | 03-29-2012 | ETH.MESH.02658255 – ETH.MESH.03378248 | |
| 34 | 04-09-2012 | ETH.MESH.03378249 – ETH.MESH.03461142 | PM.000069 – PM.000130 |
| 35 | 04-13-2012 | ETH.MESH.03461142 – ETH.MESH.03589491 | |
| 36 | 04-23-2012 | ETH.MESH.03589491 – ETH.MESH.03717535 | |
| 37 | 04-24-2012 | ETH.MESH.03717536 – ETH.MESH.03718941 | |
| 38 | 04-25-2012 | ETH.MESH.03718942 – ETH.MESH.03719161 | |
| 39 | 04-30-2012 | ETH.MESH.03719162 – ETH.MESH.03738945 | |
| 40 | 05-02-2012 | ETH.MESH.03738946 – ETH.MESH.03750798 | |
| 41 | 05-04-2012 | ETH.MESH.03750799 – ETH.MESH.03801449 | |
| 42 | 05-11-2012 | ETH.MESH.03801450 – ETH.MESH.03801568 | |
| 43 | 05-16-2012 | ETH.MESH.03801569 – ETH.MESH.03905967 | |
| 44 | 05-17-2012 | ETH.MESH.03905968 – ETH.MESH.03906052 | |
| 45 | 05-18-2012 | ETH.MESH.03906053 – ETH.MESH.03923536 | |
| 46 | 05-23-2012 | ETH.MESH.03923537 – ETH.MESH.03924612 | |
| 47 | 05-21-2012 | ETH.MESH.03924613 – ETH.MESH.03925619 | |
| 48 | 05-23-2012 | ETH.MESH.03925620 – ETH.MESH.03941783 | |
| 49 | 05-25-2012 | ETH.MESH.03941784 – ETH.MESH.03951355 | |
| 50 | 05-30-2012 | ETH.MESH.03951356 – ETH.MESH.03991415 | |
| 51 | 05-30-2012 | ETH.MESH.03991416 – ETH.MESH.03991478 | |
| 52 | 06-05-2012 | ETH.MESH.03991479 – ETH.MESH.04005087 | |
| 53 | 06-06-2012 | ETH.MESH.04005088 – ETH.MESH.04005096 | |
| 54 | 06-13-2012 | ETH.MESH.04005097 – ETH.MESH.04315364 | |
| 55 | 06-11-2012 | ETH.MESH.04315365 – ETH.MESH.04316562 | |
| 56 | 06-19-2012 | ETH.MESH.04316563 – ETH.MESH.04333697 | |

May 10, 2013
Page 5

| PRODUCTION | DATE | BATES RANGE | PORTABLE MEDIA BATES RANGE |
|---|---|---|---|
| 57 | 07-02-2012 | ETH.MESH.04333698 – ETH.MESH.04385947 | |
| 58 | 07-17-2012 | ETH.MESH.04385948 – ETH.MESH.04456225 | |
| 59 | 07-25-2012 | ETH.MESH.04456226 – ETH.MESH.04474211 | |
| 60 | 07-31-2012 | ETH.MESH.04474212 – ETH.MESH.04474272 | |
| 61 | 08-02-2012 | ETH.MESH.04474273 – ETH.MESH.04476323 | |
| 62 | 08-07-2012 | ETH.MESH.04476324 – ETH.MESH.04529711 | |
| 63 | 08-09-2012 | ETH.MESH.04529712 – ETH.MESH.04542553 | |
| 64 | 08-20-2012 | ETH.MESH.04542554 – ETH.MESH.04568735 | |
| 65 | 08-31-2012 | ETH.MESH.04568736 – ETH.MESH.04666998 | |
| 66 | 09-07-2012 | ETH.MESH.04666999 – ETH.MESH.04680216 | |
| 67 | 09-07-2012 | ETH.MESH.04680217 – ETH.MESH.04680328 | |
| 68 | 09-21-2012 | ETH.MESH.04680329 – ETH.MESH.04924662 | |
| 69 | 09-28-2012 | | PM.000131 |
| 70 | 10-01-2012 | ETH.MESH.04924662 – ETH.MESH.05440646 | |
| 71 | 09-27-2012 | ETH.MESH.05440647 – ETH.MESH.05447658 | |
| 72 | 10-03-2012 | ETH.MESH.05447659 – ETH.MESH.05447712 | |
| 73 | 10-05-2012 | ETH.MESH.05447713 – ETH.MESH.05450510 | |
| 74 | 10-08-2012 | ETH.MESH.05450511 – ETH.MESH.05453728 | |
| 75 | 10-15-2012 | ETH.MESH.05453728 – ETH.MESH.05454370 | |
| 76 | 10-16-2012 | ETH.MESH.05454371 – ETH.MESH.05458296 | |
| 77 | 10-18-2012 | ETH.MESH.05458297 – ETH.MESH.05467880 | |
| 78 | 10-24-2012 | ETH.MESH.05467881 – ETH.MESH.05565924 | |
| 79 | 10-24-2012 | ETH.MESH.05565925 – ETH.MESH.05566369 | |
| 80 | 10-24-2012 | ETH.MESH.05566370 – ETH.MESH.05570343 | |
| 81 | 10-29-2012 | ETH.MESH.05570344 – ETH.MESH.05579538 | |
| 82 | 11-01-2012 | ETH.MESH.05579538 – ETH.MESH.05617874 | |
| 83 | 11-15-2012 | ETH.MESH.05617875 – ETH.MESH.05621742 | |
| 84 | 11-15-2012 | ETH.MESH.05621743 – ETH.MESH.05721289 | PM.000132 |
| 85 | 11-19-2012 | ETH.MESH.05721290 – ETH.MESH.05734717 | |

May 10, 2013
Page 6

| PRODUCTION | DATE | BATES RANGE | PORTABLE MEDIA BATES RANGE |
|---|---|---|---|
| 86 | 11-30-2012 | ETH.MESH.05734718 – ETH.MESH.05799369 | |
| 87 | 11-30-2012 | ETH.MESH.05799370 – ETH.MESH.05870312 | |
| 88 | 12-02-2012 | ETH.MESH.05870313 – ETH.MESH.05902947 | |
| 89 | 12-02-2012 | ETH.MESH.05902948 – ETH.MESH.05908813 | |
| 90 | 12-19-2012 | ETH.MESH.05908814 – ETH.MESH.06252274 | |
| 91 | 12-20-2012 | | PM.000133 |
| 92 | 12-20-2012 | ETH.MESH.06252275 – ETH.MESH.06252321 | |
| 93 | 01-30-2013 | ETH.MESH.06252322 – ETH.MESH.06583038 | |
| 94 | 01-24-2013 | | PM.000134 – PM.000145 |
| 95 | 02-16-2013 | ETH.MESH.06583039 – ETH.MESH.07249794 | |
| 96 | 02-28-2013 | ETH.MESH.07249795 – ETH.MESH.07295965 | |
| 97 | 03-15-2013 | ETH.MESH.07295966 – ETH.MESH.07690751 | |
| 98 | 03-15-2013 | ETH.MESH.07690752 – ETH.MESH.07690897 | |
| 99 | 03-20-2013 | ETH.MESH.07690898 – ETH.MESH.07694145 | |
| 100 | 03-21-2013 | ETH.MESH.07694146 – ETH.MESH.07694285 | |
| 101 | 04-01-2013 | ETH.MESH.07694507 - ETH.MESH.07930576 | |
| 102 | 03-26-2013 | ETH.MESH.07930577 – ETH.MESH.07930917 | |
| 103 | 04-01-2013 | ETH.MESH.07930918 – ETH.MESH. 07931766 | |
| 104 | 03-28-2013 | ETH.MESH.07931767 - ETH.MESH.07931863 | |
| 105 | 04-02-2013 | ETH.MESH.07931864 - ETH.MESH.07931976 | |
| 106 | 04-08-2013 | ETH.MESH.07931977 - ETH.MESH.08000480 | PM.000146 – PM.000150 |
| 107 | 04-15-2013 | ETH.MESH.08000481 – ETH.MESH.08003048 | |
| 108 | 04-15-2013 | ETH.MESH.08003049 – ETH.MESH.08003057 | |
| 109 | 04-11-2013 | ETH.MESH.08003058 – ETH.MESH.08003172 | |
| 110 | 04-16-2013 | ETH.MESH.08003173 – ETH.MESH.08003318 | |
| 111 | 04-22-2013 | ETH.MESH.08003319 – ETH.MESH.08065514 | |
| 112 | 04-25-2013 | ETH.MESH.08065515 – ETH.MESH.08163516 | |
| 113 | 04-25-2013 | ETH.MESH.08163517 – ETH.MESH.08163849 | |
| 114 | 04-25-2013 | | PM.000151 – PM.000184 |

May 10, 2013
Page 7

| PRODUCTION | DATE | BATES RANGE | PORTABLE MEDIA BATES RANGE |
|---|---|---|---|
| 115 | 04-26-2013 | ETH.MESH.08163850 – ETH.MESH.08164031 | |
| 116 | 04-30-2013 | ETH.MESH.08164032 – ETH.MESH.08164286 | |
| 117 | 05-01-2013 | ETH.MESH.08164287 – ETH.MESH.08165327 | |
| 118 | 05-07-2013 | ETH.MESH.08165328 – ETH.MESH.08170732 | |
| 119 | | | |
| 120 | 05-08-2013 | | PM.000185 – PM.000192 |
| 121 | 05-09-2013 | ETH.MESH.08435030 – ETH.MESH.08435033 | |
| 122 | 05-10-2013 | ETH.MESH.08435034 – ETH.MESH.08439720 | |

May 10, 2013
Page 8

**<u>Appendix B</u>**
**Production 122 Source**

  Production 122 contains Ethicon Standard Operating Procedures produced outside the ESI Protocol in order to respond to plaintiff's request for delivery in advance of upcoming depositions. The Bates range that corresponds to these documents is ETH.MESH.08435034 - ETH.MESH.08439720.