# EXHIBIT D

## DESIGN 30(b)(6) TOPIC i
## (TVT PROJECT NAMES)

| PRODUCT | PROJECT OR OTHER NAMES |
|---|---|
| TVT | TVT R<br>TVT-2<br>TVT Classic<br>TVT L<br>TVT Prolene Mesh<br>TVT B<br>TVT STD<br>TVT Standard |
| TVT-AA | Abdominal Approach<br>TVT w/Abdominal Guides<br>TVT Abdominal<br>TVT Abd<br>TVT AG |
| TVT-O | TVT Obturator<br>TVTO<br>TVT-O<br>Mulberry |
| TVT Abbrevo | TVT Twins<br>Mini Me<br>Mini TVT O<br>O Next Gen<br>Mini O |
| TVT Exact | TVT Twins<br>TVT RR<br>TVT Retropubic Refresh<br>TVT RL |
| TVT-Secur | TVT U<br>TVTH/U<br>TVT (Universal)<br>TVT Next Gen<br>TVT X<br>TVT Mini<br>Mini sling |
| TVT-D | TVT Disposable<br>TVTD |

Confidential
Subject to Stipulation and Order of Confidentiality