# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

CIVIL ACTION NO. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin

This Document Applies To All Actions

To:   Thomas P. Cartmell
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      816-701-1102

## ETHICON DEFENDANTS' REVISED CASE SELECTION
## FOR THE DISCOVERY POOL

The Defendants Ethicon, Inc., Johnson & Johnson, and Ethicon LLC in the above entitled actions submit the following cases to be included in the Discovery Pool, pursuant to Pretrial Order #33 (Docket Control Order):

| Case | Cause No. |
|---|---|
| Abadie, Mary J. v. Ethicon, Inc., et al. | 2:12cv07536 |
| Blackwell, Lydia, et al. v. Johnson & Johnson, et al. | 2:12cv03155 |
| Brown, Judith, et al. v. Johnson & Johnson, et al. | 2:12cv04273 |
| Brown, Judy P., et al. v. Ethicon, Inc., et al. | 2:12cv07314 |
| Brush, Cora Mae v. Ethicon, Inc., et al. | 2:12-cv-08248 |
| Eack, Grace, et al. v. Ethicon, Inc., et al. | 2:12cv02219 |
| Galarza, Delia v. Ethicon, Inc., et al. | 2:12-cv-03998 |
| Kennedy, Lenore v. Ethicon, Inc. et al. | 2:12cv04511 |
| Landes, Saundra, et al. v. Ethicon, Inc., et al. | 2:12cv01262 |
| Lawyer-Johnson, Barbara v. Ethicon, Inc., et al. | 2:12-cv-02690 |
| Lewis, Carolyn, et al. v. Ethicon, Inc., et al. | 2:12-cv-04301 |

| Lughas, Annette, et al. v. Ethicon, Inc., et al | 2:12-cv-08776 |
|---|---|
| Smith, Tracey Ryan v. Ethicon, Inc., et al. | 2:12-cv-02798 |

This the 13th day of May, 2013.

Respectfully submitted,

*/s/Christy D. Jones*_____
CHRISTY D. JONES
BUTLER, SNOW, O'MARA, STEVENS &
CANNADA, PLLC
1020 Highland Colony Parkway
Suite 1400
P.O. Box 6010
Ridgeland, MS  39158-6010
Telephone: (601) 985-4523
Fax: (601) 985-4500
Email: christy.jones@butlersnow.com

*/s/ David Thomas*_____

**ATTORNEYS FOR DEFENDANT ETHICON, INC.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

CIVIL ACTION NO. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2013, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/David Thomas

ButlerSnow 16363541v1