UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION NO. 2:12-md-02327 MDL No. 2327 |
| This Document Applies To All Actions | : : | Judge Joseph R. Goodwin |

To:    Christy D. Jones, Esq.
       Butler, Snow, O'Mara Stevens & Cannada, PLLC
       1020 Highland Colony Parkway
       Suite 1400
       Ridgeland, MS 39157
       601-948-5711
       Email: Christy.jones@butlersnow.com

       David B. Thomas
       Thomas Combs & Spann, PLLC
       300 Summers Street, Suite 1380
       P.O. Box 3824
       Charleston, WV  25338-3824
       304-414-1800
       Email: dthomas@tcspllc.com

**PLAINTIFF'S REVISED CASE SELECTION FOR THE DISCOVERY POOL**

Plaintiffs in the above entitled actions submit the following cases to be included in the Discovery Pool, pursuant to Pretrial Order #33 (Docket Control Order):

| Case | Cause Number |
|---|---|
| Crews, Lillie v. Ethicon, Inc., et al. | 2:12-cv-1549 |
| Edwards, Tonya v. Ethicon, Inc., et al. | 2:12-cv-9972 |
| Eisenbath, Dorothy v. Ethicon, Inc., et al. | 2:12-cv-7361 |
| Froemming, Penny v. Ethicon, Inc., et al. | 2:12-cv-9705 |
| Huskey, Jo v. Ethicon, Inc., et al. | 2:12-cv-5201 |

| | |
|---|---|
| Kennedy, Heather v. Ethicon, Inc., et al. | 2:12-cv-5663 |
| Lloyd, L. v. Ethicon, Inc., et al. | 2:12-cv-4061 |
| Moreland, Staci v. Ethicon, Inc., et al. | 2:12-cv-9810 |
| Pollard, Theresa v. Ethicon, Inc., et al. | 2:12-cv-9806 |
| Schneeberger Ingram, Lisa v. Ethicon, Inc., et al. | 2:12-cv-9300 |
| Smith, Crystal v. Ethicon, Inc., et al. | 2:12-cv-79 |
| Turner, Janet v. Ethicon, Inc., et al. | 2:12-cv-9701 |
| Vazquez, Edra v. Ethicon, Inc., et al. | 2:12-cv-9224 |

Dated: May 13, 2013

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com


THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

*Plaintiffs' Co-Lead Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION NO. 2:12-md-02327 MDL No. 2327 |
| This Document Applies To All Actions | : : | Judge Joseph R. Goodwin |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2013, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

3