Honorable Cheryl A. Eifert
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia

Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | 2:12-MD-2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon Inc., Pelvic Repair System | Ghost Case Style: | |
| Date of Event: | May 14, 2013 | | |
| Court Reporter: | N/A | | |
| Law Clerk: | N/A | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert, Counsel for Plaintiffs: Tom Cartmel, Renee Baggett & Bryan Alystock. Counsel for Defendant: David Thomas, Phillip Combs, Ben Watson and Chad Hutchinson | | |
| Type of Event: | Motion hearing via telephone conference re: Plaintiff's Motion to Compel Discovery and for Expedited Hearing (ECF No. 584) | | |
| Time Spent in Chambers: | Fifty Three (53) minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |