## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| **IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327 MDL No. 2327** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## NOTICE REGARDING DEFENDANTS' MOTION FOR REDUCTION OF DISCOVERY POOL [DOC. #559]

In response to Plaintiffs' request for voluntary dismissals of two of Defendants' Discovery Pool selections, Defendants Ethicon Inc. and Johnson & Johnson ("Defendants") moved for an Order reducing the Discovery Pool from 30 to 26 plaintiffs.  (Doc. #559, Case No. 2:12-md-02327 (May 2, 2013)).

Defendants hereby notify the Court that the issue raised in the Motion has been resolved by the parties.  The parties will file with the Court revised lists identifying the 26 Discovery Pool plaintiffs.  Defendants' Motion [Doc. #559] is now moot.

Dated:  May 16, 2013

Respectfully submitted,

/s/ Christy D. Jones_____
Christy D. Jones
Donna Brown Jacobs
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)

P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com
donna.jacobs@butlersnow.com


/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*Christy D. Jones*_____
Christy D. Jones

ButlerSnow 16354331v1

3