IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                             MDL: 2327
Products Liability Litigation

This Document Relates To All Cases

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney David L. Augustus moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

                                                  Respectfully submitted,

                                                  By: _____
                                                  David L. Augustus
                                                  Texas Bar No. 24036159, FBN 33221
                                                  4635 Southwest Freeway, Suite 900
                                                  Houston, Texas 77027
                                                  Telephone: 713-961-7770
                                                  Facsimile: 713-961-5336

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF participants registered to receive service in the MDL.

By: _____
David L. Augustus
Texas Bar No. 24036159, FBN 33221
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone: 713-961-7770
Facsimile: 713-961-5336