IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**In re: Ethicon, Inc.**
**Pelvic Repair System**                                **MDL: 2327**
**Products Liability Litigation**

This Document Relates To All Cases

## ORDER

Pending is attorney David L. Augustus's Motion to Withdraw as Counsel, filed March 15, 2013. Mr. Augustus seeks an order granting him leave to withdraw from all member actions in which he has appeared in MDL 2327. It is ORDERED that Mr. Augustus's Motion is GRANTED. The Clerk is instructed to terminate Mr. Augustus where he appears as counsel for any party in this MDL and in any member case in the MDL.

The court DIRECTS the Clerk to file a copy of this order in 2:12-2327 and in each member case in which Mr. Augustus has appeared.

ENTER: _____

_____
Presiding Judge