IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION

MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**
(Re:  Defendants' Motion for Reduction of Discovery Pool [ECF 559])

Pending is Defendants' Motion for Reduction of Discovery Pool, filed May 2, 2013. [ECF 559.]  On May 16, 2013, defendants notified the court that the issue raised in the motion has been resolved.  [ECF 602.]

It is **ORDERED** that Defendants' Motion for Reduction of Discovery Pool [ECF 559] is **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party

ENTER:  May 20, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE