APPROVED and SO ORDERED.
ENTER: May 21, 2013

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327<br>Honorable Joseph R. Goodwin |

---

Rosalee Johnson and Herschel Johnson

**Plaintiff(s),**

v.                                    CASE NO. 2:12-cv-03515

Johnson & Johnson, et al.

**Defendant(s).**

### MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2325 American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL  2325 :

American Medical Systems, Inc. and C.R. Bard, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2325__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2325__.

Scott D. Levensten, Esq.
THE LEVENSTEN LAW FIRM, P.C.
1420 Walnut Street, Suite 1500
Philadelphia, PA 19102
Phone: 215-545-5600
Fax: 215-545-5156
SDL@LevenstenLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Scott D. Levensten, Esq.
THE LEVENSTEN LAW FIRM, P.C.
1420 Walnut Street, Suite 1500
Philadelphia, PA 19102
Phone: 215-545-5600
Fax: 215-545-5156
SDL@LevenstenLawFirm.com