**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEMS
      PRODUCT LIABILITY LITIGATION        MDL No. 2327

-------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

Pending before the court is Ethicon's Motion to Extend Response Date by Six Days (ECF No. 619). Having been informed that plaintiffs have no objection to the extension, the court finds good cause to **GRANT** the motion. It is hereby **ORDERED** that Ethicon shall have through and including **Monday, June 3, 2013,** in which to file its response to Plaintiffs' Steering Committee's Motion and Incorporated Memorandum of Law in Support of Motion to Compel.

The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented party.

**ENTERED:**  May 28 2013.

_____
Cheryl A. Eifert
United States Magistrate Judge