Honorable Cheryl A. Eifert
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia

Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | MDL No. 2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon, Inc., Pelvic Repair System | Ghost Case Style: | |
| Date of Event: | June 6, 2013 | | |
| Court Reporter: | N/A | | |
| Law Clerk: | N/A | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert, Counsel for Plaintiff: Bryan F. Alystock. Counsel for Defendant: Michael L. Brown | | |
| Type of Event: | Telephone Conference re: discovery issue in deposition | | |
| Time Spent in Chambers: | Eight (8) Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |