UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                                                MDL No. 2327

TRANSFER ORDER

  **Before the Panel**: Pursuant to Panel Rule 7.1, defendants Cook Inc., Cook Medical Inc., Vance Products Inc. (sued as "Cook Urological Incorporated"), Cook Biotech Inc., and Cook Group Inc. (collectively, Cook), and defendant in the Middle District of Georgia *Sitten* action, WL Gore & Assoc. (Gore) move to partially vacate our orders conditionally transferring the five actions listed on Schedule A to MDL No. 2327. Defendants Ethicon, Inc., and Johnson & Johnson (collectively, Ethicon) do not oppose the requests to separate and remand the claims against Cook and Gore from the claims against Ethicon. Responding plaintiffs in four of the actions oppose the motions and request transfer of each action in its entirety. Plaintiffs in the Western District of Missouri *Wynn* action oppose Cook's motion to partially vacate and request transfer to MDL No. 2326 instead of MDL No. 2327, arguing that *Wynn* is one of two cases filed by plaintiffs involving the implantation of pelvic surgical mesh manufactured by Cook and Boston Scientific Corp.

  MDL No. 2327 is one of five MDLs pending in the Southern District of West Virginia involving allegations of defects in surgical products manufactured by five separate defendant groups and used to treat pelvic organ prolapse and stress urinary incontinence. *See In re: Avaulta Pelvic Support Sys. Prods. Liab. Litig.*, MDL No. 2187, 746 F. Supp. 2d 1362 (J.P.M.L. 2010); *In re: Am. Med. Sys., Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, MDL Nos. 2325, 2326, and 2327, 844 F. Supp. 2d 1359 (J.P.M.L. 2012); *In re: Coloplast Corp. Pelvic Support Sys. Prods. Liab. Litig.*, MDL No. 2387, 883 F. Supp. 2d 1348, 1348 (J.P.M.L. 2012). The Panel has determined to create a sixth MDL in this district, involving similar claims against Cook. *See In re: Cook Med., Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, MDL No. 2440, Transfer Order, __ F. Supp. 2d __ (J.P.M.L. Jun. 11, 2013).

  After considering all argument of counsel, we find that these five actions share questions of fact with actions in this litigation previously transferred to the Southern District of West Virginia, and that transfer of these actions in their entirety to MDL No. 2327 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Like many of the already-centralized actions, these actions involve factual questions arising from allegations that pelvic surgical mesh products manufactured by Ethicon were defectively designed, manufactured and marketed, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by these devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012). Moreover, like the

-2-

actions recently centralized in MDL No. 2440, these actions also involve factual questions arising from similar allegations regarding products manufactured by Cook. *See In re: Cook Med., Inc.,* MDL No. 2440, Transfer Order, __ F. Supp. 2d __ (J.P.M.L. Jun. 11, 2013).

In opposing inclusion of the claims against Cook, Cook argues that its products are not "pelvic mesh" and therefore, do not share sufficient questions of fact with the MDL No. 2327 actions to warrant transfer. As we state in our order creating MDL No. 2440, arguments that go to the merits of the claims against a particular defendant are more appropriately addressed to the transferee court. Given that the newly-established MDL involving similar Cook products is also pending in the Southern District of West Virginia, such arguments are immaterial.[1] We are confident that the transferee judge can continue to employ pretrial techniques to efficiently manage proceedings among the MDLs pending in the Southern District of West Virginia.

Gore advances similar arguments that its product is not made of "synthetic mesh" and that the Gore product was implanted in plaintiff at least a year before the other products at issue in the litigation. Unlike Cook, the *Sitten* action is the *only* action in which Gore is named as a defendant. However, there are many defendants involved in the pelvic mesh MDLs who are named in no more than one action, including many healthcare defendants. As with the claims against Cook and other manufacturer defendant groups, we are convinced that the nature of the injuries alleged in these multi-product/multi-defendant actions suggests that transfer of the case in its entirety is appropriate for ease of case management. Moreover, while it may be that the claims against Gore are easily separable or are not sufficiently related to the claims regarding pelvic repair products manufactured by other defendants, the transferee judge is in the best position to make that determination. *See In re Nat'l Football League Players' Concussion Injury Litig.*, 842 F. Supp. 2d 1378, 1379 (J.P.M.L. 2012). If the transferee judge determines after close scrutiny that remand of any claims is appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Panel Rules 10.1-10.3.

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

---

[1] To the extent any of the actions on Schedule A name Cook as the first-named defendant, rather than Boston Scientific, and, pursuant to past practice in MDL Nos. 2187, 2325, 2326, 2327, and 2387, belong in the new MDL No. 2440 involving Cook products, the transferee judge can assign such actions to the proper MDL as has been his past practice.

-3-

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Paul J. Barbadoro | Marjorie O. Rendell |
| Charles R. Breyer | Lewis A. Kaplan |

**IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**                                                             MDL No. 2327

## SCHEDULE A

<u>Middle District of Florida</u>

Carol Sciarro v. Cook Group, Inc., et al., C.A. No., 6:13-00170

<u>District of Montana</u>

Marilyn M. Pittsley, et al. v. Johnson & Johnson, et al., C.A. No. 9:12-00196

<u>Middle District of Georgia</u>

Rebecca A. Sitten, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00045

<u>Western District of Missouri</u>

Kathleen Holland, et al. v. Cook Group, Inc., et al., C.A. No. 4:13-00155
Melinda Wynn, et al v. Cook Group, Inc., et al., C.A. No. 4:13-00156

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
06/11/2013 02:44 PM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 6/11/2013 at 2:43 PM EDT and filed on 6/11/2013
**Case Name:**         IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

**Case Name:**         SITTEN et al v. JOHNSON AND JOHNSON et al
**Case Number:**      GAM/5:13-cv-00045
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court**

for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2013.

Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)

| | |
|---|---|
| **Case Name:** | Holland et al v. Cook Group, Inc. et al |
| **Case Number:** | MOW/4:13-cv-00155 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2013.

Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)

| | |
|---|---|
| **Case Name:** | Wynn et al v. Cook Group, Inc. et al |
| **Case Number:** | MOW/4:13-cv-00156 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2013.

Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)

| | |
|---|---|
| **Case Name:** | Pittsley et al v. Johnson & Johnson et al |
| **Case Number:** | MT/9:12-cv-00196 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

| | |
|---|---|
| **Case Name:** | Sciarro v. Cook Group, Inc. et al |
| **Case Number:** | FLM/6:13-cv-00170 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

**No public notice (electronic or otherwise) sent because the entry is private**

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
06/11/2013 02:43 PM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 6/11/2013 at 2:41 PM EDT and filed on 6/11/2013

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 952 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (12 in FLM/6:13-cv-00170, 22 in GAM/5:13-cv-00045, [892] in MDL No. 2327, 11 in MOW/4:13-cv-00155, 11 in MOW/4:13-cv-00156), (5 in FLM/6:13-cv-00170, 5 in GAM/5:13-cv-00045, [811] in MDL No. 2327, 6 in MT/9:12-cv-00196), (14 in GAM/5:13-cv-00045, [836] in MDL No. 2327), ([844] in MDL No. 2327, 6 in MOW/4:13-cv-00155, 6 in MOW/4:13-cv-00156)**

**Transferring 5 action(s) - MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

| | |
|---|---|
| **Case Name:** | SITTEN et al v. JOHNSON AND JOHNSON et al |
| **Case Number:** | GAM/5:13-cv-00045 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (12 in FLM/6:13-cv-00170, 22 in GAM/5:13-cv-00045, [892] in MDL No. 2327, 11 in MOW/4:13-cv-00155, 11 in MOW/4:13-cv-00156), (5 in FLM/6:13-cv-00170, 5 in GAM/5:13-cv-00045, [811] in MDL No. 2327, 6 in MT/9:12-cv-00196), (14 in GAM/5:13-cv-00045, [836] in MDL No. 2327), ( [844] in MDL No. 2327, 6 in MOW/4:13-cv-00155, 6 in MOW/4:13-cv-00156)**

**Transferring 5 action(s) - MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

| | |
|---|---|
| **Case Name:** | Holland et al v. Cook Group, Inc. et al |
| **Case Number:** | MOW/4:13-cv-00155 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (12 in FLM/6:13-cv-00170, 22 in GAM/5:13-cv-00045, [892] in MDL No. 2327, 11 in MOW/4:13-cv-00155, 11 in MOW/4:13-cv-00156), (5 in FLM/6:13-cv-00170, 5 in GAM/5:13-cv-00045, [811] in MDL No. 2327, 6 in MT/9:12-cv-00196), (14 in GAM/5:13-cv-00045, [836] in MDL No. 2327), ( [844] in MDL No. 2327, 6 in MOW/4:13-cv-00155, 6 in MOW/4:13-cv-00156)**

**Transferring 5 action(s) - MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

| | |
|---|---|
| **Case Name:** | Wynn et al v. Cook Group, Inc. et al |
| **Case Number:** | MOW/4:13-cv-00156 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (12 in FLM/6:13-cv-00170, 22 in GAM/5:13-cv-00045, [892] in MDL No. 2327, 11 in MOW/4:13-cv-00155, 11 in MOW/4:13-cv-00156), (5 in FLM/6:13-cv-00170, 5 in GAM/5:13-cv-00045, [811] in MDL No. 2327, 6 in MT/9:12-cv-00196), (14 in GAM/5:13-cv-00045, [836] in MDL No. 2327), ( [844] in MDL No. 2327, 6 in MOW/4:13-cv-00155, 6 in MOW/4:13-cv-00156)**

**Transferring 5 action(s) - MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

| | |
|---|---|
| **Case Name:** | Pittsley et al v. Johnson & Johnson et al |
| **Case Number:** | MT/9:12-cv-00196 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (12 in FLM/6:13-cv-00170, 22 in GAM/5:13-cv-00045, [892] in MDL No. 2327, 11 in MOW/4:13-cv-00155, 11 in MOW/4:13-cv-00156), (5 in FLM/6:13-cv-00170, 5 in GAM/5:13-cv-00045, [811] in MDL No. 2327, 6 in MT/9:12-cv-00196), (14 in GAM/5:13-cv-00045, [836] in MDL No. 2327), ( [844] in MDL No. 2327, 6 in MOW/4:13-cv-00155, 6 in MOW/4:13-cv-00156)**

**Transferring 5 action(s) - MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

| | |
|---|---|
| **Case Name:** | Sciarro v. Cook Group, Inc. et al |
| **Case Number:** | FLM/6:13-cv-00170 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (12 in FLM/6:13-cv-00170, 22 in GAM/5:13-cv-00045, [892] in MDL No. 2327, 11 in MOW/4:13-cv-00155, 11 in MOW/4:13-cv-00156), (5 in FLM/6:13-cv-00170, 5 in GAM/5:13-cv-00045, [811] in MDL No. 2327, 6 in MT/9:12-cv-00196), (14 in GAM/5:13-cv-00045, [836] in MDL No. 2327), ( [844] in MDL No. 2327, 6 in MOW/4:13-cv-00155, 6 in MOW/4:13-cv-00156)**

**Transferring 5 action(s) - MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/11/2013.**

**Associated Cases: MDL No. 2327, FLM/6:13-cv-00170, GAM/5:13-cv-00045, MOW/4:13-**

**cv-00155, MOW/4:13-cv-00156, MT/9:12-cv-00196 (JG)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**GAM/5:13-cv-00045 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Lori Gail Cohen cohenl@gtlaw.com, jonesre@gtlaw.com, paged@gtlaw.com, smithcy@gtlaw.com

Kendall C Dunson kendall.dunson@beasleyallen.com

Wesley Chadwick Cook chad.cook@beasleyallen.com, ellen.royal@beasleyallen.com, tabitha.dean@beasleyallen.com

Christiana C. Jacxsens jacxsensc@gtlaw.com

IVAN A GUSTAFSON iagustafson@ewhlaw.com

P LEIGH O'DELL leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

Andy Dow Birchfield, Jr andy.birchfield@beasleyallen.com, Andy.Birchfield@BeasleyAllen.com

Francis Morton McDonald, Jr fmcdonald@mtwlegal.com, fmcdonald@carltonfields.com

**GAM/5:13-cv-00045 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00155 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

Jennifer L. Schuster jschuster@woodmclaw.com

Robert A. Henderson rhenderson@polsinelli.com

**MOW/4:13-cv-00155 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00156 Notice has been electronically mailed to:**

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

THOMAS P. CARTMELL tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz jkuntz@wcllp.com, nmanzo@wcllp.com

Jennifer L. Schuster jschuster@woodmclaw.com

Robert A. Henderson rhenderson@polsinelli.com

**MOW/4:13-cv-00156 Notice will not be electronically mailed to:**

**MT/9:12-cv-00196 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

William E Lawton wlawton@drml-law.com

Maxon R Davis max.davis@dhhtlaw.com

David R Paoli davidpaoli@paoli-law.com

P LEIGH O'DELL leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

Francis Morton McDonald, Jr fmcdonald@mtwlegal.com

Jennifer L. Schuster jschuster@woodmclaw.com

W. Carl Mendenhall cmendenhall@wordenthane.com

**MT/9:12-cv-00196 Notice will not be electronically mailed to:**

**FLM/6:13-cv-00170 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

William E Lawton wlawton@drml-law.com

Sarah Anne Long slong@mtwlegal.com

C. Calvin Warriner, III ccw@searcylaw.com

Brenda Sue Fulmer bsf@searcylaw.com, cbr@searcylaw.com, oap@searcylaw.com, svm@searcylaw.com

Francis Morton McDonald, Jr fmcdonald@mtwlegal.com

Jennifer L. Schuster jschuster@woodmclaw.com

**FLM/6:13-cv-00170 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/11/2013] [FileNumber=382009-0]

[50de1bbe245227a4f0ad6e895bd8edfb62df002ff47157a9f39f775665474bf68f5ab
2111161ea6f590e1f9ff234bf44bc50e5f544cf4cc0f9a9677a6dadfd49]]