# EXHIBIT A

## TO BE FILED LATER UNDER SEAL