# EXHIBIT B
## TO BE FILED LATER UNDER SEAL