# EXHIBIT C

**TO BE FILED LATER UNDER SEAL**