# EXHIBIT D

LAW OFFICES

# WAGSTAFF & CARTMELL LLP

| | | |
|---|---|---|
| THOMAS W. WAGSTAFF<br>THOMAS P. CARTMELL<br>MARC K. ERICKSON<br>JONATHAN P. KIEFFER<br>THOMAS L. WAGSTAFF**<br>ERIC D. BARTON†††<br>BRIAN J. MADDEN<br>JEFFREY M. KUNTZ<br>THOMAS J. PREUSS<br>THOMAS A. ROTTINGHAUS<br>TYLER W. HUDSON****<br>DIANE K. WATKINS***<br><br>JOHN P. O'CONNOR♦†<br>P.J. O'CONNOR♦†<br>DANIEL J. LOBDELL† | 4740 GRAND AVENUE - SUITE 300<br>KANSAS CITY, MISSOURI 64112<br><br>(816) 701-1100<br>FAX (816) 531-2372<br><br>ADMITTED IN MISSOURI AND KANSAS<br>♦ADMITTED IN MISSOURI<br>*ADMITTED IN KANSAS<br>**ADMITTED IN MISSOURI, KANSAS AND ARKANSAS<br>***ADMITTED IN MISSOURI, KANSAS AND COLORADO<br>****ADMITTED IN MISSOURI, KANSAS AND THE DISTRICT OF COLUMBIA<br>††ADMITTED IN MISSOURI, KANSAS AND ILLINOIS<br>†††ADMITTED IN MISSOURI, KANSAS AND UTAH<br>† OF COUNSEL | BRANDON D. HENRY<br>SARAH B. RUANE<br>CHRISTOPHER L. SCHNIEDERS††<br>VANESSA H. GROSS<br>ADAM S. DAVIS<br>JACK T. HYDE<br>DAVID M. McMASTER<br>JOAN D. TOOMEY<br>ANDREW N. FAES♦<br>ASHLEY D. DOPITA♦<br><br>SCOTT M. CROCKETT†<br>PHILLIP P. ASHLEY•†<br>DARYL J. DOUGLAS♦† |

March 04, 2013

Christy D. Jones
Donna B. Jacobs
Benjamin M. Watson
BUTLER SNOW
PO Box 6010
Ridgeland, MS 39158

     *RE: Pelvic Mesh*

Dear Christy:

     I am writing to set forth items of discovery that plaintiffs request be expedited prior the depositions of the TVT witnesses, the first of which is Susan Lin, scheduled for March 12th and 13th. This request involves establishing the "final" in-use versions of the IFU's for the TVT products, as well as the "final" in-use versions for the SUI patient brochures. In order to avoid wasting valuable deposition time and the possible need to re-depose witnesses, it is necessary to establish from the onset the final versions of these documents so the examination of witnesses can occur in an orderly and efficient manner.

     Riker Danzig has already provided a list of the IFU's in use for the various products at issue in this litigation, including the first day of use and the last day of use, attached hereto as "Exhibit A". A list of the final in-use versions of the POP Patient brochures and dates of use have also been produced, attached hereto as "Exhibit B". However, to the best of my knowledge, the same has not been done for the SUI patient brochures at this time.

     1.     For each of the TVT Products, please produce the original patient brochure(s) utilized from 1998 to the present, if not already produced. Also provide the official dates of first and last use, and identify by bates range.

     2.     Please also produce any so-called "disease state" SUI product brochures prepared or distributed by Ethicon or J&J from 1998 to the present regardless of whether they specifically reference Ethicon or J&J products, if not already produced. Also provide the official dates of first and last use, and identify by bates range.

LAW OFFICES
# WAGSTAFF & CARTMELL LLP

Christy D. Jones
Donna B. Jacobs
Benjamin M. Watson
March 4, 2013
Page 2

     3.    The version of the TVT "classic" IFU designated as the final version in use from 01-16-01 to "unavailable" (ETH.MESH.02340370) appears to be missing significant areas of text from multiple areas of the document. Please confirm that this version of the document with the missing text does indeed represent the final version of the IFU. If it does not, please re-produce the correct document and amend the IFU Index and Production Bates Range Chart if necessary.

     4.    The version of the TVT "classic" IFU designated as the final version in use from 04-07-2006 through 10-07-2008 (ETH.MESH.02340250) appears to have no English version of the label contained within the document. Please confirm that this version of the document with the missing text does indeed represent the final version of the IFU. If it does not, please re-produce the correct document and amend the IFU Index and Production Bates Range Chart if necessary.

     5.    The version of the TVT "classic" IFU designated as the final version in use from 11-29-10 to present day (ETH.MESH.02340402) appears to be missing significant areas of text from multiple areas of the document similar to the IFU described in #3 above. Please confirm that this version of the document with the missing text does indeed represent the final version of the IFU. If it does not, please re-produce the correct document and amend the IFU Index and Production Bates Range Chart if necessary.

     6.    The TVT "classic" device received FDA clearance on 01-28-1998, yet there is no IFU designated as in-use prior to 01-16-2001. While we understand that the TVT "classic" may not have been marketed in the United States during that entire time period, any IFU's in use between 01-28-1998 and 01-16-2001 are relevant to this litigation regardless of whether or not they were used in the United States. Please produce any such TVT IFU's in use during that time frame if not already produced. Also provide the official dates of first and last use, identify by bates range, and amend the IFU Index and Production Bates Range Chart if necessary.

     7.    For the TVT-AA and TVT-D, please produce any IFU's used during those products' lifecycle, if not already produced. Also provide the official dates of first and last use and identify by bates range.

LAW OFFICES
## WAGSTAFF & CARTMELL LLP

Christy D. Jones
Donna B. Jacobs
Benjamin M. Watson
March 4, 2013
Page 3

      8.    With regard to the version of the TVT "classic" IFU being designated as in-use from 01-16-01 to "unavailable", please provide an explanation for why the last use date for this particular IFU is "unavailable." Also, please identify and provide the source of the underlying data utilized to create the first use date and last use date on the IFU Index and Production Bates Range Chart.

      All of the above items were requested in the New Jersey litigation over a year ago, and are within the scope of existing discovery requests in the MDL, so they should not be construed as new requests. There are other production issues that we will be addressing under separate cover. Please let us know how long you estimate it will take to respond to these requests.

      Best regards.

                                              Very truly yours,

                                              Thomas P. Cartmell

TPC/mg
Enclosure
cc: Bryan Aylstock
    Renee Baggett

EXHIBIT A

In re Pelvic Mesh/Gynecare Litigation

IFU Index and Production Bates Range Chart

| # | Product | Artwork Approval Date | Production Prefix | Start Bates | End Bates | RMC/LAB # | First Use Date | Last Use Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Gynemesh PS | 24-Sep-08 | ETH MESH | 02342218 | 02342249 | 389766 LAB-0012266 [1] | 4-Dec-08 | To present day |
| 2 | Gynemesh PS | 26-Sep-08 | ETH MESH | 02342250 | 02342277 | 389593 R03 | 12-Dec-08 | To present day |
| 3 | Gynemesh PS | May-05 | ETH MESH | 02342278 | 02342290 | 389593 R02 | 8-Jun-05 | 11-Dec-08 |
| 4 | Gynemesh PS | Unavailable | ETH MESH | 02342194 | 02342217 | 389593 R01 | 20-Mar-03 | 30-Mar-06 |
| 5 | Prolene Mesh | 28-Apr-10 | ETH MESH | 02342152 | 02342154 | 389392 R04 | 18 JUN, 2010 | To present day |
| 6 | Prolene Mesh | 4-Jun-99 | ETH MESH | 02342102 | 02342102 | 389392 R02 LAB-0010365 | 29-May-99 | 3-Jul-11 |
| 7 | Prolene Soft | 10-Nov-00 | ETH MESH | 02342101 | 02342101 | 389578 R02 LAB-0010386 | 5-Dec-00 | To present day |
| 8 | Prolene Soft | Jun-10 | ETH MESH | 02342094 | 02342096 | 389737R04 LAB-0010432 | 23-Aug-10 | To present day |
| 9 | Prolene Soft | 11-Apr-08 | ETH MESH | 02342097 | 02342097 | 389737 | 15-Apr-09 | 22-Aug-10 |
| 10 | Prolift | 10-May-10 | ETH MESH | 02341658 | 02341733 | P19070/H LAB-0011099 [2] | 11 May 2010 | To present day |
| 11 | Prolift | 30-Sep-09 | ETH MESH | 02341734 | 02341809 | P19070/G LAB-0011099 [1] | 1-Oct-09 | 7-May-10 |
| 12 | Prolift | 12/14/2007 | ETH MESH | 02341454 | 02341521 | P19070/E | 17-Dec-07 | 24-Sep-09 |
| 13 | Prolift | 1/12/2005 | ETH MESH | 02341522 | 02341599 | P19070/B | 11-Jan-05 | 13-Dec-07 |
| 14 | Prolift + M | 31-Mar-10 | ETH MESH | 02341954 | 02342093 | P19074/K | 11-May-10 | To present day |
| 15 | Prosima | 17-Mar-10 | ETH MESH | 02341398 | 02341453 | P21070/D LAB-0011038 Rev 2 | 18-Jun-10 | To present day |
| 16 | TVT | 25-May-10 | ETH,MESH, | 02340402 | 02340470 | P15506 LAB-0012841[3] | 29-Nov-10 | To present day |
| 17 | TVT | 9-Oct-08 | ETH MESH | 02340504 | 02340567 | P15506/E LAB-0012841[2] | 13-Oct-08 | 22-Nov-10 |
| 18 | TVT | 8-Nov-05 | ETH MESH | 02340256 | 02340305 | P15506/D | 7-Apr-06 | 7-Oct-08 |
| 19 | TVT | 7-Mar-05 | ETH MESH | 02340471 | 02340503 | P15506/C | 11-Feb-05 | 7-Apr-06 |
| 20 | TVT | 11-Oct-01 | ETH MESH | 02340306 | 02340369 | P15506/B | 22-Dec-03 | 21-Feb-05 |
| 21 | TVT | Jan-01 | ETH MESH | 02340370 | 02340401 | P15506 | 16-Jan-01 | unavailable |
| 22 | TVT-Abbrevo | 17-Jul-10 | ETH MESH | 02341203 | 02341267 | P24070C LAB-0012890[3] | 10 Sep 2010 | To present |
| 23 | TVT-Exact | 23-Feb-10 | ETH MESH | 02341119 | 02341202 | P25070A LAB-0012869[1] | 4 May 2010 | To present day |
| 24 | TVT-O | 17-Mar-10 | ETH MESH | 02340902 | 02340973 | P18070/E LAB-0010875 [2] | 12 MAY 2010 | To present day |
| 25 | TVT-O | 11-Apr-08 | ETH MESH | 02341047 | 02341118 | P18070/D LAB-0010875 [1] | 23 Apr 2008 | 07 May 2010 |
| 26 | TVT-O | 3-Jun-05 | ETH MESH | 02340974 | 02341046 | P18070/C | 25 May 2005 | 29 Apr 2008 |
| 27 | TVT-O | 7-Mar-05 | ETH MESH | 02340756 | 02340828 | P18070/B | 07 Mar 2005 | 19 May 2005 |
| 28 | TVT-O | 28-Oct-03 | ETH MESH | 02340829 | 02340901 | P18070/A | 07 Jan 2004 | 04 Mar 2005 |
| 29 | TVT-S | 30-Nov-05 | ETH MESH | 02340568 | 02340755 | P20070A LAB-0010882 | 16 Dec 2005 | To present day |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

# EXHIBIT B



**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI** LLP

**Kelly Strange Crawford**
Partner

<u>Direct:</u>
t: 973.451.8417
f: 973.451.8635
kcrawford@riker.com
Reply to: Morristown

**Via Email**

May 21, 2012

Adam M. Slater, Esq.
Mazie, Slater, Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068

Jillian A. S. Roman, Esq.
Cohen, Placitella & Roth, PC
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103

Jeffrey Grand, Esq.
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016

Bryan Aylstock, Esq.
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502

**Re: In Re Pelvic Mesh/Gynecare Litigation - CT 291**

Counsel:

This letter will document the results (previously communicated to Cheryll Calderon) of the joint effort to confirm the final versions and approval dates of the patient brochures relating to the pelvic floor products to the best of our knowledge and ability to date. Though the documents are included in the productions to date, we reproduced them in Production 44, in color, with unique Bates numbers.

- **Attachment 1** (ETH.MESH.03905968-ETH.MESH.03905975) = "Get the Facts, Be Informed" brochure copyrighted 2005 (woman with long brown hair, pearl earrings, white blouse on blue background cover), identified in Defendants' 2005 to 2009 copy review materials index as "GYNECARE PROLIFT* Pelvic Floor Repair System Patient Brochure/Robin Osman," CR Item 1812, with an approval date of 11/9/2005. Last page of brochure states: "Ethicon, Inc. 2005 *Trademark GPSO05". [Note that a version of this document was marked by Plaintiffs during depositions as Exhibit 428.]

Plaintiffs' Counsel
May 21, 2012
Page 2

- **Attachment 2** (ETH.MESH.03905976-ETH.MESH.03905991[1]) = "Get the Facts, Be Informed" brochure copyrighted 2006 (woman with short blond hair and white sweater on blue and green cover), identified in Defendant's 2005 to 2009 copy review materials index as "GYNECARE PROLIFT* Pelvic Floor Repair Systems Patient Brochure/Robin Osman," CR Item 2938, with an approval date of 11/15/2006. Last page of brochure states: "Ethicon, Inc. 2006 *Trademark GPS005R".

- **Attachment 3** - (ETH.MESH.03905992-ETH.MESH.03906000) = "What's Happening Down There" brochure copyrighted 2007, identified in Defendants' 2005 to 2009 copy review materials index as "GYNECARE PROLAPSE* Patient Brochure/Jackie Russo-Jankewicz," CR Item 3165 with an approval date of 2/7/2007. Last page of brochure states: "GPSO20".

- **Attachment 4** - (ETH.MESH.03906037-ETH.MESH.03906052) = "Stop Coping, Start Living" brochure copyrighted 2008 (two women, one with white sweater and one with beige jacket, on white background cover), identified in Defendants' 2005 to 2009 copy review materials index as "Pelvic Organ PROLAPSE Patient Brochure/Robin Osman," CR Item 2008-12-2, with an approval date of 10/22/2008. Last page of brochure states: "Ethicon, Inc. 2008 GPS005R1".

- **Attachment 5** - (ETH.MESH.03906001-ETH.MESH.03906020) = "Stop Coping, Start Living" brochure copyrighted 2009 (two women, pink blouse and blue blouse, on white background cover), identified in Defendants' 2009 to present GGM Blue index as "POP Patient Brochure/Kevin Frost," Task No. GPD-037-10-1/12, approval date 11/9/2009. Last page of brochure states: "Ethicon, Inc. 2009 GPD-037-10-1/12" and it includes Prosima.

Very truly yours,

*Kelly S. Crawford/e*
Kelly S. Crawford

---

[1] This same brochure was produced twice in color in Production 44. The second range was ETH.MESH.03906021-ETH.MESH.03906036.

Pelvic Mesh Litigation
In Use Copy Review Materials
POP Patient Brochures

| Year | SUBMISSION TITLE/SUBMITTER | CR Item # | Copy Approval | Production Start Bates | Production End Bates | Notes |
|---|---|---|---|---|---|---|
| 2005 | GYNECARE PROLIFT* Pelvic Floor Repair System Patient Brochure/Robin Osman | 1812 | 11/9/2005 | ETH.MESH.03905968 | ETH.MESH.03905975 | "Get the Facts, Be Informed" brochure copyrighted 2005 with "Ethicon, Inc. 2005 *Trademark GPS005" on last page |
| 2006 | GYNECARE PROLIFT* Pelvic Floor Repair Systems Patient Brochure/Robin Osman | 2938 | 11/15/2006 | ETH.MESH.03905976 and ETH.MESH.03906021 | ETH.MESH.03905991 and ETH.MESH.03906036 | "Get the Facts, Be Informed" brochure copyrighted 2006 with "Ethicon, Inc. 2006 *Trademark GPS005R" on last page |
| 2007 | GYNECARE PROLAPSE* Patient Brochure/Jackie Russo-Jankewicz | 3165 | 2/7/2007 | ETH.MESH.03905992 | ETH.MESH.03906000 | "What's Happening Down There" brochure copyrighted 2007, with "GPS020" on last page |
| 2008 | Pelvic Organ PROLAPSE Patient Brochure/Robin Osman | 2008-1202 | 10/22/2008 | ETH.MESH.03906037 | ETH.MESH.03906052 | "Stop Coping, Start Living" brochure copyrighted 2008 with "Ethicon, Inc. 2008 GPS005R1" marking on last page |
| 2011 | GPD-037-10_Patient Prolapse Brochure_CA.pdf/Kevin Frost | GPD_037-10-1/12 | 11/9/2009 | ETH.MESH.03906001 | ETH.MESH.03906020 | "Stop Coping, Start Living" brochure copyrighted 2011 with "Ethicon, Inc. 2009 GPD-037-10-1/12" on last page and it includes Prosima |