# EXHIBIT F

# BUTLER | SNOW

March 11, 2013

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112

      RE:   *In re: Ethicon, Inc. Pelvic Repair System*
              Products Liability Litigation, MDL No. 2327

Dear Tom:

    I am writing in response to your letter of March 4, 2013 concerning TVT patient brochures and IFUs. In points 1 and 2 of your letter, you ask us to produce the TVT patient brochures. Enclosed is a chart detailing the patient brochures that have been produced. We have also included the bates numbers to assist your locating them. We are still working to try to determine the in use dates, but, with a few exceptions, the chart has the copy review approval dates.

    With respect to points 3 through 8 in your letter concerning IFUs, we have been working as quickly as we can to get you answers to the questions you raise. I will give you an update as we know more.

    Please let me know if you have any questions.

                            Sincerely,

                            BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

                            Benjamin M. Watson

BMW:fsw

cc:   Donna B. Jacobs
       Renee Baggett
       Bryan Aylstock

ButlerSnow 15664767v1

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

BENJAMIN M. WATSON
601.985.4551
ben.watson@butlersnow.com

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, MS 39157*

T 601.948.5711 • F 601.985.4500 • *www.butlersnow.com*
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

In Re Pelvic Mesh/Gynecare Litigation
TVT/SUI Patient Brochures
1999-2011

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year | SUBMISSION TITLE/SUBMITTER | Index # | CR ITEM # | Copy Approval Date | Business | Brand | Status | Production | Native Media Production Number | Start Bates | End Bates | Draft Indicators[1] | Approval Form Start Bates | Approval Form End Bates |
| 1 | 1999 | Product Pointer for TVT Tension-free Vaginal Tape | 1999-024 | 7/13 | 7/13/1999 | EWH&U | TVT | Not Renewed | 34 | | ETH.MESH.03456775 | ETH.MESH.03456776 | Marginalia | 142699 | 142699 |
| 2 | 2000 | GYNECARE TVT Tension-free Support for Incontinence Patient Education Brochure | 2000-016 | 6/22 | 6/22/2000 | EWH&U | TVT | Approved | 4 | | ETH.MESH.00160615 | ETH.MESH.00160625 | Marginalia | 160612 | 160614 |
| 3 | 2001 | GYNECARE TVT Tension-free Support for Incontinence Patient Education Brochure (TVT016), Patient Kit Letter and Ad Template | 2001-034 | 6/27 | 6/27/2001 | EWH&U | TVT | Approved | 3 | | ETH.MESH.00144270 | ETH.MESH.00144278 | Marginalia | 144268 | 144269 |
| 4 | 2001 | GYNECARE TVT Tension-free Support for Incontinence Patient Brochure (Resubmission of materials per FDA requirements) | | | | | | | | | | | | | |
| 5 | 2002 | GYNECARE TVT Tension-Free Support for Incontinence - Tips for Speaking with your Physician | 2002-031 | 6/26 | 6/26/2002 | EWH&U | TVT | Approved | 4 | | ETH.MESH.00158082 | ETH.MESH.00158082 | Marginalia | ETH.MESH.00158079 | ETH.MESH.00158080 |
| 6 | 2002 | GYNECARE TVT Tension-free Support for Incontinence Patient Brochure (TVT016R1) - Review for Reprint | 2002-064 | 10/16 | 10/16/2002 | EWH&U | TVT | Status Unclear | 32 | | ETH.MESH.02619504 | ETH.MESH.02619511 | Clean | ETH.MESH.00143759 | ETH.MESH.00143759 |
| 7 | 2003 | GYNECARE TVT Tension-free Support for Incontinence Patient Brochure (TVT016R2) - Review for Reprint | 2003-052 | 7/23 | 7/23/2003 | EWH&U | TVT | Approved | | | | | Unable to Locate | | |
| 8 | 2004 | GYNECARE TVT Tension-Free Support for Incontinence Patient Brochure (TVT016R3) / Robin Osman | 2004-240 | 240 | 3/3/2004 | EWH&U | TVT | Approved | 32 | | ETH.MESH.02619601 | ETH.MESH.02619616 | Clean | ETH.MESH.00160178 | ETH.MESH.00160180 |
| 9 | 2004 | GYNECARE TVT Tension-free Support for Incontinence Patient Brochure reprint / Robin Osman | 2004-946 | 946 | 12/8/2004 | EWH&U | TVT | Approved | 4 | | ETH.MESH.00155619 | ETH.MESH.00155627 | Clean | ETH.MESH.00142467 | ETH.MESH.00142468 |
| 10 | 2005 | GYNECARE TVT Tension-free Support for Incontinence Patient Education Brochure/Robin Osman | | 1345 | 4/13/2005 | EWH&U | TVT | Approved | 30 | | ETH.MESH.00658421 | ETH.MESH.00658429 | Clean | ETH.MESH.00145851 | ETH.MESH.00145851 |
| 11 | 2006 | GYNECARE TVT Patient Brochure/Robin Osman | | 2520 | 7/12/2006 | EWH&U | TVT | Approved | 4 | | ETH.MESH.00166817 | ETH.MESH.00166832 | Clean | ETH.MESH.00147948 | ETH.MESH.00147949 |
| 12 | 2006 | GYNECARE TVT Tension-free Support for Incontinence Patient Brochure/Robin Osman | | 2636 | 9/27/2006 | EWH&U | TVT | Approved | 4 | | ETH.MESH.00162841 | ETH.MESH.00162856 | Clean | ETH.MESH.05958881 | ETH.MESH.05958883 |
| 13 | 2007 | GYNECARE TVT Tension-free Support for Incontinence Patient Brochure (not including TVT SECUR)/Robin | | 1673 | 5/30/2007 | EWH&U | TVTS | Approved | 4 | | ETH.MESH.00163582 | ETH.MESH.00163597 | Stamped | ETH.MESH.00163599 | ETH.MESH.00163602 |
| 14 | 2007 | GYNECARE TVT Tension-free Support for Incontinence Patient Brochure (including TVT SECUR)/Robin Osman | | 1674 | 5/30/2007 | EWH&U | TVTS | Approved | 4 | | ETH.MESH.00163644 | ETH.MESH.00163659 | Stamped | ETH.MESH.00163623 | ETH.MESH.00163627 |
| 15 | 2008 | GYNECARE TVT Family of Products Patient Brochure/Robin Osman | | 2008-1359 | 12/10/2008 | EWH&U | TVT | Approved | 4 | | ETH.MESH.00161969 | ETH.MESH.00161984 | Stamped | ETH.MESH.00161991 ETH.MESH.00161996 | ETH.MESH.00161993 ETH.MESH.00161997 |
| 16 | 2008 | GYNECARE TVT Family of Products Patients Brochure/Robin Osman | | 2008-360 | 3/19/2008 | EWH&U | TVT | Approved | 34 | | ETH.MESH.03458123 | ETH.MESH.03458138 | Stamped | ETH.MESH.00163553 | ETH.MESH.00163557 |
| 17 | 2008 | Update Patient Brochure on www.whatshappeningdownthere.com SUI/RJ Wicks | | 2008-956 | 8/11/2008 | EWH&U | TVT | Approved | 34 | | ETH.MESH.03459087 | ETH.MESH.03459104 | Stamped with Marginalia | ETH.MESH.00165064 | ETH.MESH.00165064 |
| 18 | | GYNECARE TVT Patient Brochure - 2011 | | | | EWH&U | TVT | | | | ETH.MESH.02236180 | ETH.MESH.02236187 | | | |
| 19 | | GYNECARE TVT Patient Brochure | | | | EWH&U | TVT | | | | ETH.MESH.02206580 | ETH.MESH.02206595 | | | |
| 20 | | Spanish GYNECARE TVT Patient Brochure, Translated from GYNECARE TVT English Patient Brochure | | | | EWH&U | TVT | | | | ETH.MESH.02237665 | ETH.MESH.02237696 | | ETH.MESH.03411443 (email indicating approval) | ETH.MESH.03411448 |

CONFIDENTIAL
SUBJECT TO STIPULATION ORDER OF CONFIDENTIALITY
4342705