# EXHIBIT H
## TO BE FILED LATER UNDER SEAL