# EXHIBIT I

# Andrew N. Faes

| | |
|---|---|
| **From:** | Andrew N. Faes |
| **Sent:** | Friday, May 10, 2013 7:45 PM |
| **To:** | 'Ben Watson'; PCombs@tcspllc.com; Maha Kabbash |
| **Cc:** | Tom P. Cartmell; Bryan Aylstock; 'Renee Baggett'; Zonies, Joe; Greg Bentley; Donna Jacobs; Christy Jones |
| **Subject:** | RE: Production of documents prior to 30(b)(6) design deposition |

Mr. Watson;

I must say I'm a little perplexed by your response. First of all, you indicated back in March that you were attempting to locate copies of the applicable IFU's. Are you telling me that that the attempt is still underway, is complete but proved fruitless, or has been abandoned altogether? Further, I understand that Medscand was listed as the manufacturer of the TVT device at the time of its 510(k) clearance on 01-28-1998, but it was Ethicon who owned and submitted the 510(k) and was marketing and distributing the device during the time period we are asking about: 01-28-1998 through 01-16-2001. Further, you state that Medscand Medical AB is an entity "unrelated to Ethicon." It was my understanding that Ethicon ultimately assumed ownership of the device, and would have received documentation regarding the device from Medscand as part of the manufacturing transfer. Is my understating regarding this incorrect?

Ultimately, I want to be 100% clear on what you seem to be telling me: that neither Ethicon or Johnson & Johnson has any of the final in-use versions for the TVT device during the 01-28-1998 through 01-16-2001 time period, and cannot verify which versions of the IFU were in use during that time period despite distributing and marketing the device, and submitting the 510(k) application- and that your production regarding these documents is complete. Is that statement correct?

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176

Fax 816-531-2372
afaes@wcllp.com

http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call 816-701-1176.