# EXHIBIT J
## TO BE FILED LATER UNDER SEAL