# EXHIBIT N

LAW OFFICES
# THOMAS COMBS & SPANN, PLLC

P O BOX 3824
CHARLESTON, WEST VIRGINIA 25338

300 SUMMERS STREET, SUITE 1380
CHARLESTON, WEST VIRGINIA 25301

TELEPHONE: (304) 414-1800
FACSIMILE: (304) 414-1801
WEBSITE: www.tcspllc.com

Philip J. Combs
Direct Dial: (304) 414-1805
E-mail: pcombs@tcspllc.com

March 18, 2013

Thomas P. Cartmell, Esquire
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Re: Ethicon/MDL Pelvic Mesh

Dear Tom:

Thank you for bringing to my attention that the TVT-O 510(k) submission (bates stamp Eth.Mesh.00019863-Eth.Mesh.00019924) was not the original regulatory submission but, was rather a copy of the original submission that had been obtained through a FOIA request. We are in the process of obtaining a copy of the original submission (rather than a copy of the FOIA obtained submission) and will forward that to you shortly.

Very truly yours,

Philip J. Combs

PJC/blm

cc: Maha M. Kabbash, Esq.