# EXHIBIT Q

as of January 28, 2013

TVT DHF and eDHF Tracker

| eDHF Number | DHF Number | Name | Product | Production Bates Range | Production Number(s) |
|---|---|---|---|---|---|
| DHF0000235 | | TVT Laser Cut Mesh-3UP | TVT | ETH.MESH.00748022 - ETH.MESH.00748057<br>ETH.MESH.01309984 - ETH.MESH.01310080<br>ETH.MESH.01589800 - ETH.MESH.01589802<br>ETH.MESH.01589807 - ETH.MESH.01589811 | 14, 19 |
| DHF0000747 | | TVT Retropubic Refresh | TVT | ETH.MESH.00223634 - ETH.MESH.00223655<br>ETH.MESH.00223800 - ETH.MESH.00223828<br>ETH.MESH.00754858 - ETH.MESH.00755383<br>ETH.MESH.01419739 - ETH.MESH.01593254<br>ETH.MESH.01593459 - ETH.MESH.01593681<br>ETH.MESH.02313037 - ETH.MESH.02313042 | 6, 14, 19, 24 |
| DHF0000834 | | TVT Device IFU (Instruction for Use Revision) | TVT | ETH.MESH.00218088 - ETH.MESH.00218100<br>ETH.MESH.00223778 - ETH.MESH.00223792<br>ETH.MESH.00748213 - ETH.MESH.00748278<br>ETH.MESH.01310426 - ETH.MESH.01310482<br>ETH.MESH.01589783 - ETH.MESH.01589825 | 6, 14, 19 |
| DHF0000176 | | TVT Laser Cutting Mesh | TVT | | |
| DHF0000467 | | China IFU Outsert - Neuchatel - TVT | TVT | | |
| DHF0000578 | | TVT Introducer and Catheter Guide Manufacturing Change | TVT | | |
| | 25 1-300 | TVT Base Device Text and Graphics Changes for the Tyvek Lid of Blue TVT Base Device.pdf | TVT | ETH.MESH.00221918 - ETH.MESH.00221996 | 6 |
| | 25 1-309 | TVT 3 Pack (DHF 000015) | TVT | ETH.MESH.03878631 - ETH.MESH.03878675 | 43 |
| | 25 1-458 | TVT (Tension Free Vaginal Tape).pdf | TVT | ETH.MESH.01317508 - ETH.MESH.01317613 | 19 |
| | 25 1-1019 | TVT (Tension Free Vaginal Tape) 5 mm Version.pdf | TVT | ETH.MESH.01316727 - ETH.MESH.01316765 | 19 |
| | 25 1-2958 | Gynecare TVT - Change to TVT Manufacturing Process to Allow Resterilization of Product.pdf | TVT | ETH.MESH.01316766 - ETH.MESH.01316851 | 19 |
| | 25 1-3119 | Tension-Free Vaginal Tape - Abdominal Approach CE Mark Project.pdf | TVT | ETH.MESH.02221701 - ETH.MESH.02222014 | 22 |
| | 25 1-321 | TVT AA Kit & TVT AA Tray (810041A & 810071) Transfer from J-Pac, US to Ethicon SARL, Switzerland - Book 1 of 2.pdf | TVT AA | ETH.MESH.02222015 - ETH.MESH.02222436 | 22 |
| | 25 1-323 | CE Mark of GYNECARE TVT - AA Kit.pdf | TVT AA | ETH.MESH.02222437 - ETH.MESH.02222656 | 22 |
| | 25 1-3251 | TVT-AA (Abdominal Guides & Couplers) - Design Verifications and Validations.pdf | TVT-AA | ETH.MESH.02222657 - ETH.MESH.02223554 | 22 |
| | 25 1-3252 | TVT-AA (Abdominal Guides & Couplers) - Final DDSA.pdf | TVT-AA | ETH.MESH.02223555 - ETH.MESH.02225347 | 22 |

1

as of January 28, 2013

### TVT DHF and eDHF Tracker

| eDHF Number | DHF Number | Name | Product | Production Bates Range | Production Number(s) |
|---|---|---|---|---|---|
| | 25 1-3139 | Tension-Free Vaginal Tape (TVT - D) Disposable Introducer and Spacer - Gynecare.pdf | TVT-D | ETH.MESH.03878676 - ETH.MESH.03880729 | 43 |
| | 25 1-3118 | TVT-L Blue PROLENE Mesh Component(2).pdf | TVT-L | ETH.MESH.01316852 - ETH.MESH.01317179 | 19 |
| | 25 1-3118 | TVT-L Blue PROLENE Mesh Component.pdf | TVT-L | ETH.MESH.01317180 - ETH.MESH.01317507 | 19 |
| DHF0000110 | | TVT Obturator IFU Change | TVT-O | ETH.MESH.00218079 - ETH.MESH.00218087<br>ETH.MESH.00747987 - ETH.MESH.00748021<br>ETH.MESH.00759077 - ETH.MESH.00759081<br>ETH.MESH.01309905 - ETH.MESH.01309983<br>ETH.MESH.01589788 - ETH.MESH.01589789<br>ETH.MESH.02312289 - ETH.MESH.02312299<br>ETH.MESH.00218079 - ETH.MESH.00218087<br>ETH.MESH.00747987 - ETH.MESH.00748021<br>ETH.MESH.00759077 - ETH.MESH.00759081<br>ETH.MESH.01309905 - ETH.MESH.01309983<br>ETH.MESH.01589788 - ETH.MESH.01589789<br>ETH.MESH.02312289 - ETH.MESH.02312299 | 6, 14, 19, 24 |
| DHF0000662 | | TVT-O Needle Material Change | TVT-O | ETH.MESH.00754305 - ETH.MESH.00754433<br>ETH.MESH.01413117 - ETH.MESH.01413760<br>ETH.MESH.01592336 - ETH.MESH.01592338<br>ETH.MESH.01592353 - ETH.MESH.01592371 | 14, 19 |
| DHF0000671 | | TVT-O Data Matrix Change | TVT-O | ETH.MESH.00748165 - ETH.MESH.00748184<br>ETH.MESH.01310362 - ETH.MESH.01310388<br>ETH.MESH.01589797 - ETH.MESH.01589799 | 14, 19 |
| DHF0000719 | | GYNECARE Mini TVT-O | TVT-O | ETH.MESH.00223588 - ETH.MESH.00223633<br>ETH.MESH.00223793 - ETH.MESH.00223799<br>ETH.MESH.00754439 - ETH.MESH.00754857<br>ETH.MESH.00759086 - ETH.MESH.01419738<br>ETH.MESH.01589884 - ETH.MESH.01590014<br>ETH.MESH.01591876 - ETH.MESH.01591913<br>ETH.MESH.01592339 - ETH.MESH.01592352<br>ETH.MESH.01592399 - ETH.MESH.01592433<br>ETH.MESH.01592438 - ETH.MESH.01592488<br>ETH.MESH.01592496 - ETH.MESH.01592686<br>ETH.MESH.01592696 - ETH.MESH.01592756<br>ETH.MESH.01592760 - ETH.MESH.01592781<br>ETH.MESH.01592791 - ETH.MESH.01592877<br>ETH.MESH.01592881 - ETH.MESH.01592889<br>ETH.MESH.01592899 - ETH.MESH.01593260<br>ETH.MESH.01593268 - ETH.MESH.01594272<br>ETH.MESH.01594413 - ETH.MESH.01594444<br>ETH.MESH.02312660 - ETH.MESH.02313036 | 6, 14, 19, 24 |

as of January 28, 2013

TVT DHF and eDHF Tracker

| eDHF Number | DHF Number | Name | Product | Production Bates Range | Production Number(s) |
|---|---|---|---|---|---|
| DHF0000842 | | MDD Revision 2007/47 - Neuchatel (TVT Obturator) | TVT-O | ETH.MESH.00218101 - ETH.MESH.00218102 ETH.MESH.00748279 - ETH.MESH.00748309 ETH.MESH.01310483 - ETH.MESH.01310577 ETH.MESH.01589677 - ETH.MESH.01589679 | 6, 14, 19 |
| DHF0000465 | | China IFU Outsert - Neuchatel - TVT O | TVT-O | | |
| | 25 1-290 | Gynecare TVT-O Project Overview Memo, Flowchart, DHCC, Final Drawings, Regulatory, Design ~ 1 of 7.pdf | TVT-O | ETH.MESH.00221997 - ETH.MESH.00222463 | 6 |
| | 25 1-291 | Gynecare TVT-Obturator Testing Development, Process Development, Design Verification - Book 2 of 7(2).pdf | TVT-O | ETH.MESH.01317769- ETH.MESH.01318358 | 19 |
| | 25 1-292 | Gynecare TVT-O Biocompatibility Testing, Stability Testing, Packaging Assessment-Qualification ~ 3 of 7.pdf | TVT-O | ETH.MESH.00222464 - ETH.MESH.00222778 | 6 |
| | 25 1-293 | Gynecare TVT-Obturator Sterilization Validation - Book 4 of 7.pdf | TVT-O | ETH.MESH.01318359 - ETH.MESH.01318831 | 19 |
| | 25 1-294 | Gynecare TVT-Obturator Design Validation, Clinical Assessment, Design Reviews, Process Reviews, Design Transfer, Meeting ~ Book 5 of 7.pdf | TVT-O | ETH.MESH.00222779 - ETH.MESH.00223267 | 6 |
| | 25 1-295 | Gynecare TVT-Obturator Helical Passers + Winged Guide - Process Validation Strategy and Process Documentation - Book 6 of 7.pdf | TVT-O | ETH.MESH.01318832 - ETH.MESH.01319499 | 19 |
| | 25 1-296 | Gynecare TVT-O Mediline (Plastic Tube and Mesh Attachment) - Process Validation Strategy and Process Documentation - 7 of 7.pdf | TVT-O | ETH.MESH.01319500 - ETH.MESH.01320123 | 19 |
| DHF0000120 | | TVT SECUR | TVT-S | ETH.MESH.00223393 - ETH.MESH.00223585 ETH.MESH.00752859 - ETH.MESH.00753374 ETH.MESH.00759119 ETH.MESH.00759159 - ETH.MESH.00759161 ETH.MESH.01407509 - ETH.MESH.01592202 ETH.MESH.01592245 - ETH.MESH.01594412 ETH.MESH.01594445 - ETH.MESH.01594780 ETH.MESH.02312487 - ETH.MESH.02312659 | 6, 14, 19, 24 |

as of January 28, 2013

## TVT DHF and eDHF Tracker

| eDHF Number | DHF Number | Name | Product | Production Bates Range | Production Number(s) |
|---|---|---|---|---|---|
| DHF0000319 | | TVT SECUR Cancelled Transfer to Sored / Drawing Update | TVT-S | ETH.MESH.00748059 - ETH.MESH.00748084<br>ETH.MESH.01310089 - ETH.MESH.01310116<br>ETH.MESH.01589668 - ETH.MESH.01589676<br>ETH.MESH.01589680 - ETH.MESH.01589690 | 14, 19 |