# EXHIBIT R

## Andrew N. Faes

| | |
|---|---|
| **From:** | Phil Combs <PCombs@tcspllc.com> |
| **Sent:** | Saturday, June 01, 2013 3:01 PM |
| **To:** | Tom P. Cartmell; Chad Hutchinson |
| **Cc:** | Sean Keith; Zonies, Joe; Andrew N. Faes; Bentley, Gregory; Renee Baggett; Bryan Aylstock |
| **Subject:** | Re: Dan Smith 30 b 6 |

The chart is not Bates stamped. If we produce the un-Bates stamped version will you agree to switch it out next week for the BS'd version? If so, I will try to go to the office tonight to pdf it to you.
Sent via BlackBerry by AT&T

**From:** "Tom P. Cartmell" <tcartmell@wcllp.com>
**Date:** Sat, 1 Jun 2013 18:54:13 +0000
**To:** Phil Combs<PCombs@tcspllc.com>; Chad Hutchinson<Chad.Hutchinson@butlersnow.com>
**Cc:** Sean Keith<SKeith@arkattorneys.com>; Zonies, Joe<jzonies@rplaw.com>; Andrew N. Faes<afaes@wcllp.com>; Bentley, Gregory<gbentley@rplaw.com>; Renee Baggett<RBaggett@awkolaw.com>; Bryan Aylstock<BAylstock@awkolaw.com>
**Subject:** Dan Smith 30 b 6

Guys:

You clearly have a chart of all the bates #s of the DHFs for all the products because you told us on the phone the other day that you do. Will you please provide it to us! Why wait?


**Thomas P. Cartmell**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
http://www.wagstaffcartmell.com