# EXHIBIT S

# Andrew N. Faes

| | |
|---|---|
| **From:** | Tom P. Cartmell |
| **Sent:** | Sunday, June 02, 2013 9:56 AM |
| **To:** | Andrew N. Faes; Joe Zonies; Gregory Bentley; Shea Shaver; Rich Freese; Renee Baggett; Brian Aylstock |
| **Subject:** | Fwd: Scan file attached |
| **Attachments:** | Scan.PDF; ATT00001.htm |

Tom Cartmell

Begin forwarded message:

> **From:** "Phil Combs" <PCombs@tcspllc.com>
> **To:** "Tom P. Cartmell" <tcartmell@wcllp.com>
> **Cc:** "Chad Hutchinson (Chad.Hutchinson@butlersnow.com)" <Chad.Hutchinson@butlersnow.com>
> **Subject: FW: Scan file attached**
>
> Tom: here is the chart that Dan Smith is going to use to testify from on the DHF issue.
>
> As we discussed in the earlier e-mail we will be sending you a version that is formatted a little better & BS'd prior to the deposition. Thank you for agreeing to switch them out.
>
> One thing you might notice is that for the some of the volumes of the TVT-O DHF, the BS range is not the same as the BS ranges for the ones Joe introduced into evidence. This DOES NOT mean that the dhf is different it is merely that Joe marked (for volume 1-6) a copy that wasn't the official copy but rather the copy form Dan Smith's custodial file. The document is the same and we can switch out the exhibits, change the chart, or do whatever is necessary to confirm that those are the same as the ones on the chart for volumes 1-6. Frankly, I think the easiest thing will be to just change the chart.
>
> Phil

1

Pelvic Mesh Litigation: DHF and eDHF Collection and Production

| eDHF Number | DHF Number | Volume Number | Name | Description | Product | Collection Phase | Production Bates Range | Production Number |
|---|---|---|---|---|---|---|---|---|
| | 25 1-1019 | DH0268 | TVT (Tension Free Vaginal Tape) 5 mm Version.pdf | | TVT | DHF Feb 2011 | ETH.MESH.01316727 - ETH.MESH.01316765 | 19 |
| | 25 1-458 | DH0269 | TVT (Tension Free Vaginal Tape).pdf | | TVT | DHF Feb 2011 | ETH.MESH.01317508 - ETH.MESH.01317613 | 19 |
| | 25 1-300 | DH1006 | TVT Base Device Text and Graphics Changes for the Tyvek Lid of Blue TVT Base Device.pdf | | TVT | DHF Feb 2011 | ETH.MESH.00221918 - ETH.MESH.00221996 | 6 |
| | 25 1-2958 | DH1031 | Gynecare TVT - Change to TVT Manufacturing Process to Allow Resterilization of Product.pdf | | TVT | DHF Feb 2011 | ETH.MESH.01316766 - ETH.MESH.01316851 | 19 |
| | 25 1-309 | DHF000015 | TVT 3 Pack (DHF 000015) | | TVT | DHF Feb 2011 | ETH.MESH.03878631 - ETH.MESH.03878675 | 43 |
| DHF000176 | | | TVT Laser Cutting Mesh | | TVT | eDHF Feb 2012 | ETH.MESH.06695228 - ETH.MESH.06698795<br>ETH.MESH.06698830 - ETH.MESH.06698834<br>ETH.MESH.06698857 - ETH.MESH.06698859 | 95 |
| DHF000235 | | | TVT Laser Cut Mesh-3UP | Line Extension of TVT Laser Cut Mesh Product(8300418L). | | eDHF June 2011 | ETH.MESH.00748022 - ETH.MESH.00748057<br>ETH.MESH.01309984 - ETH.MESH.01310080<br>ETH.MESH.01589800 - ETH.MESH.01589802<br>ETH.MESH.01589807 - ETH.MESH.01589811 | 14, 19 |

Pelvic Mesh Litigation: DHF and eDHF Collection and Production

| ID | Title | | | Category | Date | MESH Range | # |
|---|---|---|---|---|---|---|---|
| DHF000467 | China IFU Outsert - Neuchatel - TVT | | | An IFU containing Simplified Chinese is required to meet AQSIQ importation requirements in China. The current supplementary outsert IFU will be updated to include Simplified Chinese. This supplementary IFU will be applied as an outsert in the European Distribution Centre (before shipment to China). This IFU does not replace the primary IFU. This critical and urgent requirement of having an IFU with Simplified Chinese is detailed through the Decree of the State Administration of Quality Supervision, Inspection and Quarantine (AQSIQ) - No. 95. | TVT | eDHF Feb 2012 | ETH.MESH.06697264 - ETH.MESH.06697453 ETH.MESH.06698883 - ETH.MESH.06698885 | 95 |
| DHF000578 | TVT Introducer and Catheter Guide Manufacturing Change | | | The TVT Introducer and Catheter Guide is currently manufactured by Josef in Sweden. Josef will not be continuing the manufacture of these devices going forward. Erchirger out of Germany is now the prime canidate for new production for these devices. | TVT | eDHF Feb 2012 | ETH.MESH.06697454 - ETH.MESH.06698119 ETH.MESH.06698624 - ETH.MESH.06698629 ETH.MESH.06698633 - ETH.MESH.06698653 ETH.MESH.06698663 - ETH.MESH.06698742 ETH.MESH.06698796 - ETH.MESH.06698803 ETH.MESH.06698813 - ETH.MESH.06698818 ETH.MESH.06698844 - ETH.MESH.06698851 ETH.MESH.06698860 - ETH.MESH.06698870 ETH.MESH.06698886 - ETH.MESH.06698964 | 95 |
| DHF000834 | TVT Device IFU (Instruction for Use Revision) | | | | TVT | eDHF June 2011 | ETH.MESH.00218088 - ETH.MESH.00218100 ETH.MESH.00223778 - ETH.MESH.00223792 ETH.MESH.00748213 - ETH.MESH.00748278 ETH.MESH.01310426 - ETH.MESH.01310482 ETH.MESH.01589783 - ETH.MESH.01589826 | 6,14,19 |



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

CONFIDENTIAL

Pelvic Mesh Litigation: DHF and eDHF Collection and Production

| | | | | | | |
|---|---|---|---|---|---|---|
| DHF000719 | | GYNECARE Mini TVT-O | TVT ABBREVO | TVT Abbrevo | eDHF June 2011 | ETH.MESH.00223588 - ETH.MESH.00223633<br>ETH.MESH.00223793 - ETH.MESH.00223799<br>ETH.MESH.00754439 - ETH.MESH.00754857<br>ETH.MESH.00759086 - ETH.MESH.00759158<br>ETH.MESH.01320389 - ETH.MESH.01320394<br>ETH.MESH.01413955 - ETH.MESH.01419738<br>ETH.MESH.01589884 - ETH.MESH.01590014<br>ETH.MESH.01591876 - ETH.MESH.01591913<br>ETH.MESH.01592339 - ETH.MESH.01592352<br>ETH.MESH.01592399 - ETH.MESH.01592433<br>ETH.MESH.01592438 - ETH.MESH.01592488<br>ETH.MESH.01592496 - ETH.MESH.01592686<br>ETH.MESH.01592696 - ETH.MESH.01592781<br>ETH.MESH.01592791 - ETH.MESH.01592877<br>ETH.MESH.01592881 - ETH.MESH.01593008<br>ETH.MESH.01593255 - ETH.MESH.01593458<br>ETH.MESH.01594249 - ETH.MESH.01594272<br>ETH.MESH.01594413 - ETH.MESH.01594444<br>ETH.MESH.02312660 - ETH.MESH.02313036<br>ETH.MESH.02604374 - ETH.MESH.02604408<br>ETH.MESH.02615220 - ETH.MESH.02615222<br>ETH.MESH.02615240 - ETH.MESH.02615240<br>ETH.MESH.06715145 - ETH.MESH.06715496 | 6, 14, 19, 24,<br>32, 95 |
| DHF000747 | | TVT Retropubic Refresh | | TVT Exact | eDHF June 2011 | ETH.MESH.00223634 - ETH.MESH.00223655<br>ETH.MESH.00223800 - ETH.MESH.00223828<br>ETH.MESH.00754858 - ETH.MESH.00755383<br>ETH.MESH.01419739 - ETH.MESH.01593254<br>ETH.MESH.01593459 - ETH.MESH.01593681<br>ETH.MESH.02313037 - ETH.MESH.02313042<br>ETH.MESH.06715497 - ETH.MESH.06715589 | 6, 14, 19, 24, 95 |
| | 251-3251 | DH0729 | TVT-AA (Abdominal Guides & Couplers) - Design Verifications and Validations.pdf | TVT-AA | | DHF Feb 2011 | ETH.MESH.02222657 - ETH.MESH.02223554 | 22 |
| | 251-3252 | DH0729 | TVT-AA (Abdominal Guides & Couplers) - Final DDSA.pdf | TVT-AA | | DHF Feb 2011 | ETH.MESH.02223555 - ETH.MESH.02225347 | 22 |
| | 251-3119 | DH0522 | Tension-Free Vaginal Tape - Abdominal Approach CE Mark Project.pdf | TVT-AA | | DHF Feb 2011 | ETH.MESH.02221701 - ETH.MESH.02222014 | 22 |
| | 251-323 | DH0581 | CE Mark of GYNECARE TVT - AA Kit.pdf | TVT-AA | | DHF Feb 2011 | ETH.MESH.02222437 - ETH.MESH.02222656 | 22 |
| | 251-321 | DH0583 | TVT AA Kit & TVT AA Tray (81004IA & 810071) Transfer from J-Pac, US to Ethicon SARL, Switzerland - Book 1 of 2.pdf | TVT-AA | | DHF Feb 2011 | ETH.MESH.02222015 - ETH.MESH.02222436 | 22 |
| | 251-3139 | DH0569 | Tension-Free Vaginal Tape (TVT - D) Disposable Introducer and Spacer - Gynecare.pdf | TVT-D | | DHF Feb 2011 | ETH.MESH.03878676 - ETH.MESH.03880729 | 43 |


CONFIDENTIAL

Pelvic Mesh Litigation: DHF and eDHF Collection and Production

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 251-3118 | DH0921 | TVT-L Blue PROLENE Mesh Component(2).pdf | | TVT-L | DHF Feb 2011 | ETH.MESH.01316852 - ETH.MESH.01317179 | 19 |
| | 251-3118 | DH0921 | TVT-L Blue PROLENE Mesh Component.pdf | | TVT-L | DHF Feb 2011 | ETH.MESH.01317180 - ETH.MESH.01317507 | 19 |
| | 251-3118 | DH0921 | TVT-L Blue PROLENE Mesh Component.pdf | | TVT-L | DHF Feb 2011 | ETH.MESH.02608122 - ETH.MESH.02608449 | 32 |
| | 251-290 | DH1019 | Gynecare TVT-O Project Overview Memo, Flowchart, DHCC, Final Drawings, Regulatory, Design ~ 1 of 7.pdf | | TVT-O | DHF Feb 2011 | ETH.MESH.00221997 - ETH.MESH.00222463 | 6 |
| | 251-291 | DH1019 | Gynecare TVT-Obturator Testing Development, Process Development, Design Verification - Book 2 of 7(2).pdf | | TVT-O | DHF Feb 2011 | ETH.MESH.01317769- ETH.MESH.01318358 | 19 |
| | 251-292 | DH1019 | Gynecare TVT-O Biocompatibility Testing, Stability Testing, Packaging Assessment-Qualification ~ 3 of 7.pdf | | TVT-O | DHF Feb 2011 | ETH.MESH.00222464 - ETH.MESH.00222778 | 6 |
| | 251-293 | DH1019 | Gynecare TVT-Obturator Sterilization Validation - Book 4 of 7.pdf | | TVT-O | DHF Feb 2011 | ETH.MESH.01318359 - ETH.MESH.01318831 | 19 |
| | 251-294 | DH1019 | Gynecare TVT-Obturator Design Validation, Clinical Assessment, Design Reviews, Process Reviews, Design Transfer, Meeting ~ Book 5 of 7.pdf | | TVT-O | DHF Feb 2011 | ETH.MESH.00222779 - ETH.MESH.00223267 | 6 |
| | 251-295 | DH1019 | Gynecare TVT-Obturator Helical Passers + Winged Guide - Process Validation Strategy and Process Documentation - Book 6 of 7.pdf: | | TVT-O | DHF Feb 2011 | ETH.MESH.01318832 - ETH.MESH.01319499 | 19 |
| | 251-296 | DH1019 | Gynecare TVT-O Medilline (Plastic Tube and Mesh Attachment) - Process Validation Strategy and Process Documentation - 7 of 7.pdf | | TVT-O | DHF Feb 2011 | ETH.MESH.01319500 - ETH.MESH.01320123 | 19 |
| DF-F0000110 | | | TVT Obturator IFU Change | Make changes to text of Instructions for Use (IFU) for TVT Obturator (TVT-O) to clarify but not change surgical instructions. | TVT-O | eDHF June 2011 | ETH.MESH.00218079 - ETH.MESH.00218087 ETH.MESH.00747987 - ETH.MESH.00748021 ETH.MESH.00759077 - ETH.MESH.00759081 ETH.MESH.01309905 - ETH.MESH.01309983 ETH.MESH.01589788 - ETH.MESH.01589789 ETH.MESH.02312289 - ETH.MESH.02312299 ETH.MESH.00218079 - ETH.MESH.00218087 ETH.MESH.00747987 - ETH.MESH.00748021 ETH.MESH.00759077 - ETH.MESH.00750981 ETH.MESH.01309905 - ETH.MESH.01309983 ETH.MESH.01589788 - ETH.MESH.01589789 ETH.MESH.02312289 - ETH.MESH.02312299 | 6, 14, 19, 24 |



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

CONFIDENTIAL

Pelvic Mesh Litigation: DHF and eDHF Collection and Production

| | | | | | |
|---|---|---|---|---|---|
| DHF000465 | | | China IFU Outsert - Neuchatel - TVT O | An IFU containing Simplified Chinese is required to meet AQSIQ Importation requirements in China. The current supplementary outsert IFU will be updated to include Simplified Chinese. This supplementary IFU will be applied as an outsert in the European Distribution Centre (before shipment to China). This IFU does not replace the primary IFU. This critical and urgent requirement of having an IFU with Simplified Chinese is detailed through the Decree of the State Administration of Quality Supervision, Inspection and Quarantine (AQSIQ) - No. 95. | TVT-O | eDHF Feb 2012 | ETH.MESH.06696844 - ETH.MESH.06697061 ETH.MESH.06698827 - ETH.MESH.06698829 | 95 |
| DHF000662 | | | TVT-O Needle Material Change | The TVT-O needle material is changeing from Finathene 6006 HDPE to Purell PE GF4750 HDPE because the manufacture has discontined production of the Finathene material. | TVT-O | eDHF June 2011 | ETH.MESH.00754305 - ETH.MESH.00754433 ETH.MESH.01413117 - ETH.MESH.01413760 ETH.MESH.01592336 - ETH.MESH.01592338 ETH.MESH.01592353 - ETH.MESH.01592371 ETH.MESH.06714731 - ETH.MESH.06714745 | 14,19, 95 |
| DHF000671 | | | TVT-O Data Matrix Change | Change of product code datamatrix content by removing the end extra-character on P18040;8100B1 Tyvek Lid, P18041;8100B1L Tyvek Lid and P18081;8100BL Carton. | TVT-O | eDHF June 2011 | ETH.MESH.00748165 - ETH.MESH.00748184 ETH.MESH.01310362 - ETH.MESH.01310388 ETH.MESH.01589797 - ETH.MESH.01589799 | 14,19 |
| DHF000842 | | | MDD Revision 2007/47 - Neuchatel (TVT Obturator) | Update of the Instructions for Use (IFU) for TVT Obturator, Prosima, Prolift, and Prolift +M. These products are manufactured at ETHICON Sarl, Neuchatel, Switzerland. This eDHF covers the requirement for ETHICON to update all IFUs relevant to the product lines with a Risk of Reuse statement (per Council Directive 2007-47). | TVT-O | eDHF June 2011 | ETH.MESH.00218101 - ETH.MESH.00218102 ETH.MESH.00748279 - ETH.MESH.00748309 ETH.MESH.01310483 - ETH.MESH.01310577 ETH.MESH.01589677 - ETH.MESH.01589679 | 6, 14, 19 |



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

CONFIDENTIAL

Case 2:12-md-02327 Document 639-19 Filed 06/11/13 Page 8 of 9 PageID #: 7560

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Pelvic Mesh Litigation: DHF and eDHF Collection and Production

| DHF000120 | TVT SECUR | Please reference the Table of Content for the TVT SECUR e-DHF contained in OTHER0000457 for an Index of documentation contained within this DHF as it relates to critical Design Control categories. | TVT-S | eDHF June 2011 | ETH.MESH.00223393 - ETH.MESH.00223585<br>ETH.MESH.00752859 - ETH.MESH.00753374<br>ETH.MESH.00759119 - ETH.MESH.00759119<br>ETH.MESH.00759159 - ETH.MESH.00759161<br>ETH.MESH.01407509 - ETH.MESH.01410087<br>ETH.MESH.01591914 - ETH.MESH.01592202<br>ETH.MESH.01592245 - ETH.MESH.01592273<br>ETH.MESH.01594273 - ETH.MESH.01594412<br>ETH.MESH.01594445 - ETH.MESH.01594780<br>ETH.MESH.02312487 - ETH.MESH.02312659<br>ETH.MESH.06703947 - ETH.MESH.06708058<br>ETH.MESH.06716925 - ETH.MESH.06716930<br>ETH.MESH.06717050 - ETH.MESH.06717063<br>ETH.MESH.06717216 - ETH.MESH.06717225<br>ETH.MESH.06717623 - ETH.MESH.06717697<br>ETH.MESH.06717807 - ETH.MESH.06717814<br>ETH.MESH.06717931 - ETH.MESH.06717950<br>ETH.MESH.06717954 - ETH.MESH.06718174 | 6,14,19,24, 95 |


CONFIDENTIAL

6/1/2013

Pelvic Mesh Litigation: DHF and eDHF Collection and Production

| DHF000319 | TVT SECUR Cancelled Transfer to Sored / Drawing Update | The TVT-S drawing update manifested itself from the now cancelled TVT Sored-Transfer Project. Dimensional evaluations during the project resulted in some minor drawing updates to provide clarity while maintaining design intent. On the Release Wire drawing P20022 a JEB manufacturing JIG number was added to the notes section as well as a note locating the weld spot. On drawing P20020 a welded view was added for clarity to supplement a stamped view as well as (3) additional reference dimensions. Finally (2) non-critical tolerances (which are driven by referenced curvature angles) were slightly modified to aide in the manufacturability of the device. Also documented in Design History File (000319) is the JEB Process Change for the grinding of the TVT-Secur Release Wire Tip. This process change is transparent to the end user and requires no drawing modifications. | TVT-S | eDHF June 2011 | ETH.MESH.00748059 - ETH.MESH.00748084 ETH.MESH.01310089 - ETH.MESH.01310116 ETH.MESH.01589663 - ETH.MESH.01589676 ETH.MESH.01589680 - ETH.MESH.01589690 | 14, 19 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY


CONFIDENTIAL