# EXHIBIT X

LAW OFFICES
# WAGSTAFF & CARTMELL LLP

| | | |
|---|---|---|
| THOMAS W. WAGSTAFF<br>THOMAS P. CARTMELL<br>MARC K. ERICKSON<br>JONATHAN P. KIEFFER<br>THOMAS L. WAGSTAFF**<br>ERIC D. BARTON†††<br>BRIAN J. MADDEN<br>JEFFREY M. KUNTZ<br>THOMAS J. PREUSS<br>THOMAS A. ROTTINGHAUS | 4740 GRAND AVENUE – SUITE 300<br>KANSAS CITY, MISSOURI 64112<br><br>(816) 701-1100<br>FAX (816) 531-2372 | TYLER W. HUDSON****†<br>DIANE K. WATKINS***<br>BRANDON D. HENRY<br>SARAH B. RUANE<br>CHRISTOPHER L. SCHNIEDERS††<br>VANESSA H. GROSS<br>ADAM S. DAVIS<br>JACK T. HYDE Δ<br>DAVID M. MCMASTER*<br>JOAN D. TOOMEY<br>ANDREW N. FAES Δ<br>ASHLEY D. DOPITA* |
| JOHN P. O'CONNOR Δ †<br>P.J. O'CONNOR Δ †<br>DANIEL LOBDELL Δ† | ADMITTED IN MISSOURI AND KANSAS<br>Δ ADMITTED IN MISSOURI<br>*ADMITTED IN KANSAS<br>**ADMITTED IN MISSOURI, KANSAS AND ARKANSAS<br>***ADMITTED IN MISSOURI, KANSAS AND COLORADO<br>††ADMITTED IN MISSOURI, KANSAS AND ILLINOIS<br>****ADMITTED IN MISSOURI, KANSAS AND<br>DISTRICT OF COLUMBIA<br>†††ADMITTED IN MISSOURI, KANSAS AND UTAH<br>†OF COUNSEL | SCOTT M. CROCKETT†<br>PHILLIP P. ASHLEY*†<br>DARYL J. DOUGLAS Δ† |

May 24, 2013

**Via e-mail only**
Kari Sutherland
Butler Snow
PO Box 6010
Ridgeland, MS 39158

RE:    **TVM Litigation – Imaging problems with production 124**
        Our file: 430-2000

Dear Ms. Sutherland:

I am writing regarding imaging problems with production 124. Approximately one third of this production is unreadable due to obscured or overlaid text throughout the documents. The documents will have to be re-produced to us in a readable format as soon as possible. We will need to have them reproduced no later than May 31, 2012, as many of these documents will be required for the 30(b)(6) deposition that is scheduled to continue on June 4 and 5. I note that we have also encountered similar issues with productions 122 and 123, but I will address those issues under separate cover. The bates numbers for the documents from production 124 which have imaging problems appear below:

| |
|---|
| ETH.MESH.08443314 |
| ETH.MESH.08443365 |
| ETH.MESH.08443395 |
| ETH.MESH.08443424 |
| ETH.MESH.08443577 |
| ETH.MESH.08443611 |
| ETH.MESH.08443640 |
| ETH.MESH.08443730 |
| ETH.MESH.08443850 |

Kari Sutherland
May 24, 2013
Page 2

| |
|---|
| ETH.MESH.08443968 |
| ETH.MESH.08444088 |
| ETH.MESH.08444208 |
| ETH.MESH.08444327 |
| ETH.MESH.08444446 |
| ETH.MESH.08444565 |
| ETH.MESH.08444684 |
| ETH.MESH.08444803 |
| ETH.MESH.08444921 |
| ETH.MESH.08445041 |
| ETH.MESH.08445162 |
| ETH.MESH.08445257 |
| ETH.MESH.08445379 |
| ETH.MESH.08445500 |
| ETH.MESH.08445618 |
| ETH.MESH.08445721 |
| ETH.MESH.08445833 |
| ETH.MESH.08445955 |
| ETH.MESH.08446077 |
| ETH.MESH.08446199 |
| ETH.MESH.08446321 |
| ETH.MESH.08446443 |
| ETH.MESH.08446599 |
| ETH.MESH.08446604 |
| ETH.MESH.08446609 |
| ETH.MESH.08446615 |
| ETH.MESH.08446618 |
| ETH.MESH.08446645 |
| ETH.MESH.08446658 |
| ETH.MESH.08446661 |
| ETH.MESH.08446668 |
| ETH.MESH.08446676 |
| ETH.MESH.08446689 |
| ETH.MESH.08447217 |
| ETH.MESH.08447248 |
| ETH.MESH.08447262 |
| ETH.MESH.08447368 |
| ETH.MESH.08447397 |
| ETH.MESH.08447418 |
| ETH.MESH.08447439 |
| ETH.MESH.08447463 |

Kari Sutherland
May 24, 2013
Page 3

| |
|---|
| ETH.MESH.08447487 |
| ETH.MESH.08447514 |
| ETH.MESH.08447517 |
| ETH.MESH.08447881 |
| ETH.MESH.08447905 |
| ETH.MESH.08447929 |
| ETH.MESH.08447953 |
| ETH.MESH.08447983 |
| ETH.MESH.08447998 |
| ETH.MESH.08448013 |
| ETH.MESH.08448028 |
| ETH.MESH.08448043 |
| ETH.MESH.08448065 |
| ETH.MESH.08448091 |
| ETH.MESH.08448114 |
| ETH.MESH.08448119 |
| ETH.MESH.08448122 |
| ETH.MESH.08448127 |
| ETH.MESH.08448130 |
| ETH.MESH.08448146 |
| ETH.MESH.08448153 |
| ETH.MESH.08448160 |
| ETH.MESH.08448163 |
| ETH.MESH.08448169 |
| ETH.MESH.08448172 |
| ETH.MESH.08448187 |
| ETH.MESH.08448222 |
| ETH.MESH.08448254 |
| ETH.MESH.08448257 |
| ETH.MESH.08448290 |
| ETH.MESH.08448320 |
| ETH.MESH.08448323 |
| ETH.MESH.08448389 |
| ETH.MESH.08448405 |
| ETH.MESH.08448423 |
| ETH.MESH.08448437 |
| ETH.MESH.08448451 |
| ETH.MESH.08448471 |
| ETH.MESH.08448489 |
| ETH.MESH.08448531 |
| ETH.MESH.08448533 |

Kari Sutherland
May 24, 2013
Page 4

| |
|---|
| ETH.MESH.08448534 |
| ETH.MESH.08448537 |
| ETH.MESH.08448538 |
| ETH.MESH.08448597 |
| ETH.MESH.08448659 |
| ETH.MESH.08448936 |
| ETH.MESH.08448951 |
| ETH.MESH.08449264 |
| ETH.MESH.08449283 |
| ETH.MESH.08449302 |
| ETH.MESH.08449321 |
| ETH.MESH.08449333 |
| ETH.MESH.08449346 |
| ETH.MESH.08449365 |
| ETH.MESH.08449378 |
| ETH.MESH.08449391 |
| ETH.MESH.08449416 |
| ETH.MESH.08449423 |
| ETH.MESH.08449430 |
| ETH.MESH.08449441 |
| ETH.MESH.08449444 |
| ETH.MESH.08449447 |
| ETH.MESH.08449454 |
| ETH.MESH.08449459 |
| ETH.MESH.08449462 |
| ETH.MESH.08449465 |
| ETH.MESH.08449473 |
| ETH.MESH.08449484 |
| ETH.MESH.08449488 |
| ETH.MESH.08449503 |
| ETH.MESH.08449506 |
| ETH.MESH.08449509 |
| ETH.MESH.08449512 |
| ETH.MESH.08449515 |
| ETH.MESH.08449525 |
| ETH.MESH.08449542 |
| ETH.MESH.08449556 |
| ETH.MESH.08449561 |
| ETH.MESH.08449616 |
| ETH.MESH.08449626 |
| ETH.MESH.08449664 |

Kari Sutherland
May 24, 2013
Page 5

| |
|---|
| ETH.MESH.08449775 |
| ETH.MESH.08450209 |
| ETH.MESH.08450224 |
| ETH.MESH.08450239 |
| ETH.MESH.08450254 |
| ETH.MESH.08450269 |
| ETH.MESH.08450335 |
| ETH.MESH.08450340 |
| ETH.MESH.08450343 |
| ETH.MESH.08450348 |
| ETH.MESH.08450351 |
| ETH.MESH.08450367 |
| ETH.MESH.08450374 |
| ETH.MESH.08450381 |
| ETH.MESH.08450384 |
| ETH.MESH.08450390 |
| ETH.MESH.08450393 |
| ETH.MESH.08450408 |
| ETH.MESH.08450443 |
| ETH.MESH.08450475 |
| ETH.MESH.08450478 |
| ETH.MESH.08450511 |
| ETH.MESH.08450541 |
| ETH.MESH.08450544 |

Very truly yours,

/s/ Andrew N. Faes

Andrew N. Faes

ANF/bh
cc: Ben Watson
 Christy Jones
 Donna Jacobs
 Bryan Aylstock
 Renee Baggett

LAW OFFICES
# WAGSTAFF & CARTMELL LLP

| | | |
|---|---|---|
| THOMAS W. WAGSTAFF<br>THOMAS P. CARTMELL<br>MARC K. ERICKSON<br>JONATHAN P. KIEFFER<br>THOMAS L. WAGSTAFF**<br>ERIC D. BARTON†††<br>BRIAN J. MADDEN<br>JEFFREY M. KUNTZ<br>THOMAS J. PREUSS<br>THOMAS A. ROTTINGHAUS | 4740 GRAND AVENUE – SUITE 300<br>KANSAS CITY, MISSOURI 64112<br><br>(816) 701-1100<br>FAX (816) 531-2372 | TYLER W. HUDSON****†<br>DIANE K. WATKINS***<br>BRANDON D. HENRY<br>SARAH B. RUANE<br>CHRISTOPHER L. SCHNIEDERS††<br>VANESSA H. GROSS<br>ADAM S. DAVIS<br>JACK T. HYDE Δ<br>DAVID M. MCMASTER*<br>JOAN D. TOOMEY<br>ANDREW N. FAES Δ<br>ASHLEY D. DOPITA* |
| JOHN P. O'CONNOR Δ †<br>P.J. O'CONNOR Δ †<br>DANIEL LOBDELL Δ† | ADMITTED IN MISSOURI AND KANSAS<br>Δ ADMITTED IN MISSOURI<br>*ADMITTED IN KANSAS<br>**ADMITTED IN MISSOURI, KANSAS AND ARKANSAS<br>***ADMITTED IN MISSOURI, KANSAS AND COLORADO<br>††ADMITTED IN MISSOURI, KANSAS AND ILLINOIS<br>****ADMITTED IN MISSOURI, KANSAS AND<br>DISTRICT OF COLUMBIA<br>†††ADMITTED IN MISSOURI, KANSAS AND UTAH<br>†OF COUNSEL | SCOTT M. CROCKETT†<br>PHILLIP P. ASHLEY*†<br>DARYL J. DOUGLAS Δ† |

June 05, 2013

**Via e-mail only**
Ben Watson
Butler Snow
PO Box 6010
Ridgeland, MS 39158

**RE:   Ethicon MDL – Imaging problems with production 122**
   Our file: 430-2000

Dear Mr. Watson:

I am writing regarding imaging problems with production 122. Approximately 39 documents in this production are unreadable due to obscured or overlaid text throughout the documents. The documents will have to be re-produced to us in a readable format as soon as possible. The bates numbers for the documents from production 122 which have imaging problems appear below:

| |
|---|
| ETH.MESH.08435034 - ETH.MESH.08435038 |
| ETH.MESH.08435043 - ETH.MESH.08435050 |
| ETH.MESH.08435056 - ETH.MESH.08435063 |
| ETH.MESH.08435074 - ETH.MESH.08435078 |
| ETH.MESH.08435079 - ETH.MESH.08435087 |
| ETH.MESH.08435088 - ETH.MESH.08435089 |
| ETH.MESH.08435090 - ETH.MESH.08435097 |
| ETH.MESH.08435098 - ETH.MESH.08435100 |
| ETH.MESH.08435145 - ETH.MESH.08435159 |
| ETH.MESH.08435160 - ETH.MESH.08435174 |
| ETH.MESH.08436076 - ETH.MESH.08436092 |

Ben Watson
June 5, 2013
Page 2

| |
|---|
| ETH.MESH.08436093 - ETH.MESH.08436109 |
| ETH.MESH.08436110 - ETH.MESH.08436127 |
| ETH.MESH.08436128 - ETH.MESH.08436146 |
| ETH.MESH.08436147 - ETH.MESH.08436165 |
| ETH.MESH.08436166 - ETH.MESH.08436184 |
| ETH.MESH.08436185 - ETH.MESH.08436203 |
| ETH.MESH.08436204 - ETH.MESH.08436224 |
| ETH.MESH.08436225 - ETH.MESH.08436229 |
| ETH.MESH.08436230 - ETH.MESH.08436236 |
| ETH.MESH.08436237 - ETH.MESH.08436243 |
| ETH.MESH.08436244 - ETH.MESH.08436248 |
| ETH.MESH.08436249 - ETH.MESH.08436255 |
| ETH.MESH.08436393 - ETH.MESH.08436425 |
| ETH.MESH.08436426 - ETH.MESH.08436458 |
| ETH.MESH.08436459 - ETH.MESH.08436488 |
| ETH.MESH.08438220 - ETH.MESH.08438223 |
| ETH.MESH.08438603 - ETH.MESH.08438629 |
| ETH.MESH.08438630 - ETH.MESH.08438654 |
| ETH.MESH.08438655 - ETH.MESH.08438680 |
| ETH.MESH.08438681 - ETH.MESH.08438705 |
| ETH.MESH.08438706 - ETH.MESH.08438739 |
| ETH.MESH.08438740 - ETH.MESH.08438765 |
| ETH.MESH.08438766 - ETH.MESH.08438791 |
| ETH.MESH.08438792 - ETH.MESH.08438816 |
| ETH.MESH.08438817 - ETH.MESH.08438842 |
| ETH.MESH.08438843 - ETH.MESH.08438868 |
| ETH.MESH.08438888 - ETH.MESH.08438914 |
| ETH.MESH.08438915 - ETH.MESH.08438942 |

Very truly yours,

/s/ Andrew N. Faes

Andrew N. Faes

ANF/bh

cc: Christy Jones
Donna Jacobs
Bryan Aylstock
Renee Baggett
Tom Cartmell