# EXHIBIT Y

# Andrew N. Faes

| | |
|---|---|
| **From:** | Tom P. Cartmell |
| **Sent:** | Friday, April 26, 2013 3:11 PM |
| **To:** | Ben Watson; Phil Combs; Maha Kabbash |
| **Cc:** | Donna Jacobs; Renee Baggett; Bryan Aylstock; Andrew N. Faes; Michelle Goldwasser; Joe Zonies; David Thomas |
| **Subject:** | RE: Production of Policy before Ms. Lin's deposition |

Thanks. My comment about funny business has to do with policies being named differently, about only getting some of the policies and partial lists of the policies, about not getting any dates of policies, no dates of revisions for any policies and the fact that your witnesses all say that this is easily obtained! Did you seriously think we weren't entitled to the dates of the policies and the revisions? It's just hard to believe Surely, you can understand the EXTREME frustration when we are now months and month after all this stuff should have been produced and we still don't have it for the depositions we are trying to prepare for? I would think giving the "whole list" rather than just the "partial list" might be a little more transparent. Can we get the whole list?

**Thomas P. Cartmell**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
http://www.wagstaffcartmell.com

---

**From:** Ben Watson [mailto:Ben.Watson@butlersnow.com]
**Sent:** Friday, April 26, 2013 2:47 PM
**To:** Tom P. Cartmell; Phil Combs; Maha Kabbash
**Cc:** Donna Jacobs; Renee Baggett; Bryan Aylstock; Andrew N. Faes; Michelle Goldwasser; Joe Zonies; David Thomas
**Subject:** RE: Production of Policy before Ms. Lin's deposition

Tom,

Since your request on Wednesday, we have looked into the historical versions of the Copy Approval and Claim Approval procedures. For Copy Approval, of the 8 revisions, you already them except for version 2 and a final copy of version 7. Those are both attached as well as what looks to be either a draft or modified version 8. They are stamped confidential and are being produced pursuant to the Protective Order. We will ultimately send them out under the ESI protocol in a future production. As for the others, the bates stamps where they have been previously produced to you are as follows:

| 1 Copy Review | ETH.MESH.06034548 | ETH.MESH.06034555 |
|---|---|---|
| 3 Copy Review | ETH.MESH.03456681 | ETH.MESH.03456696 |
| 4 Copy Review | ETH.MESH.00983775 | ETH.MESH.00983792 |
| 5 Copy Review | ETH.MESH.00093575 | ETH.MESH.00093588 |
| 6 Copy Review | ETH.MESH.03475340 | ETH.MESH.03475354 |
| 7 Copy Review | ETH.MESH.07721590 | ETH.MESH.07721615 |
| 8 Copy Review | ETH.MESH.04927408 | ETH.MESH.04927424 |

1

As for the Claim Approval procedure, we are still looking into what revision history there is and will get back to you early next week.

As for your statement below about "funny business," that is uncalled for. We have never told you that we could not get you historical versions. It can be done in most circumstances, but it does take time. For a few documents, it is a manageable undertaking, for a larger number of documents, it is more difficult.

As far as the spreadsheet that was circulated to you, my recollection is that Chad told you in his letter that it was a partial list. I'm not sure how we could be more transparent about that.

**From:** Tom P. Cartmell [mailto:tcartmell@wcllp.com]
**Sent:** Friday, April 26, 2013 9:45 AM
**To:** Phil Combs; Maha Kabbash
**Cc:** Donna Jacobs; Renee Baggett; Bryan Aylstock; Andrew N. Faes; Michelle Goldwasser; Joe Zonies; Ben Watson; David Thomas; Tom P. Cartmell
**Subject:** RE: Production of Policy before Ms. Lin's deposition

Phil:

Just so you know, we have reason to seriously question the accuracy of the spreadsheet you provided related to these SOPs. For instance, the labeling policy we have, OP608-012 is not even on the spreadsheet you provided us and there is a policy on there with that #, but is listed as a quality assurance audit policy. It is becoming increasingly obvious that there is funny business going on. Also, I'm told that Bryan Lisa testified yesterday that the SOPs with the complete revision history is easily accessible. As you know, Ms. Lin said the same thing. If we can't get these policies right away, we intend to file something with the Court. Thanks.

**Thomas P. Cartmell**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
http://www.wagstaffcartmell.com

**From:** Phil Combs [mailto:PCombs@tcspllc.com]
**Sent:** Wednesday, April 24, 2013 11:22 AM
**To:** Tom P. Cartmell; 'Kabbash, Maha'
**Cc:** Donna Jacobs; Renee Baggett; Bryan Aylstock; Andrew N. Faes; Michelle Goldwasser; Joe Zonies; Ben Watson (Ben.Watson@butlersnow.com); David Thomas
**Subject:** RE: Production of Policy before Ms. Lin's deposition

Tom: I am not in the office this week but have forwarded your request to Ben Watson. We will get back to you on this and advise of the status.

**From:** Tom P. Cartmell [mailto:tcartmell@wcllp.com]
**Sent:** Wednesday, April 24, 2013 11:21 AM
**To:** Tom P. Cartmell; Phil Combs; 'Kabbash, Maha'
**Cc:** Donna Jacobs; Renee Baggett; Bryan Aylstock; Andrew N. Faes; Michelle Goldwasser; Joe Zonies
**Subject:** RE: Production of Policy before Ms. Lin's deposition

2

Phil:

I've attached another procedure that we would like all versions produced before Ms. Lin's deposition. This policy has the same policy #, but deals with claims rather than copy approval. Let us know if you cannot produce this before Ms. Lin's deposition right away. Thanks.

**Thomas P. Cartmell**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
http://www.wagstaffcartmell.com

**From:** Tom P. Cartmell
**Sent:** Wednesday, April 24, 2013 10:01 AM
**To:** 'PCombs@tcspllc.com'; 'Kabbash, Maha'
**Cc:** Donna Jacobs; Renee Baggett; Bryan Aylstock; Andrew N. Faes; Tom P. Cartmell; Michelle Goldwasser; Joe Zonies
**Subject:**

Phil:

Will you please produce the attached policy with the complete revision history, including dates of the revisions, and a copy of each version of this procedure in effect during the life of the TVT products before Susan Lin's deposition next week. As you know, Ms. Lin testified that this information is available to the company and was unable to explain why this information was not produced. There might be some other SOPs that we will want produced in full before the deposition, and I will let you know about others as soon as possible. Thanks. Tom

**Thomas P. Cartmell**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
http://www.wagstaffcartmell.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.