# EXHIBIT AA

# Andrew N. Faes

| | |
|---|---|
| **From:** | Andrew N. Faes |
| **Sent:** | Sunday, June 02, 2013 2:04 PM |
| **To:** | 'Ben Watson' |
| **Cc:** | Tom P. Cartmell; Bryan Aylstock; 'Renee Baggett'; Chad Hutchinson; Phil Combs (PCombs@tcspllc.com) |
| **Subject:** | PR800-011 |

Mr. Watson:

According to the date revision history you provided for PR800-011 on Friday, the earliest version of that policy- revision 1, was in effect from 04-09-2002 through 04-09-2002. Revision 1 makes it pretty clear that PR800-011 is replacing a previous set of Design Control documents which are not specifically identified. We need the version of those Design Control documents that were in place at the time of the development and clearance of the TVT classic, as well as any revisions of that policy that were made in the interim before the start of the 30b6 continuation on Tuesday.

Thanks

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176

Fax 816-531-2372
afaes@wcllp.com

http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call 816-701-1176.

**From:** Andrew N. Faes
**Sent:** Saturday, June 01, 2013 8:12 PM
**To:** 'Ben Watson'
**Cc:** Tom P. Cartmell; Bryan Aylstock; 'Renee Baggett'; Chad Hutchinson; Phil Combs (PCombs@tcspllc.com)
**Subject:** Production 128

Mr. Watson:

Regarding production 128, there are a number of documents in that production with imaging problems/missing text that will need to be reproduced similar to productions 122-124. I will get you a full list of those documents shortly but I want to specifically request eth.mesh.08477448 now, which I believe is revision 6 for PR800-011; I am unable to determine that for certain due to much of the text being obscured. That document is urgently needed. Can we please get that reproduced or sent in an e-mail right away?

Additionally, revisions 1-5 of PR800-011 all reference 5 different appendices. I have found a set of 5 appendices that relate to PR800-011 within production 128, However, there appears to be only 1 set of them. Can you confirm for me that the appendices for PR800-011 never changed during the effective dates of revisions 1-5? If not, please let me know which version of PR800-011 the 5 appendices that were produced apply to and please produce the other 4 sets right away.

Thanks

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176

Fax 816-531-2372
afaes@wcllp.com

http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call 816-701-1176.

**From:** Ben Watson [mailto:Ben.Watson@butlersnow.com]
**Sent:** Thursday, May 30, 2013 8:49 PM
**To:** Andrew N. Faes
**Cc:** Tom P. Cartmell
**Subject:** RE: PR602-003 revision 6

Andrew,

I'm checking on these appendices.

Also, the SOPs you requested on Tuesday and yesterday are in Production 128 that was just sent to you.

Thanks.

**From:** Andrew N. Faes [mailto:afaes@wcllp.com]
**Sent:** Thursday, May 30, 2013 4:04 PM

2

**To:** Ben Watson
**Cc:** Tom P. Cartmell
**Subject:** PR602-003 revision 6

Mr. Watson

Version 6 of PR6002-003 references 10 different appendices. We have been unable to locate them within the productions. I suspect it may be included in one of the productions that contained high numbers of documents with image problems. I realize you just made a production today, but it will take some time to process that production and we really need those appendices right away. Would it be possible to have that sent to us today?


Thanks
**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176
Fax 816-531-2372
afaes@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call 816-701-1176.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.