# EXHIBIT EE
## TO BE FILED LATER UNDER SEAL