# EXHIBIT FF

# Renee Baggett

| | |
|---|---|
| **From:** | Bryan Aylstock |
| **Sent:** | Monday, May 13, 2013 8:24 AM |
| **To:** | Ben Watson |
| **Cc:** | 'Tom P. Cartmell'; Renee Baggett; Donna Jacobs |
| **Subject:** | RE: Tvt physician education videos and professional Ed decks |

Thanks Ben, looking forward to nailing this one down.

**From:** Ben Watson [mailto:Ben.Watson@butlersnow.com]
**Sent:** Friday, May 10, 2013 5:30 PM
**To:** Bryan Aylstock
**Cc:** 'Tom P. Cartmell'; Renee Baggett; Donna Jacobs
**Subject:** RE: Tvt physician education videos and professional Ed decks

Bryan,

I am working on finalizing the details, but I believe that everything we have has been produced. I will get you a formal response on Monday or Tuesday that tells you where to find them.

Thanks.

**From:** Bryan Aylstock [mailto:BAylstock@awkolaw.com]
**Sent:** Thursday, May 09, 2013 10:42 AM
**To:** Ben Watson
**Cc:** 'Tom P. Cartmell'; Renee Baggett; Donna Jacobs
**Subject:** RE: Tvt physician education videos and professional Ed decks

Ben,

Any update here on the registry data? I didn't see any response but may have missed it. If we can't get a response this week that all have been produced we will be filing a motion with the Court. We simply cannot wait any longer with the depositions upcoming.

Thanks,
bryan

**From:** Bryan Aylstock
**Sent:** Monday, April 22, 2013 11:08 AM
**To:** 'Ben Watson'
**Cc:** Tom P. Cartmell; Renee Baggett
**Subject:** RE: Tvt physician education videos and professional Ed decks

Thanks Ben,

While you're checking can you also confirm that you have produced all the of the materials involving any and all TVT registries, both foreign and domestic, and if so in what productions they are contained?

Best,
bryan

**From:** Ben Watson [mailto:Ben.Watson@butlersnow.com]
**Sent:** Monday, April 22, 2013 7:54 AM
**To:** Bryan Aylstock
**Cc:** Tom P. Cartmell; Renee Baggett
**Subject:** RE: Tvt physician education videos and professional Ed decks

Bryan,

I've had someone gathering the information on this and should be able to let you know by the end of the day.

Thanks.

---

**From:** Bryan Aylstock [mailto:BAylstock@awkolaw.com]
**Sent:** Friday, April 19, 2013 11:32 AM
**To:** Ben Watson
**Cc:** Tom P. Cartmell; Renee Baggett
**Subject:** RE: Tvt physician education videos and professional Ed decks

Ben,

Know we're all busy but with depos coming up we need this soon.  Can you please follow up?

Thanks!
bryan

---

**From:** Ben Watson [mailto:Ben.Watson@butlersnow.com]
**Sent:** Tuesday, April 16, 2013 10:28 AM
**To:** Bryan Aylstock
**Cc:** Tom P. Cartmell; Renee Baggett
**Subject:** RE: Tvt physician education videos and professional Ed decks

Let me get the specifics and I'll get back to you as quickly as I can.

---

**From:** Bryan Aylstock [mailto:BAylstock@awkolaw.com]
**Sent:** Tuesday, April 16, 2013 7:45 AM
**To:** Ben Watson
**Cc:** Tom P. Cartmell; Renee Baggett
**Subject:** Tvt physician education videos and professional Ed decks

Ben
Can you please confirm all these have been produced for all tvt products as well as prosima and let us know which production they are in?
Thanks
Bryan

*Sent from my Verizon Wireless 4G LTE DROID*

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.