# EXHIBIT GG

May 22, 2013

```
 1              SUPERIOR COURT OF NEW JERSEY
 2            LAW DIVISION - ATLANTIC COUNTY
 3
 4                      - - -
                                              :CASE NO.
 5                                            :291 CT
     IN RE:                                   :
 6   PELVIC MESH/GYNECARE LITIGATION          :MASTER CASE
                                              :6341-10
 7                                            :
                                              :
 8
 9                      - - -
10                  May 22, 2013
11                      - - -
12           Transcript of the case management
13   conference in the above-captioned matter, taken by
14   KIMBERLY A. CAHILL, a Federally Approved Registered
15   Merit Reporter, Certified Court Reporter, and Notary
16   Public for the State of New Jersey, held at Atlantic
17   City Courthouse, 1201 Bacharach Boulevard, New
18   Jersey, on the above date, commencing at
19   approximately 1:21 p.m.
20
21                      - - -
22
23           GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph|917.591.5672 fax
24                 deps@golkow.com
25
```

```
 1              What I will tell you is that, up
 2   until yesterday, nobody contacted me about the
 3   depositions I requested.  I had -- and only after I
 4   unilaterally noticed depositions that had been
 5   ignored -- and I didn't notice all 20 that I
 6   requested on March 20th.  I sat down with Adam.  I
 7   sat down with people from the MDL and I said, well,
 8   here's some people that we think are a priority for
 9   us, let's get them noticed.
10              And I noticed a dep -- and I noticed
11   the depositions for eight witnesses for New Jersey
12   depositions that we wanted to take.  I got no
13   response until yesterday, at which point I said -- I
14   was told, we're going to get back to you.
15              The only -- the only notice I
16   received was for one of our witnesses, we were told
17   just a week ago that she's not in the country, she's
18   no longer an employee and you're going to have to go
19   through the Hague if you want her.
20              Why they couldn't have told me that
21   March 20th, when I first requested her deposition,
22   is beyond me, but I wasn't notified about that until
23   very recently.
24              The other issue -- and this is a huge
25   issue, Your Honor -- is that -- I mean, you just
```

```
 1   said it.  You've produced over a million pages of
 2   TVT documents in the past month.  There is so much
 3   that we don't have on TVT and one of the big -- one
 4   of the big examples, which is going to be critical
 5   to our experts in this case, is the registry
 6   information.
 7               There were -- there are -- and they
 8   don't deny it -- there is a TVT worldwide registry
 9   with information about -- about well over a thousand
10   patients in it, which has not been produced to us in
11   its entirety.
12               I've requested the SAS data.  I've
13   requested the underlying questionnaires or basically
14   case report form information.  I have not received
15   that.  I have some SAS data, but I do not have a
16   complete production.
17               And I received a very carefully
18   worded letter from defense counsel just a few days
19   ago, basically saying, we have produced everything
20   in our possession, which is very similar to the
21   responses we got about Dr. Lucente when we were
22   arguing about the registry Prolift.
23               It was only after lots of prodding
24   and pushing and an order from this Court that they
25   acknowledged that they needed to go out and actually
```

```
 1   get some of this stuff.  I don't believe we have
 2   complete productions for any of the registries.
 3               Dr. Lucente has a TVT-Secur registry
 4   which he started at the same time as the Prolift
 5   registry.  They have made a production of the
 6   Prolift registry and there is a problem with that,
 7   which I'm not going to -- we're going to address the
 8   problem.  I think it will be addressed, but there
 9   was a problem with the data we received.
10               But I just learned last week that
11   they're telling me that Dr. Lucente has no idea
12   where the TVT-S data is and that it may not even
13   exist anymore, and that the only person who has any
14   knowledge of it was killed in a car accident a
15   couple of weeks ago.
16               Why this wasn't collected two years
17   ago is beyond me.  Why it wasn't collected last year
18   when they were there getting the Prolift data is
19   beyond me.  But they certainly knew that this
20   existed.  I've sent them e-mails where they're
21   discussing it.  It was -- they -- they ended at the
22   same time.  They made payments to him.  He was
23   supposed to write articles about it, but somehow we
24   don't have the TVT-Secur registry data.  And that's
25   not it.  There's other information we still don't
```

```
 1   have.
 2              So, for me, it's -- it's great to
 3   say, yeah, well, now we've done 11 depositions and
 4   we produced another million pages of documents, but
 5   they can't deny that there's been no real focus on
 6   TVT discovery until very recently.  And that was
 7   because the parties were justifiably focused on
 8   Prolift.
 9              You know, there was Prolift, there
10   was Prolift M.  There's discrete time periods; and
11   as Adam said, there's a lot more to learn about the
12   Prolift cases.  There's been one bellwether trial.
13   Defendants aren't stepping forward and saying, let's
14   talk about resolving Prolift cases.  They intend to
15   keep trying Prolift cases.
16              So the fact of the matter is, is that
17   we have other time periods that are relevant to the
18   Prolift.  We have -- particularly, you have, you
19   know, preclearance, postclearance, but we also have
20   another time period, which is what happens when the
21   FDA actually starts issuing warnings, how does that
22   impact everything?
23              So I don't think that we've resolved
24   Prolift because we've tried one Prolift case.  So I
25   don't think there's any harm, particularly when --
```