IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION

                                                          MDL No. 2327

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 52**
**(First Amended Docket Control Order (PTO # 33))**

By PTO # 33, I scheduled the bellwether presentations to the court on July 18, 2013.  *See* ¶ 10.  It is **ORDERED** that the bellwether presentations are rescheduled to **July 25, 2013**, at **10:00 a.m.**  I will notify the parties at the bellwether presentations when I expect to make bellwether selections.

The remainder of PTO # 33 remains in force and effect.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-13700.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial

orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

                ENTER: June 12, 2013

                _____
                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE