LAW OFFICES
# WAGSTAFF & CARTMELL LLP

| | | |
|---|---|---|
| THOMAS W. WAGSTAFF | 4740 GRAND AVENUE – SUITE 300 | TYLER W. HUDSON****† |
| THOMAS P. CARTMELL | KANSAS CITY, MISSOURI 64112 | DIANE K. WATKINS*** |
| MARC K. ERICKSON | | BRANDON D. HENRY |
| JONATHAN P. KIEFFER | (816) 701-1100 | SARAH B. RUANE |
| THOMAS L. WAGSTAFF** | FAX (816) 531-2372 | CHRISTOPHER L. SCHNIEDERS†† |
| ERIC D. BARTON††† | | VANESSA H. GROSS |
| BRIAN J. MADDEN | | ADAM S. DAVIS |
| JEFFREY M. KUNTZ | | JACK T. HYDE ∆ |
| THOMAS J. PREUSS | | DAVID M. MCMASTER* |
| THOMAS A. ROTTINGHAUS | | JOAN D. TOOMEY |
| | | ASHLEY D. DOPITA* |

                  ADMITTED IN MISSOURI AND KANSAS
                    ∆ ADMITTED IN MISSOURI
                      *ADMITTED IN KANSAS
JOHN P. O'CONNOR ∆ †    **ADMITTED IN MISSOURI, KANSAS AND ARKANSAS    SCOTT M. CROCKETT†
P.J. O'CONNOR ∆ †    ***ADMITTED IN MISSOURI, KANSAS AND COLORADO    PHILLIP P. ASHLEY*†
DANIEL LOBDELL ∆†    ††ADMITTED IN MISSOURI, KANSAS AND ILLINOIS    DARYL J. DOUGLAS ∆†
                  ****ADMITTED IN MISSOURI, KANSAS AND
                         DISTRICT OF COLUMBIA
                  †††ADMITTED IN MISSOURI, KANSAS AND UTAH
                         †OF COUNSEL

January 28, 2013

Christy D. Jones
Donna B. Jacobs
Butler Snow
PO Box 6010
Ridgeland, MS 39158

Dear Christy and Donna:

      I hope you are doing well. Please accept this email as plaintiffs' request for depositions and custodial files for the following witnesses:

| | |
|---|---|
| Thomas Barbolt | Kevin Mahar |
| Julie Bird | Paul Parisi |
| Price St. Hilaire | Finley, Scott |
| Pat Beach | Dan Smith |
| Gregory Jones | Sean O'Bryan |
| Martin Weisberg | Patricia Hojnoski |
| Axel Arnaud | Bryan Lisa |
| Matt Henderson | Susan Lin |
| Joerg Holste | Catherine Beath |
| Raimo Sump | |

      I suspect that the topics covered in these depositions will be primarily related to TVT products, but non-duplicative examination related to POP products may be involved as well. Please provide us dates for the depositions of the above-mentioned Ethicon/J&J witnesses at your earliest convenience. We would appreciate it if you could provide two or three workable dates for each witness in order to aid in scheduling. We would like to take the depositions in the listed order if possible, but understand that

Christy D. Jones
Donna B. Jacobs
January 28, 2013
Page 2

there may need to be some changes to the order to accommodate the witnesses and/or the attorneys. Please also keep in mind that we need the full and complete custodial files, including personnel files, and the witness' CV, at least twenty-one (21) days before the witness' deposition.

    Let us know if you have any questions or concerns about this request as soon as possible. If we need to meet and confer regarding these deposition requests, we would like to do so as soon as possible so that we can meet the Court's fast approaching discovery deadline. Thank you for your cooperation.

    Very truly yours,

    Thomas P. Cartmell

TPC/mg

cc:    Bryan Aylstock
       Renee Baggett