UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Kelly Strantz, et al. v. Johnson & Johnson, Lopez, et al., | ) | |
| E.D. Missouri, C.A. No. 4:13-00802 | ) | MDL No. 2327 |

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JULY 25, 2013, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Strantz*) on May 6, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Strantz* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Strantz* was remanded to the Circuit Court for the Twenty-Second Judicial Circuit (St. Louis City) for the State of Missouri by the Honorable Thomas C. Mummert, III, in an order filed on June 10, 2013.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-83" filed on May 6, 2013, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 12, 2013, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Vacating CTO
JPMLCMECF
to:
JPMLCMDECF
06/17/2013 03:11 PM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

## United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 6/17/2013 at 3:10 PM EDT and filed on 6/17/2013

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 964 |

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER (CTO-83) AND VACATING THE JULY 25, 2013 HEARING SESSION ORDER (([908] in MDL No. 2327, 1 in MOE/4:13-cv-00802), ([957] in MDL No. 2327, 9 in MOE/4:13-cv-00802) )**

**IT IS THEREFORE ORDERED that CTO-83 filed on MAY 6, 2013, is vacated insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on JUNE 12, 2013, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-00802 (DP)**

| | |
|---|---|
| **Case Name:** | Strantz et al v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:13-cv-00802 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 06/10/2013** | |
| **Document Number:** | 10 |

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER (CTO-83) AND VACATING THE JULY 25, 2013 HEARING SESSION ORDER (( [908] in MDL No. 2327, 1 in MOE/4:13-cv-00802), ( [957] in MDL No. 2327, 9 in MOE/4:13-cv-00802) )**

**IT IS THEREFORE ORDERED that CTO-83 filed on MAY 6, 2013, is vacated insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on JUNE 12, 2013, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-00802 (DP)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS  dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams  marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOE/4:13-cv-00802 Notice has been electronically mailed to:**

Christy D. Jones  christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jeffrey J. Lowe  jlowe@careydanis.com, brenda@jefflowepc.com, crm@jefflowepc.com

Andrew J. Cross  across@careydanis.com

John J Carey  jcarey@careydanis.com

Bettina L. Strauss  bjstrauss@bryancave.com

Kathryn A. Dugan kate.dugan@bryancave.com

**MOE/4:13-cv-00802 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/17/2013] [FileNumber=383628-0]

[16993c4c3c68aa3b0d3b09fbac63785e6e323df66ebfea28f2b4456d2f4b4518d764a
b0a22efcc3000a8062d9fc1a64d5dff31773f5055ebd23d6a62f679fe39]]