UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C. R. BARD, INC., PELVIC REPAIR  MDL No. 2187
SYSTEM PRODUCTS LIABILITY LITIGATION  Honorable Joseph R. Goodwin

---

Kristie Green and Stephen Green,

**Plaintiff(s),**

v.  CASE NO. 2:13-cv-7485

C.R. Bard, Inc.,
Sofradim Production SAS,
Tissue Science Laboratories Limited,

APPROVED and SO ORDERED.
ENTER:  6/25/13

**Defendant(s).**

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**MOTION TO TRANSFER MDL**

    **COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

    Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R. Bard, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327 :

Ethicon, Inc.
Ethicon, LLC
Johnson & Johnson

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to   2327  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL   2327  .

/s/ Jeffrey M. Kuntz

Thomas P. Cartmell     MO #45366
Jeffrey M. Kuntz          MO #52371
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112

### CERTIFICATE OF SERVICE

I hereby certify that on  June 18, 2013 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Jeffrey M. Kuntz

Thomas P. Cartmell     MO #45366
Jeffrey M. Kuntz          MO #52371
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112