UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Coleen Perry, et al. v. Hung T. Luu, M.D., et al., | ) | |
| E.D. California, C.A. No. 1:13-00729 | ) | MDL No. 2327 |

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JULY 25, 2013, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Perry*) on May 22, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Perry* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Perry* was remanded to Kern County Superior Court, California, by the Honorable Jennifer L. Thurston in an order filed on July 3, 2013.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-84" filed on May 22, 2013, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 12, 2013, are VACATED insofar as they relate to this action.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Vacating CTO
JPMLCMECF
to:
JPMLCMDECF
07/03/2013 02:24 PM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 7/3/2013 at 2:22 PM EDT and filed on 7/3/2013

**Case Name:**  IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**  MDL No. 2327
**Filer:**
**Document Number:** 995

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE JULY 25, 2013 HEARING SESSION ORDER ((12 in CAE/1:13-cv-00729, [994] in MDL No. 2327), (9 in CAE/1:13-cv-00729, [957] in MDL No. 2327), (1 in CAE/1:13-cv-00729, [921] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that CTO-84 filed on MAY 22, 2013, is vacated insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on JUNE 12, 2013, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/3/2013.**

**Associated Cases: MDL No. 2327, CAE/1:13-cv-00729 (JG)**

**Case Name:**  Perry et al v Luu, et al
**Case Number:**  CAE/1:13-cv-00729
**Filer:**
**WARNING: CASE CLOSED on 07/03/2013**

**Document Number:**   13

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE JULY 25, 2013 HEARING SESSION ORDER ((12 in CAE/1:13-cv-00729, [994] in MDL No. 2327), (9 in CAE/1:13-cv-00729, [957] in MDL No. 2327), (1 in CAE/1:13-cv-00729, [921] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that CTO-84 filed on MAY 22, 2013, is vacated insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on JUNE 12, 2013, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/3/2013.**

**Associated Cases: MDL No. 2327, CAE/1:13-cv-00729 (JG)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch   carl@facslaw.com, terry@facslaw.com

Michael J Farrell   mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso   mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr   hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS   dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr   paul@greeneketchum.com

Marc E. Williams   marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**CAE/1:13-cv-00729 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mollie Fleming Benedict   mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes   joshua.wes@tuckerellis.com

Pedro De La Cerda   peter@edwardsdelacerda.com

Stewart R Albertson stewart@aldavlaw.com, heather@aldavlaw.com

**CAE/1:13-cv-00729 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/3/2013] [FileNumber=387500-0] [ 591e44c33ee83ce3cb1ba40a460fcc8b675ac5a9dea2ec472070b278460d2c60f1cb83 5b3bf2f3d5ad80fa394762b9a1674109273c2aabd11359bb5f8d915356]]