# EXHIBIT 3



June 27, 2013

**VIA E-MAIL**
Bryan Aylstock, Esq.
Aylstock, Witkin, Kreis & Overholtz
17 E. Main Street, Suite 200 (32502)
Post Office Box 12630
Pensacola, Florida 32591

   RE: *In re: Ethicon, Inc. Pelvic Repair System, Products Liability Litigation*,
      MDL No. 2327

Dear Bryan:

  I am writing to follow up on the supplemental document request responses that we served on June 14, 2013. As I stated to you previously, my hope is that these revised responses will satisfy your concerns over the objections. Please let me know if you have any questions about them or if you would like to discuss them.

  Also, as I mentioned in my June 13, 2013 letter, we would like to have an in person meeting to discuss the remaining document production concerns that you raised in your filings with the Court. Please let me know some convenient times for the person or persons on your team that will be handling these issues and we will coordinate.

  I look forward to continuing to work with you on these issues.

            Very truly yours,

            BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

            Christy D. Jones

CDJ:fsw

cc: Tom P. Cartmell
   D. Renee Baggett

ButlerSnow 16821148v1

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

**CHRISTY D. JONES**
601.985.4523
christy.jones@butlersnow.com

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, MS 39157*

T *601.948.5711* • F *601.985.4500* • *www.butlersnow.com*
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC