# EXHIBIT 4



BRYAN F. AYLSTOCK (FL, AL, MS)*
JUSTIN G. WITKIN (FL, MS)
DOUGLASS A. KREIS (FL)
NEIL D. OVERHOLTZ (FL)
R. JASON RICHARDS (FL, CO)
BOBBY J. "BRAD" BRADFORD (FL, AL)
STEPHEN H. ECHSNER (FL)
D. RENÉE BAGGETT (FL)
DANIEL J. THORNBURGH (FL, MN)

*States in which attorney is licensed to practice law

NATHAN C. BESS (FL)
E. SAMUEL "SAM" GEISLER (FL, IL)
JAMES D. BARGER (PA, NJ)
ANGEL N. STULL (FL, NY)
CHELSIE R. WARNER (MT, NV)
MARY LIU (CA, FL)
BEN H. ANDERSON (OH, CA)†
DONNA TAYLOR-KOLIS (OH)†
CHRISTOPHER J. ZIMMERMAN (OH)†

†Of counsel

17 EAST MAIN STREET, SUITE 200 · PENSACOLA, FLORIDA 32502
PHONE: (850) 202-1010 · FAX: (850) 916-7449

July 1, 2013

**VIA E-MAIL**

Christy Jones
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS  39158-6010

      RE:   *In re:  Ethicon, Inc. Pelvic Repair System*
            Products Liability Litigation MDL No. 2327

Dear Christy:

    I write in response to your recent letter regarding the ongoing issues regarding document production, and your revised discovery responses.  We have reviewed those responses and objections carefully, but given all of the problems with the production to date and the fact that many of your client's objections (including those asserted in the most recent responses) may have already been waived, we need to move forward with a hearing on our motion to compel.  We are available either by phone or in person for this hearing.  Given all of the upcoming depositions and other deadlines, we need to have this issue heard as soon as possible.  Perhaps if we do that hearing in person we can meet immediately thereafter as to the remaining outstanding requests.

Regards,

Bryan Aylstock

cc:   Tom Cartmell (via email)
       Renee Baggett (via email)
       Ben Watson (via email)

P.O. BOX 12630
PENSACOLA, FLORIDA 32591
PHONE: (850) 202-1010

11440 NORTH KENDALL DRIVE, PENTHOUSE 400
MIAMI, FLORIDA 33176
PHONE: (305) 220-2956 · FAX: (305) 227-2956