EXHIBIT 5



July 2, 2013

<u>**VIA E-MAIL**</u>
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 Main Street, Suite 200
Pensacola, FL 32502

RE:     *In re: Ethicon, Inc. Pelvic Repair System*
        Products Liability Litigation MDL No. 2327

Dear Bryan:

      I am writing in response to your July 1, 2013 letter to Christy Jones concerning Ethicon's June 14, 2013 second supplemental responses to Plaintiffs' document requests.  As we have explained to you in our previous communications, in the spirit of compromise, we have spent significant time and effort to revise the responses in a good faith attempt to address the concerns raised in Plaintiffs' motion to compel.

      In your letter, you state that the supplemental responses are not acceptable and that you want to go forward with the hearing on the motion that was drafted with respect to a completely different set of responses.  However, your letter provides no explanation of your position and we are unclear of what you even expect to raise with the Judge at this point.  Accordingly, we don't believe that the motion is ripe to be heard and reiterate our numerous requests to discuss with you what your concerns are with the new responses and to determine whether there are ways that we can work together to address those concerns.  We believe that such a meeting might obviate the need for judicial intervention or at least narrow the issues in dispute.

      As we have offered several times previously, we would like to sit down with you (or whomever you designate) in person to go through any remaining differences.  We have exchanged numerous letters on this issue, and we believe it is time to meet and confer in person regarding these issues.  I think both plaintiffs and defendants have an interest in not taking matters before the court that are not ripe for judicial intervention – both as a matter of fairness to the parties and in respect of the Judge's time.  We would like to meet no later than Monday, July 8 or Tuesday, July 9.  Again, as we have previously offered, we will be willing to come to your office to do this.

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

**BENJAMIN M. WATSON**
601.985.4551
christy.jones@butlersnow.com

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, MS 39157*

*T 601.948.5711 • F 601-985-4500 • www.butlersnow.com*

**BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC**

Bryan Aylstock, Esq.
July 2, 2013
Page 2


      Thank you for considering this request.  We look forward to hearing from you.

                Sincerely,

                BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

                Benjamin M. Watson

BMW:fsw

cc:    Tom Cartmell
       Renee Baggett
       Christy Jones
       Donna Jacobs


ButlerSnow 16895286v1