# EXHIBIT B

**From:** Bryan Aylstock
**Sent:** Saturday, April 06, 2013 11:08 AM
**To:** Ben Watson
**Cc:** Tom P. Cartmell (tcartmell@wcllp.com); Renee Baggett; Dianne Nast; Christy Jones; 'Donna Jacobs'
**Subject:** Ethicon/jnj revised discovery responses

Ben,
You have promised us revised discovery responses following our multiple meet and confers for weeks.  We simply cannot keep waiting as the delay is already affecting our ability to complete our discovery in line with the trial schedule.  Please serve your revised responses on Monday or we will have to move to compel.  Whatever you produce should represent your best and final efforts to comply.
Thanks
Bryan