**Court Minutes:**

Session: 2013-07-17  Division: Hunt  Courtroom: huntington
Session Date: 07/17/2013  Session Time: 09:22
Judge: EIFERT, CHERYL
Reporter: Courtflow

Clerk(s): Mann, Sharon

---

Case ID: 0002

Case number: 2:12-md-02327
Plaintiff:
Plaintiff Attorney:
DStyle of Case: In Re:, Ethicon, Inc Pelvic Repair System Products Liability.
Pers. Attorney:

07/17/2013

| Time | Event |
|---|---|
| 13:23:41 | Recording Started: |
| 13:23:41 | Case called |
| 13:24:05 | **General:** MOTION HEARING |
| 13:24:21 | Telephone conference with the parties on Document #585 |
| 13:30:29 | Appearances noted by counsel |
| 13:30:34 | Christy Jones, Defendanrts |
| 13:30:36 | Ben Watson, Defendants |
| 13:30:38 | Tom P. Cartmell, Plaintiffs |
| 13:30:40 | Bryan Aylstock, Plaintiffs |
| 13:30:41 | David Thomas, Defendants |
| 13:30:44 | Reneee Baggett, Plaintiffs |
| 13:30:45 | Christy Jones and Gary Rubin, Defendants |
| 13:30:51 | Judge called to bench by Courtroom Deputy Clerk |
| 13:32:26 | **Judge: EIFERT, CHERYL** Called case, noted appearances of counsel |
| 13:33:39 | Discussion on discovery requests with the parties |
| 14:43:11 | **General:** Tom Cartmell excuses himself from telephone conference to catch a flight |
| 14:44:02 | Telephone Conference continues with the parties |
| 16:40:25 | **Judge: EIFERT, CHERYL** will issue an order |
| 16:40:35 | **General:** Hearing Adjourned |
| 16:41:25 | **Stop recording** |