USDC/ATTY-009 (1/13) | LR Civ P 7.1(a)(10) and LR CR P 12.1(e) Notice of Certification for Use of Courtroom Technology

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT

## NOTICE OF CERTIFICATION FOR
## USE OF COURTROOM TECHNOLOGY

**v.**

**NUMBER**

Comes now the        , by counsel, and do(es) hereby certify pursuant to

that the court's technology staff was contacted by telephone or in person,

to arrange for the use of courtroom technology      action set for      .

_____