USDC/ATTY-009 (1/13) | LR Civ P 7.1(a)(10) and LR CR P 12.1(e) Notice of Certification for Use of Courtroom Technology

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

In Re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation

**NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY**

v.

CIVIL ACTION NUMBER 2:12-MD-02327

This document relates to all cases

Comes now the Defendants, by counsel, and do(es) hereby certify pursuant to LR Civ P 7.1(f) that the court's technology staff was contacted by telephone or in person, to arrange for the use of courtroom technology at a hearing in this action set for 7/25/13 @ 10a.m.

/s/ David B. Thomas

David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800 (telephone)
(304) 414-1801 (Facsimile)