**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

------------------------------------------------------------  x

**IN RE ETHICON, INC., PELVIC REPAIR** : **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY** :
**LITIGATION** : **MDL No. 2327**

------------------------------------------------------------  :

This Document Applies To All Actions : Judge Joseph R. Goodwin

------------------------------------------------------------  x

## CERTIFICATE OF SERVICE

   I hereby certify that on July 24, 2013, I served the Plaintiff's First Revised Requests for

Production of Document to Defendants via email to Christy D. Jones, Esq., Donna Jacobs, Esq.,

and Ben Watson, Esq.


       /s/ D. Renee Baggett_____
       D. RENEE BAGGETT
       Aylstock, Witkin, Kreis and Overholtz, PLC
       17 E. Main Street, Suite 200
       Pensacola, FL 32563
       P: 850-202-1010
       F: 850-916-7449
       Rbaggett@awkolaw.com