UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327 |
| | MDL No. 2327 |
| This Document Applies To All Actions | Judge Joseph R. Goodwin |

---

**PLAINTIFFS' STEERING COMMITTEE'S PARTIAL WITHDRAWAL OF MOTION TO COMPEL REQUESTS FOR PRODUCTION FROM DEFENDANT ETHICON, INC.**

**COME NOW** Plaintiffs, by and through the Plaintiffs' Steering Committee ("PSC"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, and in accordance with the Local Rules of the United States District Court for the Southern District of West Virginia, and PTO 56, and file this Partial Withdrawal of Plaintiffs' Motion to Compel Responses from Defendant Ethicon Inc. (hereafter "Ethicon") to Plaintiffs' First Set of Requests for Production.

Please be advised that Plaintiffs withdraw their Motion to Compel regarding Request Nos. 71, 72, 73, 74, 75, 76, 83, 93, 107, 109, 122, 123, and 124.

Dated: July 24 2013                             Respectfully submitted,

/s/ D. Renee Baggett
D. RENEE BAGGETT
BRYAN F. AYLSTOCK
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
P: 850-202-1010
F: 850-916-7449
Rbaggett@awkolaw.com
Baylstock@awkolaw.com

1

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
P: 816-701-1102
F: 816-531-2372
tcartmell@wcllp.com
http://www.wagstaffcartmell.com/

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION NO. 2:12-md-02327<br><br>MDL No. 2327 |
| This Document Applies To All Actions | : : | Judge Joseph R. Goodwin |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
P: 850-202-1010
F: 850-916-7449
Rbaggett@awkolaw.com

3