# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 7/25/2013                                                                Case Number 2:12-md-02327

Case Style: In Re:  Ethicon

Type of hearing

Before the honorable: 2513-Goodwin

Court Reporter Teresa Ruffner                                          Courtroom Deputy Robin Clark

Attorney(s) for the Plaintiff or Government Renee Baggett; Brian Aylstock; Tom Cartmell; Ben Anderson

Attorney(s) for the Defendant(s) Christy Jones; David Thomas; Donna Jacobs

Law Clerk Kate Fife                                                          Probation Officer

Trial Time

## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).

## Court Time

10:00 am   to 10:50 am
10:55 am   to 12:00 pm
Total Court Time: 1 Hours 55 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 10:00 a.m.
Actual start time 10:00 a.m.

Bellwether Presentation (ETHICON)
Judge Goodwin and Magistrate Judge Eifert presiding

Counsel for parties present
Pursuant to PTO #33 the parties submitted 8 cases to be considered
Pltfs' Presentation
Pltfs' request and extension of the current expert deadlines; proposed expert deadline - October 7, 2013.
Deft's Presentation
End time 10:50 a.m.

Start time 10:55 a.m.
Deft's Presentation
Additional discussion of current deadlines
Response by Pltfs to Deft's selection
Reply by the Deft
The court will make a selection.  An order will be issued.
End time 12:00 pm