## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −90)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 774 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 29, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

## SCHEDULE CTO−90 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| IOWA SOUTHERN | | | |
| IAS | 4 | 13−00299 | Winslow v. Johnson and Johnson et al |
| KENTUCKY WESTERN | | | |
| KYW | 3 | 13−00706 | Burgin v. Ethicon, Inc. et al |
| MAINE | | | |
| ME | 2 | 13−00255 | BECKWITH v. JOHNSON &JOHNSON et al |
| ME | 2 | 13−00257 | FITZGERALD et al v. JOHNSON &JOHNSON et al |
| NEW JERSEY | | | |
| NJ | 3 | 13−03623 | POWSER v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03917 | WILSON v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03918 | BRANNON v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03919 | BASSETT v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03947 | RAMESY v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03948 | CHAPMAN v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03949 | CAPELLO v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03972 | THOMPSON v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03973 | THOMAS v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03982 | RICKS et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03983 | HARRELSON et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−03984 | KEETON et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04029 | ZELLMER v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04030 | WOODS et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04031 | RICHARDS v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04032 | RICE et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04062 | GRIFFIN et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04063 | GILROY v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04064 | JENSON et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04065 | HOPE v. JOHNSON &JOHNSON et al |

| NJ | 3 | 13−04066 | GOODRICH et al v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04067 | FRANKEMOLLE et al v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04068 | ENFINGER et al v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04162 | RODGERS v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04163 | WARD et al v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04182 | WAGNON v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04183 | HYMAS et al v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04202 | JORDAN et al v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04206 | EULER et al v. JOHNSON &JOHNSON et al | |
| NJ | 3 | 13−04207 | RANDOLPH v. JOHNSON &JOHNSON et al | |

PENNSYLVANIA EASTERN

| PAE | 2 | 13−04086 | HAMMONS v. ETHICON, INC. et al | Opposed 7/23/13 |
| PAE | 2 | 13−04087 | MUSEWICZ et al v. ETHICON, INC. et al | Opposed 7/23/13 |
| PAE | 2 | 13−04088 | DELACRUZ et al v. ETHICON, INC. et al | Opposed 7/23/13 |

TEXAS NORTHERN

| TXN | 3 | 13−02639 | Gay v. LifeCell Corporation | |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability
Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
07/29/2013 08:11 AM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

## United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/29/2013 at 8:10 AM EDT and filed on 7/29/2013
**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90)
Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-
00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in
NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5
in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972,
4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-
03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-
cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in
NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4
in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183,
4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-
02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | GILROY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04063 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | THOMPSON v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-03972 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5**

in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        JENSON et al v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-04064
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for

filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | FITZGERALD et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | ME/2:13-cv-00257 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | WOODS et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04030 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** KEETON et al v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:13-cv-03984
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        ZELLMER v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-04029
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**        Burgin v. Ethicon, Inc. et al
**Case Number:**    KYW/3:13-cv-00706
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**        HOPE v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04065
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-

03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| Case Name: | RANDOLPH v. JOHNSON & JOHNSON et al |
| Case Number: | NJ/3:13-cv-04207 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Winslow v. Johnson and Johnson et al |
| **Case Number:** | IAS/4:13-cv-00299 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | GRIFFIN et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04062 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** GOODRICH et al v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:13-cv-04066
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | RAMESY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-03947 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | ENFINGER et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04068 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**        RICE et al v. JOHNSON & JOHNSON et al
**Case Number:**      NJ/3:13-cv-04032
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in

NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          BECKWITH v. JOHNSON & JOHNSON et al
Case Number:        ME/2:13-cv-00255
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CAPELLO v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-03949 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | WAGNON v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04182 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-**

00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        CHAPMAN v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-03948
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       RICKS et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-03982
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       BRANNON v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-03918
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    HARRELSON et al v. JOHNSON & JOHNSON et al
**Case Number:**  NJ/3:13-cv-03983
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-**

02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | FRANKEMOLLE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04067 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       HYMAS et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04183
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       WARD et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04163
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-**

03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        POWSER v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-03623
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         JORDAN et al v. JOHNSON & JOHNSON et al
Case Number:       NJ/3:13-cv-04202
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90)
Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-
00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in
NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5
in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972,
4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-
03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-
cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in
NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4
in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183,
4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-
02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         RODGERS v. JOHNSON & JOHNSON et al
Case Number:       NJ/3:13-cv-04162
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | EULER et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04206 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | RICHARDS v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04031 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | BASSETT v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-03919 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      Gay v. LifeCell Corporation
**Case Number:**    TXN/3:13-cv-02639
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in**

NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | WILSON v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-03917 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90) Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5 in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972, 4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4 in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183, 4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-02639).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      THOMAS v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-03973
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-90)
Finalized on 7/29/13. Please see pleading (3 in IAS/4:13-cv-00299, 4 in KYW/3:13-cv-
00706, [1051] in MDL No. 2327, 4 in ME/2:13-cv-00255, 3 in ME/2:13-cv-00257, 4 in
NJ/3:13-cv-03623, 4 in NJ/3:13-cv-03917, 4 in NJ/3:13-cv-03918, 4 in NJ/3:13-cv-03919, 5
in NJ/3:13-cv-03947, 4 in NJ/3:13-cv-03948, 4 in NJ/3:13-cv-03949, 4 in NJ/3:13-cv-03972,
4 in NJ/3:13-cv-03973, 4 in NJ/3:13-cv-03982, 4 in NJ/3:13-cv-03983, 4 in NJ/3:13-cv-
03984, 4 in NJ/3:13-cv-04029, 4 in NJ/3:13-cv-04030, 4 in NJ/3:13-cv-04031, 4 in NJ/3:13-
cv-04032, 4 in NJ/3:13-cv-04062, 4 in NJ/3:13-cv-04063, 4 in NJ/3:13-cv-04064, 4 in
NJ/3:13-cv-04065, 4 in NJ/3:13-cv-04066, 4 in NJ/3:13-cv-04067, 4 in NJ/3:13-cv-04068, 4
in NJ/3:13-cv-04162, 4 in NJ/3:13-cv-04163, 4 in NJ/3:13-cv-04182, 4 in NJ/3:13-cv-04183,
4 in NJ/3:13-cv-04202, 4 in NJ/3:13-cv-04206, 4 in NJ/3:13-cv-04207, 3 in TXN/3:13-cv-
02639).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability
Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
07/29/2013 08:09 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/29/2013 at 8:08 AM EDT and filed on 7/29/2013

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 1051 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in
IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-
00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-
cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in
NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2
in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030,
2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-
04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-
cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in
NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2
in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at
this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | FITZGERALD et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | ME/2:13-cv-00257 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s) *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     WOODS et al v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-04030
**Filer:**
**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s) *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     ZELLMER v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-04029
**Filer:**
**Document Number:** 4

**Docket Text:**

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s) *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        HOPE v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-04065
Filer:
Document Number:  4

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s) *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        RANDOLPH v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-04207
Filer:
Document Number:  4

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s) *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-*

*cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        GOODRICH et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04066
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        RAMESY v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-03947
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030,*

*2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      RICE et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04032
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BECKWITH v. JOHNSON & JOHNSON et al
**Case Number:**   ME/2:13-cv-00255
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in*

*NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       WAGNON v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-04182
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       CHAPMAN v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-03948
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        RICKS et al v. JOHNSON & JOHNSON et al
**Case Number:**      NJ/3:13-cv-03982
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s) *re: pldg. (1 in
IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-
00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-
cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in
NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2
in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030,
2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-
04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-
cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in
NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2
in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at
this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        FRANKEMOLLE et al v. JOHNSON & JOHNSON et al
**Case Number:**      NJ/3:13-cv-04067
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s) *re: pldg. (1 in
IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-
00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-
cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in
NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2
in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030,
2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-
04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-
cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in
NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2
in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* Inasmuch as no objection is pending at
this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:        POWSER v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-03623
Filer:
Document Number:4

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:        EULER et al v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-04206
Filer:
Document Number:4

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:        BASSETT v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-03919
Filer:

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     WILSON v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-03917
**Filer:**
**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     THOMAS v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-03973
**Filer:**
**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**   GILROY v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04063
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**   THOMPSON v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-03972
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-*

*cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    JENSON et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04064
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    KEETON et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-03984
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030,*

*2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Burgin v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:13-cv-00706 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Winslow v. Johnson and Johnson et al |
| **Case Number:** | IAS/4:13-cv-00299 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in*

*NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | GRIFFIN et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04062 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | ENFINGER et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04068 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       CAPELLO v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-03949
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in
IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-
00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-
cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in
NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2
in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030,
2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-
04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-
cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in
NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2
in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at
this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       BRANNON v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-03918
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in
IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-
00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-
cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in
NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2
in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030,
2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-
04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-
cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in
NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2
in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at
this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     HARRELSON et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-03983
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     HYMAS et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04183
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     WARD et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04163
**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      JORDAN et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04202
**Filer:**
**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      RODGERS v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04162
**Filer:**
**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      RICHARDS v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04031
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      Gay v. LifeCell Corporation
**Case Number:**    TXN/3:13-cv-02639
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-90) - 35 action(s)** *re: pldg. (1 in IAS/4:13-cv-00299, 2 in KYW/3:13-cv-00706, [1024] in MDL No. 2327, 2 in ME/2:13-cv-00255, 1 in ME/2:13-cv-00257, 2 in NJ/3:13-cv-03623, 2 in NJ/3:13-cv-03917, 2 in NJ/3:13-*

*cv-03918, 2 in NJ/3:13-cv-03919, 3 in NJ/3:13-cv-03947, 2 in NJ/3:13-cv-03948, 2 in NJ/3:13-cv-03949, 2 in NJ/3:13-cv-03972, 2 in NJ/3:13-cv-03973, 2 in NJ/3:13-cv-03982, 2 in NJ/3:13-cv-03983, 2 in NJ/3:13-cv-03984, 2 in NJ/3:13-cv-04029, 2 in NJ/3:13-cv-04030, 2 in NJ/3:13-cv-04031, 2 in NJ/3:13-cv-04032, 2 in NJ/3:13-cv-04062, 2 in NJ/3:13-cv-04063, 2 in NJ/3:13-cv-04064, 2 in NJ/3:13-cv-04065, 2 in NJ/3:13-cv-04066, 2 in NJ/3:13-cv-04067, 2 in NJ/3:13-cv-04068, 2 in NJ/3:13-cv-04162, 2 in NJ/3:13-cv-04163, 2 in NJ/3:13-cv-04182, 2 in NJ/3:13-cv-04183, 2 in NJ/3:13-cv-04202, 2 in NJ/3:13-cv-04206, 2 in NJ/3:13-cv-04207, 1 in TXN/3:13-cv-02639)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2013.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**ME/2:13-cv-00257 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD kfitzgerald@lewissaul.com

**ME/2:13-cv-00257 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**NJ/3:13-cv-04030 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04030 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04029 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04029 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04065 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04065 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04207 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04207 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04066 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com,

pborgstedt@erichweinberg.com

**NJ/3:13-cv-04066 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03947 Notice has been electronically mailed to:**

Richard B. North, Jr richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com, mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03947 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04032 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

CHRISTOPHER J. KEALE christopher.keale@sedgwicklaw.com, marian.krushinsky@sedgwicklaw.com

MARINA HOPPAS marina.hoppas@sdma.com

**NJ/3:13-cv-04032 Notice will not be electronically mailed to:**

**ME/2:13-cv-00255 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

KEVIN M. FITZGERALD kfitzgerald@lewissaul.com

**ME/2:13-cv-00255 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04182 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

Melissa A. Geist mgeist@reedsmith.com

**NJ/3:13-cv-04182 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03948 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03948 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03982 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03982 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04067 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04067 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03623 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03623 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04206 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04206 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03919 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03919 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03917 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03917 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03973 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03973 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04063 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com,

pborgstedt@erichweinberg.com

**NJ/3:13-cv-04063 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03972 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03972 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04064 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04064 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03984 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03984 Notice will not be electronically mailed to:**

**KYW/3:13-cv-00706 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Susan J Pope spope@fbtlaw.com

Bruce Garrett Anderson bga@andersonandhorne.com

**KYW/3:13-cv-00706 Notice will not be electronically mailed to:**

**IAS/4:13-cv-00299 Notice has been electronically mailed to:**

Steven D Hamilton steve@hamiltonlawfirmpc.com

Mary C Hamilton mary@hamiltonlawfirmpc.com

**IAS/4:13-cv-00299 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**NJ/3:13-cv-04062 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com,
pborgstedt@erichweinberg.com

**NJ/3:13-cv-04062 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04068 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com,
pborgstedt@erichweinberg.com

**NJ/3:13-cv-04068 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03949 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com,
pborgstedt@erichweinberg.com

**NJ/3:13-cv-03949 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03918 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03918 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03983 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-03983 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04183 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04183 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04163 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04163 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04202 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04202 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04162 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04162 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04031 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04031 Notice will not be electronically mailed to:**

**TXN/3:13-cv-02639 Notice has been electronically mailed to:**

Alexandra V Boone aboone@millerweisbrod.com

Leslie Frank Weisbrod lweisbrod@millerweisbrod.com, aboone@mcwlawfirm.com

Luke H Metzler lmetzler@millerweisbrod.com

**TXN/3:13-cv-02639 Notice will not be electronically mailed to:**

LifeCell Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP JPMLStamp_ID=1090522767 [Date=7/29/2013] [FileNumber=393835-0]

[30b3564f043421ddd710ce884a6a2d8aa7c657dbf984cbafdcbfced2d79a4489a3fd5
a20045a8c690fadd36f73c8f634bc0ba3dde00320ac86b14e39f83bded9]]