# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

-------------------------------------------------------- x

**IN RE ETHICON, INC., PELVIC REPAIR** :    **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY** :    **MDL No. 2327**
**LITIGATION** :

-------------------------------------------------------- :    Judge Joseph R. Goodwin

This Document Applies To All Actions :

-------------------------------------------------------- X

To:     Christy D. Jones, Esq.
        Butler, Snow, O'Mara Stevens & Cannada, PLLC
        1020 Highland Colony Parkway
        Suite 1400
        Ridgeland, MS 39157
        601-948-5711

### PLAINTIFFS' CERTIFICATE OF SERVICE OF FIRST AMENDED
### NOTICE TO TAKE ORAL DEPOSITION OF CINDY CROSBY

       I hereby certify that on July 29, 2013, I served Plaintiff's Notice to Take Oral Deposition

of Cindy Crosby via email and the foregoing document was electronically filed with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in this MDL.

                By: _____/s/Thomas P. Cartmell_____
                   THOMAS P. CARTMELL
                   Wagstaff & Cartmell LLP
                   4740 Grand Avenue, Suite 300
                   Kansas City, MO 64112
                   816-701-1102
                   Fax 816-531-2372
                   tcartmell@wcllp.com

                   D. RENEE BAGGETT
                   Aylstock, Witkin, Kreis and Overholtz, PLC
                   17 E. Main Street, Suite 200
                   Pensacola, FL 32563
                   850-202-1010
                   850-916-7449
                   Rbaggett@awkolaw.com
                   *Plaintiffs' Co-Lead Counsel*