UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION
    Peake v. Ethicon, Inc., et al.,                                )
        D. Vermont, C.A. No. 5:13–00093            )       MDL No. 2327

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action *(Peake)* on June 11, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. Plaintiff has withdrawn her opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-85" filed on June 11, 2013, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

                                                 FOR THE PANEL:

                                                 Jeffery N. Lüthi
                                                 Clerk of the Panel

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay (Transferee and Transferor Courts)
JPMLCMECF
to:
JPMLCMDECF
07/31/2013 12:34 PM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/31/2013 at 12:34 PM EDT and filed on 7/31/2013
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 06/11/2013. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The opposition has now been withdrawn and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-85 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2327, VT/5:13-cv-00093 (JG)**

**Case Name:**     Peake v. Ethicon, Inc. et al
**Case Number:**   VT/5:13-cv-00093
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 06/11/2013. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The opposition has now been withdrawn and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-85 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2327, VT/5:13-cv-00093 (JG)**

**No public notice (electronic or otherwise) sent because the entry is private**

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF
to:
JPMLCMDECF
07/31/2013 12:31 PM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 7/31/2013 at 12:30 PM EDT and filed on 7/31/2013
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1055

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-85) (([949] in MDL No. 2327, 1 in VT/5:13-cv-00093) )**

**IT IS THEREFORE ORDERED that the stay of CTO-85 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2327, VT/5:13-cv-00093 (JG)**

**Case Name:**     Peake v. Ethicon, Inc. et al
**Case Number:**   VT/5:13-cv-00093
**Filer:**
**Document Number:** 16

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-85) (( [949] in MDL No. 2327, 1 in VT/5:13-cv-00093) )**

**IT IS THEREFORE ORDERED that the stay of CTO-85 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/31/2013.**

**Associated Cases: MDL No. 2327, VT/5:13-cv-00093 (JG)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**VT/5:13-cv-00093 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Ritchie E. Berger rberger@dinse.com, dwilliams@dinse.com

Matthew S Borick mborick@drm.com

Walter E. Judge, Jr wjudge@drm.com

Mark R Mueller mark@muellerlaw.com, breanne@muellerlaw.com, mark@voodoocowboy.com, receptionist@muellerlaw.com

Richard I. Rubin rrubin@sover.net

S. Crocker Bennett, II, Esq cbenne@pfclaw.com, bcouture@pfclaw.com

**VT/5:13-cv-00093 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/31/2013] [FileNumber=394942-0]

[6039f494ab738d71bb0404aa732cd5ae745e55e0ca47a6a2355f248d745d56e9e144d
2fb668e0cdb06529c5928289957a144a7089b0652f58a9b2896531045e5]]