IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC
REPAIR SYSTEM PRODUCTS    MDL NO. 2327
LIABILITY LITIGATION

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

  Attorney Mark E. Berns moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

                Respectfully submitted,

By: /s/ Mark E. Berns
   Mark E. Berns, MO #50895
   Kell Lampin, LLC
   5770 Mexico Road, Suite A
   Saint Peters, Missouri 63376
   Email: Mark.Berns@KellLampinLaw.com
   (636) 498-4878  Telephone
   (636) 757-0198  Facsimile

## Certificate of Service

  I hereby certify that on this 1st day of August, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ Mark E. Berns