**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS PRODUCTS                    Civil Action No. MDL No. 2327
LIABILITY LITIGATION                              Southern District of West Virginia
----------------------------------------------------------------------    Charleston Division

THIS DOCUMENT RELATES TO ALL CASES

**<u>PLAINTIFFS' NOTICE OF ISSUANCE OF
SUBPOENA TO BARBARA LEVY, M.D.</u>**

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs intend

to serve a Subpoena to Produce Documents, Information, or Objects, attached hereto as Exhibit A, on

Barbara Levy, M.D. on August 1, 2013, or as soon thereafter as service may be effectuated.

Date:    August 1, 2013

Respectfully submitted,

/s/ Amy Eskin
Amy Eskin
LEVIN SIMES LLP
California Bar No. 127668
353 Sacramento Street, 20th Floor
San Francisco, CA  94111
Telephone:  (415) 426-3000
Facsimile:  (415) 426-3001
aeskin@levinsimes.com
*Co-Lead Counsel MDL 2325*

/s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
*Co-Lead Counsel MDL 2325*

/s/ P. Leigh O'Dell
P. Leigh O'Dell
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL  36104
Telephone:  (334) 269-2343
Facsimile:  (334) 954-7555
leigh.odell@beasleyallen.com
*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Barbara Binis, Esq.
bbinis@reedsmith.com
REED SMITH
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
Telephone:  (215) 241-7948
Facsimile:   (215) 851-1420

/s/ P. Leigh O'Dell
P. Leigh O'Dell
Beasley,Allen,Crow,Methvin,
Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL  36104
Telephone:  (334) 269-2343
Facsimile:   (334) 954-7555
leigh.odell@beasleyallen.com
*Plaintiffs Steering Committee*