UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------ x
**IN RE ETHICON, INC., PELVIC REPAIR** : **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY** : <u>**MDL No. 2327**</u>
**LITIGATION** :
------------------------------------------------------------ : Judge Joseph R. Goodwin
This Document Applies To All Actions :
------------------------------------------------------------ X

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711

### <u>PLAINTIFFS' CERTIFICATE OF SERVICE OF SECOND AMENDED NOTICE TO TAKE ORAL DEPOSITION OF DR. JIM HART</u>

I hereby certify that on August 1, 2013, I served Plaintiff's Second Amended Notice to Take Oral Deposition of Dr. Jim Hart via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                By:   ____/s/Thomas P. Cartmell_____
                                      THOMAS P. CARTMELL
                                      Wagstaff & Cartmell LLP
                                      4740 Grand Avenue, Suite 300
                                      Kansas City, MO 64112
                                      816-701-1102
                                      Fax 816-531-2372
                                      tcartmell@wcllp.com

                                      D. RENEE BAGGETT
                                      Aylstock, Witkin, Kreis and Overholtz, PLC
                                      17 E. Main Street, Suite 200
                                      Pensacola, FL 32563
                                      850-202-1010
                                      850-916-7449
                                      Rbaggett@awkolaw.com
                                       *Plaintiffs' Co-Lead Counsel*