IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS PRODUCTS           Civil Action No. MDL No. 2327
LIABILITY LITIGATION                     Southern District of West Virginia
----------------------------------------------------------------------   Charleston Division

THIS DOCUMENT RELATES TO ALL CASES

## PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO VINCENT R. LUCENTE, M.D.

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs intend to serve a Subpoena to Produce Documents, Information, or Objects, attached hereto as Exhibit A, on Vincent R. Lucente, M.D. on August 1, 2013, or as soon thereafter as service may be effectuated.

Date:   August 1, 2013

Respectfully submitted,

/s/ Amy Eskin
Amy Eskin
LEVIN SIMES LLP
California Bar No. 127668
353 Sacramento Street, 20th Floor
San Francisco, CA  94111
Telephone:  (415) 426-3000
Facsimile:  (415) 426-3001
aeskin@levinsimes.com
*Co-Lead Counsel MDL 2325*

/s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
*Co-Lead Counsel MDL 2325*

        /s/ P. Leigh O'Dell
        P. Leigh O'Dell
        Beasley, Allen, Crow, Methvin,
        Portis & Miles, P.C.
        218 Commerce Street
        Montgomery, AL  36104
        Telephone:  (334) 269-2343
        Facsimile:  (334) 954-7555
        leigh.odell@beasleyallen.com
        *Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2013 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Barbara Binis, Esq.
bbinis@reedsmith.com
REED SMITH
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
Telephone:  (215) 241-7948
Facsimile:    (215) 851-1420

        /s/ P. Leigh O'Dell
        P. Leigh O'Dell
        Beasley,Allen,Crow,Methvin,
        Portis & Miles, P.C.
        218 Commerce Street
        Montgomery, AL  36104
        Telephone:  (334) 269-2343
        Facsimile:    (334) 954-7555
        leigh.odell@beasleyallen.com
        *Plaintiffs Steering Committee*