UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Gay v. LifeCell Corporation, | ) | |
|     N.D. Texas, C.A. No. 3:13-02639 | ) | MDL No. 2327 |


### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER


    On July 19, 2013, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Gay*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Gay* was lifted on July 29, 2013, and the action was transferred to the Southern District of West Virginia. Subsequently, on August 1, 2013, the Panel received a motion to reinstate the conditional transfer order submitted by defendant LifeCell Corporation in *Gay*. In their motion, defendant, through counsel, asserts that it did not receive a copy of the conditional transfer order until July 23, 2013. Defendant argues that it was unrepresented by counsel at the time the Panel order was mailed. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Gay* in order to permit defendant to pursue its opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-90" filed on July 19, 2013, is REINSTATED insofar as it relates to this action. Defendant's motion is accepted as a notice of opposition and is deemed filed as of August 1, 2013. In accordance with Rule 6.1(e) and 7.1(f), defendant shall file the required motion and supporting brief to vacate the conditional transfer order on or before August 12, 2013. No extensions of time will be granted.


                                                             FOR THE PANEL:

                                                              Jeffery N. Lüthi
                                                              Clerk of the Panel

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Reinstating CTO
JPMLCMECF
to:
JPMLCMDECF
08/02/2013 11:25 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/2/2013 at 11:23 AM EDT and filed on 8/2/2013
**Case Name:**   IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1067

**Docket Text:**
**ORDER REINSTATING CTO-CTO-90 (re: pldg. ([1024] in MDL No. 2327, 1 in TXN/3:13-cv-02639)([1066] in MDL No. 2327) )**

**The stay of the Panel's conditional transfer order designated as CTO-90 filed on 7/19/13 is REINSTATED. Defendant LifeCell Corporation notice of opposition is deemed filed as of 8/1/13.**

**Motion to Vacate with Brief in Support due on or before 8/12/2013. Responses due on or before 9/3/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/2/2013.**

**Associated Cases: MDL No. 2327, TXN/3:13-cv-02639 (dn)**

**Case Name:**   Gay v. LifeCell Corporation
**Case Number:**   TXN/3:13-cv-02639
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER REINSTATING CTO-CTO-90 (re: pldg. ( [1024] in MDL No. 2327, 1 in TXN/3:13-cv-02639)( [1066] in MDL No. 2327) )**

**The stay of the Panel's conditional transfer order designated as CTO-90 filed on 7/19/13 is REINSTATED. Defendant LifeCell Corporation notice of opposition is deemed filed as of 8/1/13.**

**Motion to Vacate with Brief in Support due on or before 8/12/2013. Responses due on or before 9/3/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/2/2013.**

**Associated Cases: MDL No. 2327, TXN/3:13-cv-02639 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch   carl@facslaw.com, terry@facslaw.com

Michael J Farrell   mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso   mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr   hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS   dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr   paul@greeneketchum.com

Marc E. Williams   marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**TXN/3:13-cv-02639 Notice has been electronically mailed to:**

Luke H Metzler   lmetzler@millerweisbrod.com

**TXN/3:13-cv-02639 Notice will not be electronically mailed to:**

LifeCell Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Alexandra V Boone
MILLER CURTIS & WEISBROD LLP
WinmatsConversion6

11551 Forest Central Drive
Suite 300
Dallas, TX 75382

Les Weisbrod
Miller Weisbrod LLP
11551 Forest Central Dr, Ste 300
Dallas, TX 75243

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/2/2013] [FileNumber=395860-0] [
1788d4589251669c7f4edd08193b2abee09f7d75b56b518daf4e2997ba3e2b66dc53a1
8e0da4b53db4d57f7e425ace327679bd2530f8a84415518e978b2d501d]]