APPROVED and SO ORDERED.
ENTER: 

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

Attorney Mark E. Berns moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

Respectfully submitted,

By:  /s/ Mark E. Berns
     Mark E. Berns, MO #50895
     Kell Lampin, LLC
     5770 Mexico Road, Suite A
     Saint Peters, Missouri 63376
     Email: Mark.Berns@KellLampinLaw.com
     (636) 498-4878  Telephone
     (636) 757-0198  Facsimile

## Certificate of Service

I hereby certify that on this 1st day of August, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Mark E. Berns