UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

CROSS NOTICE OF DEPOSITION OF MARK YALE

TO:  ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of MARK YALE will be taken jointly in connection with *In Re Pelvic Mesh/Gynecare Litigation*, Superior Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10, upon oral examination on August 7, 2013, at 9:00 a.m. EST, at Riker Danzig Scherer Hyland and Perretti, One Speedwell Avenue, Headquarters Plaza, Morristown, Jersey 07962-1981, Dial In: 800-747-5150, Participant Code: 7644044.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, and Rule 4:14 of the New Jersey Rules of Court, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action.  Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re Pelvic Mesh/Gynecare Litigation*, Superior

2

Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10 and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

   This deposition will be taken before a person authorized by law to administer oaths.

Dated:  August 5, 2012.

              Respectfully submitted,

              /s/Christy D. Jones_____
              Christy D. Jones
              Butler, Snow, O'Mara, Stevens & Cannada, PLLC
              1020 Highland Colony Parkway
              Suite 1400 (39157)
              P.O. Box 6010
              Ridgeland, MS  39158-6010
              (601) 985-4523
              Christy.jones@butlersnow.com

              /s/ David B. Thomas_____
              David B. Thomas (W.Va. Bar #3731)
              Thomas Combs & Spann PLLC
              300 Summers Street
              Suite 1380 (25301)
              P.O. Box 3824
              Charleston, WV 25338
              (304) 414-1807
              dthomas@tcspllc.com


              COUNSEL FOR DEFENDANTS
              ETHICON, INC. AND
              JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/Christy D. Jones*_____
Christy D. Jones

ButlerSnow 17233675v1