APPROVED and SO ORDERED.
ENTER: _8/08/13_

_[signature]_

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR          MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION          Honorable Joseph R. Goodwin

-------------------------------------------------------------------------------------------------------------------

Phyllis Levinson

                          **Plaintiff(s),**

v.                                                    **CASE NO.** 2:13-cv-12992

Ethicon, Inc., Ethicon, LLC, Johnson &
Johnson, Boston Scientific Corporation

                          **Defendant(s).**


### MOTION TO TRANSFER MDL

        **COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System

Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

        Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against

Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no

longer included Ethicon, Inc. or another named defendant in that litigation; included instead,

among others, were the following parties from MDL __2326__ :

Boston Scientific Corporation

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to   2326  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL   2326  .

/s/ Jeffrey M. Kuntz    MO #52371

Thomas P. Cartmell    MO #45366
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
816-701-1100 Telephone
816-531-2372 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on   August 7, 2013  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Jeffrey M. Kuntz    MO #52371

Thomas P. Cartmell    MO #45366
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
816-701-1100 Telephone
816-531-2372 Facsimile