APPROVED and SO ORDERED.
ENTER: ___8/08/13___

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327
Honorable Joseph R. Goodwin

----------------------------------------------------------------------------------------------------------------------

Tamara Denise Palmer abd Henry
Findlay

**Plaintiff(s),**

v.

**CASE NO.** 2:13-cv-20092

Ethicon Inc. et al

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System

Products Liability Litigation, to:

MDL 2325 American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against

Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no

longer included Ethicon, Inc. or another named defendant in that litigation; included instead,

among others, were the following parties from MDL __2325__ :

American Medical Systems, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2325__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2325__.

/s/ Robert J. Fenstersheib

Robert J. Fenstersheib, Esquire
Florida Bar No. 307300
The Law Offices of Robert J.
Fenstersheib & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009

## CERTIFICATE OF SERVICE

I hereby certify that on __8/7/2013__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Robert J. Fenstersheib

Robert J. Fenstersheib, Esquire
Florida Bar No. 307300
The Law Offices of Robert J.
Fenstersheib & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009