# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −92)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 815 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 09, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO−92 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| **MAINE** | | | |
| | | | |
| ME | 1 | 13−00267 | PINKHAM et al v. JOHNSON &JOHNSON et al |
| | | | |
| **NEW JERSEY** | | | |
| | | | |
| NJ | 3 | 13−04012 | RUSH v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04079 | SKREKO et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04080 | SMITH v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04093 | TEAGARDEN et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04123 | WILLIAMS v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04124 | WEAVER et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04126 | WEEKS et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04127 | WESTBROOK v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04128 | WILKINSON et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04129 | YANDELL et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04130 | ROBINSON et al v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04164 | LISTUL v. JOHNSON &JOHNSON et al |
| NJ | 3 | 13−04288 | WEBB v. JOHNSON &JOHNSON et al |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability
Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
08/09/2013 08:05 AM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 8/9/2013 at 8:03 AM EDT and filed on 8/9/2013
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92)
Finalized on 8/9/13. Please see pleading ([1081] in MDL No. 2327, 3 in ME/1:13-cv-00267,
3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-
04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-
cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in
NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-
04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-
cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130,
NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**    SMITH v. JOHNSON & JOHNSON et al
**Case Number:**  NJ/3:13-cv-04080
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**    WEBB v. JOHNSON & JOHNSON et al
**Case Number:**  NJ/3:13-cv-04288
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

| | |
|---|---|
| Case Name: | WILLIAMS v. JOHNSON & JOHNSON et al |
| Case Number: | NJ/3:13-cv-04123 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

| | |
|---|---|
| Case Name: | RUSH v. JOHNSON & JOHNSON et al |
| Case Number: | NJ/3:13-cv-04012 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**     ROBINSON et al v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-04130
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

| | |
|---|---|
| **Case Name:** | SKREKO et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04079 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

| | |
|---|---|
| **Case Name:** | LISTUL v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04164 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**    TEAGARDEN et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04093
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk**

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

**Case Name:**         WEAVER et al v. JOHNSON & JOHNSON et al
**Case Number:**       NJ/3:13-cv-04124
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

**Case Name:**         WESTBROOK v. JOHNSON & JOHNSON et al
**Case Number:**       NJ/3:13-cv-04127
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

| | |
|---|---|
| **Case Name:** | PINKHAM et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | ME/1:13-cv-00267 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

Case Name:        YANDELL et al v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-04129
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

Case Name:        WILKINSON et al v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:13-cv-04128
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-

cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

| | |
|---|---|
| **Case Name:** | WEEKS et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04126 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-92) Finalized on 8/9/13. Please see pleading ( [1081] in MDL No. 2327, 3 in ME/1:13-cv-00267, 3 in NJ/3:13-cv-04012, 3 in NJ/3:13-cv-04079, 3 in NJ/3:13-cv-04080, 3 in NJ/3:13-cv-04093, 3 in NJ/3:13-cv-04123, 3 in NJ/3:13-cv-04124, 3 in NJ/3:13-cv-04126, 3 in NJ/3:13-cv-04127, 3 in NJ/3:13-cv-04128, 3 in NJ/3:13-cv-04129, 3 in NJ/3:13-cv-04130, 3 in NJ/3:13-cv-04164, 3 in NJ/3:13-cv-04288).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.

Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130,

**NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
08/09/2013 08:03 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/9/2013 at 8:01 AM EDT and filed on 8/9/2013
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1081

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ([1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**     SMITH v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04080
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s) *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**      WEBB v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04288
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s) *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**      WILLIAMS v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04123
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s) *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079,**

NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)

**Case Name:**      RUSH v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04012
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**      ROBINSON et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04130
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**      SKREKO et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04079
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in*
*MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in*
*NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in*
*NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in*
*NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection**
**is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079,**
**NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-**
**04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-**
**cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**     LISTUL v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04164
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in*
*MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in*
*NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in*
*NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in*
*NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection**
**is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079,**
**NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-**
**04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-**
**cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**     TEAGARDEN et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04093
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in*
*MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in*
*NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in*
*NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in*
*NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection**
**is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**     WEAVER et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04124
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**     WESTBROOK v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04127
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**Case Name:**     PINKHAM et al v. JOHNSON & JOHNSON et al
**Case Number:**   ME/1:13-cv-00267
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

| | |
|---|---|
| **Case Name:** | YANDELL et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04129 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

| | |
|---|---|
| **Case Name:** | WILKINSON et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04128 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

| | |
|---|---|
| **Case Name:** | WEEKS et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04126 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-92) - 14 action(s)** *re: pldg. ( [1059] in MDL No. 2327, 1 in ME/1:13-cv-00267, 1 in NJ/3:13-cv-04012, 1 in NJ/3:13-cv-04079, 1 in NJ/3:13-cv-04080, 1 in NJ/3:13-cv-04093, 1 in NJ/3:13-cv-04123, 1 in NJ/3:13-cv-04124, 1 in NJ/3:13-cv-04126, 1 in NJ/3:13-cv-04127, 1 in NJ/3:13-cv-04128, 1 in NJ/3:13-cv-04129, 1 in NJ/3:13-cv-04130, 1 in NJ/3:13-cv-04164, 1 in NJ/3:13-cv-04288)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/9/2013.**

**Associated Cases: MDL No. 2327, ME/1:13-cv-00267, NJ/3:13-cv-04012, NJ/3:13-cv-04079, NJ/3:13-cv-04080, NJ/3:13-cv-04093, NJ/3:13-cv-04123, NJ/3:13-cv-04124, NJ/3:13-cv-04126, NJ/3:13-cv-04127, NJ/3:13-cv-04128, NJ/3:13-cv-04129, NJ/3:13-cv-04130, NJ/3:13-cv-04164, NJ/3:13-cv-04288 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04080 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04080 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04288 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04288 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04123 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04123 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04012 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04012 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04130 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

Melissa A. Geist mgeist@reedsmith.com

**NJ/3:13-cv-04130 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04079 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04079 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04164 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04164 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04093 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04093 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04124 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04124 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04127 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04127 Notice will not be electronically mailed to:**

**ME/1:13-cv-00267 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

KEVIN M. FITZGERALD kfitzgerald@lewissaul.com

**ME/1:13-cv-00267 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04129 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

Melissa A. Geist mgeist@reedsmith.com

**NJ/3:13-cv-04129 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04128 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04128 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04126 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ERIC HOWARD WEINBERG ehw@erichweinberg.com, ldavis-primo@erichweinberg.com, pborgstedt@erichweinberg.com

**NJ/3:13-cv-04126 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/9/2013] [FileNumber=397955-0] [
a3a77610562ab60b3d5af9e41eed7fd7474ba8af586b6b74bc8252144a6490b3c10cd9
068953e2de49e8bc18f0db3b3d8f96accbbe768673a353c1e07736af89]]