USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

In re: Ethicon, Inc., Pelvic Repair
System Products Liability Litigation

v.

Case Number MDL: 2327

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

> **Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list _for the above-entitled action only_. DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.**

I, **Lina B. Melidonian**, hereby provide this *Notice of*
*Name of Attorney*
*Change of Attorney Information* to the Court and request the Clerk's Office to:

○ **Please add my name as counsel of record _in the above-entitled action only_ as follows:**

My firm/government agency, _____,
has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the party(s)
on whose behalf my firm/government agency has already made an appearance.

◉ **Please change within-firm representation _in the above-entitled action only_ as follows:**

My firm/government agency, **Kabateck Brown Kellner LLP**,

by **Steve Faries**,
has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on
whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney
from the court's service list for this case only.

USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

---

○        **Please remove me from the Court's service list _for the above-entitled action only_ as follows:**

I am to remain counsel of record for the following party(s):

_____

_____

_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list <u>for this case only</u>.  I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me <u>in this case only</u>.

---

○        **Please update my name and/or firm information _for the above-entitled action only_ as follows:**

Former name: _____ New name: _____

New firm/government agency name: _____

New address: _____

_____

_____      _____      _____
New telephone number      New facsimile number      New e-mail address _(provide only if a registered CM/ECF e-filer)_

---

Date: ___**August 8, 2013**___               ___**s/Lina B. Melidonian**___

KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213 217-5000
Facsimile:  213 217-5010