## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEMS
       PRODUCT LIABILITY LITIGATION          MDL No. 2327

----------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER # 61
(Scheduling of Discovery Conferences)

The undersigned United States Magistrate Judge has determined that weekly telephonic discovery conferences would be beneficial in this multidistrict litigation. Accordingly, the conferences are scheduled as follows: **Friday, August 16, 2013 at 4:00 p.m.; Friday, August 23, 2013 at 3:00 p.m.; Friday, August 30, 2013 at 2:00 p.m.; Friday, September 6, 2013 at 2:00 p.m.; and Friday, September 13, 2013 at 2:00 p.m.; Friday, September 20, 2013 at 2:00 p.m.;** and **Friday, September 27, 2013 at 2:00 p.m.** The conferences will each last approximately one hour. At the end of September, the court and counsel will reassess the need for weekly conferences.

Counsel attending the conferences need not be the same each week; however, at least one attorney with discovery leadership responsibilities shall be present on behalf of each party and shall be authorized to speak for that party. The parties are **ORDERED** to exchange agenda items by noon on the Wednesday preceding each conference.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-21656. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

**ENTERED:** August 12, 2013.

Cheryl A. Eifert
United States Magistrate Judge