**Court Minutes:**

Session: 2013-08-09  
Session Date: 08/09/2013  
Judge: EIFERT, CHERYL  
Reporter: Courtflow  

Division: Hunt  
Session Time: 10:34  

Courtroom: huntington  

Clerk(s):

---

Case ID: 0002

Case number: 2:12-md-2327  
Plaintiff:  
Plaintiff Attorney:  
Defendant: Inc, In Re: Ethicon, Inc., Pelvic Repair System Products Liability  
Pers. Attorney:

08/09/2013

| Time | Event |
|---|---|
| 13:55:12 | Recording Started: |
| 13:55:12 | Case called |
| 13:55:25 | **General:** TELEPHONE STATUS CONFERENCE |
| 14:00:35 | |
| 14:02:43 | Bryan F. Alystock, Eric Walker, Thomas, Cartmell, Renee D. Baggett, Benjamin Anderson, David Thomas, Phil Combs, Ben Watson, Donna Jacobs, William Gage, Gary Rubin |
| 14:03:01 | **Judge: EIFERT, CHERYL** discussion with the parties about scheduling telephone conference |
| 14:07:34 | discussion with the parties about discovery issues computer problem and this hearing is continued on In Re: Ethicon, Inc., 2nd part |

**Court Minutes:**

Session: 2013-08-09  
Session Date: 08/09/2013  
Judge: EIFERT, CHERYL  
Reporter: Courtflow  

Division: Hunt  
Session Time: 10:34  

Courtroom: huntington  

Clerk(s):

---

Case ID: 0003

Case number: 2:12-md-2327  
Plaintiff:  
Plaintiff Attorney:  
Defendant: In Re: Ethicon, Inc., Pelvic Repair System Products Liability, 2nd part  
Pers. Attorney:

08/09/2013

| Time | Entry |
|---|---|
| 14:12:35 | Recording Started: |
| 14:12:35 | Case called |
| 14:12:43 | **General:** Telephone conference continued after computer is restarted |
| 14:13:11 | discussion continues on discovery issues with the parties |
| 15:16:21 | **Judge: EIFERT, CHERYL** will issue an order about scheduling |
| 15:18:49 | **General:** Hearing Adjourned |
| 15:18:59 | **Stop recording** |