UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### CROSS NOTICE OF DEPOSITION OF BRIAN KANERVIKO

TO:  ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of BRIAN KANERVIKO will be taken jointly in connection with *In Re Pelvic Mesh/Gynecare Litigation*, Superior Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10, upon oral examination on August 22, 2013, at 9:30 a.m. EST, at Riker Danzig Scherer Hyland and Perretti, One Speedwell Avenue, Headquarters Plaza, Morristown, Jersey 07962-1981, Dial In Information: 800-747-5150; Participant Code: 7644044.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, and Rule 4:14 of the New Jersey Rules of Court, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re Pelvic Mesh/Gynecare Litigation*, Superior

Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10 and  in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

        This deposition will be taken before a person authorized by law to administer oaths.

Dated:  August 14, 2012.

                  Respectfully submitted,

                  /s/Christy D. Jones_____
                  Christy D. Jones
                  Butler, Snow, O'Mara, Stevens & Cannada, PLLC
                  1020 Highland Colony Parkway
                  Suite 1400 (39157)
                  P.O. Box 6010
                  Ridgeland, MS  39158-6010
                  (601) 985-4523
                  Christy.jones@butlersnow.com

                  /s/ David B. Thomas_____
                  David B. Thomas (W.Va. Bar #3731)
                  Thomas Combs & Spann PLLC
                  300 Summers Street
                  Suite 1380 (25301)
                  P.O. Box 3824
                  Charleston, WV 25338
                  (304) 414-1807
                  dthomas@tcspllc.com


                  COUNSEL FOR DEFENDANTS
                  ETHICON, INC. AND
                  JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/Christy D. Jones*_____
Christy D. Jones

ButlerSnow 17343725v1