APPROVED and SO ORDERED.
ENTER: 8/15/13

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2326
Honorable Joseph R. Goodwin

---

Joann Matthews and James Matthews

**Plaintiff(s),**

v.

Boston Scientific Corp. et al

**Defendant(s).**

CASE NO. 2:13-cv-19943

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2326 against Boston Scientific Corp. and others. Plaintiff(s) later filed an Amended Complaint that no longer included Boston Scientific Corp. in that litigation; included instead, among others, were the following parties from MDL 2327:

Ethicon Inc.
Ethicon, LLC
Johnson & Johnson

Because Boston Scientific Corp. is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2326 to _____; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL  2327  .

/s/Robert J. Fenstersheib

Robert J. Fenstersheib, Esquire
Florida Bar No. 307300
Law Offices of Robert J.
Fenstersheib & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, FL  33009

## CERTIFICATE OF SERVICE

I hereby certify that on  August 13, 2013 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/Robert J. Fenstersheib

Robert J. Fenstersheib, Esquire
Florida Bar No. 307300
Law Offices of Robert J.
Fenstersheib & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, FL  33009