# EXHIBIT 5

(to be provided in-camera)