# EXHIBIT 6

(to be provided in-camera)