Honorable Cheryl A. Eifert
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia

Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | MDL No. 2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon, Inc., Pelvic Repair System | Ghost Case Style: | |
| Date of Event: | August 16, 2013 | | |
| Court Reporter: | Teresa Ruffner | | |
| Law Clerk: | Marianne Tassone | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert, Counsel for Plaintiff: Bryan Aylstock, Erik Walker, Ben Anderson, Paige Bolt, Thomas Cartmell Counsel for Defendant: William Gage, Ben Watson, Gary Rubin, Donna Jacobs, Michael Brown, David Thomas, Phillip Combs | | |
| Type of Event: | Telephonic Status Conference | | |
| Time Spent in Chambers: | Fifty Nine (59) Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |