UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327<br>Honorable Joseph R. Goodwin |

---

Judy Maggard

**Plaintiff(s),**

v.                                                                        CASE NO. 2:13-cv-20089

Boston Scientific Corp.

**Defendant(s).**

### MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2326__ :

Boston Scientific Corp.

APPROVED and SO ORDERED.
ENTER: ___Aug. 20, 2013___

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) GRANT the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2326__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2326__.

/s/ Ellen A. Presby

TX Bar No. 16249600
NEMEROFF LAW FIRM
2626 Cole Ave. Suite 450
Dallas, TX 75204
Telephone: 214-774-2258
Facsimile: 214-393-7897
ellenpresby@nemerofflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on __August 19, 2013__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Ellen A. Presby

TX Bar No. 16249600
NEMEROFF LAW FIRM
2626 Cole Ave. Suite 450
Dallas, TX 75204
Telephone: 214-774-2258
Facsimile: 214-393-7897
ellenpresby@nemerofflaw.com