UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CROSS NOTICE OF DEPOSITION OF CHERYL BOGARDUS

TO:    ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of CHERYL BOGARDUS will be taken jointly in connection with *In Re Pelvic Mesh/Gynecare Litigation*, Superior Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10, upon oral examination on August 30, 2013, at 9:30 a.m. EST, at The Executive Center at Exchange Place, LLC, 21 W. Main Street, 4th Floor, Waterbury, Connecticut, 06702, Dial in: 800-747-5150, Participant Code: 2036222.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, and Rule 4:14 of the New Jersey Rules of Court, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re Pelvic Mesh/Gynecare Litigation*, Superior

Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10 and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

   This deposition will be taken before a person authorized by law to administer oaths.

Dated:  August 23, 2012.

               Respectfully submitted,

               /s/Christy D. Jones_____
               Christy D. Jones
               Butler, Snow, O'Mara, Stevens & Cannada, PLLC
               1020 Highland Colony Parkway
               Suite 1400 (39157)
               P.O. Box 6010
               Ridgeland, MS  39158-6010
               (601) 985-4523
               Christy.jones@butlersnow.com

               /s/ David B. Thomas_____
               David B. Thomas (W.Va. Bar #3731)
               Thomas Combs & Spann PLLC
               300 Summers Street
               Suite 1380 (25301)
               P.O. Box 3824
               Charleston, WV 25338
               (304) 414-1807
               dthomas@tcspllc.com

               COUNSEL FOR DEFENDANTS
               ETHICON, INC. AND
               JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/Christy D. Jones*_____
Christy D. Jones

ButlerSnow 17438877v1