IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                                                          MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney Nicholas H. Patton moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

Respectfully Submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton
AR Bar No. 65035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 (Phone)
903.791.6258 (Fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of August 2013, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF participants registered to receive service in the MDL.

                                            */s/ Nicholas H. Patton*
                                            Nicholas H. Patton