# **EXHIBIT C**



# Johnson & Johnson Fact Sheet

**Company background:**

- Johnson & Johnson was founded in New Brunswick, New Jersey, in 1886. In 2011, Johnson & Johnson celebrated its 125th anniversary.

- Johnson & Johnson began listing its stock on the New York Stock Exchange in 1944.

- In 2012, Johnson & Johnson earned $67.2 billion in worldwide sales, an increase of 3.4 percent from 2011. It is a member of the Fortune 100.

- The Company has achieved 29 consecutive years of adjusted earnings increases and 51 years of consecutive dividend increases.

- Over the last 10 years, Johnson & Johnson stock generated a 5.5 percent total return for investors compared to a 7.1 percent total return for the S&P 500.

- Johnson & Johnson consists of approximately 128,000 employees in more than 250 operating companies around the world.

- The Johnson & Johnson Family of Companies is comprised of three business segments: Pharmaceutical, Medical Devices and Diagnostics, and Consumer.

- With $25.4 billion in worldwide sales in 2012, the Pharmaceutical business is the eighth-largest in the world and the sixth-largest biotech business. Its broad portfolio includes cardiovascular, immunology, vaccines and oncology.

- With $27.4 billion in worldwide sales in 2012, the Medical Devices and Diagnostics (MD&D) business is the largest medical technology business in the world. MD&D produces a broad range of innovative products used in orthopaedics, surgery, vision care, diabetes care and cardiovascular disease.

- With $14.4 billion in worldwide sales in 2012, the Consumer business is the sixth largest health care business in world. It includes iconic brands like NEUTROGENA®, LISTERINE®, AVEENO®, JOHNSON'S® Baby care, TYLENOL® and BAND-AID® Brand Adhesive Bandages.

- In 2012, $7.7 billion, or 11.4 percent of sales, was invested in research and development, a 1.6 percent increase compared to 2011.

- Johnson & Johnson operates according to the principles set forth in Our Credo. Our Credo was written in 1943 by Robert Wood Johnson, the former Johnson & Johnson chairman, and puts the needs and well-being of patients and customers first.

- The Johnson & Johnson business model is comprised of four concepts: being broadly based in human health; managing our business for the long-term; taking a decentralized management approach; and focusing on our people and values.

- Johnson & Johnson is among the world's largest corporate donors, contributing about $966.3 million in products and cash in 2012. We support more than 600 programs that address major health-related issues in local communities in more than 50 countries, impacting tens of millions of lives worldwide.

## Alex Gorsky, Chairman, Board of Directors, Chief Executive Office

- Alex Gorsky is the seventh person to serve as CEO of Johnson & Johnson since it became a publicly traded company in 1944. He is the ninth leader in the Company's history.

- Alex assumed his current position as Chairman, Board of Directors, in December 2012. He was named Chief Executive Officer in April 2012.

- Alex began his career at Johnson & Johnson in 1988 as a sales representative with Janssen Pharmaceutica.

- Alex was named Vice Chairman of Johnson & Johnson's Executive Committee in January 2011. As Vice Chairman, he was responsible for the Johnson & Johnson Medical Devices &Diagnostics Group, the Johnson & Johnson Supply Chain, the Government Affairs & Policy Group and the Johnson & Johnson Development Corporation, the company's venture capital subsidiary.

- In 2001, Alex was appointed President of Janssen and in 2003, he was named Company Group Chairman of Johnson & Johnson's pharmaceuticals business in Europe, the Middle East and Africa.

- Alex briefly left Johnson & Johnson. From 2004 to 2008, he served as the head of the pharmaceuticals business in North America for Novartis Pharmaceuticals Corporation.

- Alex rejoined Johnson & Johnson in 2008 as the Company Group Chairman for Ethicon. In early 2009, he was appointed Worldwide Chairman of the Surgical Care Group. He was also appointed to the Johnson & Johnson Executive Committee.

- In September 2009, Alex was appointed Worldwide Chairman of the Medical Devices and Diagnostics Group.

- Alex serves on the board as Vice Chairman of the Travis Manion Foundation.

- Alex holds a Bachelor of Science degree from the U.S. Military Academy at West Point, New York. He became a member of the Army's elite Rangers after graduation. He spent six years in the U.S. Army, finishing his military career with the rank of Captain.

- Alex earned a Masters In Business Administration from the Wharton School of the University of Pennsylvania.

- Alex was born in Kansas City, Kansas, and grew up in Fremont, Michigan. His dad spent more than three decades working for Gerber Baby Products, eventually becoming the company's head of sales.

- Alex is 52 years old and a marathon runner. He and his wife, Pat, have one son, Nicholas.

*Updated: May 2013*