# EXHIBIT G

(to be provided in-camera)