# EXHIBIT H

(to be provided in-camera)