# EXHIBIT I

## Better surgery for a better world



At Ethicon, we're working to redefine surgery to change the world for the better. We share an enduring commitment to advance surgical care so more patients live longer, healthier lives. And we are continuously evolving to better serve our customers.

### This commitment is founded upon three key ideas:

### Partnering for meaningful solutions

For almost a century, from leading-edge sutures and endocutters to comprehensive payor and provider solutions, we've focused on innovations that matter to our customers and make a difference for patients. It means you can depend on us for world-class educational offerings rooted in an unparalleled understanding of the science of how tissue reacts in surgery. And it means a commitment to quality in everything we do.

### Expanding care globally

With offices, R&D Centers and manufacturing facilities in more than 50 countries around the world, our commitment to expanding access to care has never been more far-reaching. This focus helps ensure customer insights inspire the development of market-appropriate, value-driven solutions that support surgeons and hospitals around the world.

### People making a lasting difference

The heart and soul of our company is defined by a simple belief that one person can truly make a difference. Our associates dedicate their time and passion into helping hundreds of communities and organizations across the globe.