# EXHIBIT J

TRANSLATION

# HAS
## FRENCH NATIONAL AUTHORITY FOR HEALTH

### EVALUATION OF MESH IMPLANTS INSTALLED THROUGH THE VAGINAL APPROACH IN THE TREATMENT OF GENITAL PROLAPSE

### NOVEMBER 2006



PLAINTIFF'S
EXHIBIT
42
Teague

PENGAD 800-631-6989

Department of the Evaluation of Medical and Surgical Procedures

2 avenue du Stade de France — 93218 Saint-Denis La Plaine CEDEX — Tel.: 01 55 93 70 00 — Fax: 01 55 93 74 00 — http://www.has-sante.fr
N°SIRET: 180 092 041 00011 — Code APE: 751 C

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

This record is downloadable at
www.has-sante.fr

French National Authority for Health
Department of Communication
2 avenue du Stade de France – F 93218 Saint_Denis La Plaine CEDEX
Tel.: +33 (0)1 55 93 70 00 — Fax: +33 (0)1 55 93 74 00

This document was validated by the College of the National Authority for Health in Nov. 2006.

**HAS (French National Authority for Health)**
Department of Communication
2 avenue du Stade de France – F 93218 Saint_Denis La Plaine CEDEX
Tel.: +33 (0)1 55 93 70 00 — Fax: +33 (0)1 55 93 74 00

© FRENCH NATIONAL AUTHORITY FOR HEALTH

## TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

**TEAM:** _____

This file was produced by Dr. Evelyne Joubert, project leader in the Department of the Evaluation of Medical and Surgical Procedures.

The documentary research was performed by Mme. Christine Devaud, librarian, with the help of Mme. Renée Cardoso, under the direction of Dr. Frédérique Pahes, Doctor of Science.

The organizational and secretarial work were performed by Mme. Collette Perrève.

_____

For inquiries about the subject of this dossier:
Tel.: 01 55 93 71 12
Fax: 01 55 93 74 35
E-mail: contact. seap@has-sante.fr

Department of the Evaluation of Medical and Surgical Procedures

Department Head, Dr. Sun Hae Lee-Robin

Deputy Department Head, Dr. Denis Jean David, Doctor of Science

<center>**TRANSLATION**</center>

<center>Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse</center>

## SUMMARY: _____

The National Authority for Health undertook the evaluation of the effectiveness and the security of mesh implants installed through the vaginal approach in the treatment of genital prolapse under the combined request of the National College of French Gynecologists and Obstetricians and the French Association of Urology.

This evaluation was founded on the critical analysis of literature, the opinions of a working group of 8 experts and a reading group of 13 experts. In all, 40 references concerning the mesh implants installed through the vaginal approach were selected for analysis (1 report of technological evaluation, 1 systematic inspection, 1 descriptive survey of equipment monitoring, 2 open, randomized studies, one non-random, comparative study, and 34 case studies).The randomized trials were level of proof II according to the ANAES classification and the others were level of proof IV.

The implants mentioned in the clinical studies may be classified according to different characteristics: the kind of prolapse for which they were manufactured, the material used (absorbable or not), their shape, the method by which they should be installed (with or without fixation by sutures), their "precut" or uncut character at the moment of surgery. The variety of these implants resulting in many possible combinations of different characteristics is such that there is practically one unique type of implant per published study.

The rate of anatomical success of the treatment of prolapse through the vaginal approach with mesh implants is 46-100% according to the type of prolapse treated, the definition of "success" used by the investigators, the length of observation, and the type of implant used.

Very little data is available concerning the success of different techniques on the functional symptoms of prolapse. The focused-on symptoms vary from one study to another and are measured by non-standardized questionnaires or scales. Given the variety of types of tested implants, indications treated, the length of follow-up that rarely exceeded 2 years, the absence of comparative studies with alternative techniques in the majority of cases and the use of imprecise and heterogeneous judging criteria, the data in the literature does not permit an evaluation of effectiveness on the anatomical and functional plan of the implants in the treatment of genital prolapse.

The collection of undesirable consequences is quite different from one study to another: the rate of erosions were between 0 and 24.5% according to the kind of implant used and the type of prolapse treated; some severe infections were not mentioned in security studies in which the goal was the collection or the study of undesirable effects. Complications, some serious, have therefore been recorded. The analyzed literature does not allow an evaluation of their frequency.

The experts concluded with the need for prospective clinical trials, notably taking into account the following items:
- A pre- and post-operative evaluation of patients on an anatomical plan (classification POP-Q) and on the functional plan using a validated questionnaire. This evaluation should focus on the 3 floors (anterior, middle, and posterior), regardless of the treated location;
- A mid- and long-term period of observation (5 to 10 years);
- An exhaustive collection of undesirable consequences, with attention to the elements that may influence the frequency of erosions;
- An evaluation of the treatment of erosions and retractions.

These therapeutic tests ought to allow clarification of the indications of the implants and their place with respect to traditional techniques in the treatment of genital prolapse.

## TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

## OVERVIEW AND OUTLOOK:

### I. OBJECTIVES

The National Authority of Health undertook the evaluation of the effectiveness and the security of mesh implants installed vaginally in the treatment of genital prolapse under the joint request of the National College of French Gynecologists and Obstetricians and the French Association of Urology.

Due to the novelty of these devices, this technological evaluation does not contain economic analysis.

### II. METHOD

Critical analysis of the literature has been performed by a document search in French and English (the research period was variable according to the criteria studied), according to the AENEAS methodological guide "Analysis of literature and gradation of recommendations." The result of the critical analysis was discussed by a multi-disciplinary working group of 8 experts. The document was then read by a group of 13 experts. Professionals from gynecological surgery, urological surgery, physical medicine and rehabilitation, general and bladder surgery had been previously recommended by their specialized societies (National College of French Gynecologists and Obstetricians, the French Association of Urology, the French Society of Physical Medicine and Rehabilitation, and the French Association of Surgery).

### III. RESULTS
#### III.1.   LITERATURE ANALYZED

In all, 40 references about mesh implants installed vaginally were selected for analysis (1 report of technological evaluation, 1 systematic inspection, 1 descriptive survey of equipment monitoring, 2 open, randomized studies, one non-random, comparative study, and 34 case studies).

The randomized trials were level of proof II according to the ANAES classification and the others were level of proof IV. The principle bias found in the studies were non- or under-described criteria of inclusion, insufficient staff workers, a median length of observation which did not exceed 2 years in the majority of studies, poorly or not at all described evaluative criteria, and a lack of consistency in the means of evaluation. In the majority of cases, associated treatments could interfere with the results of effectiveness and the security of treatments studied.

#### III.2.   IMPLANTS USED AND TECHNIQUE OF INSTALLATION

The implants mentioned in the identified clinical trials could be categorized according to different characteristics: the type of prolapse for which they were intended, the material used (absorbable or not), their shape, the method by which they should be installed (with or without fixation by sutures), their "precut" or uncut character at the moment of surgery.

The variety of these implants resulting in many possible combinations of different characteristics is such that there is almost one type of implant for each published study.

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

### III.3.  EFFECTIVENESS

Anatomical success: the rate of success of the treatment of prolapse through the vaginal approach with mesh implants is 46-100% according to the type of prolapse treated, the definition of "success" used by the investigators, the length of observation, and the type of implant used.
- Hysterocele or prolapse of the vaginal dome: all the selected studies have used non-absorbable, synthetic implants.  The rate of success in this indication varied from 91-100% over an average length of 6-35 months.
- Cystocele:
    o Absorbable, synthetic implants (polyglactine): two controlled, randomized studies compared their effectiveness to that of the colporrhaphy alone.  The rate of success in the group treated with implants was 75% after one year in one study and 46% after 2 years in the other.  A meta-analysis of these two studies (including 96 patients treated with implants) concluded in favor of using implants.
    o Non-absorbable, porcine implants: their rates of success were respectively 81% and 87% at 14 and 24 months of average follow up.
    o Non-absorbable, synthetic implants or composites: their rate of success ranged from 75 and 100% according to the studies with periods of observation lasting from 6,7 to 32 months.
- Rectocele
    o Synthetic, absorbable, mesh implants: one controlled study compared results with and without implants at one year.  The rate of success at one year was 91% in the group with implants and 90% in the control group.
    o Non-absorbable implants (derived from porcine or created synthetically) or composites: the rate of success varied from 60-100% according to studies with periods of observation from 12-45 months.
- Combined treatments: the rate of anatomic success of non-absorbable, synthetic implants or composites permitting the combined treatment of more kinds of prolapse was 79-100% for a median follow-up period of 3-31 months.
Efficiency on the functional symptoms: not enough documentation.  The studied symptoms varied from one study to another and were measured by non-validated questionnaires or scales.

### III.4.  SECURITY

The main complications identified by the materiovigilance study, conducted in France in 2005, of vaginal implants used in the treatments of urinary incontinence and/or prolapse were erosions, cellulitis, and abscesses. Their estimated frequency was 8%, their duration was 10 months, and the rate of re-operation was 92%.  The frequency of complications appeared to be higher (higher than the average of 8%) in cases of prolapse.
The collection of undesirable consequences was very heterogeneous from one study to another:
- Two studies mentioned a low rate of death: 2 in the control group and 1 in the group with the implant.  The accountability of the treatments to these deaths was not analyzed.
- The rate of erosions fell between 0 and 24.5% according to the type of implant used and the type of prolapse treated.

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

- Some severe infections were not mentioned in security studies for which the goal was the collection or the study of undesirable effects. These studies did not perform analyses of their frequency.
- Other undesirable effects were mentioned; their frequencies and their natures varied with the different studies. They were: pulmonary embolism, hemorrhage, wound dehiscence, rectal or bladder injury, rejection of the implant, hematoma, urinary tract infections, surgical wound infections, pain, dyspareunia, urge or stress urinary incontinence *de novo*, and *de novo* prolapse.

Associated procedures, for the treatment of urinary incontinence or of another type of prolapse, were very frequently performed simultaneously with the procedure studied. The assignment of a consequence to one of the procedures may not be possible.

Similarly, some complications could be attributed to pelvic-perineal surgery in general and not specifically to the implants. However, certain side effects such as erosions are indeed specific to them.

## IV. EXPERT OPINIONS—PERSPECTIVE

The experts made the following remarks about the literature on implants in the treatment of vaginal prolapse:
- In publications, the preoperative evaluation, the quality and the length of follow-up evaluations are insufficient;
- Although the only ones to have been the subject of controlled studies, absorbable, synthetic prostheses lead to recurrence too frequently in the medium term;
- Published literature has underestimated or did not take into account certain undesirable effects, such as dyspareunia, pain, retractions, erosions, granulomas, infections, and their impact on quality of life.

They made the following remarks on the current state of the practice of using implants in the treatment of vaginal prolapse:
- Given the risks of infection, the surgery requires the aseptic conditions inherent in prosthetic surgery;
- Experts want to emphasize to surgeons the necessity of using material validated by clinical trials;
- They emphasized the underreporting of adverse events and stress the materio-vigilant need for surgeons to report them.

They concluded by emphasizing the necessity of prospective, therapeutic tests, taking into account, notably, the following items:
- A pre- and post-operative evaluation of patients on the anatomical scale (POP-Q classification) and on a functional model using a validated questionnaire. This evaluation should focus on the three floors, regardless of the specific location treated;
- Patient evaluations at medium and long term (5 to 10 years);
- An exhaustive register of adverse advents, with a study of elements that may influence the frequency of erosions;
- An evaluation of the management of erosions and retractions.

These therapeutic tests must clarify the indications of implants and their place relative to traditional techniques in the treatment of genital prolapse.

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

## V. CONCLUSION

Given the variety of types of tested implants and treated indications, the amount of follow-up observation that rarely exceeds 2 years, the absence of comparative studies with alternative techniques in the majority of cases, and the uses of imprecise and heterogeneous standards of evaluation, the data in the literature does not allow an effective evaluation on the anatomical and functional viability of implants in the treatment of genital prolapse through the vaginal approach. Some complications, several very serious, were identified. The analyzed literature does not allow an evaluation of their frequency.

According to the current state of knowledge and the consultation of experts, the use of mesh implants in genital prolapse surgeries by the vaginal route remains a matter for clinical research.



# HAUTE AUTORITÉ DE SANTÉ

## ÉVALUATION DES IMPLANTS DE RENFORT POSÉS PAR VOIE VAGINALE DANS LE TRAITEMENT DES PROLAPSUS GÉNITAUX

### NOVEMBRE 2006

**Service évaluation des actes professionnels**

2 avenue du Stade de France – 93218 Saint-Denis La Plaine CEDEX – Tél. : 01 55 93 70 00 – Fax : 01 55 93 74 00 – http://www.has-sante.fr
N°SIRET : 180 092 041 00011 – Code APE : 751 C

Ce dossier est téléchargeable sur
www.has-sante.fr

Haute Autorité de santé
Service communication
2 avenue du Stade de France – F 93218 Saint-Denis La Plaine CEDEX
Tél. :+33 (0)1 55 93 70 00 – Fax :+33 (0)1 55 93 74 00

Ce document a été validé par le Collège de la Haute Autorité de santé en **novembre 2006**.

**HAS (Haute Autorité de santé)**
Service communication
2 avenue du Stade de France – 93218 Saint-Denis La Plaine CEDEX
Tél. : 01 55 93 70 00 – Fax : 01 55 93 74 00

© HAUTE AUTORITÉ DE SANTÉ - 2006

## L'ÉQUIPE

Ce dossier a été réalisé par le Dr Évelyne Joubert, chef de projet au service évaluation des actes professionnels.

La recherche documentaire a été effectuée par Mme Christine Devaud, documentaliste, avec l'aide de Mme Renée Cardoso, sous la direction du Dr Frédérique Pages, docteur ès sciences.

L'organisation de la réunion et le travail de secrétariat ont été réalisés par Mme Colette Perrève.

———————————

Pour tout contact au sujet de ce dossier :
Tél. : 01 55 93 71 12
Fax : 01 55 93 74 35
E-mail : contact.seap@has-sante.fr

Service évaluation des actes professionnels
Chef de service, Dr Sun Hae Lee-Robin
Adjoint au chef de service, Dr Denis Jean David, docteur ès sciences

# RÉSUMÉ

La Haute Autorité de santé a entrepris l'évaluation de l'efficacité et de la sécurité des implants de renfort posés par voie vaginale dans le traitement des prolapsus génitaux sur demande conjointe du Collège national des gynécologues et obstétriciens français et de l'Association française d'urologie.

Cette évaluation a été fondée sur l'analyse critique de la littérature, l'avis d'un groupe de travail de 8 experts et d'un groupe de lecture de 13 experts.

Au total, 40 références concernant les implants de renfort posés par voie vaginale ont été retenues pour l'analyse (1 rapport d'évaluation technologique, 1 revue systématique, 1 enquête descriptive de matériovigilance, 2 études randomisées en ouvert, 1 étude comparative non randomisée et 34 séries de cas). Les essais randomisés étaient de niveau de preuve II selon la classification Anaes et les autres études de niveau de preuve IV.

Les implants mentionnés dans les études cliniques peuvent être classés en fonction de différentes caractéristiques : le type de prolapsus pour lequel ils ont été indiqués, le matériau utilisé (résorbable ou non), leur forme, leur principe de pose (avec ou sans fixation par des sutures), leur caractère « prédécoupé » ou découpé au moment de l'intervention. La variété des implants résultant des combinaisons possibles de ces différentes caractéristiques est telle qu'il existe pratiquement un type d'implant par étude publiée.

Le taux d'efficacité anatomique du traitement des prolapsus par voie vaginale avec implant de renfort variait de 46 à 100 % selon le type de prolapsus traité, la définition du « succès » utilisée par les investigateurs, la durée du suivi et le type d'implant utilisé.

Très peu de données sont disponibles concernant l'efficacité des différentes techniques sur les signes fonctionnels de prolapsus. Les symptômes étudiés étaient variables d'une étude à l'autre et mesurés à l'aide de questionnaires ou d'échelles non validés. Étant donné la variété des types d'implants testés, des indications traitées, les durées de suivi moyen qui dépassaient rarement 2 ans, l'absence d'études comparatives avec des techniques alternatives dans la plupart des cas et l'utilisation de critères de jugement imprécis et hétérogènes, les données de la littérature ne permettent pas d'évaluer l'efficacité sur le plan anatomique et fonctionnel des implants dans le traitement des prolapsus génitaux par voie vaginale.

Le recueil des événements indésirables a été très hétérogène d'une étude à l'autre : le taux d'érosions était compris entre 0 et 24,5 % selon le type d'implant utilisé et le type de prolapsus traité ; des infections sévères n'ont été mentionnées que dans des études de sécurité dont le but était le recueil ou l'étude des effets indésirables. Des complications, certaines graves, ont donc été recensées. La littérature analysée ne permet pas d'évaluer leur fréquence.

Les experts ont conclu à la nécessité d'essais thérapeutiques prospectifs, prenant en compte notamment les items suivants :

- une évaluation pré et postopératoire des patientes sur le plan anatomique (classification POP-Q) et sur le plan fonctionnel en utilisant un questionnaire validé. Cette évaluation devra porter sur les 3 étages (antérieur, médian, postérieur), quelle que soit la localisation traitée ;
- un suivi des patientes à moyen et long terme (5 à 10 ans) ;
- un recueil exhaustif des événements indésirables, avec étude des éléments pouvant influencer la fréquence des érosions ;
- une évaluation de la prise en charge des érosions et des rétractions.

Ces essais thérapeutiques devraient permettre de préciser les indications des implants et leur place par rapport aux techniques classiques dans le traitement des prolapsus génitaux.

# SYNTHÈSE ET PERSPECTIVES

## I. OBJECTIFS

La Haute Autorité de santé a entrepris l'évaluation de l'efficacité et de la sécurité des implants de renfort posés par voie vaginale dans le traitement des prolapsus génitaux sur demande conjointe du Collège national des gynécologues et obstétriciens français et de l'Association française d'urologie.

L'utilisation de ces dispositifs étant trop récente, cette évaluation technologique ne comporte pas d'évaluation économique.

## II. MÉTHODE

L'analyse critique de la littérature a été réalisée à partir d'une recherche documentaire en langue française et anglaise (la période de recherche a été variable selon les critères étudiés), selon le guide méthodologique « Analyse de la littérature et gradation des recommandations » de l'Anaes. Le résultat de l'analyse critique a été discuté par un groupe de travail pluridisciplinaire de 8 experts. Le document a été ensuite relu par un groupe de 13 experts. Les professionnels de chirurgie gynécologique, de chirurgie urologique, de médecine physique et réadaptation, de chirurgie générale et viscérale, avaient été proposés par des sociétés savantes des spécialités concernées (Collège national des gynécologues et obstétriciens français, Association française d'urologie, Société française de médecine physique et réadaptation, Association française de chirurgie).

## III. RÉSULTATS

### III.1. Littérature analysée

Au total, 40 références concernant les implants de renfort posés par voie vaginale ont été retenues pour l'analyse (1 rapport d'évaluation technologique, 1 revue systématique, 1 enquête descriptive de matériovigilance, 2 études randomisées en ouvert, 1 étude comparative non randomisée et 34 séries de cas).

Les essais randomisés étaient de niveau de preuve II selon la classification Anaes et les autres études de niveau de preuve IV. Les principaux biais retrouvés dans les études étaient des critères d'inclusion peu ou pas décrits, des effectifs souvent faibles, une durée moyenne de suivi ne dépassant pas 2 ans dans la plupart des études, des critères d'efficacité mal voire non définis et évalués de façon hétérogène d'une étude à l'autre ; dans la plupart des études, des interventions associées ont pu interférer avec les résultats d'efficacité et de sécurité des traitements étudiés.

### III.2. Implants utilisés et technique de pose

Les implants mentionnés dans les études cliniques identifiées peuvent être classés en fonction de différentes caractéristiques : le type de prolapsus pour lequel ils ont été indiqués, le matériau utilisé (résorbable ou non), leur forme, leur principe de pose (avec ou sans fixation par des sutures), leur caractère « prédécoupé » ou découpé au moment de l'intervention.

La variété des implants résultant des combinaisons possibles de ces différentes caractéristiques est telle qu'il existe pratiquement un type d'implant par étude publiée.

### III.3. Efficacité

Efficacité anatomique : le taux de succès du traitement des prolapsus par voie vaginale avec implant de renfort variait de 46 à 100 % selon le type de prolapsus traité, la définition du « succès » utilisée par les investigateurs, la durée du suivi et le type d'implant utilisé :

- hystérocèle ou prolapsus du dôme vaginal : toutes les études retenues ont utilisé des implants synthétiques non résorbables. Le taux de succès dans cette indication variait de 91 à 100 % pour une durée moyenne de suivi allant de 6 à 35 mois ;
- cystocèle :
  o implants synthétiques résorbables (polyglactine) : deux études contrôlées randomisées ont comparé leur efficacité à celle de la colporraphie seule. Les taux de succès dans les groupes traités par implants ont été de 75 % à 1 an pour une étude et 46 % à 2 ans pour l'autre. Une méta-analyse de ces deux études (comprenant 96 patientes traitées avec implants) a conclu à une meilleure efficacité en cas d'utilisation de ces implants ;
  o implants non résorbables d'origine porcine : leurs taux de succès ont été respectivement de 81 et 87 % à 14 et 24 mois de suivi moyen,
  o implants synthétiques non résorbables ou composites : leurs taux de succès étaient compris entre 75 et 100 % selon les études pour une durée de suivi de 6,7 à 32 mois ;
- rectocèle :
  o implants de renfort synthétiques résorbables : une étude contrôlée a comparé le résultat à 1 an de la cure de rectocèle avec ou sans implant. Le taux de succès à 1 an était de 91 % dans le groupe avec implant et de 90% dans le groupe contrôle,
  o implants non résorbables (d'origine porcine ou synthétiques) ou composites : le taux de succès allait de 60 à 100 % selon les études pour un suivi moyen de 12 à 45 mois ;
- traitements combinés : le taux d'efficacité anatomique d'implants synthétiques non résorbables ou composites permettant le traitement combiné de plusieurs types de prolapsus était de 79 à 100 % pour une durée moyenne de suivi de 3 à 31 mois.

Efficacité sur les signes fonctionnels : elle a été très peu documentée. Les symptômes étudiés étaient variables d'une étude à l'autre et mesurés à l'aide de questionnaires ou d'échelles non validés.

### III.4. Sécurité

Les principales complications identifiées par l'étude de matériovigilance sur les implants posés par voie vaginale, dans le traitement de l'incontinence urinaire et/ou cure de prolapsus, réalisée en France en 2005 étaient des érosions, cellulites ou abcès. Leur fréquence estimée était de 8 %, leur délai médian de survenue de 10 mois et leur taux de reprise chirurgicale de 92 %. La fréquence des complications semblait plus élevée (donc supérieure à la moyenne de 8 %) dans les cures de prolapsus.

Le recueil des événements indésirables a été très hétérogène d'une étude à l'autre :

- deux études de faibles effectifs ont mentionné des décès : 2 dans des groupes contrôles et 1 dans un groupe avec implant. L'imputabilité de ces décès aux traitements étudiés n'a pas été analysée ;
- le taux d'érosions était compris entre 0 et 24,5 % selon le type d'implant utilisé et le type de prolapsus traité ;

- des infections sévères n'ont été mentionnées que dans des études de sécurité dont le but était le recueil ou l'étude des effets indésirables. Ces études ne permettent pas d'évaluer leur fréquence ;
- d'autres effets indésirables ont été mentionnés, de nature et de fréquence variables selon les études, tels que : embolie pulmonaire, hémorragies, désunion de plaie, plaies rectales ou vésicales, rejet de l'implant, hématomes, infections urinaires ou de la plaie opératoire, douleurs, dyspareunie, impériosité ou incontinence urinaire d'effort *de novo*, prolapsus *de novo*.

Des interventions associées, pour traitement d'une incontinence urinaire ou d'un autre type de prolapsus, ont été très fréquemment pratiquées en même temps que l'intervention étudiée. L'attribution d'un effet secondaire à l'une ou l'autre des interventions peut ne pas être possible. De la même manière, une partie des complications pourrait être attribuée à la chirurgie pelvi-périnéale en elle-même et non spécifiquement à la pose d'implants.
En revanche certains effets indésirables tels que les érosions leur sont spécifiques.

## IV.   AVIS DES EXPERTS – PERSPECTIVES

Les experts ont fait les remarques suivantes à propos de la littérature concernant les implants dans le traitement des prolapsus par voie vaginale :
- dans les publications, l'évaluation préopératoire, la qualité et la durée du suivi sont insuffisantes ;
- bien qu'étant les seules à avoir fait l'objet d'études contrôlées, les prothèses synthétiques résorbables exposent à la récidive à moyen terme dans un nombre trop élevé de cas ;
- la littérature publiée a sous-estimé ou n'a pas pris en compte certains effets indésirables tels que : dyspareunie, douleurs, rétractions, érosions, granulomes, infections et leur retentissement sur la qualité de vie.

Ils ont fait les remarques suivantes sur l'état actuel des pratiques concernant l'utilisation des implants dans le traitement des prolapsus par voie vaginale :
- étant donné les risques d'infection, cette chirurgie nécessite les conditions d'asepsie inhérentes à la chirurgie prothétique ;
- les experts souhaitent attirer l'attention des chirurgiens sur la nécessité d'utiliser du matériel validé par des essais cliniques ;
- ils ont souligné la sous-déclaration des événements indésirables et insistent sur la nécessité de les déclarer en matériovigilance.

Ils ont conclu à la nécessité d'essais thérapeutiques prospectifs, prenant en compte notamment les items suivants :
- une évaluation pré et postopératoire des patientes sur le plan anatomique (classification POP-Q) et sur le plan fonctionnel en utilisant un questionnaire validé. Cette évaluation devra porter sur les 3 étages, quelle que soit la localisation traitée ;
- un suivi des patientes à moyen et long terme (5 à 10 ans) ;
- un recueil exhaustif des événements indésirables, avec étude des éléments pouvant influencer la fréquence des érosions ;
- une évaluation de la prise en charge des érosions et des rétractions.

Ces essais thérapeutiques devraient permettre de préciser les indications des implants et leur place par rapport aux techniques classiques dans le traitement des prolapsus génitaux.

## V.   CONCLUSION

Étant donné la variété des types d'implants testés et des indications traitées, les durées de suivi moyen qui dépassaient rarement 2 ans, l'absence d'études comparatives avec des techniques alternatives dans la plupart des cas et l'utilisation de critères de jugement imprécis et hétérogènes, les données de la littérature ne permettent pas d'évaluer l'efficacité sur le plan anatomique et fonctionnel des implants dans le traitement des prolapsus génitaux par voie vaginale.

Des complications, certaines graves, ont été recensées. La littérature analysée ne permet pas d'évaluer leur fréquence.

En l'état actuel des connaissances, et après avis des experts, les implants de renfort dans la chirurgie du prolapsus génital par voie vaginale relèvent donc de la recherche clinique.

TRANSLATION

# HAS

## FRENCH NATIONAL AUTHORITY FOR HEALTH

### EVALUATION OF MESH IMPLANTS INSTALLED THROUGH THE VAGINAL APPROACH IN THE TREATMENT OF GENITAL PROLAPSE

### NOVEMBER 2006



PLAINTIFF'S
EXHIBIT
42
Teague

Department of the Evaluation of Medical and Surgical Procedures

2 avenue du Stade de France — 93218 Saint-Denis La Plaine CEDEX — Tel.: 01 55 93 70 00 — Fax: 01 55 93 74 00 — http://www.has-sante.fr
N°SIRET: 180 092 041 00011 — Code APE: 751 C

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

<div style="border:1px solid black;">

This record is downloadable at
www.has-sante.fr

French National Authority for Health
Department of Communication
2 avenue du Stade de France – F 93218 Saint_Denis La Plaine CEDEX
Tel.: +33 (0)1 55 93 70 00 — Fax: +33 (0)1 55 93 74 00

</div>

This document was validated by the College of the National Authority for Health in Nov. 2006.

**HAS (French National Authority for Health)**
Department of Communication
2 avenue du Stade de France – F 93218 Saint_Denis La Plaine CEDEX
Tel.: +33 (0)1 55 93 70 00 — Fax: +33 (0)1 55 93 74 00

© FRENCH NATIONAL AUTHORITY FOR HEALTH

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

**TEAM:** _____

This file was produced by Dr. Evelyne Joubert, project leader in the Department of the Evaluation of Medical and Surgical Procedures.

The documentary research was performed by Mme. Christine Devaud, librarian, with the help of Mme. Renée Cardoso, under the direction of Dr. Frédérique Pahes, Doctor of Science.

The organizational and secretarial work were performed by Mme. Collette Perrève.

_____

For inquiries about the subject of this dossier:
Tel.: 01 55 93 71 12
Fax: 01 55 93 74 35
E-mail: contact. seap@has-sante.fr

Department of the Evaluation of Medical and Surgical Procedures

Department Head, Dr. Sun Hae Lee-Robin

Deputy Department Head, Dr. Denis Jean David, Doctor of Science

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

## SUMMARY:

The National Authority for Health undertook the evaluation of the effectiveness and the security of mesh implants installed through the vaginal approach in the treatment of genital prolapse under the combined request of the National College of French Gynecologists and Obstetricians and the French Association of Urology.

This evaluation was founded on the critical analysis of literature, the opinions of a working group of 8 experts and a reading group of 13 experts. In all, 40 references concerning the mesh implants installed through the vaginal approach were selected for analysis (1 report of technological evaluation, 1 systematic inspection, 1 descriptive survey of equipment monitoring, 2 open, randomized studies, one non-random, comparative study, and 34 case studies).The randomized trials were level of proof II according to the ANAES classification and the others were level of proof IV.

The implants mentioned in the clinical studies may be classified according to different characteristics: the kind of prolapse for which they were manufactured, the material used (absorbable or not), their shape, the method by which they should be installed (with or without fixation by sutures), their "precut" or uncut character at the moment of surgery. The variety of these implants resulting in many possible combinations of different characteristics is such that there is practically one unique type of implant per published study.

The rate of anatomical success of the treatment of prolapse through the vaginal approach with mesh implants is 46-100% according to the type of prolapse treated, the definition of "success" used by the investigators, the length of observation, and the type of implant used.

Very little data is available concerning the success of different techniques on the functional symptoms of prolapse. The focused-on symptoms vary from one study to another and are measured by non-standardized questionnaires or scales. Given the variety of types of tested implants, indications treated, the length of follow-up that rarely exceeded 2 years, the absence of comparative studies with alternative techniques in the majority of cases and the use of imprecise and heterogeneous judging criteria, the data in the literature does not permit an evaluation of effectiveness on the anatomical and functional plan of the implants in the treatment of genital prolapse.

The collection of undesirable consequences is quite different from one study to another: the rate of erosions were between 0 and 24.5% according to the kind of implant used and the type of prolapse treated; some severe infections were not mentioned in security studies in which the goal was the collection or the study of undesirable effects. Complications, some serious, have therefore been recorded. The analyzed literature does not allow an evaluation of their frequency.

The experts concluded with the need for prospective clinical trials, notably taking into account the following items:
- A pre- and post-operative evaluation of patients on an anatomical plan (classification POP-Q) and on the functional plan using a validated questionnaire. This evaluation should focus on the 3 floors (anterior, middle, and posterior), regardless of the treated location;
- A mid- and long-term period of observation (5 to 10 years);
- An exhaustive collection of undesirable consequences, with attention to the elements that may influence the frequency of erosions;
- An evaluation of the treatment of erosions and retractions.

These therapeutic tests ought to allow clarification of the indications of the implants and their place with respect to traditional techniques in the treatment of genital prolapse.

## TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

## OVERVIEW AND OUTLOOK: _____

### I. OBJECTIVES

The National Authority of Health undertook the evaluation of the effectiveness and the security of mesh implants installed vaginally in the treatment of genital prolapse under the joint request of the National College of French Gynecologists and Obstetricians and the French Association of Urology.

Due to the novelty of these devices, this technological evaluation does not contain economic analysis.

### II. METHOD

Critical analysis of the literature has been performed by a document search in French and English (the research period was variable according to the criteria studied), according to the AENEAS methodological guide "Analysis of literature and gradation of recommendations." The result of the critical analysis was discussed by a multi-disciplinary working group of 8 experts. The document was then read by a group of 13 experts. Professionals from gynecological surgery, urological surgery, physical medicine and rehabilitation, general and bladder surgery had been previously recommended by their specialized societies (National College of French Gynecologists and Obstetricians, the French Association of Urology, the French Society of Physical Medicine and Rehabilitation, and the French Association of Surgery).

### III. RESULTS
#### III.1. LITERATURE ANALYZED

In all, 40 references about mesh implants installed vaginally were selected for analysis (1 report of technological evaluation, 1 systematic inspection, 1 descriptive survey of equipment monitoring, 2 open, randomized studies, one non-random, comparative study, and 34 case studies).

The randomized trials were level of proof II according to the ANAES classification and the others were level of proof IV. The principle bias found in the studies were non- or under-described criteria of inclusion, insufficient staff workers, a median length of observation which did not exceed 2 years in the majority of studies, poorly or not at all described evaluative criteria, and a lack of consistency in the means of evaluation. In the majority of cases, associated treatments could interfere with the results of effectiveness and the security of treatments studied.

#### III.2. IMPLANTS USED AND TECHNIQUE OF INSTALLATION

The implants mentioned in the identified clinical trials could be categorized according to different characteristics: the type of prolapse for which they were intended, the material used (absorbable or not), their shape, the method by which they should be installed (with or without fixation by sutures), their "precut" or uncut character at the moment of surgery.

The variety of these implants resulting in many possible combinations of different characteristics is such that there is almost one type of implant for each published study.

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

## III.3. EFFECTIVENESS

Anatomical success: the rate of success of the treatment of prolapse through the vaginal approach with mesh implants is 46-100% according to the type of prolapse treated, the definition of "success" used by the investigators, the length of observation, and the type of implant used.

- Hysterocele or prolapse of the vaginal dome: all the selected studies have used non-absorbable, synthetic implants. The rate of success in this indication varied from 91-100% over an average length of 6-35 months.
- Cystocele:
  - o Absorbable, synthetic implants (polyglactine): two controlled, randomized studies compared their effectiveness to that of the colporrhaphy alone. The rate of success in the group treated with implants was 75% after one year in one study and 46% after 2 years in the other. A meta-analysis of these two studies (including 96 patients treated with implants) concluded in favor of using implants.
  - o Non-absorbable, porcine implants: their rates of success were respectively 81% and 87% at 14 and 24 months of average follow up.
  - o Non-absorbable, synthetic implants or composites: their rate of success ranged from 75 and 100% according to the studies with periods of observation lasting from 6,7 to 32 months.
- Rectocele
  - o Synthetic, absorbable, mesh implants: one controlled study compared results with and without implants at one year. The rate of success at one year was 91% in the group with implants and 90% in the control group.
  - o Non-absorbable implants (derived from porcine or created synthetically) or composites: the rate of success varied from 60-100% according to studies with periods of observation from 12-45 months.
- Combined treatments: the rate of anatomic success of non-absorbable, synthetic implants or composites permitting the combined treatment of more kinds of prolapse was 79-100% for a median follow-up period of 3-31 months.

Efficiency on the functional symptoms: not enough documentation. The studied symptoms varied from one study to another and were measured by non-validated questionnaires or scales.

## III.4. SECURITY

The main complications identified by the materiovigilance study, conducted in France in 2005, of vaginal implants used in the treatments of urinary incontinence and/or prolapse were erosions, cellulitis, and abscesses. Their estimated frequency was 8%, their duration was 10 months, and the rate of re-operation was 92%. The frequency of complications appeared to be higher (higher than the average of 8%) in cases of prolapse.

The collection of undesirable consequences was very heterogeneous from one study to another:

- Two studies mentioned a low rate of death: 2 in the control group and 1 in the group with the implant. The accountability of the treatments to these deaths was not analyzed.
- The rate of erosions fell between 0 and 24.5% according to the type of implant used and the type of prolapse treated.

# TRANSLATION

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

- Some severe infections were not mentioned in security studies for which the goal was the collection or the study of undesirable effects. These studies did not perform analyses of their frequency.
- Other undesirable effects were mentioned; their frequencies and their natures varied with the different studies. They were: pulmonary embolism, hemorrhage, wound dehiscence, rectal or bladder injury, rejection of the implant, hematoma, urinary tract infections, surgical wound infections, pain, dyspareunia, urge or stress urinary incontinence *de novo*, and *de novo* prolapse.

Associated procedures, for the treatment of urinary incontinence or of another type of prolapse, were very frequently performed simultaneously with the procedure studied. The assignment of a consequence to one of the procedures may not be possible.

Similarly, some complications could be attributed to pelvic-perineal surgery in general and not specifically to the implants. However, certain side effects such as erosions are indeed specific to them.

## IV. EXPERT OPINIONS—PERSPECTIVE

The experts made the following remarks about the literature on implants in the treatment of vaginal prolapse:
- In publications, the preoperative evaluation, the quality and the length of follow-up evaluations are insufficient;
- Although the only ones to have been the subject of controlled studies, absorbable, synthetic prostheses lead to recurrence too frequently in the medium term;
- Published literature has underestimated or did not take into account certain undesirable effects, such as dyspareunia, pain, retractions, erosions, granulomas, infections, and their impact on quality of life.

They made the following remarks on the current state of the practice of using implants in the treatment of vaginal prolapse:
- Given the risks of infection, the surgery requires the aseptic conditions inherent in prosthetic surgery;
- Experts want to emphasize to surgeons the necessity of using material validated by clinical trials;
- They emphasized the underreporting of adverse events and stress the materio-vigilant need for surgeons to report them.

They concluded by emphasizing the necessity of prospective, therapeutic tests, taking into account, notably, the following items:
- A pre- and post-operative evaluation of patients on the anatomical scale (POP-Q classification) and on a functional model using a validated questionnaire. This evaluation should focus on the three floors, regardless of the specific location treated;
- Patient evaluations at medium and long term (5 to 10 years);
- An exhaustive register of adverse advents, with a study of elements that may influence the frequency of erosions;
- An evaluation of the management of erosions and retractions.

These therapeutic tests must clarify the indications of implants and their place relative to traditional techniques in the treatment of genital prolapse.

**TRANSLATION**

Evaluation of Mesh Implants Installed Through The Vaginal Approach In The Treatment Of Genital Prolapse

## V. CONCLUSION

Given the variety of types of tested implants and treated indications, the amount of follow-up observation that rarely exceeds 2 years, the absence of comparative studies with alternative techniques in the majority of cases, and the uses of imprecise and heterogeneous standards of evaluation, the data in the literature does not allow an effective evaluation on the anatomical and functional viability of implants in the treatment of genital prolapse through the vaginal approach. Some complications, several very serious, were identified. The analyzed literature does not allow an evaluation of their frequency.

> According to the current state of knowledge and the consultation of experts, the use of mesh implants in genital prolapse surgeries by the vaginal route remains a matter for clinical research.



HAUTE AUTORITÉ DE SANTÉ

# ÉVALUATION DES IMPLANTS DE RENFORT POSÉS PAR VOIE VAGINALE DANS LE TRAITEMENT DES PROLAPSUS GÉNITAUX

## NOVEMBRE 2006

**Service évaluation des actes professionnels**

2 avenue du Stade de France – 93218 Saint-Denis La Plaine CEDEX – Tél. : 01 55 93 70 00 – Fax : 01 55 93 74 00 – http://www.has-sante.fr
N°SIRET : 180 092 041 00011 – Code APE : 751 C

---

Ce dossier est téléchargeable sur
www.has-sante.fr

Haute Autorité de santé
Service communication
2 avenue du Stade de France – F 93218 Saint-Denis La Plaine CEDEX
Tél. :+33 (0)1 55 93 70 00 – Fax :+33 (0)1 55 93 74 00

---

Ce document a été validé par le Collège de la Haute Autorité de santé en **novembre 2006.**

**HAS (Haute Autorité de santé)**
Service communication
2 avenue du Stade de France – 93218 Saint-Denis La Plaine CEDEX
Tél. : 01 55 93 70 00 – Fax : 01 55 93 74 00

© HAUTE AUTORITÉ DE SANTÉ - 2006

---

Évaluation des implants de renfort posés par voie vaginale dans le traitement des prolapsus génitaux

## L'ÉQUIPE

Ce dossier a été réalisé par le Dr Évelyne Joubert, chef de projet au service évaluation des actes professionnels.

La recherche documentaire a été effectuée par Mme Christine Devaud, documentaliste, avec l'aide de Mme Renée Cardoso, sous la direction du Dr Frédérique Pages, docteur ès sciences.

L'organisation de la réunion et le travail de secrétariat ont été réalisés par Mme Colette Perrève.

————————————

Pour tout contact au sujet de ce dossier :
Tél. : 01 55 93 71 12
Fax : 01 55 93 74 35
E-mail : contact.seap@has-sante.fr

Service évaluation des actes professionnels
Chef de service, Dr Sun Hae Lee-Robin
Adjoint au chef de service, Dr Denis Jean David, docteur ès sciences

# RÉSUMÉ

La Haute Autorité de santé a entrepris l'évaluation de l'efficacité et de la sécurité des implants de renfort posés par voie vaginale dans le traitement des prolapsus génitaux sur demande conjointe du Collège national des gynécologues et obstétriciens français et de l'Association française d'urologie.

Cette évaluation a été fondée sur l'analyse critique de la littérature, l'avis d'un groupe de travail de 8 experts et d'un groupe de lecture de 13 experts.

Au total, 40 références concernant les implants de renfort posés par voie vaginale ont été retenues pour l'analyse (1 rapport d'évaluation technologique, 1 revue systématique, 1 enquête descriptive de matériovigilance, 2 études randomisées en ouvert, 1 étude comparative non randomisée et 34 séries de cas). Les essais randomisés étaient de niveau de preuve II selon la classification Anaes et les autres études de niveau de preuve IV.

Les implants mentionnés dans les études cliniques peuvent être classés en fonction de différentes caractéristiques : le type de prolapsus pour lequel ils ont été indiqués, le matériau utilisé (résorbable ou non), leur forme, leur principe de pose (avec ou sans fixation par des sutures), leur caractère « prédécoupé » ou découpé au moment de l'intervention. La variété des implants résultant des combinaisons possibles de ces différentes caractéristiques est telle qu'il existe pratiquement un type d'implant par étude publiée.

Le taux d'efficacité anatomique du traitement des prolapsus par voie vaginale avec implant de renfort variait de 46 à 100 % selon le type de prolapsus traité, la définition du « succès » utilisée par les investigateurs, la durée du suivi et le type d'implant utilisé.

Très peu de données sont disponibles concernant l'efficacité des différentes techniques sur les signes fonctionnels de prolapsus. Les symptômes étudiés étaient variables d'une étude à l'autre et mesurés à l'aide de questionnaires ou d'échelles non validés. Étant donné la variété des types d'implants testés, des indications traitées, les durées de suivi moyen qui dépassaient rarement 2 ans, l'absence d'études comparatives avec des techniques alternatives dans la plupart des cas et l'utilisation de critères de jugement imprécis et hétérogènes, les données de la littérature ne permettent pas d'évaluer l'efficacité sur le plan anatomique et fonctionnel des implants dans le traitement des prolapsus génitaux par voie vaginale.

Le recueil des événements indésirables a été très hétérogène d'une étude à l'autre : le taux d'érosions était compris entre 0 et 24,5 % selon le type d'implant utilisé et le type de prolapsus traité ; des infections sévères n'ont été mentionnées que dans des études de sécurité dont le but était le recueil ou l'étude des effets indésirables. Des complications, certaines graves, ont donc été recensées. La littérature analysée ne permet pas d'évaluer leur fréquence.

Les experts ont conclu à la nécessité d'essais thérapeutiques prospectifs, prenant en compte notamment les items suivants :

-    une évaluation pré et postopératoire des patientes sur le plan anatomique (classification POP-Q) et sur le plan fonctionnel en utilisant un questionnaire validé. Cette évaluation devra porter sur les 3 étages (antérieur, médian, postérieur), quelle que soit la localisation traitée ;

-    un suivi des patientes à moyen et long terme (5 à 10 ans) ;

-    un recueil exhaustif des événements indésirables, avec étude des éléments pouvant influencer la fréquence des érosions ;

-    une évaluation de la prise en charge des érosions et des rétractions.

Ces essais thérapeutiques devraient permettre de préciser les indications des implants et leur place par rapport aux techniques classiques dans le traitement des prolapsus génitaux.

# SYNTHÈSE ET PERSPECTIVES

## I.   OBJECTIFS

La Haute Autorité de santé a entrepris l'évaluation de l'efficacité et de la sécurité des implants de renfort posés par voie vaginale dans le traitement des prolapsus génitaux sur demande conjointe du Collège national des gynécologues et obstétriciens français et de l'Association française d'urologie.

L'utilisation de ces dispositifs étant trop récente, cette évaluation technologique ne comporte pas d'évaluation économique.

## II.   MÉTHODE

L'analyse critique de la littérature a été réalisée à partir d'une recherche documentaire en langue française et anglaise (la période de recherche a été variable selon les critères étudiés), selon le guide méthodologique « Analyse de la littérature et gradation des recommandations » de l'Anaes. Le résultat de l'analyse critique a été discuté par un groupe de travail pluridisciplinaire de 8 experts. Le document a été ensuite relu par un groupe de 13 experts. Les professionnels de chirurgie gynécologique, de chirurgie urologique, de médecine physique et réadaptation, de chirurgie générale et viscérale, avaient été proposés par des sociétés savantes des spécialités concernées (Collège national des gynécologues et obstétriciens français, Association française d'urologie, Société française de médecine physique et réadaptation, Association française de chirurgie).

## III.   RÉSULTATS

### III.1.  Littérature analysée

Au total, 40 références concernant les implants de renfort posés par voie vaginale ont été retenues pour l'analyse (1 rapport d'évaluation technologique, 1 revue systématique, 1 enquête descriptive de matériovigilance, 2 études randomisées en ouvert, 1 étude comparative non randomisée et 34 séries de cas).

Les essais randomisés étaient de niveau de preuve II selon la classification Anaes et les autres études de niveau de preuve IV. Les principaux biais retrouvés dans les études étaient des critères d'inclusion peu ou pas décrits, des effectifs souvent faibles, une durée moyenne de suivi ne dépassant pas 2 ans dans la plupart des études, des critères d'efficacité mal voire non définis et évalués de façon hétérogène d'une étude à l'autre ; dans la plupart des études, des interventions associées ont pu interférer avec les résultats d'efficacité et de sécurité des traitements étudiés.

### III.2.  Implants utilisés et technique de pose

Les implants mentionnés dans les études cliniques identifiées peuvent être classés en fonction de différentes caractéristiques : le type de prolapsus pour lequel ils ont été indiqués, le matériau utilisé (résorbable ou non), leur forme, leur principe de pose (avec ou sans fixation par des sutures), leur caractère « prédécoupé » ou découpé au moment de l'intervention.

La variété des implants résultant des combinaisons possibles de ces différentes caractéristiques est telle qu'il existe pratiquement un type d'implant par étude publiée.

### III.3.  Efficacité

Efficacité anatomique : le taux de succès du traitement des prolapsus par voie vaginale avec implant de renfort variait de 46 à 100 % selon le type de prolapsus traité, la définition du « succès » utilisée par les investigateurs, la durée du suivi et le type d'implant utilisé :

- hystérocèle ou prolapsus du dôme vaginal : toutes les études retenues ont utilisé des implants synthétiques non résorbables. Le taux de succès dans cette indication variait de 91 à 100 % pour une durée moyenne de suivi allant de 6 à 35 mois ;
- cystocèle :
  o implants synthétiques résorbables (polyglactine) : deux études contrôlées randomisées ont comparé leur efficacité à celle de la colporraphie seule. Les taux de succès dans les groupes traités par implants ont été de 75 % à 1 an pour une étude et 46 % à 2 ans pour l'autre. Une méta-analyse de ces deux études (comprenant 96 patientes traitées avec implants) a conclu à une meilleure efficacité en cas d'utilisation de ces implants,
  o implants non résorbables d'origine porcine : leurs taux de succès ont été respectivement de 81 et 87 % à 14 et 24 mois de suivi moyen,
  o implants synthétiques non résorbables ou composites : leurs taux de succès étaient compris entre 75 et 100 % selon les études pour une durée de suivi de 6,7 à 32 mois ;
- rectocèle :
  o implants de renfort synthétiques résorbables : une étude contrôlée a comparé le résultat à 1 an de la cure de rectocèle avec ou sans implant. Le taux de succès à 1 an était de 91 % dans le groupe avec implant et de 90% dans le groupe contrôle,
  o implants non résorbables (d'origine porcine ou synthétiques) ou composites : le taux de succès allait de 60 à 100 % selon les études pour un suivi moyen de 12 à 45 mois ;
- traitements combinés : le taux d'efficacité anatomique d'implants synthétiques non résorbables ou composites permettant le traitement combiné de plusieurs types de prolapsus était de 79 à 100 % pour une durée moyenne de suivi de 3 à 31 mois.

Efficacité sur les signes fonctionnels : elle a été très peu documentée. Les symptômes étudiés étaient variables d'une étude à l'autre et mesurés à l'aide de questionnaires ou d'échelles non validés.

### III.4.  Sécurité

Les principales complications identifiées par l'étude de matériovigilance sur les implants posés par voie vaginale, dans le traitement de l'incontinence urinaire et/ou cure de prolapsus, réalisée en France en 2005 étaient des érosions, cellulites ou abcès. Leur fréquence estimée était de 8 %, leur délai médian de survenue de 10 mois et leur taux de reprise chirurgicale de 92 %. La fréquence des complications semblait plus élevée (donc supérieure à la moyenne de 8 %) dans les cures de prolapsus.

Le recueil des événements indésirables a été très hétérogène d'une étude à l'autre :

- deux études de faibles effectifs ont mentionné des décès : 2 dans des groupes contrôles et 1 dans un groupe avec implant. L'imputabilité de ces décès aux traitements étudiés n'a pas été analysée ;
- le taux d'érosions était compris entre 0 et 24,5 % selon le type d'implant utilisé et le type de prolapsus traité ;

- des infections sévères n'ont été mentionnées que dans des études de sécurité dont le but était le recueil ou l'étude des effets indésirables. Ces études ne permettent pas d'évaluer leur fréquence ;
- d'autres effets indésirables ont été mentionnés, de nature et de fréquence variables selon les études, tels que : embolie pulmonaire, hémorragies, désunion de plaie, plaies rectales ou vésicales, rejet de l'implant, hématomes, infections urinaires ou de la plaie opératoire, douleurs, dyspareunie, impériosité ou incontinence urinaire d'effort *de novo*, prolapsus *de novo*.

Des interventions associées, pour traitement d'une incontinence urinaire ou d'un autre type de prolapsus, ont été très fréquemment pratiquées en même temps que l'intervention étudiée. L'attribution d'un effet secondaire à l'une ou l'autre des interventions peut ne pas être possible. De la même manière, une partie des complications pourrait être attribuée à la chirurgie pelvi-périnéale en elle-même et non spécifiquement à la pose d'implants.
En revanche certains effets indésirables tels que les érosions leur sont spécifiques.

## IV. AVIS DES EXPERTS – PERSPECTIVES

Les experts ont fait les remarques suivantes à propos de la littérature concernant les implants dans le traitement des prolapsus par voie vaginale :
- dans les publications, l'évaluation préopératoire, la qualité et la durée du suivi sont insuffisantes ;
- bien qu'étant les seules à avoir fait l'objet d'études contrôlées, les prothèses synthétiques résorbables exposent à la récidive à moyen terme dans un nombre trop élevé de cas ;
- la littérature publiée a sous-estimé ou n'a pas pris en compte certains effets indésirables tels que : dyspareunie, douleurs, rétractions, érosions, granulomes, infections et leur retentissement sur la qualité de vie.

Ils ont fait les remarques suivantes sur l'état actuel des pratiques concernant l'utilisation des implants dans le traitement des prolapsus par voie vaginale :
- étant donné les risques d'infection, cette chirurgie nécessite les conditions d'asepsie inhérentes à la chirurgie prothétique ;
- les experts souhaitent attirer l'attention des chirurgiens sur la nécessité d'utiliser du matériel validé par des essais cliniques ;
- ils ont souligné la sous-déclaration des événements indésirables et insistent sur la nécessité de les déclarer en matériovigilance.

Ils ont conclu à la nécessité d'essais thérapeutiques prospectifs, prenant en compte notamment les items suivants :
- une évaluation pré et postopératoire des patientes sur le plan anatomique (classification POP-Q) et sur le plan fonctionnel en utilisant un questionnaire validé. Cette évaluation devra porter sur les 3 étages, quelle que soit la localisation traitée ;
- un suivi des patientes à moyen et long terme (5 à 10 ans) ;
- un recueil exhaustif des événements indésirables, avec étude des éléments pouvant influencer la fréquence des érosions ;
- une évaluation de la prise en charge des érosions et des rétractions.

Ces essais thérapeutiques devraient permettre de préciser les indications des implants et leur place par rapport aux techniques classiques dans le traitement des prolapsus génitaux.

## V.   CONCLUSION

Étant donné la variété des types d'implants testés et des indications traitées, les durées de suivi moyen qui dépassaient rarement 2 ans, l'absence d'études comparatives avec des techniques alternatives dans la plupart des cas et l'utilisation de critères de jugement imprécis et hétérogènes, les données de la littérature ne permettent pas d'évaluer l'efficacité sur le plan anatomique et fonctionnel des implants dans le traitement des prolapsus génitaux par voie vaginale.

Des complications, certaines graves, ont été recensées. La littérature analysée ne permet pas d'évaluer leur fréquence.

En l'état actuel des connaissances, et après avis des experts, les implants de renfort dans la chirurgie du prolapsus génital par voie vaginale relèvent donc de la recherche clinique.