UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                      MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −95)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 833 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 27, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION  MDL No. 2327

### SCHEDULE CTO−95 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| KANSAS | | | | |
| KS | 2 | 13−02344 | Colbert v. Ethicon Inc. et al | |
| OHIO NORTHERN | | | | |
| OHN | 4 | 13−01795 | Wiles v. Ethicon, Inc. et al | |
| OKLAHOMA WESTERN | | | | |
| ~~OKW~~ | ~~5~~ | ~~13−00831~~ | ~~Trotter v. Smith et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00832~~ | ~~Halliburton et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00833~~ | ~~Teague et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00834~~ | ~~Wade et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00836~~ | ~~Gooch et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00838~~ | ~~Allbritton et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00839~~ | ~~McCaughtry et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00840~~ | ~~Killsfirst et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00841~~ | ~~States et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| OKW | 5 | 13−00843 | Bridgewater et al v. Johnson &Johnson et al | |
| ~~OKW~~ | ~~5~~ | ~~13−00844~~ | ~~Page et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00845~~ | ~~Anderson et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| ~~OKW~~ | ~~5~~ | ~~13−00846~~ | ~~Spears et al v. Johnson &Johnson et al~~ | Opposed 8/23/13 |
| TEXAS NORTHERN | | | | |
| TXN | 3 | 13−03201 | Borders et al v. Johnson &Johnson et al | |
| TXN | 4 | 13−00665 | Savage−Guptill et al v. Johnson &Johnson et al | |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
08/27/2013 08:27 AM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/27/2013 at 8:26 AM EDT and filed on 8/27/2013
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-95) Finalized on 8/27/13. Please see pleading (3 in KS/2:13-cv-02344, [1146] in MDL No. 2327, 3 in OHN/4:13-cv-01795, 3 in OKW/5:13-cv-00843, 3 in TXN/3:13-cv-03201, 3 in TXN/4:13-cv-00665).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)**

| | |
|---|---|
| **Case Name:** | Bridgewater et al v. Johnson & Johnson et al |
| **Case Number:** | OKW/5:13-cv-00843 |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-95) Finalized on 8/27/13. Please see pleading (3 in KS/2:13-cv-02344, [1146] in MDL No. 2327, 3 in OHN/4:13-cv-01795, 3 in OKW/5:13-cv-00843, 3 in TXN/3:13-cv-03201, 3 in TXN/4:13-cv-00665).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)**

| | |
|---|---|
| **Case Name:** | Borders et al v. Johnson & Johnson et al |
| **Case Number:** | TXN/3:13-cv-03201 |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-95) Finalized on 8/27/13. Please see pleading (3 in KS/2:13-cv-02344, [1146] in MDL No. 2327, 3 in OHN/4:13-cv-01795, 3 in OKW/5:13-cv-00843, 3 in TXN/3:13-cv-03201, 3 in TXN/4:13-cv-00665).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases:** MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)

**Case Name:**     Wiles v. Ethicon, Inc. et al
**Case Number:**   OHN/4:13-cv-01795
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-95) Finalized on 8/27/13. Please see pleading (3 in KS/2:13-cv-02344, [1146] in MDL No. 2327, 3 in OHN/4:13-cv-01795, 3 in OKW/5:13-cv-00843, 3 in TXN/3:13-cv-03201, 3 in TXN/4:13-cv-00665).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases:** MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)

**Case Name:**     Colbert v. Ethicon Inc. et al
**Case Number:**   KS/2:13-cv-02344
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-95) Finalized on 8/27/13. Please see pleading (3 in KS/2:13-cv-02344, [1146] in MDL No. 2327, 3 in OHN/4:13-cv-01795, 3 in OKW/5:13-cv-00843, 3 in TXN/3:13-cv-03201, 3 in TXN/4:13-cv-00665).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.

Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)

| | |
|---|---|
| Case Name: | Savage-Guptill et al v. Johnson & Johnson et al |
| Case Number: | TXN/4:13-cv-00665 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-95) Finalized on 8/27/13. Please see pleading (3 in KS/2:13-cv-02344, [1146] in MDL No. 2327, 3 in OHN/4:13-cv-01795, 3 in OKW/5:13-cv-00843, 3 in TXN/3:13-cv-03201, 3 in TXN/4:13-cv-00665).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.

Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)

No public notice (electronic or otherwise) sent because the entry is private

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
08/27/2013 08:27 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/27/2013 at 8:25 AM EDT and filed on 8/27/2013

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 1146 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 5 action(s)** *re: pldg. (1 in KS/2:13-cv-02344, [1113] in MDL No. 2327, 1 in OHN/4:13-cv-01795, 1 in OKW/5:13-cv-00843, 1 in TXN/3:13-cv-03201, 1 in TXN/4:13-cv-00665)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)**

| | |
|---|---|
| **Case Name:** | Bridgewater et al v. Johnson & Johnson et al |
| **Case Number:** | OKW/5:13-cv-00843 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 5 action(s)** *re: pldg. (1 in KS/2:13-cv-02344, [1113] in MDL No. 2327, 1 in OHN/4:13-cv-01795, 1 in OKW/5:13-cv-00843, 1 in TXN/3:13-cv-03201, 1 in TXN/4:13-cv-00665)* **Inasmuch as no objection is**

pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)**

| | |
|---|---|
| **Case Name:** | Borders et al v. Johnson & Johnson et al |
| **Case Number:** | TXN/3:13-cv-03201 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 5 action(s)** *re: pldg.* **(1 in KS/2:13-cv-02344, [1113] in MDL No. 2327, 1 in OHN/4:13-cv-01795, 1 in OKW/5:13-cv-00843, 1 in TXN/3:13-cv-03201, 1 in TXN/4:13-cv-00665) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)**

| | |
|---|---|
| **Case Name:** | Wiles v. Ethicon, Inc. et al |
| **Case Number:** | OHN/4:13-cv-01795 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 5 action(s)** *re: pldg.* **(1 in KS/2:13-cv-02344, [1113] in MDL No. 2327, 1 in OHN/4:13-cv-01795, 1 in OKW/5:13-cv-00843, 1 in TXN/3:13-cv-03201, 1 in TXN/4:13-cv-00665) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)**

| | |
|---|---|
| **Case Name:** | Colbert v. Ethicon Inc. et al |
| **Case Number:** | KS/2:13-cv-02344 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 5 action(s)** *re: pldg.* **(1 in KS/2:13-cv-02344, [1113] in MDL No. 2327, 1 in OHN/4:13-cv-01795, 1 in OKW/5:13-cv-00843, 1 in TXN/3:13-cv-03201, 1 in TXN/4:13-cv-00665) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)**

**Case Name:**   Savage-Guptill et al v. Johnson & Johnson et al
**Case Number:**   TXN/4:13-cv-00665
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-95) - 5 action(s)** *re: pldg.* **(1 in KS/2:13-cv-02344, [1113] in MDL No. 2327, 1 in OHN/4:13-cv-01795, 1 in OKW/5:13-cv-00843, 1 in TXN/3:13-cv-03201, 1 in TXN/4:13-cv-00665) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/27/2013.**

**Associated Cases: MDL No. 2327, KS/2:13-cv-02344, OHN/4:13-cv-01795, OKW/5:13-cv-00843, TXN/3:13-cv-03201, TXN/4:13-cv-00665 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch   carl@facslaw.com, terry@facslaw.com

Michael J Farrell   mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso   mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr   hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS   dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr   paul@greeneketchum.com

Marc E. Williams   marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**OKW/5:13-cv-00843 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Larry D Ottaway   larryottaway@oklahomacounsel.com

Amy Sherry Fischer amyfischer@oklahomacounsel.com

Matthew J Sill Matt@sill-law.com, kristi@sill-law.com, lindar@sill-law.com

Andrew M Bowman andrewbowman@oklahomacounsel.com

Timothy M Bunson TIM@SILL-LAW.COM

**OKW/5:13-cv-00843 Notice will not be electronically mailed to:**

**TXN/3:13-cv-03201 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

John H Martin john.martin@tklaw.com

David R Noteware david.noteware@tklaw.com

Julie L Rhoades jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Tim K Goss goss39587@aol.com, andrea@freeseandgoss.com

David P Matthews dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L. Banno tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards kevin@edwardsdelacerda.com

Pedro de la Cerda peter@edwardsdelacerda.com

Janelle Lauren Davis janelle.davis@tklaw.com

**TXN/3:13-cv-03201 Notice will not be electronically mailed to:**

**OHN/4:13-cv-01795 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Laura Kingsley Hong laura.hong@ssd.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis bbinis@reedsmith.com, kmccloskey@reedsmith.com

Craig A. Marvinney cmarvinney@walterhav.com

David R Cooper cooperr@cklpa.com

Jon A. Strongman jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III wstuart@sillscummis.com

Ronn B. Kreps rkreps@fulbright.com

TRACY G. WEISS tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Jennifer J. Hageman jhageman@ulmer.com

Erica M. James erica.james@tuckerellis.com

Adrienne L. Hernandez ahernandez@shb.com

Amanda Naes Shelton amanda.shelton@nelsonmullins.com

Rita A Maimbourg rita.maimbourg@tuckerellis.com

Micah L. Hobbs mhobbs@shb.com

Mark S. Gervelis msg@gervelislaw.com

Jennise W. Stubbs jstubbs@shb.com

David M. Tschantz dmt@gervelislaw.com

Michelle Johnson michelle.johnson@nelsonmullins.com

Holly Kipp holly.kipp@nortonrosefulbright.com

Sarah L. Bunce sarah.bunce@tuckerellis.com

Jim Boyers jboyers@woodmclaw.com

Christopher S. McRae cmcrae@shb.com

**OHN/4:13-cv-01795 Notice will not be electronically mailed to:**

**KS/2:13-cv-02344 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Derek H. Potts dpotts@potts-law.com, gleal@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

**KS/2:13-cv-02344 Notice will not be electronically mailed to:**

**TXN/4:13-cv-00665 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

David R Noteware david.noteware@tklaw.com

Julie L Rhoades jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Tim K Goss goss39587@aol.com, andrea@freeseandgoss.com

David P Matthews dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L. Banno tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards kevin@edwardsdelacerda.com

Pedro de la Cerda peter@edwardsdelacerda.com

Janelle Lauren Davis janelle.davis@tklaw.com

**TXN/4:13-cv-00665 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/27/2013] [FileNumber=403489-0]

[55e051b610cd47ac591a436cbfecac8940f5aa5448db4104cceb292fee839f09a5fa0
4ae383bbce0e57f08e7d906f7710b61870825348994861e61bf803cda59]]