IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                                               MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

**O R D E R**

Pending is Nicholas H. Patton's Motion to Withdraw as Counsel, filed August 26, 2013. Mr. Patton seeks an order granting his leave to withdraw from all member actions in which he has appeared in MDL 2327. It is ORDERED that Mr. Patton's Motion is GRANTED. The Clerk is instructed to terminate Mr. Patton where he appears as counsel for any party in this MDL and in any member case in this MDL.

The Court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and in each member case in which Mr. Patton has appeared.

Entered:      August      27,      2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE