IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS          MDL NO. 2327
LIABILITY LITIGATION

-------------------------------------------------------
This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

     Attorney Jacob A. Flint moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

                            Respectfully submitted,

                    By:  /s/ Jacob A. Flint
                         Jacob A. Flint    MO#60740
                         Flint&Associates, LLC
                         112 Magnolia Dr.
                         P.O. Box 930
                         Glen Carbon, IL 62034
                         618-288-4777 - Office
                         618-205-2017 - Direct
                         618-288-2864 – Fax
                         jflint@toverdict.com

**Certificate of Service**

   I hereby certify that on this the 27th day of August, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

             Respectfully submitted,

         By: /s/ Jacob A. Flint
            Jacob A. Flint MO#60740
            Flint&Associates, LLC
            112 Magnolia Dr.
            P.O. Box 930
            Glen Carbon, IL 62034
            618-288-4777 - Office
            618-205-2017 - Direct
            618-288-2864 – Fax
            jflint@toverdict.com