**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

---------------------------------------------------------- x

**IN RE ETHICON, INC., PELVIC REPAIR**  :   **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY**           :   **MDL No. 2327**
**LITIGATION**                          :
----------------------------------------------------------  :   Judge Joseph R. Goodwin
This Document Applies To All Actions    :
---------------------------------------------------------- X

To:     Christy D. Jones, Esq.
        Butler, Snow, O'Mara Stevens & Cannada, PLLC
        1020 Highland Colony Parkway
        Suite 1400
        Ridgeland, MS 39157
        601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF**
**FIRST AMENDED NOTICE TO TAKE ORAL DEPOSITION OF JUERGEN TRZEWIK**

I hereby certify that on August 27, 2013, I served Plaintiff's First Amended Notice to

Take Oral Deposition of Juergen Trzewik via email and the foregoing document was

electronically filed with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  ____/s/Thomas P. Cartmell_____
        THOMAS P. CARTMELL
        Wagstaff & Cartmell LLP
        4740 Grand Avenue, Suite 300
        Kansas City, MO 64112
        816-701-1102
        Fax 816-531-2372
        tcartmell@wcllp.com

        D. RENEE BAGGETT
        Aylstock, Witkin, Kreis and Overholtz, PLC
        17 E. Main Street, Suite 200
        Pensacola, FL 32563
        850-202-1010
        850-916-7449
        Rbaggett@awkolaw.com
        *Plaintiffs' Co-Lead Counsel*