Case 2:12-md-02327 Document 768 Filed 08/29/13 Page 1 of 2 PageID #: 9013

APPROVED and SO ORDERED.
8/29/2013

*signature*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327
Honorable Joseph R. Goodwin

---

Irene Hernandez

**Plaintiff(s),**

v.

Ethicon Inc. et al

CASE NO. 2:13-cv-13713

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2387 Coloplast Corp. Pelvic Support Systems Products Liability Litigation

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2387 :

Mentor Worldwide, LLC, Coloplast Corp.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to   2387  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL   2387  .

/s/ Andrew J. Fink

Andrew J. Fink
Illinois Bar No. 6224909
Solis Law Firm, P.C.
5310 W. Cermak Rd., 3rd Floor
Cicero, IL 60804
(708) 795-0400 EXT: 7011
(708) 795-4771 facsimile
mesh.legal.2013@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on  08/28/2013 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Andrew J. Fink

Andrew J. Fink
Illinois Bar No. 6224909
Solis Law Firm, P.C.
5310 W. Cermak Rd., 3rd Floor
Cicero, IL 60804
(708) 795-0400 EXT: 7011
(708) 795-4771 facsimile
mesh.legal.2013@gmail.com