APPROVED and SO ORDERED.
ENTER: 8/29/2013

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR　　　MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION　　Honorable Joseph R. Goodwin

---

Esmeralda Perez

　　　　　　　　　　　　**Plaintiff(s),**

v.　　　　　　　　　　　　　　　　　　CASE NO. 2:13-cv-17844

Ethicon Inc. et al

　　　　　　　　　　　　**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2387 Coloplast Corp. Pelvic Support Systems Products Liability Litigation

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2387__ :

Mentor Worldwide LLC, Coloplast Corp.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2387__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2387__.

/s/ Andrew J. Fink

Andrew J. Fink
Illinois Bar No. 6224909
Solis Law Firm, P.C.
5310 W. Cermak Rd., 3rd Floor
Cicero, IL 60804
(708) 795-0400 EXT: 7011
(708) 795-4771 facsimile
mesh.legal.2013@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 08/28/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Andrew J. Fink

Andrew J. Fink
Illinois Bar No. 6224909
Solis Law Firm, P.C.
5310 W. Cermak Rd., 3rd Floor
Cicero, IL 60804
(708) 795-0400 EXT: 7011
(708) 795-4771 facsimile
mesh.legal.2013@gmail.com