APPROVED and SO ORDERED.
ENTER: 08/29/2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS                MDL NO. 2327
LIABILITY LITIGATION

-------------------------------------------------------
This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

Attorney Jacob A. Flint moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

                                              Respectfully submitted,

                               By: /s/ Jacob A. Flint
                                   Jacob A. Flint    MO#60740
                                   Flint&Associates, LLC
                                   112 Magnolia Dr.
                                   P.O. Box 930
                                   Glen Carbon, IL 62034
                                   618-288-4777 - Office
                                   618-205-2017 - Direct
                                   618-288-2864 – Fax
                                   jflint@toverdict.com