**EXHIBIT "B"**

**DOCUMENT REQUESTS**

Please produce:

1. All documents relied upon by the deponent in preparing for this deposition.

2. The following documents for the design and development of Project Scion, TVT-PA and TVT+M, including but not limited to:

   a. The Clinical Expert reports;

   b. Each version of the Device Design Safety Assessment (DDSA's); Each version of the Design Failure Modes Effects Analysis (dFMEAs), Process Failure Modes Effects Analysis (pFMEAs), Application Failure Modes Effects Analysis (aFMEA);

   c. Operating Procedures for Failure Modes and Effects Analysis;

   d. Operating Procedure for Device Design Safety Assessment;

   e. Design history files;

   f. Design and specifications of equipment used in the production of Project Scion, TVT-PA and TVT+M;

   g. Design and specifications of packaging used in the production of Project Scion, TVT-PA and TVT+M;

   h. Specifications regarding sanitization and sterilization of Project Scion, TVT-PA and TVT+M, plant facilities and plant equipment;

   i. Mesh Specifications;

   j. Franchise procedure for medical device risk management plan;

   k. Company procedure for medical device risk management plan;

   l. Work Instruction for device risk management;

   m. The Franchise procedure for the control and disposition of nonconforming product;

   n. All company policies and procedures that apply to or relate to the Design History File;

  o. The Franchise Procedure for Corrective and Preventative Action (CAPA) as well as any other company policies and procedures related to CAPAs;

  p. Risk management plans and reports for Project Scion, TVT-PA and TVT+M;

  q. Members of product development team(s);

  r. Operating procedures associated with a product development cycle;

  s. Project Scion, TVT-PA and TVT+M quality manual;

  t. Project Scion, TVT-PA and TVT+M quality plan;

  u. Management responsibilities under a quality system;

  v. Mesh product design review, design verification, process qualification and design transfer;

  w. Mesh product device design requirements matrix;

  x. Mesh product qualitative and quantitative characteristics worksheets, including but not omitted to hazard worksheet raking tables;

  y. Mesh product validation test reports; and

  z. Mesh product biocompatibility testing records;

3. Testing and validation of Project Scion, TVT-PA and TVT+M.