# FARRELL, WHITE & LEGG PLLC

ATTORNEYS AND COUNSELLORS
914 FIFTH AVENUE
POST OFFICE BOX 6457
HUNTINGTON, WEST VIRGINIA 25772-6457
WWW.FARRELL3.COM

MICHAEL J. FARRELL [1]
JOSEPH M. FARRELL, Jr. [1]
TAMELA J. WHITE [1,2]
CHARLOTTE A. HOFFMAN NORRIS
ERIK W. LEGG [2]
BERNARD S. VALLEJOS
ALEXANDER L. TURNER
MEGAN E. FARRELL
SAMANTHA THOMAS-BUSH [1]

September 4, 2013
*Via U.S. Mail and Electronic Mail*

OF COUNSEL:
CHRISTINA L. SMITH

TELEPHONE (304) 522-9100
FACSIMILE  (304) 522-9162

FILE #: 0968.0000

Honorable Joseph R. Goodwin, Judge
c/o/ Kate Fife, Law Clerk
Robert C. Byrd United States Courthouse
300 Virginia Street, East
Charleston, WV 25301
*kate_fife@wvsd.uscourts.gov*

      Re:    *Pelvic Repair System Products Liability Litigation*
              *MDL No. 2187, 2325, 2326, 2327, 2387, 2440*

Dear Judge Goodwin,

    I respectfully request that I be excused from appearing as Liaison Counsel for AMS at the September 19, 2013 Status Conference. My law partner, Erik W. Legg, will appear as Liaison Counsel in my stead. My absence is occasioned by a mandatory attendance at a pharmaceutical deposition in an unrelated case on September 19, 2013 in Paris, France.

    Thank you for your consideration of this request to be excused from attendance on September 19, 2013. Please do not hesitate to contact me if you have any concerns regarding my request.

Very truly yours,

Michael J. Farrell

MJF/srp

cc:    *Via Electronic Mail and U.S. Mail*
       Teresa L. Deppner, Clerk of Court
       USDC – Southern District of West Virginia
       7009 Robert C. Byrd United States Courthouse
       300 Virginia Street East
       Charleston, WV 25301
       *Terry_Deppner@wvsd.uscourts.gov*

{F0730951.2}

---

[1] Also admitted in Kentucky · [2] Also admitted in Ohio

## FARRELL, WHITE & LEGG PLLC

Honorable Joseph R. Goodwin, Judge
c/o/ Kate Fife, Law Clerk
September 4, 2013
Page 2

_____

    Barbara R. Binis, Esquire
    Henry G. Garrard, III, Esquire
    Paul T. Farrell, Jr., Esquire
    Erik W. Legg, Esquire
    ***Via Electronic Mail***

{F0730951.2 }