# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −96)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for
the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 845 additional
action(s) have been transferred to the Southern District of West Virginia. With the consent of that
court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Southern District of West Virginia and assigned
to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with
the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk
shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 06, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                      MDL No. 2327

### SCHEDULE CTO−96 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

KENTUCKY WESTERN

| KYW | 3 | 12−00678 | Boykin v. Ethicon, Inc. et al |

OHIO NORTHERN

| OHN | 4 | 13−01822 | Ross et al v. Ethicon, Inc. et al |
| OHN | 4 | 13−01835 | Stiffler et al v. Ethicon, Inc. et al |
| OHN | 4 | 13−01840 | Commarata et al v. Ethicon, Inc. et al |

TEXAS SOUTHERN

| ~~TXS~~ | ~~7~~ | ~~13−00439~~ | ~~DeLeon v. Tey, M.D. et al~~  Opposed 8/29/13 |

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
09/06/2013 08:23 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 9/6/2013 at 8:21 AM EDT and filed on 9/6/2013

**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-96)
Finalized on 9/6/13. Please see pleading (3 in KYW/3:12-cv-00678, [1178] in MDL No.
2327, 5 in OHN/4:13-cv-01822, 3 in OHN/4:13-cv-01835, 3 in OHN/4:13-cv-01840).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.

Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)

| | |
|---|---|
| **Case Name:** | Stiffler et al v. Ethicon, Inc. et al |
| **Case Number:** | OHN/4:13-cv-01835 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-96) Finalized on 9/6/13. Please see pleading (3 in KYW/3:12-cv-00678, [1178] in MDL No. 2327, 5 in OHN/4:13-cv-01822, 3 in OHN/4:13-cv-01835, 3 in OHN/4:13-cv-01840).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.

Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)

| | |
|---|---|
| **Case Name:** | Commarata et al v. Ethicon, Inc. et al |
| **Case Number:** | OHN/4:13-cv-01840 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-96) Finalized on 9/6/13. Please see pleading (3 in KYW/3:12-cv-00678, [1178] in MDL No. 2327, 5 in OHN/4:13-cv-01822, 3 in OHN/4:13-cv-01835, 3 in OHN/4:13-cv-01840).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.

Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)

**Case Name:**      Ross et al v. Ethicon, Inc. et al
**Case Number:**    OHN/4:13-cv-01822
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-96) Finalized on 9/6/13. Please see pleading (3 in KYW/3:12-cv-00678, [1178] in MDL No. 2327, 5 in OHN/4:13-cv-01822, 3 in OHN/4:13-cv-01835, 3 in OHN/4:13-cv-01840).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.

Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)

**Case Name:**      Boykin v. Ethicon, Inc. et al
**Case Number:**    KYW/3:12-cv-00678
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-96) Finalized on 9/6/13. Please see pleading (3 in KYW/3:12-cv-00678, [1178] in MDL No. 2327, 5 in OHN/4:13-cv-01822, 3 in OHN/4:13-cv-01835, 3 in OHN/4:13-cv-01840).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.**

**Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)**

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
09/06/2013 08:22 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 9/6/2013 at 8:20 AM EDT and filed on 9/6/2013
**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** 1178

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 4 action(s)** *re: pldg. (1 in KYW/3:12-cv-00678, [1152] in MDL No. 2327, 3 in OHN/4:13-cv-01822, 1 in OHN/4:13-cv-01835, 1 in OHN/4:13-cv-01840)* **Inasmuch as no objection is pending at this time, the**

stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.**

**Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)**

**Case Name:**      Stiffler et al v. Ethicon, Inc. et al
**Case Number:**    OHN/4:13-cv-01835
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 4 action(s) *re: pldg. (1 in KYW/3:12-cv-00678, [1152] in MDL No. 2327, 3 in OHN/4:13-cv-01822, 1 in OHN/4:13-cv-01835, 1 in OHN/4:13-cv-01840)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.**

**Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)**

**Case Name:**      Commarata et al v. Ethicon, Inc. et al
**Case Number:**    OHN/4:13-cv-01840
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 4 action(s) *re: pldg. (1 in KYW/3:12-cv-00678, [1152] in MDL No. 2327, 3 in OHN/4:13-cv-01822, 1 in OHN/4:13-cv-01835, 1 in OHN/4:13-cv-01840)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.**

**Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)**

**Case Name:**      Ross et al v. Ethicon, Inc. et al
**Case Number:**    OHN/4:13-cv-01822
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 4 action(s) *re: pldg. (1 in KYW/3:12-cv-00678, [1152] in MDL No. 2327, 3 in OHN/4:13-cv-01822, 1 in OHN/4:13-cv-01835, 1 in OHN/4:13-cv-01840)* Inasmuch as no objection is pending at this time, the stay is lifted.**

Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.

Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)

| | |
|---|---|
| Case Name: | Boykin v. Ethicon, Inc. et al |
| Case Number: | KYW/3:12-cv-00678 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-96) - 4 action(s) *re: pldg. (1 in KYW/3:12-cv-00678, [1152] in MDL No. 2327, 3 in OHN/4:13-cv-01822, 1 in OHN/4:13-cv-01835, 1 in OHN/4:13-cv-01840)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/6/2013.

Associated Cases: MDL No. 2327, KYW/3:12-cv-00678, OHN/4:13-cv-01822, OHN/4:13-cv-01835, OHN/4:13-cv-01840 (dn)

MDL No. 2327 Notice has been electronically mailed to:

Carl N Frankovitch carl@facslaw.com, terry@facslaw.com

Michael J Farrell mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr paul@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

MDL No. 2327 Notice will not be electronically mailed to:

OHN/4:13-cv-01835 Notice has been electronically mailed to:

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis bbinis@reedsmith.com, kmccloskey@reedsmith.com

Craig A. Marvinney cmarvinney@walterhav.com

Jon A. Strongman jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III wstuart@sillscummis.com

Ronn B. Kreps rkreps@fulbright.com

TRACY G. WEISS tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Erica M. James erica.james@tuckerellis.com

Adrienne L. Hernandez ahernandez@shb.com

Amanda Naes Shelton amanda.shelton@nelsonmullins.com

Rita A Maimbourg rita.maimbourg@tuckerellis.com

Micah L. Hobbs mhobbs@shb.com

Mark S. Gervelis msg@gervelislaw.com

Jennise Walker Stubbs jstubbs@shb.com, rmeier@shb.com

David M. Tschantz dmt@gervelislaw.com

Michelle Johnson michelle.johnson@nelsonmullins.com

Holly Kipp holly.kipp@nortonrosefulbright.com

Sarah L. Bunce sarah.bunce@tuckerellis.com

Jim Boyers jboyers@woodmclaw.com

Christopher S. McRae cmcrae@shb.com

**OHN/4:13-cv-01835 Notice will not be electronically mailed to:**

**OHN/4:13-cv-01840 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis bbinis@reedsmith.com, kmccloskey@reedsmith.com

Craig A. Marvinney cmarvinney@walterhav.com

David R Cooper cooperr@cklpa.com

Jon A. Strongman jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III wstuart@sillscummis.com

Ronn B. Kreps rkreps@fulbright.com

TRACY G. WEISS tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Erica M. James erica.james@tuckerellis.com

Adrienne L. Hernandez ahernandez@shb.com

Amanda Naes Shelton amanda.shelton@nelsonmullins.com

Rita A Maimbourg rita.maimbourg@tuckerellis.com

Micah L. Hobbs mhobbs@shb.com

Mark S. Gervelis msg@gervelislaw.com

Jennise Walker Stubbs jstubbs@shb.com, rmeier@shb.com

David M. Tschantz dmt@gervelislaw.com

Michelle Johnson michelle.johnson@nelsonmullins.com

Holly Kipp holly.kipp@nortonrosefulbright.com

Sarah L. Bunce sarah.bunce@tuckerellis.com

Jim Boyers jboyers@woodmclaw.com

Christopher S. McRae cmcrae@shb.com

**OHN/4:13-cv-01840 Notice will not be electronically mailed to:**

**OHN/4:13-cv-01822 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis bbinis@reedsmith.com, kmccloskey@reedsmith.com

Craig A. Marvinney cmarvinney@walterhav.com

Jon A. Strongman jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III wstuart@sillscummis.com

Ronn B. Kreps rkreps@fulbright.com

TRACY G. WEISS tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Erica M. James erica.james@tuckerellis.com

Adrienne L. Hernandez ahernandez@shb.com

Amanda Naes Shelton amanda.shelton@nelsonmullins.com

Rita A Maimbourg rita.maimbourg@tuckerellis.com

Micah L. Hobbs mhobbs@shb.com

Mark S. Gervelis msg@gervelislaw.com

Jennise Walker Stubbs jstubbs@shb.com, rmeier@shb.com

David M. Tschantz dmt@gervelislaw.com

Michelle Johnson michelle.johnson@nelsonmullins.com

Holly Kipp holly.kipp@nortonrosefulbright.com

Sarah L. Bunce sarah.bunce@tuckerellis.com

Jim Boyers jboyers@woodmclaw.com

Christopher S. McRae cmcrae@shb.com

**OHN/4:13-cv-01822 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00678 Notice has been electronically mailed to:**

Mark K. Gray  mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim  dkim@grayandwhitelaw.com

Matthew L White  mwhite@grayandwhitelaw.com

**KYW/3:12-cv-00678 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/6/2013] [FileNumber=406818-0] [
a12f72d81351d490122b47d44a473e3604808826502e56152c82dec880d34cfe79ff5a
f876351dc09677307a8cbdbf8bd7c90407dd7c7a6626ca8bf03ad2f9e9]]