# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation | ) MDL No. 2327 <br> ) <br> ) Action Pending in United States District Court <br> ) for the Southern District of West Virginia <br> ) <br> ) <br> ) NOTICE OF SUBPOENA |

TO:

Christy D. Jones
Christy.jones@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
601/948-5711
601/985-4500 (fax)

    PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs intend to serve a Subpoena, in the form attached hereto, on Medical Device Auditing & Consulting, Inc., on September 6, 2013 or as soon thereafter as service may be effectuated.

Dated this September 6, 2013.

/s/ P. Ann Trantham
P. Ann Trantham
ANN TRANTHAM LAW OFFICE P.L.L.C.
Louisiana Bar No. 30972
Texas Bar No. 24067910
Illinois Bar No. 6305301
Telephone: (713) 275-4056
Facsimile: (713) 275-4046

Email: patrantham@gmail.com

/s/Bryan F. Aylstock
Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Florida Bar No.: 78263
17 E. Main St., Ste. 200
Pensacola, Florida 32502
Telephone: 850.202.1010
Facsimile: 850.916.7449
baylstock@awkolaw.com

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ P. Ann Trantham
P. Ann Trantham
ANN TRANTHAM LAW OFFICE P.L.L.C.
Louisiana Bar No. 30972
Texas Bar No. 24067910
Illinois Bar No. 6305301
Telephone: (713) 275-4056
Facsimile:  (713) 275-4046
Email: patrantham@gmail.com

/s/Bryan F. Aylstock
Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Florida Bar No.: 78263
17 E. Main St., Ste. 200
Pensacola, Florida 32502
Telephone: 850.202.1010
Facsimile: 850.916.7449
baylstock@awkolaw.com