## Hernia Mesh Custodians  (Appendix 1)

| NAME[i] | EMPLOYMENT STATUS[ii] | DEPARTMENT[iii] | LOCATION[iv] |
|---|---|---|---|
| 1. Babey, Sandy | Active | Field Sales Training | Somerville, NJ |
| 2. Barbolt, Tom | Separated | Preclinical | Somerville, NJ |
| 3. Batke, Boris | Active | Research & Development | Norderstedt, Germany |
| 4. Beath, Catherine | Separated | Regulatory | Somerville, NJ |
| 5. Cecchini, Peter | Active | Regulatory | Somerville, NJ |
| 6. Chomiak, Marty (Harry) | Active | Global Marketing | Somerville, NJ |
| 7. D'Aversa, Margaret | Active | Research & Development, Upstream Technologies | Somerville, NJ |
| 8. Divilio, Tom | Separated | Clinical | Somerville, NJ |
| 9. Donetz, Anthony | Separated | WW Customer Quality | Somerville, NJ |
| 10. Esch, Ryan | Active | QA Administration | San Angelo, TX |
| 11. Gadaleta, Sergio | Separated | Regulatory | Somerville, NJ |
| 12. Galdi, Anthony A. | Active | US Brand Admin | Somerville, NJ |
| 13. Gauld, Judi | Active | Clinical Development | United Kingdom |
| 14. Grovas-Cruz, Adnyl | Active | Manufacturing | San Lorenzo, PR |
| 15. Holste, JÖrg (Dr.) | Active | Preclinical, J&J Medical | Norderstedt, Germany |
| 16. Hughes, Daniel | Active | Sales | Mason, OH |
| 17. Hutchinson, Richard | Active | Preclinical | Somerville, NJ |
| 18. Joseph, Matt (Rex) | Active | US Brand Admin | Cincinnati, OH |
| 19. Karim, Farid | Active | Process Engineering | Cornelia, GA |
| 20. Lamont, Dan | Active | Quality Systems | Somerville, NJ |
| 21. Mahar, Kevin | Separated | Marketing | Doylestown, PA |
| 22. McRoy, Lynn | Separated | Clinical | Somerville, NJ |
| 23. Parker, Ray | Active | Packaging | Somerville, NJ |
| 24. Popadiuk, Nick | Active | COR-EPD Needle Tech | Cornelia, GA |
| 25. Rousseau, Bob | Active | Research & Development | Somerville, NJ |
| 26. Savidge, Sandy | Active | Preclinical | Somerville, NJ |
| 27. Scavona, Joe | Active | Regulatory | Somerville, NJ |
| 28. Schuldt-Hempe, Barbara | Active | Research & Development | Norderstedt, Germany |
| 29. Shen, Jessica | Active | Clinical Development | Somerville, NJ |
| 30. Stoloff, David | Active | Preclinical | Somerville, NJ |
| 31. Summerlin, Richard | Active | Prof Ed US Global Surgery | Charlotte, NC |
| 32. Volpe, Clifford | Active | Manufacturing | Somerville, NJ |
| 33. Walther, Christoph | Active | Research & Development | Norderstedt, Germany |
| 34. Yale, Mark | Separated | Quality Systems | Somerville, NJ |

---

[i] Because discovery is ongoing and incomplete, the individuals identified herein may not reflect every individual from whom documents have been or will be collected. In addition, by identifying these individuals herein, Defendants are not stating that each individual necessarily possesses relevant documents.

[ii] As to separated employees, where appropriate, Defendants have been making efforts to identify legacy data sources as well as successor employees who may have inherited materials for the separated employee and collect such materials.

[iii] The individuals identified may have held positions in more than one department/subject area during their period of employment. Generally, for separated employees, the individual's last known department/subject area is given, while for current employees, the individual's department/subject area at the time of identification as a potential custodian is given.

[iv] The individuals identified may have been officed in more than one location during their period of employment. Generally, for separated employees, the individual's last known office location is given, while for current employees, the individual's office location at the time of identification as a potential custodian.

AUGUST 16, 2013