IN RE: ETHICON, INC. PELVIC FLOOR REPAIR SYSTEM, PRODUCT LIABILITY LITIGATION

## Hernia Mesh General Source Materials  (Appendix 2)

| NAME | |
|---|---|
| 1. | 510(k) Premarket Notifications |
| 2. | Instructions For Use (IFUs) |
| 3. | Design History Files (DHFs) |
| 4. | Complaints/Adverse Events |
| 5. | Copy Review Files |

AUGUST 16, 2013