## Hernia Mesh Search Terms DRAFT v1.B* (Appendix 3)

|  | SEARCH TERM |
|---|---|
| 1 | (3DPL) |
| 2 | (510K w/25 (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 3 | (abdom* w/1 hernia) |
| 4 | ("abdominal cavity" OR "abdominal wall*") AND (mesh OR hernia)) |
| 5 | ("absorbable adhesion barrier" AND (mesh OR hernia)) |
| 5a | "Aachen" |
| 6 | ((AdCom OR (Advisory w/1 Committee)) AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 7 | (adhes* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 8 | (adipose AND (mesh OR hernia)) |
| 9 | ("adverse event*" AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 10 | ("adverse reaction*" AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 11 | ("American College of Surgeons" OR ACS OR facs*) AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 12 | ("American Hernia Society" OR AHS OR americanherniasociety*) |
| 13 | (ARD) |
| 14 | ("Asia Pacific Hernia Society" OR APHS OR aphernia*) |
| 15 | (bassini AND (mesh OR hernia)) |
| 15a | "Biofilm" |
| 16 | (bioresorbab* AND (mesh OR hernia)) |
| 17 | ("bowel obstruct*" AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 18 | (bridging AND (mesh OR hernia)) |
| 19 | (bulg* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 19a | "Bunching" |
| 20 | ("burning sensation" AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 21 | (("chronic obstructive pulmonary disorder" OR COPD) AND (mesh OR hernia)) |
| 22 | (circulat* AND (mesh OR hernia)) |
| 23 | (complaint* w/25 (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 24 | (complication* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 25 | (composix*) |
| 26 | (cone* AND (mesh OR hernia)) |
| 27 | (conical AND (mesh OR hernia)) |
| 28 | (("connective tissue*" w/10 weak*) AND (mesh OR hernia)) |
| 28a | "Contraction" |
| 29 | ((cooper w/5 repair*) AND (mesh OR hernia)) |
| 30 | (coyote AND (mesh OR hernia)) |
| 31 | (crinkl* AND (mesh OR hernia)) |
| 32 | ((defect* OR curl* OR rop* OR fibrosis*) AND (mesh OR hernia)) |
| 32a | "degrad*" |

|  | SEARCH TERM |
|---|---|
| 33 | (delamina* AND (mesh OR hernia)) |
| 34 | (diaphragmatic w/1 hernia) |
| 35 | ("discomfort" AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 35a | "Duren" |
| 36 | (dynamesh*) |
| 37 | (EAUML1) |
| 38 | (EAUMM3) |
| 39 | (EAUMR3) |
| 40 | (EAUMS3) |
| 41 | (edelweiss) |
| 42 | (enlarg* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 43 | (ero* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 44 | (explant* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 45 | (extru* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede*)) |
| 46 | ("fascia transversalis" AND (mesh OR hernia)) |
| 47 | ((fascial w/10 (defect* OR deficienc*) AND (mesh OR hernia)) |
| 48 | (FDA w/25 (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 49 | (femoral w/1 hernia) |
| 49a | "Fibrosis" or "fibrotic" |
| 50 | (fistula* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 51a | "Foreign body" or "FB response" or "FBR" |
| 51 | Fray* AND (mesh OR hernia)) |
| 52 | ("gold standard" AND (mesh OR hernia)) |
| 52a | "Granuloma*" |
| 53 | (groin* AND (mesh OR hernia)) |
| 54 | ((healing w/10 (delay* OR poor) AND (mesh OR hernia)) |
| 54a | "Heavyweight" or "HW" |
| 55 | (hematoma* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 56 | (heniford AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 57 | (hernia* AND (mesh OR "ventral patch" OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 57a | (("Hernia" or "mesh") and "sarcoma" or "squamous" or "Carcinoma" or "cancer" or "tumor" or "tumour" or "carcinogen") |
| 58 | (hernioplast* AND (mesh OR hernia)) |
| 59 | (herniorrhaph* AND (mesh OR hernia)) |
| 60 | (hiatal w/1 hernia) |
| 61a | "Histology" |
| 61 | (hydrocele* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 62 | (IFU* w/25 (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |

|  | SEARCH TERM |
|---|---|
| 63 | (implant* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 64 | (incarcerat* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 65 | (incision* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 66 | (incisional w/1 hernia) |
| 67 | (indirect w/1 hernia) |
| 68 | ("infection" AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 68a | "Inflam*" |
| 69 | (inguinal w/1 hernia) |
| 70 | (intercede* AND mesh) |
| 71 | ("International Congress of the European Hernia Society" OR "European Hernia Society" OR GREPA OR herniaweb*) |
| 72 | ("International Hernia Mesh Registry" OR IHMR) |
| 73 | (intestine* AND (mesh OR hernia)) |
| 74 | (investigat* w/25 (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 74a | "Klinge" |
| 74b | "Klosterhalfen" |
| 75 | ("lacunar ligament" AND (mesh OR hernia)) |
| 76 | ((laparoscopic w/5 repair*) AND (mesh OR hernia)) |
| 76a | "Large pore" or "LP" |
| 77 | (lichtenstein AND (mesh OR hernia)) |
| 78 | (lifting AND (mesh OR hernia)) |
| 78a | "lightweight" or "LW" |
| 79 | (lump* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 80 | (mcvay AND (mesh OR hernia)) |
| 80a | (Mesh or hernia) and "FEG" |
| 81 | (midline w/1 hernia) |
| 82 | (migrat* w/10 (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 83 | (monofilament AND (mesh OR hernia)) |
| 84 | (monopro) |
| 85 | (mopro) |
| 86 | ((multifilament OR "multi filament") AND (mesh OR hernia)) |
| 87 | ((multilaminat* OR "multi laminat*") AND proceed*) |
| 88 | (myofascial AND (mesh OR hernia)) |
| 89 | (("myopectineal orifice" OR MPO) AND (mesh OR hernia)) |
| 90 | ("native tissue repair*" AND (mesh OR hernia)) |
| 91 | (("nerve injur*" OR "nerve damage" OR "nerve pain" OR "nerve" or ("nerve/5 entrap*")) AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 91a | "Nerve entrapment" |
| 92 | ("next gen*" AND PHS) |
| 93 | ("next gen*" AND proceed*) |
| 94 | ("next gen*" AND TSM) |
| 94a | "next gen" and "mesh" |

|  | SEARCH TERM |
|---|---|
| 94b | "next gen" and "hernia" |
| 94c | "NG" and (mesh or hernia) |
| 94d | NGM or NGH |
| 95 | (NGTSM) |
| 96 | (obes* AND (mesh OR hernia)) |
| 97 | (open w/1 hernia) |
| 98 | ((open w/5 repair*) AND (mesh OR hernia)) |
| 99 | (overlay AND (mesh OR hernia)) |
| 100 | (("oxidized regenerated cellulose" OR orc) AND (mesh OR hernia)) |
| 101 | ((oxygen w/10 (content* OR level*)) AND (mesh OR hernia)) |
| 102 | (pain* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 102a | Particle w/5 loss AND (mesh OR Hernia) |
| 103 | (patch* AND (mesh OR hernia)) |
| 104 | (PCDB1) |
| 105 | (PCDD1) |
| 106 | (PCDG1) |
| 107 | (PCDH1) |
| 108 | (PCDJ1) |
| 109 | (PCDL1) |
| 110 | (PCDM1) |
| 111 | (PCDN1) |
| 112 | (PCDT1) |
| 113 | (PCDW1) |
| 114 | (perfix*) |
| 115 | (peristomal w/1 hernia) |
| 116 | (peritoneal w/1 hernia) |
| 117 | (peritoneum AND (mesh OR hernia)) |
| 117a | "Peroxide" or "superoxide" |
| 118 | (phoenix AND (mesh OR hernia)) |
| 119 | (PHS) |
| 120 | (PHSE) |
| 121 | (PHSE6) |
| 122 | (PHSL) |
| 123 | (PHSL6) |
| 124 | (PHSM) |
| 125 | (PHSM6) |
| 126 | (PHY0715R) |
| 127 | (PHY1015V) |
| 128 | (PHY1515Q) |
| 129 | (PHY1520R) |
| 130 | (PHY1520V) |
| 131 | (PHY2025V) |
| 132 | (PHY2030R) |
| 133 | (PHY2535V) |
| 134 | (PHY3035R) |
| 135 | (PHY3050R) |

|      | SEARCH TERM |
|------|-------------|
| 136  | (physiomesh*) |
| 137  | (plug* AND (mesh OR hernia)) |
| 138  | (PMH) |
| 139  | (PMI1) |
| 140  | (PML) |
| 141  | (PMLK) |
| 142  | (PMSK) |
| 143  | (PMXL) |
| 144  | (PMXS) |
| 145  | ((polydioxanone OR pds) AND (mesh OR hernia)) |
| 146  | (polypropylene AND (mesh OR hernia)) |
| 146a | "Polyv*" or "PVDF" |
| 147  | ("pore size" AND (mesh OR hernia)) |
| 148  | ((pore* w/5 collapse*) AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 149  | (potentiat* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 150  | ("primary hernia*") |
| 151  | (proceed* AND mesh) |
| 152  | ((proceed* AND patch*) OR "ventral patch") |
| 153  | (prolene* AND mesh) |
| 154  | ((prolene AND patch*) OR "3d patch*") |
| 155  | ("prolene hernia system" OR phs) |
| 156  | ("prolene light") |
| 157  | ((protrud* OR prodtrus*) AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 158  | (PVPM) |
| 159  | (PVPS) |
| 160  | (rapid AND (plug OR hernia)) |
| 161  | (recall* w/25 (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 162  | (recur* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 163  | ((reduc* OR irreduc*) AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 164  | (reinforc* AND (mesh OR hernia)) |
| 165  | (remov* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 166  | (revis* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede*)) |
| 166a | "RWTH" |
| 167  | (SAGES) |
| 167a | "Scar plate" |
| 167b | "Scarring" |
| 168  | (scrot* AND (mesh OR hernia)) |
| 169  | (seroma* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 170  | (shouldice AND (mesh OR hernia)) |
| 171  | ((shrink* OR contract* OR reduc* OR short*) w/10 (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |

|      | SEARCH TERM |
|------|-------------|
| 171a | "Shrinkage" |
| 171b | "Small pore" or "SP" |
| 172  | (softpro) |
| 173  | (sombrero AND (plug OR hernia)) |
| 174  | (spider AND (mesh OR hernia)) |
| 174a | "SPM" or "Soft Prolene Mesh" |
| 175  | (SPMH) |
| 176  | (SPMII) |
| 177  | (SPMLI) |
| 178  | (SPMS) |
| 179  | (SPMXS) |
| 180  | (SPMXXL) |
| 181  | (strangulat* AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 182  | (sublay AND (mesh OR hernia)) |
| 183  | ((suture* w/5 repair*) AND (mesh OR hernia)) |
| 184  | ("synthetic mesh*" AND hernia) |
| 185  | (TC7) |
| 186  | ((tension* w/5 repair*) AND (mesh OR hernia)) |
| 187  | (testic* AND (mesh OR hernia)) |
| 188  | ("tissue attach*" AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 189  | ((tissue*AND separat*) AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 190  | (("totally extraperitoneal" OR TEP) AND (mesh OR hernia)) |
| 191  | (("transabdominalpreperitoneal" OR TAPP) AND (mesh OR hernia)) |
| 192  | ((trilaminat* OR "tri laminat*") AND proceed*)) |
| 193  | (truss* AND (mesh OR hernia)) |
| 194  | (TSM) |
| 195  | (ugahary) |
| 196  | (UHS) |
| 197  | (UHSL) |
| 198  | (UHSL6) |
| 199  | (UHSM) |
| 200  | (UHSM6) |
| 201  | (ultrapro* AND mesh) |
| 202  | (ultrapro* AND plug*) |
| 203  | ("ultrapro hernia system" OR uhs) |
| 204  | (umbilical w/1 hernia) |
| 205  | (UMF1) |
| 206  | (UML1) |
| 207  | (UMM1) |
| 208  | (UMM3) |
| 209  | (UMM3) |
| 210  | (UMN1) |
| 211  | (UMN3) |
| 212  | (UMP3) |
| 213  | (UMR3) |

|  | SEARCH TERM |
|---|---|
| 214 | (UMS3) |
| 215 | (UMT1) |
| 216 | (underlay AND (mesh OR hernia)) |
| 217 | (UNSOV) |
| 218 | (UPPL2) |
| 219 | (UPPL6) |
| 220 | (UPPM2) |
| 221 | (UPPM6) |
| 222 | (UPPS2) |
| 223 | (UPPS6) |
| 224 | (ventral w/1 hernia) |
| 225 | (visceral w/1 hernia) |
| 226 | (vypro* AND (line w/5 (extension* OR extend*)) |
| 227 | (vypro* AND blue) |
| 228 | (vypro* AND mesh) |
| 229 | (vypro* AND visor) |
| 230 | ("vypro plus") |
| 231 | ((withdraw* OR withdrew*) w/25 (mesh OR hernia)) |
| 232 | ("wound dehiscence" AND (mesh OR "ventral patch" OR hernia OR prolene* OR ultrapro* OR physiomesh* OR vypro* OR intercede* OR "Polypropylene*" OR "PP*")) |
| 232a | "Wrinkling" |
| 233 | ("www.herniasolutions.com") |
| 234 | ("www.smarterpatient.com") |
| 235 | (XCUMF1) |
| 236 | (XCUML1) |
| 237 | (XCUMM1) |
| 238 | (XCUMM3) |
| 239 | (XCUMN1) |
| 240 | (XCUMN3) |
| 241 | (XCUMP3) |
| 242 | (XCUMR3) |
| 243 | (XCUMS1) |
| 244 | (XCUMS3) |
| 245 | (XCUMT1) |

*The parties have not yet agreed to all of the terms contained in this Appendix. The parties are continuing to meet and confer concerning additional and/or modified search terms that have been proposed by Plaintiffs. Once the parties finalize the search terms, an amended Appendix 3 will be submitted to the Court.