# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------- | Civil Action No. MDL 2327<br>Southern District of West Virginia<br>Charleston Division |

## PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO YOUTUBE, LLC.

TO:     Christy D. Jones

Christy.jones@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
601/948-5711
601/985-4500 (fax)

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs intend to serve a Subpoena, in the form attached hereto as Exhibit A & Exhibit B on Youtube, LLC on September 6, 2013, or as soon thereafter as service may be effectuated.

Date: 9/6/2013.

Respectfully Submitted,

/s/ P. Ann Trantham
P. Ann Trantham
ANN TRANTHAM LAW OFFICE P.L.L.C.
5020 Montrose, Suite 300
Houston, TX 77007
Louisiana Bar No. 30972
Texas Bar No. 24067910
Illinois Bar No. 6305301
Telephone: (713) 275-4056
Facsimile: (713) 275-4046
Email: patrantham@gmail.com

/s/Bryan F. Aylstock
Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Florida Bar No.: 78263
17 E. Main St., Ste. 200
Pensacola, Florida 32502
Telephone: 850.202.1010
Facsimile: 850.916.7449
baylstock@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ P. Ann Trantham
P. Ann Trantham
ANN TRANTHAM LAW OFFICE P.L.L.C.
Louisiana Bar No. 30972
Texas Bar No. 24067910
Illinois Bar No. 6305301
Telephone: (713) 275-4056
Facsimile: (713) 275-4046
Email: patrantham@gmail.com

/s/Bryan F. Aylstock
Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Florida Bar No.: 78263
17 E. Main St., Ste. 200
Pensacola, Florida 32502
Telephone: 850.202.1010
Facsimile: 850.916.7449
baylstock@awkolaw.com