UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

CIVIL ACTION NO. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin

This Document Applies To All Actions

To:   Thomas P. Cartmell
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO  64112
      816-701-1102

      D. Renée Baggett, Esq.
      Aylstock, Witkin, Kreis & Overholtz
      17 E. Main Street, Suite 200
      Pensacola, FL  32591

## ETHICON DEFENDANTS' CASE SELECTION
## FOR THE PROLIFT DISCOVERY POOL

The Defendants Ethicon, Inc., Johnson & Johnson, and Ethicon LLC in the above entitled actions submit the following cases to be included in the Prolift Discovery Pool, pursuant to Pretrial Order #64 (Order Regarding Selection of Prolift Trial Plaintiffs):

| Case | Cause No. |
| --- | --- |
| Bell, Terri Lee v. Ethicon, Inc., et al. | 2:12cv06175 |
| Connor, Debbie v. Ethicon, Inc., et al. | 2:12cv04951 |
| Lehrer, Brenda v. Ethicon, Inc., et al. | 2:12cv08157 |
| Swaney, Janice v. Ethicon, Inc., et al. | 2:12cv00389 |
| Zapata, Sandra v. Ethicon, Inc., et al. | 2:12cv01972 |

Defendants request the opportunity to substitute an alternative selection should any Plaintiff listed above choose to dismiss her action.

This the 6th day of September 2013.

        Respectfully submitted,

        */s/Christy D. Jones*
        CHRISTY D. JONES
        BUTLER, SNOW, O'MARA, STEVENS &
        CANNADA, PLLC
        1020 Highland Colony Parkway
        Suite 1400
        P.O. Box 6010
        Ridgeland, MS  39158-6010
        Telephone: (601) 985-4523
        Fax: (601) 985-4500
        Email: christy.jones@butlersnow.com

        */s/ David Thomas*

        **ATTORNEYS FOR DEFENDANT ETHICON, INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

CIVIL ACTION NO. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin

### CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Christy D. Jones

ButlerSnow 15836874v1