UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------  x
IN RE ETHICON, INC., PELVIC REPAIR     :   CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY              :   MDL No. 2327
LITIGATION                             :
------------------------------------------------------------  :   Judge Joseph R. Goodwin
This Document Applies To All Actions   :
------------------------------------------------------------  x

To:    Christy D. Jones, Esq.
       Butler, Snow, O'Mara Stevens & Cannada, PLLC
       1020 Highland Colony Parkway
       Suite 1400
       Ridgeland, MS 39157
       601-948-5711
       Email: Christy.jones@butlersnow.com

       David B. Thomas
       Thomas Combs & Spann, PLLC
       300 Summers Street, Suite 1380
       P.O. Box 3824
       Charleston, WV  25338-3824
       304-414-1800
       Email: dthomas@tcspllc.com

**PLAINTIFFS' CASE SELECTION
FOR THE PROLIFT DISCOVERY POOL**

Plaintiffs in the above entitled action submit the following cases to be included in the

Discovery Pool, pursuant to Pretrial Order #64:

| Case | Cause Number |
|---|---|
| Bellew, Dianne M.  v. Ethicon, Inc., et al. | 2:13-cv-22473 |
| Flowers, Darla v. Ethicon, Inc., et al. | 2:13-cv-06764 |
| Massey, Donna v. Ethicon, Inc., et al. | 2:12-cv-00880 |
| Patrick, Lottie v. Ethicon, Inc., et al. | 2:12-cv-01776 |
| Smith, Janet L. v. Ethicon, Inc., et al. | 2:12-cv-00861 |

Dated: September 6, 2013	/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com


THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

*Plaintiffs' Co-Lead Counsel*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

```
------------------------------------------------------------   x
IN RE ETHICON, INC., PELVIC REPAIR            :   CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY                     :   MDL No. 2327
LITIGATION                                    :
------------------------------------------------------------   :   Judge Joseph R. Goodwin
This Document Applies To All Actions          :
------------------------------------------------------------   x
```

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com