UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On September 3, 2013, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, the actions on the attached schedule. In the absence of any known opposition to the proposed transfer, the stay of transmittal was lifted on September 11, 2013, and the actions were transferred to the Southern District of West Virginia. Subsequently, on September 11, 2013, the Panel received a motion to reinstate the conditional transfer order filed by plaintiffs in these actions. In their motion, plaintiffs, through counsel, assert that they failed to file a timely notice of opposition due to an inadvertent calendaring error. Plaintiffs' notice of opposition is one day out of time. The Panel will reinstate the conditional transfer order in these actions in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-97" filed on September 3, 2013, is REINSTATED insofar as it relates to these actions. Plaintiffs' motion to vacate and supporting brief are due on or before September 24, 2013. No extensions of time will be granted.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2327

## SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 13-06284 | Amber Clavesilla, et al. v. Johnson & Johnson, et al. |
| CAC | 2 | 13-06285 | John Miller, et al. v. Johnson & Johnson, et al. |
| CAC | 2 | 13-06288 | Megan Moses, et al. v. Johnson & Johnson, et al. |
| CAC | 2 | 13-06289 | Pamela Ruiz, et al. v. Johnson & Johnson, et al. |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Reinstating CTO
JPMLCMECF
to:
JPMLCMDECF
09/11/2013 04:44 PM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 9/11/2013 at 4:43 PM EDT and filed on 9/11/2013

**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 1200

**Docket Text:**
**ORDER REINSTATING CTO-97 (re: pldg. (1 in CAC/2:13-cv-06284, 1 in CAC/2:13-cv-06285, 1 in CAC/2:13-cv-06288, 1 in CAC/2:13-cv-06289, [1164] in MDL No. 2327) )**

**The stay of the Panel's conditional transfer order designated as CTO-97 filed on September 3, 2013 is REINSTATED. Plaintiff notice of opposition is deemed filed as of September 10, 2013.**

**Motion to Vacate with Brief in Support due on or before 9/24/2013. Responses due on or before 10/15/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/11/2013.**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289 (JG)**

**Case Name:**       Megan Moses et al v. Johnson & Johnson et al
**Case Number:**     CAC/2:13-cv-06288
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER REINSTATING CTO-97** (re: pldg. (1 in CAC/2:13-cv-06284, 1 in CAC/2:13-cv-06285, 1 in CAC/2:13-cv-06288, 1 in CAC/2:13-cv-06289, [1164] in MDL No. 2327) )

The stay of the Panel's conditional transfer order designated as CTO-97 filed on September 3, 2013 is REINSTATED. Plaintiff notice of opposition is deemed filed as of September 10, 2013.

Motion to Vacate with Brief in Support due on or before **9/24/2013**. Responses due on or before **10/15/2013**.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/11/2013.

Associated Cases: MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289 (JG)

| | |
|---|---|
| **Case Name:** | Amber Clavesilla et al v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:13-cv-06284 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER REINSTATING CTO-97** (re: pldg. (1 in CAC/2:13-cv-06284, 1 in CAC/2:13-cv-06285, 1 in CAC/2:13-cv-06288, 1 in CAC/2:13-cv-06289, [1164] in MDL No. 2327) )

The stay of the Panel's conditional transfer order designated as CTO-97 filed on September 3, 2013 is REINSTATED. Plaintiff notice of opposition is deemed filed as of September 10, 2013.

Motion to Vacate with Brief in Support due on or before **9/24/2013**. Responses due on or before **10/15/2013**.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/11/2013.

Associated Cases: MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289 (JG)

| | |
|---|---|
| **Case Name:** | Pamela Ruiz et al v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:13-cv-06289 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER REINSTATING CTO-97** (re: pldg. (1 in CAC/2:13-cv-06284, 1 in CAC/2:13-cv-06285, 1 in CAC/2:13-cv-06288, 1 in CAC/2:13-cv-06289, [1164] in MDL No. 2327) )

The stay of the Panel's conditional transfer order designated as CTO-97 filed on September 3, 2013 is REINSTATED. Plaintiff notice of opposition is deemed filed as of

**September 10, 2013.**

**Motion to Vacate with Brief in Support due on or before 9/24/2013. Responses due on or before 10/15/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/11/2013.**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289 (JG)**

**Case Name:** Joan Miller et al v. Johnson & Johnson et al
**Case Number:** CAC/2:13-cv-06285
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER REINSTATING CTO-97 (re: pldg. (1 in CAC/2:13-cv-06284, 1 in CAC/2:13-cv-06285, 1 in CAC/2:13-cv-06288, 1 in CAC/2:13-cv-06289, [1164] in MDL No. 2327) )**

**The stay of the Panel's conditional transfer order designated as CTO-97 filed on September 3, 2013 is REINSTATED. Plaintiff notice of opposition is deemed filed as of September 10, 2013.**

**Motion to Vacate with Brief in Support due on or before 9/24/2013. Responses due on or before 10/15/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/11/2013.**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289 (JG)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch  carl@facslaw.com, terry@facslaw.com

Michael J Farrell  mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso  mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr  hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS  dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr  paul@greeneketchum.com

Marc E. Williams  marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06288 Notice has been electronically mailed to:**

Kurt B Arnold karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas Vincent Girardi tgirardi@girardikeese.com

Amy F Solomon asolomon@girardikeese.com, levans@girardikeese.com

Amanda Heather Kent akent@girardikeese.com, ilongoria@girardikeese.com

Mollie Fleming Benedict mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes joshua.wes@tuckerellis.com

Lauren H Bragin lauren.bragin@tuckerellis.com

**CAC/2:13-cv-06288 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06284 Notice has been electronically mailed to:**

Kurt B Arnold karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas Vincent Girardi tgirardi@girardikeese.com

Amy F Solomon asolomon@girardikeese.com, levans@girardikeese.com

Amanda Heather Kent akent@girardikeese.com, ilongoria@girardikeese.com

Mollie Fleming Benedict mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes joshua.wes@tuckerellis.com

Lauren H Bragin lauren.bragin@tuckerellis.com

**CAC/2:13-cv-06284 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06289 Notice has been electronically mailed to:**

Kurt B Arnold karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com,

kmcdonald@arnolditkin.com, mveer@arnolditkin.com

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas Vincent Girardi tgirardi@girardikeese.com

Amy F Solomon asolomon@girardikeese.com, levans@girardikeese.com

Mollie Fleming Benedict mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes joshua.wes@tuckerellis.com

Lauren H Bragin lauren.bragin@tuckerellis.com

**CAC/2:13-cv-06289 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06285 Notice has been electronically mailed to:**

Kurt B Arnold karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com

Christy D. Jones christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas Vincent Girardi tgirardi@girardikeese.com

Amy F Solomon asolomon@girardikeese.com, levans@girardikeese.com

Amanda Heather Kent akent@girardikeese.com, ilongoria@girardikeese.com

Mollie Fleming Benedict mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes joshua.wes@tuckerellis.com

Lauren H Bragin lauren.bragin@tuckerellis.com

**CAC/2:13-cv-06285 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/11/2013] [FileNumber=408321-0]

[3af3290f4c141a8d864169b0cb484cd545548889f843269e1201cfaa9311f270ff9fc
0e4893fcf8661221957f5f6b48c608bddbf0be2b2e9380af3c346940793]]