Honorable Cheryl A. Eifert
## U. S. Magistrate Judge
### United States District Court
### Southern District of West Virginia

## Statistical Sheet for MJSTAR
### In Chambers Events Only

| Case No.: | MDL 2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon, Inc., Pelvic Repair System | Ghost Case Style: | |
| Date of Event: | September 13, 2013 | | |
| Court Reporter: | Terry Ruffner | | |
| Law Clerk: | Marianne Tassone | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs:   Renee Baggett, Bryan Alystock, Thomas Cartmell<br>Counsel for Defendant:   William Gage, Ben Watson, Phillip Combs, Gary Ruben | | |
| Type of Event: | Telephonic Status Conference | | |
| Time Spent in Chambers: | Fifty (50) minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge  Cheryl A. Eifert | | |