Exhibit B

I. <u>**For Directly Filed Cases**</u>:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ filed _____)
_____

**SHORT FORM COMPLAINT**

II. <u>For All Other Cases</u>:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

      **Plaintiffs,**

**v.**                                               Civil Action No. _____
                                                     (Severed from SDWV Civil Action
                                                     No. _____ filed _____)

**JOHNSON & JOHNSON, et al.,**

      **Defendants.**

**COMPLAINT AND JURY DEMAND**