**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation | ) ) ) | MDL No. 2187 |
| THIS DOCUMENT RELATES TO: *Pretrial Orders No. 3, 14, 33, 36 and 67* | ) ) ) ) ) ) | |
| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | ) ) ) | MDL No. 2325 |
| THIS DOCUMENT RELATES TO: *Pretrial Orders No. 4, 6 and 38* | ) ) ) ) ) | |
| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | ) ) ) | MDL No. 2326 |
| THIS DOCUMENT RELATES TO: *Pretrial Orders No. 4, 6 and 33* | ) ) ) ) ) | |
| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation | ) ) ) | MDL No. 2327 |
| THIS DOCUMENT RELATES TO: *Pretrial Orders No. 4, 6, and 34* | ) ) ) ) ) | |
| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation | ) ) ) | MDL No. 2387 |
| THIS DOCUMENT RELATES TO: *Pretrial Orders No. 2 and 17* | ) ) ) ) ) | |
| In Re Cook Medical, Inc. Pelvic Support Systems Products Liability Litigation | ) ) ) | MDL No. 2440 |
| THIS DOCUMENT RELATES TO: *Pretrial Order No. 4* | ) ) ) | |

### *OMNIBUS* MOTION BY PLAINTIFFS TO AMEND THE MEMBERSHIP OF THE PLAINTIFFS' STEERING COMMITTEE

The Plaintiffs, by and through Plaintiffs' Co-Liaison Counsel, Harry F. Bell, Jr. and The Bell Law Firm, PLLC, submits this *Plaintiffs' Motion to Amend the Membership of the Plaintiffs' Steering Committee* as set forth in the Pretrial Orders identified in the case-style herein, as follows:

### I. RESIGNATIONS

It has been brought to the attention of the Leadership of the 5 MDL's listed above, of the Executive Committee, and of the Court, that there are several members of the Plaintiffs' Steering Committee whom have decided to resign for various reasons as set forth in their respective letters attached hereto.

WHEREFORE, Plaintiffs respectfully move this Court to enter an Order removing said members from the Plaintiffs' Steering Committee. Those members are identified, and their resignation letters attached, as follows:

- David Allen, Esquire – Cohen & Malad (**Exhibit A**)

- A. J. De Bartolomeo, Esquire – Girard Gibbs (**Exhibit B**)

- Jerry Parker, Esquire – Parker Waichman (**Exhibit C**)

- J. R. Rogers, Esquire – Law Offices of J. Robert Rogers (**Exhibit D**)

- Hunter Shkolnik, Esquire – Napoli Bern (**Exhibit E**)

- Laura V. Yeager, Esquire -- Morgan & Morgan (**Exhibit F**)

### II. NEW APPOINTMENTS

It has also been brought to the attention of the Leadership of the 6 MDL's listed above, of the Executive Committee, and of the Court, that counselors have reached out requesting

2

placement in the Plaintiffs' Steering Committee, as set forth in their respective letters attached hereto, and in their applications for appointment submitted to the Court.

WHEREFORE, Plaintiffs respectfully move this Court to enter an Order placing said counsel on the Plaintiffs' Steering Committee. Those new members are identified, and their letters requesting addition to the Plaintiffs' Steering Committee are attached, as follows:

> Karen Beyea-Schroeder, Esquire (**Exhibit G**)
> FLEMING, NOLEN & JEZ, L.L.P.
> 2800 Post Oak Blvd., Suite 4000
> Houston, Texas 77056
> (713) 621-7944 (Office)
> (713) 621-9638 (Facsimile)
> Karen_Beyea-Schroeder@fleming-law.com

> Erik Walker, Esquire (**Exhibit H**)
> Hissey Kientz, LLP
> Arboretum Plaza One
> 9442 Capital of Texas Highway North, Suite 400
> Austin, Texas 78759
> (512) 320-9100 (Office)
> (512) 320-9101 (Facsimile)
> erik@hkhlaw.com

> John Foley, Esquire (**Exhibit I**)
> Simmons Browder Gianaris Angelides & Barnerd LLC
> One Court Street
> Alton, IL 62002
> (618) 259-2222 (Office)
> (618) 259-2251 (Facsimile)
> jfoley@simmonsfirm.com

## III. ADDITIONAL AMENDMENT

It has also been brought to the attention of the Leadership of the 5 MDL's listed above, of the Executive Committee, and of the Court, that Stacy Hauer, Esquire, has recently resigned from the firm Johnson Becker, as evidenced in the letter attached as **Exhibit J**, and that Lisa Ann

3

Gorshe of Johnson Becker has requested placement in the Plaintiffs' Steering Committee as Stacy Hauer's replacement, as set forth in her application for appointment attached hereto as **Exhibit K**.

WHEREFORE, Plaintiffs respectfully move this Court to enter an Order removing Stacy Hauer from the Plaintiffs' Steering Committee and placing Lisa Ann Gorshe on the Plaintiffs' Steering Committee.

Respectfully submitted,

/s/Harry F. Bell, Jr. (WVSB # 297)
Harry F. Bell, Jr., Esquire (WVSB # 297)
THE BELL LAW FIRM, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, WV  25326-1723
(304) 345-1700
(304) 344-1956 facsimile
hfbell@belllaw.com

*Plaintiffs' Co-Liaison Counsel*

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation | ) MDL No. 2187 |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *Pretrial Orders No. 3 and 14* | ) |
| | ) |
| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | ) MDL No. 2325 |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *Pretrial Orders No. 4 and 6* | ) |
| | ) |
| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | ) MDL No. 2326 |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *Pretrial Orders No. 4 and 6* | ) |
| | ) |
| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation | ) MDL No. 2327 |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *Pretrial Orders No. 4 and 6* | ) |
| | ) |
| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation | ) MDL No. 2387 |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *Pretrial Orders No. 4 and 6* | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2013, I electronically filed the foregoing Document with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these MDLs.

5

/s/Harry F. Bell, Jr. (WVSB # 297)
Harry F. Bell, Jr., Esquire (WVSB # 297)