# COHEN & MALAD, LLP
## ATTORNEYS

*Power To Your Voice*

| | | | | | |
|---|---|---|---|---|---|
| Louis F. Cohen (1936-1992) | Richard E. Shevitz | Julie Andrews | Lynn A. Toops | Jonathan A. Knoll | *Certified Family Law Specialist |
| Richard M. Malad | Arend J. Abel | Kelley J. Johnson | TaKeena M. Thompson | Sarah T. Starkey | Family Law Certification Board |
| Irwin B. Levin | Brian K. Zoeller* | | David B. Allen | Jeffrey A. Hammond*** | **Also Admitted in California |
| David J. Cutshaw | Scott D. Gilchrist | Vess A. Miller** | Michael J. Blinn | Melissa L. Stuart | ***Also Admitted in Illinois |
| Gregory L. Laker | Jeff S. Gibson | Gabriel A. Hawkins | Edward B. Mulligan V | | |

July 25, 2013

U.S.D.C. - Southern District of West Virginia
The Honorable Joseph R. Goodwin
300 Virginia Street E, Room 2400
Charleston, WV 25301

### RE: *Pelvic Repair System Products Litigation, MDLs 2187, 2325, 2326, 2327 & 2387*

Dear Judge Goodwin:

It has been an honor and privilege serving as a member of the Plaintiffs' Steering Committee for the above-referenced MDLs. Unfortunately, due to time constraints caused by the press of other business including a coordinated litigation with three hundred plaintiffs against one doctor, I must tender my resignation as a member of the PSC effective immediately.

I appreciate the opportunity to serve on the committee.

Sincerely,

COHEN & MALAD LLP

David B. Allen

cc: Brian Aylstock, Esq.
Henry Garrard, Esq.
Fred Thompson, Esq.
Harry Bell, Jr., Esq.

EXHIBIT
A

cohenandmalad.com

One Indiana Square • Suite 1400 • Indianapolis, Indiana 46204 • Phone: 317.636.6481 • Toll Free: 866.446.7478 • Fax: 317.636.2593

# GIRARD GIBBS
LLP

ATTORNEYS AT LAW

May 31, 2013

**VIA U.S. MAIL**
**& ELECTRONIC MAIL**

Harry Bell
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326-1723
hfbell@belllaw.com

> Re:   **Transvaginal Mesh Litigation**

Dear Harry:

This is in response to your May 20, 2013 letter regarding the Girard Gibbs LLP TVM assessment and PSC position.

We recognize the value of all of the hard work and leadership contributed by you and the other MDL Co-Lead Counsel, and the individual case co-leads in this matter. We also appreciate the recent offer of common benefit work and Daubert briefing involvement that has been made to Girard Gibbs and me. However, after consultation with my partners, we have determined that based on our current case commitments and legal professionals and personnel available, we will not be able to dedicate considerable resources to those common benefit projects in the prosecution of this matter. As a result, I will resign from the PSCs in the 5 MDLs listed above. If you or the Co-Leads in this matter require anything more from me than this letter of resignation to effectuate the change, please tell me.

Very truly yours,

GIRARD GIBBS LLP

A.J. De Bartolomeo



EXHIBIT
tabbies
B



Parker | Waichman LLP
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

| | |
|---|---|
| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation | MDL No. 2187 |
| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | MDL No. 2325 |
| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | MDL No. 2326 |
| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation | MDL No. 2327 |
| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation | MDL No. 2387 |

To Whom It May Concern:

Please allow this letter to serve as my resignation as a member of the Plaintiff Steering Committee for the above-referenced Multi-District Litigations currently pending in the Southern District of West Virginia.

Dated: July 31, 2013

Respectfully Submitted,

By, _____
Jerrold S. Parker
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: 516-466-6500
Facsimile: 516-466-6665
jerry@yourlawyer.com

EXHIBIT

C

# J. ROBERT ROGERS

ATTORNEY-AT-LAW

ADMITTED IN WEST VIRGINIA
ADMITTED IN NORTH CAROLINA

213 HALE STREET / 3ᴿᴰ FLOOR
CHARLESTON, WEST VIRGINIA  25301

(304) 205.8090
FAX (304) 345.0375

jrobertrogers@hotmail.com

**Reply To**:

Post Office Box 11808
Charleston, WV  25339

August 8, 2013

The Honorable Joseph R. Goodwin
Judge, U. S. District Court
Southern District of WV
P. O. Box 2546
Charleston, WV  25329-2546

In re:  Southern District of WV TVM PSC

Dear Judge Goodwin:

It has been brought to my attention that the Court is ready to make adjustments to the
PSC appointment orders and that I should direct a letter requesting to be relieved of my
obligations under the PSC.  Therefore, this letter will advise that it is my desire to resign
and/or otherwise be relieved of my duties as a member of the WV TVM PSC.  I do,
however, believe that an explanation be given.

It appears that the only reason I would be maintained as a member of the PSC was to
assist in the financing of the case.  Obviously, it also seems I would not be doing any
participation whatsoever regarding the presentation and preparation of the case(s).  While
I appreciate very much the Court's appointment, it seems my participation is limited to
that of a banker only to which I have no interest at this time.

Respectfully,

J. Robert Rogers

JRR/jf

xc:  Harry F. Bell, Jr., Esquire
     Fred Thompson, Esquire
     Henry Garrard, Esquire
     Bryan Aylstock, Esquire

**EXHIBIT**

D



## NapoliBern
## RipkaShkolnik
## &Associates LLP
### ATTORNEYS AT LAW

Hunter J. Shkolnik
Senior Partner
Hunter@napolibern.com

August 22, 2013

U.S.D.C. – Southern District of West Virginia
The Honorable Joseph R. Goodwin
300 Virginia Street E, Room 2400
Charleston, WV 25301

*Re:*    *Pelvic Repair System Products Litigation, MDLs 2187, 2325, 2326, 2327 & 2387*

Dear Judge Goodwin:

I am writing to submit my resignation from the Plaintiffs' Steering Committee in the above referenced MDL. I do not take this action lightly and was honored by the Court's appointment to the Committee. I have the greatest respect for my colleagues appointed to leadership and have the utmost faith in the litigation as a whole. However, given the extremely large size of the PSC, I feel my very limited contribution to the litigation does not warrant me keeping this appointment. I truly believe lawyers who request and accept these positions must work on the case and not simply collect titles for their resume. Since I do not believe that I participated sufficiently, I think this is the best choice to make.

As always I will make myself or my firm's resources available to leadership should they wish to call upon us.

Respectfully,

NAPOLI, BERN, RIPKA &
SHKOLNIK LLP

*HUNTER J. SHKOLNIK*

HJS/clb                                 HUNTER J. SHKOLNIK



EXHIBIT
E

EMPIRE STATE BUILDING, 350 FIFTH AVENUE, NEW YORK, NEW YORK 10118  |  (212) 267-3700

NEW YORK   NEW JERSEY   PENNSYLVANIA   FLORIDA   CALIFORNIA            |        NAPOLIBERN.COM

# MORGAN & MORGAN®

## Attorneys At Law

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-5402

July 15, 2013

Honorable Judge Joseph Goodwin
USDC Southern District of West Virginia
Post Office Box 2546
Charleston, WV 25329-2546

Re:     Pelvic Repair System Products Litigation MDLs, 2187, 2325, 2326 & 2327

Dear Honorable Judge Goodwin:

It has been an honor and privilege serving as a member of the Pelvic Repair System Products Litigation Plaintiff's Steering Committee for MDLs, 2187, 2325, 2326 & 2327.

As the PSC is aware, in April I joined Morgan & Morgan, which is already represented on the PSC. Accordingly, in keeping with the Executive Committee's stated position of one PSC member per firm, I am tendering my resignation as a PSC member effective March 30, 2013, the date my employment with Fleming, Nolen & Jez, L.L.P. terminated.

Thank you for the opportunity to serve as a member of the PSC.

Kind regards,

Laura V. Yaeger

cc:
Bryan Aylstock, Esq.
Fred Thompson, Esq.
Henry Garrard, Esq. and
✓Harry Bell, Jr.



EXHIBIT
F

ATLANTA, GA ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL ◆ MANHATTAN, NY ◆ MEMPHIS, TN
NAPLES, FL ◆ ORLANDO, FL ◆ PLANTATION, FL ◆ ST. PETERSBURG, FL ◆ SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WINTER HAVEN, FL



## FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Boulevard, Suite 4000
Houston, Texas 77056-6109
Tel 713-621-7944
Fax 713-621-9638

KAREN BEYEA-SCHROEDER
*Also licensed in Arizona, New Jersey & New York*

Email: karen_beyea-schroeder@fleming-law.com
Internet: http://www.fleming-law.com

July 29, 2013

Honorable Joseph R. Goodwin, Chief Judge
United States District Court
for the Southern District of West Virginia
300 Virginia Street East, Room 7009
Charleston, WV 25301

Mr. Harry Bell
The Bell Law Firm PLLC
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326

Dear Honorable Judge Goodwin and Mr. Bell:

I am respectfully requesting that you place me onto the Plaintiffs' Steering Committee ("PSC") for the Pelvic Repair Products Litigation – MDL Nos. 2187, 2325, 2326, 2327, 2387 and 2440. Laura Yaeger, formerly of Fleming, Nolen & Jez, L.L.P. ("FNJ") was previously serving on the PSC. However, since accepting a position on the PSC, Ms. Yaeger has left the FNJ firm and resigned her PSC position. Accordingly, I respectfully request that I am the individual to replace Laura Yaeger's position on this PSC.

FNJ has been heavily involved in the Pelvic Repair Products Litigation since early in the litigation and even before the MDL was formed. Since the MDL was formed, FNJ has filed more than 500 cases against the mesh manufacturers. In addition, this firm, as well as movant specifically, has maintained an active role in the PSC. This movant possesses the necessary knowledge, skill and proven track record to prosecute and benefit all plaintiffs as part of the PSC as this movant has been working with the PSC throughout this litigation. This active role in the PSC has not changed with Ms. Yaeger's resignation. Accordingly, the undersigned respectfully requests that this Court allow Karen Beyea-Schroeder to replace Laura Yaeger, who left Fleming, Nolen & Jez LLP and resigned from the PSC.

I am committed to this litigation and am willing to effectively serve on the PSC in a manner that will promote good working relations among counsel and with the Court. I believe I have gained a reputation for being able to cooperatively work with the others in a timely and professional manner. I am qualified and responsible and have the support of FNJ to accomplish

EXHIBIT

6

Honorable Joseph R. Goodwin, Chief Judge
Mr. Harry Bell
July 29, 2013
Page 2

the above. Further, FNJ possesses the resources, experience and talent necessary to promote the efficient advancement of this litigation consistent with the interests of all plaintiffs. Therefore, I respectfully seek appointment for MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440.

Respectfully submitted,

*Karen N Beyea-Schroeder*

Karen Beyea-Schroeder

Enclosure: Application (with resume)
Certificate of Good Standing (when received)

cc:     kate_fife@wvsd.uscourts.gov
        bnwallen@belllaw.com

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 30, 2013

Re:   Karen Hope Beyea-Schroeder, State Bar Number 24054324

To Whom It May Concern:

This is to certify that Ms. Karen Hope Beyea-Schroeder was licensed to practice law in Texas on August 17, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Beyea-Schroeder's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/lmg

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# HISSEY ★ KIENTZ, L.L.P.
### ATTORNEYS AT LAW

ARBORETUM PLAZA ONE
9442 Capital of Texas Highway North, Suite 400
AUSTIN, TEXAS 78759

TOLL FREE:  (866) 275-4454
TELEPHONE: (512) 320-9100
FACSIMILE: (512) 320-9101
WWW.HKLLP.COM

July 31, 2013

Dear Sir or Madame:

My name is Erik Walker. I am an attorney at Hissey Kientz, LLP in Austin, Texas. I am licensed to practice law in the State of Texas by the State Bar of Texas and have been since December, 1994. I am licensed to practice law in federal courts in the Southern, Eastern and Northern Districts of Texas. I am licensed to practice law in the State of Minnesota by the State Bar of Minnesota. I am licensed to practice law in federal courts in the District of Minnesota. I am licensed to practice law in the State of Arkansas by the State Bar of Arkansas. I am licensed to practice law in federal courts in the District of Arkansas. I am also licensed to practice law in the United States Courts of Appeals for the Third, Fifth and Eighth Circuits. None of my licenses have ever been suspended or revoked.

My firm represents transvaginal mesh plaintiffs in these federal MDL proceedings. I am counsel of record in at least one proceeding and will undoubtedly be in many more.

While I have a breadth of litigation experience, my focus in the last 12 years has been mass tort law. This includes extensive work in asbestos and pharmaceutical litigation. From Spring, 2003 to Spring, 2012, I was involved in the national hormone therapy ("HT") litigation. I was a member of the Plaintiffs' Steering Committee and served as chair of the Law & Briefing Subcommittee. In essence, I wrote and argued nearly all the briefs on substantive issues and wrote and argued the vast majority of briefs on procedural (or, frankly, any) issue in the federal MDL proceedings, Eastern District of Arkansas, Western Division (Little Rock), the Honorable Billy Roy Wilson presiding (*In re Prempro Prods. Liab. Litig.*, Case No. 03-1507). I also handled all briefing and oral argument to the Eighth Circuit in connection with those proceedings. I eventually became "second in command" in the MDL, serving as the chief liaison to both the MDL court and defense counsel. Judge Wilson has indicated that he will provide a letter of recommendation upon request. I am confident that lead counsel of the Defendants' Steering Committee, Lane Heard (of Williams & Connolly in Washington, D.C.) would provide a favorable review as a reference (as would all the lawyers who worked with me on the plaintiff side).



2 | P a g e

My experience on the PSC of the hormone therapy litigation establishes my satisfaction of each of the Court's prerequisites for PSC membership:

**1.      Willingness and availability to commit to a time-consuming project**

I am always dedicated to performing all work necessary in consolidated proceedings. As mentioned above, I wrote the vast majority of briefs of any nature filed with the HT MDL court. This involved literally hundreds of briefs, ranging in topic from mundane procedural matters to dispositive motions. I argued those briefs as well, when the court entertained oral argument. I handled all appeals (performing both the brief-drafting and oral argument) of MDL court orders to the Eighth Circuit. This included (a) a defense of the first MDL court judgment on a jury verdict for the plaintiff on compensatory damages and a challenge to the court's JNOV of the punitive award, (b) a challenge to the court's adverse *Daubert* ruling excluding evidence that short-term HT use causes breast cancer and (c) a defense of the court in two mandamus actions filed by defendants. The plaintiffs prevailed in all of these appeals. I briefed and argued a certified question to the Minnesota Supreme Court as to whether Minnesota courts would apply Minnesota's generous statute of limitations to pre-August, 2009 claims that accrued elsewhere and involved no Minnesota party (the court answered unanimously in the affirmative). I handled other appeals as well.

I am presently not a member of any PSC and am not performing extensive work in any other consolidated proceedings. So, I have the ability to commit my time to this litigation. I understand that the issue of my inclusion on the PSC has been discussed with members of the Executive Committee, and they do not object to my inclusion on the PSC.

**2.      Ability to work cooperatively with others**

I had the universal respect of my colleagues in the HT litigation. I worked well with the group as a whole and with each member of the PSC. As significantly, I worked cooperatively and effectively with opposing counsel. Early in the litigation, lead counsel for the PSC, who was not on the best of terms with lead defense counsel, assigned me to handle all communications and negotiations with her counterpart as well as the attorneys for each of the defendants. I handled nearly every discovery "meet-and-confer" as well as negotiations on any other disputes that arose among the parties. Ultimately, I handled nearly all communications with the court as well. By the end of the litigation, the MDL court frequently contacted me alone for the plaintiffs and I communicated the court's communication to the rest of the PSC.

**3.      Professional experience in this type of litigation**

I have been involved in every aspect of pharmaceutical mass tort litigation and the MDL process. I am intimately familiar with standard practice in MDL proceedings. I understand the importance of resolving minor procedural disputes with the defendants rather than seeking a judicial solution in every area of disagreement. I know how to argue and write persuasively and efficiently. While I have not focused on this in the foregoing application, I have superior skills as a trial lawyer, first and second chair. I was involved in many trials in the HT litigation, involving

3 | P a g e

cases of both my firm and others. I handled legal argument, witness examination and/or voir dire in no less than 15 hormone therapy trials, including five in the MDL.

In sum, I excel at briefing and oral argument and can assist the PSC in handling all legal disputes promptly. I also work well with co-counsel, opposing counsel and judges. I meet each criterion for PSC membership.

Respectfully submitted,

**HISSEY KIENTZ, LLP**
        /s/ Erik Walker
Erik B. Walker
Texas Bar No. 00792104
9442 Capital of Texas Hwy N.
Plaza One, Suite 420
Austin, Texas 78759
Tel: (713) 224-7670
E-mail: erik@hkhlaw.com
**Attorney for Plaintiffs**



**SIMMONS**
ATTORNEYS AT LAW

**Simmons Browder Gianaris Angelides & Barnerd LLC**

August 9, 2013

Hon. Joseph R. Goodwin
United States District Judge
Southern District of West Virginia
United States Courthouse
Charleston, West Virginia

Re:        <u>Attorney C.V. for Transvaginal Mesh MDLs</u>

Dear Judge Goodwin:

Please accept this letter as a form of *curriculum vitae* that complies with paragraph 19 of CMO #1, submitted in support of my application to serve on the Plaintiffs' Steering Committee in the Transvaginal Mesh MDL proceedings. I am an attorney with the firm of Simmons Browder Gianaris Angelides & Barnerd, LLC, a personal injury firm handling mass tort litigation with offices in St. Louis, Missouri; Chicago, Illinois; Alton, Illinois; Los Angeles, California; and San Francisco, California. My firm currently has over a eleven hundred Transvaginal Mesh cases filed in this Court.

I am currently licensed to practice law in the states of Illinois, Missouri and California. I am admitted to practice in the following federal districts: Northern and Southern Districts of Illinois; Eastern and Western Districts of Missouri and the Central District of California. Please find attached a Certificate of Good Standing from the Southern District of Illinois. I received a B.A. from Missouri State University where I majored in accounting. I was selected this year as a Rising Star by Super Lawyers Magazine, a distinction awarded to less than 2.5% of attorneys in Illinois.

My firm has held leadership positions in numerous MDLs including: Propecia MDL 2331 (Plaintiffs' Executive Committee), DePuy ASR MDL 2197 (Discovery Committee), Yasmin/Yaz MDL 2100 (Plaintiffs' Steering Committee); Chantix MDL 2092 (Plaintiffs' Steering Committee); Ephedra MDL 1598 (Plaintiffs' Mediation Committees for both the Metabolife and TwinLab bankruptcy proceedings); and Trasylol MDL 1928 (Plaintiffs' Steering Committee).

During my career, I have helped litigate and resolve, collectively, thousands of Ephedra, Phenylpropanolamine (PPA), Oxycontin, Ortho Evra, Vioxx, Bextra, Yaz, Avandia and Chantix claims. Additionally, I have been part of the trial selection process for Avandia, Chantix and Yaz with my clients being chosen for bellwether trials in the Eastern District of Pennsylvania, Northern District of Alabama and Southern District of Illinois, respectively. In addition to my experience with pharmaceutical litigation while at The Simmons Firm, I have spent a significant

www.simmonsfirm.com

**Headquarters**
One Court Street
Alton, IL 62002
800 479 9533
618 259 2222 p
618 259 2251 f

**St. Louis**
231 S Bemiston
Suite 625
St. Louis, MO 63105
800 479 9533 p

**Chicago**
230 W. Monroe
Suite 2221
Chicago, IL 60606
312 759 7500 p
312 759 7516 f

**El Segundo**
100 N. Sepulveda Blvd.
Suite 1350
El Segundo, CA 90245
310 322 3555 p
310 322 3655 f



**EXHIBIT**

I



August 9, 2013                                                      Page 2

portion of my practice representing mesothelioma victims in various jurisdictions around the country. I have used my experience and the firm's resources to successfully litigate hundreds of individual cases on behalf of these clients.

I have never been sanctioned by a court or bar association for any professional or ethical breach. I have consistently demonstrated my ability to work in the spirit of cooperation and have done so in every litigation I have contributed to, most importantly, the Yaz, Chantix and Avandia MDL.

Simmons Browder Gianaris Angelides & Barnerd, LLC is a law firm of over fifty attorneys helping individuals in the areas of pharmaceutical personal injury, mesothelioma and asbestos litigation. We currently maintain the largest asbestos caseload in the country, in addition to our work in pharmaceutical litigation. We have dedicated substantial time and resources in all of the litigations referenced above and, if given the opportunity, intend to do so here.

It would be my honor to be selected by this Court to serve as a member of the Plaintiffs' Steering Committee for the Transvaginal Mesh MDLs. We have the resources, experience, willingness, and availability to commit to this important project. As such, I can assure the Court that I am well qualified to serve on the Plaintiffs' Steering Committee.

Respectfully,

John J. Foley
Attorney

# United States District Court

## Southern District of Illinois

### Certificate of Good Standing

Presented to

**John Foley**

I, Nancy J. Rosenstengel, Clerk of this Court, certify that John Foley was duly admitted to practice in this Court on November 27, 2006, in East St. Louis, Illinois, and is in good standing as a member of the bar of this Court.

In witness of this, I have subscribed my name and affixed the seal of this Court on the 09th, day of August, 2013.

Nancy J. Rosenstengel
Clerk of Court



JOHNSON // BECKER PLLC

33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
T (800) 279-6386  F (612) 436-1801

johnson.becker.com

August 22, 2013

To Whom It May Concern:

I recently resigned from the firm of Johnson Becker to stay home with my children and spend more time with my family.

Very truly yours,

Stacy K Hauer

EXHIBIT
J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AMERICAN MEDICAL SYSTEMS INC., PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| | The Honorable Joseph R. Goodwin |
| This Document Relates To: | |
| ALL CASES | |

## APPLICATION OF LISA ANN GORSHE TO PLAINTIFFS' STEERING COMMITTEE IN SUBSTITUTION FOR NOW RETIRED STACY K. HAUER

COMES NOW Lisa Ann Gorshe of the law firm Johnson Becker PLLC and respectfully files this Application for Appointment to the Plaintiffs' Steering Committee ("PSC") for MDLs 2325, 2326, and 2327. Ms. Gorshe and her law firm are willing and available to serve as a member of the PSC; will continue to commit the resources and time necessary to this case; have the proven ability to work cooperatively with all parties previously appointed; and have the requisite professional experience and skill to assist in the orderly advancement of this litigation. In further support, Ms. Gorshe offers the following:

### PERSONAL BACKGROUND[1]

I am a Senior Attorney with the law firm of Johnson Becker PLLC in Minneapolis, Minnesota. My firm and I have extensive experience in handling complex litigation consolidated within the multi-district mechanism. I, along with members of our firm, have served in various roles of numerous PSCs, including leadership and committee roles. My firm and I have been

---

[1] A current version of my curriculum vitae as well as certificates of good standing for Minnesota and Florida are attached hereto (EXHIBIT A).


EXHIBIT
K

involved in the American Medical Systems litigation since the inception of this MDL and continue to be involved with the companion litigation moving forward in Hennepin County.

I am an attorney in good standing and licensed to practice law in the State of Minnesota and the State of Florida. I have devoted the majority of my career to representing injury victims, particularly those injured by medical devices and pharmaceutical products. I am counsel of record for several filings within this court and will continue to represent cases in this Court.

Over the course of my career, I have represented plaintiffs in numerous medical device and pharmaceutical MDLs, including: MDL 1431: *In re Baycol Products Liability Litigation* (Discovery Committee); MDL 1535: *In re Welding Fumes Products Liability Litigation* (Discovery Committee; Law and Briefing Committee; State and Federal Coordination Committee; Trial Selection/Coordination Committee; Trial Team in *Tamraz v. Lincoln Elec.et al.*); MDL 1699: *In re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation;* MDL 1708: *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation;* MDL 2197: *In re DePuy Orthopedics, Inc., ASR Hip Implant Products Liability Litigation;* MDL 2272 *In re: Zimmer Nexgen Knee Implant Products Liability* (Discovery Committee; Bellwether Trial Committee); and Hennepin County Consolidation (27-CV-11-3933), *In re American Medical Systems, Inc. Litigation.*

## FIRM BACKGROUND

Johnson Becker, PLLC is a national plaintiffs' products liability firm, representing individuals injured by defective pharmaceuticals and medical devices with over fifty years of combined litigation and trial experience. The Firm's mass tort attorneys have served in numerous leadership committees in some of the largest products liability cases in the country, including multiple Multi District Litigation and state court consolidations court appointments. A sampling of the Firm's court appointments include: *MDL 1708: In re Guidant Implantable*

*Defibrillators Products Liability Litigation,* United States District Court, District of Minnesota (Plaintiffs' Steering Committee); *MDL 1724: In re: Viagra Products Liability Litigation,* United States District Court, District of Minnesota; *MDL 1726: In re Medtronic Implantable Defibrillators Products Liability Litigation,* United States District Court, District of Minnesota (Fee Committee); *MDL 1905: In re Medtronic Inc., Sprint Fidelis Leads Products Liability Litigation,* United States District Court, District of Minnesota (Plaintiffs' Steering Committee); *MDL 1964: In re: NuvaRing Products Liability Litigation,* United States  District Court, Eastern District of Missouri (Plaintiffs' Steering Committee); *MDL 1968: In re: Digitek Products Liability Litigation,* United States District Court, Southern District of West Virginia (Plaintiffs' Steering Committee); *In re: Minnesota State  court Guidant Corp. Implantable Defibrillators Products Liability Litigation,* Minnesota State Court; *MDL 2197: In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation,* United States District Court, Northern District of Ohio (Law and Briefing Committee).

Johnson Becker's work in mass tort litigation however, is not merely limited to court appointed committee positions.  The partners of Johnson Becker routinely try some of the most complex case in the country to verdict.  Specifically, Mr. Becker has tried class action cases to verdict and in 2010 was lead trial counsel in a four week products liability case in *MDL 1535: In re: Welding Rods Products Liability Litigation,* United States District Court, Northern District of Ohio.  While in 2011, Mr. Johnson was the Lead Trial Counsel and a member of the appellate team in *Pliva v. Mensing,* ___ S.Ct. ___ (2011) a case the United States Supreme Court heard in 2011 involving generic drug preemption.

In addition to their litigation expertise, the Firm's partners are repeatedly asked to participate as Faculty by their peers in continuing litigation education including multiple

conferences sponsored by the American Association for Justice, Harris Martin and HB Litigation. The Firm's partners have repeatedly been recognized by their peers as leaders in their field, receiving numerous industry awards. Finally, the partners of Johnson Becker are committed pro bono litigation and outreach in the community having served as members of Trial Lawyers Care, the largest pro bono legal services program in history, providing free representation to more than 1,700 victims' families who sought compensation under the September 11th Victim Compensation Fund.

## WILLINGNESS AND AVAILABILITY

As set forth above, my firm and I have the extensive experience in all aspects of a mass tort case, from discovery through the trial and/or settlement of a case and are willing to contribute to every phase of the litigation. As in other cases in which we have been involved, our firm will remain involved to conclusion of the litigation.

Johnson Becker continues to have the resources to contribute to the litigation. We are willing and able to continue to commit the resources and time necessary to assist in the successful management of this MDL. We remain committed to the responsibilities previously taken on by our firm for this MDL.

## ABILITY TO WORK COOPERATIVELY WITH OTHERS

I already have reached out to current PSC members in order to ensure a smooth transition and will continue to work cooperatively with all the attorneys currently involved in the American Medical Systems Inc, Pelvic Repair Systems Products Liability Litigation. I have also worked successfully with defense counsel in past MDLs which has transitioned to cooperation in the ongoing coordination undertaken by our firm in this matter. I will continue to work in a cooperative and professional fashion throughout this litigation.

## CONCLUSION

In closing, I am fully prepared to devote my time and my firm's time and resources to serve as a member of the Plaintiffs' Steering committee in light of the recent retirement of Stacy K. Hauer.[2] I would be honored if the Court chose me as her replacement on the Plaintiffs' Steering Committee. I, along with the backing of my firm, have the resources, willingness, and availability to commit to this important project. From the efforts I have expended thus far on this project and on past projects, I can assure the Court that I am qualified to serve on the Plaintiffs' Steering Committee in this MDL. I therefore respectfully seek Your Honor's appointment.

RESPECTFULLY SUBMITTED this 23rd day of August, 2013.

BY:

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq
Minnesota Bar No. 029522X
Florida Bar No. 122180
Johnson Becker, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone: (612) 436-1852
Facsimile: (612) 436-1801
lgorshe@johnsonbecker.com

---

[2] See attached letter from Ms. Hauer concerning her recent retirement/resignation from the practice of law. (EXHIBIT B)

# EXHIBIT A

# CURRICULUM VITAE
# LISA ANN GORSHE

## PROFESSIONAL PROFILE

Lisa Ann Gorshe has spent more than the last decade protecting the rights of clients injured by defective drugs, medical devices and products.  As a Senior Attorney at Johnson Becker, PLLC, Ms. Gorshe plays a pivotal role in the firm's commitment to successfully assist clients navigate the legal system to their advantage.  She is respected by colleagues on both sides for her diligence to clients, even-tempered manner and ability to effectively mediate the differences between the sides.   Her post graduate education includes attending the 30 hour mediation court offered by Hamline University Mediation Center for Dispute Resolution (St. Paul, Minnesota).

## EDUCATION

St. Thomas University School of Law, *Miami, Florida*
> Juris Doctor • May 1997

Augsburg College, *Minneapolis, Minnesota*
> Bachelor of Arts • May 1991
> Majors:   Political Science and Communication

## PROFESSIONAL MEMBERSHIPS

American Association for Justice
Minnesota Association for Justice
Florida State Bar Association

## REPRESENTATIVE CASE LIST *(full list available upon request)*

*MDL 1431:  In re: Baycol Products Liability Litigation,* United States District Court of Minnesota

*MDL 1535:  In re:  Welding Fume Products Liability Litigation*, United States District Court, Northern District of Ohio

*MDL 1699:  In re:  Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation*, United States District Court, Northern District of California

*MDL 1708:  In re:  Guidant Implantable Defibrillators Products Liability Litigation*, United States District Court of Minnesota

*MDL 1817:   In re:   CertainTeed Corp. Roofing Shingle Products Liability Litigation*, United States District Court, Eastern District of Pennsylvania

*MDL 1828:   In re:   Imagitas Inc. Drivers' Privacy Protection Act Litigation*, United States District Court, Middle District of Florida

*MDL 2004:   In re: Mentor Corp. ObTape Transobturator Sling Products Liability Litigation*, United States District Court, Middle District of Georgia

*MDL 2197:   In re:   DePuy Orthopedics, Inc., ASR Hip Implant Products Liability Litigation*, United States District Court, Northern District of Ohio

*MDL 2272:   In re: Zimmer NexGen Knee Implant Products Liability Litigation*, United States District Court, Northern District of Illinois

*In re:   Accutane Litigation,* Superior Court of New Jersey Law Division Atlantic County (Civ. Action No. 271 L-5434-12)

*In re:   Farmers Insurance Exchange Wage and Hour Litigation,* Hennepin County District Court, State of Minnesota

*Bristow v. Lycoming Engines et al*, United State District Court, Eastern District of California (No. Civ. S-06-1947 LKK/GGH)

*Powers v. Lycoming Engines et al.,* United States District Court, Eastern District of Pennsylvania (No. Civ. 06-2993)

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

LISA ANN GORSHE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 1999

Given under my hand and seal of this court on

August 13, 2013

Margaret Fuller Corneille
Office of Lawyer Registration



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida          )

County of Leon          )

In Re:          122180
                Lisa Ann Gorshe
                Johnson Becker // PLLC
                33 S. 6th St., Ste. 4530
                Minneapolis, MN

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 9, 1997.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this $\underline{15\,th}$ day of August, 2013.

Pam Gerard
Supervisor, Membership Records
The Florida Bar

PG/LA/ssW7:R10

# EXHIBIT B

JOHNSON // BECKER PLLC

33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

August 22, 2013

To Whom It May Concern:

I recently resigned from the firm of Johnson Becker to stay home with my children and spend more time with my family.

Very truly yours,

Stacy K Hauer