UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation ) ) ) | MDL No. 2187 |
| THIS DOCUMENT RELATES TO: ) *Pretrial Orders No. 3, 14, 33, 36 and 67* ) ) ) | |
| In Re American Medical Systems, Inc., ) Pelvic Repair System Products Liability Litigation ) ) | MDL No. 2325 |
| THIS DOCUMENT RELATES TO: ) *Pretrial Orders No. 4, 6 and 38* ) ) ) | |
| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation ) ) ) | MDL No. 2326 |
| THIS DOCUMENT RELATES TO: ) *Pretrial Orders No. 4, 6 and 33* ) ) ) | |
| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation ) ) ) | MDL No. 2327 |
| THIS DOCUMENT RELATES TO: ) *Pretrial Orders No. 4, 6, and 34* ) ) ) | |
| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation ) ) ) | MDL No. 2387 |
| THIS DOCUMENT RELATES TO: ) *Pretrial Orders No. 2 and 17* ) ) ) | |
| In Re Cook Medical, Inc. Pelvic Support Systems Products Liability Litigation ) ) ) | MDL No. 2440 |
| THIS DOCUMENT RELATES TO: ) *Pretrial Order No. 4* ) | |

PRETRIAL ORDER # \_\_\_\_\_

(ORDER GRANTING *OMNIBUS* MOTION BY PLAINTIFFS
TO AMEND THE MEMBERSHIP OF THE PLAINTIFFS' STEERING COMMITTEE)

Upon Motion by the Plaintiffs, by and through Plaintiffs' Co-Liaison Counsel, Harry F. Bell, Jr. and The Bell Law Firm, PLLC, and for good cause shown, the Court hereby GRANTS Plaintiffs' *Omnibus* Motion by Plaintiffs to Amend the Membership of the Plaintiffs' Steering Committee as set forth in the Pretrial Orders identified in the case-style herein, as follows:

The following Plaintiffs' Steering Committee members identified below are removed from and no longer subject to the obligations of the Plaintiffs' Steering Committee:

- David Allen, Esquire – Cohen & Malad
- A. J. De Bartolomeo, Esquire – Girard Gibbs
- Jerry Parker, Esquire – Parker Waichman
- J. R. Rogers, Esquire – Law Offices of J. Robert Rogers
- Hunter Shkolnik, Esquire – Napoli Bern
- Laura V. Yeager, Esquire - Morgan & Morgan
- Stacy Hauer, Esquire – Johnson Becker

The following identified Counsel are now admitted as members of and subject to the obligations of the Plaintiffs' Steering Committee as set forth in the Court's prior Pretrial Orders:

Karen Beyea-Schroeder, Esquire
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056
(713) 621-7944 (Office)
(713) 621-9638 (Facsimile)
Karen_Beyea-Schroeder@fleming-law.com

Erik Walker, Esquire
Hissey Kientz, LLP
Arboretum Plaza One

9442 Capital of Texas Highway North, Suite 400
Austin, Texas 78759
(512) 320-9100 (Office)
(512) 320-9101 (Facsimile)
erik@hkhlaw.com

John Foley, Esquire
Simmons Browder Gianaris Angelides & Barnerd LLC
One Court Street
Alton, IL 62002
(618) 259-2222 (Office)
(618) 259-2251 (Facsimile)
jfoley@simmonsfirm.com

Lisa Gorshe, Esquire
Johnson Becker, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
(800) 279-6386 (Office)
(612) 436-1801 (Facsimile)
lgorshe@johnsonbecker.com

Any and all portions of the Court's prior Pretrial Orders as set forth in the style of this Order with regard to the separate MDL's which are not specifically modified by this Order shall remain in full force and effect.

ENTER: _____

_____
Joseph R. Goodwin, Chief Judge