Honorable Cheryl A. Eifert
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia

Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | MDL 2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon, Inc., Pelvic Repair System | Ghost Case Style: | |
| Date of Event: | September 18, 2013 | | |
| Court Reporter: | N/A | | |
| Law Clerk: | N/A | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs: Dan Thornburg<br>Counsel for Defendant: Paul Davis<br>Counsel for witness: Mr. Cyrus | | |
| Type of Event: | Telephonic Conference re: issue in deposition | | |
| Time Spent in Chambers: | Fourteen (14) minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |