# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 9/19/2013                                                                 Case Number 2:10-md-02187
Case Style: In Re:  Bard vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter Lisa Cook                                                        Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Henry Garrard, Fred Thompson, Bryan Aylstock, Carl Frankovitch


Attorney(s) for the Defendant(s) Barbara Binis, Robert Adams and Christy Jones


Law Clerk Kate Fife                                                             Probation Officer
                                                  Trial Time



### Non-Trial Time
Pretrial conference (including settlement and telephone conferences).



### Court Time
10:05 am   to 11:40 am
Total Court Time: 1 Hours 35 Minutes Non-Trial Time/Uncontested Time


### Courtroom Notes
Scheduled start time 10:00 a.m.
Actual start time 10:05 a.m

STATUS CONFERENCE
Judge Goodwin and Magistrate Judge Eifert presiding

2:10-md-2187    In Re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation
2:12-md-2325    In Re: American Medical Systems, Inc., Pelvic Repair System Product Liability Litigation
2:12-md-2326    In Re:  Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
2:12-md-2327    In Re:  Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation
2:12-md-2387    In Re:  Coloplast Corp. Pelvic Support Systems Products Liability Litigation
2:12-md-2440    In Re:  Cook Medical, Pelvic Support Systems Products Liability Litigation

Counsel for parties present
Coordinating Co-lead counsel for Plaintiffs - Bryan Aylstock, Henry Garrard, Fred Thompson
Co-Lead counsel for MDL 2187 - Henry Garrard and Derek Potts
Co-lead counsel for Boston Scientific MDL 2326 - Clayton Clark and Aimee Wagstaff
Co-lead counsel for American Medical Systems MDL 2325 - Amy Eskin and Fidelma Fitzpatrick
Co-lead counsel for Ethicon MDL 2327 - Renee Baggett and Tom Cartmell
Co-Lead counsel for Coloplast MDL 2387 - Riley Burnett and Robert Salim
Co-Lead counsel for Cook MDL 2440 Ben Anderson and Martin D. Crump
Plaintiffs executive committee:  Bryan Aylstock, Henry Garrard, Fred Thompson, Tom Cartmell, Clayton Clark, Amy Eskin, Derek Potts and Aimee Wagstaff.
Plaintiffs Co-liaison counsel: Paul Ferrell, Harry Bell and Carl Frankovitch

Defendants
Lead counsel for C. R. Bard, Inc., MDL 2187 - Deb Moeller, Richard North and Lori Cohen
Lead counsel for American Medical Systems MDL 2325 - Barbara Binis

# District Judge Daybook Entry

Lead counsel for Boston Scientific MDL 2326 - Robert T. Adams and Jon Strongman
Lead counsel for Ethicon MDL 2327 - Christy Jones
Lead Counsel for Coloplast MDL 2387 - Lana K. Varney, Ronn B. Kreps
Co-Lead counsel for Cook MDL 2440 - Doug King
Co-Liaison Counsel for Cook - Margaret Dropplemen and Tim Jones
Co-Liaison counsel: David Thomas
Co-Liaison counsel for Bard - Melissa Foster Byrd

Additional counsel present
Ron Kreps - Pltf, Coloplast
Lori Cohen, Defts Bard
Phil Combs, Defts counsel
Erik W. Legg, Defts counsel
Donna Brown Jacobs, Counsel for Ethicon/J&J
Tom Cartmell, Pltfs
Brad Stanley, Pltfs
Alan S. Lazar - Pltfs
Rayna Kessler - Pltfs
Stephen McConnell - Deft, AMS
Matt Moriarty - Deft, Mentor
Tom Craig - Coloplast
John Foley - Pltfs
Susan Romaine - BSC
Daniel Smulian - Bard
Bill Levin - Pltfs
Bret Stanley - Pltfs
Joe Rice - Pltfs
Vance Andrus - Pltfs
Karen Schroeder - Pltfs

AGENDA:
Common Issues
Tolling issues/timing and volume of filing complaints
Mr. Garrard and Ms. Jones address this issue.
The court will allow a 30 day extension. The parties will work with Ms. Fife to increase the number of cases that can be filed each week.
General status of Bellwether process
Mr. Garrard provides an update.
Ms. Cohen provides an update.
Consolidation of cases for handling and trial
Mr. Garrard addresses consolidation for the Pltfs
Ms. Cohen addresses the issue for the Defts
Mr. McConnell speaks on behalf of AMS concerning consolidation
Ms. Jones addresses consolidation on behalf of Ethicon.
Mr. Adams speaks on behalf of Boston Scientific
Mr. Clark discusses consolidation for the Pltfs
Ms. Moeller addresses the consolidation issue on behalf of Bard.

Ethicon Issues
Prolift selections
Ms. Jones provides an update
Update on stipulations entered
Mr. Aylstock and Ms. Jones provide updates.
No additional Ethicon issues will be discussed at this time.

Boston Scientific Issues
General Update on progress towards trial
Mr. Adams provides an update

# District Judge Daybook Entry

Bard Issues
Mr. Garrard and Ms. Cohen address the Bard issues
Report on Upcoming Trial
General Status Report
Shotgun Complaints
Mr. North addresses the issue of shotgun complaints

AMS Issues
New Schedule for First Bellwether Trial and Adjusted Internal Deadlines.

No Coloplast Issues to discuss

Cook Issues
Status/result of 30(b)(6) corporate defendant deposition regarding proper party defts
Mr. Anderson addresses this issue for the Pltfs
Mr. King speaks on behalf of the Deft
PTO #7 (PPF, PFS, DFS)
Parties have reached an agreement concerning the order
Protective Orders
Mr. Crump addresses the protective orders on behalf of the Pltfs

Next Status Conference will be held on November 7, 2013 @ 12:00 p.m.
End time 11:40 a.m.