# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −100)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 851 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 23, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO−100 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| **CONNECTICUT** | | | | |
| CT | 3 | 13−01169 | Wasik et al v. Johnson &Johnson Inc et al | |
| **KANSAS** | | | | |
| KS | 2 | 13−02455 | Smith v. Ethicon, Inc. et al | |
| KS | 2 | 13−02457 | O'Donovan v. Ethicon, Inc. et al | |
| KS | 2 | 13−02458 | Price v. Ethicon, Inc. et al | |
| KS | 2 | 13−02459 | Alaniz v. Ethicon, Inc. et al | |
| KS | 2 | 13−02461 | Francis v. Ethicon, Inc. et al | |
| KS | 2 | 13−02469 | Solsberg v. Ethicon, Inc. et al | |
| **MISSOURI EASTERN** | | | | |
| ~~MOE~~ | ~~4~~ | ~~13−01763~~ | ~~Johnson et al v. Johnson &Johnson et al~~ | Opposed 9/20/13 |
| ~~MOE~~ | ~~4~~ | ~~13−01765~~ | ~~Davidson et al v. Johnson &Johnson et al~~ | Opposed 9/20/13 |
| MOE | 4 | 13−01785 | Holmes et al v. Ethicon, Inc. et al | |
| **NEVADA** | | | | |
| NV | 2 | 13−01655 | Lanthier v. Johnson &Johnson et al | |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
09/23/2013 08:16 AM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 9/23/2013 at 8:15 AM EDT and filed on 9/23/2013
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

**Case Name:**      Lanthier v. Johnson & Johnson et al
**Case Number:**    NV/2:13-cv-01655

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

| | |
|---|---|
| **Case Name:** | O'Donovan v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02457 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk**

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.

Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)

| | |
|---|---|
| **Case Name:** | Wasik et al v. Johnson & Johnson Inc et al |
| **Case Number:** | CT/3:13-cv-01169 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.

Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)

| | |
|---|---|
| **Case Name:** | Alaniz v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02459 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455,

4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.

Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)

| | |
|---|---|
| **Case Name:** | Price v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02458 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.

Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)

**Case Name:**      Holmes et al v. Ethicon, Inc. et al
**Case Number:**    MOE/4:13-cv-01785
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.

Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)

**Case Name:**      Francis v. Ethicon, Inc. et al
**Case Number:**    KS/2:13-cv-02461
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.

Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)

| | |
|---|---|
| **Case Name:** | Solsberg v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02469 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.

Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)

| | |
|---|---|
| **Case Name:** | Smith v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02455 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-100) Finalized on 9/23/13. Please see pleading (3 in CT/3:13-cv-01169, 4 in KS/2:13-cv-02455, 4 in KS/2:13-cv-02457, 4 in KS/2:13-cv-02458, 4 in KS/2:13-cv-02459, 4 in KS/2:13-cv-02461, 3 in KS/2:13-cv-02469, [1225] in MDL No. 2327, 3 in MOE/4:13-cv-01785, 3 in NV/2:13-cv-01655).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

No public notice (electronic or otherwise) sent because the entry is private

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability
Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
09/23/2013 08:16 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/23/2013 at 8:14 AM EDT and filed on 9/23/2013
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 1225

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s)** *re: pldg. (1 in
CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2
in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No.
2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* **Inasmuch as no objection is
pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-
02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469,
MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

**Case Name:**       Lanthier v. Johnson & Johnson et al
**Case Number:**     NV/2:13-cv-01655
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s)** *re: pldg. (1 in*

*CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

**Case Name:**        O'Donovan v. Ethicon, Inc. et al
**Case Number:**    KS/2:13-cv-02457
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s)** *re: pldg. (1 in CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

**Case Name:**        Wasik et al v. Johnson & Johnson Inc et al
**Case Number:**    CT/3:13-cv-01169
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s)** *re: pldg. (1 in CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

**Case Name:**        Alaniz v. Ethicon, Inc. et al
**Case Number:**    KS/2:13-cv-02459

**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s) *re: pldg. (1 in CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

**Case Name:**         Price v. Ethicon, Inc. et al
**Case Number:**       KS/2:13-cv-02458
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s) *re: pldg. (1 in CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

**Case Name:**         Holmes et al v. Ethicon, Inc. et al
**Case Number:**       MOE/4:13-cv-01785
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s) *re: pldg. (1 in CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-**

**02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

| | |
|---|---|
| **Case Name:** | Francis v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02461 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s) *re: pldg. (1 in CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

| | |
|---|---|
| **Case Name:** | Solsberg v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02469 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s) *re: pldg. (1 in CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.**

**Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)**

| | |
|---|---|
| **Case Name:** | Smith v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02455 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-100) - 9 action(s) *re: pldg. (1 in CT/3:13-cv-01169, 2 in KS/2:13-cv-02455, 2 in KS/2:13-cv-02457, 2 in KS/2:13-cv-02458, 2 in KS/2:13-cv-02459, 2 in KS/2:13-cv-02461, 1 in KS/2:13-cv-02469, [1204] in MDL No. 2327, 1 in MOE/4:13-cv-01785, 1 in NV/2:13-cv-01655)* Inasmuch as no objection is**

pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/23/2013.

Associated Cases: MDL No. 2327, CT/3:13-cv-01169, KS/2:13-cv-02455, KS/2:13-cv-02457, KS/2:13-cv-02458, KS/2:13-cv-02459, KS/2:13-cv-02461, KS/2:13-cv-02469, MOE/4:13-cv-01785, NV/2:13-cv-01655 (dn)

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NV/2:13-cv-01655 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Artemus W. Ham, IV    aham@egletwall.com, csalerno@egletwall.com, dmormon@egletwall.com, eentsminger@egletwall.com

Robert R. McCoy    rrm@morrislawgroup.com

Joni A Jamison    jaj@morrislawgroup.com

Erica D. Entsminger    eenstminger@mainorlawyers.com

**NV/2:13-cv-01655 Notice will not be electronically mailed to:**

**KS/2:13-cv-02457 Notice has been electronically mailed to:**

Douglas B King    dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

Deborah A. Moeller    dmoeller@shb.com, ckirk@shb.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III    wstuart@sillscummis.com

Ronn B. Kreps    rkreps@fulbright.com

John C Henegan    john.henegan@butlersnow.com

TRACY G. WEISS    tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin    dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Theresa L.F. Levings    tlevings@badgerlevings.com

Adrienne L. Hernandez    ahernandez@shb.com

Melissa L. Steed    msteed@etkclaw.com

Amanda Naes Shelton    amanda.shelton@nelsonmullins.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

Holly Kipp    holly.kipp@nortonrosefulbright.com

Jim Boyers    jboyers@woodmclaw.com

Leah M. Mason    lmason@etkclaw.com

Susanna Moldoveanu    Susanna.Moldoveanu@butlersnow.com

**KS/2:13-cv-02457 Notice will not be electronically mailed to:**

**CT/3:13-cv-01169 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

James V Sabatini    sa@sabatinilaw.com

**CT/3:13-cv-01169 Notice will not be electronically mailed to:**

**KS/2:13-cv-02459 Notice has been electronically mailed to:**

Douglas B King      dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Deborah A. Moeller     dmoeller@shb.com, ckirk@shb.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III     wstuart@sillscummis.com

Ronn B. Kreps      rkreps@fulbright.com

John C Henegan     john.henegan@butlersnow.com

TRACY G. WEISS     tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin     dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Theresa L.F. Levings     tlevings@badgerlevings.com

Adrienne L. Hernandez     ahernandez@shb.com

Melissa L. Steed     msteed@etkclaw.com

Amanda Naes Shelton     amanda.shelton@nelsonmullins.com

Jennise Walker Stubbs     jstubbs@shb.com, rmeier@shb.com

Michelle Johnson     michelle.johnson@nelsonmullins.com

Holly Kipp     holly.kipp@nortonrosefulbright.com

Jim Boyers     jboyers@woodmclaw.com

Leah M. Mason     lmason@etkclaw.com

Susanna Moldoveanu     Susanna.Moldoveanu@butlersnow.com

**KS/2:13-cv-02459 Notice will not be electronically mailed to:**

**KS/2:13-cv-02458 Notice has been electronically mailed to:**

Douglas B King      dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Deborah A. Moeller     dmoeller@shb.com, ckirk@shb.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III    wstuart@sillscummis.com

Ronn B. Kreps    rkreps@fulbright.com

John C Henegan    john.henegan@butlersnow.com

TRACY G. WEISS    tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin    dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Theresa L.F. Levings    tlevings@badgerlevings.com

Adrienne L. Hernandez    ahernandez@shb.com

Melissa L. Steed    msteed@etkclaw.com

Amanda Naes Shelton    amanda.shelton@nelsonmullins.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

Holly Kipp    holly.kipp@nortonrosefulbright.com

Jim Boyers    jboyers@woodmclaw.com

Leah M. Mason    lmason@etkclaw.com

Susanna Moldoveanu    Susanna.Moldoveanu@butlersnow.com

**KS/2:13-cv-02458 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01785 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Bettina L. Strauss    bjstrauss@bryancave.com

John J. Driscoll    john@thedriscollfirm.com, nikki@thedriscollfirm.com

Kathryn Alexis Dugan    kate.dugan@bryancave.com

**MOE/4:13-cv-01785 Notice will not be electronically mailed to:**

**KS/2:13-cv-02461 Notice has been electronically mailed to:**

Douglas B King     dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Deborah A. Moeller     dmoeller@shb.com, ckirk@shb.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III     wstuart@sillscummis.com

Ronn B. Kreps     rkreps@fulbright.com

John C Henegan     john.henegan@butlersnow.com

TRACY G. WEISS     tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin     dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Theresa L.F. Levings     tlevings@badgerlevings.com

Adrienne L. Hernandez     ahernandez@shb.com

Melissa L. Steed     msteed@etkclaw.com

Amanda Naes Shelton     amanda.shelton@nelsonmullins.com

Jennise Walker Stubbs     jstubbs@shb.com, rmeier@shb.com

Michelle Johnson     michelle.johnson@nelsonmullins.com

Holly Kipp     holly.kipp@nortonrosefulbright.com

Jim Boyers     jboyers@woodmclaw.com

Leah M. Mason     lmason@etkclaw.com

Susanna Moldoveanu     Susanna.Moldoveanu@butlersnow.com

**KS/2:13-cv-02461 Notice will not be electronically mailed to:**

**KS/2:13-cv-02469 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com, mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B King     dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III     wstuart@sillscummis.com

Dustin B. Rawlin     dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Lana K. Varney     lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com

Theresa L.F. Levings     tlevings@badgerlevings.com

Melissa L. Steed     msteed@etkclaw.com

Micah L. Hobbs     mhobbs@shb.com

Christopher S. McRae     cmcrae@shb.com

Leah M. Mason     lmason@etkclaw.com

**KS/2:13-cv-02469 Notice will not be electronically mailed to:**

**KS/2:13-cv-02455 Notice has been electronically mailed to:**

Douglas B King     dking@woodmclaw.com, jschuster@woodmclaw.com

Barbara R Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Deborah A. Moeller     dmoeller@shb.com, ckirk@shb.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

William R. Stuart, III     wstuart@sillscummis.com

Ronn B. Kreps     rkreps@fulbright.com

John C Henegan     john.henegan@butlersnow.com

TRACY G. WEISS     tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin B. Rawlin     dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Theresa L.F. Levings     tlevings@badgerlevings.com

Adrienne L. Hernandez     ahernandez@shb.com

Melissa L. Steed     msteed@etkclaw.com

Amanda Naes Shelton     amanda.shelton@nelsonmullins.com

Jennise Walker Stubbs     jstubbs@shb.com, rmeier@shb.com

Michelle Johnson     michelle.johnson@nelsonmullins.com

Holly Kipp     holly.kipp@nortonrosefulbright.com

Jim Boyers     jboyers@woodmclaw.com

Leah M. Mason     lmason@etkclaw.com

Susanna Moldoveanu     Susanna.Moldoveanu@butlersnow.com

**KS/2:13-cv-02455 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/23/2013] [FileNumber=410813-0]

[a7530ba043d002c595a29c75589d7c578545efccc5fc5540667fb5a70b6dba7e1dee1
6eb352060366ab167e60f79e68a62ae774e1b8edefb8efae231bc687e47]]