UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---------------------------------------------------------- x
IN RE ETHICON, INC., PELVIC REPAIR　　:　CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY　　　　　　:　<u>MDL No. 2327</u>
LITIGATION　　　　　　　　　　　　　　　:
----------------------------------------------------------　:　Judge Joseph R. Goodwin
This Document Applies To All Actions　　　　:
---------------------------------------------------------- X

To:　　Christy D. Jones, Esq.
　　　　Butler, Snow, O'Mara Stevens & Cannada, PLLC
　　　　1020 Highland Colony Parkway, Suite 1400
　　　　Ridgeland, MS 39157
　　　　601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF
NOTICE TO TAKE ORAL DEPOSITION OF MENG CHEN**

I hereby certify that on September 26, 2013, I served Plaintiff's Notice to Take Oral Deposition of Meng Chen via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

　　　　　　　　　　　　　　　　By: ____/s/Thomas P. Cartmell_____
　　　　　　　　　　　　　　　　　　THOMAS P. CARTMELL
　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell LLP
　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　816-701-1102
　　　　　　　　　　　　　　　　　　Fax 816-531-2372
　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com

　　　　　　　　　　　　　　　　　　D. RENEE BAGGETT
　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis and Overholtz, PLC
　　　　　　　　　　　　　　　　　　17 E. Main Street, Suite 200
　　　　　　　　　　　　　　　　　　Pensacola, FL 32563
　　　　　　　　　　　　　　　　　　850-202-1010
　　　　　　　　　　　　　　　　　　850-916-7449
　　　　　　　　　　　　　　　　　　Rbaggett@awkolaw.com
　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

　　　　　　　　　　　　　　　4845-0909-8006, v. 1