# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

------------------------------------------------------- x

**IN RE ETHICON, INC., PELVIC REPAIR**    :    **CIVIL ACTION NO. 2:12-md-02327**
**SYSTEM PRODUCTS LIABILITY**    :    <u>**MDL No. 2327**</u>
**LITIGATION**    :

-------------------------------------------------------    :    Judge Joseph R. Goodwin

This Document Applies To All Actions    :

------------------------------------------------------- X

To:     Christy D. Jones, Esq.
       Butler, Snow, O'Mara Stevens & Cannada, PLLC
       1020 Highland Colony Parkway, Suite 1400
       Ridgeland, MS 39157
       601-948-5711

## PLAINTIFFS' CERTIFICATE OF SERVICE OF
## NOTICE TO TAKE ORAL DEPOSITION OF PETER CECCHINI

I hereby certify that on September 26, 2013, I served Plaintiff's Notice to Take Oral Deposition of Peter Cecchini via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: _____/s/Thomas P. Cartmell_____
      THOMAS P. CARTMELL
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      816-701-1102
      Fax 816-531-2372
      tcartmell@wcllp.com

      D. RENEE BAGGETT
      Aylstock, Witkin, Kreis and Overholtz, PLC
      17 E. Main Street, Suite 200
      Pensacola, FL 32563
      850-202-1010
      850-916-7449
      Rbaggett@awkolaw.com
      *Plaintiffs' Co-Lead Counsel*

4851-6367-1830, v. 1