Honorable Cheryl A. Eifert
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia

Statistical Sheet for MJSTAR
In Chambers Events Only

| | | | |
|---|---|---|---|
| Case No.: | MDL 2327 | Ghost Case No: (assigned by clerk) | |
| Case Style: | In Re: Ethicon, Inc., Pelvic Repair System | Ghost Case Style: | |
| Date of Event: | September 30, 2013 | | |
| Court Reporter: | Lisa Cook | | |
| Law Clerk: | Marianne Tassone | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs:   Renee Baggett, Bryan Alystock, Thomas Cartmell, Ben Anderson<br>Counsel for Defendant:   William Gage, Ben Watson, Donna Jacobs, Phillip Combs, Gary Ruben | | |
| Type of Event: | Telephonic Status Conference | | |
| Time Spent in Chambers: | One (1) Hour and Nineteen (19) Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge  Cheryl A. Eifert | | |