APPROVED and SO ORDERED.
ENTER: _____10/2/13_____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR           MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION       Honorable Joseph R. Goodwin

-------------------------------------------------------------------------------------------------------------

Rhonda K. Garcia

**Plaintiff(s),**

v.                                                                    **CASE NO.**   2:13-cv-12023

Ethicon, Inc., Johnson & Johnson, and
C.R. Bard, Inc.

**Defendant(s).**

### MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the

court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System

Products Liability Litigation, to:

MDL

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against

Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no

longer included Ethicon, Inc. or another named defendant in that litigation; included instead,

among others, were the following parties from MDL _____ :

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to   2187  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL   2187  .

s/ Tim K. Goss

Tim K. Goss
Texas Bar No. 08222660
tim@freeseandgoss.com
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX 75204
Phone: 214-761-6610
Fax: 214-761-6688

## CERTIFICATE OF SERVICE

I hereby certify that on   June 21, 2013  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/ Tim K. Goss

Tim K. Goss
Texas Bar No. 08222660
tim@freeseandgoss.com
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX 75204
Phone: 214-761-6610
Fax: 214-761-6688