UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PRETRIAL ORDER # 72**
(Order Amending PTO # 65 to Require Copies of Complaints
Filed Under Delayed Filing Agreement)

In PTO # 65 of the Amended Order Regarding Delayed Filing and Application to the Statute of Limitations, paragraph K imposed the requirement that plaintiffs filing complaints previously served under the Stipulated Agreed Order Regarding Delayed Filing notify the defendants of the filing by serving a weekly list that identifies the affected defendant(s) and name of the case(s) filed.  It is **ORDERED** that PTO # 65 is amended to add the requirement that each such list must be accompanied by a "filed" copy of each complaint identified on that list.  To the extent there is a delay in plaintiff's receipt of a case number, plaintiff need not include the case on the weekly list for that week, but rather, may include it on the weekly list for the week when her counsel receives a case number for that case.  It is further **ORDERED** that the weekly list and the accompanying complaints be emailed to defendants at the following address: ewaivers@tcspllc.com.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327,and it shall apply to each member related case previously transferred to, removed to, or filed in this district,

which includes counsel in all member cases up to and including civil action number 2:13-cv-24064. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

    ENTER:    October 2, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE