## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

------------------------------------------------------------- x

IN RE ETHICON, INC., PELVIC REPAIR :   CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY :   <u>MDL No. 2327</u>
LITIGATION :
------------------------------------------------------------- :   Judge Joseph R. Goodwin
This Document Applies To All Actions :
------------------------------------------------------------- X

To:    Christy D. Jones, Esq.
        Butler, Snow, O'Mara Stevens & Cannada, PLLC
        1020 Highland Colony Parkway, Suite 1400
        Ridgeland, MS 39157
        601-948-5711

### PLAINTIFFS' CERTIFICATE OF SERVICE OF
### FIRST AMENDED NOTICE TO TAKE ORAL DEPOSITION OF RICK ISENBERG

I hereby certify that on October 3, 2013, I served Plaintiff's Notice to Take Oral Deposition of Rick Isenberg via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        By:    /s/Thomas P. Cartmell
            THOMAS P. CARTMELL
            Wagstaff & Cartmell LLP
            4740 Grand Avenue, Suite 300
            Kansas City, MO 64112
            816-701-1102
            Fax 816-531-2372
            tcartmell@wcllp.com

            D. RENEE BAGGETT
            Aylstock, Witkin, Kreis and Overholtz, PLC
            17 E. Main Street, Suite 200
            Pensacola, FL 32563
            850-202-1010
            850-916-7449
            Rbaggett@awkolaw.com
             *Plaintiffs' Co-Lead Counsel*