IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

---

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

Attorney Stacy K. Hauer moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

                Respectfully submitted,

                By: /s/ Stacy K. Hauer
                  Stacy K. Hauer MN # 0317093
                  Johnson Becker, PLLC
                  33 S. Sixth Street, Suite 4530
                  Minneapolis, MN 55402
                  Email: shauer@johnsonbecker.com
                  (612) 436-1806
                  Facsimile: (612) 436-1801

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

By: /s/ Stacy K. Hauer
Stacy K. Hauer MN # 0317093
Johnson Becker, PLLC
33 S. Sixth Street, Suite 4530
Minneapolis, MN 55402
Email: shauer@johnsonbecker.com
(612) 436-1806
Facsimile: (612) 436-1801