# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : CIVIL ACTION NO. 2:12-md-02327 <br> : **MDL No. 2327** <br> : <br> : Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : |

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway, Suite 1400
      Ridgeland, MS 39157
      601-948-5711

## PLAINTIFFS' CERTIFICATE OF SERVICE OF NOTICE TO TAKE ORAL DEPOSITION OF BRUNO DE LACROIX

I hereby certify that on October 8, 2013, I served Plaintiff's Notice to Take Oral Deposition of Bruno De Lacroix via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                    By:    /s/Thomas P. Cartmell
                           THOMAS P. CARTMELL
                           Wagstaff & Cartmell LLP
                           4740 Grand Avenue, Suite 300
                           Kansas City, MO 64112
                           816-701-1102
                           Fax 816-531-2372
                           tcartmell@wcllp.com

                           D. RENEE BAGGETT
                           Aylstock, Witkin, Kreis and Overholtz, PLC
                           17 E. Main Street, Suite 200
                           Pensacola, FL 32563
                           850-202-1010
                           850-916-7449
                           Rbaggett@awkolaw.com
                           *Plaintiffs' Co-Lead Counsel*

4816-6327-6566, v. 1