IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*

*MDL No. 2327*

Civil Action No. _____

### PLAINTIFFS-INTERVENORS-APPLICANTS' MOTION TO INTERVENE

Mr. James C. Bell and Mrs. Kimberly K. Bell, residents of Louisiana, through their undersigned counsel, Cameron E.N. Landry, hereby move to intervene in this action. Proposed Intervenors submit that neither party will be prejudiced by this intervention based on the stage of the pending litigation. Proposed Intervenors also submit that they are a true party in interest with respect to the issues raised herein.

Pursuant to Federal Rule of Civil Procedure 24 (a)(2), the proposed Intervenors respectfully move this Court for leave to intervene in this action as of right, as Plaintiffs. In the alternative, applicants move for permissive intervention pursuant to Federal Rule of Civil Procedure 24 (b)(1)(b). As an injured male, Mr. James C. Bell, as well as his spouse, Mrs. Kimberly K. Bell, has significant interest in the subject-matter of this case, and the existing parties may not adequately represent that interest. The grounds for this Motion are set forth in the Memorandum in Support of Motion to Intervene.

**WHEREOFF**, Intervenors, Mr. James C. Bell and Mrs. Kimberly K. Bell, respectfully pray this Honourable Court that leave to intervene in the pending MDL 2327 action be granted.

October 9, 2013.

Respectfully submitted,

s/ Cameron N.E. Landry

        CAMERON N. E. LANDRY (LSBA 32541)

        405 South Broad Street

        New Orleans, Louisiana 70119

        Telephone: (504) 821-5000

        Fax: (888) 550-1220

        Attorney for Intervenors Mr.James C. Bell and

        Mrs.Kimberly K. Bell

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, please, serve the parties of the MDL 2327.

        s/ Cameron N.E. Landry

        CAMERON N. E. LANDRY (LSBA 32541)