APPROVED and SO ORDERED.
ENTER: 10/10/2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS                          MDL NO. 2327
LIABILITY LITIGATION

----------------------------------------------
This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

Attorney Stacy K. Hauer moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

                                                  Respectfully submitted,

                                                  By: /s/ Stacy K. Hauer
                                                       Stacy K. Hauer MN # 0317093
                                                       Johnson Becker, PLLC
                                                     33 S. Sixth Street, Suite 4530
                                                     Minneapolis, MN 55402
                                                     Email: shauer@johnsonbecker.com
                                                     (612) 436-1806
                                                     Facsimile: (612) 436-1801