# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON, INC., | : | MDL: 2327 |
| PELVIC REPAIR SYSTEMS | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| This Document Relates to All Cases | : | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney Allen M. Gardner hereby moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327. Counsel represents interested party AdvaMed, which was served with a subpoena in this MDL and was the subject of a motion to compel (Doc. No. 372). This Court subsequently transferred the adjudication of the motion to compel to the United States District Court for the District of Columbia (Doc. No. 398). Following a settlement, Plaintiffs have stipulated to the dismissal of their motion to compel in that Court (Doc. No. 19, 1:13-mc-00062-TFH). That case has now been closed. As AdvaMed is no longer an interested party in this case, counsel respectfully requests to withdraw his appearance. A proposed order is attached.

Dated: October 11, 2013               Respectfully submitted,

                                      //s// Allen M. Gardner_____
                                      Allen M. Gardner
                                      LATHAM & WATKINS LLP
                                      555 Eleventh St. NW, Suite 1000
                                      Washington, DC 20004
                                      (202) 637-2200
                                      Allen.Gardner@lw.com

                                      *Counsel for AdvaMed*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on October 11, 2013, a true and correct copy of the foregoing was served on counsel via this court's electronic filing system.

//s// Allen M. Gardner_____
Allen M. Gardner
