Honorable Cheryl A. Eifert
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| | | | |
|---|---|---|---|
| **Case No.:** | MDL 2327 | **Ghost Case No: (assigned by clerk)** | |
| **Case Style:** | In Re: Ethicon, Inc., Pelvic Repair System | **Ghost Case Style:** | |
| **Date of Event:** | October 15, 2013 | | |
| **Court Reporter:** | Lisa Cook | | |
| **Law Clerk:** | | | |
| **Parties Present:** | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs:  Renee Baggett, Bryan Alystock, Thomas Cartmell, Ben Anderson, Eric Walker, Andy Faes<br>Counsel for Defendant:  William Gage, Donna Jacobs, David Thomas, Gary Ruben | | |
| **Type of Event:** | Telephonic Status Conference | | |
| **Time Spent in Chambers:** | One (1) Hour  Three (3) Minutes | | |
| **Name of Person reporting event:** | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge  Cheryl A. Eifert | | |