# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC.,  : MDL: 2327
PELVIC REPAIR SYSTEMS :
PRODUCTS LIABILITY LITIGATION :

This Document Relates to All Cases :

## ORDER

Pending is Allen M. Gardner's Motion to Withdraw as Counsel, filed October 11, 2013. Mr. Gardner seeks an order granting leave to withdraw from all member actions in which he has appeared in MDL 2327. It is ORDERED that the Motion is GRANTED. The Clerk is instructed to terminate Mr. Gardner where he appears as counsel for any party in this MDL and in any member case in this MDL.

The Court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and in each member case in which Mr. Gardner has appeared.

Entered: October 16, 2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE