UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                                                                  MDL No. 2327

**TRANSFER ORDER**

  **Before the Panel**:[*] Pursuant to Panel Rule 7.1, certain parties to the actions listed on Schedule A move to vacate our orders conditionally transferring these actions to MDL No. 2327. Movants in the Eastern District of Missouri *Fitzgerald*, Western District of Missouri *Malcolm*, and Eastern District of Pennsylvania *Hammons*, *Musewicz*, and *Delacruz* actions are plaintiffs. Defendants Johnson & Johnson and Ethicon, Inc. (collectively Ethicon) oppose the motions to vacate. Defendant Boston Scientific Corp. also opposes the motion to vacate the Eastern District of Pennsylvania actions. Movant in the Northern District of Texas *Gay* action is defendant LifeCell Corp. (LifeCell). Plaintiff opposes the motion to vacate as to *Gay*.

  MDL No. 2327 is one of six MDLs pending in the Southern District of West Virginia involving allegations of defects in surgical products manufactured by five separate defendant groups and used to treat pelvic organ prolapse and stress urinary incontinence. *See In re: Avaulta Pelvic Support Sys. Prods. Liab. Litig.*, MDL No. 2187, 746 F. Supp. 2d 1362 (J.P.M.L. 2010); *In re: Am. Med. Sys., Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, MDL Nos. 2325, 2326, and 2327, 844 F. Supp. 2d 1359 (J.P.M.L. 2012); *In re: Coloplast Corp. Pelvic Support Sys. Prods. Liab. Litig.*, MDL No. 2387, 883 F. Supp. 2d 1348, 1348 (J.P.M.L. 2012); *In re: Cook Med., Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, MDL No. 2440, Transfer Order, __ F. Supp. 2d __ (J.P.M.L. Jun. 11, 2013).

  After considering all argument of counsel, we find that these actions share questions of fact with actions in this litigation previously transferred to the Southern District of West Virginia, and that transfer of these actions in their entirety to MDL No. 2327 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Like many of the already-centralized actions, these actions involve factual questions arising from allegations that pelvic surgical mesh products manufactured by Ethicon were defectively designed, manufactured and marketed, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by these devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

  In support of the motions to vacate, plaintiffs in the Eastern District of Missouri *Fitzgerald*, Western District of Missouri *Malcolm*, and Eastern District of Pennsylvania *Hammons*, *Musewicz*, and *Delacruz* actions argue that these actions were improperly removed and plaintiffs' motions to

---

    [*]  Judge Sarah S. Vance did not participate in the disposition of this matter.

remand to state court are pending. The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiff can present such arguments to the transferee judge.[1] *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

The *Malcolm* plaintiff requests that the Panel sever her claims against the healthcare defendants (Todd Richards, M.D. and Freeman Health System) and remand them to Missouri state court. First, Section 1407 does not confer on the Panel the authority to remand claims to state court. Second, while the Panel may sever and remand claims to the transferor court where appropriate, we decline to do so here. There are numerous medical negligence claims pending in MDL No. 2327 against various healthcare defendants, most of whom are not named in more than one action. We are not persuaded that the circumstances of the *Malcolm* action warrant dissimilar treatment.

Plaintiffs in the Eastern District of Pennsylvania actions argue that transfer will result in dismissal of their claims against defendants Secant Medical, Inc. and Secant Medical, LLC (Secant), because they are not named in the master complaint in MDL No. 2327. These plaintiffs seem to be confused about the effect of the transferee court's rulings, which have held that plaintiffs filing claims against defendants not named in the master complaint cannot *directly file* their claims in the Southern District of West Virginia. Plaintiffs' claims against such defendants are free to proceed in the MDL once they are transferred by the Panel pursuant to Section 1407.

The Northern District of Texas *Gay* action, at first blush, does not appear related to MDL No. 2327. It does not name Ethicon as a defendant or involve an Ethicon product. However, the *Gay* plaintiff was implanted with products manufactured by both LifeCell and Ethicon at the same time and seeks to bring claims against both—similar to other multi-product/multi-defendant actions pending in MDL No. 2327. Oddly, plaintiff chose to directly file her claims against Ethicon in MDL No. 2327 and file her claims against LifeCell in Texas and requests transfer of those claims to MDL No. 2327. While the situation is procedurally confusing, transfer is consistent with the Panel's determination to keep the claims in multi-product/multi-defendant actions together in this MDL. It is clear that the plaintiff intended to bring her claims against both manufacturers together, and vacating the CTO in this situation would elevate form over substance. Though the complaint itself does not name Ethicon as a defendant, given that the products were implanted together, the action will share common factual issues.

LifeCell argues that *Gay* is the only pelvic mesh action in which it is named, and that it should be excluded from the MDL because it does not manufacture a "mesh device." We previously have rejected similar arguments. *See* Transfer Order, MDL No. 2327 (*Sitten*) (J.P.M.L. Jun. 12, 2013). While it may be that the claims against LifeCell are easily separable or are not sufficiently related to

---

[1] Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand or other motion is filed and the date the Panel finalizes transfer of the action to the MDL, a court wishing to rule upon that motion generally has adequate time to do so.

the claims regarding pelvic repair products manufactured by other defendants, the transferee judge is in the best position to make that determination. *See In re Nat'l Football League Players' Concussion Injury Litig.*, 842 F. Supp. 2d 1378, 1379 (J.P.M.L. 2012). If the transferee judge determines after close scrutiny that remand of any claims is appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Panel Rules 10.1-10.3.

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | Paul J. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | |

**IN RE: ETHICON, INC., PELVIC**
**REPAIR SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                                          MDL No. 2327

## SCHEDULE A

<u>Eastern District of Missouri</u>

Bridgette Marie Fitzgerald, et al. v. Johnson & Johnson, et al., C.A. No. 4:13-01118

<u>Western District of Missouri</u>

Alicia Malcolm v. Ethicon, Inc., et al., C.A. No. 3:13-05083

<u>Eastern District of Pennsylvania</u>

Patricia L. Hammons v. Ethicon, Inc., et al., C.A. No. 2:13-04086
Gail Musewicz, et al.  v. Ethicon, Inc., et al., C.A. No. 2:13-04087
Maria D. Delacruz, et al.  v. Ethicon, Inc., et al., C.A. No. 2:13-04088

<u>Northern District of Texas</u>

Delinda Gay v. LifeCell Corp., C.A. No. 3:13-02639

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
10/17/2013 03:34 PM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/17/2013 at 3:33 PM EDT and filed on 10/17/2013
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

**Case Name:**     DELACRUZ et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:13-cv-04088
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court**

for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | Fitzgerald et al v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:13-cv-01118 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | MUSEWICZ et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:13-cv-04087 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | Gay v. LifeCell Corporation |
| **Case Number:** | TXN/3:13-cv-02639 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | HAMMONS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:13-cv-04086 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | Malcolm v. Ethicon, Inc. et al |
| **Case Number:** | MOW/3:13-cv-05083 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

**No public notice (electronic or otherwise) sent because the entry is private**

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
10/17/2013 03:34 PM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/17/2013 at 3:31 PM EDT and filed on 10/17/2013
**Case Name:**         IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**       MDL No. 2327
**Filer:**
**Document Number:** 1311

**Docket Text:**
**TRANSFER ORDER re: pldg. ([1102] in MDL No. 2327, 10 in TXN/3:13-cv-02639), ([1093] in MDL No. 2327, 11 in MOE/4:13-cv-01118, 12 in MOW/3:13-cv-05083, 11 in PAE/2:13-cv-04086, 13 in PAE/2:13-cv-04087, 11 in PAE/2:13-cv-04088, 9 in TXN/3:13-cv-02639), ([1075] in MDL No. 2327, 10 in PAE/2:13-cv-04086, 10 in PAE/2:13-cv-04087, 10 in PAE/2:13-cv-04088), ([999] in MDL No. 2327, 7 in MOE/4:13-cv-01118), ([981] in MDL No. 2327, 5 in MOW/3:13-cv-05083)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

**Case Name:**         DELACRUZ et al v. ETHICON, INC. et al
**Case Number:**       PAE/2:13-cv-04088
**Filer:**

**Document Number:** 13

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1102] in MDL No. 2327, 10 in TXN/3:13-cv-02639), ( [1093] in MDL No. 2327, 11 in MOE/4:13-cv-01118, 12 in MOW/3:13-cv-05083, 11 in PAE/2:13-cv-04086, 13 in PAE/2:13-cv-04087, 11 in PAE/2:13-cv-04088, 9 in TXN/3:13-cv-02639), ( [1075] in MDL No. 2327, 10 in PAE/2:13-cv-04086, 10 in PAE/2:13-cv-04087, 10 in PAE/2:13-cv-04088), ( [999] in MDL No. 2327, 7 in MOE/4:13-cv-01118), ( [981] in MDL No. 2327, 5 in MOW/3:13-cv-05083)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | Fitzgerald et al v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:13-cv-01118 |
| **Filer:** | |

**Document Number:** 13

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1102] in MDL No. 2327, 10 in TXN/3:13-cv-02639), ( [1093] in MDL No. 2327, 11 in MOE/4:13-cv-01118, 12 in MOW/3:13-cv-05083, 11 in PAE/2:13-cv-04086, 13 in PAE/2:13-cv-04087, 11 in PAE/2:13-cv-04088, 9 in TXN/3:13-cv-02639), ( [1075] in MDL No. 2327, 10 in PAE/2:13-cv-04086, 10 in PAE/2:13-cv-04087, 10 in PAE/2:13-cv-04088), ( [999] in MDL No. 2327, 7 in MOE/4:13-cv-01118), ( [981] in MDL No. 2327, 5 in MOW/3:13-cv-05083)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | MUSEWICZ et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:13-cv-04087 |
| **Filer:** | |

**Document Number:** 16

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1102] in MDL No. 2327, 10 in TXN/3:13-cv-02639), ( [1093] in MDL No. 2327, 11 in MOE/4:13-cv-01118, 12 in MOW/3:13-cv-05083, 11 in PAE/2:13-cv-**

04086, 13 in PAE/2:13-cv-04087, 11 in PAE/2:13-cv-04088, 9 in TXN/3:13-cv-02639), ( [1075] in MDL No. 2327, 10 in PAE/2:13-cv-04086, 10 in PAE/2:13-cv-04087, 10 in PAE/2:13-cv-04088), ( [999] in MDL No. 2327, 7 in MOE/4:13-cv-01118), ( [981] in MDL No. 2327, 5 in MOW/3:13-cv-05083)

**Transferring 6 action(s) - MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | Gay v. LifeCell Corporation |
| **Case Number:** | TXN/3:13-cv-02639 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1102] in MDL No. 2327, 10 in TXN/3:13-cv-02639), ( [1093] in MDL No. 2327, 11 in MOE/4:13-cv-01118, 12 in MOW/3:13-cv-05083, 11 in PAE/2:13-cv-04086, 13 in PAE/2:13-cv-04087, 11 in PAE/2:13-cv-04088, 9 in TXN/3:13-cv-02639), ( [1075] in MDL No. 2327, 10 in PAE/2:13-cv-04086, 10 in PAE/2:13-cv-04087, 10 in PAE/2:13-cv-04088), ( [999] in MDL No. 2327, 7 in MOE/4:13-cv-01118), ( [981] in MDL No. 2327, 5 in MOW/3:13-cv-05083)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

| | |
|---|---|
| **Case Name:** | HAMMONS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:13-cv-04086 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1102] in MDL No. 2327, 10 in TXN/3:13-cv-02639), ( [1093] in MDL No. 2327, 11 in MOE/4:13-cv-01118, 12 in MOW/3:13-cv-05083, 11 in PAE/2:13-cv-04086, 13 in PAE/2:13-cv-04087, 11 in PAE/2:13-cv-04088, 9 in TXN/3:13-cv-02639), ( [1075] in MDL No. 2327, 10 in PAE/2:13-cv-04086, 10 in PAE/2:13-cv-04087, 10 in PAE/2:13-cv-04088), ( [999] in MDL No. 2327, 7 in MOE/4:13-cv-01118), ( [981] in MDL No. 2327, 5 in MOW/3:13-cv-05083)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

**Case Name:**    Malcolm v. Ethicon, Inc. et al
**Case Number:**    MOW/3:13-cv-05083
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1102] in MDL No. 2327, 10 in TXN/3:13-cv-02639), ( [1093] in MDL No. 2327, 11 in MOE/4:13-cv-01118, 12 in MOW/3:13-cv-05083, 11 in PAE/2:13-cv-04086, 13 in PAE/2:13-cv-04087, 11 in PAE/2:13-cv-04088, 9 in TXN/3:13-cv-02639), ( [1075] in MDL No. 2327, 10 in PAE/2:13-cv-04086, 10 in PAE/2:13-cv-04087, 10 in PAE/2:13-cv-04088), ( [999] in MDL No. 2327, 7 in MOE/4:13-cv-01118), ( [981] in MDL No. 2327, 5 in MOW/3:13-cv-05083)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/17/2013.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01118, MOW/3:13-cv-05083, PAE/2:13-cv-04086, PAE/2:13-cv-04087, PAE/2:13-cv-04088, TXN/3:13-cv-02639 (DLS)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04088 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com, stephanie.coppolino@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

YVONNE BARNES MONTGOMERY     ymontgomery@tlgattorneys.com

**PAE/2:13-cv-04088 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01118 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

John M Kell     Mark.Kell@KellLampinLaw.com

J. Mark Kell     mark.kell@KellLampinLaw.com

Bettina J. Strauss     bjstrauss@bryancave.com

Kathryn Alexis Dugan     kate.dugan@bryancave.com

**MOE/4:13-cv-01118 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04087 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

JOANNA T. VASSALLO    jvassallo@shb.com

MELISSA A GRAFF    melissa.graff@dbr.com

April M. Byrd    abyrd@shb.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-04087 Notice will not be electronically mailed to:**

**TXN/3:13-cv-02639 Notice has been electronically mailed to:**

Alexandra V Boone    aboone@millerweisbrod.com

Les Weisbrod    lweisbrod@millerweisbrod.com, djarvis@millerweisbrod.com, lboling@millerweisbrod.com, mtrull@millerweisbrod.com, tnguyen@millerweisbrod.com

Luke H Metzler    lmetzler@millerweisbrod.com

**TXN/3:13-cv-02639 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04086 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com, stephanie.coppolino@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04086 Notice will not be electronically mailed to:**

**MOW/3:13-cv-05083 Notice has been electronically mailed to:**

David E. Overby     deovrby@cs.com

Patrick M Martucci     patrick@4stateslaw.com

Bettina J. Strauss     bjstrauss@bryancave.com

Kent O. Hyde     kohyde@aol.com

Roger Alan Johnson     rjohnson@rj-laws.com, evorhees@rj-laws.com

Kathryn Alexis Dugan     kate.dugan@bryancave.com

Glenn Russell Gulick     glenn@4stateslaw.com, karen@4stateslaw.com

Scott J. Vorhees     svorhees@rj-laws.com

**MOW/3:13-cv-05083 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/17/2013] [FileNumber=417309-0]
[2b2fef103131e3331efac05707f7d1676525e4cf05b08d025b719a4dcca6be275eb3
2da6bbc0e22d91ba7d885ab3e50d141ec0a0435e6aec1c67ead8e654d059]]