UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                               MDL No. 2327

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on October 1, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-102" filed on October 1, 2013, is LIFTED insofar as it relates to these actions. The actions are transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                         MDL No. 2327

SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 13−05493 | SULSER et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al |
| PAE | 2 | 13−05494 | PROCHAZKA et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−05503 | HUBBARD et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF
to:
JPMLCMDECF
10/23/2013 10:13 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/23/2013 at 10:11 AM EDT and filed on 10/23/2013

**Case Name:**   IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1320

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-102) (([1262] in MDL No. 2327, 1 in PAE/2:13-cv-05493, 1 in PAE/2:13-cv-05494, 1 in PAE/2:13-cv-05503) )**

**IT IS THEREFORE ORDERED that the stay of CTO-102 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-05493, PAE/2:13-cv-05494, PAE/2:13-cv-05503 (TB)**

**Case Name:**   HUBBARD et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-05503
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-102) (( [1262] in MDL No. 2327, 1 in PAE/2:13-cv-05493, 1 in PAE/2:13-cv-05494, 1 in PAE/2:13-cv-05503) )**

**IT IS THEREFORE ORDERED that the stay of CTO-102 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-05493, PAE/2:13-cv-05494, PAE/2:13-cv-05503 (TB)**

| | |
|---|---|
| **Case Name:** | PROCHAZKA et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05494 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-102) (( [1262] in MDL No. 2327, 1 in PAE/2:13-cv-05493, 1 in PAE/2:13-cv-05494, 1 in PAE/2:13-cv-05503) )**

**IT IS THEREFORE ORDERED that the stay of CTO-102 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-05493, PAE/2:13-cv-05494, PAE/2:13-cv-05503 (TB)**

| | |
|---|---|
| **Case Name:** | SULSER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05493 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-102) (( [1262] in MDL No. 2327, 1 in PAE/2:13-cv-05493, 1 in PAE/2:13-cv-05494, 1 in PAE/2:13-cv-05503) )**

**IT IS THEREFORE ORDERED that the stay of CTO-102 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-05493, PAE/2:13-cv-05494, PAE/2:13-cv-05503 (TB)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05503 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05503 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05494 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER    shanin.specter@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05494 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05493 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER     shanin.specter@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05493 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/23/2013] [FileNumber=418517-0]
[aca2b67ccd9e6d6d3746243a1907cb06d37c1e51a82c0c89a8fe91b2dc5690caa9d3
74d1a079197d40e04fbff414c4067ced875fba95c5c26948d944f75135ea]]