UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION  MDL No. 2327

(SEE ATTACHED SCHEDULE)

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On October 1, 2013, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, the actions on the attached schedule. On October 23, 2013, the stay of transmittal was lifted and the actions were transferred to the Southern District of West Virginia. Subsequently, on the same date, the Panel received a motion to reinstate the conditional transfer order filed by plaintiffs in these actions. In their motion, plaintiffs, through counsel, assert that they failed to file a timely motion to vacate and supporting brief due to an inadvertent administrative oversight. The Panel will reinstate the conditional transfer order in these actions in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-102" filed on October 1, 2013, is REINSTATED insofar as it relates to these actions. Plaintiffs' motion to vacate and supporting brief are due on or before October 24, 2013. No extensions of time will be granted.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 13−05493 | SULSER et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al |
| PAE | 2 | 13−05494 | PROCHAZKA et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−05503 | HUBBARD et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al |

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Reinstating CTO
JPMLCMECF
to:
JPMLCMDECF
10/23/2013 01:39 PM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/23/2013 at 1:38 PM EDT and filed on 10/23/2013
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1325

**Docket Text:**
**ORDER REINSTATING CTO-102 (re: pldg. ([1262] in MDL No. 2327, 1 in PAE/2:13-cv-05493, 1 in PAE/2:13-cv-05494, 1 in PAE/2:13-cv-05503) )**

**The stay of the Panel's conditional transfer order designated as CTO-102 filed on 10/1/13 is REINSTATED. Plaintiffs notice of opposition is deemed filed as of 10/8/13.**

**Motion to Vacate with Brief in Support due on or before 10/24/2013. Responses due on or before 11/14/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-05493, PAE/2:13-cv-05494, PAE/2:13-cv-05503 (TB)**

**Case Name:**     HUBBARD et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-05503
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER REINSTATING CTO-102 (re: pldg. ( [1262] in MDL No. 2327, 1 in PAE/2:13-cv-05493, 1 in PAE/2:13-cv-05494, 1 in PAE/2:13-cv-05503) )**

**The stay of the Panel's conditional transfer order designated as CTO-102 filed on 10/1/13 is REINSTATED. Plaintiffs notice of opposition is deemed filed as of 10/8/13.**

**Motion to Vacate with Brief in Support due on or before 10/24/2013. Responses due on or before 11/14/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-05493, PAE/2:13-cv-05494, PAE/2:13-cv-05503 (TB)**

| | |
|---|---|
| **Case Name:** | PROCHAZKA et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05494 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**ORDER REINSTATING CTO-102 (re: pldg. ( [1262] in MDL No. 2327, 1 in PAE/2:13-cv-05493, 1 in PAE/2:13-cv-05494, 1 in PAE/2:13-cv-05503) )**

**The stay of the Panel's conditional transfer order designated as CTO-102 filed on 10/1/13 is REINSTATED. Plaintiffs notice of opposition is deemed filed as of 10/8/13.**

**Motion to Vacate with Brief in Support due on or before 10/24/2013. Responses due on or before 11/14/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-05493, PAE/2:13-cv-05494, PAE/2:13-cv-05503 (TB)**

| | |
|---|---|
| **Case Name:** | SULSER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05493 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**ORDER REINSTATING CTO-102 (re: pldg. ( [1262] in MDL No. 2327, 1 in PAE/2:13-cv-05493, 1 in PAE/2:13-cv-05494, 1 in PAE/2:13-cv-05503) )**

**The stay of the Panel's conditional transfer order designated as CTO-102 filed on 10/1/13 is REINSTATED. Plaintiffs notice of opposition is deemed filed as of 10/8/13.**

**Motion to Vacate with Brief in Support due on or before 10/24/2013. Responses due on or before 11/14/2013.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-05493, PAE/2:13-cv-05494, PAE/2:13-cv-05503 (TB)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05503 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05503 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05494 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER    shanin.specter@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05494 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05493 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER    shanin.specter@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05493 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/23/2013] [FileNumber=418613-0]
[9509bf17a0678502a99b4ea3001dbc32eaae0bfd19fa05242b37d44169b6ab4e287d
b1a0c7ab695b27e899ee73c68212b7a3468c3a6217dd5e84fe380264990a]]