**Court Minutes:**

Session: 2013-10-23  
Session Date: 10/23/2013  
Judge: EIFERT, CHERYL  
Reporter: Courtflow  

Division: Hunt  
Session Time: 13:07  

Courtroom: Huntington  

Clerk(s): Mann, Sharon

---

Case ID: 0001

Case number: 2:12-md-02327  
Plaintiff:  
Plaintiff Attorney:  
Case: In Re: Ethicon, Inc. Pelvic Repair System  
Pers. Attorney:  

10/23/2013

| Time | Event |
|---|---|
| 14:52:56 | Recording Started: |
| 14:52:56 | Case called |
| 14:53:27 | **General:** STATUS CONFERENCE |
| 14:59:58 | Appearances noted by counsel |
| 15:00:03 | Henry Garrard |
| 15:00:05 | D. Renee Baggett |
| 15:00:07 | Bryan F. Aylstock |
| 15:00:08 | Thomas Cartmell |
| 15:00:10 | Ben Anderson |
| 15:00:12 | Eric Walker |
| 15:00:14 | Ben Watson |
| 15:00:16 | William Gage |
| 15:00:18 | Gary Rubin |
| 15:00:46 | Judge called to bench by Courtroom Deputy Clerk |
| 15:01:53 | **Judge: EIFERT, CHERYL** Discussion with the parties about deposition subpoenas |
| 15:20:38 | will not issue a written order at this time |
| 15:22:58 | **General:** Hearing Adjourned |
| 15:23:03 | **Stop recording** |