APPROVED and SO ORDERED.
ENTER: October 24, 2013

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR          MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION          Honorable Joseph R. Goodwin

---

Colleen James and Larry James

**Plaintiff(s),**

v.                                            CASE NO. 2:13-cv-21531

American Medical Systems, Inc.

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2325 American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2325 :

American Medical Systems, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to  2325 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL  2325 .

/s/ Jeffrey M. Kuntz

Thomas P. Cartmell   MO #45366
Jeffrey M. Kuntz       MO #52371
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112

### CERTIFICATE OF SERVICE

I hereby certify that on  October 23, 2013 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Jeffrey M. Kuntz

Thomas P. Cartmell   MO #45366
Jeffrey M. Kuntz       MO #52371
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112