UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327<br>MDL No. 2327<br>Judge Joseph R. Goodwin |
| This Document Applies To All Actions | |

## PLAINTIFFS' CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST REQUESTS FOR ADMISSION TO DEFENDANTS

Plaintiffs hereby certify that on October 24, 2013, they served Plaintiffs' First Requests for Admission to Defendants via United States mail and electronic mail upon:

William M. Gage
Christy D. Jones, Esq.
Donna Brown Jacobs
Butler, Snow, O'Mara Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157


By:   /s/Thomas P. Cartmell
      THOMAS P. CARTMELL
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO  64112
      816-701-1100
      Fax 816-531-2372
      tcartmell@wcllp.com

4828-0977-9222, v. 1