UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: [see attached list of cases] | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE WHY CLAIMS SHOULD NOT BE DISMISSED BASES UPON LACK OF STANDING AND/OR JUDICIAL ESTOPPEL

Defendants Johnson & Johnson, Ethicon, Inc., and Ethicon LLC move for entry of an order to show cause why Plaintiff's claims should not be dismissed for lack of standing and/or because Plaintiff is judicially estopped from asserting the claims. In support of this Motion, Defendant states as follows:

1. Plaintiff stated under oath in her Plaintiff Profile Form that she had filed for bankruptcy protection.[1] To the extent that Plaintiff sought bankruptcy protection after the personal injury claim asserted in this litigation arose, the cause of action is the property of the bankruptcy estate, and Plaintiff lacks standing to purse the claim.

2. Further, if Plaintiff sought bankruptcy protection after her claim arose but did not disclose that claim in the bankruptcy action, and received either a discharge of debts or a repayment plan approved by the bankruptcy court, then Plaintiff is judicially estopped from asserting claims against Defendants for monetary relief. Plaintiff's position in this litigation--

---

[1] Defendants have endeavored to exclude Plaintiffs whose only disclosed bankruptcy filing was closed prior to her implant surgery.

that she is entitled to monetary relief against Defendants -- is inconsistent with her position before the bankruptcy court—that no such claims existed.

3. Plaintiff's filing or maintenance of a bankruptcy proceeding after her implant surgery calls into question her standing to pursue the claims asserted here. The information necessary to establish Plaintiff's standing to pursue her claims is information that Plaintiff and her counsel should have possessed before her claim was filed. Defendants ask that the Court enter an Order to Show Cause why Plaintiff's claim should not be dismissed for lack of standing and/or under the doctrine of judicial estoppel.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court enter a Show Cause Order requiring Plaintiff to provide, within 20 days of the date of the Order, documentary evidence showing that (1) her claim asserted in this proceeding arose after her bankruptcy proceeding was closed, or (2) the claim asserted in these proceedings was disclosed in the bankruptcy proceeding and the Trustee abandoned the claim to Plaintiff.

Respectfully submitted,

ETHICON, INC., JOHNSON & JOHNSON, and ETHICON LLC

_____
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800

                                                             _____  
                                                             Christy D. Jones  
                                                             Butler, Snow, O'Mara, Stevens & Cannada, PLLC  
                                                             1020 Highland Colony Parkway  
                                                             Suite 1400 (39157)  
                                                             P.O. Box 6010  
                                                             Ridgeland, MS  39158-6010  
                                                             (601) 985-4523

## CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on November __, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          _____
                                          Christy D. Jones
                                          Butler, Snow, O'Mara, Stevens & Cannada, PLLC
                                          1020 Highland Colony Parkway
                                          Suite 1400 (39157)
                                          P.O. Box 6010
                                          Ridgeland, MS  39158-6010
                                          (601) 985-4523

                                          Counsel for ETHICON, INC., JOHNSON &
                                          JOHNSON, and ETHICON LLC

ButlerSnow 18227253v1