**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION NO. 2:12-md-02327 <br> MDL No. 2327 |
| ------------------------------ | : | Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : | |
| ------------------------------ | | |

**ETHICON, INC. AND JOHNSON & JOHNSON'S CERTIFICATE OF SERVICE OF FIRST REQUESTS FOR ADMISSION TO PLAINTIFFS**

Ethicon, Inc. and Johnson & Johnson hereby certify that on November 1, 2013, they served their First Requests for Admission to Plaintiffs via United States mail and electronic mail upon:

THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112 816-701-1100
tcartmell@wcllp.com

                                                                         Respectfully submitted,

                                                                         /s/Christy D. Jones
                                                                         Christy D. Jones
                                                                         Butler, Snow, O'Mara, Stevens & Cannada, PLLC
                                                                         1020 Highland Colony Parkway
                                                                         Suite 1400 (39157)
                                                                         P.O. Box 6010
                                                                         Ridgeland, MS  39158-6010
                                                                         (601) 985-4523
                                                                         Christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON