UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| | |

NOTICE OF ISSUANCE OF SUBPOENA TO
DANIEL J. CHRISTENSEN , MEDSTAR FUNDING

    PLEASE TAKE NOTICE, pursuant to *Federal Rule of Civil Procedure 45* and to the Subpoena and Proof of Service, attached hereto as Exhibit A, that the undersigned attorney for defendants Ethicon, Inc. and Johnson & Johnson have issued a Subpoena to Daniel J.Christensen, Medstar Funding to produce copies of all documents set out in Exhibit A to the attached Subpoena.

    Dated: November 5, 2013

                                  Respectfully submitted,

                                  *Is! Christy D. Jones*
                                  CHRISTY D. JONES, ESQ.
                                  Butler Snow O'Mara Stevens & Cannada, PLLC
                                  1020 Highland Colony Parkway, Suite 1400
                                  Ridgeland, MS 39157
                                  Phone: (601) 985-4523 Fax: (601) 985-4500
                                  christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on <u>November 5, 2013,</u> I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ <u>Christy D. Jones_____</u>