**Exhibit B**

I. <u>**For Directly Filed Cases**</u>:

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ filed _____)
_____

**SHORT FORM COMPLAINT**

II. <u>For All Other Cases</u>:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

      **Plaintiffs,**

v.                                                                            **Civil Action No. _____
                                                                               (Severed from SDWV Civil Action
                                                                               No. _____ filed _____)**

**JOHNSON & JOHNSON, et al.,**

      **Defendants.**

**COMPLAINT AND JURY DEMAND**

2