IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

-----------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

Now before the court is Plaintiffs-Intervenors-Applicants' Motion to Intervene [Docket 861]. The defendants have responded [Docket 892], and the motion is ripe for review.

The Judicial Panel on Multidistrict Litigation has assigned, and plaintiffs have subsequently directly filed tens of thousands of cases on behalf of women who allege they have been injured by products designed to treat pelvic organ prolapse and stress urinary incontinence. These products, commonly called transvaginal mesh, were designed for use in women. This plaintiff is a man, not a woman. He has no business in this MDL, which relates to transvaginal mesh products designed for use in women.

For the reasons discussed above, Plaintiffs-Intervenors-Applicants' Motion to Intervene [Docket 861] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   November 6, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE