**Court Minutes:**

Session: 2013-11-06  
Session Date: 11/06/2013  
Judge: EIFERT, CHERYL  
Reporter: Courtflow  

Division: Hunt  
Session Time: 15:52  

Courtroom: Huntington  

Clerk(s): Mann, Sharon

---

Case ID: 0001

| | |
|---|---|
| | Case number: 2:12-md-02327 |
| | Plaintiff: |
| | Plaintiff Attorney: |
| | Style of Case: Ethicon, Inc. Pelvic Repair System |
| | Pers. Attorney: |
| 11/06/2013 | |
| 15:57:28 | |
| | Recording Started: |
| 15:57:28 | |
| | Case called |
| 15:57:33 | **General:** |
| | TELEPHONIC STATUS CONFERENCE |
| 15:59:35 | Renee Baggett |
| 16:00:38 | Bryan Alystock |
| 16:00:40 | William Gage |
| 16:00:42 | Ben Watson |
| 16:00:44 | Richard Bernardo |
| 16:00:46 | |
| 16:01:02 | **Judge: EIFERT, CHERYL** |
| | Inquires about problems between the parties regarding documents to be used in depositions |
| 16:01:40 | **General:** |
| | Renee Baggett responds to the Court regarding document production |
| 16:06:16 | William Gage responds to the Court regarding documents |
| 16:16:18 | discussion continues with the parties regarding documents |
| 16:38:31 | **Judge: EIFERT, CHERYL** |
| | parties are advised about document exchange before depositions |
| 16:38:48 | **Stop recording** |