# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### AFFIDAVIT OF BRYAN F. AYLSTOCK

Bryan F. Aylstock, being first duly sworn upon oath, deposes and states as follows:

***Background***

1. I have personal knowledge of the facts stated herein, and could and would competently testify thereto if called as a witness.

2. I have been appointed as coordinating co-lead counsel of the various MDLs, including In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, In Re: American Medical Systems Pelvic Repair System Products Liability Litigation, and In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

3. Following receipt of Ethicon's Motion for Case Management Order (Dkt. 821), I reached out to Lead Counsel for Ethicon, Christy Jones, to arrange a telephone call with her to discuss the issues raised in her motion. Shortly thereafter, Tom Cartmell, Lead Counsel for Ethicon, and I spoke with Ms. Jones about the issues raised in the Motion for Case Management Order.

4. One of the categories of cases raised in Ethicon's motion related to those plaintiffs who had declared bankruptcy.

5. Specifically, Mr. Cartmell and I indicated that if Ms. Jones would send us the list of cases that were subject to the various categories of cases that she deemed to be "frivolous," including those who had declared bankruptcy, we, in our capacity as coordinating co-lead and co-lead counsel, would contact those individual attorneys, attempt to get to the bottom of any alleged issue identified by Ethicon, and otherwise assist in "clearing the underbrush" before any unnecessary motions needed to be filed.

6. On October 24, 2013, I followed up with Ms. Jones via email to inquire as to the status of any such lists. (Email with Ms. Jones' response attached as Exhibit A)

7. Instead of providing the list of cases with alleged bankruptcies to me, Ms. Jones instead simply filed her motions in the individual cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 11th day of November, 2013, in the County of Escambia, Pensacola, Florida.

_____
Bryan F. Aylstock

Subscribed and sworn to me this 11th day of November, 2013.

_____
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Nikki M. Oliver
Commission # DD965854
Expires: APR. 30, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

# EXHIBIT A

# Bryan Aylstock

**From:** Christy Jones <Christy.Jones@butlersnow.com>
**Sent:** Thursday, October 24, 2013 12:38 PM
**To:** Bryan Aylstock
**Cc:** Tom Cartmell (External)
**Subject:** Re: clearing the underbrush

We are preparing them and associated motions now. I am out of town, but we should be able to start rolling them out next week, I think.

Sent from my iPad

On Oct 24, 2013, at 8:37 AM, "Bryan Aylstock" <BAylstock@awkolaw.com<mailto:BAylstock@awkolaw.com>> wrote:

Christy,

Any progress on getting those lists together of claimants in those various categories in your motion? I think we can help clear out some underbrush once we identify them.

Thanks
bryan

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.