IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| In Re: | : |
| Ethicon, Inc. Pelvic Repair System Products Liability Litigation | : Civil Action No. MDL 2327 |

### ORDER

**AND NOW,** this _____ day of _____, 2013, upon consideration of the Motion of Movants Secant Medical, Inc., Secant Medical LLC, and Prodesco, Inc., individually and doing business as Secant Medical, to Stay Enforcement of a Subpoena against them, and the response thereto, it is hereby **ORDERED** and **DECREED** that the Motion to Stay Enforcement of the Subpoena is **DENIED**.

BY THE COURT:

_____
Joseph R. Goodwin , J.