# Exhibit C

**FILED**
23 SEP 2013 01:27 pm
**Civil Administration**
L. OWENS

| | |
|---|---|
| CINDY HESPE,<br>PLAINTIFF | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>TRIAL DIVISION - CIVIL |
| v.<br>ETHICON WOMEN'S HEALTH<br>AND UROLOGY, a Division of<br>ETHICON, INC., ETHICON, INC.,<br>GYNECARE, JOHNSON & JOHNSON,<br>BOSTON SCIENTIFIC, INC., SECANT<br>MEDICAL, SECANT MEDICAL, INC.,<br>SECANT MEDICAL, LLC and<br>PRODESCO, INC<br>DEFENDANTS | JULY TERM 2013<br>CASE NO.: 00947 |

### ORDER

AND NOW, this 23rd day of October, 2013, upon consideration of the Plaintiffs' Response to Defendants' Preliminary Objections, it is hereby **ORDERED** and **DECREED** that the Preliminary Objections are **DENIED** without prejudice.

_____ J.

Hespe Vs Boston Scienti-ORDER

1


13070094700035

Case ID: 130700947
Control No.: 13090198