# Exhibit D

Hansen Etal Vs Ethicon,-CMOIS



13050378500037



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

| | |
|---|---|
| *HANSEN ETAL* | *May Term 2013* |
| *VS* | *No. 03785* |
| *ETHICON, INC. ETAL* | |



DOCKETED
SEP 1 1 2013
JOAN SULLIVAN
CIVIL CASE MANAGEMENT

*CASE MANAGEMENT ORDER*
*COMPLEX TRACK*

AND NOW, 11-SEP-2013 , it is Ordered that:

1.  The case management and time standards adopted for complex track cases shall be applicable to this case and are hereby incorporated into this Order.

2.  All *discovery* on the above matter shall be completed not later than *01-DEC-2014.*

3.  *Plaintiff* shall identify and submit *curriculum vitae and expert reports* of all expert witnesses intended to testify at trial to all other parties not later than *05-JAN-2015.*

4.  *Defendant and any additional defendants* shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than *02-FEB-2015.*

5.  All *pre-trial motions* shall be filed not later than *02-FEB-2015.*

6.  A *settlement conference* may be scheduled at any time after *02-MAR-2015.* Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following:

    (a).   A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;

    (b).   A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;

    (c).   Defendant shall identify all applicable insurance carriers, together with applicable limits of liability.

7.  A *pre-trial conference* will be scheduled any time after *04-MAY-2015.* Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:

    (a).   A concise summary of the nature of the case if plaintiff or the defense if defendant or

additional defendant;

(b). A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;

(c). A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial;

(d). Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and

(e). Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;

(f). Each counsel shall provide an estimate of the anticipated length of trial.

8. *It is expected that the case will be ready for trial 01-JUN-2015*, and counsel should anticipate trial to begin expeditiously thereafter.

9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this Order.

*BY THE COURT:*

*MARK BERNSTEIN, J.*
*TEAM LEADER*

\\JMS77612 (Rev 11/04)