# EXHIBIT 1

# Bryan Aylstock

**From:** Christy Jones <Christy.Jones@butlersnow.com>
**Sent:** Thursday, October 24, 2013 12:38 PM
**To:** Bryan Aylstock
**Cc:** Tom Cartmell (External)
**Subject:** Re: clearing the underbrush

We are preparing them and associated motions now. I am out of town, but we should be able to start rolling them out next week, I think.

Sent from my iPad

On Oct 24, 2013, at 8:37 AM, "Bryan Aylstock" <BAylstock@awkolaw.com<mailto:BAylstock@awkolaw.com>> wrote:

Christy,

Any progress on getting those lists together of claimants in those various categories in your motion? I think we can help clear out some underbrush once we identify them.

Thanks
bryan

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.