# EXHIBIT 4

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT