# EXHIBIT 5

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT