# EXHIBIT 5

Confidential - Subject to Protective Order

Page 302

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:

ETHICON, INC., PELVIC REPAIR          MDL NO. 2327
SYSTEM,
Products liability litigation


THIS DOCUMENT RELATES TO ALL CASES

\* \* \* \* \* \* \* \* \* \*
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
\* \* \* \* \* \* \* \* \* \*


VOLUME II

VIDEOTAPE DEPOSITION UNDER ORAL EXAMINATION OF

BARTHOLOMEW P. PATTYSON

MORRISTOWN, NEW JERSEY

JULY 11, 2013

-   -   -

REPORTED BY:  SILVIA P. WAGE, CCR, CRR, RPR

-   -   -


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Confidential - Subject to Protective Order

Page 303

1  Transcript of VOLUME II of the videotape
2  deposition of BARTHOLOMEW P. PATTYSON, called for
3  Oral Examination in the above-captioned matter, said
4  deposition taken by and before SILVIA P. WAGE, a
5  Certified Shorthand Reporter, Certified Realtime
6  Reporter, Registered Professional Reporter, and
7  Notary Public for the States of New Jersey, New
8  York, Pennsylvania and Delaware, at the offices of
9  RIKER DANZIG SCHERER HYLAND PERRETTI, LLP,
10  Headquarters Plaza, One Speedwell Avenue, Conference
11  Room 9A, Morristown, New Jersey, on Thursday,
12  July 11, 2013, commencing at 8:45 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 305

1  A L S O   P R E S E N T :
2
   MICHAEL KAUFFMANN
3  TECHNICIAN
4
   CHRIS CAMPBELL
5  VIDEOGRAPHER
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 304

1  A P P E A R A N C E S :
2
   AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
3  BY:  DANIEL J. THORNBURGH, ESQ.
   17 East Main Street, Suite 200
4  Pensacola, Florida  35202
   (850) 202-1010
5  Dthornburgh@awkolaw.com
   Counsel for the Plaintiffs
6
7  WILSON LAW, PA
   BY:  KIMBERLY R. WILSON, ESQ.
8  1111 Haynes Street, Suite 103
   Raleigh, North Carolina  27605
9  (919) 890-0181
   Kim@wilsonlawpa.com
10  Counsel for the Plaintiffs
11
   THOMAS COMBS & SPANN, PLLC
12  BY:  PHILIP J. COMBS, ESQ.
   300 Summers Street, Suite 1380
13  Charleston, West Virginia  25301
   (304) 414-1800
14  Pcombs@tcspllc.com
   Counsel for Johnson & Johnson and Ethicon
15
16  BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
   BY:  PAUL S. ROSENBLATT, ESQ.
17  1020 Highland Colony Parkway, Suite 1400
   Ridgeland, Mississippi  39157
18  (601) 948-5711
   Paul.rosenblatt@butlersnow.com
19  Counsel for Johnson & Johnson and Ethicon
20
   HEIDELL, PITTONI MURPHY & BACH, LLP
21  BY:  NANCY M. MARINI, ESQ.
   855 Main Street, suite 1100
22  Bridgeport, Connecticut  06604
   (203) 382-9700
23  Nmarini@hpmb.com
   Counsel for Dr. Brian J. Hines and
24  Urogynecology & Pelvic Surgery, LLC
   (VIA TELEPHONE)
25

Page 306

1  I N D E X
2  TESTIMONY OF: BARTHOLOMEW P. PATTYSON  PAGE
3  EXAMINATION BY MR. THORNBURGH       312/585
   EXAMINATION BY MS. WILSON        403
4  EXAMINATION BY MR. COMBS        537/607
5  E X H I B I T S
6  EXHIBIT NO.   DESCRIPTION     PAGE
7  T751  Slide Deck KOL Strategy February   335
   2008 ETH.MESH.0029667
8  T752  37-page Slide deck the Science of   349
   "What's Left Behing"... Evidence &
9  Follow-Up of Mesh Use for SUI Doug
   H. Grier ETH.MESH.01706065
10  T753  e-mail string ETH.MESH.07386591 &   375
   07386592 marked Confidential
11  Subject to Stipulation and Order
   of Confidentiality
12  T754  e-mail string ETH.MESH.01730839   389
   marked Highly Confidential Subject
13  to Stipulation and Order of
   Confidentiality
14  T755  slide deck China Sales      396
   Recertification July 20-22
15  Shanghai, China 160 pages no Bates
16  T756  slide deck TVT Obturator Anatomic  400
   Considerations Clinical Update
17  Special Considerations Raders and
   Lucente ETH.MESH.01696387
18  T757  Bartholomew Pattyson resume    412
   ETH.MESH.08692184 & 08692185
19  marked Confidential Subject to
   Stipulation and Order of
20  Confidentiality
   T758  2005 Performance and Development  420
21  Plan Summary for Bartholomew
   Pattyson ETH.MESH.08692297 to
22  08692304 marked Confidential
   Subject to Stipulation and Order
23  of Confidentiality
   T759  2006 Performance and Development  423
24  Plan Summary for Bartholomew
   Pattyson ETH.MESGH.08692305 to
25  08692311 marked Confidential Subject
   Subject to Stipulation and Order

2 (Pages 303 to 306)

Confidential - Subject to Protective Order

Page 307

```
1        E X H I B I T S
2   EXHIBIT NO.      DESCRIPTION        PAGE
3   T760  2007 Performance and Development   428
        Plan Summary for Bartholomew
4       Pattyson ETH.MESH.08692312 to
        08692317 marked Confidential
5       Subject to Stipulation and Order
        of Confidentiality
6   T761  2008 Performance and Development   433
        Plan Summary for Bartholomew
7       Pattyson ETH.MESH.0892318 to
        08692324 marked Confidential
8       Subject to Stipulation and Order
        of Confidentiality
9   T762  Memorandum to Bart Pattyson from   437
        Dave Bourdeau ETH.MESH.08692278 &
10      08692279 marked Confidential
        Subject to Stipulation and Order
11      of Confidentiality
    T763  IFU for Gynecare TVT Secur    441
12      ETH.MESH.02340568 to 02340590
    T764  TVT/SUI Professional Education   466
13      Index and Production Bates Range
        Chart
14  T765  updated index outlining    466
        Professional Ed materials that
15      were used by Ethicon for the
        various TVT products no Bates
16  T766  slide deck Gynecare TVT Secur*    469
        System Tension-Free Support for
17      Incontinence ETH.MESH.00308094
    T767  slide deck Procedural Pearls &    473
18      Frequently Asked Questions
        ETH.MESH.07396541 to 07396546
19      marked Confidential Subject to
        Stipulation and Order for
20      confidentiality
    T768  slide deck Gynecare TVT-Secur Key   476
21      Technical Points (Procedural
        Pearls) ETH.MESH.01000449 to
22      01000457 marked Highly
        Confidential Subject to
23      Stipulation and Order of
        Confidentiality
24  T769  slide deck Gynecare TVT    478
        Secur*System Early Surgical
25      Experience ETH.MESH.00370392
```

Page 309

```
1        E X H I B I T S
2   EXHIBIT NO.      DESCRIPTION        PAGE
3   T780  e-mail string ETH.MESH.01761352 to   513
        01761359 marked Highly Confidential
4       Subject to Stipulation and Order
        of Confidentiality
5   T781  e-mail string ETH.MESH.06121290 to   518
        06121292 marked Confidential
6       Subject to Stipulation and Order
        of Confidentiality
7   T782  e-mail string ETH.MESH.00815933 to   521
        00815934 marked Highly
8       Confidential Subject to
        Stipulation and Order of
9       Confidentiality
    T783  Summary of Gynecare TVT Secur    521
10      System Critical Steps
        ETH.MESH.00805441 & 00805442
11      marked highly Confidential Subject
        to Stipulation and Order of
12      Confidentiality
    T784  e-mail string ETH.MESH.00815892 to   526
13      00815894 marked Highly
        Confidential Subject to
14      Stipulation and Order of
        Confidentiality
15  T785  e-mail string ETH.MESH.00815877 to   528
        00815881 marked Highly
16      Confidential "P" Subject to
        Stipulation and Order of
17      Confidentiality
    T786  e-mail string ETH.MESH.01719509    530
18      marked Highly Confidential Subject
        to Stipulation and Order of
19      confidentiality
    T787  chart ETH.MESH.01719510 to    530
20      01719516 marked Confidential
    T788  e-mail string ETH.MESH.00814238 &   534
21      00814239 marked Highly
        Confidential Subject to
22      Stipulation and Order of
        Confidentiality
23  T789  Faculty Development Management    541
        ETH.MESH00420577
24
25
```

Page 308

```
1        E X H I B I T S
2   EXHIBIT NO.      DESCRIPTION        PAGE
3   T770  slide deck TVT-Secur Professional   480
        Education Program for
4       Medtronic/WEHU Prof Ed Pilot
        Program ETH.MESH.05320911
5   T771  slide deck Treatment of Stress    481
        Urinary Incontinence with Gynecare
6       TVT Secur System ETH.MESH.04181833
    T772  slide deck Treatment of Stress    483
7       Urinary Incontinence with the
        Gynecare TVT Family of Products
8       ETH.MESH.00369995
    T773  TVT-Secur Video document stamped    484
9       Approved September 16, 2008
        Marketing Services
10      ETH.MESH.00147507 to 00147509
        marked Highly Confidential Subject
11      to Stipulation and Order of
        Confidentiality
12  T774  Procedural Steps Gynecare TVT    486
        Secur System ETH.MESH.01128679 to
13      01128698 marked Highly
        Confidential Subject to
14      Stipulation and Order of
        Confidentiality
15  T775  ******MARKED BUT NOT USED*******   488
    T776  slide deck Gynecare Prolift 2008    491
16      Gynecare Prolift Pelvic Floor
        Repair System and TVT Secur
17      Mid-urethral Sling Preceptorship
        St. Lukes Hospital Allentown PA
18      with Bates handwritten 00813007
    T777  e-mail string ETH.MESH.00819603 &    494
19      00819604 marked Highly
        Confidential Subject to
20      Stipulation and Order of
        Confidentiality
21  T778  e-mail string and attachment    499
        ETH.MESH.00819622 to 00819627
22      marked Highly confidential Subject
        to Stipulation and Order of
23      Confidentiality
    T779  e-mail string ETH.MESH.00134498 &    502
24      00134499 marked Highly
        confidential Subject to
25      Stipulation and Order of
```

Page 310

```
1        E X H I B I T S
2   EXHIBIT NO.      DESCRIPTION        PAGE
3   T790  10/23/06 letter to EWHU field    550
        Sales Force from Price St. Hilaire
4       ETH.MESH.00461576 marked Highly
        Confidential Subject to
5       Stipulation and Order of
        Confidentiality
6   T791  DM/Sales Rep Do's and Don'ts    556
        ETH.MESH.00319128 & 00319129
7       marked Highly Confidential Subject
        to Stipulation and Order of
8       Confidentiality
    T792  Gynecare TVT Tension-Free Support   580
9       for Incontinence Perilesional
        Education Slides ETH.MESH.05795421
10      to 05795508 marked Highly
        Confidential Subject to
11      Stipulation and Order of
        Confidentiality
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Protective Order

Page 311

1              - - -
2      DEPOSITION SUPPORT INDEX
3              - - -
4
5    Direction to Witness Not to Answer
6    Page Line    Page Line    Page Line    Page Line
7    None
8
9
10   Request for Production of Documents
11   Page Line    Page Line    Page Line    Page Line
12   None
13
14
15   Stipulations
16   Page Line    Page Line    Page Line    Page Line
17   402 21
18
19
20   Motion to Strike
21   Page Line    Page Line    Page Line    Page Line
22   361 7     543 11     551 12     559 16
23   560 18    563 6      566 23     577 15
24
25

Page 312

1            THE VIDEOGRAPHER:  We are now on the
2    record.  My name is Christopher Campbell.  I'm a
3    videographer for Golkow Technologies.  Today's date
4    is July 11th, 2013, and the time is 8:45.
5            This deposition is being held in Morristown,
6    New Jersey, In Re:  Pelvic Repair Systems for the
7    United States District Court, the Southern District
8    of West Virginia, Charleston Division.
9            The deponent is Bartholomew Pattyson.
10           Counsel will be noted on the stenographic
11   record.
12           Our court reporter is Silvia Wage.
13           The witness has been previously sworn in.
14   We can now proceed.
15   B A R T H O L O M E W   P.   P A T T Y S O N,
16       (Business Address) US Route 22 West,
17       Somerville, New Jersey  08876, after having
18       been previously sworn, was examined and
19       testified as follows:
20   CONTINUED EXAMINATION BY MR. THORNBURGH:
21   Q.    Good morning.
22   A.    Good morning.
23   Q.    How are you doing this morning?
24   A.    Fine.
25   Q.    You understand that you're still

Page 313

1    under oath, right?
2    A.    I do.
3    Q.    Okay.  Did you have some type to
4    further prepare for today's deposition last night?
5    A.    I just slept when I got back to my
6    room.
7    Q.    Yeah.  Well, I have a couple initial
8    questions.  I just want to make sure I understand
9    your testimony briefly from yesterday, okay?
10   A.    Okay.
11   Q.    Because I've got a lot of documents
12   and defense counsel has asked me to try to expedite
13   my deposition and cut it shorter than I had planned.
14   So I've got a couple of questions to ask you so that
15   I think these initial questions will help streamline
16   the process, okay?
17   A.    Okay.
18   Q.    As an employee of Ethicon working in
19   the Professional Education department, was it your
20   testimony yesterday that you had no involvement in
21   the creation of the Professional Educational slide
22   deck or other materials; in other words, did you
23   have any involvement at all in the content that went
24   into didactic slide decks?
25   A.    Yes, I had some involvement.

Page 314

1    Q.    In the content?  Because yesterday
2    there were representations that were made that you
3    had no involvement other than organizational,
4    organizing the public -- or the Professional
5    Educational events.
6            So is it your testimony that you had more
7    involvement than that in terms of the content that
8    went into the Professional Educational material?
9    A.    Can you be more specific to
10   "content"?
11   Q.    Yeah.  Did you ever have any
12   involvement in what information went into a slide
13   deck which was presented at a preceptorship,
14   cadaver lab or proctorship?
15   A.    I did have participation if a slide
16   had a lot of information.  et's say too many -- too
17   much prose or too many words on it, layout, color,
18   that sort of content to, you know, formatting I
19   would call that.
20   Q.    Okay.  So you had involvement in
21   formatting and making the presentation material look
22   better?
23   A.    Yes.  Sometimes we'd be at courses
24   and if a surgeon couldn't see it, if the lighting,
25   things like that, just more formatting and

Confidential - Subject to Protective Order

Page 315

1    appearance type feedback that I would sometimes give
2    input into.
3        Q.    But is it your testimony you had no
4    involvement in the information or data contained
5    within the presentations?
6        A.    That is correct.  I did not have
7    input to the data that was put into the slides.
8        Q.    Who would have been the person in
9    charge of or persons in charge of putting the data
10   and the information within the presentations?
11       A.    Well, there were many presentations.
12       Q.    Right, right.
13       A.    There are many people.  So I know
14   surgeons were probably the biggest proponent to what
15   content went on our slides and they working with
16   other folks internally, medical affairs, regulatory,
17   they would give a lot of that input.
18       Q.    Okay.  Just so I understand, when you
19   say "surgeons," are you talking about your key
20   opinion leaders?
21       A.    Yeah, faculty, preceptors we
22   sometimes called them, yes.
23       Q.    Okay.  Did you have any involvement
24   in or make any -- did Professional Ed department
25   have any involvement in what type of information

Page 316

1    would be shared; in other words, did you or your
2    department say, you know, we want to put on a
3    cadaver lab in Chicago and we want the topic to be
4    TVT-Obturator system and we want to use the slide
5    that was created which showed the procedural
6    methods --
7        MR. COMBS:  Object to the form.
8        Q.    -- for example?
9        I mean, did you have -- did you make the
10   decision about which or did your department make the
11   decision about which presentations would be shown at
12   the cadaver labs or other Professional Education
13   events that you were putting on?
14       A.    Yes.  There was -- at any point in
15   time we have copy approved materials and those are
16   the ones that we can use.  There may have been more
17   than one deck that's currently copy approved.  So
18   which deck that was, was, I think, a selection
19   process that the faculty, who were teaching the
20   course, once getting, you know, that copy approved
21   content would use.
22       Q.    Right.  But my question is, would you
23   decide which deck, did you have any involvement in
24   deciding which deck got presented at a particular
25   lab?

Page 317

1        A.    No.  I mean, it's, basically, between
2    copy approved and the faculty would make those
3    determinations.
4        Q.    Okay.  So copy approved but the
5    person or persons who are actually making the
6    decision of which deck to use at a particular
7    Professional Education event would be the KOL or
8    preceptor?
9        A.    Yeah, we might point them to
10   that deck, which one it is, just to make sure they
11   have the right deck but, yes.
12       Q.    But they're making the ultimate
13   decision, yeah, I'm going to use this deck or I'm
14   not going to use this deck?
15       A.    They have to use the copy approved
16   deck so...
17       Q.    So your job as the person in
18   Professional Education or your department role or
19   the department's role within the company was to
20   organize these events in collaboration with sales
21   representatives, in collaboration with the KOL's or
22   preceptors and your department; is that fair to say?
23       MR. COMBS:  Object to the form.
24       Q.    Your counsel represented that,
25   basically, that what your role was within the

Page 318

1    company was to organize Professional Education
2    events.
3        MR. COMBS:  It's a coordinating
4    function, yes.
5        A.    That's correct.
6        Q.    Okay.
7        MR. THORNBURGH:  And I would
8    appreciate if you didn't help answer the questions
9    but...
10       MR. COMBS:  Well, you're the one
11   that's making representations about what I did or
12   what I didn't say.
13       MR. THORNBURGH:  That was the
14   representation you made yesterday.  Listen, I'm
15   trying to streamline this process.  So I'm just
16   making sure that what you said yesterday is
17   accurate.
18       MR. COMBS:  Ask him the question.
19       Q.    So you would coordinate events with
20   other folks?
21       A.    That's correct.
22       Q.    Okay.  Who would you coordinate with?
23       A.    I would make sure faculty were
24   available.  So I would often have to check with them
25   or with their respective schedulers to see that

Confidential - Subject to Protective Order

Page 319

1    their agendas and could be available on such and
2    such a date. I would need to coordinate with the
3    facilities where these programs were being held and
4    not much coordination with sales reps. You asked
5    about sales reps. I mean, they had to know when the
6    events were and they would register their doctors
7    with their managers but, you know, so those are some
8    of the people I coordinated with.
9        Q.    Alright. So one of your functions in
10   Professional Education was as a coordinator?
11       A.    You could say that.
12       Q.    Or an event planner; is that
13   accurate?
14       A.    That is accurate.
15       Q.    Okay. Did you also as an event
16   planner or coordinator within Professional Education
17   department, was it your job to try to keep a fairly
18   close relationship with the faculty members so that
19   you keep them involved in the process and so that
20   you understand what their needs are and they
21   understand what your requests are? I mean, how was
22   your relationship or if you could tell the ladies
23   and gentlemen of the jury what was your relationship
24   like with the faculty members or preceptors or key
25   opinion leaders?

Page 320

1        A.    My relationship was always
2    professional and good. I would say I had a very
3    good working relationship with all of the faculty
4    that I've worked with.
5        Q.    I mean, as the -- as a person within
6    this department, was it your responsibility to sort
7    of manage the key opinion leaders? What I mean by
8    that, I mean, identify key opinion leaders, ones
9    that you think that are going to be helpful to the
10   organizational needs of the company?
11           MR. COMBS: Object to form.
12       A.    Yeah, could you just restate that
13   question for me, please.
14       Q.    Yeah, yeah. So, as part of your role
15   within the Professional Education department, was it
16   your responsibility to try to identify key opinion
17   leaders who you thought would be influential and who
18   would help develop -- let me strike that. Let me
19   ask you this question.
20           Was there a process in place in the
21   Professional Education department to try to identify
22   key opinion leaders who you thought would be
23   influential?
24       A.    I don't think there was a process in
25   place to look for key opinion leaders that were

Page 321

1    influential. That's not how I would...
2        Q.    Well, let me see if I can break it
3    down a little bit.
4            Was it your -- as part of this department,
5    were you given a role of trying to identify key
6    opinion leader targets?
7        A.    I think identifying them was not a
8    responsibility that I was tasked with or felt I was
9    tasked with.
10       Q.    Okay.
11       A.    I think the idea was to be aware of
12   surgeons in the community that were very active
13   medically and in their hospital or in the societies
14   or -- so key opinion leaders as we talk about them
15   are, typically, surgeons that have a known name in
16   their community on a local, regional or national or
17   international basis. So, yeah, I would be aware of
18   who they were and that's it, yeah.
19       Q.    Ethicon had key opinion leader
20   relationship managers, right?
21       A.    In Professional Education, yes. Our
22   job was to be the main point of contact for the most
23   part for all of our faculty.
24       Q.    Okay. So you got -- you and your
25   colleagues within the Professional Education

Page 322

1    department were the key opinion leader relationship
2    managers?
3            MR. COMBS: Object to the form.
4        A.    Yeah, we may have referred to
5    ourselves as that, although we didn't -- we weren't
6    the only point of contact. We were identified as
7    key point of contacts geographically for the time in
8    the US, for example.
9        Q.    Yes, I get that.
10           So you guys in the Professional Education
11   department were key managers or key contact people
12   for the key opinion leaders?
13       A.    You could say that, yes.
14       Q.    And Professional Education -- the
15   Professional Education department within Ethicon,
16   actually, didn't do any education or provide any
17   education to physicians who were interested in
18   adopting your products? I can break it down and
19   make it easier.
20           You didn't have somebody in the Professional
21   Education department who was out on the road
22   training physicians?
23       A.    No. That was not my understanding,
24   no.
25       Q.    You all within the Professional

Confidential - Subject to Protective Order

Page 323

1  Education department at Ethicon were event planners,
2  you were planning events and then you'd coordinate
3  with your faculty members who would present the
4  information and Professional Education material to
5  physicians who were interested in adopting your
6  products?
7      A.    That is correct.
8      Q.    So part of Ethicon's Professional
9  Education program was having the Professional
10 Education managers, such as yourself, who would
11 identify and develop key opinion leaders and those
12 key opinion leaders would then share the Ethicon
13 copy approved material with the physicians who you
14 all were trying to train?
15     A.    Again, as I stated a moment ago, it
16 was not my task to go out there and identify them
17 and develop them.  But it was more -- we were aware
18 of them.  If they were contracted with us, we would
19 work with them.  We'd answer any questions they had
20 specific to how our programs are going to run, all
21 that, materials, yeah, the tools we need available.
22     Q.    I gotcha.
23     So you guys in the Professional Education
24 department -- Professional Education program at
25 Ethicon was the Professional Education department

Page 324

1  which did a number of things, one of which was
2  planning or scheduling these events, organizing
3  these events?
4      A.    That's correct.
5      Q.    And then you would work with your key
6  opinion leaders who would present the information to
7  physicians who were being trained?
8      A.    That's correct.
9      Q.    Alright.  So the department,
10 basically, was the organizational part of it, the
11 event planning part of it --
12     A.    Yes.
13     Q.    -- and your relationship with key
14 opinion leaders who would share that information
15 that was copy approved by Ethicon with physicians
16 who were interested in adopting your products?
17     A.    That is correct.
18     Q.    Okay.  So, other than organizing
19 these events and working with key opinion leaders,
20 what role did you have within Ethicon?  What other
21 purpose did you serve?
22     A.    My purpose was to, to the best of my
23 ability, ensure that we are providing the best forum
24 and every element and resource available to our
25 surgeons for the safe and efficacious training of

Page 325

1  our product.  That was my whole reason for being.
2      Q.    Okay.  So best forum and best tools;
3  is that how you defined it?
4      A.    Resources, tools, yeah.  I would --
5  whatever was available and copy approved, I would
6  want to make available for these courses,
7  absolutely.
8      Q.    Did you have any involvement in
9  determining whether or not a physician was
10 adequately trained so that the physician could
11 provide safe and effective treatment with Ethicon
12 products?
13     A.    You're talking about the faculty for
14 training?
15     Q.    No, I'm talking about you.
16     A.    Could you restate the question?
17     Q.    Yeah.
18         MR. COMBS:  Are you talking about
19 preceptors or preceptees?
20         MR. THORNBURGH:  Right.  So can you
21 read back my question, please.
22     Q.    And re-ask it if it's not a good
23 question.  Sometimes that happens.
24     A.    It's okay.
25     (Whereupon, the question is read back as

Page 326

1  follows:
2      "Question:  Did you have any involvement in
3  determining whether or not a physician was
4  adequately trained so that the physician could
5  provide safe and effective treatment with Ethicon
6  products?")
7      Q.    Okay.  Did you have -- I can ask it
8  better.
9      Did you have any involvement in determining
10 whether or not the customers were adequately trained
11 before they were implanting patients with Ethicon
12 products?
13     A.    I'm afraid I need you to clarify
14 because you could determine that faculty also use
15 our -- we considered faculty our customers as well.
16     Q.    Right.  So not my faculty.
17     A.    Not my -- attendees.
18     Q.    Yeah, attendees.
19     A.    Yeah.
20     Q.    Preceptees?
21     A.    Okay.
22     Q.    Did you have any involvement or did
23 Professional Education have any role in determining
24 which of these preceptees now had sufficient
25 training to safely implant Ethicon products?

7 (Pages 323 to 326)

Confidential - Subject to Protective Order

Page 327

1    A.    No.
2    Q.    And that wasn't the role of the
3  Professional Education department?
4    A.    That's -- that was my understanding,
5  absolutely.
6    Q.    So you had an organizational function
7  or event planning function.  You coordinated with
8  the key opinion leaders who would present the data
9  to doctors.  You would -- you described -- you
10 provide the best forum; so, in other words, what I
11 think that means -- and correct me if I'm wrong --
12 you would find a good place, a good facility where
13 these cadaver labs or preceptorships or proctorships
14 could -- I'm sorry, strike that.
15    You would find the best forum, which I think
16 you mean, you find a location where these
17 Professional Education events could be located,
18 could occur at?
19    A.    Yes.  When it required going
20 someplace other than a surgeon's hospital, if it
21 were a cadaver lab, for example, in another hospital
22 or facility, yes, I would try and find the most
23 suitable location to host those trainings.
24    Q.    Right.  And that's, basically, part
25 of the event planning?

Page 328

1    A.    Absolutely.
2    Q.    So that's not a new role that's part
3  of the same role that we've already discussed, it's
4  part of finding and planning --
5    A.    Absolutely.
6    Q.    -- and organizing an event?
7    A.    Absolutely.
8    Q.    And then you said best resources,
9  which would be copy approved material, right?
10   A.    Yes.
11   Q.    But you in the Professional Education
12 department didn't decide that -- whether the
13 information that was being provided was the best
14 information or accurate information or complete
15 information, that wasn't your function?
16   A.    No, it was not.
17   Q.    Right?  So you would just -- you
18 would have to depend on the information that was
19 being provided from your preceptors or key opinion
20 leaders to or through the copy approval process,
21 right?
22   A.    Yes, they would have input to these
23 decks.  On the substantive context, certainly,
24 clinical data, medical and then our copy review
25 process would review that.  And I'm sure you're

Page 329

1  aware the copy review has a team of people from
2  various functions --
3    Q.    Right.
4    A.    -- that review these materials and
5  see that it's fair and balanced and has all the
6  right criteria on that and then they would provide
7  that to me that I would then make sure that it's
8  available at the course.
9    Q.    But Ethicon would also -- I mean, you
10 say that these resources would be developed or the
11 information and data would be developed from key
12 opinion leaders.
13    But isn't it true that Ethicon also had
14 people internally who would write or draft didactic
15 presentations?
16   A.    There's many decks that are used, not
17 all of them go to a Prof Ed event.
18   Q.    Okay.
19   A.    Again, I don't create the decks that
20 are used at Prof Ed events.  So -- and I can't tell
21 you who all over the span of ten years when I was in
22 sales or in Prof Ed or today who all has a hand on
23 those decks, okay.  I cannot tell you.
24   Q.    Are there certain events,
25 Professional Education events, where you could tell

Page 330

1  me that that's an event -- that that's a type of
2  event that we would use Ethicon drafted
3  presentations to provide to professionals who
4  attended the meeting -- these events?
5         MR. COMBS:  Object to the form.
6    A.    I guess I need you to clarify what
7  you mean by "Ethicon drafted" because --
8    Q.    Right.  So created, so some sort of
9  slide deck that was created by somebody within
10 Ethicon.
11   A.    Yeah, to answer your question, I do
12 not -- I cannot recall any Ethicon created slide
13 deck that -- or drafted or authored that were
14 presented.
15   Q.    You're not saying that you can't
16 recall because it didn't happen, just sitting here
17 today you don't know -- you couldn't tell me which
18 ones were created by Ethicon and which ones were
19 created by key opinion leaders?
20   A.    I cannot tell you -- I cannot recall
21 any slide deck, to answer your question, that was
22 Ethicon created or drafted without surgeon input,
23 no.
24   Q.    Without what?
25   A.    That did not have surgeon input at

8 (Pages 327 to 330)

Confidential - Subject to Protective Order

Page 331

1    our Prof Ed events.
2        Q.    So somebody at Ethicon may draft the
3    language and then provide it to a key opinion leader
4    or a faculty member to look at it to make sure that
5    the information is accurate; is that what you're
6    saying?
7        A.    No, I don't recall saying that.
8        Q.    Okay.
9        MR. THORNBURGH:  Can you read back
10   his last answer, please.
11       (Whereupon, the answer is read back as
12   follows:
13       "Answer:  I cannot tell you -- I cannot
14   recall any slide deck, to answer your question, that
15   was Ethicon created or drafted without surgeon
16   input, no.")
17       Q.    So you're saying "without surgeon
18   input," so I'm trying to understand your answer.
19       Are you saying that the preceptors or
20   -- that's what you mean by "surgeon input," right?
21       A.    Yes, preceptors are our faculty
22   that...
23       Q.    Okay.  So without faculty or
24   preceptor input.  But that doesn't mean to me that
25   Ethicon wouldn't draft up a document or draft or

Page 332

1    create the language within a slide deck and then
2    provide that to the faculty member to look at and
3    approve before it was used at a Professional
4    Education event.  Are you saying that that never
5    occurred?
6        So are you saying that all of the
7    information -- is it your testimony that all of the
8    information within Professional Education slide
9    decks were -- was created by your key opinion
10   leaders or faculty members?
11       A.    I'm stating that all of the content
12   that we presented and contents, meaning, a slide
13   deck, has a lot of information.  There is IFU.
14   That, obviously, wouldn't be created -- IFU material
15   -- we talked yesterday about complication rates.
16   Some of that material was not created by the
17   surgeon.
18       Q.    Right.
19       A.    All medically procedural that's not
20   IFU related and that content substantive to the
21   procedure and the clinical and all of that type of
22   material was surgeon created.
23       Does that answer your question?
24       Q.    Yeah, I think so.
25       But when we're talking about procedures,

Page 333

1    like how to properly perform or safely perform a
2    TVT-Secur procedure --
3        A.    Uh-huh.
4        Q.    -- the steps on how to safely perform
5    that procedure would have come from Ethicon, right?
6        A.    Yes.  The R&D department creates an
7    IFU and I know others weigh in on the creation of
8    that IFU.  That includes the steps for our
9    procedures.
10       Q.    So, if there's a presentation by a
11   KOL or a faculty member about the procedural steps
12   that are needed for safe implantation of Ethicon TVT
13   devices, that would come from the IFU, right?
14       The steps that need to be taken to safely
15   implant a device would come from the information for
16   use that was drafted by the R&D department during
17   the development of the product, right?
18       A.    That's correct.  And, just to
19   clarify, there is also procedural step guides that
20   are also created kind of with the IFU and copy
21   reviewed.  Those materials would also be available
22   at these events as well.
23       Q.    Yeah.  And those procedural step
24   guides would be drafted by Ethicon, right?
25       A.    I can't tell you who specifically

Page 334

1    drafted them.  I know medical affairs had input on
2    those.  I know regulatory.  I know surgeons, like I
3    said, faculty or preceptors that we've already
4    talked about, yeah.
5        Q.    Other than these roles that we talked
6    about today, your responsibility or your function or
7    the Professional Education department's function --
8    is there any other function that I'm -- that I've
9    overlooked?
10       A.    Functions that I perform?
11       Q.    Yeah.
12       A.    Sure.  There's -- I mean, there's
13   other functions.  We have meetings, we liaise, we
14   talk, expenses, there is lot of training and things
15   that we go through on a routine basis like we
16   discussed yesterday, compliance training, things
17   like this.  There's a lot of functions,
18   communication, just sharing information, that's a
19   function that I would enjoy performing.
20       Q.    Wouldn't you agree that one of the
21   functions whether explicit or implicit of the
22   Professional Education department was marketing?
23       A.    No, that's -- I would not agree.
24       Q.    Was trying to increase. through these
25   training programs, Ethicon profits?

9 (Pages 331 to 334)

Confidential - Subject to Protective Order

Page 335

1      A.      No, I do not feel that's a function
2  of Prof Ed.
3      Q.      Prof Ed created key opinion leader
4  strategies, right?
5      A.      Key opinion leader strategies?  I
6  would say that we had some strategies as far as
7  communicating with them and working with them and
8  things like that, yes.
9      Q.      Well, let's look.
10          MR. THORNBURGH:  If you can go ahead
11  and pull out Exhibit -- Bates No. 0029667.
12          We'll mark this as Exhibit 751.
13          (Deposition Exhibit No. T751, Slide Deck KOL
14  Strategy February 2008 ETH.MESH.0029667, was marked
15  for identification.)
16          MR. THORNBURGH:  You know what, I
17  thought I had three copies of that document, but it
18  only looks like I have two copies of that document.
19          MR. COMBS:  Let's take a second.
20          MR. THORNBURGH:  I can also e-mail it
21  to you electronically.
22          THE VIDEOGRAPHER:  The time is now
23  9:17.  We are going off the record.
24          (Recess taken 9:17 to 9:21 a.m.)
25          THE VIDEOGRAPHER:  The time is now

Page 336

1  9:21.  We are back on the record.
2      Q.      The exhibit that I've handed you,
3  which we've marked as 751, is a presentation that
4  was contained within your custodial file.
5      Do you recognize it?
6      A.      To be honest with you, I don't.
7      Q.      And the date on the front is
8  February 2008, right?
9      A.      Yes, that's what I see.
10      Q.      And it says, "KOL strategy," right?
11      A.      That's correct.
12      Q.      And KOL are key opinion leaders --
13      A.      That's correct.
14      Q.      -- that the company has identified
15  and the company has entered into a contractual
16  relationship with who provide training to doctors
17  who are interested or may be interested in adopting
18  the Ethicon products, right?
19      A.      Yeah, that's -- I would say that's
20  accurate.
21      Q.      And if you turn to the next page, it
22  says, "What is a KOL?"
23      And so let's turn to the next page.  It
24  says, "KOL categorization."  So what types of people
25  will become KOL's, right?

Page 337

1          MR. COMBS:  Object to the form.
2      Q.      That's what it says?
3      A.      It says "KOL categorization," that's
4  correct.
5      Q.      So what we're talking about here is
6  what type of physicians are -- fall into a category
7  such that they could potentially become key opinion
8  leaders for Ethicon?
9      A.      Yeah, I see this as a way to
10  categorize certain KOL's that could be key opinion
11  leaders, as they're commonly referred to in our
12  industry, yeah.
13      Q.      So if somebody is a society
14  influencer, that's somebody that Ethicon would
15  potentially want to become a key opinion leader for
16  the company?
17      A.      I think, yeah, I think there's folks
18  that could be described as having an influence in
19  their community, medical community.
20      Q.      Right.
21      A.      That would be a category.
22      Q.      By influence, I think, you mean, I
23  assume you mean, correct me if I'm wrong, because of
24  their status or their qualifications or their
25  history or their charisma, they will have the

Page 338

1  ability to influence other doctors about using
2  Ethicon products?
3      A.      Could you restate the question,
4  please?
5      Q.      Yeah.  Influencer, right, somebody
6  who influences -- I mean, somebody that can help
7  facilitate the development or the adoption of
8  Ethicon products, right?  So influence to me means
9  somebody that change somebody's mind or can provide
10  -- is a type of person who is -- has some esteem in
11  the community and because that doctor uses TVT
12  products, other doctors may want to use TVT products
13  as well?
14      A.      You said a lot there.  Could you
15  restate your question, please?
16      Q.      Yeah.  So what does influence means
17  to you?
18      A.      Influence means to me the ability to
19  have an effect on another person's perception or
20  behavior or thoughts or...
21      Q.      Right.  So you're looking for that
22  type of physician who could have that type of impact
23  on other physicians?
24      A.      The way I see that is just like in --
25  when I was in college, we have teachers and some are

10 (Pages 335 to 338)

Confidential - Subject to Protective Order

Page 339

1  very effective at teaching, others just might read
2  the content. So I think the ability to educate and
3  teach is a skill that is varied and that's not
4  excluded to the medical community or surgeon. So I
5  think the ability to influence, the ability to
6  educate and to communicate, you know, content is
7  what I see that means.
8      Q.    And remember when I asked you earlier
9  if part of the KOL or part of the Professional
10  Education function, which included your
11  relationships with these key opinion leaders, was a
12  marketing function, and you said, no, that wasn't
13  our function. Do you remember that?
14      A.    Yes, I do.
15      Q.    Well, one of the objectives for
16  getting these type of physicians to become key
17  opinion leaders was so that you could -- with their
18  help -- you could find key opinion leaders -- so the
19  objective, I think, for the company was to find key
20  opinion leaders who would support organizational
21  objectives?
22      A.    Would you mind restating that
23  question, please?
24      Q.    Yeah.
25          MR. THORNBURGH: Would you mind

Page 340

1  reading it back, Madam Court Reporter, please.
2          (There is a discussion off the record.)
3          (Whereupon, the question is read back as
4  follows:
5          "Question: So the objective, I think, for
6  the company was to find key opinion leaders who
7  would support organizational objectives?")
8      A.    "Organizational objectives," no, I
9  would not agree with that.
10      Q.    Because that would be kind of like
11  marketing, correct?
12          MR. COMBS: Objection to form.
13      A.    Organizational could mean a lot of
14  things. I don't equate organizational with
15  marketing.
16      Q.    Organizational objectives could mean,
17  and I think does mean, marketing.
18      The organizational objective of Ethicon is
19  to create devices that they could sell and make
20  money from, right, that's organizational --
21      A.    Organizational -- yeah, you could say
22  -- yeah, I guess if you're -- I was trying to
23  understand your question.
24      So an organizational objective for Ethicon
25  is to manufacture, produce and sell medical devices,

Page 341

1  yes, that is correct.
2      Q.    Okay. So let's turn the page.
3  Objective, so the objective of finding KOL's is to
4  engage KOL's across the spectrum of functional
5  expertise to partner, right, to become our partner,
6  in supporting organizational objectives, right?
7      A.    Yes, I see that.
8      Q.    So you wanted Ethicon -- Ethicon's
9  goal with KOL's is to partner with KOL's who would
10  support organizational objectives, that's what it
11  says, right?
12      A.    Yes, I see that.
13      Q.    And then it says, "Create a
14  systematic approach for efficiency and
15  effectiveness," correct?
16      A.    That is correct.
17      Q.    You know what it doesn't say there is
18  create a systematic approach for safety, right?
19      A.    That is correct.
20      Q.    So one of the objectives -- the
21  objective for Ethicon, as stated on this slide deck,
22  was to partner with key opinion leaders, people that
23  were influencers in their -- in the medical
24  community who would support the organizational
25  objectives, right, that's what this says?

Page 342

1      A.    I don't -- I don't read that exactly
2  the way you just described it. But that's what that
3  slide says about engaging KOL's, yes.
4      Q.    Okay. Well, I guess what we would
5  need to understand my question a little bit better
6  is the understanding -- an understanding of what the
7  company meant by objectives, right?
8      A.    Sure.
9      Q.    That would sort of help you
10  understand what the company understood, right, or
11  meant in this slide deck?
12      A.    Yeah. I mean, there's probably
13  literally hundreds of thousands of objectives that
14  take place within a company so -- and we had
15  specific objectives within Prof Ed. There's many
16  objectives within the organization.
17      Q.    Right. Well, the good thing for us
18  is that, if you turn to the next page, Ethicon was
19  kind enough to define the objective for us in this
20  Power Point presentation or this slide deck, okay.
21  So let's turn to the next page.
22      A.    The next page? Oh, you were on this
23  page here, right?
24      Q.    Yeah.
25      A.    Okay.

11 (Pages 339 to 342)

Confidential - Subject to Protective Order

Page 343

1    Q.    It says, "Ethicon Women's Health and
2  Urology 2009," right?
3    A.    Yes.
4    Q.    And it says, "Priorities, build
5  exceptional global leadership and organizational
6  capabilities." Do you see that?
7    A.    Yes.
8    Q.    And then it has "objectives"
9  underneath that. Do you see that?
10    A.    Yes.
11    Q.    And the first one is, "continue to
12  build credo-based global leadership --
13    A.    That is correct.
14    Q.    -- and employee engagement."
15    The second one says, "ensure business
16  continuity for critical brands," right?
17    A.    Yes, I see that.
18    Q.    "Execute a sustainable portfolio
19  management process, define capital and
20  electromechanical strategic plans to support
21  business growth," right?
22    A.    Yes.
23    Q.    I mean, what do we mean by "business
24  growth"?
25    A.    I assume that means grow the

Page 344

1  business, yeah, just support and help our customers
2  with our products and sell.
3    Q.    Alright. And, of course, you want to
4  keep the credo at the forefront, right?
5    A.    Always.
6    Q.    But you also want to make money,
7  right?
8    A.    We are --
9        MR. COMBS: Object to the form.
10    A.    Yes, we do want to sell our products.
11  That's true.
12    Q.    Right. And you want to -- one of the
13  objectives of engaging key opinion leaders and
14  partnering with key opinion leaders is to grow the
15  business?
16    A.    Again, like we stated before and I've
17  mentioned before, in Professional Education working
18  with KOL's and faculty is about training. It's
19  about teaching. Sales are a result, potentially,
20  not always, potentially of training. So I don't --
21  and growth, sales --
22    Q.    Those aren't my words.
23    A.    No, I --
24    Q.    These are words within an Ethicon
25  created document and one of these objectives of this

Page 345

1  KOL strategy plan was to grow the business. Those
2  are not my words. I'm not making it up, right? You
3  see it there on that slide, right?
4    A.    I do. Yeah, I do.
5    Q.    Is it still your testimony that KOL's
6  weren't used as part of a marketing tool or was
7  there some marketing involved?
8    A.    I would say that marketing,
9  absolutely, worked with KOL's, that is true.
10    Q.    Look, I don't have a problem -- I
11  don't think anybody has a problem with having a plan
12  that -- a business plan that you make money from,
13  right?
14    A.    Correct. I would agree.
15    Q.    But when -- it becomes a problem,
16  wouldn't you agree, when the objective of making
17  money becomes more important than providing for
18  patient safety?
19    A.    I would agree.
20    Q.    So if you turn three slides later.
21  So here is a list of key opinion leaders, right?
22    A.    Yes.
23    Q.    And they -- by category as the
24  earlier slide had shown, right?
25    A.    (No response.)

Page 346

1    Q.    Do you see that?
2    A.    Yes, across the top.
3    Q.    I'm not going to go every one of
4  these key opinion leaders. But look at a couple of
5  them real quick, okay?
6    A.    Sure.
7    Q.    You see the top ten KOL's, right?
8    A.    Top ten.
9    Q.    Has your -- the physician listed or
10  surgeon listed first in the top ten happens to be
11  your top dog, right?
12    A.    That's Dr. Lucente's name, yes.
13    Q.    And that's not my language, right,
14  top dog, that's your language, right?
15    A.    That's correct.
16    Q.    So you've got Lucente, Sepulveda?
17    A.    Sepulveda, yes.
18    Q.    Sepulveda, sorry.
19    A.    That's okay.
20    Q.    Brown, Raders, Rogers, Aguirre?
21    A.    Aguirre.
22    Q.    Aguirre, thank you; Hsieh, Hsieh?
23    A.    Hsieh.
24    Q.    Rosenblatt?
25    A.    (No response.)

Confidential - Subject to Protective Order

Page 347

1 Q. Mendelovici?
2 A. Yes.
3 Q. Mickey Karram?
4 A. Yes.
5 Q. Van Drie?
6 A. (No response.)
7 Q. Khandwala?
8 A. Uh-huh.
9 Q. And Karram again. Karram is listed
10 twice, right?
11 A. Yes.
12 Q. He's top ten twice.
13 A. He actually has a brother.
14 Q. Oh, yeah.
15 A. That's Michael Karram.
16 Q. Michael and Mickey?
17 A. That's correct.
18 Q. Okay. Were they partners?
19 A. I don't believe they're in the same
20 practice. They are related by blood, though, and in
21 the same city.
22 Q. I've seen Mickey a lot, but I haven't
23 seen Mikey that much in the documents. But I'll
24 have to pay attention to that.
25 A. Michael, yes.

Page 348

1 Q. Michael and Mickey, alright.
2 Then I want to point your attention
3 -- I'm not going to go through all these people
4 because I'm trying to shorten my time here today.
5 But if you turn to, I think, three slides
6 later. It says, "top ten," right, do you see that?
7 A. I do.
8 Q. And the fourth person down is Doug
9 Grier, right, do you see his name thee?
10 A. Yes.
11 Q. And so he was one of your top KOL's?
12 A. Yeah, he was a KOL that we used,
13 yeah.
14 Q. And one of his functions was to be,
15 basically, Ethicon's mouthpiece for marketing
16 purposes, right?
17 MR. COMBS: Object to the form.
18 A. I wouldn't say that.
19 Q. Okay. Well, he, certainly, was used
20 in a marketing role, right?
21 A. I'm not aware of him working in a
22 marketing role for Ethicon.
23 Q. Remember yesterday when we left we
24 talked about how did Ethicon respond after the
25 public health notification, do you remember that?

Page 349

1 A. I do.
2 Q. And you said we were proactive,
3 right? And I showed the president's letter, Renee
4 Selman, who said, don't proactively share this
5 information with customers. Do you remember that
6 information yesterday?
7 MR. COMBS: Object to form.
8 A. I do. I do.
9 Q. So let's see what Ethicon did after
10 the public health notification through the
11 Professional Education department. You proactively
12 did something, I know that. So let the jury see
13 what you did.
14 MR. THORNBURGH: So go ahead pull up
15 01706065.
16 (Deposition Exhibit No. T752, 37-page Slide
17 deck the Science of "What's Left Behing"... Evidence
18 & Follow-Up of Mesh Use for SUI Doug H. Grier
19 ETH.MESH.01706065, was marked for identification.)
20 MR. THORNBURGH: We'll mark this as
21 Exhibit 752.
22 I have a copy for you, too.
23 MR. COMBS: Thanks.
24 Q. Doug Grier, right?
25 A. That's correct.

Page 350

1 Q. That's the presenter listed here on
2 this slide deck?
3 A. That's correct.
4 Q. And the slide deck is called, "The
5 Science of What's Left Behind. Evidence of
6 follow-up of mesh use for SUI." And it says, "Doug
7 H. Grier, MD, Sound Urological Associates, PS,
8 Edmonds, Washington." That's what it says, right?
9 A. It does.
10 Q. Does it say one of Ethicon's top ten
11 key opinion leaders?
12 A. No, it does not.
13 Q. Does it say a paid consultant for
14 Ethicon?
15 A. Not on this slide, no.
16 Q. No, there is no disclosure here in
17 this slide -- and we'll look at the other ones.
18 But there is no disclosure here that Dr.
19 Grier was a paid spokesman for Ethicon, instead they
20 show his Sound Urological Associates PS private
21 practice on this front page, right?
22 A. Yeah, I believe that's the name of
23 his practice, yes.
24 Q. Well, did this go through copy
25 approval?

13 (Pages 347 to 350)

Confidential - Subject to Protective Order

Page 351

1     A.    I can't verify that but looking at
2   that.  But if he presented this at a Prof Ed event,
3   I'm sure it did.
4     Q.    Okay.  So copy approval at Ethicon
5   could have said, you know what, we better make sure
6   that the preceptees or the other surgeons who are
7   attending this Professional Education program know
8   that Dr. Grier is a paid consultant, a top ten dog?
9         MR. COMBS:  Object to the form.
10    A.    I've been too many --
11    Q.    That wasn't my question.  My question
12  was regarding this slide, okay, so answer my
13  question.
14    A.    Sure.
15    Q.    Regarding this slide, if it went
16  through Professional Education or if it went through
17  the copy approval process --
18    A.    Uh-huh.
19    Q.    -- the copy approval people at
20  Ethicon could have said, we should make a disclosure
21  about Doug Grier's financial ties to our company,
22  right?
23    A.    Yes.
24    Q.    But it's not there?
25    A.    Not on that slide, no.

Page 352

1     Q.    Alright.  So let's turn the page.
2         By the way, the copy approval date for this
3   is three months, approximately, three months after
4   the public health notification of 2010, okay?
5     A.    Okay, sure.
6     Q.    It says, "Navigating the Mesh Maze.
7   How do I deal with the competing messages
8   surrounding mesh?  Goal is safe and effective
9   treatment for patients with SUI."
10    A.    Yes.
11    Q.    "FDA has issued a public health
12  notification warning about risks of mesh.  Patients
13  are concerned about mesh implant.  How do I minimize
14  my risk?"  Right?
15        So those look like the topics that may be
16  discussed during Doug Grier's presentation here,
17  right?
18    A.    Yes.
19    Q.    And the notes say we've got --
20        MR. THORNBURGH:  I'll tell you when I
21  want something to be highlighted or blown up.
22    Q.    It says, "We've gone from mesh, no
23  mesh to which delivery system is best.  So you chose
24  to treat female SUI with mesh because of the high
25  efficiency and low recurrence and complication.  Now

Page 353

1   in the light of increased scrutiny of mesh, the
2   question is which mesh is best?  Which brings us to
3   are all meshes the same?"  Right, that's what it
4   says?
5     A.    Yes.
6     Q.    And if you turn the page -- this is
7   the slide I like because we've got a paid consultant
8   for Ethicon who is receiving -- how much money do
9   you think he made in 2010?
10    A.    I have no idea.
11    Q.    Could you guess?
12    A.    In 2008?
13    Q.    2010.
14    A.    In 2010?  Actually, I couldn't even
15  venture a guess, because like I said, I was out of
16  the country and I don't know.
17    Q.    Alright.  So this doctor who for all
18  intents and purposes appears to be an independent
19  doctor.  If you're, you know, an attendee, you don't
20  yet know from this slide deck that he was a paid
21  consultant for Ethicon and one of Ethicon's top ten
22  KOL's, right?
23        MR. COMBS:  Object to the form.
24    A.    What's the question?
25    Q.    So we don't know yet from this slide

Page 354

1   deck, from the slide decks that we looked at, that
2   Doug Grier is a paid consultant for Ethicon?
3         MR. COMBS:  Object to the form.
4     A.    No, you don't see that on this slide,
5   that is correct.
6     Q.    None of the slides so far say he's a
7   top ten KOL, right?
8     A.    That is correct.
9     Q.    None of them have disclosed how much
10  money he has made?
11    A.    That is correct.
12    Q.    So here we go, FDA public health
13  notification, October 20th, 2008.  It says, "Serious
14  complications with mesh use in pelvic floor repair
15  and SUI repair."
16        It says, "A thousand complications
17  encompassing nine mesh manufacturers reported in the
18  last few years.  FDA recommendations," and there is
19  a list of recommendations, right, do you see that?
20    A.    Yes, I do.
21    Q.    But the notes, right -- so the notes
22  -- you built some Power Point slides before, right?
23    A.    I have.
24    Q.    The notes help the presenter present
25  information to the people who are attending the

14 (Pages 351 to 354)

Confidential - Subject to Protective Order

Page 355

1 Professional Education event, right?
2     A.    They can be used, absolutely, in that
3 way.
4     Q.    So he says to the audience, "As you
5 can see several of the FDA recommendations impact
6 the information we as physicians should be sharing
7 with our patients. Patients should receive patient
8 labeling for the mesh implant. Patients should be
9 informed of risks."
10          MR. THORNBURGH: Then I want you to
11 highlight this part, okay.
12     Q.    "I use TVT, which has been studied
13 more than any sling, so it's clear what risks exist.
14 Look what happened with IVS Tunneller, it claimed to
15 be just like TVT, yet it clearly was not and it
16 demonstrated erosion rates in the upper teens.
17          Patients should be informed that mesh is
18 permanent. Put simply, it's what's left behind that
19 matters. In 11.5 years of follow-up with
20 TVT-Retropubic, there were no late onset
21 complications, which is important to know, since not
22 all complications occur immediately, some may
23 develop over time.
24          I have and many of my peers have changed the
25 way we counsel our patients, the way we chose mesh

Page 356

1 implants and the way we value data."
2          So this is a paid consultant for Ethicon
3 saying -- who's probably had some influence in his
4 community who is saying, I use TVT but he doesn't
5 say, by the way, I'm also being paid for the
6 company -- paid by the company, right?
7          MR. COMBS: Object to the form.
8     A.    I wasn't --
9     Q.    Not in this slide, it's not in this
10 slide, right?
11     A.    No.
12     Q.    It's not in the notes here, right?
13     A.    You asked me if he had said that.
14     Q.    Right. Well, it's not in the notes.
15     A.    And I don't think he said that.
16     Q.    Well, it's not here in the notes
17 here, right?
18     A.    I don't see it in the notes, that is
19 correct.
20          MR. COMBS: Let him answer the
21 question.
22     Q.    I'm sorry. It's not in the notes,
23 right?
24          MR. COMBS: He's permitted to answer
25 the question that's asked.

Page 357

1     Q.    It's not in the notes, right?
2     A.    I just answered, no, it is not in the
3 notes.
4          MR. COMBS: Were you finished with
5 your answer before he interrupted you while you were
6 answering the question he actually asked you?
7          MR. THORNBURGH: That was my only
8 question.
9          MR. COMBS: No, it wasn't.
10          MR. THORNBURGH: Well, I struck my
11 question and I rephrased it.
12          MR. COMBS: Okay.
13          MR. THORNBURGH: You'll have time to
14 ask questions.
15          MR. COMBS: Yeah, I understand.
16          MR. THORNBURGH: I'm trying to get
17 through this so that we can try to meet your
18 demands.
19          MR. COMBS: Okay.
20          Mr. Pattyson, were you finished answering
21 the question that was asked?
22          THE WITNESS: No, I was not.
23          MR. COMBS: Okay.
24          MR. THORNBURGH: I struck my
25 question.

Page 358

1          MR. COMBS: Answer -- provide the
2 remainder of the answer to the question that was
3 asked.
4     Q.    Were you at this presentation?
5     A.    I don't know when this was presented
6 so...
7     Q.    Did you attend any presentations in
8 Edmonds, Washington?
9     A.    No, I did not.
10     Q.    I'm not sure that that's where this
11 was at. But he lists Edmonds, Washington in the
12 first page.
13     A.    That may not be where it was at,
14 though. That's where he lived, I believe.
15     Q.    That's why I struck my question
16 because you weren't at this presentation, so you
17 wouldn't have known what he could have said, right?
18     A.    I don't know -- I didn't hear you
19 strike the question. I was answering the question,
20 did he say this. I said, I have been to events that
21 he has answered and said --
22     Q.    There's not a question pending.
23 There's not a question pending.
24          MR. COMBS: He is permitted to
25 provide the answer to the question that you've

15 (Pages 355 to 358)

Confidential - Subject to Protective Order

Page 359

1    asked.
2            MR. THORNBURGH:  There's not a
3    question pending.
4            MR. COMBS:  Okay.  Look, you don't
5    get to just tell him not to answer the question that
6    you asked.
7            MR. THORNBURGH:  There's not a
8    question pending.  He can't just get on --
9            MR. COMBS:  Well, just because you
10   moved on and just because you keep telling him that
11   you've changed your mind about the question you
12   asked, he gets to answer the question you asked him.
13           MR. THORNBURGH:  Listen, there is not
14   a question pending.
15           MR. COMBS:  We're going to stop it.
16           MR. THORNBURGH:  There's not a
17   question pending.
18       Q.    Alright, go ahead.  I'm going to move
19   to strike whatever you say.  And so go ahead and say
20   --
21           MR. COMBS:  We'll put on the record
22   before you even say it that Mr. Thornburgh has
23   reserved his right to strike it.
24       The witness is permitted to answer the
25   questions.

Page 360

1            MR. THORNBURGH:  Listen --
2            MR. COMBS:  So --
3            MR. THORNBURGH:  -- you get to ask --
4            MR. COMBS:  -- Mr. Pattyson answer
5    the question that you were asked.
6            MR. THORNBURGH:  -- have direct
7    examination of your witness.
8            MR. COMBS:  Of course, I understand
9    that.
10           MR. THORNBURGH:  You can address
11   this.
12           MR. COMBS:  You know as well as I do
13   that the rules are the witness gets to explain his
14   answer.  And just because you're being rude to him
15   and interrupting him doesn't mean he doesn't get to
16   it.
17           MR. THORNBURGH:  I'm not trying to be
18   rude.  I was trying to get through this process so
19   that we can get done by the time that you asked us
20   to get done by.
21           MR. COMBS:  Mr. Pattyson, complete
22   your answer.
23           MR. THORNBURGH:  It's not going to
24   happen, though.
25       A.    The question I recall was referring

Page 361

1    to Dr. Grier, did he say that at an event.  And I
2    have been at events with Dr. Grier.  I don't know
3    when this was presented.  However, I've heard him
4    many times, as well as many of our clinicians,
5    disclose that they are a paid consultant of Ethicon.
6            MR. THORNBURGH:  Okay.  Move to
7    strike, nonresponsive and move to strike hearsay.
8       Q.    Okay.  So we'll move on.
9       It's not listed in these notes on this Power
10   Point slide, right?
11      A.    No.
12      Q.    And we haven't seen it listed
13   anywhere on the Power Point slide yet, right?
14      A.    I haven't seen it, no.
15      Q.    And did you attend this event?
16      A.    I don't know -- I've seen this slide
17   deck before.  But I don't know which event you're
18   referring to.  So he might have done this at more
19   than one event.
20      Q.    Well, you were out of the country,
21   right, until 2013?
22      A.    That is -- well, I traveled a lot,
23   yes.  I was in the country, but I did a lot of
24   traveling during this timeframe, yes.
25      Q.    Okay.  Did you travel to Washington?

Page 362

1       A.    I've not traveled to Washington, no.
2       Q.    Were you attending -- when you were
3    traveling out of the country and during this time
4    period, were you also attending US Professional Ed
5    events in early 2009?
6       A.    I can't recall.  I definitely
7    attended events in the US, yes.
8       Q.    But you don't know if you did in
9    early 2009?
10      A.    I don't recall in early 2009, no.
11      Q.    And that's during the time period
12   that you were traveling a lot?
13      A.    During the span -- yes, 2008 to 2012
14   to '13.
15      Q.    Traveling outside of the country?
16      A.    Yes.
17      Q.    Alright.  Okay.  So I want you to
18   tell me when we come to a slide deck that discloses
19   Dr. Grier's financial relationship with the company,
20   okay?
21      A.    Okay.
22      Q.    So if you see it, tell me.
23      A.    Sure.
24      Q.    Okay.  "Implications of FDA public
25   health notification.  So we should be counseling

16 (Pages 359 to 362)

Confidential - Subject to Protective Order

Page 363

1    patients when selecting a sling, what is left behind
2    matters more than the delivery system. Meshes are
3    different and should be assessed by their own
4    clinical outcomes. In a category such as slings
5    where Level 1 evidence exists that proven safety and
6    efficacy, why accept a mesh without outcomes data."
7         A.    Yes.
8         Q.    And then so if you turn two slides
9    in, Slide 6, so this is a microscopic image of mesh
10   samples. It says, "All are polypropylene but meshes
11   have differences," right?
12        A.    That's what it says, yes.
13        Q.    And so it shows Ethicon's on the top
14   left and AMS, Boston Scientific and Bard.
15        A.    That's correct.
16        Q.    Turn to the next slide.
17        In the notes field, right, that's the field
18   that you said is -- allows the presenter or helps
19   the presenter present information. It says,
20   "Ethicon's products Prolene polypropylene is the
21   trusted brand in 9 out of 10 sutures used and is the
22   same formula for the past 40 years." That's what it
23   says, right?
24        A.    That's what it says.
25        Q.    It sounds like a commercial, doesn't

Page 364

1    it?
2         A.    Not to me.
3         Q.    I wonder if it sounds like a
4    commercial to the jury?
5              MR. COMBS: Objection to counsel's
6    colloquy.
7         Q.    Let's turn the page. You see any
8    disclosure that says, hey, by the way, I'm a paid
9    consultant by Ethicon?
10        A.    No, I do not.
11        Q.    Hey, by the way, I'm a top ten KOL,
12   does it say that here yet?
13        A.    No, I do not see that.
14        Q.    Okay. Let's turn the page. Gynecare
15   TVT -- next page, sorry. I think you went too --
16   hold on. Next page.
17        All these slides say "Gynecare TVT," right?
18             MR. COMBS: Object to the form.
19        A.    I haven't been through all the
20   slides.
21        Q.    Not all the slides, but the slide
22   right here, top left-hand corner, "Gynecare TVT
23   Tension-Free Support For Incontinence Mesh summary,"
24   right?
25        And it shows some information about the TVT

Page 365

1    mesh and then it goes down to "Ethicon's products
2    Prolene polypropylene is the trusted brand in
3    85 percent of sutures used and is the same formula
4    for the past 40 years. AMS has been used in 40,000
5    patients. Boston Scientific has been used in
6    300,000 patients. Most meshes are not supported by
7    level one evidence." Do you see that?
8         A.    Yeah. I'm sorry, I see 400,000.
9         Q.    400,000 sorry. I read it wrong.
10        AMS has been used in 400,000 patients,
11   alright.
12        So it's saying," Ethicon's Prolene
13   polypropylene mesh has been used in 1.5 million
14   patients," right?
15        A.    Yes, above I see that.
16        Q.    And then he says or it's written
17   here, Ethicon's product is the trusted brand in
18   85 percent of sutures used and is the same formula
19   for the past 40 years. Do you see that?
20        A.    I didn't hear what you first said.
21   But I think that Ethicon's products, Prolene, the
22   Prolene sutures it's referring to.
23        Q.    Yeah. "Ethicon's products Prolene
24   polypropylene is the trusted brand at 85 percent of
25   sutures." It's what it says, right?

Page 366

1         A.    It sure does, yes.
2         Q.    That's kind of why I was asking you
3    questions about the sutures, right?
4         A.    Okay.
5         Q.    Because you've seen within Ethicon
6    and Ethicon's key opinion leaders use the Ethicon
7    sutures, polypropylene sutures, when they try to or
8    when they're promoting the Ethicon products, right?
9    When they're promoting TVT, you've seen Ethicon or
10   its key opinion leaders say the Ethicon products
11   Prolene polypropylene is the trusted brand in
12   85 percent of Ethicon sutures and has been the same
13   formula for 40 years, you've seen that type of
14   information before, right?
15        A.    Yes, that was a very long sentence so
16   I --
17        Q.    Yeah. You've seen Ethicon refer to
18   its polypropylene sutures when trying to support the
19   safety of the TVT products?
20             MR. COMBS: Object to form.
21        A.    I've -- on this slide, I see it
22   referring to Prolene, which my understanding -- I
23   don't work in R&D, but I understand the suture
24   material Prolene, which is a suture closure
25   material, is the same material used in TVT, yes,

Confidential - Subject to Protective Order

Page 367

1  that's my understanding.
2      Q.   Right.  And that's why I was asking
3  you yesterday about the sutures that you had some
4  experience with in the manufacturing plant.
5      A.   Okay.
6      Q.   Were you not manufacturing
7  polypropylene sutures?
8      A.   Yes, I worked with Vicryl, PDS and
9  Monocryl.
10     Q.   That's what I thought.  So anyway --
11     A.   Which is not Prolene, by the way.
12     Q.   Okay.  So you didn't work with
13  Prolene polypropylene sutures?
14     A.   I worked with Vicryl, PDS and
15  Monocryl.  Yeah, Prolene was manufactured in another
16  plant.
17     Q.   Okay.  That's what I was trying to
18  figure out yesterday but...
19     A.   Okay.
20     Q.   And the next page says, "Level of
21  Evidence.  Level of evidence is, basically, a rating
22  system to assess the validity and weight of clinical
23  trials.  There are three levels of evidence, level
24  one has the most weight."
25         And then if you go to the next page, it,

Page 368

1  again, is an evidence pyramid here.  We can skip
2  over that.
3         Let's go to the next slide after that, after
4  that one.  Okay.  It says, "Overview of level one
5  evidence, retropubic slings."  And then it says, the
6  FDA -- in the notes field, "FDA has increased
7  scrutiny of mesh safety and efficacy which
8  underscores the need for level one evidence.  Here
9  is an overview of level one evidence in the
10 retropubic sling category.  The Gynecare TVT family
11 of products has the most level one data and has
12 follow-up data of 11.5 years."  That's what it says,
13 right?
14     A.   Yes, that's what it says.
15     Q.   Does it say after that sentence, by
16 the way, I'm a paid consultant for Ethicon?
17     A.   No, I do not see that.
18     Q.   Next slide.  It says, "There are four
19 RCT's comparing Gynecare TVT retropubic to SPARC.
20 Gynecare TVT is superior to SPARC in the following
21 areas:  Higher efficacy in all RCT's, (even in Lord
22 study with equal objective cure rate), fewer
23 complications with statistically lower erosion rates
24 in the Lim study."  Do you see that?
25     A.   I do.

Page 369

1      Q.   Does it say, by the way, I'm a paid
2  consultant for Ethicon?
3      A.   No, I do not see that.
4      Q.   Okay.  If you go to Slide 19.  Now
5  we've got Dr. Grier providing data for the
6  transobturator sling, right?
7      A.   Yeah, I think we're looking at
8  different slides.
9      Q.   Oh, are we?
10     A.   That's Slide 19.
11     Q.   Yeah.  Transobturator --
12     A.   Oh, yeah, I'm sorry.
13     Q.   So --
14     A.   Okay.
15     Q.   Alright.  So now we've got
16 transobturator level one evidence that's discussed
17 by Dr. Grier.  Do you see that on the next page?
18     A.   I do.
19     Q.   Does it say, by the way, I'm a paid
20 consultant for Ethicon?
21     A.   No, it does not.
22     Q.   Go to Slide 22.  Alright.  So, again,
23 talking about Obturator slings and Gynecare TVT.
24 And we've got the note section here where he's
25 comparing Obturator TVT to AMS Monarch, do you see

Page 370

1  that?
2      A.   Yes.
3      Q.   And he says Obturator -- TVT
4  Obturator Gynecare -- J&J -- sorry -- Ethicon
5  Obturator device, that's what we're talking about
6  here, right?
7      A.   Yeah, it doesn't say Ethicon here.
8      Q.   It says, Gynecare TVT.  But that's
9  Ethicon's TVT-Obturator, right?
10     A.   That's correct, yes.
11     Q.   Okay.  So the jury -- there is no
12 confusion.
13     A.   No, no, I understood.
14     Q.   Alright.  So it says, "Gynecare TVT
15 Obturator has 9 RCT's studying outcomes in over 600
16 patients.  In this group there were no reported
17 perforations of the bladder, urethra or ureter.  AMS
18 Monarch has 4 RCT's studying the outcomes in over
19 300 patients.  In this group, there are several
20 reports of urethral and urinary perforations."
21         So he's saying Ethicon's Obturator system
22 has more studies and is safer?
23     A.   I think -- what I see here is he's
24 comparing nine RCT's on TVT-Obturator and four RCT's
25 on AMS Monarch and he summarized briefly the results

18 (Pages 367 to 370)

Confidential - Subject to Protective Order

Page 371

1 of that study.
2     Q.    Right.  Does it say anywhere in here
3 that studies have found that Gynecare TVT-Obturator
4 system places patients at a greater risk of
5 suffering leg pain from nerve damage than the other
6 Obturator systems on the market, including Monarch?
7          MR. COMBS:  Object to the form.
8     A.    No, it does not say that on this
9 slide.
10     Q.    And does it say that he's a paid
11 consultant for Ethicon?
12     A.    No, it does not.
13     Q.    Alright.  I'm not going to go through
14 this whole slide deck but go to 25.
15        So now he's providing data on the TVT-Secur
16 or single incision slings?
17     A.    That's correct.
18     Q.    Right?  Which includes the TVT-Secur,
19 right?
20     A.    I presume so, yes.
21     Q.    So, if you turn the page, he compares
22 here the TVT-Obturator to the TVT-Secur, right?
23     A.    Not on the slide, no.
24     Q.    Well, in the notes here it says that,
25 "RCT showed TVT Obturator to have 93 percent cure

Page 372

1 rate and TVT-Secur to have a 62 percent cure rate.
2 There are three additional RCT's that are currently
3 underway."
4     A.    I do see that, yes.
5     Q.    It sounds like the TVT-Secur isn't
6 very effective?
7          MR. COMBS:  Object to form.
8     A.    I see it has a lower cure rate here
9 on this -- in this footnote, yes.
10     Q.    It's 31 percent lower cure rate,
11 right?
12     A.    That's what I see, yes, in referring
13 to this RCT, yeah.
14     Q.    Alright.  What do you think Ethicon
15 was telling physicians in their advertising and
16 promotional pieces?
17     A.    What do I think in our advertising
18 pieces?
19     Q.    Yes, in early 2009, wouldn't you
20 agree that Ethicon was telling doctors that in their
21 promotional pieces that, hey, look TVT-Secur is safe
22 and effective?
23     A.    I can't refer -- I can't speak on
24 behalf of all of the advertising pieces for the
25 company.  But specific to these events that I was

Page 373

1 attending -- when I was attending them relative to
2 TVT-Secur, I do recall speaking about the cure rate
3 being less for TVT-Secur, yes.
4     Q.    And this RCT -- 38 percent of the
5 women who had permanent TVT-Secur devices implanted
6 in them didn't -- weren't cured, right?
7     A.    I'm not as familiar with this RCT
8 he's referring to.  But it has 32 percent cure rate,
9 which is less, yes.
10     Q.    Which means 32 percent didn't --
11 weren't cured, right?
12     A.    Again, I'm not a surgeon.  So I can't
13 speak on what the study speaks to.  I'm just reading
14 that slide as you've asked me to and, yes, that's
15 what it says.
16     Q.    On 29 Dr. Grier says, "The TVT-Secur
17 system is the most outcomes data and commitment to
18 level one evidence."
19        What does that mean, "commitment to level
20 one evidence"?
21     A.    You know, I don't know what he meant
22 by that.  I can only imagine for a single incision
23 sling it is the most -- has the most data relative
24 to outcomes and it had active RCT's.  That's how I
25 interpret that.

Page 374

1     Q.    And he says, "64 percent greater mesh
2 slip force for more secure implantation," right?
3     A.    That's what it says, yes.
4     Q.    So if you go -- I'm going to end with
5 this slide, 31.  I'm going to end with this exhibit.
6        It says, "Why I chose Gynecare TVT family of
7 products tension free support for incontinence.
8 It's what's left behind that matters.  The mesh
9 delivers proven safety and efficacy with level one
10 evidence.  The mesh has been implanted in over
11 1.5 million patients and the mesh has longest
12 follow-up data of 11.5 years."  And then he cites --
13 see the footnote there five, he's citing to the
14 Nilsson and Rezapour and Falconer study?
15     A.    Yes, I see that.
16     Q.    Alright.  Does he say, hey, by the
17 way, Nilsson and Rezapour are paid consultants of
18 Ethicon?
19          MR. COMBS:  Object to the form.
20     A.    No, it does not say that.
21     Q.    And this is 2009.  Did you have any
22 understanding that in 2009 Nilsson and Rezapour were
23 paid consultants for Ethicon?
24          MR. COMBS:  Object to form.
25     A.    No, I didn't.

19 (Pages 371 to 374)

Confidential - Subject to Protective Order

Page 375

1    Q.    And it's not disclosed here on the
2  document, right?
3    A.    No, I do not see that.
4    Q.    But that's the data that's being used
5  to support the safety and efficacy of the product?
6    A.    That is the data that's referenced
7  here is 11 and a half year data that was performed,
8  I presumed, by this group of surgeons and probably
9  others.
10   Q.    So he says, "I chose Gynecare TVT
11 products. Here's why." And then in the notes he
12 says, "In light of increased mesh scrutiny, chose
13 the mesh with the most proven safety and efficacy."
14   A.    Yes, that's what it says.
15   Q.    Right? Does it sound like a
16 commercial to you?
17       MR. COMBS: Object to form.
18   A.    No.
19   Q.    Does it say, by the way, I'm a paid
20 consultant for Ethicon?
21   A.    Not on that slide, no.
22       MR. THORNBURGH: We got to change the
23 tape?
24       THE VIDEOGRAPHER: Yeah.
25       MR. THORNBURGH: Take a break.

Page 376

1        THE VIDEOGRAPHER: The time is 10:10.
2  This is the end of Disk No. 1. We are going off the
3  record.
4      (Recess taken 10:10 to 10:26 a.m.)
5        THE VIDEOGRAPHER: The time is now
6  10:26. This is the beginning of Disk No. 2. We are
7  back on the record.
8    Q.    Okay. So, before we went off the
9  record, we were talking about the presentation that
10 was given by Dr. Grier following the public health
11 notification, right?
12   A.    That's correct.
13   Q.    And we talked earlier this morning
14 about the Professional Education program at Ethicon
15 which included the involvement of key opinion
16 leaders, right?
17   A.    Yes, programs, yes.
18   Q.    Programs. Let's go ahead and mark as
19 Exhibit No. 753 document Bates No.
20 ETH.MESH.07386591.
21      (Deposition Exhibit No. T753, e-mail string
22 ETH.MESH.07386591 & 07386592 marked Confidential
23 Subject to Stipulation and Order of Confidentiality,
24 was marked for identification.)
25       MR. THORNBURGH: That's for the

Page 377

1  witness and then I have a copy for you too, Phil.
2        MR. COMBS: This is 753?
3        MR. THORNBURGH: Yes.
4        MR. COMBS: Okay.
5    Q.    Alright. So you know Lissette Caro-
6  Rosado, right, we talked about her earlier? She was
7  the person who was above you in the chain of
8  command, right?
9    A.    Yeah, for a period of time, correct.
10   Q.    And in 2010 was she still with the
11 Professional Education department?
12   A.    I believe so.
13   Q.    Okay. So here's Lissette, Miss
14 Lissette or, I'm sorry, Miss Caro-Rosado sending an
15 e-mail out to a member of folks at Ethicon, right?
16   A.    Yes.
17   Q.    And the subject matter is KOL usage,
18 right?
19   A.    Yes.
20   Q.    And so if you go down to the body of
21 the text, Lissette Caro-Rosado is saying, Hey, Ron,
22 I don't think that each of us individually can
23 determine if we will use -- I'm sorry.
24       Yeah, so she's responding to Ron it looks
25 like.

Page 378

1      And Ron says on the next page --
2        MR. THORNBURGH: Sorry, about that,
3  Michael.
4    Q.    Basically, it says, HCC has different
5  internal approval requirements starting next year,
6  so we'll need to be more strategic in contracting
7  highly used KOLs.
8      So there is new HCC requirements, right?
9  What does that mean again, healthcare compliance?
10   A.    That's correct, healthcare
11 compliance.
12   Q.    So because of the new healthcare
13 compliance, Ron, who is the US group product
14 director for utero health says, because of the HCC
15 requirements, we're going to have to be more
16 strategic in contracting highly used KOLs.
17      And he says, "Any KOL receiving payments of
18 more than $100,000 in a year will need approval from
19 Bridget while KOL's receiving payments of more than
20 $250,000 will need to be approved by Gary. Please
21 let me know what KOL's on or not on this list that
22 you envision surpassing the $100,000 and $250,000
23 mark. Please when responding consider EWHU as a
24 whole. We will then discuss contracting strategies
25 for those KOL's."

20 (Pages 375 to 378)

Confidential - Subject to Protective Order

Page 379

1    So he's saying there is a new healthcare
2  compliance issue that's going to require Ethicon to
3  be more strategic in contracting highly used key
4  opinion leaders, right?
5    A.    It doesn't say issue.  It says some
6  sort of different approval requirements.
7    Q.    Okay.  So some sort of different
8  approval requirements.  So now if you're going to
9  used highly used KOLs, we need to be more strategic?
10    A.    That's what it says, yes.
11    Q.    Okay.  And then if you go up, there's
12  an e-mail from Ron Horton.  It says, all -- I'm
13  sorry.  I guess -- sorry, I apologize.
14    In Ron Horton's e-mail, he provides a list
15  of key opinion leaders.
16    And so if you go to the next page real
17  quick.  Yeah, there you go.
18    He lists a number of key opinion leaders and
19  he list their contract amount for the year of 2010,
20  okay, do you see that on the exhibit?
21    A.    I do.
22    Q.    It's dated November 19th, 2010.  It
23  says, "Please see the below list of highly used
24  KOL's and the total pay that they have received this
25  year."

Page 380

1    So this is talking about in the year of 2010
2  up to November 19th how much the top KOL's or the
3  highly used KOL's have been paid, right?
4    A.    That's what it says, yes.
5    Q.    And so it's got a list of here and
6  109,000 for Ailawadi, Anhalt 104,000, Antar 96,000,
7  and it goes on.  It lists Chapa 291,000.
8    And if you look down there, there's Grier.
9  That's the KOL we just talked about, right?
10    A.    Yes.
11    Q.    And it says $162,475 in the year
12  2010.
13    A.    Yeah.  It says that.
14    Now, the only thing I'd comment is it says
15  contract amount.  And I know that it does say total
16  they have received this year and it also says
17  contract amount.  And I don't know if that's --
18  typically, when I see that in a header, it's their
19  contracted amount, like it's the total amount.  So I
20  don't know what this means.  I'm not copied on this
21  e-mail.  I don't recall seeing it.  So I'm just
22  telling you what I see.
23    Q.    Well, maybe if we go up to Lissette's
24  e-mail, it will provide a little bit of context for
25  us, okay.  And we'll come back to this grid in a

Page 381

1  minute.
2    A.    Okay.
3    Q.    What Lissette says is, "Ron, I don't
4  think that each of us individually can determine if
5  we will use the doctors for more than $100,000.  So
6  what I did was put together a grid that we can fill
7  out considering our planned usage for these doctors
8  per our area.  I think that the determining point to
9  more or less than a $100,000 will be Professional Ed
10  because we spend quite a bit with these doctors on
11  an educational basis.  I have included Paul on this
12  e-mail so that he can provide Professional Ed
13  insight."
14    And then she says, "Please put the number of
15  days of usage on the spreadsheet as this help us get
16  to the $100,000 breakdown.  Please note that if most
17  of these doctors are contracted at about $3,000 per
18  day, that means that anything more than 33 days will
19  mean a contract greater than a $100,000.  I hope
20  this helps."
21    Right, so she's saying if the contract price
22  is $3,000 per day, usually, an event was a day
23  event, right?
24    A.    It varied.  Some were half days, some
25  were days.

Page 382

1    Q.    Okay.  And so if it's -- she's saying
2  if it's $3,000 per day, then it's 33 days to make a
3  $100,000, right?
4    A.    It says, yeah, anything more than 33
5  days will be greater -- would mean a contract
6  greater than 100,000.
7    Q.    Right.  So if you do $3,000 a day,
8  let's assume that a preceptor does a preceptorship
9  for a day and he or she gets paid $3,000 for that
10  day, it would take them only 33 days to reach the
11  $100,000 mark, right?
12    A.    Approximately, yes.  That's what I...
13    Q.    So, these KOL's, potentially,
14  according to this e-mail, could work for just
15  33 days in an entire year and earn $100,000?
16    A.    Depending on their contracted amount,
17  I think, this is an assumption that, you know, a lot
18  or around the $3,000 range.  But, yeah, that would
19  be correct.
20    Q.    The assumption is that most of these
21  KOL's are $3,000?
22    A.    Looking at this list, I don't know
23  that all of them are at $3,000.  But that statement,
24  yes, 3 times 33 would be 99 and that's, basically,
25  you're at a hundred so...

21 (Pages 379 to 382)

Confidential - Subject to Protective Order

Page 383

1    Q.    So that's a pretty good payday for
2    these dogs who are out presenting Ethicon data to
3    physicians, right, 33 days for $100,000?
4            MR. COMBS:  Object to the form.
5    A.    I have no idea where that falls into
6    the income of a surgeon's salary.  That's
7    information that they don't tell me about.
8    Q.    Let's look at the grid real quick.
9    A.    Let's look at what?
10   Q.    Let's look at the grid real quick.
11   So we've got Dr. Grier, right, that's the
12   KOL that we discussed and we looked at his
13   presentation?
14   A.    That is correct.
15   Q.    Alright.  And it says that for the
16   year 2010 up to November 19th he made $162,475,
17   right?
18   A.    If that's what he got paid this year
19   per e-mail, that's accurate, yes.
20   Q.    And so if we assume that he's getting
21   paid $3,000 a day, if that's his contract price, how
22   many days would Dr. Grier have had to work in 2010
23   to be paid a $162,475?
24   A.    Short of 66, you know, whatever.
25   Q.    54 days.

Page 384

1    A.    54 days.
2    Q.    Less than two months, right?
3    A.    Sure, that's correct.
4    Q.    And so let's turn the page.  And
5    these are your top dogs, right?
6            MR. COMBS:  Object to counsel's
7    statement.
8    Q.    That's not my words.  Your words were
9    our top dog --
10   A.    I was referring to another physician
11   when I used the term top dog, yes.
12   Q.    Well, top -- the top dog amongst
13   other dogs, right?
14   A.    That's not what I meant.  No, I just
15   meant he was the top dog.
16   Q.    The only way if you're the top of the
17   dogs is if there are other dogs below you?
18   A.    I don't believe I meant in it that
19   context.
20   Q.    Well, it makes sense.  But let's look
21   at your top dog, right, Lucente, so $410,000.  So
22   he's the highest paid, like you said.  You made the
23   representation accurately to your colleague in that
24   e-mail when you said Lucente is our highest paid
25   dog, right, he is the highest paid according to this

Page 385

1    list, right?
2    A.    Based on this list that I'm seeing,
3    yes, it looks like he's the highest paid.
4    Q.    And it says his total for that year
5    -- there's still a month left in the year.  But his
6    total for that year was $410,000.  And how many days
7    assuming he was working at $3,000 would it take Dr.
8    Lucente to earn $410,000 in that year?
9    A.    You're testing my math today.
10   Q.    136 days.
11   A.    Thank you for the help.
12   Q.    How many months is 136 days?
13   A.    It's three and a half months maybe.
14   Q.    Less than six months, right?
15   A.    (No response.)
16   Q.    It's about four and a half months.
17   So if Dr. Lucente, your top dog, is being paid
18   $3,000 a month -- or I'm sorry, $3,000 a day for a
19   preceptorship or an event, and he makes that much
20   money, he's only worked that year 136 days or,
21   approximately, 4.5 months, right?
22           MR. COMBS:  Object to the form.
23   Q.    If he's earning more than that, if
24   his contract price is more than $3,000 a day, then
25   he's actually working less than four and a half

Page 386

1    months that year.
2    A.    That could be true, yeah.
3    Q.    And if Lucente decides in November
4    that Ethicon or if Ethicon decides that they need
5    Lucente's help for the rest of this year and they
6    put him on the road for another 30 days, he could
7    make another $100,000?
8    A.    What's your question?
9    Q.    Right?
10   A.    I'm sorry, could you repeat the
11   question?
12   Q.    Yeah.  So if Ethicon decided that
13   they needed Lucente's help for the remainder of the
14   year and they booked him up, there's little over
15   30 days left in the month, about a month and a half
16   left.  So if he's receiving $3,000 a day, he could
17   potentially earn another $100,000 in the next one
18   and a half months?
19   A.    Not likely.  But based on the numbers
20   of the days you're referring to, yeah, I presume so.
21   Q.    What does -- what's innovation
22   counsel, do you know?
23   A.    Good question.  Innovation counsel?
24   Gosh, my recollection would be similar to an
25   advisory board where you gather surgeons together to

22 (Pages 383 to 386)

Confidential - Subject to Protective Order

Page 387

1  share ideas and not a think tank per se but a
2  collection of surgeons of varying degree.  They
3  could be KOL type surgeons, they could be just board
4  certified surgeons that we need their input on.  I
5  think we might have called some of them innovation
6  counsels.  They have different needs and I think
7  they had different objectives.
8      Q.    What is the PFR ad board?
9      A.    That would be an advisory board for
10 pelvic floor repair, so similar concept.
11     Q.    Well it says PRF ad board, what is ad
12 board?
13     A.    Is that on this sheet you're looking
14 at?
15     Q.    I'm just asking you questions.
16     A.    That sounds to me like an advisory
17 board.
18     Q.    Do you know if any of these doctors
19 presented information to the FDA during the 2011 FDA
20 ADCOM meeting?
21     A.    ADCOM meeting?
22     Q.    Yeah.
23     A.    No, I don't know.
24         MR. COMBS:  Is your question whether
25 any of the doctors on Exhibit 753.

Page 388

1      Q.    Yeah, I'm asking if any of the
2  doctors on Exhibit 753 spoke to the FDA during the
3  ADCOM meeting?
4      A.    I, honestly, don't recall.  I was not
5  at that meeting.
6      Q.    I think I went into the wrong field.
7      A.    What field is that?
8      Q.    I should have been a KOL for Ethicon
9  rather than a lawyer, if I cared more about money
10 than I did about patient safety.
11         MR. COMBS:  Objection to counsel's
12 statements and testimony and whatever it is.
13     Q.    Remember yesterday when I gave you a
14 scenario about converting competitive targets?
15     A.    A little bit, yes.
16     Q.    And you said I've never seen that
17 before?
18     A.    I don't recall exactly what the
19 question or what my answer was.
20     Q.    Well, yesterday you said or claimed
21 that you never seen or ever heard of trying to --
22 Ethicon trying to convert physicians who were using
23 competitors products to Ethicon's products.  Do you
24 remember that?
25     A.    Again, I don't remember, exactly.  We

Page 389

1  talked about a lot of things yesterday.  Converting
2  doctors from using another product I do recall
3  talking about and it did happen, yeah.
4      Q.    Yeah, that did happen, right?
5      A.    Sure.
6      Q.    And I gave you a scenario I said what
7  training procedure did you have in place to make
8  sure that those physicians who were used to using a
9  competitors product were able to overcome the
10 learning curve when they switched over to Ethicon's
11 product.
12     A.    I recall that, yes.
13     Q.    We had that conversation and it was
14 my recollection that you said, I never heard of
15 converting before, and we'll let the ladies and
16 gentlemen of the jury look at the transcript and see
17 what they think.
18         (Deposition Exhibit No. T754, e-mail string
19 ETH.MESH.01730839 marked Highly Confidential Subject
20 to Stipulation and Order of Confidentiality, was
21 marked for identification.)
22         MR. THORNBURGH:  This is Exhibit No.
23 -- sorry, I think I put the wrong number on it.  It
24 should be 755.
25         MR. COMBS:  We don't have 754 yet.

Page 390

1          MR. THORNBURGH:  Oh, is that 754?
2          MR. COMBS:  Yes.
3          MR. THORNBURGH:  Okay, great.
4          MR. COMBS:  Do you have an extra
5  copy?
6          MR. THORNBURGH:  I do.
7          MR. COMBS:  If you don't, I'll share
8  it.
9          MR. THORNBURGH:  I do.
10         MR. COMBS:  Okay.  Thank you.
11     Q.    Alright.  So ETH.MESH.01730839.
12     (There is a discussion off the record.)
13     Q.    Okay.  So this is an e-mail from
14 Lissette Caro-Rosado, your boss, right?
15     A.    At that period of time, yes.
16     Q.    And this is September 2nd, 2010,
17 right?
18     A.    Uh-huh.
19     Q.    And it says, "Gynecare TVT-Obturator
20 update," right?
21     A.    That's what it says, yes.
22     Q.    And so this is an e-mail that
23 Lissette forwarded to you and Andrew Meek.
24     Who is Andrew Meek?
25     A.    He was in Prof Ed as well.

23 (Pages 387 to 390)

Confidential - Subject to Protective Order

Page 391

1    Q.     And who is Sharon Trumbull?
2    A.     Sharon Trumbull worked within Prof
3    Relations and Professional Education as well.
4    Q.     Okay.  This is a discussion of the
5    full launch of Gynecare TVT-Abbrevo, right?
6    A.     (No response.)
7    Q.     Do you see that?
8    A.     I see that.
9    Q.     And she says, "I know everyone is
10   excited about the Abbrevo launch, but it is
11   important to stay focused on converting competitive
12   targets throughout the end of the year and beyond
13   with Gynecare TVT-Exact and Gynecare TVT-O," right,
14   that's what she is a saying here?
15   A.     Yes.
16   Q.     She's saying stay focused on
17   converting competitive targets, doctors that are
18   using other manufacturers products, convert those
19   doctors and get them to adopt our product, right?
20   A.     Yes, that's what it says.
21   Q.     It says, "to help facilitate" -- and
22   you're copied on this list?
23   A.     Actually, her e-mail was sent to the
24   sales force.
25   Q.     No, I get it.  But it was an e-mail

Page 392

1    forwarded to you in Prof Ed from Lissette?
2    A.     Yes, as an FYI of what is being
3    communicated to the sales force.
4    Q.     Yeah.  So it was happening, right?
5    A.     Yeah.
6    Q.     That was one of the sales rep -- that
7    was one of the marketing plans at Ethicon was to
8    convert doctors from competitive products to
9    Ethicon's products?
10   A.     Among others, yes.
11   Q.     But Ethicon didn't have a specific
12   training program in place to -- per your testimony
13   yesterday to -- intended for those doctors that were
14   converting so they could overcome the learning
15   curve?
16   MR. COMBS:  Object to form.
17   A.     No, no.  We had trainings available
18   to all surgeons of varying experience and skill
19   sets.  We offered --
20   Q.     Yeah, one size fits all approach per
21   the e-mail we looked at yesterday.
22   You didn't have a program just for
23   conversion, right?
24   A.     Not that I recall.
25   Q.     Alright.  It says, to help

Page 393

1    facilitate conversion of outside in
2    transobturator users, attached is two selling
3    guides, right?
4    It says, "The two most common objections to
5    the inside out Obturator approach," that's Ethicon's
6    approach, right, in the TVT-O product?
7    A.     That's correct, for inside out.
8    Q.     It says, "fear of blind passage."
9    Remember we had that discussion about that
10   e-mail yesterday -- not the e-mail, but the
11   Professional Education thing and I said, this is all
12   blind, right?  Do you remember that discussion?
13   A.     Yeah, I remember discussion around
14   blind.
15   Q.     There was an exhibit on the screen
16   all highlighted in yellow, do you remember that?
17   A.     Yes, I do.
18   Q.     I was talking about the starting
19   point of the blind passage to the ending point of
20   the blind passage, do you remember that discussion?
21   A.     I do.
22   Q.     So she says, that's a fear that
23   doctors have, right?  "One of the most common
24   objections to Ethicon's approach is fear of blind
25   passage, belief that there is greater risk of

Page 394

1    hitting the Obturator nerve bundle versus outside in
2    approach.  The other belief is that there is more
3    leg pain with inside out versus outside in," right?
4    A.     That's what it says, yes.
5    Q.     And that was a concern and Ethicon
6    would handle concerns like this and you know this as
7    a former sales representative, Ethicon would handle
8    objections with objection handlers?
9    A.     Yeah, I'm familiar with the term
10   objection handlers, yes, and I've seen them.
11   Q.     And so...
12   And you've seen the TVT IFU's, right?
13   A.     I have.
14   Q.     And do you recall that the TVT IFU
15   says transient leg pain lasting 24 to 48 hours?
16   A.     I do recall it warns about that, yes.
17   Q.     And I'm going to try to get out of
18   here and finish up real quick, but...
19   Is there a date on this document?
20   Q.     Do you remember that exhibit we
21   looked at yesterday that discussed the
22   transobturator approach and it said, you know, the
23   risk of leg injury is low and avoided with the TVT
24   inside out approach because the passers are 2.5 to
25   3 centimeters away from the Obturator bundle?

24 (Pages 391 to 394)

Confidential - Subject to Protective Order

Page 395

1     A.    Not specifically, no.
2     Q.    You remember that being in
3  Professional Ed throughout the years, that was what
4  Ethicon told physicians, right?
5            MR. COMBS:  Object to the form.
6     A.    Could you repeat the question?
7     Q.    Yeah.  That the inside out approach
8  doesn't increase the risk of persistent leg pain,
9  it's only transient leg pain 24 to 48 hours, and if
10 you follow our procedures, then you don't have to
11 worry about the risk because the passer, the helical
12 passer, is 2.5 to 3 centimeters away from the
13 Obturator bundle?
14           MR. COMBS:  Object to the form.
15    A.    I don't recall communication of that
16 exact nature that you just described.  We talked
17 about transient leg pain and as a risk to passing a
18 helical passer through that device, whether it's
19 inside out or outside in.
20    Q.    So do you recall saying it was
21 transient leg pain?
22    A.    Yeah, I'm pretty certain that's in
23 our IFU and it was, certainly, discussed at your
24 Prof Ed events.
25    Q.    Right.  Until --

Page 396

1     A.    Among other risks and watch-outs.
2     Q.    That is until the Abbrevo came on the
3  market, when -- and after the public health
4  notification -- when Ethicon decided to cannibalize
5  its own TVT-O market with TVT-Abbrevo, right?
6     A.    Again, I didn't use that term
7  cannibalization much myself.  I know it was a term
8  they used in marketing quite a bit, probably for
9  inventory management and planning purposes I
10 suppose.  I don't know.
11    Q.    One of the selling points of Abbrevo
12 now is -- currently, the selling point for Abbrevo
13 is, Abbrevo doesn't have the same permanent
14 persistent leg pain problem that our TVT-O device
15 had, right?
16           MR. COMBS:  Object to form.
17    A.    I'm not familiar with that selling
18 point, as you just described it.
19    Q.    Well, let's look at -- wait a minute.
20      (Deposition Exhibit No. T755, slide deck
21 China Sales Recertification July 20-22 Shanghai,
22 China 160 pages no Bates, was marked for
23 identification.)
24           MR. THORNBURGH:  I'm just going to
25 mark this next Exhibit T755.  This is -- I have a

Page 397

1  copy for you.
2     Q.    This is a presentation that has your
3  name on it, right?
4     A.    Uh-huh.
5     Q.    And it was presented by you at the
6  China sales recertification.  What is the China
7  sales recertification?
8     A.    It's just a review of materials for
9  sales representatives, kind of a refresh or a
10 retraining.
11    Q.    Okay.  So this wasn't presented to
12 doctors?
13    A.    No.
14    Q.    Okay.  I recognize this is a very
15 long training presentation that you gave to sales
16 representatives.
17    A.    Yeah, not me alone but, yes.
18    Q.    Well, you and Christopher O'Hara?
19    A.    Yeah, he was helping me organize the
20 event, yes.
21    Q.    So you're telling sales
22 representatives that there was a cadaver lab done.
23 Somebody in your presentation is presenting this
24 slide.  It's slide 146.  It says, "A cadaver lab
25 study comparing TVT, TVT-O and TOT showed that the

Page 398

1  TVT-O trocar passes closest to the Obturator
2  neurovascular bundle within the Obturator canal.
3  Therefore, Obturator injury is possible and could
4  lead to prolonged or permanent leg pain," right?
5     A.    Yeah, I see that.
6     Q.    Your IFU says transient leg pain for
7  24 to 48 hours?
8            MR. COMBS:  Object to the form.
9     Q.    Right?
10    A.    Yes, that's correct.  I don't recall
11 who presented or what this cadaver study was so...
12    Q.    In your mind, is transient leg pain
13 different than prolonged or permanent leg pain?
14           MR. COMBS:  Object to the form.
15    A.    I'm not a doctor, so I couldn't tell
16 you the difference between prolonged, transient,
17 permanent.  But transient and permanent I would
18 agree are different in nature.
19    Q.    Right.  I mean, the IFU, as you
20 testified, regarding the TVT-O device says -- it
21 defines transient for physicians in the IFU.  It
22 says 24 to 48 hours, right?
23    A.    That's correct.
24    Q.    24 to 48 hours isn't prolonged in
25 your mind, is it?

25 (Pages 395 to 398)

Confidential - Subject to Protective Order

| Page 399 |
|---|

1    A.    No, maybe not.
2    Q.    And it's certainly not permanent?
3    A.    No, as I read that slide, it says,
4  therefore Obturator injury when hitting those
5  elements, you know, if hitting the neurovascular
6  bundle or any of those things could lead to
7  prolonged, that's what it says.
8    Q.    Because the TVT-O trocar passes -- of
9  those three devices, the TVT-O trocar passed closest
10  to the Obturator neurovascular bundle, that's what
11  it says, right?
12    A.    "TVT trocar passes closest to the
13  Obturator neurovascular bundle comparing those
14  devices in that cadaver study," and that's a
15  potential risk.
16    Q.    No, the potential risk is --
17  according to this document -- is prolonged or
18  permanent leg pain, not transient 24 to 48-hour leg
19  pain, right?
20    A.    No, that's worded differently than
21  transient, correct.
22    Q.    And this is a slide that was
23  presented to sales representatives but not to
24  physicians?
25    A.    Correct.

| Page 401 |
|---|

1  complications.
2        THE WITNESS:  There you go.
3        MR. COMBS:  We're there.
4    Q.    Okay.  Are you there?
5    A.    I am.
6    Q.    And so if you turn to the next page.
7  Okay.  So it doesn't say persistent leg
8  pain, right?
9    A.    Does it say persistent leg pain; is
10  that the question?
11    Q.    Yes.  It doesn't say it, does it?
12    A.    I don't see it on there, no.
13    Q.    So, to try to put these risks into
14  perspective, Ethicon would use the complication
15  data, right?  It's certainly -- it's on this board,
16  right?
17    A.    It does say complication, yes.
18    Q.    And the board shows over 100,000
19  TVT-O procedures worldwide, one death, cause
20  unknown, right?
21    A.    Yes.
22    Q.    It says, nerve injury 2, bladder
23  injury 1, urethral erosion 2, bowel injury 0,
24  vascular injury 2, right, 2 of a 100,000 procedures
25  or products sold worldwide?

| Page 400 |
|---|

1    Q.    Instead what you would tell --
2  Ethicon would tell doctors would be something like
3  that presented by your top dog, Vincent Lucente.
4        MR. COMBS:  If there's a question
5  pending, objection.
6        MR. THORNBURGH:  Alright.  We'll go
7  ahead and show -- go ahead and mark this.  This will
8  be my last exhibit and then I'll pass the witness.
9        (Deposition Exhibit No. T756, slide deck TVT
10  Obturator Anatomic Considerations Clinical Update
11  Special Considerations Raders and Lucente
12  ETH.MESH.01696387, was marked for identification.)
13        MR. THORNBURGH:  756.  I've got a
14  copy for you.  ETH.MESH.01696387.
15    Q.    Does it say on this first page that
16  Dr. Lucente is a paid consultant for Ethicon?
17    A.    Not on this slide, no.
18    Q.    So if we turn to 52, I believe.
19        MR. COMBS:  Do you know where it is?
20    Q.    I'm sorry, yeah, it's not numbered,
21  so...
22        MR. COMBS:  Where do we turn to?  Is
23  this what -- are we supposed to turn to what's on
24  the screen?
25        MR. THORNBURGH:  Yes, TVT-O

| Page 402 |
|---|

1    A.    Yes, that's what I see.
2        (There is a discussion off the record.)
3    Q.    It was common for Ethicon to use
4  complication data in their Professional Education
5  materials, right?
6    A.    Yes, absolutely, all the time we
7  talked about complications and the data was
8  presented.
9        MR. THORNBURGH:  Okay.  Well, I can't
10  find my last exhibit.  So do you mind if we go off
11  the record real quick.  We may switch.
12        MS. WILSON:  Let's just take a brief
13  break, three to five minutes.
14        THE VIDEOGRAPHER:  The time is 11:11.
15  This is the end of Disk No. 2.  We are going off the
16  record.
17        (Recess taken 11:11 to 11:24 a.m.)
18        THE VIDEOGRAPHER:  The time now is
19  11:24.  This is the beginning of Disk No. 3.  We are
20  back on the record.
21        MR. COMBS:  And, just briefly, I just
22  want to preserve an objection under Pretrial Order
23  38.  It's my understanding Pretrial 38 said that MDL
24  counsel is supposed to select one counsel to conduct
25  the questioning of the witness.

26 (Pages 399 to 402)

Confidential - Subject to Protective Order

Page 403

1 Obviously, we're going to have multiple
2 counsel here. We're not going to direct the witness
3 not to answer or stop the deposition or anything
4 like that. I just wanted to preserve that.
5 MS. WILSON: Okay, thanks.
6 EXAMINATION BY MS. WILSON:
7 Q. Mr. Pattyson, my name is Kim Wilson
8 and I am here on behalf of Plaintiffs in the
9 coordinated MDL litigation that you're familiar with
10 and you've been offering testimony for on behalf of
11 Ethicon and J&J, not as a corporate witness, but as
12 a fact witness for the past day.
13 I just want to start the depo by just
14 clearing up some testimony from the past day and a
15 half, briefly.
16 A. Sure.
17 Q. Did Ethicon through its Professional
18 Education department train physicians on surgical
19 implantation of TVT devices?
20 A. Did Ethicon?
21 Q. Did Ethicon through its Professional
22 Education --
23 A. Yes.
24 Q. -- department train physicians on the
25 surgical implantation of TVT devices?

Page 404

1 A. Yes, they did.
2 Q. Okay. And did Ethicon through its
3 Professional Education department train preceptors?
4 A. Yes, it did.
5 Q. Okay. And in what ways did the
6 Professional Education department train the
7 preceptors?
8 A. In programs that we commonly refer to
9 as train the trainer events.
10 Q. Okay. Now, while you were in the
11 Professional Education department at Ethicon -- and,
12 as I understand it, that began, approximately, in
13 February 2006, correct, you changed from a sales rep
14 to Professional Education; is that correct?
15 A. Yeah, I don't remember the month but
16 2006, that's correct.
17 Q. Okay. Per your resume, it's February
18 of 2006.
19 A. Okay.
20 Q. Okay. While you were there, were
21 there any training requirements for your physician
22 customers prior to Ethicon and J&J permitting the
23 surgical use of TVT products in patients?
24 A. Were there any requirements --
25 Q. Training requirements for the

Page 405

1 physician customer.
2 MR. COMBS: Object to the form.
3 A. Okay. Training requirements to place
4 the device or training requirements to attend an
5 event?
6 Q. Let's start with training
7 requirements to attend an event.
8 A. I'm not familiar with any training
9 requirements, no. We had criteria that we talked
10 about, as far as attending events. But I'm not
11 aware of any training requirements for preceptees.
12 Q. I'm just talking about physician
13 customers, not your preceptors.
14 A. Oh, no, I said preceptees. I'm
15 sorry, those are the physician customers.
16 Q. Gotcha, okay.
17 A. Yeah, so I'm just clarifying. Yeah,
18 and I'm not familiar with any training requirements.
19 Q. Okay. You mentioned the word
20 "criteria." What sort of "criteria" did Ethicon
21 have for the preceptees?
22 A. The criteria that I'm most familiar
23 were with -- obviously, we're talking about board
24 certified surgeons. So these were surgeons who were
25 actively performing surgery in hospitals or

Page 406

1 ambulatory surgical centers and they were performing
2 these types of procedures on women. So they had a
3 keen interest and are dealing with patients with
4 these symptoms. So those were the surgeons that --
5 so that's the kind of criteria we were looking
6 for in surgeons to attend our events.
7 Q. And is this criteria written down
8 anywhere?
9 A. Yes, I've seen some criteria written
10 down on an e-mail or something.
11 Q. Any former protocols or procedures or
12 policies on the criteria required for the
13 preceptees?
14 A. I'm sorry, the question then is, were
15 there or --
16 Q. Yeah. Were there any formal
17 protocols, written policies on the criteria that
18 Ethicon required for its preceptees?
19 A. I'm not familiar with any formal
20 protocols other than the ones that I just described
21 as far as being board certified surgeons, yes.
22 Q. Were there any special
23 training requirements for preceptees for surgical
24 use of the TVT-S in patients?
25 A. Special training requirements?

27 (Pages 403 to 406)

Confidential - Subject to Protective Order

Page 407

1      Q.    That's right.  Did it change in any
2  way once TVT-S was launched?
3      A.    As far as training requirements, not
4  that I'm aware of, as far as who we sent to our
5  training events, no.
6      Q.    Okay.  Could a board certified
7  urologist or OB/GYN beginning in 2006 -- I believe
8  TVT-S got launched, approximately, March of 2006.
9  It was spring of 2006.
10      First of all, do you know when TVT was
11  launched, when it went into the stream of commerce?
12      A.    I'm sorry.
13          MR. COMBS:  Object to the form.
14      A.    I think it was around 2006, yeah, I'm
15  just remembering.
16          MR. COMBS:  And I may have missed it.
17  I assume -- I think you said when TVT was launched
18  and I --
19          MS. WILSON:  TVT-S.
20          MR. COMBS:  Okay, I just missed the
21  S, sorry.
22      Q.    Alright.  Okay.  So, when TVT-S was
23  launched, did you have any sort of special training
24  requirements for the physician customer prior to the
25  company permitting them to use surgically used

Page 408

1  product?
2      A.    Well, I think all of our training
3  events are special.  But, as far as requirements, I
4  don't recall any special training requirements.
5      Q.    Okay.  So beginning in 2006 when the
6  TVT-S was launched, could pretty much any surgeon
7  whether or not they were board certified, maybe a
8  general surgeon, could they have gotten access to a
9  TVT-S product and placed it into a woman?
10      A.    Well, I believe a general surgeon
11  would be board certified as well.  And, to answer
12  your question, any -- well, in Professional
13  Education or with Ethicon, we were not in the
14  practice of watching the storeroom, if you will, or
15  the inventory at a hospital.
16      So, if I understand your question, anybody
17  could probably grab it off of a shelf, if they so
18  choose, and use a device.  That is correct.
19      Q.    Now, as I understand your
20  professional career at Ethicon and Johnson &
21  Johnson, prior to going to Professional Education in
22  2006, you were a sales representative; is that
23  correct?
24      A.    That's correct.
25      Q.    Okay.  And why did you decide or how

Page 409

1  did you decide to join the Professional Education
2  department in 2006?
3      A.    How or why?
4      Q.    Yes.  How did that happen?
5      A.    It just was an opportunity that was
6  available within the company and I was interested in
7  doing something different at that time.
8      Q.    Okay.  And did you think your skill
9  set that you had in sales transferred over well to
10  the Professional Education department?
11      A.    Yeah, I would say so.
12      Q.    Okay.  And why is that?
13      A.    Just because I feel I had the skill
14  sets needed for the job to coordinate training
15  events and I enjoy working with surgeons and I had a
16  good rapport with them as a sales representative.
17  So I didn't see why I wouldn't be a good candidate
18  to do the Professional Education job.
19      Q.    And, obviously, the company thought
20  so as well.
21      A.    Thanks.
22      Q.    What is the relationship between
23  Professional Education and sales and the sales reps?
24      A.    I would say it's another resource for
25  them to consider, along with their products, the

Page 410

1  products that they're selling.  It's an option for
2  surgeons to utilize and a good option.
3      Q.    Okay.  I don't know if you understood
4  my question.
5      What's the relationship between Professional
6  Education and sales and sales reps?  I mean, do you
7  work closely with sales?
8      A.    Yeah, well, within my -- when I was
9  in Prof Ed in 2006, my relationship was to help
10  getting their doctors registered.  They would sign
11  them up online and I would approve them and set up
12  events for them.  Yeah, so there would be
13  coordination between myself and them when
14  registering doctors to our events, yes.
15      Q.    Do you feel like Professional
16  Education is there, in fact, to help with sales?
17      A.    I think it's to help with the
18  training of our products.  I don't think it's to
19  help with sales.
20      Q.    Okay.  Do you think Professional
21  Education is there to help market the product?
22      A.    No.  I think, again, it's -- there is
23  information that's shared at those events that might
24  deal with the marketplace.  I don't know that that's
25  considered marketing.  But I know marketing covers a

28 (Pages 407 to 410)

Confidential - Subject to Protective Order

Page 411

1  lot of things. So I don't think Prof Ed is there to
2  market the product, no, that's a separate function.
3      Q.    Okay. Now, while you were a sales
4  rep, did you have any responsibility for training
5  docs on TVT products?
6      A.    Did I have any responsibility for
7  training docs --
8      Q.    While you were a sales rep.
9      A.    I'm sorry, when I was a sales rep;
10  no.
11     Q.    So, you did not, as part of your job
12  duties and responsibility, as a sales rep, train
13  physicians on the surgical use of the TVT products?
14     A.    No.
15     Q.    Okay. So I'm going to try today to
16  keep my questions very, very focused on TVT-S, which
17  has not been discussed a lot in the last day and a
18  half.
19         But before I do that, what also hasn't been
20  gone over is your HR file. So I'm just going to
21  take a few moments to go through those years,
22  hopefully, quickly.
23     A.    Okay.
24         MS. WILSON: Madam Court Reporter,
25  has his curriculum vitae been introduced into

Page 412

1  evidence?
2         Can I see that please.
3         (There is a discussion off the record.)
4      Q.    Okay. So I'm going to actually hand
5  you a different curriculum vitae, which was produced
6  in your custodial file and we're going to mark that
7  as Exhibit 757 and it's Bates No. 08692184.
8         (Deposition Exhibit No. T757, Bartholomew
9  Pattyson resume ETH.MESH.08692184 & 08692185 marked
10  Confidential Subject to Stipulation and Order of
11  Confidentiality, was marked for identification.)
12         MS. WILSON: And, unfortunately, I
13  think I only have one, one copy of this.
14         (There is a discussion off the record.)
15     Q.    I think we might be able to make a
16  copy.
17     A.    Okay.
18     Q.    So do you recognize that document,
19  Exhibit 757?
20     A.    Yeah, it's a copy of my resume.
21     Q.    Okay. And, as an employee at Ethicon
22  and Johnson & Johnson, did you keep your resume
23  updated?
24     A.    Yes. I have multiple versions of my
25  resume on my machine. I have various versions.

Page 413

1      Q.    Okay. So this is one of those
2  versions?
3      A.    This looks like a version, yes.
4      Q.    Okay. And would that have been a
5  version that you used in order to go to -- you've
6  had two positions within Professional Education, as
7  I understand it.
8         Is that a version that you used to go to
9  that Professional Education job No. 2?
10     A.    It's possible. I don't -- Prof Ed
11  job No. 2, I'm sorry, can you clarify that?
12     Q.    Let's see. What's the top date on
13  that resume? I can't see it.
14     A.    January 2008. Sorry.
15     Q.    Can I have it back just for a second.
16     A.    (The witness complies.)
17     Q.    Okay. So the last job on this is
18  February 2006 to January 2008 and during that time
19  you were a Professional Education manager?
20     A.    That's correct.
21     Q.    Okay. We're going to make a copy so
22  everyone can have that.
23     A.    Okay.
24     Q.    And what were your job duties and
25  responsibilities as a Professional Education manager

Page 414

1  from 2006 to 2008?
2      A.    Just like we described before,
3  organizing events for the training of surgeon to
4  surgeon events --
5      Q.    Okay.
6      A.    -- you know, out in the field.
7      Q.    And then in 2008 you became
8  Professional Education director worldwide; is that
9  correct?
10     A.    That is correct.
11     Q.    And how did your job duties and
12  responsibilities change at that point?
13     A.    Well, I no longer had -- it was kind
14  of unique because this job hadn't existed before,
15  the worldwide position. So it was a brand new
16  position.
17     Q.    Okay.
18     A.    And whereas in the previous role it
19  was planning and coordinating events. This new role
20  was to help share best practices on a global basis
21  with other J&J folks, internal folks, on how to safe
22  and effectively train doctors and how it's done in
23  the US and learn from them how they do it overseas.
24     Q.    Okay. I'm going to hand this back to
25  you. I think we've almost got those copies here.

29 (Pages 411 to 414)

Confidential - Subject to Protective Order

Page 415

1 And there are portions of that resume that I just
2 want to go over with you.
3 A. Sure.
4 Q. Okay. So let's look at February 2006
5 through January of 2008.
6 A. Uh-huh.
7 Q. And the title of the position is
8 "Ethicon Women's Health and Urology, a Johnson &
9 Johnson Company, Professional Education manager."
10 Alright. Go down to -- well, let's just
11 start with the top. The first responsibility
12 includes "creating and managing professional
13 training events for targeted physicians within four
14 sales divisions," and then it has in parenthesis "31
15 reps."
16 A. That's correct.
17 Q. Alright. So what does the "31 reps"
18 mean?
19 A. At or about the time that this resume
20 was updated, there was, I presume, 31 reps within
21 those four divisions or across those four divisions,
22 I should say.
23 Q. Okay. And why was that important to
24 you to put on your resume?
25 A. Simply that that's the number of reps

Page 416

1 that were in the sales divisions.
2 Q. Okay. And did you have contact with
3 those 31 reps?
4 A. Sure, as part of the job, I would
5 communicate with them infrequently.
6 Q. Infrequently?
7 A. Well, periodically, maybe that's the
8 right word I should use.
9 Q. Regularly, wouldn't you say?
10 A. Well, they didn't report to me, no.
11 There were some reps that I spoke to on a more
12 regular base than others and there are some that I
13 didn't speak to as regularly. So it depends on who
14 the rep is.
15 Q. And that's what I mean. I don't mean
16 one specific rep that reported to you.
17 But, in your position as Professional
18 Education manager, you regularly communicated with
19 the sales reps?
20 A. You could say that, sure.
21 Q. And the next bullet point is,
22 "Personally liaise with all external customers,
23 including medical faculty, medical institutions and
24 physician customers regarding content, program
25 execution and training requirements." Okay?

Page 417

1 A. Uh-huh.
2 Q. And what training requirements were
3 you talking about there?
4 A. I would imagine that has to do with
5 what are the elements and things that are needed for
6 the training events. So medical institutions would,
7 obviously, include if we're teaching at their
8 events, those requirements needed for us to be
9 there, be allowed in the hospital, things like this.
10 Whatever is needed to host or put on an event, we
11 need to communicated with -- I would need to
12 communicate, for example, with these individuals.
13 Q. Okay. And then the next bullet
14 point, "constant planning exists with internal
15 customers including marketing, medical affairs,
16 sales management and sales representatives regarding
17 teaching objectives."
18 A. Uh-huh.
19 Q. So did you constantly plan with sales
20 management and the sales representatives regarding
21 teaching objectives?
22 A. Constant planning exists? Yeah, I
23 think we were constantly reminding them to utilize
24 -- understand what training is and what happens at
25 Prof Ed because we hire new reps all the time and

Page 418

1 new managers and so constantly as we were hiring
2 them, make sure they're aware of what happens and
3 what are the objectives of these teaching events and
4 how it can be of value to their surgeons.
5 Q. Okay. And I just want to be clear.
6 You drafted this Exhibit 757, right?
7 A. Yes.
8 Q. Okay. The next one, personally
9 managed the training of 1100 physicians in 2006, 980
10 in 2007.
11 Did you personally manage the training of
12 1100 physicians in 2006?
13 A. That's -- if you read it deliberately
14 like that, it sounds like I managed their training.
15 I oversaw it from a Professional Education
16 perspective, yes.
17 Q. I'm just reading it like you put it
18 down here. So what did you mean?
19 A. Just what I just said. There is 1150
20 physicians trained in 2006 in my geography as well
21 as 980 in 2007. So I coordinated all of that.
22 Q. So, based upon Exhibit 757, it
23 seems as though there is a very close relationship
24 between Professional Education and marketing and
25 sales in promoting and training and putting on these

Confidential - Subject to Protective Order

Page 419

1  events; is that true?
2       MR. COMBS:  Object to the form.
3       A.    I would say there is a relationship,
4  absolutely.  We worked with marketing.  We worked
5  with sales.  There was communication and making each
6  other aware of certain things perhaps might have
7  been a project we worked on, yes.  There was
8  communication.
9       Q.    In becoming a Professional Education
10 manager, was that a promotion over being a sales
11 rep?
12      A.    I think so.  Unfortunately, might not
13 have been monetary, but I think on the level scale
14 it was -- I think it's considered a promotion, as
15 far as our HR levels are concerned.
16      Q.    In the proctorship and preceptorship,
17 is that something that Professional Education lines
18 up, manages and handles, or is that something that
19 sales reps line up, manage and handle?
20      A.    That is a Prof Ed responsibility.
21      Q.    Okay.  So the last full year, as I
22 understand your resumes, both of them, that you were
23 a sales rep, complete year, would have been 2005; is
24 that right?
25      A.    Yes.  That would be right, yes.

Page 420

1       Q.    Okay.  I'm going to hand you what
2  we're going to mark as Exhibit 758.
3            (Deposition Exhibit No. T758, 2005
4  Performance and Development Plan Summary for
5  Bartholomew Pattyson ETH.MESH.08692297 to 08692304
6  marked Confidential Subject to Stipulation and Order
7  of Confidentiality, was marked for identification.)
8       Q.    And the Bates No. is 08692297 and it
9  is 2005 Performance and Development Plan Summary for
10 Bartholomew Pattyson.
11           And is this something that employees, all
12 employees at Ethicon, go through every year?
13      A.    Yeah, there's performance and
14 development discussions routinely between employees
15 and their managers, yes.
16      Q.    Okay.  And who is Amy Vie?
17      A.    Amy Vie is -- was my manager within
18 sales during a portion of my selling time.
19      Q.    So let's go down to action plan,
20 about the bottom of the first page.  And it says,
21 "Targeting 5 to 7 TVT proctorships."
22      A.    Okay.  There are couple of action
23 plans there.
24      Q.    Do you see that?
25      A.    Yeah, I do now.

Page 421

1       Q.    Okay.  So under "action plan" on your
2  performance and development plan summary it says
3  that you targeted -- it either said you targeted or
4  wanted to target five to seven TVT proctorships.
5            So, in your capacity as a sales
6  representative for Ethicon and Johnson & Johnson,
7  can you please tell the ladies and gentlemen of the
8  jury what that means and what you were doing and
9  what the company wanted you to do?
10      A.    Well, I'm trying to recall what this
11 document or what Amy would have put here.  Targeting
12 5 to 7 proctorships, I think if I understood, if
13 that's what the question is, you know, using
14 proctorships or preceptorships for your surgeons is
15 an opportunity to help them with training.  So my
16 guess would be that would be to try and get doctors
17 to utilize our training, if that would help them or
18 if they asked for it.
19      Q.    Okay.  And it's important for you to
20 target these doctors to use the proctorships because
21 it in likelihood or it could help result in them
22 using your product?
23      A.    That could be a result, yes.  It's
24 really about safe and efficacious use, as we've
25 discussed.  We think training is a very valuable

Page 422

1  resource to our surgeon customers.  So, for those
2  that are interested, it's a -- it's there and all
3  the tools we have are available for them.
4       Q.    And I, certainly, invite you to read
5  all eight pages of your performance and development
6  plan and there is nothing about safe and efficacious
7  use of your product in here.
8            But going on, manager comments, "Bart has
9  done an excellent job in targeting and training
10 doctors according to their needs."  Okay.  So --
11      A.    Can you tell me where you are?
12      Q.    I'm sorry, under manager comments.
13      A.    Yeah.  I see that in multiple places.
14      Q.    It's bottom of the first page.  We're
15 still on that first page.  I will let you know if we
16 move off this page.
17      A.    Okay.  Gotcha, I found you.
18      Q.    Okay.  So your manager comment is
19 that you did a good job in 2005 on targeting and
20 training doctors according to their needs.
21           And you just testified -- you testified
22 yesterday and you testified today that sales reps do
23 not engage in training.  So what did your manager
24 Amy Vie mean by that?
25           MR. COMBS:  Object to the form.

31 (Pages 419 to 422)

Confidential - Subject to Protective Order

Page 423

1    A.   I can't -- you would have to ask Amy.
2    Q.   Okay.  Well, did you ask her during
3  this performance evaluation?
4    A.   I don't recall asking her that, no.
5    Q.   Okay.  Well, there is a section in
6  here where you can -- you have comments, employee
7  comments.  And did you say to her that, whoa, you
8  know, I don't train doctors?
9    A.   No, perhaps the discussion was more
10  along the lines of sending doctors to training
11  because that's what we did.  So I never trained
12  surgeons.  I know my manager, who was a sales rep
13  before me, never trained -- she never spoke of
14  training doctors nor did anybody I ever know.
15    So I think the comment that I read here is
16  talking about sending doctors to training.
17    Q.   Okay.  But that's not -- that's not
18  here, that's what you are assuming was meant seven
19  years ago, eight years ago, when this document was
20  completed?
21    A.   Yeah.
22    Q.   Okay.  I'm going to hand you what
23  we're going to mark as Exhibit 759.
24    (Deposition Exhibit No. T759, 2006
25  Performance and Development Plan Summary for

Page 424

1  Bartholomew Pattyson ETH.MESGH.08692305 to 08692311
2  marked Confidential Subject to Stipulation and Order
3  of Confidentiality, was marked for identification.)
4    MS. WILSON:  And this is Bates No.
5  08692305.
6    Q.   And this is your 2006 Performance and
7  Development Plan Summary and this was completed by
8  Paul Parisi.
9    Now, who is Mr. Parisi?
10    A.   Paul Parisi was my Prof Ed director
11  during portions of my time in Prof Ed.
12    Q.   Okay.  And you just testified that
13  raising sales for the product or marketing the
14  product was not your role in Professional Education
15  nor is it the role of Professional Education within
16  the Ethicon Johnson & Johnson Company; is that
17  right?
18    A.   That is correct.
19    Q.   That is your testimony?
20    A.   That is.
21    Q.   Okay.  And let's go down to under
22  "individual business objectives," Paragraph 2, do
23  you see that?
24    A.   Paragraph 2 within -- No. 2?
25    Q.   Yes.

Page 425

1    A.   Yes.
2    Q.   And it says, "Targeting and planning.
3  Develop and execute aggressive educational programs
4  to effectively raise the learning and sales of
5  region beyond 2006."
6    So, in fact, in terms of targeting and
7  planning, your boss, Paul Parisi, is telling you he
8  wants you to develop and execute an aggressive
9  educational program for the sole purpose of raising
10  the learning and sales of the region beyond what it
11  was in 2006.  Do you see that?
12    A.   Yes.
13    MR. COMBS:  Objection to form.
14    Q.   Okay.  So if, in fact, Professional
15  Education wasn't there to bolster marketing and
16  sales, why would Mr. Parisi put that in your
17  performance evaluation as that's one of your job
18  duties and responsibilities?
19    A.   As I've commented before, I think,
20  sales are a very understandable and potential result
21  to effective training and that's why we did our
22  training, to help doctors perform their procedure
23  safely.  If they chose to use it more, I would
24  determine that's going to -- could end in sales.
25    Q.   You talk an awful lot about safety.

Page 426

1  You have over the past day and a half.
2    Unfortunately, it's in none of these
3  documents, like performance and develop plan
4  summary.  For example, if you go to employee
5  comments, the next page.
6    A.   Uh-huh.
7    Q.   I mean.  You don't mention anything,
8  your comments about safety; is that correct?
9    MR. COMBS:  Objection to the form.
10    A.   My comments here?
11    Q.   Yeah.
12    A.   Give me a moment to read them.
13    No, I don't see anything about safety there,
14  that's correct.
15    Q.   And, I mean, take a look on Page 1,
16  Mr. Parisi, does he mention anything about safety,
17  that that's the goal and objective of Professional
18  Education to train doctors on the safe use of the
19  product?
20    A.   Without reading through
21  this completely yet --
22    Q.   Take your time.  It's not long.
23    A.   I don't see those specific words on
24  this document, no.
25    Q.   Okay?

32 (Pages 423 to 426)

Confidential - Subject to Protective Order

Page 427

1    A.    I can tell you, though, that we
2  always talked about patient safety.
3    Q.    Okay.  I realize you're telling me
4  that.  I'm just trying to find it somewhere.
5      Let's go down under manager comments.
6  "Bart hit our original but achieved 84 percent of
7  the revised training goals, he helped manage process
8  improvement with IM" -- what's IM?
9    A.    Information management.
10    Q.    (Continuing.)  "And systems issues to
11  get best cost tracking metrics and deliver these to
12  his sales and marketing partners.  Bart's region
13  exceeded their BP" -- what's BP?
14    A.    Business plan.
15    Q.    (Continuing.)  "By 1 percent or
16  $215,000"; is that right?
17    A.    Uh-huh.
18    Q.    So what does that mean?
19      MR. COMBS:  You have to answer out
20  loud, yes or no.
21      THE WITNESS:  Sorry.
22    A.    Yes.
23    Q.    What does that mean that you exceeded
24  your BP by $215,000?
25    A.    My understanding is that says my

Page 428

1  region, if I understand that correctly, that might
2  be their sales that -- yeah, I presume that's sales.
3  He's also talking about cost tracking and metrics.
4  So there's a chance that could be referring to our
5  budget because we had budget plans that we worked
6  on, too, so I can't tell from this e-mail.
7    Q.    Okay.
8    A.    Or from this document, rather.
9    Q.    Okay.  Let's go on down to three,
10  alright.
11    A.    Uh-huh.
12    Q.    It says, "TVT-S 22 doctors; $25,000."
13  What does that mean?
14    A.    It looks like those were platform
15  specific budget objectives.  So, as I just alluded
16  to in the comment before, all of our events cost a
17  lot of money and we have a certain amount of money
18  that we're not supposed -- we're supposed to try to
19  stay under.  So that's what I think that's referring
20  to.
21    Q.    Okay.  I'm going to hand you what is
22  Exhibit 760.
23      (Deposition Exhibit No. 760, 2007
24  Performance and Development Plan Summary for
25  Bartholomew Pattyson ETH.MESH.08692312 to 08692317

Page 429

1  marked Confidential Subject to Stipulation and Order
2  of Confidentiality, was marked for identification.)
3      MS. WILSON:  This is Bates No.
4  08692312.
5    Q.    This is your 2007 performance and
6  development plan and you're still the Professional
7  Education manager, right, in 2007?
8    A.    Yes.
9    Q.    Okay.
10    A.    It looks like the date was 2008 when
11  this was created.
12    Q.    Yeah, it was created in 2008.  It's
13  for 2007.
14    A.    Yes, you're correct.
15    Q.    Right?
16    A.    You're correct.
17    Q.    So it's for the complete year
18  January 2007 through December 2007.
19    A.    That's correct.
20    Q.    Okay.  And it was completed by Andrew
21  Meek.  Who is Andrew Meek?
22    A.    Andrew Meek was at this point in time
23  our team lead.  So we had -- Paul Parisi was our
24  director and Andy Meek was the team lead for our
25  group so...

Page 430

1    Q.    Okay.  Overall summary.  Can you read
2  the last sentence of the overall summary for the
3  ladies and gentlemen of the jury?
4    A.    Sure.  "Bart also has continued to
5  challenge himself to achieve new levels of sales and
6  marketing partnership."
7    Q.    Okay.  So that seems to be a very
8  important part of what your job was in Professional
9  Education in 2007, so much so that the person
10  completing this review gave you a shout out to say
11  that you did a good job with it, right?
12    A.    Yeah, that was Andy's comment there,
13  yes, that's correct.
14    Q.    Okay.  And going down under manager's
15  comments, same page, the paragraph numerically
16  numbered as 2.
17    A.    Uh-huh, yes.
18    Q.    It's titled -- it's labeled, "sales
19  partnership."  Do you see that?
20    A.    Yes.
21    Q.    Alright.  And the second sentence
22  there says, "work closely with DM's" -- what's a DM?
23    A.    Wait.  I see RD's first.  Is that
24  around the same -- oh, no, up top, under No. 2.
25      "Works close with DM's," yes, those were

33 (Pages 427 to 430)

Confidential - Subject to Protective Order

Page 431

1  division managers.
2      Q.    Okay. "Work closely with division
3  managers and RBD" -- what's an RBD?
4      A.    That would be a regional business
5  director, which is the director above the DM.
6      Q.    (Continuing.) "To optimize Prof Ed
7  to achieve training and budget targets and meet
8  sales business plan objectives."
9      So what was the Prof Ed's sales business
10 plan objectives in 2007?
11     A.    You'd have to ask the sales or
12 marketing folks. I don't have -- I'm not sure what
13 the business plan was for that year.
14     Q.    Well, you had to have some idea
15 because part of your job duty and responsibility was
16 to meet the sales business plan objectives?
17         MR. COMBS: Object to the form.
18     A.    I think my objectives, if I read this
19 correctly, was to achieve training and budget
20 targets.
21     Q.    "And meet sales business plan
22 objectives."
23     A.    Again, work closely with DM's and
24 RBD's to optimize Prof Ed to treat -- I'm sorry, to
25 achieve training and budget targets and to meet

Page 432

1  business -- sales business plan objectives, which to
2  my understanding have, you know, training doctors as
3  a part of their business plan. So I helped them
4  with that.
5      Q.    Okay. That doesn't say that in here,
6  though?
7      A.    Okay. I didn't write this either, so
8  I don't know what his comments are or were.
9      Q.    But, Mr. Pattyson, you reviewed this.
10 In fact, the company gives you an opportunity to
11 respond to this. So let's turn over to Page 2 under
12 employee comments.
13     A.    Uh-huh.
14     Q.    Did you have any problem at all with
15 anything he said about you meeting the sales
16 business objectives on Page 1? Why don't you read
17 your employee comments to the ladies and gentlemen
18 of the jury?
19     A.    Under No. 2?
20     Q.    Employee comments, the only section
21 on Page -- the next page.
22     A.    Oh, I'm sorry. "All projects above
23 while gaining momentum are long-term projects; LAP
24 program received great feedback, and will be
25 reinstituted in 2008; PROSIMA e-modules and

Page 433

1  continued enhanced like tele-surgeries will continue
2  in 2008 as well."
3      Q.    So you didn't have a problem or you
4  weren't confused about anything on Page 1, were you?
5          MR. COMBS: Object to the form.
6      A.    No. But I think that's referencing
7  objective three but...
8      Q.    Alright. Okay. 2008 is when you got
9  your promotion within Prof Ed, right?
10     A.    That's correct.
11     (Deposition Exhibit No. T761, 2008
12 Performance and Development Plan Summary for
13 Bartholomew Pattyson ETH.MESH.0892318 to 0869232
14 marked Confidential Subject to Stipulation and Order
15 of Confidentiality, was marked for identification.)
16     (There is a discussion off the record.)
17     Q.    How did your promotion come about
18 within Prof Ed?
19     A.    How did it come about?
20     Q.    Yes. Did you apply for a new
21 position or --
22     A.    I did.
23     Q.    -- did your supervisors come to you
24 and say, hey, we want to promote you?
25     A.    I applied for the position.

Page 434

1      Q.    Okay. So let's go down to -- first
2  of all, this is Bates No. 08692381.
3          MR. COMBS: 2318.
4          MS. WILSON: 2318.
5      Q.    So let's go down to the bottom of the
6  page under -- there is a section here on your
7  performance and development plan for 2008. This was
8  completed in February of 2009, sales partnership.
9  And it says, "Effectively manage Professional
10 Education within assigned sales division." Do you
11 see that?
12     A.    I do.
13     Q.    So, in your role as Professional
14 Education manager, you had assigned sales regions
15 that you worked with?
16     A.    That's correct.
17     Q.    Okay. How many?
18     A.    At this time?
19     Q.    Yes.
20     A.    Or...
21     If you're asking me how many divisions,
22 right? Four, typically, four, maybe five.
23     Q.    Okay. And then the next sentence
24 says, "Work closely with DM's and RBD's to optimize
25 Prof Ed to achieve training and budget targets and

34 (Pages 431 to 434)

Confidential - Subject to Protective Order

Page 435

1  meet sales business plan objectives." Do you see
2  that?
3      A.    I do.
4      Q.    It's the exact same as the year
5  before, isn't it?
6      A.    That's not exactly the same, but some
7  of the words are similar to the previous, yes.
8      Q.    Okay. Well, can we agree that Prof
9  Ed is to achieve training and budget targets and
10 meet sales business plan objectives is just like
11 your last exhibit? I mean, if you want to pull it
12 out, you got them right there in front of you. You
13 can compare them, if you can.
14     A.    No, I realize they're worded very
15 similarly, yes.
16     Q.    Now, look at "action plan." Do you
17 see that at the very bottom?
18     A.    I do.
19     Q.    And then if you go to the kind of
20 second point under action plan, which is actually
21 the top of the next page, it says, "Continue talent
22 development by conducting regular sales
23 representative field rides."
24     A.    Uh-huh, yes.
25     Q.    So, as Professional Education

Page 436

1  manager, you were actually -- part of your job duty
2  and responsibilities were actually to do field rides
3  with the sales reps?
4      A.    Well, I was a sales trainer in my
5  previous role. So I did a lot of field rides and
6  assisting with and coming in and assisting with
7  training of sales reps in that role.
8         So, in this role, I still did that. And it
9  looks like this was under action plan. So this
10 would be something that at that time, I guess,
11 Lissette had said, continue to do that to help them
12 in any way that I can maybe with anything that they
13 might have questions on that I can help them with.
14     Q.    So, if I understand your testimony,
15 you in Professional Education actually had more
16 contact with the sales reps than perhaps others?
17     A.    No. There is many salespeople that
18 go into Prof Ed so -- and all of us communicate on
19 various levels with sales reps on a regular basis,
20 yes.
21     Q.    But you were having a lot of
22 communications with sales?
23     A.    Yes.
24     Q.    Okay. And who is Lissette
25 Caro-Rosado?

Page 437

1         MR. COMBS:  Asked and answered.
2      A.    She is or I should say was my
3  director for a period of time during Prof Ed.
4      Q.    Okay. For the sake of brevity, I'm
5  going to skip through a few. And I want to talk to
6  you about something that happened last year.
7         MS. WILSON:  And, unfortunately, I
8  don't have a copy of this. This is
9  ETH.MESH.08692278.
10        (There is a discussion off the record.)
11        MR. COMBS:  Is this Exhibit 762?
12        MS. WILSON:  It will be, sir.
13        MR. COMBS:  Okay.
14     (Deposition Exhibit No. 762, Memorandum to
15  Bart Pattyson from Dave Bourdeau ETH.MESH.08692278 &
16  08692279 marked Confidential Subject to Stipulation
17  and Order of Confidentiality, was marked for
18  identification.)
19     (There is a discussion off the record.)
20     Q.    Who is Dave Bourdeau?
21     A.    Dave Bourdeau is the worldwide
22 director of Prof Ed.
23     Q.    Okay. Is he your boss?
24     A.    He would be my previous boss's boss.
25     Q.    Okay. Who was your boss June 6th,

Page 438

1  2012?
2      A.    Paul Parisi.
3      Q.    Okay.
4      A.    June 6th, yeah, Paul Parisi.
5      Q.    So this is a letter where you
6  received a verbal warning from the company on
7  May 21st, 2012, and I'll read this into the record.
8         "It was brought to my attention you had a
9  conversation with your direct supervisor on Friday,
10 May 11th, 2012, regarding his upcoming job
11 interview." So would that have been Mr. Parisi?
12     A.    That's correct.
13     Q.    Okay. And he's been deposed in this
14 litigation before, right?
15     A.    I believe so.
16     Q.    Okay. And were you and him pretty
17 good friends?
18     A.    As friendly as you can be with your
19 manager, yes.
20     Q.    Okay. "In this conversation, the
21 subject of interview guides came up and he indicated
22 it would be good if he knew what questions were
23 going to be asked of him."
24        Was he applying for some sort of position?
25     A.    There was some reorganization

Confidential - Subject to Protective Order

Page 439

1  happening at the time in the company, yes.
2  Q.  "You confirmed, you asked him if he
3  would like for you to obtain a copy of the interview
4  guides.  He indicated, yes, and then you went and
5  asked the administrative associate who was managing
6  the interview process for a copy of the interview
7  guide."
8  Was this violation of company policy?
9  A.  I, certainly, didn't think so because
10  these interview guides that we're referring to are
11  publically available on our Intranet.
12  Q.  Okay.  Why didn't Mr. Parisi just get
13  it himself then?
14  A.  Because you really need to see your
15  Intranet site and we have many of them.  It's a
16  little tough to find documents on there.
17  Q.  But you were able to find it easily?
18  A.  Yeah -- no, that's actually why I
19  went to the administrative assistant.  But I didn't
20  know where these were because these were newer
21  interview guides.
22  Q.  Okay.  So you went to some trouble to
23  get this for Mr. Parisi?
24  A.  I wouldn't call it "trouble."  I just
25  walked down a few steps and asked our admin if she

Page 440

1  would -- if she can provide it.
2  Q.  Okay.  And she did, right?
3  A.  I believe she did, yes.
4  Q.  Okay.  And then Mr. Bourdeau goes on
5  to say, "As I explained to you on our conversation
6  on May 21, 2012, this incident exhibits
7  inappropriate behavior on your part.  As we also
8  discussed, your supervisor could have represented
9  himself and although inappropriate could have
10  requested the interview guide himself versus having
11  you try to obtain the interview guides.  Bart, this
12  serves as a formal warning.  Failure to correct this
13  behavior and/or any further violation of company
14  policy, standards or practices will result in
15  additional disciplinary action up to and including
16  termination of your employment.  A follow-up meeting
17  has been scheduled for delivery of this on June 6th,
18  2012 at 11:00 a.m."
19  Did that meeting happened?
20  A.  Yes, I believe it did.
21  Q.  What happened at that meeting?
22  A.  I think what they just discussed,
23  that I would be receiving this warning.
24  Q.  Okay.  Were there other people
25  competing for this job?

Page 441

1  A.  I believe so.
2  Q.  Okay.  So would it have been cheating
3  or dishonest for Mr. Parisi to already have the
4  interview questions, if other people didn't already
5  have the interview questions?
6  A.  I think this is in reference to an
7  interview guide.  So, as I mentioned, these are
8  publically available in our company.  They are in
9  the public domain, if you will, within the company.
10  Q.  Well, can you tell the ladies and
11  gentlemen of the jury why your company had a problem
12  and reprimanded you about this?
13  A.  No.  I'm afraid I can't.
14  Q.  You don't think you did anything
15  wrong?
16  A.  No, I, honestly, don't.
17  Q.  Okay.  Did you tell Mr. Bourdeau
18  that?
19  A.  I absolutely did.
20  Q.  Okay.  He disagreed, right?
21  A.  You'd have to ask him where his
22  stance is on that right now.
23  Q.  I'm just saying in the letter.  He
24  said, do it again, I'm going to fire you, pretty
25  much, right?

Page 442

1  MR. COMBS:  Objection to form.
2  A.  The warning says something to that,
3  you know, further behavior or failure to correct the
4  behavior could result in other action, yes.
5  Q.  Up to and including termination of
6  your employment?
7  A.  That's correct.
8  Q.  Okay.  Are you familiar with the IFU
9  for the TVT-S product?
10  A.  Yes.
11  Q.  Has that IFU, to the best of your
12  knowledge, ever been updated or changed from launch
13  until the time Ethicon or Johnson & Johnson
14  voluntarily took it off the market?
15  A.  I do not recall if it was updated or
16  changed, no.  But I didn't work in that department.
17  Q.  Well, why was it taken off the
18  market?
19  A.  I can't answer that.
20  MR. COMBS:  And object to the form.
21  Q.  What did the company tell you about
22  why they were taking it off the market?
23  MR. COMBS:  Can I have a continued --
24  just a continued objection to the form on that?
25  MS. WILSON:  Sure.

36 (Pages 439 to 442)

Confidential - Subject to Protective Order

Page 443

1           MR. COMBS:  Okay.
2      A.    Can you repeat the question, please?
3      Q.    What did the company tell you as
4  worldwide director of Professional Education as to
5  why this product was coming off the market?
6      A.    Not a lot, to be honest.  My
7  understanding was that, that was a space, as they
8  refer to it in marketing, that we no longer wish to
9  participate in, from a product perspective.  So that
10  was my understanding.
11      Q.    I'm going to mark the IFU as
12  Exhibit 763 and have you take a look at it.  I'm not
13  going to talk about it a lot now, but I want you to
14  keep it handy.
15      Take a look at it and tell me if you
16  recognize it.
17      A.    Okay.
18      (Deposition Exhibit No. T763, IFU for
19  Gynecare TVT Secur ETH.MESH.02340568 to 02340590,
20  was marked for identification.)
21      A.    Yes.
22      Q.    Okay.  You can kind of put that aside
23  for now.
24      A.    Okay.
25      Q.    Is it fair to say that the entire

Page 444

1  time TVT-S was on the market you were in
2  Professional Education?
3      A.    Forgetting the exact date of when it
4  was withdrawn, I think, that would be safe to say.
5      Q.    Okay.
6      (There is a discussion off the record.)
7      Q.    And were you involved in planning,
8  managing, overseeing Professional Education events
9  involving TVT-S?
10      A.    Yes.
11      Q.    And would you be familiar with the
12  Professional Education materials used for those
13  events?
14      A.    Yes.  The ones I participated in.
15      Q.    Okay.  And, as the worldwide director
16  of Professional Education, you testified yesterday
17  and, I think, today too that puts you in a position
18  to communicate with preceptees all over the world
19  and get feedback from them on various products; is
20  that correct?
21      A.    I don't remember that exact
22  statement, if you will.  But I did meet preceptees
23  at international events.  More often than not I was
24  liaising with J&J folks.
25      Q.    Okay.

Page 445

1      A.    But I did meet them at some events I
2  attended, yes.
3      Q.    I can probably find the exact place
4  you testified to this, so we can, if we need to.
5      Why don't you tell me then today if as the
6  director, worldwide director of Professional
7  Education, did that put you in a position to
8  communicate with more people, specifically,
9  physician customers about the J&J products?
10          MR. COMBS:  Object to form.
11      A.    Yes, I met more customers in that
12  role traveling overseas, that's correct, and I met
13  preceptees and preceptors in that time.
14      Q.    Okay.  And did you consider feedback
15  that you got from your physician customers important
16  on the use of the company products?
17      A.    Absolutely.
18      Q.    And, as you've talked here for the
19  last day and a half, you considered safety an
20  important issue?
21      A.    Probably one of the most important
22  issues, if not the...
23      Q.    Okay.  I'm sorry, it's taking just a
24  minute to copy.
25      A.    No problem.

Page 446

1      (There is a discussion off the record.)
2      Q.    Mr. Pattyson, I'm going to represent
3  to you that this is what's been produced in this
4  litigation by your company as an index of all the
5  Professional Ed materials that got used on the
6  various TVT products.
7      A.    Okay.
8      Q.    All I want to focus on, okay, is what
9  got used in any way shape or form for Professional
10  Ed on TVT-S, okay?
11      A.    Okay.
12          MR. COMBS:  Objection to counsel's
13  statement.
14          MS. WILSON:  What statement was
15  objectionable?
16          MR. COMBS:  Just that the statement
17  that you placed on the record and made to the
18  witness regarding what was represented in relation
19  to the production of this chart so...
20          MR. THORNBURGH:  I'm sorry.  I'm just
21  trying to understand.  It was the entire
22  Professional Education material that went -- the
23  copy approved process?
24          MR. COMBS:  It was represented that
25  this was the -- basically, the representation made,

Confidential - Subject to Protective Order

Page 447

1    as I understand it, because I didn't make it, was
2    that it was the best the company was able to
3    determine at this time. That's what I understand
4    the representation was.
5         MS. WILSON: I understand this to be
6    produced to us, all the TVT Professional Education
7    materials used. Maybe you want to take a look at
8    that. Are you telling me that it's not?
9         MR. COMBS: No, I didn't say that. I
10   said that the representation made was that this is
11   what the company had been able to identify to date.
12        MS. WILSON: Okay.
13        MR. THORNBURGH: So I'm just trying
14   understand. Has the company identified additional
15   Professional Ed material that hasn't been provided
16   to us in the last few days?
17        MR. COMBS: Not that I'm aware of.
18        MR. THORNBURGH: Is there another
19   index; is that what you're saying? Is there another
20   index that we have that's different than that one?
21        MR. COMBS: Not that I'm aware of.
22        I just think it's important that the
23   representations made on the record are accurate.
24   That was what the representation made was. But, no,
25   I'm not aware of additional index.

Page 448

1         MR. THORNBURGH: I'm just trying to
2    understand what's inaccurate about the
3    representation, just so that we have it.
4         MR. COMBS: Her representation on the
5    record was that we said that this was everything,
6    and that's not what we said. This is -- what we
7    said is this is what we have been able to identify
8    to date.
9         MR. THORNBURGH: I gotcha.
10        MR. ROSENBLATT: There could be
11   something that if we find anything else. But they
12   wanted to establish at that point in time and that's
13   what we were able to provide.
14        MR. THORNBURGH: To the extent
15   there's more, then we may have to come back and take
16   additional depositions.
17        MR. COMBS: And I'm not aware of an
18   additional index. That's the representation. I
19   want the record to be correct.
20        MS. WILSON: Okay, fair enough.
21        Q.   To be clear, this is what was
22   produced to Plaintiffs' counsel on June 4th of 2013
23   about five weeks ago. And this is what we've used
24   in preparation, specifically, for your deposition,
25   okay. Because you're the Professional Ed fact

Page 449

1    witness that we're deposing.
2         So what I want you to do for me is to go
3    through this index and tell me what Professional Ed
4    materials, which ones in any way, shape or form
5    pertain to TVT-S and that's all, okay?
6         A.   Okay. Just based on the description
7    here?
8         Q.   If you can.
9         A.   Yeah, sure.
10        Q.   And what we'll do --
11        MS. WILSON: Let me finish and then
12   you can place your objection, whatever you have.
13        Q.   And what we'll do, in fairness to
14   you, because I realize it's hard to identify from a
15   chart, I pulled what I believe to be all the TVT-S
16   Professional Education material. So we'll go
17   through that stack as well. But let's just start
18   with this chart.
19        A.   Sure.
20        MR. COMBS: Yeah. And I'll just also
21   point out for the record that Mr. Pattyson is here
22   testifying as a fact witness, not as a 30(b)(6)
23   witness.
24        MS. WILSON: I totally agree.
25        Q.   Okay. So go through the index and

Page 450

1    identify for me --
2         A.   Okay. That's what you would like me
3    to do?
4         Q.   Yeah. And you can do it by number,
5    okay?
6         A.   That first number to the left.
7         Q.   Yes.
8         A.   Okay.
9         And the copy approval index date, copy
10   approval date.
11        Okay. So TVT tension-free vaginal tape is
12   No. 1, that's not -- I don't know that to be a
13   Secur.
14        Q.   That is not a Secur?
15        A.   Not to my knowledge.
16        TVT Prof Ed program, again, based on this
17   title and date, I would presume, no.
18        Do you want me to go through each one like
19   this?
20        Q.   You know, it's fine if you just
21   identify what is TVT-S --
22        A.   Okay.
23        Q.   -- rather than --
24        A.   Based on -- yeah, sure. It's tough
25   to say if TVT-Secur was presented just by looking at

38 (Pages 447 to 450)

Confidential - Subject to Protective Order

Page 451

1  the title. Some would probably be obvious.
2      If I look at No. 16, 17, 18, 19, 20, 21,
3  combined TVT Prof Ed slide deck might include Secur
4  TVT video -- No. 24 -- so that was 23 and 24.
5      What is left behind -- I don't recall. The
6  tough part here for me is to remember -- a lot of
7  our decks to say includes anything -- if it just
8  includes a slide on TVT-Secur, is that enough? If
9  it includes any information on Secur, correct?
10     Q.    Yes, that's right any information.
11     A.    So I must be honest that there might
12 be slides that represent TVT-Secur information if
13 the market was -- if the product was on the market
14 in any one of these decks, but I'm just going by
15 what I see has TVT-Secur kind of in the title.
16     Q.    I want you to go by what you see, but
17 I also want you to go on what you know, based upon
18 your knowledge. If you recall any of these
19 education materials pertaining to TVT-S, tell me
20 that as well. So what you see and what you know.
21     A.    Yeah. I'll state again that I
22 participated in whether on a video conference like a
23 webinex, it could be a dinner event, it could be a
24 cadaver lab, it could be a preceptorship. I've seen
25 a lot of decks that were used in Prof Ed. I've seen

Page 452

1  a lot of decks and, I think, some of them here today
2  that might have been used in a Prof Ed, might not
3  have. There's a lot of decks that I've seen over
4  the course of my career and all of them have various
5  titles.
6      So, even the one I see here says,
7  TVT-Abbrevo, there could potentially be TVT-Secur
8  information in that deck. So I just put to you that
9  it's difficult for me to say which decks had -- I
10 can see ones that seem to focus on it. That's clear
11 to me.
12     Q.    Okay. I think we left off on 25.
13     A.    Yes.
14     Q.    Does that have TVT-S? I think it did
15 a little bit.
16     A.    Yeah. I don't know. I mean, it's
17 referring to the mesh, which was used in the sling
18 so...
19     Q.    I think it did. Yeah, I know it did.
20 25 I've got that pulled.
21     So what about 26?
22     A.    TVT local awareness dinner? I'm sure
23 it was about TVT-O, but it's clinical consideration.
24 So, if Secur was on the market, it could have. It
25 looks like this was a focus on TVT-O, though.

Page 453

1      Certainly, 27 looks like it spoke to it, 28,
2  29. I would put to you that Exact and Abbrevo, so
3  any of these decks could have spoken to TVT-Secur.
4  If it was on the market. So I would send, you know
5  -- I don't see any that may not have included
6  something. That's true.
7      MR. COMBS: Yeah. And I just want to
8  place something on the record and correct a
9  statement I made.
10     I spoke to Mr. Rosenblatt. He said that
11 there is a subsequent index that was produced to
12 Plaintiffs' counsel. I wasn't involved in that
13 but...
14     MR. ROSENBLATT: I believe it would
15 have been June 13th or 14th around there. It had 52
16 entries.
17     MS. WILSON: With 52?
18     MR. ROSENBLATT: I believe that's the
19 correct number.
20     MS. WILSON: I don't have that.
21     Do you have that?
22     MR. THORNBURGH: I don't know what
23 you're looking at.
24     MS. WILSON: Let's take a look.
25     MR. COMBS: Well, I'm looking at what

Page 454

1  --
2      MR. THORNBURGH: I haven't seen what
3  she provided as an exhibit. So I don't know --
4      Q.    My colleague may have something more
5  updated. This is all I've received.
6      A.    Okay.
7      Q.    But, in just sake of time continuing
8  on, is there anything on this list -- put it like
9  this.
10     Are there any Professional Education
11 materials dealing with TVT-S that you remember
12 that's not on this list?
13     A.    Yeah. I mean, these are -- are you
14 talking -- these look like mostly just -- no,
15 there's decks and videos. But I seem to recall
16 there's, you know, brochures, other information that
17 might refer to TVT-Secur. I don't know if there is
18 a selling guide or something. I don't recall right
19 now at this moment. But beyond the deck, we often
20 had other materials that would be adjunctive to
21 that kind of course.
22     MS. WILSON: Okay. And I can easily
23 get -- we'll e-mail someone and have them sent over.
24 You said it was June 13th?
25     MR. ROSENBLATT: Around that

Confidential - Subject to Protective Order

Page 455

1  timeframe.
2          MS. WILSON:  Okay.
3          MR. ROSENBLATT:  And all the -- I
4  don't think that is inclusive of all of the videos.
5          MS. WILSON:  Okay.
6          MR. ROSENBLATT:  Those have been
7  produced on hard drive.
8          MS. WILSON:  Okay, okay.  I'll send
9  an e-mail.
10         Why don't we take a short break.  I can tell
11 you -- I mean, I'm not done with TVT-S by any
12 stretch.  I just started it.
13         MR. COMBS:  Well, I mean, that's --
14         MS. WILSON:  And I haven't repeated
15 any questions and I don't think I've been slow.
16         MR. COMBS:  But that was the whole
17 point of yesterday and why I tried to place on the
18 record and inform everybody and why we sent a letter
19 in advance, you know, so that you guys would budget
20 your time.
21         I mean, earlier today Mr. Thornburgh spent a
22 half an hour asking this witness questions about a
23 presentation that then Mr. Thornburgh then
24 questioned him on to say that you weren't even there
25 and you don't even have any firsthand knowledge

Page 456

1  about it and everything you're saying about is
2  hearsay.  And we walked through 31 slides in which
3  he was asked to read slides on a specific thing that
4  Mr. Thornburgh then attempted to introduce testimony
5  that he didn't know -- that he didn't know about.
6  So that was the whole point.
7          And that was the whole point of why I asked
8  yesterday that we establish some objective time that
9  we would finish your questioning.
10         I'm not finished yet.
11         MR. THORNBURGH:  Sorry.
12         MR. COMBS:  That we would have some
13 objective time that we would finish by because I
14 knew this would happen, that we would get to the
15 time and you guys would say, we're not done.  And at
16 some point, you know, it should be done.
17         I mean, this witness should have been a
18 one-day witness.  I asked, as I said yesterday,
19 let's call the judge and let's get this issue in
20 front of the judge.  We went late last night.  We
21 started early today.  We've gone, you know, a half
22 day already.  And, you know, it's not fair to him.
23         MR. THORNBURGH:  I'm sorry.  Let me
24 respond to the first part of that, I guess, because
25 I think it was relative to my part.

Page 457

1          No. 1 is I did cut back on a lot of my
2  questioning that I had for this witness because
3  there was a lot of information that this witness had
4  with his custodial file.  So I have -- I did
5  everything I could to accommodate rather than come
6  in and use the 50 exhibits that I had, I came in and
7  used like 4 or 5 this morning.
8          And questioning about Professional Education
9  material that was created through the Professional
10 Education department, which was presented by a
11 preceptor, who was a KOL, which the witness
12 acknowledged, is absolutely relevant to this
13 witness.  So it wasn't a waste of time at all.
14         MR. COMBS:  I'm sorry.  I'm sorry
15 that I interrupted you.  Go ahead.
16         MR. THORNBURGH:  Well, I don't think
17 that matters.  I think it was an important topic.
18 He said -- he testified yesterday that the
19 Professional Education department was proactive
20 after the public health notification and that
21 exhibit established, in my opinion, that they were
22 proactive in trying to undermine the public health
23 notification with their key opinion leaders.
24         And so that's absolutely relevant to his
25 testimony and I think impeached not only his

Page 458

1  credibility but his earlier testimony.  So it was
2  relevant and that was necessary.
3          But I had and have 50 more exhibits that are
4  relevant to this witness that I elected not to use.
5  So it's not fair to her or to the thousands of
6  Plaintiffs who have been injured by this product for
7  you to cut off this deposition.
8          MR. COMBS:  The whole reason that we
9  -- the whole reason I asked yesterday that we
10 establish some objective time so that you guys would
11 budget your time and question the witness.  That's
12 the whole reason.  It's the whole reason that we
13 asked that.
14         MR. THORNBURGH:  What I'm telling you
15 is I did budget my time, you know.  So she's got
16 additional questions to ask about TVT-Secur.
17         So, if you're telling her that she's not
18 going to be permitted to continue to ask questions
19 -- I mean, I don't known even know what we're
20 talking about -- if you're saying that, then that's
21 an issue.  But, if you're not saying that, then
22 let's move forward.
23         MR. COMBS:  I'm just waiting for you
24 to finish and then I'm going to talk.  Are you
25 finished?

40  (Pages 455 to 458)

Confidential - Subject to Protective Order

Page 459

1        MR. THORNBURGH: Yes.
2        MR. COMBS: Do you have anything that
3   you want to place on the record in that regard?
4        MS. WILSON: Yes, I do. I spoke with
5   lead counsel yesterday, Tom Cartmell, and spoke with
6   Brian Elstock (phonetic), who I talk with all the
7   time, and they have a different take on what
8   happened before the Judge in terms of one-day
9   depositions and two-day depositions. They never
10  agreed that this was a one-day deposition. It is
11  totally appropriate that this would be multi-day.
12  We're dealing with three products here.
13       There's -- Plaintiffs' counsel hasn't done
14  anything wrong. We're not trying to keep anyone
15  here for an extended period of time. But we just
16  started TVT-S and I'm moving as quickly as I can and
17  I'm not done. I'm not close to being done. And we
18  have to elicit this testimony. And we're all here
19  and, you know, it makes sense to go ahead and press
20  on and get this done today.
21       MR. COMBS: And how much more are we
22  talking about?
23       MR. THORNBURGH: Until she's done.
24       MS. WILSON: Until I'm done. It's
25  probably --

Page 460

1        MR. COMBS: Okay. Let's just call
2   the Judge. I mean, I asked you guys last night. I
3   asked you multiple times. I said, let's call the
4   Judge and let's get whether it's one hour, two
5   hours, whatever, let's get some kind of time limit
6   so that this witness doesn't have to sit here and
7   just be questioned for days on end, you know, and --
8        MS. WILSON: He's not.
9        MR. THORNBURGH: I can just say one
10  thing. We had a deposition notice that was for day
11  to day, not two days. I mean, to make this
12  assumption that we only have two days, I think, is
13  inappropriate. The Court hasn't restricted us to
14  two days.
15       We've taken numerous multi-day depositions
16  in this case. It's not uncommon to take multi
17  depositions in a case this complex, in a case
18  involving one product, nevertheless three.
19       MR. COMBS: Okay. And any -- there
20  is a difference between taking a multi-day
21  deposition by agreement and taking a multi-day
22  deposition over our opposition. It's completely
23  different.
24       MR. THORNBURGH: Well, listen, if you
25  are -- if we're going to call the Judge to talk

Page 461

1   about continuing --
2        MR. COMBS: If you can tell me, yeah,
3   like I'll finish like in an hour or something like
4   that, we'll talk --
5        MS. WILSON: I'm not going to be done
6   in an hour.
7        MR. COMBS: So we're going to go all
8   day today after -- we're going to go all day after
9   I, specifically, asked you guys yesterday -- I said,
10  if you plan on going all day, let's jut get the
11  Judge on the phone. I asked you that over and over
12  again.
13       MR. THORNBURGH: You said that at
14  4:30.
15       MR. COMBS: I said it yesterday
16  morning. I said it yesterday morning when you said
17  on record you would take a two-day deposition. I
18  said, no, let's get on the Judge on the phone, let's
19  figure that out. And we had a conversation on the
20  record that we were going to talk about that. And I
21  mean...
22       MR. THORNBURGH: Listen --
23       MR. COMBS: I mean, I know you don't
24  agree. Mr. Pattyson has got rights as a witness.
25  And that's why the federal rules say depositions are

Page 462

1   presumptively one day. I know you don't agree with
2   that. I know you don't think that it matters that
3   that's what the rule says or that he has rights in
4   that regard, but he does.
5        MR. THORNBURGH: Listen, I appreciate
6   that witnesses have rights. You know, I appreciate
7   that.
8        But we've gone through two products in less
9   than two days, which is pretty good. And so all
10  she's asking for --
11       MS. WILSON: Few more hours.
12       MR. THORNBURGH: -- is let her finish
13  her questioning on a third product for the remainder
14  of the day. I think it's reasonable that we try to
15  get done three products in two days.
16       MS. WILSON: Two days.
17       MR. COMBS: And I wish you guys would
18  have done me the courtesy of telling me that last
19  night. We could have got the Court on the phone
20  because the Court -- maybe the Court would have said
21  you get a whole day. But it's also very, very
22  likely the Court would have said, okay, you can have
23  an extra hour, two hours, three, four, whatever,
24  whatever Judge Eiffer would have said. I just wish
25  that you guys would have done me that courtesy.

41 (Pages 459 to 462)

Confidential - Subject to Protective Order

Page 463

1    I mean, I don't know how many exhibits you
2  have. I don't know what your plan was. I'm not
3  privy to what the length of the questions you intend
4  of the witness. And I just wish that I had been
5  afforded that courtesy and Mr. Pattyson had. I just
6  wish that because we could have got Judge Eiffer on
7  the phone and we would have all had -- the issue
8  would have been resolved.
9    MR. THORNBURGH: So it wasn't a
10  matter of disrespect. I told you I couldn't commit
11  to a 12:30 time. That's what I told you last night.
12    And what I did last night after we left here
13  was took 50 exhibits relevant to this witness off of
14  the list and used four instead.
15    MR. COMBS: If you're --
16    MR. THORNBURGH: I mean, it's not a
17  matter of disrespect. It's a matter of I never
18  committed to a 12:30 end point.
19    MS. WILSON: I definitely didn't.
20    MR. COMBS: Well, you all speak with
21  one voice. There is not a difference here --
22    MS. WILSON: I agree. No, I'm saying
23  we didn't. I went and got Tom on the phone, went
24  and got Brian. We did not commit stopping at 12:30
25  today. If we need to get the Judge on the phone, we

Page 464

1  will. It's going to waste a lot of time and money
2  if we just don't go ahead and bang this out.
3    MR. COMBS: No, it's not a waste of
4  time. It's going to save time.
5    MS. WILSON: Okay.
6    MR. COMBS: It's not going to waste
7  time. It's going to save time because we will have
8  some limit on how long this deposition lasts, which
9  we don't have.
10    MS. WILSON: We can get the Court on
11  the phone. But we've got to have testimony from
12  this witness on TVT-S and we don't have it.
13    MR. COMBS: Okay. Well, let's get --
14  and you're telling me you're going to take the rest
15  of the day on TVT-S with this witness?
16    MS. WILSON: I'm saying I'm going to
17  take more than an hour. That's for sure.
18    MR. COMBS: I mean, how long are you
19  going to take? If you can't tell me -- we can go
20  off the video. This doesn't need to be on video.
21    Go ahead -- we can go off the video. We
22  will remain on the record.
23    THE VIDEOGRAPHER: The time is now
24  12:47. This is the end of Disk No. 3. We're going
25  off the record.

Page 465

1    MR. COMBS: If you can't tell us how
2  long it's going to take, then let's just get Judge
3  Eiffer on the phone and just get some answer as to
4  how long you get. I mean, Judge Eiffer doesn't mind
5  being called on this.
6    MS. WILSON: No, I know she doesn't.
7  I plan on being done by five.
8    MR. COMBS: What?
9    MS. WILSON: I plan on being done by
10  five.
11    MR. COMBS: You know, I have to
12  redirect the witness. So when am I supposed to
13  redirect the witness?
14    MS. WILSON: I don't know. I mean, I
15  plan on --
16    MR. COMBS: Okay. Then, you know, I
17  mean, it's unbelievable.
18    MS. WILSON: Let's get Tom too
19  because I want more accurately what happened on that
20  issue.
21    (Lunch recess taken 12:45 to 1:40 p.m.)
22    THE VIDEOGRAPHER: The time is now
23  1:43. This is the beginning of Disk No. 4. We are
24  back on the record.
25    MR. COMBS: Yeah, just before we get

Page 466

1  started, we broke for lunch. We had considerable
2  disagreement about the length of the deposition.
3    Where it ultimately resolved is that
4  Plaintiffs agreed that they're going to be finished
5  before 3:30. We are then going to do our redirect
6  and we're going to be done with this deposition,
7  so...
8    MS. WILSON: I may have questions
9  after you're done doing your redirect but...
10    Q.    Anyways...
11    Mr. Pattyson, we're back on the record here
12  and I want to mark what is an updated index
13  outlining identifying the Professional Ed materials
14  that were used by your company for the various TVT
15  products. It will be Exhibit 765.
16    (Deposition Exhibit No. T764, TVT/SUI
17  Professional Education Index and Production Bates
18  Range Chart, was marked for identification.)
19    (Deposition Exhibit No. 765, updated index
20  outlining Professional Ed materials that were used
21  by Ethicon for the various TVT products no Bates,
22  was marked for identification.)
23    MS. WILSON: And I'm going to mark
24  this -- let's see here. I'm not to -- at the top,
25  here.

42 (Pages 463 to 466)

Confidential - Subject to Protective Order

Page 467

1         MR. COMBS: Thank you.
2     Q.    I don't think this really changes
3  what you identified from the last exhibit, but let's
4  go ahead and go through it again.
5         And based upon what you're seeing on this
6  index, in addition to your personal knowledge in
7  Professional Education, please go through this index
8  and identify all Professional Ed materials which
9  pertain to TVT-S in any way.
10    A.    Okay. To the best of my ability, I
11 will try to identify. But, as I mentioned before,
12 there could be -- I hope I don't speak out of turn
13 because there are decks that don't have TVT-Secur in
14 the title and just by the date and the information
15 that I have here, I may not be able to be a hundred
16 percent accurate that TVT-Secur was in or not in
17 that deck. I'm not -- I just want to make that
18 clear. But I'm happy to go through.
19    Q.    Alright.
20    A.    Based on the approval date...
21        MR. COMBS: Can I just -- I mean,
22 Paul -- I mean, we wouldn't -- up until -- we don't
23 start until 2006 until item 25.
24        THE WITNESS: Yeah, I was just
25 double-checking the dates, that they're all in

Page 468

1  order, and I was just looking at that.
2     A.    Okay. TVT-O summit meeting topic.
3  TVT-Secur -- well, certainly, 26.
4     Q.    Okay.
5     A.    27, 28, 29, 30, 31, 32. I presume 35
6  is -- or, I'm sorry, 33 could have included that.
7     Q.    Okay.
8     A.    34. 2008 TVT-O -- again, a lot of
9  decks we had did refer to previous versions. So --
10 you know, of TVT like, for example, would also be
11 represented in this deck, in addition to TVT
12 Obturator. So combine TVT deck, that might have
13 Secur.
14        Nothing 37. 38, yes. 39 I would presume.
15 Clinical considerations? TVT -- I would say 42.
16        And those are -- like I said, all the ones
17 on here that are referring to other systems may have
18 had reference to TVT-Secur so...
19    Q.    Okay.
20    A.    Yeah, that's tough to say from this
21 sheet.
22    Q.    Okay. Alright. So let's start with
23 the one titled, "TVT-Secur Professional Education
24 Presentation," dated July 12, 2006, and the Bates
25 No. is 00308094. And I'm going to have you identify

Page 469

1  this.
2         MR. COMBS: I apologize. Which one?
3         MS. WILSON: It's the very first one
4  dealing with TVT-S.
5         MR. COMBS: The 26th, okay.
6         MS. WILSON: I gave you the dates,
7  July 12th, 2006.
8         MR. COMBS: Okay.
9         MS. WILSON: Okay. I'll put a
10 sticker on it.
11        (Deposition Exhibit No. T766, slide deck
12 Gynecare TVT Secur* System Tension-Free Support for
13 Incontinence ETH.MESH.00308094, was marked for
14 identification.)
15    Q.    And, for all these Professional Ed
16 pieces I'm giving you, I'm going to have, basically,
17 the same questions and I'm going to try to get
18 through it quickly.
19        First of all, can you take a look at the
20 document and tell me if you recognize it?
21    A.    Yes, I do recognize it.
22    Q.    Okay. And was this a Professional Ed
23 piece that was used in some of the Professional Ed
24 events with preceptees?
25    A.    I do recognize this as being a --

Page 470

1  yeah, this looks like one of the decks we would have
2  used, correct.
3     Q.    Okay. Who provided the substance of
4  this presentation, meaning, who created this?
5     A.    I wouldn't be able to tell you that
6  for certain.
7     Q.    Okay. Based on your knowledge in
8  Professional Ed and the relationships you had with
9  all these various departments that helped put on
10 these events, who created this document, who came up
11 with the substance of this?
12    A.    Like I said, I didn't and I don't
13 know anybody in my department that would have
14 either. So I can't answer that question.
15    Q.    Who could answer that question?
16    A.    Probably the copy approval team.
17 They might know --
18    Q.    Okay.
19    A.    -- who submitted the deck and whoever
20 submitted it might know.
21    Q.    How long was this exhibit used by the
22 Professional Ed department for TVT-S, do you know
23 how long this was used?
24    A.    I don't.
25    Q.    Okay. Was there ever a time that you

43 (Pages 467 to 470)

Confidential - Subject to Protective Order

Page 471

1  stopped using it for any reason?
2      A.    Well, oftentimes in Prof Ed, we
3  update material. So -- and a lot of times the
4  material that's present here carries over into a new
5  deck. So we kind of just update our content
6  whenever that is needed and put it back through copy
7  review and that sort of thing. So to say when the
8  content stopped is tough because some of it is
9  enduring, if you know what I mean.
10      Q.    Is there someone within Professional
11  Ed or some other department who could tell us how
12  many times this Prof Ed material, this slide deck
13  was used at events, basically, how many times and
14  when it was used?
15      A.    How many events this particular deck?
16      Q.    Yes, sir.
17      A.    I don't know. We did a lot of events
18  and as we've talked about, events could be a cadaver
19  lab, they could be a preceptorship, they could be --
20  an event could technically be a conference call with
21  five doctors and this document could have been
22  referred to and used on that conference call.
23      So over the span of time since this has been
24  out and the amount of training events that have
25  happened, I don't -- I don't know who would have

Page 472

1  that exact number.
2      Q.    Alright. Do you keep some sort of
3  record or documentation on what Professional Ed
4  materials get used at the various events?
5      A.    Could you repeat that question,
6  please?
7      Q.    Yeah. Does Professional Ed or any
8  other department, to the best of your knowledge,
9  based upon your seven years working within
10  Professional Ed, do you all keep a record of what
11  materials are used at the various events? You know,
12  what materials did you use at the Washington event,
13  what got used in Chicago?
14      A.    Yeah, like I just said, there's a lot
15  of events. So I know that in our department there
16  was not a system that -- I'm not aware of a system
17  that tracked exactly what copy reviewed deck was
18  used at each event, no.
19      Q.    Alright.
20      (There is a discussion off the record.)
21      Q.    And do you guys have any tracking
22  system of copy approved materials, so you got
23  something that's copy approved, as to whether it
24  gets used, so you could have something that's copy
25  approved that's never used or you could have

Page 473

1  something that's copy approved used 200 times? Do
2  you keep track one way or the other?
3          MR. COMBS: Object to the form.
4      A.    You need to check with our copy
5  review department, if they have that.
6      Q.    Okay.
7      (Deposition Exhibit No. T767, slide deck
8  Procedural Pearls & Frequently Asked Questions
9  ETH.MESH.07396541 to 07396546 marked Confidential
10  Subject to Stipulation and Order for
11  confidentiality, was marked for identification.)
12          MS. WILSON: Okay. The next exhibit
13  is 767 and it's Bates No. 07396541. And it's
14  called, "Procedural Pearls and Frequently Asked
15  Questions."
16      Q.    Mr. Pattyson, do you recognize this
17  document?
18      A.    Vaguely. We had a lot of documents
19  that were FAQ like and I'm trying to remember this
20  from Secur.
21      Q.    Do you know in any way dispute
22  whether or not it's a Professional Education
23  document used by your division?
24      A.    Well, I don't know that it was -- not
25  a Professional Education document. I don't know if

Page 474

1  this was a document that was used in Professional
2  Education, but...
3      Q.    Well, I'll represent to you that it's
4  identified --
5      A.    Oh, it says "for internal use only."
6  So my guess would be, no, this was not used for
7  Professional Education events.
8      Q.    Well, I'll represent that it was on
9  the index as being identified as being used as a
10  Professional Ed material.
11      A.    Okay.
12      Q.    Do you recall whether or not you used
13  that with any of your preceptors or preceptees?
14      A.    No.
15      Q.    Okay. And let me ask you something.
16  It says here on the top under Q1, "We have spoken to
17  many physicians about this and they agree they were
18  rocking it back and forth." They're talking about
19  why it difficult to get the inserter off at the end
20  of the procedure. You were getting feedback from
21  your doctors.
22      Did you have any conversations with doctors
23  about this?
24      A.    Specifically, about rocking back and
25  forth and stopping the initial position?

44 (Pages 471 to 474)

Confidential - Subject to Protective Order

Page 475

1    Q.    Yes, sir.
2    A.    Yes, I overheard and was privy to
3  many conversations about the techniques used with
4  Secur and releasing the device.
5    Q.    Okay. So you're saying you don't
6  know -- well, you're saying you don't think this was
7  used during Professional Education events; is that
8  right?
9    A.    I don't recall this document. And it
10  says "internal use only." So, "do not distribute,"
11  at the top and at the bottom, so I got to believe
12  this may not have been used in a Prof Ed event.
13    Q.    Would this not have been very
14  important information to have gotten to physicians?
15    A.    I don't determine what information is
16  put on content that's put to physicians.
17    Q.    Who determines that?
18    A.    Typically, it's surgeons giving input
19  on clinical procedural information. That's medical
20  affairs.
21    Q.    Who in medical affairs?
22    A.    We've had various medical affairs
23  directors.
24    MS. WILSON: Okay. The next one is
25  Exhibit 768. It's called, "The Gynecare TVT-Secur

Page 476

1  Key Technical Points."
2    (Deposition Exhibit No. T768, slide deck
3  Gynecare TVT-Secur Key Technical Points (Procedural
4  Pearls) ETH.MESH.01000449 to 01000457 marked Highly
5  Confidential Subject to Stipulation and Order of
6  Confidentiality, was marked for identification.)
7    MS. WILSON: Here you go, Phil.
8    MR. COMBS: Thank you.
9    Q.    And I'm going to ask you -- this is
10  Bates No. 01000449.
11    Do you recognize this document?
12    A.    It's tough to see with the black and
13  white, some of the pictures, sometimes the colors
14  help me identify documents on the pages. This looks
15  like content relative to Secur, that's for sure.
16  But I don't know if this was used in Prof Ed events.
17    Q.    I mean, as the Prof Ed manager and
18  then subsequently worldwide director, did you have a
19  lot of contact with the professional Ed materials?
20    A.    Content in that just as I did as a
21  sales representative, you see a lot of content over
22  the years. And I saw a lot of content at the time
23  as a sales representative with brochures and DVD's
24  and alike. And, in Prof Ed, I saw plenty of
25  material similar to this. And I was purview to what

Page 477

1  the sales rep were seeing to because there was other
2  content. So it's a few years back and a lot of
3  content so...
4    Q.    Well, can you tell the ladies and
5  gentlemen of the jury who in your company could come
6  and testify and tell us, specifically, what
7  Professional Ed materials were used at the events or
8  just what Professional Ed materials will take this
9  exhibit, for example, what time period it was used?
10  Is there anyone within Professional Ed that could
11  tell us that?
12    A.    That's a good question. We've had
13  Prof Ed for many years. But relative to Secur and
14  the time that I was there, I can't tell you who is
15  the best person to tell what you was used at what
16  event specific to this device -- I'm sorry, to this
17  document or others. You know, we had decks. There
18  was many materials we had, so I don't know who is
19  the best person to tell you, to answer your
20  question.
21    Q.    So you can't tell me the time period
22  that this Gynecare TVT-Secur Key Technical Points,
23  the time period in which it was used?
24    A.    Again, I don't -- I'm not certain
25  that this was used and, no, I can't tell you the

Page 478

1  time period. But that wasn't my job either to track
2  the timing of our documents that we present.
3    Q.    Did someone read this?
4    A.    Possibly. That's not my area of
5  expertise. I must be honest with you. We had a
6  copy approval department that managed content.
7    Q.    Okay. Alright.
8    A.    I didn't need to know that, quite
9  honestly.
10    MS. WILSON: Alright. I only have
11  one copy of the next one, I'm sorry.
12    The next one is "TVT-Secur Professional
13  Education Presentation," Bates No. is 00370392. So
14  it looks like the date would have been August 22nd,
15  2007. And we're going to make it Exhibit 769.
16    (Deposition Exhibit No. T769, slide deck
17  Gynecare TVT Secur*System Early Surgical Experience
18  ETH.MESH.00370392, was marked for identification.)
19    MS. WILSON: Do you want to stop and
20  make a copy?
21    MR. COMBS: Let me...
22    I'll try to use it with the witness and it
23  becomes apparent that we need to stop and make a
24  copy, we'll do that.
25    MS. WILSON: And I think the key

Confidential - Subject to Protective Order

Page 479

1  technical points is taken out of turn. I think that
2  should have been the fourth Prof Ed material
3  identified and I think this one I handed you would
4  have been the third one, so...
5      Q.   Yeah. So the last exhibit, the date
6  on that would have been April 18th, 2007, and the
7  one I just handed you, I think, is August 22nd,
8  2007.
9      So I'm going to ask you, do you recognize
10 that Professional Ed material?
11     A.   Yeah, this I think I've seen this
12 deck before, yes.
13     Q.   Okay. Do you know whether or not it
14 was used at Professional Ed events?
15     A.   It looks like something that might
16 have been used, from just perusing it, yes.
17     Q.   Do you know the timeframe in which it
18 was used?
19     A.   By looking at it, I don't see any
20 indication of when it was used, no.
21     Q.   Okay. And, again, you don't know who
22 could tell me the timeframe in which it was used at
23 the company?
24     A.   No, I'm afraid I can't.
25     Q.   And you didn't have anything to do

Page 480

1  with creating the substance of that exhibit?
2      A.   No.
3          MS. WILSON: Okay. Let's go off the
4  record for just a second.
5          THE VIDEOGRAPHER: The time is now
6  2:06. We're going off the record.
7      (There is a discussion off the record.)
8          THE VIDEOGRAPHER: The time is now
9  2:08. We are back on the record.
10     (Deposition Exhibit No. T770, slide deck
11 TVT-Secur Professional Education Program for
12 Medtronic/WEHU Prof Ed Pilot Program
13 ETH.MESH.05320911, was marked for identification.)
14         MS. WILSON: Okay. The next one is
15 called, "TVT-Secur Professional Education Program
16 for Medtronic/WEHU Prof Ed Pilot Program." Okay.
17 The Bates No. Is 05320911 and it looks like the copy
18 approval date is -- yeah, is August 22nd, 2007.
19 We're getting that one, okay. We don't have it
20 printed out.
21     A.   Okay.
22     Q.   But I'm just asking you right now, do
23 you recognize that Prof Ed material just by its
24 title?
25     A.   Yeah, the name Medtronic -- I briefly

Page 481

1  recall a pilot program with Medtronic, but that's
2  literally all I recall from what it was. I don't
3  recall being involved in it. I do recall hearing
4  something about a pilot we did with Medtronic, yes.
5      Q.   And, as soon as we get that printed,
6  I'll show it to you and give you an opportunity to
7  look at it.
8      A.   Okay.
9          MR. COMBS: Is that going to be 770?
10         MS. WILSON: Yes, it will be. So
11 let's -- yes, it sure will be. So let's mark that.
12 I'll put that there for now.
13     Okay. So moving onto the next one, it's
14 going to be 771. And it's Bates No. 04181833 and
15 the copy approval date is February 6th, 2008. And
16 the title of The Professional Ed slide deck is
17 "Treatment of Stress Urinary Incontinence with
18 Gynecare TVT-Secur System."
19     There you go, Phil.
20     (Deposition Exhibit No. T771, slide deck
21 Treatment of Stress Urinary Incontinence with
22 Gynecare-TVT Secur System ETH.MESH.04181833, was
23 marked for identification.)
24     Q.   So do you recognize this Prof Ed
25 material?

Page 482

1      A.   Yeah, I didn't see it on the list
2  here. Is it on the list?
3      Q.   Yes, sir, it sure is. I've got the
4  old list. Where is the updated one?
5      It's the sixth item, I think, for TVT-S Prof
6  Ed and it's Bates No. 04181833.
7      (There is a discussion off the record.)
8          MS. WILSON: I'm looking for the new
9  index one.
10         MR. COMBS: Which number was it on
11 the old index?
12         MS. WILSON: And, on the old one, on
13 the old index, it is No. 21. But, on the new one,
14 it is -- it looks like it's taken off the new one.
15         MR. COMBS: Okay. It's not 21 on the
16 old one.
17         MS. WILSON: Yeah, it is. It most
18 certainly is 21, 04181833.
19         MR. COMBS: Okay.
20         MS. WILSON: So it's on the old one,
21 June 4th. And it has from what I see disappeared
22 from the updated one.
23     Q.   Do you recognize it?
24     A.   I do because per the last deck we
25 just saw, there are a lot of similar slides. So it

46 (Pages 479 to 482)

Confidential - Subject to Protective Order

Page 483

1  looks very similar to content we may have presented
2  at a Prof Ed event, yes.
3         MS. WILSON:  Alright.  Okay.  The
4  next one is combined TVT Prof Ed slide deck on the
5  June 4th index, it's No. 23 and on the new one it is
6  -- looks like it's 36.  And I think that's one we
7  have to print out, okay.
8         Q.    So do you recognize just by its name,
9  combined TVT Prof Ed, you're not going to, are you,
10  just by its name?
11        A.    I've seen a deck named that, yes.
12        Q.    Okay.
13        A.    Whether it was used in Prof Ed or
14  not, I can't speak to.  But it says Prof Ed slide
15  deck so --
16        MS. WILSON:  We're going to table
17  that one and we're going to label it at the end.
18  Okay.  So let's keep going.
19        MR. COMBS:  Is that 772?
20        MS. WILSON:  Yeah, it's going to be
21  772.  Okay, table that.
22        (Deposition Exhibit No. T772, slide deck
23  Treatment of Stress Urinary Incontinence with the
24  Gynecare TVT Family of Products ETH.MESH.00369995,
25  was marked for identification.)

Page 484

1         MS. WILSON:  I'm sorry, I'm trying to
2  keep us organized here.
3         Okay.  The next one is TVT-Secur Video and
4  the Bates Nos. are 147507 through 09 and then the
5  next one is 154831 through 53.
6         Q.    And when we went to get this in its
7  native form, this is what came up.  So I'm just --
8  I'm going to show you this and you can tell me if
9  you recognize it.
10        (Deposition Exhibit No. T773, TVT-Secur
11  Video document stamped Approved September 16, 2008
12  Marketing Services ETH.MESH.00147507 to 00147509
13  marked Highly Confidential Subject to Stipulation
14  and Order of Confidentiality, was marked for
15  identification.)
16        Q.    There you go.  I don't know if it's
17  audio from a video, but this is what got produced to
18  us on Crovello (phonetic).
19        Do you have any idea what this is?
20        A.    Not by what I am looking at, no.
21        Q.    And do you see at the top there
22  approved September 16, 2008 marketing services?
23        A.    I do.
24        Q.    Who is marketing services?
25        A.    I'm not sure.  Marketing services?

Page 485

1         MS. WILSON:  Okay.  Alright.  Let's
2  move on to the next one.
3         "The Science of What's Left Behind
4  Presentation" and that's 03751819 and I believe that
5  was introduced earlier as an exhibit.
6         MR. THORNBURGH:  Uh-huh.
7         MS. WILSON:  I don't know exactly
8  what Exhibit No. It is.  If we need to, I can do it
9  again.
10        MR. COMBS:  I'll tell you in a
11  second.  It's 752.
12        MS. WILSON:  Seven?
13        MR. COMBS:  752.
14        (There is a discussion off the record.)
15        Q.    Take a look at that and do you
16  recognize that document?
17        A.    Yes.
18        Q.    Okay.  And was that used in
19  Professional Education events?
20        A.    I believe it was.
21        Q.    Do you know the timeframe in which it
22  was used?
23        A.    We talked about it before.  I presume
24  it was used -- actually, I don't remember what we
25  said before.  We're having a long day today and

Page 486

1  yesterday. I don't recall the exact timeframe we
2  talked about it.  It was probably in 2008 timeframe,
3  if I'm not mistaken.
4         Q.    Did you ever stop using it for any
5  reason?
6         A.    I don't recall stopping using this
7  deck or anything related to cessation of it, no.
8         MS. WILSON:  Okay.  The next one is
9  "TVT-Secur Procedural Steps," and that's 01128679
10  through 98.
11        (Deposition Exhibit No. T774, Procedural
12  Steps Gynecare TVT Secur System ETH.MESH.01128679 to
13  01128698 marked Highly Confidential Subject to
14  Stipulation and Order of Confidentiality, was marked
15  for identification.)
16        Q.    The copy approval date was May 7th,
17  2010.
18        Do you recognize this Prof Ed piece?
19        A.    Yes, vaguely.  I mean, without the
20  color, again, it's tough in black and white.  But I
21  do recall seeing something like this.
22        Q.    Do you know the timeframe in which it
23  was used?
24        A.    Obviously, during the launch or, you
25  know, sometime during the launch of Secur, so I

47 (Pages 483 to 486)

Confidential - Subject to Protective Order

Page 487

1  can't tell you exactly when this was available.
2      Q.    And, again, as for all of these, you
3  did not contribute to the substance of this
4  material?
5      A.    No.
6      Q.    How would you get the Professional Ed
7  materials, like who did you physically get them
8  from, how did you receive them?
9      A.    Over the span of time that I was in
10 Prof Ed, there was a couple of ways.  Sometimes, we
11 would have a share drive like a folder, Intranet
12 type folder, where we would -- one of our admins
13 would put all the copy approved materials in that
14 file procedure.  Sometimes, we had a share point
15 site, again, just another Intranet site used for
16 placing that.  Those are the most common ways I
17 remember.
18     Q.    Okay.  Would you be told by someone
19 that the materials were there and you needed to go
20 get them?
21     A.    Yeah, typically our manager would let
22 us know, hey, there is a new deck or a colleague
23 could say, hey, new deck has just been approved or
24 something like that, whoever was maybe working on
25 it, sure.

Page 488

1      Q.    Okay.  Let's see.  Okay.  I want to
2  back up and talk about -- it's the TVT-Secur video
3  again.  The stuff that you said you couldn't
4  recognize, it looked like a script of maybe audio.
5      A.    Yes.
6          MS. WILSON:  Okay.  Also, part of
7  that is Bates No. 00154831 and it looks like some
8  diagrams.  I'm going to make that a separate exhibit
9  and that's going to be 775.  I know I went out of
10 order a little bit.  But the copy approval date is
11 September 3rd, 2008.
12     (Deposition Exhibit No. T775 ******MARKED
13 BUT NOT USED*******)
14     Q.    I'm going to ask you if you recognize
15 that?
16     A.    This looks like our IFU for
17 TVT-Secur.
18     Q.    Let me see.
19     A.    (The witness complies.)
20         MR. COMBS:  Did --
21         MS. WILSON:  Oh, you're absolutely
22 right.
23         MR. COMBS:  Did we mark that?
24         MS. WILSON:  We did mark the IFU at
25 the beginning.

Page 489

1      A.    I thought so.
2          MS. WILSON:  Yeah, we did.
3      Q.    Okay.  I think this was just in the
4  wrong folder, so we're not going to mark this again.
5  I think it's marked.
6      Okay.  I think that's the complete universe
7  as of what we know from the last index that got
8  produced to us of the Professional Ed materials.
9  And I got to ask you this one more time.
10     Do you recall anything else being used that
11 we haven't gone over today for TVT-S?
12     A.    Anything --
13         MR. COMBS:  Let me just interrupt you
14 for a second.  I apologize.  I got distracted for a
15 minute.  I just missed the question.  Could you
16 either repeat it or just have it read to us.  I just
17 literally missed it.
18     Q.    Yeah.  Based on what's been produced
19 to us today, what's been identified today based on
20 the last index, this is the universe of the TVT-S
21 materials?  And I realize that you could find more,
22 but this is what we know today.
23     And I just want to make sure, do you know of
24 any that's not on the most updated index that's
25 before you, do you know of any other TVT-S

Page 490

1  Professional Ed materials?
2      A.    I've seen a lot of materials here
3  today.  It would be tough for me to say there's
4  anything else that I'm not recalling.  But this
5  looks like the content that we would have used.  So
6  I cannot think of anything else at this moment.  I
7  can't see the DVD, obviously, from this transcript.
8  I do recall having a DVD, Secur DVD.  That's -- this
9  is -- as far as the universe, I can't imagine
10 there's not Secur content in any other deck that
11 could have been referred to in any, way shape or
12 form used at a training event.  That might be the
13 case.
14     Q.    Okay.  How would these materials get
15 updated, who would decide to update these materials?
16     A.    It could have been most likely
17 surgeons at the events since they're teaching,
18 they're probably the closest to the material,
19 medical affairs could also or regulatory, if there's
20 a labeling change or something like that, we need to
21 update materials.
22     Q.    Did you ever ask for these materials
23 to be updated based upon your communications with
24 either the preceptors or preceptees worldwide that
25 you communicated with?

48 (Pages 487 to 490)

Confidential - Subject to Protective Order

Page 491

1      A.      Did I ever request for them to be
2  updated?
3      Q.      Yes, sir.
4       Did you ever see the need for them to be
5  updated and did you request that they get updated?
6      A.      Not that I recall, not anything --
7  not that I recall.
8      Q.      Okay.  We're going to go through some
9  other exhibits here.
10      (There is a discussion off the record.)
11      (Deposition Exhibit No. T776, slide deck
12  Gynecare Prolift 2008 Gynecare Prolift Pelvic Floor
13  Repair System and TVT Secur Mid-urethral Sling
14  Preceptorship St. Lukes Hospital Allentown PA with
15  Bates handwritten 00813007, was marked for
16  identification.)
17      Q.      I'm handing you what we marked, I
18  think, it's 776.  And it's Bates No. 00813007 and it
19  looks like it's an advertisement for a Prof Ed event
20  where Dr. -- is it Lucente?
21      A.      That's correct.
22      Q.      (Continuing.)  Is the faculty and we
23  talked a lot about Dr. Lucente.  And he was supposed
24  to discuss at this event Gynecare Prolift, but it
25  says also TVT-Secur midurethral sling.  Do you

Page 492

1  see that?
2      A.      No, sorry.  Where are you looking?
3      Q.      At the very front page.
4      A.      Okay, yes.
5      Q.      At this point in time, do you know
6  whether or not Dr. Lucente had used the TVT-Secur
7  system?
8      A.      2008 I would presume so, if he was
9  speaking at the device or speaking at the course,
10  yes.
11      Q.      Okay.  And within this material it
12  says on still the front page, "Research has shown
13  that in order to gain full advantage from this
14  training session, we recommend scheduling, at least,
15  two to three procedures within 30 days of training."
16      A.      Yes, I see that.
17      Q.      Okay.  And was that pertaining to the
18  Prolift and the TVT-Secur system?
19      A.      That's not what I see here.  I
20  believe this paragraph is talking about Gynecare
21  Prolift.
22      Q.      Do you have any idea as to what the
23  TVT-Secur Prof Ed material would have been that Dr.
24  Lucente used during this presentation?
25      A.      I imagine it would have been our copy

Page 493

1  approved content for Prolift and for Secur.
2      Q.      Okay.  But out of what we went
3  through just now, you don't know what Dr. Lucente
4  would have used?
5      A.      We've seen a number of decks and
6  there is a number listed here.  So I don't recall
7  exactly which deck was used in this case.
8      Q.      And now on some of the decks that we
9  used, did Dr. Lucente come up with the substance of
10  the materials for the TVT-Secur?
11      MR. COMBS:  Object to form.
12      A.      Yeah, could you please restate the
13  question?
14      Q.      Out of the materials that we looked
15  at today, did Dr. Lucente substantively come up with
16  the material -- the substance of the material that
17  was used?
18      MR. COMBS:  Same objection.
19      Q.      Some of the decks?
20      A.      Yes, he had -- my understanding is
21  that Dr. Lucente did contribute to content, medical
22  content, specifically, in Prof Ed materials.  Which
23  ones I can't speak to, but I'm pretty sure he did
24  assist, yes.
25      Q.      And who would have that information

Page 494

1  as to which one he assisted with?
2      A.      Well, I know he was the clinical
3  investigator for Prolift and don't quote me because
4  I wasn't in clinical.  I do forget sometimes which
5  of these doctors -- I don't want to speak out of
6  turn.  He may have acted in an early clinical state
7  with some our products like TVT-O or TVT-Secur as
8  well.  So he may have had involvement in some of
9  that content, yes.
10      Q.      Okay.  Alright.
11      A.      He was also the first to have
12  clinical experience with a lot of these products so
13  -- in the US, so...
14      (Deposition Exhibit No. T777, e-mail string
15  ETH.MESH.00819603 & 00819604 marked Highly
16  Confidential Subject to Stipulation and Order of
17  Confidentiality, was marked for identification.)
18      Q.      And I'm going to hand you what we're
19  marking as Exhibit 777 and it's Bates No. 00819703
20  and the date -- this is an e-mail.  It's dated
21  August 7th, 2006, and it's from Paul Parisi --
22      A.      Uh-huh.
23      Q.      -- to you, and a lot of other people
24  and it's about TVT-Secur webcasts.  Do you see that?
25      A.      Yes.

49 (Pages 491 to 494)

Confidential - Subject to Protective Order

Page 495

1   Q.   And can you read that e-mail to, me?
2   A.   Sure.  Where would you like me to
3 start?
4   Q.   In the beginning.
5   A.   The very beginning of the trail or...
6   Q.   No.  "I spoke with Dharini."
7   A.   Oh.  "I spoke with Dharini and the
8 TVT-Secur launch team this a.m.  She's been getting
9 a lot of requests to 'turn on' accounts to sell the
10 product to high volume competitive docs who believe
11 they can do the procedure without going to training.
12 We've agreed at this point and we are still going to
13 require training.  However, what he would like us to
14 provide an alternative in late August early
15 September timeframe for web based training."
16   Q.   Okay.  "And we've agreed at this
17 point that we're still going to require training,
18 okay, what kind of training, specifically, were you
19 requiring and of who?
20        MR. COMBS:  Object to form.
21   A.   I'm sorry, and what?
22   Q.   What kind of training were you
23 requiring as of this date and of whom were you
24 requiring the training?
25   A.   I don't -- I'm trying to recall the

Page 496

1 context of this e-mail.  And I think you need to
2 check with Paul Parisi on this.
3   Q.   You don't remember anything about
4 this?
5   A.   I'm trying to refresh my memory by
6 looking at this.  Turning on accounts...
7        I don't know exactly what -- well, actually,
8 could you restate the question so I make sure I'm
9 answering it?
10   Q.   What kind of training were you
11 requiring and of whom?  That's it.  That's the
12 question.
13   A.   What type of training?
14        MR. COMBS:  Object to the form.
15   A.   I would imagine all the type of
16 training that we always offer for our preceptors is
17 webcasts, live training, cadaver, preceptorships,
18 all of those types of events.
19   Q.   Okay.  And is the training for the
20 preceptors or preceptees?
21   A.   It doesn't say in this e-mail.
22   Q.   Okay.  Do you know, do you know?
23   A.   Based on this e-mail what they're
24 referring to, no I don't.  We offer training to all
25 customers both contracted faculty and preceptees.

Page 497

1   Q.   And did you in late August or early
2 September timeframe offer the web based training for
3 the high volume competitive docs?
4   A.   We did offer webcast training, yes.
5   Q.   What's a high volume competitive doc?
6   A.   I imagine it's doctors that are using
7 competitive procedures and doing them a lot.
8   Q.   Okay.  Going back to this, the
9 require part of the e-mail, what were the
10 requirements and how -- I mean, how did you require
11 docs to receive training?
12   A.   We actually don't.  My understanding
13 is we don't require training.  We highly encourage
14 it.  So I don't know if Paul spoke out of turn.  I
15 know we strongly encourage it.  So you would have to
16 ask him why he put require training because my
17 understanding is we can't force a doctor to go to
18 training.
19   Q.   Why would you want to require
20 training?
21   A.   I didn't say that I would want to
22 require training.
23   Q.   I'm saying why would you or why would
24 you guys in Professional Ed require training?
25        MR. COMBS:  Object to the form.

Page 498

1   A.   I don't think that we do require
2 training.
3   Q.   And you don't know why Mr. Parisi
4 would have put that in there?
5        MR. COMBS:  Asked and answered.
6   A.   No.
7   Q.   Do you know whether or not you
8 followed up with him after you received this e-mail?
9   A.   No, I don't recall following up with
10 him, no.  He didn't ask for a follow-up nor do I
11 remember what -- there was not really an ask here
12 that I've read.
13   Q.   No, I'm saying, if you would have got
14 this e-mail and thought that you did not require
15 training, would you have followed up with him and
16 said something about, I thought we didn't require
17 training?
18   A.   As I stated previously yesterday and
19 today, it has never been my understanding in my
20 entire tenure with the company, especially, in Prof
21 Ed that we require training.  In fact, I think we
22 looked at a document where I stated we do not
23 require training.
24        So you would have to ask Paul why he wrote
25 require training.  I know that sometimes people

Confidential - Subject to Protective Order

| Page 499 | Page 501 |
|---|---|

Page 499

1  confuse it because we think it's very important.
2  And so often customers would ask us and say, don't
3  we to have to go to training?
4       And I say, well, I can't make you go to
5  training, but we highly encourage you to go to
6  training. We think it's only going to benefit you.
7  What you ultimately decide, doctor, it's your
8  prerogative.
9       Q.   Especially, if a product has a steep
10  learning curve, right, training would be very
11  important?
12      A.   Anything that I'm aware of in surgery
13  has a learning curve. So, yeah, I think training is
14  -- yeah, that's why they go to medical school and
15  residency and they do their training.
16      MS. WILSON: Okay. This is
17  Exhibit 778 and it's Bates No. 00819622.
18      (Deposition Exhibit No. T778, e-mail string
19  and attachment ETH.MESH.00819622 to 00819627 marked
20  Highly Confidential Subject to Stipulation and Order
21  of Confidentiality, was marked for identification.)
22      Q.   Take a moment and read over that.
23      (There is a discussion off the record.)
24      Q.   Now, who is Dharini Amin?
25      A.   Dharini Amin is -- she's had multiple

Page 500

1  roles in the company or, at least, more than two, to
2  my knowledge. She used to work in marketing at the
3  time, I believe. Don't quote me on her timeframe.
4  She works in contracting now.
5       Q.   And remember earlier we identified in
6  the Professional Ed materials some of the, I think,
7  it's called the pearls, remember that?
8       A.   I notice a document that spoke to the
9  procedural pearls, yes.
10      Q.   Is this what she's referring to in
11  this e-mail and you didn't think it was ever used as
12  -- in a Professional Ed event?
13      MR. COMBS: Object to the form.
14      A.   I don't recall which document had the
15  procedural pearls. Was that just a moment ago?
16      Q.   Yeah. Earlier you said you didn't
17  think that it was ever used.
18      A.   Uh-huh.
19      Q.   Okay. So, as you read this e-mail,
20  what I'm wanting to know, do you know is this what
21  she's talking about in this e-mail?
22      A.   Can you direct me -- I'm sorry.
23  Yeah, I don't see where you're referring to.
24      Q.   Preceptors and then if you go down to
25  second to the last sentence in this e-mail, "So I

Page 501

1  wanted to send out to everyone some of the questions
2  that did come up in the call and some of the answers
3  that were given as well as some pearls that we found
4  that may be helpful from the preceptors." Do you
5  see that?
6       A.   I do.
7       Q.   Alright. So the Prof Ed material we
8  talked about this morning, it looks like that was
9  something that was used to train the preceptors.
10      MR. COMBS: Object to the form.
11      Q.   Do you know?
12      A.   I have no idea that the pearls
13  referenced in this sentence are the same as the
14  procedural pearls that you are referring to in the
15  previous document, no.
16      Q.   You don't know one way or the other?
17      A.   No.
18      Q.   Okay. Would a Prof Ed material also
19  be considered something that you would use to train
20  the preceptors; is that --
21      A.   Absolutely.
22      Q.   Okay. Okay. I'm going to hand you
23  --
24      MS. WILSON: This is going to be
25  Exhibit 779 and it's Bates No -- it's going to be

Page 502

1  two documents but -- we'll make it two exhibits.
2  00134498 is an e-mail from a Dr. Dennis Miller to
3  Paul Parisi, among other people.
4       (Deposition Exhibit No. T779, e-mail string
5  ETH.MESH.00134498 & 00134499 marked Highly
6  Confidential Subject to Stipulation and Order of
7  confidentiality, was marked for identification.)
8       MS. WILSON: And then another exhibit
9  we're marking, it's going to be Exhibit 780 and it's
10  Worldwide Complaint Reporting Statement and it's
11  from the MAUDE database.
12      (Exhibit T780 not marked as stated above.)
13      Q.   I'm going to hand you these together,
14  actually.
15      MS. WILSON: And I'm sorry. I only
16  have one copy.
17      MR. COMBS: Well, I just want to ask.
18  This was attached to what you gave me that was 778.
19  So was this a part of 778 or inadvertently did you
20  give me a double document?
21      MS. WILSON: It could have been
22  inadvertently, yeah, yeah. If there is one,
23  actually, you can keep it, okay, and give me one
24  back.
25      A.   I think I have that same one in mine,

Confidential - Subject to Protective Order

Page 503

1    too.
2            MR. THORNBURGH:  778 may refer to
3    that as an attachment.
4            MS. WILSON:  That's right.  Keep it
5    together.
6    Q.    So I'm asking you questions about
7    these together, alright.
8    A.    Yeah, he, obviously, needs one.
9    Q.    Go ahead, take a look at them.
10           MS. WILSON:  I think you have one of
11   my copies, Phil.  Is there an extra one?
12   A.    This is it, I think.  780 -- oh, no,
13   779 and 80?
14   Q.    Okay, that's fine.
15           MR. COMBS:  I have two of this.
16           MS. WILSON:  Yeah, I just need one
17   back.
18           MR. COMBS:  And then this is 779?
19           MS. WILSON:  No.  That was introduced
20   earlier.
21           MR. COMBS:  This -- okay.  Let's stop
22   just for a second.
23           Bart, can you hand me what you have as 778.
24           Okay.  On the copy that Bart has, the one
25   that was the official marked copy --

Page 504

1            MS. WILSON:  Okay.
2            MR. COMBS:  -- it has -- it's the
3    same thing that you handed to me.  It's got what you
4    just marked as 780 stuck to it, two copies.
5            MR. THORNBURGH:  Right, that's the
6    full document.
7            MS. WILSON:  Okay.
8            MR. THORNBURGH:  Those documents
9    were --
10           MR. COMBS:  It's got this at the end
11   of it, too.
12           MR. THORNBURGH:  That's right.
13           MS. WILSON:  Okay.  That's the full
14   document.
15           MR. COMBS:  Okay.
16           MR. THORNBURGH:  Why don't you break
17   down and use the complication data, that's fine.
18           MS. WILSON:  I want to use it however
19   it's simplest.
20           MR. COMBS:  Here is what I would just
21   -- I mean, let's go off the record for a second.
22           MS. WILSON:  Yeah.
23           (There is a discussion off the record.)
24           THE VIDEOGRAPHER:  The time is 2:47.
25   This is the end of Disk No. 4.  We're going off the

Page 505

1    record.
2           (Recess taken 2:47 to 2:55 p.m.)
3            THE VIDEOGRAPHER:  The time is now
4    2:55.  This is the beginning of Disk No. 5.  We are
5    back on the record.
6    Q.    Okay.  Just to be clear, we're
7    talking about Exhibit 778.
8    A.    Okay.
9    Q.    And it is an e-mail dated
10   October 6th, 2006 from Dharini Amin and the Bates
11   No. is 00819622 is the front page.  The last page of
12   this exhibit is Bates No. 00819627.
13   A.    Okay.  Yes, that's what I'm looking
14   at, that's correct.
15   Q.    Have you had an opportunity to review
16   this exhibit?
17   A.    Just in the few moments you just
18   handed it to me, yes.
19   Q.    Okay.
20   A.    Briefly.
21   Q.    And, again, tell me because I've
22   honestly forgotten.  I'm not trying to repeat the
23   question.  Who is Dharini Amin?
24   A.    Oh, she was, if you look in the
25   document, product director of continence health at

Page 506

1    the time of this -- it looks at the time of this
2    e-mail.
3    Q.    And is she someone that you dealt
4    with as Professional Education manager or worldwide
5    director?  At this time you were Professional
6    Education manager.
7    A.    Yes, I had dealings with her on
8    occasion, yeah.
9    Q.    Okay.  And I noticed that Dr. Lucente
10   is on this e-mail.  Why would he have been on this
11   e-mail?
12   A.    Well, this to me looks like a
13   communication from her to a group of preceptors.
14   Q.    Okay.  And preceptors is something --
15   they are the doctors that Professional Education
16   deals with all the time, right?
17   A.    That is correct.
18   Q.    You work with the preceptors, okay.
19           And she is talking to them about some
20   problems that preceptees are having and some
21   questions that preceptees are having and how the
22   preceptors are to deal with that.  Do you agree
23   that's what's going on?
24           MR. COMBS:  Object to the form.
25   A.    No, I haven't read through this

52 (Pages 503 to 506)

Confidential - Subject to Protective Order

Page 507

1  e-mail nor do I know what Dharini is referring to
2  with this communication yet.
3      Q.    Okay.  Well, I asked you to read
4  through the e-mail.  I want you to.
5      A.    For the past few minutes, we've been
6  passing this particular document back and forth.  So
7  I haven't really fully read through the document.
8      Q.    Okay.  Well, the first paragraph is,
9  "Dear Preceptors, First of all, thank you to those
10 who were able to join the call on Friday.  I
11 understand that it is very hard to find the time
12 that works to everyone.  So I wanted to send to
13 everyone some of the questions that did come up in
14 the call and some of the answers that were given, as
15 well as some pearls that we found that may be
16 helpful from preceptors."
17     And then she talks about an attached PDF,
18 finds those answers in pearls.  And that would be
19 Bates No. Document 00819627, which is the last
20 e-mail. Do you see that?
21     A.    Yes.
22     Q.    Okay.  Now, based upon your
23 knowledge, were these some of the issues that
24 preceptees and customer physicians were having with
25 the implantation of the TVT-S?

Page 508

1          MR. COMBS:  Object to the form.
2      A.    I'm not familiar with specific issues
3  other than -- I wouldn't call them issues.  I would
4  say anytime they're going through learning
5  procedures, there's steps to the procedures they're
6  learning and they discuss.
7      Q.    Well, were some doctors having
8  difficulty getting the inserter off at the end of
9  the procedure?
10     A.    There were surgeons, yes, that had
11 trouble with that, that's correct.
12     Q.    Okay.  And were some doctors having
13 problems with excessive bleeding and buttonholing
14 the vagina, do you recall that?
15     A.    I recall that happening, yes, but
16 not, specifically, Secur.  Buttonholing and
17 excessive bleeding is -- are known complications to
18 transobturator sling procedures.  So I've heard
19 surgeons speak of that --
20     Q.    Okay.
21     A.    -- many times.
22     Q.    Now, take a look at what's Bates No.
23 00819625 and that's the complications, second to the
24 last page.
25     A.    Got it.

Page 509

1      Q.    Okay.  And this is a document that
2  you looked at earlier?
3      A.    Is this the one?
4      Q.    Uh-huh.
5      A.    I don't recall this one, in
6  particular, because it's listed some complaints here
7  by name and it has urethra, bladder and vagina
8  listed there.  So I don't recognize this one at the
9  moment from earlier.
10     Q.    Are these reported complications from
11 the MAUDE database?
12         MR. COMBS:  Object to the form.
13     A.    I do not know.  These look like
14 Ethicon.  MAUDE database I think is a -- these are
15 per MDR reporting requirements.  These look like
16 internal complications reported to TVT-O.
17     Q.    Did Ethicon have any sort of
18 regulatory requirement to report complications to
19 the FDA, adverse events?
20     A.    Yeah, absolutely.  It's my
21 understanding that any complications, yeah, they
22 report.
23     Q.    Okay.  And looking at this
24 complication sheet, ex-US means outside of the
25 United States?

Page 510

1      A.    Yes, that's correct.  That's my
2  understanding.
3      Q.    Okay.
4      (There is a discussion off the record.)
5      Q.    Okay.  I'm going to hand you --
6          MS. WILSON:  What's our next exhibit
7  we're going to use?
8          MR. COMBS:  780.
9          MS. WILSON:  780, okay.
10     Q.    Okay.  I'm just going to hand mark
11 this 780.  Take a look at that.  I'm sorry I've only
12 got two and I need my copy.
13         MR. COMBS:  Okay.
14     A.    This one doesn't have a sticker.  Oh,
15 here it is 779 and now it's called 780.
16         MR. COMBS:  Is it the same?
17     A.    It looks the same.
18         MR. COMBS:  You marked that as 779.
19         MS. WILSON:  That's perfect.  And I'm
20 going to give you that copy, Phil.
21         MR. COMBS:  You can give me the one
22 marked 780.  That's fine.  Thanks.
23     Q.    So I want you to go back to the last
24 exhibit we were talking about with the
25 complications, okay.

53 (Pages 507 to 510)

Confidential - Subject to Protective Order

Page 511

1    A.   Yes.
2    Q.   Alright. And this is another e-mail
3 and this is from Dr. Dennis Miller to Dharini Amin
4 and Dr. Lucente is on this e-mail and your boss Paul
5 Parisi is on this e-mail. Do you see that?
6    A.   I do.
7    Q.   Now, let me read this to you.
8 "Dharini, thanks for the info. It's fantastic to
9 know that TVT and TVT-O are still so safe, even with
10 more surgeons participating. I know that all
11 companies make these tables with the same format
12 from the MAUDE database. But all surgeons know that
13 the final column is a farce."
14    Okay. So what's the final column there of
15 the complaints?
16    A.   So assuming the attachment -- we're
17 saying that the attachment referred in this document
18 is the one, right?
19    Q.   Yes.
20    A.   We know that's the same attachment.
21    MR. COMBS: Object to the form. I
22 mean...
23    Q.   Just look at that, the final column
24 there. It's called "Total Complaints," right?
25    A.   It does. And I remember him talking

Page 512

1 about a percentage, placing a percentage on the
2 chart. And I don't see a percentage on the chart.
3 That's why I was questioning the last column.
4    Q.   So, in your opinion, as a
5 Professional Education manager, is this the final
6 column of total complaints that patients are having
7 with the mesh, is it a farce, are these numbers
8 real?
9    MR. COMBS: Object to the form.
10    A.   That is not for me to comment on.
11 This is not anything that I've ever authored or
12 would have tracked. So I would never call this last
13 column a farce myself, no.
14    Q.   Okay. Who is Dr. Dennis Miller?
15    A.   He is a urogynecologist and previous
16 faculty member. I don't know that he's under
17 contract for us at present.
18    Q.   Okay. Did Paul Parisi, did he think
19 the numbers in the MAUDE database, the complication
20 numbers, did he think it was a farce?
21    MR. COMBS: Object to the form.
22    A.   Paul Parisi never told me that, no.
23    Q.   Okay. Have you ever heard of what's
24 called a TVT-S cookbook?
25    A.   I've heard of the term, yes.

Page 513

1    Q.   Do you have any idea what that is?
2    A.   I recall a cookbook being a term that
3 they use more predominantly in Europe, although I
4 must be honest with you, I never understood what it
5 truly meant or I never used the term much myself.
6 But it was just a reference to a document, yes.
7    MS. WILSON: Okay. We're going to
8 mark this now as 780.
9    (Deposition Exhibit No. T780, e-mail string
10 ETH.MESH.01761352 to 01761359 marked Highly
11 Confidential Subject to Stipulation and Order of
12 Confidentiality, was marked for identification.)
13    A.   Do we still need the other
14 documents out?
15    Q.   No, we're good.
16    A.   Just to keep my piles.
17    Q.   Now who is Dave Robinson?
18    A.   He is our previous medical director
19 or was a medical director.
20    Q.   And did you deal with him in
21 Professional Ed?
22    A.   Sure.
23    Q.   So I want you to go to -- Exhibit 780
24 is Bates No. 01761352. And the subject is regarding
25 TVT-S cookbooks.

Page 514

1    Take a moment to take a look at that. And
2 can you read to the ladies and gentlemen of the jury
3 what Dave Robinson wrote in this e-mail beginning on
4 top of the second page of the exhibit.
5    A.   "The very first one I think that
6 might," that one?
7    Q.   No, no, second page, top of the
8 second page of the exhibit.
9    A.   I'm sorry. Got it.
10    "I do not know if it is a problem of
11 underreporting in some regions and very diligent
12 reporting in others. It is clearly a technique
13 issue or everyone would have problems. Having
14 said that, it is just as clear that we are having
15 some type of training problems in order to prevent
16 widespread negative talk. I think we must take
17 palliative steps quickly. To that end, Axel, Dan,
18 Oz and myself are meeting tomorrow a.m. for further
19 strategy discussion. I'll let you know what
20 happens. David."
21    Q.   So what were the very serious
22 training problems that physicians were having with
23 TVT-S?
24    A.   I'm not familiar with what David
25 Robinson is referring to. You would have to ask

Confidential - Subject to Protective Order

Page 515

1  him.
2       Q.    Well, as Professional Education
3  manager and just in general being in Professional
4  Ed, should you have all been aware of training
5  problems?
6       A.    Yeah, if there was something going
7  wrong with our training programs, yeah.
8       Q.    Okay.  Not just your training
9  programs, but if physicians were having problems
10  using the device, is that something that
11  Professional Ed should or would know about?
12      A.    Again, if it's relative to the way
13  our training programs were being performed, I don't
14  know what he's referring to here as training
15  problems, in what context.  There's you know, a lot
16  of pages here.  So I need to -- but I need to read
17  more of the document to understand a little bit more
18  to what he's referring to.
19      Q.    Let's go on down second page, bottom
20  of the second page, and it's an e-mail from Alison
21  London Brown.  Who is she?
22      A.    Alison used to work in marketing, I
23  believe.  Don't quote me.  She used to work in the
24  organization.  I don't recall her title.
25      Q.    And the e-mail says, "David, I really

Page 516

1  don't understand why we hear so many complaints from
2  EMEA versus the US especially on the training
3  materials."  Do you know what she's talking about?
4       A.    I don't.
5       Q.    And then she goes on to talk about,
6  "We have heard nothing but positive comments from
7  the world outside of Germany, France and parts of
8  West EU, South Africa, Asia, Asia Pacific, Canada
9  have been quite pleased with the quality and
10  clarify" -- she meant clarity -- "of the materials
11  and the training with the only sticky question
12  regarding the tensioning, as we cannot accurately
13  describe this in writing."
14       How did Professional Ed address this issue
15  with tensioning?
16       MR. COMBS:  Object to the form.
17      A.    Are you referring to -- I don't know.
18  You'd have to ask Alison what she's referring to as
19  far as training and tensioning.
20       I can tell you what we did in 2006 in the
21  US.  We talked about it.  But I didn't -- I'm not
22  aware of what these specific tensioning issues she's
23  referring to.
24       Q.    What department is Alison in?
25      A.    She -- again, I think -- I think she

Page 517

1  used to work in marketing.
2       Q.    Do you think it's odd that -- do you
3  think it's odd that she's addressing these issues?
4       A.    I don't know that she's addressing
5  issues other than -- she looks like she's
6  corresponding with our medical director, her medical
7  affairs director.  And it looks like the medical
8  director affairs from Europe is included on this
9  trail, too.  So I don't know that that's odd that
10  she would be communicating with him about anything
11  related to the product.
12       Q.    Okay.  Do you know if Professional Ed
13  department in any way addressed this issue in 2006?
14      A.    Everything I read here is relative to
15  Europe and I was not working internationally at the
16  time.  So I can't speak to anything that was
17  happening at that time.
18       Q.    Would it have been important if there
19  were tensioning issues for Professional Ed to
20  respond to the issue?
21      A.    I'm sorry, say that again.
22       Q.    If there tensioning issues, which we
23  know that there were, would it have been important
24  for Professional Ed to respond to those issues, that
25  physicians were having with tensioning?

Page 518

1       MR. COMBS:  Object to form.
2       A.    Prof Ed would have been involved to
3  the extent that surgeons at our courses talked about
4  any challenges or anything relative to the
5  procedure, they would mention that at the course and
6  it would be discussed, yes.
7       Q.    I mean, it's Prof Ed that has the
8  one-on-one contact, right, with the preceptees and
9  the preceptors?
10      A.    Yeah, the Prof Ed department works
11  with the faculty to train all the doctors and help
12  them perform these procedures as safely as they can,
13  yes.
14       Q.    It's not marketing, right, marketing
15  doesn't put on the training events?
16      A.    That's true.
17       Q.    And after these issues were
18  identified with tensioning or any other issues
19  identified while TVT-S was on the market, the IFU
20  never changed, right?
21      A.    I'm not aware of any IFU changes with
22  the TVT-Secur.
23       (Deposition Exhibit No. T781, e-mail string
24  ETH.MESH.06121290 to 06121292 marked Confidential
25  Subject to Stipulation and Order of Confidentiality,

55 (Pages 515 to 518)

Confidential - Subject to Protective Order

Page 519

1  was marked for identification.)
2      Q.    Okay. I'm going to hand you what's
3  been marked as Exhibit 781 and it's Bates No.
4  06121290.
5          MS. WILSON: There you go.
6      Q.    And this is an e-mail from you to Ji
7  Hee Yeo -- Yeo?
8      A.    Yeo.
9      Q.    And who is Ji Hee Yeo?
10     A.    Ji Hee worked in marketing and Prof
11 Ed for Asia Pacific.
12     Q.    And do you recall this e-mail?
13     A.    Not particularly. But let me refresh
14 myself. Okay.
15     Q.    So is Mr. Yeo expressing some
16 concerns to you that while there is still some
17 interest in TVT-S, there's some hesitancy as well in
18 large part because the procedure is simply not
19 standardized yet, and that's as of 2008, it's been
20 on the market over two years at this point, two and
21 a half years?
22         MR. COMBS: Object to form.
23     Q.    Do you recall this?
24     A.    I'm vaguely recalling the e-mail.
25 But I'm sorry, could you -- the question is? Can

Page 520

1  you repeat the question?
2      Q.    Well, as of 2008, after the product
3  TVT-S had been on the market two and a half years,
4  it's still not standardized?
5          MR. COMBS: Object to form.
6      A.    I don't -- that's what Ji Hee Yeo
7  wrote, but I don't know that I would agree with
8  that, but that's what she wrote.
9      Q.    Well, do you agree?
10     A.    No.
11     Q.    As of -- okay.
12         So your testimony is that as of 2008, even
13 though you're still getting these complaints from
14 various people, you think the procedure was
15 standardized?
16     A.    I haven't been receiving complaints
17 from all these people. From the Prof Ed events that
18 I participated in and everything I saw, I saw it was
19 a standardized procedure per the IFU and the
20 procedural step guides and things we had. So they
21 taught it the same way at every course.
22     Q.    You didn't respond that way. I mean
23 -- I mean, did you ever respond to Ji Hee, well, I
24 disagree with you, it is standardized?
25     A.    I don't recall if we spoke,

Page 521

1  specifically, about her comment there.
2      Q.    And she also talks about problems
3  with erosion and dyspareunia. And do you know what
4  that is, dyspareunia?
5      A.    Yes, I'm familiar with what it is.
6      Q.    What is it?
7      A.    I understand to it be painful
8  intercourse or pain experienced during intercourse.
9          MS. WILSON: Alright. Let's go
10 to...
11         (Deposition Exhibit No. T782, e-mail string
12 ETH.MESH.00815933 to 00815934 marked Highly
13 Confidential Subject to Stipulation and Order of
14 Confidentiality, was marked for identification.)
15     Q.    This is Exhibit 782 and it's talking
16 about summary of Gynecare TVT-Secur system critical
17 steps. And I'm going to go ahead and make its own
18 exhibit, 783.
19         (Deposition Exhibit No. T783, Summary of
20 Gynecare TVT Secur System Critical Steps
21 ETH.MESH.00805441 & 00805442 marked Highly
22 confidential Subject to Stipulation and Order of
23 Confidentiality, was marked for identification.)
24         MS. WILSON: And I'm going to give
25 you guys a copy. There you go.

Page 522

1      Q.    And, as of October 2008, you were
2  director, right?
3      A.    Correct.
4      Q.    Professional Ed worldwide?
5      A.    Correct.
6      Q.    Okay. And I apologize, Mr. Pattyson.
7  I know you told me. Who is Georgia Long?
8      A.    Georgia Long at this time, I believe,
9  worked in marketing in Canada, I believe, her role
10 at that time.
11     Q.    Alright. So you worked a lot with
12 the marketing folks?
13     A.    Worked with a lot of people.
14 Marketing was one of them, yes.
15     Q.    Alright. And this is an e-mail from
16 her to you saying "Hi, Bart, it would be great if
17 when you were running preceptor meetings there could
18 be a few spots to us as well. It's hard to
19 communicate changes in protocol training when you
20 don't even know that they are happening."
21         Do you recall this e-mail?
22     A.    No.
23     Q.    What did she mean by, "there could be
24 a few spots to us as well"?
25     A.    I was wondering the same thing. I do

Confidential - Subject to Protective Order

Page 523

1  not know.  A few spots to us as well?
2      Q.    Was she wanting spots for people in
3  marketing or Canadian physicians?
4      A.    I'd have to read through the e-mail.
5  Yeah, it looks like there might have been a meeting
6  coming out and maybe she was looking to get some
7  surgeons in from Canada, so she could have been --
8  there could have been some surgeons identified that
9  someone in the sales or Prof Ed team had identified
10  as good targets that she was contacting me on, yeah.
11      Q.    Okay.  I want you to look at
12  Exhibit 783, "Summary of Gynecare TVT Secur Critical
13  Steps."  Can you please tell the ladies and
14  gentlemen of the jury what this is?
15      A.    "Summary Gynecare TVT-Secur system
16  Critical Steps."  It says, "standardized teaching
17  approach based on the August preceptor meeting."
18      Q.    So is it fair to say that the system
19  critical steps didn't come into being until August
20  of 2000 -- is it August -- you tell me, August of
21  2007 or August 2008?
22      A.    I don't know that I can tell you.
23      Q.    Well, do you recall?
24      A.    No.
25      Q.    Are you familiar with this document,

Page 524

1  Mr. Pattyson?
2      A.    I am looking at -- I think I have
3  seen this before, yeah.
4      Q.    Okay.  Do you recall the timeframe in
5  which Professional Ed used this document?
6      A.    Yeah, again, I don't know that I was
7  at this event in August, this preceptor meeting.
8      (There is a discussion off the record.)
9      A.    And I'm trying to make the
10  connection, too, between this document and this, to
11  make sure they're referring to the same thing.
12      Q.    I have the date of this being copy
13  approved November 26th of '07 and then again
14  December 18th of '07, okay?
15      A.    Okay.
16      Q.    According to the metadata produced by
17  your company.
18      So is it fair to say that all the doctors
19  who placed TVT-S in women prior to November 26, '07
20  and December 18th of '07, they weren't privy to the
21  Summary of the Gynecare TVT-Secur system Critical
22  Steps?
23      MR. COMBS:  Object to the form.
24      A.    I don't know how this document was
25  used or if this document was -- I don't know if any

Page 525

1  of this -- if this was created later -- you're
2  telling me it is -- then, no, I don't know that it
3  was available prior to this, no.
4      Q.    Well, your company told us that it
5  was.  This is information we're getting from you
6  all.
7      I mean, Mr. Pattyson, as you sit here today,
8  do you remember any of the Professional Ed materials
9  you used to train these doctors?
10      A.    Yes, we've looked at a lot of
11  materials and some -- when things came out and were
12  updated and we included them in.  So, yes, a lot of
13  documents we've seen here today were used in our
14  Prof Ed events.
15      Q.    Did you recommend as the worldwide
16  director of Professional Ed that the IFU be updated
17  when you came up with the Summary of the Gynecare
18  TVT-Secur System Critical Steps standardized
19  teaching approach based on August preceptor meeting?
20      A.    No, I did not recommend a change of
21  our IFU.
22      MR. COMBS:  Object to form.
23      Q.    Did anyone in your department?
24      A.    I have no idea.
25      Q.    What did you do to communicate with

Page 526

1  all the doctors who came before November 26, '07
2  that there is a standardized teaching approach
3  called the System Critical Steps to implantation of
4  this product?
5      A.    What did I do with the doctors that
6  attended our meetings?
7      Q.    Yeah.
8      A.    We trained them just as we always do.
9  We use the IFU.  We review material or a copy review
10  team does and our preceptors, surgeons who are
11  experienced in these devices, train them.
12      MR. COMBS:  Again, Miss Wilson, it's
13  3:22.
14      MS. WILSON:  Okay.  I've got like
15  five more hotdogs that I took out of 60 documents.
16  So I'd like to get through them and I will hurry.
17      Okay.  Exhibit 784, Bates No. 00815892.
18      (Deposition Exhibit No. T784, e-mail string
19  ETH.MESH.00815893 to 00815894 marked Highly
20  Confidential Subject to Stipulation and Order of
21  Confidentiality, was marked for identification.)
22      Q.    Okay.  So this is, again, an e-mail
23  where you and Georgia Long are communicating.
24  Georgia is from marketing.  You're in Professional
25  Ed.  And I want you to focus on the second e-mail

57 (Pages 523 to 526)

Confidential - Subject to Protective Order

Page 527

1   exchange there on the first page. It's you to
2   Georgia.
3       A.   You.
4       Q.   "Ha, yes on Belgium. Good times.
5   And I love Belgium beer. Can't wait to drink you
6   under the table. PS I keep forgetting that you're
7   not uterine health focus and so I should have
8   forwarded the AAGL, KOL key opinion leader, dinner
9   request to April, right? Do you know if there are
10  any big shots I should be looking for in Vegas in
11  two weeks?"
12      What are you talking about there, "big
13  shots"?
14      A.   Probably just doctors, surgeons that
15  are experienced in our procedures.
16      Q.   Now, why would you be looking for
17  them, to be a preceptor for you?
18      A.   Well, she's in Canada. So,
19  potentially, if there is training requested in
20  Canada, she's not going to the meeting, I presume
21  I'd connect with the surgeon and discuss any issues
22  they may have and hear how things are going up in
23  Canada.
24      Q.   What does a doctor have to do in
25  order to be a "big shot," as determined by the J&J

Page 528

1   Professional Ed department?
2       A.   I think this is not anything that J&J
3   would say or Ethicon would say. I think "big shot"
4   is just a slang that I used here in this e-mail to
5   refer to surgeons. I have a lot of respect for
6   surgeons and sometimes I might call them big shot or
7   something of the like.
8       Q.   Okay. Go on down to the last part of
9   the e-mail. It's still you and Georgia, Georgia to
10  you. "Oh, I like the replies. I find that my
11  problem is not so much my response to e-mails, but
12  how I actually talk to people live. It's something
13  about this job has made me a bit of a know-it-all,
14  do it my way kind of gal. The chumps really like
15  it. Kim roped me into a dinner with a new rep who
16  is in town. Great, just what I want to do on a
17  Wednesday night in the city. By the way, I'm in the
18  Belgium meeting."
19      So this is what started the whole e-mail
20  exchange, right?
21      A.   Yeah, there's -- yeah, that other
22  e-mail was below it, yes.
23      Q.   Okay.
24      (Deposition Exhibit No. T785, e-mail string
25  ETH.MESH.00815877 to 00815881 marked Highly

Page 529

1   Confidential "P" Subject to Stipulation and Order of
2   Confidentiality, was marked for identification.)
3       MS. WILSON: Okay. I'm going to mark
4   -- Exhibit 785 is Ethicon 00815877.
5       Q.   Okay. What I want to focus on is --
6   it's the third page of this in that you from you
7   to Georgia Long. And it's talking about a US
8   preceptor meeting run from marketing last year and,
9   we, Prof Ed, barely had enough time to get even a
10  portion of our US preceptors there.
11      Do you remember this e-mail?
12      A.   No, just some of the e-mails that
13  were tied to it, vaguely.
14      Q.   Would marketing run preceptor
15  meetings?
16      A.   Yeah, marketing would run advisory
17  boards to get information from preceptors, yeah,
18  they would run any sort of -- you know, anytime you
19  get preceptors together and understand, learn from
20  them, they would host meetings, yes.
21      Q.   Why would marketing do that instead
22  of Prof Ed?
23      A.   Because they're surgeons who have a
24  lot of experience, a lot of knowledge and marketing
25  may want to learn from them. So it's totally

Page 530

1   normal.
2       Q.   Okay.
3       (Deposition Exhibit No. T786, e-mail string
4   ETH.MESH.01719509 marked Highly Confidential Subject
5   to Stipulation and Order of confidentiality, was
6   marked for identification.)
7       MS. WILSON: I'm going to hand you
8   786, which is 01719509 and 787 which is 01719510. I
9   hand this to you together. That's for him, Mr.
10  Pattyson. And then, Phil, here is your copy.
11      (Deposition Exhibit No. T787, chart
12  ETH.MESH.01719510 to 01719516 marked Confidential,
13  was marked for identification.)
14      Q.   Okay. And this is you 2008 to, I
15  assume, it's people in marketing.
16      Who all is on that e-mail, Mr. Pattyson?
17      A.   I'm looking at a name I don't
18  recognize. It looks like a combination of folks
19  around the world, some from Asia, some from Latin
20  America.
21      Q.   What departments are they from?
22      A.   Various.
23      Q.   Tell me.
24      A.   Prof Ed, marketing, sales training, I
25  think. Sometimes overseas they have to carry

Confidential - Subject to Protective Order

Page 531

1  multiple roles because we don't have as many
2  people.
3      Q.   Is there anyone on this e-mail
4  exchange, is it all sales and marketing and Prof Ed?
5      A.   I'm sorry?
6      Q.   Is it all sales, marketing and Prof
7  Ed; is what I'm asking you?
8      A.   I don't see anybody here from sales
9  that I would recognize from sales.
10     Q.   Well, you just said sales rep. You
11 told me that a minute ago.
12     A.   I'm sorry. I must have just
13 misspoken. I don't recognize a name here. I don't
14 recall who Sami Majdalani is.
15     Q.   Okay. So here you say, "Please see
16 the attached overview of mini-slings presented at
17 IUGA 2007 and 2008. While we know that there have
18 been some significant learnings on how to best place
19 TVT-Secur and the data speaks to that, an important
20 point to note is that a lot more data are currently
21 under way and some with some very promising
22 results."
23     Okay. We've talked about this a lot. I
24 mean, in 2008 you're sending an e-mail to various
25 people around the world saying that they're

Page 532

1  significant learnings on TVT and the data supports
2  that.
3      MR. COMBS: Object to the form.
4      Q.   Right?
5      A.   That's -- I wrote something similar
6  to that, yes, sharing some clinical information from
7  a conference that I attended with a bunch of
8  surgeons, yes, that's what it looks like here.
9      Q.   There is problems placing -- and
10 we're going to look at this document. I forget the
11 number, I think, it's 787. Go ahead and take a look
12 at it. There's problems placing it.
13     MR. COMBS: And, Miss Wilson, it's
14 after 3:30.
15     MS. WILSON: I'm almost done.
16     MR. COMBS: Please wrap this up.
17     MS. WILSON: I am.
18     Q.   Do you see that? I mean, this is the
19 data you're talking about?
20     A.   I don't know what this document is,
21 the second document.
22     Q.   Are you telling me you do not
23 recognize this document?
24     A.   I don't recognize -- you're saying --
25 I assume you're going to say this is in the

Page 533

1  attached?
2      Q.   Yes; as produced by your company.
3      A.   As produced by my company?
4      Q.   Yes. This is supposedly the data
5  attached to this e-mail.
6      A.   Yeah, I'm just telling you, honestly,
7  I don't recall where this document came from.
8  However, if this is the document that was attached
9  to the e-mail, it's very possible that I might have
10 shared it to some folks, yes, with clinical papers.
11     Q.   Okay. And it's now been on the
12 market going on three years, you got data supporting
13 significant placement problems and how is
14 Professional Ed responding to this data?
15     MR. COMBS: Object to form.
16     A.   I didn't say that this data was
17 reporting significant problems. I said there's
18 learnings and I think that's papers, resources for
19 them to look at.
20     Q.   I would love to take the time to go
21 through each and every entry on this but, obviously,
22 I can't. So it speaks for itself.
23     Would it have been important at this point
24 for you to communicate the significant learnings and
25 the problems with placement with physician

Page 534

1  customers?
2      MR. COMBS: Object to the form.
3      A.   Could you restate the question?
4      Q.   Would it have been important for you
5  to have reported this information -- you testified
6  tons of times yesterday how much you shared with
7  physician customers, all the information you got.
8      Would it have been important for you and
9  Prof Ed to have shared this with your physician
10 customers, this data?
11     A.   Are you -- I don't know that this
12 information was not available to our preceptors and
13 our customers.
14     MS. WILSON: Okay. Last one and then
15 I'm done.
16     (Deposition Exhibit No. T788, e-mail string
17 ETH.MESH.00814238 & 00814239 marked Highly
18 Confidential Subject to Stipulation and Order of
19 Confidentiality, was marked for identification.)
20     Q.   788. This is it. It's one sheet.
21     MS. WILSON: Here you go.
22     MR. COMBS: Shame on me.
23     Q.   And, Mr. Pattyson, this is the last
24 exhibit. It's ETH.MESH.00814238.
25     And this is -- who is Piet Hinoul?

59 (Pages 531 to 534)

Confidential - Subject to Protective Order

Page 535

```
1        A.    Piet Hinoul is our medical director,
2   previous medical director.
3        Q.    Okay.  And you're telling him that,
4   "I think we as a company are long overdue with
5   providing the world with a status check on
6   TVT-Secur, the good, the bad and the hopefully not
7   too ugly."
8        A.    Yeah, I'm not recalling this
9   communication.  It says Daniel Thornburgh is who
10  it's from.
11             MR. THORNBURGH:  You must have given
12  my e-mail to you.
13        Don't mark my e-mail.
14             MS. WILSON:  Yeah.  Sorry, sorry,
15  sorry.
16        Q.    Alright.  Here you go.
17        A.    Thanks.
18        Q.    Do you see that front page?  Just the
19  front page, that's all I want you to look at.
20        A.    I'm sorry, where would you like me to
21  look?
22        Q.    It says, "Piet, Thank you for
23  sharing.  I will not share with -- I'm not going to
24  share this with David Sepulveda," who we already
25  talked about is a preceptor.
```

Page 536

```
1        You said, "I think we as a company are long
2   overdue in providing the world with a status check
3   on TVT-Secur, the good, the bad and the hopefully
4   not too ugly."  Do you recall this e-mail?
5        A.    I'm just trying to refresh myself.
6   Hold on.
7        Q.    Okay.  I understand.
8        A.    Yeah, the only thing I can say is
9   that as we talked about earlier, people had comments
10  during the placement of Secur.  Some people loved
11  it, some people had a little bit of trouble with the
12  learning curve in appreciating the device.  So some
13  people had trouble with the delivery system and how
14  to place it in the tissue.  Some doctors took it
15  upon themselves to place it a little bit in the
16  wrong place.  So I remember discussions around that
17  with our faculty.
18        Q.    It's now been over three years in the
19  stream of commerce and being placed in women for
20  three years.  And you say, "I am constantly fielding
21  questions as both are as well, I'm sure, regarding
22  Secur.  What do you think?  If you agree, then
23  perhaps I will set up short call with our marketing
24  folks."
25        What was marketing going to do to help the
```

Page 537

```
1   situation?
2             MR. COMBS:  Object to the form.
3        A.    I don't know.  But I think -- since
4   they own the brand, as far as the product, they
5   should be involved.
6        Q.    Okay.  That's all I've got.
7             MR. COMBS:  Okay.  Let's go off the
8   record.
9             THE VIDEOGRAPHER:  The time is now
10  3:40.  We're going off the record.
11        (Recess taken 3:40 to 3:50 p.m.)
12             THE VIDEOGRAPHER:  The time is now
13  3:50.  This is the beginning of Disk No. 6.  We are
14  back on the record.
15  EXAMINATION BY MR. COMBS:
16        Q.    Mr. Pattyson, before we get started
17  with my questions of you, I want you to remind the
18  jury of your testimony regarding the spasms that you
19  have in your face.
20        What is that medical condition?
21        A.    It's referred to as a hemifacial
22  spasm.  It's an anatomical condition with an artery
23  in my face and it just sort of involuntarily moves
24  sometimes.
25        Q.    And I just want to make sure that the
```

Page 538

```
1   jury would understand that if they saw that moving
2   during times when you're testifying, it doesn't have
3   any reflection or bearing upon what you're
4   testifying about, does it?
5        A.    No.
6        Q.    It's a condition that you've had and
7   that you've been living with more than half a
8   decade?
9        A.    That's true.
10        Q.    Mr. Pattyson, let me ask you just --
11  I'm going to ask you some very brief questions about
12  your curriculum vitae.
13        You were asked questions by the Plaintiffs'
14  attorneys in this case and it's my understanding
15  that you worked in the logistics department for a
16  while, the manufacturing department for a while and
17  then Professional Education for a while; is that
18  correct?
19        A.    And sales as well, yes.
20        Q.    And your sales.
21        Now, you were never in medical affairs, were
22  you?
23        A.    No.
24        Q.    You were never in clinical affairs,
25  were you?
```

60 (Pages 535 to 538)

Confidential - Subject to Protective Order

Page 539

1      A.    No.
2      Q.    And you were never in the marketing
3  department, were you?
4      A.    No.
5      Q.    Now, Mr. Thornburgh asked you
6  questions about whether you cared if a surgeon was
7  adequately trained.
8        Tell this jury, did you care if the surgeons
9  were adequately trained on the use of the products?
10          MR. THORNBURGH:  Objection.
11     A.    It was probably one of the biggest
12  things we cared about is ensuring that the surgeons
13  received the proper training on the safe and
14  efficacious use of our products, yes.
15     Q.    And what is the entire purpose of
16  Prof Ed?
17     A.    Just that, I think, Prof Ed is -- was
18  created to separate ourselves from marketing so that
19  there's no misconception as to what our function is
20  and that is to teach on the safe and efficacious use
21  of our products and facilitate that process.
22     Q.    And are you a resource for the
23  surgeon?
24     A.    Absolutely.
25     Q.    And, ultimately, what is the party

Page 540

1  that's responsible to determine if a surgeon is
2  qualified?
3      A.    Well, I'm not a surgeon myself.
4  However I know they need to get -- there's board
5  certification that happens, a medical board, that
6  certifies them in the specialty of their choosing or
7  decision after medical school and then there's
8  credentialing and things that happen as well after
9  their certification, wherever they chose to
10  ultimately work.
11     Q.    And does a surgeon have to make a
12  decision about whether he or she is able to use a
13  product?
14     A.    I believe so, yes.
15     Q.    And does a hospital have to make a
16  decision about whether a surgeon's credentialed to
17  use a product or perform a procedure?
18          MR. THORNBURGH:  Objection.
19     A.    After speaking to many surgeons,
20  that's what I understand, yes.
21     Q.    And Ethicon -- you testified during
22  your deposition Ethicon is not in the certification
23  business, is it?
24     A.    No.
25     Q.    And it's not in the credentialing

Page 541

1  business, is it?
2      A.    No.
3      Q.    And let's talk for a second about
4  board certification.
5        Ethicon doesn't administer board
6  certification tests, does it?
7      A.    No.
8      Q.    Now, the surgeons that would take the
9  training to use your product, they would be board
10  certified, wouldn't they?
11     A.    Yes, they would, absolutely.
12     Q.    And what does that mean?
13          MR. THORNBURGH:  Objection, calls for
14  speculation.
15     A.    My involvement and understanding of
16  that was as a sales rep and later as a Prof Ed
17  person is that the only doctors that would attend
18  our events are doctors that we've seen perform these
19  types of procedures or like procedures in the
20  operating room or ambulatory surgery centers.
21     Q.    And have these surgeons before they
22  can perform those procedures have been board
23  certified by a college such as the American Board of
24  Gynecology?
25     A.    Yes.

Page 542

1          MR. THORNBURGH:  Objection.
2      Q.    Now --
3          MR. THORNBURGH:  Lack of foundation,
4  calls for speculation.
5      Q.    -- Mr. Pattyson, I want to ask you
6  some questions about the preceptors for your classes
7  and the preceptees for your classes.
8      A.    Sure.
9      Q.    Can you look at Exhibit 740, please.
10     A.    Sure.  Okay.
11     Q.    Okay.  Do you remember being asked
12  questions about this e-mail?
13     A.    Yes.
14     Q.    Okay.  Is this the e-mail which you
15  referred to Dr. Lucente as the top dog?
16     A.    Yes.
17     Q.    Okay.  What did you mean?
18          MR. THORNBURGH:  Objection.  The
19  document speaks for itself.
20     A.    It, actually, says "highest paid
21  dog."
22     Q.    What did you mean?
23     A.    I refer to him as that -- it's a
24  slang term, by the way, obviously.  But I thought he
25  was the best and he was on the higher end of the

61 (Pages 539 to 542)

Confidential - Subject to Protective Order

Page 543

1  honorarium, but he was the best surgeon we had
2  teaching for us.
3      Q.   And when you say that, tell the jury
4  what you mean.
5      A.   I just think he had unbelievable
6  clinical experience to speak to with our products
7  and with other elements of surgery.  And I heard
8  that from all the surgeons that would attend his
9  courses and that is on an international basis.
10          MR. THORNBURGH:  Objection, hearsay.
11  Move to strike.
12      A.   I just think he's a very -- after
13  watching him teach many times, I just think he was
14  extremely skilled and knowledgeable about these
15  types of procedures and disease states.
16      Q.   Now, was Dr. Lucente -- strike that.
17      Dr. Lucente was, obviously, paid for the
18  work that he did as a preceptor, wasn't he?
19      A.   Yes, he was.
20      Q.   And were all the preceptors paid?
21      A.   Yes.
22      Q.   And did the attendees at the
23  conferences understand that the preceptors were
24  paid?
25      A.   Yes.

Page 544

1          MR. THORNBURGH:  Objection, calls for
2  speculation.
3      A.   At every event that I ever attended,
4  if it wasn't on the slides, which I recall it often
5  was, they would also disclose it themselves.  A lot
6  of times attendees attending these programs,
7  typically, knew that it was a company sponsored
8  event.  So there was no misunderstanding that
9  whoever was teaching the event was working on our
10  behalf.
11          MR. THORNBURGH:  Objection.
12      Q.   And your testimony about this
13  disclosure, that's based upon your personal
14  experiences of attending these events?
15      A.   That's correct.
16      Q.   And how many Prof Ed events do you
17  think you've attended during the six years you
18  worked in Prof Ed?
19      A.   That's tough to say.  I would say
20  probably over a hundred, maybe 200.
21      Q.   And the events that you attended, the
22  speaker would make a disclosure to the audience that
23  he was being paid by the company for his time in
24  giving that presentation?
25          MR. THORNBURGH:  Objection.

Page 545

1      A.   Absolutely.  I often heard that
2  surgeons just say -- you know, he would often say it
3  at the beginning of his presentation and throughout
4  the day I'd often hear it at the stations, you know,
5  and things to the nature that, you know, I'm -- I
6  work for Ethicon or they're paying me to be here,
7  but I'm not saying this on their behalf.  This is my
8  clinical experience as a customer as well as a paid
9  faculty.
10      Q.   Now, Mr. Pattyson --
11          MR. COMBS:  Could you mark that as
12  789.
13       (Deposition Exhibit No. T789, Faculty
14  Development Management ETH.MESH00420577, was marked
15  for identification.)
16          MR. COMBS:  Thank you.
17      Q.   Mr. Pattyson, if you could turn to
18  the -- is that a document entitled "Faculty
19  Development and Management"?
20      A.   Yes.
21      Q.   Okay.  Could you turn to the
22  approximate -- well, about the tenth page of that,
23  "the Global Faculty Selection Criteria"?
24          MR. THORNBURGH:  I'm sorry.  Do you
25  have a date on this, for the record?

Page 546

1          MR. COMBS:  (No response.)
2      A.   Okay.
3      Q.   Now --
4          MR. THORNBURGH:  What page was that?
5          MR. COMBS:  It's the page that's
6  entitled "Global Faculty."  It's, approximately, ten
7  pages in.
8          MR. THORNBURGH:  Okay.  Do you have a
9  starts Bates No. so I could look at it later on?
10          MR. ROSENBLATT:  It's on the top.
11          MR. COMBS:  On the top.
12      Q.   Now, Mr. Pattyson, does that document
13  set forth some of the criteria that were used to
14  pick the preceptors, the faculty for Professional
15  Education events?
16      A.   Yes.  My understanding is that this
17  nice comprehensive list of criteria that was used to
18  select faculty on a global basis, yes.
19      Q.   And you're aware from the time that
20  you worked in Prof Ed of factors that were used to
21  select global faculty, weren't you?
22      A.   Yes.
23      Q.   And tell the jury what some of the
24  things are that the company would look for when
25  selecting global faculty.

62 (Pages 543 to 546)

Confidential - Subject to Protective Order

Page 547

```
1        A.   Well, sometimes where they operated
2   at, what institution, are they willing to travel,
3   sometimes teaching on our behalf requires the
4   surgeon to travel, are they board certified, of
5   course; if they have any affiliation or work with
6   any of the international societies, are they well
7   published. A lot of surgeons, you know, publish
8   their data, their research. Some of them are
9   fellowship trained. There's a whole litany of kind
10  of criteria that we would consider when -- that is
11  just a few of them. Are they speaker trained, how
12  effective and dynamic are they as far as speaking in
13  front of a large audience, do they understand adult
14  learning principles, things like this.
15       Q.   And these are the types of selection
16  criteria that Ethicon is looking for when it's
17  deciding who should become a preceptor for its
18  courses?
19       A.   Yes, that's correct.
20       Q.   Now, Mr. Thornburgh asked you
21  questions about the individuals that attended the
22  classes, the preceptees.
23       A.   Yes.
24       Q.   Now, over and over again
25  Mr. Thornburgh asked you questions and stated that
```

Page 548

```
1   Ethicon was training unqualified doctors. Do you
2   believe that to be true?
3        A.   Absolutely not.
4        Q.   And tell the jury why.
5        A.   Because --
6             MR. THORNBURGH:  I want to object as
7   a mischaracterization of my questioning.
8        A.   My complete understanding both as a
9   sales rep and as a manager within Prof Ed
10  domestically and internationally was that the
11  communication was always -- you're calling on OB --
12  a board certified OB/GYN's or urologists. They're
13  performing these procedures and work with patients
14  that have these disease states that they're trying
15  to fix. So the surgeons that went to our courses
16  were, certainly, qualified.
17       Q.   So the people that Mr. Thornburgh
18  repeatedly called unqualified, they would have been
19  MD's; is that correct?
20       A.   That's correct.
21            MR. THORNBURGH:  Hold on a second.
22  Let me get an objection in.
23            Objection mischaracterizes my questioning.
24            MR. COMBS:  Okay. Do you want to add
25  anything more to that?
```

Page 549

```
1            MR. THORNBURGH:  No.
2            MR. COMBS:  Okay. So I'll repeat my
3   question. Your objection is preserved.
4        Q.   The individuals that Mr. Thornburgh
5   was referring to as unqualified, they would all be
6   MD's; is that correct?
7        A.   That is correct.
8        Q.   They would have undergone
9   residencies; is that correct?
10       A.   That is correct.
11       Q.   They would have undergone their
12  surgical training?
13       A.   Absolutely.
14       Q.   They would be practicing surgeons in
15  their field?
16       A.   Yes.
17       Q.   Their field would be working in this
18  space which would include gynecological or
19  urological procedures?
20       A.   That's correct.
21       Q.   And they would be board certified?
22       A.   Yes.
23       Q.   Now, Mr. Thornburgh asked you
24  additional questions -- bear with me, Mr. Pattyson,
25  bear with me a second.
```

Page 550

```
1        A.   Sure.
2            MR. COMBS:  I'm going to mark another
3   exhibit.
4            (Deposition Exhibit No. T790, 10/23/06
5   letter to EWHU field Sales Force from Price St.
6   Hilaire ETH.MESH.00461576 marked Highly Confidential
7   Subject to Stipulation and Order of Confidentiality,
8   was marked for identification.)
9        Q.   Mr. Pattyson --
10       A.   You gave me two copies here.
11       Q.   You can just tear that off.
12       A.   (The witness complies.)
13       Q.   Thanks.
14            MR. THORNBURGH:  What's the Bates
15  number so I have the right --
16            MR. COMBS:  Yeah, 00461576 and we've
17  marked it as Exhibit 790.
18       Q.   Now, Mr. Pattyson, Mr. Thornburgh
19  asked you specific questions in which he stated over
20  and over again that prior to the public health
21  notice that Ethicon was training unqualified doctors
22  and then as a result of the public health notice
23  made efforts to start training more qualified
24  doctors. Do you remember that?
25            MR. THORNBURGH:  Objection. That
```

63 (Pages 547 to 550)

Confidential - Subject to Protective Order

Page 551

1   mischaracterizes my testimony.  I would appreciate
2   if you would stop mischaracterizing my testimony.
3       MR. COMBS:  I agree it was your
4   testimony.  That's my point.
5       MR. THORNBURGH:  It mischaracterizes
6   my questions.  So I'd appreciate if you'd stop
7   characterizing the way I questioned the witness to
8   the jury.
9   Q.   Now, do you remember those questions?
10  A.   I do.
11  Q.   Now --
12      MR. THORNBURGH:  Objection.  Move to
13  strike.
14  Q.   Now, let me direct your attention to
15  Exhibit 790.  What is that document?
16  A.   This is a communication from Price
17  St. Hilaire speaking to the criteria that we should
18  be looking for with surgeons, board certified
19  surgeons, who are interested in doing Prolift
20  procedures.
21  Q.   And what was the date on that
22  communication from Mr. St. Hilaire?
23  A.   October 23rd, 2006.
24  Q.   And can you tell the jury some of the
25  factors that Mr. St. Hilaire references?

Page 552

1   A.   Sure.  He speaks to 30 to 50 percent
2   of their practice is pelvic floor repair.  They
3   should be doing, at least, five procedures per
4   month, treating Stage 3 and 4 defects, using
5   abdominal and vaginal approach to treat pelvic organ
6   prolapse.  Transobturator slings, are they currently
7   performing those, perform or have performed
8   sacrospinous ligament fixations, sacrocolpopexies,
9   and utilizing graft materials for POP cases.
10  Q.   And were similar criteria being used
11  when you were searching for preceptees that would
12  attend the Professional Education training courses
13  for the sling products?
14  A.   Yes.  These are similar type of
15  criteria.  They, obviously, aren't exactly the same.
16  They're probably modified.  But we had criteria that
17  we discussed that was similar.
18  Q.   And this is years before the public
19  health notice?
20  A.   That's correct.
21  Q.   Now, Mr. Pattyson, I wanted to direct
22  your attention to some general questions about Prof
23  Ed.
24      Are the only type of Prof Ed procedures that
25  use a slide deck?

Page 553

1   A.   I'm sorry.  Could you repeat the
2   question?
3   Q.   I mean, is Prof Ed broader than just
4   slide decks?
5   A.   Absolutely.  Slide decks are just an
6   element to what -- how we define Prof Ed and
7   training surgeons and providing training and
8   resources for surgeons could literally be an IFU.  I
9   mean, that is a form of training; a DVD, a webX or
10  webinar type of event, conference call could be
11  education, it could be awareness, knowledge
12  development type training for surgeons and then, of
13  course, cadaver labs and preceptorships and all the
14  other elements.
15  Q.   And could you turn your attention,
16  please, to Exhibit T748.
17  A.   T748, yes.
18  Q.   And I'm going to ask you some
19  questions about Slide 4 of that exhibit.
20  A.   Okay.
21  Q.   Now, does Slide 4 depict some of the
22  Professional Education models that you used?
23  A.   It does.
24  Q.   And tell the jury what some of the
25  things that are depicted in the continuum of

Page 554

1   education on Page 4, Slide 4.
2   A.   Yeah, I just mentioned some of them.
3   But you're right, there's more here; webinars,
4   classroom, didactic sessions, E-modules, which are a
5   form of online training, preceptorships and
6   proctorships, which we've discussed, cadaver labs,
7   hands-on model training, surgical simulation
8   something that we've gotten more into as technology
9   has advanced, ask the expert programs,
10  ClinicalExpertise.com as a means to provide more
11  content to them.  It was a website.  And Virtual
12  World was another one that used, I believe, as
13  technology improved.
14  Q.   And have some of the types of Prof Ed
15  that are depicted on Slide 4 of exhibit T748 have
16  been used the entire time that you've been
17  associated with Prof Ed?
18  A.   Absolutely.
19  Q.   And are some of them new?
20  A.   Absolutely.
21  Q.   Yeah.  And just, in general terms,
22  can you explain to the jury what the development of
23  some of those new types of Prof Ed would be?
24  A.   Yeah.  Surgical simulation is one
25  that's on here that, I think, we discussed

64 (Pages 551 to 554)

Confidential - Subject to Protective Order

Page 555

1  yesterday. We started investment, gosh, maybe four
2  years ago on a project to invest in surgical
3  simulation. It took four years to complete the
4  project. That would be an example of something that
5  the technology wasn't there. At least, we didn't
6  have that technology at the time.
7       Virtual World is a web based application
8  where surgeons can interact. So some of those type
9  I call them newer technology was not available back
10  in the time. But everything else on the slide that
11  I'm looking at right here are programs we've done as
12  long as I've been in Prof Ed, that's for sure.
13       Q.   Okay. And do you currently work at a
14  facility called the Ethicon Learning Institute?
15       A.   I do. I work next door to it.
16       Q.   Okay. Tell the jury what that is.
17       A.   That is a training center that was
18  added to the Ethicon site or location in Somerville
19  in our headquarters that has a simulation lab and
20  also another hands-on lab where doctors can come and
21  train and learn more about our products. We have a
22  lot of models, actually, folks that aren't familiar
23  with the industry that work for the company come by
24  and see these models, pelvic models and all sorts of
25  things. There's a number of training models there

Page 556

1  so...
2       Q.   And including several versions of the
3  simulator that you told us about that you all
4  developed for doctors to use in learning how to work
5  in the pelvic floor space?
6       A.   Absolutely. The simulator is very
7  cool.
8       Q.   Now, Mr. Pattyson, do you remember
9  being asked some questions about a healthcare
10  compliance document that you said that you
11  remembered reviewing?
12       A.   Yeah, I was asked about a lot of
13  documents, yes.
14            MR. COMBS: Okay, 791.
15       (Deposition Exhibit No. T791, DM/Sales Rep
16  Do's and Don'ts ETH.MESH.00319128 & 00319129, was
17  marked for identification.)
18       Q.   Mr. Pattyson, we've marked as 791 a
19  document -- it's identified as ETH.MESH.08319128
20  [sic] and at the bottom it's dated it's -- updated
21  7/8/2009.
22       Have you seen that document before?
23       A.   I have.
24       Q.   And tell the jury what this document
25  is?

Page 557

1       A.   Well, this is content that we -- I,
2  honestly, recall going through an annual healthcare
3  compliance training. It looks like just an update
4  or just maybe there was some change in wording or
5  something from compliance they wanted to update the
6  field on. This went out to sales reps and probably
7  many people in the company that interact with
8  healthcare providers on do's and don't's related to
9  various, various things, job responsibilities.
10       Q.   And does the first bullet point
11  instruct the DM and sales reps to educate themselves
12  on healthcare compliance policies?
13       A.   It does.
14       Q.   And does the fourth bullet direct
15  them to only approve on label uses of the products?
16       A.   That's exactly right.
17       Q.   And let's go to the second page.
18  Does it have some don't's?
19       A.   Yeah, the first page is do's and the
20  second page is don't's.
21       Q.   And can you tell the jury what the
22  fourth bullet point is?
23       A.   "Don't promote unapproved off label
24  uses of company products."
25       Q.   And what's the fifth bullet point?

Page 558

1       A.   "Don't equate Professional Education
2  training with product promotion. Review the
3  Professional Education program policy on the HCC
4  portal to understand how sales personnel may be
5  involved in Professional Education training events."
6       Q.   And can you tell the jury what's the
7  seventh bullet point?
8       A.   Yes. It says, "Don't use
9  Professional Education training as an incentive to
10  buy or use our products. Training is to increase
11  the safe and effective use of our products."
12       Q.   Now, Mr. Pattyson, you were asked a
13  number of questions about complication rates. Do
14  you remember that?
15       A.   I do.
16       Q.   Okay. Could you turn your attention
17  please to -- strike that. Before we get started...
18       And it was your testimony that it was your
19  understanding that complication rates could be
20  underreported; is that correct?
21       A.   Yes. As soon as I started seeing
22  complication rates, started in sales but often at
23  Prof Ed events, specifically, I recall many
24  discussions when that slide would come up or we
25  would be sharing that information that the faculty,

65 (Pages 555 to 558)

Confidential - Subject to Protective Order

Page 559

1    typically, presenting would say, now we know this
2    number is underreported because not all complaint --
3    not all adverse events or complications that
4    happened in every operating room in the country get
5    reported. And oftentimes it's reminded that if you
6    have an event, report it, so we can get better data,
7    that's true.
8         Q.    And was that understood by the people
9    attending the Professional Education conferences?
10             MR. THORNBURGH: Objection.
11        A.    Absolutely.
12             MR. THORNBURGH: It calls for
13   speculation.
14        Q.    And how do you know that?
15             MR. THORNBURGH: Based on hearsay.
16   Move to strike.
17        A.    I've had conversations with doctors
18   at events and oftentimes if a doctor would say a
19   complication report is low and how can that be right
20   or doctors, if -- I don't know if you've ever been
21   to a Professional Education event.
22        Q.    I have not.
23        A.    Doctors are competitive people, I
24   think, in general. They're very -- in my
25   experience, they're very -- they're very smart

Page 560

1    people and they love to throw questions at the
2    speaker. And so it's hard to get something by on
3    them. So often doctors will make comments about,
4    well, how can that complication be right or
5    challenge it and they talk about it and so it was
6    never a secret at any event that I was ever at.
7         Q.    You've literally heard these
8    conversations --
9              MR. THORNBURGH: Can you guys just
10   give me a second a little bit of a second to lodge
11   an objection in between? You guys are, you know,
12   talking over each other almost and I can't lodge an
13   objection.
14             MR. COMBS: Yes, we'll try to do
15   better.
16             MR. THORNBURGH: Objection.
17             MR. COMBS: Okay.
18             MR. THORNBURGH: Move to strike,
19   hearsay, nonresponsive.
20        Q.    So that's something that you have
21   witnessed firsthand in Professional Education
22   conferences?
23        A.    That's true.
24        Q.    Now, Mr. Pattyson, I'd like you to
25   turn your attention to Exhibit T744.

Page 561

1         (There is a discussion off the record.)
2         A.    Okay, yes. Sorry.
3         Q.    Now, I would like to direct your
4    attention to the fourth line on that document.
5         A.    Okay.
6         Q.    Does that document represent that
7    it's all reported complications?
8         A.    Are we looking at the same document?
9         Q.    Yes, yes, sir.
10        A.    Okay. No, it does not say it's all
11   reported complications here.
12        Q.    What does it say?
13        A.    It says, "nerve injury."
14        Q.    Okay. The fourth line from the top.
15        A.    Oh. "Based on 600,000 patients
16   treated worldwide."
17        Q.    And above that, does it say it's
18   the --
19        A.    "Most significantly reported
20   complications," yes.
21        Q.    It doesn't reflect that it's all
22   reported complications, does it?
23        A.    No.
24        Q.    Now, I'd like to turn your attention
25   to 746.

Page 562

1         A.    Okay.
2         Q.    And I'm going to ask you a question
3    about the third line of that document.
4         A.    It says, "summary of the following
5    reported complications."
6         Q.    And that doesn't represent that it's
7    all complications either, does it?
8         A.    No.
9         Q.    And you were asked questions about
10   discussions about the complications. Were
11   complications ever discussed at a Professional
12   Education event?
13        A.    Yes, absolutely.
14        Q.    And how do you know that?
15        A.    Well, as I mentioned, I've been to
16   many Prof Ed events, cadaver labs, preceptorships.
17   And, as I've also mentioned, doctors like to -- they
18   want to know everything. They ask a lot of
19   questions and complications are always, in my
20   experience, have been brought out by the faculty.
21   But customers always have questions about
22   complications too and potential complications in
23   addition to how well their patients are doing.
24   There's certainly, a lot of discussion about
25   patients hugging them in their offices for those

66 (Pages 559 to 562)

Confidential - Subject to Protective Order

Page 563

1    people that have had good experiences and all the
2    great stuff they've had with the mesh. But
3    complications, absolutely, came up.
4         Q.    Now --
5              MR. THORNBURGH: Okay.
6    Nonresponsive, move to strike, hearsay.
7              MR. COMBS: Okay.
8         Q.    I want to ask you some questions
9    about T747. And if you could turn to the
10   complication slide on that, which, I believe, is the
11   fourth page.
12        A.    Fourth page. Oh, yeah, got it.
13        Q.    Now, Mr. Thornburgh asked you
14   questions about this slide and he asked you -- only
15   asked you questions -- strike that.
16        He asked you questions about the number of
17   complications reported and I want to direct your
18   attention to the second paragraph from the bottom.
19        A.    Okay.
20        Q.    What does the second paragraph from
21   the bottom reflect?
22        A.    It says, Gynecare diligently reports
23   to the Food and Drug Administration or the FDA all
24   serious injuries and deaths in accordance with
25   federal regulations. As of September 26, 2003,

Page 564

1    Gynecare had reported 377 medical device reports or
2    MDR's to the FDA involving complications of surgery.
3         Q.    So the internal materials related to
4    Exhibit 747 demonstrate that it was not represented
5    that those were all of the complications that are in
6    the slide that's above that, don't they?
7              MR. THORNBURGH: Objection.
8         A.    That's exactly right.
9         Q.    And that would be consistent with
10   what you remember occurring at these events, isn't
11   it?
12        A.    Yes. Surgeons, like I said, they
13   would talk about this -- it was never a secret in
14   any event that I was at or was it missknown, by the
15   way, outside of Prof Ed events.
16        Q.    What are some of the other ways that
17   complications were related to the attendees at
18   these conferences?
19              MR. THORNBURGH: I'm sorry. What was
20   the question?
21        Q.    I said, what were some of the other
22   ways in which complications were made known to the
23   attendees at these conferences?
24              MR. THORNBURGH: Objection.
25        A.    The doctors were, certainly, eligible

Page 565

1    or able to look for themselves on government
2    websites. There's certainly, plenty of clinical
3    papers. There are conferences that happen that a
4    lot of surgeons attend. There is numerous outlets
5    for them to receive that information amongst talking
6    with themselves, too, just the same.
7         Q.    And were the results of clinical
8    trials and journal articles presented as well?
9         A.    Absolutely.
10              MR. THORNBURGH: Objection.
11        Q.    Mr. Pattyson, let me ask you to look
12   at Exhibit 748, please.
13        A.    I haven't located that one just yet.
14   I have 747 right here.
15              MR. THORNBURGH: I think it's the
16   first one we looked at.
17        A.    It's that one.
18              MR. THORNBURGH: Yes, on direct.
19        A.    You guys have done this before.
20        Q.    Now -- no, that's not it.
21              MR. THORNBURGH: You said 748, right?
22              MR. COMBS: Yeah. Give me a second.
23   I've got the wrong number.
24        Q.    Mr. Pattyson, do you remember the
25   questions that Mr. Thornburgh asked you about TVT-O

Page 566

1    in which he asked you a series of questions about
2    what he termed as chronic persistent leg pain from
3    nerve damage, do you remember he asked that
4    yesterday?
5         A.    Yes.
6         Q.    Now, does the IFU for TVT-O make a
7    reference to transitory leg pain, transient?
8         A.    Transient leg pain, yes.
9         Q.    Now, does the IFU for TVT-O also talk
10   about the risk of damage to the Obturator bundle?
11              MR. THORNBURGH: Objection.
12        A.    Yes, I believe it does.
13        Q.    Now, would surgeons know whether
14   damage to the Obturator nerve bundle, whether that
15   could cause chronic or permanent pain?
16              MR. THORNBURGH: Objection. He's not
17   a doctor or an expert in this case.
18        A.    My understanding after having
19   attended events that doctors spoke about nerve
20   damage and pain and, yes, I've heard them say that
21   any damage to the nerve could be transient or
22   long-term.
23              MR. THORNBURGH: Hearsay, move to
24   strike.
25        Q.    And damage to the Obturator bundle is

67 (Pages 563 to 566)

Confidential - Subject to Protective Order

Page 567

1  something, specifically, referenced in the TVT-O
2  IFU, isn't it?
3      A.   Yes, it is.
4      Q.   Now, Mr. Thornburgh asked you
5  questions about the blind passage involved in TVT-O.
6  Do you remember those questions?
7      A.   I do.
8      Q.   Now, is it common for surgeons to be
9  involved in a procedure that's quote, unquote,
10 blind?
11          MR. THORNBURGH: Objection.
12     A.   Yes, I've heard surgeons refer to
13 that term in various procedures, yes.
14     Q.   Is any transvaginal procedure blind?
15          MR. THORNBURGH: Objection.
16     A.   They do refer to that part -- part of
17 the procedure as being blind when they're doing -- I
18 don't know -- any midurethral sling that I'm aware
19 of or most of them have some blind elements to it,
20 yes.
21     Q.   And, in addition to their eyesight,
22 do surgeons use other senses during surgery, if you
23 know?  If you don't know, that's fine.
24     A.   Yeah, yeah, it's a good question.
25 They often -- I hear surgeons say their fingers are

Page 568

1  extensions of their eyes or use comments like that
2  because they can feel parts of the anatomy.  They
3  also stress and I know our faculty stress at all the
4  courses you need to know the anatomy.  Anatomy is
5  everything.  And so knowing in what they call their
6  mind's eye is kind of -- helps them with any parts
7  of the anatomy that they can't physically see when
8  they're performing procedures.
9          MR. THORNBURGH: Objection.
10     Q.   Now, Mr. Pattyson, do you remember
11 when Mr. Thornburgh asked you questions about the
12 public health notice and questioned you saying that
13 Ethicon had a policy that they were not to disclose
14 the public health notice to field sales
15 representatives -- strike that.
16         Do you remember the questions regarding
17 whether the e-mail from Renee Selman regarding the
18 disclosure of the public health notice?
19     A.   Yes.
20     Q.   Okay.  Now, are public health notices
21 available on the FDA website?
22     A.   This public health notice that I'm
23 aware of, yes, that was made public.  It was
24 available on the Internet, yes.
25     Q.   And let me turn your attention to

Page 569

1  Exhibit T752, please.
2      A.   Okay.  You might want to get a clip
3  for this one, by the way, so it doesn't get mixed in
4  with other ones.
5          Thanks.  Looking out for the documents.
6      Q.   Now, that was a Prof Ed presentation
7  given by Dr. Grier?
8      A.   That's correct, to my understanding.
9      Q.   And let's turn your attention to Page
10 3 of the slide deck.
11     A.   Yes.
12     Q.   Or strike that.
13         Let's go to Page 2 of the slide deck.  The
14 second slide in that deck, the third bullet point,
15 "FDA has issued a public health notice warning about
16 the risk of mesh."
17     A.   Yes, I see that, I'm sorry.
18     Q.   And so that's a presentation Dr.
19 Grier is giving that is being paid for and put on by
20 Ethicon?
21     A.   That is correct.
22     Q.   And the copy approved materials for
23 that slide deck are discussing the public health
24 notice?
25     A.   Yes.

Page 570

1      Q.   And let's go to the next page.  Is
2  this title of that slide FDA public health
3  notification 10/20/2008?
4      A.   That's correct.
5      Q.   And, again, this would be a copy
6  approved slide deck used in a presentation paid for
7  by Ethicon?
8      A.   Yes.
9      Q.   Used to teach surgeons?
10     A.   Yes.
11     Q.   And about a third of the way down on
12 that slide, does it talk about recommendations made
13 by the FDA in the public health notice?
14     A.   I'm sorry, could you repeat...
15     Q.   A couple of lines down on that slide,
16 does it have an underlined section that states, "FDA
17 recommendation"?
18     A.   Yes, it does.
19     Q.   Is this a recommendation from the
20 public health notice?
21     A.   That's what the slide says, yes.
22     Q.   And could you turn to Page 4, the
23 next page.
24     A.   Yes.
25     Q.   Does it talk about the implications

68 (Pages 567 to 570)

Confidential - Subject to Protective Order

Page 571

1  of the FDA public health notice?
2     A.    Yes, it does.
3     Q.    And so does the presentation that Dr.
4  Grier was being compensated to give on behalf of
5  Ethicon, Slides 2, 3 and 4 of that all discuss the
6  FDA public health notice?
7     A.    That's true.
8     Q.    Were you at Professional Education
9  events after the FDA public health notice in which
10 it was discussed?
11    A.    Yes, I was, sometimes not even in
12 this country.
13    Q.    In areas in which the FDA wouldn't
14 even be the governing regulatory body?
15    A.    Correct.
16    Q.    And -- strike that.
17    Now, Mr. Pattyson, you were asked questions
18 about whether the function of Prof Ed was to market
19 Ethicon's products. Do you remember that?
20    A.    Yes.
21    Q.    And my understanding of your
22 testimony was that good training might cause
23 increased sales, but that wasn't the purpose of
24 Professional Education; is that a fair
25 understanding?

Page 572

1     A.    Absolutely.
2     Q.    Now, you were asked questions about
3  Exhibit 751. Could you pull that out.
4     A.    751?
5     Q.    Yes, sir.
6     A.    Okay. Is this the one?
7     Q.    Yes, sir.
8     And, if you could, if you could turn to the
9  sixth page of that. It's the one that's at the top
10 it's "Ethicon Women's Health and Urology."
11    A.    Sixth page?
12    Q.    Yes, sir.
13    A.    Yes.
14    Q.    Okay. Now, do you remember
15 Mr. Thornburgh asking you questions about this and
16 he asked you many questions about the objectives and
17 the --
18       MR. COMBS: I'll paraphrase and, Mr.
19 Thornburgh, you're free to object.
20    Q.    But, basically, he said to you over
21 and over again that the purpose of this document was
22 that Professional Education was to sell products.
23 Do you remember that?
24       MR. THORNBURGH: Objection,
25 mischaracterizes my questions.

Page 573

1     A.    I do remember a lot of associations
2  made with.
3     Q.    Okay. Could you read -- what's the
4  top line of this document, or I'm sorry, the second
5  line of the document. Does it say "vision"?
6     A.    Yes, it does.
7     Q.    And can you read to the jury what
8  that line, which is the second line of the document,
9  what it says?
10    A.    Yeah. And the way this document
11 reads is, by the way, a cascading down. So the
12 vision is to improve patient's lives by being the
13 clear and trusted global leader in pelvic health
14 solutions.
15    Q.    And that was the vision behind the
16 key opinion leader's strategy that's Exhibit T751,
17 wasn't it?
18       MR. THORNBURGH: Objection.
19    A.    I think that was, absolutely.
20    Q.    Now, could you turn your attention
21 please to Page 9.
22    A.    Yes.
23    Q.    Okay. And that's -- at the top it's,
24 "incontinence UroGyn, Gyn"?
25    A.    Yes.

Page 574

1     Q.    Now, do you remember questions you
2  were asked about the Professional Education faculty
3  that are listed there, the top 10 that really list
4  13?
5     A.    That's correct.
6     Q.    Okay. Remember just a few minutes
7  ago we talked about some of the things that were set
8  forth as criteria used to select global faculty?
9     A.    Yes.
10    Q.    In your opinion, do these people that
11 are in this list, do they meet this criteria?
12    A.    Absolutely.
13    Q.    And tell the jury why.
14    A.    Well --
15       MR. THORNBURGH: Objection.
16 Speculation.
17    A.    -- a lot of the doctors listed here
18 have advanced training, fellowship training.
19    Q.    Okay. Well, let me stop you just for
20 a second. Mr. Thornburgh has objected.
21       MR. THORNBURGH: Speculation, lack of
22 foundation. Go ahead.
23       MR. COMBS: Speculation and lack of
24 foundation.
25    Q.    Do you know these physicians? Do you

Confidential - Subject to Protective Order

Page 575

1  know any of them?
2      A.    I know a lot of them, yeah.  I know
3  most of them.
4      Q.    Tell the jury which ones you know on
5  this list.
6      A.    I know Dr. Lucente, Dr. Sepulveda.
7  Dr. Brown doesn't ring a bell.  I know Dr. Raders,
8  Dr. Rogers, Dr. Aguirre, Dr. Hsieh, Dr. Rosenblatt.
9  I've met Dr. Mendelovici, Dr. Karram, Van Drie,
10  Khandwala and Michael Karram, I know them all.
11      Q.    So you know everybody on this list
12  except Mr. -- Dr. Brown?
13      A.    That's correct.
14      Q.    Okay.  Now, for the 12 of the 13 that
15  you know, do they meet the criteria for selection
16  for global faculty?
17          MR. THORNBURGH: Objection.
18      A.    Absolutely.
19      Q.    Tell the jury why, why you think
20  that.
21          THE WITNESS: Really?
22      A.    Pardon me.  I think that the faculty
23  names listed here, the ones I know, embody probably
24  the majority of the criteria that were listed on
25  that slide that we talked about.  You know,

Page 576

1  experience training, tons of experience with our
2  products and other procedures similar to
3  anti-incontinence procedure and pelvic floor
4  procedures.  Some of them coming from teaching
5  institutions.  Some of them are fellowship trained.
6  Some of them are published.  This is what I would
7  call an elite group of very experienced surgeons.
8      Q.    Now -- okay.  Let me ask you another
9  question about Exhibit 752 and we were looking at a
10  minute ago Dr. Grier's presentation.
11      A.    Okay.
12      Q.    Now, Mr. Thornburgh asked you whether
13  on each page of this document -- strike that.
14  Let's take a step back.
15          Did you author this document?
16      A.    No.
17      Q.    And you didn't present this document,
18  did you?
19      A.    No, I did not.
20      Q.    I mean, it was Dr. Grier, wasn't it?
21      A.    His name is on it and this looks like
22  something he would have definitely presented.
23      Q.    Now, you've been in Professional
24  Education conferences where Dr. Grier has been the
25  preceptor, haven't you?

Page 577

1      A.    Yes.
2      Q.    And have you heard Dr. Grier tell the
3  audience that is he a paid consultant from Ethicon?
4      A.    Absolutely.
5          MR. THORNBURGH: Objection.
6      Q.    Tell the jury what he says.
7          MR. THORNBURGH: Hearsay.
8      A.    Can you repeat the question?
9      Q.    Tell the jury what you've heard Dr.
10  Grier say.
11      A.    He says, Now I'm a paid consultant of
12  Ethicon or Gynecare.
13      Q.    And you've heard that firsthand?
14      A.    Yes, multiple times.
15          MR. THORNBURGH: Move to strike,
16  hearsay, multiple hearsay.
17      Q.    Now, Mr. Thornburgh stopped
18  questioning you on Page 31 of that document.  He
19  said he wasn't going to -- strike that -- Page 30.
20  But I want you to turn to the end of that document,
21  the last five pages of that document.
22      A.    Yes.
23      Q.    Does that have the references and
24  support for Dr. Grier's presentation?
25      A.    Yes, it does.  As well as the

Page 578

1  essential product information for TVT which comes
2  from our labeling but...
3      Q.    And could -- and strike that.
4          Were preceptees, could they obtain copies of
5  the support for Dr. Grier's presentation?
6      A.    Absolutely.
7      Q.    And, in fact, throughout the entire
8  presentation, it's footnoted; isn't it?
9          MR. THORNBURGH: Objection.
10      A.    I'm sorry.  Yeah.  Oh, there's
11  footnotes and references back to these clinical
12  articles or abstracts.
13      Q.    Yes.
14      A.    Yes.
15      Q.    And the preceptees can obtain any of
16  these references they want, can't they?
17      A.    They can more than likely find them
18  on their own anyhow, but they can request us, and if
19  they're copy approved, we can provide them.
20      Q.    And, if not, they can just get them,
21  get them on the Internet?
22      A.    A lot of this information is in the
23  public domain, yes.
24      Q.    Now, you talked earlier about you've
25  been there when Dr. Grier has told the audience that

70 (Pages 575 to 578)

Confidential - Subject to Protective Order

Page 579

1  he's a paid consultant.
2       Have you heard Dr. Lucente tell the audience
3  that?
4       A.    Yes.
5       Q.    Have you heard Dr. Rader tell the
6  audience that?
7       A.    Yes.
8            MR. THORNBURGH: Do I have a standing
9  objection for hearsay?
10           MR. COMBS: Yes, of course.
11      Q.    Now, Mr. Pattyson, Miss Wilson asked
12  you some questions about an employment warning. Do
13  you remember that?
14      A.    I do.
15      Q.    And I just want to make it clear, it
16  was your testimony that the document that's
17  referenced in that employment warning was a document
18  that was available on the Intranet of the company?
19      A.    Absolutely.
20      Q.    That's the document that you asked
21  the secretary to get?
22      A.    Yeah. This is a document that was
23  available before last year, but it's a list of
24  guideline questions that are -- they go into
25  categories that line up with the strategic

Page 580

1  imperatives of the company. So they're just a list
2  of questions. You can use them or not use them in
3  any interview situation. But I've given interviews
4  for the company and I've taken interviews or
5  interviewed and these would be the questions that
6  are typically given. So it's just a set of
7  questions.
8       Q.    And if you wanted to -- when you went
9  back to your office tomorrow and you got on your
10  computer, you could log on and you could download
11  them from the Intranet?
12      A.    Yes.
13      Q.    And you could have at the time, if
14  you were able to find them?
15      A.    Yes. This was a new set of questions
16  and, like I may have testified before, some of our
17  Intranet sites are not easy to navigate and find
18  documents when you look for them. So that
19  particular one I couldn't find.
20      (Deposition Exhibit No. T792, Gynecare TVT
21  Tension-Free Support for Incontinence Perilesional
22  Education Slides ETH.MESH.05795421 to 05795508
23  Gynecare TVT Tension-Free Support for Incontinence
24  Perilesional Education Slides ETH.MESH.05795421 to
25  05795508 marked Highly Confidential Subject to

Page 581

1  Stipulation and Order of Confidentiality, was marked
2  for identification.)
3       Q.    Mr. Pattyson, let me direct your
4  attention to 792.
5       A.    Okay.
6       Q.    And what is that?
7       A.    This is a rather lengthy slide deck
8  for TVT. It says, Professional Education slides.
9            MR. THORNBURGH: I'm sorry. Do you
10  have the Bates for this?
11           MR. ROSENBLATT: 6/20/2001.
12           MR. COMBS: And what was that date,
13  Paul?
14           MR. ROSENBLATT: 6/20/2001.
15      Q.    Yeah. And, Mr. Pattyson, I'll
16  represent to you that this is a slide deck that has
17  been produced to the Plaintiff and was copy approved
18  on June 20, 2001.
19      Now, when you were doing your sales work,
20  did you ever attend Professional Education
21  conferences on TVT?
22      A.    Yes.
23      Q.    Now, at those conferences that you
24  attended, were complications related to TVT
25  discussed?

Page 582

1       A.    Absolutely.
2       Q.    Now, I'd like to turn your attention
3  to 63 of that slide deck.
4       A.    Okay.
5       Q.    Did you attend conferences in which
6  it was discussed how to minimize risk and to manage
7  risk from the products?
8       A.    Yes.
9       Q.    Did you attend conferences in which
10  as on Page 65 vascular injury was discussed?
11      A.    Yes.
12      Q.    Conferences where urethral erosion
13  was discussed?
14      A.    Yes.
15      Q.    Conferences where vaginal extrusion
16  of mesh was discussed?
17      A.    Yes.
18      Q.    Bowel perforation was discussed?
19      A.    Yep.
20      Q.    Urinary retention was discussed?
21      A.    Yeah.
22      Q.    De novo urgency was discussed?
23      A.    It was.
24      Q.    Bladder perforation was discussed?
25      A.    Yes.

Confidential - Subject to Protective Order

Page 583

1   Q.   Vaginal perforation was discussed?
2   A.   Yes.
3   Q.   Urethral injury was discussed?
4   A.   Yes.
5   Q.   Vaginal bleeding and retropubic
6   hematoma?
7   A.   Yes.
8   Q.   Infection?
9   A.   Wound infection, yes.
10  Q.   Urinary tract infection?
11  A.   Yes.
12  Q.   All of these potential complications
13  were made known to surgeons at conferences that you
14  attended?
15  A.   That is correct.
16       MR. COMBS:  Let me take a second.
17  I'm probably pretty close to being done here.
18       THE VIDEOGRAPHER:  The time is now
19  4:49.  We're going off the record.
20       (Recess taken 4:49 to 4:54 p.m.)
21       THE VIDEOGRAPHER:  The time is now
22  4:54.  We are back on the record.
23  Q.   Mr. Pattyson, do you enjoy working at
24  Ethicon?
25  A.   Absolutely.

Page 584

1   Q.   And did you enjoy the work that you
2   did while you were working in Prof Ed at Ethicon?
3   A.   Love it.  Loved it.
4   Q.   Why?
5   A.   Just it's great to see surgeons
6   working together to help patients.  And, to almost
7   every event I ever attended, the amount of thank
8   you's you get walking out the door for this type of
9   educational event, some refer to it as better than
10  what they received in medical school.  I mean, they
11  were so proud of it.  They really love the level of
12  education that we provided on our cost.  I mean,
13  they were just very, very appreciative and to me
14  that made me happy just to know that we could do
15  that for them.
16       MR. COMBS:  No further questions.
17       MR. THORNBURGH:  I have some
18  follow-up questions, but I'll try to get done before
19  this tape runs out, which I think is less than
20  20 minutes.
21       Can we just go off the record for one
22  second.  I didn't realize you were going to be that
23  quick.
24       THE VIDEOGRAPHER:  The time is 4:55.
25  We're going off the record.

Page 585

1        (Recess taken 4:55 to 4:57 p.m.)
2        THE VIDEOGRAPHER:  The time is now
3   4:57.  We are back on the record.
4   EXAMINATION BY MR. THORNBURGH:
5   Q.   Okay.  Mr. Pattyson, I'm going to try
6   to get us out of here as quick as I can.  I'm going
7   to work a little backwards here, okay.  I'm going to
8   look at -- let's look at 792.
9   A.   Okay.
10  Q.   Okay.  And that was the exhibit that
11  defense counsel discussed with you regarding the TVT
12  device, right?
13  A.   That's correct.
14  Q.   Okay.  And I asked defense counsel
15  what the document date for this -- or I'm sorry.
16       On the letter or list or index that we
17  looked at previously, when you were deposed by my
18  counsel, there was a list of copy approved
19  Professional Ed material and this was listed on that
20  list as No. 5 and it's got a copy approval date of
21  June 20th, 2001.
22       You weren't working in sales or in
23  Professional Education at that time, right?
24  A.   No.
25  Q.   In fact, that was a couple of years

Page 586

1   before you started working in the Professional Ed
2   department?
3   A.   It was before Professional Education,
4   but in 2002 I was in sales.  So I might have seen
5   this tech deck.
6   Q.   Well, this was before you were in
7   sales, June 20th of 2001, correct?
8   A.   June, yes, that's correct.
9   Q.   Do you have a specific recollection
10  of seeing this slide?
11  A.   I've seen this slide deck before,
12  yes.  I don't know, specifically, when and where.
13  Q.   Because you just said, I may have
14  seen this slide?
15  A.   I said, I may have seen this slide at
16  a Prof Ed event, but I know I've seen this slide
17  deck before, yes.
18  Q.   Where would that information,
19  information of where this Professional Education
20  piece would have been used, have been located?
21  A.   I don't know.
22  Q.   Other than taking your word for it,
23  how can I find out where this piece was used?
24  A.   You'd have to check with copy
25  approval or someone else in our department that

Confidential - Subject to Protective Order

Page 587

1    issued these materials.
2         Q.    This was before you were at -- in
3    Professional Ed, right?
4         A.    Yes. The timeframe that you
5    referenced for this being copy approved, yes.
6         Q.    You started at Professional Education
7    in 2006?
8         A.    That's correct.
9         Q.    So this was five years before you --
10   this is a Professional Education piece that has a
11   copy approval date of five years prior to you
12   starting in the Professional Education department?
13        A.    That's correct.
14        Q.    Right?
15        Do you know when this piece was -- when they
16   stopped using this piece?
17        A.    No, I don't.
18        Q.    And if you turn to Page 77 of this
19   document, of this exhibit.
20             MR. COMBS: You said 77?
21             MR. THORNBURGH: I'm sorry 77, but
22   the Bates No. ends in 5497.
23        A.    Yes.
24        Q.    And there's the complication data
25   again, right?

Page 588

1         A.    Correct.
2         Q.    And this complication reports or the
3    complication reported in this piece, again, say as
4    it relates to urethral erosions, that there are only
5    5 of a 150,000 -- 5 complaints of only 150 -- sorry.
6         There are only 5 complaints of 150,000
7    patients or over 150,000 patients, right?
8         A.    Yes, of the most seriously reported
9    complications. That's what that numbers says.
10        Q.    So, if you would take 5 patients over
11   150,000 patients, the complication rate would appear
12   to be very low, right?
13        A.    I believe that's how they divide
14   that, yes.
15        Q.    And that would be an underreported
16   complication rate as we discussed earlier?
17             MR. COMBS: Objection to form.
18        Q.    Right?
19        A.    Yes. The numbers that we talked
20   about at meetings were --
21        Q.    That's not my question.
22        My question here is, on this piece, Exhibit
23   No. 792, where it's showing complication rates or a
24   complication statement, 5 over a 150,000 patients
25   would be a very low complication rate, right?

Page 589

1         A.    It doesn't have the rate. But, yes,
2    I would imagine that would be.
3         Q.    But we know, you know, you've
4    testified that this complication -- that these
5    complication statements that were used by Ethicon to
6    promote the safety of its products were
7    underreported events, right?
8         A.    I know that we can only report what
9    gets reported to us and we were told to promote --
10   I'm sorry, not promote. We were told to report any
11   event that we know of as are our doctors and
12   surgeons -- a lot of ways that complications get
13   reported so, yes.
14        Q.    You knew it was underreporting,
15   right?
16        A.    (No response.)
17        Q.    It's not an accurate depiction of the
18   actual rate of complications, right?
19        A.    That was discussed at our events,
20   yes.
21        Q.    That's not my question.
22        A.    What is your question?
23        Q.    My question is, you understood,
24   Ethicon understood, you understood when you were
25   working for them and you understand today that by

Page 590

1    relying on the complication statements that you're
2    relying on inaccurate information?
3             MR. COMBS: Object to the form.
4         Q.    Right?
5         A.    (No response.)
6         Q.    "Inaccurate" in terms that it doesn't
7    provide accurate information about the actual risk
8    of erosion, right?
9         A.    That's not -- that was not my job to
10   interpret risk and complication data from our
11   department.
12        Q.    You knew it was low, you knew it was
13   reported -- what they're reporting here is not -- is
14   an underreporting of complications? You've
15   testified to that throughout the last day and a
16   half. So yes or no?
17        A.    Yes, I understood that at events
18   these were low.
19        Q.    That's all I'm asking.
20        A.    Yes.
21             MR. THORNBURGH: I'm going to mark as
22   Exhibit No. 794 -- strike that. I'm not going to
23   mark that. I may mark that.
24        Q.    Okay. Alright. Exhibit No. 791,
25   which was the do's and don't's, and that was the HCC

73 (Pages 587 to 590)

Confidential - Subject to Protective Order

Page 591

1  document that you discussed with defense counsel?
2      A.    That's correct.
3      Q.    Okay.  And when I questioned you
4  about what documents you reviewed in preparation for
5  your deposition that refreshed your recollection,
6  you said that you reviewed -- I think my question
7  was, what documents did you review from your file
8  that refreshed your recollection concerning -- you
9  know, in preparation for the deposition, and you
10 said the do's and don't's HCC form.  Do you remember
11 that?
12     A.    Vaguely.
13     Q.    Okay.  Well, is that the exhibit that
14 refreshed your recollection, is that the exhibit you
15 looked at in preparation for your deposition that
16 refreshed your recollection?
17     A.    I may have seen those from before.  I
18 looked at a few documents in preparation, yes.
19     Q.    And that was documents from your
20 custodial file, from your file?
21     A.    I don't know where all the documents
22 were produced from, all the documents that I've
23 looked at, I don't know where they're from.
24     Q.    Where did you get the do's and
25 don't's, how did you come about to receive that

Page 592

1  document to look at it and say, you know what, that
2  was in my file?
3      A.    I don't know that I said that.
4      Q.    When I asked you on the first day
5  what things -- what documents did you look at in
6  preparation for your deposition, you said, the do's
7  and don't's HCC form, right?
8      A.    I don't recall, exactly, what I said.
9  I know there's been a lot of training and documents
10 we discussed that we get from compliance and some of
11 them have do's and don't's, some of them have other
12 things as well.
13     Q.    The question that you responded to
14 was, what documents did you review that refreshed
15 your recollection and you said the HC -- or you said
16 a number of HCC documents.
17     A.    Yes.
18     Q.    And I said which ones.  And you said,
19 the do's and don't's.
20     A.    I don't recall, exactly, what I said.
21 I may have said that.
22     Q.    Did you look at this document in
23 preparation for your deposition?
24     A.    I don't recall.  I may have seen
25 this.  I've seen a lot of documents over the last

Page 593

1  48 hours and then some.
2      Q.    Who is Scott Holdsworth?
3      A.    I don't know.
4      Q.    You don't know who Scott Holdsworth
5  is?
6      A.    No.
7      Q.    Okay.  Well, that's who is --
8  according to Crovella, that's the custodial
9  file that Exhibit 791 came from.
10          MR. COMBS:  Object to the form.
11     Q.    And you don't even know who that is,
12 right?
13     A.    No.
14     Q.    That's not your file, right?
15     A.    I've seen this document before, yes.
16     Q.    But that's not my question.
17 Scott Holdsworth isn't holding onto your
18 custodial file within his files, right?
19     A.    I have no idea.
20     Q.    You don't know who that is, right?
21     A.    No, I don't.
22     Q.    And this was an HCC document that was
23 given to district managers and sales reps, right?
24     A.    I've seen this document before.  I
25 don't know who all was on the distribution list.

Page 594

1  But I recognize it.  And it's actually consistent
2  with guidelines and training that we go through on
3  an annual basis and throughout the year so...
4      Q.    Okay.  Well --
5      A.    I've seen this document before the
6  last few days.  I can, certainly, tell you that.
7      Q.    Right.
8          THE VIDEOGRAPHER:  Ten minutes on
9  tape.
10          MR. THORNBURGH:  Alright.
11     Q.    Defense counsel asked you questions
12 about Exhibit No. 789.
13     A.    Okay.  Yes.
14     Q.    And that didn't come from your files,
15 right, that document?
16     A.    I, honestly, don't know where the
17 document came from.
18     Q.    Okay.  The document Bates date on
19 that is September 26, 2003.  Assume with me that
20 that's what our database shows, okay?
21     A.    (No response.)
22     Q.    That would have been prior to your
23 involvement with Professional Education, right?
24     A.    2003 --
25          MR. COMBS:  Yeah, object to the form.

74 (Pages 591 to 594)

Confidential - Subject to Protective Order

Page 595

1    A.    -- was prior to my -- Prof Ed, yes
2  that's correct.
3         MR. THORNBURGH:  Do you guys have a
4  different date for that?
5         MR. COMBS:  Well, it -- you know, I'm
6  just looking, for example internally it talks about
7  2010.  So I just don't think it's 2003.
8         MR. THORNBURGH:  You know what, I may
9  have wrote that down wrong; 2010, so I apologize.
10  So thank you for the correction.
11    Q.    So this would have been, according to
12  defense counsel's representation, a document that
13  would have been created sometime in 2010?
14    A.    I presume so.  I've seen similar
15  documents with this type of criteria throughout Prof
16  Ed in various ways.  I don't know when this deck was
17  made, exactly.  There is no date on it.
18    Q.    Okay.  And so 2010 would have been
19  some -- what four years after you started with the
20  Professional Education department?
21    A.    That's correct.
22    Q.    And did you help create this
23  document?
24    A.    Not that I'm aware of, no.
25    Q.    Do you know who commercial operations

Page 596

1  driving commercial excellence is?
2    A.    I'm sorry?
3    Q.    It's listed on the bottom right-hand
4  corner?
5    A.    Do I know what that is?
6    Q.    Yes.  Do you know what that means; is
7  that a company or...
8    A.    No.  That was -- commercial
9  operations was the previous name for our -- a larger
10  department that Prof Ed fell under within the
11  organization.
12    Q.    Okay.  And we talked about
13  Exhibit 790.
14    A.    Yes.
15    Q.    I think it was this document and this
16  document is regarding a letter from Price St.
17  Hilaire?
18    A.    Price St. Hilaire, yes.
19    Q.    Okay.  And he was product director
20  for pelvic floor repair?
21    A.    That's correct.
22    Q.    And who was product director, is that
23  the person in marketing?
24    A.    He worked in the marketing
25  department, yes.

Page 597

1    Q.    And this was a letter regarding some
2  training discussion about the POP procedures, right?
3    A.    Pelvic organ prolapse, yes.
4    Q.    Defense counsel didn't come in here
5  and show you a single document regarding, you know,
6  the training requirements regarding TVT?
7         MR. COMBS:  Object to the form.
8    A.    We talked about training criteria for
9  all courses.
10    Q.    Well, is there a single -- was there
11  a single document that was marked as an exhibit by
12  defense counsel that laid out as the Prolift POP
13  Exhibit 790 lays out regarding the potential
14  training candidates and the criteria that those
15  candidates should have before they begin training on
16  the Gynecare Prolift materials?
17    A.    So could you repeat the question?
18    Q.    Yeah.  Did defense counsel bring in a
19  document like 790 that was related to the TVT
20  products?
21         MR. COMBS:  Object to the form.
22    Q.    Defense counsel didn't, did he?
23    A.    No.  This document here talks about
24  Prolift, correct.
25    Q.    So this document that says, your

Page 598

1  potential training candidates should fit all the
2  following criteria and it says 30 to 50 of your
3  practice is pelvic floor repair and it goes on 1
4  through 6, those are identified as criteria in this
5  letter for POP repair device Prolift, right?
6    A.    Yeah, this is a memo talking about
7  the criteria candidates should be looking for to --
8  that go to our training.
9    Q.    Defense counsel didn't bring in with
10  him a single exhibit that said, here are the
11  criteria for training candidates related to the TVT
12  products, right?
13    A.    I did not see that here today, no.
14    Q.    748, can you look at that really
15  quick and if you go to Slide 4.
16         And what was the date on that Document 748?
17         (There is a discussion off the record.)
18    A.    I'm sorry, I'm not locating it.
19    Q.    You're not locating it?
20    A.    748, here I found it.
21    Q.    Okay.  Just real quick, if you go to
22  Slide 4.  You talked about some Professional
23  Education models that were listed in this
24  Professional Education plan, right?
25    A.    Yes.

75 (Pages 595 to 598)

Confidential - Subject to Protective Order

Page 599

1    Q.    Okay.  And you said that some of
2    those -- you looked at that slide and you listed
3    webinars, E-modules, preceptors, proctorship models,
4    surgical simulation, clinical expertise and Virtual
5    World, right?
6    A.    Yes.
7    Q.    You said some of the new technologies
8    were newer and they weren't around previously?
9    A.    That's correct.
10   Q.    So the things that would have been
11   around before the better technologies would have
12   been the preceptorship, right?
13   A.    And proctorships, yes.
14   Q.    So I want you to circle what was
15   around prior to the new technologies.
16       MR. COMBS:  I object to the form.
17   A.    Circle what was around --
18   Q.    What was in existence?
19   A.    From this slide, obviously?
20   Q.    Yeah, right.  So you talk about
21   webinars, that's new technology, right?
22   A.    Yeah.  But how are we defining "new"
23   cause --
24   Q.    Right.  So that's a good question.
25   That was the next question I was going ask you.

Page 600

1        You said that --
2    A.    Well, I can tell you -- well, go
3    ahead.  Why don't you ask me the question.
4    Q.    You said the surgical simulation was
5    new --
6    A.    Right, that wasn't available when I
7    started.
8    Q.    They started developing it four years
9    ago you said --
10   A.    Yes.
11   Q.    -- but it was only recently ready?
12   A.    That's correct.
13   Q.    So let's say were there webinars two
14   years ago?
15   A.    Yes.
16   Q.    Three years ago?
17   A.    Webinars have been happening for a
18   while.  I don't know, exactly, when we started doing
19   them, though, the programs.
20   Q.    Okay.  So you can't remember when
21   webinars started?
22   A.    No.  We've been doing them a while I
23   can tell you that.
24   Q.    How often are the webinars used?
25   A.    I mean, regularly, yeah.

Page 601

1    Q.    How regularly were they used in 2006?
2    A.    I have no recollection how many
3    webinars we did that year.  I know some years we did
4    more than others.  That's true.
5    Q.    Okay.  E-modules?
6    A.    Yes, we had those.
7    Q.    How long has the E-module been around
8    for?
9    A.    I don't recall.  Unfortunately, I
10   don't recall when it started.
11   Q.    Approximately?
12   A.    It could have been -- I was taking
13   E-modules when I was a salesperson.  So Prof Ed
14   events I imagine that type of technology was there.
15   Q.    Preceptorships, proctorships, those
16   were around before?
17   A.    Yes.
18   Q.    Do you when they started?
19   A.    They've been around for as long as I
20   can imagine.
21   Q.    You said module here, you don't know
22   where that started?
23   A.    Which one?
24   Q.    Model?
25   A.    Hands-on model labs?

Page 602

1    Q.    Yeah.
2    A.    Those are just workshops.  We have a
3    hands-on model.  We would do all sorts of labs.
4    Q.    Alright.  And I'm running out of time
5    and I did promise that I would try to get done
6    before we run out of tape.  So I'm going to do one
7    thing real quick.
8        Okay.  You discussed Exhibit No. --
9    A.    You don't want me to circle anything,
10   do you?
11   Q.    No.
12   A.    Okay.
13   Q.    So the surgical stimulation,
14   ClinicalExpertise.com, Virtual World, are those
15   relatively new?
16   A.    It depends if you say "relatively."
17   It was probably four years, four or five years ago,
18   maybe longer.
19   Q.    Not for the surgical simulation?
20   A.    Surgical simulation, no, that's
21   probably two years.
22   Q.    And you said the Ethicon Learning
23   Center, that's a new facility, right?
24   A.    Which one?
25   Q.    The Ethicon Learning Center --

76 (Pages 599 to 602)

Confidential - Subject to Protective Order

Page 603

1     A.    Yeah.
2     Q.    -- you said that's where the surgical
3  stimulation is?
4     A.    Yeah, I don't know when we built
5  that.  It was before I was back living in Chicago, I
6  think, when they built that.
7     Q.    Alright.  Real quick.  Just want to
8  do Exhibit No. 744.
9           THE VIDEOGRAPHER:  I got to change
10  tapes.  You've got 30 seconds.
11          The time is 5:21.  This is the end of Disk
12  No. 6.  We are going off the record.
13       (There is a discussion off the record.)
14       (Recess taken 5:21 to 5:26 p.m.)
15          THE VIDEOGRAPHER:  The time now is
16  5:26.  This is the beginning of Disk No. 7.  We are
17  back on the record.
18     Q.    Okay.  So I want to turn your
19  attention to what was 744, the complication data,
20  right?
21     A.    Yes.
22     Q.    We pulled it up on the board.
23  Alright.  So we've been talking about complication
24  data for a little bit today.  And this document
25  shows the different complications and then shows US

Page 604

1  data, Ex-US data and the total and that's the
2  reported complication which we've discussed as
3  underreported and it shows a percentage to the
4  right.  Do you see that?
5     A.    Yes.
6     Q.    And that percentage number is the
7  rate of complication, right, it's a rate that's
8  being provided by the company to physicians?
9     A.    Yes, that's what I understand is the
10  most reported complications on that slide, yes.
11     Q.    So go ahead and move to Exhibit 780
12  real quick.
13          MR. COMBS:  I think that's 779.
14          MR. THORNBURGH:  779, okay, sorry.
15     Q.    And so we've got Dennis Miller,
16  right?  January 2006 and he's talking about tables.
17  He says -- and this is, you know, Dennis Miller to
18  Dharini and a number of other folks and he's talking
19  about a chart and he says, he's glad to say it's
20  safe but he says that, "I know all companies make
21  these tables with the same format from the MAUDE
22  database, but all surgeons know that this column is
23  a farce.  Surgeons all over the country discuss it
24  regularly.  Placing a percentage on the chart that
25  is based on an entirely false denominator is quite

Page 605

1  misleading."
2          The denominator comes from -- if you go back
3  to Exhibit 744, the denominator is based on the
4  number of procedures performed, right?
5     A.    I -- that's what the slide said.  It
6  dealt with the most significant complications and it
7  had a number that they used based on, I presume,
8  sales reporting.
9     Q.    So if the company puts information
10  about -- so No. 1, if you have underreporting, that
11  doesn't give you an accurate complication rate, but
12  if you inflate the denominator, it also doesn't give
13  you accurate information about complications,
14  right?
15          MR. COMBS:  Object to the form.
16     Q.    If you only sold 600 products but you
17  tell everybody that you sold 700,000 -- if you only
18  sold 600,000 but you put in your denominator 700,000
19  devices sold, that gives an inaccurate information
20  about complication rates?  It's underreported and
21  it's inflate -- and the denominator is inflated
22  because you added an extra hundred thousand, right?
23          MR. COMBS:  Objection to form.
24     A.    What is your question?  You're
25  adding --

Page 606

1     Q.    You agree with that, right?  If you
2  --
3     A.    I don't work in complaints nor do I
4  know how they divide or what goes into figuring out
5  complications.  You need to check with our
6  regulatory affairs and complaints department.
7          MR. COMBS:  They've already taken
8  Dale Lamont's deposition for two days on that.
9     Q.    There's complication data that we
10  discussed and it's throughout your custodial file.
11          So, i mean, did anybody tell you that or did
12  you ever go and confirm before you shared this
13  information with physicians through the Professional
14  Education program, did you ever go through and
15  confirm that the number of devices that were being
16  sold that was being reported in the denominator was
17  accurate?
18          MR. COMBS:  Object to the form.
19     A.    No, I didn't.  That was not my job.
20  It had been reviewed by our copy review team and
21  others in the company and regulatory and medical
22  affairs and many other people that are more equipped
23  to analyze this data and that's -- no, I never did
24  question that.
25     Q.    But you agree with me it's simple

77 (Pages 603 to 606)

Confidential - Subject to Protective Order

Page 607

1　math, if you add to the denominator, it makes the
2　risk lower or appear to be lower?
3　　　　A.　No, I wouldn't agree with you
4　because I can't --
5　　　　Q.　You can't do the math?
6　　　　A.　I don't associate risk with numbers
7　and playing with numbers without knowing how to
8　calculate risk. I don't -- it's not my job to
9　calculate risk.
10　　　　MR. THORNBURGH: Okay. Alright.
11　Let's get out of here subject to the questions you
12　have.
13　　　　MR. COMBS: Yes, very brief.
14　EXAMINATION BY MR. COMBS:
15　　　　Q.　Mr. Pattyson, in regard to
16　Exhibit 790, were there similar criteria that were
17　used for the preceptees for the DVD products?
18　　　　A.　Yes.
19　　　　MR. THORNBURGH: Objection.
20　　　　Q.　How do you know that?
21　　　　A.　Aside from talking about them at
22　meetings we were -- I probably saw them in slides
23　and various places where we discussed the same
24　criteria required for all our events.
25　　　　Q.　And let me ask you a question about

Page 608

1　779, the document that you were just questioned
2　about.
3　　　　In that e-mail, does Dr. Miller reference
4　right in the e-mail itself that surgeons discuss
5　this fact about complication rates?
6　　　　A.　Yeah. It says, surgeons all over the
7　country discuss it regularly.
8　　　　Q.　And you said that you were at
9　Professional Education events where it was, in fact,
10　discussed about whether complication rates were
11　underreported?
12　　　　A.　That's correct, yes.
13　　　　Q.　Now, were there also other ways in
14　which complication rates were transmitted to
15　preceptees?
16　　　　A.　They can find that information out
17　themselves. There is literature, clinical, you
18　know, yes.
19　　　　Q.　And literature was provided to
20　preceptees, wasn't it?
21　　　　A.　Correct.
22　　　　Q.　And information regarding RCT's
23　was -- randomized control trials, was provided to
24　preceptees also too, right?
25　　　　A.　Yes.

Page 609

1　　　　MR. COMBS: No further questions.
2　　　　MR. THORNBURGH: I don't have any
3　follow-up questions.
4　　　　MR. COMBS: Thank you.
5　　　　THE VIDEOGRAPHER: The time is now
6　5:33. This is the end of Disk No. 7. And this
7　concludes today's deposition. We are now off the
8　record.
9　　　　(Time noted: 5:33 p.m.)

Page 610

1　　　　C E R T I F I C A T E
2
3　　　　I, SILVIA P. WAGE, a Certified Court
4　Reporter, Certified Realtime Reporter, Registered
5　Professional Reporter and Notary Public do hereby
6　certify that, pursuant to notice, the deposition of
7　BARTHOLOMEW P. PATTYSON, was duly taken at RIKER
8　DANZIG SCHERER HYLAND PERETTI, LLP, Headquarters
9　Plaza, One Speedwell Avenue, Conference Room 9A,
10　Morristown, New Jersey, on Thursday, July 11, 2013,
11　commencing at 8:43 a.m. before me.
12　　　　The said witness, BARTHOLOMEW P.
13　PATTYSON, was first duly sworn by me according to
14　law to tell the truth, the whole truth and nothing
15　but the truth and thereupon did testify as set forth
16　in the above transcript of testimony. The testimony
17　was taken down stenographically by me.
18　　　　I do further certify that the above
19　deposition is full, complete and a true record of
20　all the testimony given by the said witness.
21
22
23　　　　SILVIA P. WAGE, a Certified Court
　　　　Reporter, Certified Realtime Reporter,
24　　　　Registered Professional Reporter and Notary
　　　　Public
25　　　　Dated: July 21, 2013

78 (Pages 607 to 610)

Confidential - Subject to Protective Order

Page 611

1   INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4   carefully and make any necessary corrections.  You
5   should state the reason in the appropriate space on
6   the errata sheet for any corrections that are made.
7          After doing so, please sign the
8   errata sheet and date it.  It will be attached to
9   your deposition.
10         It is imperative that you return the
11  original errata sheet to the deposing attorney
12  within thirty (30) days of receipt of the deposition
13  transcript by you.  If you fail to do so, the
14  deposition transcript may be deemed to be accurate
15  and may be used in court.
16
17
18
19
20
21
22
23
24
25

Page 613

1       ACKNOWLEDGMENT OF DEPONENT
2
        I,_____, do
3   hereby certify that I have read the
    foregoing pages, 302-309 and that the same
4   is a correct transcription of the answers
    given by me to the questions therein
5   propounded, except for the corrections or
    changes in form or substance, if any,
6   noted in the attached Errata Sheet.
7
    _____
8   BARTHOLOMEW P. PATTYSON        DATE
9
10
11
12
13
14
    Subscribed and sworn
15  to before me this
    _____ day of _____, 20____.
16
    My commission expires:_____
17
18  _____
    Notary Public
19
20
21
22
23
24
25

Page 612

1       ERRATA SHEET FOR THE TRANSCRIPT OF:
2   Case Name:  IN RE:  ETHICON, INC., PELVIC REPAIR
                SYSTEM (MDL NO. 2327)
3
    Dep. Date: JULY 11, 2013
4
    Deponent:  BARTHOLOMEW P. PATTYSON VOL. II
5
6   PAGE  LINE  CHANGE
7   _____ _____ _____
8     REASON: ____ _____
9   ____ ____ _____
10    REASON: _____ _____
11  ____ ____ _____
12    REASON: _____ _____
13  ____ ____ _____
14    REASON: _____ _____
15  ____ ____ _____
16    REASON: _____ _____
17  ____ ____ _____
18    REASON: _____ _____
19  ____ ____ _____
20    REASON: _____ _____
21  ____ ____ _____
22    REASON: _____ _____
23  ____ ____ _____
24    REASON: _____ _____
25  ____ ____ _____

79 (Pages 611 to 613)

Confidential - Subject to Protective Order

## A

**AAGL** 527:8
**Abbrevo** 391:10
  396:2,11,12,13
  453:2
**abdominal** 552:5
**ability** 324:23
  338:1,18 339:2,5
  339:5 467:10
**able** 389:9 412:15
  439:17 447:2,11
  448:7,13 467:15
  470:5 507:10
  540:12 565:1
  580:14
**above-captioned**
  303:3
**absolutely** 325:7
  327:5 328:1,5,7
  345:9 355:2
  402:6 419:4
  441:19 445:17
  457:12,24 488:21
  501:21 509:20
  539:24 541:11
  545:1 548:3
  549:13 553:5
  554:18,20 556:6
  559:11 562:13
  563:3 565:9
  572:1 573:19
  574:12 575:18
  577:4 578:6
  579:19 582:1
  583:25
**abstracts** 578:12
**accept** 363:6
**access** 408:8
**accommodate**
  457:5
**accounts** 495:9
  496:6
**accurate** 318:17
  319:13,14 328:14
  331:5 336:20
  383:19 447:23

467:16 589:17
  590:7 605:11,13
  606:17 611:14
**accurately** 384:23
  465:19 516:12
**achieve** 430:5
  431:7,19,25
  434:25 435:9
**achieved** 427:6
**acknowledged**
  457:12
**ACKNOWLED...**
  613:1
**acted** 494:6
**action** 420:19,22
  421:1 435:16,20
  436:9 440:15
  442:4
**active** 321:12
  373:24
**actively** 405:25
**actual** 589:18
  590:7
**ad** 387:8,11,11
**ADCOM** 387:20
  387:21 388:3
**add** 548:24 607:1
**added** 555:18
  605:22
**adding** 605:25
**addition** 467:6
  468:11 562:23
  567:21
**additional** 372:2
  440:15 447:14,25
  448:16,18 458:16
  549:24
**address** 312:16
  360:10 516:14
**addressed** 517:13
**addressing** 517:3,4
**adequately** 325:10
  326:4,10 539:7,9
**adjunctive** 454:20
**admin** 439:25
**administer** 541:5

**Administration**
  563:23
**administrative**
  439:5,19
**admins** 487:12
**adopt** 391:19
**adopting** 322:18
  323:5 324:16
  336:17
**adoption** 338:7
**adult** 547:13
**advance** 455:19
**advanced** 554:9
  574:18
**advantage** 492:13
**adverse** 509:19
  559:3
**advertisement**
  491:19
**advertising** 372:15
  372:17,24
**advisory** 386:25
  387:9,16 529:16
**affairs** 315:16
  334:1 417:15
  475:20,21,22
  490:19 517:7,8
  538:21,24 606:6
  606:22
**affiliation** 547:5
**afforded** 463:5
**afraid** 326:13
  441:13 479:24
**Africa** 516:8
**agendas** 319:1
**aggressive** 425:3,8
**ago** 323:15 423:19
  423:19 448:23
  500:15 531:11
  555:2 574:7
  576:10 600:9,14
  600:16 602:17
**agree** 334:20,23
  340:9 345:14,16
  345:19 372:20
  398:18 435:8

449:24 461:24
  462:1 463:22
  474:17 506:22
  520:7,9 536:22
  551:3 606:1,25
  607:3
**agreed** 459:10
  466:4 495:12,16
**agreement** 460:21
**Aguirre** 346:20,21
  346:22 575:8
**ahead** 335:10
  349:14 359:18,19
  376:18 400:7,7
  457:15 459:19
  464:2,21 467:4
  503:9 521:17
  532:11 574:22
  600:3 604:11
**Ailawadi** 380:6
**alike** 476:24
**Alison** 515:20,22
  516:18,24
**Allentown** 308:17
  491:14
**allowed** 417:9
**allows** 363:18
**alluded** 428:15
**alright** 319:9 324:9
  344:3 348:1
  352:1 353:17
  359:18 362:17
  365:11 369:15,22
  370:14 371:13
  372:14 374:16
  377:5 383:15
  390:11 392:25
  400:6 407:22
  415:10,17 428:10
  430:21 433:8
  467:19 468:22
  472:2,19 478:7
  478:10 483:3
  485:1 494:10
  501:7 503:7
  511:2 521:9

522:11,15 535:16
  590:24 594:10
  602:4 603:7,23
  607:10
**alternative** 495:14
**ambulatory** 406:1
  541:20
**America** 530:20
**American** 541:23
**Amin** 499:24,25
  505:10,23 511:3
**amount** 379:19
  380:15,17,19,19
  382:16 428:17
  471:24 584:7
**AMS** 363:14 365:4
  365:10 369:25
  370:17,25
**Amy** 420:16,17
  421:11 422:24
  423:1
**analyze** 606:23
**Anatomic** 306:15
  400:10
**anatomical** 537:22
**anatomy** 568:2,4,4
  568:7
**Andrew** 390:23,24
  420:20,21,22
**Andy** 429:24
**Andy's** 430:12
**and/or** 440:13
**Anhalt** 380:6
**annual** 557:2
  594:3
**answer** 311:5
  318:8 323:19
  330:11,21 331:10
  331:11,13,14,18
  332:23 351:12
  356:20,24 357:5
  358:1,2,25 359:5
  359:12,24 360:4
  360:14,22 388:19
  403:3 408:11
  427:19 442:19

465:3 470:14,15
477:19
**answered** 357:2
358:21 437:1
498:5
**answering** 357:6
357:20 358:19
496:9
**answers** 501:2
507:14,18 613:4
**Antar** 380:6
**anti-incontinence**
576:3
**anybody** 345:11
408:16 423:14
470:13 531:8
606:11
**anytime** 508:4
529:18
**anyway** 367:10
**Anyways** 466:10
**apologize** 379:13
469:2 489:14
522:6 595:9
**apparent** 478:23
**appear** 588:11
607:2
**appearance** 315:1
**appears** 353:18
**application** 555:7
**applied** 433:25
**apply** 433:20
**applying** 438:24
**appreciate** 318:8
462:5,6 551:1,6
**appreciating**
536:12
**appreciative**
584:13
**approach** 341:14
341:18 392:20
393:5,6,24 394:2
394:22,24 395:7
523:17 525:19
526:2 552:5
**appropriate**

**approval** 328:20
350:25 351:4,17
351:19 352:2
378:5,18 379:6,8
450:9,10 467:20
470:16 478:6
480:18 481:15
486:16 488:10
585:20 586:25
587:11
**approve** 332:3
410:11 557:15
**approved** 308:9
316:15,17,20
317:2,4,15
323:13 324:15
325:5 328:9
378:20 446:23
472:22,23,25
473:1 484:11,22
487:13,23 493:1
524:13 569:22
570:6 578:19
581:17 585:18
587:5
**approximate**
545:22
**approximately**
352:3 382:12
385:21 404:12
407:8 546:6
601:11
**April** 479:6 527:9
**area** 381:8 478:4
**areas** 368:21
571:13
**artery** 537:22
**articles** 565:8
578:12
**Asia** 516:8,8
519:11 530:19
**aside** 443:22
607:21
**asked** 307:18
313:12 319:4

339:8 356:13,25
357:6,21 358:3
359:1,6,12,12
360:5,19 373:14
421:18 437:1
438:23 439:2,5
439:25 456:3,7
456:18 458:9,13
460:2,3 461:9,11
473:8,14 498:5
507:3 538:13
539:5 542:11
547:20,25 549:23
550:19 556:9,12
558:12 562:9
563:13,14,15,16
565:25 566:1,3
567:4 568:11
571:17 572:2,16
574:2 576:12
579:11,20 585:14
592:4 594:11
**asking** 366:2 367:2
387:15 388:1
423:4 434:21
455:22 462:10
480:22 503:6
531:7 572:15
590:19
**assess** 367:22
**assessed** 363:3
**assigned** 434:10,14
**assist** 493:24
**assistant** 439:19
**assisted** 494:1
**assisting** 436:6,6
**associate** 439:5
607:6
**associated** 554:17
**Associates** 350:7
350:20
**associations** 573:1
**assume** 337:23
343:25 382:8
383:20 407:17
530:15 532:25

594:19
**assuming** 385:7
423:18 511:16
**assumption** 382:17
382:20 460:12
**attached** 393:2
502:18 507:17
531:16 533:1,5,8
611:8 613:6
**attachment** 308:21
499:19 503:3
511:16,17,20
**attempted** 456:4
**attend** 358:7
361:15 405:4,7
406:6 541:17
543:8 552:12
565:4 581:20
582:5,9
**attended** 330:4
362:7 445:2
526:6 532:7
544:3,17,21
547:21 566:19
581:24 583:14
584:7
**attendee** 353:19
**attendees** 326:17
326:18 543:22
544:6 564:17,23
**attending** 351:7
354:25 362:2,4
373:1,1 405:10
544:6,14 559:9
**attention** 347:24
348:2 438:8
551:14 552:22
553:15 558:16
560:25 561:4,24
563:18 568:25
569:9 573:20
581:4 582:2
603:19
**attorney** 611:11
**attorneys** 538:14
**audience** 355:4

594:19

544:22 547:13
577:3 578:25
579:2,6
**audio** 484:17 488:4
**August** 478:14
479:7 480:18
494:21 495:14
497:1 523:17,19
523:20,20,21
524:7 525:19
**author** 576:15
**authored** 330:13
512:11
**available** 318:24
319:1 323:21
324:24 325:5,6
329:8 333:21
392:17 409:6
422:3 439:11
441:8 487:1
525:3 534:12
555:9 568:21,24
579:18,23 600:6
**Avenue** 303:10
610:9
**avoided** 394:23
**aware** 321:11,17
323:17 329:1
348:21 405:11
407:4 418:2
419:6 447:17,21
447:25 448:17
472:16 499:12
515:4 516:22
518:21 546:19
567:18 568:23
595:24
**awareness** 452:22
553:11
**awful** 425:25
**Axel** 514:17
**AYLSTOCK**
304:2
**a.m** 303:12 335:24
376:4 402:17
440:18 495:8

514:18 610:11

**B**

**B** 306:5 307:1
308:1 309:1
310:1 312:15
**BACH** 304:20
**back** 313:5 325:21
325:25 331:9,11
336:1 340:1,3
376:7 380:25
402:20 413:15
414:24 448:15
457:1 465:24
466:11 471:6
474:18,24 477:2
480:9 488:2
497:8 502:24
503:17 505:5
507:6 510:23
537:14 555:9
576:14 578:11
580:9 583:22
585:3 603:5,17
605:2
**backwards** 585:7
**bad** 535:6 536:3
**balanced** 329:5
**bang** 464:2
**Bard** 363:14
**barely** 529:9
**Bart** 307:9 422:8
427:6 430:4
437:15 440:11
503:23,24 522:16
**Bartholomew**
302:13 303:2
306:2,17,20,23
307:3,6 312:9
412:8 420:5,10
424:1 428:25
433:13 610:7,12
612:4 613:8
**Bart's** 427:12
**base** 416:12
**based** 385:2
386:19 418:22

449:6 450:16,24
451:17 467:5,20
470:7 472:9
489:18,19 490:23
495:15 496:23
497:2 507:22
523:17 525:19
544:13 555:7
559:15 561:15
604:25 605:3,7
**basically** 317:1,25
324:10 327:24
348:15 367:21
378:4 382:24
446:25 469:16
471:13 572:20
**basis** 321:17
334:15 381:11
414:20 436:19
543:9 546:18
594:3
**Bates** 306:15
307:13,15 308:18
335:11 376:19
396:22 412:7
420:8 424:4
429:3 434:2
466:17,21 468:24
473:13 476:10
478:13 480:17
481:14 482:6
484:4 488:7
491:15,18 494:19
499:17 501:25
505:10,12 507:19
508:22 513:24
519:3 526:17
546:9 550:14
581:10 587:22
594:18
**bear** 549:24,25
**bearing** 538:3
**becoming** 419:9
**beer** 527:5
**began** 404:12
**beginning** 376:6

402:19 407:7
408:5 465:23
488:25 495:4,5
505:4 514:3
537:13 545:3
603:16
**behalf** 372:24
403:8,10 544:10
545:7 547:3
571:4
**behavior** 338:20
440:7,13 442:3,4
**Behing** 306:8
349:17
**Belgium** 527:4,5
528:18
**belief** 393:25 394:2
**believe** 347:19
350:22 358:14
377:12 384:18
400:18 407:7
408:10 438:15
440:3,20 441:1
449:15 453:14,18
475:11 485:4,20
492:20 495:10
500:3 515:23
522:8,9 540:14
548:2 554:12
563:10 566:12
588:13
**bell** 575:7
**benefit** 499:6
**best** 324:22,23
325:2,2 327:10
327:15 328:8,13
352:23 353:2
414:20 427:11
442:11 447:2
467:10 472:8
477:15,19 531:18
542:25 543:1
**better** 314:22
326:8 342:5
351:5 559:6
560:15 584:9

599:11
**beyond** 391:12
425:5,10 454:19
**big** 527:10,12,25
528:3,6
**biggest** 315:14
539:11
**bit** 321:3 342:5
380:24 381:10
388:15 396:8
452:15 488:10
515:17 528:13
536:11,15 560:10
603:24
**black** 476:12
486:20
**bladder** 370:17
401:22 509:7
582:24
**bleeding** 508:13,17
583:5
**blind** 393:8,12,14
393:19,20,24
567:5,10,14,17
567:19
**blood** 347:20
**blown** 352:21
**board** 386:25
387:3,8,9,11,12
387:17 401:15,18
405:23 406:21
407:6 408:7,11
540:4,5 541:4,5,9
541:22,23 547:4
548:12 549:21
551:18 603:22
**boards** 529:17
**body** 377:20
571:14
**bolster** 425:15
**booked** 386:14
**boss** 390:14 425:7
437:23,24,25
511:4
**boss's** 437:24
**Boston** 363:14

365:5
**bottom** 420:20
422:14 434:5
435:17 475:11
515:19 556:20
563:18,21 596:3
**Bourdeau** 307:9
437:15,20,21
440:4 441:17
**bowel** 401:23
582:18
**BP** 427:13,13,24
**brand** 363:21
365:2,17,24
366:11 414:15
537:4
**brands** 343:16
**break** 321:2
322:18 375:25
402:13 455:10
504:16
**breakdown** 381:16
**brevity** 437:4
**Brian** 304:23
459:6 463:24
**Bridgeport** 304:22
**Bridget** 378:19
**brief** 402:12
538:11 607:13
**briefly** 313:9
370:25 402:21
403:15 480:25
505:20
**bring** 597:18 598:9
**brings** 353:2
**broader** 553:3
**brochures** 454:16
476:23
**broke** 466:1
**brother** 347:13
**brought** 438:8
562:20
**Brown** 346:20
515:21 575:7,12
**budget** 428:5,5,15
431:7,19,25

Confidential - Subject to Protective Order

434:25 435:9
455:19 458:11,15
**build** 343:4,12
**built** 354:22 603:4
603:6
**bullet** 416:21
417:13 557:10,14
557:22,25 558:7
569:14
**bunch** 532:7
**bundle** 394:1,25
395:13 398:2
399:6,10,13
566:10,14,25
**business** 312:16
343:15,21,23
344:1,15 345:1
345:12 424:22
427:14 431:4,8,9
431:13,16,21
432:1,1,3,16
435:1,10 540:23
541:1
**BUTLER** 304:16
**buttonholing**
508:13,16
**buy** 558:10

**C**

**C** 304:1 610:1,1
**cadaver** 314:14
316:3,12 327:13
327:21 397:22,24
398:11 399:14
451:24 471:18
496:17 553:13
554:6 562:16
**calculate** 607:8,9
**call** 314:19 439:24
456:19 460:1,3
460:25 471:20,22
501:2 507:10,14
508:3 512:12
528:6 536:23
553:10 555:9
568:5 576:7
**called** 303:2

315:22 350:4
387:5 465:5
473:14 475:25
480:15 500:7
510:15 511:24
512:24 526:3
548:18 555:14
**calling** 548:11
**calls** 541:13 542:4
544:1 559:12
**Campbell** 305:4
312:2
**Canada** 516:8
522:9 523:7
527:18,20,23
**Canadian** 523:3
**canal** 398:2
**candidate** 409:17
**candidates** 597:14
597:15 598:1,7
598:11
**CANNADA**
304:16
**cannibalization**
396:7
**cannibalize** 396:4
**capabilities** 343:6
**capacity** 421:5
**capital** 343:19
**care** 539:8
**cared** 388:9 539:6
539:12
**career** 408:20
452:4
**carefully** 611:4
**Caro** 377:5
**Carolina** 304:8
**Caro-Rosado**
377:14,21 390:14
436:25
**carries** 471:4
**carry** 530:25
**Cartmell** 459:5
**cascading** 573:11
**case** 460:16,17,17
490:13 493:7

538:14 566:17
612:2
**cases** 302:7 552:9
**categories** 579:25
**categorization**
336:24 337:3
**categorize** 337:10
**category** 337:6,21
345:23 363:4
368:10
**cause** 401:19
566:15 571:22
599:23
**CCR** 302:17
**center** 555:17
602:23,25
**centers** 406:1
541:20
**centimeters**
394:25 395:12
**certain** 329:24
337:10 395:22
419:6 428:17
470:6 477:24
**certainly** 328:23
348:19 395:23
399:2 401:15
422:4 439:9
453:1 468:3
482:18 548:16
562:24 564:25
565:2 594:6
**certification** 540:5
540:9,22 541:4,6
**certified** 303:5,5
387:4 405:24
406:21 407:6
408:7,11 541:10
541:23 547:4
548:12 549:21
551:18 610:3,4
610:23,23
**certifies** 540:6
**certify** 610:6,18
613:3
**cessation** 486:7

**chain** 377:7
**challenge** 430:5
560:5
**challenges** 518:4
**chance** 428:4
**change** 338:9
375:22 407:1
414:12 490:20
525:20 557:4
603:9 612:6
**changed** 355:24
359:11 404:13
442:12,16 518:20
**changes** 467:2
518:21 522:19
613:5
**Chapa** 380:7
**characterizing**
551:7
**charge** 315:9,9
**charisma** 337:25
**Charleston** 302:2
304:13 312:8
**chart** 307:13
309:19 446:19
449:15,18 466:18
512:2,2 530:11
604:19,24
**cheating** 441:2
**check** 318:24
473:4 496:2
535:5 536:2
586:24 606:5
**Chicago** 316:3
472:13 603:5
**China** 306:14,15
396:21,22 397:6
397:6
**choose** 408:18
**choosing** 540:6
**chose** 352:23
355:25 374:6
375:10,12 425:23
540:9
**CHRIS** 305:4
**Christopher** 312:2

397:18
**chronic** 566:2,15
**chumps** 528:14
**circle** 599:14,17
602:9
**cites** 374:12
**citing** 374:13
**city** 347:21 528:17
**claimed** 355:14
388:20
**clarify** 326:13
330:6 333:19
413:11 516:10
**clarifying** 405:17
**clarity** 516:10
**classes** 542:6,7
547:22
**classroom** 554:4
**clear** 355:13 418:5
448:21 452:10
467:18 505:6
514:14 573:13
579:15
**clearing** 403:14
**clearly** 355:15
514:12
**clinical** 306:16
328:24 332:21
363:4 367:22
400:10 452:23
468:15 475:19
494:2,4,6,12
532:6 533:10
538:24 543:6
545:8 565:2,7
578:11 599:4
608:17
**ClinicalExpertis...**
554:10 602:14
**clinicians** 361:4
**clip** 569:2
**close** 319:18
418:23 430:25
459:17 583:17
**closely** 410:7
430:22 431:2,23

434:24
**closest** 398:1 399:9
399:12 490:18
**closure** 366:24
**collaboration**
317:20,21
**colleague** 384:23
454:4 487:22
**colleagues** 321:25
**collection** 387:2
**college** 338:25
541:23
**colloquy** 364:6
**Colony** 304:17
**color** 314:17
486:20
**colors** 476:13
**column** 511:13,14
511:23 512:3,6
512:13 604:22
**combination**
530:18
**combine** 468:12
**combined** 451:3
483:4,9
**COMBS** 304:11,12
306:4 316:7
317:23 318:3,10
318:18 320:11
322:3 325:18
330:5 335:19
337:1 340:12
344:9 348:17
349:7,23 351:9
353:23 354:3
356:7,20,24
357:4,9,12,15,19
357:23 358:1,24
359:4,9,15,21
360:2,4,8,12,21
364:5,18 366:20
371:7 372:7
374:19,24 375:17
377:2,4 383:4
384:6 385:22
387:24 388:11

389:25 390:2,4,7
390:10 392:16
395:5,14 396:16
398:8,14 400:4
400:19,22 401:3
402:21 405:2
407:13,16,20
419:2 422:25
425:13 426:9
427:19 431:17
433:5 434:3
437:1,11,13
442:1,20,23
443:1 445:10
446:12,16,24
447:9,17,21
448:4,17 449:20
453:7,25 455:13
455:16 456:12
457:14 458:8,23
459:2,21 460:1
460:19 461:2,7
461:15,23 462:17
463:15,20 464:3
464:6,13,18
465:1,8,11,16,25
467:1,21 469:2,5
469:8 473:3
476:8 478:21
481:9 482:10,15
482:19 483:19
485:10,13 488:20
488:23 489:13
493:11,18 495:20
496:14 497:25
498:5 500:13
501:10 502:17
503:15,18,21
504:2,10,15,20
506:24 508:1
509:12 510:8,13
510:16,18,21
511:21 512:9,21
516:16 518:1
519:22 520:5
524:23 525:22

526:12 532:3,13
532:16 533:15
534:2,22 537:2,7
537:15 545:11,16
546:1,5,11
548:24 549:2
550:2,16 551:3
556:14 560:14,17
563:7 565:22
572:18 574:23
579:10 581:12
583:16 584:16
587:20 588:17
590:3 593:10
594:25 595:5
597:7,21 599:16
604:13 605:15,23
606:7,18 607:13
607:14 609:1,4
**come** 333:5,13,15
362:18 380:25
433:17,19,23
448:15 457:5
477:5 493:9,15
501:2 507:13
523:19 555:20,23
558:24 591:25
594:14 597:4
**comes** 578:1 605:2
**coming** 436:6
443:5 523:6
576:4
**command** 377:8
**commencing**
303:12 610:11
**comment** 380:14
422:18 423:15
428:16 430:12
512:10 521:1
**commented**
425:19
**comments** 422:8
422:12 423:6,7
426:5,8,10 427:5
430:15 432:8,12
432:17,20 516:6

536:9 560:3
568:1
**commerce** 407:11
536:19
**commercial**
363:25 364:4
375:16 595:25
596:1,8
**commission**
613:16
**commit** 463:10,24
**commitment**
373:17,19
**committed** 463:18
**common** 393:4,23
402:3 487:16
567:8
**commonly** 337:11
404:8
**communicate**
339:6 416:5
417:12 436:18
444:18 445:8
522:19 525:25
533:24
**communicated**
392:3 416:18
417:11 490:25
**communicating**
335:7 517:10
526:23
**communication**
334:18 395:15
419:5,8 506:13
507:12 535:9
548:11 551:16,22
**communications**
436:22 490:23
**community** 321:12
321:16 337:19,19
338:11 339:4
341:24 356:4
**companies** 511:11
604:20
**company** 317:19
318:1 320:10

336:14,15 337:16
339:19 340:6
342:7,10,14
351:21 356:6,6
362:19 372:25
407:25 409:6,19
415:9 421:9
424:16 432:10
438:6 439:1,8
440:13 441:8,9
441:11 442:21
443:3 445:16
446:4 447:2,11
447:14 466:14
477:5 479:23
498:20 500:1
524:17 525:4
533:2,3 535:4
536:1 544:7,23
546:24 555:23
557:7,24 579:18
580:1,4 596:7
604:8 605:9
606:21
**compare** 435:13
**compares** 371:21
**comparing** 368:19
369:25 370:24
397:25 399:13
**compensated**
571:4
**competing** 352:7
440:25
**competitive**
388:14 391:11,17
392:8 495:10
497:3,5,7 559:23
**competitors**
388:23 389:9
**complaint** 502:10
559:2
**complaints** 509:6
511:15,24 512:6
516:1 520:13,16
588:5,6 606:3,6
**complete** 328:14

360:21 419:23
429:17 489:6
548:8 555:3
610:19
**completed** 423:20
424:7 429:20
434:8
**completely** 426:21
460:22
**completing** 430:10
**complex** 460:17
**compliance** 334:16
378:9,11,13
379:2 556:10
557:3,5,12
592:10
**complication**
332:15 352:25
401:14,17 402:4
504:17 509:24
512:19 558:13,19
558:22 559:19
560:4 563:10
587:24 588:2,3
588:11,16,23,24
588:25 589:4,5
590:1,10 603:19
603:23 604:2,7
605:11,20 606:9
608:5,10,14
**complications**
354:14,16 355:21
355:22 368:23
401:1 402:7
508:17,23 509:10
509:16,18,21
510:25 559:3
561:7,11,20,22
562:5,7,10,11,19
562:22,22 563:3
563:17 564:2,5
564:17,22 581:24
583:12 588:9
589:12,18 590:14
603:25 604:10
605:6,13 606:5

**complies** 413:16
488:19 550:12
**comprehensive**
546:17
**computer** 580:10
**concept** 387:10
**concern** 394:5
**concerned** 352:13
419:15
**concerning** 591:8
**concerns** 394:6
519:16
**concludes** 609:7
**condition** 537:20
537:22 538:6
**conduct** 402:24
**conducting** 435:22
**conference** 303:10
451:22 471:20,22
532:7 553:10
610:9
**conferences**
543:23 559:9
560:22 564:18,23
565:3 576:24
581:21,23 582:5
582:9,12,15
583:13
**confidential** 302:9
306:10,12,18,21
306:24 307:4,7
307:10,19,22
308:10,13,19,22
308:24 309:3,5,8
309:11,13,16,18
309:20,21 310:4
310:7,10 376:22
389:19 412:10
420:6 424:2
429:1 433:14
437:16 473:9
476:5 484:13
486:13 494:16
499:20 502:6
513:11 518:24
521:13,22 526:20

**constant** 417:14,22
**constantly** 417:19
417:23 418:1
536:20
**consultant** 350:13
351:8 353:7,21
354:2 356:2
361:5 364:9
368:16 369:2,20
371:11 375:20
400:16 577:3,11
579:1
**consultants** 374:17
374:23
**contact** 321:22
322:6,11 416:2
436:16 476:19
518:8
**contacting** 523:10
**contacts** 322:7
**contained** 315:4
336:4
**content** 313:23
314:1,7,10,18
315:15 316:21
332:11,20 339:2
339:6 416:24
471:5,8 475:16
476:15,20,21,22
477:2,3 478:6
483:1 490:5,10
493:1,21,22
494:9 554:11
557:1
**contents** 332:12
**context** 328:23
380:24 384:19
496:1 515:15
**continence** 505:25
**continue** 343:11
433:1 435:21
436:11 458:18
**continued** 312:20
430:4 433:1
442:23,24
**continuing** 427:10

**confidentiality**
306:11,13,19,22
307:5,8,11,20,23
308:11,14,20,23
309:4,6,9,12,14
309:17,19,22
310:5,8,11
376:23 389:20
412:11 420:7
424:3 429:2
433:15 437:17
473:11 476:6
484:14 486:14
494:17 499:21
502:7 513:12
518:25 521:14,23
526:21 529:2
530:5 534:19
550:7 581:1
**confirm** 606:12,15
**confirmed** 439:2
**confuse** 499:1
**confused** 433:4
**confusion** 370:12
**connect** 527:21
**Connecticut**
304:22
**connection** 524:10
**consider** 378:23
409:25 445:14
547:10
**considerable** 466:1
**consideration**
452:23
**considerations**
306:16,16 400:10
400:11 468:15
**considered** 326:15
410:25 419:14
445:19 501:19
**considering** 381:7
**consistent** 564:9
594:1

**529:1 530:4,12**
534:18 550:6
580:25

**427:15 431:6**
454:7 461:1
491:22
**continuity** 343:16
**continuum** 553:25
**contract** 379:19
380:15,17 381:19
381:21 382:5
383:21 385:24
512:17
**contracted** 323:18
380:19 381:17
382:16 496:25
**contracting** 378:6
378:16,24 379:3
500:4
**contractual** 336:15
**contribute** 487:3
493:21
**control** 608:23
**conversation**
389:13 438:9,20
440:5 461:19
**conversations**
474:22 475:3
559:17 560:8
**conversion** 392:23
393:1
**convert** 388:22
391:18 392:8
**converting** 388:14
389:1,15 391:11
391:17 392:14
**cookbook** 512:24
513:2
**cookbooks** 513:25
**cool** 556:7
**coordinate** 318:19
318:22 319:2
323:2 409:14
**coordinated** 319:8
327:7 403:9
418:21
**coordinating**
318:3 414:19
**coordination**

Confidential - Subject to Protective Order

319:4 410:13
**coordinator**
319:10,16
**copied** 380:20
391:22
**copies** 335:17,18
414:25 503:11
504:4 550:10
578:4
**copy** 316:15,17,20
317:2,4,15
323:13 324:15
325:5 328:9,20
328:24 329:1
333:20 349:22
350:24 351:4,17
351:19 352:2
377:1 390:5
397:1 400:14
412:13,16,20
413:21 437:8
439:3,6 445:24
446:23 450:9,9
470:16 471:6
472:17,22,23,24
473:1,4 478:6,11
478:20,24 480:17
481:15 486:16
487:13 488:10
492:25 502:16
503:24,25 510:12
510:20 521:25
524:12 526:9
530:10 569:22
570:5 578:19
581:17 585:18,20
586:24 587:5,11
606:20
**corner** 364:22
596:4
**corporate** 403:11
**correct** 315:6
318:5,21 323:7
324:4,8,17
327:11 333:18
336:11,13 337:4

337:23 340:11
341:1,15,16,19
343:13 345:14
346:15 347:17
349:25 350:3
354:5,8,11
356:19 363:15
370:10 371:17
376:12 377:9
378:10 382:19
383:14 384:3
393:7 398:10,23
399:21,25 404:13
404:14,16 408:18
408:23,24 413:20
414:9,10 415:16
424:18 426:8,14
429:14,16,19
430:13 433:10
434:16 438:12
440:12 442:3,7
444:20 445:12
448:19 451:9
453:8,19 470:2
491:21 505:14
506:17 508:11
510:1 522:3,5
538:18 544:15
547:19 548:19,20
549:6,7,9,10,20
552:20 558:20
569:8,21 570:4
571:15 574:5
575:13 583:15
585:13 586:7,8
587:8,13 588:1
591:2 595:2,21
596:21 597:24
599:9 600:12
608:12,21 613:4
**correction** 595:10
**corrections** 611:4
611:6 613:5
**correctly** 428:1
431:19
**corresponding**

517:6
**cost** 427:11 428:3
428:16 584:12
**counsel** 304:5,10
304:14,19,23
312:10 313:12
317:24 355:25
386:22,23 402:24
402:24 403:2
448:22 453:12
459:5,13 585:11
585:14,18 591:1
594:11 597:4,12
597:18,22 598:9
**counseling** 362:25
**counsels** 387:6
**counsel's** 364:5
384:6 388:11
446:12 595:12
**country** 353:16
361:20,23 362:3
362:15 559:4
571:12 604:23
608:7
**couple** 313:7,14
346:4 420:22
487:10 570:15
585:25
**course** 316:20
329:8 344:3
360:8 452:4
454:21 492:9
518:5 520:21
547:5 553:13
579:10
**courses** 314:23
325:6 518:3
543:9 547:18
548:15 552:12
568:4 597:9
**court** 302:1 312:7
312:12 340:1
411:24 460:13
462:19,20,20,22
464:10 610:3,23
611:15

**courtesy** 462:18,25
463:5
**covers** 410:25
**create** 329:19
332:1 340:19
341:13,18 595:22
**created** 316:5
330:8,9,12,18,19
330:22 331:15
332:9,14,16,22
333:20 335:3
344:25 429:11,12
457:9 470:4,10
525:1 539:18
595:13
**creates** 333:6
**creating** 415:12
480:1
**creation** 313:21
333:7
**credentialed**
540:16
**credentialing**
540:8,25
**credibility** 458:1
**credo** 344:4
**credo-based**
343:12
**criteria** 329:6
405:9,20,20,22
406:5,7,9,12,17
545:23 546:13,17
547:10,16 551:17
552:10,15,16
574:8,11 575:15
575:24 595:15
597:8,14 598:2,4
598:7,11 607:16
607:24
**critical** 309:10
343:16 521:16,20
523:12,16,19
524:21 525:18
526:3
**Crovella** 593:8
**Crovello** 484:18

**CRR** 302:17
**cure** 368:22 371:25
372:1,8,10 373:2
373:8
**cured** 373:6,11
**currently** 316:17
372:2 396:12
531:20 552:6
555:13
**curriculum** 411:25
412:5 538:12
**curve** 389:10
392:15 499:10,13
536:12
**custodial** 336:4
412:6 457:4
591:20 593:8,18
606:10
**customer** 405:1
407:24 507:24
545:8
**customers** 326:10
326:15 344:1
349:5 404:22
405:13,15 416:22
416:24 417:15
422:1 445:9,11
445:15 496:25
499:2 534:1,7,10
534:13 562:21
**cut** 313:13 457:1
458:7

---
**D**

**D** 306:1
**Dale** 606:8
**damage** 371:5
566:3,10,14,20
566:21,25
**Dan** 514:17
**Daniel** 304:3 535:9
**DANZIG** 303:9
610:8
**data** 315:4,7,9
327:8 328:24
329:11 356:1
363:6 368:11,12

373:17,23 374:12
375:4,6,7 383:2
401:15 402:4,7
504:17 531:19,20
532:1,19 533:4
533:12,14,16
534:10 547:8
559:6 587:24
590:10 603:19,24
604:1,1 606:9,23
**database** 502:11
509:11,14 511:12
512:19 594:20
604:22
**date** 312:3 319:2
336:7 352:2
394:19 413:12
429:10 444:3
447:11 448:8
450:9,10,17
467:14,20 478:14
479:5 480:18
481:15 486:16
488:10 494:20
495:23 524:12
545:25 551:21
581:12 585:15,20
587:11 594:18
595:4,17 598:16
611:8 612:3
613:8
**dated** 379:22
468:24 494:20
505:9 556:20
610:25
**dates** 467:25 469:6
**Dave** 307:9 437:15
437:20,21 513:17
514:3
**David** 514:20,24
515:25 535:24
**day** 381:18,22,22
382:2,7,9,10
383:21 385:18,24
386:16 403:12,14
411:17 426:1

445:19 456:22
460:10,11 461:8
461:8,10 462:1
462:14,21 464:15
485:25 545:4
590:15 592:4
613:15
**days** 381:15,18,24
381:25 382:2,5
382:10,15 383:3
383:22,25 384:1
385:6,10,12,20
386:6,15,20
447:16 460:7,11
460:12,14 462:9
462:15,16 492:15
594:6 606:8
611:12
**De** 582:22
**deal** 352:7 410:24
506:22 513:20
**dealing** 406:3
454:11 459:12
469:4
**dealings** 506:7
**deals** 506:16
**dealt** 506:3 605:6
**Dear** 507:9
**death** 401:19
**deaths** 563:24
**decade** 538:8
**December** 429:18
524:14,20
**decide** 316:23
328:12 408:25
409:1 490:15
499:7
**decided** 386:12
396:4
**decides** 386:3,4
**deciding** 316:24
547:17
**decision** 316:10,11
317:6,13 540:7
540:12,16
**deck** 306:7,8,14,15

307:16,17,20,24
308:3,5,6,15
313:22 314:13
316:17,18,23,24
317:6,10,11,13
317:14,16 330:9
330:13,21 331:14
332:1,13 335:13
341:21 342:11,20
349:17 350:2,4
353:20 354:1
361:17 362:18
371:14 396:20
400:9 451:3
452:8 454:19
467:17 468:11,12
469:11 470:19
471:5,12,15
472:17 473:7
476:2 478:16
479:12 480:10
481:16,20 482:24
483:4,11,15,22
486:7 487:22,23
490:10 491:11
493:7 552:25
569:10,13,14,23
570:6 581:7,16
582:3 586:5,11
586:17 595:16
**decks** 313:24
328:23 329:16,19
329:23 332:9
354:1 451:7,14
451:25 452:1,3,9
453:3 454:15
467:13 468:9
470:1 477:17
493:5,8,19 553:4
553:5
**deemed** 611:14
**defects** 552:4
**defense** 313:12
585:11,14 591:1
594:11 595:12
597:4,12,18,22

598:9
**define** 342:19
343:19 553:6
**defined** 325:3
**defines** 398:21
**defining** 599:22
**definitely** 362:6
463:19 576:22
**degree** 387:2
**Delaware** 303:8
**deliberately**
418:13
**deliver** 427:11
**delivers** 374:9
**delivery** 352:23
363:2 440:17
536:13
**demands** 357:18
**demonstrate** 564:4
**demonstrated**
355:16
**Dennis** 502:2
511:3 512:14
604:15,17
**denominator**
604:25 605:2,3
605:12,18,21
606:16 607:1
**Dep** 612:3
**department**
313:19 315:24
316:2,10 317:18
317:22 319:17
320:6,15,21
321:4 322:1,11
322:15,21 323:1
323:24,25 324:9
327:3 328:12
333:6,16 334:22
349:11 377:11
403:18,24 404:3
404:6,11 409:2
409:10 442:16
457:10,19 470:13
470:22 471:11
472:8,15 473:5

478:6 516:24
517:13 518:10
525:23 528:1
538:15,16 539:3
586:2,25 587:12
590:11 595:20
596:10,25 606:6
**departments** 470:9
530:21
**department's**
317:19 334:7
**depend** 328:18
**Depending** 382:16
**depends** 416:13
602:16
**depict** 553:21
**depicted** 553:25
554:15
**depiction** 589:17
**depo** 403:13
**deponent** 312:9
612:4 613:1
**deposed** 438:13
585:17
**deposing** 449:1
611:11
**deposition** 302:12
303:2,4 311:2
312:5 313:4,13
335:13 349:16
376:21 389:18
396:20 400:9
403:3 412:8
420:3 423:24
428:23 433:11
437:14 443:18
448:24 458:7
459:10 460:10,21
460:22 461:17
464:8 466:2,6,16
466:19 469:11
473:7 476:2
478:16 480:10
481:20 483:22
484:10 486:11
488:12 491:11

494:14 499:18
502:4 513:9
518:23 521:11,19
526:18 528:24
530:3,11 534:16
540:22 545:13
550:4 556:15
580:20 591:5,9
591:15 592:6,23
606:8 609:7
610:6,19 611:3,9
611:12,14
**depositions** 448:16
459:9,9 460:15
460:17 461:25
**deps@golkow.co...**
302:22
**describe** 516:13
**described** 327:9
337:18 342:2
395:16 396:18
406:20 414:2
**description** 306:6
307:2 308:2
309:2 310:2
449:6
**determinations**
317:3
**determine** 326:14
377:23 381:4
425:24 447:3
475:15 540:1
**determined** 527:25
**determines** 475:17
**determining** 325:9
326:3,9,23 381:8
**develop** 320:18
323:11,17 355:23
425:3,8 426:3
**developed** 329:10
329:11 556:4
**developing** 600:8
**development**
306:20,23 307:3
307:6 309:23
333:17 338:7

420:4,9,14 421:2
422:5 423:25
424:7 428:24
429:6 433:12
434:7 435:22
545:14,19 553:12
554:22
**device** 333:15
370:5 395:18
396:14 398:20
405:4 408:18
475:4 477:16
492:9 515:10
536:12 564:1
585:12 598:5
**devices** 333:13
340:19,25 373:5
399:9,14 403:19
403:25 526:11
605:19 606:15
**Dharini** 495:6,7
499:24,25 505:10
505:23 507:1
511:3,8 604:18
**diagrams** 488:8
**didactic** 313:24
329:14 554:4
**difference** 398:16
460:20 463:21
**differences** 363:11
**different** 363:3
369:8 378:4
379:6,7 387:6,7
398:13,18 409:7
412:5 447:20
459:7 460:23
595:4 603:25
**differently** 399:20
**difficult** 452:9
474:19
**difficulty** 508:8
**diligent** 514:11
**diligently** 563:22
**dinner** 451:23
452:22 527:8
528:15

**direct** 360:6 403:2
438:9 500:22
551:14 552:21
557:14 561:3
563:17 565:18
581:3
**Direction** 311:5
**director** 378:14
414:8 424:10
429:24 431:5,5
437:3,22 443:4
444:15 445:6,6
476:18 505:25
506:5 513:18,19
517:6,7,8 522:2
525:16 535:1,2
596:19,22
**directors** 475:23
**disagree** 520:24
**disagreed** 441:20
**disagreement**
466:2
**disappeared**
482:21
**disciplinary**
440:15
**disclose** 361:5
544:5 568:13
**disclosed** 354:9
375:1
**discloses** 362:18
**disclosure** 350:16
350:18 351:20
364:8 544:13,22
568:18
**discuss** 378:24
491:24 508:6
527:21 571:5
604:23 608:4,7
**discussed** 328:3
334:16 352:16
369:16 383:12
394:21 395:23
411:17 421:25
440:8,22 518:6
552:17 554:6,25

562:11 571:10
581:25 582:6,10
582:13,16,18,20
582:22,24 583:1
583:3 585:11
588:16 589:19
591:1 592:10
602:8 604:2
606:10 607:23
608:10
**discussing** 569:23
**discussion** 340:2
390:12 391:4
393:9,12,13,20
402:2 412:3,14
423:9 433:16
437:10,19 444:6
446:1 472:20
480:7 482:7
485:14 491:10
499:23 504:23
510:4 514:19
524:8 561:1
562:24 597:2
598:17 603:13
**discussions** 420:14
536:16 558:24
562:10
**disease** 543:15
548:14
**dishonest** 441:3
**Disk** 376:2,6
402:15,19 464:24
465:23 504:25
505:4 537:13
603:11,16 609:6
**dispute** 473:21
**disrespect** 463:10
463:17
**distracted** 489:14
**distribute** 475:10
**distribution**
593:25
**district** 302:1,1
312:7,7 593:23
**divide** 588:13

606:4
**division** 302:2
312:8 431:1,2
434:10 473:23
**divisions** 415:14
415:21,21 416:1
434:21
**DM** 430:22 431:5
557:11
**DM's** 430:22,25
431:23 434:24
**DM/Sales** 310:6
556:15
**doc** 497:5
**docs** 411:5,7
495:10 497:3,11
**doctor** 338:11
353:17,19 398:15
497:17 499:7
527:24 559:18
566:17
**doctors** 319:6
327:9 336:16
338:1,12 372:20
381:5,7,10,17
387:18,25 388:2
389:2 391:17,19
392:8,13 393:23
397:12 400:2
410:10,14 414:22
421:16,20 422:10
422:20 423:8,10
423:14,16 425:22
426:18 428:12
432:2 471:21
474:21,22 494:5
497:6 506:15
508:7,12 518:11
524:18 525:9
526:1,5 527:14
536:14 541:17,18
548:1 550:21,24
555:20 556:4
559:17,20,23
560:3 562:17
564:25 566:19

574:17 589:11
**document** 302:7
308:8 331:25
335:17,18 344:25
375:2 376:19
394:19 399:17
412:18 421:11
423:19 426:24
428:8 469:20
470:10 471:21
473:17,23,25
474:1 475:9
476:11 477:17
484:11 485:16
498:22 500:8,14
501:15 502:20
504:6,14 505:25
507:6,7,19 509:1
511:17 513:6
515:17 523:25
524:5,10,24,25
532:10,20,21,23
533:7,8 542:19
545:18 546:12
551:15 556:10,19
556:22,24 561:4
561:6,8 562:3
572:21 573:4,5,8
573:10 576:13,15
576:17 577:18,20
577:21 579:16,17
579:20,22 585:15
587:19 591:1
592:1,22 593:15
593:22,24 594:5
594:15,17,18
595:12,23 596:15
596:16 597:5,11
597:19,23,25
598:16 603:24
608:1
**documentation**
472:3
**documents** 311:10
313:11 347:23
426:3 439:16

473:18 476:14
478:2 502:1
504:8 513:14
525:13 526:15
556:13 569:5
580:18 591:4,7
591:18,19,21,22
592:5,9,14,16,25
595:15
**dog** 346:11,14
351:8 384:9,11
384:12,15,21,25
385:17 400:3
542:15,21
**dogs** 383:2 384:5
384:13,17,17
**doing** 312:23 409:7
421:8 466:9
497:7 551:19
552:3 562:23
567:17 581:19
600:18,22 611:7
**domain** 441:9
578:23
**domestically**
548:10
**Don'ts** 310:6
556:16
**don't's** 557:8,18,20
590:25 591:10,25
592:7,11,19
**door** 555:15 584:8
**double** 502:20
**double-checking**
467:25
**Doug** 306:9 348:8
349:18,24 350:6
351:21 352:16
354:2
**download** 580:10
**do's** 310:6 556:16
557:8,19 590:25
591:10,24 592:6
592:11,19
**Dr** 304:23 346:12
350:18 351:8

361:1,2 362:19
369:5,17 373:16
376:10 383:11,22
385:7,17 400:16
491:20,23 492:6
492:23 493:3,9
493:15,21 502:2
506:9 511:3,4
512:14 542:15
543:16,17 569:7
569:18 571:3
575:6,6,7,7,8,8,8
575:8,9,9,12
576:10,20,24
577:2,9,24 578:5
578:25 579:2,5
608:3
**draft** 329:14 331:2
331:25,25
**drafted** 330:2,7,13
330:22 331:15
333:16,24 334:1
418:6
**Drie** 347:5 575:9
**drink** 527:5
**drive** 455:7 487:11
**driving** 596:1
**Drug** 563:23
**Dthornburgh@a...**
304:5
**duly** 610:7,13
**duties** 411:12
413:24 414:11
425:18
**duty** 431:15 436:1
**DVD** 490:7,8,8
553:9 607:17
**DVD's** 476:23
**dynamic** 547:12
**dyspareunia** 521:3
521:4

**E**

**E** 304:1,1 305:1,1
306:1,5 307:1
308:1 309:1
310:1 312:15

610:1,1
**earlier** 339:8
345:24 376:13
377:6 455:21
458:1 485:5
500:5,16 503:20
509:2,9 536:9
578:24 588:16
**early** 307:24 362:5
362:9,10 372:19
456:21 478:17
494:6 495:14
497:1
**earn** 382:15 385:8
386:17
**earning** 385:23
**easier** 322:19
**easily** 439:17
454:22
**East** 304:3
**easy** 580:17
**Ed** 307:14 308:4
315:24 329:17,20
329:22 331:1
335:2,3 342:15
351:2 362:4
381:9,12 390:25
392:1 395:3,24
410:9 411:1
413:10 417:25
419:20 424:10,11
431:6,24 433:9
433:18 434:25
435:9 436:18
437:3,22 446:5
446:10 447:15
448:25 449:3
450:16 451:3,25
452:2 466:13,20
467:8 469:15,22
469:23 470:8,22
471:2,11,12
472:3,7,10
474:10 475:12
476:16,17,19,24
477:7,8,10,13

479:2,10,14
480:12,16,23
481:16,24 482:6
483:2,4,9,13,14
486:18 487:6,10
489:8 490:1
491:19 492:23
493:22 497:24
498:21 500:6,12
501:7,18 513:21
515:4,11 516:14
517:12,19,24
518:2,7,10
519:11 520:17
522:4 523:9
524:5 525:8,14
525:16 526:25
528:1 529:9,22
530:24 531:4,7
533:14 534:9
539:16,17 541:16
544:16,18 546:20
548:9 552:23,24
553:3,6 554:14
554:17,23 555:12
558:23 562:16
564:15 569:6
571:18 584:2
585:19 586:1,16
587:3 595:1,16
596:10 601:13
**Edmonds** 350:8
358:8,11
**educate** 339:2,6
557:11
**education** 307:12
308:3 310:9
313:19 316:12
317:7,18 318:1
319:10,16 320:15
320:21 321:21,25
322:10,14,15,16
322:17,21 323:1
323:4,9,10,23,24
323:25 326:23
327:3,17 328:11

Confidential - Subject to Protective Order

329:25 332:4,8
334:7,22 339:10
344:17 349:11
351:7,16 355:1
376:14 377:11
391:3 393:11
402:4 403:18,22
404:3,6,11,14
408:13,21 409:1
409:10,18,23
410:6,16,21
413:6,9,19,25
414:8 415:9
416:18 418:15,24
419:9,17 424:14
424:15 425:15
426:18 429:7
430:9 434:10,14
435:25 436:15
443:4 444:2,8,12
444:16 445:7
446:22 447:6
449:16 451:19
454:10 457:8,10
457:19 466:17
467:7 468:23
473:22,25 474:2
474:7 475:7
478:13 480:11,15
485:19 506:4,6
506:15 512:5
515:2 538:17
546:15 552:12
553:11,22 554:1
558:1,3,5,9 559:9
559:21 560:21
562:12 571:8,24
572:22 574:2
576:24 580:22,24
581:8,20 584:12
585:23 586:3,19
587:6,10,12
594:23 595:20
598:23,24 606:14
608:9
**educational**

313:21 314:5,8
381:11 425:3,9
584:9
**Ed's** 431:9
**effect** 338:19
**effective** 325:11
326:5 339:1
352:8 372:6,22
425:21 547:12
558:11
**effectively** 414:22
425:4 434:9
**effectiveness**
341:15
**efficacious** 324:25
421:24 422:6
539:14,20
**efficacy** 363:6
368:7,21 374:9
375:5,13
**efficiency** 341:14
352:25
**efforts** 550:23
**Eiffer** 462:24
463:6 465:3,4
**eight** 422:5 423:19
**either** 421:3 432:7
470:14 478:1
489:16 490:24
562:7
**elected** 458:4
**electromechanical**
343:20
**electronically**
335:21
**element** 324:24
553:6
**elements** 399:5
417:5 543:7
553:14 567:19
**elicit** 459:18
**eligible** 564:25
**elite** 576:7
**Elstock** 459:6
**embody** 575:23
**EMEA** 516:2

**employee** 313:18
343:14 412:21
423:6 426:4
432:12,17,20
**employees** 420:11
420:12,14
**employment**
440:16 442:6
579:12,17
**encompassing**
354:17
**encourage** 497:13
497:15 499:5
**ends** 587:22
**enduring** 471:9
**engage** 341:4
422:23
**engagement**
343:14
**engaging** 342:3
344:13
**enhanced** 433:1
**enjoy** 334:19
409:15 583:23
584:1
**ensure** 324:23
343:15
**ensuring** 539:12
**entered** 336:15
**entire** 382:15
443:25 446:21
498:20 539:15
554:16 578:7
**entirely** 604:25
**entitled** 545:18
546:6
**entries** 453:16
**entry** 533:21
**envision** 378:22
**equal** 368:22
**equate** 340:14
558:1
**equipped** 606:22
**erosion** 355:16
368:23 401:23
521:3 582:12

590:8
**erosions** 588:4
**errata** 611:6,8,11
612:1 613:6
**especially** 498:20
499:9 516:2
**ESQ** 304:3,7,12,16
304:21
**essential** 578:1
**establish** 448:12
456:8 458:10
**established** 457:21
**esteem** 338:10
**Ethicon** 302:4
304:14,19 307:15
313:18 321:19
322:15 323:1,12
323:25 324:15,20
325:11 326:5,11
326:25 329:9,13
330:2,7,10,12,18
330:22 331:2,15
331:25 333:5,12
333:24 334:25
336:18 337:8,14
338:2,8 340:18
340:24 341:8,21
342:18 343:1
344:24 348:22,24
349:9 350:14,19
351:4,20 353:8
353:21 354:2
356:2 361:5
364:9 366:5,6,8,9
366:10,12,17
368:16 369:2,20
370:4,7 371:11
372:14,20 374:18
374:23 375:20
376:14 377:15
379:2 383:2
386:4,4,12 388:8
388:22 392:7,11
394:5,7 395:4
396:4 400:2,16
401:14 402:3

403:11,17,20,21
404:2,11,22
405:20 406:18
408:13,20 412:21
415:8 420:12
421:6 424:16
442:13 466:21
509:14,17 528:3
529:4 540:21,22
541:5 545:6
547:16 548:1
550:21 555:14,18
568:13 569:20
570:7 571:5
572:10 577:3,12
583:24 584:2
589:5,24 602:22
602:25 612:2
**Ethicon's** 323:8
341:8 348:15
350:10 353:21
363:13,20 365:1
365:12,17,21,23
366:6 370:9,21
388:23 389:10
392:9 393:5,24
571:19
**ETH.MESGH.0...**
306:24 424:1
**ETH.MESH.001...**
308:23 502:5
**ETH.MESH.001...**
308:10 484:12
**ETH.MESH.002...**
306:7 335:14
**ETH.MESH.003...**
307:17 469:13
**ETH.MESH.003...**
310:6 556:16
**ETH.MESH.003...**
308:8 483:24
**ETH.MESH.003...**
307:25 478:18
**ETH.MESH.004...**
310:4 550:6
**ETH.MESH.008...**

Confidential - Subject to Protective Order

309:10 521:21
**ETH.MESH.008...**
309:20 534:17,24
**ETH.MESH.008...**
309:15 528:25
**ETH.MESH.008...**
309:12 526:19
**ETH.MESH.008...**
309:7 521:12
**ETH.MESH.008...**
308:18 494:15
**ETH.MESH.008...**
308:21 499:19
**ETH.MESH.010...**
307:21 476:4
**ETH.MESH.011...**
308:12 486:12
**ETH.MESH.016...**
306:17 400:12,14
**ETH.MESH.017...**
306:9 349:19
**ETH.MESH.017...**
309:17 530:4
**ETH.MESH.017...**
309:19 530:12
**ETH.MESH.017...**
306:12 389:19
390:11
**ETH.MESH.017...**
309:3 513:10
**ETH.MESH.023...**
307:12 443:19
**ETH.MESH.041...**
308:6 481:22
**ETH.MESH.053...**
308:4 480:13
**ETH.MESH.057...**
310:9 580:22,24
**ETH.MESH.061...**
309:5 518:24
**ETH.MESH.073...**
306:10 376:20,22
**ETH.MESH.073...**
307:18 473:9
**ETH.MESH.083...**
556:19

**ETH.MESH.086...**
306:18 412:9
**ETH.MESH.086...**
307:9 437:9,15
**ETH.MESH.086...**
306:21 420:5
**ETH.MESH.086...**
307:4 428:25
**ETH.MESH.089...**
307:7 433:13
**ETH.MESH004...**
309:23 545:14
**et's** 314:16
**EU** 516:8
**Europe** 513:3
517:8,15
**evaluation** 423:3
425:17
**event** 317:7 319:12
319:15 323:1
324:11 327:7,25
328:6 329:17
330:1,2 332:4
351:2 355:1
361:1,15,17,19
381:22,23 385:19
397:20 405:5,7
417:10 451:23
471:20 472:12,18
475:12 477:16
483:2 490:12
491:19,24 500:12
524:7 544:3,8,9
553:10 559:6,21
560:6 562:12
564:14 584:7,9
586:16 589:11
**events** 314:5
316:13 317:20
318:2,19 319:6
323:2 324:2,3,19
327:17 329:20,24
329:25 330:4
331:1 333:22
358:20 361:2
362:5,7 372:25

395:24 404:9
405:10 406:6
407:5 408:3
409:15 410:12,14
410:23 414:3,4
414:19 415:13
417:6,8 418:3
419:1 428:16
444:8,13,23
445:1 469:24
470:10 471:13,15
471:17,18,24
472:4,11,15
474:7 475:7
476:16 477:7
479:14 485:19
490:17 496:18
509:19 518:15
520:17 525:14
541:18 544:14,16
544:21 546:15
558:5,23 559:3
559:18 562:16
564:10,15 566:19
571:9 589:7,19
590:17 601:14
607:24 608:9
**everybody** 455:18
575:11 605:17
**evidence** 306:8
349:17 350:5
363:5 365:7
367:21,21,23
368:1,5,8,9
369:16 373:18,20
374:10 412:1
**EWHU** 310:3
378:23 550:5
**exact** 395:16 435:4
444:3,21 445:3
453:2 472:1
486:1
**exactly** 342:1
388:18,25 435:6
472:17 485:7
487:1 493:7

496:7 552:15
557:16 564:8
592:8,20 595:17
600:18
**examination**
302:12 303:3
306:3,3,4 312:20
360:7 403:6
537:15 585:4
607:14
**examined** 312:18
**example** 316:8
322:8 327:21
417:12 426:4
468:10 477:9
555:4 595:6
**exceeded** 427:13
427:23
**excellence** 596:1
**excellent** 422:9
**exceptional** 343:5
**excessive** 508:13
508:17
**exchange** 527:1
528:20 531:4
**excited** 391:10
**excluded** 339:4
**execute** 343:18
425:3,8
**execution** 416:25
**exhibit** 306:6
307:2 308:2
309:2 310:2
335:11,12,13
336:2 349:16,21
374:5 376:19,21
379:20 387:25
388:2 389:18,22
393:15 394:20
396:20,25 400:8
400:9 402:10
412:7,8,19 418:6
418:22 420:2,3
423:23,24 428:22
428:23 433:11
435:11 437:11,14

443:12,18 454:3
457:21 466:15,16
466:19 467:3
469:11 470:21
473:7,12 475:25
476:2 477:9
478:15,16 479:5
480:1,10 481:20
483:22 484:10
485:5,8 486:11
488:8,12 491:11
494:14,19 499:17
499:18 501:25
502:4,8,9,12
505:7,12,16
510:6,24 513:9
513:23 514:4,8
518:23 519:3
521:11,15,18,19
523:12 526:17,18
528:24 529:4
530:3,11 534:16
534:24 542:9
545:13 550:3,4
550:17 551:15
553:16,19 554:15
556:15 560:25
564:4 565:12
569:1 572:3
573:16 576:9
580:20 585:10
587:19 588:22
590:22,24 591:13
591:14 593:9
594:12 596:13
597:11,13 598:10
602:8 603:8
604:11 605:3
607:16
**exhibits** 440:6
457:6 458:3
463:1,13 491:9
502:1
**exist** 355:13
**existed** 414:14
**existence** 599:18

417:22
**expedite** 313:12
**expenses** 334:14
**experience** 307:25
367:4 392:18
478:17 494:12
529:24 543:6
545:8 559:25
562:20 576:1,1
**experienced** 521:8
526:11 527:15
576:7
**experiences**
544:14 563:1
**expert** 554:9
566:17
**expertise** 341:5
478:5 599:4
**expires** 613:16
**explain** 360:13
554:22
**explained** 440:5
**explicit** 334:21
**expressing** 519:15
**extended** 459:15
**extensions** 568:1
**extent** 448:14
518:3
**external** 416:22
**extra** 390:4 462:23
503:11 605:22
**extremely** 543:14
**extrusion** 582:15
**ex-US** 509:24
604:1
**eye** 568:6
**eyes** 568:1
**eyesight** 567:21
**e-mail** 306:10,12
308:18,21,23
309:3,5,7,12,15
309:17,20 335:20
376:21 377:15
379:12,14 380:21
380:24 381:12
382:14 383:19

384:24 389:18
390:13,22 391:23
391:25 392:21
393:10,10 406:10
428:6 454:23
455:9 494:14,20
495:1 496:1,21
496:23 497:9
498:8,14 499:18
500:11,19,21,25
502:2,4 505:9
506:2,10,11
507:1,4,20 511:2
511:4,5 513:9
514:3 515:20,25
518:23 519:6,12
519:24 521:11
522:15,21 523:4
526:18,22,25
528:4,9,19,22,24
529:6,11 530:3
530:16 531:3,24
533:5,9 534:16
535:12,13 536:4
542:12,14 568:17
608:3,4
**e-mails** 528:11
529:12
**E-module** 601:7
**e-modules** 432:25
554:4 599:3
601:5,13

#### F

**F** 610:1
**face** 537:19,23
**facilitate** 338:7
391:21 393:1
539:21
**facilities** 319:3
**facility** 327:12,22
555:14 602:23
**fact** 403:12 410:16
425:6,14 432:10
448:25 449:22
498:21 578:7
585:25 608:5,9

**factors** 546:20
551:25
**faculty** 309:23
315:21 316:19
317:2 318:23
319:18,24 320:3
321:23 323:3
325:13 326:14,15
326:16 331:4,21
331:23 332:2,10
333:11 334:3
344:18 416:23
491:22 496:25
512:16 518:11
536:17 545:9,13
545:18,23 546:6
546:14,18,21,25
558:25 562:20
568:3 574:2,8
575:16,22
**fail** 611:13
**failure** 440:12
442:3
**fair** 317:22 329:5
443:25 448:20
456:22 458:5
523:18 524:18
571:24
**fairly** 319:17
**fairness** 449:13
**Falconer** 374:14
**fall** 337:6
**falls** 383:5
**false** 604:25
**familiar** 373:7
394:9 396:17
403:9 405:8,18
405:22 406:19
442:8 444:11
508:2 514:24
521:5 523:25
555:22
**family** 308:7
368:10 374:6
483:24
**fantastic** 511:8

**FAQ** 473:19
**far** 335:6 354:6
405:10 406:21
407:3,4 408:3
419:15 490:9
516:19 537:4
547:12
**farce** 511:13 512:7
512:13,20 604:23
**fax** 302:21
**FDA** 352:11
354:12,18 355:5
362:24 368:6,6
387:19,19 388:2
509:19 563:23
564:2 568:21
569:15 570:2,13
570:16 571:1,6,9
571:13
**fear** 393:8,22,24
**February** 306:7
335:14 336:8
404:13,17 413:18
415:4 434:8
481:15
**federal** 461:25
563:25
**feedback** 315:1
432:24 444:19
445:14 474:20
**feel** 335:1 409:13
410:15 568:2
**fell** 596:10
**fellowship** 547:9
574:18 576:5
**felt** 321:8
**female** 352:24
**fewer** 368:22
**field** 310:3 363:17
363:17 368:6
388:6,7 414:6
435:23 436:2,5
549:15,17 550:5
557:6 568:14
**fielding** 536:20
**fifth** 557:25

**figure** 367:18
461:19
**figuring** 606:4
**file** 336:4 411:20
412:6 457:4
487:14 591:7,20
591:20 592:2
593:9,14,18
606:10
**files** 593:18 594:14
**fill** 381:6
**final** 511:13,14,23
512:5
**financial** 351:21
362:19
**find** 327:12,15,16
327:22 339:18,19
340:6 402:10
427:4 439:16,17
445:3 448:11
489:21 507:11
528:10 578:17
580:14,17,19
586:23 608:16
**finding** 328:4
341:3
**finds** 507:18
**fine** 312:24 450:20
503:14 504:17
510:22 567:23
**fingers** 567:25
**finish** 394:18
449:11 456:9,13
458:24 461:3
462:12
**finished** 357:4,20
456:10 458:25
466:4
**fire** 441:24
**first** 343:11 346:10
358:12 365:20
400:15 407:10
415:11 420:20
422:14,15 430:23
434:1 450:6
456:24 469:3,19

Confidential - Subject to Protective Order

494:11 507:8,9
514:5 527:1
557:10,19 565:16
592:4 610:13
**firsthand** 455:25
560:21 577:13
**fit** 598:1
**fits** 392:20
**five** 374:13 402:13
421:4 434:22
448:23 465:7,10
471:21 526:15
552:3 577:21
587:9,11 602:17
**fix** 548:15
**fixations** 552:8
**floor** 308:16
354:14 387:10
491:12 552:2
556:5 576:3
596:20 598:3
**Florida** 304:4
**focus** 446:8 452:10
452:25 526:25
527:7 529:5
**focused** 391:11,16
411:16
**folder** 487:11,12
489:4
**folks** 315:16
318:20 337:17
377:15 414:21,21
431:12 444:24
522:12 530:18
533:10 536:24
555:22 604:18
**follow** 395:10
**followed** 498:8,15
**following** 368:20
376:10 498:9
562:4 598:2
**follows** 312:19
326:1 331:12
340:4
**follow-up** 306:9
349:18 350:6

355:19 368:12
374:12 440:16
498:10 584:18
609:3
**Food** 563:23
**footnote** 372:9
374:13
**footnoted** 578:8
**footnotes** 578:11
**force** 310:3 374:2
391:24 392:3
497:17 550:5
**forefront** 344:4
**foregoing** 613:3
**forget** 494:4
532:10
**forgetting** 444:3
527:6
**forgotten** 505:22
**form** 316:7 317:23
320:11 322:3
330:5 337:1
340:12 344:9
348:17 349:7
351:9 353:23
354:3 356:7
364:18 366:20
371:7 372:7
374:19,24 375:17
383:4 385:22
392:16 395:5,14
396:16 398:8,14
405:2 407:13
419:2 422:25
425:13 426:9
431:17 433:5
442:1,20,24
445:10 446:9
449:4 473:3
484:7 490:12
493:11 495:20
496:14 497:25
500:13 501:10
506:24 508:1
509:12 511:21
512:9,21 516:16

518:1 519:22
520:5 524:23
525:22 532:3
533:15 534:2
537:2 553:9
554:5 588:17
590:3 591:10
592:7 593:10
594:25 597:7,21
599:16 605:15,23
606:18 613:5
**formal** 406:16,19
440:12
**format** 511:11
604:21
**formatting** 314:18
314:21,25
**former** 394:7
406:11
**formula** 363:22
365:3,18 366:13
**forth** 474:18,25
507:6 546:13
574:8 610:15
**forum** 324:23
325:2 327:10,15
**forward** 458:22
**forwarded** 390:23
392:1 527:8
**found** 371:3
422:17 501:3
507:15 598:20
**foundation** 542:3
574:22,24
**four** 368:18 370:24
385:16,25 415:13
415:21,21 434:22
434:22 462:23
463:14 555:1,3
595:19 600:8
602:17,17
**fourth** 348:8 479:2
557:14,22 561:4
561:14 563:11,12
**France** 516:7
**free** 374:7 572:19

**Frequently** 307:18
473:8,14
**Friday** 438:9
507:10
**friendly** 438:18
**friends** 438:17
**front** 336:7 350:21
435:12 456:20
492:3,12 505:11
535:18,19 547:13
**full** 391:5 419:21
492:13 504:6,13
610:19
**fully** 507:7
**function** 318:4
327:6,7 328:15
334:6,7,8,19
335:1 339:10,12
339:13 411:2
539:19 571:18
**functional** 341:4
**functions** 319:9
329:2 334:10,13
334:17,21 348:14
**further** 313:4
440:13 442:3
514:18 584:16
609:1 610:18
**FYI** 392:2

---

**G**

**gain** 492:13
**gaining** 432:23
**gal** 528:14
**Gary** 378:20
**gather** 386:25
**general** 408:8,10
515:3 552:22
554:21 559:24
**gentlemen** 319:23
389:16 421:7
430:3 432:17
441:11 477:5
514:2 523:14
**geographically**
322:7
**geography** 418:20

**Georgia** 522:7,8
526:23,24 527:2
528:9,9 529:7
**Germany** 516:7
**getting** 316:20
339:16 383:20
410:10 474:20
480:19 495:8
508:8 520:13
525:5
**give** 315:1,17
426:12 481:6
502:20,23 510:20
510:21 521:24
560:10 565:22
571:4 605:11,12
**given** 321:5 376:10
501:3 507:14
535:11 569:7
580:3,6 593:23
610:20 613:4
**gives** 432:10
605:19
**giving** 469:16
475:18 544:24
569:19
**glad** 604:19
**global** 343:5,12
414:20 545:23
546:6,18,21,25
573:13 574:8
575:16
**go** 323:16 329:17
334:15 335:10
346:3 348:3
349:14 350:24
354:12 359:18,19
367:25 368:3
369:4,22 371:13
371:14 374:4
376:18 377:20
379:11,16,17
380:23 400:6,7
401:2 402:10
411:21 413:5,8
415:2,10 420:12

420:19 424:21
426:4 427:5
428:9 434:1,5
435:19 436:18
449:2,16,25
450:18 451:16,17
457:15 459:19
461:7,8 464:2,19
464:21,21 467:4
467:4,7,18 476:7
480:3 481:19
484:16 487:19
491:8 497:17
499:3,4,5,14
500:24 503:9
504:21 510:23
513:23 515:19
519:5 521:9,17
521:25 528:8
532:11 533:20
534:21 535:16
537:7 557:17
569:13 570:1
574:22 579:24
584:21 594:2
598:8,15,21
600:2 604:11
605:2 606:12,14
**goal** 341:9 352:8
426:17
**goals** 427:7
**goes** 365:1 380:7
440:4 516:5
598:3 606:4
**going** 317:13,14
320:9 323:20
327:19 335:23
346:3 348:3
359:15,18 360:23
371:13 374:4,5
376:2 378:15
379:2,8 394:17
396:24 402:15
403:1,2 408:21
411:15,20 412:4
412:6 413:21

414:24 420:1,2
422:8 423:22,23
425:24 428:21
430:14 437:5
438:23 441:24
443:11,13 446:2
451:14 458:18,24
460:25 461:5,7,8
461:10,20 464:1
464:4,6,7,14,16
464:19,24 465:2
466:4,5,6,23
468:25 469:16,17
476:9 478:15
479:9 480:6
481:9,14 483:9
483:16,17,18,20
484:8 488:8,9,14
489:4 491:8
494:18 495:11,12
495:17 497:8
499:6 501:22,24
501:25 502:9,13
504:25 506:23
508:4 510:5,7,10
510:20 513:7
515:6 519:2
521:17,24 527:20
527:22 529:3
530:7 532:10,25
533:12 535:23
536:25 537:10
538:11 550:2
553:18 557:2
562:2 577:19
583:19 584:22,25
585:5,6,7 590:21
590:22 599:25
602:6 603:12
**Golkow** 302:21
312:3
**good** 312:21,22
320:2,3 325:22
327:12,12 342:17
383:1 386:23
409:16,17 410:2

422:19 430:11
438:17,22 462:9
477:12 513:15
523:10 527:4
535:6 536:3
563:1 567:24
571:22 599:24
**gosh** 386:24 555:1
**gotcha** 323:22
405:16 422:17
448:9
**gotten** 408:8
475:14 554:8
**governing** 571:14
**government** 565:1
**grab** 408:17
**graft** 552:9
**great** 390:3 432:24
522:16 528:16
563:2 584:5
**greater** 371:4
374:1 381:19
382:5,6 393:25
**grid** 380:25 381:6
383:8,10
**Grier** 306:9 348:9
349:18,24 350:7
350:19 351:8
354:2 361:1,2
369:5,17 373:16
376:10 380:8
383:11,22 569:7
569:19 571:4
576:20,24 577:2
577:10 578:25
**Grier's** 351:21
352:16 362:19
576:10 577:24
578:5
**group** 370:16,19
375:8 378:13
429:25 506:13
576:7
**grow** 343:25
344:14 345:1
**growth** 343:21,24

344:21
**guess** 330:6 340:22
342:4 353:11,15
379:13 421:16
436:10 456:24
474:6
**guide** 439:7 440:10
441:7 454:18
**guideline** 579:24
**guidelines** 594:2
**guides** 333:19,24
393:3 438:21
439:4,10,21
440:11 520:20
**guys** 322:10
323:23 455:19
456:15 458:10
460:2 461:9
462:17,25 472:21
497:24 521:25
560:9,11 565:19
595:3
**Gyn** 573:24
**Gynecare** 307:11
307:16,20,24
308:5,7,12,15,16
309:9 310:8
364:14,17,22
368:10,19,20
369:23 370:4,8
370:14 371:3
374:6 375:10
390:19 391:5,13
391:13 443:19
469:12 475:25
476:3 477:22
478:17 481:18
483:24 486:12
491:12,12,24
492:20 521:16,20
523:12,15 524:21
525:17 563:22
564:1 577:12
580:20,23 597:16
**Gynecare-TVT**
481:22

**gynecological**
549:18
**Gynecology**
541:24

**H**

**H** 306:5,9 307:1
308:1 309:1
310:1 312:15
349:18 350:7
**Ha** 527:4
**half** 375:7 381:24
385:13,16,25
386:15,18 403:15
411:18 426:1
445:19 455:22
456:21 519:21
520:3 538:7
590:16
**hand** 329:22 412:4
414:24 420:1
423:22 428:21
494:18 501:22
502:13 503:23
510:5,10 519:2
530:7,9
**handed** 336:2
479:3,7 504:3
505:18
**handing** 491:17
**handle** 394:6,7
419:19
**handlers** 394:8,10
**handles** 419:18
**hands-on** 554:7
555:20 601:25
602:3
**handwritten**
308:18 491:15
**handy** 443:14
**happen** 330:16
360:24 389:3,4
409:4 456:14
540:8 565:3
**happened** 355:14
437:6 440:19,21
459:8 465:19

471:25 559:4
**happening** 392:4
439:1 508:15
517:17 522:20
600:17
**happens** 325:23
346:10 417:24
418:2 514:20
540:5
**happy** 467:18
584:14
**hard** 449:14 455:7
507:11 522:18
560:2
**Haynes** 304:8
**HC** 592:15
**HCC** 378:4,8,14
558:3 590:25
591:10 592:7,16
593:22
**header** 380:18
**headquarters**
303:10 555:19
610:8
**health** 343:1
348:25 349:10
352:4,11 354:12
362:25 376:10
378:14 396:3
415:8 457:20,22
505:25 527:7
550:20,22 552:19
568:12,14,18,20
568:22 569:15,23
570:2,13,20
571:1,6,9 572:10
573:13
**healthcare** 378:9
378:10,12 379:1
556:9 557:2,8,12
**hear** 358:18
365:20 516:1
527:22 545:4
567:25
**heard** 361:3
388:21 389:14

508:18 512:23,25
516:6 543:7
545:1 560:7
566:20 567:12
577:2,9,13 579:2
579:5
**hearing** 481:3
**hearsay** 361:7
456:2 543:10
559:15 560:19
563:6 566:23
577:7,16,16
579:9
**Hee** 519:7,9,10
520:6,23
**HEIDELL** 304:20
**held** 312:5 319:3
**helical** 395:11,18
**help** 313:15 318:8
320:18 338:6
339:18 342:9
344:1 354:24
381:15 385:11
386:5,13 391:21
392:25 410:9,16
410:17,19,21
414:20 421:15,17
421:21 425:22
436:11,13 476:14
518:11 536:25
584:6 595:22
**helped** 427:7 432:3
470:9
**helpful** 320:9
501:4 507:16
**helping** 397:19
**helps** 363:18
381:20 568:6
**hematoma** 583:6
**hemifacial** 537:21
**hesitancy** 519:17
**hey** 364:8,11
372:21 374:16
377:21 433:24
487:22,23
**Hi** 522:16

**high** 352:24 495:10
497:3,5
**higher** 368:21
542:25
**highest** 384:22,24
384:25 385:3
542:20
**Highland** 304:17
**highlight** 355:11
**highlighted** 352:21
393:16
**highly** 306:12
307:22 308:10,13
308:19,22,24
309:3,7,11,13,15
309:18,21 310:4
310:7,10 378:7
378:16 379:3,9
379:23 380:3
389:19 476:4
484:13 486:13
494:15 497:13
499:5,20 502:5
513:10 521:12,21
526:19 528:25
530:4 534:17
550:6 580:25
**Hilaire** 310:3
550:6 551:17,22
551:25 596:17,18
**Hines** 304:23
**Hinoul** 534:25
535:1
**hire** 417:25
**hiring** 418:1
**history** 337:25
**hit** 427:6
**hitting** 394:1 399:4
399:5
**hold** 364:16 536:6
548:21
**holding** 593:17
**Holdsworth** 593:2
593:4,17
**honest** 336:6 443:6
451:11 478:5

513:4
**honestly** 388:4
441:16 478:9
505:22 533:6
557:2 594:16
**honorarium** 543:1
**hope** 381:19
467:12
**hopefully** 411:22
535:6 536:3
**Horton** 379:12
**Horton's** 379:14
**hospital** 308:17
321:13 327:20,21
408:15 417:9
491:14 540:15
**hospitals** 405:25
**host** 327:23 417:10
529:20
**hotdogs** 526:15
**hour** 455:22 460:4
461:3,6 462:23
464:17
**hours** 394:15
395:9 398:7,22
398:24 460:5
462:11,23 593:1
**HR** 411:20 419:15
**Hsieh** 346:22,22
346:23 575:8
**hugging** 562:25
**hundred** 382:25
467:15 544:20
605:22
**hundreds** 342:13
**hurry** 526:16
**HYLAND** 303:9
610:8

———————

**I**
**idea** 321:11 353:10
383:5 431:14
484:19 492:22
501:12 513:1
525:24 593:19
**ideas** 387:1
**identification**

335:15 349:19
376:24 389:21
396:23 400:12
412:11 420:7
424:3 429:2
433:15 437:18
443:20 466:18,22
469:14 473:11
476:6 478:18
480:13 481:23
483:25 484:15
486:15 491:16
494:17 499:21
502:7 513:12
519:1 521:14,23
526:21 529:2
530:6,13 534:19
545:15 550:8
556:17 581:2
**identified** 322:6
336:14 447:14
467:3 474:4,9
479:3 489:19
500:5 518:18,19
523:8,9 556:19
598:4
**identify** 320:8,16
320:21 321:5
323:11,16 447:11
448:7 449:14
450:1,21 467:8
467:11 468:25
476:14
**identifying** 321:7
466:13
**IFU** 307:11 332:13
332:14,20 333:7
333:8,13,20
394:14 395:23
398:6,19,21
442:8,11 443:11
443:18 488:16,24
518:19,21 520:19
525:16,21 526:9
553:8 566:6,9
567:2

Confidential - Subject to Protective Order

**IFU's** 394:12
**II** 302:11 303:1
    612:4
**IM** 427:8,8
**image** 363:9
**imagine** 373:22
    417:4 490:9
    492:25 496:15
    497:6 589:2
    601:14,20
**immediately**
    355:22
**impact** 338:22
    355:5
**impeached** 457:25
**imperative** 611:10
**imperatives** 580:1
**implant** 326:25
    333:15 352:13
    355:8
**implantation**
    333:12 374:2
    403:19,25 507:25
    526:3
**implanted** 373:5
    374:10
**implanting** 326:11
**implants** 356:1
**implications**
    362:24 570:25
**implicit** 334:21
**important** 345:17
    355:21 391:11
    415:23 421:19
    430:8 445:15,20
    445:21 447:22
    457:17 475:14
    499:1,11 517:18
    517:23 531:19
    533:23 534:4,8
**improve** 573:12
**improved** 554:13
**improvement**
    427:8
**inaccurate** 448:2
    590:2,6 605:19

**inadvertently**
    502:19,22
**inappropriate**
    440:7,9 460:13
**incentive** 558:9
**incident** 440:6
**incision** 371:16
    373:22
**include** 417:7
    451:3 549:18
**included** 339:10
    376:15 381:11
    453:5 468:6
    517:8 525:12
**includes** 333:8
    371:18 415:12
    451:7,8,9
**including** 371:6
    416:23 417:15
    440:15 442:5
    556:2
**inclusive** 455:4
**income** 383:6
**incontinence**
    307:17 308:5,7
    310:9 364:23
    374:7 469:13
    481:17,21 483:23
    573:24 580:21,23
**increase** 334:24
    395:8 558:10
**increased** 353:1
    368:6 375:12
    571:23
**independent**
    353:18
**index** 307:13,14
    311:2 446:4
    447:19,20,25
    448:18 449:3,25
    450:9 453:11
    466:12,17,19
    467:6,7 474:9
    482:9,11,13
    483:5 489:7,20
    489:24 585:16

**indicated** 438:21
    439:4
**indication** 479:20
**individual** 424:22
**individually**
    377:22 381:4
**individuals** 417:12
    547:21 549:4
**industry** 337:12
    555:23
**infection** 583:8,9
    583:10
**inflate** 605:12,21
**inflated** 605:21
**influence** 337:18
    337:22 338:1,8
    338:16,18 339:5
    356:3
**influencer** 337:14
    338:5
**influencers** 341:23
**influences** 338:6
**influential** 320:17
    320:23 321:1
**info** 511:8
**inform** 455:18
**information**
    314:12,16 315:4
    315:10,25 323:4
    324:6,14 328:13
    328:14,14,15,18
    329:11 331:5
    332:7,8,13
    333:15 334:18
    349:5,6 354:25
    355:6 363:19
    364:25 366:14
    383:7 387:19
    410:23 427:9
    451:9,10,12
    452:8 454:16
    457:3 467:14
    475:14,15,19
    493:25 525:5
    529:17 532:6
    534:5,7,12

558:25 565:5
    578:1,22 586:18
    586:19 590:2,7
    605:9,13,19
    606:13 608:16,22
**informed** 355:9,17
**infrequently** 416:5
    416:6
**initial** 313:7,15
    474:25
**injured** 458:6
**injuries** 563:24
**injury** 394:23
    398:3 399:4
    401:22,23,23,24
    561:13 582:10
    583:3
**innovation** 386:21
    386:23 387:5
**input** 315:2,7,17
    328:22 330:22,25
    331:16,18,20,24
    334:1 387:4
    475:18
**inserter** 474:19
    508:8
**inside** 393:5,7
    394:3,24 395:7
    395:19
**insight** 381:13
**Institute** 555:14
**institution** 547:2
**institutions** 416:23
    417:6 576:5
**instruct** 557:11
**INSTRUCTIONS**
    611:1
**intend** 463:3
**intended** 392:13
**intents** 353:18
**interact** 555:8
    557:7
**intercourse** 521:8
    521:8
**interest** 406:3
    519:17

**interested** 322:17
    323:5 324:16
    336:17,17 409:6
    422:2 551:19
**internal** 378:5
    414:21 417:14
    474:5 475:10
    509:16 564:3
**internally** 315:16
    329:14 595:6
**international**
    321:17 444:23
    543:9 547:6
**internationally**
    517:15 548:10
**Internet** 568:24
    578:21
**interpret** 373:25
    590:10
**interrupt** 489:13
**interrupted** 357:5
    457:15
**interrupting**
    360:15
**interview** 438:11
    438:21 439:3,6,6
    439:10,21 440:10
    440:11 441:4,5,7
    580:3
**interviewed** 580:5
**interviews** 580:3,4
**Intranet** 439:11,15
    487:11,15 579:18
    580:11,17
**introduce** 456:4
**introduced** 411:25
    485:5 503:19
**inventory** 396:9
    408:15
**invest** 555:2
**investigator** 494:3
**investment** 555:1
**invite** 422:4
**involuntarily**
    537:23
**involved** 319:19

Confidential - Subject to Protective Order

345:7 444:7
453:12 481:3
518:2 537:5
558:5 567:5,9
**involvement**
313:20,23,25
314:3,7,12,20
315:4,23,25
316:23 325:8
326:2,9,22
376:15 494:8
541:15 594:23
**involving** 444:9
460:18 564:2
**issue** 379:2,5
445:20 456:19
458:21 463:7
465:20 514:13
516:14 517:13,20
**issued** 352:11
569:15 587:1
**issues** 427:10
445:22 507:23
508:2,3 516:22
517:3,5,19,22,24
518:17,18 527:21
**item** 467:23 482:5
**IUGA** 531:17
**IVS** 355:14

**J**

**J** 304:3,12,23
**January** 413:14,18
415:5 429:18
604:16
**Jersey** 302:14
303:7,11 312:6
312:17 610:10
**Ji** 519:6,9,10 520:6
520:23
**job** 317:17 319:17
321:22 409:14,18
411:11 413:9,11
413:17,24 414:11
414:14 416:4
422:9,19 425:17
430:8,11 431:15

436:1 438:10
440:25 478:1,3
528:13 557:9
590:9 606:19
607:8
**Johnson** 304:14,14
304:19,19 408:20
408:21 412:22,22
415:8,9 421:6,6
424:16,16 442:13
442:13
**join** 409:1 507:10
**journal** 565:8
**judge** 456:19,20
459:8 460:2,4,25
461:11,18 462:24
463:6,25 465:2,4
**July** 302:15 303:12
306:14 312:4
396:21 468:24
469:7 610:10,25
612:3
**June** 437:25 438:4
440:17 448:22
453:15 454:24
482:21 483:5
581:18 585:21
586:7,8
**jury** 319:23 349:12
364:4 370:11
389:16 421:8
430:3 432:18
441:11 477:5
514:2 523:14
537:18 538:1
539:8 543:3
546:23 548:4
551:8,24 553:24
554:22 555:16
556:24 557:21
558:6 573:7
574:13 575:4,19
577:6,9
**jut** 461:10
**J&J** 370:4 403:11
404:22 414:21

444:24 445:9
527:25 528:2

**K**

**Karram** 347:3,9,9
347:15 575:9,10
**KAUFFMANN**
305:2
**keen** 406:3
**keep** 319:17,19
344:4 359:10
411:16 412:22
443:14 459:14
472:2,10 473:2
483:18 484:2
502:23 503:4
513:16 527:6
**key** 307:20 315:19
319:24 320:7,8
320:16,22,25
321:5,14,19
322:1,7,11,11,12
323:11,12 324:5
324:13,19 327:8
328:19 329:11
330:19 331:3
332:9 335:3,5
336:12 337:7,10
337:15 339:11,16
339:18,19 340:6
341:22 344:13,14
345:21 346:4
350:11 366:6,10
376:15 379:3,15
379:18 457:23
476:1,3 477:22
478:25 527:8
573:16
**Khandwala** 347:7
575:10
**Kim** 403:7 528:15
**KIMBERLY**
304:7
**Kim@wilsonlaw...**
304:9
**kind** 333:20
340:10 342:19

366:2 397:9
406:5 414:13
435:19 443:22
451:15 454:21
460:5 471:5
495:18,22 496:10
528:14 547:9
568:6
**knew** 438:22
456:14 544:7
589:14 590:12,12
**know** 314:18
315:13 316:2,20
319:5,7 330:17
333:7 334:1,2,2
335:16 339:6
341:17 349:12
351:5,7 353:16
353:19,20,25
355:21 358:5,18
360:12 361:2,16
361:17 362:8
373:21,21 377:5
378:21 380:15,17
380:20 382:17,22
383:24 386:22
387:18,23 391:9
394:6,22 396:7
396:10 399:5
400:19 407:10
410:3,24,25
414:6 421:13
422:15 423:8,12
423:14 432:2,8
439:20 442:3
450:12,20 451:17
451:20 452:16,19
453:4,22 454:3
454:16,17 455:19
456:5,5,16,21,22
458:15,19 459:19
460:7 461:23
462:1,2,6 463:1,2
465:6,11,14,16
468:10 470:13,17
470:20,22 471:9

471:17,25 472:11
472:15 473:21,24
473:25 475:6
476:16 477:17,18
478:8 479:13,17
479:21 484:16
485:7,21 486:22
486:25 487:22
488:9 489:7,22
489:23,25 492:5
493:3 494:2
496:7,22,22
497:14,15 498:3
498:7,25 500:20
500:20 501:11,16
507:1 509:13
511:9,10,12,20
512:16 514:10,19
515:11,14,15
516:3,17 517:4,9
517:12,23 520:7
521:3 522:7,20
523:1,22 524:6
524:24,25 525:2
527:9 529:18
531:17 532:20
534:11 537:3
540:4 545:2,4,5
547:7 559:1,14
559:20 560:11
562:14,18 566:13
567:18,23,23
568:3,4 574:25
575:1,2,2,4,6,7
575:10,11,15,23
575:25 584:14
586:12,16,21
587:15 589:3,3,8
589:11 591:9,21
591:23 592:1,3,9
593:3,4,11,20,25
594:16 595:5,8
595:16,25 596:5
596:6 597:5
600:18 601:3,21
603:4 604:17,20

Confidential - Subject to Protective Order

604:22 606:4
607:20 608:18
**knowing** 568:5
607:7
**knowledge** 442:12
450:15 451:18
455:25 467:6
470:7 472:8
500:2 507:23
529:24 553:11
**knowledgeable**
543:14
**known** 321:15
358:17 458:19
508:17 564:22
583:13
**know-it-all** 528:13
**KOL** 306:7 317:7
333:11 335:13
336:10,12,22,24
337:3 339:9
345:1 348:12
354:7 364:11
377:17 378:17
380:9 383:12
387:3 388:8
457:11 527:8
**KOLs** 378:7,16
379:9
**KOL's** 317:21
336:25 337:10
341:3,4,9,9 342:3
344:18 345:5,9
346:7 348:11
353:22 378:19,21
378:25 379:24
380:2,3 382:13
382:21
**KREIS** 304:2

**L**

**L** 305:1 312:15
**lab** 314:14 316:3
316:25 327:21
397:22,24 451:24
471:19 555:19,20
**label** 483:17

557:15,23
**labeled** 430:18
**labeling** 355:8
490:20 578:2
**labs** 316:12 327:13
553:13 554:6
562:16 601:25
602:3
**lack** 542:3 574:21
574:23
**ladies** 319:22
389:15 421:7
430:3 432:17
441:10 477:4
514:2 523:13
**laid** 597:12
**Lamont's** 606:8
**language** 331:3
332:1 346:13,14
**LAP** 432:23
**large** 519:18
547:13
**larger** 596:9
**lasting** 394:15
**lasts** 464:8
**late** 355:20 456:20
495:14 497:1
**Latin** 530:19
**launch** 391:5,10
442:12 486:24,25
495:8
**launched** 407:2,8
407:11,17,23
408:6
**law** 304:7 610:14
**lawyer** 388:9
**layout** 314:17
**lays** 597:13
**lead** 398:4 399:6
429:23,24 459:5
**leader** 321:6,19
322:1 331:3
335:3,5 337:15
527:8 573:13
**leaders** 315:20
319:25 320:7,8

320:17,22,25
321:14 322:12
323:11,12 324:6
324:14,19 327:8
328:20 329:12
330:19 332:10
336:12 337:8,11
339:11,17,18,20
340:6 341:22
344:13,14 345:21
346:4 350:11
366:6,10 376:16
379:4,15,18
457:23
**leadership** 343:5
343:12
**leader's** 573:16
**learn** 414:23
529:19,25 555:21
**learning** 389:10
392:14 425:4,10
499:10,13 508:4
508:6 536:12
547:14 555:14
556:4 602:22,25
**learnings** 531:18
532:1 533:18,24
**left** 306:8 348:23
349:17 350:5
355:18 363:1,14
374:8 385:5
386:15,16 450:6
451:5 452:12
463:12 485:3
**left-hand** 364:22
**leg** 371:5 394:3,15
394:23 395:8,9
395:17,21 396:14
398:4,6,12,13
399:18,18 401:7
401:9 566:2,7,8
**length** 463:3 466:2
**lengthy** 581:7
**letter** 310:3 349:3
438:5 441:23
455:18 550:5

585:16 596:16
597:1 598:5
**let's** 335:9,19
336:23 341:2
342:21 349:9
352:1 364:7,14
368:3 376:18
382:8 383:8,9,10
384:4,20 396:19
402:12 405:6
413:12 415:4,10
420:19 424:21
427:5 428:9
432:11 434:1,5
449:17 453:24
456:19,19 458:22
460:1,3,4,5
461:10,18,18
464:13 465:2,18
466:24 467:3
468:22 480:3
481:11,11 483:18
485:1 488:1
503:21 504:21
515:19 521:9
537:7 541:3
557:17 569:9,13
570:1 576:14
585:8 600:13
607:11
**level** 363:5 365:7
367:20,21,23
368:4,8,9,11
369:16 373:18,19
374:9 419:13
584:11
**levels** 367:23
419:15 430:5
436:19
**liability** 302:5
**liaise** 334:13
416:22
**liaising** 444:24
**ligament** 552:8
**light** 353:1 375:12
**lighting** 314:24

**likelihood** 421:21
**Lim** 368:24
**limit** 460:5 464:8
**line** 311:6,6,6,6,11
311:11,11,11,16
311:16,16,16,21
311:21,21,21
419:19 561:4,14
562:3 573:4,5,8,8
579:25 612:6
**lines** 419:17
423:10 570:15
**Lissette** 377:5,13
377:14,21 381:3
390:14,23 392:1
436:11,24
**Lissette's** 380:23
**list** 345:21 354:19
378:21 379:14,19
379:23 380:5
382:22 385:1,2
391:22 454:8,12
463:14 482:1,2,4
546:17 574:3,11
575:5,11 579:23
580:1 585:16,18
585:20 593:25
**listed** 346:9,10
347:9 350:1
361:9,12 493:6
509:6,8 574:3,17
575:23,24 585:19
596:3 598:23
599:2
**listen** 318:14
359:13 360:1
460:24 461:22
462:5
**lists** 358:11 379:18
380:7
**litany** 547:9
**literally** 342:13
481:2 489:17
553:8 560:7
**literature** 608:17
608:19

litigation 302:5
403:9 438:14
446:4
little 321:3 342:5
380:24 386:14
388:15 439:16
452:15 488:10
515:17 536:11,15
560:10 585:7
603:24
live 496:17 528:12
lived 358:14
lives 573:12
living 538:7 603:5
LLC 304:24
LLP 303:9 304:20
610:8
local 321:16
452:22
located 327:17
565:13 586:20
locating 598:18,19
location 327:16,23
555:18
lodge 560:10,12
log 580:10
logistics 538:15
London 515:21
long 366:15 397:15
426:22 464:8,18
465:2,4 470:21
470:23 485:25
522:7,8 526:23
529:7 535:4
536:1 555:12
601:7,19
longer 414:13
443:8 602:18
longest 374:11
long-term 432:23
566:22
look 314:21 320:25
331:4 332:2
335:9 345:10
346:4 350:17
352:15 355:14

359:4 372:21
380:8 383:8,9,10
384:20 389:16
396:19 415:4
426:15 435:16
443:12,15 447:7
451:2 453:24
454:14 469:19
481:7 485:15
503:9 505:24
508:22 509:13,15
510:11 511:23
514:1 523:11
532:10,11 533:19
535:19,21 542:9
546:9,24 565:1
565:11 580:18
585:8,8 592:1,5
592:22 598:14
looked 354:1
383:12 392:21
394:21 488:4
493:14 498:22
509:2 525:10
565:16 585:17
591:15,18,23
599:2
looking 338:21
351:1 369:7
382:22 387:13
406:5 450:25
453:23,25 468:1
479:19 482:8
484:20 492:2
496:6 505:13
509:23 523:6
524:2 527:10,16
530:17 547:16
551:18 555:11
561:8 569:5
576:9 595:6
598:7
looks 335:18
377:24 385:3
413:3 428:14
429:10 436:9

452:25 453:1
470:1 476:14
478:14 479:15
480:17 482:14
483:1,6 488:7,16
490:5 491:19
501:8 506:1,12
510:17 517:5,7
523:5 530:18
532:8 557:3
576:21
Lord 368:21
lot 313:11 314:16
315:17 332:13
334:14,17 338:14
340:13 347:22
361:22,23 362:12
382:17 389:1
411:1,17 425:25
428:17 436:5,21
443:6,13 451:6
451:25 452:1,3
457:1,3 464:1
468:8 471:3,17
472:14 473:18
476:19,21,22
477:2 482:25
490:2 491:23
494:12,23 495:9
497:7 515:15
522:11,13 525:10
525:12 528:5
529:24,24 531:20
531:23 544:5
547:7 555:22
556:12 562:18,24
565:4 573:1
574:17 575:2
578:22 589:12
592:9,25
loud 427:20
love 527:5 533:20
560:1 584:3,11
loved 536:10 584:3
low 352:25 394:23
559:19 588:12,25

590:12,18
lower 368:23 372:8
372:10 607:2,2
Lucente 306:17
346:16 384:21,24
385:8,17 386:3
400:3,11,16
491:20,23 492:6
492:24 493:3,9
493:15,21 506:9
511:4 542:15
543:16,17 575:6
579:2
Lucente's 346:12
386:5,13
Lukes 308:17
491:14
lunch 465:21 466:1

M
M 304:21 312:15
machine 412:25
Madam 340:1
411:24
main 304:3,21
321:22
Majdalani 531:14
majority 575:24
making 314:21
317:5,12 318:11
318:16 345:2,16
419:5
manage 320:7
418:11 419:19
427:7 434:9
582:6
managed 418:9,14
478:6
management
309:23 343:19
396:9 417:16,20
427:9 545:14,19
manager 413:19
413:25 415:9
416:18 419:10
420:17 422:8,12
422:18,23 423:12

427:5 429:7
434:14 436:1
438:19 476:17
487:21 506:4,6
512:5 515:3
548:9
managers 319:7
321:20 322:2,11
323:10 418:1
420:15 431:1,3
593:23
manager's 430:14
manages 419:18
managing 415:12
439:5 444:8
manufacture
340:25
manufactured
367:15
manufacturers
354:17 391:18
manufacturing
367:4,6 538:16
March 407:8
MARINI 304:21
mark 335:12
349:20 376:18
378:23 382:11
396:25 400:7
412:6 420:2
423:23 443:11
466:12,23 481:11
488:23,24 489:4
510:10 513:8
529:3 535:13
545:11 550:2
590:21,23,23
marked 306:10,12
306:18,21,24
307:4,7,10,19,22
308:10,13,15,19
308:22,24 309:3
309:5,7,11,13,15
309:18,20,21
310:4,7,10
335:14 336:3

349:19 376:22,24
389:19,21 396:22
400:12 412:9,11
420:6,7 424:2,3
429:1,2 433:14
433:15 437:16,17
443:20 466:18,22
469:13 473:9,11
476:4,6 478:18
480:13 481:23
483:25 484:13,14
486:13,14 488:12
489:5 491:15,17
494:15,17 499:19
499:21 502:5,7
502:12 503:25
504:4 510:18,22
513:10,12 518:24
519:1,3 521:12
521:14,21,23
526:19,21 528:25
529:2 530:4,6,12
530:13 534:17,19
545:14 550:6,8
550:17 556:17,18
580:25 581:1
597:11
**market** 371:6
396:3,5 410:21
411:2 442:14,18
442:22 443:5
444:1 451:13,13
452:24 453:4
518:19 519:20
520:3 533:12
571:18
**marketing** 308:9
334:22 339:12
340:11,15,17
345:6,7,8 348:15
348:20,22 392:7
396:8 410:25,25
417:15 418:24
419:4 424:13
425:15 427:12
430:6 431:12

443:8 484:12,22
484:24,25 500:2
515:22 517:1
518:14,14 519:10
522:9,12,14
523:3 526:24
529:8,14,16,21
529:24 530:15,24
531:4,6 536:23
536:25 539:2,18
596:23,24
**marketplace**
410:24
**marking** 494:19
502:9
**material** 314:8,21
323:4,13 328:9
332:14,16,22
366:24,25,25
446:22 447:15
449:16 457:9
471:3,4,12
474:10 476:25
479:2,10 480:23
481:25 487:4
490:18 492:11,23
493:16,16 501:7
501:18 526:9
585:19
**materials** 307:14
313:22 316:15
323:21 329:4
333:21 397:8
402:5 444:12
446:5 447:7
449:4 451:19
454:11,20 466:13
466:20 467:8
472:4,11,12,22
476:19 477:7,8
477:18 487:7,13
487:19 489:8,21
490:1,2,14,15,21
490:22 493:10,14
493:22 500:6
516:3,10 525:8

525:11 552:9
564:3 569:22
587:1 597:16
**math** 385:9 607:1
607:5
**matter** 303:3
377:17 463:10,17
463:17
**matters** 355:19
363:2 374:8
457:17 462:2
**MAUDE** 502:11
509:11,14 511:12
512:19 604:21
**Maze** 352:6
**MD** 350:7
**MDL** 302:4 402:23
403:9 612:2
**MDR** 509:15
**MDR's** 564:2
**MD's** 548:19 549:6
**mean** 316:9 317:1
319:5,21 320:5,7
320:8 327:16
329:9 330:7
331:20,24 334:12
337:22,23 338:6
340:13,16,17
342:12 343:23,23
360:15 373:19
378:9 381:19
382:5 398:19
410:6 415:18
416:15,15 418:18
422:24 426:7,15
427:18,23 428:13
435:11 452:16
454:13 455:11,13
455:21 456:17
458:19 460:2,11
461:21,23 463:1
463:16 464:18
465:4,14,17
467:21,22 471:9
476:17 486:19
497:10 504:21

511:22 518:7
520:22,23 522:23
525:7 531:24
532:18 541:12
542:17,22 543:4
553:3,9 576:20
584:10,12 600:25
606:11
**meaning** 332:12
470:4
**means** 327:11
338:8,16,18
339:7 343:25
373:10 380:20
381:18 421:8
509:24 554:10
596:6
**meant** 342:7,11
373:21 384:14,15
384:18 423:18
513:5 516:10
**medical** 315:16
328:24 334:1
337:19 339:4
340:25 341:23
416:23,23 417:6
417:15 475:19,21
475:22 490:19
493:21 499:14
513:18,19 517:6
517:6,7 535:1,2
537:20 538:21
540:5,7 564:1
584:10 606:21
**medically** 321:13
332:19
**Medtronic** 480:25
481:1,4
**Medtronic/WE...**
308:4 480:12,16
**Meek** 390:23,24
429:21,21,22,24
**meet** 357:17 431:7
431:16,21,25
435:1,10 444:22
445:1 574:11

575:15
**meeting** 330:4
387:20,21 388:3
388:5 432:15
440:16,19,21
468:2 514:18
523:5,17 524:7
525:19 527:20
528:18 529:8
**meetings** 334:13
522:17 526:6
529:15,20 588:20
607:22
**member** 331:4
332:2 333:11
377:15 512:16
**members** 319:18
319:24 323:3
332:10
**memo** 598:6
**Memorandum**
307:9 437:14
**memory** 496:5
**Mendelovici** 347:1
575:9
**mention** 426:7,16
518:5
**mentioned** 344:17
405:19 441:7
467:11 554:2
562:15,17
**mesh** 306:9 349:18
350:6 352:6,8,12
352:13,22,23,24
353:1,2 354:14
354:17 355:8,17
355:25 363:6,9
364:23 365:1,13
368:7 374:1,8,10
374:11 375:12,13
452:17 512:7
563:2 569:16
582:16
**meshes** 353:3
363:2,10 365:6
**messages** 352:7

Confidential - Subject to Protective Order

**met** 445:11,12
575:9
**metadata** 524:16
**methods** 316:6
**metrics** 427:11
428:3
**Michael** 305:2
347:15,16,25
348:1 378:3
575:10
**Mickey** 347:3,16
347:22 348:1
**microscopic** 363:9
**midurethral**
491:25 567:18
**Mid-urethral**
308:17 491:13
**Mikey** 347:23
**Miller** 502:2 511:3
512:14 604:15,17
608:3
**million** 365:13
374:11
**mind** 338:9 339:22
339:25 359:11
398:12,25 402:10
465:4
**mind's** 568:6
**mine** 502:25
**minimize** 352:13
582:6
**mini-slings** 531:16
**minute** 381:1
396:19 445:24
489:15 531:11
576:10
**minutes** 402:13
507:5 574:6
584:20 594:8
**mischaracteriza...**
548:7
**mischaracterizes**
548:23 551:1,5
572:25
**mischaracterizing**
551:2

**misconception**
539:19
**misleading** 605:1
**missed** 407:16,20
489:15,17
**Mississippi** 304:17
**missknown** 564:14
**misspoken** 531:13
**mistaken** 486:3
**misunderstanding**
544:8
**mixed** 569:3
**model** 554:7
601:24,25 602:3
**models** 553:22
555:22,24,24,25
598:23 599:3
**modified** 552:16
**module** 601:21
**moment** 323:15
426:12 454:19
490:6 499:22
500:15 509:9
514:1
**moments** 411:21
505:17
**momentum** 432:23
**Monarch** 369:25
370:18,25 371:6
**monetary** 419:13
**money** 340:20
344:6 345:12,17
353:8 354:10
385:20 388:9
428:17,17 464:1
**Monocryl** 367:9,15
**month** 385:5,18
386:15,15 404:15
552:4
**months** 352:3,3
384:2 385:12,13
385:14,16,21
386:1,18
**morning** 312:21,22
312:23 376:13
457:7 461:16,16

501:8
**Morristown**
302:14 303:11
312:5 610:10
**Motion** 311:20
**mouthpiece**
348:15
**move** 359:18 361:6
361:7,8 422:16
458:22 485:2
543:11 551:12
559:16 560:18
563:6 566:23
577:15 604:11
**moved** 359:10
**moves** 537:23
**moving** 459:16
481:13 538:1
**multi** 460:16
**multiple** 403:1
412:24 422:13
460:3 499:25
531:1 577:14,16
**multi-day** 459:11
460:15,20,21
**MURPHY** 304:20

**N**

**N** 304:1 305:1
306:1 312:15
**name** 312:2 321:15
346:12 348:9
350:22 397:3
403:7 480:25
483:8,10 509:7
530:17 531:13
576:21 596:9
612:2
**named** 483:11
**names** 575:23
**NANCY** 304:21
**national** 321:16
**native** 484:7
**nature** 395:16
398:18 545:5
**navigate** 580:17
**Navigating** 352:6

**necessary** 458:2
611:4
**need** 319:2 323:21
326:13 330:6
333:14 342:5
368:8 378:6,18
378:20 379:9
386:4 387:4
417:11,11 439:14
445:4 463:25
464:20 473:4
478:8,23 485:8
490:20 491:4
496:1 503:16
510:12 513:13
515:16,16 540:4
568:4 606:5
**needed** 333:12
386:13 409:14
417:5,8,10 471:6
487:19
**needs** 319:20
320:10 387:6
422:10,20 503:8
**negative** 514:16
**nerve** 371:5 394:1
401:22 561:13
566:3,14,19,21
**neurovascular**
398:2 399:5,10
399:13
**never** 332:4 388:16
388:21 389:14
423:11,13,13
459:9 463:17
472:25 498:19
512:12,22 513:4
513:5 518:20
538:21,24 539:2
560:6 564:13
606:23
**nevertheless**
460:18
**new** 302:14 303:7
303:7,11 312:6
312:17 328:2

378:8,12 379:1
414:15,19 417:25
418:1 430:5
433:20 471:4
482:8,13,14
483:5 487:22,23
528:15 554:19,23
580:15 599:7,15
599:21,22 600:5
602:15,23 610:10
**newer** 439:20
555:9 599:8
**nice** 546:17
**night** 313:4 456:20
460:2 462:19
463:11,12 528:17
**Nilsson** 374:14,17
374:22
**nine** 354:17 370:24
**Nmarini@hpmb...**
304:23
**nonresponsive**
361:7 560:19
563:6
**normal** 530:1
**North** 304:8
**Nos** 484:4
**Notary** 303:7
610:5,24 613:18
**note** 369:24 381:16
531:20
**noted** 312:10 609:9
613:6
**notes** 352:19
354:21,21,24
356:12,14,16,18
356:22 357:1,3
361:9 363:17
368:6 371:24
375:11
**notice** 460:10
500:8 550:21,22
552:19 568:12,14
568:18,22 569:15
569:24 570:13,20
571:1,6,9 610:6

noticed 506:9
notices 568:20
notification 348:25
  349:10 352:4,12
  354:13 362:25
  376:11 396:4
  457:20,23 570:3
November 379:22
  380:2 383:16
  386:3 524:13,19
  526:1
novo 582:22
number 324:1
  379:18 381:14
  389:23 415:25
  450:4,6 453:19
  472:1 482:10
  493:5,6 532:11
  550:15 555:25
  558:13 559:2
  563:16 565:23
  592:16 604:6,18
  605:4,7 606:15
numbered 400:20
  430:16
numbers 386:19
  512:7,19,20
  588:9,19 607:6,7
numerically
  430:15
numerous 460:15
  565:4

**O**

O 305:1 312:15,15
  312:15
oath 313:1
OB 548:11
object 316:7
  317:23 320:11
  322:3 330:5
  337:1 344:9
  348:17 349:7
  351:9 353:23
  354:3 356:7
  364:18 366:20
  371:7 372:7

374:19,24 375:17
383:4 384:6
385:22 392:16
395:5,14 396:16
398:8,14 405:2
407:13 419:2
422:25 431:17
433:5 442:20
445:10 473:3
493:11 495:20
496:14 497:25
500:13 501:10
506:24 508:1
509:12 511:21
512:9,21 516:16
518:1 519:22
520:5 524:23
525:22 532:3
533:15 534:2
537:2 548:6
572:19 590:3
593:10 594:25
597:7,21 599:16
605:15 606:18
objected 574:20
objection 340:12
  364:5 388:11
  394:8,10 400:5
  402:22 425:13
  426:9 442:1,24
  446:12 449:12
  493:18 539:10
  540:18 541:13
  542:1,18 543:10
  544:1,11,25
  548:22,23 549:3
  550:25 551:12
  559:10 560:11,13
  560:16 564:7,24
  565:10 566:11,16
  567:11,15 568:9
  572:24 573:18
  574:15 575:17
  577:5 578:9
  579:9 588:17
  605:23 607:19

objectionable
  446:15
objections 393:4
  393:24 394:8
objective 339:19
  340:5,18,24
  341:3,3,21
  342:19 345:16
  368:22 426:17
  433:7 456:8,13
  458:10
objectives 339:15
  339:21 340:7,8
  340:16 341:6,10
  341:20,25 342:7
  342:13,15,16
  343:8 344:13,25
  387:7 417:17,21
  418:3 424:22
  428:15 431:8,10
  431:16,18,22
  432:1,16 435:1
  435:10 572:16
obtain 439:3
  440:11 578:4,15
Obturator 306:15
  369:23,25 370:3
  370:4,5,15,21
  371:6,25 393:5
  394:1,25 395:13
  398:1,2,3 399:4
  399:10,13 400:10
  468:12 566:10,14
  566:25
obvious 451:1
obviously 332:14
  403:1 405:23
  409:19 417:7
  486:24 490:7
  503:8 533:21
  542:24 543:17
  552:15 599:19
OB/GYN 407:7
OB/GYN's 548:12
occasion 506:8
occur 327:18

355:22
occurred 332:5
occurring 564:10
October 354:13
  505:10 522:1
  551:23
odd 517:2,3,9
offer 496:16,24
  497:2,4
offered 392:19
offering 403:10
office 580:9
offices 303:8
  562:25
official 503:25
oftentimes 471:2
  559:5,18
oh 342:22 347:14
  369:9,12 390:1
  405:14 430:24
  432:22 474:5
  488:21 495:7
  503:12 505:24
  510:14 528:10
  561:15 563:12
  578:10
okay 313:3,9,10,16
  313:17 314:20
  315:18,23 317:4
  318:6,22 319:15
  321:10,24 324:18
  325:2,24 326:7
  326:21 329:18,23
  331:8,23 341:2
  342:4,20,25
  346:5,19 347:18
  348:19 351:4,12
  352:4,5 355:11
  357:12,19,23
  359:4 361:6,8,25
  362:17,20,21,24
  364:14 366:4
  367:5,12,17,19
  368:4 369:4,14
  370:11 376:8
  377:4,13 379:7

379:11,20 380:25
381:2 382:1
390:3,10,13
391:4 397:11,14
401:4,7 402:9
403:5 404:2,5,10
404:17,19,20
405:3,16,19
406:22 407:6,20
407:22 408:5,25
409:8,12 410:3
410:20 411:3,15
411:23 412:4,17
412:21 413:1,4
413:17,21,23
414:5,17,24
415:4,23 416:2
416:25 417:13
418:5,8,22
419:21 420:1,16
420:22 421:1,19
422:10,17,18
423:2,5,17,22
424:12,21 425:14
426:25 427:3
428:7,9,21 429:9
429:20 430:1,7
430:14 431:2
432:5,7 433:8
434:1,17,23
435:8 436:24
437:4,13,23,25
438:3,13,16,20
439:12,22 440:2
440:4,24 441:2
441:17,20 442:8
443:1,17,22,24
444:5,15,25
445:14,23 446:7
446:8,10,11
447:12 448:20,25
449:5,6,25 450:2
450:5,8,11,22
452:12 454:6,22
455:2,5,8,8 460:1
460:19 462:22

464:5,13 465:16
467:10 468:2,4,7
468:19,22 469:5
469:8,9,22 470:3
470:7,18,25
473:6,12 474:11
474:15 475:5,24
478:7 479:13,21
480:3,14,16,19
480:21 481:8,13
482:15,19 483:3
483:7,12,18,21
484:3 485:1,18
486:8 487:18
488:1,1,6 489:3,6
490:14 491:8
492:4,11,17
493:2 494:10
495:16,18 496:19
496:22 497:8
499:16 500:19
501:18,22,22
502:23 503:14,21
503:24 504:1,7
504:13,15 505:6
505:8,13,19
506:9,14,18
507:3,8,22
508:12,20 509:1
509:23 510:3,5,9
510:10,13,25
511:14 512:14,18
512:23 513:7
515:8 517:12
519:2,14 520:11
522:6 523:11
524:4,14,15
526:14,17,22
528:8,23 529:3,5
530:2,14 531:15
531:23 533:11
534:14 535:3
536:7 537:6,7
542:10,11,14,17
545:21 546:2,8
548:24 549:2

553:20 555:13,16
556:14 558:16
560:17 561:2,5
561:10,14 562:1
563:5,7,19
568:20 569:2
572:6,14 573:3
573:23 574:6,19
575:14 576:8,11
581:5 582:4
585:5,7,9,10,14
590:24 591:3,13
593:7 594:4,13
594:18,20 595:18
596:12,19 598:21
599:1 600:20
601:5 602:8,12
603:18 604:14
607:10
**old** 482:4,11,12,13
482:16,20
**once** 316:20 407:2
**ones** 316:16 320:8
330:18,18 350:17
406:20 444:14
449:4 452:10
468:16 493:23
569:4 575:4,23
592:18
**one-day** 456:18
459:8,10
**one-on-one** 518:8
**online** 410:11
554:5
**onset** 355:20
**operated** 547:1
**operating** 541:20
559:4
**operations** 595:25
596:9
**opinion** 315:20
319:25 320:7,8
320:16,22,25
321:6,14,19
322:1,12 323:11
323:12 324:6,14

324:19 327:8
328:19 329:12
330:19 331:3
332:9 335:3,5
336:12 337:7,10
337:15 339:11,17
339:18,20 340:6
341:22 344:13,14
345:21 346:4
350:11 366:6,10
376:15 379:4,15
379:18 457:21,23
512:4 527:8
573:16 574:10
**opportunity** 409:5
421:15 432:10
481:6 505:15
**opposition** 460:22
**optimize** 431:6,24
434:24
**option** 410:1,2
**Oral** 302:12 303:3
**order** 302:9 306:11
306:13,19,22,25
307:5,8,10,19,23
308:11,14,20,22
308:25 309:4,6,8
309:11,14,16,18
309:22 310:5,7
310:11 376:23
389:20 402:22
412:10 413:5
420:6 424:2
429:1 433:14
437:17 468:1
473:10 476:5
484:14 486:14
488:10 492:13
494:16 499:20
502:6 513:11
514:15 518:25
521:13,22 526:20
527:25 529:1
530:5 534:18
550:7 581:1
**organ** 552:5 597:3

**organization**
342:16 515:24
596:11
**organizational**
314:3 320:10
324:10 327:6
339:20 340:7,8
340:13,14,16,18
340:20,21,24
341:6,10,24
343:5
**organize** 317:20
318:1 397:19
**organized** 484:2
**organizing** 314:4
324:2,18 328:6
414:3
**original** 427:6
611:11
**outcomes** 363:4,6
370:15,18 373:17
373:24
**outlets** 565:4
**outlining** 307:14
466:13,20
**outside** 362:15
393:1 394:1,3
395:19 509:24
516:7 564:15
**overall** 430:1,2
**overcome** 389:9
392:14
**overdue** 535:4
536:2
**overheard** 475:2
**OVERHOLTZ**
304:2
**overlooked** 334:9
**oversaw** 418:15
**overseas** 414:23
445:12 530:25
**overseeing** 444:8
**overview** 368:4,9
531:16
**Oz** 514:18
**O'Hara** 397:18

**O'MARA** 304:16

**P**

**P** 302:13,17 303:2
303:4 304:1,1
305:1 306:2
309:16 312:15,15
529:1 610:3,7,12
610:23 612:4
613:8
**PA** 304:7 308:17
491:14
**Pacific** 516:8
519:11
**page** 306:2,6 307:2
308:2 309:2
310:2 311:6,6,6,6
311:11,11,11,11
311:16,16,16,16
311:21,21,21,21
336:21,23 341:2
342:18,21,22,23
350:21 352:1
353:6 358:12
364:7,14,15,16
367:20,25 369:17
371:21 378:1
379:16 384:4
400:15 401:6
420:20 422:14,15
422:16 426:5,15
430:15 432:11,16
432:21,21 433:4
434:6 435:21
492:3,12 505:11
505:11 508:24
514:4,7,8 515:19
515:20 527:1
529:6 535:18,19
545:22 546:4,5
554:1 557:17,19
557:20 563:11,12
569:9,13 570:1
570:22,23 572:9
572:11 573:21
576:13 577:18,19
582:10 587:18

Confidential - Subject to Protective Order

612:6
**pages** 306:15
396:22 422:5
476:14 515:16
546:7 577:21
613:3
**paid** 350:13,19
351:8 353:7,20
354:2 356:2,5,6
361:5 364:8
368:16 369:1,19
371:10 374:17,23
375:19 380:3
382:9 383:18,21
383:23 384:22,24
384:25 385:3,17
400:16 542:20
543:17,20,24
544:23 545:8
569:19 570:6
577:3,11 579:1
**pain** 371:5 394:3
394:15 395:8,9
395:17,21 396:14
398:4,6,12,13
399:18,19 401:8
401:9 521:8
566:2,7,8,15,20
**painful** 521:7
**palliative** 514:17
**papers** 533:10,18
565:3
**paragraph** 424:22
424:24 430:15
492:20 507:8
563:18,20
**paraphrase** 572:18
**Pardon** 575:22
**parenthesis** 415:14
**Parisi** 424:8,9,10
425:7,16 426:16
429:23 438:2,4
438:11 439:12,23
441:3 494:21
496:2 498:3
502:3 511:5

512:18,22
**Parkway** 304:17
**part** 320:14 321:4
321:23 323:8
324:10,11 327:24
328:2,4 339:9,9
345:6 355:11
411:11 416:4
430:8 431:15
432:3 436:1
440:7 451:6
456:24,25 488:6
497:9 502:19
519:18 528:8
567:16,16
**participate** 443:9
**participated**
444:14 451:22
520:18
**participating**
511:10
**participation**
314:15
**particular** 316:24
317:6 471:15
507:6 509:6
580:19
**particularly**
519:13
**partner** 341:5,5,9
341:22
**partnering** 344:14
**partners** 347:18
427:12
**partnership** 430:6
430:19 434:8
**parts** 516:7 568:2
568:6
**party** 539:25
**pass** 400:8
**passage** 393:8,19
393:20,25 567:5
**passed** 399:9
**passer** 395:11,12
395:18
**passers** 394:24

**passes** 398:1 399:8
399:12
**passing** 395:17
507:6
**patient** 345:18
355:7 388:10
427:2
**patients** 326:11
352:9,12 355:7,7
355:8,17,25
363:1 365:5,6,10
365:14 370:16,19
371:4 374:11
404:23 406:3,24
512:6 548:13
561:15 562:23,25
584:6 588:7,7,10
588:11,24
**patient's** 573:12
**Pattyson** 302:13
303:2 306:2,17
306:21,24 307:4
307:7,9 312:9
357:20 360:4,21
403:7 412:9
420:5,10 424:1
428:25 432:9
433:13 437:15
446:2 449:21
461:24 463:5
466:11 473:16
522:6 524:1
525:7 530:10,16
534:23 537:16
538:10 542:5
545:10,17 546:12
549:24 550:9,18
552:21 556:8,18
558:12 560:24
565:11,24 568:10
571:17 579:11
581:3,15 583:23
585:5 607:15
610:7,13 612:4
613:8
**Paul** 304:16

381:11 424:8,10
425:7 429:23
438:2,4 467:22
494:21 496:2
497:14 498:24
502:3 511:4
512:18,22 581:13
**Paul.rosenblatt...**
304:18
**pay** 347:24 379:24
**payday** 383:1
**paying** 545:6
**payments** 378:17
378:19
**Pcombs@tcspllc...**
304:14
**PDF** 507:17
**PDS** 367:8,14
**pearls** 307:17,21
473:8,14 476:4
500:7,9,15 501:3
501:12,14 507:15
507:18
**peers** 355:24
**pelvic** 302:4
304:24 308:16
312:6 354:14
387:10 491:12
552:2,5 555:24
556:5 573:13
576:3 596:20
597:3 598:3
612:2
**pending** 358:22,23
359:3,8,14,17
400:5
**Pennsylvania**
303:8
**Pensacola** 304:4
**people** 315:13
319:8 322:11
329:1,14 336:24
341:22 348:3
351:19 354:25
440:24 441:4
445:8 494:23

498:25 502:3
520:14,17 522:13
523:2 528:12
530:15 531:2,25
536:9,10,11,13
548:17 557:7
559:8,23 560:1
563:1 574:10
606:22
**percent** 365:3,18
365:24 366:12
371:25 372:1,10
373:4,8,10 374:1
427:6,15 467:16
552:1
**percentage** 512:1,1
512:2 604:3,6,24
**perception** 338:19
**PERETTI** 610:8
**perfect** 510:19
**perforation** 582:18
582:24 583:1
**perforations**
370:17,20
**perform** 333:1,1,4
334:10 425:22
518:12 540:17
541:18,22 552:7
**performance**
306:20,23 307:3
307:6 420:4,9,13
421:2 422:5
423:3,25 424:6
425:17 426:3
428:24 429:5
433:12 434:7
**performed** 375:7
515:13 552:7
605:4
**performing** 334:19
405:25 406:1
548:13 552:7
568:8
**Perilesional** 310:9
580:21,24
**period** 362:4,11

377:9 390:15
437:3 459:15
477:9,21,23
478:1
**periodically** 416:7
**permanent** 355:18
373:5 396:13
398:4,13,17,17
399:2,18 566:15
**permitted** 356:24
358:24 359:24
458:18
**permitting** 404:22
407:25
**PERRETTI** 303:9
**persistent** 395:8
396:14 401:7,9
566:2
**person** 315:8 317:5
317:17 320:5
338:10 348:8
377:7 430:9
477:15,19 541:17
596:23
**personal** 467:6
544:13
**personally** 416:22
418:8,11
**personnel** 558:4
**persons** 315:9
317:5
**person's** 338:19
**perspective** 401:14
418:16 443:9
**pertain** 449:5
467:9
**pertaining** 451:19
492:17
**perusing** 479:16
**PFR** 387:8
**Phil** 377:1 476:7
481:19 503:11
510:20 530:10
**PHILIP** 304:12
**phone** 461:11,18
462:19 463:7,23

463:25 464:11
465:3
**phonetic** 459:6
484:18
**physically** 487:7
568:7
**physician** 325:9,10
326:3,4 338:22
346:9 384:10
404:21 405:1,12
405:15 407:24
416:24 445:9,15
533:25 534:7,9
**physicians** 322:17
322:22 323:5,13
324:7,15 337:6
338:23 339:16
355:6 372:15
383:3 388:22
389:8 395:4
398:21 399:24
403:18,24 411:13
415:13 418:9,12
418:20 474:17
475:14,16 507:24
514:22 515:9
517:25 523:3
574:25 604:8
606:13
**ph|917.591.5672**
302:21
**pick** 546:14
**pictures** 476:13
**piece** 469:23
486:18 586:20,23
587:10,15,16
588:3,22
**pieces** 372:16,18
372:21,24 469:16
**Piet** 534:25 535:1
535:22
**piles** 513:16
**pilot** 308:4 480:12
480:16 481:1,4
**PITTONI** 304:20
**place** 320:20,25

327:12 342:14
389:7 392:12
405:3 445:3
449:12 453:8
455:17 459:3
531:18 536:14,15
536:16
**placed** 408:9
446:17 524:19
536:19
**placement** 533:13
533:25 536:10
**places** 371:4
422:13 607:23
**placing** 487:16
512:1 532:9,12
604:24
**Plaintiff** 581:17
**Plaintiffs** 304:5,10
403:8 448:22
453:12 458:6
459:13 466:4
538:13
**plan** 306:20,23
307:3,6 345:1,11
345:12 417:19
420:4,9,19 421:1
421:2 422:6
423:25 424:7
426:3 427:14
428:24 429:6
431:8,10,13,16
431:21 432:1,3
433:12 434:7
435:1,10,16,20
436:9 461:10
463:2 465:7,9,15
598:24
**planned** 313:13
381:7
**planner** 319:12,16
**planners** 323:1
**planning** 323:2
324:2,11 327:7
327:25 328:4
396:9 414:19

417:14,22 425:2
425:7 444:7
**plans** 343:20 392:7
420:23 428:5
**plant** 367:4,16
**platform** 428:14
**playing** 607:7
**Plaza** 303:10 610:9
**please** 320:13
325:21 331:10
338:4,15 339:23
340:1 378:20,23
379:23 381:14,16
412:2 421:7
443:2 467:7
472:6 493:12
523:13 531:15
532:16 542:9
553:16 558:17
565:12 569:1
573:21 611:3,7
**pleased** 516:9
**plenty** 476:24
565:2
**PLLC** 304:2,11,16
**point** 316:14 317:9
321:22 322:6,7
342:20 348:2
354:22 361:10,13
381:8 393:19,19
396:12,18 414:12
416:21 417:14
429:22 435:20
448:12 449:21
455:17 456:6,7
456:16 463:18
487:14 492:5
495:12,17 519:20
531:20 533:23
551:4 557:10,22
557:25 558:7
569:14
**points** 307:21
396:11 476:1,3
477:22 479:1
**policies** 406:12,17

557:12
**policy** 439:8
440:14 558:3
568:13
**polypropylene**
363:10,20 365:2
365:13,24 366:7
366:11,18 367:7
367:13
**POP** 552:9 597:2
597:12 598:5
**portal** 558:4
**portfolio** 343:18
**portion** 420:18
529:10
**portions** 415:1
424:11
**position** 414:15,16
415:7 416:17
433:21,25 438:24
444:17 445:7
474:25
**positions** 413:6
**positive** 516:6
**possible** 398:3
413:10 533:9
**Possibly** 478:4
**potential** 399:15
399:16 425:20
562:22 583:12
597:13 598:1
**potentially** 337:7
337:15 344:19,20
382:13 386:17
452:7 527:19
**Power** 342:20
354:22 361:9,13
**practice** 347:20
350:21,23 408:14
552:2 598:3
**practices** 414:20
440:14
**practicing** 549:14
**preceptees** 325:19
326:20,24 351:6
405:11,14,21

Confidential - Subject to Protective Order

406:13,18,23
444:18,22 445:13
469:24 474:13
490:24 496:20,25
506:20,21 507:24
518:8 542:7
547:22 552:11
578:4,15 607:17
608:15,20,24
**preceptor** 317:8
331:24 382:8
457:11 522:17
523:17 524:7
525:19 527:17
529:8,14 535:25
543:18 547:17
576:25
**preceptors** 315:21
317:22 319:24
325:19 328:19
331:19,21 334:3
404:3,7 405:13
445:13 474:13
490:24 496:16,20
500:24 501:4,9
501:20 506:13,14
506:18,22 507:9
507:16 518:9
526:10 529:10,17
529:19 534:12
542:6 543:20,23
546:14 599:3
**preceptorship**
308:17 314:13
382:8 385:19
419:16 451:24
471:19 491:14
599:12
**preceptorships**
327:13 421:14
496:17 553:13
554:5 562:16
601:15
**predominantly**
513:3
**preparation**

448:24 591:4,9
591:15,18 592:6
592:23
**prepare** 313:4
**prerogative** 499:8
**present** 323:3
324:6 327:8
354:24 363:19
471:4 478:2
512:17 576:17
**presentation**
314:21 333:10
336:3 342:20
352:16 358:4,16
376:9 383:13
397:2,15,23
455:23 468:24
470:4 478:13
485:4 492:24
544:24 545:3
569:6,18 570:6
571:3 576:10
577:24 578:5,8
**presentations**
315:5,10,11
316:11 329:15
330:3 358:7
**presented** 314:13
316:24 330:14
332:12 351:2
358:5 361:3
387:19 397:5,11
398:11 399:23
400:3 402:8
450:25 457:10
483:1 531:16
565:8 576:22
**presenter** 350:1
354:24 363:18,19
**presenting** 383:2
397:23 559:1
**preserve** 402:22
403:4
**preserved** 549:3
**president's** 349:3
**press** 459:19

**presume** 371:20
386:20 415:20
428:2 450:17
468:5,14 485:23
492:8 527:20
595:14 605:7
**presumed** 375:8
**presumptively**
462:1
**Pretrial** 402:22,23
**pretty** 383:1
395:22 408:6
438:16 441:24
462:9 493:23
583:17
**prevent** 514:15
**previous** 414:18
435:7 436:5
437:24 468:9
501:15 512:15
513:18 535:2
596:9
**previously** 312:13
312:18 498:18
585:17 599:8
**PRF** 387:11
**price** 310:3 381:21
383:21 385:24
550:5 551:16
596:16,18
**principles** 547:14
**print** 483:7
**printed** 480:20
481:5
**prior** 404:22
407:24 408:21
524:19 525:3
550:20 587:11
594:22 595:1
599:15
**Priorities** 343:4
**private** 350:20
**privy** 463:3 475:2
524:20
**proactive** 349:2
457:19,22

**proactively** 349:4
349:11
**probably** 315:14
342:12 356:3
375:8 396:8
408:17 445:3,21
451:1 459:25
470:16 486:2
490:18 527:14
539:11 544:20
552:16 557:6
575:23 583:17
602:17,21 607:22
**problem** 345:10,11
345:15 396:14
432:14 433:3
441:11 445:25
514:10 528:11
**problems** 506:20
508:13 514:13,15
514:22 515:5,9
515:15 521:2
532:9,12 533:13
533:17,25
**procedural** 307:17
307:21 308:12
316:5 332:19
333:11,19,23
473:8,14 475:19
476:3 486:9,11
500:9,15 501:14
520:20
**procedure** 332:21
333:2,5 389:7
425:22 474:20
487:14 495:11
508:9 518:5
519:18 520:14,19
540:17 567:9,14
567:17 576:3
**procedures** 332:25
333:9 395:10
401:19,24 406:2
406:11 492:15
497:7 508:5,5,18
518:12 527:15

541:19,19,22
543:15 548:13
549:19 551:20
552:3,24 567:13
568:8 576:2,4
597:2 605:4
**proceed** 312:14
**process** 313:16
316:19 318:15
319:19 320:20,24
328:20,25 343:19
351:17 360:18
427:7 439:6
446:23 539:21
**proctorship**
314:14 419:16
599:3
**proctorships**
327:13 420:21
421:4,12,14,20
554:6 599:13
601:15
**produce** 340:25
**produced** 412:5
446:3 447:6
448:22 453:11
455:7 484:17
489:8,18 524:16
533:2,3 581:17
591:22
**product** 325:1
333:17 365:17
375:5 378:13
389:2,9,11
391:19 393:6
408:1,9 410:21
411:2 421:22
422:7 424:13,14
426:19 442:9
443:5,9 451:13
458:6 460:18
462:13 495:10
499:9 505:25
517:11 520:2
526:4 537:4
540:13,17 541:9

Confidential - Subject to Protective Order

558:2 578:1
596:19,22
**production** 307:13
311:10 446:19
466:17
**products** 302:5
307:15 308:7
322:18 323:6
324:16 325:12
326:6,12,25
336:18 338:2,8
338:12,12 344:2
344:10 363:20
365:1,21,23
366:8,10,19
368:11 374:7
375:11 388:23,23
391:18 392:8,9
401:25 404:23
409:25 410:1,18
411:5,13 444:19
445:9,16 446:6
459:12 462:8,15
466:15,21 483:24
494:7,12 539:9
539:14,21 543:6
552:13 555:21
557:15,24 558:10
558:11 571:19
572:22 576:2
582:7 589:6
597:20 598:12
605:16 607:17
**Prof** 308:4 329:17
329:20,22 331:1
335:2,3 342:15
351:2 390:25
391:2 392:1
395:24 410:9
411:1 413:10
417:25 419:20
424:10,11 431:6
431:9,24 433:9
433:18 434:25
435:8 436:18
437:3,22 450:16

451:3,25 452:2
471:2,12 475:12
476:16,17,24
477:13 479:2
480:12,16,23
481:24 482:5
483:2,4,9,13,14
486:18 487:10
491:19 492:23
493:22 498:20
501:7,18 518:2,7
518:10 519:10
520:17 523:9
525:14 529:9,22
530:24 531:4,6
534:9 539:16,17
541:16 544:16,18
546:20 548:9
552:22,24 553:3
553:6 554:14,17
554:23 555:12
558:23 562:16
564:15 569:6
571:18 584:2
586:16 595:1,15
596:10 601:13
**professional** 303:6
307:12,14 308:3
313:19,21 314:4
314:8 315:24
316:12 317:7,18
318:1 319:10,16
320:2,15,21
321:21,25 322:10
322:14,15,20,25
323:4,8,9,23,24
323:25 326:23
327:3,17 328:11
329:25 332:3,8
334:7,22 339:9
344:17 349:11
351:7,16 355:1
362:4 376:14
377:11 381:9,12
391:3 393:11
395:3 402:4

403:17,21 404:3
404:6,11,14
408:12,20,21
409:1,10,18,23
410:5,15,20
413:6,9,19,25
414:8 415:9,12
416:17 418:15,24
419:9,17 424:14
424:15 425:14
426:17 429:6
430:8 434:9,13
435:25 436:15
443:4 444:2,8,12
444:16 445:6
446:5,9,22 447:6
447:15 448:25
449:3,16 454:10
457:8,9,19
466:13,17,20
467:7,8 468:23
469:15,22,23
470:8,22 471:10
472:3,7,10
473:22,25 474:1
474:7,10 475:7
476:19 477:7,8
477:10 478:12
479:10,14 480:11
480:15 481:16
485:19 487:6
489:8 490:1
497:24 500:6,12
506:4,5,15 512:5
513:21 515:2,3
515:11 516:14
517:12,19,24
522:4 524:5
525:8,16 526:24
528:1 533:14
538:17 546:14
552:12 553:22
558:1,3,5,9 559:9
559:21 560:21
562:11 571:8,24
572:22 574:2

576:23 581:8,20
585:19,23 586:1
586:3,19 587:3,6
587:10,12 594:23
595:20 598:22,24
606:13 608:9
610:5,24
**professionals**
330:3
**profits** 334:25
**program** 308:3,4
323:9,24 351:7
376:14 392:12,22
416:24 425:9
432:24 450:16
480:11,12,15,16
481:1 558:3
606:14
**programs** 319:3
323:20 334:25
376:17,18 404:8
425:3 515:7,9,13
544:6 554:9
555:11 600:19
**project** 419:7
555:2,4
**projects** 432:22,23
**prolapse** 552:6
597:3
**Prolene** 363:20
365:2,12,21,22
365:23 366:11,22
366:24 367:11,13
367:15
**Prolift** 308:15,16
491:12,12,24
492:18,21 493:1
494:3 551:19
597:12,16,24
598:5
**prolonged** 398:4
398:13,16,24
399:7,17
**promise** 602:5
**promising** 531:21
**promote** 433:24

557:23 589:6,9
589:10
**promoting** 366:8,9
418:25
**promotion** 419:10
419:14 433:9,17
558:2
**promotional**
372:16,21
**proper** 539:13
**properly** 333:1
**proponent** 315:14
**propounded** 613:5
**prose** 314:17
**PROSIMA** 432:25
**PROTECTIVE**
302:9
**protocol** 522:19
**protocols** 406:11
406:17,20
**proud** 584:11
**proven** 363:5
374:9 375:13
**provide** 322:16
325:11 326:5
327:10 329:6
330:3 331:3
332:2 336:16
338:9 358:1,25
380:24 381:12
440:1 448:13
495:14 554:10
578:19 590:7
**provided** 328:13
328:19 447:15
454:3 470:3
584:12 604:8
608:19,23
**providers** 557:8
**provides** 379:14
**providing** 324:23
345:17 369:5
371:15 535:5
536:2 553:7
**PS** 350:7,20 527:6
**public** 303:7 314:4

348:25 349:10
352:4,11 354:12
362:24 376:10
396:3 441:9
457:20,22 550:20
550:22 552:18
568:12,14,18,20
568:22,23 569:15
569:23 570:2,13
570:20 571:1,6,9
578:23 610:5,24
613:18
**publically** 439:11
441:8
**publish** 547:7
**published** 547:7
576:6
**pull** 335:11 349:14
435:11 572:3
**pulled** 449:15
452:20 603:22
**purpose** 324:21,22
425:9 539:15
571:23 572:21
**purposes** 348:16
353:18 396:9
**pursuant** 610:6
**purview** 476:25
**put** 315:7 316:2
355:18 359:21
381:6,14 386:6
389:23 401:13
415:24 417:10
418:17 421:11
425:16 443:22
445:7 452:8
453:2 454:8
469:9 470:9
471:6 475:16,16
481:12 487:13
497:16 498:4
518:15 569:19
605:18
**puts** 444:17 605:9
**putting** 315:9
316:13 418:25

**pyramid** 368:1
**p.m** 465:21 505:2
537:11 583:20
585:1 603:14
609:9

———————
**Q**
**qualifications**
337:24
**qualified** 540:2
548:16 550:23
**quality** 516:9
**question** 316:22
318:18 320:13,19
325:16,21,23,25
326:2 330:11,21
331:14 332:23
338:3,15 339:23
340:3,5,23 342:5
351:11,11,13
353:2,24 356:21
356:25 357:6,8
357:11,21,25
358:2,15,19,19
358:22,23,25
359:3,5,8,11,12
359:14,17 360:5
360:25 386:8,11
386:23 387:24
388:19 395:6
400:4 401:10
406:14 408:12,16
410:4 421:13
443:2 458:11
470:14,15 472:5
477:12,20 489:15
493:13 496:8,12
505:23 516:11
519:25 520:1
534:3 549:3
553:2 562:2
564:20 567:24
576:9 577:8
588:21,22 589:21
589:22,23 591:6
592:13 593:16
597:17 599:24,25

600:3 605:24
606:24 607:25
**questioned** 455:24
460:7 551:7
568:12 591:3
608:1
**questioning**
402:25 456:9
457:2,8 462:13
512:3 548:7,23
577:18
**questions** 307:18
313:8,14,15
318:8 323:19
357:14 359:25
366:3 387:15
411:16 436:13
438:22 441:4,5
455:15,22 458:16
458:18 463:3
466:8 469:17
473:8,15 501:1
503:6 506:21
507:13 536:21
537:17 538:11,13
539:6 542:6,12
547:21,25 549:24
550:19 551:6,9
552:22 553:19
556:9 558:13
560:1 562:9,19
562:21 563:8,14
563:15,16 565:25
566:1 567:5,6
568:11,16 571:17
572:2,15,16,25
574:1 579:12,24
580:2,5,7,15
584:16,18 594:11
607:11 609:1,3
613:4
**quick** 346:5 379:17
383:8,10 394:18
402:11 584:23
585:6 598:15,21
602:7 603:7

604:12
**quickly** 411:22
459:16 469:18
514:17
**quite** 381:10 396:8
478:8 516:9
604:25
**quote** 494:3 500:3
515:23 567:9
**Q1** 474:16

———————
**R**
**R** 304:1,7 305:1
312:15 610:1
**Rader** 579:5
**Raders** 306:16
346:20 400:11
575:7
**raise** 425:4
**raising** 424:13
425:9
**Raleigh** 304:8
**randomized**
608:23
**range** 307:13
382:18 466:18
**rapport** 409:16
**rate** 368:22 372:1
372:1,8,10 373:2
373:8 588:11,16
588:25 589:1,18
604:7,7 605:11
**rates** 332:15
355:16 368:23
558:13,19,22
588:23 605:20
608:5,10,14
**rating** 367:21
**RBD** 431:3,3
**RBD's** 431:24
434:24
**RCT** 371:25
372:13 373:4,7
**RCT's** 368:19,21
370:15,18,24,24
372:2 373:24
608:22

**RD's** 430:23
**reach** 382:10
**read** 325:21,25
331:9,11 339:1
340:3 342:1
365:9 399:3
418:13 422:4
423:15 426:12
430:1 431:18
432:16 438:7
456:3 489:16
495:1 498:12
499:22 500:19
506:25 507:3,7
511:7 514:2
515:16 517:14
523:4 573:3,7
611:3 613:3
**reading** 340:1
373:13 418:17
426:20
**reads** 573:11
**ready** 600:11
**real** 346:5 379:16
383:8,10 394:18
402:11 512:8
598:21 602:7
603:7 604:12
**realize** 427:3
435:14 449:14
489:21 584:22
**really** 421:24
439:14 467:2
498:11 507:7
515:25 528:14
574:3 575:21
584:11 598:14
**Realtime** 303:5
610:4,23
**reason** 325:1 458:8
458:9,12,12
471:1 486:5
611:5 612:8,10
612:12,14,16,18
612:20,22,24
**reasonable** 462:14

Confidential - Subject to Protective Order

**recall** 330:12,16,20
331:7,14 360:25
362:6,10 373:2
380:21 388:4,18
389:2,12 392:24
394:14,16 395:15
395:20 398:10
408:4 421:10
423:4 442:15
451:5,18 454:15
454:18 474:12
475:9 481:1,2,3,3
486:1,6,21
489:10 490:8
491:6,7 493:6
495:25 498:9
500:14 508:14,15
509:5 513:2
515:24 519:12,23
520:25 522:21
523:23 524:4
531:14 533:7
536:4 544:4
557:2 558:23
592:8,20,24
601:9,10
**recalling** 490:4
519:24 535:8
**receipt** 611:12
**receive** 355:7
487:8 497:11
565:5 591:25
**received** 379:24
380:16 432:24
438:6 454:5
498:8 539:13
584:10
**receiving** 353:8
378:17,19 386:16
440:23 520:16
**recertification**
306:14 396:21
397:6,7
**recess** 335:24
376:4 402:17
465:21 505:2

537:11 583:20
585:1 603:14
**recognize** 336:5
397:14 412:18
443:16 469:20,21
469:25 473:16
476:11 479:9
480:23 481:24
482:23 483:8
484:9 485:16
486:18 488:4,14
509:8 530:18
531:9,13 532:23
532:24 594:1
**recollection**
386:24 389:14
586:9 591:5,8,14
591:16 592:15
601:2
**recommend**
492:14 525:15,20
**recommendation**
570:17,19
**recommendations**
354:18,19 355:5
570:12
**record** 312:2,11
335:23 336:1
340:2 359:21
376:3,7,9 390:12
402:2,11,16,20
412:3,14 433:16
437:10,19 438:7
444:6 446:1,17
447:23 448:5,19
449:21 453:8
455:18 459:3
461:17,20 464:22
464:25 465:24
466:11 472:3,10
472:20 480:4,6,7
480:9 482:7
485:14 491:10
499:23 504:21,23
505:1,5 510:4
524:8 537:8,10

537:14 545:25
561:1 583:19,22
584:21,25 585:3
598:17 603:12,13
603:17 609:8
610:19
**recurrence** 352:25
**redirect** 465:12,13
466:5,9
**refer** 366:17
372:23 404:8
443:8 454:17
468:9 503:2
528:5 542:23
567:12,16 584:9
**reference** 441:6
468:18 513:6
566:7 608:3
**referenced** 375:6
501:13 567:1
579:17 587:5
**references** 551:25
577:23 578:11,16
**referencing** 433:6
**referred** 322:4
337:11 471:22
490:11 511:17
537:21 542:15
**referring** 360:25
361:18 365:22
366:22 372:12
373:8 384:10
386:20 428:4,19
439:10 452:17
468:17 496:24
500:10,23 501:14
507:1 514:25
515:14,18 516:17
516:18,23 524:11
549:5
**reflect** 561:21
563:21
**reflection** 538:3
**refresh** 397:9
496:5 519:13
536:5

**refreshed** 591:5,8
591:14,16 592:14
**regard** 459:3 462:4
607:15
**regarding** 351:12
351:15 398:20
416:24 417:16,20
438:10 446:18
513:24 516:12
536:21 537:18
568:16,17 585:11
596:16 597:1,5,6
597:13 608:22
**region** 425:5,10
427:12 428:1
**regional** 321:16
431:4
**regions** 434:14
514:11
**register** 319:6
**registered** 303:6
410:10 610:4,24
**registering** 410:14
**regular** 416:12
435:22 436:19
**regularly** 416:9,13
416:18 600:25
601:1 604:24
608:7
**regulations** 563:25
**regulatory** 315:16
334:2 490:19
509:18 571:14
606:6,21
**reinstituted**
432:25
**related** 332:20
347:20 486:7
517:11 557:8
564:3,17 581:24
597:19 598:11
**relates** 302:7 588:4
**relation** 446:18
**Relations** 391:3
**relationship**
319:18,22,23

320:1,3 321:20
322:1 324:13
336:16 362:19
409:22 410:5,9
418:23 419:3
**relationships**
339:11 470:8
**relative** 373:1,23
456:25 476:15
477:13 515:12
517:14 518:4
**relatively** 602:15
602:16
**releasing** 475:4
**relevant** 457:12,24
458:2,4 463:13
**relying** 590:1,2
**remain** 464:22
**remainder** 358:2
386:13 462:13
**remember** 339:8
339:13 348:23,25
349:5 388:13,24
388:25 393:9,12
393:13,16,20
394:20 395:2
404:15 444:21
451:6 454:11
473:19 485:24
487:17 496:3
498:11 500:5,7
511:25 525:8
529:11 536:16
542:11 550:24
551:9 556:8
558:14 564:10
565:24 566:3
567:6 568:10,16
571:19 572:14,23
573:1 574:1,6
579:13 591:10
600:20
**remembered**
556:11
**remembering**
407:15

Confidential - Subject to Protective Order

**remind** 537:17
**reminded** 559:5
**reminding** 417:23
**Renee** 349:3
568:17
**reorganization**
438:25
**rep** 310:6 392:6
404:13 411:4,8,9
411:12 416:14,16
419:11,23 423:12
477:1 528:15
531:10 541:16
548:9 556:15
**repair** 302:4
308:16 312:6
354:14,15 387:10
491:13 552:2
596:20 598:3,5
612:2
**repeat** 386:10
395:6 443:2
472:5 489:16
505:22 520:1
549:2 553:1
570:14 577:8
597:17
**repeated** 455:14
**repeatedly** 548:18
**rephrased** 357:11
**replies** 528:10
**report** 416:10
509:18,22 559:6
559:19 589:8,10
**reported** 302:17
354:17 370:16
416:16 509:10,16
534:5 559:5
561:7,11,19,22
562:5 563:17
564:1 588:3,8
589:9,13 590:13
604:2,10 606:16
**reporter** 303:5,6,6
312:12 340:1
411:24 610:4,4,5

610:23,23,24
**reporting** 502:10
509:15 514:12
533:17 590:13
605:8
**reports** 370:20
563:22 564:1
588:2
**represent** 446:2
451:12 474:3,8
561:6 562:6
581:16
**representation**
318:14 384:23
446:25 447:4,10
447:24 448:3,4
448:18 595:12
**representations**
314:2 318:11
447:23
**representative**
394:7 408:22
409:16 421:6
435:23 476:21,23
**representatives**
317:21 397:9,16
397:22 399:23
417:16,20 568:15
**represented**
317:24 440:8
446:18,24 468:11
564:4
**reprimanded**
441:12
**reps** 319:4,5
409:23 410:6
415:15,17,20,25
416:3,11,19
417:25 419:19
422:22 436:3,7
436:16,19 557:6
557:11 593:23
**request** 311:10
491:1,5 527:9
578:18
**requested** 440:10

527:19
**requests** 319:21
495:9
**require** 379:2
495:13,17 497:9
497:10,13,16,19
497:22,24 498:1
498:14,16,21,23
498:25
**required** 327:19
406:12,18 607:24
**requirement**
509:18
**requirements**
378:5,8,15 379:6
379:8 404:21,24
404:25 405:3,4,7
405:9,11,18
406:23,25 407:3
407:24 408:3,4
416:25 417:2,8
497:10 509:15
597:6
**requires** 547:3
**requiring** 495:19
495:23,24 496:11
**research** 492:12
547:8
**reserved** 359:23
**residencies** 549:9
**residency** 499:15
**resolved** 463:8
466:3
**resource** 324:24
409:24 422:1
539:22
**resources** 325:4
328:8 329:10
533:18 553:8
**respect** 528:5
**respective** 318:25
**respond** 348:24
432:11 456:24
517:20,24 520:22
520:23
**responded** 592:13

**responding** 377:24
378:23 533:14
**response** 345:25
346:25 347:6
385:15 391:6
528:11 546:1
589:16 590:5
594:21
**responsibilities**
413:25 414:12
425:18 436:2
557:9
**responsibility**
320:6,16 321:8
334:6 411:4,6,12
415:11 419:20
**responsible** 540:1
**rest** 386:5 464:14
**restate** 320:12
325:16 338:3,15
493:12 496:8
534:3
**restating** 339:22
**restricted** 460:13
**result** 344:19
421:21,23 425:20
440:14 442:4
550:22
**results** 370:25
531:22 565:7
**resume** 306:17
404:17 412:9,20
412:22,25 413:13
415:1,19,24
**resumes** 419:22
**retention** 582:20
**retraining** 397:10
**retropubic** 368:5
368:10,19 583:5
**return** 611:10
**review** 328:24,25
329:1,4 397:8
430:10 471:7
473:5 505:15
526:9,9 558:2

591:7 592:14
606:20
**reviewed** 333:21
432:9 472:17
591:4,6 606:20
**reviewing** 556:11
**revised** 427:7
**Rezapour** 374:14
374:17,22
**re-ask** 325:22
**rides** 435:23 436:2
436:5
**Ridgeland** 304:17
**right** 313:1 315:12
315:12 316:22
317:11 321:20
325:20 326:16
327:24 328:9,17
328:21 329:3,6
330:8 331:20
332:18 333:5,13
333:17,24 335:4
336:8,10,18,25
337:20 338:5,8
338:21 340:20
341:5,6,11,18,25
342:7,10,17,23
343:2,16,21
344:4,7,12 345:2
345:3,13,21,24
346:7,11,13,14
347:10 348:6,9
348:16,20 349:3
349:24 350:8,21
351:22 352:14,17
353:3,22 354:7
354:19,21,22
355:1 356:6,10
356:12,14,17,23
357:1 358:17
359:23 361:10,13
361:21 363:11,17
363:23 364:17,22
364:24 365:14,25
366:3,8,14 367:2
368:13 369:6

370:6,9 371:2,18
371:19,22 372:11
373:6,11 374:2
375:2,15 376:11
376:16 377:6,8
377:15,18 378:8
379:4 380:3,9
381:21,23 382:3
382:7,11 383:3
383:11,17 384:2
384:5,13,21,25
385:1,14,21
386:9 389:4
390:14,17,20
391:5,13,19
392:4,23 393:3,6
393:12,23 394:3
394:12 395:4,25
396:5,15 397:3
398:4,9,19,22
399:11,19 401:8
401:15,16,20,24
402:5 407:1
416:8 418:6
419:24,25 424:17
427:16 429:7,15
430:11 433:9
434:22 435:12
438:14 440:2
441:20,22,25
451:10 454:18
475:8 480:22
488:22 499:10
503:4 504:5,12
506:16 511:18,24
518:8,14,20
522:2 527:9
528:20 532:4
550:15 554:3
555:11 557:16
559:19 560:4
564:8 565:14,21
585:12,23 587:3
587:14,25 588:7
588:12,18,25
589:7,15,18

590:4,8 592:7
593:12,14,18,20
593:23 594:7,15
594:23 597:2
598:5,12,24
599:5,12,20,21
599:24 600:6
602:23 603:20
604:4,7,16 605:4
605:14,22 606:1
608:4,24
**rights** 461:24
462:3,6
**right-hand** 596:3
**RIKER** 303:9
610:7
**ring** 575:7
**risk** 352:14 371:4
393:25 394:23
395:8,11,17
399:15,16 566:10
569:16 582:6,7
590:7,10 607:2,6
607:8,9
**risks** 352:12 355:9
355:13 396:1
401:13
**road** 322:21 386:6
**Robinson** 513:17
514:3,25
**rocking** 474:18,24
**Rogers** 346:20
575:8
**role** 317:18,19,25
320:14 321:5
324:20 326:23
327:2 328:2,3
348:20,22 414:18
414:19 424:14,15
434:13 436:5,7,8
445:12 522:9
**roles** 334:5 500:1
531:1
**Ron** 377:21,24
378:1,13 379:12
379:14 381:3

**room** 303:11 313:6
541:20 559:4
610:9
**roped** 528:15
**Rosado** 377:6
**Rosenblatt** 304:16
346:24 448:10
453:10,14,18
454:25 455:3,6
546:10 575:8
581:11,14
**Route** 312:16
**routine** 334:15
**routinely** 420:14
**RPR** 302:17
**rude** 360:14,18
**rule** 462:3
**rules** 360:13
461:25
**run** 323:20 529:8
529:14,16,18
602:6
**running** 522:17
602:4
**runs** 584:19
**R&D** 333:6,16
366:23

---

## S

**S** 304:1,16 305:1,1
306:5 307:1
308:1 309:1
310:1 312:15
407:21
**sacrocolpopexies**
552:8
**sacrospinous**
552:8
**safe** 324:25 325:11
326:5 333:12
352:8 372:21
414:21 421:24
422:6 426:18
444:4 511:9
539:13,20 558:11
604:20
**safely** 326:25

333:1,4,14
425:23 518:12
**safer** 370:22
**safety** 341:18
345:18 363:5
366:19 368:7
374:9 375:5,13
388:10 425:25
426:8,13,16
427:2 445:19
589:6
**sake** 437:4 454:7
**salary** 383:6
**sales** 306:14 310:3
317:20 319:4,5
329:22 344:19,21
391:24 392:3,6
394:7 396:21
397:6,7,9,15,21
399:23 404:13
408:22 409:9,16
409:23,23 410:6
410:6,7,16,19
411:3,8,9,12
415:14 416:1,19
417:16,16,19,20
418:25 419:5,10
419:19,23 420:18
421:5 422:22
423:12 424:13
425:4,10,16,20
425:24 427:12
428:2,2 430:5,18
431:8,9,11,16,21
432:1,15 434:8
434:10,14 435:1
435:10,22 436:3
436:4,7,16,19,22
476:21,23 477:1
523:9 530:24
531:4,6,8,9,10
538:19,20 541:16
548:9 550:5
557:6,11 558:4
558:22 568:14
571:23 581:19

585:22 586:4,7
593:23 605:8
**salespeople** 436:17
**salesperson** 601:13
**Sami** 531:14
**samples** 363:10
**save** 464:4,7
**saw** 476:22,24
482:25 520:18,18
538:1 607:22
**saying** 330:15
331:6,7,17,19
332:4,6 356:3,4
365:12 370:21
377:21 379:1
381:21 382:1
391:14,16 395:20
441:23 447:19
456:1 458:20,21
463:22 464:16
475:5,6 497:23
498:13 511:17
522:16 531:25
532:24 545:7
568:12
**says** 336:10,22,24
337:2,3 341:11
341:13,25 342:3
343:1,4,15 348:6
350:6,8 352:6,22
353:4 354:13,16
355:4 363:10,12
363:19,23,24
364:8 365:16,25
367:20 368:4,5
368:12,14,18
370:3,8,14
371:24 373:15,16
374:1,3,6 375:10
375:12,14 378:1
378:4,14,17
379:5,10,12,23
380:4,11,13,14
380:16 381:3,14
382:4 383:15
385:4 387:11

Confidential - Subject to Protective Order

390:19,21 391:9
391:20,21 392:25
393:4,8,22 394:4
394:15 397:24
398:6,20,22
399:3,7,11
401:22 420:20
421:2 425:2
427:25 428:12
430:22 434:9,24
435:21 442:2
452:6 462:3
474:5,16 475:10
483:14 491:25
492:12 515:25
523:16 535:9,22
542:20 558:8
561:13 562:4
563:22 570:21
573:9 577:6,11
581:8 588:9
597:25 598:2
604:17,19,20
608:6
scale 419:13
scenario 388:14
389:6
scheduled 440:17
schedulers 318:25
scheduling 324:2
492:14
SCHERER 303:9
610:8
school 499:14
540:7 584:10
Science 306:8
349:17 350:5
485:3
Scientific 363:14
365:5
Scott 593:2,4,17
screen 393:15
400:24
script 488:4
scrutiny 353:1
368:7 375:12

se 387:1
searching 552:11
second 335:19
343:15 413:15
430:21 435:20
480:4 485:11
489:14 500:25
503:22 504:21
508:23 514:4,7,8
515:19,20 526:25
532:21 541:3
548:21 549:25
557:17,20 560:10
560:10 563:18,20
565:22 569:14
573:4,8 574:20
583:16 584:22
seconds 603:10
secret 560:6
564:13
secretary 579:21
section 369:24
423:5 432:20
434:6 570:16
Secur 307:11,16
308:6,12,16
309:9 443:19
450:13,14 451:3
451:9 452:24
468:13 469:12
473:20 475:4
476:15 477:13
481:22 486:12,25
490:8,10 491:13
493:1 508:16
521:20 523:12
536:10,22
secure 374:2
Secur*System
307:24 478:17
see 314:24 318:25
321:2 329:5
336:9 337:9
338:24 339:7
341:7,12 343:6,9
343:17 345:3

346:1,7 348:6,9
349:9,12 354:4
354:19 355:5
356:18 362:22
364:7,13 365:7,8
365:15,19 366:21
368:17,24 369:3
369:17,25 370:23
372:4,8,12
374:13,15 375:3
379:20,23 380:18
380:22 389:16
391:7,8 398:5
401:12 402:1
409:17 412:2
413:12,13 420:24
422:13 424:23
425:11 426:13,23
430:19,23 434:11
435:1,17 439:14
451:15,16,20
452:6,10 453:5
466:24 476:12,21
479:19 482:1,21
484:21 488:1,18
490:7 491:4
492:1,16,19
494:24 500:23
501:5 507:20
511:5 512:2
531:8,15 532:18
535:18 555:24
568:7 569:17
584:5 598:13
604:4,19
seeing 380:21
385:2 467:5
477:1 486:21
558:21 586:10
seen 347:22,23
361:12,14,16
366:5,9,13,17
388:16,21 394:10
394:12 406:9
451:24,25 452:3
454:2 479:11

483:11 490:2
493:5 524:3
525:13 541:18
556:22 586:4,11
586:14,15,16
591:17 592:24,25
593:15,24 594:5
595:14
select 402:24
546:18,21 574:8
selecting 363:1
546:25
selection 316:18
545:23 547:15
575:15
sell 340:19,25
344:2,10 495:9
572:22
selling 393:2
396:11,12,17
410:1 420:18
454:18
Selman 349:4
568:17
send 453:4 455:8
501:1 507:12
sending 377:14
423:10,16 531:24
sense 384:20
459:19
senses 567:22
sent 391:23 407:4
454:23 455:18
sentence 366:15
368:15 430:2,21
434:23 500:25
501:13
separate 411:2
488:8 539:18
September 308:9
390:16 484:11,22
488:11 495:15
497:2 563:25
594:19
Sepulveda 346:16
346:17,18 535:24

575:6
series 566:1
serious 354:13
514:21 563:24
seriously 588:8
serve 324:21
serves 440:12
services 308:9
484:12,22,24,25
session 492:14
sessions 554:4
set 409:9 410:11
536:23 546:13
574:7 580:6,15
610:15
sets 392:19 409:14
seven 421:4 423:18
472:9 485:12
seventh 558:7
Shame 534:22
Shanghai 306:15
396:21
shape 446:9 449:4
490:11
share 323:12
324:14 349:4
387:1 390:7
414:20 487:11,14
535:23,24
shared 316:1
410:23 533:10
534:6,9 606:12
sharing 334:18
355:6 532:6
535:23 558:25
Sharon 391:1,2
sheet 387:13
468:21 509:24
534:20 611:6,8
611:11 612:1
613:6
shelf 408:17
short 383:24
455:10 536:23
shorten 348:4
shorter 313:13

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **Shorthand** 303:5 | 597:11 598:10 | 400:17 451:3,8 | 606:16 | 471:7 472:2 |
| **shot** 527:25 528:3 | **sir** 437:12 471:16 | 469:11 471:12 | **sole** 425:9 | 509:17 529:18 |
| 528:6 | 475:1 482:3 | 473:7 476:2 | **solutions** 573:14 | 537:23 |
| **shots** 527:10,13 | 491:3 561:9 | 478:16 480:10 | **somebody** 322:20 | **sorts** 555:24 602:3 |
| **shout** 430:10 | 572:5,7,12 | 481:16,20 483:4 | 330:9 331:2 | **sound** 350:7,20 |
| **show** 350:20 400:7 | **sit** 460:6 525:7 | 483:14,22 491:11 | 337:13,14 338:5 | 375:15 |
| 481:6 484:8 | **site** 439:15 487:15 | 552:25 553:4,5 | 338:6,9 397:23 | **sounds** 363:25 |
| 597:5 | 487:15 555:18 | 553:19,21 554:1 | **somebody's** 338:9 | 364:3 372:5 |
| **showed** 316:5 | **sites** 580:17 | 554:15 555:10 | **someplace** 327:20 | 387:16 418:14 |
| 349:3 371:25 | **sitting** 330:16 | 558:24 563:10,14 | **Somerville** 312:17 | **South** 516:8 |
| 397:25 | **situation** 537:1 | 564:6 569:10,13 | 555:18 | **Southern** 302:1 |
| **showing** 588:23 | 580:3 | 569:14,23 570:2 | **soon** 481:5 558:21 | 312:7 |
| **shown** 316:11 | **six** 385:14 544:17 | 570:6,12,15,21 | **sorry** 327:14 | **space** 443:7 549:15 |
| 345:24 492:12 | **sixth** 482:5 572:9 | 575:25 581:7,16 | 346:18 356:22 | 556:5 611:5 |
| **shows** 363:13 | 572:11 | 582:3 586:10,11 | 364:15 365:8,9 | **span** 329:21 |
| 364:25 401:18 | **size** 392:20 | 586:14,15,16 | 369:12 370:4 | 362:13 471:23 |
| 594:20 603:25,25 | **skill** 339:3 392:18 | 598:15,22 599:2 | 377:14,23 378:2 | 487:9 |
| 604:3 | 409:8,13 | 599:19 604:10 | 379:13,13 385:18 | **SPANN** 304:11 |
| **sic** 556:20 | **skilled** 543:14 | 605:5 | 386:10 389:23 | **SPARC** 368:19,20 |
| **sign** 410:10 611:7 | **skip** 368:1 437:5 | **slides** 310:9 315:7 | 400:20 405:15 | **spasm** 537:22 |
| **significant** 531:18 | **slang** 528:4 542:24 | 315:15 345:20 | 406:14 407:12,21 | **spasms** 537:18 |
| 532:1 533:13,17 | **slept** 313:5 | 348:5 354:6,22 | 411:9 413:11,14 | **speak** 372:23 |
| 533:24 605:6 | **slide** 306:7,8,14,15 | 363:8 364:17,20 | 422:12 427:21 | 373:13 416:13 |
| **significantly** | 307:16,17,20,24 | 364:21 369:8 | 431:24 432:22 | 463:20 467:12 |
| 561:19 | 308:3,5,6,15 | 451:12 456:2,3 | 445:23 446:20 | 483:14 493:23 |
| **Silvia** 302:17 303:4 | 313:21,24 314:12 | 482:25 544:4 | 456:11,23 457:14 | 494:5 508:19 |
| 312:12 610:3,23 | 314:15 316:4 | 571:5 580:22,24 | 457:14 468:6 | 517:16 543:6 |
| **similar** 386:24 | 330:9,12,21 | 581:8 607:22 | 477:16 478:11 | **speaker** 544:22 |
| 387:10 435:7 | 331:14 332:1,8 | **sling** 308:17 | 484:1 492:2 | 547:11 560:2 |
| 476:25 482:25 | 332:12 335:13 | 355:13 363:1 | 495:21 500:22 | **speaking** 373:2 |
| 483:1 532:5 | 341:21 342:3,11 | 368:10 369:6 | 502:15 510:11 | 492:9,9 540:19 |
| 552:10,14,17 | 342:20 345:3,24 | 373:23 452:17 | 514:9 517:21 | 547:12 551:17 |
| 576:2 595:14 | 349:16 350:2,4 | 491:13,25 508:18 | 519:25 531:5,12 | **speaks** 373:13 |
| 607:16 | 350:15,17 351:12 | 552:13 567:18 | 535:14,14,15,20 | 531:19 533:22 |
| **similarly** 435:15 | 351:15,25 353:7 | **slings** 363:4 368:5 | 545:24 553:1 | 542:19 552:1 |
| **simple** 606:25 | 353:20,25 354:1 | 369:23 371:16 | 561:2 564:19 | **special** 306:16 |
| **simplest** 504:19 | 354:4 356:9,10 | 552:6 | 569:17 570:14 | 400:11 406:22,25 |
| **simply** 355:18 | 361:10,13,16 | **slip** 374:2 | 573:4 578:10 | 407:23 408:3,4 |
| 415:25 519:18 | 362:18 363:9,16 | **slow** 455:15 | 581:9 585:15 | **specialty** 540:6 |
| **simulation** 554:7 | 364:21 366:21 | **smart** 559:25 | 587:21 588:5 | **specific** 314:9 |
| 554:24 555:3,19 | 368:3,18 369:4 | **SNOW** 304:16 | 589:10 596:2 | 323:20 342:15 |
| 599:4 600:4 | 369:10,22 371:9 | **societies** 321:13 | 598:18 604:14 | 372:25 392:11 |
| 602:19,20 | 371:14,23 373:14 | 547:6 | **sort** 314:18 320:6 | 416:16 426:23 |
| **simulator** 556:3,6 | 374:5 375:21 | **society** 337:13 | 330:8 342:9 | 428:15 456:3 |
| **single** 371:16 | 396:20 397:24,24 | **sold** 401:25 605:16 | 379:6,7 405:20 | 477:16 508:2 |
| 373:22 597:5,10 | 399:3,22 400:9 | 605:17,18,19 | 407:23 438:24 | 516:22 550:19 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

586:9
**specifically** 333:25
  395:1 445:8
  448:24 461:9
  474:24 477:6
  493:22 495:18
  508:16 521:1
  558:23 567:1
  586:12
**spectrum** 341:4
**speculation** 541:14
  542:4 544:2
  559:13 574:16,21
  574:23
**Speedwell** 303:10
  610:9
**spend** 381:10
**spent** 455:21
**spoke** 388:2
  416:11 423:13
  453:1,10 459:4,5
  495:6,7 497:14
  500:8 520:25
  566:19
**spoken** 453:3
  474:16
**spokesman** 350:19
**sponsored** 544:7
**spots** 522:18,24
  523:1,2
**spreadsheet**
  381:15
**spring** 407:9
**St** 308:17 310:3
  491:14 550:5
  551:17,22,25
  596:16,18
**stack** 449:17
**Stage** 552:4
**stamped** 308:8
  484:11
**stance** 441:22
**standardized**
  519:19 520:4,15
  520:19,24 523:16
  525:18 526:2

**standards** 440:14
**standing** 579:8
**start** 403:13 405:6
  415:11 449:17
  467:23 468:22
  495:3 550:23
**started** 455:12
  456:21 459:16
  466:1 528:19
  537:16 555:1
  558:17,21,22
  586:1 587:6
  595:19 600:7,8
  600:18,21 601:10
  601:18,22
**starting** 378:5
  393:18 587:12
**starts** 546:9
**state** 451:21 494:6
  611:5
**stated** 323:15
  341:21 344:16
  498:18,22 502:12
  547:25 550:19
**statement** 382:23
  384:7 444:22
  446:13,14,16
  453:9 502:10
  588:24
**statements** 388:12
  589:5 590:1
**states** 302:1 303:7
  312:7 509:25
  543:15 548:14
  570:16
**stating** 332:11
**stations** 545:4
**statistically** 368:23
**status** 337:24
  535:5 536:2
**stay** 391:11,16
  428:19
**steep** 499:9
**stenographic**
  312:10
**stenographically**

610:17
**step** 333:19,23
  520:20 576:14
**steps** 308:12
  309:10 333:4,8
  333:11,14 439:25
  486:9,12 508:5
  514:17 521:17,20
  523:13,16,19
  524:22 525:18
  526:3
**STEVENS** 304:16
**sticker** 469:10
  510:14
**sticky** 516:11
**stimulation** 602:13
  603:3
**Stipulation** 306:11
  306:13,19,22,25
  307:5,8,10,19,23
  308:11,14,20,22
  308:25 309:4,6,8
  309:11,14,16,18
  309:22 310:5,7
  310:11 376:23
  389:20 412:10
  420:6 424:2
  429:1 433:14
  437:16 473:10
  476:5 484:13
  486:14 494:16
  499:20 502:6
  513:11 518:25
  521:13,22 526:20
  529:1 530:5
  534:18 550:7
  581:1
**Stipulations**
  311:15
**stop** 359:15 403:3
  478:19,23 486:4
  503:21 551:2,6
  574:19
**stopped** 471:1,8
  577:17 587:16
**stopping** 463:24

474:25 486:6
**storeroom** 408:14
**strategic** 343:20
  378:6,16 379:3,9
  579:25
**strategies** 335:4,5
  335:6 378:24
**strategy** 306:7
  335:14 336:10
  345:1 514:19
  573:16
**stream** 407:11
  536:19
**streamline** 313:15
  318:15
**Street** 304:3,8,12
  304:21
**stress** 308:5,6
  481:17,21 483:23
  568:3,3
**stretch** 455:12
**strike** 311:20
  320:18 327:14
  358:19 359:19,23
  361:7,7 543:11
  543:16 551:13
  558:17 559:16
  560:18 563:6,15
  566:24 568:15
  569:12 571:16
  576:13 577:15,19
  578:3 590:22
**string** 306:10,12
  308:18,21,23
  309:3,5,7,12,15
  309:17,20 376:21
  389:18 494:14
  499:18 502:4
  513:9 518:23
  521:11 526:18
  528:24 530:3
  534:16
**strongly** 497:15
**struck** 357:10,24
  358:15
**stuck** 504:4

**studied** 355:12
**studies** 370:22
  371:3
**study** 368:22,24
  371:1 373:13
  374:14 397:25
  398:11 399:14
**studying** 370:15,18
**stuff** 488:3 563:2
**subject** 302:9
  306:11,12,18,22
  306:25 307:5,8
  307:10,19,22
  308:10,13,19,22
  308:24 309:4,6,8
  309:11,13,16,18
  309:21 310:4,7
  310:10 376:23
  377:17 389:19
  412:10 420:6
  424:2 429:1
  433:14 437:16
  438:21 473:10
  476:5 484:13
  486:13 494:16
  499:20 502:6
  513:11,24 518:25
  521:13,22 526:20
  529:1 530:4
  534:18 550:7
  580:25 607:11
**submitted** 470:19
  470:20
**Subscribed** 613:14
**subsequent** 453:11
**subsequently**
  476:18
**substance** 470:3,11
  480:1 487:3
  493:9,16 613:5
**substantive** 328:23
  332:20
**substantively**
  493:15
**suffering** 371:5
**sufficient** 326:24

Confidential - Subject to Protective Order

**SUI** 306:9 349:18
350:6 352:9,24
354:15
**suitable** 327:23
**suite** 304:3,8,12,17
304:21
**summarized**
370:25
**summary** 306:20
306:23 307:3,6
309:9 364:23
420:4,9 421:2
423:25 424:7
426:4 428:24
430:1,2 433:12
521:16,19 523:12
523:15 524:21
525:17 562:4
**Summers** 304:12
**summit** 468:2
**superior** 368:20
**supervisor** 438:9
440:8
**supervisors** 433:23
**support** 307:16
310:8 311:2
339:20 340:7
341:10,24 343:20
344:1 364:23
366:18 374:7
375:5 469:12
577:24 578:5
580:21,23
**supported** 365:6
**supporting** 341:6
533:12
**supports** 532:1
**suppose** 396:10
**supposed** 400:23
402:24 428:18,18
465:12 491:23
**supposedly** 533:4
**sure** 313:8 317:10
318:16,23 328:25
329:7 331:4
334:12 342:8

346:6 351:3,5,14
352:5 358:10
362:23 366:1
384:3 389:5,8
403:16 415:3
416:4,20 418:2
430:4 431:12
442:25 449:9,19
450:24 452:22
464:17 476:15
481:11 482:3
484:25 487:25
489:23 493:23
495:2 496:8
513:22 524:11
536:21 537:25
542:8,10 550:1
552:1 555:12
**surgeon** 314:24
330:22,25 331:15
331:17,20 332:17
332:22 339:4
346:10 373:12
408:6,8,10 414:3
414:4 422:1
527:21 539:6,23
540:1,3,11 543:1
547:4
**surgeons** 315:14
315:19 321:12,15
324:25 334:2
351:6 375:8
386:25 387:2,3,4
392:18 405:24,24
406:4,6,21
409:15 410:2
418:4 421:14
423:12 475:18
490:17 508:10,19
511:10,12 518:3
523:7,8 526:10
527:14 528:5,6
529:23 532:8
539:8,12 540:19
541:8,21 543:8
545:2 547:7

548:15 549:14
551:18,19 553:7
553:8,12 555:8
564:12 565:4
566:13 567:8,12
567:22,25 570:9
576:7 583:13
584:5 589:12
604:22,23 608:4
608:6
**surgeon's** 327:20
383:6 540:16
**surgery** 304:24
405:25 499:12
541:20 543:7
564:2 567:22
**surgical** 307:24
403:18,25 404:23
406:1,23 411:13
478:17 549:12
554:7,24 555:2
599:4 600:4
602:13,19,20
603:2
**surgically** 407:25
**surpassing** 378:22
**surrounding** 352:8
**sustainable** 343:18
**suture** 366:23,24
**sutures** 363:21
365:3,18,22,25
366:3,7,7,12,18
367:3,7,13
**switch** 402:11
**switched** 389:10
**sworn** 312:13,18
610:13 613:14
**symptoms** 406:4
**system** 302:4
307:16 308:6,12
308:16 309:10
316:4 352:23
363:2 367:22
370:21 371:4
373:17 469:12
472:16,16,22

481:18,22 486:12
491:13 492:7,18
521:16,20 523:15
523:18 524:21
525:18 526:3
536:13 612:2
**systematic** 341:14
341:18
**systems** 312:6
371:6 427:10
468:17

---

**T**

**T** 305:1 306:5
307:1 308:1
309:1 310:1
312:15,15,15
610:1,1
**table** 483:16,21
527:6
**tables** 511:11
604:16,21
**take** 335:19 342:14
375:25 382:10
385:7 402:12
411:21 426:15,22
443:12,15 447:7
448:15 453:24
455:10 459:7
460:16 461:17
464:14,17,19
465:2 469:19
477:8 485:15
499:22 503:9
508:22 510:11
514:1,1,16
532:11 533:20
541:8 576:14
583:16 588:10
**taken** 303:4 333:14
335:24 376:4
402:17 442:17
460:15 465:21
479:1 482:14
505:2 537:11
580:4 583:20
585:1 603:14

606:7 610:7,17
**talent** 435:21
**talk** 321:14 334:14
425:25 437:5
443:13 458:24
459:6 460:25
461:4,20 488:2
514:16 516:5
528:12 541:3
560:5 564:13
566:9 570:12,25
599:20
**talked** 332:15
334:4,5 348:24
376:13 377:6
380:9 389:1
395:16 402:7
405:9 427:2
445:18 471:18
485:23 486:2
491:23 501:8
516:21 518:3
531:23 535:25
536:9 574:7
575:25 578:24
588:19 596:12
597:8 598:22
**talking** 315:19
325:13,15,18
332:25 337:5
369:23 370:5
376:9 380:1
389:3 393:18
405:12,23 417:3
423:16 428:3
454:14 458:20
459:22 474:18
492:20 500:21
505:7 506:19
510:24 511:25
516:3 521:15
527:12 529:7
532:19 560:12
565:5 598:6
603:23 604:16,18
607:21

Confidential - Subject to Protective Order

talks 507:17 521:2
  595:6 597:23
tank 387:1
tape 375:23 450:11
  584:19 594:9
  602:6
tapes 603:10
target 421:4,20
targeted 415:13
  421:3,3
targeting 420:21
  421:11 422:9,19
  425:2,6
targets 321:6
  388:14 391:12,17
  431:7,20,25
  434:25 435:9
  523:10
task 323:16
tasked 321:8,9
taught 520:21
teach 339:3 539:20
  543:13 570:9
teachers 338:25
teaching 316:19
  339:1 344:19
  417:7,17,21
  418:3 490:17
  523:16 525:19
  526:2 543:2
  544:9 547:3
  576:4
team 329:1 429:23
  429:24 470:16
  495:8 523:9
  526:10 606:20
tear 550:11
tech 586:5
technical 307:21
  476:1,3 477:22
  479:1
technically 471:20
TECHNICIAN
  305:3
technique 514:12
techniques 475:3

technologies
  302:21 312:3
  599:7,11,15
technology 554:8
  554:13 555:5,6,9
  599:21 601:14
teens 355:16
TELEPHONE
  304:24
tele-surgeries
  433:1
tell 319:22 329:20
  329:23,25 330:17
  330:20 331:13
  333:25 352:20
  359:5 362:18,22
  383:7 398:15
  400:1,2 421:7
  422:11 427:1
  428:6 441:10,17
  442:21 443:3,15
  445:5 449:3
  451:19 455:10
  461:2 464:19
  465:1 469:20
  470:5 471:11
  477:4,6,11,14,15
  477:19,21,25
  479:22 484:8
  485:10 487:1
  505:21 516:20
  523:13,20,22
  530:23 539:8
  543:3 546:23
  548:4 551:24
  553:24 555:16
  556:24 557:21
  558:6 574:13
  575:4,19 577:2,6
  577:9 579:2,5
  594:6 600:2,23
  605:17 606:11
  610:14
telling 359:10
  372:15,20 380:22
  397:21 425:7

427:3 447:8
  458:14,17 462:18
  464:14 525:2
  532:22 533:6
  535:3
ten 329:21 346:7,8
  346:10 347:12
  348:6 350:10
  351:8 353:21
  354:7 364:11
  546:6 594:8
tension 374:7
tensioning 516:12
  516:15,19,22
  517:19,22,25
  518:18
tension-free
  307:16 310:8
  364:23 450:11
  469:12 580:21,23
tenth 545:22
tenure 498:20
term 384:11 394:9
  396:6,7 512:25
  513:2,5 542:24
  567:13
termed 566:2
termination
  440:16 442:5
terms 314:7 425:6
  459:8 554:21
  590:6
testified 312:19
  398:20 422:21,21
  422:22 424:12
  444:16 445:4
  457:18 534:5
  540:21 580:16
  589:4 590:15
testify 477:6
  610:15
testifying 449:22
  538:2,4
testimony 306:2
  313:9,20 314:6
  315:3 332:7

345:5 388:12
  392:12 403:10,14
  424:19 436:14
  456:4 457:25
  458:1 459:18
  464:11 520:12
  537:18 544:12
  551:1,2,4 558:18
  571:22 579:16
  610:16,16,20
testing 385:9
tests 541:6
text 377:21
thank 346:22
  385:11 390:10
  467:1 476:8
  507:9 535:22
  545:16 584:7
  595:10 609:4
thanks 349:23
  403:5 409:21
  510:22 511:8
  535:17 550:13
  569:5
thee 348:9
thing 342:17
  380:14 393:11
  456:3 460:10
  471:7 504:3
  522:25 524:11
  536:8 602:7
things 314:25
  324:1 334:14,16
  335:8 340:14
  389:1 399:6
  411:1 417:5,9
  419:6 520:20
  525:11 527:22
  539:12 540:8
  545:5 546:24
  547:14 553:25
  555:25 557:9
  574:7 592:5,12
  599:10
think 313:15
  316:18 320:9,24

321:7,11 327:11
  327:15 332:24
  337:17,17,22
  339:2,5,19 340:5
  340:17 345:11
  348:5 353:9
  356:15 364:15
  365:21 369:7
  370:23 372:14,17
  377:22 381:4,8
  382:17 387:1,5,6
  388:6 389:17,23
  407:14,17 408:2
  409:8 410:17,18
  410:20,22 411:1
  412:13,15 414:25
  417:23 419:12,13
  419:14 421:12,25
  423:15 425:19
  428:19 431:18
  433:6 439:9
  440:22 441:6,14
  444:4,17 447:22
  452:1,12,14,19
  455:4,15 456:25
  457:16,17,25
  460:12 462:2,14
  467:2 475:6
  478:25 479:1,3,7
  479:11 482:5
  483:6 489:3,5,6
  490:6 491:18
  496:1 498:1,21
  499:1,6,13 500:6
  500:11,17 502:25
  503:10,12 509:14
  512:18,20 514:5
  514:16 516:25,25
  517:2,3 520:14
  524:2 528:2,3
  530:25 532:11
  533:18 535:4
  536:1,22 537:3
  539:17 543:5,12
  543:13 544:17
  554:25 559:24

565:15 573:19
575:19,22 584:19
591:6 595:7
596:15 603:6
604:13
**third** 462:13 479:4
529:6 562:3
569:14 570:11
**thirty** 611:12
**THOMAS** 304:11
**Thornburgh** 304:3
306:3 312:20
318:7,13 325:20
331:9 335:10,16
335:20 339:25
349:14,20 352:20
355:10 357:7,10
357:13,16,24
359:2,7,13,16,22
360:1,3,6,10,17
360:23 361:6
375:22,25 376:25
377:3 378:2
389:22 390:1,3,6
390:9 396:24
400:6,13,25
402:9 446:20
447:13,18 448:1
448:9,14 453:22
454:2 455:21,23
456:4,11,23
457:16 458:14
459:1,23 460:9
460:24 461:13,22
462:5,12 463:9
463:16 485:6
503:2 504:5,8,12
504:16 535:9,11
539:5,10 540:18
541:13 542:1,3
542:18 543:10
544:1,11,25
545:24 546:4,8
547:20,25 548:6
548:17,21 549:1
549:4,23 550:14

550:18,25 551:5
551:12 559:10,12
559:15 560:9,16
560:18 563:5,13
564:7,19,24
565:10,15,18,21
565:25 566:11,16
566:23 567:4,11
567:15 568:9,11
572:15,19,24
573:18 574:15,20
574:21 575:17
576:12 577:5,7
577:15,17 578:9
579:8 581:9
584:17 585:4
587:21 590:21
594:10 595:3,8
604:14 607:10,19
609:2
**thought** 320:17,22
335:17 367:10
409:19 489:1
498:14,16 542:24
**thoughts** 338:20
**thousand** 354:16
605:22
**thousands** 342:13
458:5
**three** 335:17
345:20 348:5
352:3,3 367:23
372:2 385:13
399:9 402:13
428:9 433:7
459:12 460:18
462:15,23 492:15
533:12 536:18,20
600:16
**throw** 560:1
**Thursday** 303:11
610:10
**tied** 529:13
**ties** 351:21
**time** 312:4 316:15
322:7 335:22,25

348:4 355:23
357:13 360:19
362:3,11 376:1,5
377:9 390:15
402:6,14,18
409:7 413:18
415:19 417:25
420:18 424:11
426:22 429:22
434:18 436:10
437:3 439:1
442:13 444:1
445:13 447:3
448:12 454:7
455:20 456:8,13
456:15 457:13
458:10,11,15
459:7,15 460:5
463:11 464:1,4,4
464:7,7,23
465:22 470:25
471:23 476:22
477:9,14,21,23
478:1 480:5,8
487:9 489:9
492:5 500:3
504:24 505:3
506:1,1,5,16
507:11 517:16,17
522:8,10 529:9
533:20 537:9,12
544:23 546:19
554:16 555:6,10
580:13 583:18,21
584:24 585:2,23
602:4 603:11,15
609:5,9
**timeframe** 361:24
455:1 479:17,22
485:21 486:1,2
486:22 495:15
497:2 500:3
524:4 587:4
**times** 361:4 382:24
460:3 471:3,12
471:13 473:1

508:21 527:4
534:6 538:2
543:13 544:6
577:14
**timing** 478:2
**tissue** 536:14
**title** 415:7 450:17
451:1,15 467:14
480:24 481:16
515:24 570:2
**titled** 430:18
468:23
**titles** 452:5
**today** 329:22
330:17 334:6
348:4 385:9
411:15 422:22
444:17 445:5
452:1 455:21
456:21 459:20
461:8 463:25
485:25 489:11,19
489:19,22 490:3
493:15 498:19
525:7,13 589:25
598:13 603:24
**today's** 312:3
313:4 609:7
**told** 395:4 463:10
463:11 487:18
512:22 522:7
525:4 531:11
556:3 578:25
589:9,10
**Tom** 459:5 463:23
465:18
**tomorrow** 514:18
580:9
**tons** 534:6 576:1
**tool** 345:6
**tools** 323:21 325:2
325:4 422:3
**top** 346:2,7,8,10,11
346:14 347:12
348:6,11 350:10
351:8 353:21

354:7 363:13
364:11,22 380:2
384:5,9,11,12,12
384:15,16,21
385:17 400:3
413:12 415:11
430:24 435:21
466:24 474:16
475:11 484:21
514:4,7 542:15
546:10,11 561:14
572:9 573:4,23
574:3
**topic** 316:3 457:17
468:2
**topics** 352:15
**TOT** 397:25
**total** 379:24
380:15,19 385:4
385:6 511:24
512:6 604:1
**totally** 449:24
459:11 529:25
**tough** 439:16
450:24 451:6
468:20 471:8
476:12 486:20
490:3 544:19
**town** 528:16
**track** 473:2 478:1
**tracked** 472:17
512:12
**tracking** 427:11
428:3 472:21
**tract** 583:10
**trail** 495:5 517:9
**train** 323:14
403:18,24 404:3
404:6,9 411:12
414:22 423:8
426:18 501:9,19
518:11 525:9
526:11 555:21
**trained** 324:7
325:10 326:4,10
418:20 423:11,13

526:8 539:7,9
547:9,11 576:5
**trainer** 404:9
436:4
**training** 322:22
324:25 325:14
326:25 334:14,16
334:25 336:16
344:18,20 389:7
392:12 397:15
404:21,25 405:3
405:4,6,8,11,18
406:23,25 407:3
407:5,23 408:2,4
409:14 410:18
411:4,7 414:3
415:13 416:25
417:2,6,24 418:9
418:11,14,25
421:15,17,25
422:9,20,23
423:10,14,16
425:21,22 427:7
431:7,19,25
432:2 434:25
435:9 436:7
471:24 490:12
492:14,15 495:11
495:13,15,17,18
495:22,24 496:10
496:13,16,17,19
496:24 497:2,4
497:11,13,16,18
497:20,22,24
498:2,15,17,21
498:23,25 499:3
499:5,6,10,13,15
514:15,22 515:4
515:7,8,13,14
516:2,11,19
518:15 522:19
527:19 530:24
539:13 541:9
548:1 549:12
550:21,23 552:12
553:7,7,9,12

554:5,7 555:17
555:25 557:3
558:2,5,9,10
571:22 574:18,18
576:1 592:9
594:2 597:2,6,8
597:14,15 598:1
598:8,11
**trainings** 327:23
392:17
**transcript** 303:1
389:16 490:7
610:16 611:13,14
612:1
**transcription**
613:4
**transferred** 409:9
**transient** 394:15
395:9,17,21
398:6,12,16,17
398:21 399:18,21
566:7,8,21
**transitory** 566:7
**transmitted**
608:14
**transobturator**
369:6,11,16
393:2 394:22
508:18 552:6
**transvaginal**
567:14
**travel** 361:25
547:2,4
**traveled** 361:22
362:1
**traveling** 361:24
362:3,12,15
445:12
**treat** 352:24
431:24 552:5
**treated** 561:16
**treating** 552:4
**treatment** 308:5,6
325:11 326:5
352:9 481:17,21
483:23

**trials** 367:23 565:8
608:23
**tried** 455:17
**trocar** 398:1 399:8
399:9,12
**trouble** 439:22,24
508:11 536:11,13
**true** 329:13 344:11
345:9 386:2
419:1 453:6
518:16 538:9
548:2 559:7
560:23 571:7
601:4 610:19
**truly** 513:5
**Trumbull** 391:1,2
**trusted** 363:21
365:2,17,24
366:11 573:13
**truth** 610:14,14,15
**try** 313:12 319:17
320:16,21 327:22
357:17 366:7
394:17 401:13
411:15 421:16
428:18 440:11
462:14 467:11
469:17 478:22
560:14 584:18
585:5 602:5
**trying** 318:15
321:5 323:14
331:18 334:24
340:22 348:4
357:16 360:17,18
366:18 367:17
388:21,22 421:10
427:4 446:21
447:13 448:1
457:22 459:14
473:19 484:1
495:25 496:5
505:22 524:9
536:5 548:14
**Tunneller** 355:14
**turn** 336:21,23

341:2 342:18,21
345:20 348:5
352:1 353:6
363:8,16 364:7
364:14 371:21
384:4 400:18,22
400:23 401:6
432:11 467:12
479:1 494:6
495:9 497:14
545:17,21 553:15
558:16 560:25
561:24 563:9
568:25 569:9
570:22 572:8
573:20 577:20
582:2 587:18
603:18
**Turning** 496:6
**TVT** 306:15
307:11,15,16,24
308:6,7,12,16
309:7 310:8
333:12 338:11,12
355:12,15 356:4
364:15,17,22,25
366:9,19,25
368:10,19,20
369:23,25 370:3
370:8,14 371:25
374:6 375:10
394:12,14,23
397:25 399:12
400:9 403:19,25
404:23 407:10,17
411:5,13 420:21
421:4 443:19
446:6 447:6
450:11,16 451:3
451:4 452:22
466:14,21 468:10
468:11,12,15
469:12 478:17
483:4,9,24
486:12 491:13
511:9 521:20

523:12 532:1
578:1 580:20,23
581:8,21,24
585:11 597:6,19
598:11
**TVT-Abbrevo**
391:5 396:5
452:7
**TVT-Exact** 391:13
**TVT-O** 391:13
393:6 396:5,14
397:25 398:1,20
399:8,9 400:25
401:19 452:23,25
468:2,8 494:7
509:16 511:9
565:25 566:6,9
567:1,5
**TVT-Obturator**
316:4 370:9,24
371:3,22 390:19
**TVT-Retropubic**
355:20
**TVT-S** 406:24
407:2,8,19,22
408:6,9 411:16
428:12 442:9
444:1,9 446:10
449:5,15 450:21
451:19 452:14
454:11 455:11
459:16 464:12,15
467:9 469:4
470:22 482:5
489:11,20,25
507:25 512:24
513:25 514:23
518:19 519:17
520:3 524:19
**TVT-Secur** 307:20
308:3,8 333:2
371:15,18,22
372:1,5,21 373:2
373:3,5,16
450:25 451:8,12
451:15 452:7

453:3 454:17
458:16 467:13,16
468:3,18,23
475:25 476:3
477:22 478:12
480:11,15 481:18
484:3,10 486:9
488:2,17 491:25
492:6,18,23
493:10 494:7,24
495:8 518:22
521:16 523:15
524:21 525:18
531:19 535:6
536:3
**TVT/SUI** 307:12
466:16
**twice** 347:10,12
**two** 335:18 363:8
384:2 393:2,4
413:6 460:4,11
460:12,14 462:8
462:9,15,16,23
492:15 500:1
502:1,1,22
503:15 504:4
510:12 519:20,20
520:3 527:11
550:10 600:13
602:21 606:8
**two-day** 459:9
461:17
**type** 313:3 315:1
315:25 330:1
332:21 337:6
338:10,22,22
339:16 366:13
387:3 487:12
496:13,15 514:15
552:14,24 553:10
553:12 555:8
584:8 595:15
601:14
**types** 336:24 406:2
496:18 541:19
543:15 547:15

554:14,23
**typically** 321:15
380:18 434:22
475:18 487:21
544:7 559:1
580:6
**T744** 560:25
**T747** 563:9
**T748** 553:16,17
554:15
**T751** 306:7 335:13
573:16
**T752** 306:8 349:16
569:1
**T753** 306:10
376:21
**T754** 306:12
389:18
**T755** 306:14
396:20,25
**T756** 306:15 400:9
**T757** 306:17 412:8
**T758** 306:20 420:3
**T759** 306:23
423:24
**T760** 307:3
**T761** 307:6 433:11
**T762** 307:9
**T763** 307:11
443:18
**T764** 307:12
466:16
**T765** 307:14
**T766** 307:16
469:11
**T767** 307:17 473:7
**T768** 307:20 476:2
**T769** 307:24
478:16
**T770** 308:3 480:10
**T771** 308:5 481:20
**T772** 308:6 483:22
**T773** 308:8 484:10
**T774** 308:12
486:11
**T775** 308:15

488:12
**T776** 308:15
491:11
**T777** 308:18
494:14
**T778** 308:21
499:18
**T779** 308:23 502:4
**T780** 309:3 502:12
513:9
**T781** 309:5 518:23
**T782** 309:7 521:11
**T783** 309:9 521:19
**T784** 309:12
526:18
**T785** 309:15
528:24
**T786** 309:17 530:3
**T787** 309:19
530:11
**T788** 309:20
534:16
**T789** 309:23
545:13
**T790** 310:3 550:4
**T791** 310:6 556:15
**T792** 310:8 580:20

_____

**U**

**ugly** 535:7 536:4
**Uh-huh** 333:3
347:8 351:18
390:18 397:4
415:6 417:1,18
426:6 427:17
428:11 430:17
432:13 435:24
485:6 494:22
500:18 509:4
**ultimate** 317:12
**ultimately** 466:3
499:7 539:25
540:10
**unapproved**
557:23
**unbelievable**
465:17 543:5

**uncommon** 460:16
**undergone** 549:8
549:11
**underlined** 570:16
**undermine** 457:22
**underneath** 343:9
**underreported**
558:20 559:2
588:15 589:7
604:3 605:20
608:11
**underreporting**
514:11 589:14
590:14 605:10
**underscores** 368:8
**understand** 312:25
313:8 315:18
319:20,21 331:18
340:23 342:5,10
357:15 360:8
366:23 404:12
408:16,19 413:7
417:24 419:22
428:1 436:14
446:21 447:1,3,5
447:14 448:2
507:11 515:17
516:1 521:7
529:19 536:7
538:1 540:20
543:23 547:13
558:4 589:25
604:9
**understandable**
425:20
**understanding**
322:23 327:4
342:6,6 366:22
367:1 374:22
402:23 427:25
432:2 443:7,10
493:20 497:12,17
498:19 509:21
510:2 538:14
541:15 546:16
548:8 558:19

566:18 569:8
571:21,25
**understood** 342:10
370:13 410:3
421:12 513:4
559:8 589:23,24
589:24 590:17
**underway** 372:3
**unfortunately**
412:12 419:12
426:2 437:7
601:9
**unique** 414:14
**United** 302:1 312:7
509:25
**universe** 489:6,20
490:9
**unknown** 401:20
**unqualified** 548:1
548:18 549:5
550:21
**unquote** 567:9
**upcoming** 438:10
**update** 306:16
390:20 400:10
471:3,5 490:15
490:21 557:3,5
**updated** 307:14
412:23 415:20
442:12,15 454:5
466:12,19 482:4
482:22 489:24
490:15,23 491:2
491:5,5 525:12
525:16 556:20
**upper** 355:16
**ureter** 370:17
**urethra** 370:17
509:7
**urethral** 370:20
401:23 582:12
583:3 588:4
**urgency** 582:22
**urinary** 308:5,7
370:20 481:17,21
483:23 582:20

Confidential - Subject to Protective Order

583:10
**UroGyn** 573:24
**urogynecologist**
512:15
**Urogynecology**
304:24
**urological** 350:7
350:20 549:19
**urologist** 407:7
**urologists** 548:12
**Urology** 343:2
415:8 572:10
**usage** 377:17 381:7
381:15
**use** 306:9 316:4,16
316:21 317:6,13
317:14,15 326:14
330:2 333:16
338:12 349:18
350:6 354:14
355:12 356:4
366:6 377:23
381:5 396:6
401:14 402:3
404:23 406:24
407:25 408:18
411:13 416:8
421:20,24 422:7
425:23 426:18
445:16 457:6
458:4 472:12
474:5 475:10
478:22 501:19
504:17,18 510:7
513:3 526:9
539:9,14,20
540:12,17 541:9
552:25 556:4
558:8,10,11
567:22 568:1
580:2,2
**users** 393:2
**uses** 338:11 557:15
557:24
**usually** 381:22
**uterine** 527:7

**utero** 378:14
**utilize** 410:2
417:23 421:17
**utilizing** 552:9

———————
**V**
**vagina** 508:14
509:7
**vaginal** 450:11
552:5 582:15
583:1,5
**vaguely** 473:18
486:19 519:24
529:13 591:12
**validity** 367:22
**valuable** 421:25
**value** 356:1 418:4
**Van** 347:5 575:9
**varied** 339:3
381:24
**various** 307:15
329:2 412:25
436:19 444:19
446:6 452:4
466:14,21 470:9
472:4,11 475:22
520:14 530:22
531:24 557:9,9
567:13 595:16
607:23
**varying** 387:2
392:18
**vascular** 401:24
582:10
**Vegas** 527:10
**venture** 353:15
**verbal** 438:6
**verify** 351:1
**version** 413:3,5,8
**versions** 412:24,25
413:2 468:9
556:2
**versus** 394:1,3
440:10 516:2
**Vicryl** 367:8,14
**video** 308:8 451:4
451:22 464:20,20

464:21 484:3,11
484:17 488:2
**videographer**
305:5 312:1,3
335:22,25 375:24
376:1,5 402:14
402:18 464:23
465:22 480:5,8
504:24 505:3
537:9,12 583:18
583:21 584:24
585:2 594:8
603:9,15 609:5
**videos** 454:15
455:4
**videotape** 302:12
303:1
**Vie** 420:16,17
422:24
**Vincent** 400:3
**violation** 439:8
440:13
**Virginia** 302:1
304:13 312:8
**Virtual** 554:11
555:7 599:4
602:14
**vision** 573:5,12,15
**vitae** 411:25 412:5
538:12
**voice** 463:21
**VOL** 612:4
**volume** 302:11
303:1 495:10
497:3,5
**voluntarily** 442:14

———————
**W**
**W** 312:15
**Wage** 302:17
303:4 312:12
610:3,23
**wait** 396:19 430:23
527:5
**waiting** 458:23
**walked** 439:25
456:2

**walking** 584:8
**want** 313:8 316:2,3
316:4 325:6
337:15 338:12
344:3,6,10,12
348:2 352:21
355:10 362:17
402:22 403:13
415:2 418:5
433:24 435:11
437:5 443:13
446:8 447:7
448:19 449:2
450:18 451:16,17
453:7 459:3
465:19 466:12
467:17 478:19
488:1 489:23
494:5 497:19,21
502:17 504:18
507:4 510:23
513:23 523:11
526:25 528:16
529:5,25 535:19
537:17,25 542:5
548:6,24 562:18
563:8,17 569:2
577:20 578:16
579:15 599:14
602:9 603:7,18
**wanted** 341:8
403:4 421:4,9
448:12 501:1
507:12 552:21
557:5 580:8
**wanting** 500:20
523:2
**wants** 425:8
**warning** 352:12
438:6 440:12,23
442:2 569:15
579:12,17
**warns** 394:16
**Washington** 350:8
358:8,11 361:25
362:1 472:12

**wasn't** 327:2
328:15 339:12
351:11 356:8
357:9 397:11
425:15 453:12
457:13 463:9
478:1 494:4
543:18 544:4
555:5 571:23
573:17 576:20
577:19 600:6
608:20
**waste** 457:13 464:1
464:3,6
**watching** 408:14
543:13
**watch-outs** 396:1
**way** 337:9 338:24
342:2 352:2
355:3,25,25
356:1,5 364:8,11
367:11 368:16
369:1,19 374:17
375:19 384:16
407:2 436:12
446:9 449:4
467:9 473:2,21
490:11 501:16
515:12 517:13
520:21,22 528:14
528:17 531:21
542:24 551:7
564:15 569:3
570:11 573:10,11
**ways** 404:5 487:10
487:16 564:16,22
589:12 595:16
608:13
**web** 495:15 497:2
555:7
**webcast** 497:4
**webcasts** 494:24
496:17
**webinar** 553:10
**webinars** 554:3
599:3,21 600:13

Confidential - Subject to Protective Order

600:17,21,24
601:3
**webinex** 451:23
**website** 554:11
568:21
**websites** 565:2
**webX** 553:9
**Wednesday**
528:17
**weeks** 448:23
527:11
**weigh** 333:7
**weight** 367:22,24
**went** 313:23 314:8
314:12 315:15
351:15,16 364:15
376:8 388:6
407:11 439:4,19
439:22 446:22
456:20 463:23,23
484:6 488:9
493:2 548:15
557:6 580:8
**weren't** 322:5
345:6 358:16
373:6,11 433:4
455:24 524:20
546:21 585:22
599:8
**West** 302:1 304:13
312:8,16 516:8
**we'll** 335:12
349:20 350:17
359:21 361:8
378:6 380:25
389:15 400:6
449:10,13,16
454:23 461:4
478:24 502:1
560:14
**we're** 332:25 337:5
359:15 369:7
370:5 378:15
401:3 403:1,2
405:23 412:6
413:21 417:7

420:2 422:14
423:23 428:18,18
439:10 449:1
456:15 458:19
459:12,14,18
460:25 461:7,8
464:24 466:6,11
478:15 480:6,19
483:16,17 485:25
489:4 491:8
494:18 495:17
502:9 504:25
505:6 510:7
511:16 513:7,15
525:5 532:10
537:10 583:19
584:25
**we've** 328:3 334:3
336:3 352:19,22
353:7 369:5,15
369:24 383:11
414:25 421:24
448:23 456:21
460:15 462:8
464:11 471:18
475:22 477:12
493:5 495:12,16
507:5 525:10,13
531:23 541:18
550:16 554:6,8
555:11 556:18
600:22 603:23
604:2,15
**white** 476:13
486:20
**whoa** 423:7
**widespread** 514:16
**willing** 547:2
**Wilson** 304:7,7
306:3 402:12
403:5,6,7 407:19
411:24 412:12
424:4 429:3
434:4 437:7,12
442:25 446:14
447:5,12 448:20

449:11,24 453:17
453:20,24 454:22
455:2,5,8,14
459:4,24 460:8
461:5 462:11,16
463:19,22 464:5
464:10,16 465:6
465:9,14,18
466:8,23 469:3,6
469:9 473:12
475:24 476:7
478:10,19,25
480:3,14 481:10
482:8,12,17,20
483:3,16,20
484:1 485:1,7,12
486:8 488:6,21
488:24 489:2
499:16 501:24
502:8,15,21
503:4,10,16,19
504:1,7,13,18,22
510:6,9,19 513:7
519:5 521:9,24
526:12,14 529:3
530:7 532:13,15
532:17 534:14,21
535:14 579:11
**wish** 443:8 462:17
462:24 463:4,6
**withdrawn** 444:4
**WITKIN** 304:2
**witness** 311:5
312:13 357:22
359:24 360:7,13
377:1 400:8
401:2 402:25
403:2,11,12
413:16 427:21
446:18 449:1,22
449:23 455:22
456:17,18 457:2
457:3,11,13
458:4,11 460:6
461:24 463:4,13
464:12,15 465:12

465:13 467:24
478:22 488:19
550:12 551:7
575:21 610:12,20
611:1
**witnessed** 560:21
**witnesses** 462:6
**woman** 408:9
**women** 373:5
406:2 524:19
536:19
**Women's** 343:1
415:8 572:10
**wonder** 364:3
**wondering** 522:25
**word** 405:19 416:8
586:22
**worded** 399:20
435:14
**wording** 557:4
**words** 313:22
314:17 316:1
327:10 344:22,24
345:2 384:8,8
426:23 435:7
**work** 323:19 324:5
366:23 367:12
382:14 383:22
410:7 430:22
431:2,23 434:24
442:16 500:2
506:18 515:22,23
517:1 540:10
543:18 545:6
547:5 548:13
555:13,15,23
556:4 581:19
584:1 585:7
606:3
**worked** 320:4
345:9 367:8,14
385:20 391:2
419:4,4,7 428:5
434:15 519:10
522:9,11,13
538:15 544:18

546:20 596:24
**working** 313:18
315:15 320:3
324:19 335:7
344:17 348:21
385:7,25 409:15
472:9 487:24
517:15 544:9
549:17 583:23
584:2,6 585:22
586:1 589:25
**works** 430:25
500:4 507:12
518:10
**workshops** 602:2
**world** 444:18
516:7 530:19
531:25 535:5
536:2 554:12
555:7 599:5
602:14
**worldwide** 401:19
401:25 414:8,15
437:21 443:4
444:15 445:6
476:18 490:24
502:10 506:4
522:4 525:15
561:16
**worry** 395:11
**wouldn't** 331:25
332:14 334:20
345:16 348:18
358:17 372:19
409:17 416:9
439:24 467:22
470:5 508:3
541:10 571:13
607:3
**Wound** 583:9
**wrap** 532:16
**write** 329:14 432:7
**writing** 516:13
**written** 365:16
406:7,9,17
**wrong** 327:11

Confidential - Subject to Protective Order

337:23 365:9
388:6 389:23
441:15 459:14
489:4 515:7
536:16 565:23
595:9
**wrote** 498:24
514:3 520:7,8
532:5 595:9

---

### X

**X** 306:1,5 307:1
308:1 309:1
310:1

---

### Y

**Y** 312:15
**yeah** 313:7 314:11
315:21 317:9,13
320:12,14,14
321:17,18 322:4
323:21 325:4,17
326:18,19 330:11
332:24 333:23
334:4,11 336:19
337:9,12,17
338:5,16 339:24
340:21,22 342:12
342:24 344:1
345:4 347:14
348:12,13 350:22
357:15 365:8,23
366:17 367:15
369:7,11,12
370:7 372:13
375:24 377:9,24
379:17 380:13
382:4,18 386:2
386:12,20 387:22
388:1 389:3,4
392:4,5,20
393:13 394:9
395:7,22 397:17
397:19 398:5
400:20 404:15
405:17,17 406:16
407:14 409:11

410:8,12 412:20
417:22 420:13,25
422:13 423:21
426:11 428:2
429:12 430:12
438:4 439:18
449:9,20 450:4
450:24 451:21
452:16,19 453:7
454:13 461:2
465:25 467:24
468:20 470:1
472:7,14 479:5
479:11 480:18,25
482:1,17 483:20
487:21 489:2,18
493:12 499:13,14
500:16,23 502:22
502:22 503:8,16
504:22 506:8
509:20,21 515:6
515:7 518:10
523:5,10 524:3,6
526:7 528:21,21
529:16,17 533:6
535:8,14 536:8
550:16 554:2,21
554:24 556:12
557:19 563:12
565:22 567:24,24
573:10 575:2
578:10 579:22
581:15 582:21
594:25 597:18
598:6 599:20,22
600:25 602:1
603:1,4 608:6
**year** 375:7 378:5
378:18 379:19,25
380:1,11,16
382:15 383:16,18
385:4,5,6,8,20
386:1,5,14
391:12 419:21,23
420:12 429:17
431:13 435:4

437:6 529:8
579:23 594:3
601:3
**years** 329:21
354:18 355:19
363:22 365:4,19
366:13 368:12
374:12 395:3
411:21 423:19,19
472:9 476:22
477:2,13 519:20
519:21 520:3
533:12 536:18,20
544:17 552:18
555:2,3 585:25
587:9,11 595:19
600:8,14,16
601:3 602:17,17
602:21
**yellow** 393:16
**Yeo** 519:7,7,8,9,15
520:6
**Yep** 582:19
**yesterday** 313:9,20
314:1 318:14,16
332:15 334:16
348:23 349:6
367:3,18 388:13
388:20 389:1
392:13,21 393:10
394:21 422:22
444:16 455:17
456:8,18 457:18
458:9 459:5
461:9,15,16
486:1 498:18
534:6 555:1
566:4
**York** 303:8
**you's** 584:8

---

### $

**$100,000** 378:18
378:22 381:5,9
381:16,19 382:3
382:11,15 383:3
386:7,17

**$162,475** 380:11
383:16,23
**$215,000** 427:16
427:24
**$25,000** 428:12
**$250,000** 378:20
378:22
**$3,000** 381:17,22
382:2,7,9,18,21
382:23 383:21
385:7,18,18,24
386:16
**$410,000** 384:21
385:6,8

---

### 0

**0** 401:23
**00134498** 502:2
**00134499** 308:24
502:5
**00147509** 308:10
484:12
**00154831** 488:7
**0029667** 335:11
**00308094** 468:25
**00319129** 310:6
556:16
**00370392** 478:13
**00461576** 550:16
**00805442** 309:10
521:21
**00813007** 308:18
491:15,18
**00814239** 309:21
534:17
**00815877** 529:4
**00815881** 309:15
528:25
**00815892** 526:17
**00815894** 309:13
526:19
**00815934** 309:7
521:12
**00819604** 308:19
494:15
**00819622** 499:17
505:11

**00819625** 508:23
**00819627** 308:21
499:19 505:12
507:19
**00819703** 494:19
**01000449** 476:10
**01000457** 307:22
476:4
**01128679** 486:9
**01128698** 308:13
486:13
**01706065** 349:15
**01719509** 530:8
**01719510** 530:8
**01719516** 309:20
530:16
**01761352** 513:24
**01761359** 309:3
513:10
**02340590** 307:12
443:19
**03751819** 485:4
**04181833** 481:14
482:6,18
**05320911** 480:17
**05795508** 310:10
580:22,25
**06121290** 519:4
**06121292** 309:5
518:24
**06604** 304:22
**07** 524:13,14,19,20
526:1
**07386592** 306:10
376:22
**07396541** 473:13
**07396546** 307:18
473:9
**08692184** 412:7
**08692185** 306:18
412:9
**08692279** 307:10
437:16
**08692297** 420:8
**08692304** 306:21
420:5

---

Confidential - Subject to Protective Order

**08692305** 424:5
**08692311** 306:24
  424:1
**08692312** 429:4
**08692317** 307:4
  428:25
**08692324** 307:7
  433:13
**08692381** 434:2
**08876** 312:17
**09** 484:4

---

**1**
**1** 363:5 376:2
  401:23 426:15
  427:15 432:16
  433:4 450:12
  457:1 598:3
  605:10
**1.5** 365:13 374:11
**1:40** 465:21
**1:43** 465:23
**10** 363:21 574:3
**10/20/2008** 570:3
**10/23/06** 310:3
  550:4
**10:10** 376:1,4
**10:26** 376:4,6
**100,000** 382:6
  401:18,24
**1020** 304:17
**103** 304:8
**104,000** 380:6
**109,000** 380:6
**11** 302:15 303:12
  311:22 375:7
  610:10 612:3
**11th** 312:4 438:10
**11.5** 355:19 368:12
  374:12
**11:00** 440:18
**11:11** 402:14,17
**11:24** 402:17,19
**1100** 304:21 418:9
  418:12
**1111** 304:8
**1150** 418:19

**12** 311:22 468:24
  575:14
**12th** 469:7
**12:30** 463:11,18,24
**12:45** 465:21
**12:47** 464:24
**13** 362:14 574:4
  575:14
**13th** 453:15 454:24
**136** 385:10,12,20
**1380** 304:12
**14th** 453:15
**1400** 304:17
**146** 397:24
**147507** 484:4
**15** 311:23
**150** 588:5
**150,000** 588:5,6,7
  588:11,24
**154831** 484:5
**16** 308:9 311:22
  451:2 484:11,22
**160** 306:15 396:22
**17** 304:3 451:2
**18** 311:23 451:2
**18th** 479:6 524:14
  524:20
**19** 369:4,10 451:2
**19th** 379:22 380:2
  383:16

---

**2**
**2** 376:6 401:22,23
  401:24,24 402:15
  424:24,24 430:16
  430:24 432:11,19
  569:13 571:5
**2nd** 390:16
**2.5** 394:24 395:12
**2:06** 480:6
**2:08** 480:9
**2:47** 504:24 505:2
**2:55** 505:2,4
**20** 451:2 581:18
  584:20 613:15
**20th** 354:13 585:21

586:7
**20-22** 306:14
  396:21
**200** 304:3 473:1
  544:20
**2000** 523:20
**2001** 581:18
  585:21 586:7
**2002** 586:4
**2003** 563:25
  594:19,24 595:7
**2005** 306:20
  419:23 420:3,9
  422:19
**2006** 306:23
  404:13,16,18
  407:7,8,9,14
  408:5,22 409:2
  410:9 413:18
  414:1 415:4
  418:9,12,20
  423:24 424:6
  425:5,11 467:23
  468:24 469:7
  494:21 505:10
  516:20 517:13
  551:23 587:7
  601:1 604:16
**2007** 307:3 418:10
  418:21 428:23
  429:5,7,13,18,18
  430:9 431:10
  478:15 479:6,8
  480:18 523:21
  531:17
**2008** 306:7 307:6
  308:9,15 335:14
  336:8 353:12
  354:13 362:13
  413:14,18 414:1
  414:7 415:5
  429:10,12 432:25
  433:2,8,11 434:7
  468:8 481:15
  484:11,22 486:2
  488:11 491:12

492:8 519:19
  520:2,12 522:1
  523:21 530:14
  531:17,24
**2009** 343:2 362:5,9
  362:10 372:19
  374:21,22 434:8
**2010** 352:4 353:9
  353:13,14 377:10
  379:19,22 380:1
  380:12 383:16,22
  390:16 486:17
  595:7,9,13,18
**2011** 387:19
**2012** 362:13 438:1
  438:7,10 440:6
  440:18
**2013** 302:15
  303:12 312:4
  361:21 448:22
  610:10,25 612:3
**202-1010** 304:4
**203** 304:22
**21** 311:17 440:6
  451:2 482:13,15
  482:18 610:25
**21st** 438:7
**22** 312:16 369:22
  428:12
**22nd** 478:14 479:7
  480:18
**23** 311:23 451:4
  483:5
**23rd** 551:23
**2318** 434:3,4
**2327** 302:4 612:2
**24** 394:15 395:9
  398:7,22,24
  399:18 451:4,4
**25** 371:14 452:12
  452:20 467:23
**25301** 304:13
**26** 452:21 468:3
  524:19 526:1
  563:25 594:19
**26th** 469:5 524:13

**27** 453:1 468:5
**27605** 304:8
**28** 453:1 468:5
**29** 373:16 453:2
  468:5
**291,000** 380:7

---

**3**
**3** 382:24 394:25
  395:12 402:19
  464:24 552:4
  569:10 571:5
**3rd** 488:11
**3:22** 526:13
**3:30** 466:5 532:14
**3:40** 537:10,11
**3:50** 537:11,13
**30** 386:6,15 468:5
  492:15 552:1
  577:19 598:2
  603:10 611:12
**30(b)(6)** 449:22
**300** 304:12 370:19
**300,000** 365:6
**302-309** 613:3
**304** 304:13
**31** 372:10 374:5
  415:14,17,20
  416:3 456:2
  468:5 577:18
**312/585** 306:3
**32** 373:8,10 468:5
**33** 381:18 382:2,4
  382:10,15,24
  383:3 468:6
**335** 306:7
**34** 468:8
**349** 306:8
**35** 468:5
**35202** 304:4
**36** 483:6
**361** 311:22
**37** 468:14
**37-page** 306:8
  349:16
**375** 306:10
**377** 564:1

Confidential - Subject to Protective Order

**38** 373:4 402:23,23
   468:14
**382-9700** 304:22
**389** 306:12
**39** 468:14
**39157** 304:17
**396** 306:14

**4**

**4** 370:18 457:7
   465:23 504:25
   552:4 553:19,21
   554:1,1,15
   570:22 571:5
   598:15,22
**4th** 448:22 482:21
   483:5
**4.5** 385:21
**4:30** 461:14
**4:49** 583:19,20
**4:54** 583:20,22
**4:55** 584:24 585:1
**4:57** 585:1,3
**40** 363:22 365:4,19
   366:13
**40,000** 365:4
**400** 306:15
**400,000** 365:8,9,10
**402** 311:17
**403** 306:3
**412** 306:17
**414-1800** 304:13
**42** 468:15
**420** 306:20
**423** 306:23
**428** 307:3
**433** 307:6
**437** 307:9
**441** 307:11
**466** 307:12,14
**469** 307:16
**473** 307:17
**476** 307:20
**478** 307:24
**48** 394:15 395:9
   398:7,22,24
   593:1

**48-hour** 399:18
**480** 308:3
**481** 308:5
**483** 308:6
**484** 308:8
**486** 308:12
**488** 308:15
**491** 308:15
**494** 308:18
**499** 308:21

**5**

**5** 420:21 421:12
   457:7 505:4
   585:20 588:5,5,6
   588:10,24
**5:21** 603:11,14
**5:26** 603:14,16
**5:33** 609:6,9
**50** 457:6 458:3
   463:13 552:1
   598:2
**502** 308:23
**513** 309:3
**518** 309:5
**52** 400:18 453:15
   453:17
**521** 309:7,9
**526** 309:12
**528** 309:15
**53** 484:5
**530** 309:17,19
**534** 309:20
**537/607** 306:4
**54** 383:25 384:1
**541** 309:23
**543** 311:22
**5497** 587:22
**550** 310:3
**551** 311:22
**556** 310:6
**559** 311:22
**560** 311:23
**563** 311:23
**566** 311:23
**577** 311:23
**580** 310:8

**6**

**6** 311:23 363:9
   537:13 598:4
   603:12
**6th** 437:25 438:4
   440:17 481:15
   505:10
**6/20/2001** 581:11
   581:14
**60** 526:15
**600** 370:15 605:16
**600,000** 561:15
   605:18
**601** 304:18
**62** 372:1
**63** 582:3
**64** 374:1
**65** 582:10
**66** 383:24

**7**

**7** 311:22 420:21
   421:12 603:16
   609:6
**7th** 486:16 494:21
**7/8/2009** 556:21
**700,000** 605:17,18
**740** 542:9
**744** 603:8,19 605:3
**746** 561:25
**747** 564:4 565:14
**748** 565:12,21
   598:14,16,20
**751** 335:12 336:3
   572:3,4
**752** 349:21 485:11
   485:13 576:9
**753** 376:19 377:2
   387:25 388:2
**754** 389:25 390:1
**755** 389:24
**756** 400:13
**757** 412:7,19 418:6
   418:22
**758** 420:2
**759** 423:23

**760** 428:22,23
**762** 437:11,14
**763** 443:12
**765** 466:15,19
**767** 473:13
**768** 475:25
**769** 478:15
**77** 587:18,20,21
**770** 481:9
**771** 481:14
**772** 483:19,21
**775** 488:9
**776** 491:18
**777** 494:19
**778** 499:17 502:18
   502:19 503:2,23
   505:7
**779** 501:25 503:13
   503:18 510:15,18
   604:13,14 608:1
**780** 502:9 503:12
   504:4 510:8,9,11
   510:15,22 513:8
   513:23 604:11
**781** 519:3
**782** 521:15
**783** 521:18 523:12
**784** 526:17
**785** 529:4
**786** 530:8
**787** 530:8 532:11
**788** 534:20
**789** 545:12 594:12
**790** 550:17 551:15
   596:13 597:13,19
   607:16
**791** 556:14,18
   590:24 593:9
**792** 581:4 585:8
   588:23
**794** 590:22

**8**

**8:43** 610:11
**8:45** 303:12 312:4
**80** 503:13
**84** 427:6

**85** 365:3,18,24
   366:12
**850** 304:4
**855** 304:21
**877.370.3377**
   302:21
**890-0181** 304:9

**9**

**9** 363:21 370:15
   573:21
**9A** 303:11 610:9
**9:17** 335:23,24
**9:21** 335:24 336:1
**919** 304:9
**93** 371:25
**948-5711** 304:18
**96,000** 380:6
**98** 486:10
**980** 418:9,21
**99** 382:24