# EXHIBIT 7

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT