# EXHIBIT 8

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT