# EXHIBIT 9

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT