# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF INTENT

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon"), by and through the undersigned counsel, hereby submit this Notice of Intent for the purpose of alerting the Court and liaison counsel for the Plaintiffs in MDL No. 2327 that Ethicon hereafter intends to file a motion to dismiss in the form of Exhibit A in each of the member cases listed in Exhibit B.

The plaintiffs in the member cases listed in Exhibit B have not submitted a complete Plaintiff Profile Form ("PPF"), as required by Pretrial Order # 17.  Pretrial Order # 17 provides that "[i]f a plaintiff does not submit a PPF within the time specified in this Order, defendants may move immediately to dismiss the plaintiff's case without first resorting to . . . deficiency cure procedures" set forth elsewhere in the Order.  *See* Pretrial Order # 17 ¶ 1(g).  Because the plaintiffs listed in Exhibit B have not submitted a PPF in accordance with Pretrial Order # 17, Ethicon intends to seek dismissal of their cases with prejudice.

    Respectfully submitted,

    ETHICON, INC. AND
    JOHNSON & JOHNSON

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800

*/s/ Christy D. Jones*
Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, David B. Thomas, certify that on November 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800

COUNSEL FOR DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON