# EXHIBIT B

PPFs Never Received  and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|---|---|---|---|
| Aida | Velez | 2:13-cv-20399 | 9/22/2013 |
| Aldrich | Barbara | 2:13-cv-06609 | 6/7/2013 |
| Allen | Bridget | 2:13-cv-20666 | 9/26/2013 |
| Allred, et al | Jacqueline | 2:13-cv-04180 | 5/14/2013 |
| Amberson, et al | Lisa | 2:13-cv-10242 | 7/12/2013 |
| Anderson | Gabriela | 2:13-cv-20670 | 9/26/2013 |
| Asaro | Sherry | 2:13-cv-17551 | 9/14/2013 |
| Ashburn | Cynthia | 2:13-cv-16019 | 9/5/2013 |
| Austin | Karon | 2:12-cv-03187 | 12/13/2012 |
| Autrey | Teresa | 2:13-cv-12704 | 8/8/2013 |
| Bacon | Marcella | 2:13-cv-13089 | 8/12/2013 |
| Bailey | Wanda | 2:13-cv-16347 | 9/6/2013 |
| Bailey, et al | Melissa | 2:13-cv-20773 | 9/30/2013 |
| Balkema | Sheryl | 2:13-cv-13636 | 8/15/2013 |
| Banister | Beth | 2:13-cv-17013 | 9/11/2013 |
| Banks | Zelda | 2:13-cv-06802 | 6/11/2013 |
| Bannister | Melanie | 2:13-cv-20765 | 9/30/2013 |
| Basson | Billy | 2:13-cv-20673 | 9/26/2013 |
| Bates | Naomi | 2:13-cv-19262 | 9/19/2013 |
| Bauman, et al | Barbara Jo | 2:13-cv-18551 | 9/18/2013 |
| Baya, et al | Maryann | 2:13-cv-16955 | 9/10/2013 |
| Bedner | Juanita | 2:13-cv-15674 | 9/3/2013 |
| Beeler, et al | Sarah | 2:13-cv-03573 | 5/8/2013 |
| Beh, et al | Gale | 2:13-cv-17716 | 9/16/2013 |
| Belcher, et al | Anna | 2:13-cv-16363 | 9/6/2013 |
| Bermudez, et al | Lizzette | 2:13-cv-11259 | 7/23/2013 |
| Bernhauser | Karoleigh | 2:13-cv-16309 | 9/6/2013 |
| Besick, et al | Beatrice | 2:13-cv-03499 | 5/7/2013 |
| Bickmeyer | Roxanne | 2:13-cv-15447 | 9/2/2013 |
| Biegler | Bethany | 2:13-cv-10211 | 7/12/2013 |
| Birri, et al | Jennifer | 2:13-cv-10450 | 7/16/2013 |
| Blakeney | Marie | 2:13-cv-20440 | 9/23/2013 |
| Blanchard, et al | Gloria | 2:13-cv-16638 | 9/18/2013 |
| Blanton | Loretta | 2:13-cv-18413 | 9/18/2013 |
| Bodkin | Tjwina | 2:13-cv-20674 | 9/26/2013 |
| Bodman | Hilary | 2:13-cv-20763 | 9/30/2013 |
| Bogie | Wanda | 2:13-cv-08674 | 7/2/2013 |
| Borelli | Marge | 2:13-cv-24577 | 12/13/2012 |
| Borst | Kristy | 2:13-cv-20303 | 9/21/2013 |
| Bourquin, et al | Jacqueline | 2:13-cv-17106 | 9/11/2013 |
| Bowman | Juanita | 2:13-cv-20622 | 9/26/2013 |
| Brasher | Karen | 2:12-cv-03324 | 12/13/2012 |
| Brewster, et al | Lori Anne | 2:12-cv-04771 | 12/13/2012 |
| Brown | Shirley | 2:13-cv-17098 | 9/11/2013 |
| Brown | Verna | 2:13-cv-20677 | 9/26/2013 |
| Brown, et al | Betty | 2:13-cv-19633 | 9/20/2013 |

PPFs Never Received  and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|------|-------|-----------|--------------|
| Broyles, et al | Tami A | 2:13-cv-20068 | 9/20/2013 |
| Bryant | Judy | 2:13-cv-05358 | 5/27/2013 |
| Bryant, et al | Helen | 2:13-cv-10616 | 7/17/2013 |
| Callahan, et al | Theresa | 2:13-cv-17085 | 9/11/2013 |
| Calvert | Jacqueline | 2:13-cv-11371 | 7/25/2013 |
| Cammallere | Linda | 2:13-cv-08950 | 7/4/2013 |
| Campagna | Diane | 2:13-cv-18416 | 9/18/2013 |
| Campos | Laura | 2:13-cv-11275 | 7/23/2013 |
| Canady | Norma | 2:13-cv-15685 | 9/3/2013 |
| Canfield, et al | Martha | 2:13-cv-05007 | 5/22/2013 |
| Canham | Mary | 2:13-cv-19709 | 9/20/2013 |
| Carswell | Rosie | 2:13-cv-20678 | 9/26/2013 |
| Cavazos, et al | Dinora | 2:13-cv-10536 | 7/16/2013 |
| Chagnon, et al | Carolyn Kelley | 2:13-cv-19898 | 9/20/2013 |
| Chapman | Anita | 2:13-cv-20772 | 9/30/2013 |
| Charbonneau, et al | Jacquelyn | 2:13-cv-20680 | 9/26/2013 |
| Cherry | Kathy | 2:13-cv-02186 | 4/18/2013 |
| Cisneros | Rosa | 2:13-cv-18665 | 9/18/2013 |
| Clancy, et al | Jeanne | 2:13-cv-03721 | 5/8/2013 |
| Clements, et al | Diane | 2:13-cv-20681 | 9/26/2013 |
| Coker, et al | Allison | 2:13-cv-15906 | 9/4/2013 |
| Colando | Melodye | 2:12-cv-03133 | 12/13/2012 |
| Connell, et al | Shirley | 2:13-cv-16646 | 9/18/2013 |
| Conner | Genevieve | 2:13-cv-13806 | 8/16/2013 |
| Contreras, et al | Lucia | 2:13-cv-09194 | 7/5/2013 |
| Cook | Patricia | 2:13-cv-15158 | 8/30/2013 |
| Cook | Sharon Mae | 2:13-cv-15002 | 8/29/2013 |
| Coons, et al | Donna | 2:13-cv-20058 | 9/20/2013 |
| Cornett | Mechelle | 2:13-cv-14094 | 8/21/2013 |
| Crane | Patricia Keay | 2:13-cv-19203 | 9/19/2013 |
| Crawford | Lucy | 2:13-cv-19045 | 9/19/2013 |
| Cronk | Sharon | 2:13-cv-18877 | 9/18/2013 |
| Crotwell, et al | Geri | 2:13-cv-07808 | 6/20/2013 |
| Croy | Geraldine | 2:13-cv-16666 | 9/9/2013 |
| Cunningham | Karlene | 2:13-cv-17826 | 9/16/2013 |
| Dassing | Melissa | 2:13-cv-11752 | 7/26/2013 |
| Davies | Linda | 2:13-cv-15539 | 9/3/2013 |
| Davis | Sybil | 2:13-cv-16668 | 9/9/2013 |
| Davis, et al | Teresa Ann | 2:13-cv-13986 | 8/20/2013 |
| De Pena | Santos | 2:13-cv-19884 | 9/20/2013 |
| Del Valle, et al | Linda | 2:13-cv-17243 | 9/11/2013 |
| Dempson, et al | Rachel | 2:13-cv-19968 | 9/20/2013 |
| Depucci, et al | Norma | 2:13-cv-19214 | 9/19/2013 |
| Derrisseaux | Chastity | 2:13-cv-12365 | 8/5/2013 |
| DesRoches | Kathleen | 2:12-cv-08726 | 2/18/2013 |
| DeStefano | Gloria | 2:13-cv-04047 | 5/10/2013 |

PPFs Never Received  and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|------|-------|-----------|--------------|
| Dible | Julianna | 2:13-cv-15626 | 9/3/2013 |
| Dillard, et al | Telaestar M | 2:13-cv-20056 | 9/20/2013 |
| Dotson | Bobbie | 2:12-cv-03089 | 12/13/2012 |
| Dumais | Hope | 2:13-cv-05187 | 5/23/2013 |
| Dunning, et al | Allison | 2:13-cv-10604 | 7/17/2013 |
| Edwards | Tammy | 2:13-cv-13795 | 8/16/2013 |
| Ellis, et al | April | 2:13-cv-16683 | 9/9/2013 |
| Esparza | Maria | 2:13-cv-19663 | 9/20/2013 |
| Farner, et al | Kelly | 2:13-cv-12725 | 8/8/2013 |
| Fife | Debra | 2:13-cv-14967 | 8/29/2013 |
| Fischer, et al | Patricia | 2:13-cv-13330 | 8/13/2013 |
| Fitt, etal | Melynda | 2:12-cv-06819 | 12/28/2012 |
| Flagg, et al | Donna | 2:13-cv-16985 | 9/10/2013 |
| Flatt, et al | Angela | 2:13-cv-06545 | 6/6/2013 |
| Flesher, et al | Charlotte | 2:13-cv-24462 | 12/13/2012 |
| Flores, et al | Peggy | 2:13-cv-15715 | 9/3/2013 |
| Fortuna | Irene | 2:13-cv-04726 | 5/17/2013 |
| Franklin | Susan | 2:13-cv-17443 | 9/13/2013 |
| Freeman, et al | Karen | 2:13-cv-13786 | 8/16/2013 |
| Freeman, et al | Karen | 2:13-cv-20762 | 9/30/2013 |
| Gage | Billie | 2:13-cv-02621 | 4/24/2013 |
| Gagne | Claire | 2:13-cv-20581 | 9/25/2013 |
| Gale, et al | Heather | 2:13-cv-19103 | 9/19/2013 |
| Galinsky, et al | Norma | 2:13-cv-15061 | 8/29/2013 |
| Gambill, et al | Donna | 2:13-cv-15771 | 9/3/2013 |
| Gandy | Lissa | 2:13-cv-02683 | 4/25/2013 |
| Garcia | Francisca | 2:12-cv-09210 | 2/26/2013 |
| Garcia | Lisa | 2:13-cv-12419 | 8/6/2013 |
| Garcia | Sonia | 2:13-cv-19539 | 9/20/2013 |
| Garcia, et al | Esther | 2:13-cv-17035 | 9/11/2013 |
| Gebert, et al | Jennifer | 2:13-cv-20614 | 9/26/2013 |
| George | Christina | 2:13-cv-14587 | 8/26/2013 |
| Gladding | Jean | 2:13-cv-18789 | 9/18/2013 |
| Gonzales, et al | Georgia | 2:13-cv-11277 | 7/23/2013 |
| Gonzalez, et al | Ann | 2:13-cv-13647 | 8/15/2013 |
| Gore | Susan | 2:13-cv-16314 | 9/6/2013 |
| Green | Robin | 2:13-cv-11055 | 7/19/2013 |
| Greenwood, et al | Lillian | 2:13-cv-00523 | 3/21/2013 |
| Grewe | Helen | 2:13-cv-06245 | 6/5/2013 |
| Groeschal, et al | Holly | 2:13-cv-18113 | 9/17/2013 |
| Gutierrez | Lorena Lopez | 2:13-cv-19204 | 9/19/2013 |
| Hale, et al | Lori | 2:13-cv-16812 | 9/10/2013 |
| Hall | Connie Roman | 2:13-cv-12086 | 8/1/2013 |
| Hanlon, et al | Tonja | 2:12-cv-04014 | 12/13/2012 |
| Hansen, et al | Teresa | 2:13-cv-17921 | 9/16/2013 |
| Hatfield, et al | Connie | 2:13-cv-17131 | 9/11/2013 |

PPFs Never Received  and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|------|-------|-----------|--------------|
| Head | Adalynn | 2:13-cv-14092 | 8/20/2013 |
| Heath, et al | Diane | 2:13-cv-13084 | 8/12/2013 |
| Hendel, et al | Nancy | 2:13-cv-19878 | 9/20/2013 |
| Hendricks, et al | Gail | 2:13-cv-19217 | 9/19/2013 |
| Hernandez | Tomasita | 2:13-cv-17092 | 9/11/2013 |
| Hernandez, et al | Guadalupe | 2:13-cv-16311 | 9/6/2013 |
| Herrera | Jessica | 2:13-cv-15007 | 8/29/2013 |
| Hertrampf | Chris | 2:13-cv-16689 | 9/9/2013 |
| Herzog | Robin | 2:13-cv-19057 | 9/19/2013 |
| Herzog, et al | Sophia | 2:13-cv-11508 | 7/25/2013 |
| Hohimer | Lisa | 2:13-cv-10208 | 7/12/2013 |
| Holober | Frieda | 2:13-cv-17971 | 9/18/2013 |
| Holt | Lisa | 2:13-cv-18423 | 9/18/2013 |
| Hovarter, et al | Bonnie | 2:13-cv-19252 | 9/19/2013 |
| Hubler, et al | Jeanne | 2:13-cv-17060 | 9/11/2013 |
| Humphries, et al | Karen E | 2:13-cv-19853 | 9/20/2013 |
| Hunt, et al | Roma | 2:13-cv-16119 | 9/5/2013 |
| Hurd, et al | Penny | 2:13-cv-15885 | 9/4/2013 |
| Huston,  et al | Karen | 2:13-cv-01222 | 4/2/2013 |
| Hutchinson, et al | Nancy | 2:13-cv-11512 | 7/25/2013 |
| Hyde, et al | Katherine | 2:13-cv-08829 | 7/3/2013 |
| Jack | Lori J | 2:13-cv-13462 | 8/14/2013 |
| Jackson, et al | Gloria | 2:13-cv-19276 | 9/19/2013 |
| Jacobson, et al | Yvette | 2:13-cv-15904 | 9/4/2013 |
| Jager | Edna | 2:13-cv-18266 | 9/17/2013 |
| Jarrett, et al | Linda | 2:13-cv-04837 | 5/20/2013 |
| Jenkins | Gwendolyn | 2:13-cv-18307 | 9/17/2013 |
| Jewett, et al | Judith | 2:13-cv-16979 | 9/10/2013 |
| Johnson, et al | Sylvia | 2:13-cv-03845 | 5/9/2013 |
| Jones, et al | Julie | 2:13-cv-07161 | 6/13/2013 |
| Jones, et al | Regina | 2:13-cv-11670 | 7/26/2013 |
| Karkut | Sheryl | 2:13-cv-14422 | 8/23/2013 |
| Kaufman | Candy | 2:13-cv-04292 | 5/15/2013 |
| Keeney | Edith | 2:13-cv-19926 | 9/20/2013 |
| Keimig | Marylou | 2:12-cv-08095 | 2/4/2013 |
| Kelly, et al | Christine | 2:13-cv-16357 | 9/6/2013 |
| Kemp, et al | Barbara | 2:13-cv-15016 | 8/29/2013 |
| Kendrick, et al | Linda | 2:13-cv-17160 | 9/11/2013 |
| Kielbasa | Carolita | 2:13-cv-00004 | 3/12/2013 |
| Kilgallen | Elizabeth | 2:13-cv-17059 | 9/11/2013 |
| King | Nellie | 2:13-cv-15886 | 9/4/2013 |
| King, et al | Teresa | 2:13-cv-20415 | 9/23/2013 |
| Knych, et al | Shirley | 2:13-cv-19157 | 9/19/2013 |
| Kopac | Nina M | 2:13-cv-17475 | 9/13/2013 |
| Kowal, et al | Valerie | 2:13-cv-17094 | 9/11/2013 |
| Krage, et al | Jacquelyn | 2:13-cv-00006 | 3/12/2013 |

PPFs Never Received and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|------|-------|-----------|--------------|
| LaBate | Tina | 2:13-cv-10787 | 7/18/2013 |
| Lammers, et al | Julie | 2:13-cv-18966 | 9/19/2013 |
| Landers | Monica | 2:13-cv-02880 | 4/29/2013 |
| Landmesser, et al | Sherry | 2:13-cv-15934 | 9/9/2013 |
| Law | Carrie | 2:13-cv-17032 | 9/11/2013 |
| Lawrence, et al | Barbara Jean | 2:13-cv-03385 | 5/6/2013 |
| Leake | Marthamarie | 2:13-cv-05961 | 5/31/2013 |
| Lee | Linda | 2:13-cv-08068 | 6/25/2013 |
| Lee, et al | Helen | 2:13-cv-20714 | 9/27/2013 |
| Leighton | Alison | 2:13-cv-19288 | 9/19/2013 |
| Leiphart, et al | Marilyn | 2:13-cv-17056 | 9/11/2013 |
| Lemasters | Terri | 2:13-cv-16056 | 9/5/2013 |
| Lewis | Karen | 2:13-cv-20627 | 9/26/2013 |
| Lewis | Mitzi | 2:12-cv-09940 | 3/11/2013 |
| Lewis | Robin | 2:13-cv-16695 | 9/9/2013 |
| Lewis | Sheryl | 2:12-cv-01839 | 12/13/2012 |
| Lightfoot | Cathleen | 2:13-cv-18567 | 9/18/2013 |
| Lind | Nancy | 2:13-cv-17073 | 9/11/2013 |
| Lipscomb | Marsha | 2:12-cv-07367 | 1/14/2013 |
| Little | Tamera | 2:13-cv-20760 | 9/30/2013 |
| Loope | Leda | 2:13-cv-17522 | 9/14/2013 |
| Lovell, et al | Anna Dockins | 2:13-cv-19789 | 9/20/2013 |
| Lyons, et al | Bridget | 2:13-cv-20716 | 9/27/2013 |
| Malone | Shirley | 2:13-cv-09898 | 7/11/2013 |
| Margison, et al | Deborah | 2:13-cv-11956 | 7/31/2013 |
| Marshall | Gwendolyn | 2:13-cv-16698 | 9/9/2013 |
| Marshall | Sandra | 2:13-cv-19323 | 9/19/2013 |
| Marthaler | Kathleen | 2:13-cv-13452 | 8/14/2013 |
| Martin | Della | 2:13-cv-11505 | 7/25/2013 |
| Martin | Mary H. | 2:13-cv-04596 | 5/16/2013 |
| Martin | Teresa | 2:13-cv-18703 | 9/18/2013 |
| Mattox | Patricia | 2:13-cv-14964 | 8/29/2013 |
| Mayer | Barbara | 2:13-cv-20807 | 9/30/2013 |
| Mayle | Mona | 2:13-cv-19929 | 9/20/2013 |
| McCall | Bridgette | 2:13-cv-18889 | 9/18/2013 |
| McCart, et al | Terri | 2:13-cv-17120 | 9/11/2013 |
| McFarland | Faerene | 2:13-cv-17054 | 9/11/2013 |
| McKinney | Ginger | 2:12-cv-03194 | 12/13/2012 |
| McLaughlin, et al | Tammiela | 2:13-cv-16156 | 9/5/2013 |
| Mellott, et al | Nikki | 2:13-cv-18890 | 9/18/2013 |
| Melton | Mary | 2:13-cv-03310 | 5/3/2013 |
| Mhadhbi, et al | Amanda | 2:13-cv-07878 | 6/21/2013 |
| Miller | Teresa | 2:13-cv-02249 | 4/19/2013 |
| Miller, et al | LuAnn | 2:13-cv-17136 | 9/11/2013 |
| Minton | Kathleen | 2:13-cv-16936 | 9/10/2013 |
| Minyard, et al | Cynthia | 2:13-cv-09319 | 7/8/2013 |

PPFs Never Received  and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|------|-------|-----------|--------------|
| Mitch | Emily | 2:13-cv-17395 | 9/13/2013 |
| Moore | Mary | 2:13-cv-02619 | 4/24/2013 |
| Moore | Monkra | 2:13-cv-06057 | 5/31/2013 |
| Moore | Sherry | 2:13-cv-05573 | 5/29/2013 |
| Moore | Shirley | 2:13-cv-10035 | 7/12/2013 |
| Moore, et al | Trudy | 2:13-cv-15782 | 9/3/2013 |
| Morales | Angela | 2:13-cv-15540 | 9/3/2013 |
| Morales, et al | Rebecca | 2:13-cv-18559 | 9/18/2013 |
| Moreno, et al | Barbara | 2:13-cv-17138 | 9/11/2013 |
| Morgan | Patricia | 2:12-cv-07016 | 1/4/2013 |
| Morris | Patricia | 2:13-cv-16933 | 9/9/2013 |
| Morrison | Cristy | 2:13-cv-19060 | 9/19/2013 |
| Mosley | Jacqueline | 2:13-cv-15286 | 8/30/2013 |
| Murray | Felicia | 2:13-cv-16920 | 9/10/2013 |
| Musgrave, et al | Barbara | 2:13-cv-07854 | 6/21/2013 |
| Myers | Lorena | 2:13-cv-10715 | 7/17/2013 |
| Nealy | Vickie | 2:13-cv-13799 | 8/16/2013 |
| Nellenbach | Donna | 2:13-cv-10172 | 7/12/2013 |
| Nelson, et al | Frances | 2:13-cv-12089 | 8/1/2013 |
| Neumann | Jeaniece | 2:13-cv-03579 | 5/8/2013 |
| New (deceased) | Judy | 2:13-cv-06761 | 6/10/2013 |
| Newton, et al | Mary Sue | 2:13-cv-11092 | 7/22/2013 |
| Novian, et al | Kristy | 2:13-cv-10173 | 7/12/2013 |
| Nuncio | Adriana | 2:13-cv-01561 | 4/9/2013 |
| O'Hara, et al | Gloria | 2:13-cv-20535 | 9/24/2013 |
| Oliver | Patsy | 2:13-cv-20755 | 9/30/2013 |
| Ortiz, et al | Annette | 2:12-cv-06199 | 12/13/2012 |
| Pahnke | Paula | 2:13-cv-16353 | 9/6/2013 |
| Pane | Dorothy | 2:13-cv-18408 | 9/18/2013 |
| Paris, et al | Rhonda | 2:13-cv-07183 | 6/13/2013 |
| Parker, et al | Charlotte | 2:13-cv-18995 | 9/19/2013 |
| Parrish | Kathleen | 2:13-cv-10273 | 7/12/2013 |
| Pate | Jane | 2:13-cv-19065 | 9/19/2013 |
| Patterson, et al | Lisa | 2:13-cv-16890 | 9/10/2013 |
| Patterson, et al | Susan | 2:13-cv-15087 | 8/29/2013 |
| Patton, et al | Doreen | 2:13-cv-12092 | 8/1/2013 |
| Peckinpaugh, et al | Beverly | 2:13-cv-18308 | 9/17/2013 |
| Perez | Esmeralda | 2:13-cv-17844 | 9/16/2013 |
| Perez | Yolanda | 2:13-cv-18214 | 9/17/2013 |
| Perez, et al | Nilda | 2:13-cv-11079 | 7/22/2013 |
| Person | Latasha | 2:12-cv-03147 | 12/13/2012 |
| Phillips, et al | Elizabeth | 2:13-cv-09502 | 7/9/2013 |
| Phillips, et al | Kimberly | 2:13-cv-05832 | 5/30/2013 |
| Pitts | Katherine | 2:12-cv-04734 | 2/26/2013 |
| Pope | Jennifer | 2:13-cv-18706 | 9/18/2013 |
| Pope, et al | Janesta Harris | 2:13-cv-17386 | 9/13/2013 |

PPFs Never Received  and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|------|-------|-----------|--------------|
| Quinones, et al | Virginia | 2:13-cv-15162 | 8/30/2013 |
| Ramsey | Shelley | 2:12-cv-06293 | 12/14/2012 |
| Requelme | Judith | 2:13-cv-17039 | 9/11/2013 |
| Reynolds, et al | Tanda | 2:13-cv-02553 | 4/24/2013 |
| Richards, et al | Cheryl | 2:13-cv-17047 | 9/11/2013 |
| Richardson | Sara | 2:13-cv-20752 | 9/30/2013 |
| Richardson, et al | Melissa | 2:13-cv-15913 | 9/4/2013 |
| Rike | Betty | 2:13-cv-10296 | 7/15/2013 |
| Risden | Patricia | 2:13-cv-14653 | 8/26/2013 |
| Ritchie, et al | Cheryl-Sawicki | 2:13-cv-15785 | 9/3/2013 |
| Robbins | Darlene | 2:13-cv-04185 | 5/14/2013 |
| Roberts, et al | Debra | 2:13-cv-13785 | 8/16/2013 |
| Rodarte | Sharon | 2:13-cv-17079 | 9/11/2013 |
| Rosales | Noemi | 2:13-cv-06458 | 6/6/2013 |
| Rose | Juliana | 2:13-cv-04174 | 5/14/2013 |
| Rousan | Cathy | 2:13-cv-16324 | 9/6/2013 |
| Routt | Betty | 2:13-cv-19657 | 9/20/2013 |
| Rusher, et al | Peggy | 2:13-cv-07803 | 6/20/2013 |
| Rushing, et al | Cynthia | 2:13-cv-10998 | 7/19/2013 |
| Rybolt | Patricia | 2:13-cv-04080 | 5/13/2013 |
| Samora, et al | Cherisse | 2:13-cv-07822 | 6/20/2013 |
| Sanchez | Mary | 2:13-cv-19804 | 9/20/2013 |
| Sanders | Carla | 2:13-cv-19627 | 9/20/2013 |
| Sanders, et al | Deborah | 2:13-cv-16983 | 9/10/2013 |
| Satterfield | Sharon | 2:13-cv-16128 | 9/5/2013 |
| Saucedo, et al | Martha | 2:13-cv-20805 | 9/30/2013 |
| Sawyer | Kelly | 2:13-cv-14599 | 8/26/2013 |
| Schulman | Rebecca | 2:13-cv-19268 | 9/19/2013 |
| Scott | Jaqueline | 2:13-cv-19820 | 9/20/2013 |
| Scott | Jennifer | 2:12-cv-08427 | 2/8/2013 |
| Scotto, et al | Natalie | 2:13-cv-17970 | 9/17/2013 |
| Sewinsky, et al | Jean | 2:13-cv-17126 | 9/11/2013 |
| Sharpe | Linda | 2:12-cv-03336 | 12/13/2012 |
| Shockley | Mary | 2:13-cv-17777 | 9/16/2013 |
| Silva, et al | Karen | 2:13-cv-18852 | 9/18/2013 |
| Simintal | Colleen | 2:13-cv-19365 | 9/19/2013 |
| Simmons | Phyllis | 2:13-cv-17125 | 9/11/2013 |
| Singleton | Diana | 2:13-cv-16343 | 9/6/2013 |
| Sipe, et al | Kandi | 2:13-cv-19938 | 9/20/2013 |
| Slate, et al | Margery | 2:13-cv-17142 | 9/11/2013 |
| Slater, et al | Mary | 2:13-cv-17068 | 9/11/2013 |
| Smith | Lorri | 2:13-cv-16991 | 9/10/2013 |
| Smith | Martha | 2:13-cv-15017 | 8/29/2013 |
| Smith, et al | Areatha | 2:13-cv-12698 | 8/8/2013 |
| Smith, et al | Caresse | 2:13-cv-19091 | 9/19/2013 |
| Smith, et al | Mary Frances | 2:13-cv-14864 | 8/28/2013 |

PPFs Never Received  and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|------|-------|-----------|--------------|
| Snyder | Jamie | 2:13-cv-20304 | 9/21/2013 |
| Southerland | Kathryn Beuaregard | 2:12-cv-06204 | 4/23/2013 |
| Sparks | Rosetta | 2:13-cv-17425 | 9/13/2013 |
| Springer, et al | Sharon | 2:13-cv-01710 | 3/24/2013 |
| Steele | Linda⬚ | 2:12-cv-05828 | 12/13/2012 |
| Stephens | Jeanne | 2:12-cv-07787 | 1/23/2013 |
| Stewart, et al | Jane | 2:13-cv-16702 | 9/9/2013 |
| Stille, et al | Shirley Mae | 2:13-cv-15334 | 9/2/2013 |
| Stokes | Linda | 2:13-cv-19070 | 9/19/2013 |
| Stone, et al | Kathryn | 2:13-cv-20050 | 9/20/2013 |
| Stopp | Michelle | 2:13-cv-07993 | 6/21/2013 |
| Summers, et al | Rebecca | 2:13-cv-17968 | 9/17/2013 |
| Talley | Brenda | 2:13-cv-16132 | 9/5/2013 |
| Terwilliger, et al | Cynthia | 2:13-cv-20422 | 9/23/2013 |
| Thomas, et al | Deborah | 2:13-cv-16361 | 9/6/2013 |
| Thomas, et al | Elizabeth | 2:13-cv-17127 | 9/11/2013 |
| Thornton | Josephine | 2:13-cv-19616 | 9/20/2013 |
| Torre | Tracey | 2:13-cv-16350 | 9/6/2013 |
| Transparenti, et al | Mary | 2:13-cv-02878 | 4/29/2013 |
| Trivett, et al | Margaret | 2:13-cv-19612 | 9/20/2013 |
| Tschoepe, et al | Cheri | 2:13-cv-17566 | 9/14/2013 |
| Turner, et al | Sondra | 2:13-cv-20718 | 9/27/2013 |
| Ulrich | Janet | 2:13-cv-20584 | 9/25/2013 |
| Van Erven | Helen | 2:13-cv-19141 | 9/19/2013 |
| Van Sant | Daun | 2:13-cv-16892 | 9/10/2013 |
| VanDura | Cynthia | 2:13-cv-15770 | 9/6/2013 |
| Velic, et al | Mevla | 2:13-cv-16348 | 9/6/2013 |
| Vo | Melissa | 2:12-cv-07229 | 1/9/2013 |
| Wagner | Katherine | 2:13-cv-14527 | 8/26/2013 |
| Wagner, et al | Rhonda | 2:13-CV-12384 | 8/5/2013 |
| Walker | Jo | 2:13-cv-18727 | 9/18/2013 |
| Walkup | Ninna | 2:13-cv-16977 | 9/10/2013 |
| Walsh | Cecile | 2:13-cv-17526 | 9/14/2013 |
| Ward | Alice | 2:13-cv-17401 | 9/13/2013 |
| Warren, et al | Karen | 2:13-cv-11080 | 7/22/2013 |
| Washington | Evelyn | 2:13-cv-17923 | 9/16/2013 |
| Weeks, et al | Brenda | 2:13-cv-15873 | 9/4/2013 |
| Weighton | Peggy | 2:13-cv-07881 | 6/21/2013 |
| Weis, et al | Michelle | 2:13-cv-09504 | 7/9/2013 |
| Westin | Karen | 2:13-cv-20100 | 9/20/2013 |
| Westley | Rose | 2:13-cv-20414 | 9/23/2013 |
| Wetzel, et al | Beverly | 2:13-cv-12907 | 8/9/2013 |
| Whitt, et al | Stephanie | 2:13-cv-17750 | 9/16/2013 |
| Whyte, et al | Susan R | 2:13-cv-19751 | 9/20/2013 |
| Wielinga, et al | Shannon | 2:13-cv-17424 | 9/13/2013 |
| Williams | Dawn | 2:13-cv-17143 | 9/11/2013 |

PPFs Never Received  and Due by September 30, 2013

| Last | First | DCivil no | PPF Due Date |
|------|-------|-----------|--------------|
| Wiltfong | Sue | 2:13-cv-11744 | 7/26/2013 |
| Woodruff | Sue | 2:13-cv-15691 | 9/4/2013 |
| Woods | Kim | 2:13-cv-06465 | 6/6/2013 |
| Woods, et al | Catherine | 2:12-cv-05042 | 12/13/2012 |
| Woods, et al | Lorraine Patraicia | 2:13-cv-16817 | 9/10/2013 |
| Zadroga, et al | Theresa | 2:13-cv-17091 | 9/11/2013 |
| Zande, et al | Patricia | 2:13-cv-17140 | 9/11/2013 |
| Zavala | Rosario Williams | 2:13-cv-16853 | 9/10/2013 |
| Zeigler | June | 2:13-cv-15015 | 8/29/2013 |
| Zentgraf, et al | Linda | 2:13-cv-18718 | 9/18/2013 |
| Zito, et al | Catherine | 2:13-cv-20618 | 9/26/2013 |
| Zuniga | Lynda | 2:13-cv-17771 | 9/28/2013 |
|  |  |  |  |