UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

------------------------------------------------

| | |
|---|---|
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:13-cv-23468; 2:13-cv-23622 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

PRETRIAL ORDER # 80
(Final Order Regarding Severance of Actions)

By PTO # 78 entered November 5, 2013, I stated that on November 20, 2013, I would dismiss without prejudice, the plaintiffs listed in each case in Exhibit A attached to PTO # 78, except for the first named plaintiff (and derivative plaintiff(s) claiming under her, if any) and any plaintiff(s) who objects to severance by November 15, 2013. To date, no such plaintiff has objected.

It is hereby ORDERED that except for the first named plaintiff (and any derivative plaintiff(s) claiming under her in each of the following cases, if any), the remaining plaintiffs filed in the cases listed below shall be dismissed without prejudice:

 2:13-cv-23468
 2:13-cv-23622

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-02327 and in member cases **2:13-cv-23468; and 2:13-cv-23622**. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in

each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at ww.wvsd.uscourts.gov.

ENTER: November 22, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE