IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION   MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

**JOINT STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES**

Plaintiffs and Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Defendants"), by and through their undersigned counsel, are in agreement and so stipulate that the deadline for Defendants to serve responses to Plaintiffs' Requests for Admission shall be extended to Wednesday, November 27, 2013.

Respectfully submitted this 22nd day of November 2013 by:

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| s/Bryan F. Aylstock | s/Christy D. Jones |
| Aylstock, Witkin, Kreis & Overholtz<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>baylstock@awkolaw.com<br>850-202-1010 | BUTLER SNOW, LLC<br>1020 Highland Colony Parkway<br>Suite 1400<br>Ridgeland, Mississippi  39157<br>Christy.jones@butlersnow.com<br>601-948-5711<br><br>*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson* |

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on November 22, 2013, the foregoing document was electronically filed in accordance with this Court's CM/ECF procedures. As set forth in Local Rule 5(b)(2), receipt of the notice of electronic filing generated by the Court's electronic case filing system shall constitute the equivalent of service on the following counsel of record:

/s/Christy D. Jones
Christy D. Jones
