IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATION                MDL No. 2327

---------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 81**
(Hearing on Motion to Stay Enforcement of Plaintiffs' Subpoena)

Pending before the court is the Motion of Secant Medical, Inc. to Stay Enforcement of Plaintiffs' Subpoena Pending a Determination of the Applicability of the BAAA to Secant. (ECF No. 898). The issues have been fully briefed, and the undersigned finds that oral argument would be helpful to clarify certain matters. Accordingly, a telephonic hearing on the motion shall take place on **Tuesday, December 10, 2013** at **3:00 p.m.** before the undersigned United States Magistrate Judge. The court will contact the interested parties regarding the details of the conference call.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-30243. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the

Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

                                        **ENTERED:** November 27, 2013.

                                        Cheryl A. Eifert
                                        United States Magistrate Judge