# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327 <br><br> MDL No. 2327 <br><br> Judge Joseph R. Goodwin |
| This Document Applies To All Actions | |

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT FOR THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION FOR A FINDING OF SPOLIATION AND FOR SANCTIONS**

Pending is Plaintiffs' Motion to Exceed the Page Limit for Their Memorandum in Support of Their Motion for a Finding of Spoliation and for Sanctions ("Memo"), filed November 27, 2013. Plaintiffs seek leave to file a Memo of no more than 25 pages in length. Defense is not opposed. It is ORDERED that Plaintiffs Motion is GRANTED. The Plaintiffs may file their memo of not more than 25 pages.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md—2327.


Entered: _____


_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE