UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : CIVIL ACTION NO. 2:12-md-02327<br>: <u>MDL No. 2327</u><br>:<br>: Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : |

**ETHICON, INC. AND JOHNSON & JOHNSON'S CERTIFICATE OF SERVICE OF RESPONSES TO FIRST REQUESTS FOR ADMISSION TO DEFENDANTS**

Ethicon, Inc. and Johnson & Johnson hereby certify that on November 27, 2013, they served their Responses to First Requests for Admission to Defendants via United States mail and electronic mail upon:

THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112 816-701-1100
tcartmell@wcllp.com

    Respectfully submitted,

    /s/Christy D. Jones_____
    Christy D. Jones
    Butler Snow LLC
    1020 Highland Colony Parkway
    Suite 1400 (39157)
    P.O. Box 6010
    Ridgeland, MS  39158-6010
    (601) 985-4523
    Christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON