IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION

                                        MDL No. 2327

-------------------------------------------------

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

| Case | Docket No. | Docket # |
|---|---|---|
| Alex v. Ethicon, Inc., et al. | 2:13-cv-12620 | Docket # 4 |
| Angell-Richards v. Ethicon, Inc., et al. | 2:13-cv-13525 | Docket # 6 |
| Berry v. Ethicon, Inc., et al. | 2:13-cv-13639 | Docket # 6 |
| Donahue v. Ethicon, Inc., et al. | 2:13-cv-13666 | Docket # 4 |
| Moreno v. Ethicon, Inc., et al. | 2:13-cv-14051 | Docket # 6 |
| Emmons v. Ethicon, Inc., et al. | 2:13-cv-14080 | Docket # 6 |
| Denson v. Ethicon, Inc., et al. | 2:13-cv-14647 | Docket # 3 |
| Bethel v. Ethicon, Inc., et al. | 2:13-cv-16446 | Docket # 6 |
| Blankenship v. Ethicon, Inc., et al. | 2:13-cv-16469 | Docket # 4 |
| Ertz v. Ethicon, Inc., et al. | 2:13-cv-16729 | Docket # 4 |
| Garcia v. Ethicon, Inc., et al. | 2:13-cv-16751 | Docket # 6 |
| Lafferty v. Ethicon, Inc., et al. | 2:13-cv-16854 | Docket # 6 |
| Noyes v. Ethicon, Inc., et al. | 2:13-cv-17005 | Docket # 4 |
| McNeal v. Ethicon, Inc., et al. | 2:13-cv-17420 | Docket # 6 |
| Cornutt v. Ethicon, Inc., et al. | 2:13-cv-17460 | Docket # 6 |
| Keil v. Ethicon, Inc., et al. | 2:13-cv-17448 | Docket # 7 |
| Sam v. Ethicon, Inc., et al. | 2:13-cv-17456 | Docket # 6 |

**ORDER**

    Pending in the above-referenced cases are motions to withdraw as co-counsel filed by Donald Edgar and Rex Grady.

    It is **ORDERED** that the motions in the above-referenced cases are **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the **member cases cited above**.

ENTER: December 2, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE