UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------ x
IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION : CIVIL ACTION NO. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin
------------------------------------------------------------
This Document Applies To All Actions
------------------------------------------------------------ x

**PLAINTIFFS' MOTION FOR
A FINDING OF SPOLIATION AND FOR SANCTIONS**

COME NOW Plaintiffs to respectfully move the Court for an order finding that Defendant Ethicon, Inc. ("Ethicon") has spoliated evidence, and issuing severe sanctions against Ethicon based on its rampant spoliation. As described in detail in the Memorandum in Support of this motion, Ethicon has lost or destroyed at least tens of thousands, maybe hundreds of thousands, of documents that likely contain information relevant to Plaintiffs' claims.

WHEREFORE, Plaintiffs respectfully request the following relief from the Court:

(1) Granting default judgments to Plaintiff Carolyn Lewis, as well as the Plaintiffs in the first TVT-O bellwether trial and the first Prolift bellwether trial;

(2) Declaring that the Court will issue a spoliation instruction to the jury at every bellwether trial;

(3) Striking Defendant's learned intermediary defense for every trial;

(4) Striking any statute-of-limitations defenses for every trial; and

(5) Charging Plaintiffs' reasonable costs and attorney's fees associated with this motion to Defendant.

1

Dated: December 2, 2013            Respectfully submitted,

/s/ D. Renee Baggett
D. RENEE BAGGETT
BRYAN F. AYLSTOCK
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
P: 850-202-1010
F: 850-916-7449
Rbaggett@awkolaw.com
Baylstock@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
P: 816-701-1102
F: 816-531-2372
tcartmell@wcllp.com
http://www.wagstaffcartmell.com/

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed the foregoing on December 2, 2013, using the Court's CM-ECF filing system, thereby sending of the filing to all counsel of record for this matter.

                              /s/ D. Renee Baggett