# EXHIBIT A

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT