# EXHIBIT B

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT