# EXHIBIT D

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT