# EXHIBIT G



June 18, 2013

**VIA E-MAIL**
Bryan Aylstock, Esq.
Aylstock, Witkin, Kreis & Overholtz
17 E. Main Street, Suite 200 (32502)
Post Office Box 12630
Pensacola, Florida 32591

        RE:    *In re: Ethicon, Inc. Pelvic Repair System, Products Liability Litigation*,
                MDL No. 2327

Dear Bryan:

    I am writing to update you on the issues I raised in my June 13, 2013 letter concerning Renee Selman's custodial file.

    We have continued to search for the hard drive that Ms. Selman would have used at the time of her departure in February 2010. Based on what we have learned, it appears that the drive was delivered to the IT department. However, due to an oversight, the IT department was not instructed to image or maintain the drive.

    Please let me know if you have any questions.

                Very truly yours,

                BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

                Christy D. Jones

CDJ:fsw

cc:    Tom P. Cartmell
       D. Renee Baggett

ButlerSnow 16736397v1

---

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

**CHRISTY D. JONES**
601.985.4523
christy.jones@butlersnow.com

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, MS 39157*

T 601.948.5711 • F 601-985-4500 • www.butlersnow.com

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC