EXHIBIT J

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                     CHARLESTON DIVISION

 4     ****************************

 5     IN RE:  ETHICON, INC.           MDL No. 2327

 6     PELVIC REPAIR SYSTEM,

 7     PRODUCTS LIABILITY

 8     LITIGATION

 9     ****************************

10            THIS DOCUMENT RELATES TO ALL CASES

11                        ******

12       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

13

14         VIDEOTAPED DEPOSITION OF SEAN M. O'BRYAN

15

16                 Thursday, June 6th, 2013

17                       9:53 a.m.

18

19         Held At:

20              Campbell Campbell Edwards & Conroy, PC

21              One Constitution Center

22              Boston, Massachusetts

23

24     REPORTED BY:

25     Maureen O'Connor Pollard, RPR, CLR, CSR #149108
```

1    adverse event and determine if there needed to
2    be further actions?
3         A.    No.
4         Q.    Do you believe that you actually
5    completed and worked on the annual report for
6    TVT Classic during your time at Ethicon?
7         A.    I would have been responsible for the
8    end report.
9         Q.    During your work on the annual report,
10   one of the things that would be in an annual
11   report would be a review of complaints, correct?
12        A.    Right.  There would be a group that
13   would feed into -- that information into me, I
14   would make sure that that was included within
15   the annual report.
16        Q.    And you would rely upon that group,
17   whether it's post-marketing surveillance or
18   customer quality, to provide you with accurate
19   information about the complaints that were
20   received?
21        A.    Yes.  They would attest that it was
22   complete and accurate.
23              There is a distinction.  I don't think
24   we quantified all complaints.  Again, I think
25   they had to reach a certain level of criticality

Confidential - Subject to Protective Order

```
 1          A.   When I was at Ethicon I did work -- I
 2     was involved with Ethicon, the TVT Blue product.
 3          Q.   What was your work related to TVT
 4     Blue?
 5          A.   I acted as the regulatory lead for
 6     that product.
 7          Q.   And what do you mean by "regulatory
 8     lead"?  Was it similar to your work with TVT
 9     Classic?
10          A.   It would have included working on the
11     development, the strategy, the regulatory
12     strategy, being part of the development team.
13     Proposed change comes in, we pull together all
14     disciplines of the team, I would have been the
15     regulatory person on that team.
16          Q.   Similar to your work on TVT-O?
17          A.   Yes, sir.
18          Q.   And did you ultimately work on the
19     510(k) associated with TVT Blue?
20          A.   I must have.  But I don't have a lot
21     of recollection of TVT Blue as a submission.
22          Q.   What about with laser cut mesh?
23          A.   Same answer; I most likely did, but I
24     don't have recollection of a submission
25     associated with laser cut mesh.
```

Confidential - Subject to Protective Order

```
 1          Q.   You worked on TVT-O, the obturator
 2     approach?
 3          A.   Yes, I did.
 4          Q.   How would you describe your role with
 5     TVT-O?
 6          A.   I was the regulatory lead on the
 7     development team responsible for the regulatory
 8     strategy and providing regulatory input towards
 9     the development of that product.
10          Q.   And for TVT-S, what was your role?
11          A.   TVT-S, I was not so much involved
12     because I was departing Ethicon, moving up to
13     Massachusetts.  I believe I had transitioned
14     prior to becoming the designated regulatory lead
15     for that product.
16          Q.   Do you recall that you started on that
17     product, but then you were getting ready to
18     leave?
19          A.   I had some very early involvement,
20     yes, so -- you know, not formalizing regulatory
21     strategy, but some work on initial
22     considerations in draft.
23          Q.   Outside of the TVT family of products
24     and Monitorr that we've discussed, what other
25     products did you work on while at Ethicon?
```

```
 1        Q.   And it's entitled actually "Modified
 2   Gynecare TVT Obturator System Special 510(k),"
 3   correct?
 4        A.   Yes.
 5        Q.   And if you turn to -- on the bottom
 6   you can see the Bates numbers -- if you turn to
 7   the Bates number that is 934, and there's a date
 8   at the top that says November 10, 2003.  Do you
 9   see that?
10        A.   Yes.
11        Q.   And this is, on November 10, 2003 is
12   when you, in fact, submitted the 510(k) for
13   TVT-O to the FDA, correct?
14        A.   Yes.
15        Q.   And again, it's described up in the
16   corner as "Special 510(k):  Device Modification:
17   Gynecare TVT Obturator System," correct?
18        A.   Yes.
19        Q.   And it states "Modified Device" off to
20   the left there.  Do you see that, "Modified
21   Device"?
22        A.   Yes.
23        Q.   And "Gynecare submits this
24   Notification of Intent to market a modification
25   to the TVT System as described within this
```

Confidential - Subject to Protective Order

```
 1    that we were just looking at, right?
 2         A.   Right.
 3         Q.   I'd like to talk about during the
 4    design and development phase -- let me back up.
 5              That was the IFU as presented to the
 6    FDA in November of 2003, correct?
 7         A.   Correct.
 8         Q.   And that was the one upon which the
 9    FDA would have based its decision about whether
10    or not to approve this Special 510(k)?
11         A.   Correct.
12         Q.   If you back up in time earlier in the
13    year of 2003, during the design and development
14    phase before sending that IFU to the FDA, you
15    were part of the team that created that IFU, is
16    that right?
17         A.   Yes, I was a member of the team.
18              MR. ZONIES:  I'm going to hand you
19    what's been marked as Exhibit T-473.
20              (Whereupon, Exhibit Number T-473,
21              E-mail chain, Bates ETH.MESH.06879415
22              through 9417, was marked for
23              identification.)
24    BY MR. ZONIES:
25         Q.   And it's a series of e-mails, and like
```