# EXHIBIT K

Confidential - Subject to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION
 4                        - - -
 5

      IN RE:  ETHICON, INC.       :  MDL NO. 2327
 6    PELVIC REPAIR SYSTEM,       :
      PRODUCTS LIABILITY          :
 7    LITIGATION                  :
 8                        - - -
 9       AND VARIOUS OTHER CROSS-NOTICED ACTIONS
10                        - - -
11                  September 17, 2013
12                        - - -
           CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
13
14              Videotaped deposition of LAURA
      ANGELINI taken pursuant to notice, was held at the
15    law offices of Riker Danzig Scherer Hyland &
      Perretti LLP, Headquarters Plaza, One Speedwell
16    Avenue, Morristown, New Jersey, beginning at 9:10
      a.m., on the above date, before Ann Marie Mitchell,
17    a Federally Approved Certified Realtime Reporter,
      Registered Diplomate Reporter and Notary Public for
18    the State of New Jersey.
19
                            - - -
20
21              GOLKOW TECHNOLOGIES, INC.
             877.370.3377 ph|917.591.5672 fax
22                   deps@golkow.com
23
24
25
```

Confidential - Subject to Protective Order

```
 1        Q.      Could you please state your full name
 2   for the record?
 3        A.      Laura Angelini.
 4        Q.      And who do you work for?
 5        A.      I work for Johnson & Johnson.
 6        Q.      What is your job for Johnson &
 7   Johnson?
 8        A.      My current job up to the end of --
 9   until the end of this week is vice president, global
10   strategic marketing for Ethicon Surgical Care.
11        Q.      How long have you worked for Johnson
12   & Johnson?
13        A.      For over 22 years.
14        Q.      So that would have put you starting
15   about when?
16        A.      July 15, 1991.
17        Q.      Have you worked on a product called
18   TVT?
19        A.      I did.
20        Q.      For what period of time did you work
21   on TVT?
22        A.      I worked on TVT between the beginning
23   of 1997 until the end of 2005.
24        Q.      Did you also work on Prolift?
25        A.      I worked -- not directly, but people
```