# EXHIBIT M

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     CHARLESTON DIVISION
 3                          - - -
 4   IN RE:  ETHICON, INC.       :   MDL NO. 2327
     PELVIC REPAIR SYSTEM         :
 5   PRODUCTS LIABILITY           :
     LITIGATION                   :
 6                          - - -
 7        AND VARIOUS OTHER CROSS-NOTICED ACTIONS
 8                          - - -
 9              Monday, September 16, 2013
10                          - - -
11      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
12
13             Videotaped 30(b)(6) Deposition of
14   LAURA ANGELINI held at Riker Danzig Scherer Hyland
15   Perretti LLP, Headquarters Plaza, One Speedwell
16   Avenue, Morristown, New Jersey, on the above date,
17   beginning at 9:34 a.m., before Kimberly A. Overwise,
18   a Certified Realtime Reporter, Certified Court
19   Reporter, and Notary Public.
20                          - - -
21
22              GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph | 917.591.5672 fax
23                   deps@golkow.com
24
25
```

Confidential - Subject to Protective Order

```
 1                  Then in January 2000 I was promoted
 2   director of marketing for Gynecare.  In the meantime
 3   the division name was moved from women's health to
 4   Gynecare.  I stayed in that position as director of
 5   marketing between the year 2000 and mid-2001.  In
 6   June, around June I think, mid-2001 roughly, I was
 7   promoted vice president for Gynecare EMEA.  And then
 8   I stayed in that job until the end of 2005.  At the
 9   end of 2005 I was moved to a position of vice
10   president, marketing for Ethicon Endo-Surgery EMEA.
11   I stayed in that job for a few weeks.
12                  Then I resigned, left the company, in
13   December 2005, came back to Johnson & Johnson a few
14   weeks later, in January 2006, with the same job I
15   had left, so as vice president, marketing for
16   Ethicon Endo-Surgery Europe, and then stayed in that
17   position until the end of 2009.
18                  In January 2009 I was promoted vice
19   president, regional vice president, for eastern
20   Europe for the MD&D, which means Medical Device &
21   Diagnostics, portfolio.  I stayed in that position
22   for two years between the years 2010 and 2011.
23                  In February 2011 I was promoted vice
24   president, global strategic marketing for the newly
25   formed Ethicon Surgical Care division, which
```

Confidential - Subject to Protective Order

```
 1   described here.  So, for example, "Agreements
 2   between Medscand, Ulmsten, Contape and Defendants
 3   related to TVT," yes, I reviewed all these
 4   documents.  Now, if they refer to the numbers listed
 5   below, I cannot say.
 6        Q    I understand.  But it sounds like what
 7   happened was you received a stack of documents that
 8   were supposed to be responsive to our request --
 9        A    Yes.
10        Q    -- and you then reviewed those; is
11   that fair?
12        A    Yes.
13        Q    You did not do any additional work to
14   find documents or information other than look at the
15   documents that were provided to you by counsel and
16   talk to the two individuals that you told us; is
17   that fair?
18             MS. CRAWFORD:  Objection.
19             THE WITNESS:  As I told you, I -- you
20   know, I spoke with Mary Amore to locate some of the
21   contracts referred to these doctors.  So I would
22   suppose the answer to your question is no, because I
23   did do some additional work to locate some of these
24   documents.  However, I didn't locate all the
25   documents because of the fact that in my computer
```

```
 1   there is no files or storage anymore of some of the
 2   documents that date back to these years.  I mean, we
 3   are talking about 15 years ago.  Some of the
 4   documents are not -- based on the Italian law are
 5   not existing anymore.
 6   BY MR. CARTMELL:
 7           Q     Ms. Angelini, you -- strike that.
 8                 Ms. Angelini, you mentioned that
 9   because your computer was turned in and cleared,
10   there are some documents that you believe are
11   missing?
12           A     Uh-huh, yes.
13           Q     What documents, if you can tell me, do
14   you believe are missing?
15           A     Some of the contracts of the original
16   contracts related to the consulting services of the
17   doctors listed in the deposition notice are not
18   documents that I was able to review with my counsel.
19   Therefore, I am assuming that these documents are
20   missing.
21           Q     You're talking about agreements
22   between certain paid consultants that we've asked
23   about; right?
24           A     Yes.
25           Q     Other than some agreements that
```

Confidential - Subject to Protective Order

1  existed between paid consultants of Ethicon or
2  Johnson & Johnson that are missing, are there any
3  other documents that you believe are missing as a
4  result of your computer being wiped out?
5      A    Well, all the e-mails generated at
6  that time for any other -- any type of, you know,
7  interaction between me in my position as European
8  business manager for the TVT product and my
9  colleagues, my worldwide colleagues, who were
10 responsible for the same product in the other
11 regions of the world.  I mean, I had all my e-mail
12 documentation.  That e-mail documentation is not --
13 between, you know, the years -- with respect to this
14 product between the years 1997 and 2006, when I came
15 back, all this e-mail documentation is not present
16 anymore in my computer.
17     Q    You believe that all of your e-mails
18 from 1997 until 2006 that would reflect your
19 interactions with the paid consultants are no longer
20 in existence; right?
21          MS. CRAWFORD:  Objection.
22          THE WITNESS:  I didn't say that.  I
23 said they are not on my computer.  I don't know
24 whether they are in existence in any part of the
25 company stored or copied anywhere.