EXHIBIT N

Confidential - Subject to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     CHARLESTON DIVISION
 3                          - - -
 4   IN RE:  ETHICON, INC.      :  MDL NO. 2327
     PELVIC REPAIR SYSTEM       :
 5   PRODUCTS LIABILITY         :
     LITIGATION                 :
 6                          - - -
 7        THIS DOCUMENT RELATES TO ALL CASES
 8                          - - -
 9               Thursday, June 13, 2013
10                          - - -
11      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
12
13           Videotaped Deposition of JENNIFER M. PAINE
14   held at Riker Danzig Scherer Hyland Perretti LLP,
15   Headquarters Plaza, One Speedwell Avenue,
16   Morristown, New Jersey, on the above date, beginning
17   at 9:38 a.m., before Kimberly A. Overwise, a
18   Certified Realtime Reporter, Certified Court
19   Reporter, and Notary Public.
20                          - - -
21
22
23              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
25
```

```
 1   It looks like that's about a two-year job; correct?
 2       A   That's correct.
 3       Q   Did you have any involvement with TVT mesh
 4   in the second job as manager of regulatory affairs
 5   from July of 2005 to July of 2007?
 6       A   It's possible that I had some involvement
 7   with TVT in that time frame.  It's difficult for me
 8   to say exactly when I would have.  What I can tell
 9   you is that the early part of that time frame I
10   believe I would have only been working on new
11   product development projects, so not necessarily
12   covering products that were already launched in the
13   market at that time.
14       Q   Okay.  So if we then go from July of 2007
15   to December of 2008, it says worldwide director of
16   regulatory affairs; correct?
17       A   That's correct.
18       Q   During that time frame, were you involved
19   with TVT mesh?
20       A   At that time I believe that I was covering
21   the Women's Health & Urology business in total and
22   so, yes, I would have had oversight to folks who
23   were working on the TVT product line.
24       Q   Okay.  Would you say most of your
25   involvement with TVT mesh would have been during
```

Confidential - Subject to Protective Order

```
 1   that time period of July 2007 to December of 2008?
 2        A    Probably the majority of it would be.
 3   There may have been some, as I said, prior to that.
 4        Q    So it looks like that's a period of about
 5   17 months; correct?
 6        A    Yes.
 7        Q    Okay.  And during your time period -- what
 8   does a worldwide director of regulatory affairs for
 9   women's health do?
10        A    So in that role I was a participant on the
11   Women's Health & Urology board.  Again, I'm not
12   exactly sure of what time frame that role was
13   present.  But I had oversight to the regulatory team
14   that was supporting the -- all of the women's health
15   products, which was a fairly expansive portfolio of
16   products, including some hardware and software
17   devices as well as the mesh products.
18        Q    Okay.  What do you do I mean on --
19        A    Oh, I'm sorry.
20        Q    On a day-to-day basis, I mean, what does
21   the worldwide director of regulatory affairs do?  Do
22   you walk into the office, read catalogs, sip coffee,
23   go talk to the secretaries?  You know, I mean, what
24   do you do?
25                 MS. KABBASH:  Objection.
```