# EXHIBIT O

Confidential - Subject to Protective Order

```
 1             IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                       CHARLESTON DIVISION

 4

 5

 6

 7

 8

 9                                   )
     IN RE: ETHICON, INC.             )
10   PELVIC REPAIR SYSTEM,            )
     PRODUCTS LIABILITY               )
11   LITIGATION                       ) MDL NO. 2327
     _____)
12

13

14

15

16          THIS DOCUMENT RELATES TO ALL CASES

17        CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

18                 VIDEOTAPED DEPOSITION OF:

19                     PRICE ST. HILAIRE

20                          VOLUME 1

21            Thursday, July 11, 2013;  10:14 a.m.

22

23

24   Reported By:
     Cathy A. Wood, RMR, RPR
25   CSR No. 2825
```

Confidential - Subject to Protective Order

```
 1   instructions were appropriate, and I think that the
 2   witness should answer as he sees fit.  I don't think we
 3   should waste any more time, though.
 4           MR. SLATER:  Hang on.  You're instructing this
 5   witness that if I ask him a direct, straightforward yes
 6   or no question, that it's appropriate for him to give a
 7   long, for example, sound bite or a talking point,
 8   despite the fact that it's not responsive?  You realize
 9   that would be obstruction and a failure to answer
10   truthfully and accurately.
11           MS. SCALERA:  First of all, Adam, I haven't
12   instructed the witness as to anything.  Secondly, I just
13   wanted to counter your statement on the record.  Just to
14   be clear.
15   BY MR. SLATER:
16       Q   Mr. St. Hilaire, if I ask for a yes or no
17   answer, please either say yes, no or I can't answer with
18   a yes or no.  And then the jury that watches this video
19   would decide if you were being credible when you said
20   you couldn't answer with a yes or no.  Okay?
21           MS. SCALERA:  Objection.
22           THE WITNESS:  I will try my best.
23   BY MR. SLATER:
24       Q   Thank you very much.
25           Okay.  You worked at Ethicon Women's Health &
```

Confidential - Subject to Protective Order

```
 1   Urology from June 1999 to November 2008; correct?
 2       A    Yes.
 3       Q    You started as a sales representative in
 4   June 1999 and held that position till February 2001;
 5   correct?
 6       A    To the best of my recollection, yes.
 7       Q    What medical devices were you selling during
 8   that time period?
 9       A    The suite of products included Thermachoice,
10   the Gynecare Morcellator, Versapoint, Interceed, TVT,
11   couple of other things that I really don't remember.
12       Q    From July 2000 to February 2001 you were a
13   sales trainer; correct?
14       A    To the best of my recollection.
15       Q    From February of 2001 to December of 2001, you
16   were a sales training manager; correct?
17       A    That sounds correct.
18       Q    From December 2001 till August 2005 you were a
19   divisional sales manager within Ethicon; correct?
20       A    That sounds correct.
21       Q    What was your responsibility as a divisional
22   sales manager during that time?
23       A    I had a team of sales representatives, and
24   functionally the role was to coach, train and develop
25   my sales team.
```

```
 1      Q    The role of the sales representatives in
 2   Ethicon is to sell the devices that are within their
 3   portfolio; correct?
 4      A    That's correct.
 5      Q    During the time period of December 2001 --
 6   well, I'll come back to it, actually.  Withdrawn.
 7           Between August 2005 and November of 2007, you
 8   were product director, marketing director worldwide
 9   within Ethicon; correct?
10      A    Best of my recollection, yes.
11      Q    One of the things you did during that time
12   period was managed the continence health platform
13   product pipeline, that's something that's stated on your
14   resume.  What does that mean?
15      A    That means I manage the incontinence platform,
16   the products as well as during my tenure as the
17   marketing director worldwide, looking at next generation
18   or future projects.
19      Q    During that period, did the pipeline include
20   the TVT Secur device?
21      A    To the best of my recollection, I didn't -- I
22   didn't have that responsibility within my -- within
23   my -- within my purview.
24      Q    What devices did you oversee in managing the
25   incontinence health platform product pipeline?
```

Confidential - Subject to Protective Order

```
 1      A    So at the time, TVT, TVT-O was within -- was
 2   within my span.  And there were some other -- other
 3   items that we were looking at from a future standpoint.
 4   And honestly, I don't remember -- I don't remember.
 5   It's been five, six years.  I don't remember all the
 6   projects that we were looking at from a future
 7   standpoint.
 8      Q    Was one of the products you were looking at
 9   from a future standpoint the TVT-Secur?
10      A    To the best of my knowledge or my recollection,
11   TVT-Secur I think was either already in play or
12   launching or, you know, to the best of my recollection.
13   I didn't have personal responsibility for Secur.
14      Q    Did you have personal responsibility for the
15   TVT device between August 2005 and November 2007?
16      A    Depending on when that was, earlier on when I
17   was a product director, I managed a couple of products.
18   I managed a urodynamic device, and I managed TVT.
19      Q    During what period of time did you manage TVT
20   as a product director in Ethicon?
21      A    To the best of my recollection, sometime in --
22   sometime in either late 2005 or 2006.  I don't -- I
23   really -- it's hard to -- to really give you a firm date
24   and time of when I had it, but it was within my
25   responsibility early on as a product director.
```

Confidential - Subject to Protective Order

```
 1    Q    Was that the beginning of your responsibility
 2   to manage TVT -- I mean I want to know the span.
 3    A    Sure.
 4    Q    When did you start, when did you end managing
 5   TVT?
 6    A    So when I went into marketing, I started
 7   managing Monitorr which is a urodynamic device, and then
 8   if I remember correctly, I started taking on TVT and
 9   TVT-O.  And then as I progressed, then I moved into the
10   worldwide role which was more pipeline management, and
11   then after that into the group role where I had
12   responsibility for the -- for the portfolio.
13    Q    All right.  Let me break this down.
14    A    Sure.
15    Q    With regards to TVT, when did your
16   responsibility to oversee that device begin?
17    A    You know, again, I don't -- I can't tell you
18   exact date or month.  I'm guessing if I -- to the best
19   of my recollection, probably sometime in 2006.  I
20   don't -- I don't remember the exact dates.  It's been a
21   long time.
22    Q    As a product director, you began to have
23   responsibility for the TVT in sometime around early
24   2006?
25    A    Again, to the best of my recollection.  I can't
```

Confidential - Subject to Protective Order

```
 1   give you an exact, firm date.
 2       Q   As a product director in Ethicon, when did you
 3   first have responsibility to oversee the TVT-O?
 4       A   Again, probably during that time.  2006ish.
 5   I don't -- I don't really remember the exact dates.
 6       Q   Did you ever have responsibility to oversee the
 7   TVT Secur?
 8       A   I did not.  I did not have personal
 9   responsibility for overseeing TVT Secur.
10       Q   Let's just do something for the record.
11           MR. SLATER:  Do we have the witness's CV handy
12   that we can just put a sticker on it, put an exhibit
13   sticker on?
14           MR. MIRACLE:  Adam, this is Trent, we've got a
15   copy.  We can do that.
16           MR. SLATER:  Terrific, thank you.  You guys can
17   just tell me what number we put on it.
18           MS. MAIMBOURG:  It's getting marked right now.
19        (Extraneous discussion re exhibit marking.)
20           MR. SLATER:  Can we give it to the witness,
21   please, the marked exhibit?
22           MS. MAIMBOURG:  He has it.
23   BY MR. SLATER:
24       Q   Mr. St. Hilaire, we've marked an Exhibit as
25   T2063, is that your current resume?
```

Confidential - Subject to Protective Order

```
 1     A    Looks -- yeah.  Looks fairly current.

 2          (The above-referred to document was marked

 3          Deposition Exhibit No. T2063 for identification

 4          by the Court Reporter, and a copy is attached

 5          hereto.)

 6  BY MR. SLATER:

 7     Q    Well, have you looked at this before this

 8  moment, say in the last week?

 9     A    I can't -- I don't remember looking at my

10  resume this week, but yeah, this is a fair

11  representation, this is my resume, yes.

12     Q    Look, sir.  Is this your current resume, the

13  exhibit we've just marked as T2063?

14     A    Yes.

15     Q    Okay.  Did you prepare for this deposition?

16     A    How do you mean?

17     Q    Did you meet with lawyers and prepare for

18  your -- for this deposition?

19     A    I did.

20     Q    How many times?

21     A    We met via conference call once, and then we

22  met in person once.

23     Q    How long did the conference call last?

24     A    To the best of my recollection, two, three

25  hours, roughly three hours, I believe.
```

Confidential - Subject to Protective Order

```
 1      Q     How long did the in-person meeting last?
 2      A     About eight hours.
 3      Q     When did the conference call take place?
 4      A     If I remember, I think it was last Friday, last
 5   Thursday or Friday.  I think it was Friday.
 6      Q     The in-person eight-hour meeting, when did that
 7   take place?
 8      A     Yesterday.
 9      Q     Did you meet with counsel this morning to
10   prepare for the deposition as well?
11      A     Very briefly.
12      Q     How long?
13      A     15 minutes.
14      Q     One of the things you did was -- rephrase.
15            You were the U.S. launch leader for the
16   Prosima; correct?
17      A     That's correct.
18      Q     And what was your responsibility as U.S. launch
19   leader for the Prosima?
20      A     To work with the functional groups around the
21   commercialization plan for the Prosima product.  So
22   basically working with all the functional areas,
23   regulatory, Q/A, et cetera, on what the plans would be
24   to eventually launch that product into market.
25      Q     And what was the commercialization plan for the
```

Confidential - Subject to Protective Order

```
 1    Prosima in simple terms?  What was that plan?
 2       A    Can you be more specific?  Just the over --
 3    I just want to make sure I'm following -- I'm following
 4    your question.
 5       Q    I want to know the overview for how you
 6    commercialized and promoted and marketed the Prosima.
 7    What was the -- what was the need that it was supposed
 8    to be meeting and how was it supposed to be meeting that
 9    need.
10       A    Okay.  So to the best of my recollection, the
11    product was designed to be a product that you would --
12    you would market to pelvic floor repair surgeons
13    that had another option for them doing their pelvic
14    floor repair surgeries.  It was a mesh implant
15    with -- to best of my memory, with a -- with a device
16    that was held in place in the vagina and it was
17    marketed to pelvic floor surgeons as another option for
18    them to do their pelvic floor repairs.
19       Q    Was the Prosima marketed with the idea that it
20    would be an option for surgeons who were not generally
21    skilled enough to utilize the Prolift?
22       A    To the best of my recollection, it was a
23    product that was designed for surgeons who wanted to use
24    mesh and perhaps weren't -- weren't going to use Prolift
25    in the near future, from the best of my recollection.
```

Confidential - Subject to Protective Order

1      Q     That had not been using the Prolift based on
2   the fact that their skill set was such that that was
3   something that was not really a viable option, so your
4   company came out with Prosima with the idea this could
5   be a little easier to use and more attractive; correct?
6      A     I wasn't there when Prosima was launched.  So
7   in the early -- from the best of my recollection, the
8   plan was to launch it to pelvic floor surgeons as
9   another option for them to use instead of native tissue
10  repair or the Prolift product.
11     Q     Was the Prosima targeted to less skilled
12  surgeons than those that would be using the Prolift?
13     A     I just -- I want to understand what you mean
14  by less skilled.
15     Q     Surgeons whose skill set would not allow them
16  to safely and effectively utilize the Prolift?
17     A     I don't -- I mean I can't speak to their skill
18  set, but I can speak to the fact that I think that -- my
19  recollection is that product was designed for surgeons
20  who perhaps didn't want to use Prolift at the time,
21  for either perhaps they didn't have the -- perhaps they
22  didn't have enough pelvic floor cases that they were
23  doing routinely, and perhaps they weren't ready to move
24  to Prolift, and so this was another option for them to
25  address the -- the need, the patient need.

```
 1      Q    On your resume it says you were global launch
 2   leader next generation pelvic floor mesh.  Is that the
 3   Prolift+M?
 4      A    That's correct.
 5      Q    As product director, did you have
 6   responsibility for the Prolift?
 7      A    I did when I was a product director.  Later in
 8   my tenure as product director, I had responsibility for
 9   Prolift.
10      Q    When did your responsibility for Prolift begin?
11      A    I don't recall the exact date, it was, you
12   know, just judging on the time that I was -- as a
13   product director and marketing director, probably was
14   late -- later -- later in 2006.  I don't remember the
15   exact date, to be honest.
16      Q    Sometime in 2006 you began to have
17   responsibility for the Prolift?
18      A    That sounds reasonable.
19      Q    And what were your responsibilities with regard
20   to the Prolift?
21      A    So I -- my responsibility for Prolift was sales
22   support, managing the brand, the marketing collaterals,
23   KOL engagement, typically the -- the downstream
24   component -- component of being a brand manager
25   managing, forecasting, those kind of things.
```

Confidential - Subject to Protective Order

```
 1     Q    In 2006 you were a product director within the
 2   marketing department of Ethicon; correct?
 3     A    Correct.
 4     Q    And it was during 2006 that you began to have
 5   responsibility for the Prolift; correct?
 6     A    To the best of my recollection.
 7     Q    And your responsibilities included such things
 8   as sales support, managing the brand, overseeing
 9   marketing collaterals, key opinion leader engagement,
10   downstream components and forecasting; correct?
11     A    Best of my recollection, yes.
12     Q    In November 2007, your title changed from
13   product director and marketing director worldwide to
14   U.S. group marketing director; correct?
15     A    Correct.
16     Q    What were your responsibilities as U.S. group
17   marketing director?
18     A    So I had responsibility for the continence
19   health platform as well as the pelvic floor platform,
20   and so I had a marketing team that reported in to me
21   that managed those brands.
22     Q    Who did you report to during that time period?
23     A    To two different people, I reported to Kevin
24   Mahar and then subsequently I reported to Lynn Hall.
25     Q    As U.S. group marketing director, when you say
```

Confidential - Subject to Protective Order

```
 1   you were responsible for the continence health platform
 2   and the pelvic health platform, what does that mean?
 3       A    I had a team that reported to me that managed
 4   the brands that fell within continence health.  So the
 5   brands that fell within continence health were the TVT
 6   family of brands and the pelvic floor side was Prolift.
 7       Q    So the marketing teams that were responsible
 8   for the marketing of the TVT line of products, those
 9   marketing people, the product directors, for example,
10   reported to you; correct?
11       A    That's correct.
12       Q    As U.S. group marketing director from
13   November 2007 to November 2008, there was a group of
14   marketing people, product directors who were responsible
15   for the Prolift device and the marketing of that device
16   and they reported to you; correct?
17       A    That's correct.
18       Q    What I'd like to do and try and see if you can
19   help me out, I think we got a little organized, I'd like
20   to mark as an exhibit a document that -- the first email
21   is February 6, 2007, from Kevin Mahar.  The Bates number
22   on the first page is ETH.MESH 00719198, if we could mark
23   that as the next exhibit, please.
24               (The above-referred to document was marked
25               Deposition Exhibit No. T2064 for identification
```