# EXHIBIT Q

# Andrew N. Faes

| | |
|---|---|
| **From:** | Ben Watson <Ben.Watson@butlersnow.com> |
| **Sent:** | Thursday, June 27, 2013 9:29 PM |
| **To:** | Andrew N. Faes |
| **Cc:** | Christy Jones; Donna Jacobs; Tom P. Cartmell; Bryan Aylstock; 'Renee Baggett' |
| **Subject:** | RE: Price St. Hilaire |

Andrew,

Price St. Hilaire separated in October 2008.  We have not located data for him.

---

**From:** Andrew N. Faes [mailto:afaes@wcllp.com]
**Sent:** Wednesday, June 26, 2013 8:42 AM
**To:** Ben Watson
**Cc:** Christy Jones; Donna Jacobs; Tom P. Cartmell; Bryan Aylstock; 'Renee Baggett'
**Subject:** RE: Price St. Hilaire

Mr. Watson:

I am just following up on this request.  Is there any new information regarding Price St. Hilaire's custodial file?

Thanks

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176
Fax 816-531-2372
afaes@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call 816-701-1176.

---

**From:** Andrew N. Faes
**Sent:** Monday, June 24, 2013 9:56 AM
**To:** Ben Watson
**Cc:** christy.jones@butlersnow.com; donna.jacobs@butlersnow.com; Tom P. Cartmell; Bryan Aylstock; 'Renee Baggett'
**Subject:** Price St. Hilaire

Mr. Watson:

The deposition of Price St. Hilaire is scheduled for 07-11-13.   Our records indicate that we currently have no custodial file for this witness.  Can you advise when we can expect to receive the complete custodial file for this witness?

1

Thanks

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176
Fax 816-531-2372
afaes@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call 816-701-1176.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.