EXHIBIT T

Confidential - Subject to Protective Order

```
 1             IN THE UNITED STATES DISTRICT COURT

 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                    CHARLESTON DIVISION

 4    ****************************

 5   IN RE:  ETHICON, INC.         MDL No. 2327

 6   PELVIC REPAIR SYSTEM,

 7   PRODUCTS LIABILITY LITIGATION

 8    ****************************

 9   THIS DOCUMENT RELATES TO ALL CASES

10    ****************************

11      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

12

13       VIDEOTAPED DEPOSITION OF GREGORY R. JONES

14              Tuesday, August 20th, 2013

15                     9:05 a.m.

16

17

18         Held At:

19             Radisson Hotel

20             200 Genesee Street

21             Utica, New York

22

23

24   REPORTED BY:

25   Maureen O'Connor Pollard, RPR, CLR
```

Golkow Technologies, Inc. - 1.877.370.DEPS   Page 1

Confidential - Subject to Protective Order

```
 1        Q.   Would you agree with me that Ethicon,
 2   with respect to the TVT system, had a
 3   responsibility to train physicians before using
 4   their device?
 5        A.   No.
 6             MR. COMBS:  Object to the form.
 7   BY MR. BALEFSKY:
 8        Q.   Sorry.  Let me ask that again, we had
 9   objection from your counsel.
10             Would you agree that Ethicon, with
11   respect to the TVT system, had a responsibility
12   to train physicians before they used the TVT
13   device?
14        A.   No.
15        Q.   Now, while you were employed at
16   Ethicon, I assume you kept a custodial file of
17   all of the documents that you generated, and
18   e-mails, etcetera?
19        A.   I had a filing system.
20        Q.   Could you just explain to me briefly
21   what your filing system was?
22        A.   I had an administrative assistant who
23   took care of that.
24        Q.   Who was that?
25        A.   Her name was Carmen Goble.
```

Confidential - Subject to Protective Order

| | | |
|---|---|---|
| 1 | Q. | Carmen, spell her last name? |
| 2 | A. | G-O-B-L-E. |
| 3 | Q. | Do you know whether she's still |
| 4 | employed by Ethicon or J&J? | |
| 5 | A. | I don't know. |
| 6 | Q. | When was the last time you had any |
| 7 | contact with Ms. Goble? | |
| 8 | A. | Ten years. |
| 9 | Q. | What type of file system did she |
| 10 | maintain for you? | |
| 11 | A. | We had a paper filing system.  I'm |
| 12 | sure she kept things electronically.  We kept | |
| 13 | the 510(k)s.  We kept the regulatory strategies. | |
| 14 | We filed FDA correspondence with the appropriate | |
| 15 | 510(k)s.  We had 510(k)s from other | |
| 16 | manufacturers.  We kept all of our audit | |
| 17 | reports.  Those are the things that come to | |
| 18 | mind. | |
| 19 | Q. | Did you have a computer at work? |
| 20 | A. | We did. |
| 21 | Q. | And I assume you sent e-mails and |
| 22 | other correspondence to different people within | |
| 23 | the organization? | |
| 24 | A. | Yes. |
| 25 | Q. | And did you have a procedure for |

Confidential - Subject to Protective Order

1    saving those?
2        A.   Not that I can recall.
3        Q.   Did you -- do you recall ever
4    receiving a document that told you not to
5    destroy any of your files with respect to the
6    TVT?
7        A.   Not specifically for TVT, but I
8    remember getting those types of notices in
9    general.
10       Q.   When you say "in general," were they
11   not for a specific product?  Were they for
12   specific products, or were they just general
13   notices?
14       A.   Just general notices when there was
15   litigation.
16       Q.   Well, the litigation involving a
17   particular product, would it be specific to that
18   product?
19       A.   My recollection, we would get a notice
20   when there was a litigation on a particular
21   product.
22       Q.   And it would be your procedure to
23   follow that notice, correct?
24       A.   Yes.
25       Q.   Let me show you a document that we've

Confidential - Subject to Protective Order

```
 1     marked T-3140.
 2              (Whereupon, Exhibit Number T-3140,
 3              5/22/03 e-mail chain, Bates
 4              ETH.MESH.00875544 through 546, was
 5              marked for identification.)
 6     BY MR. BALEFSKY:
 7          Q.   I ask you to take a look at that
 8     (handing).
 9              (Witness reviewing document.)
10          A.   Yes.  What's your question?
11     BY MR. BALEFSKY:
12          Q.   My question is; can you identify the
13     document that I just handed you?
14          A.   Yes.
15          Q.   And can you tell me what it is?
16          A.   Preservation notice from the law
17     department.
18          Q.   Do you recall receiving this
19     preservation notice in May of 2003?
20          A.   Not specifically.
21          Q.   You were employed by the company on
22     May 22nd, 2003?
23          A.   I left of the company in 2003, I just
24     don't remember what month.
25          Q.   Do you recall whether you left in
```

Confidential - Subject to Protective Order

 1      November of 2003?
 2          A.   No, I don't.
 3          Q.   Well, let's assume for a second that
 4      you were still employed by Ethicon on May 22,
 5      2003, okay?
 6          A.   Mm-hmm.
 7          Q.   This e-mail was sent to -- it looks
 8      like it was sent to "DL-ETHUSSO, All Ethicon."
 9      What does that mean, "All Ethicon"?
10          A.   I don't know specifically.
11          Q.   So you don't recognize that
12      designation?
13          A.   No.
14          Q.   Could that -- well, let me ask you
15      this.
16               Do you understand that to mean that
17      this e-mail was sent to all Ethicon employees?
18          A.   That would be my guess.
19          Q.   Okay.  I don't want you to guess.
20          A.   That would be -- I don't know what
21      this specific designation means, but that's my
22      answer.
23          Q.   Would it be your understanding that
24      this document was sent to all Ethicon employees
25      on May 22nd, 2003?

Confidential - Subject to Protective Order

1     A.   I believe so.

2     Q.   Now, if you look at the first
3  paragraph of the document, above -- the first
4  page, it says "Please review the document hold
5  notice below and ensure that you do the
6  following."

7     Do you see that?

8     A.   Yes.

9     Q.   It says "Identify any documents in
10  your possession which may be related to this
11  notice."  Right?

12     A.   Yes.

13     Q.   It says "Appropriately segregate such
14  documents and/or otherwise mark them so that
15  they are preserved from any destruction,"
16  correct?

17     A.   Yes.

18     Q.   "Keep such documents in a safe place."
19  It was signed by Rita McIntyre.

20     Do you know who Rita McIntyre is?

21     A.   I remember.

22     Q.   Who was she?

23     A.   She was a nurse in our complaint
24  handling department.

25     Q.   And then below that it says

Confidential - Subject to Protective Order

```
 1    "Preservation notice.  Do not destroy specified
 2    documents," right?
 3        A.    Correct.
 4        Q.    And down below it says "Re:  Hold
 5    notice for Kandell versus Ethicon, Inc., et
 6    als."  It says "Ethicon, Inc. has been named in
 7    a lawsuit arising out of the alleged use of
 8    TVT."
 9              Do you see that?
10        A.    Yes.
11        Q.    That's the TVT product that you were
12    responsible for, correct?
13        A.    Correct.
14        Q.    And then it says "Failure to preserve
15    these materials could result in court-imposed
16    penalties or sanctions or both, the company
17    and/or individual employees," correct?
18        A.    Correct.
19        Q.    And then on Page 2 of the document it
20    talks about the kinds of documents that were
21    required to be preserved, correct?
22        A.    Correct.
23        Q.    Okay.  And assuming you were employed
24    by the company on May 22nd, 2003, you would have
25    abided by this notice, correct?
```

Confidential - Subject to Protective Order

```
 1         A.   Correct.
 2         Q.   And it says, in the middle of the page
 3    there, it says "Subject matters of documents to
 4    be preserved," it says "TVT."  It says "Hold all
 5    documents, memoranda, notes, files, e-mails,
 6    etcetera, relating to TVT."
 7         A.   Yes.
 8         Q.   And then under Number 3, "Regulatory,"
 9    it says "All final draft communications with
10    regulatory authorities regarding the TVT,
11    including FDA correspondence and inspection
12    records, 483's, IND, NDA, BLA and other
13    regulatory files and audit files, including
14    product monograph files (as applicable),"
15    correct?
16         A.   Correct.
17         Q.   Did you have documents concerning TVT
18    in your possession or control when you last
19    worked at J&J Ethicon?
20         A.   I don't recall.
21         Q.   Well, if you had received this notice,
22    you would have preserved the documents, correct?
23         A.   Yes.
24         Q.   Did anyone at Ethicon take an image of
25    the hard drive of your computer on or before
```

Confidential - Subject to Protective Order

```
 1    your last day of work at Ethicon?
 2         A.   Not that I can recall.
 3         Q.   Were any of your work documents
 4    transferred from your computer or filing
 5    cabinets to another person on or before your
 6    last day of work for Ethicon?
 7         A.   No.
 8              MR. BALEFSKY:  Counsel, I would -- we
 9    were told that Mr. Jones has no custodial file,
10    we were not given any custodial file for
11    Mr. Jones, and I would just make a request that
12    we get it.
13              MR. COMBS:  I'll pass that along.
14    We'll make an inquiry into the status of that.
15    Obviously Mr. Jones separated from the company
16    more than half a decade before this litigation
17    started, so I'm sure that probably plays a
18    bearing.
19    BY MR. BALEFSKY:
20         Q.   To your knowledge, Mr. Jones, was that
21    litigation hold notice ever rescinded during
22    your time at Ethicon?
23         A.   When I was at Ethicon?
24         Q.   Yes.
25         A.   Not that I can recall.
```