EXHIBIT Y

# Andrew N. Faes

| | |
|---|---|
| **From:** | Ben Watson <Ben.Watson@butlersnow.com> |
| **Sent:** | Tuesday, November 19, 2013 11:20 AM |
| **To:** | Andrew N. Faes |
| **Cc:** | Tom P. Cartmell; 'Renee Baggett'; Bryan Aylstock; Christy Jones; Donna Jacobs; William Gage |
| **Subject:** | RE: 4th request: deposition scheduling and production |

Andrew,

We have looked into this and we have no data for Jill Shiaparelli. Her separation date was June 1, 2007.

Michael Harm is in Germany and we are working on trying to get his consent. I'll update you as this progresses. As far as I know, neither witness is set for deposition yet.

**Benjamin M. (Ben) Watson**
Butler Snow LLP
Direct: (601) 985-4551
Fax: (601) 985-4500
Ben.Watson@butlersnow.com



| | |
|---|---|
| P.O. Box 6010 | Suite 1400 |
| Ridgeland, MS 39158-6010 | 1020 Highland Colony Parkway |
| | Ridgeland, MS 39157 |

---

**From:** Andrew N. Faes [mailto:afaes@wcllp.com]
**Sent:** Tuesday, November 19, 2013 11:07 AM
**To:** Ben Watson
**Cc:** Tom P. Cartmell; 'Renee Baggett'; Bryan Aylstock; Christy Jones; Donna Jacobs; William Gage
**Subject:** 4th request: deposition scheduling and production

Mr. Watson:

Please see the attached correspondence.

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176
Fax 816-531-2372
afaes@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call 816-701-1176.

**From:** Andrew N. Faes
**Sent:** Friday, November 15, 2013 9:56 AM
**To:** william.gage@butlersnow.com
**Cc:** Tom P. Cartmell; 'Renee Baggett'; 'Bryan Aylstock'; 'christy.jones@butlersnow.com'; Ben Watson; donna.jacobs@butlersnow.com
**Subject:** 3rd request Deposition scheduling and production

William:

Can you give me a timeframe of when we can expect the production of Jill Schiaparelli's and Michael Harm's complete custodial file?


Thanks

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176
Fax 816-531-2372
afaes@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call 816-701-1176.

**From:** Andrew N. Faes
**Sent:** Tuesday, November 05, 2013 10:48 AM
**To:** william.gage@butlersnow.com
**Cc:** Tom P. Cartmell; 'Renee Baggett'; Bryan Aylstock; christy.jones@butlersnow.com; Ben Watson; donna.jacobs@butlersnow.com
**Subject:** RE: Deposition scheduling and production request

William-

I am following up on my correspondence of 9-4-13.  Can you give me a timeframe of when we can expect the production of Jill Schiaparelli's and Michael Harm's complete custodial file?

Thanks

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176

Fax 816-531-2372
afaes@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call 816-701-1176.

**From:** Andrew N. Faes
**Sent:** Wednesday, September 04, 2013 4:17 PM
**To:** donna.jacobs@butlersnow.com; Ben Watson
**Cc:** Tom P. Cartmell; 'Renee Baggett'; Bryan Aylstock; william.gage@butlersnow.com; christy.jones@butlersnow.com
**Subject:** Deposition scheduling and production request

Ben/Donna:

Please see the attached correspondence.

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176
Fax 816-531-2372
afaes@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call 816-701-1176.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.