EXHIBIT DD

# ALLISON LONDON BROWN

## GLOBAL HEALTHCARE PRODUCT, BRAND MANAGEMENT & MARKETING LEADER

Extensive experience in building brands, driving revenue in the Med Device, Technology, CPG, B2B, and Pharma sectors

- Responsible for uncovering new trends, acquiring technologies and finding ways to employ data that have added >$100 MM to a $10 MM P&L, creating new segments & turned around flagship brands
- Launched > 80 new products, brands, services resulting in 5-7 year accretive results for top global Healthcare companies.
- Advising C-level HC administrators, NGOs, governmental leaders, and CEOs using data analytics, population management & business intelligence.
- Developing strategies to add top line growth, cumulative gross margin, and drive savings through engagement campaigns, technological enablers and performance efficiencies
- Managed key customer partnerships within associations, professional and consumer sectors (GPO, IDN, Food, Mass, Drug)

## PROFESSIONAL EXPERIENCE

### STANLEY HEALTHCARE SOLUTIONS, a div. of STANLEY BLACK&DECKER, Boston MA       2012
**Chief Operating Officer/ Chief Commercial Officer**
Responsible for global portfolio of technology based products for Patient Security, Resident Safety (Long-term Care), Supply Chain Management , Consulting Services (EPIC/Meditech EHR Implementation),  EMEA & Asia-PAC; Revenues of $225MM

- Led major organizational restructuring of SBU units to functions, hired high-performing leadership team for segments: Acute Care, Long-Term Care, B2B & Government channels, Global Marketing & new revenue generating Services lines
- Led brand development &awareness program utilizing market research, data analysis, multi-media/digital campaigns & PR; taking awareness from <3% to >20%
- Led marketing department expansion; building lead generation group & programs, product management enhancement & expansion, selection & hiring of new PR and marketing firm, development of new marketing research analytics
- Led $274MM acquisition of AeroScout (RTLS); leader for all sales, marketing, service and product integration activities
- Devised plans for channel expansion of current products, market expansion into global territories
  - Led expansion into surgi-center/alternate care facilities; incremental sales of >$10MM
  - Led sales force effectiveness program including deployment of SalesForce.com, forecasting excellence & discount-approval process to minimize price erosion
  - Implemented pricing & promotional plans including new pricing for LTC market & new product launches

### CHEMENCE MEDICAL PRODUCTS, Alpharetta, GA       2011
**President**
Created new business strategy, transitioning private label company into branded, compliant medical-device corporation

- Led deal structure to raise $1.75MM through partner channel
- Developed business plan to grow revenues to >$380MM within 5 years, gross margin of  >75%, net profit of 26% and ROI of 7.5:1 through highly effective distribution networks, new product planning and DTC line extensions

### HEALTHWAYS, INC. Franklin, TN       2009-2011
**Vice-President, Well-Being Strategy, Corporate Branding and Corporate Communications**
Leader for Healthways strategic positioning, corporate brand development and communications

- Responsible for Healthways brand development,  directed brand strategy/positioning, proactively generating over 4.4B impressions equaling an ad-value >$60MM; 374% increase over 2009
- Partnered with Government Affairs to position Healthways position on Healthcare Reform;  Led presentations to various governmental groups to inform/educate on opportunities to lower healthcare costs and improve overall well-being
- Responsible for coordination with Science, Product Development on agenda setting of the direction of well-being research, including becoming the single standard outcomes metric, proving value of interventions aimed at well-being improvement

**Vice-President, Solution Sector Leader**
Led Solution development of the Wellness Sector and Direct-to Consumer market development, including market analysis, business development (M&A) strategies and behavioral change interventions

- Led solution development process including governance, stage-gates & resource matrix
- Developed Government and Medicare segmentation strategies and program roadmap
- Led development of Weight Loss Program, innergy™, in conjunction with Johns Hopkins University
- Led & developed Direct-to-Consumer Business leveraging company assets in the Consumer market

**GE HEALTHCARE**, Maternal-Infant Care, Laurel MD; Bangalore, India                            2007 – 2009
<u>General Manager, Maternal / Fetal Care;</u>
Grew a declining, 30+ year-old mature business by building organizational marketing and clinical skills and developing a new business strategy within the "pregnancy" segment. Managed P&L, product development roadmap, and L&A strategy.
- Developed and implemented strategic plans to grow business from $50MM to $300MM
- Identified and led contract negotiations for business development deals; led business case development, marketing, clinical evidence planning, and distribution strategies
- Built new R&D, Engineering, Marketing, and Clinical Development team, in the US and Bangalore, India
- Winner of 2008 Quality Award; 77% reduction in complaint rate, 95% improvement in response time
- Facilitated plans to grow overseas market share from 25% to 40%

**JOHNSON & JOHNSON, Family of Companies,** New Brunswick, NJ                                    1997 – 2007

**Ethicon,** Somerville, NJ
<u>Group Product Director</u>, Ethicon Products, US Plastic Surgery Sales & Marketing                        2007
Led newly formed Plastic Surgery Sales and Marketing team and managed Dermabond Marketing team.  Reversed negative company perception of plastic surgery market; successfully addressed un-focused segmentation and positioning for multiple customer groups and the lack of sales team engagement.
- Led pilot sales force in growing customer base and developing sales targets and grew the business by 150%
- Devised a strategy to target elite surgeons working with post-Bariatric patients and re-deploying education strategies that positioned Ethicon as an ethical partner that understands patients and surgeons needs
- Led team to identify key Dermabond segments, prioritized segments by analyzing buying behaviors, clinical needs and clinical study portfolio; developed specific positioning, driving Dermabond to hit 2007 revenue goal

<u>WW Marketing Director</u>, Ethicon Women's Health & Urology                                        2004 – 2007
Directed the launch of first new product in the Pelvic Floor segment.  Developed and executed worldwide strategic plans and a global brand marketing strategy for the Pelvic Floor and Incontinence markets.
- Global Launch Leader for GYNECARE TVT SECUR (SUI) – exceeded $1MM in 6 weeks pre-launch; Uncovered new positioning and revenue growth by moving procedure from the OR into the office
- US Launch Leader for GYNECARE PROLIFT (Pelvic Floor) – exceeded forecast by 310% and drove business growth from $10MM to $90MM. Maximized clinical outcomes by training selected and limited target audiences
- Devised 1st Global Market Research; including segmentation, psychographics, pricing, and concept testing
- Created the Pelvic Floor Academy – an educational online program to teach/enhance surgical and anatomic skills

**McNeil Consumer & Specialty Pharmaceutical Division**, Ft. Washington, PA                        2002 - 2004
<u>Senior Associate Marketing Manager</u>, Pediatric Brands and Motrin Futures
Refocused marketing for Children's Tylenol Chews & Seasonals, reversing a 14% market share decline.
- Identified a key technology that was developed for Adult line and convinced Board to explore use in Children's products, leading to the CT Meltaways product
- Developed entire Meltaways marketing/launch strategy; Spearheaded multi-media promotional strategy, partnering with Radio Disney & Family Fun magazine, through print, PR, radio, TV and strong focus on internet ads and loyalty programs
- Analyzed cough, cold and flu segment to match symptom, drug, and customer buying behaviors; Re-branded, re-formulated and re-launched new line in 6 months; eliminated skus, maximized shelf space, and simplified decision process for mothers
- Developed and managed professional marketing strategies for pediatric brands by partnering with AAP and J&J Pharma brands to distribute and market Pediatric OTC brands to Pediatricians

<u>Portfolio/Project Manager</u>
- Managed growth portfolio for Motrin and Pediatric franchises (Children's Tylenol, Children's Motrin); recommending projects to board and developing rolling 18-month portfolio and resource planning map.
- Partnered with Pharma research group in creation of new OTC, topical analgesic product line, including patches and creams

**Personal Care Group,** Skillman, NJ                                                            1999 - 2002
<u>Various Global R&D Leadership roles</u>, Oral Health, Women's Health franchises

**Johnson & Johnson Medical,** Juarez, Mexico                                                    1997 – 1999
<u>Technical Services Engineer, Drapes</u>, Packs & Gowns

ALLISON LONDON BROWN                                                                        PAGE THREE

## LEADERSHIP INITIATIVES

| | |
|---|---|
| **Aegis Women's Health** | Chairman of the Board |
| **Council on Economic Development** | Member, Mentor |
| **Women's Business Leaders (WBL)** | Member, Strategic Planning Committee |
| **Scion Cardio-Vascular** | Board Member; New product pipeline/launch, marketing ,& distribution initiatives |
| **Hollis Group Ltd** | Board Member; Inventors and developer of laparoscopic devices |
| **GE Healthcare** | GE Women's Network Founding Member - Chesapeake Hub |
| **Johnson & Johnson Companies** | Women's Leadership Council, Women of Color sub-committee |

## ACADEMIC AND RESEARCH EXPERIENCE

- **MBA** w/Honors, Marketing/General & Strategic Management, Fox School of Business, Temple University, 2003
- **MS**, Textile Chemistry, Concentration in Bio-Polymers, North Carolina State University, Raleigh, NC, 1995
  Thesis: "Textile Composite Wound Dressing."
  - Developed and obtained grants for original research program.
  - Developed partnerships with Colleges of Textiles, School of Vet Medicine, Food Sciences & Chemistry
  - Developed biodegradable polymeric wound dressings of chitosan, poly D,L lactic acid, poly $\varepsilon$-Caprolactone
  - Researched synthesis and effects of sterilization on biodegradable polymers; complete cell culturing to understand epithelialization and healing rates
- **BS**, Apparel and Textiles, Option in Textile Science, Concentration in Chemistry, Math and Physics, Auburn University, Auburn, AL, 1993 Thesis: *"Biomedical Polymers."* Advisor: Dr. Ian Hardin

## PATENTS AND PUBLICATIONS

Book Publication:
  *Bioactive Fibers and Polymers*; Chapter 7, A Hybrid Bioabsorbable Wound Dressing,
  A. London Brown, A. E. Tonelli, S. M. Hudson, and B. S. Gupta.   Ed: J. Vincent Edwards & Tyrone L.Vigo. American Chemical Society Publication, 2001.

Patents:
  - US 6946,585 & EP1203571A2 – *Absorbent Article*                         September 20, 2005
  - US 6,595,042 – *Method of Demonstrating Breathability.*              July 22, 2003
  - US 7,645,227 – *Implants and Methods for Pelvic Floor.*             January 12, 2010
  - US20080287596 – *Instruments for Implanting Implantable Prostheses.*   Filed November 20, 2008
  - US20050165373 – *Absorbent Article.*                                Filed July 28, 2005

Presenter and Author
  - *Wellness in the Workplace*, Corporate Wellness Magazine,  January 2011
  - *Trends on Wellness in the Workplace*,  AHIP Wellness Webinar , June 2010
  - American Chemical Society Convention, August 1999
    Biopolymers Section: *Textile Composite Wound Dressing*
  - 14th Southern Biomedical Engineering Conference - Louisiana State University Medical Center, April 1995
  - American Chemical Society Polymer Symposium - Pennsylvania State University, June 1994
    Title of Paper: *Textile Composite Wound Dressing*

Awards for Advertising/Education Programs: Marketing and Concept Leader
  - ETHICON Women's Health & Urology: Anatomy Review Training Module
    - 2008 AMI Salon – Award of Excellence;  Category: Interactive Media
    - 2008 HCMA IN-AWE Award (Gold);  Category:  Medical Education/Interactive Allied Healthcare Professionals
    - 2008 Summit Creative Awards Trophy (Bronze) ;  Category: Interactive Media – Health/Medicine

  - ETHICON Women's Health & Urology: Gynecare TVT SECUR Professional Education DVD-ROM
    - 2007 Telly Award (Bronze); Category: Non-Broadcast Productions – Pharmaceuticals
    - 2007 Summit Creative Awards Trophy (Bronze); Category: Interactive Media – Health/Medicine