EXHIBIT EE

**From:** Crawford, Kelly [mailto:KCRAWFORD@RIKER.com]
**Sent:** Friday, September 06, 2013 1:39 PM
**To:** 'Cheryll Calderon'
**Cc:** Adam Slater; Jeff Grand; 'Jillian Roman'; Bryan Aylstock; Renee Baggett; Donna Jacobs; Scalera, Mary Ellen; Kabbash, Maha
**Subject:** Allison London Brown - Deposition

Please see the attached resume for Allison London Brown, a witness listed in New Jersey CMO 10. As per Judge Higbee's instructions, please identify the attorney who will be taking the lead at the deposition next week.

Cheryll, to answer your question below, there was no custodial production for Allison London Brown. She left the company in 2007.



**RIKER DANZIG SCHERER HYLAND PERRETTI**LLP

Kelly S. Crawford | Partner
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza | One Speedwell Avenue | Morristown, NJ 07962-1981
t: 973.451.8417 | f: 973.451.8635 | KCRAWFORD@RIKER.com | www.riker.com

---

**From:** Cheryll Calderon [mailto:ccalderon@mskf.net]
**Sent:** Tuesday, September 03, 2013 2:35 PM
**To:** Kabbash, Maha; Crawford, Kelly; Scalera, Mary Ellen
**Cc:** Adam Slater; Karen Kelsen
**Subject:** Allison London Brown

Maha, Kelly and Mary Ellen,

Has there been a custodial production made for Allison London Brown? All I see is the HR File but I may have missed it. Can you identify for me which productions the custodial productions were made in or explain why there is a lack of custodial file for the witness?

Thanks,
Cheryll

MAZIE SLATER KATZ & FREEMAN LLC
ATTORNEYS AT LAW

Cheryll A. Calderon, Esq.
**Mazie Slater Katz & Freeman, LLC**

1

103 Eisenhower Parkway
Roseland, NJ 07068

(973) 228 - 9898 (main office)
(973) 228 - 0303 (fax)

ccalderon@mskf.net

www.mskf.net

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973.228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank You.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.