EXHIBIT FF

# THE BENEFITS OF LIGHTWEIGHT MESHES

## IN VENTRAL HERNIA REPAIR

**Hosted by B. Todd Heniford M.D.**
Chief of Gastrointestinal and Minimally Invasive Surgery at Carolinas Medical Center

Refined surgical techniques and a growing array of mesh products are revolutionizing the art of hernia repair. Mesh has become a key component in successful hernia repair procedures. While there are a number of mesh products available, as you'll see in this program, mesh made from lightweight polypropylene mesh is the superior synthetic choice for hernia patients. This lightweight mesh has about a quarter of the foreign body of heavyweight mesh and studies have shown that it triggers less of an inflammatory response and patients can actually feel the difference. Also, in this program we discuss the need for a tissue-separating barrier on one side of the mesh, which is a special consideration in ventral hernia repair.

This presentation is made possible by funding from:

**ETHICON, INC.**
a Johnson&Johnson company

©2007 Information Television Network, Inc. ALL RIGHTS RESERVED.



Compilation of Findings for the Well-Informed Surgeon

THE BENEFITS OF LIGHTWEIGHT MESHES IN VENTRAL HERNIA REPAIR

Featuring B. Todd Heniford, M.D.