EXHIBIT HH

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT