EXHIBIT II

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT