# EXHIBIT KK

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT