# EXHIBIT LL

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     CHARLESTON DIVISION
 4                         -  -  -
       IN RE:  ETHICON, INC.     :   MDL NO. 2327
 5     PELVIC REPAIR SYSTEM,     :
       PRODUCTS LIABILITY        :
 6     LITIGATION                :
 7     THIS DOCUMENT RELATES TO ALL CASES
 8                         -  -  -
 9         AND VARIOUS OTHER CROSS-NOTICED ACTIONS
10                         -  -  -
11                     August 7, 2013
12                         -  -  -
           CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
13
14              Videotaped deposition of MARK C. YALE
       taken pursuant to notice, was held at the law
15     offices of Riker Danzig Scherer Hyland & Perretti
       LLP, Headquarters Plaza, One Speedwell Avenue,
16     Morristown, New Jersey, beginning at 9:35 a.m., on
       the above date, before Ann Marie Mitchell, a
17     Federally Approved Certified Realtime Reporter,
       Registered Diplomate Reporter and Notary Public for
18     the State of New Jersey.
19
20
21                         -  -  -
22
23              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph|917.951.5672 fax
24                 deps@golkow.com
25
```

Confidential - Subject to Protective Order

```
 1   document dump.
 2       Q.    Did you ever recall that Medscand did
 3   that, a document dump?
 4       A.    I became aware of that later, yes.
 5       Q.    Do you know where those are?
 6       A.    No.
 7       Q.    Nobody had asked you in your time
 8   managing the litigation issues and documents, where
 9   are those Medscand documents?
10       A.    I remember someone looking for them,
11   but I don't ever remember an outcome.
12       Q.    You don't remember anybody finding
13   them?
14       A.    I don't remember anybody finding
15   them.
16       Q.    It's a bunch of pallets of documents.
17   Somebody described it as 500 pounds of documents.
18             MR. HUTCHINSON:  Object to form.
19             THE WITNESS:  I do not know where
20   they were.
21   BY MR. ZONIES:
22       Q.    Can you look into that for me?
23       A.    Not anymore.
24       Q.    When you were doing your quality
25   engineering and TVT-S and laser-cut mesh was going
```