# EXHIBIT MM

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT