# EXHIBIT NN

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT