EXHIBIT OO

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT