EXHIBIT PP

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT