EXHIBIT QQ

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT