EXHIBIT RR

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT