EXHIBIT SS

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT