EXHIBIT TT

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT