EXHIBIT UU

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT