EXHIBIT VV

PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL DOCUMENT