UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

|  |  |
|---|---|
| ------------------------------------------------------------ x | |
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION : | CIVIL ACTION NO. 2:12-md-02327 |
| : | *MDL No. 2327* |
| : | |
| ------------------------------------------------------------ : | Judge Joseph R. Goodwin |
| This Document Applies To All Actions  : | |
| ------------------------------------------------------------ X | |

CERTIFICATE OF SERVICE OF
PLAINTIFFS' JOINT RESPONSES AND OBJECTIONS TO
DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS

Plaintiffs, by and through Plaintiffs' Co-Lead Counsel, hereby certify that on December 2, 2013, they served the following:

1. Plaintiffs' Joint Responses and Objections to Defendants' First Set of Requests for Admissions along with this Certificate of Service via United States mail and electronic mail upon the following:

> Christy D. Jones
> Butler, Snow, O'Mara, Stevens & Canada, PLLC
> 1020 Highland Colony Parkway
> Suite 1400 (39157)
> P.O. Box 6010
> Ridgeland, MS  39158
> Christy.jones@butlersnow.com

> David B. Thomas
> Thomas Combs & Spann, PLLC
> 300 Summers St.
> Suite 1380 (25301)
> P.O. Box 3824
> Charleston, WV  25338
> dthomas@tcspllc.com

1

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated:  December 2, 2013         By:      /s/Thomas P. Cartmell
                                 THOMAS P. CARTMELL
                                 Wagstaff & Cartmell LLP
                                 4740 Grand Avenue, Suite 300
                                 Kansas City, MO 64112
                                 816-701-1102
                                 Fax 816-531-2372
                                 tcartmell@wcllp.com

                                 D. RENEE BAGGETT
                                 Aylstock, Witkin, Kreis and Overholtz, PLC
                                 17 E. Main Street, Suite 200
                                 Pensacola, FL 32563
                                 850-202-1010
                                 850-916-7449
                                 Rbaggett@awkolaw.com
                                 *Plaintiffs' Co-Lead Counsel*