APPROVED and SO ORDERED.

ENTER: December 3, 2013

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS                 MDL No. 2326
LIABILITY LITIGATION                                   Honorable Joseph R. Goodwin

-------------------------------------------------------------------------------------------------

Tahona Anderson

**Plaintiff(s),**

v.                                                                CASE NO. 2:12-cv-04495

Ethicon, Inc.
Johnson & Johnson

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2326 against Boston Scientific Corp. and others. Plaintiff(s) later filed an Amended Complaint that no longer included Boston Scientific Corp. in that litigation; included instead, among others, were the following parties from MDL __2327__:

Because Boston Scientific Corp. is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2326 to __2327__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL __2327__.

                                                s/ Douglass A. Kreis

                                                Douglass A. Kreis, Esq.
                                                Florida Bar Number: 0129704
                                                AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
                                                17 E. Main Street, Suite 200
                                                Pensacola, Florida 32502
                                                Phone: (850) 202-1010
                                                Fax: (850) 916-7449

## CERTIFICATE OF SERVICE

I hereby certify that on __November 25, 2013__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

                                                s/ Douglass A. Kreis

                                                Douglass A. Kreis, Esq.
                                                Florida Bar Number: 0129704
                                                AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
                                                17 E. Main Street, Suite 200
                                                Pensacola, Florida 32502
                                                Phone: (850) 202-1010
                                                Fax: (850) 916-7449