# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
|---|---|---|
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |

___

**HELEN HILL**                                                                                               **PLAINTIFF**

v.                             **4:05-CV-00546-WRW**

**WYETH, et al.**                                                                         **DEFENDANTS**

___

**DIANE LAFERRARA**                                                                    **PLAINTIFF**

v.                             **4:04-CV-02271-WRW**

**WYETH, et al.**                                                                        **DEFENDANTS**

## ORDER

     I have just read Defendants' Opposition to Plaintiffs' Oral Motions for Consolidation of the *Hill*[1] and *Laferrara*[2] cases. Although, I told Plaintiffs they could respond by Wednesday, April 7, 2010, no response will be necessary.

     Plaintiffs' oral motion to consolidate the cases is DENIED. While there may be instances when consolidation will be appropriate, this is not one of those instances. The two plaintiffs are suing different manufacturers, took different drugs for different reasons, suffered different injuries,[3] etc.

     IT IS SO ORDERED this 1st day of April, 2010.

                                                      /s/ Wm. R. Wilson, Jr._____
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 411.

[2] Doc. No. 24.

[3] Although both women had breast cancer, one underwent a lumpectomy and the other underwent a mastectomy.