**EXHIBIT A**

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Loretta Gibson<br>Diana Keena<br>Helen Adams<br>Robin Caudill<br>Ruth Head<br>Amy Mendoza<br>Rachel Baxter<br>Barbara Hardie<br>Lynn Parfitt<br>Carie Baldridge<br>Alice Couch<br>Evelyn Zambrana<br>Deborah Johnson<br>Michele Mason<br>Naomi Wallis<br>Patricia Brooks<br>Jackie Holland<br>Nellie Miles<br>Juanita Vance<br>Evelyn Watts<br>Donna Cavaness<br>Minnie Kennedy<br>Sherri Cravens<br>Sandra Zimmerman<br>Lisa Snyder<br>Bonnie Corfee<br>Nellie Burrell<br>Karen White<br>Shirley Young<br>Linda Lowe | Texas Northern | 3:13-cv-04408 | 2:13-cv-28986 |