## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of December, 2013, he caused a true and correct copy of the foregoing Plaintiffs' Notice of Supplemental Authority in Opposition to the Secant Medical Defendants' Motion to Stay Enforcement of a Subpoena to be served upon all counsel and any unrepresented parties by ECF filing or by first class mail, postage prepaid, addressed as follows:

| Christy D. Jones<br>Donna Brown Jacobs<br>Butler Snow LLP<br>1020 Highland Colony Pkwy<br>Suite 1400<br>Box 6010<br>Ridgeland MS 39158-6010<br>christy.jones@butlersnow.com<br>donna.jacobs@butlersnow.com<br><br>David B. Thomas<br>Thomas Combs & Spann PLLC<br>300 Summers Street<br>Suite 1380<br>Box 3824<br>Charleston WV 25338<br>dthomas@tcspllc.com<br>*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson* | Joe H. Tucker, Jr.<br>V. Amanda Witt<br>Tucker Law Group, LLC<br>One Penn Center at Suburban Station<br>1617 JFK Boulevard,<br>Suite 1700<br>Philadelphia PA 19103<br>jtucker@tlgattorneys.com<br>awitt@tlgattorneys.com<br><br>*Attorneys for Defendants Secant Medical, Inc., Secant Medical, LLC and Prodesco, Inc.* |

Respectfully submitted,

/s/ Lee B. Balefsky
Lee B. Balefsky, Esquire

3