APPROVED and SO ORDERED.
ENTER: December 9, 2013

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR         MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION        Honorable Joseph R. Goodwin

---

Karen Silva and Ernest Silva,

**Plaintiff(s),**

v.                                          CASE NO. 2:13-cv-18852

Ethicon, Inc., Ethicon LLC, and
Johnson & Johnson,

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2187 C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2187:

C.R. Bard, Inc.
Sofradim Production SAS
Tissue Science Laboratories

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to  2187 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL  2187 .

s/ Jeffrey M. Kuntz

WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Thomas P. Cartmell    MO  #45366
tcartmell@wcllp.com
Jeffrey M. Kuntz        MO #52371
jkuntz@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on  December 5, 2013 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/ Jeffrey M. Kuntz

WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Thomas P. Cartmell    MO  #45366
tcartmell@wcllp.com
Jeffrey M. Kuntz        MO #52371
jkuntz@wcllp.com