Session:2013-12-10 Division:DEF Courtroom:Huntington
Date:2013/12/10 Judge:Eifert, Cheryl A.

Case ID:0001

Case number:2:12-md-02326 and 2:12-md-02327
Copurtroom Deputy : Sharon Mann,          Judge: Eifert, Cheryl A.
Cases: 2:12-md-02326 In Re: Boston Scientific Corp. and 2:12-md-02327 In Re: Ethicon, Inc.

**2013/12/10**

| | |
|---|---|
| 14:47:12 | **System : Start Recording** |
| | Record: Case Code:0001, New Case |
| 14:47:12 | **System : New Case** |
| | Case: 2:12-md-02326 and 2:12-md-02327 |
| 14:51:09 | **Annotation** |
| | MOTION HEARING |
| 14:55:51 | Attorneys: |
| 14:55:51 | |
| 14:55:51 | Joe Tucker, Jennise Walker Stubbs, Jon A. Strongman, Ben Watson,  Lee Balefsk |
| 14:55:51 |  Roger Cameron, Aimee Wagstaff,  Bryan Alystock, Paul Rosenblatt and Amanda Whitt |
| 14:55:51 | |
| 15:03:09 | Judge called to the bench by Courtroom Deputy |
| 15:03:17 | **Judge: Eifert, Cheryl A.** |
| | called case, noted appearances of counsel |
| 15:04:19 | Discussion with the parties regarding motion |
| 15:41:13 | denies In Re: Boston's Scientific's  Motion to Stay |
| 15:42:05 | **Annotation** |
| | discussion continues with the parties on document production |
| 15:57:12 | Hearing adjourned |
| 15:57:23 | **System : Stop Recording** |
| | Stop: Case Code:0001 |