Session:2013-12-12  
Date:2013/12/12  
Division:DEF  
Judge:Eifert, Cheryl A.  
Courtroom:Huntington

Case ID:0001

    Case number:2:10-md-02187  
    Judge: Eifert, Cheryl A.  
    Courtroom Deputy: Mann, Sharon  
    Defendant: In Re Boston,

**2013/12/12**

| Time | Event |
|---|---|
| 13:48:34 | **System : Start Recording** |
| | Record: Case Code:0001, New Case |
| 13:48:34 | **System : New Case** |
| | Case: 2:10-md-02187, 2:12-md-02325, 2:12-md-02326, 2:12-md-02327, 2:12-md-02387 |
| | 2:13-cv-29942, 2:13-cv-29487, 2:13-cv-11010, 2:13-cv-29497 and 2:12-cv-04188 |
| 13:50:04 | **Annotation** |
| | ATTORNEY: CLAYTON A. CLARK |
| 13:50:39 | ATTORNEY:  ERIC W. LEGG |
| 13:51:16 | ATTORNEY: STEPHEN HUFFAKER |
| 13:51:51 | ATTORNEY: MICHAEL BONASSO |
| 13:52:57 | ATTORNEY: DUSTIN B. RAWLIN |
| 13:53:26 | ATTORNEY: MARICELA CAVAZOS |
| 13:54:10 | ATTORNEY: MARTIN PHIPPS |
| 14:04:12 | ATTORNEY: SARAH MARTIN |
| 14:19:05 | ATTORNEY: FIDELMA FITZPATRICK |
| 14:19:45 | MOTION HEARING |
| 14:19:58 | Judge called to the bench by Courtroom Deputy |
| 14:22:15 | **Judge: Eifert, Cheryl A.** |
| | called cases |
| 14:23:32 | **Annotation** |
| | Appearances noted by Counsel |
| 14:25:04 | Discussion on Motions filed in individual cases by the parties |
| 15:15:32 | **Judge: Eifert, Cheryl A.** |
| | denies motions, orders will be filed |
| 15:17:14 | **Annotation** |
| | Hearing adjourned |
| 15:17:24 | **System : Stop Recording** |
| | Stop: Case Code:0001 |