APPROVED and SO ORDERED.
ENTER: December 13, 2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2326
Honorable Joseph R. Goodwin

---

Barbara Garcia and Paul Garcia

Plaintiff(s),

v.

CASE NO. 2:13-cv-23019

Boston Scientific Corporation

Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2326 against Boston Scientific Corp. and others. Plaintiff(s) later filed an Amended Complaint that no longer included Boston Scientific Corp. in that litigation; included instead, among others, were the following parties from MDL __2327__:

Ethicon, Inc.
Ethicon, LLC
Johnson & Johnson

Because Boston Scientific Corp. is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2326 to _2327_; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL _2327_.

/s/ Donald A. Migliori

Donald A. Migliori
Fidelma L. Fitzpatrick
Jonathan D. Orent
MOTLEY RICE LLC
321 S. Main Street, Suite 200
Providence, RI 02903
(401) 457-7700 Phone
(401) 457-7708 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Donald A. Migliori

Donald A. Migliori (RI #4936)
Motley Rice LLC
321 South Main St.
Providence, RI 02903
401-457-7700
401-457-7708
dmigliori@motleyrice.com