# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2327

## TRANSFER ORDER

**Before the Panel:**[*]  Pursuant to Panel Rule 7.1, plaintiffs in 49 actions move to vacate our orders conditionally transferring the actions to MDL No. 2327.  The 49 actions, which are listed on the attached Schedule A, are pending in the Central District of California (four actions), the Eastern District of Missouri (two actions), the Eastern District of Pennsylvania (42 actions), and the Southern District of Texas.  Responding defendants Johnson & Johnson and Ethicon, Inc. (collectively Ethicon) oppose the motions to vacate.

After considering all argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that their actions share questions of fact with MDL No. 2327.  Like many of the already-centralized actions, these 49 actions involve factual questions arising from allegations that pelvic surgical mesh products manufactured by Ethicon and related entities were defectively designed, manufactured and marketed, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motions to vacate, plaintiffs primarily argue that these actions were improperly removed and plaintiffs' motions to remand to state court are pending.  The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present such arguments to the transferee judge.[1]  *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*]  Judge Marjorie O. Rendell and Judge Lewis A. Kaplan did not participate in the disposition of this matter.

[1]  Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending.  Between the date a remand or other motion is filed and the date the Panel finalizes transfer of the action to the MDL, a court wishing to rule upon that motion generally has adequate time to do so.

-2-

Plaintiffs in the Eastern District of Pennsylvania actions argue that transfer will result in dismissal of their claims against defendants Secant Medical, Inc., Secant Medical, LLC, and Prodesco, Inc. (Secant), because they are not named in the master complaint in MDL No. 2327.  As we recently held in transferring three similar actions to MDL No. 2327 over plaintiffs' objections,[2] the transferee court has held that plaintiffs filing claims against defendants not named in the master complaint cannot *directly file* their claims in the Southern District of West Virginia.  Plaintiffs' claims against such defendants are free to proceed in the MDL once they are transferred by the Panel pursuant to Section 1407.

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

Paul J. Barbadoro          Charles R. Breyer
Sarah S. Vance             Ellen Segal Huvelle

---

[2]    *See* Transfer Order, MDL No. 2327 (J.P.M.L. Oct. 17, 2013).

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2327


## SCHEDULE A


Central District of California

Amber Clavesilla, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-06284
Joan Miller, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-06285
Megan Moses, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-06288
Pamela Ruiz, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-06289


Eastern District of Missouri

Rhonda Johnson, et al. v. Johnson & Johnson, et al., C.A. No. 4:13-01763
Angela Davidson, et al. v. Johnson & Johnson, et al., C.A. No. 4:13-01765

Eastern District of Pennsylvania

Kathryn McGee, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04388
Carla Hibler v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04932
Leeanna Turner v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04933
Cassandra E. Dawson v. Johnson & Johnson, et al., C.A. No. 2:13-04934
Doris R. Carter, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04953
Bernadette Ely v. Johnson & Johnson, et al., C.A. No. 2:13-04954
Brenda Jo French v. Johnson & Johnson, et al., C.A. No. 2:13-04955
Theresa Dempsey v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04956
Christine Greenwood, et al. v. Ethicon Women's Health & Urology, et al.,
        C.A. No. 2:13-04957
Brenda J. Carson v. Johnson & Johnson, et al., C.A. No. 2:13-04958
Barbara N. Bagwell v. Johnson & Johnson, et al., C.A. No. 2:13-04959
Lana Holt, et al. v. Ethicon Women's Health & Urology et al., C.A. No. 2:13-04960
Connie Sue Berry v. Johnson & Johnson, et al., C.A. No. 2:13-04961
Cynthia Dawn Nicholson v. Johnson & Johnson, et al., C.A. No. 2:13-04962
Gina Marie Collins v. Johnson & Johnson, et al., C.A. No. 2:13-04963
Kimberly L. Adkins v. Johnson & Johnson, et al., C.A. No. 2:13-04964
Iliana A. Perez v. Johnson & Johnson, et al., C.A. No. 2:13-05010
Betty Anne Giove, et al. v. Ethicon, Inc., et al., C.A. No. 2:13-05011
Kathleen J. Tomer v. Johnson & Johnson, et al., C.A. No. 2:13-05013
Connie Rubio v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05014
Ann Porter-Toure, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05015
Geraldine Barry v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05016

-A2-

**MDL No. 2327 Schedule A (continued)**

Eastern District of Pennsylvania (continued)

Susan McFarland, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05017
Alice Deimler, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05018
Ella Cederberg-Ebaugh, et al. v. Ethicon Women's Health and Urology, et al.,
          C.A. No. 2:13-05292
Caroline Holbrook, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05294
Cathy Eifert, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05295
Patsy Cousins v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05296
Irene Gordon, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05297
Patricia Tallo v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05301
Debbie Zimmers, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05302
Theresa Lynn Thomas v. Johnson & Johnson, et al., C.A. No. 2:13-05303
Cheryl Veri, et al. v. Ethicon Women's Health and Urology, et al., C.A. No. 2:13-05304
Kelley Owens, et al. v. Ethicon, Inc., et al., C.A. No. 2:13-05305
Julie Carr v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05306
Elizabeth Peil v. Ethicon Women's Health and Urology, et al., C.A. No. 2:13-05307
Patricia Hebert v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05308
Sharon Beltz v. Ethicon Women's Health & Urology, et al., C.A. No. 5:13-04931
Kelly Mohn, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 5:13-05012
Diana Perigo, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 5:13-05293
Margaret Klima-Mills, et al. v. Ethicon Women's Health & Urology, et al.,
          C.A. No. 5:13-05298
Suzanne M. Emmett, et al. v. Ethicon Women's Health & Urolgy, et al., C.A. No. 5:13-05299

Southern District of Texas

Maria DeLeon v. Alejandro Tey, M.D., et al., C.A. No. 7:13-00439

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
12/16/2013 11:20 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 12/16/2013 at 11:20 AM EST and filed on 12/16/2013
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court
for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be
effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**         TOMER v. JOHNSON & JOHNSON et al
**Case Number:**       PAE/2:13-cv-05013
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**         HOLBROOK et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**       PAE/2:13-cv-05294
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**         TURNER v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**       PAE/2:13-cv-04933
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | BERRY v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:13-cv-04961 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | Megan Moses et al v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:13-cv-06288 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      ZIMMERS et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al

**Case Number:**    PAE/2:13-cv-05302

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      Amber Clavesilla et al v. Johnson & Johnson et al

**Case Number:**    CAC/2:13-cv-06284

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      RUBIO v. ETHICON WOMEN'S HEALTH & UROLOGY et al

**Case Number:**    PAE/2:13-cv-05014

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:** DEMPSEY v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:** PAE/2:13-cv-04956
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:** DAWSON v. JOHNSON & JOHNSON et al
**Case Number:** PAE/2:13-cv-04934
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:** CEDERBERG-EBAUGH et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al

| | |
|---|---|
| **Case Number:** | PAE/2:13-cv-05292 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | COUSINS v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05296 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | DEIMLER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05018 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court**

for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**        MCFARLAND et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**      PAE/2:13-cv-05017
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**        Johnson et al v. Johnson & Johnson et al
**Case Number:**      MOE/4:13-cv-01763
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**        MOHN et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**      PAE/5:13-cv-05012
**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      HOLT et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**    PAE/2:13-cv-04960
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      NICHOLSON v. JOHNSON & JOHNSON et al
**Case Number:**    PAE/2:13-cv-04962
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     FRENCH v. JOHNSON & JOHNSON et al
**Case Number:**   PAE/2:13-cv-04955
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     HIBLER v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-04932
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     GIOVE et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:13-cv-05011
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**        BELTZ v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**     PAE/5:13-cv-04931
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**        MCGEE et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**     PAE/2:13-cv-04388
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    Pamela Ruiz et al v. Johnson & Johnson et al
**Case Number:**  CAC/2:13-cv-06289
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    KLIMA-MILLS et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**  PAE/5:13-cv-05298
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    GORDON et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**  PAE/2:13-cv-05297
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | THOMAS v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:13-cv-05303 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | TALLO v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05301 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | PORTER-TOURE et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05015 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | VERI et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05304 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | HEBERT v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05308 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**       ADKINS v. JOHNSON & JOHNSON et al
**Case Number:**     PAE/2:13-cv-04964
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**       CARTER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**     PAE/2:13-cv-04953
**Filer:**
**WARNING: CASE CLOSED on 09/06/2013**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**       PEREZ v. JOHNSON & JOHNSON et al

**Case Number:**   PAE/2:13-cv-05010
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    GREENWOOD et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-04957
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    BAGWELL v. JOHNSON & JOHNSON et al
**Case Number:**   PAE/2:13-cv-04959
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict**

**Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | ELY v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:13-cv-04954 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | PERIGO et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/5:13-cv-05293 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | CARR v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05306 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | BARRY v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05016 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | PEIL v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05307 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     DeLeon v. Tey, M.D. et al
**Case Number:**  TXS/7:13-cv-00439
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     COLLINS v. JOHNSON & JOHNSON et al
**Case Number:**  PAE/2:13-cv-04963
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     EMMETT et al v. ETHICON WOMEN'S HEALTH & UROLGY et al
**Case Number:**  PAE/5:13-cv-05299
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**   CARSON v. JOHNSON & JOHNSON et al
**Case Number:**   PAE/2:13-cv-04958
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**   Davidson et al v. Johnson & Johnson et al
**Case Number:**   MOE/4:13-cv-01765
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     EIFERT et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-05295
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     OWENS et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:13-cv-05305
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     Joan Miller et al v. Johnson & Johnson et al
**Case Number:**   CAC/2:13-cv-06285
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
12/16/2013 11:17 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 12/16/2013 at 11:14 AM EST and filed on 12/16/2013
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 1381

**Docket Text:**
**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in**

PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ([1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ([1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ([1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ([1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:     HOLBROOK et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:   PAE/2:13-cv-05294

Filer:

**Document Number:** 10

Docket Text:

**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439**

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       TURNER v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:     PAE/2:13-cv-04933
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,

**PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      Megan Moses et al v. Johnson & Johnson et al
**Case Number:**     CAC/2:13-cv-06288
**Filer:**
**Document Number:** 12

**Docket Text:**
**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      ZIMMERS et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**      PAE/2:13-cv-05302
**Filer:**
**Document Number:** 10

**Docket Text:**
**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in**

PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | CEDERBERG-EBAUGH et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-05292 |
| **Filer:** | |
| **Document Number:** | 10 |

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-

06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/2:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       DEIMLER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:     PAE/2:13-cv-05018
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in

PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| Case Name: | Johnson et al v. Johnson & Johnson et al |
| Case Number: | MOE/4:13-cv-01763 |
| Filer: | |
| Document Number: | 9 |

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-

cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:** HOLT et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al

**Case Number:**   PAE/2:13-cv-04960
**Filer:**
**Document Number:** 13

**Docket Text:**
**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439**

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:      NICHOLSON v. JOHNSON & JOHNSON et al
Case Number:    PAE/2:13-cv-04962
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,

PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018,
PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296,
PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303,
PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307,
PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293,
PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       HIBLER v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:     PAE/2:13-cv-04932
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in
CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-
cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in
PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-
04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in
PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-
04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in
PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-
05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in
PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-
05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in
PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-
05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in
PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-
05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in
TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-
06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327),
( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-
cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in
PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-
05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in
PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No.
2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in
PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-
04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in
PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-
04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in
PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-
05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in
PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No.
2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**          GIOVE et al v. ETHICON, INC. et al
**Case Number:**        PAE/2:13-cv-05011
**Filer:**
**Document Number:** 10

**Docket Text:**
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in

PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | BELTZ v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/5:13-cv-04931 |
| **Filer:** | |
| **Document Number:** | 10 |

Docket Text:

TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 7 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-

cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**     MCGEE et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-04388
**Filer:**
**Document Number:** 14

**Docket Text:**
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in

PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-
05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in
PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-
05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in
TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-
06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327),
( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-
cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in
PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-
05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in
PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No.
2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in
PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-
04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in
PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-
04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in
PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-
05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in
PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No.
2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285,
CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765,
PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934,
PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956,
PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960,
PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964,
PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,
PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018,
PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296,
PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303,
PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307,
PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293,
PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:      Pamela Ruiz et al v. Johnson & Johnson et al
Case Number:    CAC/2:13-cv-06289
Filer:
Document Number: 13

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in
CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-
cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in
PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-

04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:     VERI et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
Case Number:   PAE/2:13-cv-05304
Filer:

**Document Number:** 10

**Docket Text:**

TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT

**LITIGATION, on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     ADKINS v. JOHNSON & JOHNSON et al
**Case Number:**   PAE/2:13-cv-04964
**Filer:**
**Document Number:** 10

**Docket Text:**
**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018,**

PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296,
PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303,
PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307,
PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293,
PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:        CARTER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:      PAE/2:13-cv-04953
Filer:
WARNING: CASE CLOSED on 09/06/2013
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in
CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-
cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in
PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-
04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in
PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-
04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in
PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-
05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in
PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-
05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in
PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-
05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in
PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-
05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in
TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-
06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327),
( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-
cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in
PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-
05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in
PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No.
2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in
PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-
04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in
PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-
04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in
PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-
05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in
PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No.
2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:      PEREZ v. JOHNSON & JOHNSON et al
Case Number:    PAE/2:13-cv-05010
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in

PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:        PERIGO et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:      PAE/5:13-cv-05293
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 7 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-

cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       BARRY v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:     PAE/2:13-cv-05016
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in

PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:        COLLINS v. JOHNSON & JOHNSON et al
Case Number:      PAE/2:13-cv-04963
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-

04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:      EMMETT et al v. ETHICON WOMEN'S HEALTH & UROLGY et al
Case Number:    PAE/5:13-cv-05299
Filer:

**Document Number:** 10

**Docket Text:**

TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT

LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       EIFERT et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:     PAE/2:13-cv-05295
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in
CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-
cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in
PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-
04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in
PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-
04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in
PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-
05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in
PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-
05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in
PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-
05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in
PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-
05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in
TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-
06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327),
( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-
cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in
PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-
05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in
PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No.
2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in
PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-
04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in
PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-
04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in
PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-
05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in
PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No.
2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285,
CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765,
PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934,
PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956,
PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960,
PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964,
PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,
PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018,

PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| Case Name: | OWENS et al v. ETHICON, INC. et al |
| Case Number: | PAE/2:13-cv-05305 |
| Filer: | |
| Document Number: | 14 |

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285,

CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765,
PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934,
PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956,
PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960,
PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964,
PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,
PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018,
PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296,
PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303,
PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307,
PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293,
PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:      TOMER v. JOHNSON & JOHNSON et al
Case Number:    PAE/2:13-cv-05013
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in
CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-
cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in
PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-
04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in
PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-
04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in
PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-
05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in
PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-
05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in
PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-
05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in
PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-
05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in
TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-
06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327),
( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-
cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in
PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-
05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in
PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No.
2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in
PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-
04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in
PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-

04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:      BERRY v. JOHNSON & JOHNSON et al
Case Number:    PAE/2:13-cv-04961
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in

PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       Amber Clavesilla et al v. Johnson & Johnson et al
Case Number:     CAC/2:13-cv-06284
Filer:
Document Number: 12

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-

05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:        RUBIO v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:      PAE/2:13-cv-05014
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in

PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | DEMPSEY v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-04956 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**

**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | DAWSON v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:13-cv-04934 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**

**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 7 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**


**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303,**

PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:     COUSINS v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:   PAE/2:13-cv-05296
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934,

PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956,
PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960,
PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964,
PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,
PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018,
PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296,
PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303,
PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307,
PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293,
PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:          MCFARLAND et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:        PAE/2:13-cv-05017
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in
CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-
cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in
PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-
04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in
PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-
04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in
PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-
05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in
PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-
05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in
PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-
05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in
PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-
05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in
TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-
06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327),
( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-
05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in
PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-
05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in
PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No.
2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in
PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-
04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in
PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-
04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in
PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-

05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | MOHN et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/5:13-cv-05012 |
| **Filer:** | |
| **Document Number:** | 10 |

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in

PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:        FRENCH v. JOHNSON & JOHNSON et al
Case Number:      PAE/2:13-cv-04955
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-

05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:        KLIMA-MILLS et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:      PAE/5:13-cv-05298
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in

PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327), 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:   GORDON et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:   PAE/2:13-cv-05297
Filer:
Document Number: 10

Docket Text:

TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**      PORTER-TOURE et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**    PAE/2:13-cv-05015
**Filer:**
**Document Number:** 10

**Docket Text:**

**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293,**

PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:      TALLO v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:    PAE/2:13-cv-05301
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960,

PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964,
PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,
PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018,
PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296,
PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303,
PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307,
PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293,
PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | THOMAS v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:13-cv-05303 |
| **Filer:** | |
| **Document Number:** 10 | |

**Docket Text:**
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in
CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-
cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in
PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-
04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in
PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-
04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in
PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-
05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in
PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-
05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in
PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-
05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in
PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 7 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-
05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in
TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-
06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327),
( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-
cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in
PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-
05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in
PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No.
2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in
PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-
04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in
PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-
04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in
PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-
05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in
PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No.

2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       HEBERT v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:     PAE/2:13-cv-05308
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in

PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-
04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in
PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-
04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in
PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-
05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in
PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No.
2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285,
CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765,
PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934,
PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956,
PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960,
PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964,
PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,
PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018,
PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296,
PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303,
PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307,
PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293,
PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439)

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:          GREENWOOD et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:        PAE/2:13-cv-04957
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in
CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-
cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in
PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-
04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in
PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-
04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in
PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-
05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in
PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-
05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in
PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-
05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in
PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-
05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in
TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-

06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**      BAGWELL v. JOHNSON & JOHNSON et al
**Case Number:**    PAE/2:13-cv-04959
**Filer:**
**Document Number:** 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in

PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:      ELY v. JOHNSON & JOHNSON et al
Case Number:    PAE/2:13-cv-04954
Filer:
Document Number: 10

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-

cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**        CARR v. ETHICON WOMEN'S HEALTH & UROLOGY et al

**Case Number:** PAE/2:13-cv-05306
**Filer:**
**Document Number:** 10

**Docket Text:**
**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      PEIL v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:13-cv-05307
**Filer:**
**Document Number:** 10

**Docket Text:**
**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014,**

PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       DeLeon v. Tey, M.D. et al
Case Number:     TXS/7:13-cv-00439
Filer:
Document Number: 12

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     CARSON v. JOHNSON & JOHNSON et al
**Case Number:**     PAE/2:13-cv-04958
**Filer:**
**Document Number:** 10

**Docket Text:**
**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in**

**PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)**

**Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     Davidson et al v. Johnson & Johnson et al

**Case Number:**    MOE/4:13-cv-01765

**Filer:**

**Document Number:** 9

**Docket Text:**

**TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-**

cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:        Joan Miller et al v. Johnson & Johnson et al
Case Number:      CAC/2:13-cv-06285
Filer:
Document Number: 13

Docket Text:
TRANSFER ORDER re: pldg. (8 in CAC/2:13-cv-06284, [1235] in MDL No. 2327), (11 in CAC/2:13-cv-06284, 11 in CAC/2:13-cv-06285, 11 in CAC/2:13-cv-06288, 11 in CAC/2:13-cv-06289, [1301] in MDL No. 2327, 7 in MOE/4:13-cv-01763, 7 in MOE/4:13-cv-01765, 12 in PAE/2:13-cv-04388, 8 in PAE/2:13-cv-04932, 8 in PAE/2:13-cv-04933, 8 in PAE/2:13-cv-04934, 8 in PAE/2:13-cv-04953, 8 in PAE/2:13-cv-04954, 8 in PAE/2:13-cv-04955, 8 in PAE/2:13-cv-04956, 8 in PAE/2:13-cv-04957, 8 in PAE/2:13-cv-04958, 8 in PAE/2:13-cv-04959, 10 in PAE/2:13-cv-04960, 8 in PAE/2:13-cv-04961, 8 in PAE/2:13-cv-04962, 8 in PAE/2:13-cv-04963, 8 in PAE/2:13-cv-04964, 8 in PAE/2:13-cv-05010, 8 in PAE/2:13-cv-05011, 8 in PAE/2:13-cv-05013, 8 in PAE/2:13-cv-05014, 8 in PAE/2:13-cv-05015, 8 in PAE/2:13-cv-05016, 8 in PAE/2:13-cv-05017, 8 in PAE/2:13-cv-05018, 7 in PAE/2:13-cv-05292, 7 in PAE/2:13-cv-05294, 7 in PAE/2:13-cv-05295, 7 in PAE/2:13-cv-05296, 7 in

PAE/2:13-cv-05297, 7 in PAE/2:13-cv-05301, 7 in PAE/2:13-cv-05302, 7 in PAE/2:13-cv-05303, 7 in PAE/2:13-cv-05304, 10 in PAE/2:13-cv-05305, 7 in PAE/2:13-cv-05306, 7 in PAE/2:13-cv-05307, 7 in PAE/2:13-cv-05308, 8 in PAE/5:13-cv-04931, 8 in PAE/5:13-cv-05012, 7 in PAE/5:13-cv-05293, 7 in PAE/5:13-cv-05298, 7 in PAE/5:13-cv-05299, 10 in TXS/7:13-cv-00439), (8 in CAC/2:13-cv-06285, [1234] in MDL No. 2327), (8 in CAC/2:13-cv-06288, [1237] in MDL No. 2327), (8 in CAC/2:13-cv-06289, [1238] in MDL No. 2327), ( [1293] in MDL No. 2327, 6 in PAE/2:13-cv-05292, 6 in PAE/2:13-cv-05294, 6 in PAE/2:13-cv-05295, 6 in PAE/2:13-cv-05296, 6 in PAE/2:13-cv-05297, 6 in PAE/2:13-cv-05301, 6 in PAE/2:13-cv-05302, 6 in PAE/2:13-cv-05303, 6 in PAE/2:13-cv-05304, 9 in PAE/2:13-cv-05305, 6 in PAE/2:13-cv-05306, 6 in PAE/2:13-cv-05307, 6 in PAE/2:13-cv-05308, 6 in PAE/5:13-cv-05293, 6 in PAE/5:13-cv-05298, 6 in PAE/5:13-cv-05299), ( [1209] in MDL No. 2327, 7 in TXS/7:13-cv-00439), ( [1236] in MDL No. 2327, 6 in PAE/2:13-cv-04932, 6 in PAE/2:13-cv-04933, 6 in PAE/2:13-cv-04934, 6 in PAE/2:13-cv-04953, 6 in PAE/2:13-cv-04954, 6 in PAE/2:13-cv-04955, 6 in PAE/2:13-cv-04956, 6 in PAE/2:13-cv-04957, 6 in PAE/2:13-cv-04958, 6 in PAE/2:13-cv-04959, 8 in PAE/2:13-cv-04960, 6 in PAE/2:13-cv-04961, 6 in PAE/2:13-cv-04962, 6 in PAE/2:13-cv-04963, 6 in PAE/2:13-cv-04964, 6 in PAE/2:13-cv-05010, 6 in PAE/2:13-cv-05011, 6 in PAE/2:13-cv-05013, 6 in PAE/2:13-cv-05014, 6 in PAE/2:13-cv-05015, 6 in PAE/2:13-cv-05016, 6 in PAE/2:13-cv-05017, 6 in PAE/2:13-cv-05018, 6 in PAE/5:13-cv-04931, 6 in PAE/5:13-cv-05012), ( [1132] in MDL No. 2327, 9 in PAE/2:13-cv-04388)

Transferring 49 action(s) - MDL No. 2327, CAC/2:13-cv-06284, CAC/2:13-cv-06285, CAC/2:13-cv-06288, CAC/2:13-cv-06289, MOE/4:13-cv-01763, MOE/4:13-cv-01765, PAE/2:13-cv-04388, PAE/2:13-cv-04932, PAE/2:13-cv-04933, PAE/2:13-cv-04934, PAE/2:13-cv-04953, PAE/2:13-cv-04954, PAE/2:13-cv-04955, PAE/2:13-cv-04956, PAE/2:13-cv-04957, PAE/2:13-cv-04958, PAE/2:13-cv-04959, PAE/2:13-cv-04960, PAE/2:13-cv-04961, PAE/2:13-cv-04962, PAE/2:13-cv-04963, PAE/2:13-cv-04964, PAE/2:13-cv-05010, PAE/2:13-cv-05011, PAE/2:13-cv-05013, PAE/2:13-cv-05014, PAE/2:13-cv-05015, PAE/2:13-cv-05016, PAE/2:13-cv-05017, PAE/2:13-cv-05018, PAE/2:13-cv-05292, PAE/2:13-cv-05294, PAE/2:13-cv-05295, PAE/2:13-cv-05296, PAE/2:13-cv-05297, PAE/2:13-cv-05301, PAE/2:13-cv-05302, PAE/2:13-cv-05303, PAE/2:13-cv-05304, PAE/2:13-cv-05305, PAE/2:13-cv-05306, PAE/2:13-cv-05307, PAE/2:13-cv-05308, PAE/5:13-cv-04931, PAE/5:13-cv-05012, PAE/5:13-cv-05293, PAE/5:13-cv-05298, PAE/5:13-cv-05299, TXS/7:13-cv-00439

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 12/16/2013.

Associated Cases: MDL No. 2327 et al. (DP)

MDL No. 2327 Notice has been electronically mailed to:

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05294 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05294 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04933 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04933 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06288 Notice has been electronically mailed to:**

Jason A Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

J. Steve Mostyn     eaharris@mostynlaw.com

Amy F Solomon     asolomon@girardikeese.com, levans@girardikeese.com

Amanda Heather Kent     akent@girardikeese.com, ilongoria@girardikeese.com

Noah M Wexler     nwexler@arnolditkin.com, hpeno@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Micajah D Boatright     cboatright@arnolditkin.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

**CAC/2:13-cv-06288 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05302 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05302 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05292 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05292 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05018 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05018 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01763 Notice has been electronically mailed to:**

HENRY G. GARRARD, III    hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Edward Blizzard    eblizzard@blizzardlaw.com, jpiper@blizzardlaw.com

Jeffrey J. Lowe    jlowe@careydanis.com, brenda@jefflowepc.com, crm@jefflowepc.com, lae@jefflowepc.com

Andrew J. Cross    across@careydanis.com

Scott A. Love    mgallagher@triallawfirm.com

John J Carey    jcarey@careydanis.com

Derek H. Potts    dpotts@potts-law.com, ascharnhorst@potts-law.com, gleal@potts-law.com

Joseph P Danis    jdanis@careydanis.com

Bettina J. Strauss    bjstrauss@bryancave.com

Sarah Shoemake Doles    sdoles@careydanis.com

W. Michael Moreland    mmoreland@triallawfirm.com

Kathryn Alexis Dugan    kate.dugan@bryancave.com

**MOE/4:13-cv-01763 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04960 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

JOANNA T. VASSALLO    jvassallo@shb.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

Jennise W. Stubbs    jstubbs@shb.com, rmeier@shb.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-04960 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04962 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-04962 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04932 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04932 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05011 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05011 Notice will not be electronically mailed to:**

**PAE/5:13-cv-04931 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/5:13-cv-04931 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04388 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER     shanin.specter@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04388 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06289 Notice has been electronically mailed to:**

Jason A Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

J. Steve Mostyn     eaharris@mostynlaw.com

Amy F Solomon     asolomon@girardikeese.com, levans@girardikeese.com

Noah M Wexler     nwexler@arnolditkin.com, hpeno@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Micajah D Boatright     cboatright@arnolditkin.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

**CAC/2:13-cv-06289 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05304 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,

brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER    shanin.specter@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05304 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04964 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-04964 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04953 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04953 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05010 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05010 Notice will not be electronically mailed to:**

**PAE/5:13-cv-05293 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/5:13-cv-05293 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05016 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05016 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04963 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-04963 Notice will not be electronically mailed to:**

**PAE/5:13-cv-05299 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/5:13-cv-05299 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05295 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05295 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05305 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

Barbara R Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

LOUIS W. SCHACK     lschack@reedsmith.com

SHANIN SPECTER     shanin.specter@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

ALEX G. GROSS     agross@reedsmith.com, Afritz@reedsmith.com

**PAE/2:13-cv-05305 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05013 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05013 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04961 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04961 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06284 Notice has been electronically mailed to:**

Jason A Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

J. Steve Mostyn     eaharris@mostynlaw.com

Amy F Solomon     asolomon@girardikeese.com, levans@girardikeese.com

Amanda Heather Kent     akent@girardikeese.com, ilongoria@girardikeese.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

**CAC/2:13-cv-06284 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05014 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER     shanin.specter@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05014 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04956 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04956 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04934 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04934 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05296 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05296 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05017 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER    shanin.specter@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-05017 Notice will not be electronically mailed to:**

**PAE/5:13-cv-05012 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/5:13-cv-05012 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04955 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04955 Notice will not be electronically mailed to:**

**PAE/5:13-cv-05298 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/5:13-cv-05298 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05297 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

VENYCLES AMANDA WITTS      Awitts@tlgattorneys.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:13-cv-05297 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05015 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

SHANIN SPECTER      shanin.specter@klinespecter.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

VENYCLES AMANDA WITTS      Awitts@tlgattorneys.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:13-cv-05015 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05301 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

VENYCLES AMANDA WITTS      Awitts@tlgattorneys.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:13-cv-05301 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05303 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05303 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05308 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

JANA MICHELLE LANDON     jlandon@stradley.com

MELISSA A GRAFF     melissa.graff@dbr.com

Micah L Hobbs     mhobbs@shb.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

Christopher S. McRae     cmcrae@shb.com

**PAE/2:13-cv-05308 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04957 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04957 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04959 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04959 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04954 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline      thomas.kline@klinespecter.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

VENYCLES AMANDA WITTS      Awitts@tlgattorneys.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:13-cv-04954 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05306 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline      thomas.kline@klinespecter.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

VENYCLES AMANDA WITTS      Awitts@tlgattorneys.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:13-cv-05306 Notice will not be electronically mailed to:**

**PAE/2:13-cv-05307 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-05307 Notice will not be electronically mailed to:**

**TXS/7:13-cv-00439 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Samuel A Houston     shouston@sschlaw.com, cfreeman@sschlaw.com, mmccracken@sschlaw.com

James Michael Moore     mmoore@moore-firm.com

Clayton A. Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A. Love     mgallagher@triallawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com

David J Lumber     dlumber@guerralawgroup.com

Carlos L Guerra     carlos@guerra-moore.com

David George Oliveira     doliveira@rofllp.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,
spickard@thematthewslawfirm.com

Darrell Lee Barger     dbarger@hdbdlaw.com, dbarger@hdbdk.com

William W. Lundquist     wlundquist@triallawfirm.com, twindham@triallawfirm.com

Angela T Bongat     abongat@hdbdlaw.com

Wendy Diane May     wmay@hdbdlaw.com

**TXS/7:13-cv-00439 Notice will not be electronically mailed to:**

**PAE/2:13-cv-04958 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-04958 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01765 Notice has been electronically mailed to:**

HENRY G. GARRARD, III     hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,
jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Edward Blizzard     eblizzard@blizzardlaw.com, jpiper@blizzardlaw.com

Jeffrey J. Lowe     jlowe@careydanis.com, brenda@jefflowepc.com, crm@jefflowepc.com,
lae@jefflowepc.com

Andrew J. Cross     across@careydanis.com

Scott A. Love     mgallagher@triallawfirm.com

John J Carey     jcarey@careydanis.com

Derek H. Potts      dpotts@potts-law.com, ascharnhorst@potts-law.com, gleal@potts-law.com

Joseph P Danis      jdanis@careydanis.com

Bettina J. Strauss      bjstrauss@bryancave.com

Sarah Shoemake Doles      sdoles@careydanis.com

Kathryn Alexis Dugan      kate.dugan@bryancave.com

**MOE/4:13-cv-01765 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06285 Notice has been electronically mailed to:**

Jason A Itkin      jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold      karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Thomas Vincent Girardi      tgirardi@girardikeese.com

J. Steve Mostyn      eaharris@mostynlaw.com

Amy F Solomon      asolomon@girardikeese.com, levans@girardikeese.com

Amanda Heather Kent      akent@girardikeese.com, ilongoria@girardikeese.com

Noah M Wexler      nwexler@arnolditkin.com, hpeno@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Micajah D Boatright      cboatright@arnolditkin.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

**CAC/2:13-cv-06285 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/16/2013] [FileNumber=430925-0]
[99ed45c9744f1891c8039e9672ed075e1e9ba59d9b3a7d8c8af27c06268566123d24

db8378f4304fa828ba73b029626f2b40f75bf2ca38de417561dd1e9a630b]]