UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | | |
|---|---|---|
| ------------------------------------------------------------- | x | |
| **IN RE ETHICON, INC., PELVIC REPAIR** | : | **CIVIL ACTION NO. 2:12-md-02327** |
| **SYSTEM PRODUCTS LIABILITY** | : | *MDL No. 2327* |
| **LITIGATION** | : | |
| ------------------------------------------------------------- | : | Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : | |
| ------------------------------------------------------------- | X | |

CERTIFICATE OF SERVICE OF
PLAINTIFFS' AMENDED JOINT RESPONSES AND OBJECTIONS TO
DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS

Plaintiffs, by and through Plaintiffs' Co-Lead Counsel, hereby certify that on

December 16, 2013, they served the following:

Plaintiffs' Amended Joint Responses and Objections to Defendants' First Set of Requests

for Admissions along with this Certificate of Service via United States mail and electronic mail

upon the following:

> Christy D. Jones
> Butler, Snow, O'Mara, Stevens & Canada, PLLC
> 1020 Highland Colony Parkway
> Suite 1400 (39157)
> P.O. Box 6010
> Ridgeland, MS  39158
> Christy.jones@butlersnow.com

> David B. Thomas
> Thomas Combs & Spann, PLLC
> 300 Summers St.
> Suite 1380 (25301)
> P.O. Box 3824
> Charleston, WV  25338
> dthomas@tcspllc.com

1

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated:  December 16, 2013      By:     /s/Thomas P. Cartmell        
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com
*Plaintiffs' Co-Lead Counsel*