UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                           MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –111)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 891 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 18, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

### SCHEDULE CTO–111 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

PENNSYLVANIA EASTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~13–06942~~ | ~~STEVENSON v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–06943~~ | ~~SALAZAR v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–06944~~ | ~~PERRAS v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–06945~~ | ~~MCCORMICK et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–06946~~ | ~~MILLER v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–06947~~ | ~~BOSTWICK et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–06948~~ | ~~NEAL-TUCKER et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–06949~~ | ~~GOLDBERG et al v. ETHICON, INC. et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07045~~ | ~~EASTERLING et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07046~~ | ~~HOFFMAN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07048~~ | ~~REUTHER et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07049~~ | ~~VORHEES et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07050~~ | ~~LAMBDIN et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07052~~ | ~~DODSON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07053~~ | ~~DENTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07054~~ | ~~KITTREDGE et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07055~~ | ~~ALDEN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07056~~ | ~~DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~13–07057~~ | ~~HAUENSTEIN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07058~~ | ~~CONDRAN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07063~~ | ~~BALL v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07064~~ | ~~CHISM v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~2~~ | ~~13–07065~~ | ~~CASTRO v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |
| ~~PAE~~ | ~~5~~ | ~~13–07066~~ | ~~BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al~~ |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 13–01721 | BROSEK et al v. ETHICON, INC. |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
12/18/2013 08:24 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 12/18/2013 at 8:23 AM EST and filed on 12/18/2013
**Case Name:**         IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**       MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 12/18/13. Please see pleading ([1390] in MDL No. 2327, 3 in PAW/2:13-cv-01721).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/18/2013.**

**Associated Cases: MDL No. 2327, PAW/2:13-cv-01721 (dn)**

**Case Name:**        BROSEK et al v. ETHICON, INC.
**Case Number:**      PAW/2:13-cv-01721
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 12/18/13. Please see pleading ( [1390] in MDL No. 2327, 3 in PAW/2:13-cv-01721).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/18/2013.**

**Associated Cases: MDL No. 2327, PAW/2:13-cv-01721 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
12/18/2013 08:23 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 12/18/2013 at 8:22 AM EST and filed on 12/18/2013
**Case Name:**          IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**        MDL No. 2327
**Filer:**
**Document Number:** 1390

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 1 action(s)** *re: pldg. ([1373] in MDL No. 2327, 1 in PAW/2:13-cv-01721)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/18/2013.**

**Associated Cases: MDL No. 2327, PAW/2:13-cv-01721 (dn)**

**Case Name:** BROSEK et al v. ETHICON, INC.
**Case Number:** PAW/2:13-cv-01721
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 1 action(s)** *re: pldg. ( [1373] in MDL No. 2327, 1 in PAW/2:13-cv-01721)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/18/2013.**

**Associated Cases: MDL No. 2327, PAW/2:13-cv-01721 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch      carl@facslaw.com, terry@facslaw.com

Michael J Farrell      mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso      mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr      hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr      paul@greeneketchum.com

Marc E. Williams      marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAW/2:13-cv-01721 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

C. J Zeszutek      james.zeszutek@dinslaw.com

Rolf Louis Patberg      rpatberg@patbergcarmodyging.com

**PAW/2:13-cv-01721 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/18/2013] [FileNumber=431431-0]
[11ef3ee112702b6cf202628cb6cbdbda5db9cff39f09945b7549b426335f4fbc0738
ae7b4c82a545901cb21ec55890d1441b6d23db79c26398a846eaf8681c9c]]