UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : CIVIL ACTION NO. 2:12-md-02327<br>: <u>MDL No. 2327</u><br>:<br>: Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : |

To:    Christy D. Jones, Esq.
       Butler, Snow, O'Mara Stevens & Cannada, PLLC
       1020 Highland Colony Parkway, Suite 1400
       Ridgeland, MS 39157
       601-948-5711

**PLAINTIFFS' CERTIFICATE OF SERVICE OF
FIRST AMENDED NOTICE TO TAKE ORAL DEPOSITION OF AARON KIRKEMO**

I hereby certify that on December 19, 2013, I served Plaintiff's First Amended Notice to Take Oral Deposition of Aaron Kirkemo via email and the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:    /s/Thomas P. Cartmell
       THOMAS P. CARTMELL
       Wagstaff & Cartmell LLP
       4740 Grand Avenue, Suite 300
       Kansas City, MO 64112
       816-701-1102
       Fax 816-531-2372
       tcartmell@wcllp.com

       D. RENEE BAGGETT
       Aylstock, Witkin, Kreis and Overholtz, PLC
       17 E. Main Street, Suite 200
       Pensacola, FL 32563
       850-202-1010
       850-916-7449
       Rbaggett@awkolaw.com
       *Plaintiffs' Co-Lead Counsel*

4837-9648-6423, v. 1