## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### DEFENDANTS' MOTION FOR REDUCTION OF PROLIFT DISCOVERY POOL

In response to recent voluntary dismissal of one of Defendants' Discovery Pool selections, Defendants Ethicon Inc. and Johnson & Johnson ("Defendants") hereby request that the Prolift Discovery Pool be reduced from 10 to 8 plaintiffs to mitigate the prejudice caused by this dismissal.  Defendants also request that they be permitted to select which plaintiffs' selection should be dropped from the Discovery Pool.

### BACKGROUND

The Court previously ordered that each side select 5 plaintiffs, for a total of 10, to constitute the Prolift Discovery Pool.  Both sides submitted their selections on September 6, 2013.  Defendants' selections included Plaintiff Terri Lee Bell (Case No. 2:12-cv-06175), who is represented by Aylstock Witkin Kreis & Overholtz.   Mrs. Bell's deposition began on 11/18/2013 but was not completed.  Thereafter, in response to repeated requests for dates to complete that deposition and to schedule others, Mrs. Bell's counsel advised that she wished to voluntarily dismiss her claims with prejudice.  She filed her Stipulation of Dismissal with

Prejudice on 12/03/2013.  (Doc. #23, Case No. 2:12-cv-06175 (12/03/2013).  Though Mrs. Bell

has stipulated to dismissal with prejudice, the dismissal does not cure the prejudice to defendants

in having one of their five discovery selections pulled from the group of 10 cases.

## ARGUMENT

Even with a dismissal with prejudice, unfair prejudice to Defendants remains.  With this

dismissal, Defendants are deprived their right to select bellwether candidates on equal footing as

Plaintiffs, and Defendants' choices now comprise a smaller proportion of the total Discovery

Pool.

In order to remedy the obvious prejudice to Defendants by Plaintiffs effectively striking

a defense Discovery Pool  selection, Defendants request that the bellwether selection pool be

reduced to 8 plaintiffs so that the pool will be comprised of 4 Plaintiffs' picks and 4 Defendants'

picks.  Defendants request that the Court permit Defendants to select the plaintiff to strike from

the Discovery Pool selections.

In the alternative, Defendants request the opportunity to designate a replacement

selection; that the Court extend all applicable deadlines with respect to that selection to allow

time for discovery as afforded for other Discovery Pool selections; and that the date for

nominating bellwether selections be extended so that the replacement selection can be evaluated

as a possible bellwether nominee.

## CONCLUSION

For the foregoing reasons and in the interest of justice, Defendants respectfully request

that the Court order the Discovery Pool be reduced from 10 to 8 plaintiffs, permitting Defendants

to select the plaintiffs' discovery pool pick to strike.  In the alternative only, Defendants request

that the Court extend all applicable deadlines to allow equal time for discovery of a substitute

defense selection to replace Mrs. Bell.

Dated:  December 23, 2013

Respectfully submitted,

/s/ Christy D. Jones_____
Christy D. Jones
Donna Brown Jacobs
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com
donna.jacobs@butlersnow.com


/s/ David B. Thomas_____
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to CM/ECF participants registered to receive service in this MDL.

*Christy D. Jones*_____

Christy D. Jones

ButlerSnow 18817038v1