UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO −112)**


On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 940 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 27, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION MDL No. 2327

### SCHEDULE CTO−112 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 13−07116 | INGLAND v. ETHICON WOMEN'S HEALTH &UROLOGY et al |
| PAE | 2 | 13−07117 | DIAZ v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07118 | REARDON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07119 | TAYLOR v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07120 | CORMIER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07121 | FILGER et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al |
| PAE | 2 | 13−07123 | POLAN v. ETHICON WOMEN'S HEALTH &UROLOGY et al |
| PAE | 2 | 13−07125 | ROSS et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07127 | MOFFETT v. ETHICON WOMEN'S HEALTH &UROLOGY et al |
| PAE | 2 | 13−07128 | GUYTON et al v. ETHICON WOMEN'S HEALTH &UROLOGY et al |
| TEXAS NORTHERN | | | |
| ~~TXN~~ | ~~3~~ | ~~13−04800~~ | ~~Batiste v. McNabb et al~~   Opposed 12/17/13 |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
12/27/2013 08:04 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 12/27/2013 at 8:03 AM EST and filed on 12/27/2013
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ([1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.

Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)

Case Name:        POLAN v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:      PAE/2:13-cv-07123
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.

Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)

Case Name:        ROSS et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
Case Number:      PAE/2:13-cv-07125
Filer:
Document Number:  No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| **Case Name:** | FILGER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07121 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases:** MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)

**Case Name:** INGLAND v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:** PAE/2:13-cv-07116
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases:** MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)

**Case Name:** TAYLOR v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:** PAE/2:13-cv-07119
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| Case Name: | CORMIER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| Case Number: | PAE/2:13-cv-07120 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| Case Name: | MOFFETT v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| Case Number: | PAE/2:13-cv-07127 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

**Case Name:** GUYTON et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:** PAE/2:13-cv-07128
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

**Case Name:**         REARDON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**       PAE/2:13-cv-07118
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

**Case Name:**         DIAZ v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**       PAE/2:13-cv-07117
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-112) Finalized on 12/27/13. Please see pleading ( [1406] in MDL No. 2327, 3 in PAE/2:13-cv-07116, 3 in PAE/2:13-cv-07117, 3 in PAE/2:13-cv-07118, 3 in PAE/2:13-cv-07119, 3 in PAE/2:13-cv-07120, 3 in PAE/2:13-cv-07121, 3 in PAE/2:13-cv-07123, 3 in PAE/2:13-cv-07125, 3 in PAE/2:13-cv-07127, 3 in PAE/2:13-cv-07128).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
12/27/2013 08:05 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 12/27/2013 at 8:02 AM EST and filed on 12/27/2013
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 1406

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ([1385]* **in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in**

*PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| **Case Name:** | POLAN v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07123 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| **Case Name:** | ROSS et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07125 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| **Case Name:** | FILGER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07121 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| Case Name: | INGLAND v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| Case Number: | PAE/2:13-cv-07116 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| Case Name: | TAYLOR v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| Case Number: | PAE/2:13-cv-07119 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| **Case Name:** | CORMIER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07120 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| **Case Name:** | MOFFETT v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07127 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)**

| | |
|---|---|
| **Case Name:** | GUYTON et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07128 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases:** MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)

| | |
|---|---|
| **Case Name:** | REARDON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07118 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases:** MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)

| | |
|---|---|
| **Case Name:** | DIAZ v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07117 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-112) - 10 action(s)** *re: pldg. ( [1385] in MDL No. 2327, 1 in PAE/2:13-cv-07116, 1 in PAE/2:13-cv-07117, 1 in PAE/2:13-cv-07118, 1 in PAE/2:13-cv-07119, 1 in PAE/2:13-cv-07120, 1 in PAE/2:13-cv-07121, 1 in PAE/2:13-cv-07123, 1 in PAE/2:13-cv-07125, 1 in PAE/2:13-cv-07127, 1 in PAE/2:13-cv-07128)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/27/2013.**

**Associated Cases:** MDL No. 2327, PAE/2:13-cv-07116, PAE/2:13-cv-07117, PAE/2:13-cv-07118, PAE/2:13-cv-07119, PAE/2:13-cv-07120, PAE/2:13-cv-07121, PAE/2:13-cv-07123, PAE/2:13-cv-07125, PAE/2:13-cv-07127, PAE/2:13-cv-07128 (dn)


**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com,

pcoffield@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07123 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07123 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07125 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07125 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07121 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07121 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07116 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com, mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

ANDREW J. TREVELISE    atrevelise@reedsmith.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

CASSANDRA LEE MATOS    cmatos@reedsmith.com

**PAE/2:13-cv-07116 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07119 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07119 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07120 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07120 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07127 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07127 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07128 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07128 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07118 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07118 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07117 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07117 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/27/2013] [FileNumber=433421-0]
[a1612270925f9b71fe94a06e140a4d3bdbd78b58291c9627d382b4638748a70183b7
71d8c3cdb6caaa9df7f35d478a793a625799c089242b058b0f9f26ce6d5f]]