# EXHIBIT 1

RESPONSE TO TOPICS 1 AND 4

(Regulatory Affairs 30(b)(6) Notice)

I. **Vice President of Regulatory Affairs:**

    A.    John Paulson (1997-2000)

    B.    Catherine Beath (2000-2012)

    C.    Lynn Pawelski (2012-2013)

II. **Regulatory Affairs Director:**

    A.    Greg Jones (1996-12/2003)

    B.    Cindy Crosby (2004-6/2005)

    C.    Jennifer Paine (7/2005-2009)

    D.    Brian Lisa (2009-2010)

    E.    Brian Kanerviko (2011-2012)

III. **Regulatory Affairs Associates with Principal Responsibility for TVT Line:**

    A.    Peter Cecchini (RA Fellow in 1997 assisted on the 510(k) submission for TVT)

    B.    Karen Lessig (Sr. Project Manager, RA, 1999-2003, project leader of TVT-AA and assisted in the submission of 510(k))

    C.    Sean O'Bryan (Sr. Project Manager, RA, 2003-3/2005 responsible for TVT-O 510(k) submission)

    D.    Patricia Hojnoski ( Sr. Project Manager, RA, 3/2005-4/2006 responsible for TVT-Secur 510(k) submission)

    E.    John Clay (Manager, RA, 2006-2007)

    F.    Kristina Laguna (Manager, RA 2008)

    G.    Susan Lin (Manager, RA, 2009-3/2011 responsible for TVT Exact and TVT Abbrevo 510(k) submissions)

H. Laura Vellucci (RA Fellow, 4/2011-current)