# EXHIBIT 2

**Andrew N. Faes**

| | |
|---|---|
| **From:** | William Gage <William.Gage@butlersnow.com> |
| **Sent:** | Tuesday, December 17, 2013 1:32 PM |
| **To:** | 'Bryan Aylstock'; Tom P. Cartmell; Renee Baggett; Daniel Thornburgh (DThornburgh@awkolaw.com); Betsy Williams (BWilliams@awkolaw.com); Andrew N. Faes; Ben Anderson |
| **Cc:** | Christy Jones; Donna Jacobs; Ben Watson; 'David Thomas' |
| **Subject:** | Pelvic Mesh Custodial Production Summaries |
| **Attachments:** | Pelvic Mesh Custodial Production Summaries.pdf |

Bryan,

This is in response to Andrew's December 4, 2013, letter regarding custodial files for 16 custodians. It is also in response to your December 2, 2013, e-mail to Ben Watson regarding depositions for two of the custodians identified in Andrew's letter.

For many of the custodians at issue, the questions raised are addressed by charts we previously sent to plaintiffs. I am attaching them for your reference and in response to your inquiry, with respect to the ones not covered, I have asked for an additional chart to be prepared in the same format, which I am also attaching. Together, I believe these charts address all of Andrew's inquiries.

We note that David Stoloff was last collected in January 2013, as he is not a custodian who was designated to be supplemented on a six month cycle pursuant to the list we previously provided to plaintiffs. Please let us know if plaintiffs are now requesting a supplementation of his file. If so, I understand that we will need approximately 45 days to collect and supplement.

As to Bryan's request for depositions of Barbara Schuldt and Christopher Walker, we note that neither of these individuals were on plaintiffs' comprehensive list of depositions circulated earlier this Fall. While I understand that Walther's pelvic mesh documents will be produced later this months, we have only recently obtained Barbara Schuldt's authorization and are in the process of scheduling her collection. It is unlikely that her documents will be produced before the end of January, although I have asked that best efforts be made to collect and produce her documents as quickly as possible, taking into account other production

1

demands.  We suggest that both these depositions be put off until after the Lewis trial and we will work with you to schedule them in due course.

Thanks, William

**William M. Gage**
Butler Snow LLP
Direct: (601) 985-4561
Fax: (601) 985-4500
William.Gage@butlersnow.com



| About Butler Snow | Bio | V-Card |

P.O. Box 6010
Ridgeland, MS 39158-6010

Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.

## CUSTODIANS IDENTIFIED IN DECEMBER 04 CORRESPONDENCE FROM A. FAES[*]

| Custodian | Custodial File Updated as of | Status of Production[1] |
|---|---|---|
| Divilio, Tom | separation | complete[2] |
| Harm, Michael | separation | to be completed as of 01/31/14 |
| Librojo, Rey | N/A | to be completed as of 01/31/14 |
| Linsky, Cary | separation | complete[2] |
| Riedley, Charles | w/n last 6 mos. | to be completed as of 12/31/13 |
| Schuldt, Barbara | scheduled | to be completed as of 01/31/14 |
| Selley, Nicole | separation | to be completed as of 12/31/13 |
| Stoloff, David | Jan. 2013 | to be completed as of 12/31/13 |
| Thomas, Tiffany | w/n last 6 mos. | to be completed as of 12/31/13 |
| Vasquez, Domingo | w/n last 6 mos. | to be completed as of 12/31/13 |
| Walther, Christopher | w/n last 6 mos. | to be completed as of 12/31/13 |

---

[*] Not already identified on the September Depo, Post-September Depo or Other Custodian charts.

[1] "Complete" means that Ethicon is presently not aware of additional responsive documents to be produced. However, as a result of resolution of technical exceptions, possible privilege downgrades, additional filter terms that may be agreed to, and searches described in the hernia mesh stipulation, additional documents may still be produced for these custodians as they become identified.

[2] No documents were identified.

## OTHER CUSTODIANS IDENTIFIED IN AUGUST 30 CORRESPONDENCE FROM B. AYLSTOCK

| Custodian | Custodial File Updated as of | Status of Production[1] |
|---|---|---|
| Barendse, Stevan | separation | complete |
| Bennett, Jeffrey | w/n last 6 mos. | complete |
| Busch, Sean | separation | complete |
| Butler, General | w/n last 6 mos. | to be completed as of 09/30 |
| Chaves, Melissa | transfer | complete |
| Clay, John | separation | complete[2] |
| Courts, Paul | w/n last 6 mos. | complete |
| Crawford, Richard | transfer | complete |
| Cronan, Juli | w/n last 6 mos. | to be completed by 09/16 |
| D'Aversa, Margaret | Jun. 2011 | complete |
| David, Elizabeth | w/n last 6 mos. | complete |
| Day, Diana | separation | complete |
| Doane, Peter | w/n last 6 mos. | to be completed by 09/30 |
| Dodd, Sheri | separation | complete |
| Duncan, Katherine | separation | complete |
| Dunning, R Scott | w/n last 6 mos. | complete |
| Elbert, Katrin | w/n last 6 mos. | to be completed by 09/30 |
| Esau, Christen | separation | complete |
| Fights, Mark | separation | complete |
| Gallagher, Matthew | separation | complete |
| Globerman, Eric | separation | complete |
| Godwin, Amy | transfer | complete[2] |
| Hamby, Jessica | separation | complete |
| Heckman, Brian | separation | complete |
| Heitzmann, Barbara | N/A | newly-identified by plaintiffs |

---

[1] "Complete" means that Ethicon is presently not aware of additional responsive documents to be produced. However, as a result of resolution of technical exceptions, possible privilege downgrades, additional filter terms that may be agreed to, and searches described in the hernia mesh stipulation, additional documents may still be produced for these custodians as they become identified.

[2] No documents were identified.

| Custodian | Custodial File Updated as of | Status of Production[1] |
|---|---|---|
| Hutchinson, Richard | Nov. 2011 | complete |
| Johnson, Kevin | separation | complete |
| Johnson, Matthew | Jul. 2012 | complete |
| Kajy, Mark | w/n last 6 mos. | complete |
| Kelly, Susan | separation | complete |
| Kerl, Brad | w/n last 6 mos. | complete |
| Kisner, Heather | separation | complete |
| Landgrebe, Susanne | w/n last 6 mos. | to be completed by 09/16 |
| Langen, Brian | transfer | complete |
| LeClair, Nancy | separation | to be completed by 09/16 |
| Lisa, Bryan | transfer | complete |
| Martin, Samantha | separation | complete |
| Meyer, Stacy | N/A | newly-identified by plaintiffs |
| Miller, Douglas | separation | complete |
| Mohler, Troy | separation | complete |
| Mooney, Mark | Feb. 2013 | to be completed by 09/30 |
| Munchel, Kendra | separation | complete[2] |
| Oldelehr, Marcus | separation | complete |
| Phillips, James | N/A | newly-identified by plaintiffs |
| Pompilio, Sandra | separation | complete |
| Prefer, Scott | Apr. 2012 | complete |
| Remoll, Adam | separation | complete |
| Ricicki, Patricia | Jun. 2012 | complete |
| Sanford, Thomas | Apr. 2012 | complete |
| Schwarz, Chad | separation | complete |
| Shah, David | Apr. 2012 | complete |
| Shellhammer, Jay | separation | complete |
| Shen, Peter | Apr. 2012 | to be completed by 09/16 |
| Smith, Ashley | transfer | to be completed by 09/16 |
| Steele, Joseph | separation | to be completed by 09/30 |
| Storozuk, Thomas | separation | complete |
| Taveroni, Lauren | separation | to be completed by 09/16 |
| Vallecillo, Cesar | separation | complete |

| Custodian | Custodial File Updated as of | Status of Production[1] |
|---|---|---|
| Viana, Euzebio ("Zeb") | Jun. 2012 | complete |
| Walji, Zenobia | transfer | complete |
| Warren, Jennifer | transfer | complete |
| Wess, Alyson | w/n last 6 mos. | to be completed by 09/16 |
| Wilson, David | Apr. 2012 | complete |
| Wingard, Michael | separation | complete |
| Wohlert, Stephen | separation | complete |

## CUSTODIANS SCHEDULED FOR DEPOSITION
## AFTER SEPTEMBER or NOT YET SCHEDULED

| Custodian | Custodial File Updated as of | Status of Production[1] |
|---|---|---|
| Bagalio, Sheryl | separation | complete[2] |
| Barbolt, Thomas | Separation | complete[3] |
| Borkes, Gary | w/n last 6 mos. | complete |
| Cecchini, Peter | w/n last 6 mos. | complete |
| Chen, Meng | w/n last 6 mos. | to be completed by 09/16 |
| DeLacroix, Bruno | N/A | newly-identified by plaintiffs |
| Gauld, Judi | Nov. 2012 | complete |
| Guidry, Cyrus | Feb. 2013 | complete |
| Harm, Michael | N/A | newly-identified by plaintiffs |
| Hinoul, Piet (depo continuation) | w/n last 6 mos. | to be completed by 10/15 |
| Jacobs, Ed | Dec. 2011 | complete |
| Kaminski, Marianne | separation | complete |
| Kammerer, Gene | separation | complete |
| Kirkemo, Aaron | separation | complete |
| Landgrebe, Susan | w/n last 6 mos. | to be completed by 09/16 |
| McCabe, Barbara | w/n last 6 mos. | complete |
| Medina, Marjorie | w/n last 6 mos. | complete |
| Munchel, Kendra | separation | complete[2] |
| Patire-Singer, Wanda | N/A | newly-identified by plaintiffs |
| Savidge, Sandy | w/n last 6 mos. | to be completed by 10/15 |
| Schiaparel, Jill | separation | complete[2] |
| Smith, Dan (depo continuation) | Nov. 2012 | complete |
| Vazquez, Angel | w/n last 6 mos. | complete |
| Weisman, Harlan | separation | complete |

---

[1] "Complete" means that Ethicon is presently not aware of additional responsive documents to be produced. However, as a result of resolution of technical exceptions, possible privilege downgrades, additional filter terms that may be agreed to, and searches described in the hernia mesh stipulation, additional documents may still be produced for these custodians as they become identified.

[2] No documents were identified.

[3] Upon his separation, Mr. Barbolt left custodial documents with James Oldham, from whom they were collected.

## CUSTODIANS SCHEDULED FOR DEPOSITION IN SEPTEMBER

| Custodian | Custodial File Updated as of | Status of Production[1] |
|---|---|---|
| Angelini, Laura | w/n last 6 mos. | to be substantially completed on 9/16[2] |
| Arnaud, Axel (depo continuation) | Nov. 2012 | complete |
| Brennan, Carolyn | Aug. 2013 | to be completed on 9/16[3] |
| Brown, Allison London | separation | complete[4] |
| Crosby, Cindy | w/n last 6 mos. | complete |
| Godwin, Amy | transfer | complete[4] |
| Hart, James | w/n last 6 mos. | to be substantially completed on 9/16[2] |
| Hellhammer, Brigette | separation | complete |
| Isenberg, Richard | separation | complete[4] |
| Lamont, Dan (depo continuation) | Nov. 2012 | complete |
| Robinson, Dave (depo continuation) | transfer | complete |
| Trzewik, Jurgen | w/n last 6 mos. | complete |

---

[1] "Complete" means that Ethicon is presently not aware of additional responsive documents to be produced. However, as a result of resolution of technical exceptions, possible privilege downgrades, additional filter terms that may be agreed to, and searches described in the hernia mesh stipulation, additional documents may still be produced for these custodians as they become identified.

[2] Hard drives were not available for supplemental collection until recently. Responsive documents, if any from these hard drive supplementations are expected to be produced early to mid-October.

[3] Ms. Brennan is presently updated and complete through June 2011. Her supplemental collection was conducted in August 2013, shortly after plaintiffs identified her as a deponent.

[4] No documents were identified.