# EXHIBIT 3

# ZENOBIA WALJI

Dynamic and proven **Global Healthcare Leader** with extensive medical device and market development experience including new market assessment, strategy, and product development.

**GLOBAL BUSINESS • TALENT DEVELOPMENT • GROWTH PLATFORMS • LEADERSHIP**

## SUMMARY OF QUALIFICATIONS

- Results oriented leader adept at building both U.S. and worldwide businesses.
- Over 15 years of International market and business development experience in Europe and Asia-Pacific.
- Upstream and downstream marketing and market development experience.
- Unique ability to identify and develop talent, having built high performance teams across global markets.
- Proven ability to build cross functional and cross cultural relationships to create sustainable business value.

## CAREER ACHIEVEMENTS/SKILLS

- **Broad-based global healthcare experience with strong strategic and tactical expertise in:**
    - **Market Development** – Functional expertise in Marketing, Sales and General Management to build new ($100 M), mid-sized ($500 M) and large ($1 B) medical device businesses.
    - **Product and Business Creation** – Designed, developed, and established growth platforms involving new products, procedures, and business adjacencies for new start-ups, mid-sized, and large medical device businesses within Johnson & Johnson.
    - **Strategic Planning** – Developed short-term operational and seven-year strategic plans for core businesses as well as White Space areas. Strategic assessments included high and low-end competitive disruption, new market and business model innovation as well as scenario planning.
- **Leadership of cross-functional teams to secure Board-level investments and deliver Growth:**
    - 2011: Predictive view of competitive landscape for building the new Business Transformation plans
    - 2009: Minimally Invasive Surgery Scenario Analysis of market and competitive disruption.
    - 2007: Creation of an emerging market strategy and plan for China and India: 4x growth in 3 years
    - 2006: Vision and launch of an "Asia-Pacific Regional Hub" for Ethicon Endo-Surgery: 3x in 4 years
    - 2003: Vision and launch of a "Pelvic Floor" Platform in GYNECARE: $200M of adjacent business
    - 1998: Vision and launch of a "Women's Health" franchise in Australia and New Zealand. $10+ M
    - 1995: Business re-engineering of the Singapore market to establish corporate account structure.
    - 1990: Partnership with McKinsey & Co. on laparoscopic business assessment for Asia-Pacific.
- **Achieved world class results as Executive Director-Asia-Pacific** with the creation of an Asia-Pacific Regional Hub that grew from a U.S. $360 million to $1 billion business in four years:
    - Built the vision and defined the critical capability for a sustainable $1 billion business.
    - Partnered with key opinion leaders and leading hospitals to establish world class surgical training and advisory boards.
    - Established clinical sales and marketing training to accelerate the development of Asian talent.
- **Professional Awards:** Recipient of Johnson & Johnson Standards of Leadership and Encore Awards; ten awards granted from 2002 to 2011 including Asia-Pacific's "One-To-Win" Award for Business Excellence in 2008 and 2009, and the Medical Device Design Award in 2006.
- **Multilingual:** Fluent in English, French, Urdu, and Kutchi.



Plaintiff's EXHIBIT NO. 449  3/7/12  A. M. MITCHELL

## PROFESSIONAL EXPERIENCE

### THE JOHNSON AND JOHNSON FAMILY OF COMPANIES, MEDICAL DEVICE FRANCHISES — 1988 - PRESENT

**ETHICON ENDO-SURGERY, INC.**, CINCINNATI, OHIO — 2005-Present
*Manufacturer of advanced medical devices for minimally invasive and open surgical procedures.*

#### DIRECTOR, WORLDWIDE STRATEGIC PLANNING — 2009-Present

- Excels in business strategy development by facilitating global forums for strategy dialogue and insights; leverage of Disruptive Innovation frameworks and analytics have been foundational for developing predictive views of the market.
- Scenario planning combined with risk-opportunity modeling has helped to direct strategic investments in new business and white space areas.
- Strategic plan development includes seven-year financials with full P&L.

#### EXECUTIVE DIRECTOR, ASIA-PACIFIC — 2005-2009

- Spearheaded the creation and implementation of the "Asia-Pacific Regional Hub" building critical skills, competencies, and processes in support of $1 billion business; key focus on maximizing new product launch impact and accelerating the growth of emerging markets.
- Led the recruitment and development of the Regional Marketing team supporting the 15 countries of Asia-Pacific; business process and capability development resulted in delivering revenues two years ahead of the strategic plan forecast achieving the highest global growth for four consecutive years.
- Other key initiatives included building a product and talent pipeline for sustainable growth.

**GYNECARE WORLDWIDE**, SOMERVILLE, NEW JERSEY — 2000-2005
*A division of Ethicon offering minimally invasive treatment options for a variety of gynecologic conditions.*

#### DIRECTOR, STRATEGIC MARKETING — 2004-2005

- Established long term growth initiatives via new technology assessments and market development; lead two due diligence teams to evaluate White Space opportunities in new platform areas.
- Instrumental to the development and global launch of the new Pelvic Floor platform.

#### DIRECTOR, MARKETING — 2000-2004

- Developed and directed new product pipeline and process improvement strategies resulting in the launch of seven new products in four years and double digit annual growth; 41% in 2000 and 2001, 37% in 2002, and 22% in 2003 and named the fastest growth medical device and diagnostics company in 2002.
- Defined marketing capability requirements for the newly established U.S. marketing organization; recruited, trained, and supervised six Product Marketing Managers.

### JOHNSON AND JOHNSON MEDICAL, AUSTRALIA AND NEW ZEALAND — 1998-2000

#### GROUP MARKETING MANAGER – WOMEN'S HEALTH, CODMAN, AND MITEK — 1999-2000

- Successfully established a Women's Health franchise combining BIOPSYS and GYNECARE; met first year sales goal, and exceeded second year business plan by $1.0 million which enabled the achievement of break-even in year two.
- Mitek Australia achieved recognition as the second largest Mitek business outside of the U.S.
- Pioneered the integration of consumer marketing into the medical device business.

MARKETING MANAGER, ORTHOPAEDICS                                        1998-1999
- Orchestrated full integration of DePuy into Johnson & Johnson and achieved 15% growth; managed all sales, marketing, customer service, and logistics functions.

## ADDITIONAL EXPERIENCE

- Division Director, Johnson & Johnson Medical, Singapore, 1994-1998.
- Regional Market Development Manager, Johnson & Johnson Medical, Asia-Pacific, 1994-1995.
- Marketing Manager, Ethicon Endo Surgery, Singapore, Indonesia and Malaysia, 1992-1994.
- Sales Manager, Ethicon Suture franchise, Singapore and Brunei, 1989-1992.
- IRDP Management Trainee, Full Line Ethicon Representative, Las Vegas, Nevada, 1988-1989.

## EDUCATION

**MASTER OF BUSINESS ADMINISTRATION – INTERNATIONAL MARKETING**
PETER DRUCKER GRADUATE MANAGEMENT CENTER                        Claremont, California

**BACHELOR OF ARTS – EUROPEAN STUDIES AND PHILOSOPHY**
CLAREMONT MCKENNA COLLEGE                                       Claremont, California

**STUDY ABROAD – THE EXPERIMENT IN INTERNATIONAL LIVING**
SCHOOL FOR INTERNATIONAL TRAINING                            Toulouse and Paris, France