**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM**
**PRODUCTS LIABILITY LITIGATION**                              MDL No. 2327


(SEE ATTACHED SCHEDULE)


**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**


A conditional transfer order was filed in the actions on the attached schedule on December 10, 2013.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer.  Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-111" filed on December 10, 2013, is LIFTED insofar as it relates to these actions.  The actions are transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.


FOR THE PANEL:


Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

## SCHEDULE CTO-111 - TAG-ALONG ACTIONS

**DIST.  DIV.   C.A.NO.**              **CASE CAPTIONS**

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 13−06942 | STEVENSON v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−06943 | SALAZAR v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−06944 | PERRAS v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−06945 | MCCORMICK et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−06946 | MILLER v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−06947 | BOSTWICK et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−06948 | NEAL−TUCKER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−06949 | GOLDBERG et al v. ETHICON, INC. et al |
| PAE | 2 | 13−07045 | EASTERLING et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07046 | HOFFMAN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07048 | REUTHER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−07049 | VORHEES et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−07050 | LAMBDIN et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−07052 | DODSON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07053 | DENTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07054 | KITTREDGE et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| PAE | 2 | 13−07055 | ALDEN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM**
**PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO-111 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A.NO. | CASE CAPTIONS |
|-------|------|---------|---------------|

PENNSYLVANIA EASTERN (Continued)

| | | | |
|-------|------|---------|---------------|
| PAE | 2 | 13−07056 | DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07057 | HAUENSTEIN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07058 | CONDRAN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07063 | BALL v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07064 | CHISM v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 13−07065 | CASTRO v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 5 | 13−07066 | BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay (Transferee and Transferor Courts)
JPMLCMECF
to:
JPMLCMDECF
12/30/2013 09:33 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 12/30/2013 at 9:33 AM EST and filed on 12/30/2013

**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     STEVENSON v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-06942
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**       NEAL-TUCKER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**     PAE/2:13-cv-06948
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**       DODSON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**     PAE/2:13-cv-07052
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | DENTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07053 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     SALAZAR v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-06943
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     CONDRAN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-07058
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | GOLDBERG et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:13-cv-06949 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     MILLER v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-06946
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     REUTHER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-07048
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**      BOSTWICK et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-06947
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**   BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/5:13-cv-07066
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**   KITTREDGE et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-07054
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     VORHEES et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-07049
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     HOFFMAN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-07046
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE
ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's
7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule
7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the
Conditional Transfer Order was stayed until further order of the Panel. The parties failed
to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you
for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer
order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-
06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948,
PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048,
PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053,
PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057,
PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065,
PAE/5:13-cv-07066 (dn)**

**Case Name:**     EASTERLING et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-07045
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE
ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's
7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule
7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the
Conditional Transfer Order was stayed until further order of the Panel. The parties failed
to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     CASTRO v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-07065
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**    BALL v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:13-cv-07063
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**    DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:13-cv-07056
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | PERRAS v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-06944 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**        CHISM v. ETHICON WOMEN'S HEALTH AND UROLOGY et al

**Case Number:**    PAE/2:13-cv-07064

**Filer:**

**Document Number:** No document attached

**Docket Text:**

<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**        LAMBDIN et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al

**Case Number:**    PAE/2:13-cv-07050

**Filer:**

**Document Number:** No document attached

**Docket Text:**

<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**      ALDEN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-07055
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     MCCORMICK et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-06945
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     HAUENSTEIN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-07057
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/10/13. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-111) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation
JPMLCMECF
to:
JPMLCMDECF
12/30/2013 09:31 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 12/30/2013 at 9:30 AM EST and filed on 12/30/2013
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 1409

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (([1373] in MDL No. 2327, 1 in PAE/2:13-cv-
06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in
PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-**

**06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066 ) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | STEVENSON v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-06942 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | NEAL-TUCKER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-06948 |

**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     DODSON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**     PAE/2:13-cv-07052
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048,**

**PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     DENTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-07053
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     SALAZAR v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**   PAE/2:13-cv-06943
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to**

**this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | CONDRAN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07058 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | GOLDBERG et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:13-cv-06949 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-**

06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066 ) )

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | MILLER v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-06946 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | REUTHER et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07048 |

**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**      BOSTWICK et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:13-cv-06947
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048,**

**PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**    BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al

**Case Number:**    PAE/5:13-cv-07066

**Filer:**

**Document Number:** 9

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**    KITTREDGE et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al

**Case Number:**    PAE/2:13-cv-07054

**Filer:**

**Document Number:** 10

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to**

this action.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.

Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)

| | |
|---|---|
| **Case Name:** | VORHEES et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07049 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )

IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.

Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)

| | |
|---|---|
| **Case Name:** | HOFFMAN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07046 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-

06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066 ) )

IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.

Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)

| | |
|---|---|
| **Case Name:** | EASTERLING et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07045 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )

IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.

Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)

| | |
|---|---|
| **Case Name:** | CASTRO v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07065 |

**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     BALL v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**     PAE/2:13-cv-07063
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048,**

**PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**    DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:13-cv-07056
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**    PERRAS v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:13-cv-06944
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to**

this action.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.

Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)

Case Name:        CHISM v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
Case Number:      PAE/2:13-cv-07064
Filer:
Document Number: 7

Docket Text:
ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )

IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.

Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)

Case Name:        LAMBDIN et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al
Case Number:      PAE/2:13-cv-07050
Filer:
Document Number: 7

Docket Text:
ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-

06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066 ) )

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | ALDEN v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-07055 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

| | |
|---|---|
| **Case Name:** | MCCORMICK et al v. ETHICON WOMEN'S HEALTH & UROLOGY et al |
| **Case Number:** | PAE/2:13-cv-06945 |

**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048, PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)**

**Case Name:**     HAUENSTEIN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:13-cv-07057
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-111) (( [1373] in MDL No. 2327, 1 in PAE/2:13-cv-06942, 1 in PAE/2:13-cv-06943, 1 in PAE/2:13-cv-06944, 1 in PAE/2:13-cv-06945, 1 in PAE/2:13-cv-06946, 1 in PAE/2:13-cv-06947, 1 in PAE/2:13-cv-06948, 1 in PAE/2:13-cv-06949, 1 in PAE/2:13-cv-07045, 1 in PAE/2:13-cv-07046, 1 in PAE/2:13-cv-07048, 1 in PAE/2:13-cv-07049, 1 in PAE/2:13-cv-07050, 1 in PAE/2:13-cv-07052, 1 in PAE/2:13-cv-07053, 1 in PAE/2:13-cv-07054, 1 in PAE/2:13-cv-07055, 1 in PAE/2:13-cv-07056, 1 in PAE/2:13-cv-07057, 1 in PAE/2:13-cv-07058, 1 in PAE/2:13-cv-07063, 1 in PAE/2:13-cv-07064, 1 in PAE/2:13-cv-07065, 1 in PAE/5:13-cv-07066) )**

**IT IS THEREFORE ORDERED that the stay of CTO-111 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/30/2013.**

**Associated Cases: MDL No. 2327, PAE/2:13-cv-06942, PAE/2:13-cv-06943, PAE/2:13-cv-06944, PAE/2:13-cv-06945, PAE/2:13-cv-06946, PAE/2:13-cv-06947, PAE/2:13-cv-06948, PAE/2:13-cv-06949, PAE/2:13-cv-07045, PAE/2:13-cv-07046, PAE/2:13-cv-07048,**

PAE/2:13-cv-07049, PAE/2:13-cv-07050, PAE/2:13-cv-07052, PAE/2:13-cv-07053, PAE/2:13-cv-07054, PAE/2:13-cv-07055, PAE/2:13-cv-07056, PAE/2:13-cv-07057, PAE/2:13-cv-07058, PAE/2:13-cv-07063, PAE/2:13-cv-07064, PAE/2:13-cv-07065, PAE/5:13-cv-07066 (dn)

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06942 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-06942 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06948 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-06948 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07052 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07052 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07053 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07053 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06943 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-06943 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07058 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07058 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06949 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-06949 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06946 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-06946 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07048 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

VENYCLES AMANDA WITTS      Awitts@tlgattorneys.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:13-cv-07048 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06947 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

VENYCLES AMANDA WITTS      Awitts@tlgattorneys.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:13-cv-06947 Notice will not be electronically mailed to:**

**PAE/5:13-cv-07066 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

Jon A. Strongman      jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com,
hkemery@shb.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

JOANNA T. VASSALLO      jvassallo@shb.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/5:13-cv-07066 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07054 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

Barbara R Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

LOUIS W. SCHACK     lschack@reedsmith.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

ALEX G. GROSS     agross@reedsmith.com, Afritz@reedsmith.com

**PAE/2:13-cv-07054 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07049 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07049 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07046 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07046 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07045 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

Barbara R Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

LOUIS W. SCHACK     lschack@reedsmith.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

ALEX G. GROSS    agross@reedsmith.com, Afritz@reedsmith.com

**PAE/2:13-cv-07045 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07065 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R Kline    thomas.kline@klinespecter.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07065 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07063 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07063 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07056 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

JOANNA T. VASSALLO     jvassallo@shb.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07056 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06944 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-06944 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07064 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07064 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07050 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07050 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07055 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-07055 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06945 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

VENYCLES AMANDA WITTS     Awitts@tlgattorneys.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:13-cv-06945 Notice will not be electronically mailed to:**

**PAE/2:13-cv-07057 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

VENYCLES AMANDA WITTS    Awitts@tlgattorneys.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:13-cv-07057 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/30/2013] [FileNumber=433877-0]
[3ae9611b5129aba0886e64b38ca2cdc082e3793fb2be8791440b4d6032c9835da65e
77889526dd6e67a9cb20fc19e6553a2e9e06cceeb2533ce36d6777409841]]