**Honorable Cheryl A. Eifert**
**U. S. Magistrate Judge**
**United States District Court**
**Southern District of West Virginia**
**Statistical Sheet for MJSTAR**
**In Chambers Events Only**

| Case No.: | MDL 2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon, Inc., Pelvic Repair System | Ghost Case Style: | |
| Date of Event: | January 3, 2014 | | |
| Court Reporter: | Lisa Cook | | |
| Law Clerk: | | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br><br>Counsel for Plaintiffs:  Bryan Alystock, Renee Baggett, Richard Freese<br><br>Counsel for Defendant:  William Gage, Ben Watson, Anita Modak-Truran, Richard Bernardo | | |
| Type of Event: | Telephonic Status Conference | | |
| Time Spent in Chambers: | One (1) Hour, Ten (10) Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge  Cheryl A. Eifert | | |