Honorable Cheryl A. Eifert
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | MDL 2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon, Inc., Pelvic Repair System | Ghost Case Style: | |
| Date of Event: | January 7, 2014 | | |
| Court Reporter: | N/A | | |
| Law Clerk: | | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel: David Thomas, Bryan Alystock, William Gage, Daniel Thornburg | | |
| Type of Event: | Telephonic Conference re: Deposition of Dr. Barbolt | | |
| Time Spent in Chambers: | Eighteen (18) Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |