USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT Charleston

| | |
|---|---|
| In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | |
| v. | CASE NUMBER 2:12-MD-02327 |

**REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD**

Requestor's name: David B. Thomas

Address: Thomas Combs & Spann, PLLC 300 Summers Street, Suite 1380, Charleston WV 25301

Telephone: 304-414-1817    Fax: 304-414-1801

E-mail address: dthomas@tcspllc.com

Judicial officer presiding: Honorable Cheryl A. Eifert

Proceeding date(s): January 7, 2014

Proceeding location(s): Courtroom Huntington

Proceeding type(s)[1]: Telephonic Conference re: Deposition of Dr. Barbolt

Attorney present at hearing *(list all attorneys)*:
David Thomas, Bryan Aylstock, William Gage, Daniel Thornburg

Witness called at proceeding *(list all witnesses)*:
None

Court reporter name/Tape number/Courtflow: Laura H. Tatman

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

| | | | |
|---|---|---|---|
| ☐ | Ordinary transcript (due 30 days from date assigned to court reporter) | ☑ | Daily (due by 5:00 PM the day following assignment to court reporter) |
| ☐ | 14-Day transcript (due 14 days from date assigned to court reporter) | ☐ | Hourly |
| ☐ | Expedited (due 7 days from date assigned to court reporter) | ☐ | Copy of an audio tape or CD of an electronically recorded proceeding |

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

Please email the transcript to Robyn Davis at rdavis@tcspllc.com

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein. Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: s/David B. Thomas          Date: January 7, 2014

*Requestor's Signature or e-Signature*

| | | | |
|---|---|---|---|
| ☑ | Attorney (Civil or Criminal) | ☐ | Assistant United States Attorney |
| ☐ | CJA Attorney (completed CJA-24 attached) | ☐ | Pro Se Litigant |
| ☐ | Federal Public Defender | | |

---

**FOR OFFICIAL COURT USE ONLY:**

Court reporter assigned:

Date assigned:

Delivery method:

☐ Hold for pickup

☐ Mail to above address

☐ Mail to:

☐ Ship overnight:

via ____   Account no.: ____   Priority: ____