# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** : : : : | CIVIL ACTION NO. 2:12-md-02327 <u>MDL No. 2327</u> | |
| ------------------------------------------------------- : This Document Applies To All Actions : ------------------------------------------------------- X | Judge Joseph R. Goodwin | |

## CERTIFICATE OF SERVICE OF
## PLAINTIFF'S SECOND REQUESTS FOR ADMISSION TO DEFENDANT

Plaintiff, by and through her counsel, hereby certify that on January 8, 2014, she served the following:

1. Plaintiff's Second Requests for Admission to Defendant

via electronic mail upon:

David B. Thomas, Esq.
THOMAS COMBS & SPANN
P.O. Box 3824
Charleston, WV 25338
dthomas@tcspllc.com

Christy D. Jones
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601/948-5711
Fax: 601/985-4500
Email: christy.jones@butlersnow.com

14

Dated: January 8, 2014

    /s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
P: 850-202-1010
F: 850-916-7449
Rbaggett@awkolaw.com