UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327 |
| | **MDL No. 2327** |
| This Document Applies To All Actions | Judge Joseph R. Goodwin |

---

### CERTIFICATE OF SERVICE OF PLAINTIFFS' AMENDED JOINT RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS

Plaintiffs, by and through counsel, hereby certify that on January 8, 2014, she served the following:

1. Plaintiffs' Amended Joint Responses and Objections to Defendants' First Set of Requests for Admissions via electronic mail and U.S. mail upon:

David B. Thomas, Esq.
THOMAS COMBS & SPANN
P.O. Box 3824
Charleston, WV  25338
dthomas@tcspllc.com

Christy D. Jones
BUTLER SNOW
P.O. Box 6010
Ridgeland, MS  39158-6010
601-948-5711
Fax:  601-985-4500
christy.jones@butlersnow.com


January 8, 2014            By:  ____/s/Thomas P. Cartmell_____

THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com
*Plaintiffs' Co-Lead Counsel*