UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------ x
IN RE ETHICON, INC., PELVIC REPAIR  : CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY           :
LITIGATION                          : MDL No. 2327
                                    :
------------------------------------------------------------ : Judge Joseph R. Goodwin
                                    :
This Document Applies To All Actions

------------------------------------------------------------ X

**CERTIFICATE OF SERVICE OF
PLAINTIFFS' SECOND REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS**

I, D. Renee Baggett, hereby certify that on January 8, 2014, I served the following:

1. Plaintiffs' Second Request for Production of Documents to Defendants

via electronic mail upon:

David B. Thomas, Esq.
THOMAS COMBS & SPANN
P.O. Box 3824
Charleston, WV  25338
dthomas@tcspllc.com

Christy D. Jones
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601/948-5711
Fax: 601/985-4500
Email: christy.jones@butlersnow.com

17

Dated:  January 8, 2014.

                                                By:   /s/ D. Renee Baggett
                                                      D. RENEE BAGGETT
                                                      Aylstock, Witkin, Kreis and Overholtz, PLC
                                                      17 E. Main Street, Suite 200
                                                      Pensacola, FL  32563
                                                      850-202-1010
                                                      850-916-7449
                                                      Rbaggett@awkolaw.com