UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CROSS NOTICE OF VIDEO DEPOSITION OF DANIEL J. CHRISTENSEN

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of DANIEL J. CHRISTENSEN will be taken jointly in connection with *In Re American Medical Systems, Inc. MDL No. 2325, Pelvic Repair System Products Liability Litigation*, upon oral examination on January 23, 2014, at 10:00 a.m. EST, at Spilman Thomas & Battle, Spilman Center, 300 Kanawha Boulevard, East, Charleston, West Virginia, 25301.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re American Medical Systems, Inc. MDL No. 2325, Pelvic Repair System Products Liability*

*Litigation* and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

        This deposition will be taken before a person authorized by law to administer oaths and video-taped.

Dated: January 9, 2014

        Respectfully submitted,

/s/Christy D. Jones_____
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

/s/ David B. Thomas_____
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/Christy D. Jones*_____
Christy D. Jones

ButlerSnow 18985125v1