UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### DEFENDANTS' MOTION TO DEEM REQUESTS FOR ADMISSIONS ADMITTED, OR ALTERNATIVELY, TO COMPEL

Pursuant to Fed. R. Civ. P. 36(a)(6), Defendants respectfully request that the Court deem admitted all of the Requests for Admissions ("RFAs") filed herewith as Exhibit A, with the sole exception of RFA Nos. 17 and 67, which Plaintiffs unequivocally denied. As grounds for this motion, Defendants submit that Plaintiffs have proffered objections to these RFAs that lack merit. Defendants alternatively request that the Court compel Plaintiffs to provide full and complete responses to the RFAs. Defendants further request that they be awarded any other general or special relief as may be appropriate.

Defendants, through counsel, have conferred with Plaintiffs in accordance with Local Rule 37.1(b) in a good faith attempt to resolve this dispute without the Court's intervention. In support of this motion, Defendants have filed herewith a memorandum of law, as well as the following exhibits:

A. Defendants' RFAs at issue, together with accompanying exhibits, filed herewith as Exhibit A;

B. Defendants' counsel's December 5, 2013, letter to Plaintiffs' counsel, filed herewith as Exhibit B; and

C. Plaintiffs' second amended responses to the RFAs, filed herewith as Exhibit C.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON


*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800

*/s/ Christy D. Jones*
Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CERTIFICATE OF SERVICE

I, David B. Thomas, certify that on January 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David B. Thomas
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com