UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : : : : | CIVIL ACTION NO. 2:12-md-02327<br><br>MDL No. 2327<br><br>Judge Joseph R. Goodwin |
| This Document Applies To All Actions | | |

---

**PLAINTIFFS' MOTION TO DETERMINE THE SUFFICIENCY OF ETHICON, INC.'S AND JOHNSON & JOHNSON, INC.'S ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST REQUESTS FOR ADMISSION**

Pursuant to Fed. R. Civ. P. 36(a)(6), Plaintiffs respectfully request that the Court find Defendants Ethicon, Inc.'s and Johnson & Johnson, Inc.,'s answers and objections to Plaintiffs' First Requests for Admission ("RFAs") insufficient, and deem admitted all RFAs that are the subject of this Motion. Alternatively, Plaintiffs request that the Court order Defendants to provide full and complete responses to the RFAs. As grounds, Plaintiffs submit that Defendants have proffered answers and objections that do not confirm to applicable law or the spirit and intent of Rule 36. Plaintiffs further request that they be awarded any other general or special relief as may be appropriate.

Plaintiffs, through counsel, have conferred with Defendants in accordance with Local Rule 37.1(b) in a good faith attempt to resolve this dispute without the Court's intervention. In support of this motion, Plaintiffs have filed herewith a memorandum of law, as well as the following exhibits:

A. Plaintiffs' First Requests for Admission, filed herewith as Exhibit A; and

B. Defendants' Responses to Plaintiffs' First Requests for Admission, filed herewith as Exhibit B.

1

Dated: January 9, 2014          Respectfully submitted,

         /s/ D. Renee Baggett
         D. RENEE BAGGETT
         BRYAN F. AYLSTOCK
         Aylstock, Witkin, Kreis and Overholtz, PLC
         17 E. Main Street, Suite 200
         Pensacola, FL 32563
         P: 850-202-1010
         F: 850-916-7449
         Rbaggett@awkolaw.com
         Baylstock@awkolaw.com


         /s/ Thomas P. Cartmell
         THOMAS P. CARTMELL
         Wagstaff & Cartmell LLP
         4740 Grand Avenue, Suite 300
         Kansas City, MO 64112
         P: 816-701-1102
         F: 816-531-2372
         tcartmell@wcllp.com
         http://www.wagstaffcartmell.com/


         *Plaintiffs' Co-Lead Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

----------------------------------------------------------- x
IN RE ETHICON, INC., PELVIC REPAIR : CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY :
LITIGATION : MDL No. 2327
----------------------------------------------------------- :
 :
This Document Applies To All Actions : Judge Joseph R. Goodwin
 :
----------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on January 9, 2014, using the Court's CM-ECF filing system, thereby sending of the filing to all counsel of record for this matter.

/s/ D. Renee Baggett
D. RENEE BAGGETT
BRYAN F. AYLSTOCK
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
P: 850-202-1010
F: 850-916-7449
Rbaggett@awkolaw.com
Baylstock@awkolaw.com

3