This motion is DENIED as moot. It is so ORDERED. ENTER: 1/14/2014

*signature*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### DEFENDANTS' MOTION FOR REDUCTION OF PROLIFT DISCOVERY POOL

In response to recent voluntary dismissal of one of Defendants' Discovery Pool selections, Defendants Ethicon Inc. and Johnson & Johnson ("Defendants") hereby request that the Prolift Discovery Pool be reduced from 10 to 8 plaintiffs to mitigate the prejudice caused by this dismissal. Defendants also request that they be permitted to select which plaintiffs' selection should be dropped from the Discovery Pool.

### BACKGROUND

The Court previously ordered that each side select 5 plaintiffs, for a total of 10, to constitute the Prolift Discovery Pool. Both sides submitted their selections on September 6, 2013. Defendants' selections included Plaintiff Terri Lee Bell (Case No. 2:12-cv-06175), who is represented by Aylstock Witkin Kreis & Overholtz. Mrs. Bell's deposition began on 11/18/2013 but was not completed. Thereafter, in response to repeated requests for dates to complete that deposition and to schedule others, Mrs. Bell's counsel advised that she wished to voluntarily dismiss her claims with prejudice. She filed her Stipulation of Dismissal with

Prejudice on 12/03/2013. (Doc. #23, Case No. 2:12-cv-06175 (12/03/2013). Though Mrs. Bell has stipulated to dismissal with prejudice, the dismissal does not cure the prejudice to defendants in having one of their five discovery selections pulled from the group of 10 cases.

## ARGUMENT

Even with a dismissal with prejudice, unfair prejudice to Defendants remains. With this dismissal, Defendants are deprived their right to select bellwether candidates on equal footing as Plaintiffs, and Defendants' choices now comprise a smaller proportion of the total Discovery Pool.

In order to remedy the obvious prejudice to Defendants by Plaintiffs effectively striking a defense Discovery Pool selection, Defendants request that the bellwether selection pool be reduced to 8 plaintiffs so that the pool will be comprised of 4 Plaintiffs' picks and 4 Defendants' picks. Defendants request that the Court permit Defendants to select the plaintiff to strike from the Discovery Pool selections.

In the alternative, Defendants request the opportunity to designate a replacement selection; that the Court extend all applicable deadlines with respect to that selection to allow time for discovery as afforded for other Discovery Pool selections; and that the date for nominating bellwether selections be extended so that the replacement selection can be evaluated as a possible bellwether nominee.

## CONCLUSION

For the foregoing reasons and in the interest of justice, Defendants respectfully request that the Court order the Discovery Pool be reduced from 10 to 8 plaintiffs, permitting Defendants to select the plaintiffs' discovery pool pick to strike. In the alternative only, Defendants request that the Court extend all applicable deadlines to allow equal time for discovery of a substitute defense selection to replace Mrs. Bell.

Dated: December 23, 2013

                                                 Respectfully submitted,

                                                 /s/ Christy D. Jones_____  
                                                 Christy D. Jones  
                                                 Donna Brown Jacobs  
                                                 Butler, Snow, O'Mara, Stevens & Cannada, PLLC  
                                                 1020 Highland Colony Parkway  
                                                 Suite 1400 (39157)  
                                                 P.O. Box 6010  
                                                 Ridgeland, MS 39158-6010  
                                                 (601) 985-4523  
                                                 christy.jones@butlersnow.com  
                                                 donna.jacobs@butlersnow.com

                                                 /s/ David B. Thomas_____  
                                                 David B. Thomas (W.Va. Bar #3731)  
                                                 Thomas Combs & Spann PLLC  
                                                 300 Summers Street  
                                                 Suite 1380 (25301)  
                                                 P.O. Box 3824  
                                                 Charleston, WV 25338  
                                                 (304) 414-1807  
                                                 dthomas@tcspllc.com

                                                 COUNSEL FOR DEFENDANTS  
                                                 ETHICON, INC. AND  
                                                 JOHNSON & JOHNSON