# EXHIBIT #3

### U.S. District Court
### Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:06-cv-21116-UU

Keeton v. Gynecare Worldwide, et al

Assigned to: Judge Ursula Ungaro

Referred to: Magistrate Judge John J. O'Sullivan

Demand: $0

Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/03/2006

Date Terminated: 08/14/2007

Jury Demand: Defendant

Nature of Suit: 365 Personal Inj. Prod. Liability

Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2007 | 150 | Defendant's MOTION in Limine *to Exclude Any References to Products Other Than The Subject Product and Other Incidents With Supporting Memorandum of Law* by Ethicon, Inc., Johnson & Johnson. (Carlos, Efrain) (Entered: 08/03/2007) |
| 08/03/2007 | 151 | Defendant's MOTION in Limine *to Exclude Any References at Trial to the Size, Financial Condition and Resources of Defendant Companies with Supporting Memorandum of Law* by Ethicon, Inc., Johnson & Johnson. (Carlos, Efrain) (Entered: 08/03/2007) |
| 08/03/2007 | 152 | Defendant's MOTION in Limine *to Exclude Any References at Trial that Defendants Committed Fraud on the FDA and to Preclude the introduction or use of Medwatch Reports with Supporting Memorandum of Law* by Ethicon, Inc., Johnson & Johnson. (Attachments: # 1 Exhibit Ex. 1 - Peter Schmitt's Depo Transcript# 2 Exhibit Ex. 2 - Order Granting, in part, Defs' Motion to Dismiss Plaintiff's Amended Complaint# 3 Exhibit Ex. 3 - Goldtsein v. Centocor S.D.Fla. Order Granting Motion in Limine to Exclude Medwatch Reports)(Carlos, Efrain) (Entered: 08/03/2007) |
| 08/03/2007 | 153 | MOTION in Limine to exclude Dr. Steven Eric Goldwasser's testimony as recitation of Hearsay Under the Guise of Expert testimony, by Lana C. Keeton. (lk) (Entered: 08/06/2007) |
| 08/03/2007 | 154 | MOTION to Compel *defendants to fully answer and to identify all deceased individuals by Lana C. Keeton. Responses due by 8/17/2007 (lk) (Entered: 08/06/2007)* |
| 08/03/2007 | 155 | Sealed Document. (ra) (Entered: 08/06/2007) |
| 08/06/2007 | 156 | RESPONSE to Motion re 138 Defendant's MOTION for Summary Judgment filed by Lana C. Keeton. (tb) Additional attachment(s) added on 8/10/2007 (jc). (Entered: 08/07/2007) |
| 08/06/2007 | 160 | RESPONSE to Motion re 141 Defendant's MOTION in Limine filed by Lana C. Keeton. Replies due by 8/13/2007. (Attachments: # 1 Appendix # 2 |

| | | |
|---|---|---|
| | | Appendix # 3 Appendix # 4 Appendix # 5 Appendix # 6 Appendix)(pa) (Entered: 08/07/2007) |
| 08/07/2007 | 157 | ORDER of reference to Magistrate Judge John J. O'Sullivan; re 155 Sealed Document;Signed by Judge Ursula Ungaro on 08/07/2007.(bs) (Entered: 08/07/2007) |
| 08/07/2007 | 158 | ORDER REFERRING MOTION to Magistrate Judge John J. O Sullivan 154 MOTION to Compel ; Signed by Judge Ursula Ungaro on 08/07/2007.(bs) (Entered: 08/07/2007) |
| 08/07/2007 | 159 | RESPONSE in Opposition re 154 MOTION to Compel *defendants to fully answer and to identify all deceased individuals filed by Gynecare Worldwide, Ethicon, Inc.. (Attachments: # 1 Exhibit Ex. A - Order Dated April 11, 2007# 2 Exhibit Ex. B - Defs' Notice of Compliance with Court Order Dated May 7, 2007)(Carlos, Efrain) Additional attachment(s) added on 8/10/2007 (nm). (Entered: 08/07/2007)* |
| 08/07/2007 | 161 | ORDER REFERRING MOTION to Magistrate Judge John J. O Sullivan 154 MOTION to Compel ; Signed by Judge Ursula Ungaro on 08/07/2007.(bs) (Entered: 08/07/2007) |
| 08/08/2007 | 162 | ORDER granting 141 Motion in Limine Signed by Judge Ursula Ungaro on 8/7/07. (lk) (Entered: 08/08/2007) |
| 08/08/2007 | 163 | NOTICE by Ethicon, Inc., Johnson & Johnson *to the Clerk of Court requesting the withdraw or destruction of pages marked "confidential" that are attached to and form part of Exhibit B to Defendants' Response [Doc # 159] in Opposition to Plaintiff's Motion to Compel Defendants to Identify Deceased Individuals in Plaintiff's Interrogatory No.: 1* (Carlos, Efrain) (Entered: 08/08/2007) |
| 08/09/2007 | 164 | MOTION to Withdraw Document 159 Response in Opposition to Motion, by Ethicon, Inc., Johnson & Johnson. Re-Docketed from 163 .(gw) (Entered: 08/09/2007) |
| 08/09/2007 | 165 | Notice of Docket Correction: re 163 Notice (Other), filed by Ethicon, Inc., Johnson & Johnson.ERROR: Wrong Event Selected; You must request the Court's permission to withdraw documents,therefore, 163 has been re-filed as 164 MOTION to Withdraw Document 159 Response in Opposition to Motion. (gw) (Entered: 08/09/2007) |
| 08/09/2007 | 166 | ORDER granting 164 Motion to Withdraw. The clerk is directed to remove from the record portions of 159 Exhibit B inadvertently filed by the defendants. Signed by Magistrate Judge John J. O'Sullivan on 8/9/2007. (lc3) (Entered: 08/09/2007) |
| 08/10/2007 | 167 | MOTION for Protective Order by Ethicon, Inc., Johnson & Johnson. (Leslie, Neville) (Entered: 08/10/2007) |
| 08/10/2007 | 168 | REPLY to Response to Motion re 138 Defendant's MOTION for Summary Judgment filed by Ethicon, Inc., Johnson & Johnson. (Carlos, Efrain) (Entered: 08/10/2007) |
| | | |

| 08/10/2007 | | SYSTEM ENTRY - 159-3, filed on ,, deleted by (nm) (Entered: 08/10/2007) |
| --- | --- | --- |
| 08/10/2007 | 169 | CLERK'S NOTICE of Compliance per Order 166 re 159 , Exhibit B (image removed). Party is instructed to re-file Exhibit B. (nm) (Entered: 08/10/2007) |
| 08/10/2007 | | SYSTEM ENTRY - 159-5, 159-4, filed on ,, deleted by (bs) (Entered: 08/10/2007) |
| 08/10/2007 | 170 | NOTICE by Ethicon, Inc., Johnson & Johnson re 159 Response in Opposition to Motion, *Revised Exhibit B* (Carlos, Efrain) (Entered: 08/10/2007) |
| 08/10/2007 | 171 | NOTICE of Compliance by Lana C. Keeton re 148 Order directing plaintiff to file proof of Trustee's ratification; (bs) (Entered: 08/13/2007) |
| 08/10/2007 | 172 | ADDENDUM to 153 MOTION in Limine to exclude Dr. Steven Goldwasser's Testimony by Lana C. Keeton. (bs) (Entered: 08/13/2007) |
| 08/10/2007 | 173 | RESPONSE in opposition to 145 Answer and Affirmative Defenses to Amended Complaint filed by Lana C. Keeton. (bs) (Entered: 08/13/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 01/01/2014 00:30:01 | | | |
| PACER Login: | lk0404 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-21116-UU Start date: 8/1/2007 End date: 8/11/2007 |
| Billable Pages: | 3 | Cost: | 0.30 |