**EXHIBIT #4**



# FDA U.S. Food and Drug Administration
## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH
FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration | Listing | Adverse Events | PMA | Classification | CLIA

CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### ETHICON, INC. TENSION FREE VAGINAL TAPE TVT DEVICE

back to search results

**Device Problem** Implant extrusion

**Event Type** Injury  **Patient Outcome** Required Intervention;

**Event Description**

The complainant reports approximately 25 cases with a similar presentation and clinical course. These events have reportedly occurred over a six year period. These are pts, who following uneventful sling procedure, developed delayed failure of vaginal healing at approximately 2 months post-op, manifest in most cases as mesh palpable in the vagina by the pt, profuse discharge, contact bleeding, pain, dysuria and dyspareunia. Upon exam, pt reports these pts to have an area of exposed mesh in the midline, beneath the midurethra, in the vicinity of the original incision, measuring about 1 x 0. 5 cm. Some pts had accompanying granulation tissue. Most had well healed vaginal edges. No overt signs of infection were present. The physician performed a revision of the vaginal wound, mobilizing 0. 5cm of the vaginal wall and closing it primarily with interrupted sutures over the intact mesh. In each of these cases the revision failed within 2 weeks, requiring further surgery to excise the exposed mesh and repair the vaginal wound. In each case the second procedure was successful.

**Manufacturer Narrative**

B-6: the physician had pathology assessments of the excised vaginal wall tissue and found, upon h&e staining, the presence of fibrosis, granulation and plasma cell + lymphocyte infiltration. D3 and g1: since the lot number is unknown, the mfg site could be one of the following: medscand medical ab, po box 20047, malmo, sweden, 1035953; ethicon sarl, rue du puits godet 20, neuchatel, switzerland, ch-2000. D6: the exact product code involved is unknown, however, it could be 810041 or 510041. H-6 conclusion: no conclusion can be drawn at this time. Should further info be obtained, a supplemental 3500a will be submitted accordingly. The product insert, which accompanies each device, states "transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula, formation and inflammation".

Search Alerts/Recalls (Contained in Enforcement Reports)
(After selecting, enter device information to search Alerts/Recalls)

new search | submit an adverse event report

| | |
|---|---|
| Brand Name | TENSION FREE VAGINAL TAPE |
| Type of Device | TVT DEVICE |
| Manufacturer (Section F) | ETHICON, INC.<br>Route 22 West<br>Somerville NJ 08876 |
| Manufacturer (Section D) | ETHICON, INC.<br>Route 22 West<br>Somerville NJ 08876 |
| Manufacturer Contact | Mark Yale<br>Route 22 West<br>P.O. Box 151<br>Somerville, NJ 08876-0151<br>(908) 218 -2326 |
| Device Event Key | 389932 |
| MDR Report Key | 400882 |
| Event Key | 378847 |
| Report Number | 2210968-2002-00491 |
| Device Sequence Number | 1 |
| Product Code | FTL |
| Report Source | Manufacturer |
| Source Type | Health Professional,User facility |
| Reporter Occupation | Other |
| Type of Report | Initial |
| Report Date | 05/20/2002 |
| 1 Device Was Involved in the Event | |
| 1 Patient Was Involved in the Event | |
| Date FDA Received | 06/17/2002 |
| Is This An Adverse Event Report? | Yes |
| Is This A Product Problem Report? | No |
| Device Operator | Health Professional |
| Was Device Available For Evaluation? | No |

| | |
|---|---|
| Is The Reporter A Health Professional? | No |
| Was the Report Sent to FDA? | No |
| Device Age | unknown |
| Event Location | Unknown |
| Date Manufacturer Received | 05/20/2002 |
| Was Device Evaluated By Manufacturer? | Device Not Returned To Manufacturer |
| Is The Device Single Use? | Yes |
| Is the Device an Implant? | Yes |
| Is this an Explanted Device? | Unknown |
| Type of Device Usage | Initial |

Database last updated on April 27, 2007

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH