**EXHIBIT #6**

| GENERAL | CONDITIONS | TREATMENTS |

**General FAQ**

[#document: null]

- What is the GYNECARE Network?
- Can I locate doctors using the GYNECARE Network?
- What are the limits on the type of advice we can provide?
- Can I save a page to come directly back to it at a later time?
- Can I provide feedback regarding the GYNECARE Network?
- What types of resources are available to me on the GYNECARE Network?
- Why is the Adobe Acrobat Reader necessary?
- Which web browsers version should I use and what screen resolution will give me the best viewing alternative?

## What is the GYNECARE Network?

GYNECARE is a division ETHICON Inc., a Johnson & Johnson company. The GYNECARE Network is dedicated to providing innovative solutions for common women's health issues and to providing valuable, easy-to-understand information so that women can learn more about their conditions and treatment options to make informed decisions.

GYNECARE is the leader in minimally invasive gynecologic health solutions. We lead the field with one of the largest portfolios of products dedicated exclusively to women's health. We're already partnering with more than 25,000 doctors. Our clinically proven breakthrough technologies have enhanced the lives of 1.5 million women. And we're committed to offering the most progressive and comprehensive portfolio of medical device options to continue improving quality of care and women's quality of life.

The result for women: better choices, better outcomes, and better quality of life.

## Can I locate doctors using the GYNECARE Network?

The GYNECARE Network offers you the opportunity to locate physicians who have been trained to use GYNECARE's treatment options. To locate a physician in your area use our Physician Locator.

The sole criterion for physician inclusion is they have been trained to use GYNECARE's treatment options. While our database of physicians is large, it is not a complete listing of all physicians or all of GYNECARE's customers nationally or internationally. No physician has paid a fee to participate, nor does GYNECARE make any recommendation or referral regarding any of these specific physicians.

## What are the limits on the type of advice we can provide?

GYNECARE is unable to provide medical advice on this site or provide answers to questions regarding any symptoms, upcoming procedures or previous treatments or diagnoses you have received. If you have any questions of this nature, please contact your physician or use our Physician Locator to find a physician in your area who performs



GYNECARE procedures.

### Can I save a page to come directly back to it at a later time?

Yes. You can save any page to directly come back to at a later point in time by selecting the Favorites link in your browser and then selecting Add To Favorites. When the Add Favorite window opens, select the OK button. You may also re-name the link to be more descriptive by typing the new name in the Name field.

### Can I provide feedback regarding the GYNECARE Network?

Yes, we want to make GYNECARE.com as useful and relevant to you as possible. You can provide feedback by clicking on the Talk To Us link. We encourage your feedback and will evaluate all requests for inclusion into the GYNECARE Network. As always, your responses will remain confidential and will be used in aggregate with other responses to help us improve this site.

### What types of resources are available to me on the GYNECARE Network?

Over time the resource base of the GYNECARE Network will continue to expand to provide you with the latest information and treatments concerning women's gynecologic health.

Currently we offer information on five different gynecologic conditions and associated treatment options, along with three minimally invasive GYNECARE treatments. Additionally, there are assorted self-help tools, including quizzes, fact sheets, questions for doctors and downloadable materials that can help you learn more and make more informed decisions. The GYNECARE Network also offers links to external resources, book recommendations, and relevant articles.

### Why is the Adobe Acrobat Reader necessary?

Many of the self-help tools found on the GYNECARE Network have been saved a PDF files so that you can make better use of the resources. You can download and/or print out the documents to use in a variety of ways.

In order to view these files you need to have the free Adobe Acrobat Reader installed on your computer. If you already have this, you can click on a PDF file and it will open in a new browser window.

If necessary, download the latest version of the free Adobe Acrobat Reader.



### Which web browsers version should I use and what screen resolution will give me the best viewing alternative?

Our leading edge Web Site utilizes the most recent versions of Microsoft Internet Explorer or Netscape. We strongly suggest that you always keep your browser versions up to date.

At this time, we recommend that you use either Microsoft Internet Explorer 5.5x or Netscape 6.x or higher. The site should be able to work on older browser versions but as these browser versions become outdated, they lack the latest functionality. Therefore, some functions of the site may not perform optimally using older browser versions. You can download the latest versions of the Microsoft or Netscape browsers from their download sites by clicking the icon below:



Recommended



Second Choice

The GYNECARE Network web site is should minimally be viewed at a screen resolution of 800 x 600. For best viewing use a screen resolution of 1024 x 768. Most newer computers by default are set to this screen resolution.