Sara C. Koetor
2:13 CV 24276 Jal / MDL 2327
TO BE FILED UNDER MDL 2327
1627 Alter Road #423
Miami Beach FL 33139
305-538-4501

Memorandum of Plaintiff
in Support of Plaintiff's
Motion for Spoliation
D.E. #952

Robert C. Byrd Court House
Clerk of the Court
U.S. Dist Court
Southern Dist W.VA.
Charleston Div. Suite 2400
300 Virginia St East
Charleston W.VA. 25301

