APPROVED and SO ORDERED.

ENTER: January 15, 2014

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2325
Honorable Joseph R. Goodwin

---

JOYCE JUNIOR

Plaintiff(s),

v.

CASE NO. 2:12-cv-03299

AMERICAN MEDICAL SYSTEMS,
INC., et al

Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2325, In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2325 against American Medical Systems, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included American Medical Systems, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327 :

Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson

Because American Medical Systems, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2325 to  2327  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL  2327  .

/s/ Alyson Oliver

Alyson Oliver (MI P55020)
Oliver Law Group PC
950 W. University Dr., Suite 200
Rochester, MI 48307
T: (248) 327-6556
F: (248) 436-3385
aoliver@oliverlg.com
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Alyson Oliver

Alyson Oliver (MI P55020)
Oliver Law Group PC
950 W. University Dr., Suite 200
Rochester, MI 48307
T: (248) 327-6556
F: (248) 436-3385
aoliver@oliverlg.com
Attorney For Plaintiff