APPROVED and SO ORDERED.
ENTER: January 15, 2014

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR      MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION     Honorable Joseph R. Goodwin

---

Sandra Holguin and Henry Holguin

**Plaintiff(s),**

v.                         CASE NO. 2:13-cv-20096

Boston Scientific Corporation

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2326__ :

Boston Scientific Corporation

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to   2326  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL   2326  .

s/J. Scott Bertram

J. Scott Bertram, MO #23715
jsbertram@bertramgraf.com
Benjamin A. Bertram, MO #56945
benbertram@bertramgraf.com
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
(816) 523-2205

**CERTIFICATE OF SERVICE**

I hereby certify that on  January 14, 2014 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/J. Scott Bertram

J. Scott Bertram, MO #23715
jsbertram@bertramgraf.com
Benjamin A. Bertram, MO #56945
benbertram@bertramgraf.com
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
(816) 523-2205