IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATION                MDL No. 2327

----------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

PRETRIAL ORDER # 93
(Hearing on Motion for a Finding of Spoliation and for Sanctions)

Pending before the court is Plaintiffs' Motion for a Finding of Spoliation and for Sanctions. (ECF No. 952). It is hereby **ORDERED** that a hearing on said motion shall take place on **Thursday, January 23, 2014** at **1:30 p.m.** before the undersigned United States Magistrate Judge **in Courtroom 5600, of the Robert C. Byrd United States Courthouse, 300 Virginia Street East, in Charleston, West Virginia.** It is further hereby **ORDERED** that Plaintiff's reply memorandum shall be filed no later than Tuesday, January 22, 2014 at 5:00 p.m.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-2272. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the

Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

**ENTERED:** January 17, 2014

_____
Cheryl A. Eifert
United States Magistrate Judge