UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

PRETRIAL ORDER # 94
(FOURTH AMENDED DOCKET CONTROL ORDER)

It is **ORDERED** that PTO # 86 is amended as follows:

1. The pretrial conference in this matter, previously cancelled because of the chemical leak, is rescheduled to **Thursday, January 23, 2014, at 10:00 a.m**. in chambers.

2. The remaining applicable provisions of PTO # 86 remain in force and effect to the extent they have not been modified by the agreement of the parties.

3. Due to a clerical error, PTO # 86 was not docketed in member case *Lewis, et al. v. Ethicon, Inc., et al.*, 2:12-cv-4301.  As a result, that PTO is attached hereto.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and **in the following case: 2:12-cv-4301** and it shall apply to each member case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-02329. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this

court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: January 17, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE