IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ETHICON, INC., | Civil Action No. MDL 2327 |
| PELVIC REPAIR SYSTEM | Southern District of West Virginia |
| PRODUCTS LIABILITY LITIGATION | Charleston Division |

## PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM TO BRASKEM AMERICA

TO:   Frederick Fisher

Frederick.fisher@braskem.com
Braskem America
1735 Market Street
28th Floor
Philadelphia, PA 19103-7583

  PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs intend to serve a Subpoena, in the form attached hereto as Exhibit "A" on Braskem America, on January 17, 2014, or as soon thereafter as service may be effectuated.

  Date: 1/17/2014

             Respectfully Submitted,

             /s/ Alex Barlow
             Texas Bar No. 24006798
             /s/ Leslie LaMacchia
             Texas Bar No. 24048602
             HEARD ROBINS CLOUD, LLP
             2000 West Loop South, Suite 200
             Houston, Texas 77027
             Telephone: (713) 650-1200
             Facsimile:  (713) 650-1400
             Email: abarlow@heardrobins.com


             /s/ P. Ann Trantham
             P. Ann Trantham
             ANN TRANTHAM LAW OFFICE P.L.L.C.
             5020 Montrose, Suite 300
             Houston, Texas 77007
             Louisiana Bar No. 30972

Texas Bar No. 24067910
Illinois Bar No. 6305301
Telephone: (713) 275-4056
Facsimile:  (713) 275-4046
Email: patrantham@gmail.com


/s/Bryan F. Aylstock
Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Florida Bar No.: 78263
17 E. Main St., Ste. 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ Alex Barlow
Texas Bar No. 24006798
/s/ Leslie LaMacchia
Texas Bar No. 24048602
HEARD ROBINS CLOUD, LLP
2000 West Loop South, Suite 200
Houston, Texas 77027
Telephone: (713) 650-1200
Facsimile:  (713) 650-1400
Email: abarlow@heardrobins.com


/s/ P. Ann Trantham
P. Ann Trantham
ANN TRANTHAM LAW OFFICE P.L.L.C.
5020 Montrose, Suite 300
Houston, Texas 77007
Louisiana Bar No. 30972
Texas Bar No. 24067910
Illinois Bar No. 6305301
Telephone: (713) 275-4056

Facsimile: (713) 275-4046
Email: patrantham@gmail.com


/s/Bryan F. Aylstock
Bryan Frederick Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Florida Bar No.: 78263
17 E. Main St., Ste. 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com