# EXHIBIT B

| Custodian | Years | Title | Role with Mesh Products | Custodial File issues |
|---|---|---|---|---|
| Renee Selman | 2005 - 2010 | Worldwide President | Responsible for setting certain key policies, defining strategy, direction, overall responsibility for the company's actions. | 25 documents in custodial. Ethicons admits that it did not maintain her hard drive. |
| Ramy Mahmoud | 2007 - 2010 | Chief Medical Officer & Worldwide Vice President of Evidence-Based Medicine | Head of 4 departments - involved in quality board discussions and determinations, including decisions on handling product complaints and post-market surveillance activities of its high-risk products such as the POP and TVT. | 27 documents in custodial file. Testified that he complied with all litigation hold notices. |
| Charlotte Owens | 2003 - 2005 | Global Medical Director | Product development, marketing and sales, helped to draft the IFU for Prolift, reviewed adverse events, provided information to regulatory agencies about new products. | 6 documents in custodial file. |
| Sean O'Bryan | 2001 - 2005 | Senior Project Manager - Regulatory Affairs | Submitted annual reports to the FDA, regulatory lead on TVT-Blue and TVT-O,  helped to draft the IFU for TVT-O, prepared and submitted the TVT-O 510(k). | 54 documents his custodial file. |
| Laura Angelini | 1991 - present | Vice President of Global Strategic Marketing and other positions | Worked on the TVT from its infancy, from 1997-2005, developing marketing strategies.  She was Ethicon's corporate designee to testify as to agreements with Ulf Ivar Ulmsten, one of the original developers of the TVT product; as to amounts paid to Mr. Ulmsten by Ethicon or Medscand, the company for which he worked; and as to services rendered by Mr. Ulmsten or any affiliated entities. | No custodial file from 1997 through 2005.  In late 2005, Angelini quit for a few weeks, changed her mind, and then was re-hired in the same position. During that short period (after the TVT litigation hold had been issued), Ethicon destroyed all of those documents by purging her computer of all files. |
| Jennifer Paine | 2004 - 2009 | Worldwide Director of Regulatory Affairs and other positions | Worked on the TVT product line from July 2007 - December 2009. | 71 documents in custodial file, no emails to or from Paine in her file |

| | | | | |
|---|---|---|---|---|
| Price St. Hillaire | 1999 - 2008 | Marketing Director and other sales and marketing positions | Product Director of Ethicon's incontinence line. | No custodial file.  St. Hillaire does not recall being made aware of a litigation hold during his time at Ethicon, but stated that did not destroy any relevant documents, and he left all of his physical files and his laptop in his office when he left the company. |
| Cheryl Bogardus | 2001 - 2007 | Worldwide Marketing Director and other positions | Worldwide Marketing Director, Ethicon Women's Health and Urology. | No custodial file.  Bogardus does not recall being told to preserve documents, but she stated that she left all of her paper and electronic documents behind when she left Ethicon.  She stated that she sent or received about 100 e-mails per day. |
| Gregory Jones | 1989 - 2003 | Worldwide Director of Regulatory Affairs and other regulatory positions | Director of Regulatory Affairs at the time of the TVT-Retrupubic 510(k) submission in 1998, and TVT-AA (blue) 510(k) submission.  signed the Truthful anad Accuracy Statement required by the Code of Federal Regulations on both submissions. | 20 documents in custodial file. Jones kept electronic copies of documents, such as 510Ks, regulatory strategies, FDA correspondence, documents regarding the products of other manufacturers, and audit reports.   He was not aware of any effort made to preserve those documents at the time he left. |
| Rick Isenberg | 1999 - 2002 | Worldwide Director of Medical Affairs | Medical director with primary responsibility for the TVT product line from 1999-2002. | 1 page in HR file. No custodial file. |
| Patricia Hojnoski | 2002 - 2009 | Senior Project Manager and contracting position in regulatory affairs | Responsible for TVT-Secur 510K submission to FDA. | 6 documents in custodial file.  Hojnoski testified that she would have complied with litigation holds and would not have destroyed relevant documents, including handwritten notes. |
| Jill Schiaparelli | 2000 - 2007 | Project Director for Strategic Growth | Long-term involvement with "strategic growth" of the Ethicon's mesh products; worked with Dr. Todd Heniford, an advocate of light mesh materials, who is now an Ethicon expert witness. | No custodial file. |

| Paul Courts | 2009 - present or recent | Sales Representative | Sales representative for the first bellwether trial (Carolyn Lewis). | 35 documents in custodial file. Courts testified that he had CDs and visual aids that fell within the litigation hold, but he had no idea whether any of it had been preserved. |
|---|---|---|---|---|
| Troy Mohler | 2004 - 2012 | Sales Representative | Sold Ethicon's mesh products to physicians. | 186 documents in custodial file.   Mohler testified that he would not have destroyed any electronic or hardcopy material.  He testified that he had physician education materials (slide decks and procedural videos), and that he handed over a binder of all his physician call notes (from 2004 through 2012) when he left the company, but they were not in his custodial file. |
| Allison London Brown | 1997 - 2007 | Marketing Director and other positions | Directed launch of first new Pelvic Floor segment, developed and executed worldwide strategy for the Pelvic Floor and Incontinence markets. | No custodial file. |
| John Clay | 2006-2007 | Manager, Regulatory Affairs | Principal responsibility for the TVT line of products from 2006-07.  Ethicon named him as the primary regulatory person with responsibility for the entire TVT line of products in their official 30b6 response. | No custodial file.  Ethicon indicates custodial file does not exist. |
| Kendra Munchel | 2002 - 2005 | Global Marketing Manager (05-07) and Manager of Professional Education (02-05) | Member of the "core teams" for professional education for both the TVT-O and Prolift launches. | No custodial file.  Ethicon indicates custodial file does not exist. |
| Tom Divilio | 1997 - 2009 | Director, Medical Affairs | Heavily involved in TVT projects. | No custodial file.  Ethicon has stated that production of his custodial file is complete, and no responsive documents were identified. |

| Amy Godwin | 2000-recent years | Director of Clinical Trial Operations, Associate Director of Clinical Development (prior), Manager of Clinical Studies (prior) | Substantial involvement in clinical affairs with TVT products. | No custodial file.  Ethicon has stated that production of her custodial file is complete. |
|---|---|---|---|---|
| Susanne Landgrebe | 2005-present or recent time | Senior Engineer for Discovery Programs | Worked on the matrix materials project and is named on the Patent for the TVT-Secur. | Only 75 documents in custodial file.  Ethicon claims that her custodial file has been fully produced, which is implausible considering her involvement with TVT products. |
| Zenobia Walji | 2000 - 2012 | Worldwide Director, Strategic Planning (09-12), Director, Strategic Marketing (04-05), Marketing Director (00-04) | Oversaw the "vision and launch" of a pelvic floor platform, developed short-term operational and seven-year strategic plans for core businesses, and was heavily involved in the global launch of Prolift. | A few hundred documents in custodial file.  Keyword search of her name returns 4000+ documents, but Ethicon has stated that production of her custodial file is complete. |
| Nancy Leclair | 2000 - 2011 | Director, Marketing Services | Held the highest position in marketing services and been there for almost 12 years. | 189 documents in custodial file.  Ethicon has stated that production of her custodial file is complete. |