# EXHIBIT G

**PAGE INTENTIONALLY LEFT BLANK**

**CONFIDENTIAL DOCUMENT**