# EXHIBIT H

# PAGE INTENTIONALLY LEFT BLANK

# CONFIDENTIAL DOCUMENT