# EXHIBIT K

**PAGE INTENTIONALLY LEFT BLANK**

**CONFIDENTIAL DOCUMENT**