# EXHIBIT O

Confidential - Subject to Protective Order

Page 420

1    another Ulmsten article. Correct?
2        A.   Yes.
3        Q.   And then 5 is data on file?
4        A.   Yes.
5        Q.   And so you had data on file at this time in
6    April of 1999 that comparatively showed you have
7    less complications when using the TVT versus the
8    Burch or another procedure. That's what you're
9    telling doctors. Right?
10       A.   Yes. I wouldn't have said that if there
11   wasn't data on file to support that.
12       Q.   What data was it?
13       A.   I don't remember.
14       Q.   Can you think about whether it was in the
15   form of individual follow-up with individual patients
16   or if it was in the form of a study; do you have any
17   idea?
18       A.   At this point, so many years later, I don't
19   remember.
20       Q.   Now, four out of these five references that
21   are in this are articles, and I believe all four of
22   them are Ulmsten articles that you're citing here.
23   Right? Let's go back and look, 1, 2, 3 and 4; are
24   those all articles in which Ulmsten is an author?
25       A.   I believe 2, 3 and 4.

Page 421

1        Q.   I apologize. So -- and Falconer, was he
2    somebody that you knew when you worked there?
3        A.   I may have met Professor Falconer. I don't
4    recall.
5        Q.   Do you know whether or not he was a paid
6    consultant of the company?
7        A.   I don't know that.
8        Q.   At any rate, so Professor Ulmsten's studies
9    were studies that your company was relying on
10   routinely in marketing materials for the safety and
11   efficacy of the TVT. Correct?
12       A.   Yes.
13       Q.   And the -- Professor Ulmsten's studies that
14   he had done over in Europe and the data for those
15   were sort of the cornerstone of your marketing
16   campaign related to safety and efficacy of the TVT.
17   Correct?
18           MS. KABBASH: Objection.
19           THE WITNESS: Yes.
20   BY MR. CARTMELL:
21       Q.   And you were telling doctors based on
22   Professor Ulmsten's studies that efficacy for the
23   product was high, for example, and then in the 80s to
24   90s percentage points. Correct?
25       A.   Yes.

Page 422

1        Q.   And you were telling doctors that the
2    safety of the device was very, very good with the
3    product. Correct?
4        A.   Yes.
5            MS. KABBASH: Objection.
6    BY MR. CARTMELL:
7        Q.   And you were telling physicians that there
8    were virtually no -- or there were no erosions with
9    the device as a result of Ulmsten's studies.
10   Correct?
11           MS. KABBASH: Objection.
12           THE WITNESS: I don't recall -- I would
13   need to look at Professor Ulmsten's published
14   studies, not all of which are listed here as
15   references, that are relevant to that.
16           (Marked for identification Exhibit T3369.)
17   BY MR. CARTMELL:
18       Q.   Okay. Let me hand you what's been marked
19   as Exhibit 3369, which is another marketing piece
20   that we were provided in this case by defense counsel
21   for the TVT product. Do you see on the cover it
22   states "1, 2, 3, 4, 5 Years of Proven Performance."
23   Do you see that?
24       A.   Yes.
25       Q.   That word "proven," what does that mean?

Page 423

1        A.   Usually that means that there's clinical
2    evidence to support the performance.
3        Q.   How do you prove that something has, for
4    example, high efficacy? How do you prove it?
5        A.   Provide clinical evidence.
6        Q.   What type of evidence?
7        A.   Could be any number of different types of
8    evidence.
9        Q.   Could evidence at a level below a
10   randomized controlled trial prove efficacy?
11       A.   Not even a randomized control proves
12   efficacy. However, it's, in my judgment, reasonable
13   based on valid scientific evidence, and FDA has gone
14   along with that, that this kind of wording is
15   appropriate.
16           MR. CARTMELL: Object and move to strike
17   the answer. It wasn't responsive to my question.
18   I'll read it again, and ask you to answer it yes or
19   no if you can.
20       Q.   How do you prove that something has, for
21   example, high efficacy? How do you prove it?
22       A.   That's not a yes-or-no question, obviously.
23       Q.   Actually, I withdraw that. That wasn't the
24   question I asked you. Could evidence at a level
25   below a randomized controlled trial prove efficacy?