# EXHIBIT Q



December 20, 2013

Roger Cameron
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

RE:    *In re: Ethicon, Inc. MDL*

Dear Roger:

Please accept this letter as a follow-up to my letter dated November 11, 2013 in response to your e-mail dated November 4, 2013 seeking a response to 39 requests regarding certain Medscand related documents (the "Requests").

As we have noted previously, Ethicon has undergone efforts to identify and locate Medscand documents that plaintiffs have requested to the extent they are reasonably available. Ethicon has now provided explanations of its efforts in two lengthy letters to Tom Cartmell, on October 11, 2013 and November 5, 2013 respectively. Yet, plaintiffs fail to consider these prior discussions and continue to submit duplicative requests.

In a good faith effort to cooperate with plaintiffs, we provide a response below to each of your 39 requests that identify documents located in connection with our search efforts. We have recently identified documents responsive to one or more of your requests that were not previously produced including new business development documents that were previously withheld as privileged, but upon further consideration, may be produced. These documents are in Production 186, and they are included in the responsive bates ranges identified below.[1]

Finally, in our November 5, 2013 correspondence to Tom Cartmell, we noted that there were additional documents related to the product recently identified through Ethicon's affiliate in Scotland that were still being processed for production. They have since been produced, and any documents within that production that are responsive to your requests have been identified below.

Below are specific responses to each of your requests.

---

[1] Please note that in an effort to produce these documents as soon as possible, they have not been produced in an ESI compliant version. We will produce an ESI compliant version by the end of the year.

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

**BENJAMIN M. WATSON**
601.985.4551
ben.watson@butlersnow.com

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, MS 39157*

T  601.948.5711  •  F  601-985-4500  •  *www.butlersnow.com*

**BUTLER SNOW LLP**

1.      **PR563-001 Release Authorization for Prolene for use as a hernia mesh or as a pelvic floor implantation a/k/a IVS and/or TVT between 1990 and 2002**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.01320124 - ETH.MESH.01320189

2.      **All Clinical Evaluation Reports submitted as required by EC Directive 93/42/EEC, 14 June 1993 to obtain CE mark authorization for Medscand and/or Ethicon for the IVS and/or TVT products**

As previously communicated in our November 5, 2013 letter to Tom Cartmell, TVT classic is a Class IIB product.  Class IIB products do not require pre-market approval submissions to either a regulatory agency or to a Notified Body.  Instead, a technical file for TVT was created and maintained by the company for auditing by the notified body. Our prior correspondence provides an explanation of the nature and scope of our efforts to locate documents responsive to this request.

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.

ETH.MESH.01317508 - ETH.MESH.01317613
ETH.MESH.01320124 - ETH.MESH.01320189
ETH.MESH.06661156 - ETH.MESH.06661266
ETH.MESH.07295564 - ETH.MESH.07295655
ETH.MESH.09947883 - ETH.MESH.09947890
ETH.MESH.09947929 - ETH.MESH.09947933
ETH.MESH.09948081 - ETH.MESH.09948119
ETH.MESH.09981041 - ETH.MESH.09981146
ETH.MESH.10444876 - ETH.MESH.10444911
ETH.MESH.10586745 - ETH.MESH.10586939
ETH.MESH.10587905 - ETH.MESH.10589323

In addition, as we explained in our November 5th response, Ethicon is in the process of collecting regulatory materials from countries identified by plaintiffs.  This list of countries included a number of EU countries. We refer you to our first installment on 11/27/13, and second installment on 12/13/13, as well as their respective cover letters, which cover the majority of EU countries identified.  We will produce any additional documents regarding the remainder of the countries identified by Plaintiffs shortly.

3.      **All Risk Analyses and/or Risk Management Reports, whether denominated as such or as a DDSA, aFMEA, pFMEA, dFMEA or otherwise, for the IVS and/or TVT**

2

**products, including but not limited to the following: Analysis made 1998-09-22 by Margareta Eriksson and Tommy Svensson (Preventia AB), system description, attached drawings; Review of analysis 1999-01-27 by Margareta Eriksson and Tommy Svensson (Preventia AB) (Revised TVT-2 device: 5 mm needle, shiny surface, tip angle same as 6 mm; transparent shrink tube, packed in double plastic, handle screw instead of O-ring); Utgava 3 (undated); Utgava 4 1999-06-01 (Genomgang av ME/TS); Utgava 5 1999-06-23 (Ny vardering av risker TS/ME); Review of Risk analysis based surveillance data and complaint statistics 1999 (performed by ME and TS 2002-02-02)**

After a reasonable and good faith investigation, we were unable to locate certain analyses and/or revisions referenced in this request specifically, 1998-09-22, 1999-01-27, 2002-02-02, Utgava 3 and Utgava 4. However, we have located Revision 7 of 2000-02-06 which lists 1998-09-22, 1999-01-27, and 2000-02-02 as previous versions. We refer you to the following documents that we believe to be responsive to this request.

ETH.MESH.00302224 - ETH.MESH.00302224
ETH.MESH.00355500 - ETH.MESH.00355516
ETH.MESH.01589812 - ETH.MESH.01589825
ETH.MESH.06661874 - ETH.MESH.06661979
ETH.MESH.06696581 - ETH.MESH.06696581
ETH.MESH.07295564 - ETH.MESH.07295655
ETH.MESH.07351279 - ETH.MESH.07351279
ETH.MESH.07363154 - ETH.MESH.07363154
ETH.MESH.08466860 - ETH.MESH.08466864
ETH.MESH.08466865 - ETH.MESH.08466869
ETH.MESH.08466870 - ETH.MESH.08466875
ETH.MESH.08466955 - ETH.MESH.08466957
ETH.MESH.08770248 - ETH.MESH.08770248
ETH.MESH.09103808 - ETH.MESH.09103813
ETH.MESH.09981041 - ETH.MESH.09981146
ETH.MESH.10180994 - ETH.MESH.10180997
ETH.MESH.10184401 - ETH.MESH.10184408
ETH.MESH.10585559 - ETH.MESH.10585680
ETH.MESH.10586940 - ETH.MESH.10587904
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10591916 - ETH.MESH.10591916
ETH.MESH.10616522 - ETH.MESH.10616627
ETH.MESH.10630841 - ETH.MESH.10632259

We are continuing to search for additional risk management documents including DDSAs, aFMEAs, pFMEAs, and dFMEAs as discussed with plaintiffs' counsel in connection with the 30(b)(6) deposition of Ed Jacobs, and we will produce additional documents we identify.

3

4.    **All reports and underlying data on elongation tests, including but not limited to bi-directional elasticity tests, performed on 6 mil construction Prolene by or on behalf Ulf Ulmsten, Medscand and Ethicon between 1990 and 2002**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.01803974 - ETH.MESH.01804277
ETH.MESH.02181845 - ETH.MESH.02181847
ETH.MESH.02267017 - ETH.MESH.02267023
ETH.MESH.02608122 - ETH.MESH.02608449
ETH.MESH.02613634 - ETH.MESH.02613636
ETH.MESH.06260135 - ETH.MESH.06260438
ETH.MESH.06661980 - ETH.MESH.06662283
ETH.MESH.10587905 - ETH.MESH.10589323

5.    **All documents that constitute, refer or relate to any IDE that defendants prepared and/or obtained to provide Prolene mesh to Ulf Ulmsten, any hospital with which he was affiliated, Medscand or any other person between 1990 and 2002**

After a reasonable and good faith investigation, including we are not aware of any IDE associated with TVT products.

6.     **All Essential Requirements Checklists and supporting document prepared by defendants, Medscand and/or anyone acting on their behalf**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.10586745 - ETH.MESH.10586939
ETH.MESH.10586940 - ETH.MESH.10587904
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10630841 - ETH.MESH.10632259

7.    **Any notes, handwritten or electronic, made before, during or after by any member of the due diligence teams for the License and Supply Agreement or the Asset Purchase Agreement that refer or relate to the due diligence performed or approved with respect to those agreements**

Our prior correspondence already explained the nature and scope of due diligence materials identified.  After a reasonable and good faith investigation, we refer you to the following  documents that we believe to be responsive to this request.

4

ETH.MESH.08504977 - ETH.MESH.08504979
ETH.MESH.10184401 - ETH.MESH.10184408
ETH.MESH.10185174 - ETH.MESH.10185176
ETH.MESH.10185181 - ETH.MESH.10185185
ETH.MESH.10185187 - ETH.MESH.10185191
ETH.MESH.10185193 - ETH.MESH.10185195
ETH.MESH.10185196 - ETH.MESH.10185199
ETH.MESH.10185201 - ETH.MESH.10185204
ETH.MESH.10185206 - ETH.MESH.10185208
ETH.MESH.10185210 - ETH.MESH.10185212
ETH.MESH.10185346 - ETH.MESH.10185348
ETH.MESH.10185349 - ETH.MESH.10185349
ETH.MESH.10185350 - ETH.MESH.10185354
ETH.MESH.10185397 - ETH.MESH.10185401
ETH.MESH.10185491 - ETH.MESH.10185492
ETH.MESH.10185493 - ETH.MESH.10185496
ETH.MESH.10185497 - ETH.MESH.10185497
ETH.MESH.10185498 - ETH.MESH.10185498
ETH.MESH.10185500 - ETH.MESH.10185502
ETH.MESH.10185503 - ETH.MESH.10185505
ETH.MESH.10185506 - ETH.MESH.10185507
ETH.MESH.10185508 - ETH.MESH.10185512
ETH.MESH.10185527 - ETH.MESH.10185527
ETH.MESH.10185528 - ETH.MESH.10185529
ETH.MESH.10185534 - ETH.MESH.10185535
ETH.MESH.10185609 - ETH.MESH.10185612
ETH.MESH.10185614 - ETH.MESH.10185616
ETH.MESH.10185635 - ETH.MESH.10185635
ETH.MESH.10185638 - ETH.MESH.10185639
ETH.MESH.10185647 - ETH.MESH.10185647
ETH.MESH.10185678 - ETH.MESH.10185680
ETH.MESH.10185696 - ETH.MESH.10185700
ETH.MESH.10185702 - ETH.MESH.10185704
ETH.MESH.10185716 - ETH.MESH.10185718
ETH.MESH.10185720 - ETH.MESH.10185722
ETH.MESH.10632260 - ETH.MESH.10632263
ETH.MESH.10184377 - ETH.MESH.10184378
ETH.MESH.10184388 - ETH.MESH.10184389
ETH.MESH.10632260 - ETH.MESH.10632263
ETH.MESH.10632551 - ETH.MESH.10632552
ETH.MESH.10632283 - ETH.MESH.10632287
ETH.MESH.10632288 - ETH.MESH.10632289
ETH.MESH.10632290 - ETH.MESH.10632291
ETH.MESH.10632360 - ETH.MESH.10632360
ETH.MESH.10632590 - ETH.MESH.10632591
ETH.MESH.10632422 - ETH.MESH.10632423

8.    **All documents that MedScand submitted to any Notified Body, including but not limited to the Danish Notified Body, for the purpose of obtaining a Declaration of Conformity and/or the right to affix the CE Mark to Medscands' IVS and/or TVT product**

As previously communicated in our November 5, 2013 letter to Tom Cartmell, TVT classic is a Class IIB product.  Class IIB products do not require pre-market approval submissions to either a regulatory agency or to a Notified Body.  Instead, it is our understanding that a technical file for TVT was created and maintained by the company for auditing by the notified body. Our prior correspondence provides an explanation of the nature and scope of our efforts to locate documents responsive to this request. We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.

ETH.MESH.10585681 - ETH.MESH.10585860
ETH.MESH.10586745 - ETH.MESH.10586939
ETH.MESH.10586940 - ETH.MESH.10587904
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10590016 - ETH.MESH.10590016
ETH.MESH.10590017 - ETH.MESH.10590017
ETH.MESH.10590023 - ETH.MESH.10590026
ETH.MESH.10590027 - ETH.MESH.10590028
ETH.MESH.10590038 - ETH.MESH.10590038
ETH.MESH.10590039 - ETH.MESH.10590039
ETH.MESH.10590040 - ETH.MESH.10590040
ETH.MESH.10590048 - ETH.MESH.10590048

As we explained in our November 5th response, Ethicon is in the process of collecting regulatory materials from countries identified by plaintiffs.  This list of countries included a number of EU countries.  We refer you to our first installment on 11/27/13, and second installment on 12/13/13, as well as their respective cover letters, which cover the majority of EU countries identified.  We will produce any additional documents regarding the remainder of the countries identified by Plaintiffs shortly.

9.     **Any documents that Ethicon, Inc., Ethicon Scotland or any J&J entity prepared for its own submission of [sic] for anyone else's submission to any Notified Body, including but not limited to the Danish Notified Body, for the purpose of obtaining a Declaration of Conformity and/or the right to affix to the CE Mark to Medscand's IVS and/or TVT Product or any of the manufacturing and development processes related to them**

Please refer to our response to Request 8. We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.

6

ETH.MESH.10586940 - ETH.MESH.10587904
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10590016 - ETH.MESH.10590016
ETH.MESH.10590017 - ETH.MESH.10590017
ETH.MESH.10590023 - ETH.MESH.10590026
ETH.MESH.10590027 - ETH.MESH.10590028
ETH.MESH.10590038 - ETH.MESH.10590038
ETH.MESH.10590039 - ETH.MESH.10590039
ETH.MESH.10590040 - ETH.MESH.10590040
ETH.MESH.10590048 - ETH.MESH.10590048

**10.     The complete Design History File by Medscand, including but not limited to any documents that singly constituted only a part of the contents of the Design History File and/or Technical File, in Swedish for the IVS and/or the TVT that was made available to the Acquisition Due Diligence Team and/or submitted to the Danish Notified Body.**

We recently located a joint Medscand and Ethicon Design History File (DHF) in Germany. We refer you to following documents, and we are continuing to investigate whether there is a DHF solely by Medscand.

ETH.MESH.01317508 - ETH.MESH.01317613
ETH.MESH.02178565 - ETH.MESH.02178603
ETH.MESH.06661835 - ETH.MESH.06661873
ETH.MESH.09908307 - ETH.MESH.09908345
ETH.MESH.09948081 - ETH.MESH.09948119
ETH.MESH.09981001 - ETH.MESH.09981039
ETH.MESH.10184401 - ETH.MESH.10184408
ETH.MESH.10586745 - ETH.MESH.10586939
ETH.MESH.10586940 - ETH.MESH.10587904
ETH.MESH.10587905 - ETH.MESH.10589323

**11.     The English and French translations of that Design History File and/or its constituent parts**

We recently located a joint Medscand and Ethicon Design History File (DHF) in Germany. Portions of the joint DHF are in English, and we refer you to the corresponding bates ranges below. However, we have not located full English or French translations of the joint DHF. We are continuing to investigate whether there is a DHF solely by Medscand, and if so, whether there are full English and French translations of that DHF.

ETH.MESH.01316727 - ETH.MESH.01316765
ETH.MESH.01317508 - ETH.MESH.01317613
ETH.MESH.02178565 - ETH.MESH.02178603

7

ETH.MESH.06661835 - ETH.MESH.06661873
ETH.MESH.09908307 - ETH.MESH.09908345
ETH.MESH.09948081 - ETH.MESH.09948119
ETH.MESH.09981001 - ETH.MESH.09981039
ETH.MESH.10586745 - ETH.MESH.10586939
ETH.MESH.10586940 - ETH.MESH.10587904
ETH.MESH.10587905 - ETH.MESH.10589323

**12.    All specifications for the IVS and/or TVT products and system components in effect at Medscand when Ethicon entered into negotiations with Medscand which culminated in the parties' License and Supply Agreement**

Our prior correspondence already explained the nature and scope of due diligence materials identified. We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.08696056 - ETH.MESH.08696083      ETH.MESH.10184199 - ETH.MESH.10184199
ETH.MESH.09746920 - ETH.MESH.09746947      ETH.MESH.10184200 - ETH.MESH.10184200
ETH.MESH.09947944 - ETH.MESH.09947954      ETH.MESH.10184201 - ETH.MESH.10184201
ETH.MESH.10184174 - ETH.MESH.10184174      ETH.MESH.10184401 - ETH.MESH.10184408
ETH.MESH.10184175 - ETH.MESH.10184175      ETH.MESH.10184678 - ETH.MESH.10184678
ETH.MESH.10184176 - ETH.MESH.10184176      ETH.MESH.10184679 - ETH.MESH.10184679
ETH.MESH.10184177 - ETH.MESH.10184177      ETH.MESH.10184680 - ETH.MESH.10184680
ETH.MESH.10184178 - ETH.MESH.10184178      ETH.MESH.10184681 - ETH.MESH.10184681
ETH.MESH.10184179 - ETH.MESH.10184179      ETH.MESH.10184682 - ETH.MESH.10184682
ETH.MESH.10184180 - ETH.MESH.10184180      ETH.MESH.10184683 - ETH.MESH.10184683
ETH.MESH.10184181 - ETH.MESH.10184181      ETH.MESH.10184684 - ETH.MESH.10184684
ETH.MESH.10184182 - ETH.MESH.10184182      ETH.MESH.10184685 - ETH.MESH.10184685
ETH.MESH.10184183 - ETH.MESH.10184183      ETH.MESH.10184686 - ETH.MESH.10184686
ETH.MESH.10184184 - ETH.MESH.10184184      ETH.MESH.10184738 - ETH.MESH.10184738
ETH.MESH.10184185 - ETH.MESH.10184185      ETH.MESH.10184739 - ETH.MESH.10184739
ETH.MESH.10184186 - ETH.MESH.10184186      ETH.MESH.10184740 - ETH.MESH.10184740
ETH.MESH.10184187 - ETH.MESH.10184188      ETH.MESH.10184741 - ETH.MESH.10184741
ETH.MESH.10184189 - ETH.MESH.10184189      ETH.MESH.10185633 - ETH.MESH.10185633
ETH.MESH.10184190 - ETH.MESH.10184190      ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10184191 - ETH.MESH.10184191      ETH.MESH.10632264 - ETH.MESH.10632264
ETH.MESH.10184192 - ETH.MESH.10184192      ETH.MESH.10632265 - ETH.MESH.10632265
ETH.MESH.10184193 - ETH.MESH.10184193      ETH.MESH.10632266 - ETH.MESH.10632266
ETH.MESH.10184194 - ETH.MESH.10184194      ETH.MESH.10632267 - ETH.MESH.10632267
ETH.MESH.10184195 - ETH.MESH.10184195      ETH.MESH.10632274 - ETH.MESH.10632274
ETH.MESH.10184196 - ETH.MESH.10184196      ETH.MESH.10632277 - ETH.MESH.10632277
ETH.MESH.10184197 - ETH.MESH.10184197      ETH.MESH.10632278 - ETH.MESH.10632278
ETH.MESH.10184198 - ETH.MESH.10184198

**13.     All documents that constitute, refer or relate to any agreement between Ulmsten and Medscand, pursuant to which Ulmsten licensed Medscand to manufacture and/or market Ulmsten's patented medical device known as IVS and/or TVT**

Our prior correspondence already explained the nature and scope of due diligence materials identified including our efforts to locate any applicable licensing and/or consulting agreements. As stated previously, Ethicon has already identified February 13, 1997 and November 15, 1999 Consulting Agreements with Professor Ulmsten, and the Licensing and Acquisiton Agreements with Medscand. We previously stated that we are continuing to search for the March 26, 1999 Consulting Agreement between Ethicon SAS (France) and Professor Ulmsten. We have now located a signed version of this agreement, which is included in the bates ranges identified below. We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request. We are presently unaware of other sources for such materials.

ETH.MESH.10185421 - ETH.MESH.10185422
ETH.MESH.10185440 - ETH.MESH.10185440
ETH.MESH.10185443 - ETH.MESH.10185443
ETH.MESH.10185444 - ETH.MESH.10185444
ETH.MESH.10185445 - ETH.MESH.10185445
ETH.MESH.10185447 - ETH.MESH.10185447
ETH.MESH.10185449 - ETH.MESH.10185450
ETH.MESH.10185451 - ETH.MESH.10185453
ETH.MESH.10185454 - ETH.MESH.10185454
ETH.MESH.10185455 - ETH.MESH.10185455
ETH.MESH.10632268 - ETH.MESH.10632268
ETH.MESH.10632268 - ETH.MESH.10632268
ETH.MESH.10632283 - ETH.MESH.10632287
ETH.MESH.10632290 - ETH.MESH.10632291
ETH.MESH.10632300 - ETH.MESH.10632300
ETH.MESH.10632301 - ETH.MESH.10632301
ETH.MESH.10632360 - ETH.MESH.10632360
ETH.MESH.10632361 - ETH.MESH.10632361
ETH.MESH.10632362 - ETH.MESH.10632363
ETH.MESH.10632364 - ETH.MESH.10632368
ETH.MESH.10632369 - ETH.MESH.10632372
ETH.MESH.10632373 - ETH.MESH.10632373
ETH.MESH.10632402 - ETH.MESH.10632405
ETH.MESH.10632406 - ETH.MESH.10632407
ETH.MESH.10632569 - ETH.MESH.10632569

**14.     All correspondence between Medscand and JnJ that refers or relates to the License and Supply Agreement and/or the Asset Purchase Agreement and any due diligence performed in relation to those agreements**

Our prior correspondence already explained the nature and scope of due diligence materials identified.  We refer you to Appendix A for the documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

**15.    All financial statements, balance sheets and projections, whether certified or not, audited or not, of Medscand between the years 1995 and 2002**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are continuing to investigate the location of other financial documents, and we will produce additional responsive documents, if any, that are located.

ETH.MESH.09747139 - ETH.MESH. 09747143
ETH.MESH.09747017 - ETH.MESH. 09747025
ETH.MESH.09747026 - ETH.MESH. 09747036
ETH.MESH.10184285 - ETH.MESH.10184290

**16.    All documents or copies of documents that Ethicon obtained from Medscand, its officers and authorized representatives during Ethicon's due diligence investigations performed in relation to the License and Supply Agreement and the Asset Purchase Agreement**

Our prior correspondence already explained the nature and scope of due diligence materials identified.  We refer you to Appendix B for the documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

**17.    All motions, resolutions, minutes, authorizations, powers of attorney and/or documents evidencing or referring or relating to any corporate action by Ethicon in response to requests to enter into the License and Supply Agreement and/or the Asset Purchase Agreement**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.04193990 - ETH.MESH.04193993
ETH.MESH.10184271 - ETH.MESH.10184271
ETH.MESH.10184272 - ETH.MESH.10184273
ETH.MESH.10184274 - ETH.MESH.10184274
ETH.MESH.10184275 - ETH.MESH.10184275
ETH.MESH.10184276 - ETH.MESH.10184276
ETH.MESH.10184277 - ETH.MESH.10184277
ETH.MESH.10184278 - ETH.MESH.10184278

ETH.MESH.10184279 - ETH.MESH.10184279
ETH.MESH.10184280 - ETH.MESH.10184281
ETH.MESH.10184371 - ETH.MESH.10184373
ETH.MESH.10184377 - ETH.MESH.10184378
ETH.MESH.10184379 - ETH.MESH.10184379
ETH.MESH.10184380 - ETH.MESH.10184380
ETH.MESH.10184381 - ETH.MESH.10184381
ETH.MESH.10184382 - ETH.MESH.10184382
ETH.MESH.10184383 - ETH.MESH.10184383
ETH.MESH.10184384 - ETH.MESH.10184384
ETH.MESH.10184387 - ETH.MESH.10184387
ETH.MESH.10184388 - ETH.MESH.10184389
ETH.MESH.10184390 - ETH.MESH.10184390
ETH.MESH.10184412 - ETH.MESH.10184412
ETH.MESH.10184904 - ETH.MESH.10184907
ETH.MESH.10185027 - ETH.MESH.10185088
ETH.MESH.10185090 - ETH.MESH.10185106
ETH.MESH.10185107 - ETH.MESH.10185119
ETH.MESH.10185120  - ETH.MESH.10185134
ETH.MESH.10185157 - ETH.MESH.10185166
ETH.MESH.10185219 - ETH.MESH.10185241
ETH.MESH.10185252 - ETH.MESH.10185275
ETH.MESH.10185319 - ETH.MESH.10185341
ETH.MESH.10185346 - ETH.MESH.10185348
ETH.MESH.10185661 - ETH.MESH.10185664
ETH.MESH.10632260 - ETH.MESH.10632263
ETH.MESH.10632283 - ETH.MESH.10632287
ETH.MESH.10632288 - ETH.MESH.10632289
ETH.MESH.10632295 - ETH.MESH.10632297
ETH.MESH.10632422 - ETH.MESH.10632423
ETH.MESH.10632548 - ETH.MESH.10632548
ETH.MESH.10632549 - ETH.MESH.10632549
ETH.MESH.10632550 - ETH.MESH.10632550
ETH.MESH.10632551 - ETH.MESH.10632552
ETH.MESH.10632590 - ETH.MESH.10632591
ETH.MESH.10632604 - ETH.MESH.10632607

**18.      The English-language Index of Medscand's Design Control Quality Systems**

We would appreciate any further information as to the nature of this request, specifically the collection of documents that the index would pertain to.  To the extent this request is based on a document that references the index, please identify that document.

**19.      All reports prepared by anyone in Ethicon's Medical Affairs department that refer or relate to the License and Supply Agreement and/or the Asset Purchase Agreement**

Our prior correspondence explained the nature and scope of due diligence materials identified in conjunction with the License and Supply Agreement and/or the Asset Purchase Agreement. We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request. We are presently unaware of other sources for such materials.

ETH.MESH.03909935 - ETH.MESH.03909936
ETH.MESH.03932912 - ETH.MESH.03932914
ETH.MESH.04384763 - ETH.MESH.04384775

**20.     All documents that constitute, refer or relate to work instructions in affect at Medscand before and/or after the execution of the License and Supply Agreement**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request. We are presently unaware of other sources for such materials.

ETH.MESH.07425267 - ETH.MESH.07425268
ETH.MESH.08894429 - ETH.MESH.08894431
ETH.MESH.08894432 - ETH.MESH.08894432
ETH.MESH.08894433 - ETH.MESH.08894434
ETH.MESH.08894436 - ETH.MESH.08894436
ETH.MESH.10184401 - ETH.MESH.10184408
ETH.MESH.10184412 - ETH.MESH.10184412
ETH.MESH.10185374 - ETH.MESH.10185375
ETH.MESH.10185376 - ETH.MESH.10185376
ETH.MESH.10185513 - ETH.MESH.10185513
ETH.MESH.10185720 - ETH.MESH.10185722
ETH.MESH.10185723 - ETH.MESH.10185723

**21.     All documents that indicate the person who Ethicon made responsible for reviewing Risk Assessment/Design Control Processes and Medical Device Vigilance Reports in connection with the due diligence performed with respect to the License and Supply Agreement and/or the Asset Purchase Agreement**

It is our understanding that Ethicon did not perform due diligence related to Medical Device Vigilance Reports because Medscand would not have had Medical Device Vigilance Reports prior to the Licensing Agreement. We have, however, identified documents that address the responsibility of certain individuals in connection with Regulatory Affairs and Quality Systems due diligence. We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request. We are presently unaware of other sources for such materials.

ETH.MESH.10184398 - ETH.MESH.10184400
ETH.MESH.10184401 - ETH.MESH.10184408

ETH.MESH.10185206 - ETH.MESH.10185208
ETH.MESH.10185359 - ETH.MESH.10185361
ETH.MESH.10185374 - ETH.MESH.10185375
ETH.MESH.10185376 - ETH.MESH.10185376
ETH.MESH.10185385 - ETH.MESH.10185387
ETH.MESH.10185397 - ETH.MESH.10185401
ETH.MESH.10185482 - ETH.MESH.10185485
ETH.MESH.10185486 - ETH.MESH.10185490
ETH.MESH.10185500 - ETH.MESH.10185502
ETH.MESH.10185503 - ETH.MESH.10185505
ETH.MESH.10185508 - ETH.MESH.10185512
ETH.MESH.10185513 - ETH.MESH.10185513
ETH.MESH.10185514 - ETH.MESH.10185516
ETH.MESH.10185528 - ETH.MESH.10185529
ETH.MESH.10185720 - ETH.MESH.10185722
ETH.MESH.10185723 - ETH.MESH.10185723
ETH.MESH.10632260 - ETH.MESH.10632263

**22.     All documents that memorialize, refer or relate to Ethicon's assessment of the product liability exposure that was associated with its purchase of the IVS and/or TVT system from Medscand and what insurance and/or litigation reserves Medscand had to indemnify itself for such exposure**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.10184432 - ETH.MESH.10184550
ETH.MESH.10184625 - ETH.MESH.10184625
ETH.MESH.10185350 - ETH.MESH.10185354
ETH.MESH.10185377 - ETH.MESH.10185381
ETH.MESH.10185397 - ETH.MESH.10185401
ETH.MESH.10185482 - ETH.MESH.10185485
ETH.MESH.10185486 - ETH.MESH.10185490
ETH.MESH.10185508 - ETH.MESH.10185512
ETH.MESH.10632260 - ETH.MESH.10632263
ETH.MESH.10632283 - ETH.MESH.10632287
ETH.MESH.10632260 - ETH.MESH.10632263
ETH.MESH.10632283 - ETH.MESH.10632287

**23.     Any drafts of and the final report of Quality Systems concerning its due diligence investigation of Medscand in connection with the License and Supply Agreement and/or the Asset Purchase Agreement**

Our prior correspondence explained the nature and scope of due diligence materials identified in conjunction with the License and Supply Agreement and/or the Asset Purchase Agreement.  We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.01317508 - ETH.MESH.01317613
ETH.MESH.10184398 - ETH.MESH.10184400
ETH.MESH.10184401 - ETH.MESH.10184408
ETH.MESH.10185210 - ETH.MESH.10185212
ETH.MESH.10185213 - ETH.MESH.10185213
ETH.MESH.10185346 - ETH.MESH.10185348
ETH.MESH.10185374 - ETH.MESH.10185375
ETH.MESH.10185376 - ETH.MESH.10185376
ETH.MESH.10185506 - ETH.MESH.10185507
ETH.MESH.10185513 - ETH.MESH.10185513
ETH.MESH.10185720 - ETH.MESH.10185722
ETH.MESH.10185723 - ETH.MESH.10185723
ETH.MESH.10591601 - ETH.MESH.10591607

**24.      Any documents that memorialize, refer or relate to your statement in Eth.Mesh.09747933 that IVS or TVT was, "Suitable for 80% of S.U.I. incontinent patient[s]"**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.10185219 - ETH.MESH.10185241
ETH.MESH.10185252 - ETH.MESH.10185275
ETH.MESH.10185319 - ETH.MESH.10185341

**25.      All documents that memorialize, refer or relate to any and all payments, contingent or not, made to Medscand and/or Ulmsten in connection with the License and Supply Agreement and/or the Asset Purchase Agreement**

Our prior correspondence explained the nature and scope of due diligence materials identified in conjunction with the License and Supply Agreement and/or the Asset Purchase Agreement.  In particular, Ben Watson's correspondence dated September 10, 2013 and November 12, 2013 set forth bates ranges of documents relevant to payments to Professor Ulmsten and Medscand, and we refer you to those letters. We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.09747175 - ETH.MESH.09747175
ETH.MESH.09747176 - ETH.MESH.09747176
ETH.MESH.09747177 - ETH.MESH.09747210

ETH.MESH.09747370 - ETH.MESH.09747370
ETH.MESH.09747493 - ETH.MESH.09747495
ETH.MESH.09747496 - ETH.MESH.09747496
ETH.MESH.09747497 - ETH.MESH.09747497

ETH.MESH.09747498 - ETH.MESH.09747500
ETH.MESH.09747501 - ETH.MESH.09747501
ETH.MESH.09747502 - ETH.MESH.09747504
ETH.MESH.09747538 - ETH.MESH.09747572

ETH.MESH.09747644 - ETH.MESH.09747645
ETH.MESH.09747646 - ETH.MESH.09747646
ETH.MESH.09747647 - ETH.MESH.09747647
ETH.MESH.09747648 - ETH.MESH.09747649
ETH.MESH.09748854 - ETH.MESH.09748858
ETH.MESH.10150870 - ETH.MESH.10150870
ETH.MESH.10182061 - ETH.MESH.10182065
ETH.MESH.10183827 - ETH.MESH.10183827
ETH.MESH.10183843 - ETH.MESH.10183846
ETH.MESH.10184262 - ETH.MESH.10184262
ETH.MESH.10184274 - ETH.MESH.10184274
ETH.MESH.10184366 - ETH.MESH.10184367
ETH.MESH.10184371 - ETH.MESH.10184373
ETH.MESH.10184379 - ETH.MESH.10184379
ETH.MESH.10184390 - ETH.MESH.10184390
ETH.MESH.10184429 - ETH.MESH.10184429
ETH.MESH.10184430 - ETH.MESH.10184430
ETH.MESH.10184431 - ETH.MESH.10184431
ETH.MESH.10184553 - ETH.MESH.10184573
ETH.MESH.10184624 - ETH.MESH.10184624
ETH.MESH.10184626 - ETH.MESH.10184651
ETH.MESH.10184652 - ETH.MESH.10184656
ETH.MESH.10184747 - ETH.MESH.10184749
ETH.MESH.10184750 - ETH.MESH.10184750

ETH.MESH.10184751 - ETH.MESH.10184751
ETH.MESH.10184752 - ETH.MESH.10184752
ETH.MESH.10184753 - ETH.MESH.10184754
ETH.MESH.10184755 - ETH.MESH.10184755
ETH.MESH.10184756 - ETH.MESH.10184756
ETH.MESH.10184757 - ETH.MESH.10184758
ETH.MESH.10184759 - ETH.MESH.10184785
ETH.MESH.10184792 - ETH.MESH.10184792
ETH.MESH.10184793 - ETH.MESH.10184793
ETH.MESH.10184794 - ETH.MESH.10184814
ETH.MESH.10184821 - ETH.MESH.10184825
ETH.MESH.10184830 - ETH.MESH.10184849
ETH.MESH.10184850 - ETH.MESH.10184876
ETH.MESH.10184898 - ETH.MESH.10184899
ETH.MESH.10184900 - ETH.MESH.10184900
ETH.MESH.10184901 - ETH.MESH.10184901
ETH.MESH.10184902 - ETH.MESH.10184903
ETH.MESH.10184922 - ETH.MESH.10184927
ETH.MESH.10185090 - ETH.MESH.10185106
ETH.MESH.10281917 - ETH.MESH.10281917
ETH.MESH.10281918 - ETH.MESH.10281963
ETH.MESH.10477904 - ETH.MESH.10477910
ETH.MESH.10491959 - ETH.MESH.10491963
ETH.MESH.10491966 - ETH.MESH.10491967
ETH.MESH.10527418 - ETH.MESH.10527468
ETH.MESH.10527471 - ETH.MESH.10527475
ETH.MESH.10550569 - ETH.MESH.10550569
ETH.MESH.10550570 - ETH.MESH.10550632
ETH.MESH.10574915 - ETH.MESH.10574952
ETH.MESH.10632290 - ETH.MESH.10632291

**26.** **All documents that memorialize, refer or relate to any assignments by Medscand to Ethicon of any supply agreement with Medscand and its contractors and suppliers**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request. We are presently unaware of other sources for such materials.

ETH.MESH.10184432 - ETH.MESH.10184550
ETH.MESH.10184587 - ETH.MESH.10184587
ETH.MESH.10184588 - ETH.MESH.10184588
ETH.MESH.10184589 - ETH.MESH.10184589
ETH.MESH.10184706 - ETH.MESH.10184707
ETH.MESH.10184708 - ETH.MESH.10184708
ETH.MESH.10185370 - ETH.MESH.10185373
ETH.MESH.10185594 - ETH.MESH.10185596
ETH.MESH.10185614 - ETH.MESH.10185616

ETH.MESH.10632302 -ETH.MESH.10632303
ETH.MESH.10632410 -  ETH.MESH.10632411
ETH.MESH.10632416 - ETH.MESH.10632417
ETH.MESH.10632420  -ETH.MESH.10632420
ETH.MESH.10632421 - ETH.MESH.10632421
ETH.MESH.10632551 - ETH.MESH.10632552

**27.   All documents that memorialize, refer or relate to any due diligence performed on inventory, raw material and/or work in process that Medscand had when Ethicon and Medscand first negotiated the License and Supply Agreement, entered into the License and Supply Agreement, first negotiated the Asset Purchase Agreement and entered into the Asset Purchase Agreement**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.01317508 - ETH.MESH.01317613
ETH.MESH.10184398 - ETH.MESH.10184400
ETH.MESH.10184401 - ETH.MESH.10184408
ETH.MESH.10184418 - ETH.MESH.10184418
ETH.MESH.10184419 - ETH.MESH.10184423
ETH.MESH.10185174 - ETH.MESH.10185176
ETH.MESH.10185181 - ETH.MESH.10185185
ETH.MESH.10185201 - ETH.MESH.10185204
ETH.MESH.10185346 - ETH.MESH.10185348
ETH.MESH.10185362 - ETH.MESH.10185365
ETH.MESH.10185366 - ETH.MESH.10185369
ETH.MESH.10185482 - ETH.MESH.10185485
ETH.MESH.10185508 - ETH.MESH.10185512
ETH.MESH.10185614 - ETH.MESH.10185616
ETH.MESH.10185617 - ETH.MESH.10185617
ETH.MESH.10185618 - ETH.MESH.10185618
ETH.MESH.10185619 - ETH.MESH.10185619
ETH.MESH.10185620 - ETH.MESH.10185620
ETH.MESH.10185621 - ETH.MESH.10185621
ETH.MESH.10185635 - ETH.MESH.10185635
ETH.MESH.10185648 - ETH.MESH.10185650
ETH.MESH.10185651 - ETH.MESH.10185653
ETH.MESH.10185706 - ETH.MESH.10185709

**28.   All drawings of needle tip designs obtained from Medscand, which designs were intended to prevent any bladder perforation during the implantation of the IVS and/or the TVT**

Without conceding the characterization of the intent described in this request, we refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.01317508 - ETH.MESH.01317613
ETH.MESH.05613365 - ETH.MESH.05613365
ETH.MESH.05852938 - ETH.MESH.05852938
ETH.MESH.05876008 - ETH.MESH.05876017
ETH.MESH.05876032 - ETH.MESH.05876032
ETH.MESH.07295564 - ETH.MESH.07295655
ETH.MESH.07295656 - ETH.MESH.07295781
ETH.MESH.09947944 - ETH.MESH.09947954
ETH.MESH.10184183 - ETH.MESH.10184183
ETH.MESH.10184184 - ETH.MESH.10184184
ETH.MESH.10184189 - ETH.MESH.10184189
ETH.MESH.10184190 - ETH.MESH.10184190
ETH.MESH.10184193 - ETH.MESH.10184193
ETH.MESH.10184693 - ETH.MESH.10184693
ETH.MESH.10184697 - ETH.MESH.10184697
ETH.MESH.10184702 - ETH.MESH.10184702
ETH.MESH.10184737 - ETH.MESH.10184737
ETH.MESH.10184738 - ETH.MESH.10184738
ETH.MESH.10184739 - ETH.MESH.10184739
ETH.MESH.10184740 - ETH.MESH.10184740
ETH.MESH.10184741 - ETH.MESH.10184741
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10589623 - ETH.MESH.10589623
ETH.MESH.10589762 - ETH.MESH.10589762
ETH.MESH.10591611 - ETH.MESH.10591611

**29.    Any documents that memorialize, refer or relate to sterilization, including but not limited to ethylene oxide sterilization of the mesh component of the IVS and/or TVT system by Ethicon, Ltd. (Scotland)**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.01317508 - ETH.MESH.01317613
ETH.MESH.01320124 - ETH.MESH.01320189
ETH.MESH.06661874 - ETH.MESH.06661979
ETH.MESH.07295564 - ETH.MESH.07295655
ETH.MESH.07295656 - ETH.MESH.07295781
ETH.MESH.08091819 - ETH.MESH.08091820
ETH.MESH.09981041 - ETH.MESH.09981146
ETH.MESH.10445157 - ETH.MESH.10445257

ETH.MESH.10445258 - ETH.MESH.10445379
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10589769 - ETH.MESH.10589769
ETH.MESH.10589939 - ETH.MESH.10589940
ETH.MESH.10591599 - ETH.MESH.10591599

**30.    The Technical File and/or Design Dossier for the IVS and/or any TVT system that Ethicon compiled after it executed the Asset Purchase Agreement**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.10585681 - ETH.MESH.10585860
ETH.MESH.10586745 - ETH.MESH.10586939
ETH.MESH.10586940 - ETH.MESH.10587904
ETH.MESH.10587905 - ETH.MESH.10589323

**31.    All Risk Analyses and/or Risk Management Reports, whether denominated as such or as a DDSA, aFMEA, pFMEA, dFMEA or otherwise, for Rigid Catheter Guide, the purchase of which was the subject in part of the Asset Purchase Agreement**

Please see our response to Request 3. In addition, we have identified the following previously produced documents that we believe to be responsive to this request.

ETH.MESH.00355500 - ETH.MESH.00355516
ETH.MESH.01589812 - ETH.MESH.01589825
ETH.MESH.06661874 - ETH.MESH.06661979
ETH.MESH.10586745 - ETH.MESH.10586939
ETH.MESH.10616522 - ETH.MESH.10616627

**32.    Medscand's SOP-04-01**

After a reasonable and good faith investigation, we have been unable to locate this document.

**33.    Medscand's Device Master Record for the IVS and/or TVT systems in their original language and as translated into any other language, including but not limited to English and/or French**

As mentioned in our prior correspondence, a Device Master Record ("DMR") is a collection of documents maintained for FDA compliance purposes. Medscand never marketed the TVT product in the United States. We have located one previously produced document (ETH.MESH.10184401 - ETH.MESH.10184408) referring to the need to create a DMR. We are continuing to ascertain whether a DMR was ever created during time frames when Medscand had responsibility for manufacture of the TVT product after the implementation of the 1997

Licensing Agreement and if so, whether those documents exist and are in the possession of Ethicon.

**34. All documents that memorialize, refer or relate to Medscand as a certified medical device manufacturer in accordance with ISO 9001 and/or registered with the FDA**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request. We are presently unaware of other sources for such materials.

ETH.MESH.05642026 - ETH.MESH.05642028
ETH.MESH.06661874 - ETH.MESH.06661979
ETH.MESH.10184432 - ETH.MESH.10184550
ETH.MESH.10184722 - ETH.MESH.10184728
ETH.MESH.10185174 - ETH.MESH.10185176
ETH.MESH.10185206 - ETH.MESH.10185208
ETH.MESH.10185346 - ETH.MESH.10185348
ETH.MESH.10185359 - ETH.MESH.10185361
ETH.MESH.10185385 - ETH.MESH.10185387
ETH.MESH.10185491 - ETH.MESH.10185492
ETH.MESH.10185500 - ETH.MESH.10185502
ETH.MESH.10185503 - ETH.MESH.10185505
ETH.MESH.10185514 - ETH.MESH.10185516
ETH.MESH.10185678 - ETH.MESH.10185680
ETH.MESH.10185716 - ETH.MESH.10185718
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10589644 - ETH.MESH.10589644
ETH.MESH.10589651 - ETH.MESH.10589651
ETH.MESH.10589699 - ETH.MESH.10589699
ETH.MESH.10589704 - ETH.MESH.10589704
ETH.MESH.10589764 - ETH.MESH.10589764
ETH.MESH.10589770 - ETH.MESH.10589770
ETH.MESH.10589774 - ETH.MESH.10589775
ETH.MESH.10589867 - ETH.MESH.10589868
ETH.MESH.10589906 - ETH.MESH.10589907
ETH.MESH.10589914 - ETH.MESH.10589914
ETH.MESH.10589921 - ETH.MESH.10589921
ETH.MESH.10589978 - ETH.MESH.10589979
ETH.MESH.10590067 - ETH.MESH.10590068
ETH.MESH.10590070 - ETH.MESH.10590070
ETH.MESH.10632422 - ETH.MESH.10632423

**35. All documents that memorialize, refer or relate to any labels that Medscand provided with each sale of any IVS and/or TVT unit**

Our prior correspondence explained the nature and scope of due diligence materials identified in conjunction with the License and Supply Agreement and/or the Asset Purchase Agreement.  We refer you to Appendix C for the documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

**36.     All documents the memorialize, refer or relate to any stability studies, materials qualifications, pre-clinical data and/or clinical data that Ethicon obtained from Medscand**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.00999790 - ETH.MESH.00999795
ETH.MESH.01317508 - ETH.MESH.01317613
ETH.MESH.01320124 - ETH.MESH.01320189
ETH.MESH.02594089 - ETH.MESH.02594094
ETH.MESH.04384763 - ETH.MESH.04384775
ETH.MESH.06661156 - ETH.MESH.06661266
ETH.MESH.07295564 - ETH.MESH.07295655
ETH.MESH.09185745 - ETH.MESH.09185748
ETH.MESH.09947883 - ETH.MESH.09947890
ETH.MESH.09947919 - ETH.MESH.09947927
ETH.MESH.09947929 - ETH.MESH.09947933
ETH.MESH.09948081 - ETH.MESH.09948119
ETH.MESH.09981041 - ETH.MESH.09981146
ETH.MESH.10184975 - ETH.MESH.10184975
ETH.MESH.10185009 - ETH.MESH.10185009
ETH.MESH.10185201 - ETH.MESH.10185204
ETH.MESH.10185362 - ETH.MESH.10185365
ETH.MESH.10185366 - ETH.MESH.10185369
ETH.MESH.10185466 - ETH.MESH.10185472
ETH.MESH.10185711 - ETH.MESH.10185714
ETH.MESH.10444876 - ETH.MESH.10444911
ETH.MESH.10445157 - ETH.MESH.10445257
ETH.MESH.10445258 - ETH.MESH.10445379
ETH.MESH.10575667 - ETH.MESH.10575705
ETH.MESH.10575706 -ETH.MESH.10575741
ETH.MESH.10585422 - ETH.MESH.10585429
ETH.MESH.10585438 - ETH.MESH.10585445
ETH.MESH.10585452 - ETH.MESH.10585459
ETH.MESH.10585468 - ETH.MESH.10585475
ETH.MESH.10585484 - ETH.MESH.10585491
ETH.MESH.10585559 - ETH.MESH.10585680
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10591570 - ETH.MESH.10591570

ETH.MESH.10591571 - ETH.MESH.10591573
ETH.MESH.10632260 - ETH.MESH.10632263
ETH.MESH.10632325 - ETH.MESH.10632325
ETH.MESH.10632326 - ETH.MESH.10632328
ETH.MESH.10632329 - ETH.MESH.10632329
ETH.MESH.10632330 - ETH.MESH.10632339
ETH.MESH.10632340 - ETH.MESH.10632353
ETH.MESH.10632562 - ETH.MESH.10632562
ETH.MESH.10632563 - ETH.MESH.10632563
ETH.MESH.10632567 - ETH.MESH.10632567

**37.   All documents that are identified in Eth.Mesh.09748342 and  in Eth.Mesh.09748347-8  under the heading, "Quality Systems" that Ethicon obtained from Medscand**

After a reasonable and good faith investigation, we refer you to the following previously produced document that we believe to be responsive to this request. We are continuing to sources with additional information on quality management materials and will produce any additional responsive documents that are located. **[Rich- I put this in because coming out of our in person meeting, Chuck is looking into quality management so I figured that may lead to more quality systems documents. ]**. At this time, we refer you to the document below which we belive to be responsive to this request.

ETH.MESH.09748308 - ETH.MESH.09748385

**38.    All documents that memorialize, refer or relate to the problem described in paragraph 5 of Eth.Mesh.09748379 and Eth.Mesh.09748381 with Ethicon, Inc. (Cornelia) and Ethicon, Ltd. (UK) as the supplier of "polypropylene mesh raw material", including but not limited to quality characteristics specified by a drawing, any root cause analysis, correction plan, and effectivity analysis**

We refer you to the following documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

ETH.MESH.09748308 - ETH.MESH.09748385

**39.   All documents that memorialize, refer or relate to Ethicon (Scotland) preparing or submitting any documents to the EMEA, Danish Notified Body or any other person, as required by Medical Device Directive 92/42/EEC or any other laws or regulations, to any other foreign government agency or regulatory authority other than the United States for the purpose of obtaining the right to legally market the IVS and/or the TVT**

We refer you to Appendix D for the documents identified in connection with our collection efforts which we believe to be responsive to this request.  We are presently unaware of other sources for such materials.

      We believe that the foregoing responds to Plaintiffs' requests. Please let me know if you wish to discuss these responses.

                Sincerely,

                BUTLER SNOW LLP

                Benjamin M. Watson

BMW:fsw

**APPENDIX A**

**14.** **All correspondence between Medscand and JnJ that refers or relates to the License and Supply Agreement and/or the Asset Purchase Agreement and any due diligence performed in relation to those agreements**

| | |
|---|---|
| ETH.MESH.05972834 - ETH.MESH.05972866 | ETH.MESH.10184272 - ETH.MESH.10184273 |
| ETH.MESH.08692946 - ETH.MESH.08692948 | ETH.MESH.10184274 - ETH.MESH.10184274 |
| ETH.MESH.08695898 - ETH.MESH.08695930 | ETH.MESH.10184275 - ETH.MESH.10184275 |
| ETH.MESH.08695931 - ETH.MESH.08695953 | ETH.MESH.10184276 - ETH.MESH.10184276 |
| ETH.MESH.08695954 - ETH.MESH.08695979 | ETH.MESH.10184277 - ETH.MESH.10184277 |
| ETH.MESH.08695980 - ETH.MESH.08695984 | ETH.MESH.10184278 - ETH.MESH.10184278 |
| ETH.MESH.08695985 - ETH.MESH.08696033 | ETH.MESH.10184279 - ETH.MESH.10184279 |
| ETH.MESH.08696034 - ETH.MESH.08696049 | ETH.MESH.10184292 - ETH.MESH.10184292 |
| ETH.MESH.08696050 - ETH.MESH.08696055 | ETH.MESH.10184293 - ETH.MESH.10184354 |
| ETH.MESH.08696056 - ETH.MESH.08696083 | ETH.MESH.10184355 - ETH.MESH.10184359 |
| ETH.MESH.08696084 - ETH.MESH.08696134 | ETH.MESH.10184360 - ETH.MESH.10184365 |
| ETH.MESH.08696149 - ETH.MESH.08696151 | ETH.MESH.10184366 - ETH.MESH.10184367 |
| ETH.MESH.09746920 - ETH.MESH.09746947 | ETH.MESH.10184368 - ETH.MESH.10184368 |
| ETH.MESH.09746948 - ETH.MESH.09746998 | ETH.MESH.10184376 - ETH.MESH.10184376 |
| ETH.MESH.09746999 - ETH.MESH.09747004 | ETH.MESH.10184390 - ETH.MESH.10184390 |
| ETH.MESH.09747005 - ETH.MESH.09747007 | ETH.MESH.10184398 - ETH.MESH.10184400 |
| ETH.MESH.09747010 - ETH.MESH.09747011 | ETH.MESH.10184401 - ETH.MESH.10184408 |
| ETH.MESH.09747012 - ETH.MESH.09747013 | ETH.MESH.10184409 - ETH.MESH.10184409 |
| ETH.MESH.09747014 - ETH.MESH.09747016 | ETH.MESH.10184412 - ETH.MESH.10184412 |
| ETH.MESH.09747177 - ETH.MESH.09747210 | ETH.MESH.10184418 - ETH.MESH.10184418 |
| ETH.MESH.09747211 - ETH.MESH.09747331 | ETH.MESH.10184419 - ETH.MESH.10184423 |
| ETH.MESH.09747333 - ETH.MESH.09747333 | ETH.MESH.10184425 - ETH.MESH.10184428 |
| ETH.MESH.09747334 - ETH.MESH.09747334 | ETH.MESH.10184429 - ETH.MESH.10184429 |
| ETH.MESH.09747335 - ETH.MESH.09747335 | ETH.MESH.10184430 - ETH.MESH.10184430 |
| ETH.MESH.09747336 - ETH.MESH.09747336 | ETH.MESH.10184431 - ETH.MESH.10184431 |
| ETH.MESH.09747337 - ETH.MESH.09747369 | ETH.MESH.10184432 - ETH.MESH.10184550 |
| ETH.MESH.09747371 -ETH.MESH.09747371 | ETH.MESH.10184580 - ETH.MESH.10184585 |
| ETH.MESH.09747372 - ETH.MESH.09747397 | ETH.MESH.10184591 - ETH.MESH.10184623 |
| ETH.MESH.09747398 - ETH.MESH.09747402 | ETH.MESH.10184624 - ETH.MESH.10184624 |
| ETH.MESH.09747403 - ETH.MESH.09747451 | ETH.MESH.10184625 - ETH.MESH.10184625 |
| ETH.MESH.09747452 - ETH.MESH.09747467 | ETH.MESH.10184946 - ETH.MESH.10184948 |
| ETH.MESH.09747468 - ETH.MESH.09747490 | ETH.MESH.10632269 - ETH.MESH.10632269 |
| ETH.MESH.09747493 - ETH.MESH.09747495 | ETH.MESH.10632270 - ETH.MESH.10632270 |
| ETH.MESH.09747505 - ETH.MESH.09747537 | ETH.MESH.10632271 - ETH.MESH.10632271 |
| ETH.MESH.09747596 - ETH.MESH.09747622 | ETH.MESH.10632272 - ETH.MESH.10632272 |
| ETH.MESH.10182061 - ETH.MESH.10182065 | ETH.MESH.10632273 - ETH.MESH.10632273 |
| ETH.MESH.10183843 - ETH.MESH.10183846 | ETH.MESH.10632274 - ETH.MESH.10632274 |
| ETH.MESH.10184202 - ETH.MESH.10184252 | ETH.MESH.10632275 - ETH.MESH.10632276 |
| ETH.MESH.10184253 - ETH.MESH.10184258 | ETH.MESH.10632264 - ETH.MESH.10632264 |
| ETH.MESH.10184259 - ETH.MESH.10184261 | ETH.MESH.10632265 - ETH.MESH.10632265 |
| ETH.MESH.10184263 - ETH.MESH.10184263 | ETH.MESH.10632266 - ETH.MESH.10632266 |

ETH.MESH.10632267 - ETH.MESH.10632267
ETH.MESH.10632277 - ETH.MESH.10632277
ETH.MESH.10632278 - ETH.MESH.10632278
ETH.MESH.10632279 - ETH.MESH.10632279
ETH.MESH.10632280 - ETH.MESH.10632280
ETH.MESH.10632281 - ETH.MESH.10632281
ETH.MESH.10632282 - ETH.MESH.10632282
ETH.MESH.10632260 - ETH.MESH.10632263
ETH.MESH.10632283 - ETH.MESH.10632287
ETH.MESH.10632270 - ETH.MESH.10632270
ETH.MESH.10632274 - ETH.MESH.10632274
ETH.MESH.10632273 - ETH.MESH.10632273
ETH.MESH.10632275 - ETH.MESH.10632276
ETH.MESH.10632278 - ETH.MESH.10632278
ETH.MESH.10632549 - ETH.MESH.10632549
ETH.MESH.10632550 - ETH.MESH.10632550
ETH.MESH.10632283 - ETH.MESH.10632287
ETH.MESH.10632288 - ETH.MESH.10632289
ETH.MESH.10632290 - ETH.MESH.10632291
ETH.MESH.10632292 - ETH.MESH.10632294
ETH.MESH.10632560 - ETH.MESH.10632560
ETH.MESH.10632298 - ETH.MESH.10632299

ETH.MESH.10632288 - ETH.MESH.10632289
ETH.MESH.10632290 - ETH.MESH.10632291
ETH.MESH.10632292 - ETH.MESH.10632294
ETH.MESH.10632295 - ETH.MESH.10632297
ETH.MESH.10632298 - ETH.MESH.10632299
ETH.MESH.10632300 - ETH.MESH.10632300
ETH.MESH.10632301 - ETH.MESH.10632301
ETH.MESH.10632302 - ETH.MESH.10632303
ETH.MESH.10632304 - ETH.MESH.10632324
ETH.MESH.10632360 - ETH.MESH.10632360
ETH.MESH.10632565 - ETH.MESH.10632566
ETH.MESH.10632374 - ETH.MESH.10632375
ETH.MESH.10632376 - ETH.MESH.10632379
ETH.MESH.10632380 - ETH.MESH.10632396
ETH.MESH.10632397 - ETH.MESH.10632398
ETH.MESH.10632419 - ETH.MESH.10632419
ETH.MESH.10632569 - ETH.MESH.10632569
ETH.MESH.10632422 - ETH.MESH.10632423
ETH.MESH.10632413 - ETH.MESH.10632413
ETH.MESH.10185603 - ETH.MESH.10185605
ETH.MESH.10632604 - ETH.MESH.10632607

## APPENDIX B

16.     **All documents or copies of documents that Ethicon obtained from Medscand, its officers and authorized representatives during Ethicon's due diligence investigations performed in relation to the License and Supply Agreement and the Asset Purchase Agreement**

| | |
|---|---|
| ETH.MESH.09747017 - ETH.MESH.09747025 | ETH.MESH.09747716 - ETH.MESH.09747718 |
| ETH.MESH.09747026 - ETH.MESH.09747028 | ETH.MESH.09747719 - ETH.MESH.09747720 |
| ETH.MESH.09747029 - ETH.MESH.09747029 | ETH.MESH.09747721 - ETH.MESH.09747721 |
| ETH.MESH.09747030 - ETH.MESH.09747030 | ETH.MESH.09747722 - ETH.MESH.09747723 |
| ETH.MESH.09747031 - ETH.MESH.09747031 | ETH.MESH.09747724 - ETH.MESH.09747725 |
| ETH.MESH.09747037 - ETH.MESH.09747037 | ETH.MESH.09747726 - ETH.MESH.09747727 |
| ETH.MESH.09747038 - ETH.MESH.09747111 | ETH.MESH.09747728 - ETH.MESH.09747728 |
| ETH.MESH.09747112 - ETH.MESH.09747113 | ETH.MESH.09747729 - ETH.MESH.09747730 |
| ETH.MESH.09747114 - ETH.MESH.09747114 | ETH.MESH.09747731 - ETH.MESH.09747731 |
| ETH.MESH.09747115 - ETH.MESH.09747115 | ETH.MESH.09747732 - ETH.MESH.09747732 |
| ETH.MESH.09747116 - ETH.MESH.09747116 | ETH.MESH.09747733 - ETH.MESH.09747733 |
| ETH.MESH.09747117 - ETH.MESH.09747119 | ETH.MESH.09747734 - ETH.MESH.09747745 |
| ETH.MESH.09747120 - ETH.MESH.09747120 | ETH.MESH.09747746 - ETH.MESH.09747756 |
| ETH.MESH.09747121 - ETH.MESH.09747122 | ETH.MESH.09747757 - ETH.MESH.09747771 |
| ETH.MESH.09747133 - ETH.MESH.09747138 | ETH.MESH.09747772 - ETH.MESH.09747772 |
| ETH.MESH.09747139 - ETH.MESH.09747143 | ETH.MESH.09747773 - ETH.MESH.09747794 |
| ETH.MESH.09747144 - ETH.MESH.09747154 | ETH.MESH.09747795 - ETH.MESH.09747804 |
| ETH.MESH.09747155 - ETH.MESH.09747157 | ETH.MESH.09747805 - ETH.MESH.09747814 |
| ETH.MESH.09747158 - ETH.MESH.09747159 | ETH.MESH.09747815 - ETH.MESH.09747824 |
| ETH.MESH.09747160 - ETH.MESH.09747162 | ETH.MESH.09747825 - ETH.MESH.09747834 |
| ETH.MESH.09747163 - ETH.MESH.09747169 | ETH.MESH.09747835 - ETH.MESH.09747835 |
| ETH.MESH.09747170 - ETH.MESH.09747174 | ETH.MESH.09747836 - ETH.MESH.09747865 |
| ETH.MESH.09747452 - ETH.MESH.09747467 | ETH.MESH.09747866 - ETH.MESH.09747880 |
| ETH.MESH.09747623 - ETH.MESH.09747624 | ETH.MESH.09747881 - ETH.MESH.09747898 |
| ETH.MESH.09747632 - ETH.MESH.09747643 | ETH.MESH.09747899 - ETH.MESH.09747899 |
| ETH.MESH.09747684 - ETH.MESH.09747684 | ETH.MESH.09747900 - ETH.MESH.09747923 |
| ETH.MESH.09747685 - ETH.MESH.09747685 | ETH.MESH.09747924 - ETH.MESH.09747924 |
| ETH.MESH.09747686 - ETH.MESH.09747686 | ETH.MESH.09747925 - ETH.MESH.09747927 |
| ETH.MESH.09747687 - ETH.MESH.09747687 | ETH.MESH.09747928 - ETH.MESH.09747951 |
| ETH.MESH.09747688 - ETH.MESH.09747688 | ETH.MESH.09747952 - ETH.MESH.09747952 |
| ETH.MESH.09747689 - ETH.MESH.09747689 | ETH.MESH.09747953 - ETH.MESH.09747953 |
| ETH.MESH.09747692 - ETH.MESH.09747696 | ETH.MESH.09747954 - ETH.MESH.09747954 |
| ETH.MESH.09747697 - ETH.MESH.09747697 | ETH.MESH.09747955 - ETH.MESH.09747955 |
| ETH.MESH.09747698 - ETH.MESH.09747699 | ETH.MESH.09747956 - ETH.MESH.09747977 |
| ETH.MESH.09747700 - ETH.MESH.09747701 | ETH.MESH.09747978 - ETH.MESH.09747993 |
| ETH.MESH.09747702 - ETH.MESH.09747703 | ETH.MESH.09747994 - ETH.MESH.09748017 |
| ETH.MESH.09747704 - ETH.MESH.09747705 | ETH.MESH.09748018 - ETH.MESH.09748018 |
| ETH.MESH.09747712 - ETH.MESH.09747713 | ETH.MESH.09748019 - ETH.MESH.09748021 |
| ETH.MESH.09747714 - ETH.MESH.09747715 | ETH.MESH.09748022 - ETH.MESH.09748024 |

ETH.MESH.09748025 - ETH.MESH.09748025
ETH.MESH.09748026 - ETH.MESH.09748029
ETH.MESH.09748030 - ETH.MESH.09748032
ETH.MESH.09748033 - ETH.MESH.09748036
ETH.MESH.09748037 - ETH.MESH.09748040
ETH.MESH.09748041 - ETH.MESH.09748044
ETH.MESH.09748045 - ETH.MESH.09748046
ETH.MESH.09748047 - ETH.MESH.09748047
ETH.MESH.09748048 - ETH.MESH.09748050
ETH.MESH.09748051 - ETH.MESH.09748053
ETH.MESH.09748054 - ETH.MESH.09748054
ETH.MESH.09748055 - ETH.MESH.09748055
ETH.MESH.09748056 - ETH.MESH.09748056
ETH.MESH.09748057 - ETH.MESH.09748057
ETH.MESH.09748058 - ETH.MESH.09748058
ETH.MESH.09748059 - ETH.MESH.09748059
ETH.MESH.09748060 - ETH.MESH.09748060
ETH.MESH.09748061 - ETH.MESH.09748061
ETH.MESH.09748062 - ETH.MESH.09748062
ETH.MESH.09748063 - ETH.MESH.09748067
ETH.MESH.09748068 - ETH.MESH.09748068
ETH.MESH.09748069 - ETH.MESH.09748069
ETH.MESH.09748070 - ETH.MESH.09748070
ETH.MESH.09748071 - ETH.MESH.09748071
ETH.MESH.09748072 - ETH.MESH.09748072
ETH.MESH.09748073 - ETH.MESH.09748073
ETH.MESH.09748074 - ETH.MESH.09748077
ETH.MESH.09748078 - ETH.MESH.09748078
ETH.MESH.09748079 - ETH.MESH.09748079
ETH.MESH.09748080 - ETH.MESH.09748080
ETH.MESH.09748081 - ETH.MESH.09748081
ETH.MESH.09748082 - ETH.MESH.09748082
ETH.MESH.09748083 - ETH.MESH.09748083
ETH.MESH.09748084 - ETH.MESH.09748085
ETH.MESH.09748086 - ETH.MESH.09748086
ETH.MESH.09748087 - ETH.MESH.09748088
ETH.MESH.09748089 - ETH.MESH.09748098
ETH.MESH.09748099 - ETH.MESH.09748105
ETH.MESH.09748106 - ETH.MESH.09748110
ETH.MESH.09748111 - ETH.MESH.09748111
ETH.MESH.09748112 - ETH.MESH.09748113
ETH.MESH.09748114 - ETH.MESH.09748116
ETH.MESH.09748117 - ETH.MESH.09748119
ETH.MESH.09748120 - ETH.MESH.09748121
ETH.MESH.09748122 - ETH.MESH.09748131
ETH.MESH.09748132 - ETH.MESH.09748138
ETH.MESH.09748139 - ETH.MESH.09748139
ETH.MESH.09748140 - ETH.MESH.09748141

ETH.MESH.09748142 - ETH.MESH.09748142
ETH.MESH.09748143 - ETH.MESH.09748145
ETH.MESH.09748146 - ETH.MESH.09748147
ETH.MESH.09748148 - ETH.MESH.09748149
ETH.MESH.09748150 - ETH.MESH.09748153
ETH.MESH.09748154 - ETH.MESH.09748154
ETH.MESH.09748155 - ETH.MESH.09748155
ETH.MESH.09748156 - ETH.MESH.09748156
ETH.MESH.09748157 - ETH.MESH.09748159
ETH.MESH.09748160 - ETH.MESH.09748162
ETH.MESH.09748163 - ETH.MESH.09748170
ETH.MESH.09748171 - ETH.MESH.09748173
ETH.MESH.09748174 - ETH.MESH.09748176
ETH.MESH.09748177 - ETH.MESH.09748179
ETH.MESH.09748180 - ETH.MESH.09748181
ETH.MESH.09748182 - ETH.MESH.09748183
ETH.MESH.09748184 - ETH.MESH.09748184
ETH.MESH.09748185 - ETH.MESH.09748186
ETH.MESH.09748187 - ETH.MESH.09748187
ETH.MESH.09748188 - ETH.MESH.09748188
ETH.MESH.09748189 - ETH.MESH.09748190
ETH.MESH.09748191 - ETH.MESH.09748192
ETH.MESH.09748193 - ETH.MESH.09748193
ETH.MESH.09748194 - ETH.MESH.09748194
ETH.MESH.09748195 - ETH.MESH.09748195
ETH.MESH.09748196 - ETH.MESH.09748199
ETH.MESH.09748200 - ETH.MESH.09748223
ETH.MESH.09748224 - ETH.MESH.09748239
ETH.MESH.09748240 - ETH.MESH.09748242
ETH.MESH.09748243 - ETH.MESH.09748245
ETH.MESH.09748246 - ETH.MESH.09748246
ETH.MESH.09748247 - ETH.MESH.09748248
ETH.MESH.09748249 - ETH.MESH.09748249
ETH.MESH.09748250 - ETH.MESH.09748252
ETH.MESH.09748253 - ETH.MESH.09748253
ETH.MESH.09748254 - ETH.MESH.09748254
ETH.MESH.09748255 - ETH.MESH.09748255
ETH.MESH.09748256 - ETH.MESH.09748256
ETH.MESH.09748257 - ETH.MESH.09748258
ETH.MESH.09748259 - ETH.MESH.09748259
ETH.MESH.09748260 - ETH.MESH.09748260
ETH.MESH.09748261 - ETH.MESH.09748261
ETH.MESH.09748262 - ETH.MESH.09748262
ETH.MESH.09748263 - ETH.MESH.09748266
ETH.MESH.09748267 - ETH.MESH.09748267
ETH.MESH.09748268 - ETH.MESH.09748270
ETH.MESH.09748271 - ETH.MESH.09748275
ETH.MESH.09748276 - ETH.MESH.09748276

ETH.MESH.09748277 - ETH.MESH.09748282
ETH.MESH.09748283 - ETH.MESH.09748284
ETH.MESH.09748285 - ETH.MESH.09748287
ETH.MESH.09748288 - ETH.MESH.09748288
ETH.MESH.09748289 - ETH.MESH.09748289
ETH.MESH.09748290 - ETH.MESH.09748290
ETH.MESH.09748291 - ETH.MESH.09748291
ETH.MESH.09748292 - ETH.MESH.09748293
ETH.MESH.09748294 - ETH.MESH.09748298
ETH.MESH.09748299 - ETH.MESH.09748299
ETH.MESH.09748300 - ETH.MESH.09748300
ETH.MESH.09748301 - ETH.MESH.09748301
ETH.MESH.09748302 - ETH.MESH.09748304
ETH.MESH.09748305 - ETH.MESH.09748307
ETH.MESH.09748308 - ETH.MESH.09748385
ETH.MESH.10184176 - ETH.MESH.10184176
ETH.MESH.10184177 - ETH.MESH.10184177
ETH.MESH.10184178 - ETH.MESH.10184178
ETH.MESH.10184179 - ETH.MESH.10184179
ETH.MESH.10184180 - ETH.MESH.10184180
ETH.MESH.10184181 - ETH.MESH.10184181
ETH.MESH.10184182 - ETH.MESH.10184182
ETH.MESH.10184183 - ETH.MESH.10184183
ETH.MESH.10184184 - ETH.MESH.10184184
ETH.MESH.10184185 - ETH.MESH.10184185
ETH.MESH.10184186 - ETH.MESH.10184186
ETH.MESH.10184187 - ETH.MESH.10184188
ETH.MESH.10184189 - ETH.MESH.10184189
ETH.MESH.10184190 - ETH.MESH.10184190
ETH.MESH.10184191 - ETH.MESH.10184191
ETH.MESH.10184192 - ETH.MESH.10184192
ETH.MESH.10184193 - ETH.MESH.10184193
ETH.MESH.10184194 - ETH.MESH.10184194
ETH.MESH.10184195 - ETH.MESH.10184195
ETH.MESH.10184196 - ETH.MESH.10184196
ETH.MESH.10184197 - ETH.MESH.10184197
ETH.MESH.10184198 - ETH.MESH.10184198
ETH.MESH.10184199 - ETH.MESH.10184199
ETH.MESH.10184200 - ETH.MESH.10184200
ETH.MESH.10184201 - ETH.MESH.10184201
ETH.MESH.10184263 - ETH.MESH.10184263
ETH.MESH.10184285 - ETH.MESH.10184290
ETH.MESH.10184291 - ETH.MESH.10184291
ETH.MESH.10184419 - ETH.MESH.10184423
ETH.MESH.10184551 - ETH.MESH.10184552
ETH.MESH.10184577 - ETH.MESH.10184577
ETH.MESH.10184578 - ETH.MESH.10184578
ETH.MESH.10184579 - ETH.MESH.10184579

ETH.MESH.10184580 - ETH.MESH.10184585
ETH.MESH.10184587 - ETH.MESH.10184587
ETH.MESH.10184588 - ETH.MESH.10184588
ETH.MESH.10184678 - ETH.MESH.10184678
ETH.MESH.10184679 - ETH.MESH.10184679
ETH.MESH.10184680 - ETH.MESH.10184680
ETH.MESH.10184681 - ETH.MESH.10184681
ETH.MESH.10184682 - ETH.MESH.10184682
ETH.MESH.10184683 - ETH.MESH.10184683
ETH.MESH.10184684 - ETH.MESH.10184684
ETH.MESH.10184685 - ETH.MESH.10184685
ETH.MESH.10184686 - ETH.MESH.10184686
ETH.MESH.10184687 - ETH.MESH.10184687
ETH.MESH.10184688 - ETH.MESH.10184688
ETH.MESH.10184689 - ETH.MESH.10184689
ETH.MESH.10184690 - ETH.MESH.10184690
ETH.MESH.10184691 - ETH.MESH.10184691
ETH.MESH.10184692 - ETH.MESH.10184692
ETH.MESH.10184693 - ETH.MESH.10184693
ETH.MESH.10184694 - ETH.MESH.10184694
ETH.MESH.10184695 - ETH.MESH.10184695
ETH.MESH.10184696 - ETH.MESH.10184696
ETH.MESH.10184697 - ETH.MESH.10184697
ETH.MESH.10184698 - ETH.MESH.10184698
ETH.MESH.10184699 - ETH.MESH.10184699
ETH.MESH.10184700 - ETH.MESH.10184700
ETH.MESH.10184701 - ETH.MESH.10184701
ETH.MESH.10184702 - ETH.MESH.10184702
ETH.MESH.10184703 - ETH.MESH.10184703
ETH.MESH.10184706 - ETH.MESH.10184707
ETH.MESH.10184708 - ETH.MESH.10184708
ETH.MESH.10184709 - ETH.MESH.10184711
ETH.MESH.10184712 - ETH.MESH.10184713
ETH.MESH.10184714 - ETH.MESH.10184715
ETH.MESH.10184716 - ETH.MESH.10184717
ETH.MESH.10184718 - ETH.MESH.10184719
ETH.MESH.10184720 - ETH.MESH.10184720
ETH.MESH.10184722 - ETH.MESH.10184728
ETH.MESH.10184729 - ETH.MESH.10184730
ETH.MESH.10184731 - ETH.MESH.10184732
ETH.MESH.10184733 - ETH.MESH.10184733
ETH.MESH.10184734 - ETH.MESH.10184734
ETH.MESH.10184735 - ETH.MESH.10184735
ETH.MESH.10184736 - ETH.MESH.10184736
ETH.MESH.10184737 - ETH.MESH.10184737
ETH.MESH.10184738 - ETH.MESH.10184738
ETH.MESH.10184739 - ETH.MESH.10184739
ETH.MESH.10184740 - ETH.MESH.10184740

ETH.MESH.10184741 - ETH.MESH.10184741
ETH.MESH.10184742 - ETH.MESH.10184742
ETH.MESH.10184743 - ETH.MESH.10184744
ETH.MESH.10185280 - ETH.MESH.10185311
ETH.MESH.10185312 - ETH.MESH.10185312
ETH.MESH.10185313 - ETH.MESH.10185317
ETH.MESH.10185388 - ETH.MESH.10185388
ETH.MESH.10185389 - ETH.MESH.10185389
ETH.MESH.10185390 - ETH.MESH.10185390
ETH.MESH.10185391 - ETH.MESH.10185391
ETH.MESH.10185392 - ETH.MESH.10185392
ETH.MESH.10185393 - ETH.MESH.10185393
ETH.MESH.10185394 - ETH.MESH.10185394
ETH.MESH.10185395 - ETH.MESH.10185395
ETH.MESH.10185396 - ETH.MESH.10185396
ETH.MESH.10185402 - ETH.MESH.10185402
ETH.MESH.10185403 - ETH.MESH.10185403
ETH.MESH.10185404 - ETH.MESH.10185404
ETH.MESH.10185405 - ETH.MESH.10185405
ETH.MESH.10185406 - ETH.MESH.10185407
ETH.MESH.10185408 - ETH.MESH.10185408
ETH.MESH.10185409 - ETH.MESH.10185409
ETH.MESH.10185410 - ETH.MESH.10185410
ETH.MESH.10185411 - ETH.MESH.10185411
ETH.MESH.10185412 - ETH.MESH.10185412
ETH.MESH.10185413 - ETH.MESH.10185413
ETH.MESH.10185414 - ETH.MESH.10185414
ETH.MESH.10185415 - ETH.MESH.10185415
ETH.MESH.10185416 - ETH.MESH.10185416
ETH.MESH.10185417 - ETH.MESH.10185418
ETH.MESH.10185419 - ETH.MESH.10185419
ETH.MESH.10185421 - ETH.MESH.10185422
ETH.MESH.10185423 - ETH.MESH.10185423
ETH.MESH.10185424 - ETH.MESH.10185424
ETH.MESH.10185425 - ETH.MESH.10185425
ETH.MESH.10185426 - ETH.MESH.10185426
ETH.MESH.10185427 - ETH.MESH.10185427
ETH.MESH.10185428 - ETH.MESH.10185428
ETH.MESH.10185429 - ETH.MESH.10185429
ETH.MESH.10185430 - ETH.MESH.10185430
ETH.MESH.10185431 - ETH.MESH.10185431
ETH.MESH.10185432 - ETH.MESH.10185432
ETH.MESH.10185433 - ETH.MESH.10185433
ETH.MESH.10185434 - ETH.MESH.10185434
ETH.MESH.10185435 - ETH.MESH.10185435
ETH.MESH.10185436 - ETH.MESH.10185436
ETH.MESH.10185437 - ETH.MESH.10185437
ETH.MESH.10185438 - ETH.MESH.10185438

ETH.MESH.10185439 - ETH.MESH.10185439
ETH.MESH.10185440 - ETH.MESH.10185440
ETH.MESH.10185441 - ETH.MESH.10185441
ETH.MESH.10185442 - ETH.MESH.10185442
ETH.MESH.10185443 - ETH.MESH.10185443
ETH.MESH.10185444 - ETH.MESH.10185444
ETH.MESH.10185445 - ETH.MESH.10185445
ETH.MESH.10185446 - ETH.MESH.10185446
ETH.MESH.10185447 - ETH.MESH.10185447
ETH.MESH.10185448 - ETH.MESH.10185448
ETH.MESH.10185449 - ETH.MESH.10185450
ETH.MESH.10185451 - ETH.MESH.10185453
ETH.MESH.10185454 - ETH.MESH.10185454
ETH.MESH.10185455 - ETH.MESH.10185455
ETH.MESH.10185456 - ETH.MESH.10185456
ETH.MESH.10185457 - ETH.MESH.10185457
ETH.MESH.10185458 - ETH.MESH.10185458
ETH.MESH.10185459 - ETH.MESH.10185459
ETH.MESH.10185460 - ETH.MESH.10185460
ETH.MESH.10185461 - ETH.MESH.10185461
ETH.MESH.10185462 - ETH.MESH.10185462
ETH.MESH.10185463 - ETH.MESH.10185463
ETH.MESH.10185464 - ETH.MESH.10185464
ETH.MESH.10185465 - ETH.MESH.10185465
ETH.MESH.10185473 - ETH.MESH.10185473
ETH.MESH.10185474 - ETH.MESH.10185474
ETH.MESH.10185475 - ETH.MESH.10185475
ETH.MESH.10185477 - ETH.MESH.10185479
ETH.MESH.10185588 - ETH.MESH.10185588
ETH.MESH.10185594 - ETH.MESH.10185596
ETH.MESH.10185597 - ETH.MESH.10185597
ETH.MESH.10185598 - ETH.MESH.10185598
ETH.MESH.10185601 - ETH.MESH.10185601
ETH.MESH.10185602 - ETH.MESH.10185602
ETH.MESH.10185606 - ETH.MESH.10185606
ETH.MESH.10185622 - ETH.MESH.10185622
ETH.MESH.10185623 - ETH.MESH.10185628
ETH.MESH.10185629 - ETH.MESH.10185630
ETH.MESH.10185631 - ETH.MESH.10185631
ETH.MESH.10185632 - ETH.MESH.10185632
ETH.MESH.10185633 - ETH.MESH.10185633
ETH.MESH.10185641 - ETH.MESH.10185641
ETH.MESH.10185642 - ETH.MESH.10185642
ETH.MESH.10185643 - ETH.MESH.10185643
ETH.MESH.10185644 - ETH.MESH.10185644
ETH.MESH.10632279 - ETH.MESH.10632279
ETH.MESH.10632281 - ETH.MESH.10632281
ETH.MESH.10632325 - ETH.MESH.10632325

ETH.MESH.10632326 - ETH.MESH.10632328
ETH.MESH.10632329 - ETH.MESH.10632329
ETH.MESH.10632330 - ETH.MESH.10632339
ETH.MESH.10632340 - ETH.MESH.10632353
ETH.MESH.10632354 - ETH.MESH.10632359
ETH.MESH.10632300 - ETH.MESH.10632300
ETH.MESH.10632360 - ETH.MESH.10632360
ETH.MESH.10632301 - ETH.MESH.10632301
ETH.MESH.10632361 - ETH.MESH.10632361
ETH.MESH.10632268 - ETH.MESH.10632268
ETH.MESH.10632362 - ETH.MESH.10632363
ETH.MESH.10632364 - ETH.MESH.10632368
ETH.MESH.10632369 - ETH.MESH.10632372
ETH.MESH.10632373 - ETH.MESH.10632373
ETH.MESH.10632374 - ETH.MESH.10632375
ETH.MESH.10632376 - ETH.MESH.10632379
ETH.MESH.10632380 - ETH.MESH.10632396
ETH.MESH.10632397 - ETH.MESH.10632398
ETH.MESH.10632399 - ETH.MESH.10632401
ETH.MESH.10632402 - ETH.MESH.10632405
ETH.MESH.10184377 - ETH.MESH.10184378
ETH.MESH.10184388 - ETH.MESH.10184389
ETH.MESH.10185603 - ETH.MESH.10185605
ETH.MESH.10632264 - ETH.MESH.10632264
ETH.MESH.10632265 - ETH.MESH.10632265
ETH.MESH.10632266 - ETH.MESH.10632266

ETH.MESH.10632406 - ETH.MESH.10632407
ETH.MESH.10632408 - ETH.MESH.10632409
ETH.MESH.10632410 - ETH.MESH.10632411
ETH.MESH.10632412 - ETH.MESH.10632412
ETH.MESH.10632413 - ETH.MESH.10632413
ETH.MESH.10632414 - ETH.MESH.10632414
ETH.MESH.10632415 - ETH.MESH.10632415
ETH.MESH.10632302 - ETH.MESH.10632303
ETH.MESH.10632416 - ETH.MESH.10632417
ETH.MESH.10632418 - ETH.MESH.10632418
ETH.MESH.10632419 - ETH.MESH.10632419
ETH.MESH.10632282 - ETH.MESH.10632282
ETH.MESH.10632290 - ETH.MESH.10632291
ETH.MESH.10632302 - ETH.MESH.10632303
ETH.MESH.10632399 - ETH.MESH.10632401
ETH.MESH.10632416 - ETH.MESH.10632417
ETH.MESH.10632422 - ETH.MESH.10632423
ETH.MESH.10632548 - ETH.MESH.10632548
ETH.MESH.10632551 - ETH.MESH.10632552
ETH.MESH.10632589 - ETH.MESH.10632589
ETH.MESH.10632267 - ETH.MESH.10632267
ETH.MESH.10632277 - ETH.MESH.10632277
ETH.MESH.10632279 - ETH.MESH.10632279
ETH.MESH.10632280 - ETH.MESH.10632280
ETH.MESH.10632281 - ETH.MESH.10632281

# APPENDIX C

**35.** **All documents that memorialize, refer or relate to any labels that Medscand provided with each sale of any IVS and/or TVT unit**

ETH.MESH.00203328 - ETH.MESH.00203591
ETH.MESH.00203592 - ETH.MESH.00203650
ETH.MESH.00204476 - ETH.MESH.00204878
ETH.MESH.00204879 - ETH.MESH.00204920
ETH.MESH.00204921 - ETH.MESH.00204929
ETH.MESH.00204974 - ETH.MESH.00205668
ETH.MESH.01320124 - ETH.MESH.01320189
ETH.MESH.06156510 - ETH.MESH.06156519
ETH.MESH.07295564 - ETH.MESH.07295655
ETH.MESH.08504964 - ETH.MESH.08504969
ETH.MESH.08504977 - ETH.MESH.08504979
ETH.MESH.08504984 - ETH.MESH.08504986
ETH.MESH.08505051 - ETH.MESH.08505053
ETH.MESH.08505054 - ETH.MESH.08505056
ETH.MESH.08505057 - ETH.MESH.08505059
ETH.MESH.08505065 - ETH.MESH.08505069
ETH.MESH.08505137 - ETH.MESH.08505142
ETH.MESH.08505143 - ETH.MESH.08505148
ETH.MESH.08894429 - ETH.MESH.08894431
ETH.MESH.10182562 - ETH.MESH.10182568
ETH.MESH.10589325 - ETH.MESH.10589326
ETH.MESH.10589328 - ETH.MESH.10589328
ETH.MESH.10589329 - ETH.MESH.10589333
ETH.MESH.10589334 - ETH.MESH.10589335
ETH.MESH.10589337 - ETH.MESH.10589341
ETH.MESH.10589350 - ETH.MESH.10589351
ETH.MESH.10589352 - ETH.MESH.10589354
ETH.MESH.10589355 - ETH.MESH.10589356
ETH.MESH.10589359 - ETH.MESH.10589363
ETH.MESH.10589364 - ETH.MESH.10589365
ETH.MESH.10589366 - ETH.MESH.10589367
ETH.MESH.10589368 - ETH.MESH.10589369
ETH.MESH.10589370 - ETH.MESH.10589371
ETH.MESH.10589374 - ETH.MESH.10589378
ETH.MESH.10589382 - ETH.MESH.10589382
ETH.MESH.10589384 - ETH.MESH.10589389
ETH.MESH.10589390 - ETH.MESH.10589391
ETH.MESH.10589394 - ETH.MESH.10589398
ETH.MESH.10589402 - ETH.MESH.10589409
ETH.MESH.10589410 - ETH.MESH.10589412

ETH.MESH.10589413 - ETH.MESH.10589414
ETH.MESH.10589417 - ETH.MESH.10589421
ETH.MESH.10589422 - ETH.MESH.10589423
ETH.MESH.10589426 - ETH.MESH.10589430
ETH.MESH.10589431 - ETH.MESH.10589432
ETH.MESH.10589435 - ETH.MESH.10589439
ETH.MESH.10589440 - ETH.MESH.10589441
ETH.MESH.10589444 - ETH.MESH.10589448
ETH.MESH.10589449 - ETH.MESH.10589450
ETH.MESH.10589453 - ETH.MESH.10589458
ETH.MESH.10589530 - ETH.MESH.10589531
ETH.MESH.10589573 - ETH.MESH.10589573
ETH.MESH.10589574 - ETH.MESH.10589574
ETH.MESH.10589575 - ETH.MESH.10589575
ETH.MESH.10589592 - ETH.MESH.10589592
ETH.MESH.10589594 - ETH.MESH.10589596
ETH.MESH.10589598 - ETH.MESH.10589601
ETH.MESH.10589780 - ETH.MESH.10589781
ETH.MESH.10589967 - ETH.MESH.10589972
ETH.MESH.10590087 - ETH.MESH.10590118
ETH.MESH.10590120 - ETH.MESH.10590126
ETH.MESH.10590134 - ETH.MESH.10590135
ETH.MESH.10590138 - ETH.MESH.10590145
ETH.MESH.10590153 - ETH.MESH.10590168
ETH.MESH.10590170 - ETH.MESH.10590174
ETH.MESH.10590175 - ETH.MESH.10590178
ETH.MESH.10590194 - ETH.MESH.10590195
ETH.MESH.10590198 - ETH.MESH.10590199
ETH.MESH.10590200 - ETH.MESH.10590245
ETH.MESH.10590255 - ETH.MESH.10590255
ETH.MESH.10590256 - ETH.MESH.10590256
ETH.MESH.10590257 - ETH.MESH.10590257
ETH.MESH.10590258 - ETH.MESH.10590258
ETH.MESH.10590259 - ETH.MESH.10590259
ETH.MESH.10590260 - ETH.MESH.10590260
ETH.MESH.10590261 - ETH.MESH.10590262
ETH.MESH.10590263 - ETH.MESH.10590264
ETH.MESH.10590265 - ETH.MESH.10590265
ETH.MESH.10590266 - ETH.MESH.10590266
ETH.MESH.10590267 - ETH.MESH.10590269

ETH.MESH.10590270 - ETH.MESH.10590272
ETH.MESH.10590273 - ETH.MESH.10590276
ETH.MESH.10590277 - ETH.MESH.10590277
ETH.MESH.10590278 - ETH.MESH.10590278
ETH.MESH.10590279 - ETH.MESH.10590281
ETH.MESH.10590282 - ETH.MESH.10590284
ETH.MESH.10590285 - ETH.MESH.10590288
ETH.MESH.10590289 - ETH.MESH.10590293
ETH.MESH.10590296 - ETH.MESH.10590296
ETH.MESH.10590297 - ETH.MESH.10590298
ETH.MESH.10590300 - ETH.MESH.10590301
ETH.MESH.10590302 - ETH.MESH.10590303
ETH.MESH.10590304 - ETH.MESH.10590304
ETH.MESH.10590305 - ETH.MESH.10590306
ETH.MESH.10590314 - ETH.MESH.10590315
ETH.MESH.10590316 - ETH.MESH.10590317
ETH.MESH.10590318 - ETH.MESH.10590318
ETH.MESH.10590320 - ETH.MESH.10590321
ETH.MESH.10590322 - ETH.MESH.10590322
ETH.MESH.10590324 - ETH.MESH.10590325
ETH.MESH.10590327 - ETH.MESH.10590327
ETH.MESH.10590328 - ETH.MESH.10590328
ETH.MESH.10590330 - ETH.MESH.10590330
ETH.MESH.10590331 - ETH.MESH.10590333
ETH.MESH.10590334 - ETH.MESH.10590334
ETH.MESH.10590335 - ETH.MESH.10590335
ETH.MESH.10590336 - ETH.MESH.10590336
ETH.MESH.10590337 - ETH.MESH.10590337
ETH.MESH.10590338 - ETH.MESH.10590338
ETH.MESH.10590339 - ETH.MESH.10590339
ETH.MESH.10590340 - ETH.MESH.10590341
ETH.MESH.10590342 - ETH.MESH.10590343
ETH.MESH.10590344 - ETH.MESH.10590345
ETH.MESH.10590346 - ETH.MESH.10590348
ETH.MESH.10590349 - ETH.MESH.10590354
ETH.MESH.10590355 - ETH.MESH.10590356
ETH.MESH.10590357 - ETH.MESH.10590357
ETH.MESH.10590358 - ETH.MESH.10590358
ETH.MESH.10590359 - ETH.MESH.10590359
ETH.MESH.10590361 - ETH.MESH.10590362
ETH.MESH.10590367 - ETH.MESH.10590367
ETH.MESH.10590368 - ETH.MESH.10590368
ETH.MESH.10590369 - ETH.MESH.10590369
ETH.MESH.10590370 - ETH.MESH.10590370
ETH.MESH.10590374 - ETH.MESH.10590379
ETH.MESH.10590380 - ETH.MESH.10590380
ETH.MESH.10590386 - ETH.MESH.10590391
ETH.MESH.10590392 - ETH.MESH.10590392

ETH.MESH.10590393 - ETH.MESH.10590398
ETH.MESH.10590401 - ETH.MESH.10590401
ETH.MESH.10590402 - ETH.MESH.10590402
ETH.MESH.10590403 - ETH.MESH.10590408
ETH.MESH.10590409 - ETH.MESH.10590409
ETH.MESH.10590410 - ETH.MESH.10590415
ETH.MESH.10590416 - ETH.MESH.10590416
ETH.MESH.10590417 - ETH.MESH.10590422
ETH.MESH.10590423 - ETH.MESH.10590428
ETH.MESH.10590429 - ETH.MESH.10590430
ETH.MESH.10590432 - ETH.MESH.10590437
ETH.MESH.10590438 - ETH.MESH.10590438
ETH.MESH.10590439 - ETH.MESH.10590439
ETH.MESH.10590440 - ETH.MESH.10590440
ETH.MESH.10590441 - ETH.MESH.10590446
ETH.MESH.10590467 - ETH.MESH.10590473
ETH.MESH.10590474 - ETH.MESH.10590474
ETH.MESH.10590475 - ETH.MESH.10590476
ETH.MESH.10590480 - ETH.MESH.10590480
ETH.MESH.10590481 - ETH.MESH.10590483
ETH.MESH.10590561 - ETH.MESH.10590566
ETH.MESH.10590591 - ETH.MESH.10590621
ETH.MESH.10590656 - ETH.MESH.10590661
ETH.MESH.10590662 - ETH.MESH.10590693
ETH.MESH.10590695 - ETH.MESH.10590696
ETH.MESH.10590697 - ETH.MESH.10590698
ETH.MESH.10590699 - ETH.MESH.10590702
ETH.MESH.10590703 - ETH.MESH.10590703
ETH.MESH.10590704 - ETH.MESH.10590705
ETH.MESH.10590706 - ETH.MESH.10590707
ETH.MESH.10590708 - ETH.MESH.10590708
ETH.MESH.10590710 - ETH.MESH.10590711
ETH.MESH.10590712 - ETH.MESH.10590713
ETH.MESH.10590714 - ETH.MESH.10590715
ETH.MESH.10590716 - ETH.MESH.10590717
ETH.MESH.10590720 - ETH.MESH.10590721
ETH.MESH.10590722 - ETH.MESH.10590722
ETH.MESH.10590723 - ETH.MESH.10590723
ETH.MESH.10590724 - ETH.MESH.10590724
ETH.MESH.10590725 - ETH.MESH.10590726
ETH.MESH.10590727 - ETH.MESH.10590728
ETH.MESH.10590729 -  ETH.MESH.10590729
ETH.MESH.10590730 - ETH.MESH.10590730
ETH.MESH.10590731 - ETH.MESH.10590731
ETH.MESH.10590735 - ETH.MESH.10590736
ETH.MESH.10590737 - ETH.MESH.10590738
ETH.MESH.10590740 - ETH.MESH.10590740
ETH.MESH.10590741 - ET H.MESH.10590742

ETH.MESH.10590743 - ET H.MESH.10590744
ETH.MESH.10590745 - ETH.MESH.10590746
ETH.MESH.10590748 - ETH.MESH.10590749
ETH.MESH.10590750 - ETH.MESH.10590751
ETH.MESH.10590752 - ETH.MESH.10590753
ETH.MESH.10590757 - ETH.MESH.10590758
ETH.MESH.10590759 - ETH.MESH.10590760
ETH.MESH.10590761 - ETH.MESH.10590762
ETH.MESH.10590764 - ETH.MESH.10590765
ETH.MESH.10590766 - ETH.MESH.10590767
ETH.MESH.10590768 - ETH.MESH.10590769
ETH.MESH.10590771 - ETH.MESH.10590772
ETH.MESH.10590773 - ETH.MESH.10590774
ETH.MESH.10590775 - ETH.MESH.10590776
ETH.MESH.10590778 - ETH.MESH.10590779
ETH.MESH.10590780 - ETH.MESH.10590781
ETH.MESH.10590782 - ETH.MESH.10590783
ETH.MESH.10590785 - ETH.MESH.10590786
ETH.MESH.10590787 - ETH.MESH.10590788
ETH.MESH.10590789 - ETH.MESH.10590790
ETH.MESH.10590792 - ETH.MESH.10590793
ETH.MESH.10590794 - ETH.MESH.10590795
ETH.MESH.10590796 - ETH.MESH.10590797
ETH.MESH.10590799 - ETH.MESH.10590800
ETH.MESH.10590801 - ETH.MESH.10590802
ETH.MESH.10590803 - ETH.MESH.10590804
ETH.MESH.10590807 - ETH.MESH.10590808
ETH.MESH.10590809 - ETH.MESH.10590810
ETH.MESH.10590811 - ETH.MESH.10590812
ETH.MESH.10590814 - ETH.MESH.10590815
ETH.MESH.10590816 - ETH.MESH.10590817
ETH.MESH.10590818 - ETH.MESH.10590819
ETH.MESH.10590822 - ETH.MESH.10590823
ETH.MESH.10590824 - ETH.MESH.10590825
ETH.MESH.10590826 - ETH.MESH.10590827
ETH.MESH.10590837 - ETH.MESH.10590837
ETH.MESH.10590838 - ETH.MESH.10590844
ETH.MESH.10590845 - ETH.MESH.10590901
ETH.MESH.10590902 - ETH.MESH.10590902
ETH.MESH.10590903 - ETH.MESH.10590911
ETH.MESH.10590919 - ETH.MESH.10590924
ETH.MESH.10590954 - ETH.MESH.10590958
ETH.MESH.10590963 - ETH.MESH.10590963
ETH.MESH.10590980 - ETH.MESH.10590981
ETH.MESH.10591039 - ETH.MESH.10591044
ETH.MESH.10591045 - ETH.MESH.10591049
ETH.MESH.10591052 - ETH.MESH.10591057
ETH.MESH.10591062 - ETH.MESH.10591062

ETH.MESH.10591063 - ETH.MESH.10591067
ETH.MESH.10591068 - ETH.MESH.10591069
ETH.MESH.10591070 - ETH.MESH.10591074
ETH.MESH.10591075 - ETH.MESH.10591075
ETH.MESH.10591083 - ETH.MESH.10591087
ETH.MESH.10591090 - ETH.MESH.10591096
ETH.MESH.10591100 - ETH.MESH.10591100
ETH.MESH.10591102 - ETH.MESH.10591106
ETH.MESH.10591109 - ETH.MESH.10591113
ETH.MESH.10591116 - ETH.MESH.10591120
ETH.MESH.10591123 - ETH.MESH.10591127
ETH.MESH.10591130 - ETH.MESH.10591134
ETH.MESH.10591135 - ETH.MESH.10591135
ETH.MESH.10591137 - ETH.MESH.10591141
ETH.MESH.10591146 - ETH.MESH.10591146
ETH.MESH.10591148 - ETH.MESH.10591152
ETH.MESH.10591153 - ETH.MESH.10591153
ETH.MESH.10591155 - ETH.MESH.10591159
ETH.MESH.10591162 - ETH.MESH.10591167
ETH.MESH.10591168 - ETH.MESH.10591168
ETH.MESH.10591170 - ETH.MESH.10591174
ETH.MESH.10591181 - ETH.MESH.10591185
ETH.MESH.10591188 - ETH.MESH.10591192
ETH.MESH.10591195 - ETH.MESH.10591199
ETH.MESH.10591202 - ETH.MESH.10591207
ETH.MESH.10591210 - ETH.MESH.10591214
ETH.MESH.10591219 - ETH.MESH.10591223
ETH.MESH.10591225 - ETH.MESH.10591225
ETH.MESH.10591226 - ETH.MESH.10591226
ETH.MESH.10591227 - ETH.MESH.10591234
ETH.MESH.10591353 - ETH.MESH.10591353
ETH.MESH.10591354 - ETH.MESH.10591355
ETH.MESH.10591357 - ETH.MESH.10591362
ETH.MESH.10591370 - ETH.MESH.10591371
ETH.MESH.10591374 - ETH.MESH.10591374
ETH.MESH.10591393 - ETH.MESH.10591393
ETH.MESH.10591394 - ETH.MESH.10591399
ETH.MESH.10591400 - ETH.MESH.10591400
ETH.MESH.10591401 - ETH.MESH.10591401
ETH.MESH.10591424 - ETH.MESH.10591424
ETH.MESH.10591431 - ETH.MESH.10591432
ETH.MESH.10591434 - ETH.MESH.10591434
ETH.MESH.10591443 - ETH.MESH.10591448
ETH.MESH.10591451 - ETH.MESH.10591451
ETH.MESH.10591452 - ETH.MESH.10591457
ETH.MESH.10591458 - ETH.MESH.10591458
ETH.MESH.10591459 - ETH.MESH.10591464
ETH.MESH.10591465 - ETH.MESH.10591465

ETH.MESH.10591466 - ETH.MESH.10591466
ETH.MESH.10591467 - ETH.MESH.10591472
ETH.MESH.10591479 - ETH.MESH.10591485
ETH.MESH.10591490 - ETH.MESH.10591491
ETH.MESH.10591492 - ETH.MESH.10591495
ETH.MESH.10591496 - ETH.MESH.10591497
ETH.MESH.10591504 - ETH.MESH.10591506
ETH.MESH.10591507 - ETH.MESH.10591507
ETH.MESH.10591512 - ETH.MESH.10591514
ETH.MESH.10591515 - ETH.MESH.10591516
ETH.MESH.10591517 - ETH.MESH.10591518
ETH.MESH.10591519 - ETH.MESH.10591520
ETH.MESH.10591521 - ETH.MESH.10591521
ETH.MESH.10591522 - ETH.MESH.10591523
ETH.MESH.10591524 - ETH.MESH.10591525
ETH.MESH.10591526 - ETH.MESH.10591527
ETH.MESH.10591529 - ETH.MESH.10591530
ETH.MESH.10591531 - ETH.MESH.10591531
ETH.MESH.10591533 - ETH.MESH.10591533
ETH.MESH.10591534 - ETH.MESH.10591535
ETH.MESH.10591536 - ETH.MESH.10591536
ETH.MESH.10591538 - ETH.MESH.10591569
ETH.MESH.10591590 - ETH.MESH.10591590
ETH.MESH.10591591 - ETH.MESH.10591592
ETH.MESH.10591593 - ETH.MESH.10591593
ETH.MESH.10591594 - ETH.MESH.10591595
ETH.MESH.10591596 - ETH.MESH.10591596
ETH.MESH.10591597 - ETH.MESH.10591598
ETH.MESH.10591659 - ETH.MESH.10591659
ETH.MESH.10591661 - ETH.MESH.10591666
ETH.MESH.10591667 - ETH.MESH.10591668
ETH.MESH.10591675 - ETH.MESH.10591675
ETH.MESH.10591676 - ETH.MESH.10591681

ETH.MESH.10591683 - ETH.MESH.10591688
ETH.MESH.10591689 - ETH.MESH.10591694
ETH.MESH.10591695 - ETH.MESH.10591695
ETH.MESH.10591696 - ETH.MESH.10591701
ETH.MESH.10591702 - ETH.MESH.10591703
ETH.MESH.10591704 - ETH.MESH.10591705
ETH.MESH.10591712 - ETH.MESH.10591712
ETH.MESH.10591713 - ETH.MESH.10591714
ETH.MESH.10591715 - ETH.MESH.10591715
ETH.MESH.10591716 - ETH.MESH.10591716
ETH.MESH.10591717 - ETH.MESH.10591717
ETH.MESH.10591718 - ETH.MESH.10591718
ETH.MESH.10591719 - ETH.MESH.10591719
ETH.MESH.10591721 - ETH.MESH.10591726
ETH.MESH.10591727 - ETH.MESH.10591732
ETH.MESH.10591733 - ETH.MESH.10591733
ETH.MESH.10591734 - ETH.MESH.10591734
ETH.MESH.10591735 - ETH.MESH.10591736
ETH.MESH.10591737 - ETH.MESH.10591738
ETH.MESH.10591739 - ETH.MESH.10591744
ETH.MESH.10591749 - ETH.MESH.10591750
ETH.MESH.10591751 - ETH.MESH.10591751
ETH.MESH.10591752 - ETH.MESH.10591757
ETH.MESH.10591758 - ETH.MESH.10591759
ETH.MESH.10591760 - ETH.MESH.10591760
ETH.MESH.10591761 - ETH.MESH.10591766
ETH.MESH.10591767 - ETH.MESH.10591767
ETH.MESH.10591768 - ETH.MESH.10591768
ETH.MESH.10591769 - ETH.MESH.10591774
ETH.MESH.10591821 - ETH.MESH.10591826
ETH.MESH.10591827 - ETH.MESH.10591828
ETH.MESH.10591866 - ETH.MESH.10591866

**APPENDIX D**

39.    **All documents that memorialize, refer or relate to Ethicon (Scotland) preparing or submitting any documents to the EMEA, Danish Notified Body or any other person, as required by Medical Device Directive 92/42/EEC or any other laws or regulations, to any other foreign government agency or regulatory authority other than the United States for the purpose of obtaining the right to legally market the IVS and/or the TVT**

ETH.MESH.03878676 - ETH.MESH.03880729
ETH.MESH.08535291 - ETH.MESH.08535291
ETH.MESH.08535292 - ETH.MESH.08535292
ETH.MESH.10585559 - ETH.MESH.10585680
ETH.MESH.10586940 - ETH.MESH.10587904
ETH.MESH.10587905 - ETH.MESH.10589323
ETH.MESH.10589648 - ETH.MESH.10589648
ETH.MESH.10589652 - ETH.MESH.10589653
ETH.MESH.10589654 - ETH.MESH.10589654
ETH.MESH.10589655 - ETH.MESH.10589655
ETH.MESH.10589656 - ETH.MESH.10589656
ETH.MESH.10589657 - ETH.MESH.10589657
ETH.MESH.10589662 - ETH.MESH.10589663
ETH.MESH.10589674 - ETH.MESH.10589674
ETH.MESH.10589675 - ETH.MESH.10589675
ETH.MESH.10589676 - ETH.MESH.10589676
ETH.MESH.10589677 - ETH.MESH.10589677
ETH.MESH.10589678 - ETH.MESH.10589678
ETH.MESH.10589679 - ETH.MESH.10589679
ETH.MESH.10589680 - ETH.MESH.10589680
ETH.MESH.10589681 - ETH.MESH.10589681
ETH.MESH.10589682 - ETH.MESH.10589682
ETH.MESH.10589683 - ETH.MESH.10589684
ETH.MESH.10589685 - ETH.MESH.10589685
ETH.MESH.10589686 - ETH.MESH.10589686
ETH.MESH.10589687 - ETH.MESH.10589688
ETH.MESH.10589690 - ETH.MESH.10589690
ETH.MESH.10589692 - ETH.MESH.10589692
ETH.MESH.10589693 - ETH.MESH.10589693
ETH.MESH.10589694 - ETH.MESH.10589695
ETH.MESH.10589698 - ETH.MESH.10589698
ETH.MESH.10589699 - ETH.MESH.10589699
ETH.MESH.10589704 - ETH.MESH.10589704
ETH.MESH.10589705 - ETH.MESH.10589706
ETH.MESH.10589707 - ETH.MESH.10589708
ETH.MESH.10589710 - ETH.MESH.10589710
ETH.MESH.10589711 - ETH.MESH.10589711
ETH.MESH.10589712 - ETH.MESH.10589713
ETH.MESH.10589716 - ETH.MESH.10589716

ETH.MESH.10589722 - ETH.MESH.10589723
ETH.MESH.10589724 - ETH.MESH.10589725
ETH.MESH.10589726 - ETH.MESH.10589726
ETH.MESH.10589727 - ETH.MESH.10589728
ETH.MESH.10589729 - ETH.MESH.10589730
ETH.MESH.10589733 - ETH.MESH.10589733
ETH.MESH.10589734 - ETH.MESH.10589734
ETH.MESH.10589735 - ETH.MESH.10589736
ETH.MESH.10589738 - ETH.MESH.10589738
ETH.MESH.10589741 - ETH.MESH.10589741
ETH.MESH.10589742 - ETH.MESH.10589742
ETH.MESH.10589743 - ETH.MESH.10589743
ETH.MESH.10589744 - ETH.MESH.10589744
ETH.MESH.10589745 - ETH.MESH.10589747
ETH.MESH.10589751 - ETH.MESH.10589751
ETH.MESH.10589756 - ETH.MESH.10589756
ETH.MESH.10589764 - ETH.MESH.10589764
ETH.MESH.10589771 - ETH.MESH.10589773
ETH.MESH.10589774 - ETH.MESH.10589775
ETH.MESH.10589777 - ETH.MESH.10589777
ETH.MESH.10589778 - ETH.MESH.10589779
ETH.MESH.10589783 - ETH.MESH.10589783
ETH.MESH.10589786 - ETH.MESH.10589786
ETH.MESH.10589787 - ETH.MESH.10589788
ETH.MESH.10589789 - ETH.MESH.10589790
ETH.MESH.10589791 - ETH.MESH.10589792
ETH.MESH.10589793 - ETH.MESH.10589793
ETH.MESH.10589794 - ETH.MESH.10589795
ETH.MESH.10589798 - ETH.MESH.10589798
ETH.MESH.10589799 - ETH.MESH.10589799
ETH.MESH.10589800 - ETH.MESH.10589801
ETH.MESH.10589802 - ETH.MESH.10589802
ETH.MESH.10589803 - ETH.MESH.10589803
ETH.MESH.10589804 - ETH.MESH.10589806
ETH.MESH.10589807 - ETH.MESH.10589808
ETH.MESH.10589811 - ETH.MESH.10589812
ETH.MESH.10589813 - ETH.MESH.10589814
ETH.MESH.10589818 - ETH.MESH.10589818
ETH.MESH.10589819 - ETH.MESH.10589819

ETH.MESH.10589821 - ETH.MESH.10589821
ETH.MESH.10589822 - ETH.MESH.10589822
ETH.MESH.10589823 - ETH.MESH.10589823
ETH.MESH.10589824 - ETH.MESH.10589825
ETH.MESH.10589826 - ETH.MESH.10589826
ETH.MESH.10589827 - ETH.MESH.10589827
ETH.MESH.10589829 - ETH.MESH.10589829
ETH.MESH.10589830 - ETH.MESH.10589831
ETH.MESH.10589833 - ETH.MESH.10589833
ETH.MESH.10589834 - ETH.MESH.10589834
ETH.MESH.10589835 - ETH.MESH.10589835
ETH.MESH.10589837 - ETH.MESH.10589837
ETH.MESH.10589838 - ETH.MESH.10589839
ETH.MESH.10589840 - ETH.MESH.10589840
ETH.MESH.10589841 - ETH.MESH.10589841
ETH.MESH.10589842 - ETH.MESH.10589842
ETH.MESH.10589843 - ETH.MESH.10589843
ETH.MESH.10589844 - ETH.MESH.10589844
ETH.MESH.10589845 - ETH.MESH.10589846
ETH.MESH.10589847 - ETH.MESH.10589847
ETH.MESH.10589848 - ETH.MESH.10589848
ETH.MESH.10589849 - ETH.MESH.10589849
ETH.MESH.10589850 - ETH.MESH.10589850
ETH.MESH.10589851 - ETH.MESH.10589851
ETH.MESH.10589852 - ETH.MESH.10589852
ETH.MESH.10589853 - ETH.MESH.10589853
ETH.MESH.10589854 - ETH.MESH.10589854
ETH.MESH.10589855 - ETH.MESH.10589855
ETH.MESH.10589856 - ETH.MESH.10589856
ETH.MESH.10589857 - ETH.MESH.10589857
ETH.MESH.10589858 - ETH.MESH.10589858
ETH.MESH.10589860 - ETH.MESH.10589860
ETH.MESH.10589861 - ETH.MESH.10589861
ETH.MESH.10589862 - ETH.MESH.10589862
ETH.MESH.10589863 - ETH.MESH.10589863
ETH.MESH.10589864 - ETH.MESH.10589864
ETH.MESH.10589865 - ETH.MESH.10589865
ETH.MESH.10589867 - ETH.MESH.10589868
ETH.MESH.10589870 - ETH.MESH.10589870
ETH.MESH.10589872 - ETH.MESH.10589873
ETH.MESH.10589874 - ETH.MESH.10589875
ETH.MESH.10589876 - ETH.MESH.10589877
ETH.MESH.10589879 - ETH.MESH.10589880
ETH.MESH.10589891 - ETH.MESH.10589892
ETH.MESH.10589906 - ETH.MESH.10589907
ETH.MESH.10589908 - ETH.MESH.10589908
ETH.MESH.10589913 - ETH.MESH.10589913
ETH.MESH.10589914 - ETH.MESH.10589914

ETH.MESH.10589917 - ETH.MESH.10589917
ETH.MESH.10589918 - ETH.MESH.10589919
ETH.MESH.10589921 - ETH.MESH.10589921
ETH.MESH.10589926 - ETH.MESH.10589926
ETH.MESH.10589928 - ETH.MESH.10589928
ETH.MESH.10589929 - ETH.MESH.10589929
ETH.MESH.10589930 - ETH.MESH.10589930
ETH.MESH.10589931 - ETH.MESH.10589932
ETH.MESH.10589935 - ETH.MESH.10589935
ETH.MESH.10589941 - ETH.MESH.10589941
ETH.MESH.10589942 - ETH.MESH.10589942
ETH.MESH.10589944 - ETH.MESH.10589944
ETH.MESH.10589945 - ETH.MESH.10589946
ETH.MESH.10589947 - ETH.MESH.10589948
ETH.MESH.10589949 - ETH.MESH.10589949
ETH.MESH.10589950 - ETH.MESH.10589951
ETH.MESH.10589952 - ETH.MESH.10589952
ETH.MESH.10589953 - ETH.MESH.10589953
ETH.MESH.10589954 - ETH.MESH.10589954
ETH.MESH.10589976 - ETH.MESH.10589977
ETH.MESH.10589978 - ETH.MESH.10589979
ETH.MESH.10589984 - ETH.MESH.10589985
ETH.MESH.10589986 - ETH.MESH.10589987
ETH.MESH.10589989 - ETH.MESH.10589989
ETH.MESH.10589990 - ETH.MESH.10589990
ETH.MESH.10589991 - ETH.MESH.10589991
ETH.MESH.10589992 - ETH.MESH.10589993
ETH.MESH.10589994 - ETH.MESH.10589995
ETH.MESH.10589996 - ETH.MESH.10589999
ETH.MESH.10590000 - ETH.MESH.10590000
ETH.MESH.10590003 - ETH.MESH.10590003
ETH.MESH.10590004 - ETH.MESH.10590004
ETH.MESH.10590005 - ETH.MESH.10590005
ETH.MESH.10590006 - ETH.MESH.10590006
ETH.MESH.10590007 - ETH.MESH.10590007
ETH.MESH.10590010 - ETH.MESH.10590010
ETH.MESH.10590011 - ETH.MESH.10590011
ETH.MESH.10590012 - ETH.MESH.10590013
ETH.MESH.10590014 - ETH.MESH.10590014
ETH.MESH.10590015 - ETH.MESH.10590015
ETH.MESH.10590016 - ETH.MESH.10590016
ETH.MESH.10590017 - ETH.MESH.10590017
ETH.MESH.10590018 - ETH.MESH.10590018
ETH.MESH.10590019 - ETH.MESH.10590020
ETH.MESH.10590021 - ETH.MESH.10590021
ETH.MESH.10590022 - ETH.MESH.10590022
ETH.MESH.10590023 - ETH.MESH.10590026
ETH.MESH.10590027 - ETH.MESH.10590028

ETH.MESH.10590029 - ETH.MESH.10590029
ETH.MESH.10590030 - ETH.MESH.10590030
ETH.MESH.10590031 - ETH.MESH.10590031
ETH.MESH.10590037 - ETH.MESH.10590037
ETH.MESH.10590038 - ETH.MESH.10590038
ETH.MESH.10590039 - ETH.MESH.10590039
ETH.MESH.10590040 - ETH.MESH.10590040
ETH.MESH.10590046 - ETH.MESH.10590046
ETH.MESH.10590047 - ETH.MESH.10590047
ETH.MESH.10590048 - ETH.MESH.10590048
ETH.MESH.10590049 - ETH.MESH.10590049
ETH.MESH.10590050 - ETH.MESH.10590050
ETH.MESH.10590051 - ETH.MESH.10590051

ETH.MESH.10590052 - ETH.MESH.10590053
ETH.MESH.10590055 - ETH.MESH.10590055
ETH.MESH.10590056 - ETH.MESH.10590057
ETH.MESH.10590059 - ETH.MESH.10590061
ETH.MESH.10590067 - ETH.MESH.10590068
ETH.MESH.10590070 - ETH.MESH.10590070
ETH.MESH.10590071 - ETH.MESH.10590071
ETH.MESH.10590074 - ETH.MESH.10590075
ETH.MESH.10590083 - ETH.MESH.10590083
ETH.MESH.10590084 - ETH.MESH.10590084
ETH.MESH.10590085 - ETH.MESH.10590085
ETH.MESH.10590130 - ETH.MESH.10590131

ButlerSnow 18810173v1