# EXHIBIT T

In re: Ethicon, Inc. Pelvic Repair System, Products Liability Litigation
In re: Pelvic Mesh/Gynecare Litigation

### IFU Index and Production Bates Range Chart

Produced to Plaintiffs on 5/24/13 Pursuant to the Protective Orders
Entered in the Ethicon MDL (MDL No. 2327) on 7/30/12 and
the New Jersey Litigation, In Re: Pelvic Mesh/Gynecare Litigation
(Case No. 291 CT), on 8/8/12

IFU CHART

| # | Product | Artwork Approval Date | Production Prefix | Start Bates | End Bates | RMC/LAB # | First Use Date | Last Use Date | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Gynemesh PS | 09/24/08 | ETH.MESH. | 02342218 | 02342249 | 389766 LAB-0012266[1] | 03/10/09 | To Present Day | |
| 2 | Gynemesh PS | 09/26/08 | ETH.MESH. | 02342250 | 02342277 | 389593.R03 | 12/12/08 | To Present Day | |
| 3 | Gynemesh PS | 05/05 | ETH.MESH. | 02342278 | 02342290 | 389593.R02 | 03/31/06 | 12/11/08 | |
| 4 | Gynemesh PS | Unavailable | ETH.MESH. | 02342194 | 02342217 | 389593.R01 | 03/20/03 | 03/30/06 | Awaiting additional information from client to confirm this entry. |
| 5 | Prolene Mesh | Unavailable | ETH.MESH. | 02590434 | 02590435 | 389731.R04 | 08/23/10 | To Present Day | Awaiting additional information from client to confirm this entry. |
| 6 | Prolene Mesh | 06/04/99 | ETH.MESH. | 02342102 | 02342102 | 389392.R02 LAB-0010365 | 05/29/99 | 01/06/09 | Awaiting additional information from client to confirm this entry. |
| 7 | Prolene Soft | 11/10/00 | ETH.MESH. | 02342101 | 02342101 | 389578.R02 LAB-0010386 | 12/05/00 | 04/12/09 | |
| 8 | Prolene Soft | 06/10 | ETH.MESH. | 02616826 | 02616827 | 389737.R04 LAB-0010432 | 08/23/10 | To Present Day | |
| 9 | Prolene Soft | 04/11/08 | ETH.MESH. | 02342097 | 02342097 | 389737 | 04/13/09 | 08/22/10 | |
| 10 | Prolift | 05/10/10 | ETH.MESH. | 02341658 | 02341733 | P19070/H LAB-0011099[2] | 05/11/10 | To Discontinuance | |
| 11 | Prolift | 09/30/09 | ETH.MESH. | 02001398 | 02001473 | P19070/G LAB-0011099[1] | 10/01/09 | 05/07/10 | |
| 12 | Prolift | 12/14/07 | ETH.MESH. | 02341454 | 02341521 | P19070/E | 12/17/07 | 09/24/09 | |
| 13 | Prolift | 01/12/05 | ETH.MESH. | 02341522 | 02341589 | P19070/B | 01/11/05 | 12/13/07 | |
| 14 | Prolift +M | 03/31/10 | ETH.MESH. | 02615519 | 02615658 | P19074/K | 02/4/11 | To Discontinuance | |
| 15 | Prolift +M | Unavailable | ETH.MESH. | 01595614 | 01595753 | P19074/J | 12/12/08 | 01/13/11 | |
| 16 | Prosima | 03/17/10 | ETH.MESH. | 02341398 | 02341453 | P21070/D LAB-0011038[2] | 06/18/10 | To Discontinuance | |
| 17 | TVT | 05/26/10 | ETH.MESH. | 03427878 | 03427945 | P15506 LAB-0012841[3] | 11/29/10 | To Present Day | |
| 18 | TVT | 10/09/08 | ETH.MESH. | 02340504 | 02340567 | P15506/E LAB-0012841[2] | 10/13/08 | 11/22/10 | |
| 19 | TVT | 11/06/05 | ETH.MESH. | 05222673 | 05222704 | P15506/D | 04/07/06 | 10/07/08 | |
| 20 | TVT | 03/07/05 | ETH.MESH. | 02340471 | 02340503 | P15506/C | 02/11/05 | 04/07/06 | |
| 21 | TVT | 10/11/01 | ETH.MESH. | 02340306 | 02340369 | P15506/B | 12/22/03 | 02/11/05 | |
| 22 | TVT | 01/01 | ETH.MESH. | 05225354 | 05225385 | P15506 | 09/08/00 | 11/26/03 | |
| 23 | TVT-Abbrevo | 07/17/10 | ETH.MESH. | 02341203 | 02341266 | P24070 LAB-0012890[3] | 09/10/10 | To Present Day | |
| 24 | TVT-Exact | 02/23/10 | ETH.MESH. | 05799233 | 05799316 | P25070A LAB-0012869[1] | 05/04/10 | To Present Day | |
| 25 | TVT-O | 03/17/10 | ETH.MESH. | 02340902 | 02340973 | P18070/E LAB-0010875[2] | 05/12/10 | To Present Day | |
| 26 | TVT-O | 03/11/08 | ETH.MESH. | 00860239 | 00860310 | P18070/D LAB-0010875[1] | 04/23/08 | 05/07/10 | |
| 27 | TVT-O | 06/03/05 | ETH.MESH. | 02340974 | 02341046 | P18070/C | 05/25/05 | 04/29/08 | |
| 28 | TVT-O | 03/07/05 | ETH.MESH. | 02340756 | 02340828 | P18070/B | 03/07/05 | 05/19/05 | |