UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| In Re Ethicon, Inc., Pelvic Repair ) <br> System Products Liability Litigation ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Pretrial Orders No. 4, 6, 34 and 69* ) | MDL No. 2327 |

PRETRIAL ORDER # _____

(ORDER GRANTING SECOND *OMNIBUS* MOTION BY PLAINTIFFS
TO AMEND THE MEMBERSHIP OF THE PLAINTIFFS' STEERING COMMITTEE)

Upon Motion by the Plaintiffs, by and through Plaintiffs' Executive Committee and Co-Liaison Counsel, Harry F. Bell, Jr. and The Bell Law Firm, PLLC, and for good cause shown, the Court hereby GRANTS Plaintiffs' Second *Omnibus* Motion by Plaintiffs to Amend the Membership of the Plaintiffs' Steering Committee as set forth in the Pretrial Orders identified in the case-style herein, as follows:

The following Plaintiffs' Steering Committee member identified below is removed from and no longer subject to the obligations of the Plaintiffs' Steering Committee:

- Jon Restaino- The Restaino Law Firm

The following identified Counsel are now admitted as members of and subject to the obligations of the Plaintiffs' Steering Committee as set forth in the Court's prior Pretrial Orders:

> Willard J. Moody, Jr. Esquire
> The Moody Law Firm, PLLC
> 500 Crawford St. Ste. 200
> P.O. Box 1138
> Portsmouth, VA 23705
> (757) 393-4093 (Office)
> (757) 397-7257 (Facsimile)
> will@moodyrrlaw.com

Archibald Cleveland Lamb, Esquire
The Lamb Firm, L.L.C.
2900 1st Avenue South
Birmingham, AL 35233
(205) 324-4644 (Phone)
(205) 324-4649 (Fax)
Alamb@ArchieLamb.com

Russell Budd, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605 (Phone)
(214) 520-1181 (Fax)
rbudd@baronbudd.com

Any and all portions of the Court's prior Pretrial Orders as set forth in the style of this Order with regard to the separate MDL's which are not specifically modified by this Order shall remain in full force and effect.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:12-cv-02145. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE