USDC/ATTY-009 (7/13) | LR Civ P 7.1(a)(10) and LR CR P 12.1(e) Notice of Certification for Use of Courtroom Technology

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

**V.**

This Document Applies To All Actions

NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY

CIVIL ACTION NUMBER 2:12-md-2327

Comes now the Plaintiffs, by counsel, and do(es) hereby certify pursuant to **LR Civ P 7.1(f)** that the court's technology staff was contacted by telephone or in person, to arrange for the use of courtroom technology at a hearing in this action set for 1/23/2014.

Anticipated Equipment Usage (select all that apply):

- ☐ VCR/DVD Player
- ☐ Document Camera
- ☑ Laptop
- ☐ Annotation System

☐ I request training/testing of anticipated equipment before the date of the use.

☑ I do not require training/testing.

/s/ Bryan F. Aylstock

BRYAN F. AYLSTOCK
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
P: 850-202-1010
F: 850-916-7449
Rbaggett@awkolaw.com
Baylstock@awkolaw.com