## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION NO. 2:12-md-02327 <br> **MDL No. 2327** |
| This Document Applies To All Actions | : : | Judge Joseph R. Goodwin |

### ETHICON, INC. AND JOHNSON & JOHNSON'S CERTIFICATE OF SERVICE OF RESPONSES TO FIRST REQUESTS FOR ADMISSION TO DEFENDANTS

Ethicon, Inc. and Johnson & Johnson hereby certify that on November 27, 2013, they served their Responses to First Requests for Admission to Defendants via United States mail and electronic mail upon:

THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112 816-701-1100
tcartmell@wcllp.com

      Respectfully submitted,

      /s/Christy D. Jones_____
      Christy D. Jones
      Butler Snow LLC
      1020 Highland Colony Parkway
      Suite 1400 (39157)
      P.O. Box 6010
      Ridgeland, MS 39158-6010
      (601) 985-4523
      Christy.jones@butlersnow.com

/s/ David B. Thomas\
David B. Thomas (W.Va. Bar #3731)\
Thomas Combs & Spann PLLC\
300 Summers Street\
Suite 1380 (25301)\
P.O. Box 3824\
Charleston, WV 25338\
(304) 414-1807\
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS\
ETHICON, INC. AND\
JOHNSON & JOHNSON