# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/23/2014                                                                                   Case Number 2:12-md-02327
Case Style: In re:  Ethicon, Inc., Pelvic Repair System vs.
Type of hearing Motion Hearing
Before the honorable: 25BE-Eifert
Court Reporter Lisa Cook                                                              Courtroom Deputy Larry Ash
Attorney(s) for the Plaintiff or Government Tom Cartmell, Ben Anderson, Edward Wallace


Attorney(s) for the Defendant(s) Christy Jones, David Thomas, Richard Bernardo, William Gage


Law Clerk                                                                                          Probation Officer

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

1:40 pm    to 3:24 pm
Total Court Time: 1 Hours 44 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled Start 1:30 p.m.
Actual Start 1:40 p.m.

Defendants address possible objections to certain materials.
Response by Plaintiffs.
Rebuttal by Defendants.
Statement by Court.
Argument by Plaintiffs.
Response by Defendants.
Rebuttal by Plaintiffs.
Defendants discuss procedural issues.
Court gives response.

Court Adjourned 3:24 p.m.