



**OFFICE**
1700 Lincoln Street
Suite 2940
Denver CO 80203

**OFFICE PHONE**
303-839-8000

**PERSONAL CELL**
720-891-7921

**EMAIL**
JRestaino@Restainolawfirm.com

**WEB**
www.Restainolawfirm.com

Bryan Alstock
Witkin, Kreis & Overholtz
Suite 200
31205

Aylstock,
17 E. Main Street
Pensacola Fla

Re: **TVM/Ethicon MDL PSC**

Dear Bryan:

As per our recent conversation, I checked into whether or not the PSC assessment(s) would be forth coming and it just does not look like the intent is there to follow through. This has put me, my firm and my fellow PSC members in an uncomfortable position which I, sadly, feel can only be rectified by my resigning from the PSC and allowing the PSC to recruit a replacement for me on the Commitee.

I remain enthused about the science behind this litigation and I would be more than happy to continue helping you and Ben Anderson in any way I can. My name remains on several filed cases within the MDL.

I sincerely regret that this course of action but, as we discussed, this was not my decision to make.

Thank you and all my fellow PSC members for patience that went over and above.

Sincerely,

John

John M. Restaino, Jr.