# THE MOODY LAW FIRM



WILLARD J. MOODY, SR. VA

WILLARD J. MOODY, JR. VA FL WV NC

PAUL G. MOODY VA

E. STANLEY MURPHY VA

CLAUDE W. ANDERSON, JR. VA NC

MICHAEL R. DAVIS VA WV

THOMAS C. BUNTING VA

**VIRGINIA OFFICE**
500 Crawford St., Suite 200
Post Office Box 1138
Portsmouth, Virginia 23705
(757) 393-4093
(800) 368-1033
Fax (757) 397-7257

**MASS TORT LITIGATION**
500 Crawford St., Suite 200
Post Office Box 1138
Portsmouth, Virginia 23705
(757) 393-6020
(800) 793-4816
Fax (757) 399-3019

October 17, 2013

The Honorable Judge Joseph R. Goodwin
United State District Court
Southern District of West Virginia
300 Virginia Street, East
Suite 2400
Charleston, West Virginia 25301

    Re:    MDL Nos. 2187, 2325, 2326, 2327, 2387 and 2440

Dear Judge Goodwin:

    Please find enclosed my Application for Appointment to Plaintiffs' Steering Committee and a *curriculum vitae*.

Sincerely yours,

Willard J. Moody, Jr.

WMJ/paw
encls.