
EXHIBIT D

*CURRICULUM VITAE*

Willard James Moody, Jr., Esquire

1. PERSONAL DATA:

   Willard James Moody, Jr.
   The Moody Law Firm, Inc.
   500 Crawford Street, Suite 300
   Portsmouth, VA  23704
   (757) 393-6020; FAX (757) 399-3019
   will@moodyrrlaw.com
   Date of Birth:  06/17/1957
   Place of Birth:  Portsmouth, VA

II. EDUCATION :

   Year 1979, B.A., Elon College
   Year 1983, Juris Doctor, T.C. Williams School of Law, University of Richmond, VA

III. EMPLOYMENT:

   The Moody Law Firm, Inc. – 1983 to present
   Vice President

IV. BAR ASSOCIATIONS AND COURT ADMISSIONS:

   VA, NC, West VA and Florida
   United States District Court for the Eastern and Western Districts of Virginia
   U.S. Court of Appeals, 4th Circuit
   U.S. Supreme Court

V. MEMBERSHIPS:

   Norfolk/Portsmouth Bar Association, Portsmouth Bar Association (Past President, 1996-1997), Virginia State Bar Association, West Virginia State Bar, North Carolina State Bar, The Florida Bar; Virginia Trial Lawyers Association (VTLA), American Association of Justice (AAJ), Academy of Rail Labor Attorneys (ARLA).

   Martindale-Hubbell Rating – AV

VI. OTHER MEMBERSHIPS AND DESIGNATIONS:

   Board of Directors – Academy of Railway Labor Attorneys
   Designated Legal Counsel – National Association of Retired Veteran Railway Employees (NARVRE)
   Designated a Virginia Super Lawyer, 2011
   Designated Legal Counsel:
      United Transportation Union (UTU)
      International Brotherhood of Electrical Workers (IBEW)

VII. PUBLICATIONS:

   ATLA's Litigating Tort Cases – Co-Author, Chapter 71 – Federal Employers' Liability Act Cases.

VIII. MASS TORT/MDL COMMITTEE EXPERIENCE:

   Plaintiffs' Discovery Committee – *In re Depuy Orthopaedics, Inc. ASR Hip Implant Products*, MDL 2197.

   Plaintiffs' Committee – Reglan/Metroclopramide Litigation – Court of Common Pleas, Philadelphia, PA.