
EXHIBIT E

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA           }
                                   }ss.
EASTERN DISTRICT OF VIRGINIA       }

I, Fernando Galindo, Clerk of the United States District Court, Eastern District of Virginia,

DO HEREBY CERTIFY that WILLARD JAMES MOODY, JR, Bar # 22866, was duly admitted to practice in said Court on February 9, 1984, and is in good standing as a member of the bar of said Court.

Dated at Norfolk, Virginia  
on March 1, 2013

FERNANDO GALINDO  
Clerk

By _Tanya L. Levinson_  
Tanya L. Levinson, Deputy Clerk