Archie Lamb is a 1977 graduate of Millsaps College in Jackson, Mississippi where he received a Bachelors Degree in Business Administration. Lamb earned a J.D. degree from the Cumberland School of Law at Samford University in Birmingham, Alabama in 1987. Lamb is a member of the Birmingham Bar Association and the Alabama and American Bar Associations. Lamb operates his law practice through Archie Lamb and Associates, LLC.

Lamb is licensed to practice in State and Federal courts in Alabama and Florida and is also licensed to practice before the 11th Circuit Court of Appeals.

Lamb has been involved in leadership positions in numerous MDL's including being Lead Counsel in the Provider litigation of MDL-1334 where he represented a class of over 700,000 medical doctors against more than 60 of the nations health insurance companies (HMO's) in a case alleging a RICO conspiracy by the defendants. As Lead Counsel in MDL-1334, Lamb was responsible for overseeing over 20 law firms and 150 lawyers. Working with Joe Whatley and Edith Kallas, Lamb negotiated the landmark settlement on behalf of the provider plaintiffs. In the course of his practice Lamb has represented the California Medical Association, the Texas Medical Association, the Florida Medical Association, the Louisiana State Medical Society and the College of Physicians and Surgeons of Puerto Rico.

Lamb was also responsible for organizing a consortium of lawyers representing over 25,000 community Pharmacists the Pharmacy Benefit Managers litigation in MDL-1782. Those cases are now pending in Philadelphia, Pennsylvania. As a member of the plaintiffs steering committee Lamb has successfully assisted in obtaining class certification against EXPRESSSCRIPTS and MEDCO and is currently seeking class certification against CVS-Caremark.

Lamb was also appointed to the Plaintiff Steering Committee in the Puerto Rico Jones Act shipping cases MDL-1960.

Currently, Lamb is working with lead counsel in the BCBS MDL-2406, pending in Birmingham, Alabama by utilizing his experience in dealing with healthcare provider groups around the country.

Lamb has practiced in a plaintiff's litigation firm for over 25 years. He has litigated throughout the United States in many area of the law including product liability, insurance fraud and wrongful death.