

# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that **Archibald Cleveland Lamb** was duly and legally admitted to practice law by the Supreme Court of Alabama on **May 1, 1989** and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on **November 7, 2013** with the seal of the Supreme Court of Alabama attached.



Julia Jordan Weller, Clerk
Supreme Court of Alabama