

BARON & BUDD, P.C.®   DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281



EXHIBIT H

January 17, 2014

U.S. District Court
Southern District of West Virginia
**Attn: Clerk of the Court**
300 Virginia Street E, Room 2400
Charleston, WV 25301

    Re: *In Re Pelvic Repair System Products Liability Litigation;*
         MDL Nos. 2187, 2325, 2326, 2326, 2387, 2440

Dear Clerk of the Court:

    I am familiar with the orders applicable to the TVM mesh MDLs and hereby request membership in the Plaintiffs' Steering Committee. I understand the obligations membership in the Plaintiffs' Steering Committee entails and look forward to fulfilling those requirements.

         Sincerely,

         BARON & BUDD, P.C.

         Russell W. Budd

RWB/abw
Enclosures