COX | SMITH

ATTORNEYS

# Fax

| To: | Company: | Phone No.: | Fax No.: |
|---|---|---|---|
| Carlos L. Guerra/David A. Lumber | Guerra Law Group | 956-618-3000 | 956-686-4200 |
| Thomas W. Pirtle | Laminack, Pirtle & Martines, LLP | 713-292-2740 | 713-292-2755 |
| Williams W. Lundquist Clayton A. Clark/Scott A. Love | Clark, Love & Hutson, G.P. | 713-757-1400 | 713-759-1217 |
| Sam A. Houston | Shepherd, Scott, Clawater & Houston, LLP | 713-650-6600 | 713-650-1720 |

| From: Jane E. Bockus | Direct Dial: 210.554.5549 |
|---|---|
| Date: January 17, 2014 | Requested By: Karen Evans |
| No. of Pages: (38) *(including cover page)* | Client/Matter No.: 34891.7 |

Message: Cause No. C-0362-13-B, *Maria Rosalinda Garza, et al v. Luis Alberto Ramirez, M.D., et al* See attached:

1. Letter to Dr. Medina and Defendant, American Medical Systems, Inc.'s Notice of Oral and Videotaped Deposition of Bertha Medina, M.D. with Subpoena Duces Tecum;
2. Letter to Dr. Griego and Defendant, American Medical Systems, Inc.'s Notice of Oral and Videotaped Deposition of Enrique J. Griego, M.D. with Subpoena Duces Tecum;
3. Letter to Dr. Bowman and Defendant, American Medical Systems, Inc.'s Notice of Oral and Videotaped Deposition of Melissa Bowman, M.D. with Subpoena Duces Tecum;
4. Letter to Dr. Takei and Defendant, American Medical Systems, Inc.'s Notice of Oral and Videotaped Deposition of Hidehiro Takei, M.D. with Subpoena Duces Tecum;
5. Letter to Dr. Abdelsayed and Defendant, American Medical Systems, Inc.'s Notice of Oral and Videotaped Deposition of Magdy Abdelsayed, M.D. with Subpoena Duces Tecum;
6. Letter to William Lundquist and Defendant, American Medical Systems, Inc.'s Notice of Oral and Videotaped Deposition of Michel Seiba, M.D. with Subpoena Duces Tecum;

Original will not follow.

CONFIDENTIALITY NOTICE: The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named below. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us. You are hereby notified that any disclosure, copying, or distribution of, or the taking of any action in reliance on, the contents of this telecopied information is strictly prohibited.

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800

210 554



EXHIBIT
D

AUSTIN   DALLAS   EL PASO   MCALLEN   SAN ANTONIO

JAN. 17. 2014  4:53PM                                          NO. 2429   P.  2/38

COX | SMITH

CIRCULAR 230 DISCLOSURE:   Pursuant to Department of Treasury Circular 230, the documents accompanying this telecopy transmission, and any statement made in this cover ATTORNEYS sheet, are not intended or written to be used, and may not be used by the recipient, for the purposes of avoiding any federal tax penalty which may be asserted.

If you have any difficulties receiving this fax, please call 210.554.5214

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800
San Antonio, TX 78205
210 554 5500 tel | 210 226 8395 fax
COXSMITH.COM

AUSTIN DALLAS   EL PASO   MCALLEN   SAN ANTONIO

JAN. 17. 2014   4:54PM                                                NO. 2429   P. 3/38



COX | SMITH

ATTORNEYS

January 17, 2014

*Via Facsimile and Email*

William W Lundquist
Clayton A. Clark
Scott A. Love
W. Michael Moreland
Clark, Love & Hutson, G.P.
440 Louisiana Street, Suite 1600
Houston, Texas 77002

Jane E. Bockus

jbockus@coxsmith.com
210.554.5549

Re:   *Maria Rosalinda Garza, et al v. Luis Alberto Ramirez, M.D., et al,*
      *Maria Salinas v. Luis Alberto Ramirez, M.D., et al,*
      Cause No. C-0362-13-B, In the 93rd Judicial District Court, Hidalgo County, Texas

Dear Will:

Enclosed please find a notice for the deposition of Michael Seiba, M.D. in the above referenced matter. This notice is in follow-up to our request to you on Monday, January 13th for a date for the deposition of Dr. Seiba. In light of the fact that he has served as an expert for you in this matter, I am noticing his deposition through you, rather than contacting the doctor's office directly.

If this time and date do not work for you and the doctor, please provide me with times and dates that do work.

Thank you for your cooperation in this regard. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jane E. Bockus

JEB:kwe
Enclosure
cc:   Carlos L. Guerra/David J. Lumber (w/enclosure) – *Via Facsimile and Email*
      Thomas W. Pirtle (w/enclosure) – *Via Facsimile and Email*
      Sam A. Houston (w/enclosure) – *Via Facsimile and Email*

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800
San Antonio, TX 78205
210 554 5500 tel | 210 226 8395 fax
COXSMITH.COM

5073486.1

AUSTIN   DALLAS   EL PASO   MCALLEN   SAN ANTONIO

CAUSE NO. C-0362-13-B

| MARIA ROSALINDA GARZA and | § | IN THE DISTRICT COURT |
| SERGIO GARZA, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | 93rd JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| LUIS ALBERTO RAMIREZ, M.D., LUIS, | § | |
| ALBERTO RAMIREZ, M.D., P.A., and | § | |
| AMERICAN MEDICAL SYSTEMS, INC., | § | |
| | § | HIDALGO COUNTY, TEXAS |
| Defendants. | § | |

**DEFENDANT, AMERICAN MEDICAL SYSTEMS, INC.'S
NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
OF MICHAEL SEIBA, M.D., WITH SUBPOENA DUCES TECUM**

TO:   Michael Seiba, M.D., 2717 Cornerstone Boulevard, Edinburg, TX 78539; c/o Counsel
for Plaintiffs, William W. Lundquist, Clayton A. Clark, Scott A. Love, W. Michael
Moreland, Clark, Love & Hutson, G.P., 440 Louisiana Street, Suite 1600, Houston, Texas
77002

Please take notice that, pursuant to Texas Rules of Civil Procedure 199.1 and 199.2,

Defendant AMERICAN MEDICAL SYSTEMS, INC. ("AMS"), by and through its counsel, will

take the oral and videotaped deposition of Michael Seiba, MD on **Wednesday, February 19,**

**2014, beginning at 1:00 p.m.,** and continuing thereafter from day to day until completed.  The

deposition will be taken at the office of Michael Seiba, M.D. 2717 Cornerstone Boulevard,

Edinburg, TX 78539 or at a location to be determined before a certified and duly authorized

court reporter, and such deposition may be used based upon the trial of contested issues in this

action. The deposition will be videotaped.

The witness is hereby instructed to produce, at the time and place of the taking of this

deposition, certain documents designated in Exhibit A attached hereto, and to permit AMS, or

5073333.1

someone acting on its behalf, to inspect, photograph, and copy them.  All parties are invited to attend and cross-examine.

Respectfully submitted,

By: _____
Jane E. Bockus
State Bar No. 02541700

COX SMITH MATTHEWS INCORPORATED
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205-1521
(210) 554-5500
(210) 226-8395 (Fax)
jbockus@coxsmith.com

Sandra C. Zamora
State Bar No. 22243950
Michael D. Napoli
State Bar No. 14803400
COX SMITH MATTHEWS INCORPORATED
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7837
(214) 698-7899 (Fax)
mnapoli@coxsmith.com
szamora@coxsmith.com

Brent Bishop
State Bar No. 00796211
COX SMITH MATTHEWS INCORPORATED
Commerce Center West
1400 N. McColl Road, Suite 204
McAllen, Texas 78501
(956) 984-7400
(956) 984-7499 (Fax)
bbishop@coxsmith.com

R.D. "Bobby" Guerra
State Bar No. 08578640
GUERRA, LEEDS, SABO & HERNANDEZ, PLLC

2

5073333.1

10213 N. 10th Street
McAllen, Texas  78504
(956) 383-4300
(956) 383-4304 (Fax)

Julie Hardin
State Bar No. 24013613
REED SMITH LLP
811 Main Street - Suite 1700
Houston, TX 77002
(713) 469-3813 (Telephone)
jhardin@reedsmith.com

Barbara R. Binis
PA Bar #62359
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 241-7948 (Telephone)
bbinis@reedsmith.com

COUNSEL FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC.

5073333.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record listed below on this 17th day of January, 2014.

**Via Facsimile and E-mail**

Carlos L. Guerra
David J. Lumber
Guerra Law Group
4201 North McColl
McAllen, Texas 78504
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

William W. Lundquist
Clayton A. Clark
Scott A Love
W. Michael Moreland
Clark, Love & Hutson, G. P.
440 Louisiana Street, Suite 1600
Houston, Texas 77002
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

Thomas W. Pirtle
Laminack, Pirtle, & Martines, LLP
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006-6533
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and Email**

Sam A. Houston
Shepherd, Scott, Clawater & Houston, LLP
2777 Allen Parkway, Suite 700
Houston, TX 77019
**COUNSEL FOR DEFENDANTS,
LUIS ALBERTO RAMIREZ, M.D., LUIS
ALBERTO RAMIREZ, M.D., P.A.**

Jane E. Bockus

4

5073333.1

## EXHIBIT A

### SUBPOENA DUCES TECUM

1.  A copy of your current Curriculum Vitae.

2.  Your complete medical records regarding the plaintiff Maria Rosalinda Garza, including billing records.

3.  Any and all electronic or other communication with Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

4.  Any and all materials including, but not limited to, documents, correspondence, statements, transcripts, payments, billing records or records provided by Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

5.  Your complete medical records regarding the plaintiff Maria M. Salinas, including billing records.

6.  Any and all electronic or other communication with Maria M. Salinas, or anyone acting on her behalf, including her attorneys and representatives.

7.  Any and all materials including, but not limited to, documents, correspondence, statements, transcripts, payments, billing records or records provided by Maria M. Salinas, or anyone acting on her behalf, including her attorneys and representatives

5

5073333.1



COX | SMITH

ATTORNEYS

January 17, 2014

*Via Certified Mail/RRR*

Bertha Medina, M.D.
721 Savannah Ave.
McAllen, Texas 78503

Jane E. Bockus

jbockus@coxsmith.com
210.554.5540

Re:   *Maria Rosalinda Garza, et al v. Luis Alberto Ramirez, M.D., et al,*
      *Maria Salinas v. Luis Alberto Ramirez, M.D., et al,*
      Cause No. C-0362-13-B, In the 93rd Judicial District Court, Hidalgo County, Texas

Dear Dr. Medina:

We represent Defendant, American Medical Systems, Inc. in the above referenced matter. We have been attempting to schedule your deposition and have been unable to confirm a date for same. With the trial of this matter rapidly approaching, March 3, 2014, we have issued the enclosed "placeholder" notice for your deposition. If this date is not convenient for you, please contact my assistant, Barbara Stetler, at (210) 554-5547 to arrange a convenient date.

Thank you for your cooperation in this regard. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jane E. Bockus

JEB:kwe
Enclosure
cc:   Carlos L. Guerra/David J. Lumber (w/enclosure) – *Via Facsimile and Email*
      William W. Lundquist/Clayton A. Clark/Scott A. Love/W. W. Michael Moreland
      (w/enclosure) - *Via Facsimile and Email*
      Thomas W. Pirtle (w/enclosure) - *Via Facsimile and Email*
      Sam A. Houston (w/enclosure) – *Via Facsimile and Email*

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800
San Antonio, TX 78205
210 554 5500 tel | 210 226 8395 fax
COXSMITH.COM

CAUSE NO. C-0362-13-B

| | | |
|---|---|---|
| MARIA ROSALINDA GARZA and | § | IN THE DISTRICT COURT |
| SERGIO GARZA, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | 93rd JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| LUIS ALBERTO RAMIREZ, M.D., LUIS, | § | |
| ALBERTO RAMIREZ, M.D., P.A., and | § | |
| AMERICAN MEDICAL SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | HIDALGO COUNTY, TEXAS |

DEFENDANT, AMERICAN MEDICAL SYSTEMS, INC.'S
NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
OF BERTHA MEDINA, M.D., WITH SUBPOENA DUCES TECUM

TO:   Bertha Medina, M.D., 721 Savannah Ave., McAllen, TX 78503:

Please take notice that, pursuant to Texas Rules of Civil Procedure 199.1 and 199.2,

Defendant AMERICAN MEDICAL SYSTEMS, INC. ("AMS"), by and through its counsel, will

take the oral and videotaped deposition of Bertha Medina, MD on **Tuesday, February 18, 2014,**

**beginning at 1:00 p.m.,** and continuing thereafter from day to day until completed.   The

deposition will be taken at the office of Bertha Medina, M.D. 721 Savannah Ave., McAllen, TX

78503, or at a location to be determined before a certified and duly authorized court reporter, and

such deposition may be used based upon the trial of contested issues in this action.   The

deposition will be videotaped.

The witness is hereby instructed to produce, at the time and place of the taking of this

deposition, certain documents designated in Exhibit A attached hereto, and to permit AMS, or

someone acting on its behalf, to inspect, photograph, and copy them.   All parties are invited to

attend and cross-examine.

Respectfully submitted,

By: _____

     Jane E. Bockus
     State Bar No. 02541700

COX SMITH MATTHEWS INCORPORATED
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205-1521
(210) 554-5500
(210) 226-8395 (Fax)
jbockus@coxsmith.com

Sandra C. Zamora
State Bar No. 22243950
Michael D. Napoli
State Bar No. 14803400
COX SMITH MATTHEWS INCORPORATED
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7837
(214) 698-7899 (Fax)
mnapoli@coxsmith.com
szamora@coxsmith.com

Brent Bishop
State Bar No. 00796211
COX SMITH MATTHEWS INCORPORATED
Commerce Center West
1400 N. McColl Road, Suite 204
McAllen, Texas 78501
(956) 984-7400
(956) 984-7499 (Fax)
bbishop@coxsmith.com

R.D. "Bobby" Guerra
State Bar No. 08578640
GUERRA, LEEDS, SABO & HERNANDEZ, PLLC
10213 N. 10th Street
McAllen, Texas  78504
(956) 383-4300
(956) 383-4304 (Fax)

2

S073304.1

Julie Hardin
State Bar No. 24013613
REED SMITH LLP
811 Main Street - Suite 1700
Houston, TX 77002
(713) 469-3813 (Telephone)
jhardin@reedsmith.com

Barbara R. Binis
PA Bar #62359
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 241-7948 (Telephone)
bbinis@reedsmith.com

COUNSEL FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC.

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record listed below on this 17th day of January, 2014.

**Via Facsimile and E-mail**

Carlos L. Guerra
David J. Lumber
Guerra Law Group
4201 North McColl
McAllen, Texas 78504
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

William W. Lundquist
Clayton A. Clark
Scott A Love
W. Michael Moreland
Clark, Love & Hutson, G. P.
440 Louisiana Street, Suite 1600ᵇ
Houston, Texas 77002
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

Thomas W. Pirtle
Laminack, Pirtle, & Martines, LLP
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006-6533
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and Email**

Sam A. Houston
Shepherd, Scott, Clawater & Houston, LLP
2777 Allen Parkway, Suite 700
Houston, TX 77019
**COUNSEL FOR DEFENDANTS,
LUIS ALBERTO RAMIREZ, M.D., LUIS
ALBERTO RAMIREZ, M.D., P.A.**

Jane E. Bockus

4

## EXHIBIT A

## SUBPOENA DUCES TECUM

1.  A copy of your current Curriculum Vitae.

2.  Your complete medical records regarding the plaintiff Maria Rosalinda Garza, including billing records.

3.  Any and all electronic or other communication with Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

4.  Any and all materials including, but not limited to, documents, correspondence, statements, transcripts, payments, billing records or records provided by Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

5

5073304.1

COX | SMITH

ATTORNEYS

January 17, 2014                                                     Jane E. Bockus

**Via Certified Mail/RRR**                                           jbockus@coxsmith.com
                                                                     210.554.5540
Enrique J. Griego, M.D.
1900 S. Jackson Rd.,
McAllen, Texas 78503

Re:   *Maria Rosalinda Garza, et al v. Luis Alberto Ramirez, M.D., et al,*
      *Maria Salinas v. Luis Alberto Ramirez, M.D., et al,*
      Cause No. C-0362-13-B, In the 93rd Judicial District Court, Hidalgo County, Texas

Dear Dr. Griego:

We represent Defendant, American Medical Systems, Inc. in the above referenced matter. We
have been attempting to schedule your deposition and have been unable to confirm a date for
same. With the trial of this matter rapidly approaching, March 3, 2014, we have issued the
enclosed "placeholder" notice for your deposition. If this date is not convenient for you, please
contact my assistant, Barbara Stetler, at (210) 554-5547 to arrange a convenient date.

Thank you for your cooperation in this regard. If you have any questions, please do not hesitate
to contact me.

Very truly yours,

Jane E. Bockus

JEB:kwe
Enclosure
cc:   Carlos L. Guerra/David J. Lumber (w/enclosure) – *Via Facsimile and Email*
      William W. Lundquist/Clayton A. Clark/Scott A. Love/W. W. Michael Moreland
      (w/enclosure) - *Via Facsimile and Email*
      Thomas W. Pirtle (w/enclosure) - *Via Facsimile and Email*
      Sam A. Houston (w/enclosure) – *Via Facsimile and Email*

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800
San Antonio, TX 78205
210 554 5500 tel | 210 226 8395 fax
COXSMITH.COM

5073418.1

AUSTIN   DALLAS   EL PASO   MCALLEN   SAN ANTONIO

CAUSE NO.  C-0362-13-B

| MARIA ROSALINDA GARZA and | § | IN THE DISTRICT COURT |
| SERGIO GARZA, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | 93rd JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| LUIS ALBERTO RAMIREZ, M.D., LUIS, | § | |
| ALBERTO RAMIREZ, M.D., P.A., and | § | |
| AMERICAN MEDICAL SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | HIDALGO COUNTY, TEXAS |

### DEFENDANT, AMERICAN MEDICAL SYSTEMS, INC.'S NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF ENRIQUE J. GRIEGO, M.D., WITH SUBPOENA DUCES TECUM

TO:   Enrique J. Griego, M.D., 1900 S. Jackson Rd, McAllen, TX 78503:

Please take notice that, pursuant to Texas Rules of Civil Procedure 199.1 and 199.2, Defendant AMERICAN MEDICAL SYSTEMS, INC. ("AMS"), by and through its counsel, will take the oral and videotaped deposition of Enrique Griego, MD on **Tuesday, February 18, 2014, beginning at 9:00 a.m.**, and continuing thereafter from day to day until completed. The deposition will be taken at the office of Enrique J. Griego, M.D. 1900 S. Jackson Rd, McAllen, TX 78503, or at a location to be determined before a certified and duly authorized court reporter, and such deposition may be used based upon the trial of contested issues in this action. The deposition will be videotaped.

The witness is hereby instructed to produce, at the time and place of the taking of this deposition, certain documents designated in Exhibit A attached hereto, and to permit AMS, or someone acting on its behalf, to inspect, photograph, and copy them. All parties are invited to attend and cross-examine.

5073284.1

Respectfully submitted,

By: _____
     Jane E. Bockus
     State Bar No. 02541700

COX SMITH MATTHEWS INCORPORATED
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205-1521
(210) 554-5500
(210) 226-8395 (Fax)
jbockus@coxsmith.com

Sandra C. Zamora
State Bar No. 22243950
Michael D. Napoli
State Bar No. 14803400
COX SMITH MATTHEWS INCORPORATED
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7837
(214) 698-7899 (Fax)
mnapoli@coxsmith.com
szamora@coxsmith.com

Brent Bishop
State Bar No. 00796211
COX SMITH MATTHEWS INCORPORATED
Commerce Center West
1400 N. McColl Road, Suite 204
McAllen, Texas 78501
(956) 984-7400
(956) 984-7499 (Fax)
bbishop@coxsmith.com

R.D. "Bobby" Guerra
State Bar No. 08578640
GUERRA, LEEDS, SABO & HERNANDEZ, PLLC
10213 N. 10th Street
McAllen, Texas  78504
(956) 383-4300
(956) 383-4304 (Fax)

2

Julie Hardin
State Bar No. 24013613
REED SMITH LLP
811 Main Street - Suite 1700
Houston, TX 77002
(713) 469-3813 (Telephone)
jhardin@reedsmith.com

Barbara R. Binis
PA Bar #62359
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 241-7948 (Telephone)
bbinis@reedsmith.com

COUNSEL FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC.

3

5073284.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record listed below on this 17th day of January, 2014.

**Via Facsimile and E-mail**

Carlos L. Guerra
David J. Lumber
Guerra Law Group
4201 North McColl
McAllen, Texas 78504
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

William W. Lundquist
Clayton A. Clark
Scott A Love
W. Michael Moreland
Clark, Love & Hutson, G. P.
440 Louisiana Street, Suite 1600
Houston, Texas 77002
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

Thomas W. Pirtle
Laminack, Pirtle, & Martines, LLP
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006-6533
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and Email**

Sam A. Houston
Shepherd, Scott, Clawater & Houston, LLP
2777 Allen Parkway, Suite 700
Houston, TX 77019
**COUNSEL FOR DEFENDANTS,
LUIS ALBERTO RAMIREZ, M.D., LUIS
ALBERTO RAMIREZ, M.D., P.A.**

Jane E. Bockus

4

## EXHIBIT A

## SUBPOENA DUCES TECUM

1.  A copy of your current Curriculum Vitae.

2.  Your complete medical records regarding the plaintiff Maria Rosalinda Garza, including billing records.

3.  Any and all electronic or other communication with Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

4.  Any and all materials including, but not limited to, documents, correspondence, statements, transcripts, payments, billing records or records provided by Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

5.  Your complete medical records regarding the plaintiff Maria M. Salinas, including billing records.

6.  Any and all electronic or other communication with Maria M. Salinas, or anyone acting on her behalf, including her attorneys and representatives.

7.  Any and all materials including, but not limited to, documents, correspondence, statements, transcripts, payments, billing records or records provided by Maria M. Salinas, or anyone acting on her behalf, including her attorneys and representatives

5



ATTORNEYS

January 17, 2014

*Via Certified Mail/RRR*

Jane E. Bockus

jbockus@coxsmith.com
210.554.5549

Melissa Bowman, M.D.
1140 Business Center Dr., Suite 370
Houston, Texas 77043

Re:   *Maria Rosalinda Garza, et al v. Luis Alberto Ramirez, M.D., et al,*
      *Maria Salinas v. Luis Alberto Ramirez, M.D., et al,*
      Cause No. C-0362-13-B, In the 93rd Judicial District Court, Hidalgo County, Texas

Dear Dr. Bowman:

We represent Defendant, American Medical Systems, Inc. in the above referenced matter. We have been attempting to schedule your deposition and have been unable to confirm a date for same. With the trial of this matter rapidly approaching, March 3, 2014, we have issued the enclosed "placeholder" notice for your deposition. If this date is not convenient for you, please contact my assistant, Barbara Stetier, at (210) 554-5547 to arrange a convenient date.

Thank you for your cooperation in this regard. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jane E. Bockus

JEB:kwe
Enclosure
cc:   Carlos L. Guerra/David J. Lumber (w/enclosure) – *Via Facsimile and Email*
      William W. Lundquist/Clayton A. Clark/Scott A. Love/W. W. Michael Moreland
      (w/enclosure) - *Via Facsimile and Email*
      Thomas W. Pirtle (w/enclosure) - *Via Facsimile and Email*
      Sam A. Houston (w/enclosure) – *Via Facsimile and Email*

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800
San Antonio, TX 78205
210 554 5500 tel | 210 226 8395 fax
COXSMITH.COM

5073500.1

AUSTIN   DALLAS   EL PASO   MCALLEN   SAN ANTONIO

CAUSE NO. C-0362-13-B

MARIA ROSALINDA GARZA and   §      IN THE DISTRICT COURT
SERGIO GARZA, ET AL           §
                           §
    Plaintiffs,             §
                           §      93rd JUDICIAL DISTRICT
v.                        §
                           §
LUIS ALBERTO RAMIREZ, M.D., LUIS,   §
ALBERTO RAMIREZ, M.D., P.A., and   §
AMERICAN MEDICAL SYSTEMS, INC.,   §
                           §
    Defendants.           §      HIDALGO COUNTY, TEXAS

### DEFENDANT, AMERICAN MEDICAL SYSTEMS, INC.'S NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF MELISSA BOWMAN, M.D., WITH SUBPOENA DUCES TECUM

TO:    Melissa Bowman, M.D., 1140 Business Center Dr., Ste 370, Houston, TX 77043

Please take notice that, pursuant to Texas Rules of Civil Procedure 199.1 and 199.2, Defendant AMERICAN MEDICAL SYSTEMS, INC. ("AMS"), by and through its counsel, will take the oral and videotaped deposition of Melissa Bowman, MD on Friday, **February 14, 2014, beginning at 1:00 p.m.,** and continuing thereafter from day to day until completed. The deposition will be taken at the office of Melissa Bowman, M.D. 1140 Business Center Dr., Ste 370, Houston, TX 77043 or at a location to be determined before a certified and duly authorized court reporter, and such deposition may be used based upon the trial of contested issues in this action. The deposition will be videotaped.

The witness is hereby instructed to produce, at the time and place of the taking of this deposition, certain documents designated in Exhibit A attached hereto, and to permit AMS, or someone acting on its behalf, to inspect, photograph, and copy them. All parties are invited to attend and cross-examine.

Respectfully submitted,

By: _____

Jane E. Bockus
State Bar No. 02541700

COX SMITH MATTHEWS INCORPORATED
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205-1521
(210) 554-5500
(210) 226-8395 (Fax)
jbockus@coxsmith.com

Sandra C. Zamora
State Bar No. 22243950
Michael D. Napoli
State Bar No. 14803400
**COX SMITH MATTHEWS INCORPORATED**
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7837
(214) 698-7899 (Fax)
mnapoli@coxsmith.com
szamora@coxsmith.com

Brent Bishop
State Bar No. 00796211
COX SMITH MATTHEWS INCORPORATED
Commerce Center West
1400 N. McColl Road, Suite 204
McAllen, Texas 78501
(956) 984-7400
(956) 984-7499 (Fax)
bbishop@coxsmith.com

R.D. "Bobby" Guerra
State Bar No. 08578640
GUERRA, LEEDS, SABO & HERNANDEZ, PLLC
10213 N. 10th Street
McAllen, Texas  78504
(956) 383-4300
(956) 383-4304 (Fax)

Julie Hardin

2

5073485.1

State Bar No. 24013613
REED SMITH LLP
811 Main Street - Suite 1700
Houston, TX 77002
(713) 469-3813 (Telephone)
jhardin@reedsmith.com

Barbara R. Binis
PA Bar #62359
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 241-7948 (Telephone)
bbinis@reedsmith.com

COUNSEL FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC.

3

5073485.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record listed below on this 17ᵗʰ day of January, 2014.

**Via Facsimile and E-mail**

Carlos L. Guerra
David J. Lumber
Guerra Law Group
4201 North McColl
McAllen, Texas 78504
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

William W. Lundquist
Clayton A. Clark
Scott A Love
W. Michael Moreland
Clark, Love & Hutson, G. P.
440 Louisiana Street, Suite 1600
Houston, Texas 77002
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

Thomas W. Pirtle
Laminack, Pirtle, & Martines, LLP
5020 Montrose Blvd., 9ᵗʰ Floor
Houston, Texas 77006-6533
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and Email**

Sam A. Houston
Shepherd, Scott, Clawater & Houston, LLP
2777 Allen Parkway, Suite 700
Houston, TX 77019
**COUNSEL FOR DEFENDANTS,**
**LUIS ALBERTO RAMIREZ, M.D., LUIS**
**ALBERTO RAMIREZ, M.D., P.A.**

Jane E. Bockus

4

5073485.1

## EXHIBIT A

### SUBPOENA DUCES TECUM

1.  A copy of your current Curriculum Vitae.

2.  Your complete medical records regarding the plaintiff Maria Rosalinda Garza, including billing records.

3.  Any and all electronic or other communication with Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

4.  Any and all materials including, but not limited to, documents, correspondence, statements, transcripts, payments, billing records or records provided by Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

5.  Any instructions received by you regarding preserving or delivering pathology samples to Steelgate.

5073485.1



ATTORNEYS

January 17, 2014

*Via Certified Mail/RRR*

Jane E. Bockus

jbockus@coxsmith.com
210.554.5549

Hidehiro Takei, M.D.
6565 Fannin St, Suite M227
Houston, Texas 77030

Re:   *Maria Rosalinda Garza, et al v. Luis Alberto Ramirez, M.D., et al,*
      *Maria Salinas v. Luis Alberto Ramirez, M.D., et al,*
      Cause No. C-0362-13-B, In the 93rd Judicial District Court, Hidalgo County, Texas

Dear Dr. Takei:

We represent Defendant, American Medical Systems, Inc. in the above referenced matter. We have been attempting to schedule your deposition and have been unable to confirm a date for same. With the trial of this matter rapidly approaching, March 3, 2014, we have issued the enclosed "placeholder" notice for your deposition. If this date is not convenient for you, please contact my assistant, Barbara Stetler, at (210) 554-5547 to arrange a convenient date.

Thank you for your cooperation in this regard. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jane E. Bockus

JEB:kwe
Enclosure
cc:   Carlos L. Guerra/David J. Lumber (w/enclosure) – *Via Facsimile and Email*
      William W. Lundquist/Clayton A. Clark/Scott A. Love/W. W. Michael Moreland (w/enclosure) - *Via Facsimile and Email*
      Thomas W. Pirtle (w/enclosure) - *Via Facsimile and Email*
      Sam A. Houston (w/enclosure) – *Via Facsimile and Email*

5073496.1

AUSTIN   DALLAS   EL PASO   MCALLEN   SAN ANTONIO

CAUSE NO.  C-0362-13-B

| | | |
|---|---|---|
| MARIA ROSALINDA GARZA and | § | IN THE DISTRICT COURT |
| SERGIO GARZA, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | 93rd JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| LUIS ALBERTO RAMIREZ, M.D., LUIS, | § | |
| ALBERTO RAMIREZ, M.D., P.A., and | § | |
| AMERICAN MEDICAL SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | HIDALGO COUNTY, TEXAS |

**DEFENDANT, AMERICAN MEDICAL SYSTEMS, INC.'S
NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
OF HIDEHIRO TAKEI, M.D., WITH SUBPOENA DUCES TECUM**

TO:   Hidehiro Takei, M.D., 6565 Fannin Street, Suite M227, Houston, TX 77030

Please take notice that, pursuant to Texas Rules of Civil Procedure 199.1 and 199.2, Defendant AMERICAN MEDICAL SYSTEMS, INC. ("AMS"), by and through its counsel, will take the oral and videotaped deposition of Hidehiro Takei, MD on **Thursday, February 13, 2014, beginning at 1:00 p.m.,** and continuing thereafter from day to day until completed.  The deposition will be taken at the office of Hidehiro Takei, M.D. 6565 Fannin Street, Suite M227, Houston, TX 77030 or at a location to be determined before a certified and duly authorized court reporter, and such deposition may be used based upon the trial of contested issues in this action. The deposition will be videotaped.

The witness is hereby instructed to produce, at the time and place of the taking of this deposition, certain documents designated in Exhibit A attached hereto, and to permit AMS, or someone acting on its behalf, to inspect, photograph, and copy them.  All parties are invited to attend and cross-examine.

5073480.1

Respectfully submitted,

By: _____
 Jane E. Bockus
 State Bar No. 02541700

COX SMITH MATTHEWS INCORPORATED
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205-1521
(210) 554-5500
(210) 226-8395 (Fax)
jbockus@coxsmith.com

Sandra C. Zamora
State Bar No. 22243950
Michael D. Napoli
State Bar No. 14803400
COX SMITH MATTHEWS INCORPORATED
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7837
(214) 698-7899 (Fax)
mnapoli@coxsmith.com
szamora@coxsmith.com

Brent Bishop
State Bar No. 00796211
COX SMITH MATTHEWS INCORPORATED
Commerce Center West
1400 N. McColl Road, Suite 204
McAllen, Texas 78501
(956) 984-7400
(956) 984-7499 (Fax)
bbishop@coxsmith.com

R.D. "Bobby" Guerra
State Bar No. 08578640
GUERRA, LEEDS, SABO & HERNANDEZ, PLLC
10213 N. 10th Street
McAllen, Texas  78504
(956) 383-4300
(956) 383-4304 (Fax)

Julie Hardin

2

5073480.1

State Bar No. 24013613
REED SMITH LLP
811 Main Street - Suite 1700
Houston, TX 77002
(713) 469-3813 (Telephone)
jhardin@reedsmith.com

Barbara R. Binis
PA Bar #62359
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 241-7948 (Telephone)
bbinis@reedsmith.com

COUNSEL FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC.

3

S073480.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record listed below on this 17th day of January, 2014.

**Via Facsimile and E-mail**

Carlos L. Guerra
David J. Lumber
Guerra Law Group
4201 North McColl
McAllen, Texas 78504
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

William W. Lundquist
Clayton A. Clark
Scott A Love
W. Michael Moreland
Clark, Love & Hutson, G. P.
440 Louisiana Street, Suite 1600
Houston, Texas 77002
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

Thomas W. Pirtle
Laminack, Pirtle, & Martines, LLP
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006-6533
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and Email**

Sam A. Houston
Shepherd, Scott, Clawater & Houston, LLP
2777 Allen Parkway, Suite 700
Houston, TX 77019
**COUNSEL FOR DEFENDANTS,**
**LUIS ALBERTO RAMIREZ, M.D., LUIS**
**ALBERTO RAMIREZ, M.D., P.A.**

Jane E. Bockus

4

5073480.1

## EXHIBIT A

### SUBPOENA DUCES TECUM

1.    A copy of your current Curriculum Vitae.

2.    Your complete medical records regarding the plaintiff Maria M. Salinas, including billing records.

3.    Any and all electronic or other communication with Maria M. Salinas, or anyone acting on her behalf, including her attorneys and representatives.

4.    Any and all materials including, but not limited to, documents, correspondence, statements, transcripts, payments, billing records or records provided by Maria M. Salinas, or anyone acting on her behalf, including her attorneys and representatives.

5.    Any instructions received by you regarding preserving or delivering pathology samples to Steelgate.

S073480.1



COX | SMITH

ATTORNEYS

January 17, 2014

*Via Certified Mail/RRR*

Jane E. Bockus

jbockus@coxsmith.com
210.554.5548

Magdy Abdelsayed, M.D.
4201 Garth Rd.
Baytown, Texas 77521

Re:   *Maria Rosalinda Garza, et al v. Luis Alberto Ramirez, M.D., et al,*
      *Maria Salinas v. Luis Alberto Ramirez, M.D., et al,*
      Cause No. C-0362-13-B, In the 93rd Judicial District Court, Hidalgo County, Texas

Dear Dr. Abdelsayed:

We represent Defendant, American Medical Systems, Inc. in the above referenced matter. We have been attempting to schedule your deposition and have been unable to confirm a date for same. With the trial of this matter rapidly approaching, March 3, 2014, we have issued the enclosed "placeholder" notice for your deposition. If this date is not convenient for you, please contact my assistant, Barbara Stetler, at (210) 554-5547 to arrange a convenient date.

Thank you for your cooperation in this regard. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jane E. Bockus

JEB:kwe
Enclosure
cc:    Carlos L. Guerra/David J. Lumber (w/enclosure) -- *Via Facsimile and Email*
       William W. Lundquist/Clayton A. Clark/Scott A. Love/W. W. Michael Moreland
       (w/enclosure) - *Via Facsimile and Email*
       Thomas W. Pirtle (w/enclosure) - *Via Facsimile and Email*
       Sam A. Houston (w/enclosure) – *Via Facsimile and Email*

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800
San Antonio, TX 78205
210 554 5500 tel | 210 226 8395 fax
COXSMITH.COM

5073477.1

AUSTIN    DALLAS    EL PASO    MCALLEN    SAN ANTONIO

CAUSE NO. C-0362-13-B

| MARIA ROSALINDA GARZA and SERGIO GARZA, ET AL | § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiffs, | § § § | |
| v. | § § | 93rd JUDICIAL DISTRICT |
| LUIS ALBERTO RAMIREZ, M.D., LUIS, ALBERTO RAMIREZ, M.D., P.A., and AMERICAN MEDICAL SYSTEMS, INC., | § § § § § | |
| Defendants. | § | HIDALGO COUNTY, TEXAS |

### DEFENDANT, AMERICAN MEDICAL SYSTEMS, INC.'S NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF MAGDY ABDELSAYED, M.D., WITH SUBPOENA DUCES TECUM

TO:    Magdy Abdelsayed, M.D., 4201 Garth Rd., Baytown, TX 77521:

Please take notice that, pursuant to Texas Rules of Civil Procedure 199.1 and 199.2, Defendant AMERICAN MEDICAL SYSTEMS, INC. ("AMS"), by and through its counsel, will take the oral and videotaped deposition of a Magdy Abdelsayed, MD on **Friday, February 14, 2014, beginning at 9:00 a.m.,** and continuing thereafter from day to day until completed. The deposition will be taken at the office of Magdy Abdelsayed, M.D. 4201 Garth Rd., Baytown, TX 77521, or at a location to be determined before a certified and duly authorized court reporter, and such deposition may be used based upon the trial of contested issues in this action. The deposition will be videotaped.

The witness is hereby instructed to produce, at the time and place of the taking of this deposition, certain documents designated in Exhibit A attached hereto, and to permit AMS, or someone acting on its behalf, to inspect, photograph, and copy them. All parties are invited to attend and cross-examine.

Respectfully submitted,

By: _____
    Jane E. Bockus
    State Bar No. 02541700

COX SMITH MATTHEWS INCORPORATED
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205-1521
(210) 554-5500
(210) 226-8395 (Fax)
jbockus@coxsmith.com

Sandra C. Zamora
State Bar No. 22243950
Michael D. Napoli
State Bar No. 14803400
COX SMITH MATTHEWS INCORPORATED
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7837
(214) 698-7899 (Fax)
mnapoli@coxsmith.com
szamora@coxsmith.com

Brent Bishop
State Bar No. 00796211
COX SMITH MATTHEWS INCORPORATED
Commerce Center West
1400 N. McColl Road, Suite 204
McAllen, Texas 78501
(956) 984-7400
(956) 984-7499 (Fax)
bbishop@coxsmith.com

R.D. "Bobby" Guerra
State Bar No. 08578640
GUERRA, LEEDS, SABO & HERNANDEZ, PLLC
10213 N. 10th Street
McAllen, Texas 78504
(956) 383-4300
(956) 383-4304 (Fax)

2

Julie Hardin
State Bar No. 24013613
REED SMITH LLP
811 Main Street - Suite 1700
Houston, TX 77002
(713) 469-3813 (Telephone)
jhardin@reedsmith.com

Barbara R. Binis
PA Bar #62359
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 241-7948 (Telephone)
bbinis@reedsmith.com

COUNSEL FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC.

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record listed below on this 17th day of January, 2014.

**Via Facsimile and E-mail**

Carlos L. Guerra
David J. Lumber
Guerra Law Group
4201 North McColl
McAllen, Texas 78504
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

William W. Lundquist
Clayton A. Clark
Scott A Love
W. Michael Moreland
Clark, Love & Hutson, G. P.
440 Louisiana Street, Suite 1600
Houston, Texas 77002
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and E-mail**

Thomas W. Pirtle
Laminack, Pirtle, & Martines, LLP
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006-6533
**COUNSEL FOR PLAINTIFFS**

**Via Facsimile and Email**

Sam A. Houston
Shepherd, Scott, Clawater & Houston, LLP
2777 Allen Parkway, Suite 700
Houston, TX 77019
**COUNSEL FOR DEFENDANTS,
LUIS ALBERTO RAMIREZ, M.D., LUIS
ALBERTO RAMIREZ, M.D., P.A.**

Jane E. Bockus

4

## EXHIBIT A

## SUBPOENA DUCES TECUM

1.  A copy of your current Curriculum Vitae.

2.  Your complete medical records regarding the plaintiff Maria Rosalinda Garza, including billing records.

3.  Any and all electronic or other communication with Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

4.  Any and all materials including, but not limited to, documents, correspondence, statements, transcripts, payments, billing records or records provided by Maria Rosalinda Garza, or anyone acting on her behalf, including her attorneys and representatives.

5.  Any instructions received by you regarding preserving or delivering pathology samples to Steelgate.

CAUSE NO: C-0362-12-B

| GARZA, MARIA | ) | IN THE DISTRICT COURT OF |
| | ) | |
| V. | ) | HIDALGO COUNTY, TEXAS |
| | ) | |
| AMERICAN MEDICAL SYSTEMS, INC. | ) | 93rd JUDICIAL DISTRICT |
| | ) | |

## NOTICE OF INTENTION
### TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Garza, Maria by and through their attorney of record:
**William Lundquist**
Clark, Love & Hutson, GP
440 Louisiana, Suite 1600
Houston, TX 77002
Phone: 713-757-1400
Fax: 713-759-1217

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be issued to Custodian of Records for:

DOCTOR'S HOSPITAL AT RENAISSANCE
Pathology Records
5501 SOUTH MCCOLL ROAD
EDINBURG, TX 78539

to be produced for         MRC Fax (281) 498-9916
                           Attn: Record Retrieval
                           10114 West Sam Houston Parkway South, Suite 200, Houston, TX 77099

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to: Garza, Maria and to turn all such records over to the officer so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully Submitted,

ALEJANDRO ORTIZ
MY COMMISSION EXPIRES
August 29, 2016

Alejandro Ortiz
Notary Public, State of Texas
10114 West Sam Houston Parkway South, Suite 200
Houston, TX 77099
Phone: (713) 314-3661
Fax: (866) 611-7691

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: _____         By: _____

Request No. EP-AMSPM-P1-10001397633

EXHIBIT
E

Jan. 20. 2014  8:58AM                                    No. 0588   P. 2

CAUSE NO: C-0362-12-B

GARZA, MARIA                          )      IN THE DISTRICT COURT OF
                                      )
V.                                    )      HIDALGO COUNTY, TEXAS
                                      )
AMERICAN MEDICAL SYSTEMS, INC.        )      93rd JUDICIAL DISTRICT
                                      )

WAIVER OF NOTICE

Our client, Jane Bockus, Cox Smith, , has commissioned MRC to obtain records on **Garza, Maria** from the following custodian for use in the above referenced case.

DOCTOR'S HOSPITAL AT RENAISSANCE
Pathology Records
5501 SOUTH MCCOLL ROAD
EDINBURG, TX 78539

_____      I DO AGREE TO WAIVE THE NOTICE PERIOD.

_____      I DO NOT AGREE TO WAIVE THE NOTICE PERIOD.

Dated: _____      _____
                                    Signed

                                    William Lundquist
                                    Clark, Love & Hutson, GP
                                    440 Louisiana, Suite 1600
                                    Houston, TX 77002
                                    Phone: 713-757-1400
                                    Fax: 713-759-1217

Please Return To:      MRC
                       10114 West Sam Houston Parkway South, Suite 200
                       Houston, TX 77099
                       Fax (281) 498-9916

Please note that a copy of records may be obtained by logging onto www.MRCrecords.com.

Request No. EP-AMSPM-P1-10001397633

CAUSE NO: C-0362-12-B

| | | |
|---|---|---|
| GARZA, MARIA | ) | IN THE DISTRICT COURT OF |
| | ) | |
| V. | ) | HIDALGO COUNTY, TEXAS |
| | ) | |
| AMERICAN MEDICAL SYSTEMS, INC | ) | 93rd JUDICIAL DISTRICT |
| | ) | |

**DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS**

Custodian of Records for: **DOCTOR'S HOSPITAL AT RENAISSANCE**
Records Pertaining To: **Garza, Maria Garza, Maria**
Type of Records: **Requesting Pathology material (Mesh) from surgery performed on 12/7/2012.Any and all inpatient and outpatient pathology slides and blocks.**

1. Please state your full name and occupation.

   Answer: _____

2. Are you the custodian of records for the above-mentioned facility? If not, who is custodian of records for your employer? State their name and business address, including telephone number.

   Answer: _____

3. Please state whether you have in your possession, custody, subject to your control or access to the records requested above pertaining to the above-named individual?

   Answer: _____

4. Were these records kept in the regular course of business for your employer?

   Answer: _____

5. Is it in the regular course of your business for an employee in your office, having knowledge of the acts recorded, to prepare the records or transmit the information included in the records?

   Answer: _____

6. Were these records made at or near the time of the performance of the act recorded therein or reasonably soon thereafter?

   Answer: _____

7. Does the source of information, and the method and circumstance of its preparation establish a trustworthiness of the records?

   Answer: _____

8. Are the records attached hereto exact duplicates of the original records?

   Answer: _____

Request No. EP-AMSPM-P1-10001397633

9.  Please tender at this time a complete copy of all documents and/or items requested by the subpoena to the Notary Public taking this deposition. If you are not able to tender the items at this time, why not?

Answer: _____

10. Are the records you have furnished in response to Questions No. 9 a complete and accurate copy of the requested original records?

Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.


_____
NOTARY PUBLIC


My Commission Expires: _____


Request No. EP-AMSPM-P1-10001397633

## HIPAA COMPLIANT AUTHORIZATION FOR THE RELEASE OF
## PATHOLOGY MATERIALS PURSUANT TO 45 CFR 164.508

TO:

**DOCTOR'S HOSPITAL AT RENAISSANCE**
Name of Healthcare Provider/Physician/Facility

5501 South McColl Road
Address
Edinburg, TX 78539

City, State and Zip Code

RE:

Patient Name:   Maria Rosalinda Aguilar Garza

Date of Birth: 5/28/68   Social Security Number:   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

Address: 9407 N Minnesota Rd

Mission, TX 78574

I authorize the disclosure of all protected information for the purpose of review and evaluation in connection with a legal claim. I expressly request that the designated records custodian of all covered entities under HIPAA identified above disclose full and complete protected medical information including the following:

Any and all pathology records including:

a.   Written reports

b.   Pathology records

c.   Gross material and tissue

d.   Microscopic slides

e.   Special stains

f.   Unstained tissue paraffin

g.   Epoxy or plastic blocks

h.   Recuts of uro-gynecological pathology

This protected health information is disclosed for the following purposes: My personal injury lawsuit filed in the United States District Court for the Southern District of West Virginia: Civil Action No.

This authorization is given in compliance with the federal consent requirements for release of alcohol or substance abuse records of 42 CFR 2.31, the restrictions of which have been specifically considered and expressly waived.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter who have agreed to pay reasonable charges made by you to supply copies of such records:

Medical Research Consultants (MRC)
Name of Representative

Reed Smith LLP
Attorney for Defendants

10114 West Sam Houston Parkway South
Street Address

Houston, TX  77099
City, State and Zip Code

This authorization does not apply to psychotherapy notes, psychiatric or psychological records.

I acknowledge that I have the right to revoke this authorization, in writing, by sending written notification to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508.

I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization.

Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein. This authorization shall be in force and effect until two years from date of execution at which time this authorization expires.

_Maria Rosalinda Cearaza_
Signature of Patient or Personal Representative

_10-31-2013_
Dated

_____
Name of Patient or Personal Representative

_____
Description of Personal Representative's Authority to
Sign for Patient (attach documents which show authority)

_____
Witness Signature

_____
Dated

- 2 -

# CHAIN OF CUSTODY FORM FOR PATHOLOGY SLIDES

*Maria Garza v. American Medical Systems, INC.*
**Case No. DC-0362-12-B**

## ENTRY NO. 1

Received by (Name, Company/Organization, Address, and Telephone Number):

Doctor's Hospital at Renaissance
Att: Pathology - Elisa
5501 South McColl Road
Edinburg, TX 78539

Phone Number: 956-362-8677

Date:

Time:

Signature of Recipient_____

Item Description (include Slide Numbers and any other identifying marks):

(1)_____

(2)_____

(3)_____

Note any change of condition:

_____

_____

Name of Releasing Party

_____

_____

_____

Date:

Time:

Signature of Releasing Party _____

**Request No. EP-AMSPM-P1-10001397633**

# CHAIN OF CUSTODY FORM FOR PATHOLOGY SLIDES

*Maria Garza v. American Medical Systems, INC.*
**Case No. DC-0362-12-B**

## ENTRY NO. 2

Received by (Name, Company/Organization, Address, and Telephone Number):

Att: Debbie Ford
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Phone Number: 215-851-8100

Date:

Time:

Signature of Recipient_____

Item Description (include Slide Numbers and any other identifying marks):

(1)_____

(2)_____

(3)_____

Note any change of condition:

_____

_____

Name of Releasing Party

_____

_____

_____

Date:

Time:

Signature of Releasing Party_____

Request No. EP-AMSPM-PJ-10001397633

Case 2:12-md-02325   Document 905   Filed 10/07/13   Page 1 of 15 PageID #: 12518

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2325

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −128)

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 959 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 07, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel


EXHIBIT
F

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                  MDL No. 2325

## SCHEDULE CTO−128 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **NEVADA** | | | |
| NV | 2 | 13−01708 | Robinson v. American Medical Systems, Inc. et al |
| NV | 2 | 13−01709 | Kolstad et al v. American Medical Systems, Inc. et al |
| NV | 2 | 13−01711 | Morer et al v. American Medical Systems, Inc. et al |
| NV | 2 | 13−01716 | Lennon et al v. American Medical Systems, Inc. et al |
| NV | 2 | 13−01717 | Kalodner et al v. American Medical Systems, Inc. et al |
| NV | 2 | 13−01718 | Blake et al v. American Medical Systems, Inc. et al |
| NV | 2 | 13−01719 | Regaldo v. American Medical Systems, Inc. et al |
| **TEXAS SOUTHERN** | | | |
| ~~TXS~~ | ~~2~~ | ~~13−00274~~ | ~~Vega v. American Medical Systems, Inc. et al~~ Opposed 10/4/13 |
| **TEXAS WESTERN** | | | |
| TXW | 5 | 13−00863 | Chaffin, et al. v. American Medical Systems, Inc. et al |

Activity in Case MDL No. 2325 IN RE: American Medical Systems, Inc., Pelvic Repair System
Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
10/07/2013 08:24 AM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 10/7/2013 at 8:23 AM EDT and filed on 10/7/2013

| | |
|---|---|
| **Case Name:** | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2325 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128)
Finalized on 10/07/13. Please see pleading ([1189] in MDL No. 2325, 3 in NV/2:13-cv-
01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-
cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.**

**Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-
01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719,
TXW/5:13-cv-00863 (TL)**

| | |
|---|---|
| **Case Name:** | Robinson v. American Medical Systems, Inc. et al |

Case Number:    <u>NV/2:13-cv-01708</u>
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128)
Finalized on 10/07/13. Please see pleading ( [1189] in MDL No. 2325, 3 in NV/2:13-cv-
01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-
cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-
01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719,
TXW/5:13-cv-00863 (TL)

Case Name:      Kalodner et al v. American Medical Systems, Inc. et al
Case Number:    <u>NV/2:13-cv-01717</u>
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128)
Finalized on 10/07/13. Please see pleading ( [1189] in MDL No. 2325, 3 in NV/2:13-cv-
01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-
cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

| | |
|---|---|
| Case Name: | Kolstad et al v. American Medical Systems, Inc. et al |
| Case Number: | NV/2:13-cv-01709 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128) Finalized on 10/07/13. Please see pleading ( [1189] in MDL No. 2325, 3 in NV/2:13-cv-01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

| | |
|---|---|
| Case Name: | Chaffin, et al. v. American Medical Systems, Inc. et al |
| Case Number: | TXW/5:13-cv-00863 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128) Finalized on 10/07/13. Please see pleading ( [1189] in MDL No. 2325, 3 in NV/2:13-cv-01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

Case Name:           Lennon et al v. American Medical Systems, Inc. et al
Case Number:         NV/2:13-cv-01716
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128) Finalized on 10/07/13. Please see pleading ( [1189] in MDL No. 2325, 3 in NV/2:13-cv-01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

Case Name:           Regaldo v. American Medical Systems, Inc. et al
Case Number:         NV/2:13-cv-01719
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128) Finalized on 10/07/13. Please see pleading ( [1189] in MDL No. 2325, 3 in NV/2:13-cv-01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

Case Name:        Blake et al v. American Medical Systems, Inc. et al
Case Number:      NV/2:13-cv-01718
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128) Finalized on 10/07/13. Please see pleading ( [1189] in MDL No. 2325, 3 in NV/2:13-cv-01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

| | |
|---|---|
| Case Name: | Morer et al v. American Medical Systems, Inc. et al |
| Case Number: | NV/2:13-cv-01711 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-128) Finalized on 10/07/13. Please see pleading ( [1189] in MDL No. 2325, 3 in NV/2:13-cv-01708, 3 in NV/2:13-cv-01709, 3 in NV/2:13-cv-01711, 3 in NV/2:13-cv-01716, 3 in NV/2:13-cv-01717, 3 in NV/2:13-cv-01718, 3 in NV/2:13-cv-01719, 3 in TXW/5:13-cv-00863).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

No public notice (electronic or otherwise) sent because the entry is private

Activity in Case MDL No. 2325 IN RE: American Medical Systems, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
10/07/2013 08:23 AM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/7/2013 at 8:21 AM EDT and filed on 10/7/2013

| | |
|---|---|
| **Case Name:** | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2325 |
| **Filer:** | |
| **Document Number:** | 1189 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ([1174] in*
*MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in*
*NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1*
*in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

**Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711,
NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-
00863 (TL)**

| | |
|---|---|
| **Case Name:** | Robinson v. American Medical Systems, Inc. et al |
| **Case Number:** | NV/2:13-cv-01708 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ( [1174] in*

*MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1 in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

| | |
|---|---|
| Case Name: | Kalodner et al v. American Medical Systems, Inc. et al |
| Case Number: | NV/2:13-cv-01717 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ( [1174] in MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1 in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

| | |
|---|---|
| Case Name: | Kolstad et al v. American Medical Systems, Inc. et al |
| Case Number: | NV/2:13-cv-01709 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ( [1174] in MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1 in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)

| | |
|---|---|
| Case Name: | Chaffin, et al. v. American Medical Systems, Inc. et al |
| Case Number: | TXW/5:13-cv-00863 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ( [1174] in*
*MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in*
*NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1*
*in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

**Associated Cases:** MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711,
NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-
00863 (TL)

| | |
|---|---|
| **Case Name:** | Lennon et al v. American Medical Systems, Inc. et al |
| **Case Number:** | NV/2:13-cv-01716 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ( [1174] in*
*MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in*
*NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1*
*in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

**Associated Cases:** MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711,
NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-
00863 (TL)

| | |
|---|---|
| **Case Name:** | Regaldo v. American Medical Systems, Inc. et al |
| **Case Number:** | NV/2:13-cv-01719 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ( [1174] in*
*MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in*
*NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1*
*in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.

**Associated Cases:** MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711,
NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-
00863 (TL)

| | |
|---|---|
| **Case Name:** | Blake et al v. American Medical Systems, Inc. et al |
| **Case Number:** | NV/2:13-cv-01718 |
| **Filer:** | |

**Document Number:** <u>3</u>

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ( [1174] in MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1 in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.**

**Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)**

| | |
|---|---|
| Case Name: | Morer et al v. American Medical Systems, Inc. et al |
| Case Number: | <u>NV/2:13-cv-01711</u> |
| Filer: | |
| Document Number: | <u>3</u> |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-128) - 8 action(s)** *re: pldg. ( [1174] in MDL No. 2325, 1 in NV/2:13-cv-01708, 1 in NV/2:13-cv-01709, 1 in NV/2:13-cv-01711, 1 in NV/2:13-cv-01716, 1 in NV/2:13-cv-01717, 1 in NV/2:13-cv-01718, 1 in NV/2:13-cv-01719, 1 in TXW/5:13-cv-00863)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/7/2013.**

**Associated Cases: MDL No. 2325, NV/2:13-cv-01708, NV/2:13-cv-01709, NV/2:13-cv-01711, NV/2:13-cv-01716, NV/2:13-cv-01717, NV/2:13-cv-01718, NV/2:13-cv-01719, TXW/5:13-cv-00863 (TL)**

**MDL No. 2325 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr    paul@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2325 Notice will not be electronically mailed to:**

**NV/2:13-cv-01708 Notice has been electronically mailed to:**

Artemus W. Ham, IV     aham@egletwall.com, csalerno@egletwall.com, dmormon@egletwall.com, eentsminger@egletwall.com

TRACY G. WEISS     tweiss@reedsmith.com, cshayka@reedsmith.com

Kara B. Hendricks     hendricksk@gtlaw.com

Erica D. Entsminger     eenstminger@mainorlawyers.com

**NV/2:13-cv-01708 Notice will not be electronically mailed to:**

**NV/2:13-cv-01717 Notice has been electronically mailed to:**

Artemus W. Ham, IV     aham@egletwall.com, csalerno@egletwall.com, dmormon@egletwall.com, eentsminger@egletwall.com

TRACY G. WEISS     tweiss@reedsmith.com, cshayka@reedsmith.com

Kara B. Hendricks     hendricksk@gtlaw.com

Erica D. Entsminger     eenstminger@mainorlawyers.com

**NV/2:13-cv-01717 Notice will not be electronically mailed to:**

**NV/2:13-cv-01709 Notice has been electronically mailed to:**

Artemus W. Ham, IV     aham@egletwall.com, csalerno@egletwall.com, dmormon@egletwall.com, eentsminger@egletwall.com

TRACY G. WEISS     tweiss@reedsmith.com, cshayka@reedsmith.com

Kara B. Hendricks     hendricksk@gtlaw.com

Erica D. Entsminger     eenstminger@mainorlawyers.com

**NV/2:13-cv-01709 Notice will not be electronically mailed to:**

**TXW/5:13-cv-00863 Notice has been electronically mailed to:**

Jason A Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold     karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

J. Steve Mostyn     eaharris@mostynlaw.com

Jane Elizabeth Bockus   jbockus@coxsmith.com

TRACY G. WEISS   tweiss@reedsmith.com, cshayka@reedsmith.com

Sandra Celine Zamora   szamora@coxsmith.com

Noah M Wexler   nwexler@arnolditkin.com, hpeno@arnolditkin.com

Michael Douglas Napoli   mnapoli@coxsmith.com

**TXW/5:13-cv-00863 Notice will not be electronically mailed to:**

**NV/2:13-cv-01716 Notice has been electronically mailed to:**

Artemus W. Ham, IV   aham@egletwall.com, csalerno@egletwall.com, dmormon@egletwall.com, eentsminger@egletwall.com

TRACY G. WEISS   tweiss@reedsmith.com, cshayka@reedsmith.com

Kara B. Hendricks   hendricksk@gtlaw.com

Erica D. Entsminger   eenstminger@mainorlawyers.com

**NV/2:13-cv-01716 Notice will not be electronically mailed to:**

**NV/2:13-cv-01719 Notice has been electronically mailed to:**

Artemus W. Ham, IV   aham@egletwall.com, csalerno@egletwall.com, dmormon@egletwall.com, eentsminger@egletwall.com

TRACY G. WEISS   tweiss@reedsmith.com, cshayka@reedsmith.com

Kara B. Hendricks   hendricksk@gtlaw.com

Erica D. Entsminger   eenstminger@mainorlawyers.com

**NV/2:13-cv-01719 Notice will not be electronically mailed to:**

**NV/2:13-cv-01718 Notice has been electronically mailed to:**

Artemus W. Ham, IV   aham@egletwall.com, csalerno@egletwall.com, dmormon@egletwall.com, eentsminger@egletwall.com

TRACY G. WEISS   tweiss@reedsmith.com, cshayka@reedsmith.com

Kara B. Hendricks   hendricksk@gtlaw.com

Erica D. Entsminger   eenstminger@mainorlawyers.com

**NV/2:13-cv-01718 Notice will not be electronically mailed to:**

**NV/2:13-cv-01711 Notice has been electronically mailed to:**

Artemus W. Ham, IV    aham@egletwall.com, csalerno@egletwall.com, dmormon@egletwall.com, eentsminger@egletwall.com

TRACY G. WEISS    tweiss@reedsmith.com, cshayka@reedsmith.com

Kara B. Hendricks    hendricksk@gtlaw.com

Erica D. Entsminger    eenstminger@mainorlawyers.com

**NV/2:13-cv-01711 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/7/2013] [FileNumber=414369-0]

[a11007f4554a810fdce12a32dd573ea070aabbc97d5914ed6c506e689730d6e7e17bb
c93126f5f91614dcea548e6e3f44da74e56d2f11af6063ebb07f6bfc41b]]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DOLLY CHAFFIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:13-cv-863 |
| | ) | |
| AMERICAN MEDICAL SYSTEMS, INC., | ) | |
| AMERICAN MEDICAL SYSTEMS | ) | |
| HOLDINGS, INC., ENDO | ) | |
| PHARMACEUTICALS, INC., ENDO | ) | |
| PHARMACEUTICALS HOLDINGS, INC., | ) | |
| and ENDO HEALTH SOLUTIONS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

AMERICAN MEDICAL SYSTEMS, INC., AMERICAN MEDICAL SYSTEMS HOLDINGS, INC., ENDO PHARMACEUTICALS, INC., and ENDO HEALTH SOLUTIONS INC., f/k/a ENDO PHARMACEUTICALS HOLDINGS, INC. (collectively, "AMS"), file this Notice of Removal of the above entitled and numbered cause to the United States District Court for the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1441 and 1446.

### THE REMOVED CASE

1.      Dolly Chaffin, along with 24 other plaintiffs (hereafter "Plaintiffs"), filed this civil action against AMS on September 13, 2013 in the 131st Judicial District Court in Bexar County, Texas and which was assigned cause number 2013-CI-14841. The 131st Judicial District Court and Bexar County are within the San Antonio Division of the Western District of

EXHIBIT
tabbies
G

Texas and removal to this Court is therefore proper pursuant to 28 U.S.C. § 124(a)(1); 28 U.S.C. § 1441(a).

2.    AMS has not yet been served with a copy of Plaintiffs' Original Petition.  This Notice of Removal is filed within 30 days of AMS's receipt of the initial pleading setting forth the claims for relief upon which this action is based, and removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

DIVERSITY JURISDICTION EXISTS

3.    This action is a civil action over which this Court would have original jurisdiction under 28 U.S.C. § 1332, and is removable to this Court under 28 U.S.C. §1441(a) in that it is a suit between citizens of different states in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, as more completely described hereafter.

4.    Named Plaintiff Dolly Chaffin is now, and was at the time this action was commenced, a resident and citizen of the State of Texas.   Petition at ¶ 3.   The additional Plaintiffs are, at the time of removal, individual residents and citizens of the States of Texas, Arkansas, Alabama, Arizona, California, the District of Columbia, Florida, Georgia, Louisianna, Michigan, Oklahoma, Tennessee, and Virginia.  Petition at ¶¶ 4-27.  No Plaintiff purports to be a resident and citizen of the same state as any named Defendant.  28 U.S.C. § 1332(a)(1).

5.    American Medical Systems, Inc. is a wholly owned subsidiary of American Medical Systems Holdings Inc., which in turn is a wholly owned subsidiary of Endo Pharmaceuticals, Inc., which is a wholly owned subsidiary of Endo Pharmaceuticals, Inc., which is a wholly owned subsidiary of Endo Health Solutions, Inc.

6.    American Medical Systems, Inc. is a Delaware corporation with its headquarters and principal place of business in Minnetonka, Minnesota.

7.    American Medical Systems Holdings Inc. is a Delaware corporation, with its principal place of business in Minnetonka, Minnesota.

8.    Endo Pharmaceuticals, Inc. is a Delaware corporation, with its principal place of business at 100 Endo Boulevard, Chadds Ford, Pennsylvania.

9.    Endo Pharmaceuticals Holdings Inc. is a Delaware corporation with its principal place of business at 100 Endo Boulevard, Chadds Ford, Pennsylvania.

10.    Endo Health Solutions Inc. is a Delaware corporation with its principal place of business at 100 Endo Boulevard, Chadds Ford, Pennsylvania.

11.    According to Plaintiffs' Original Petition, none of the named Defendants are citizens of any state of which any Plaintiff is a citizen. Petition at ¶¶ 28-41.

AMOUNT IN CONTROVERSY

12.    Complete diversity of citizenship exists in this action under 28 U.S.C. § 1332(a) because Plaintiffs are not citizens of any state in which any Defendant is a citizen.  Further, this action is removable because none of the Defendants are citizens of the state in which this action was commenced.  *See* 28 U.S.C. § 1441(b).

13.    Though the Petition fails to allege damages in a specific amount (despite Texas Rule of Civil Procedure 47's directive that a party must allege a certain amount of monetary relief), the Petition does allege facts that establish that the amount in controversy in this action exceeds $75,000.  Where there is no specific damage amount alleged, the district court must "examine the complaint to determine whether it is facially apparent that the claims exceed the jurisdictional amount." *St. Paul Reinsurance Co. Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998) (internal quotations omitted); *see also Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999) (finding it facially apparent that plaintiff's claims exceeded $75,000 where

Case 2:12-md-02327 Document 1051-2 Filed 01/24/14 Page 65 of 108 PageID #: 13745

Case 5:13-cv-00863-HLH   Document 1   Filed 09/19/13   Page 4 of 7

plaintiff alleged property damage, travel expenses, an emergency ambulance trip, a six day hospital stay, pain and suffering, humiliation, and temporary inability to perform housework).

14.     While the Plaintiffs did not specifically plead the damages that they seek in the Petition, each of the 25 Plaintiffs (including the Named Plaintiff) claims to have sustained "pain and suffering, mental anguish, emotional distress, disfigurement, physical impairment, embarrassment and humiliation, psychological injury, a reasonable and traumatic fear of an increased risk of additional injuries, progression of existing conditions and other serious injury and loss." Petition at ¶ 106. They seek damages for "past and future lost wages and lost earning capacity," "past and future medical expenses," "past and future disfigurement, physical impairment, mental anguish, pain and suffering." *Id.* at Prayer. In short, the Plaintiffs' allegations are of the same type that the *Luckett* court found to plainly state a claim in excess of $75,000.

15.     Additionally, on February 7, 2012, the Judicial Panel on Multidistrict Litigation created an MDL Court entitled *In re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2325, in the United States District Court for the Southern District of West Virginia, for coordinated pretrial proceedings of cases sharing common questions of law and fact with those plead by Plaintiffs here. The instant action is one of thousands of cases filed against AMS that have been filed in or removed to federal courts throughout the country, many of which allege defects in and damages related to these types of implantable mesh medical devices. All of these cases have either been found to exceed the jurisdictional threshold of $75,000, or the jurisdictional amount was never in question.

16.     Finally, each Plaintiff seeks to recover punitive damages for Defendants' alleged "willful, despicable, fraudulent, malicious, oppressive, reckless, and conscious disregard for the

NOTICE OF REMOVAL                                                                    **Page 4**
4857233.1

rights of Plaintiffs and the public." *See id* at ¶ 182. The Fifth Circuit has held that a request for punitive damages in itself may, under certain circumstances, support a finding that it is "facially apparent" the amount in controversy exceeds the threshold amount. *See Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1336 (5th Cir. 1995).

17.     Thus, although AMS denies any liability for Plaintiffs' alleged injuries and damages, it is evident from the face of the Petition that the amount in controversy exceeds $75,000, excluding interest and costs. See 28 U.S.C. §1332.

### PROCEDURAL REQUIREMENTS

18.     Plaintiffs have demanded a jury trial.

19.     In accordance with 28 U.S.C. § 1446(a), copies of all processes, pleadings and orders filed in the state court case are attached hereto as Exhibit "A."

20.     Contemporaneously herewith, AMS is filing a Notice of Filing of Notice of Removal in state court; a copy of the Notice to be filed in state court is attached hereto as Exhibit "B."

WHEREFORE, AMS requests that the United States District Court for the Western District of Texas, San Antonio Division, accept this Notice of Removal and assume jurisdiction of this cause.

Respectfully submitted,

By:   _/s/ Michael D. Napoli_____
     Michael D. Napoli
     State Bar No. 14803400
COX SMITH MATTHEWS INCORPORATED
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7837
(214) 698-7899 (Fax)
mnapoli@coxsmith.com

Jane E. Bockus
State Bar No. 02541700
COX SMITH MATTHEWS INCORPORATED
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205-1521
(210) 554-5500
(210) 226-8395 (Fax)
jbockus@coxsmith.com

COUNSEL FOR DEFENDANT AMERICAN
MEDICAL SYSTEMS, INC. AMERICAN
MEDICAL SYSTEMS HOLDINGS, INC., ENDO
PHARMACEUTICALS, INC., and ENDO
HEALTH SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal has been

forwarded to counsel for Plaintiffs, by certified mail, return receipt requested, this 19th day of

September, 2013.

Kurt B. Arnold
Jason A. Itkin
Noah M. Wexler
ARNOLD & ITKIN LLP
1401 McKinney Street, Suite 2550
Houston, TX 77010
713-222-3800
713-222-3850 (facsimile)

J. Steve Mostyn
THE MOSTYN LAW FIRM
3810 West Alabama Street
Houston, TX  77027
713-861-6616
713-861-8084

/s/ Michael D. Napoli
Michael D. Napoli

**3:13-cv-00357-KC** Martinez et al v. American Medical Systems, Inc. et al
Kathleen Cardone, presiding
**Date filed:** 11/08/2013
**Date terminated:** 11/25/2013
**Date of last filing:** 11/25/2013

# Attorneys

**Alejandro Acosta, Jr.**
Bickerstaff Heath Delgado Acosta
LLP
725 Mesa Hills
Bldg. 1, Suite 2                          representing        **Ethicon, Inc.**
El Paso, TX 79912                                             *(Defendant)*
(915) 533-1810
(915) 533-1841 (fax)
aacosta@bickerstaff.com
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


                                                             **Johnson & Johnson**
                                                             *(Defendant)*


**Kurt B. Arnold**
Arnold & Itkin LLP
1401 McKinney St., Suite 2550
Houston, TX 77010                          representing        **Althea Truitt**
(713) 222-3800                                               *(Plaintiff)*
(713) 222-3850 (fax)
karnold@arnolditkin.com
  *Assigned: 11/12/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


                                                             **Angela Platner**
                                                             *(Plaintiff)*


                                                             **Anna Boccuti**
                                                             *(Plaintiff)*


                                                             **Annette Richard**
                                                             *(Plaintiff)*



EXHIBIT
H

**Armatha Woods**
*(Plaintiff)*

**Barbara Benigno**
*(Plaintiff)*

**Barbara J. Jean**
*(Plaintiff)*

**Barbara Smith**
*(Plaintiff)*

**Beth Ball**
*(Plaintiff)*

**Betty Rounds**
*(Plaintiff)*

**Brenda Bishop**
*(Plaintiff)*

**Brenda Carter**
*(Plaintiff)*

**Brenda McNutt**
*(Plaintiff)*

**Cheri Gillis**
*(Plaintiff)*

**Chloe Cornell**
*(Plaintiff)*

**Christina Gribble**
*(Plaintiff)*

**Christina Smith**
*(Plaintiff)*

**Colleen Canizares**
*(Plaintiff)*

**Danielle Solorzano**
*(Plaintiff)*

**DeAnn Watkins**
*(Plaintiff)*

**Dena Whited**
*(Plaintiff)*

**Denise Williford**
*(Plaintiff)*

**Diane Sullivan**
*(Plaintiff)*

**Dorothy Giannaris**
*(Plaintiff)*

**Edwena Kees**
*(Plaintiff)*

**Eula Barton**
*(Plaintiff)*

**Eunice Scott**
*(Plaintiff)*

**Eva Renteria**
*(Plaintiff)*

**Evelyn Turner**
*(Plaintiff)*

**Gail Browalski**
*(Plaintiff)*

**Gloria Martinez**
*(Plaintiff)*

**Gloria Thwaits**
*(Plaintiff)*

**Helen Burchfield**
*(Plaintiff)*

**Helen Jacobus**
*(Plaintiff)*

**Helen Lampley**
*(Plaintiff)*

**Hilary Harris**
*(Plaintiff)*

**Jacqueline Lopez**
*(Plaintiff)*

**Janet Kelly**
*(Plaintiff)*

**Jeannettea Coffman**
*(Plaintiff)*

**Jennifer Palmer**
*(Plaintiff)*

**Jo Hutchinson**
*(Plaintiff)*

**Judith Moss**
*(Plaintiff)*

**Judy Farris**
*(Plaintiff)*

**Karen Minnema**
*(Plaintiff)*

**Karen Sanderson**
*(Plaintiff)*

**Kari Blunda**
*(Plaintiff)*

**Kellie Klesel**
*(Plaintiff)*

**Kerri McEntire**
*(Plaintiff)*

**Linda West**
*(Plaintiff)*

**Lora Featherston**
*(Plaintiff)*

**Lori Nelson**
*(Plaintiff)*

**Lydia Blinkinsop**
*(Plaintiff)*

**Lynn Dressler**
*(Plaintiff)*

**Mabel Mead**
*(Plaintiff)*

**Machelle Buckles**
*(Plaintiff)*

**Madeline Fatteross**
*(Plaintiff)*

**Maria Montano**
*(Plaintiff)*

**Marianne Ali**
*(Plaintiff)*

**Mary Aplaca**
*(Plaintiff)*

**Mary Scanlon**
*(Plaintiff)*

**Mary Anne Martin**
*(Plaintiff)*

**Mikki Heehn**
*(Plaintiff)*

**Nancy Locklar**
*(Plaintiff)*

**Nancy Stickler**
*(Plaintiff)*

**Norma Atwood**
*(Plaintiff)*

**Pamela Bart**
*(Plaintiff)*

**Patricia Clark**
*(Plaintiff)*

**Patricia King**
*(Plaintiff)*

**Paula Schaefer**
*(Plaintiff)*

**Peggy Chafart**
*(Plaintiff)*

**Phyllis Long**
*(Plaintiff)*

**Regina Johnson**
*(Plaintiff)*

**Rhonda Allen**
*(Plaintiff)*

**Rosemary Pearce**
*(Plaintiff)*

**Rosemary Ventura-Parris**
*(Plaintiff)*

**Samantha Beyer**
*(Plaintiff)*

**Sharon Bortz**
*(Plaintiff)*

**Sharon Kowalski**
*(Plaintiff)*

**Shelley Moen**
*(Plaintiff)*

**Shelly Holman**
*(Plaintiff)*

**Sherry Wright**
*(Plaintiff)*

**Shirley Ball**
*(Plaintiff)*

**Terri Matney**
*(Plaintiff)*

**Theresa Panther**
*(Plaintiff)*

**Vanessa Chandler**
*(Plaintiff)*

**Veona Ackerman**
*(Plaintiff)*

**Vicky Arnold**
*(Plaintiff)*

**Vilma Lusader**
*(Plaintiff)*

**Wanieta Iness**
*(Plaintiff)*

**Wynn Duffie**
*(Plaintiff)*

**Jane Elizabeth Bockus**
Cox Smith Matthews
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
(210) 554-5500
(210) 226-8395 (fax)
jbockus@coxsmith.com
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**American Medical Systems Holdings, Inc.**
*(Defendant)*

**American Medical Systems, Inc.**
*(Defendant)*

**Endo Health Solutions Inc.**
*(Defendant)*

**Endo Pharmaceuticals Holdings Inc.**
*(Defendant)*


**Endo Pharmaceuticals Inc.**
*(Defendant)*


**Sarah Bunce**
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113                           representing      **Mentor Worldwide LLC**
216-696-4094                                                    *(Defendant)*
216-592-5009 (fax)
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Lauren Colton**
100 International Drive, Suite 2000
Baltimore, MD 21202                                            **Baxter International, Inc.**
410-659-2733                                  representing      *(Defendant)*
410-659-2701 (fax)
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Synovis Life Technologies, Inc.**
*(Defendant)*


**Andrew Cookingham**
Thompson & Knight-Dallas
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533                                         **Cook Group, Inc.**
214-969-1538                                  representing      *(Defendant)*
214-999-9185 (fax)
andrew.cookingham@tklaw.com
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Cook Urological, Inc.**
*(Defendant)*


representing

**Kathleen A. Frazier**
Shook, Hardy & Bacon L.L.P.
600 Travis - Suite 3400
Houston, TX 77002
(713)227-8008
(713)227-9508 (fax)
kfrazier@shb.com
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Boston Scientific Corporation**
*(Defendant)*

**Alan Fry**
AKERMAN, LLP
Los Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301                representing
954-463-2700
954-463-2224 (fax)
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Atrium Medical Corporation**
*(Defendant)*

**Julie A. Hardin**
Reed Smith LLP
811 Main St - Ste 1700
Houston, TX 77002                        representing
(713) 469-3813
jhardin@reedsmith.com
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**American Medical Systems
Holdings, Inc.**
*(Defendant)*

**American Medical Systems, Inc.**
*(Defendant)*

**Endo Health Solutions Inc.**
*(Defendant)*

**Endo Pharmaceuticals Holdings
Inc.**
*(Defendant)*

**Endo Pharmaceuticals Inc.**
*(Defendant)*

**David Scott Hartnett**
Shook, Hardy & Bacon LLP
600 Travis
Suite 3400
Houston, TX 77002-2926
(713)227-8008
(713)227-9508 (fax)
dhartnett@shb.com
  *Assigned: 11/15/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing      **Covidien**
                 *(Defendant)*

**Adrienne L. Hernandez**
2555 Grand Blvd.
Kansas City, MO 64108
816-559-2574
816-412-5547 (fax)
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing      **Boston Scientific Corporation**
                 *(Defendant)*

**Micah Hobbs**
SHOOK HARDY & BACON
2555 Grand Blvd.
Kansas City, MO 64108
816-559-2365
816-421-5547 (fax)
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing      **Covidien**
                 *(Defendant)*

**Robert Bruce Hurley**
King & Spalding
1100 Louisiana Street
Suite 4000
Houston, TX 77002-5213
(713) 276-7383
(713) 751-3290 (fax)
bhurley@kslaw.com
  *Assigned: 11/19/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing      **Mentor Worldwide LLC**
                 *(Defendant)*

**Jason Aron Itkin**
Arnold & Itkin, LLP
5 Houston Center

representing      **Althea Truitt**
                 *(Plaintiff)*

1401 McKinney Street, Ste. 2550
Houston, TX 77010
(713)222-3800
713/222-3850 (fax)
jitkin@arnolditkin.com
   *Assigned: 11/12/2013*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

**Angela Platner**
*(Plaintiff)*

**Anna Boccuti**
*(Plaintiff)*

**Annette Richard**
*(Plaintiff)*

**Armatha Woods**
*(Plaintiff)*

**Barbara Benigno**
*(Plaintiff)*

**Barbara J. Jean**
*(Plaintiff)*

**Barbara Smith**
*(Plaintiff)*

**Beth Ball**
*(Plaintiff)*

**Betty Rounds**
*(Plaintiff)*

**Brenda Bishop**
*(Plaintiff)*

**Brenda Carter**
*(Plaintiff)*

**Brenda McNutt**
*(Plaintiff)*

**Cheri Gillis**
*(Plaintiff)*

**Chloe Cornell**
*(Plaintiff)*

**Christina Gribble**
*(Plaintiff)*

**Christina Smith**
*(Plaintiff)*

**Colleen Canizares**
*(Plaintiff)*

**Danielle Solorzano**
*(Plaintiff)*

**DeAnn Watkins**
*(Plaintiff)*

**Dena Whited**
*(Plaintiff)*

**Denise Williford**
*(Plaintiff)*

**Diane Sullivan**
*(Plaintiff)*

**Dorothy Giannaris**
*(Plaintiff)*

**Edwena Kees**
*(Plaintiff)*

**Eula Barton**
*(Plaintiff)*


**Eunice Scott**
*(Plaintiff)*


**Eva Renteria**
*(Plaintiff)*


**Evelyn Turner**
*(Plaintiff)*


**Gail Browalski**
*(Plaintiff)*


**Gloria Martinez**
*(Plaintiff)*


**Gloria Thwaits**
*(Plaintiff)*


**Helen Burchfield**
*(Plaintiff)*


**Helen Jacobus**
*(Plaintiff)*


**Helen Lampley**
*(Plaintiff)*


**Hilary Harris**
*(Plaintiff)*


**Jacqueline Lopez**
*(Plaintiff)*


**Janet Kelly**
*(Plaintiff)*

Jeannettea Coffman
*(Plaintiff)*

Jennifer Palmer
*(Plaintiff)*

Jo Hutchinson
*(Plaintiff)*

Judith Moss
*(Plaintiff)*

Judy Farris
*(Plaintiff)*

Karen Minnema
*(Plaintiff)*

Karen Sanderson
*(Plaintiff)*

Kari Blunda
*(Plaintiff)*

Kellie Klesel
*(Plaintiff)*

Kerri McEntire
*(Plaintiff)*

Linda West
*(Plaintiff)*

Lora Featherston
*(Plaintiff)*

Lori Nelson
*(Plaintiff)*

**Lydia Blinkinsop**
*(Plaintiff)*

**Lynn Dressler**
*(Plaintiff)*

**Mabel Mead**
*(Plaintiff)*

**Machelle Buckles**
*(Plaintiff)*

**Madeline Fatteross**
*(Plaintiff)*

**Maria Montano**
*(Plaintiff)*

**Marianne Ali**
*(Plaintiff)*

**Mary Aplaca**
*(Plaintiff)*

**Mary Scanlon**
*(Plaintiff)*

**Mary Anne Martin**
*(Plaintiff)*

**Mikki Heehn**
*(Plaintiff)*

**Nancy Locklar**
*(Plaintiff)*

**Nancy Stickler**
*(Plaintiff)*

**Norma Atwood**
*(Plaintiff)*

**Pamela Bart**
*(Plaintiff)*

**Patricia Clark**
*(Plaintiff)*

**Patricia King**
*(Plaintiff)*

**Paula Schaefer**
*(Plaintiff)*

**Peggy Chafart**
*(Plaintiff)*

**Phyllis Long**
*(Plaintiff)*

**Regina Johnson**
*(Plaintiff)*

**Rhonda Allen**
*(Plaintiff)*

**Rosemary Pearce**
*(Plaintiff)*

**Rosemary Ventura-Parris**
*(Plaintiff)*

**Samantha Beyer**
*(Plaintiff)*

**Sharon Bortz**
*(Plaintiff)*

**Sharon Kowalski**
*(Plaintiff)*

**Shelley Moen**
*(Plaintiff)*

**Shelly Holman**
*(Plaintiff)*

**Sherry Wright**
*(Plaintiff)*

**Shirley Ball**
*(Plaintiff)*

**Terri Matney**
*(Plaintiff)*

**Theresa Panther**
*(Plaintiff)*

**Vanessa Chandler**
*(Plaintiff)*

**Veona Ackerman**
*(Plaintiff)*

**Vicky Arnold**
*(Plaintiff)*

**Vilma Lusader**
*(Plaintiff)*

**Wanieta Iness**
*(Plaintiff)*

**Wynn Duffie**
*(Plaintiff)*

**Michelle Johnson**                   representing        **C.R. Bard, Inc.**
Nelson Mullins                                             *(Defendant)*
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-322-6167
404-322-6303 (fax)
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Emily A. Jung**
Shook Hardy and Bacon LLP
600 Travis St - Ste 3400
Houston, TX 77002
(713) 227-8008                         representing        **Boston Scientific Corporation**
713/227-9508 (fax)                                         *(Defendant)*
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Ronn Kreps**
Norton Rose Fulbright
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-321-2810                           representing        **Coloplast Corp.**
612-321-2288 (fax)                                         *(Defendant)*
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*



                                                           **Coloplast Manufacturing US, LLC**
                                                           *(Defendant)*


**David M. Macdonald**                 representing        **Neomedic, Inc.**
Macdonald Devin P.C.                                       *(Defendant)*
3800 Renaissance Tower
1201 Elm St.
Dallas, TX 75270
(214) 744-3300
214/747-0942 (fax)
dmacdonald@macdonalddevin.com
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**John H. Martin**
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-1700                        representing       **Cook Group, Inc.**
214/969-1751 (fax)                                       *(Defendant)*
john.martin@tklaw.com
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


                                                         **Cook Urological, Inc.**
                                                         *(Defendant)*


                                                         **Cook Medical, Inc.**
                                                         251 East Ohio Street
                                                         Suite 500
                                                         Indianapolis, IN 46204
                                                         *(Defendant)*

**Chris McRae**
SHOOK HARDY & BACON
2555 Grand Blvd.
Kansas City, MO 64108
813-559-2685                          representing       **Covidien**
816-412-5547 (fax)                                       *(Defendant)*
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Steve Mostyn**
Mostyl Law Firm
3810 W. Alabama Street
Houston, TX 77027
(713) 861-6616                        representing       **Althea Truitt**
713/861-8084 (fax)                                       *(Plaintiff)*
*Assigned: 11/12/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


                                                         **Angela Platner**
                                                         *(Plaintiff)*

**Anna Boccuti**
*(Plaintiff)*

**Annette Richard**
*(Plaintiff)*

**Armatha Woods**
*(Plaintiff)*

**Barbara Benigno**
*(Plaintiff)*

**Barbara J. Jean**
*(Plaintiff)*

**Barbara Smith**
*(Plaintiff)*

**Beth Ball**
*(Plaintiff)*

**Betty Rounds**
*(Plaintiff)*

**Brenda Bishop**
*(Plaintiff)*

**Brenda Carter**
*(Plaintiff)*

**Brenda McNutt**
*(Plaintiff)*

**Cheri Gillis**
*(Plaintiff)*

**Chloe Cornell**
*(Plaintiff)*

**Christina Gribble**
*(Plaintiff)*

**Christina Smith**
*(Plaintiff)*

**Colleen Canizares**
*(Plaintiff)*

**Danielle Solorzano**
*(Plaintiff)*

**DeAnn Watkins**
*(Plaintiff)*

**Dena Whited**
*(Plaintiff)*

**Denise Williford**
*(Plaintiff)*

**Diane Sullivan**
*(Plaintiff)*

**Dorothy Giannaris**
*(Plaintiff)*

**Edwena Kees**
*(Plaintiff)*

**Eula Barton**
*(Plaintiff)*

**Eunice Scott**
*(Plaintiff)*

**Eva Renteria**
*(Plaintiff)*

**Evelyn Turner**
*(Plaintiff)*

**Gail Browalski**
*(Plaintiff)*

**Gloria Martinez**
*(Plaintiff)*

**Gloria Thwaits**
*(Plaintiff)*

**Helen Burchfield**
*(Plaintiff)*

**Helen Jacobus**
*(Plaintiff)*

**Helen Lampley**
*(Plaintiff)*

**Hilary Harris**
*(Plaintiff)*

**Jacqueline Lopez**
*(Plaintiff)*

**Janet Kelly**
*(Plaintiff)*

**Jeannettea Coffman**
*(Plaintiff)*

**Jennifer Palmer**
*(Plaintiff)*

**Jo Hutchinson**
*(Plaintiff)*

**Judith Moss**
*(Plaintiff)*


**Judy Farris**
*(Plaintiff)*


**Karen Minnema**
*(Plaintiff)*


**Karen Sanderson**
*(Plaintiff)*


**Kari Blunda**
*(Plaintiff)*


**Kellie Klesel**
*(Plaintiff)*


**Kerri McEntire**
*(Plaintiff)*


**Linda West**
*(Plaintiff)*


**Lora Featherston**
*(Plaintiff)*


**Lori Nelson**
*(Plaintiff)*


**Lydia Blinkinsop**
*(Plaintiff)*


**Lynn Dressler**
*(Plaintiff)*


**Mabel Mead**
*(Plaintiff)*

**Machelle Buckles**
*(Plaintiff)*


**Madeline Fatteross**
*(Plaintiff)*


**Maria Montano**
*(Plaintiff)*


**Marianne Ali**
*(Plaintiff)*


**Mary Aplaca**
*(Plaintiff)*


**Mary Scanlon**
*(Plaintiff)*


**Mary Anne Martin**
*(Plaintiff)*


**Mikki Heehn**
*(Plaintiff)*


**Nancy Locklar**
*(Plaintiff)*


**Nancy Stickler**
*(Plaintiff)*


**Norma Atwood**
*(Plaintiff)*


**Pamela Bart**
*(Plaintiff)*


**Patricia Clark**
*(Plaintiff)*

**Patricia King**
*(Plaintiff)*

**Paula Schaefer**
*(Plaintiff)*

**Peggy Chafart**
*(Plaintiff)*

**Phyllis Long**
*(Plaintiff)*

**Regina Johnson**
*(Plaintiff)*

**Rhonda Allen**
*(Plaintiff)*

**Rosemary Pearce**
*(Plaintiff)*

**Rosemary Ventura-Parris**
*(Plaintiff)*

**Samantha Beyer**
*(Plaintiff)*

**Sharon Bortz**
*(Plaintiff)*

**Sharon Kowalski**
*(Plaintiff)*

**Shelley Moen**
*(Plaintiff)*

**Shelly Holman**
*(Plaintiff)*

**Sherry Wright**
*(Plaintiff)*

**Shirley Ball**
*(Plaintiff)*

**Terri Matney**
*(Plaintiff)*

**Theresa Panther**
*(Plaintiff)*

**Vanessa Chandler**
*(Plaintiff)*

**Veona Ackerman**
*(Plaintiff)*

**Vicky Arnold**
*(Plaintiff)*

**Vilma Lusader**
*(Plaintiff)*

**Wanieta Iness**
*(Plaintiff)*

**Wynn Duffie**
*(Plaintiff)*

**Michael D. Napoli**
Cox Smith Matthews Incorported
1201 Elm Street
Suite 3300
Dallas, TX 75270
214-698-7837
214-698-7899 (fax)
mnapoli@coxsmith.com
   *Assigned: 11/08/2013*
   *ATTORNEY TO BE NOTICED*

representing

**American Medical Systems
Holdings, Inc.**
*(Defendant)*

**American Medical Systems, Inc.**
*(Defendant)*

**Endo Health Solutions Inc.**
*(Defendant)*

**Endo Pharmaceuticals Holdings Inc.**
*(Defendant)*

**Endo Pharmaceuticals Inc.**
*(Defendant)*

**Richard B. North, Jr.**
Nelson Mullins
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-322-6000
404-322-6050 (fax)
richard.north@nelsonmullins.com
  *Assigned: 11/13/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing    **C.R. Bard, Inc.**
*(Defendant)*

**Bruce Davidson Oakley**
Hogan Lovells US LLP
Bank of America
700 Lousiana
Suite 4300
Houston, TX 77002
(713) 632-1420
(713) 583-7621 (fax)
bruce.oakley@hoganlovells.com
  *Assigned: 11/12/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing    **Baxter International, Inc.**
*(Defendant)*

**Synovis Life Technologies, Inc.**
*(Defendant)*

**Dustin Rawlin**
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100

representing    **Mentor Worldwide LLC**
*(Defendant)*

Cleveland, OH 44113
216-696-4235
216-592-5009 (fax)
 *Assigned: 11/13/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Steven G. Reade**
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20044         representing    **American Medical Systems**
202-942-5000                                 **Holdings, Inc.**
202-942-5999 (fax)                           *(Defendant)*
 *Assigned: 11/13/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


                                             **American Medical Systems, Inc.**
                                             *(Defendant)*


                                             **Endo Health Solutions Inc.**
                                             *(Defendant)*


                                             **Endo Pharmaceuticals Holdings**
                                             **Inc.**
                                             *(Defendant)*


                                             **Endo Pharmaceuticals Inc.**
                                             *(Defendant)*


**Timothy D. Ryan**
Schell Cooley, LLP
15455 Dallas Pkwy - Ste 550
Addison, TX 75001
(214) 665-2000              representing     **Caldera Medical, Inc.**
214/754-0060 (fax)                           *(Defendant)*
tryan@schellcooley.com
 *Assigned: 11/13/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Russell W. Schell**         representing    **Caldera Medical, Inc.**
Schell Cooley LLP                            *(Defendant)*
15455 Dallas Parkway - Suite 550

Addison, TX 75001
(214) 665-2000
(214) 754-0060 (fax)
RSchell@schellcooley.com
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Amanda Shelton**
Nelson Mullins
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363                          representing        **C.R. Bard, Inc.**
404-322-6167                                                   *(Defendant)*
404-322-6303 (fax)
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Jon A. Strongman**
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550                                                 **Boston Scientific Corporation**
(816) 421-5547 (fax)                       representing        *(Defendant)*
jstrongman@shb.com
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Jennise Walker Stubbs**
Shook, Hardy & Bacon, L.L.P.
600 Travis St.
Suite 3400
Houston, TX 77002                                              **Boston Scientific Corporation**
(713) 546-5682                             representing        *(Defendant)*
(713) 227-9508 (fax)
jstubbs@shb.com
*Assigned: 11/13/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Angel L. Tang**                          representing        **American Medical Systems**
777 South Figueroa Street, 44th Fl.                            **Holdings, Inc.**
Washington, DC 20004                                           *(Defendant)*

202-942-5000
202-942-5999 (fax)
   *Assigned: 11/13/2013*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

**American Medical Systems, Inc.**
*(Defendant)*

**Endo Health Solutions Inc.**
*(Defendant)*

**Endo Pharmaceuticals Holdings Inc.**
*(Defendant)*

**Endo Pharmaceuticals Inc.**
*(Defendant)*

**Hugh J. Turner, Jr.**
AKERMAN, LLP
Los Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301         representing    **Atrium Medical Corporation**
954-463-2700                                       *(Defendant)*
954-463-2224 (fax)
   *Assigned: 11/13/2013*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

**Lana K. Varney**
Fulbright & Jaworski
600 Congress
Suite 2400
Austin, TX 78701                  representing    **Coloplast Corp.**
(512)526-4594                                      *(Defendant)*
512/536-4598 (fax)
lana.varney@nortonrosefulbright.com
   *Assigned: 11/13/2013*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

**Coloplast Manufacturing US, LLC**
*(Defendant)*

**Tracy G. Weiss**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8100                          representing      **American Medical Systems**
215-851-1420 (fax)                                      **Holdings, Inc.**
*Assigned: 11/13/2013*                                  *(Defendant)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                        **American Medical Systems, Inc.**
                                                        *(Defendant)*

                                                        **Endo Health Solutions Inc.**
                                                        *(Defendant)*

                                                        **Endo Pharmaceuticals Holdings**
                                                        **Inc.**
                                                        *(Defendant)*

                                                        **Endo Pharmaceuticals Inc.**
                                                        *(Defendant)*

**Noah Wexler**
Arnold & Itkin, LLP
1401 McKinney
Suite 2550
Houston, TX 77010                     representing      **Althea Truitt**
(713) 651-0050                                          *(Plaintiff)*
(713) 651-0051 (fax)
*Assigned: 11/12/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                        **Angela Platner**
                                                        *(Plaintiff)*

                                                        **Anna Boccuti**
                                                        *(Plaintiff)*

                                                        **Annette Richard**
                                                        *(Plaintiff)*

**Armatha Woods**
*(Plaintiff)*

**Barbara Benigno**
*(Plaintiff)*

**Barbara J. Jean**
*(Plaintiff)*

**Barbara Smith**
*(Plaintiff)*

**Beth Ball**
*(Plaintiff)*

**Betty Rounds**
*(Plaintiff)*

**Brenda Bishop**
*(Plaintiff)*

**Brenda Carter**
*(Plaintiff)*

**Brenda McNutt**
*(Plaintiff)*

**Cheri Gillis**
*(Plaintiff)*

**Chloe Cornell**
*(Plaintiff)*

**Christina Gribble**
*(Plaintiff)*

**Christina Smith**
*(Plaintiff)*

**Colleen Canizares**
*(Plaintiff)*

**Danielle Solorzano**
*(Plaintiff)*

**DeAnn Watkins**
*(Plaintiff)*

**Dena Whited**
*(Plaintiff)*

**Denise Williford**
*(Plaintiff)*

**Diane Sullivan**
*(Plaintiff)*

**Dorothy Giannaris**
*(Plaintiff)*

**Edwena Kees**
*(Plaintiff)*

**Eula Barton**
*(Plaintiff)*

**Eunice Scott**
*(Plaintiff)*

**Eva Renteria**
*(Plaintiff)*

**Evelyn Turner**
*(Plaintiff)*

**Gail Browalski**
*(Plaintiff)*

**Gloria Martinez**
*(Plaintiff)*

**Gloria Thwaits**
*(Plaintiff)*

**Helen Burchfield**
*(Plaintiff)*

**Helen Jacobus**
*(Plaintiff)*

**Helen Lampley**
*(Plaintiff)*

**Hilary Harris**
*(Plaintiff)*

**Jacqueline Lopez**
*(Plaintiff)*

**Janet Kelly**
*(Plaintiff)*

**Jeannettea Coffman**
*(Plaintiff)*

**Jennifer Palmer**
*(Plaintiff)*

**Jo Hutchinson**
*(Plaintiff)*

**Judith Moss**
*(Plaintiff)*

**Judy Farris**
*(Plaintiff)*

**Karen Minnema**
*(Plaintiff)*

**Karen Sanderson**
*(Plaintiff)*

**Kari Blunda**
*(Plaintiff)*

**Kellie Klesel**
*(Plaintiff)*

**Kerri McEntire**
*(Plaintiff)*

**Linda West**
*(Plaintiff)*

**Lora Featherston**
*(Plaintiff)*

**Lori Nelson**
*(Plaintiff)*

**Lydia Blinkinsop**
*(Plaintiff)*

**Lynn Dressler**
*(Plaintiff)*

**Mabel Mead**
*(Plaintiff)*

**Machelle Buckles**
*(Plaintiff)*

**Madeline Fatteross**
*(Plaintiff)*

**Maria Montano**
*(Plaintiff)*

**Marianne Ali**
*(Plaintiff)*

**Mary Aplaca**
*(Plaintiff)*

**Mary Scanlon**
*(Plaintiff)*

**Mary Anne Martin**
*(Plaintiff)*

**Mikki Heehn**
*(Plaintiff)*

**Nancy Locklar**
*(Plaintiff)*

**Nancy Stickler**
*(Plaintiff)*

**Norma Atwood**
*(Plaintiff)*

**Pamela Bart**
*(Plaintiff)*

**Patricia Clark**
*(Plaintiff)*

**Patricia King**
*(Plaintiff)*

**Paula Schaefer**
*(Plaintiff)*

**Peggy Chafart**
*(Plaintiff)*

**Phyllis Long**
*(Plaintiff)*

**Regina Johnson**
*(Plaintiff)*

**Rhonda Allen**
*(Plaintiff)*

**Rosemary Pearce**
*(Plaintiff)*

**Rosemary Ventura-Parris**
*(Plaintiff)*

**Samantha Beyer**
*(Plaintiff)*

**Sharon Bortz**
*(Plaintiff)*

**Sharon Kowalski**
*(Plaintiff)*

**Shelley Moen**
*(Plaintiff)*

**Shelly Holman**
*(Plaintiff)*

**Sherry Wright**
*(Plaintiff)*

**Shirley Ball**
*(Plaintiff)*

**Terri Matney**
*(Plaintiff)*

**Theresa Panther**
*(Plaintiff)*

**Vanessa Chandler**
*(Plaintiff)*

**Veona Ackerman**
*(Plaintiff)*

**Vicky Arnold**
*(Plaintiff)*

**Vilma Lusader**
*(Plaintiff)*

**Wanieta Iness**
*(Plaintiff)*

**Wynn Duffie**
*(Plaintiff)*

**Phoebe Wilkinson**
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022
212-918-3010
212-918-3100 (fax)
   *Assigned: 11/13/2013*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

representing

**Baxter International, Inc.**
*(Defendant)*

**Synovis Life Technologies, Inc.**
*(Defendant)*

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 01/23/2014 17:44:20 |
|  |

| PACER Login: | st0033 | Client Code: | 20730.1 |
|---|---|---|---|
| Description: | Attorney List | Search Criteria: | 3:13-cv-00357-KC |
| Billable Pages: | 22 | Cost: | 2.20 |