# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**                                    MDL No. 2325

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −136)

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 998 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 25, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

EXHIBIT
I

Case 2:12-md-02325   Document 975   Filed 11/25/13   Page 2 of 45 PageID #: 13263

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                        MDL No. 2325

## SCHEDULE CTO−136 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **MISSOURI WESTERN** | | | |
| MOW | 3 | 13−05143 | Schulte et al v. American Medical Systems, Inc. et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 13−06545 | MOORE et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| PAE | 2 | 13−06546 | MACKEY et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| PAE | 2 | 13−06547 | YOUNG−ALEXANDER v. AMERICAN MEDICAL SYSTEMS, INC. |
| PAE | 2 | 13−06548 | KRONER v. AMERICAN MEDICAL SYSTEMS, INC. |
| **TEXAS SOUTHERN** | | | |
| ~~TXS~~ | 4 | ~~13−03308~~ | ~~Inocencia Nerio, et al. v. American Medical Systems, Inc.~~ Vacated 11/25/13 |
| ~~TXS~~ | 4 | ~~13−03309~~ | ~~Melissa Nicholson, et al. v. American Medical Systems, Inc., et al~~ Vacated 11/25/13 |
| **TEXAS WESTERN** | | | |
| TXW | 3 | 13−00352 | Trevino et al v. American Medical Systems, Inc. et al |
| TXW | 3 | 13−00356 | Gonzalez et al v. American Medical Systems, Inc. et al |
| TXW | 3 | 13−00357 | Martinez et al v. American Medical Systems, Inc. et al |
| TXW | 3 | 13−00358 | Gutierrez et al v. American Medical Systems, Inc. et al |
| TXW | 3 | 13−00359 | Crawson−Clifford et al v. American Medical Systems Holdings, Inc. et al |
| TXW | 3 | 13−00360 | Marshall et al v. American Medical Systems, Inc. et al |
| TXW | 3 | 13−00361 | Sherwood et al v. American Medical Systems, Inc. et al |
| TXW | 3 | 13−00362 | Jordan et al v. American Medical Systems, Inc. et al |

 Activity in Case MDL No. 2325 IN RE: American Medical Systems, Inc., Pelvic Repair
System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
11/25/2013 11:08 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 11/25/2013 at 11:08 AM EST and filed on 11/25/2013

| | |
|---|---|
| **Case Name:** | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2325 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136)
Finalized on 11/25/13. Please see pleading ([1283] in MDL No. 2325, 3 in MOW/3:13-cv-
05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in
PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-
00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in
TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

Case Name:        Martinez et al v. American Medical Systems, Inc. et al
Case Number:      TXW/3:13-cv-00357
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

Case Name:        Marshall et al v. American Medical Systems, Inc. et al
Case Number:      TXW/3:13-cv-00360
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.**

**Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)**

Case Name:        YOUNG-ALEXANDER v. AMERICAN MEDICAL SYSTEMS, INC.
Case Number:      PAE/2:13-cv-06547
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Trevino et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00352 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Schulte et al v. American Medical Systems, Inc. et al |
| Case Number: | MOW/3:13-cv-05143 |

Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

Case Name:        Jordan et al v. American Medical Systems, Inc. et al
Case Number:      TXW/3:13-cv-00362
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Crawson-Clifford et al v. American Medical Systems Holdings, Inc. et al |
| Case Number: | TXW/3:13-cv-00359 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | KRONER v. AMERICAN MEDICAL SYSTEMS, INC. |
| Case Number: | PAE/2:13-cv-06548 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.**

**Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)**

| | |
|---|---|
| Case Name: | MOORE et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| Case Number: | PAE/2:13-cv-06545 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk**

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | MACKEY et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| Case Number: | PAE/2:13-cv-06546 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Gutierrez et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00358 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136)**
Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Gonzalez et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00356 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136)**
Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Sherwood et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00361 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-136) Finalized on 11/25/13. Please see pleading ( [1283] in MDL No. 2325, 3 in MOW/3:13-cv-05143, 3 in PAE/2:13-cv-06545, 3 in PAE/2:13-cv-06546, 3 in PAE/2:13-cv-06547, 3 in PAE/2:13-cv-06548, 3 in TXW/3:13-cv-00352, 3 in TXW/3:13-cv-00356, 3 in TXW/3:13-cv-00357, 3 in TXW/3:13-cv-00358, 3 in TXW/3:13-cv-00359, 3 in TXW/3:13-cv-00360, 3 in TXW/3:13-cv-00361, 3 in TXW/3:13-cv-00362).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2325 IN RE: American Medical Systems, Inc., Pelvic Repair
System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
11/25/2013 11:04 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.

## United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/25/2013 at 11:03 AM EST and filed on 11/25/2013

| | |
|---|---|
| **Case Name:** | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2325 |
| **Filer:** | |
| **Document Number:** | 1283 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s)** *re: pldg. ([1258]*

*in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

**Associated Cases:** MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Martinez et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00357 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

**Associated Cases:** MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Marshall et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00360 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

**Associated Cases:** MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-

06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | YOUNG-ALEXANDER v. AMERICAN MEDICAL SYSTEMS, INC. |
| Case Number: | PAE/2:13-cv-06547 |
| Filer: | |
| Document Number: 3 | |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Trevino et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00352 |
| Filer: | |
| Document Number: 3 | |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Schulte et al v. American Medical Systems, Inc. et al |
| Case Number: | MOW/3:13-cv-05143 |
| Filer: | |
| Document Number: 3 | |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Jordan et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00362 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Crawson-Clifford et al v. American Medical Systems Holdings, Inc. et al |
| Case Number: | TXW/3:13-cv-00359 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

**Associated Cases:** MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | KRONER v. AMERICAN MEDICAL SYSTEMS, INC. |
| Case Number: | PAE/2:13-cv-06548 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

**Associated Cases:** MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | MOORE et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| Case Number: | PAE/2:13-cv-06545 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

**Associated Cases:** MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | MACKEY et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| Case Number: | PAE/2:13-cv-06546 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258]*
*in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-*
*06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in*
*TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-*
*00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)*
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-
06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356,
TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360,
TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Gutierrez et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00358 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258]*
*in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-*
*06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in*
*TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-*
*00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)*
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

Associated Cases: MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-
06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356,
TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360,
TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Gonzalez et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00356 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) *re: pldg. ( [1258]*
*in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-*
*06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in*
*TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-*
*00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362)*
Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

**Associated Cases:** MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

| | |
|---|---|
| Case Name: | Sherwood et al v. American Medical Systems, Inc. et al |
| Case Number: | TXW/3:13-cv-00361 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
*CONDITIONAL TRANSFER ORDER FINALIZED (CTO-136) - 13 action(s) re: pldg. ( [1258] in MDL No. 2325, 1 in MOW/3:13-cv-05143, 1 in PAE/2:13-cv-06545, 1 in PAE/2:13-cv-06546, 1 in PAE/2:13-cv-06547, 1 in PAE/2:13-cv-06548, 1 in TXW/3:13-cv-00352, 1 in TXW/3:13-cv-00356, 1 in TXW/3:13-cv-00357, 1 in TXW/3:13-cv-00358, 1 in TXW/3:13-cv-00359, 1 in TXW/3:13-cv-00360, 1 in TXW/3:13-cv-00361, 1 in TXW/3:13-cv-00362) Inasmuch as no objection is pending at this time, the stay is lifted.*

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2013.

**Associated Cases:** MDL No. 2325, MOW/3:13-cv-05143, PAE/2:13-cv-06545, PAE/2:13-cv-06546, PAE/2:13-cv-06547, PAE/2:13-cv-06548, TXW/3:13-cv-00352, TXW/3:13-cv-00356, TXW/3:13-cv-00357, TXW/3:13-cv-00358, TXW/3:13-cv-00359, TXW/3:13-cv-00360, TXW/3:13-cv-00361, TXW/3:13-cv-00362 (TL)

**MDL No. 2325 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, nthompson@fsblaw.com, pcoffield@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, bnjones@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2325 Notice will not be electronically mailed to:**

**TXW/3:13-cv-00357 Notice has been electronically mailed to:**

Richard Jr North     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold     karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Russell W Schell     RSchell@schellcooley.com

John H Martin     john.martin@tklaw.com

Hugh J Turner     hugh.turner@akerman.com, david.grasher@akerman.com,
emily.bartkowicz@akerman.com

Steven G Reade     steven.reade@aporter.com

Bruce Davidson Oakley     bruce.oakley@hoganlovells.com

J. Steve Mostyn     eaharris@mostynlaw.com

Alejandro Acosta, Jr     aacosta@bickerstaff.com

Jane Elizabeth Bockus     jbockus@coxsmith.com

Julie A Hardin     jhardin@reedsmith.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com,
hkemery@shb.com

Ronn Kreps     rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin Rawlin     dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

David Scott Hartnett     dhartnett@shb.com

Noah Wexler     nwexler@arnolditkin.com, hpeno@arnolditkin.com

Lana K. Varney     lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com,
holly.kipp@nortonrosefulbright.com

Kathleen A Frazier     kfrazier@shb.com

Adrienne L. Hernandez     ahernandez@shb.com

Amanda Shelton    amanda.shelton@nelsonmullins.com

Micah Hobbs    mhobbs@shb.com

Robert Bruce Hurley, Jr    bhurley@kslaw.com

David M. Macdonald    dmacdonald@macdonalddevin.com

Michael D. Napoli    mnapoli@coxsmith.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Angel L. Tang    Angel_Tang@aporter.com, Angel.Tang@aporter.com

Alan Fry    alan.fry@akerman.com

Emily A. Jung    ejung@shb.com

Sarah Bunce    sarah.bunce@tuckerellis.com

Andrew Cookingham    andrew.cookingham@tklaw.com

Chris McRae    cmcrae@shb.com

William R. Stuart, III    wstuart@sillscummis.com

Timothy D. Ryan    tryan@schellcooley.com

**TXW/3:13-cv-00357 Notice will not be electronically mailed to:**

Baxter International, Inc.
One Baxter Parkway
Deerfield, IL 60015-4625

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760

C.R. Bard, Inc.
730 Central Avenue
Murrary Hill, NJ 07974

Coloplast Corp.
1601 West River Road North
Minneapolis, MN 55411

Coloplast Manufacturing US, LLC

1601 West River Road North
Minneapolis, MN 55411

Cook Group, Inc.
P.O. Box 489
Bloomington, IN 47402-0489

Cook Medical, Inc.
1025 Acuff Road
P.O. Box 4195
Bloomington, IN 47402-4195

Cook Urological, Inc.
1100 West Morgan Street
Spencer, IN 47460

Covidien
15 Hampshire Street
Mansfield, MA 02048

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Mentor Worldwide LLC
201 Mentor Drive
Santa Barbara, CA 93111

Neomedic, Inc.
2655 Le Jeune Road, Suite 810
Coral Gables, FL 33134

Synovis Lifetechnologies, Inc.
2575 University Avenue West
St. Paul, MN 55114-1024

Lauren Colton
100 International Drive, Suite 2000
Baltimore, MD 21202

Phoebe Wilkinson
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022

**TXW/3:13-cv-00360 Notice has been electronically mailed to:**

Richard Jr North    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold    karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Russell W Schell    RSchell@schellcooley.com

John H Martin    john.martin@tklaw.com

Hugh J Turner    hugh.turner@akerman.com, david.grasher@akerman.com,
emily.bartkowicz@akerman.com

Steven G Reade    steven.reade@aporter.com

Bruce Davidson Oakley    bruce.oakley@hoganlovells.com

J. Steve Mostyn    eaharris@mostynlaw.com

Alejandro Acosta, Jr    aacosta@bickerstaff.com

Jane Elizabeth Bockus    jbockus@coxsmith.com

Julie A Hardin    jhardin@reedsmith.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com,
hkemery@shb.com

Ronn Kreps    rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

Tracy G. Weiss    tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin Rawlin    dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

David Scott Hartnett    dhartnett@shb.com

Noah Wexler    nwexler@arnolditkin.com, hpeno@arnolditkin.com

Lana K. Varney    lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com,
holly.kipp@nortonrosefulbright.com

Kathleen A Frazier    kfrazier@shb.com

Adrienne L. Hernandez    ahernandez@shb.com

Amanda Shelton    amanda.shelton@nelsonmullins.com

Micah Hobbs    mhobbs@shb.com

David M. Macdonald    dmacdonald@macdonalddevin.com

Michael D. Napoli    mnapoli@coxsmith.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Angel L. Tang    Angel_Tang@aporter.com, Angel.Tang@aporter.com

Alan Fry    alan.fry@akerman.com

Emily A. Jung    ejung@shb.com

Sarah Bunce    sarah.bunce@tuckerellis.com

Andrew Cookingham    andrew.cookingham@tklaw.com

Chris McRae    cmcrae@shb.com

William R. Stuart, III    wstuart@sillscummis.com

Timothy D. Ryan    tryan@schellcooley.com

**TXW/3:13-cv-00360 Notice will not be electronically mailed to:**

Atrium Medical Corporation
5 Wentworth Drive
Hudson, NH 03051

Baxter International, Inc.
One Baxter Parkway
Deerfield, IL 60015-4625

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760

C.R. Bard, Inc.
730 Central Avenue
Murrary Hill, NJ 07974

Coloplast Corp.
1601 West River Road North
Minneapolis, MN 55411

Coloplast Manufacturing US, LLC
1601 West River Road North
Minneapolis, MN 55411

Cook Group, Inc.
P.O. Box 489
Bloomington, IN 47402-0489

Cook Medical, Inc.
1025 Acuff Road
P.O. Box 4195
Bloomington, IN 47402-4195

Cook Urological, Inc.
1100 West Morgan Street
Spencer, IN 47460

Covidien
15 Hampshire Street
Mansfield, MA 02048

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Mentor Worldwide LLC
201 Mentor Drive
Santa Barbara, CA 93111

Neomedic, Inc.
2655 Le Jeune Road, Suite 810
Coral Gables, FL 33134

Synovis Lifetechnologies, Inc.
2575 University Avenue West
St. Paul, MN 55114-1024

Lauren Colton
100 International Drive, Suite 2000
Baltimore, MD 21202

Phoebe Wilkinson
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022

**PAE/2:13-cv-06547 Notice has been electronically mailed to:**

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

ALEX G. GROSS     agross@reedsmith.com, Afritz@reedsmith.com

**PAE/2:13-cv-06547 Notice will not be electronically mailed to:**

**TXW/3:13-cv-00352 Notice has been electronically mailed to:**

Richard Jr North     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold     karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Russell W Schell     RSchell@schellcooley.com

John H Martin     john.martin@tklaw.com

Hugh J Turner     hugh.turner@akerman.com, david.grasher@akerman.com,
emily.bartkowicz@akerman.com

Steven G Reade     steven.reade@aporter.com

Bruce Davidson Oakley     bruce.oakley@hoganlovells.com

J. Steve Mostyn     eaharris@mostynlaw.com

Alejandro Acosta, Jr     aacosta@bickerstaff.com

Jane Elizabeth Bockus     jbockus@coxsmith.com

Julie A Hardin     jhardin@reedsmith.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com,
hkemery@shb.com

Ronn Kreps     rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin Rawlin     dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,

brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

David Scott Hartnett    dhartnett@shb.com

Noah Wexler    nwexler@arnolditkin.com, hpeno@arnolditkin.com

Lana K. Varney    lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com,
holly.kipp@nortonrosefulbright.com

Kathleen A Frazier    kfrazier@shb.com

Adrienne L. Hernandez    ahernandez@shb.com

Amanda Shelton    amanda.shelton@nelsonmullins.com

Micah Hobbs    mhobbs@shb.com

David M. Macdonald    dmacdonald@macdonalddevin.com

Michael D. Napoli    mnapoli@coxsmith.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

Angel L. Tang    Angel_Tang@aporter.com, Angel.Tang@aporter.com

Alan Fry    alan.fry@akerman.com

Emily A. Jung    ejung@shb.com

Sarah Bunce    sarah.bunce@tuckerellis.com

Andrew Cookingham    andrew.cookingham@tklaw.com

Chris McRae    cmcrae@shb.com

Timothy D. Ryan    tryan@schellcooley.com

**TXW/3:13-cv-00352 Notice will not be electronically mailed to:**

Lauren Colton
100 International Drive, Suite 2000
Baltimore, MD 21202

Phoebe Wilkinson
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022

**MOW/3:13-cv-05143 Notice has been electronically mailed to:**

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

Edward J. Hershewe     ed.hershewe@h-law.com

Adam Tod Suroff     asuroff@polsinelli.com

Ashley Elizabeth Norman     ashley.norman@h-law.com

**MOW/3:13-cv-05143 Notice will not be electronically mailed to:**

**TXW/3:13-cv-00362 Notice has been electronically mailed to:**

Richard Jr North     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold     karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Russell W Schell     RSchell@schellcooley.com

John H Martin     john.martin@tklaw.com

Hugh J Turner     hugh.turner@akerman.com, david.grasher@akerman.com,
emily.bartkowicz@akerman.com

Steven G Reade     steven.reade@aporter.com

Bruce Davidson Oakley     bruce.oakley@hoganlovells.com

J. Steve Mostyn     eaharris@mostynlaw.com

Alejandro Acosta, Jr     aacosta@bickerstaff.com

Jane Elizabeth Bockus     jbockus@coxsmith.com

Julie A Hardin     jhardin@reedsmith.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com,
hkemery@shb.com

Ronn Kreps     rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin Rawlin     dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,

brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Noah Wexler    nwexler@arnolditkin.com, hpeno@arnolditkin.com

Lana K. Varney    lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com,
holly.kipp@nortonrosefulbright.com

Kathleen A Frazier    kfrazier@shb.com

Adrienne L. Hernandez    ahernandez@shb.com

Amanda Shelton    amanda.shelton@nelsonmullins.com

Micah Hobbs    mhobbs@shb.com

Robert Bruce Hurley, Jr    bhurley@kslaw.com

David M. Macdonald    dmacdonald@macdonalddevin.com

Michael D. Napoli    mnapoli@coxsmith.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Angel L. Tang    Angel_Tang@aporter.com, Angel.Tang@aporter.com

Alan Fry    alan.fry@akerman.com

Emily A. Jung    ejung@shb.com

Sarah Bunce    sarah.bunce@tuckerellis.com

Andrew Cookingham    andrew.cookingham@tklaw.com

Chris McRae    cmcrae@shb.com

William R. Stuart, III    wstuart@sillscummis.com

Timothy D. Ryan    tryan@schellcooley.com

**TXW/3:13-cv-00362 Notice will not be electronically mailed to:**

Atrium Medical Corporation
5 Wentworth Drive
Hudson, NH 03051

Baxter International, Inc.

One Baxter Parkway
Deerfield, IL 60015-4625

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760

C.R. Bard, Inc.
730 Central Avenue
Murrary Hill, NJ 07974

Coloplast Corp.
1601 West River Road North
Minneapolis, MN 55411

Coloplast Manufacturing US, LLC
1601 West River Road North
Minneapolis, MN 55411

Cook Group, Inc.
P.O. Box 489
Bloomington, IN 47402-0489

Cook Medical, Inc.
1025 Acuff Road
P.O. Box 4195
Bloomington, IN 47402-4195

Cook Urological, Inc.
1100 West Morgan Street
Spencer, IN 47460

Covidien
15 Hampshire Street
Mansfield, MA 02048

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Mentor Worldwide LLC
201 Mentor Drive
Santa Barbara, CA 93111

Neomedic, Inc.
2655 Le Jeune Road, Suite 810
Coral Gables, FL 33134

Synovis Lifetechnologies, Inc.
2575 University Avenue West
St. Paul, MN 55114-1024

Lauren Colton
100 International Drive, Suite 2000
Baltimore, MD 21202

Phoebe Wilkinson
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022

**TXW/3:13-cv-00359 Notice has been electronically mailed to:**

Richard Jr North    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold    karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Russell W Schell    RSchell@schellcooley.com

John H Martin    john.martin@tklaw.com

Hugh J Turner    hugh.turner@akerman.com, david.grasher@akerman.com,
emily.bartkowicz@akerman.com

Steven G Reade    steven.reade@aporter.com

Bruce Davidson Oakley    bruce.oakley@hoganlovells.com

J. Steve Mostyn    eaharris@mostynlaw.com

Alejandro Acosta, Jr    aacosta@bickerstaff.com

Jane Elizabeth Bockus    jbockus@coxsmith.com

Julie A Hardin    jhardin@reedsmith.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com,
hkemery@shb.com

Ronn Kreps    rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

Tracy G. Weiss    tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin Rawlin    dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

David Scott Hartnett    dhartnett@shb.com

Noah Wexler    nwexler@arnolditkin.com, hpeno@arnolditkin.com

Lana K. Varney    lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com,
holly.kipp@nortonrosefulbright.com

Kathleen A Frazier    kfrazier@shb.com

Adrienne L. Hernandez    ahernandez@shb.com

Amanda Shelton    amanda.shelton@nelsonmullins.com

Micah Hobbs    mhobbs@shb.com

David M. Macdonald    dmacdonald@macdonalddevin.com

Michael D. Napoli    mnapoli@coxsmith.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Angel L. Tang    Angel_Tang@aporter.com, Angel.Tang@aporter.com

Alan Fry    alan.fry@akerman.com

Emily A. Jung    ejung@shb.com

Sarah Bunce    sarah.bunce@tuckerellis.com

Andrew Cookingham    andrew.cookingham@tklaw.com

Chris McRae    cmcrae@shb.com

William R. Stuart, III    wstuart@sillscummis.com

Timothy D. Ryan    tryan@schellcooley.com

**TXW/3:13-cv-00359 Notice will not be electronically mailed to:**

Baxter International, Inc.
One Baxter Parkway
Deerfield, IL 60015-4625

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760

C.R. Bard, Inc.
730 Central Avenue
Murrary Hill, NJ 07974

Coloplast Corp.
1601 West River Road North
Minneapolis, MN 55411

Coloplast Manufacturing US, LLC
1601 West River Road North
Minneapolis, MN 55411

Cook Group, Inc.
P.O. Box 489
Bloomington, IN 47402-0489

Cook Medical, Inc.
1025 Acuff Road
P.O. Box 4195
Bloomington, IN 47402-4195

Cook Urological, Inc.
1100 West Morgan Street
Spencer, IN 47460

Covidien
15 Hampshire Street
Mansfield, MA 02048

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Mentor Worldwide LLC
201 Mentor Drive
Santa Barbara, CA 93111

Neomedic, Inc.
c/o Yadira Perez, Registered Agent
2655 Le Jeune Road, Suite 810
Coral Gables, FL 33134

Synovis Lifetechnologies, Inc.
2575 University Avenue West
St. Paul, MN 55114-1024

Lauren Colton
100 International Drive, Suite 2000
Baltimore, MD 21202

Phoebe Wilkinson
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022

**PAE/2:13-cv-06548 Notice has been electronically mailed to:**

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

ALEX G. GROSS     agross@reedsmith.com, Afritz@reedsmith.com

**PAE/2:13-cv-06548 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06545 Notice has been electronically mailed to:**

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

ALEX G. GROSS     agross@reedsmith.com, Afritz@reedsmith.com

**PAE/2:13-cv-06545 Notice will not be electronically mailed to:**

**PAE/2:13-cv-06546 Notice has been electronically mailed to:**

LEE B. BALEFSKY     lee.balefsky@klinespecter.com, laura.yavru-sakuk@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

ALEX G. GROSS     agross@reedsmith.com, Afritz@reedsmith.com

**PAE/2:13-cv-06546 Notice will not be electronically mailed to:**

**TXW/3:13-cv-00358 Notice has been electronically mailed to:**

Richard Jr North    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Jason Aron Itkin    jitkin@arnoldditkin.com, cmartinez@arnoldditkin.com, kbrown@arnoldditkin.com,
mgarcia@arnoldditkin.com, nwexler@arnoldditkin.com, valford@arnoldditkin.com

Kurt B. Arnold    karnold@arnoldditkin.com, hpeno@arnoldditkin.com, jerickson@arnoldditkin.com,
kmcdonald@arnoldditkin.com, mveer@arnoldditkin.com, nwexler@arnoldditkin.com

Russell W Schell    RSchell@schellcooley.com

John H Martin    john.martin@tklaw.com

Hugh J Turner    hugh.turner@akerman.com, david.grasher@akerman.com,
emily.bartkowicz@akerman.com

Steven G Reade    steven.reade@aporter.com

Bruce Davidson Oakley    bruce.oakley@hoganlovells.com

J. Steve Mostyn    eaharris@mostynlaw.com

Alejandro Acosta, Jr    aacosta@bickerstaff.com

Jane Elizabeth Bockus    jbockus@coxsmith.com

Julie A Hardin    jhardin@reedsmith.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com,
hkemery@shb.com

William R. Stuart, III    wstuart@sillscummis.com

Ronn Kreps    rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

Tracy G. Weiss    tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin Rawlin    dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

David Scott Hartnett    dhartnett@shb.com

Noah Wexler    nwexler@arnoldditkin.com, hpeno@arnoldditkin.com

Lana K. Varney    lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com,
holly.kipp@nortonrosefulbright.com

Kathleen A Frazier    kfrazier@shb.com

Adrienne L. Hernandez      ahernandez@shb.com

Amanda Shelton      amanda.shelton@nelsonmullins.com

Micah Hobbs      mhobbs@shb.com

Robert Bruce Hurley, Jr      bhurley@kslaw.com

David M. Macdonald      dmacdonald@macdonalddevin.com

Michael D. Napoli      mnapoli@coxsmith.com

Jennise Walker Stubbs      jstubbs@shb.com, rmeier@shb.com

Michelle Johnson      michelle.johnson@nelsonmullins.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Angel L. Tang      Angel_Tang@aporter.com, Angel.Tang@aporter.com

Alan Fry      alan.fry@akerman.com

Emily A. Jung      ejung@shb.com

Sarah Bunce      sarah.bunce@tuckerellis.com

Andrew Cookingham      andrew.cookingham@tklaw.com

Chris McRae      cmcrae@shb.com

Timothy D. Ryan      tryan@schellcooley.com

**TXW/3:13-cv-00358 Notice will not be electronically mailed to:**

Atrium Medical Corporation
5 Wentworth Drive
Hudson, NH 03051

Baxter International, Inc.
One Baxter Parkway
Deerfield, IL 60015-4625

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760

C.R. Bard, Inc.
730 Central Avenue
Murrary Hill, NJ 07974

CL Medical, Inc.

165 Washington Street
Suite 2A
Winchester, MA 01890

Coloplast Corp.
1601 West River Road North
Minneapolis, MN 55411

Coloplast Manufacturing US, LLC
1601 West River Road North
Minneapolis, MN 55411

Cook Group, Inc.
P.O. Box 489
Bloomington, IN 47402-0489

Cook Medical, Inc.
1025 Acuff Road
P.O. Box 4195
Bloomington, IN 47402-4195

Cook Urological, Inc.
1100 West Morgan Street
Spencer, IN 47460

Covidien
15 Hampshire Street
Mansfield, MA 02048

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Ethicon, LLC
Route 22 West
Sommerville, NJ 08876

Generic Medical Devices, Inc.
5727 Baker Way N.W., Suite 201
Gig Harbor, WA 98332-5811

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Mentor Worldwide LLC
201 Mentor Drive
Santa Barbara, CA 93111

Neomedic International, S.L.
2655 Le Jeune Road

Suite 810
Coral Gables, FL 33134

Neomedic, Inc.
2655 Le Jeune Road, Suite 810
Coral Gables, FL 33134

Synovis Lifetechnologies, Inc.
2575 University Avenue West
St. Paul, MN 55114-1024

Lauren Colton
100 International Drive, Suite 2000
Baltimore, MD 21202

Phoebe Wilkinson
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022

**TXW/3:13-cv-00356 Notice has been electronically mailed to:**

Richard Jr North    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold    karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Russell W Schell    RSchell@schellcooley.com

John H Martin    john.martin@tklaw.com

Hugh J Turner    hugh.turner@akerman.com, david.grasher@akerman.com,
emily.bartkowicz@akerman.com

Steven G Reade    steven.reade@aporter.com

Bruce Davidson Oakley    bruce.oakley@hoganlovells.com

J. Steve Mostyn    eaharris@mostynlaw.com

Alejandro Acosta, Jr    aacosta@bickerstaff.com

Jane Elizabeth Bockus    jbockus@coxsmith.com

Julie A Hardin    jhardin@reedsmith.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

Ronn Kreps    rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

Tracy G. Weiss    tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin Rawlin    dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

David Scott Hartnett    dhartnett@shb.com

Noah Wexler    nwexler@arnolditkin.com, hpeno@arnolditkin.com

Lana K. Varney    lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com

Kathleen A Frazier    kfrazier@shb.com

Adrienne L. Hernandez    ahernandez@shb.com

Amanda Shelton    amanda.shelton@nelsonmullins.com

Micah Hobbs    mhobbs@shb.com

Robert Bruce Hurley, Jr    bhurley@kslaw.com

David M. Macdonald    dmacdonald@macdonalddevin.com

Michael D. Napoli    mnapoli@coxsmith.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Angel L. Tang    Angel_Tang@aporter.com, Angel.Tang@aporter.com

Alan Fry    alan.fry@akerman.com

Emily A. Jung    ejung@shb.com

Sarah Bunce    sarah.bunce@tuckerellis.com

Andrew Cookingham    andrew.cookingham@tklaw.com

Chris McRae    cmcrae@shb.com

William R. Stuart, III    wstuart@sillscummis.com

Timothy D. Ryan    tryan@schellcooley.com

**TXW/3:13-cv-00356 Notice will not be electronically mailed to:**

Atrium Medical Corporation
5 Wentworth Drive
Hudson, NH 03051

Baxter International, Inc.
One Baxter Parkway
Deerfield, IL 60015-4625

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760

C.R. Bard, Inc.
730 Central Avenue
Murrary Hill, NJ 07974

CL Medical, Inc.
165 Washington Street
Suite 2A
Winchester, MA 01890

Coloplast Corp.
1601 West River Road North
Minneapolis, MN 55411

Coloplast Manufacturing US, LLC
1601 West River Road North
Minneapolis, MN 55411

Cook Group, Inc.
P.O. Box 489
Bloomington, IN 47402-0489

Cook Medical, Inc.
1025 Acuff Road
P.O. Box 4195
Bloomington, IN 47402-4195

Cook Urological, Inc.
1100 West Morgan Street
Spencer, IN 47460

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Ethicon, LLC
Route 22 West
Sommerville, NJ 08876

Generic Medical Devices, Inc.
5727 Baker Way N.W., Suite 201
Gig Harbor, WA 98332-5811

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Mentor Worldwide LLC
201 Mentor Drive
Santa Barbara, CA 93111

Neomedic International, S.L.
2655 Le Jeune Road
Suite 810
Coral Gables, FL 33134

Neomedic, Inc.
2655 Le Jeune Road, Suite 810
Coral Gables, FL 33134

Synovis Lifetechnologies, Inc.
2575 University Avenue West
St. Paul, MN 55114-1024

Lauren Colton
100 International Drive, Suite 2000
Baltimore, MD 21202

Phoebe Wilkinson
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022

**TXW/3:13-cv-00361 Notice has been electronically mailed to:**

Richard Jr North    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, eric.zaytzeff@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold    karnold@arnolditkin.com, hpeno@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Russell W Schell    RSchell@schellcooley.com

John H Martin      john.martin@tklaw.com

Hugh J Turner      hugh.turner@akerman.com, david.grasher@akerman.com,
emily.bartkowicz@akerman.com

Steven G Reade      steven.reade@aporter.com

Bruce Davidson Oakley      bruce.oakley@hoganlovells.com

J. Steve Mostyn      eaharris@mostynlaw.com

Alejandro Acosta, Jr      aacosta@bickerstaff.com

Jane Elizabeth Bockus      jbockus@coxsmith.com

Julie A Hardin      jhardin@reedsmith.com

Jon A. Strongman      jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com,
hkemery@shb.com

William R. Stuart, III      wstuart@sillscummis.com

Ronn Kreps      rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

Tracy G. Weiss      tweiss@reedsmith.com, cshayka@reedsmith.com

Dustin Rawlin      dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

David Scott Hartnett      dhartnett@shb.com

Noah Wexler      nwexler@arnolditkin.com, hpeno@arnolditkin.com

Lana K. Varney      lana.varney@nortonrosefulbright.com, anne.grigg@nortonrosefulbright.com,
holly.kipp@nortonrosefulbright.com

Kathleen A Frazier      kfrazier@shb.com

Adrienne L. Hernandez      ahernandez@shb.com

Amanda Shelton      amanda.shelton@nelsonmullins.com

Micah Hobbs      mhobbs@shb.com

Robert Bruce Hurley, Jr      bhurley@kslaw.com

David M. Macdonald      dmacdonald@macdonalddevin.com

Michael D. Napoli      mnapoli@coxsmith.com

Jennise Walker Stubbs    jstubbs@shb.com, rmeier@shb.com

Michelle Johnson    michelle.johnson@nelsonmullins.com

Angel L. Tang    Angel_Tang@aporter.com, Angel.Tang@aporter.com

Alan Fry    alan.fry@akerman.com

Emily A. Jung    ejung@shb.com

Sarah Bunce    sarah.bunce@tuckerellis.com

Andrew Cookingham    andrew.cookingham@tklaw.com

Chris McRae    cmcrae@shb.com

Timothy D. Ryan    tryan@schellcooley.com

**TXW/3:13-cv-00361 Notice will not be electronically mailed to:**

Atrium Medical Corporation
5 Wentworth Drive
Hudson, NH 03051

Baxter International, Inc.
One Baxter Parkway
Deerfield, IL 60015-4625

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760

C.R. Bard, Inc.
c/o Registered Agent
730 Central Avenue
Murray Hill, NJ 07974

Coloplast Corp.
1601 West River Road North
Minneapolis, MN 55411

Coloplast Manufacturing US, LLC
1601 West River Road North
Minneapolis, MN 55411

Cook Group, Inc.
P.O. Box 489
Bloomington, IN 47402-0489

Cook Medical, Inc.

1025 Acuff Road
P.O. Box 4195
Bloomington, IN 47402-4195

Cook Urological, Inc.
1100 West Morgan Street
Spencer, IN 47460

Covidien
15 Hampshire Street
Mansfield, MA 02048

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Ethicon, LLC
Route 22 West
Sommerville, NJ 08876

Generic Medical Devices, Inc.
5727 Baker Way N.W., Suite 201
Gig Harbor, WA 98332-5811

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Mentor Worldwide LLC
201 Mentor Drive
Santa Barbara, CA 93111

Neomedic International, S.L.
2655 Le Jeune Road
Suite 810
Coral Gables, FL 33134

Neomedic, Inc.
2655 Le Jeune Road, Suite 810
Coral Gables, FL 33134

Synovis Lifetechnologies, Inc.
2575 University Avenue West
St. Paul, MN 55114-1024

Lauren Colton
100 International Drive, Suite 2000
Baltimore, MD 21202

Phoebe Wilkinson
HOGAN LOVELLS

875 Third Avenue
New York, NY 10022

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/25/2013] [FileNumber=426351-0]
[72eb1dd989f377eaf083b749dc00e0c625e1fcce74710458366dc794477b080dfcb2
013399841181b4619ebe7dc1e5ca2106464e52f004df7aa767f4e691da1b]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## AMENDED CROSS NOTICE OF VIDEO DEPOSITION OF DANIEL J. CHRISTENSEN

TO:         ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE that the deposition of DANIEL J. CHRISTENSEN will be taken jointly in connection with *In Re American Medical Systems, Inc. MDL No. 2325, Pelvic Repair System Products Liability Litigation*, upon oral examination on January 28, 2014, at 9:00 a.m. CST, at 701 Brazos Street, Suite 420, Austin, Texas.

      PLEASE TAKE FURTHER NOTICE that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re American Medical Systems, Inc. MDL No. 2325, Pelvic Repair System Products Liability Litigation* and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.



EXHIBIT

tabbies

This deposition will be taken before a person authorized by law to administer oaths and video-taped.

Dated:  January 22, 2014

Respectfully submitted,

/s/Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/Christy D. Jones_____
Christy D. Jones

ButlerSnow 18985125v1

3

Case 2:12-md-02327   Document 915-1   Filed 11/05/13   Page 1 of 9 PageID #: 10697

AO 88B  (Rev  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| In re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation | ) |
| *Defendant* | ) |

Civil Action No.   MDL No. 2327

*(If the action is pending in another district, state where:)*
Southern District of West Virginia

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Daniel J. Christensen, MedStar Funding, 7301 RR 620 North, Suite 155-344, Austin, Texas  78726

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

| Place:  Laura Dixon c/o Butler Snow 1020 Highland Colony Parkway, Suite 1400 Ridgeland, MS  39157 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  11/5/13

CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk*   *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
Laura Dixon, Butler Snow, 1020 Highland Colony Parkway, Suite 1400  , who issues or requests this subpoena, are:
Ridgeland, MS 39157 Telephone: 601-948-5711 laura.dixon@butlersnow.com

Exhibit A

EXHIBIT K

Case 2:12-md-02327   Document 915-1   Filed 11/05/13   Page 2 of 9 PageID #: 10698

AO 88B (Rev  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   MDL No. 2327

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                          *Server's signature*

                                 _____
                                          *Printed name and title*

                                 _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

_____

THIS DOCUMENT RELATES TO ALL CASES

**EXHIBIT A TO SUBPOENA
FOR PRODUCTION OF DOCUMENTS TO DANIEL J. CHRISTENSEN,
MEDSTAR FUNDING**

**INSTRUCTIONS**

For purposes of this Subpoena to Produce Documents, Information or Objects and the document requests contained herein, the term "document" includes all writings, drawings, graphs, charts, photographs, and other data compilations from which information can be obtained related to Otto Fisher, Physicians Surgical Group, One Point Orthopedic and Neurosurgical Group, and any other entity operated by Mr. Fisher, to the extent that the documents involve, arise from, or are pertinent to treatment rendered to or arranged for Plaintiffs in this litigation. *See* Fed. R. Civ. P. 34(a). *See also In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation*, MDL No. 2325, PTO No. 88 (S.D.W. Va. Oct. 11, 2013).

If any responsive information, document or thing is withheld on the ground that it is privileged, that information, document or thing shall be described with sufficient particularity pursuant to Fed. R. Civ. P. 26(b)(5) (including date, author, recipient(s), subject matter, and factual and legal basis for privilege) to permit a determination as to whether respondent has demonstrated entitlement to and application for the protection invoked.

5961203 v1

These instructions and definitions should be construed to require responses based upon the knowledge of, and information available to, the responding party as well as agents and representatives.

These Requests include all documents and information in the possession, custody, or control, of you, your agents, and your representatives, including but not limited to your attorneys.

If you object to any of the definitions or instructions applicable to these Requests, state your objection in your response and clearly indicate whether you are complying with the definition or instruction, notwithstanding your objection.

For each document requested, produce the entire document, including all appendices, exhibits or other attachments. For each document requested, produce all non-identical copies of a document. Any alteration of a document, including but not limited to any handwriting, underlining, highlighting, stamps, drafts, revisions or modifications, is a separate and distinct document and must be produced.

If a document contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible without disclosing the privileged materials. If a privilege is asserted with regard to part of the material contained in a document, you must clearly indicate the portions as to which the privilege is claimed. When a document has been redacted or altered in any fashion, you shall identify, as to each document, the reason for redaction or alteration, the date of redaction or alteration and the person performing the redaction or alteration. Any redaction must be clearly visible on the redacted documents.

If you object to any part of any Request, you shall produce all documents that are responsive to the portions of any of the Requests to which the objection does not apply.

2

You shall construe the request for a document to include a request for all copies, versions and drafts of the requested document, and all transmittal sheets, cover letters, enclosures or attachments relating to the requested document.

## DEFINITIONS

A.      "The bellwether plaintiffs" or "a bellwether plaintiff" shall mean Carolyn Lewis, Tonya Edwards, and Jo Huskey, individually or collectively.

B.      "Ethicon and J&J" shall mean Ethicon, Inc. and Johnson and Johnson and any of their directors, agents, servants, employees, or representatives.

C.      "Document" is synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a). A draft or non-identical copy is a separate document.

D.      "Funds" or "Funding" shall mean any offer of payment, compensation, and/or other incentive, including monetary or non-monetary benefits.

E.      "Identify" when referring to a person means to give, to the extent known, the person's full name and present or last known address. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

F.      "Identify" when referring to documents means to give, to the extent known, the

1.      type of document,

2.      general subject matter,

3.      author(s), addressee(s), and recipients(s), and

4.      date the document was prepared.

G.      "Person" means any natural person or any business, legal or governmental entity or association.

3

H.     "You" and "Your" shall mean Medstar Funding and its employees, agents, officers, directors, members, shareholders, managers, partners, attorneys and any other individual acting or purporting to act on its behalf, including Daniel J. Christensen.

## DOCUMENTS TO BE PRODUCED

1.     Any and all documents referencing mesh revision or excision surgery in the case of a bellwether plaintiff including, but not limited to:

  a. A copy of any agreement to provide funding between you and the funding recipient;

  b. Documents referencing the amount of funds disbursed by you to the funding recipient to date;

  c. A copy of any and all correspondence between you and the funding recipient; and

  d. A copy of any and all correspondence between you and the bellwether plaintiffs or counsel for the bellwether plaintiffs.

2.     Any and all documents referencing referrals for revision or excision surgery in the case of a bellwether plaintiff including, but not limited to:

  a. Documents identifying the name of the physician to whom a bellwether plaintiff was referred;

  b. Documents identifying the date of surgery;

  c. A copy of the operative report;

  d. A copy of any and all correspondence between you and the physician to whom a bellwether plaintiff was referred; and

  e. A copy of any and all correspondence between you and a bellwether plaintiff or counsel for a bellwether plaintiff.

3.     Any and all documents referencing mesh revision or excision surgery for any other woman who has filed or served a lawsuit against Ethicon and J&J with regard to Ethicon and J&J's female pelvic mesh products utilized for the treatment of stress urinary incontinence or pelvic organ prolapse, including those women with cases currently consolidated before the United States District Court for the Southern District of West Virginia (MDL No. 2327) as

4

identified in the attached Exhibit B (also referred to as "the patient") including, but not limited to:

      a.    A copy of any agreement to provide funding between you and the funding recipient;

      b.    Documents referencing the amount of funds disbursed by you to the funding recipient to date;

      c.    A copy of any and all correspondence between you and the funding recipient; and

      d.    A copy of any and all correspondence between you and the patient or counsel for the patient.

4.     Any and all documents referencing referrals for revision or excision surgery for any other woman who has filed or served a lawsuit against Ethicon and J&J with regard to Ethicon and J&J's women's pelvic mesh products utilized for the treatment of stress urinary incontinence or pelvic organ prolapse, including those women with cases currently consolidated before the United States District Court for the Southern District of West Virginia (MDL No. 2327) as identified in the attached Exhibit B (also referred to as "the patient") including, but not limited to:

      a.    Documents identifying the name of the patient;

      b.    Documents identifying the name of the physician to whom the patient was referred;

      c.    Documents identifying the date of surgery;

      d.    A copy of the operative report;

      e.    A copy of any and all correspondence between you and the physician to whom the patient was referred; and

      f.    A copy of any and all correspondence between you and the patient or counsel for the patient.

5.     Any and all documents referencing the physicians who have agreed or refused to take referrals for mesh revision or excision surgery from you, including, but not limited to:

a.   Documents, including lists, identifying those physicians by name and address; and

b.   Documents identifying the number of cases you have referred to each physician.

Dated: _Nov 5_____, 2013.

Respectfully submitted,

/s/Christy D. Jones_____
Christy D. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

/s/ David B. Thomas_____
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

6

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas (Austin)

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   MDL No. 2325 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC. | ) | |
| PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Southern District of West Virginia       ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  MedStar Funding
     7301 RR 620 North, Suite 155-344, Austin, TX 78726

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit A attached.

| Place:  REED SMITH LLP<br>         2500 One Liberty Place, 1650 Market Street<br>         Philadelphia, PA  19103-7301 | Date and Time:<br><br>        09/16/2013 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ____08/30/2013____

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | /s/ Barbara R. Binis |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____Defendant_____
AMERICAN MEDICAL SYSTEMS, INC._____ , who issues or requests this subpoena, are:
Barbara R. Binis; REED SMITH LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103-7301; bbinis@reedsmith.com; (215) 241-7948

**EXHIBIT**

**L**

Case 2:12-md-02325   Document 855   Filed 08/30/13   Page 3 of 48 PageID #: 11787

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   MDL No. 2325

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

    ☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*

  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

  **(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*

  **(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

  **(i)** fails to allow a reasonable time to comply;

  **(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

  **(iv)** subjects a person to undue burden.

  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

  **(i)** disclosing a trade secret or other confidential research, development, or commercial information;

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

  **(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*

  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

  **(i)** expressly make the claim; and

  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY
LITIGATION

MDL No.  2325

-------------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## EXHIBIT A TO SUBPOENA
## FOR PRODUCTION OF DOCUMENTS TO MEDSTAR FUNDING

### INSTRUCTIONS

For purposes of this Subpoena to Produce Documents, Information or Objects and the document requests contained herein, the term "document" includes all writings, drawings, graphs, charts, photographs, and other data compilations from which information can be obtained. *See* Fed. R. Civ. P. 34(a).

If any responsive information, document or thing is withheld on the ground that it is privileged, that information, document or thing shall be described with sufficient particularity pursuant to Fed. R. Civ. P. 26(b)(5) (including date, author, recipient(s), subject matter, and factual and legal basis for privilege) to permit a determination as to whether respondent has demonstrated entitlement to and application for the protection invoked.

These instructions and definitions should be construed to require responses based upon the knowledge of, and information available to, the responding party as well as agents and representatives.

These Requests include all documents and information in the possession, custody, or control, of you, your agents, and your representatives, including but not limited to your attorneys.

If you object to any of the definitions or instructions applicable to these Requests, state your objection in your response and clearly indicate whether you are complying with the definition or instruction, notwithstanding your objection.

For each document requested, produce the entire document, including all appendices, exhibits or other attachments.

For each document requested, produce all non-identical copies of a document. Any alteration of a document, including but not limited to any handwriting, underlining, highlighting, stamps, drafts, revisions or modifications, is a separate and distinct document and must be produced.

If a document contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible without disclosing the privileged materials. If a privilege is asserted with regard to part of the material contain in a document, you must clearly indicate the portions as to which the privilege is claimed. When a document has been redacted, or altered in any fashion, you shall identify, as to each document, the reason for redaction or alteration, the date of redaction or alteration and the person performing the redaction or alteration. Any redaction must be clearly visible on the redacted documents.

If you object to any part of any Request, you shall produce all documents that are responsive to the portions of any of the Requests to which the objection does not apply.

- 2 -

Case 2:12-md-02325   Document 855   Filed 08/30/13   Page 7 of 48 PageID #: 11791

You shall construe the request for a document to include a request for all copies, versions and drafts of the requested document, and all transmittal sheets, cover letters, enclosures or attachments relating to the requested document.

### DEFINITIONS

A.      "AMS" shall mean American Medical Systems, Inc. and any of its directors, agents, servants, employees, or representatives.

B.      "Document" is synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a).  A draft or non-identical copy is a separate document.

C.      "Funds" or "Funding" shall mean any offer of payment, compensation, and/or other incentive, including monetary or non-monetary benefits.

D.      "Identify" when referring to a person means to give, to the extent known, the person's full name and present or last known address.  Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

E.      "Identify" when referring to documents means to give, to the extent known, the

1.      type of document,

2.      general subject matter,

3.      author(s), addressee(s), and recipients(s), and

4.      date the document was prepared.

F.      "Person" means any natural person or any business, legal or governmental entity or association.

- 3 -

G.     "You" and "Your" shall mean Medstar Funding and its employees, agents, officers, directors, members, shareholders, managers, partners, attorneys and any other individual acting or purporting to act on its behalf.

## DOCUMENTS TO BE PRODUCED

1.     Any and all documents referencing mesh revision or excision surgery in the case of Lisa Marie Fontes, Deborah Jilovec, Joann Serrano, and/or Mary Weiler including, but not limited to, the following documents:

    a.  A copy of any agreement to provide funding between you and the funding recipient;

    b.  Documents referencing the amount of funds disbursed by you to the funding recipient to date;

    c.  A copy of any and all correspondence between you and the funding recipient; and

    d.  A copy of any and all correspondence between you and Ms. Fontes, Ms. Jilovec, Ms. Serrano, or Ms. Weiler or counsel for Ms. Fontes, Ms. Jilovec, Ms. Serrano, or Ms. Weiler.

2.     Any and all documents referencing referrals for revision or excision surgery in the case of Lisa Marie Fontes, Deborah Jilovec, Joann Serrano, or Mary Weiler including, but not limited to:

    a.  Documents identifying the name of the physician to whom Ms. Fontes, Ms. Jilovec, Ms. Serrano, or Ms. Weiler was referred;

    b.  Documents identifying the date of surgery;

    c.  A copy of the operative report;

    d.  A copy of any and all correspondence between you and the physician to whom Ms. Fontes, Ms. Jilovec, Ms. Serrano, or Ms. Weiler was referred; and

e.   A copy of any and all correspondence between you and Ms. Fontes, Ms. Jilovec, Ms. Serrano, or Ms. Weiler or counsel for Ms. Fontes, Ms. Jilovec, Ms. Serrano, or Ms. Weiler.

3.      Any and all documents referencing mesh revision or excision surgery for any other woman who has filed a lawsuit against AMS with regard to AMS's female pelvic mesh products utilized for the treatment of stress urinary incontinence or pelvic organ prolapse, including those women with cases currently consolidated before the United States District Court for the Southern District of West Virginia (MDL 2325) as identified in the attached Exhibit B (also referred to as "the patient") including, but not limited to:

a.   A copy of any agreement to provide funding between you and the funding recipient;

b.   Documents referencing the amount of funds disbursed by you to the funding recipient to date;

c.   A copy of any and all correspondence between you and the funding recipient; and

d.   A copy of any and all correspondence between you and the patient or counsel for the patient.

4.      Any and all documents referencing referrals for revision or excision surgery for any other woman who has filed a lawsuit against AMS with regard to AMS's women's pelvic mesh products utilized for the treatment of stress urinary incontinence or pelvic organ prolapse, including those women with cases currently consolidated before the United States District Court for the Southern District of West Virginia (MDL 2325) as identified in the attached Exhibit B (also referred to as "the patient") including, but not limited to:

a.   Documents identifying the name of the patient;

b.   Documents identifying the name of the physician to whom the  was referred;

c.   Documents identifying the date of surgery;

    d.   A copy of the operative report;

    e.   A copy of any and all correspondence between you and the physician to whom the patient was referred; and

    f.   A copy of any and all correspondence between you and the patient or counsel for the patient.

5.      Any and all documents referencing the physicians who have agreed or refused to take referrals for mesh revision or excision surgery from you, including, but not limited to:

    a.   Documents, including lists, identifying those physicians by name and address; and

    b.   Documents identifying the number of cases you have referred to each physician.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: C. R. BARD, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY | MDL No. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY | MDL No. 2326 |
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY | MDL No. 2327 |
| IN RE: COLOPLAST CORP. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY | MDL No. 2387 |

Honorable Joseph R. Goodwin
United States District Court Judge

THIS DOCUMENT APPLIES TO ALL CASES

## CERTIFICATE OF SERVICE

I, James S. Crockett, Jr., do hereby certify that on January 24, 2014, I electronically filed the foregoing "**Emergency Motion for Protective Order**" with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James S. Crockett, Jr.
James S. Crockett, Jr. (WV State Bar No. 9229)