UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------ x
IN RE ETHICON, INC., PELVIC REPAIR : CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY :
LITIGATION : MDL No. 2327
------------------------------------------------------------ :
: Judge Joseph R. Goodwin
This Document Applies To All Actions :
------------------------------------------------------------ x

**NOTICE OF SUPPLEMENTAL AUTHORITY TO
PLAINTIFFS' MOTION FOR A FINDING OF SPOLIATION AND FOR SANCTIONS**

COMES NOW, the plaintiffs in the above entitled action, and submits the attached Order[1], entered yesterday by the Hon. Rebecca F. Doherty, United States District Judge for the Western District of Louisiana, in the case of *In Re: Actos (Pioglitazone) Products Liability Litigation,* as supplemental authority to Plaintiffs' motion for a finding of spoliation and for sanctions, and the Plaintiff's would suggest to this Honorable Court that a similar course of action be followed in the upcoming *Lewis* bellwether trial.

Dated: January 28, 2014                Respectfully submitted,


/s/ D. Renee Baggett
D. RENEE BAGGETT
BRYAN F. AYLSTOCK
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
P: 850-202-1010
F: 850-916-7449
Rbaggett@awkolaw.com
Baylstock@awkolaw.com

---

[1] Ex. 1 – Order, *In Re: Actos (Pioglitazone) Products Liability Litigation,* MDL No. 6:11-md-2299, 1/27/14.

2

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
P: 816-701-1102
F: 816-531-2372
tcartmell@wcllp.com
http://www.wagstaffcartmell.com/

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing memorandum on January 28, 2014, using the Court's CM-ECF filing system, thereby sending of the filing to all counsel of record for this matter.

                                                /s/ D. Renee Baggett
                                                D. Renee Baggett