IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

THIS DOCUMENT RELATES TO ALL CASES

PRETRIAL ORDER # 98
(Bellwether Case Selections – Round III Prolift Trial Plaintiffs & ReScheduling or Trial)

Pursuant to PTO # 64, the parties submitted to the court, selections for Prolift bellwether cases. By that PTO, trial was scheduled to begin on August 19, 2014, but by this order, it is **RESCHEDULED** to **December 4, 2014.** The court has carefully reviewed and considered the parties' submissions and **ORDERS** that the following cases are selected (in order) as Prolift bellwether cases in this MDL:

- *Dianne M. Bellew v. Ethicon, Inc., et al.*        2:13-cv-22473
- *Brenda Lehrer v. Ethicon, Inc., et al.*            2:12-cv-08157

The parties are instructed to submit via email, a proposed Docket Control Order on or before **February 5, 2014,** working up both cases for trial on December 4, 2014. As has been the court's practice previously, if the first case is not ready or has settled, the court will move to the next case and so on.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 *and in each of the cases listed above,* and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and

including civil action number 2:14-cv-05489. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: January 29, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE