USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
AT Charleston

In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

v.

CASE NUMBER 2:12-MD-02327

**REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD**

Requestor's name: David B. Thomas

Address: Thomas Combs & Spann, PLLC 300 Summers Street, Suite 1380, Charleston WV 25301

Telephone: 304-414-1817    Fax: 304-414-1801

E-mail address: dthomas@tcspllc.com

Judicial officer presiding: Honorable Cheryl A. Eifert

Proceeding date(s): January 29, 2014

Proceeding location(s): Huntington, WV

Proceeding type(s)[1]: Motion Hearing

Attorney present at hearing (list all attorneys):

David B. Thomas

Witness called at proceeding (list all witnesses):

None

Court reporter name/Tape number/Courtflow: Courtflow

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

- ☐ Ordinary transcript (due 30 days from date assigned to court reporter)
- ☐ Daily (due by 5:00 PM the day following assignment to court reporter)
- ☐ 14-Day transcript (due 14 days from date assigned to court reporter)
- ☐ Hourly
- ☑ Expedited (due 7 days from date assigned to court reporter)
- ☐ Copy of an audio tape or CD of an electronically recorded proceeding

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

Please email the transcript to Robyn Davis at rdavis@tcspllc.com

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein. Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: s/David B. Thomas         Date: January 29, 2014
*Requestor's Signature or e-Signature*

- ☑ Attorney (Civil or Criminal)
- ☐ Assistant United States Attorney
- ☐ CJA Attorney (completed CJA-24 attached)
- ☐ Pro Se Litigant
- ☐ Federal Public Defender

---

**FOR OFFICIAL COURT USE ONLY:**

Court reporter assigned:

Date assigned:

Delivery method:

- ☐ Hold for pickup
- ☐ Mail to above address
- ☐ Mail to:
- ☐ Ship overnight:
  via _____  Account no.: _____  Priority: _____