Session:2014-01-29  Division:DEF  Courtroom:Huntington
Date:2014/01/29  Judge:Eifert, Cheryl A.

Case ID:0001

    Case number:2:12-md-02325,  2:10-md-02187, 2:12-md-02326, 2:12-md-02327 and  2:12-md-2387
    Judge: Eifert, Cheryl A.
    Courtroom Deputy: Mann, Sharon
    Defendant: American Medical System, Inc. , C. R. Bard, Inc., Boston Scientific Corp., Ethicon, Inc.,  Coloplast Corp.

**2014/01/29**

| Time | Event |
|---|---|
| 09:48:46 | **System : Start Recording**<br>Record: Case Code:0001, New Case |
| 09:48:46 | **System : New Case**<br>Case: 2:12-md-02325, American Medical System, Inc. et al |
| 09:50:30 | **Annotation**<br>TELEPHONIC MOTION HEARING: Re Emergency Motion for Protective Order and Hearing (ECF No. 1065) |
| 09:50:30 | |
| 09:51:31 | Attorneys: Alex Macia, James S. Crockett, Jr. |
| 09:54:24 | Janna S. Nugent, James B. Matthews, III |
| 09:54:25 | Jennifer Stonecipher Hill, Derrick Potts |
| 09:54:27 | Amy Eskin, Barbara R. Binis |
| 09:54:28 | Erik W. Legg, Rachael Weil |
| 09:54:29 | Adrienne L. Hernandez, Michael Bonasso |
| 09:54:33 | Aimee H. Wagstaff, Laura H. Dixon |
| 09:54:42 | William M. Gage |
| 09:54:55 | Renee Baggett |
| 09:55:04 | Steve Huffaker |
| 10:03:35 | Bryan F. Alystock |
| 10:03:36 | |
| 10:03:42 | |
| 10:03:43 | |
| 10:03:45 | Judge called to the bench by Courtroom Deputy |
| 10:04:49 | **Judge: Eifert, Cheryl A.**<br>called case, noted case numbers for each case |
| 10:06:02 | **Annotation**<br>Discussion with the Court and parties regarding the emergency motion |
| 10:39:06 | **Judge: Eifert, Cheryl A.**<br>denies motion for protective order in  C. R. Bard, Inc., Boston Scientific Corp., Ethicon, Inc., Coloplast Corp. |
| 10:40:10 | grants motion for protective order in American Medical Systems, Inc. |
| 10:41:31 | **Annotation**<br>discussion with the parties about time frame on next conference call |
| 10:45:44 | Hearing adjourned |
| 10:45:55 | **System : Stop Recording**<br>Stop: Case Code:0001 |