Case 2:12-md-02327   Document 1061   Filed 01/29/14   Page 1 of 1 PageID #: 14039

Session:2014-01-29
Date:2014/01/29
Division:DEF
Judge:Eifert, Cheryl A.
Courtroom:Huntington

Case ID:0002

Case number:2:12-md-02327
Judge: Eifert, Cheryl A.
Courtroom Deputy: Mann, Sharon
Defendant: Ethicon, Inc. , Pelvic Repair Systerm Products Liability Litigation

**2014/01/29**

| Time | Event |
|---|---|
| 10:47:27 | **System : Start Recording** |
| | Record: Case Code:0002, New Case |
| 10:47:27 | **System : New Case** |
| | Case: 2:12-md-02327, Ethicon, Inc. |
| 10:47:56 | **Annotation** |
| | TELEPHONIC CONFERENCE |
| 10:48:20 | Judge called to the bench by Courtroom Deputy |
| 10:48:29 | Attorney Bryan Alystock |
| 10:48:47 | Attorney Daniel J. Thornburgh |
| 10:48:50 | Attorney Renee D. Baggett |
| 10:49:18 | Attorney Jeffrey Kuntz |
| 10:49:20 | Attorney William M. Gage with David B. Thomas |
| 10:49:25 | Richard Bernardo and Ben Watson |
| 10:50:14 | **Judge: Eifert, Cheryl A.** |
| | called case, noted appearances of counsel |
| 10:51:29 | **Annotation** |
| | Bryan Aylstock responds to the Court on behalf of the Plaintiff |
| 10:57:11 | Mr. Bernardo speaks to the Court on his first issue |
| 11:07:13 | **Judge: Eifert, Cheryl A.** |
| | responds to the parties regarding technical support at Ethicon |
| 11:10:19 | **Annotation** |
| | Bryan Aylstock responds to the court regarding their 2nd issue |
| 11:14:37 | David B. Thomas responds regarding deposition issue |
| 11:20:26 | discussion continues with the parties |
| 11:25:34 | **Judge: Eifert, Cheryl A.** |
| | responds to the parties regarding deposition of Dr. Barbolt |
| 11:32:26 | discussion with the parties about Request for Admissions |
| 11:33:53 | **Annotation** |
| | Hearing adjourned |
| 11:34:03 | **System : Stop Recording** |
| | Stop: Case Code:0002 |