**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327 MDL 2327 |
| **THIS DOCUMENT RELATES TO ALL CASES** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**CROSS NOTICE OF VIDEO DEPOSITION OF OTTO FISHER**

TO:      ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of OTTO FISHER will be taken jointly in connection with *In Re American Medical Systems, Inc. MDL No. 2325, Pelvic Repair System Products Liability Litigation*, upon oral examination on February 5, 2014, at 9:00 a.m., at Greenberg Traurig, LLP, 401 East Las Olas Boulevard, Suite 2000, Fort Lauderdale, Florida, 33301.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re American Medical Systems, Inc. MDL No. 2325, Pelvic Repair System Products Liability*

*Litigation* and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

      This deposition will be taken before a person authorized by law to administer oaths and video-taped.

Dated: January 31, 2014.

                            Respectfully submitted,

                            /s/Christy D. Jones
                            Christy D. Jones
                            BUTLER SNOW LLP
                            1020 Highland Colony Parkway
                            Suite 1400 (39157)
                            P.O. Box 6010
                            Ridgeland, MS 39158-6010
                            (601) 985-4523
                            Christy.jones@butlersnow.com

                            /s/ David B. Thomas
                            David B. Thomas (W.Va. Bar #3731)
                            Thomas Combs & Spann PLLC
                            300 Summers Street
                            Suite 1380 (25301)
                            P.O. Box 3824
                            Charleston, WV 25338
                            (304) 414-1807
                            dthomas@tcspllc.com


                            COUNSEL FOR DEFENDANTS
                            ETHICON, INC. AND
                            JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

<u>/Christy D. Jones</u>_____<br>
Christy D. Jones

ButlerSnow 19324080v1