UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 <br><br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |
| | |

NOTICE OF ISSUANCE OF SUBPOENA TO
OTTO FISHER AND
ONE POINT ORTHOPEDIC AND NEUROSURGICAL GROUP, INC.

PLEASE TAKE NOTICE, pursuant to *Federal Rule of Civil Procedure 45* and to the

Subpoena and Proof of Service, attached hereto as Exhibit A, that the undersigned attorney for

defendants Ethicon, Inc. and Johnson & Johnson have issued a Subpoena to Otto Fisher and One

Point Orthopedic and Neurosurgical Group, Inc. to produce copies of all documents set out in

Exhibit A to the attached Subpoena.

Dated: January 31, 2014

Respectfully submitted,

*Is! Christy D. Jones*
CHRISTY D. JONES
Butler Snow, LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Phone: (601) 985-4567 Fax: (601) 985-4500
christy.jones@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*Is! Christy D. Jones*

CHRISTY D. JONES