# EXHIBIT B

| | |
|---|---|
| **From:** | Bryan Aylstock |
| **Sent:** | Tuesday, December 17, 2013 4:20 PM |
| **To:** | Jason Richards; 'Diane K. Watkins'; Michelle Goldwasser |
| **Cc:** | Renee Baggett; Tom P. Cartmell; Renee Baggett |
| **Subject:** | RE: Responses to RFAs |

Looks great. Thanks a ton Jason.

Betsy can you please put on our letterhead and shoot it out. Just put over Renee's sig as co-lead counsel. Please send today.