Session:2014-02-06  Division:  Courtroom:Huntington
Date:2014/02/06  Judge:Eifert, Cheryl A.

Case ID:0006

Case number:2:12-md-02327 and 2:12-cv-04301
Judge: Eifert, Cheryl A.
Courtroom Deputy: Mann, Sharon
Defendant: Ethicon, Inc.  Pelvic Repair Systerm

**2014/02/06**

| Time | Event |
|---|---|
| 11:26:26 | **System : Start Recording** |
| | Record: Case Code:0006, New Case |
| 11:26:26 | **System : New Case** |
| | Case: 2:12-md-02327, and 2:12-cv-04301 |
| 11:27:20 | **Annotation** |
| | TELEPHONIC HEARING on Issue of Scheduling Deposition of Mittenthan, DeBene Esse |
| 11:27:20 | Attorney: Richard Arthur Freese |
| 11:30:51 | Attorney: D. Renee Baggett |
| 11:30:53 | Attorney: Richard Bernardo |
| 11:30:54 | Attorney: William M. Gage |
| 11:30:55 | Attorney: Bryan F. Aylstock |
| 11:30:56 | Attorney: Anita Modak-Truran |
| 11:30:57 | Attorney: Christy D. Jones |
| 11:30:58 | |
| 11:31:03 | Judge called to the bench by Courtroom Deputy |
| 11:32:26 | Richard Freese addresses the Court regarding the deposition |
| 11:36:26 | Bryan Aylstock addresses the Court regarding the deposition |
| 11:38:00 | Richard Bernardo address the Court regarding the deposition |
| 11:43:03 | **Judge: Eifert, Cheryl A.** |
| | Addresses the parties regarding the deposition |
| 11:43:32 | **Annotation** |
| | Bryan Alystock responded to the Court |
| 11:44:16 | discussion continues with the Court and the parties |
| 11:56:36 | **Judge: Eifert, Cheryl A.** |
| | allows the plaintiffs to take a  two hour deposition of Mr. Mittenthan |
| 12:00:08 | **Annotation** |
| | discussion continues with the parties regarding scheduling |
| 12:05:33 | **Judge: Eifert, Cheryl A.** |
| | **Hearing Adjourned** |
| 12:05:39 | **System : Stop Recording** |
| | Stop: Case Code:0006 |