**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**In re: Ethicon, Inc.**
**Pelvic Repair System**                                                         **MDL: 2327**
**Products Liability Litigation**

This Document Relates to All Cases

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Attorney Jessica E. Murray moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

                                                  Respectfully Submitted,

                                                  */s/ Jessica E. Murray*
                                                  Jessica E. Murray
                                                  MS Bar No. 103847
                                                  Langston & Langston, PLLC
                                                  201 N. President Street
                                                  Jackson, MS  39201
                                                  T: 601-969-1356
                                                  F: 601-968-3866

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 7th day of February, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which should have automatically sent notification of this filing to all participants registered to receive service in the MDL.

                                                  */s/ Jessica E. Murray*
                                                  Jessica E. Murray