### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**In re: Ethicon, Inc.**
**Pelvic Repair System**                                                **MDL: 2327**
**Products Liability Litigation**

This Document Relates to All Cases

### ORDER

Pending is Jessica E. Murray's Motion to Withdraw as Counsel, filed February 7, 2014.

Ms. Murray seeks an order ranting her leave to withdraw from all member actions in which she

has appeared in MDL 2327.  It is ORDERED that Ms. Murray's Motion is GRANTED.  The

Clerk is instructed to terminate Ms. Murray where she appears as counsel for any party in this

MDL and in any member case in this MDL.

The Court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and in each

member case in which Ms. Murray has appeared.

Entered this the _____ day of _____, 2014.


_____
JOSEPH GOODWIN
UNITED STATES DISTRICT JUDGE