**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**In re: Ethicon, Inc.
Pelvic Repair System**                                                               **MDL: 2327**
**Products Liability Litigation**

This Document Relates to All Cases

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

  Attorney Jessica E. Murray moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

                  Respectfully Submitted,

                  */s/ Jessica E. Murray*
                  Jessica E. Murray
                  MS Bar No. 103847
                  Langston & Langston, PLLC
                  201 N. President Street
                  Jackson, MS  39201
                  T: 601-969-1356
                  F: 601-968-3866

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 7th day of February, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which should have automatically sent notification of this filing to all participants registered to receive service in the MDL.

                  */s/ Jessica E. Murray*
                  Jessica E. Murray