# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC ) <br> REPAIR SYSTEM PRODUCTS ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL CASES ) <br> ) <br> ) | MDL No. 2327 |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Hans H. van Zanten moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

                                                 s/ Hans H. van Zanten_____
                                                 Hans H. van Zanten    MO Bar # 52045
                                                 THE POTTS LAW FIRM, LLP
                                                 908 Broadway, 3rd Floor
                                                 Kansas City, MO 64105
                                                 (816) 931-2230
                                                 (816) 931-7030 TELEFAX
                                                 Email: hvanzanten@potts-law.com