IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC ) <br> REPAIR SYSTEM PRODUCTS ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL CASES ) <br> ) <br> ) | MDL No. 2327 |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Patrick L. Sullivan moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

                                                                                                                                     s/ Patrick L. Sullivan_____
Hans H. van Zanten    MO Bar 59804
THE POTTS LAW FIRM, LLP
908 Broadway, 3rd Floor
Kansas City, MO 64105
(816) 931-2230
(816) 931-7030 TELEFAX