IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

PENDING is Attorney Patrick L. Sullivan's Motion to Withdraw as Counsel in all member actions in which he has appeared as Counsel in MDL No. 2327, filed February 6, 2014. It is so ORDERED that Mr. Sullivan's Motion is GRANTED. The Clerk is instructed to terminate Mr. van Zanten where he appears as counsel for any party in this MDL and in any member case in this MDL.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and in each member case in which Mr. Sullivan has appeared.

Entered this _____ day of _____, 2014.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE