APPROVED and SO ORDERED.
ENTER: 2/11/2014

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**In re: Ethicon, Inc.**
**Pelvic Repair System**                                                                MDL: 2327
**Products Liability Litigation**

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

    Attorney Jessica E. Murray moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

Respectfully Submitted,

*/s/ Jessica E. Murray*
Jessica E. Murray
MS Bar No. 103847
Langston & Langston, PLLC
201 N. President Street
Jackson, MS  39201
T: 601-969-1356
F: 601-968-3866