APPROVED and SO ORDERED.
ENTER: 02/11/2014

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Patrick L. Sullivan moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

s/ Patrick L. Sullivan
Hans H. van Zanten   MO Bar 59804
THE POTTS LAW FIRM, LLP
908 Broadway, 3rd Floor
Kansas City, MO 64105
(816) 931-2230
(816) 931-7030 TELEFAX