**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | |
|---|---|
| In re: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation | 2:10-md-2187 |
| In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | 2:12-md-2325 |
| In re: Boston Scientific Corp, Pelvic Repair System Products Liability Litigation | 2:12-md-2326 |
| In re: Ethicon Inc., Pelvic Repair System Products Liability Litigation | 2:12-md-2327 |
| In re: Coloplast Corp., Pelvic Repair System Products Liability Litigation | 2:12-md-2387 |
| In re: Cook Medical Inc., Pelvic Repair System Products Liability Litigation | 2:12-md-2440 |

THIS DOCUMENT RELATES TO ALL CASES

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these MDLs.

By:   */s/ Fred Thompson III*
       Fred Thompson III
       Plaintiffs' Coordinating Co-Lead
       Counsel and Member of
       Executive Committee