**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC., PELVIC REPAIR        MDL NO. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO ALL CASES

**NOTICE OF NEW FIRM NAME AND CHANGE IN CONTACT INFORMATION**

This Notice is being filed on behalf of Aimee H. Wagstaff and Vance R. Andrus.

PLEASE TAKE NOTICE that **Andrus Hood & Wagstaff, PC,** is now doing business as **Andrus Wagstaff, PC.** The contact information has also been changed to:

Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Email: aimee.wagstaff@andruswagstaff.com
vance.andrus@andruswagstaff.com

Dated this 14th day of February, 2014.

/s/Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226
(720) 208-9414
aimee.wagstaff@andruswagstaff.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO ALL CASES

## PROOF OF SERVICE

    I hereby certify that on February 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service to this MDL.

                                                  /s/ Aimee H. Wagstaff
                                                  Aimee H. Wagstaff