**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION

                                           MDL No. 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 101
(SHOW CAUSE ORDER RE:  MOTION TO APPOINT
LIEN RESOLUTION ADMINISTRATOR)**

Pending is a Motion to Appoint Lien Resolution Administrator, filed February 14, 2014. [Docket 1090].  In the motion, Plaintiffs' Coordinating Lead Counsel and Plaintiffs' Executive Committee move for an order appointing the Garretson Resolution Group, Inc., doing business as Garretson Resolution Group ("GRG"), as the Lien Resolution Administrator ("LRA") in all six MDLs currently assigned to me, among other things.

It is **ORDERED** that counsel of record for any party in cases currently pending in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440 shall file any written opposition to entry of the Order attached to the motion referenced above [Docket 1090-2], by **February 24, 2014**, and shall thereafter be ordered to appear and show cause before this Court on **February 27, 2014,** at **10:00 a.m.** why the Court should not enter the Order in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-

10386.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: February 18, 2014

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE