UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------ x
IN RE ETHICON, INC., PELVIC REPAIR : CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY :
LITIGATION : MDL No. 2327
------------------------------------------------------------ :
: Judge Joseph R. Goodwin
This Document Applies To All Actions :
------------------------------------------------------------ X

**PLAINTIFFS' REQUEST FOR CLARIFICATION AND RECONSIDERATION OR, IN THE ALTERNATIVE, THEIR OBJECTION TO MAGISTRATE JUDGE EIFERT'S PRETRIAL ORDER # 100 GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR A FINDING OF SPOLIATION AND FOR SANCTIONS**

For the reasons set forth in the accompanying brief and exhibits, Plaintiffs respectfully request clarification and reconsideration of Pretrial Order #100, or, in the alternative, for the Court to set aside or modify Pretrial Order #100.

Dated: February 18, 2014           Respectfully submitted,

                                   /s/ D. Renee Baggett
                                   D. RENEE BAGGETT
                                   BRYAN F. AYLSTOCK
                                   Aylstock, Witkin, Kreis and Overholtz, PLC
                                   17 E. Main Street, Suite 200
                                   Pensacola, FL 32563
                                   P: 850-202-1010
                                   F: 850-916-7449
                                   rbaggett@awkolaw.com
                                   baylstock@awkolaw.com

                                   /s/ Thomas P. Cartmell
                                   THOMAS P. CARTMELL
                                   Wagstaff & Cartmell LLP
                                   4740 Grand Avenue, Suite 300
                                   Kansas City, MO 64112
                                   P: 816-701-1102
                                   F: 816-531-2372
                                   tcartmell@wcllp.com

                                   *Plaintiffs' Co-Lead Counsel*

1

/s/ Edward A. Wallace
EDWARD A. WALLACE
MARK R. MILLER
AMY E. KELLER
DAWN M. GOULET
COREY G. RAINES
Wexler Wallace LLP
55 West Monroe Street, Ste. 3300
Chicago, Illinois 60603
Ph.     312-346-2222
Fax    312-346-0022
eaw@wexlerwallace.com
mrm@wexlerwallace.com
aek@wexlerwallace.com
dmg@wexlerwallace.com
cgr@wexlerwallace.com

*Plaintiffs' Steering Committee*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on February 18, 2014, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record for this matter.

/s/ Edward A. Wallace
Edward A. Wallace