# EXHIBIT 4

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      CHARLESTON DIVISION
                             - - -
 3    IN RE:  ETHICON, INC.      :   MDL NO. 2327
      PELVIC REPAIR SYSTEM       :
 4    PRODUCTS LIABILITY         :
      LITIGATION                 :
 5
               THIS DOCUMENTS RELATES TO ALL CASES
 6                           - - -
 7         AND VARIOUS OTHER CROSS-NOTICED ACTIONS
 8                           - - -
 9                 Tuesday, August 13, 2013
10                           - - -
11        CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
12
13             Videotaped Deposition of JAMES P.
14    MITTENTHAL held at Riker Danzig Scherer Hyland
15    Perretti LLP, Headquarters Plaza, One Speedwell
16    Avenue, Morristown, New Jersey, on the above date,
17    beginning at 9:36 a.m., before Kimberly A. Overwise,
18    a Certified Realtime Reporter, Certified Court
19    Reporter, and Notary Public.
20                           - - -
21
22                GOLKOW TECHNOLOGIES, INC.
                877.370.3377 ph|917.591.5672 fax
23                     deps@golkow.com
24
25
```

Confidential - Subject to Protective Order

```
 1   served as reminders even if they were, in fact, in
 2   connection with other litigation.
 3        Q    In other words, if there was other
 4   mesh litigation and it wasn't necessarily TVT
 5   litigation, for example, it could help put an
 6   individual at the company on notice that they need
 7   to be preserving mesh-related information; correct?
 8        A    Depending on the subject matter of the
 9   notice, but yes.
10             (Exhibit No. T-2089 was marked for
11   identification.)
12   BY MR. WALLACE:
13        Q    Okay.  So let's look at the next
14   notice.  You've been handed a document that's been
15   marked as T-2089.  I'm going to ask you if you can
16   identify it for me.
17        A    It appears to be the April 27th, 2006,
18   TVT hold notice referenced in my list.
19        Q    And when you say your list, you're
20   talking about the Mittenthal 1273 which identifies
21   the dates of the holds and the product at issue;
22   right?
23        A    Yes.
24        Q    Okay.  Would you agree with me that
25   this is the second notice relating to TVT generally?
```