## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Angela Davidson<br>Phyllis Kidder<br>Ann Clark<br>Ann Marie Caiazza<br>Diana Hubble<br>Erna Ganser<br>Alicia Ford<br>Teresa Gerzewski<br>Jualene Green-Winston<br>Linda Crocker<br>Gracie Lautaret<br>Bambi Deaton-Moore<br>Rebecca Dobra<br>Lisa Elliott<br>Susan Fields<br>Ramona Floyd<br>Julia Keys<br>Krystal Kinder<br>Kathy Kirby<br>Silvia LeGrand<br>Linda Mediana-Perez<br>Sylvia Moya<br>Phylis Murvay<br>Mary Paniagua<br>Kathleen Ryan<br>Chryl Sears<br>Nancy Schroeder<br>Mary Slavens<br>Lisa Titus<br>Patricia White<br>Beverly Correia<br>Bernadine McReynolds<br>Kathleen Manata<br>Trinity Lee<br>Nicole Lovell<br>Theresa Rogers | Missouri Eastern | 4:13-cv-01765 | 2:13-cv-32364 |