**MDL 2327 - EXHIBIT A**

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Rhonda Johnson<br>Sharon Singer<br>Kathy Richardson<br>Barbara Certo<br>Karen Kittel<br>Barbara Pruitt<br>Mary Allen<br>Patsy Anglin<br>Loretta Caudle<br>Susan Chamberlain<br>Rita Courtwright<br>Ethel Holt<br>Josephine Ilg<br>Donna Kay<br>Delores King<br>Sarah Knight<br>Florence LaBombard<br>Sandra Ninemire<br>Bessie Oliver<br>Margaret Peterson<br>Melba Rice<br>Rebecca Wilson<br>Sandra Hennessey, formerly known as Sandra Palmer<br>Linda Sue Howard<br>Sandra Eldris Irving<br>Joseph Irving<br>Alice Sissom<br>Mary Tanner<br>Timothy Tanner<br>Christina Walker<br>Sharon Rae White<br>Gerald White<br>Marilyn Dalton<br>Marilyn Caldwell | Missouri Eastern | 4:13-cv-01763 | 2:13-cv-32350 |