UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| In re: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation | 2:10-md-2187 |
| In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | 2:12-md-2325 |
| In re: Boston Scientific Corp, Pelvic Repair System Products Liability Litigation | 2:12-md-2326 |
| In re: Ethicon Inc., Pelvic Repair System Products Liability Litigation | 2:12-md-2327 |
| In re: Coloplast Corp., Pelvic Repair System Products Liability Litigation | 2:12-md-2387 |
| In re: Cook Medical Inc., Pelvic Repair System Products Liability Litigation | 2:12-md-2440 |

THIS DOCUMENT RELATES TO ALL CASES

## WITHDRAWAL OF MOTION

Intervenors Humana Medical Plans, Inc. and Humana Insurance Co. hereby withdraw the motion to intervene, captioned *Humana Inc.'s Motion to Intervene for the Limited Purpose of Objecting to Plaintiffs' Coordinating Lead Counsel and Plaintiffs' Executive Committee's Motion to Appoint Lien Resolution Administrator*, filed at the following docket numbers:

{2524 / BRF / 00121209.DOC v2}

| Docket | Docket No. |
| --- | --- |
| 2:10-md-2187 | 798, 800 |
| 2:12-md-2387 | 205 |
| 2:12-md-2440 | 93 |
| 2:12-md-2327 | 1105 |
| 2:12-md-2326 | 715 |
| 2:12-md-2325 | 1136 |

Dated: February 26, 2014

                LOWEY DANNENBERG COHEN & HART, P.C.

By: /s/ **Gerald lawrence**
    Richard W. Cohen
    Peter D. St. Phillip
    Gerald Lawrence
    Uriel Rabinovitz
    Four Tower Bridge
    200 Barr Harbor Drive, suite 400
    West Conshohocken, PA 19428-2977
    Telephone:   (610) 941-2760
    Facsimile:   (610) 862-9777

*Attorneys for Intervenors Humana Medical Plans, Inc. and Humana Insurance Co.*

## CERTIFICATE OF SERVICE

I, Gerald Lawrence, hereby certify that I caused the foregoing to be filed through the Court's electronic filing system on February 26, 2014. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ Gerald lawrence