IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**
**(Humana Inc.'s Motion to Intervene)**

Pending is Humana Inc.'s Motion to Intervene for the Limited Purpose of Objecting to Plaintiffs' Coordinating Lead Counsel and Plaintiffs' Executive Committee's Motion to Appoint Lien Resolution Administrator and Incorporated Memorandum of Law, filed February 25, 2014. [Docket 1105.] On February 26, 2014, Humana, Inc. filed a Notice of Withdrawal of Motion. [Docket 1106.]

Accordingly, it is **ORDERED** that Humana Inc.'s motion to intervene [Docket 1105] is **DENIED** as moot.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-11130. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent

pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: February 26, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE