| | |
|---|---|
| **From:** | Hernandez, Adrienne L. (SHB) <AHERNANDEZ@shb.com> |
| **Sent:** | Wednesday, February 12, 2014 10:00 AM |
| **To:** | James S. Crockett, Jr.; Alexander Macia |
| **Cc:** | Dustin.Rawlin@tuckerellis.com; bbinis@reedsmith.com; Jonathan.Feczko@tuckerellis.com; laura.dixon@butlersnow.com; stephen.huffaker@nortonrosefulbright.com; Hill, Jennifer Stonecipher (SHB); duccam@gtlaw.com; NugentJ@gtlaw.com |
| **Subject:** | RE: Christensen Deposition [STB-WORKSITE.FID534237] |

Jim,

We had a collective question on MedStar's document production and position regarding rates. We received around 20 pages of wire transfer information from MedStar to One Point in the One Point production, but have not received these documents from MedStar. Does MedStar intend to supplement its production to include these documents?

In the same vein, One Point's version was heavily redacted to the point of being almost unusable. Does MedStar intend to similarly redact all full bill, paid bill, and percentage amounts from its documentation and, if so, on what basis? Similarly, does counsel intend to instruct Mr. Christensen not to answer questions on billed, paid, and percentage amounts and, if so, on what basis?

Please advise as soon as possible. Thank you.

Adrienne L. Hernandez
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816.474.6550 x18002
Fax: 816.421.5547
ahernandez@shb.com
www.shb.com



EXHIBIT E

1