UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

<u>CROSS NOTICE OF VIDEO DEPOSITION OF MICHAEL HULSE, M.D.</u>

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of MICHAEL HULSE, M.D. will be taken jointly in connection with *In Re C.R. Bard, Inc. MDL No. 2187, Pelvic Repair System Products Liability Litigation*, upon oral examination on March 27, 2014, at 8:00 a.m., at Chilivis Cochran Larkins & Bever, LLP, 3127 Maple Drive, N.E., Atlanta, Georgia, 30305.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re C.R. Bard, Inc. MDL No. 2187, Pelvic Repair System Products Liability Litigation* and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

This deposition will be taken before a person authorized by law to administer

oaths and video-taped.

Dated: February 27, 2014.

        Respectfully submitted,

        /s/Christy D. Jones_____
        Christy D. Jones
        BUTLER SNOW LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS  39158-6010
        (601) 985-4523
        Christy.jones@butlersnow.com

        /s/ David B. Thomas_____
        David B. Thomas (W.Va. Bar #3731)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        (304) 414-1807
        dthomas@tcspllc.com


        COUNSEL FOR DEFENDANTS
        ETHICON, INC. AND
        JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/Christy D. Jones<br>
Christy D. Jones

ButlerSnow 19913152v1