UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**DEFENDANTS' RESPONSE TO DANIEL J. CHRISTENSEN AND MEDSTAR FUNDING, LC'S MOTION TO QUASH OR MODIFY SUBPOENAS ISSUED BY ETHICON, INC.**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") respond as follows to the Motion to Quash or Modify Subpoenas filed by Danel J. Christensen and MedStar Funding, LC (collectively "MedStar").

1. On February 12, 2014, Ethicon filed Notices of Issuance of Subpoenas Duces Tecum to Physician Surgical Group, LLC and Physician Surgical Group of Boca Raton, LLC (hereinafter "the PSG entities"), requesting documents related to medical funding agreements between certain Ethicon Plaintiffs and the PSG entities [ECF Nos. 1084, 1085]. Counsel for the PSG entities, Jim Gangitano, accepted service of the Subpoena that day and Ethicon is currently awaiting the production of responsive documents.

2. On February 26, 2014, MedStar filed the instant Motion to Quash or Modify these subpoenas [ECF No. 1109]. MedStar specifically requests the redaction of any information regarding "(a) the amounts *MedStar* paid to medical services providers for receivables and (b) amounts actually paid *to MedStar* for such receivables when paid or sold…." Mot. to Quash at p. 1 (emphasis added).

3. On February 27, 2014, counsel for Ethicon, Laura Dixon, spoke to MedStar's attorney, James Crockett, regarding the pending Motion to Quash. Mr. Crockett confirmed that the requested redactions are limited to the monetary amounts or set percentages paid by or to MedStar, and that MedStar is not requesting the redaction of information concerning payments made by or between the PSG entities and the healthcare providers identified in Ethicon's subpoenas.

4. Based upon this representation, Ethicon has no objection to the limited redactions requested in MedStar's Motion to Quash or Modify Subpoenas Issued by Ethicon, Inc.

5. Ethicon fully reserves and does not waive its right to request the removal of any redactions if and when such monetary information becomes relevant and discoverable in the future.

THIS, the 3rd day of March, 2014.

        Respectfully submitted,

        ETHICON, INC. AND
        JOHNSON & JOHNSON

        */s/ David B. Thomas*
        David B. Thomas (W. Va. Bar No. 3731)
        Thomas Combs & Spann, PLLC
        300 Summers Street, Suite 1380
        P.O. Box 3824
        Charleston, WV  23558-3824
        (304) 414-1800

        */s/ Christy D. Jones*
        Christy D. Jones
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS  39158-6010
        (601) 985-4523

## CERTIFICATE OF SERVICE

I certify that on March 3, 2014, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*_____
Christy D. Jones