UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

Civil Action No. 2:12-md-02327
MDL No. 2327

Honorable Joseph R. Goodwin
United States District Court Judge

THIS DOCUMENT APPLIES TO ALL CASES

**WITHDRAWAL OF DANIEL J. CHRISTENSEN AND MEDSTAR FUNDING, LC'S MOTION TO QUASH OR MODIFY SUBPOENAS ISSUED BY ETHICON, INC.**

The parties having reached an agreed resolution of the issues raised, Daniel J. Christensen and MedStar Funding, LC (collectively, "**MedStar**"), by counsel, withdraws its Motion to Quash, Doc. No. 1109, and without prejudice to refile it in the future if circumstances so warrant it.

Dated: March 3, 2014                                    Respectfully Submitted,

s/ James S. Crockett, Jr.
Alexander Macia (WV State Bar No. 6077)
James S. Crockett, Jr. (WV State Bar No. 9229)
David A. Bosak (WV State Bar No. 11947)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
Charleston, West Virginia 25301
Phone: 304.340.3800
Fax: 304.340.3801

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

Civil Action No. 2:12-md-02327
MDL No. 2327

Honorable Joseph R. Goodwin
United States District Court Judge

THIS DOCUMENT APPLIES TO ALL CASES

### CERTIFICATE OF SERVICE

I, James S. Crockett, Jr., do hereby certify that on March 3, 2014, I electronically filed the foregoing "**Withdrawal of Daniel J. Christensen and MedStar Funding, LC's Motion to Quash or Modify Subpoenas Issued by Ethicon, Inc.**" with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the CM/ECF participants registered to receive service in these MDLs.

/s/ James S. Crockett, Jr.
James S. Crockett, Jr. (WV State Bar No. 9229)