IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATION          MDL No. 2327

----------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #106**
(Daniel J. Christensen and MedStar Funding, LC's Motion to Quash or Modify Subpoenas Issued by Ethicon, Inc.)

Pending before the court is Daniel J. Christensen and MedStar Funding, LC's Motion to Quash or Modify Subpoenas Issued by Ethicon, Inc. (ECF No. 1109). In view of Daniel J. Christensen and MedStar Funding, LC's Notice of Withdrawal of Motion to Quash or Modify Subpoenas Issued by Ethicon, Inc., (ECF No. 1115), the court hereby **DENIES** the Motion to Quash or Modify Subpoenas as moot. It is so **ORDERED.**

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-11482. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered

by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

**ENTERED:** March 4, 2014

_____
Cheryl A. Eifert
United States Magistrate Judge