## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### STIPULATION REGARDING SANCTIONS

Plaintiffs and Defendants Ethicon, Inc. ("Ethicon") and Johnson & Johnson ("J&J") (collectively, "Defendants") have advised the Court that they desire to enter into a stipulation concerning the deadline to submit affidavits and other supporting documentation to establish the amount of sanctions, fees and costs that should be awarded to Plaintiffs.  The parties stipulate and agree as follows:

1. Plaintiffs shall submit affidavits and other supporting documentation to establish the amount of sanctions, fees and costs that should be awarded to Plaintiffs thirty (30) days from the date of the decision on Plaintiffs' request for clarification and reconsideration (Doc. 1099). Defendants shall have twenty (20) days thereafter to respond, and Plaintiffs shall have an additional ten (10) days to reply.

APPROVED:

/s/Bryan F. Aylstock_____

/s/Tom P. Cartmell_____

/s/ D. Renee Baggett_____
ATTORNEYS FOR PLAINTIFFS


s/\_Christy D. Jones_____

s/\_David Thomas_____
ATTORNEYS FOR ETHICON, INC.
AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document on March 5, 2014, using the Court's CM-ECF filing system, thereby sending of the filing to all counsel of record for this matter.

/s/ D. Renee Baggett
D. Renee Baggett