AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. MDL 2327

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Perimeter Surgery Center of Atlanta

was received by me on *(date)* 03/03/2014 .

☑ I served the subpoena by delivering a copy to the named person as follows: Krishna Patel, Branch Manager, at 1140 Hammond Drive Building F #6100, Atlanta, GA 30328

on *(date)* 03/03/2014 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/4/14

*Server's signature*

Jeroy Robinson, Process Server
*Printed name and title*
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794
*Server's address*

Additional information regarding attempted service, etc:


391243