UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : CIVIL ACTION NO. 2:12-md-02327<br>: MDL No. 2327<br>:<br>: Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : |

---

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on March 7, 2014, they served the following:

1. Requests for Admission, Interrogatories, and Request for Production of Documents directed to Defendants.

via electronic mail upon:

David B. Thomas, Esq.
THOMAS COMBS & SPANN
P.O. Box 3824
Charleston, WV  25338
dthomas@tcspllc.com

Christy D. Jones
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601/948-5711
Fax: 601/985-4500
christy.jones@butlersnow.com

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

7