IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AMERICAN MEDICAL SYSTEMS PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: C.R. BARD INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST CORP. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |

THIS DOCUMENT RELATES TO ALL CASES

**MOTION FOR CHANGE OF ATTORNEY INFORMATION**

PLEASE TAKE NOTICE that Defendant American Medical Systems, Inc. ("AMS"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating my firm information in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which any of the below named attorneys are associated. In support of its motion, AMS states the following:

1. The below listed Reed Smith attorneys with appearances entered in this matter are resident in the firm's Philadelphia office:

> Barbara R. Binis, Esq. (PA Bar # 62359)
> Stephen J. McConnell, Esq. (PA Bar # 80583)
> Tracy G. Weiss, Esq. (PA Bar # 80679)
> Louis W. Schack, Esq. (PA Bar # 78864)
> Rachel B. Weil, Esq. (PA Bar # 49844)

2. Effective March 3, 2014, the Reed Smith attorneys in this matter resident in Philadelphia relocated their offices to:

> Reed Smith LLP
> Three Logan Square
> Suite 3100
> 1717 Arch Street
> Philadelphia PA 19103

Accordingly, AMS respectfully requests that the Court enter an order updating the attorney information for the above-listed attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which any of the below named attorneys are associated.

| /s/ Barbara R. Binis | /s/ Erik W. Legg |
|---|---|
| Barbara R. Binis, Esquire (PA Bar # 62359) | Michael J. Farrell, Esquire (WVSB # 1168) |
| Stephen J. McConnell, Esq. (PA Bar # 80583) | Erik W. Legg, Esquire (WVSB # 7738) |
| Tracy G. Weiss, Esq. (PA Bar # 80679) | **FARRELL, WHITE & LEGG PLLC** |
| Louis W. Schack, Esq. (PA Bar # 78864) | 914 Fifth Avenue |
| Rachel B. Weil, Esq. (PA Bar # 49844) | P.O. Box 6457 |
| **REED SMITH LLP** | Huntington, WV  25772-6457 |
| Three Logan Square | (304) 522-9100 (Telephone) |
| Suite 3100 | mjf@farrell3.com |
| 1717 Arch Street | ewl@farrell3.com |
| Philadelphia, PA 19103 | |
| (215) 241-7948 (Telephone) | |
| bbinis@reedsmith.com | |
| Lead Counsel for Defendants – MDL 2325 | |

*Attorneys for Defendant American Medical Systems, Inc.*