IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AMERICAN MEDICAL SYSTEMS PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: C.R. BARD INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST CORP. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

AND NOW, this _____ day of _____, 2014, upon consideration of Defendant American Medical Systems, Inc.'s Motion for Change of Attorney Information, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED, and that the attorney information for the below listed Reed Smith attorneys is updated as follows in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which any of the below named attorneys are associated:

Barbara R. Binis, Esq. (PA Bar # 62359)
Stephen J. McConnell, Esq. (PA Bar # 80583)
Tracy G. Weiss, Esq. (PA Bar # 80679)
Louis W. Schack, Esq. (PA Bar # 78864)
Rachel B. Weil, Esq. (PA Bar # 49844)
Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia PA 19103

BY THE COURT:

_____

Joseph R. Goodwin

United States District Judge