IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327

_____

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

It is **ORDERED** that the Motion for Change of Attorney Information filed on March 14, 2014 [Docket #1125] is **GRANTED** with respect to Barbara R. Binis, Tracy G. Weiss, Louis W. Schack, and Rachel B. Weil. The Clerk is instructed to update the attorney information for these said attorneys affiliated with the firm of REED SMITH, LLP, as set forth in the Motion for each individual member case in MDL No. 2327 with which said attorneys are associated.

A search of the Electronic Case Filing (ECF) Records in the Southern District of West Virginia does not reflect that attorney Stephen J. McConnell is associated with MDL No. 2327 or any member cases. If Mr. McConnell wishes to be associated with these cases, he must register for a ECF login and password with Southern District of West Virginia and file a Notice of Attorney Appearance in the appropriate cases.

ENTER: March 19, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE