APPROVED and SO ORDERED.
ENTER: 3/21/14

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327
Honorable Joseph R. Goodwin

---

Susan Moran and David Moran

**Plaintiff(s),**

v.

Johnson & Johnson, et al.

CASE NO. 2:12cv06074

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2325 American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2325 :

American Medical Systems, Inc.
American Medical Systems Holdings, Inc.
Endo Pharmaceuticals, Inc.
Endo Health Solutions, Inc. (f/k/a Endo Pharmaceuticals Holdings)

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to  2325 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL  2325 .

/s/ Keesha D. Middleton

Shane F. Langston, MSB#1061
Rebecca M. Langston, MSB#99608
Keesha D. Middleton, MSB#104549
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, Mississippi 39201

## CERTIFICATE OF SERVICE

I hereby certify that on  03/14/2014 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Keesha D. Middleton

Shane F. Langston, MSB#1061
Rebecca M. Langston, MSB#99608
Keesha D. Middleton, MSB#104549
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, Mississippi 39201