UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

```
------------------------------------------------------------  x
IN RE ETHICON, INC., PELVIC REPAIR     :  CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY              :  MDL No. 2327
LITIGATION                             :
------------------------------------------------------------  :  Judge Joseph R. Goodwin
This Document Applies To All Actions   :
------------------------------------------------------------  x
```

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on March 24, 2014, they served the following:

1. Plaintiffs' Third Requests for Admission Directed to Ethicon

via electronic mail upon:

David B. Thomas, Esq.
THOMAS COMBS & SPANN
P.O. Box 3824
Charleston, WV  25338
dthomas@tcspllc.com

Christy D. Jones
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601/948-5711
Fax: 601/985-4500
christy.jones@butlersnow.com

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

9