**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR                         MDL NO. 2327
SYSTEMS PRODUCTS LIABILITY
LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO ALL CASES

**MOTION FOR CHANGE OF ATTORNEY INFORMATION**

    PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, respectfully moves this Court for entry of an Order updating my firm name and contact information in MDL Nos. 2326, 2325, 2187, 2327, 2387, and 2440, and each individual member case in which any of the below named attorneys are associated. In support of its motion, Plaintiffs states the following:

1. The below listed Andrus Wagstaff (fka Andrus Hood & Wagstaff, PC) attorneys with appearances entered in this matter are:

    > Aimee H. Wagstaff, Esq. (CO Bar # 36819)
    > Vance R. Andrus, Esq. (CO Bar # 30764)

2. Effective November 25, 2013, Andrus Hood & Wagstaff, PC changed its name to Andrus Wagstaff, PC.

3. Effective February 10, 2014, the Andrus Wagstaff attorneys in this matter relocated their offices to:

    > Andrus Wagstaff, PC
    > 7171 W. Alaska Drive
    > Lakewood, Colorado 80226

    Accordingly, Plaintiffs respectfully requests that the Court enter an Order updating the attorney information for the above-listed attorneys in MDL Nos. 2326, 2325, 2187, 2327, 2387, and 2440, and each individual member case in which any of the below named attorneys are associated.

2

/s/ Aimee H. Wagstaff  
Aimee H. Wagstaff, Esq. (CO Bar # 36819)  
**Andrus Wagstaff, PC**  
7171 W. Alaska Drive  
Lakewood, CO 80226  
(303) 376-6360  
aimee.wagstaff@andruswagstaff.com  
Lead Counsel for Plaintiffs – MDL 2326  

/s/ Vance R. Andrus  
Vance R. Andrus, Esq. (CO Bar # 30764)  
**Andrus Wagstaff, PC**  
7171 W. Alaska Drive  
Lakewood, CO 80226  
(303) 376-6360  
vance.andrus@andruswagstaff.com  

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                                                     */s/ Aimee H. Wagstaff*