IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE C.R. BARD, INC.,** **PELVIC REPAIR SYSTEM PRODUCTS** **LIABILITY LITIGATION** | **MDL No. 2187** |
| **IN RE AMERICAN MEDICAL SYSTEMS,** **PELVIC REPAIR SYSTEM PRODUCTS** **LIABILITY LITIGATION** | **MDL No. 2325** |
| **IN RE BOSTON SCIENTIFIC CORP.,** **PELVIC REPAIR SYSTEM PRODUCTS** **LIABILITY LITIGATION** | **MDL No. 2326** |
| **IN RE ETHICON, INC.,** **PELVIC REPAIR SYSTEM PRODUCTS** **LIABILITY LITIGATION** | **MDL No. 2327** |
| **IN RE COOK MEDICAL, INC.,** **PELVIC REPAIR SYSTEM PRODUCTS** **LIABILITY LITIGATION** | **MDL No. 2440** |

**THIS DOCUMENT RELATES TO ALL CASES**

## MOTION FOR CHANGE OF ATTORNEY INFORMATION AND WITHDRAW OF COUNSEL

PLEASE TAKE NOTICE, that Skikos, Crawford, Skikos & Joseph, LLP ("SCSJ"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating their firm information in MDL Nos. 2187, 2325, 2326, 2327 and 2440, and each individual member case in which any of the below named attorneys are associated. In support of its motion, SCSJ states the following:

1. The following SCSJ attorneys with appearances entered in these matters are resident in the firm's San Francisco office: **Steven J. Skikos (CA Bar No. 148110, and Matthew J. Skikos (CA Bar No. 269765)**

2. Effective March 24th, 2014, SCSJ attorneys in these matters will be relocating their offices to: **One Sansome Street, Suite 2830, San Francisco, CA 94104.**

In addition, for all actions in which **Piper Morrison formerly appeared as Counsel, SCSJ moves to substitute Attorney Melissa Mielke as Counsel** in MDL Nos. 2187, 2325, 2326, 2327 and 2440, and **withdraw Piper Morrison** who has since left the firm.

Accordingly, SCSJ respectfully requests that the Court enter an order updating the attorney information for the above-listed attorneys in MDL Nos. 2187, 2325, 2326, 2327 and 2440, and each individual member case in which any of the named attorneys have been associated.

        s/Matthew J. Skikos_____
Steven J. Skikos (CA Bar No. 148110)
Matthew J. Skikos (CA Bar No. 269765)
Melissa E. Mielke (CA Bar No. 284560)
**Skikos, Crawford, Skikos & Joseph, LLP**
One Sansome Street, Suite 2830
San Francisco, CA 94104
(Phone) 415-546-7300
(Fax) 415-546-7301
sskikos@skikoscrawford.com

mskikos@skikoscrawford.com

mmielke@skikoscrawford.com