IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327

_____

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

It is **ORDERED** that the Motion for Change of Attorney Information filed herein on March 25, 2014 [#1135] is **GRANTED**. The Clerk is instructed to update the attorney information, firm name, and address for the firm of Andrus Wagstaff, PC (fka Andrus Hood & Wagstaff, PC) and the attorneys affiliated therewith, as set forth in the Motion, for each individual member case in MDL No. 2327 with which said attorneys are associated.

ENTER: March 26, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE