IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                                                      MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney Keesha D. Middleton moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

Respectfully Submitted,

*/s/ Keesha D. Middleton*
Keesha D. Middleton
MS Bar No. 104549
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, MS  39201
T: 601-969-1356
F: 601-968-3866

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of April, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which should have automatically sent notification of this filing to all participants registered to receive service in the MDL.

*/s/ Keesha D. Middleton*
Keesha D. Middleton