UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION
Civil Action No. 2:12-md-02327

MDL No. 2327

Judge Joseph R. Goodwin
This Document Applies To All Actions

## CERTIFICATE OF SERVICE

I hereby certify that, on April 7, 2014, Plaintiffs were served with Defendants' Responses to Plaintiffs' Combined Requests for Production, Defendants' Responses to Plaintiffs' Combined Requests for Admission; and Defendants' Responses to Plaintiffs' Combined Interrogatories, via electronic mail upon:

Bryan Aylstock
AYLSTOCK WITKIN KRIES & OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850/202-1010
Fax: 850/916-7449
BAylstock@awkolaw.com

Renee Baggett
AYLSTOCK WITKIN KRIES & OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850/202-1010
Fax: 850/916-7449
RBaggett@awkolaw.com

Tom Cartmell
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816/701-1100
Fax: 816/531-2372
tcartmell@wcllp.com

Edward A. Wallace
WEXLER WALLACE
Suite 3300
55 W Monroe Street
Chicago, IL 60603
312/346-2222
Fax: 312/346-0022
EAW@wexlerwallace.com

THIS THE 7TH DAY OF APRIL, 2014.

          */s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com