## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Denise Thomas<br>Rita Byram<br>Angie MacFarlane<br>Frankie Nelson<br>Emma Baybo<br>Marsha Speakman<br>Violet Gryner<br>Brenda Eppes<br>Jeannie Hatfield<br>Ellen See<br>Tara Bell<br>Lisa Shipman<br>Lois Vancura<br>Laura Cumming<br>Mary Macomber<br>Eleanor Devin<br>Santa Richman<br>Marie Stamp<br>Josephine Smith<br>Karen Kubicsek<br>Linda Stillwell<br>Anna Deverman<br>Donna Ware<br>Judith Collazos<br>Treneshia Chapman<br>Sandra Payne<br>Judith Hughes<br>Dorothy Finley<br>Maria Garcia-Toro<br>Miryam Manosalva<br>Blanca Moreno<br>Esperanza Martinez<br>Maria Romaguera<br>Araceli Oteiza<br>Margarita Marquina<br>Lynn Clark<br>Teola Thomas<br>Frances Beaudoin<br>Jewel Collins<br>Tobias Ester<br>Helen Varner<br>Valerie Johnson<br>Virginia Dass | Missouri Eastern | 4:14-cv-00583 | 2:14-cv-14324 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Dorothy Bushman<br>Lori Merrill<br>Alberta Conrad<br>Patricia Ettleman<br>Connie Jones<br>Charlene McBride<br>Michelle Bunyard<br>Mary Wiggam<br>Colleen Hickman<br>Roberta Neff<br>Louise Heiny<br>Nancy Fentz<br>Carol Bryan<br>Patricia Nolley<br>Cassandra Hudson<br>Shannon White<br>Nelda Larussa<br>Patricia Piker<br>Escarly Rodriguez<br>Beverly Peckinpaugh<br>Deborah Pena<br>Melinda Lovellette<br>Shirley Young<br>Melissa McCafferty<br>Carol Jackson<br>Barbara Snook<br>Angie Brockmann<br>Alicia Ordonez<br>Leslie Noller<br>Henrietta Clark<br>Jillian Barber<br>Deborah Brazee<br>Donna Dean<br>Kimberly Rguibi<br>Charline Almeida<br>Lisa Dubay<br>Roberta Staula<br>Almy Sue Whitlock<br>Marilyn McClure<br>Linda Bray-Rapplee<br>Lisa Smeal<br>Dorine Brokus<br>Maria Santana<br>Michelle Sherill-Boyles<br>Linda Millermon | Missouri Eastern | 4:14-cv-00583 | 2:14-cv-14324 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Debra Small | Missouri Eastern | 4:14-cv-00583 | 2:14-cv-14324 |