Exhibit B

I. **For Directly Filed Cases:**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ filed _____)
_____

**SHORT FORM COMPLAINT**

II. <u>For All Other Cases</u>:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

    **Plaintiffs,**

v.                                                          **Civil Action No. _____
(Severed from SDWV Civil Action
No. _____ filed _____)**

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**

**COMPLAINT AND JURY DEMAND**

2