IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

APPROVED and SO ORDERED.
ENTER:

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

In re: Ethicon, Inc.
Pelvic Repair System
Products Liability Litigation

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney Keesha D. Middleton moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

Respectfully Submitted,

/s/ Keesha D. Middleton
Keesha D. Middleton
MS Bar No. 104549
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, MS  39201
T: 601-969-1356
F: 601-968-3866