IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
　　　　PELVIC REPAIR SYSTEMS
　　　　PRODUCT LIABILITY LITIGATION　　　　　　　MDL No. 2327

----------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #114**
(Hearing on Motion to Deem Requests for Admission Admitted or Compel;
Motion to Determine Sufficiency of Answers and Objections to First
Requests for Admissions; and Request for Clarification and
Reconsideration for Finding of Spoliation and for Sanctions)

Upon the request of the parties, and for good cause shown, it is hereby **ORDERED** that the hearing on the above motions currently scheduled for Wednesday, April 23, 2014 at 10:00 a.m. is hereby canceled and shall be rescheduled for **Wednesday, May 14, 2014** at **10:00 a.m.** before the undersigned United States Magistrate Judge in Courtroom 102, of the Sidney L. Christie Federal Building, 845 Fifth Avenue, in Huntington, West Virginia.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-14801. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the

Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

        **ENTERED:** April 17, 2014

_____
Cheryl A. Eifert
United States Magistrate Judge