# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS        MDL NO. 2327
LIABILITY LITIGATION
-------------------------------------------------------
This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

     Attorney Bridget Truxillo moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

                                                    Respectfully submitted,

                                                _____
                                                Bar #: NY 4913737

## CERTIFICATE OF SERVICE

  I hereby certify that on this the  22 day of ____April_____, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

_____
Bridget Truxillo