IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.,
Pelvic Repair System                                              MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

**O R D E R**

Pending is Bridget Truxillo's Motion to Withdraw as Counsel, filed _____ ___, 2014. Mrs. Truxillo seeks an order granting her leave to withdraw from all member actions in which she has appeared in MDL 2327. It is ORDERED that Mrs. Truxillo's Motion is GRANTED. The Clerk is instructed to terminate Mrs. Truxillo where she appears as counsel for any party in this MDL and in any member case in this MDL.

The Court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and in each member case in which Mrs. Truxillo has appeared.

Entered this _____ day of _____ , 2014.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE