IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
    PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

It is **ORDERED** that the Motion for Change of Attorney Information and Withdraw of Counsel filed herein on March 25, 2014 [Docket #1136] is **GRANTED**.  The Clerk is instructed to update the attorney information, firm name, and address for the firm of Skikos, Crawford, Skikos & Joseph, LLP and the attorneys affiliated therewith as set forth in the Motion, on the main master docket and for each individual member case in MDL No. 2327 with which said attorneys are associated.

It is **FURTHER ORDERED** that attorney Piper Morrison is allowed to withdraw as counsel and that attorney Melissa Mielke is substituted in her place.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER:   April 23, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE