# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −126)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,034 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 23, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO−126 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 14−01543 | Bennett et al v. Ethicon, Inc. et al |
| MAINE | | | |
| ME | 2 | 14−00138 | EVANS et al v. JOHNSON &JOHNSON et al |
| MINNESOTA | | | |
| MN | 0 | 14−01004 | Maxwell v. Ethicon, Inc. et al |

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
04/23/2014 08:16 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

### Notice of Electronic Filing

The following transaction was entered on 4/23/2014 at 8:13 AM EDT and filed on 4/23/2014
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1516

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. (1 in CAN/3:14-cv-01543, [1501] in MDL No. 2327, 1 in ME/2:14-cv-00138, 1 in MN/0:14-cv-01004)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/23/2014.**

**Associated Cases: MDL No. 2327, CAN/3:14-cv-01543, ME/2:14-cv-00138, MN/0:14-cv-01004 (dn)**

**Case Name:**      EVANS et al v. JOHNSON & JOHNSON et al
**Case Number:**    ME/2:14-cv-00138
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. (1 in CAN/3:14-cv-01543, [1501] in MDL No. 2327, 1 in ME/2:14-cv-00138, 1 in MN/0:14-cv-01004)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/23/2014.**

**Associated Cases: MDL No. 2327, CAN/3:14-cv-01543, ME/2:14-cv-00138, MN/0:14-cv-01004 (dn)**

**Case Name:**      Maxwell v. Ethicon, Inc. et al
**Case Number:**    MN/0:14-cv-01004
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. (1 in CAN/3:14-cv-01543, [1501] in MDL No. 2327, 1 in ME/2:14-cv-00138, 1 in MN/0:14-cv-01004)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/23/2014.**

**Associated Cases: MDL No. 2327, CAN/3:14-cv-01543, ME/2:14-cv-00138, MN/0:14-cv-01004 (dn)**

**Case Name:**      Bennett et al v. Ethicon, Inc. et al
**Case Number:**    CAN/3:14-cv-01543
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. (1 in CAN/3:14-cv-01543, [1501] in MDL No. 2327, 1 in ME/2:14-cv-00138, 1 in MN/0:14-cv-01004)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/23/2014.**

**Associated Cases: MDL No. 2327, CAN/3:14-cv-01543, ME/2:14-cv-00138, MN/0:14-cv-01004 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**ME/2:14-cv-00138 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD     kfitzgerald@lewissaul.com

**ME/2:14-cv-00138 Notice will not be electronically mailed to:**

**MN/0:14-cv-01004 Notice has been electronically mailed to:**

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-01004 Notice will not be electronically mailed to:**

**CAN/3:14-cv-01543 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Ernest F. Koschineg     ekoschineg@c-wlaw.com, cking@c-wlaw.com

Michelle Ann Childers     michelle.childers@dbr.com

Sally Francis White     sally.white@dbr.com

Young S. Lee     ylee@audetlaw.com

Mark Etheredge Burton, Jr     mburton@audetlaw.com

**CAN/3:14-cv-01543 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/23/2014] [FileNumber=462274-0]

[0015e106cf0e7c8f2a1ba8ad53d3af1841162fdcb4d7733422304ee4a03ebdf1f41b8
bcadbe6b9a6a7fae184c1978d8914010878ed05178f895f54f745ccf7bd]]



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
04/23/2014 08:16 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 4/23/2014 at 8:13 AM EDT and filed on 4/23/2014
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1516

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. (1 in CAN/3:14-cv-01543, [1501] in MDL No. 2327, 1 in ME/2:14-cv-00138, 1 in MN/0:14-cv-01004)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/23/2014.**

**Associated Cases: MDL No. 2327, CAN/3:14-cv-01543, ME/2:14-cv-00138, MN/0:14-cv-01004 (dn)**

**Case Name:**     EVANS et al v. JOHNSON & JOHNSON et al

**Case Number:**     ME/2:14-cv-00138

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. (1 in CAN/3:14-cv-01543, [1501] in MDL No. 2327, 1 in ME/2:14-cv-00138, 1 in MN/0:14-cv-01004)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/23/2014.**

**Associated Cases: MDL No. 2327, CAN/3:14-cv-01543, ME/2:14-cv-00138, MN/0:14-cv-01004 (dn)**

**Case Name:**     Maxwell v. Ethicon, Inc. et al

**Case Number:**     MN/0:14-cv-01004

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. (1 in CAN/3:14-cv-01543, [1501] in MDL No. 2327, 1 in ME/2:14-cv-00138, 1 in MN/0:14-cv-01004)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/23/2014.**

**Associated Cases: MDL No. 2327, CAN/3:14-cv-01543, ME/2:14-cv-00138, MN/0:14-cv-01004 (dn)**

**Case Name:**     Bennett et al v. Ethicon, Inc. et al

**Case Number:**     CAN/3:14-cv-01543

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-126) - 3 action(s)** *re: pldg. (1 in CAN/3:14-cv-01543, [1501] in MDL No. 2327, 1 in ME/2:14-cv-00138, 1 in MN/0:14-cv-01004)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/23/2014.**

**Associated Cases: MDL No. 2327, CAN/3:14-cv-01543, ME/2:14-cv-00138, MN/0:14-cv-01004 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, ewl@farrell3.com, jlm@farrell3.com, mef@farrell3.com, tjw@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**ME/2:14-cv-00138 Notice has been electronically mailed to:**

KEVIN M. FITZGERALD     kfitzgerald@lewissaul.com

**ME/2:14-cv-00138 Notice will not be electronically mailed to:**

**MN/0:14-cv-01004 Notice has been electronically mailed to:**

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-01004 Notice will not be electronically mailed to:**

**CAN/3:14-cv-01543 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Ernest F. Koschineg     ekoschineg@c-wlaw.com, cking@c-wlaw.com

Michelle Ann Childers     michelle.childers@dbr.com

Sally Francis White     sally.white@dbr.com

Young S. Lee     ylee@audetlaw.com

Mark Etheredge Burton, Jr     mburton@audetlaw.com

**CAN/3:14-cv-01543 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/23/2014] [FileNumber=462274-0]

[0015e106cf0e7c8f2a1ba8ad53d3af1841162fdcb4d7733422304ee4a03ebdf1f41b8
bcadbe6b9a6a7fae184c1978d8914010878ed05178f895f54f745ccf7bd]]