IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| THIS DOCUMENT APPLIES TO ALL ACTIONS: | |

**CERTIFICATE OF SERVICE**

I hereby certify that the Defendants' Responses to Plaintiffs' Third Requests for Admission was served on counsel for the Plaintiffs via electronic mail, on the 23rd day of April, 2014.

Dated: April 24, 2014.

/s/Christy D. Jones_____
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

ButlerSnow 20911873v1