APPROVED and SO ORDERED.
ENTER: 26147136

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR    MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION   Honorable Joseph R. Goodwin

---

DeEtt Long

Plaintiff(s),

v.                                     CASE NO. 2:13-cv-28347

Ethicon Inc.

Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2326__ :

Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2326__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2326__.

S/Peyton P. Murphy

Peyton P. Murphy (LSBA#22125)
MURPHY LAW FIRM
7035 Jefferson Highway
Baton Rouge, LA 70806
Telephone: (225) 928-8800
Facsimile: (225) 928-8802
Email: pmurphy@murphylfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on __the 27th day of February 2014__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

S/Peyton P. Murphy

Peyton P. Murphy (LSBA#22125)
MURPHY LAW FIRM
7035 Jefferson Highway
Baton Rouge, LA 70806
Telephone: (225) 928-8800
Facsimile: (225) 928-8802
Email: pmurphy@murphylfirm.com