APPROVED and SO ORDERED.
ENTER: 4/21/2014

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS     MDL NO. 2327
LIABILITY LITIGATION
-------------------------------------------------------
This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL

    Attorney Bridget Truxillo moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.

Respectfully submitted,

*/s/ Bridget Truxillo*
_____
Bar #: NY 4913737