Case 2:12-md-02327 Document 1159-2 Filed 04/28/14 Page 1 of 3 PageID #: 15058

# Manual of Surgical Pathology

### Third Edition



**Susan C. Lester, MD, PhD**
Assistant Professor of Pathology
Harvard Medical School
Chief, Breast Pathology Services
Brigham and Women's Hospital
Boston, Massachusetts

EXHIBIT B



SAUNDERS
ELSEVIER

**ELSEVIER**
SAUNDERS

1600 John F. Kennedy Blvd.
Ste 1800
Philadelphia, PA 19103-2899

MANUAL OF SURGICAL PATHOLOGY
Copyright © 2010, 2006, 2000 by Saunders, an imprint of Elsevier Inc.

ISBN: 978-0-323-06516-0

**All rights reserved.** No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Details on how to seek permission, further information about the Publisher's permissions policies and our arrangements with organizations such as the Copyright Clearance Center and the Copyright Licensing Agency, can be found at our website: www.elsevier.com/permissions.

This book and the individual contributions contained in it are protected under copyright by the Publisher (other than as may be noted herein).

---

**Notice**

Knowledge and best practice in this field are constantly changing. As new research and experience broaden our understanding, changes in research methods, professional practices, or medical treatment may become necessary.

Practitioners and researchers must always rely on their own experience and knowledge in evaluating and using any information, methods, compounds, or experiments described herein. In using such information or methods they should be mindful of their own safety and the safety of others, including parties for whom they have a professional responsibility.

With respect to any drug or pharmaceutical products identified, readers are advised to check the most current information provided (i) on procedures featured or (ii) by the manufacturer of each product to be administered, to verify the recommended dose or formula, the method and duration of administration, and contraindications. It is the responsibility of practitioners, relying on their own experience and knowledge of their patients, to make diagnoses, to determine dosages and the best treatment for each individual patient, and to take all appropriate safety precautions.

To the fullest extent of the law, neither the Publisher nor the authors, contributors, or editors, assume any liability for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions, or ideas contained in the material herein.

The Publisher

Previous editions copyrighted

**Library of Congress Cataloging-in-Publication Data**

Manual of surgical pathology / [edited by] Susan C. Lester ; illustrators, Christopher A. French, Shogun G. Curtis. -- 3rd ed.
   p. ; cm.
 Other title: Surgical pathology
 Includes bibliographical references and index.
 ISBN 978-0-323-06516-0
 1. Pathology, Surgical--Handbooks, manuals, etc. I. Lester, Susan Carole. II. Title: Surgical pathology.
 [DNLM: 1. Pathology, Surgical. WO 142 M294 2010]
 RD57.M35  2010
 617'.07--dc22
                                                                                    2010012832

*Acquisitions Editor:* Bill Schmitt
*Publishing Services Manager:* Deborah L. Vogel
*Developmental Editor:* Andrea Vosburgh
*Project Manager:* Annie Victor
*Design Direction:* Louis Forgione
*Cover Designer:* Christopher A. French, MD
*Marketing Manager:* Brenna Christensen

Printed in the United States of America

Last digit is the print number:   9  8  7  6  5  4  3  2  1

Working together to grow
libraries in developing countries

www.elsevier.com | www.bookaid.org | www.sabre.org

ELSEVIER   BOOK AID International   Sabre Foundation

results in a delay for non-rush cases. Therefore, requests for rush readings should only be made when required for patient care.

Rush cases must be seen by a staff pathologist the same day the slides are available. The requesting clinician must be called and a diagnosis or informative hold note provided.

### Critical values

Some diagnoses require immediate notification of the submitting physician (see in Chapter 4, "Guidelines for Communication of Urgent Results"). In some cases, clinical history is necessary to determine whether or not a result would be a "critical value."

For the majority of specimens, an adequate history prior to pathologic examination can be given in one or two sentences. For example:

> *History of diverticulitis. Colostomy takedown.*
>
> *History of colon carcinoma with multiple positive nodes one year ago. Now with ulcerated mass at colostomy site, biopsy shown to be carcinoma.*
>
> *Woman s/p invasive breast cancer (ER and PR positive) resected here in 1989 with 3 lymph nodes positive, s/p radiation and chemotherapy, now with subcutaneous nodule in mastectomy scar. Please do ER, PR, and HER2 if tumor.*
>
> *52-year-old male s/p bone marrow transplant for large cell lymphoma, now with bilateral pulmonary infiltrates, suspect opportunistic infection. Open lung biopsy for culture and histologic examination. R/o recurrent lymphoma.*

### Specimens Requiring Special Processing

Specimens requiring special studies or processing must be clearly identified. Most such specimens can be sent moist on saline (Table 1-1).

### Timely and Appropriate Transport to the Laboratory

Autolysis immediately begins after the surgical removal of tissues. Although it can be reduced by refrigeration, extended delays before fixation will adversely affect the diagnostic quality of tissues. Immunoreactivity is diminished for some markers (e.g., for receptors in breast cancers).

In some cases, it is appropriate for clinicians to directly place specimens into fixatives at 15 to 20 times the volume of the tissue. The type of fixative must be identified on the container with a warning label identifying the fixative. The time of placing the specimen in the fixative should be included when appropriate (e.g., for fixatives containing mercury such as Zenker's, if rush processing is requested, or if time in fixation affects the results of requested immunohistochemical studies).

All tissues and objects removed from patients may be hazardous and must be transported in a safe fashion. The container must be leakproof. Either plastic rigid containers (preferably with a screw cap lid) or bags (but not if there is liquid with the specimen) may be used. A leak-proof secondary container (usually a zip-lock plastic specimen bag) with a clean outer surface is required.

Clinicians submitting specimens in inappropriate containers, unlabeled containers, or containers with the outside surface grossly contaminated must be contacted and advised of the hazards this poses to patients and hospital personnel.

### Instructions for the Disposition of Gross Specimens

If a patient wants to keep a specimen (e.g., a limb or products of conception for burial, a breast implant for legal purposes, or hardware from a joint prosthesis) this request must be stated on the requisition form to avoid routine disposal of specimens after the final report is issued. Patients should be informed that their specimens will be discarded to avoid later misunderstandings. Recommendations for retention times are presented in Table 1-2.

State laws may also regulate retention times. Institutional practices vary and in some cases materials may be kept for longer periods of time. Ideally, paraffin blocks on patients with cancers would be kept for longer periods of time as these blocks may be of value if the cancer recurs or the patient is entered into an experimental protocol.

The disposal of human tissues may be governed by state law (usually requiring incineration and/or interment). However, the wishes of patients should always be respected. A legal opinion may be required if a patient request would interfere with optimal patient care or could endanger him or her. There may be specific legal requirements for informing parents of their rights and for appropriate disposition of products of conception (including stillborn fetuses and fetal deaths).

| TABLE 1-2. RECOMMENDED RETENTION TIMES FOR PATHOLOGY RECORDS AND MATERIALS | | |
|---|---|---|
| | TJC* | CAP** |
| Gross specimens | 7 days after final report | 14 days after final report |
| Paraffin blocks | At least 2 years | 10 years |
| Slides | 10 years | 10 years |
| Cytology slides | 5 years | 5 years |
| FNA slides | 10 years | 10 years |
| Pathology report | 10 years | 10 years |

*The Joint Commission (TJC) Manual, Appendix E (www.jointcommission.org).
**College of American Pathologists Laboratory Accreditation Program Inspection Checklists (www.cap.org).