AOS
**BUTLER SNOW, LLP**
CHRISTY D. JONES
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Phone: (601) 985-4567
Fax:     (601) 985-4500
christy.jones@butlersnow.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327 |
| | MDL NO. 2327 |
| | Judge Joseph R. Goodwin |
| This Document Applies To All Actions | **AFFIDAVIT OF SERVICE** |

1  JUDITH MAE ALL, #R-040570, being duly sworn, or under penalty of perjury, states that at all times
   herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or
2  interested in the proceedings in which this Affidavit is made. That Affiant received a copy of the
3  following document(s):
   NOTICE OF ISSUANCE OF SUBPOENA TO MARK E. LEO, M.D.
4
   on the 24 day of APRIL, 2014, and
5  served the same on this 24 day of APRIL, 2014 at 4:05 PM by:

6  ☒ Serving the above-listed documents to: Mark E. Leo, M.D. - c/o Urology Specialists of Nevada by
   personally delivering and leaving a copy at 5701 West Charleston Boulevard, Suite 201, Las Vegas,
7  Nevada 89146 with Kimberly Luquin - Front Desk (Caucasian, Female, 30's, 5'4", 120 lbs.,
   Blond/Brown hair, Brown eyes, Glasses), a person of suitable age and discretion, Authorized Agent, to
8  accept service of process.

9
                                                              CONTROL #21040640
10 ..............................................................................

11                                              _____
                                                      (Server Signature)
12                                                    JUDITH MAE ALL
                                               Registered Work Card #R-040570
13                                                   Service Provided for:
                                               Nationwide Legal Nevada, LLC (1656)
14                                                720 S. 4th Street-Suite 305
                                                   Las Vegas, Nevada 89101
15                                                     (702) 385-5444

16  STATE OF     NEVADA     )
                            ) ss.
17  COUNTY OF   CLARK       )

18
    SUBSCRIBED AND SWORN to (or affirmed)
19  before me on 29th Day of   APRIL  , 2014

20  by         JUDITH MAE ALL
          (Name(s) of person(s) making statement)
21

22  _____
23       (Signature of Notarial Officer)

24
    
25  K. SCANNAPIECO
    Notary Public-State of Nevada
26  APPT. NO. 13-10452-1
    My App. Expires March 25, 2017

27

28