IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re:  Ethicon, Inc.
Pelvic Repair System                                                                                  MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Christy D. Jones moves to have Laura Dixon withdrawn as counsel in MDL 2327 and all member civil actions related to MDL 2327.  Ms. Dixon is no longer associated as an attorney with Butler Snow LLP.  Attorneys at Butler Snow LLP, including Christy D. Jones, will continue to represent Johnson & Johnson, Ethicon, Inc., Ethicon LLC, and other related defendants in this MDL.

Respectfully submitted,

/s/ *Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
601-985-4523 telephone
601-985-4500 facsimile
christy.jones@butlersnow.com