IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,     MDL NO. 2327
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENTS RELATES TO ALL CASES

## MOTION TO WITHDRAW AS COUNSEL

Attorney Ross D. Plont of Gruel Mills Nims & Pylman PLLC moves to withdraw as counsel in MDL No. 2327 and all member civil actions in which he has appeared related to MDL No. 2327. Thomas R. Behm of Gruel Mills Nims & Pylman PLLC will remain as counsel of record in all such member civil actions.

Respectfully submitted,
GRUEL MILLS NIMS & PYLMAN PLLC

Dated: April 30, 2014     By */s/ Ross D. Plont*
                                          Ross D. Plont (P73859)
                                          99 Monroe Avenue NW, Suite 800
                                          Grand Rapids, MI 49503
                                          (616) 235-5500
                                          Email: rdplont@gmnp.com