1  AOS
   **BUTLER SNOW, LLP**
2  CHRISTY D. JONES
   1020 Highland Colony Parkway, Suite 1400
3  Ridgeland, MS 39157
   Phone:  (601) 985-4567
4  Fax:     (601) 985-4500
   christy.jones@butlersnow.com
5
   Counsel for Defendants
6  Ethicon, Inc. and Johnson & Johnson

7

8

9              **UNITED STATES DISTRICT COURT**
10          **SOUTHERN DISTRICT OF WEST VIRGINIA**
                    **CHARLESTON DIVISION**
11

12

13
   **IN RE ETHICON, INC., PELVIC REPAIR**      )      **CIVIL ACTION NO.  2:12-md-02327**
14 **SYSTEM PRODUCTS LIABILITY**               )
   **LITIGATION**                              )      **MDL NO.  2327**
15                                             )
                                               )       Judge Joseph R. Goodwin
16 ————————————————————                        )
                                               )      **AFFIDAVIT OF SERVICE**
17 This Document Applies To All Actions        )
                                               )
18 ————————————————————                        )

19

20

21

22

23

24

25

26

27

28

JUDITH MAE ALL, #R-040570, being duly sworn, or under penalty of perjury, states that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceedings in which this Affidavit is made. That Affiant received a copy of the following document(s):
NOTICE OF ISSUANCE OF AMENDED SUBPOENA TO MARK E. LEO, M.D.

on the 5 day of MAY, 2014, and
served the same on this 6 day of MAY, 2014 at 2:07 PM by:

☒ Serving the above-listed documents to: Mark E. Leo, M.D. - c/o Urology Specialists of Nevada by personally delivering and leaving a copy at 5701 West Charleston Boulevard, Suite 201, Las Vegas, Nevada 89146 with Magaly Predra - Front Desk (Hispanic, Female, 30's, 5'6", 120 lbs., Black/Red hair, Brown eyes), a person of suitable age and discretion, Authorized Agent, to accept service of process.

*(Server Signature)*
**JUDITH MAE ALL**
**Registered Work Card #R-040570**
**Service Provided for:**
**Nationwide Legal Nevada, LLC (1656)**
**720 S. 4th Street-Suite 305**
**Las Vegas, Nevada 89101**
**(702) 385-5444**

CONTROL #21041165

STATE OF     NEVADA          )
                                        )
COUNTY OF   CLARK            )

**SUBSCRIBED AND SWORN** to (or affirmed)
before me on  7th  Day of  MAY , 2014

by _____JUDITH MAE ALL_____
    *(Name(s) of person(s) making statement)*



*(Signature of Notarial Officer)*

K. SCANNAPIECO
Notary Public-State of Nevada
APPT. NO. 13-10452-1
My App. Expires March 25, 2017