IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

THIS DOCUMENT RELATES TO ALL CASES

### MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE, that effective February 1, 2014, Bartimus Frickleton Robertson & Gorny, P.C. merged with the law firm of Goza & Honnold, LLC;

1. The new name and address of the law firm is **Bartimus, Frickleton, Robertson & Goza, P.C. ("BFRG"),** 11150 Overbrook Road, Suite 200, Leawood, KS 66211;

2. BFRG respectfully requests that the Court enter an order updating the attorney information for Kirk L. Goza, Anne Tarvin, James Bartimus and Bradley Honnold in **MDL No. 2327** and each individual member case in which the above-named attorneys have been associated.

Dated: May 9, 2014

            Respectfully Submitted,

            **BARTIMUS FRICKLETON**
            **ROBERTSON & GOZA, P.C.**

            By: _s/ Kirk Goza_
            KIRK L. GOZA  MO Bar #32475
            ANNE TARVIN  MO Bar #65405
            JAMES BARTIMUS  MO Bar #26131
            BRADLEY HONNOLD  MO Bar #39818
            11150 Overbrook Road, Ste. 200
            Leawood, KS  66211
            Phone: (913) 266-2300
            Facsimile: (913) 266-2366
            kgoza@bflawfirm.com
            atarvin@bflawfirm.com
            jb@bflawfirm.com
            bhonnold@bflawfirm.com

            Attorneys for Plaintiff