IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

THIS DOCUMENT RELATES TO ALL CASES

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Bartimus Frickleton Robertson & Goza, P.C. ("BFRG"), respectfully moves this Court for entry of an Order allowing ROGER NAIL, KEVIN CHAFFEE and/or BRETT VOTAVA to withdraw as Counsel of record, and moves to substitute ANNE TARVIN as counsel of record in MDL 2327 and all member civil actions related to MDL 2327.

Dated: May 9, 2014

        Respectfully Submitted,

**BARTIMUS FRICKLETON**
**ROBERTSON & GOZA, P.C.**

By: _s/ Kirk Goza_
KIRK L. GOZA  MO Bar #32475
ANNE TARVIN  MO Bar #65405
JAMES BARTIMUS  MO Bar #26131
BRADLEY HONNOLD  MO Bar #39818
11150 Overbrook Road, Ste. 200
Leawood, KS  66211
Phone: (913) 266-2300
Facsimile: (913) 266-2366
kgoza@bflawfirm.com
atarvin@bflawfirm.com
jb@bflawfirm.com
bhonnold@bflawfirm.com

Attorneys for Plaintiff