IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,                                                   MDL NO. 2327
      PELVIC REPAIR SYSTEM PRODUCTS
      LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

Now pending before the court are (1) a Motion for Change of Attorney Information, and (2) a Motion to Withdraw and Substitute Counsel of Record, both filed herein on May 9, 2014. Upon consideration of said motions, it is hereby **ORDERED** that both motions are **GRANTED**.

The Clerk is instructed to update the attorney information, firm name, phone number, and address in light of a merger of Bartimus Frickleton Robertson & Gorny, P.C. with Goza & Honnold, LLC, into the law firm of **Bartimus, Frickleton, Robertson, & Goza, P.C.** and to update the attorneys associated with the new firm as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which said attorneys are associated.

It is **FURTHER ORDERED** that attorneys Roger Nail, Kevin Chaffee and Brett Votava are allowed to withdraw as counsel and that attorney Anne Tarvin be substituted in their place.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER: May 14, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE