Honorable Cheryl A. Eifert
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | MDL 2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon, Inc., Pelvic Repair System | Ghost Case Style: | |

| | |
|---|---|
| Date of Event: | May 14, 2014 |
| Court Reporter: | |
| Law Clerk: | Kate Fife |
| Parties Present: | United States District Judge Joseph R. Goodwin<br>United States Magistrate Judge Cheryl A. Eifert<br>Counsel: Christy Jones, Bryan Aylstock, Tom Cartmell, Renee Baggett, Donna Jacobs, David Thomas |
| Type of Event: | Telephonic Status Conference |
| Time Spent in Chambers: | Thirty five (35) minutes |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert |