USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

v.

CASE NUMBER 2:12-MD-02327

## REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD

Requestor's name: David B. Thomas

Address: Thomas Combs & Spann, PLLC 300 Summers Street, Suite 1380, Charleston WV 25301

Telephone: 304-414-1817     Fax: 304-414-1801

E-mail address: dthomas@tcspllc.com

Judicial officer presiding: Honorable Joseph R. Goodwin

Proceeding date(s): May 14, 2014

Proceeding location(s): Charleston, WV

Proceeding type(s)[1]: Status Conference

Attorney present at hearing (list all attorneys):
David B. Thomas, Christy Jones, Bryan Aylstock, Tom Cartmell, Renee Baggett, Donna Jacobs

Witness called at proceeding (list all witnesses):
None

Court reporter name/Tape number/Courtflow: Laura H. Tatman

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

- ☐ Ordinary transcript (due 30 days from date assigned to court reporter)
- ☑ Daily (due by 5:00 PM the day following assignment to court reporter)
- ☐ 14-Day transcript (due 14 days from date assigned to court reporter)
- ☐ Hourly
- ☐ Expedited (due 7 days from date assigned to court reporter)
- ☐ Copy of an audio tape or CD of an electronically recorded proceeding

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

Please email the transcript to Robyn Davis at rdavis@tcspllc.com

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein.  Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: s/David B. Thomas         Date: May 15, 2014

*Requestor's Signature or e-Signature*

- ☑ Attorney (Civil or Criminal)
- ☐ Assistant United States Attorney
- ☐ CJA Attorney (completed CJA-24 attached)
- ☐ Pro Se Litigant
- ☐ Federal Public Defender

---

***FOR OFFICIAL COURT USE ONLY:***

Court reporter assigned: 

Date assigned: 

Delivery method:

- ☐ Hold for pickup
- ☐ Mail to above address
- ☐ Mail to: 
- ☐ Ship overnight:
  via _____   Account no.: _____   Priority: _____