UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                           MDL NO.: 2327

THIS DOCUMENT RELATES ONLY TO:
YVONNE SEMERE
V. ETHICON, INC., ET AL                        SDWV NO. 2:12-MD-02327

### MOTION TO TERMINATE AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes the plaintiff, YVONNE SEMERE, who respectfully moves this Honorable Court to issue an order that BARRY L. DOMINGUE be terminated as counsel, and that KEVIN R. DUCK be substituted in his stead as counsel for her in these proceedings and sets forth the following:

1.

The plaintiff, YVONNE SEMERE, is currently being represented in these proceedings by CLE SIMON and BARRY L. DOMINGUE.

2.

Counsel, BARRY L. DOMINGUE, is now deceased.

3.

The plaintiff desires that KEVIN R. DUCK, DUCK LAWFIRM, LLC be named as lead counsel in the stead of the now deceased BARRY L. DOMINGUE.

4.

CLE SIMON will also remain as counsel on behalf of plaintiff.

5.

The plaintiff, YVONNE SEMERE, moves this Honorable Court to issue an order terminating BARRY L. DOMINGUE as counsel, and substituting KEVIN R. DUCK as lead counsel, in his stead, in addition to current counsel in these proceedings, CLE SIMON.

6.

Further, the plaintiff, YVONNE SEMERE, moves this Honorable Court to substitute the Notice of Appearance submitted by BARRY L. DOMINGUE, and accept for filing the attached Notice of Appearance of KEVIN R. DUCK, DUCK LAW FIRM, L.L.C. in its stead.

WHEREFORE the plaintiff, YVONNE SEMERE, prays that this pleading be duly filed and that this Honorable Court issue an order providing the relief requested herein.

Respectfully submitted by:

DUCK LAW FIRM, L.L.C.

*Kevin R. Duck*
_____
KEVIN R. DUCK (La. Bar No. 23043)
5040 Ambassador Caffery Pkwy.
Suite 200
Lafayette, LA 70508
Phone: 337-406-1144
Fax: 337-406-1050
Krd@ducklawfirm.com

LEAD COUNSEL FOR PLAINTIFF,
YVONNE SEMERE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been duly served upon the following counsel of record in this matter on this 19th day of May, 2014.

**Counsel for Defendants, Ethicon Women's Health and Urology, Ethicon, Inc. And Johnson & Johnson**
James B. Irwin
Stephanie Lottinger Irwin
IRWIN FRITCHIE URQUHART & MOORE
Texaco Center, 2700
400 Poydras Street
New Orleans, LA 70130
(504)310-2100 - phone
(504) 310-2101- fax
jirwin@irwinllc.com; sirwin@irwinllc.com

**Counsel for Defendants, Ethicon, Inc. and Johnson & Johnson**
Philip J. Combs
Susan M. Robinson
David B. Thomas
THOMAS COMBS & SPANN
P.O. Box 3824
Charles, WV 25338-3824
(303)414-1800 - phone
(303)414-1801 - fax
pcombs@tcspllc.com; srobinson@tcspllc.com
-and-
William M. Gage
Christy D. Jones
Kari L. Sutherland
BUTLER SNOW
P.O. Box 6010
Ridgeland, MS 39158-6010
(601)985-4561 - phone
(601)985-4500 - fax
william.gag@butlersnow.com; christy.jones@butlersnow.com

   ____x__  via fax     _____ via U.S. Mail

   _____ via hand delivery  _____ via certified mail

*Kevin R. Duck*
_____
Kevin R. Duck