IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,                                    MDL NO. 2327
      PELVIC REPAIR SYSTEM PRODUCTS
      LIABILITY LITIGATION

---

YVONNE SEMERE,

         Plaintiff,

v.                                                      Case No. 2:12-cv-2160

ETHICON, INC., et al.,

         Defendants.

## ORDER

Pending is a Motion to Terminate and Substitute Counsel of Record [Doc. # 1182] filed on May 19, 2014, in MDL 2327, moving for the termination of Barry L. Domingue (now deceased) as counsel and to substitute Kevin R. Duck.  It is **ORDERED** that the motion is **GRANTED**.

The Clerk is instructed to update the attorney information for the plaintiff in Case No. 2:12-cv-2160 by replacing Barry L. Domingue with KEVIN R. DUCK, and file the Notice of Attorney Appearance in Case No. 2:12-cv-2160 attached to the Motion filed on May 19, 2014 in MDL 2327.

The court DIRECTS the clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                                              ENTER:  May 23, 2014

                                              _____
                                              JOSEPH R. GOODWIN
                                              UNITED STATES DISTRICT JUDGE