APPROVED and SO ORDERED.
ENTER: 27 14 9 14 236

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

CIVIL NO. 2:12-md-02327
MDL No. 2327

..............................................................

THIS DOCUMENT RELATES TO:
Marguerite A. Von Burg v. Ethicon, Inc. et al
No. 2:14-cv-07699

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

IT IS HEREBY STIPULATED by and between the undersigned that Seth S. Webb of Brown and Crouppen, P.C. is hereby substituted for Bryan F. Aylstock, D. Renee Baggett, Douglass Alan Kreis, and Aylstock, Witkin, Kreis & Overholtz, P.O. Box 3824, Charleston, WV 25338-3824 as counsel of record for Plaintiff, Marguerite A. Von Burg, in the above action, effective immediately. The undersigned requests that, all notices, papers, pleadings and orders filed or served in this matter be addressed to:

> Seth S. Webb
> Brown & Crouppen, P.C.
> 211 North Broadway, Suite 1600
> St. Louis, MO 63102
> SethW@getbc.com

Please remove Bryan F. Aylstock, D. Renee Baggett, Douglass Alan Kreis, and Aylstock, Witkin, Kreis & Overholtz from all pleadings and communications regarding the above captioned case and withdraw Bryan F. Aylstock, D. Renee Baggett, Douglass Alan Kreis, and Aylstock, Witkin, Kreis & Overholtz as attorneys of record.

| **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ** | **BROWN AND CROUPPEN, PC** |
|---|---|
| *Attorneys for Plaintiffs* | |
| **/s/ Bryan F. Aylstock** | **/s/Seth S. Webb** |
| **Bryan F. Aylstock** | **Seth S. Webb #51236** |
| AYLSTOCK WITKIN KREIS & OVERHOLTZ | BROWN AND CROUPPEN, PC |
| Suite 200 | 211 N. Broadway, Suite 1600 |
| 17 East Main Street | St. Louis, MO 63102 |
| Pensacola, FL 32502 | (314)421-0216 |
| 850/202-1010 | SethW@getbc.com |
| 850/916-7449 (fax) | |
| baylstock@awkolaw.com | |

Respectfully submitted this 22nd day of May, 2014.