**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

In re: Ethicon, Inc.                                                   MDL: 2327
Pelvic Repair System
Products Liability Litigation

**MOTION OF GRETCHEN CARPENTER**

**TO WITHDRAW AS COUNSEL OF RECORD**

Attorney Gretchen Carpenter of Strange & Carpenter hereby moves to withdraw as

counsel of record in the following member cases transferred to this Court under MDL 2327:

*Raquel De La Torre, et al. v. Ethicon, Inc.*, CACD Case Number 2:12-cv-00751; *Rhonda*

*Dowling Estep v. Ethicon, Inc., et al.,* SDWV Case Number 2:12-cv-09506; *Sheila Clemons v.*

*Ethicon, Inc., et al.*, SDWV Case Number 2:12-cv-07669; and *Delores Cabral, et al. v. Ethicon,*

*Inc., et al.*, SDWV Case Number 2:13-cv-01675.

Plaintiffs' interests will not be prejudiced as they are still represented by counsel of

record, the law firms of Kristensen Weisberg LLP and Shainfeld & Anvar PC.

///

///

///

Attorney Carpenter respectfully requests that this Court terminate her where she appears as counsel for any party in this MDL and in the member cases 2:12-cv-00751, 2:12-cv-09506, 2:12-cv-07669 and 2:12-cv-01675.

Dated: May 27, 2014                                    Respectfully submitted,


By: _/s/ Gretchen Carpenter_____
Gretchen Carpenter
California Bar No. 180525
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Tel:  (310) 207-5055
Fax: (310) 826-3210
Email: gcarpenter@strangeandcarpenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2014, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: ___/s Gretchen Carpenter_____
Gretchen Carpenter
California Bar No. 180525
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Tel:  (310) 207-5055
Fax: (310) 826-3210
Email: gcarpenter@strangeandcarpenter.com