IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.　　　　　　　　　　　　　　　MDL: 2327
Pelvic Repair System
Products Liability Litigation

**MOTION OF BRIAN R. STRANGE TO WITHDRAW AS COUNSEL OF RECORD**

Attorney Brian R. Strange of Strange & Carpenter hereby moves to withdraw as counsel of record in the following member cases transferred to this Court under MDL 2327: *Raquel De La Torre, et al. v. Ethicon, Inc*., CACD Case Number 2:12-cv-00751; *Rhonda Dowling Estep v. Ethicon, Inc., et al.,* SDWV Case Number 2:12-cv-09506; *Sheila Clemons v. Ethicon, Inc., et al.*, SDWV Case Number 2:12-cv-07669; and *Delores Cabral, et al. v. Ethicon, Inc., et al.*, SDWV Case Number 2:13-cv-01675.

Plaintiffs' interests will not be prejudiced as they are still represented by counsel of record, the law firms of Kristensen Weisberg LLP and Shainfeld & Anvar PC.

///

///

///

///

1

Attorney Strange respectfully requests that this Court terminate him where he appears as counsel for any party in this MDL and in the member cases 2:12-cv-00751, 2:12-cv-09506, 2:12-cv-07669 and 2:12-cv-01675.

Dated: May 27, 2014          Respectfully submitted,

         By: _/s/ Brian R. Strange_____
             Brian R. Strange
             California Bar No. 103252
             STRANGE & CARPENTER
             12100 Wilshire Blvd., Suite 1900
             Los Angeles, California 90025
             Tel: (310) 207-5055
             Fax: (310) 826-3210
             Email: lacounsel@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> By: __/s/ Brian R. Strange_
> Brian R. Strange
> California Bar No. 103252
> STRANGE & CARPENTER
> 12100 Wilshire Blvd., Suite 1900
> Los Angeles, California 90025
> Tel: (310) 207-5055
> Fax: (310) 826-3210
> Email: lacounsel@earthlink.net