IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.                                    MDL: 2327
Pelvic Repair System
Products Liability Litigation

**ORDER**

Pending is attorney Brian R. Strange's Motion to Withdraw as Counsel, filed May 27, 2014. Mr. Strange seeks an order granting him leave to withdraw from member actions 2:12-cv-00751, 2:12-cv-09506, 2:12-cv-07669 and 2:12-cv-01675 and MDL 2327. It is ORDERED that Mr. Strange's Motion is GRANTED.

The Clerk is instructed to terminate Mr. Strange where he appears as counsel for any party in this MDL and in member cases 2:12-cv-00751, 2:12-cv-09506, 2:12-cv-07669 and 2:12-cv-01675.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and in member cases 2:12-cv-00751, 2:12-cv-09506, 2:12-cv-07669 and 2:12-cv-01675, which Mr. Strange has appeared.

ENTER: _____

_____
HON. JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

1