APPROVED and SO ORDERED.
ENTER: May 28, 2014

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| *In Re Ethicon Inc., Pelvic Repair System Products Liability Litigation*<br><br>This Document Relates to All Cases | MDL No. 2327 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney Young S. Lee of Audet & Partners, LLP moves to withdraw as counsel in MDL 2327 and all member civil actions in which she has appeared related to MDL 2327. William A. Audet (waudet@audetlaw.com) and Mark E. Burton (mburton@audetlaw.com) of Audet & Partners, LLP will remain as counsel of record in all such member civil actions.

Respectfully Submitted,

/s/ *Young S. Lee*
Young S. Lee
CA Bar No. 184506
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
T: 415-568-2555
Email: ylee@audetlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 21st day of May, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which should have automatically sent notification of this filing to all participants registered to receive service in the MDL.

/s/ *Young S. Lee*
Young S. Lee