# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION

                                                                MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 117**
(Order Granting in Part, Motion to Amend Long Form and Short Form Complaint)

Pending is plaintiffs' Motion to Amend First Amended Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint.  [Docket # 886.]  At this time, I will deal with only one aspect of plaintiffs' motion, in which they seek to remove Ethicon, LLC from the Long Form Complaint and the Short Form and Amended Short Form Complaints. Defendants do not oppose this relief sought in plaintiffs' motion.

It is **ORDERED** that plaintiffs' Motion to Amend First Amended Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint is **GRANTED in part** and to the extent plaintiffs seek an order removing Ethicon, LLC from the Long Form Complaint and the Short Form and Amended Short Form Complaints.  Plaintiffs' Motion is otherwise taken under advisement for ruling at a later time.  Plaintiffs need not file an Amended Master Long Form Complaint and Jury Demand until I have ruled on their complete motion. However, Ethicon, LLC will be removed from the Short Form and Amended Short Form Complaints in all MDLs.  At a later time, the court will initiate a show cause process regarding Ethicon, LLC in existing cases.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-17014. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER: May 29, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE