# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
     PELVIC REPAIR SYSTEM
     PRODUCTS LIABILITY LITIGATION

                                            MDL No. 2327

-----------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 118**
(**Revised** Short Form Complaint and Amended Short Form Complaint
re: Addition of Neomedic Entities and Removal of Ethicon, LLC)

I recently entered PTO # 117 dismissing Ethicon, LLC pursuant to the agreement of the parties. In addition, with the assignment of the Neomedic MDL by the Judicial Panel on Multidistrict Litigation, MDL 2511, four Neomedic entities have been added to the Short Form and Amended Short Form Complaints. As a result, attached are a **revised** (1) Short Form Complaint (Exhibit A); and a **revised** (2) Amended Short Form Complaint (Exhibit B) that reflect the above revisions to the Short Form and Amended Short Form Complaints in this MDL.

It is **ORDERED** as follows:

(1) While PTO ##s 15, 26, 29, 50 and 79 remain in force and effect where applicable, parties filing Short Form Complaints in new cases or Amended Short Form Complaints in existing cases, where appropriate, **must use the revised forms attached to this PTO and located on the court's website beginning no later than June 5, 2014**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-17014.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER: May 29, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE