# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE:  ETHICON, INC.
       PELVIC REPAIR SYSTEMS
       PRODUCT LIABILITY LITIGATION          MDL No. 2327

---------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER #119
(Hearing on Motion for Order Requiring Preservation of Explanted Mesh)

Pending before the court is Defendants' Motion for Order Requiring Preservation of Explanted Mesh. (ECF No. 1159). It is hereby **ORDERED** that a hearing on said motion shall take place on **Friday, June 13, 2014** at **10:00 a.m.** before the undersigned United States Magistrate Judge in Courtroom 102, of the Sidney L. Christie Federal Building, 845 Fifth Avenue, **Huntington, West Virginia.**

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-17096. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered

by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

**ENTERED:** May 29, 2014

_____
Cheryl A. Eifert
United States Magistrate Judge