APPROVED and SO ORDERED.
ENTER: 2714; 14236

*[signature]*

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.                               MDL: 2327
Pelvic Repair System
Products Liability Litigation

## MOTION OF GRETCHEN CARPENTER

## TO WITHDRAW AS COUNSEL OF RECORD

Attorney Gretchen Carpenter of Strange & Carpenter hereby moves to withdraw as counsel of record in the following member cases transferred to this Court under MDL 2327:

*Raquel De La Torre, et al. v. Ethicon, Inc.*, CACD Case Number 2:12-cv-00751; *Rhonda Dowling Estep v. Ethicon, Inc., et al.*, SDWV Case Number 2:12-cv-09506; *Sheila Clemons v. Ethicon, Inc., et al.*, SDWV Case Number 2:12-cv-07669; and *Delores Cabral, et al. v. Ethicon, Inc., et al.*, SDWV Case Number 2:13-cv-01675.

Plaintiffs' interests will not be prejudiced as they are still represented by counsel of record, the law firms of Kristensen Weisberg LLP and Shainfeld & Anvar PC.

///

///

///

1

Attorney Carpenter respectfully requests that this Court terminate her where she appears as counsel for any party in this MDL and in the member cases 2:12-cv-00751, 2:12-cv-09506, 2:12-cv-07669 and 2:12-cv-01675.

Dated: May 27, 2014									Respectfully submitted,

By: _/s/ Gretchen Carpenter_____
Gretchen Carpenter
California Bar No. 180525
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Tel:  (310) 207-5055
Fax: (310) 826-3210
Email: gcarpenter@strangeandcarpenter.com