APPROVED and SO ORDERED.
ENTER: 2714; 14236

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

In re: Ethicon, Inc.                           MDL: 2327
Pelvic Repair System
Products Liability Litigation

## MOTION OF BRIAN R. STRANGE TO WITHDRAW AS COUNSEL OF RECORD

Attorney Brian R. Strange of Strange & Carpenter hereby moves to withdraw as counsel of record in the following member cases transferred to this Court under MDL 2327:  *Raquel De La Torre, et al. v. Ethicon, Inc*., CACD Case Number 2:12-cv-00751; *Rhonda Dowling Estep v. Ethicon, Inc., et al.,* SDWV Case Number 2:12-cv-09506; *Sheila Clemons v. Ethicon, Inc., et al.*, SDWV Case Number 2:12-cv-07669; and *Delores Cabral, et al. v. Ethicon, Inc., et al.*, SDWV Case Number 2:13-cv-01675.

Plaintiffs' interests will not be prejudiced as they are still represented by counsel of record, the law firms of Kristensen Weisberg LLP and Shainfeld & Anvar PC.

///

///

///

///

Attorney Strange respectfully requests that this Court terminate him where he appears as counsel for any party in this MDL and in the member cases 2:12-cv-00751, 2:12-cv-09506, 2:12-cv-07669 and 2:12-cv-01675.

Dated: May 27, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: __/s/ Brian R. Strange_____
　　　　　　　　　　　　　　　　　　　　　　Brian R. Strange
　　　　　　　　　　　　　　　　　　　　　　California Bar No. 103252
　　　　　　　　　　　　　　　　　　　　　　STRANGE & CARPENTER
　　　　　　　　　　　　　　　　　　　　　　12100 Wilshire Blvd., Suite 1900
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90025
　　　　　　　　　　　　　　　　　　　　　　Tel: (310) 207-5055
　　　　　　　　　　　　　　　　　　　　　　Fax: (310) 826-3210
　　　　　　　　　　　　　　　　　　　　　　Email: lacounsel@earthlink.net