IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System
Products Liability Litigation

MDL: 2327

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney William R. Aronin moves to withdraw as counsel in MDL 2327 and all member civil actions related to MDL 2327.

Respectfully Submitted,

/s/ William R. Aronin
William R. Aronin
NY Bar No: 4820031
SCHWARTZAPFEL LAWYERS, P.C.
300 Jericho Quadrangle, Suite 180
Jericho, NY 11753
T: (516) 342-2200
F: (516) 342-2400

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of May, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which should have automatically sent notification of this filing to all participants registered to receive service in the MDL.

/s/ William R. Aronin
William R. Aronin