IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System
Products Liability Litigation

MDL: 2327

This Document Relates to All Cases

### ORDER

Pending is William R. Aronin's Motion to Withdraw as Counsel, filed May 30, 2014. Mr. Aronin seeks an order granting him leave to withdraw from all member actions in which he has appeared in MDL 2327. It is ORDERED that Mr. Aronin's Motion is GRANTED. The Clerk is instructed to terminate Mr. Aronin where he sppears as counsel for any party in this MDL and in any member case in this MDL.

The Court DIRECTS the Clerk to file a copy fo this order in 2:12-md-2327 and in each member case in which Mr. Aronin has appeared..

Entered this the _____ day of _____, 2014.

JOSEPH GOODWIN
UNITED STATES DISTRICT JUDGE