# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                      MDL No. 2327

**This Document Relates to All Cases**

## MOTION TO WITHDRAW JESSICA M. HEINZ AS COUNSEL

Attorney, Jessica M. Heinz, Esquire hereby moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327. Mrs. Heinz previously served as counsel for Defendant, Neomedic, Inc. as an Associate with Cipriani & Werner, P.C. while co-counsel was on maternity leave. A list of all matters in which Mrs. Heinz was listed as counsel for the foregoing defendants is attached hereto as Exhibit "A".

Dated:   June 6, 2014                    Respectfully submitted,

**CIPRIANI & WERNER**

By:   /s/ Jessica M. Heinz
      Jessica M. Heinz, Esquire
      PA Bar # 206188
      CIPRIANI & WERNER
      450 Sentry Parkway East, Suite 200
      Blue Bell, PA 19422
      (610) 567-0700
      jheinz@c-wlaw.com

      *Attorney for Defendants,*
      *DIMA, S.L., Neomedic, Inc.,*
      *Specialties Reemex International,*
      *S.L. and Neomedic International, S.L.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                /s/ Jessica M. Heinz_____
                Jessica M. Heinz, Esquire
                PA Bar # 206188
                CIPRIANI & WERNER
                450 Sentry Parkway East, Suite 200
                Blue Bell, PA 19422
                (610) 567-0700
                jheinz@c-wlaw.com

                *Attorney for Defendants,*
                *DIMA, S.L., Neomedic, Inc.,*
                *Specialties Reemex International,*
                *S.L. and Neomedic International, S.L.*

# EXHIBIT "A"

2:14-cv-15394        Bennett v. Ethicon, Inc., et al.

2:12-md-02327       In Re: Ethicon, Inc., Pelvic Repair System
                    Products Liability Litigation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: C.R. BARD, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                    MDL No. 2327

**This Document Relates to All Cases**

_____

## ORDER

AND NOW, this ____ day of _____, 2014, upon consideration of Attorney, Jessica M. Heinz, Esquire's Motion to Withdraw as Counsel in MDL No. 2327 and all member actions related to MDL 2327, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. The Clerk is instructed to withdraw Mrs. Heinz's appearance where she appears as counsel for Defendant, Neomedic, Inc. in this MDL and any member case in this MDL.

It is hereby further **ORDERED** and **DECREED** that the Clerk is directed to file a copy of this Order in 2:12-md-02327 and in each member case in which Mrs. Heinz has appeared.

                                                _____
                                                JOSEPH GOODWIN
                                                UNITED STATES DISTRICT JUDGE