# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2327

## TRANSFER ORDER

**Before the Panel:**  Pursuant to Panel Rule 7.1, plaintiffs in ten Eastern Pennsylvania actions, listed on Schedule A, move to vacate our order conditionally transferring the actions to MDL No. 2327.  Responding defendants Johnson & Johnson and Ethicon, Inc. (collectively Ethicon) oppose the motion to vacate.

After considering all argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that their actions share questions of fact with MDL No. 2327.  Like many of the already-centralized actions, these actions involve factual questions arising from allegations that pelvic surgical mesh products manufactured by Ethicon and related entities were defectively designed, manufactured and marketed, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices.  *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motion to vacate, movants argue that these actions were improperly removed.  The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present such arguments to the transferee judge.[1]  *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

Plaintiffs also argue that transfer will result in dismissal of their claims against defendants Prodesco, Inc., Secant Medical, Inc. and Secant Medical, LLC (Secant), because they are not named in the master complaint in MDL No. 2327.  As we recently held in transferring many similar actions

---

[1]  Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending.  Between the date a remand or other motion is filed and the date the Panel finalizes transfer of the action to the MDL, a court wishing to rule upon that motion generally has adequate time to do so.

-2-

to MDL No. 2327 over plaintiffs' objections,[2] the transferee court has held that plaintiffs filing claims against defendants not named in the master complaint cannot *directly file* their claims in the Southern District of West Virginia.  Plaintiffs' claims against such defendants are free to proceed in the MDL once they are transferred by the Panel pursuant to Section 1407.

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Sarah S. Vance |
| Ellen Segal Huvelle | R. David Proctor |

---

[2] *See* Transfer Order, MDL No. 2327 (J.P.M.L. Feb. 14, 2014); Transfer Order, MDL No. 2327 (J.P.M.L. Dec. 16, 2013); Transfer Order, MDL No. 2327 (J.P.M.L. Oct. 17, 2013).

**IN RE: ETHICON, INC., PELVIC**
**REPAIR SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                     MDL No. 2327

## SCHEDULE A

Eastern District of Pennsylvania

NEAL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01598
ABRAMS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01599
BRACCIODIETA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01600
CUTTRELL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01601
BUCAGO v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01602
VELIZ v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01603
CARROLL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01604
FOUNTAIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01605
HUTSELL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01606
ANTHONY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14-01607

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
06/09/2014 10:32 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 6/9/2014 at 10:31 AM EDT and filed on 6/9/2014
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court
for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be
effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

| | |
|---|---|
| **Case Name:** | BRACCIODIETA v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:14-cv-01600 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

| | |
|---|---|
| **Case Name:** | CUTTRELL v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:14-cv-01601 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

| | |
|---|---|
| **Case Name:** | BUCAGO v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:14-cv-01602 |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:** HUTSELL v. JOHNSON & JOHNSON et al
**Case Number:** PAE/2:14-cv-01606
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:** VELIZ v. JOHNSON & JOHNSON et al
**Case Number:** PAE/2:14-cv-01603
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**   FOUNTAIN v. JOHNSON & JOHNSON et al
**Case Number:**   PAE/2:14-cv-01605
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**   ABRAMS v. JOHNSON & JOHNSON et al
**Case Number:**   PAE/2:14-cv-01599
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**    ANTHONY v. JOHNSON & JOHNSON et al
**Case Number:**    PAE/2:14-cv-01607
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**    CARROLL v. JOHNSON & JOHNSON et al
**Case Number:**    PAE/2:14-cv-01604
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**    NEAL v. JOHNSON & JOHNSON et al
**Case Number:**    PAE/2:14-cv-01598
**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**No public notice (electronic or otherwise) sent because the entry is private**

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
06/09/2014 10:26 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

### Notice of Electronic Filing

The following transaction was entered on 6/9/2014 at 10:25 AM EDT and filed on 6/9/2014
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1582

**Docket Text:**
**TRANSFER ORDER re: pldg. ([1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in**

PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ([1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)

Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.

Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)

**Case Name:**      BRACCIODIETA v. JOHNSON & JOHNSON et al
**Case Number:**      PAE/2:14-cv-01600
**Filer:**
**Document Number:** 14

**Docket Text:**
TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)

Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.

Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)

**Case Name:**      CUTTRELL v. JOHNSON & JOHNSON et al
**Case Number:**      PAE/2:14-cv-01601
**Filer:**
**Document Number:** 14

**Docket Text:**
TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-

**01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)**

**Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

| | |
|---|---|
| **Case Name:** | BUCAGO v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:14-cv-01602 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)**

**Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

| | |
|---|---|
| **Case Name:** | HUTSELL v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:14-cv-01606 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in**

PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)

Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.

Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)

| | |
|---|---|
| **Case Name:** | VELIZ v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:14-cv-01603 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:
TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)

Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.

Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)

| | |
|---|---|
| **Case Name:** | FOUNTAIN v. JOHNSON & JOHNSON et al |
| **Case Number:** | PAE/2:14-cv-01605 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:

**TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)**

**Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**       ABRAMS v. JOHNSON & JOHNSON et al
**Case Number:**   PAE/2:14-cv-01599
**Filer:**
**Document Number:** 14

Docket Text:
**TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)**

**Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**       ANTHONY v. JOHNSON & JOHNSON et al
**Case Number:**   PAE/2:14-cv-01607
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)**

**Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**    CARROLL v. JOHNSON & JOHNSON et al
**Case Number:**    PAE/2:14-cv-01604
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)**

**Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**Case Name:**    NEAL v. JOHNSON & JOHNSON et al
**Case Number:**    PAE/2:14-cv-01598
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1498] in MDL No. 2327, 6 in PAE/2:14-cv-01598, 6 in PAE/2:14-cv-01599, 6 in PAE/2:14-cv-01600, 6 in PAE/2:14-cv-01601, 6 in PAE/2:14-cv-01602, 6 in PAE/2:14-cv-01603, 6 in PAE/2:14-cv-01604, 6 in PAE/2:14-cv-01605, 6 in PAE/2:14-cv-01606, 6 in PAE/2:14-cv-01607), ( [1499] in MDL No. 2327, 7 in PAE/2:14-cv-01598, 7 in PAE/2:14-cv-01599, 7 in PAE/2:14-cv-01600, 7 in PAE/2:14-cv-01601, 7 in PAE/2:14-cv-01602, 7 in PAE/2:14-cv-01603, 7 in PAE/2:14-cv-01604, 7 in PAE/2:14-cv-01605, 7 in PAE/2:14-cv-01606, 7 in PAE/2:14-cv-01607)**

**Transferring 10 action(s) - MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01598, PAE/2:14-cv-01599, PAE/2:14-cv-01600, PAE/2:14-cv-01601, PAE/2:14-cv-01602, PAE/2:14-cv-01603, PAE/2:14-cv-01604, PAE/2:14-cv-01605, PAE/2:14-cv-01606, PAE/2:14-cv-01607 (TB)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, cnw@farrell3.com, ewl@farrell3.com, mef@farrell3.com, srp@farrell3.com, tjw@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01600 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

W. Michael Moreland     mmoreland@triallawfirm.com

ANDREW P. REEVE     andrew.reeve@dbr.com

V. AMANDA WITTS     Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ     EWeitz@messalaw.com

**PAE/2:14-cv-01600 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01601 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

W. Michael Moreland     mmoreland@triallawfirm.com

ANDREW P. REEVE     andrew.reeve@dbr.com

V. AMANDA WITTS     Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ     EWeitz@messalaw.com

**PAE/2:14-cv-01601 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01602 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark      cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love      slove@triallawfirm.com, bgreif@triallawfirm.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

W. Michael Moreland      mmoreland@triallawfirm.com

ANDREW P. REEVE      andrew.reeve@dbr.com

V. AMANDA WITTS      Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ      EWeitz@messalaw.com

**PAE/2:14-cv-01602 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01606 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark      cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love      slove@triallawfirm.com, bgreif@triallawfirm.com

DAVID S. SENOFF      lfantini@cbmclaw.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

W. Michael Moreland      mmoreland@triallawfirm.com

ANDREW P. REEVE      andrew.reeve@dbr.com

V. AMANDA WITTS      Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ      EWeitz@messalaw.com

**PAE/2:14-cv-01606 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01603 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

DAVID S. SENOFF     lfantini@cbmclaw.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

W. Michael Moreland     mmoreland@triallawfirm.com

ANDREW P. REEVE     andrew.reeve@dbr.com

V. AMANDA WITTS     Awitts@tlgattorneys.com, JTucker@tlgattorneys.com, dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ     EWeitz@messalaw.com

**PAE/2:14-cv-01603 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01605 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

DAVID S. SENOFF     lfantini@cbmclaw.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

W. Michael Moreland     mmoreland@triallawfirm.com

ANDREW P. REEVE     andrew.reeve@dbr.com

V. AMANDA WITTS     Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,

dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ     EWeitz@messalaw.com

**PAE/2:14-cv-01605 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01599 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

W. Michael Moreland     mmoreland@triallawfirm.com

ANDREW P. REEVE     andrew.reeve@dbr.com

V. AMANDA WITTS     Awitts@tlgattorneys.com, JTucker@tlgattorneys.com, dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ     EWeitz@messalaw.com

**PAE/2:14-cv-01599 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01607 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

W. Michael Moreland     mmoreland@triallawfirm.com

ANDREW P. REEVE     andrew.reeve@dbr.com

V. AMANDA WITTS     Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ     EWeitz@messalaw.com

**PAE/2:14-cv-01607 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01604 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

DAVID S. SENOFF     lfantini@cbmclaw.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

W. Michael Moreland     mmoreland@triallawfirm.com

ANDREW P. REEVE     andrew.reeve@dbr.com

V. AMANDA WITTS     Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ     EWeitz@messalaw.com

**PAE/2:14-cv-01604 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01598 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

W. Michael Moreland    mmoreland@triallawfirm.com

ANDREW P. REEVE    andrew.reeve@dbr.com

V. AMANDA WITTS    Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ    EWeitz@messalaw.com

**PAE/2:14-cv-01598 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/9/2014] [FileNumber=473618-0] [
cbb80c5eb75f07aeecc468ae0367c0bc4961b739f16b9ffc43901b90ee4347ea90c41e
cdeafe7eadb9ea742c7725f81fc61fc37dd229df4f9ee822f4e7a4f4be]]