APPROVED and SO ORDERED.

ENTER: 2013214236

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: C. R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2187
Honorable Joseph R. Goodwin

---

Dixie Sorenson

**Plaintiff(s),**

v.

C.R. Bard, Inc., et al.

CASE NO. 2:13-cv-32463

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R. Bard, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327:

Johnson & Johnson and Ethicon, Inc.

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to 2327 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327 .

s/ Tim K. Goss

Tim K. Goss, Attorney-in-Charge
Texas Bar No. 08222660
tim@freeseandgoss.com
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX 75204
Phone: 214-761-6610
Fax: 214-761-6688

**CERTIFICATE OF SERVICE**

I hereby certify that on 05/14/2014 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/ Tim K. Goss

Tim K. Goss, Attorney-in-Charge
Texas Bar No. 08222660
tim@freeseandgoss.com
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX 75204
Phone: 214-761-6610
Fax: 214-761-6688