UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Cuttrell v. Johnson & Johnson, et al., ) | | |
| E.D. Pennsylvania, C.A. No. 2:14-01601 ) | | MDL No. 2327 |

ORDER VACATING TRANSFER ORDER

      A conditional transfer order was filed in this action (*Cuttrell*) on March 27, 2014. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Cuttrell* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Chicago, Illinois, on May 29, 2014. The Panel has now been informed that *Cuttrell* was remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania, by the Honorable Cynthia M. Rufe in an order filed on June 9, 2014.

      IT IS THEREFORE ORDERED that the Panel's transfer order filed on June 9, 2014, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Vacating

JPMLCMECF to:
JPMLCMDECF
06/11/2014 12:49 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 6/11/2014 at 12:48 PM EDT and filed on 6/11/2014
**Case Name:**    IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 1589

**Docket Text:**
**ORDER VACATING TRANSFER ORDER ([1582] in MDL No. 2327, 14 in PAE/2:14-cv-01601) Transfer Order,,,, ([1588] in MDL No. 2327, 15 in PAE/2:14-cv-01601) Transferor Court (Remand),**

**IT IS THEREFORE ORDERED that the Transfer Order filed on 6/9/14 is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01601 (TB)**

**Case Name:** CUTTRELL v. JOHNSON & JOHNSON et al
**Case Number:** PAE/2:14-cv-01601
**Filer:**
**Document Number:** 16

**Docket Text:**
**ORDER VACATING TRANSFER ORDER ( [1582] in MDL No. 2327, 14 in PAE/2:14-cv-01601) Transfer Order,,,, ( [1588] in MDL No. 2327, 15 in PAE/2:14-cv-01601) Transferor Court (Remand),**

**IT IS THEREFORE ORDERED that the Transfer Order filed on 6/9/14 is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2014.**

**Associated Cases: MDL No. 2327, PAE/2:14-cv-01601 (TB)**


**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, cnw@farrell3.com, ewl@farrell3.com, mef@farrell3.com, srp@farrell3.com, tjw@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:14-cv-01601 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

W. Michael Moreland    mmoreland@triallawfirm.com

ANDREW P. REEVE    andrew.reeve@dbr.com

V. AMANDA WITTS    Awitts@tlgattorneys.com, JTucker@tlgattorneys.com, dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

ERIC H. WEITZ    EWeitz@messalaw.com

**PAE/2:14-cv-01601 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/11/2014] [FileNumber=474554-0]

[5d12156c59cf8cc4cfcd99c41f1b63e9f68f1799579a6e84e6e94ad9c6818fb631242
fe080734c072cfc2d1e0a10c385dc61a84606b7f826ccc86b4ef228a1b2]]