Session:2014-06-13  
Date:2014/06/13  
Division:DEF  
Judge:Eifert, Cheryl A.  
Courtroom:Huntington

Case ID:0001

Case number:2:12-md-02327  
Judge: Eifert, Cheryl A.  
Courtroom Deputy: Mann, Sharon  
Plaintiff Attorney: Anderson, Ben  
Plaintiff Attorney: Walker, Erik  
Defendant Attorney: Thomas, Davis  
Defendant: In Re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation

**2014/06/13**

| Time | Event |
|---|---|
| 09:56:22 | **System : Start Recording** <br> Record: Case Code:0001, New Case |
| 09:56:23 | **System : New Case** <br> Case: 2:12-md-02327, In Re: Ethicon, Inc. |
| 09:57:21 | **Annotation** <br> MOTION HEARING |
| 09:57:33 | **System : Stop Recording** <br> Stop: Case Code:0001 |
| 10:00:25 | **System : Start Recording** <br> Record: Case Code:0001 |
| 10:00:26 | **Annotation** <br> Judge called to the bench by Courtroom Deputy |
| 10:02:09 | **Judge: Eifert, Cheryl A.** <br> called case, counsel requested to note appearance |
| 10:02:21 | **Annotation** <br> Appearances noted by Counsel |
| 10:02:38 | **Judge: Eifert, Cheryl A.** <br> discussion with the parties about tissue/evidence in the case |
| 10:17:01 | **Plaintiff Attorney: Anderson, Ben** <br> responded to the Court about evidence retention |
| 10:17:44 | **Defendant Attorney: Thomas, Davis** <br> responded to the Court about previous discussion on evidence |
| 10:31:24 | **Annotation** <br> discussion continues with the parties on evidence |
| 10:50:04 | **Judge: Eifert, Cheryl A.** <br> discussion on administrative issues with the parties |
| 10:57:53 | discussion with the parties regarding older motions |
| 11:00:35 | **Plaintiff Attorney: Anderson, Ben** <br> clarifying his position on previous discussion with the Court |
| 11:02:27 | **Defendant Attorney: Thomas, Davis** <br> responds to Mr. Anderson and to the Court |
| 11:05:02 | **Judge: Eifert, Cheryl A.** <br> responds to the parties about the Order that she will be filing regarding |
| 11:05:02 | today's hearing |
| 11:06:18 | **Annotation** <br> discussion continues with the parites |
| 11:11:15 | **Judge: Eifert, Cheryl A.** <br> Hearing adjourned |
| 11:11:41 | **System : Stop Recording** <br> Stop: Case Code:0001 |