APPROVED and SO ORDERED.
ENTER: 2839 14236

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                       MDL No. 2327

This Document Relates to All Cases
_____

### MOTION TO WITHDRAW JESSICA M. HEINZ AS COUNSEL

Attorney, Jessica M. Heinz, Esquire hereby moves to withdraw as counsel in MDL No. 2327 and all member civil actions related to MDL No. 2327.  Mrs. Heinz previously served as counsel for Defendant, Neomedic, Inc. as an Associate with Cipriani & Werner, P.C. while co-counsel was on maternity leave.

Dated:   June 6, 2014                Respectfully submitted,

                                     **CIPRIANI & WERNER**

                                     By:   /s/ Jessica M. Heinz
                                           Jessica M. Heinz, Esquire
                                           PA Bar # 206188
                                           CIPRIANI & WERNER
                                           450 Sentry Parkway East, Suite 200
                                           Blue Bell, PA 19422
                                           (610) 567-0700
                                           jheinz@c-wlaw.com

                                           *Attorney for Defendants,*
                                           *DIMA, S.L., Neomedic, Inc.,*
                                           *Specialties Reemex International,*
                                           *S.L. and Neomedic International, S.L.*