APPROVED and SO ORDERED.
ENTER: 28 14 7 14 236

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System
Products Liability Litigation

MDL: 2327

This documents Relates to All Cases

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Peter T. Cathcart moves to have John F. Baker withdrawn as counsel in MDL 2327 and all member civil actions related to MDL 2327, including, but not limited to:

2:13-cv-03462 Smith v. Ethicon, Inc. et al., filed 02/25/13;

2:13-cv-08574 Wirth v. Ethicon, Inc. et al., filed 04/22/13;

2:13-cv-11253 Fowler et al v. Ethicon, Inc. et al., filed 05/14/13;

2:13-cv-11402 Biunno et al v. Ethicon, Inc. et al., filed 05/15/13;

2:13-cv-11404 Rickman v. Ethicon, Inc. et al., filed 05/15/13;

2:13-cv-14367 Salazar v. Ethicon, Inc. et al., filed 06/14/13;

2:13-cv-15019 Johnson v. Ethicon, Inc. et al., filed 06/20/13;

2:13-cv-16636 Souza et al v. Ethicon, Inc. et al., filed 07/01/13;

2:13-cv-17128 Hayes et al v. Ethicon, Inc. et al., filed 07/03/13;

2:13-cv-18553 Robbins v. Ethicon, Inc. et al., filed 07/10/13;

2:13-cv-19082 Raby v. Ethicon, Inc. et al., filed 07/11/13; and

2:13-cv-19759 Vaught et al v. Ethicon, Inc. et al., filed 07/12/13.

Mr. Baker is no longer associated as an attorney with Magaña, Cathcart & McCarthy. Attorneys Peter T. Cathcart and Clay Robbins, III, at Magaña, Cathcart & McCarthy will continue to represent plaintiff(s) in this MDL.

Respectfully submitted,

*[signature: Peter T. Cathcart]*

Peter T. Cathcart, Esq.
Magaña, Cathcart & McCarthy
1900 Avenue of the Stars, Suite 650
Los Angeles, CA 90067-4307
Telephone: 310.553.6630
Facsimile: 310.407.2295
Email: ptc@mcmc-law.com