# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE:  ETHICON, INC.
       PELVIC REPAIR SYSTEMS
       PRODUCT LIABILITY LITIGATION       MDL No. 2327

----------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER #123
(Defendants' Notice of Withdrawal Without Prejudice)

Pending before the court is Defendants' Notice of Withdrawal without Prejudice, (ECF No. 1239), regarding Motions for Protective Orders filed by Defendants. (ECF Nos. 1177, 1211, 1212 and 1218). For good cause shown, the court **GRANTS** the Notice of Withdrawal without Prejudice and **DENIES** Defendants' Motions to Compel as moot. It is so **ORDERED.**

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-19294. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered

by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

**ENTERED:** June 25, 2014

_____
Cheryl A. Eifert
United States Magistrate Judge