


## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Rosa Maria Ramirez<br>Pamela Lucero<br>Katherine Tribel<br>Kellie Garrett<br>Beth Alexander<br>Tracie Lewis<br>Rebecca Wallace<br>Allison Wagner<br>Karen Smith<br>Cynthia Haney<br>Sharon Malik<br>Heather Nicewanger<br>Cynthia Nelson<br>Kimberly Eveland<br>Victoria Soltanshahi<br>Suzanne Keller<br>Karen Page<br>Kelly Hallenbeck<br>Toni Polumbus<br>Ronda DeBeaux<br>Frankie Ball<br>Terri Bean<br>Mary Burke<br>Lisa Christon<br>Esther Gil<br>Julie Gillespie<br>Denise Greenhalgh<br>Randi Jamieson<br>Emily Lee<br>Billie Mooney<br>Pamela Nanek<br>Marlita Tappin<br>Adrea Brooks | Missouri Eastern | 4:13-cv-01249 | 2:14-cv-19768 |