Exhibit B

I. **For Directly Filed Cases:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ )

_____

**SHORT FORM COMPLAINT**

## II. For All Other Cases:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

    **Plaintiffs,**

v.　　　　　　　　　　　　　　　　　　Civil Action No. _____
　　　　　　　　　　　　　　　　　　　(Severed from SDWV Civil Action
　　　　　　　　　　　　　　　　　　　No. _____)

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**

**COMPLAINT AND JURY DEMAND**