UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### DECLARATION OF PIET HINOUL, M.D., Ph.D.

Dr. Piet Hinoul deposes and says:

1. My name is Piet Hinoul. I am over twenty-one years of age and of sound mind. I am competent to testify about all of the matters set out in this Declaration.

2. I am employed by Ethicon, Inc. ("Ethicon") as a medical affairs director.

3. It is my understanding that I have been designated as a non-retained expert witness by Ethicon in the pelvic mesh litigation.

4. I do not receive any additional compensation from Ethicon or any other person or entity for my expert testimony in the Ethicon pelvic mesh litigation.

5. I do not receive any additional compensation from Ethicon or any other person or entity for sitting on any Ethicon board.

Executed on this the 1st day of July, 2014.

_____
PIET HINOUL

EXHIBIT E

1