Confidential - Subject to Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

IN RE: ETHICON, INC.  : MDL NO. 2327
PELVIC REPAIR SYSTEM, :
PRODUCTS LIABILITY    :
LITIGATION            :

- - -

THIS DOCUMENT RELATES TO ALL CASES

- - -

June 26, 2013

- - -

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

      Videotaped deposition of PIET HINOUL, M.D., Ph.D. taken pursuant to notice, was held at the law offices of Riker Danzig Scherer Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, Morristown, New Jersey, beginning at 9:11 a.m., on the above date, before Ann Marie Mitchell, a Federally Approved Certified Realtime Reporter, Registered Diplomate Reporter and Notary Public for the State of New Jersey.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.951.5672 fax
deps@golkow.com

EXHIBIT F

Confidential - Subject to Protective Order

Page 50

1  A. At some point the branch within the
2  FDA that we had to submit our applications to
3  changed. And we had -- initially we were under the
4  reconstructive surgery branch, and that was moved to
5  the gynecology/obstetrics branch. And these were
6  people that were absolutely not informed about these
7  devices, about these procedures. So we reached out
8  to them to educate them on what products we had and
9  what our evidence was behind it. That was certainly
10 not lobbying.
11     Q. So you went to educate the FDA about
12 your products?
13     A. And our perspectives, yes.
14     Q. And that was a number of people at
15 FDA -- at Ethicon that went to this, to educate the
16 FDA. Right?
17     A. Yes.
18     Q. And in fact, you did a PowerPoint for
19 that, didn't you?
20     A. I did part of the PowerPoint, yes.
21     Q. Right. We'll get to that later.
22        Now, in terms of your presentation to
23 the FDA, did you get an award for that, a company
24 award?
25     A. I got an award for -- yes, I did get

Page 51

1  an award for that.
2     Q. Right.
3        It's the global leadership award.
4  Right?
5     A. Yes.
6     Q. If you'll go over to page 6 again of
7  your --
8        How did you get that award?
9     A. How did I get that award?
10    Q. Yeah. What were the circumstances
11 to -- how was it announced?
12    A. There was a small meeting afterwards
13 over lunch, and we were awarded -- we were awarded
14 these -- several people, because the lot of work
15 that involved in preparing for these meetings.
16    Q. Who made the award to you?
17    A. I think it was Lesley Fronio. Lesley
18 Fronio, and it's given to you by two leaders, Lesley
19 Fronio and Gary Pruden are on the award, I think.
20    Q. So is it a plaque or what?
21    A. It's a piece of paper.
22    Q. And that was given to you while you
23 were still in Washington, DC?
24    A. No.
25    Q. You said in a small meeting

Page 52

1  afterwards. Right?
2     A. Yes.
3     Q. That was at the company in New
4  Jersey?
5     A. Correct.
6     Q. Who was present?
7     A. I think there were about 10-15 people
8  present, most of the people that we had collaborated
9  with in preparation of these meetings. And I
10 believe Lesley Fronio was certainly there. Bridget
11 Welch, the president, may also have been there.
12    Q. Was this after the FDA had announced
13 what it was going to do or before? Didn't the FDA
14 take some action after this meeting, this panel
15 meeting?
16    A. Well, much later they decided to
17 issue 522 orders. This is much before then.
18    Q. So this was just --
19       Before there was a result, before
20 anybody knew what the FDA was going to do, you got a
21 leadership award. Right?
22    A. Yes.
23    Q. And who were the other people who got
24 leadership awards?
25    A. I certainly remember Brian Kanerviko,

Page 53

1  who was my regulatory counterpart at the time.
2  There may have been others.
3     Q. Now, you mentioned that these -- this
4  award was on behalf of Lesley Fronio --
5     A. Lesley Fronio.
6     Q. I'm sorry, Fronio. Lesley Fronio and
7  Gary Pruden. Correct?
8     A. Yes.
9     Q. And what were their positions at
10 Ethicon at the time you got this award?
11    A. Unfortunately, we -- they change so
12 often in title that I may get it wrong. I think
13 Gary Pruden was company group chairman of Ethicon at
14 the time and Lesley Fronio was the vice president of
15 marketing.
16    Q. So the vice president of marketing
17 and the chairman -- I assume that's a pretty high
18 position.
19       Chairman of what?
20    A. Company group chairman of Ethicon.
21    Q. Is that the highest level position in
22 Ethicon at the time?
23    A. I think so, yes.
24    Q. So that was the person who was at the
25 complete top of the company ladder at Ethicon.

14 (Pages 50 to 53)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 54

1  Right?
2      A.   Yes.
3      Q.   So he, along with the group, where
4  the vice president of marketing awarded you the
5  leadership award for your work in presenting on
6  behalf of the company and the industry at FDA.
7  Right?
8      A.   Yes. But I was awarded for what I
9  did for the company, how I represented the company.
10     Q.   So it had to do with how you
11 represented the company, not how you represented
12 industry. Right?
13     A.   That was how I did it, but my prize
14 was for what I did for the company or how I
15 represented the company in that setup.
16     Q.   Now, in your resume, it looks like
17 you -- it says here you got another global
18 leadership award in 2012. Right?
19     A.   Yes.
20     Q.   And this says, at the bottom there,
21 it says, "And one in 2012 for my work on the exit of
22 a category of products (pelvic organ prolapse mesh
23 kits)." Do you see that?
24     A.   Yes.
25     Q.   So you were awarded a leadership

Page 55

1  award, a global leadership reward, for your
2  involvement in the removal of the pelvic organ
3  prolapse kits from the market. Right?
4      A.   We stopped commercializing them, and
5  that involved a lot of work. And I was indeed
6  awarded another prize for that.
7      Q.   Well, do these prizes come along with
8  any promotions or cash awards or anything like that?
9      A.   There is a small amount, a cash
10 amount, that is involved with getting such a
11 leadership award.
12     Q.   What is the small cash amount?
13     A.   I don't remember. It may be a
14 thousand dollars, something of that magnitude.
15     Q.   What work did you do in order to get
16 the pelvic organ mesh kits off the market that led
17 to you getting a leadership award?
18          MS. JONES: I'm sorry, Counsel, would
19 you mind repeating that?
20          MR. BLIZZARD: Yeah.
21          MS. JONES: I just didn't -- I lost
22 it and I've lost my feed here.
23          MR. BLIZZARD: Sure, sure.
24 BY MR. BLIZZARD:
25     Q.   What work did you do that led to you

Page 56

1  getting a global leadership award to help get the
2  pelvic organ mesh kits removed from the market?
3      A.   Right. So I was recognized in this
4  prize for the fact that I represented the surgical
5  community, but especially the patient, because I was
6  in disagreement with the ceasing of the
7  commercialization. I felt that these products
8  brought tremendous value to patients. I had treated
9  thousands of patients with these products, and I
10 felt that it would be a pity to stop doing that.
11 And so I was awarded for my credo values that were
12 displayed during that period.
13     Q.   So if it was up to you, the mesh kits
14 would still be sold. Right?
15     A.   That's correct.
16     Q.   So your viewpoint at the time and
17 today is that Prolift --
18     A.   Yes.
19     Q.   -- should still be on the market?
20     A.   Absolutely.
21     Q.   And you got awarded a prize by the
22 company for taking that position. Right?
23     A.   Yes.
24     Q.   Now, in fact, you were --
25          When you actually looked at what

Page 57

1  evidence there was, or the lack of evidence, lack of
2  high grade evidence, for the safety and efficacy of
3  mesh kits, you were astonished, weren't you?
4          MS. JONES: Object to the form.
5          THE WITNESS: Absolutely not. And
6  what lack of evidence are you talking about?
7  BY MR. BLIZZARD:
8      Q.   Well, before you ever went to work
9  for the company, didn't you look at what evidence
10 was out there to support the safety and efficacy of
11 mesh kits?
12     A.   Before I worked for the company?
13     Q.   Yes.
14     A.   Yes.
15     Q.   You looked at that issue, didn't you?
16 You looked at what the evidence was for their safety
17 and efficacy, didn't you?
18     A.   Yes.
19     Q.   And when you actually examined the
20 evidence for mesh kits, you found that there was a
21 paucity of evidence, didn't you?
22          MS. JONES: Object to the form.
23          THE WITNESS: Well, it depends on
24 what time period you're talking on.
25 BY MR. BLIZZARD:

15 (Pages 54 to 57)

Golkow Technologies, Inc. - 1.877.370.DEPS