Case 2:12-md-02327     Document 1255     Filed 07/02/14     Page 1 of 1 PageID #: 15841

Session:2014-07-02 Division:DEF Courtroom:Huntington
Date:2014/07/02 Judge:Eifert, Cheryl A.

Case ID:0001

Case number:2:12-md-2327
Judge: Eifert, Cheryl A.
Courtroom Deputy: Wilson, Marsha
Defendant: In re: Ethicon. Inc., Pelvic Repair System Products Liability Litigation

**2014/07/02**

| | | |
|---|---|---|
| 09:47:29 | **System : Start Recording** | |
| | Record: Case Code:0001, New Case | |
| 09:47:30 | **System : New Case** | |
| | Case: 2:12-md-2327, In re: Ethicon. Inc., Pelvic | |
| 09:51:07 | **Annotation** | |
| | Telephonic Status Conference RE: 30B(6) notices | |
| 10:00:19 | Plaintiff's counsel Renee Baggett, Tom Cartmill, Andy Faes, Gerald Zonids, Brian Alystock | |
| 10:00:19 | Defendant's counsel William Gage, Ben Watson, Donna Jacobs, Rich Banardo | |
| 10:00:19 | | |
| 10:00:19 | Judge called to the bench by Courtroom Deputy | |
| 10:00:25 | Judge: Eifert, Cheryl A. | |
| 10:00:59 | called case, noted appearances of counsel | |
| 10:01:16 | the parties discuss Rule 30B(6) notices and Ethicon payments to societies | |
| 10:40:01 | the parties discuss the second issue regarding the researcher/scientist | |
| 10:40:40 | discussion continues re: Rule 30B(6) notices | |
| 10:58:22 | **Judge: Eifert, Cheryl A.** | |
| | addresses motion for protective order regarding Dr. Gretchen Byrkit. | |
| 11:00:31 | **Annotation** | |
| | the parties discuss the motion for protective order | |
| 11:03:00 | the parties continue the discussion re: Rule 30B(6) notices | |
| 11:04:26 | hearing adjourned | |
| 11:07:49 | **System : Stop Recording** | |
| | Stop: Case Code:0001 | |