## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Kelly Strantz<br>Susan Coletta<br>Suzanne Prael<br>Donna Behnke<br>Kathy Brewer<br>Anne Kitching<br>Mary McEwen<br>Betty Myers<br>Susan Wisdom<br>Janet Sassaman<br>Peggy Barker<br>Barbara Tinus<br>Brenda Elhapipy<br>Misty Galloway<br>Susie Hughes<br>Karen Jounakos<br>Sylvia McHenry<br>Katherine Minor<br>Kathryn Brewer<br>Peggy Gee<br>Carol Couch<br>Tina Niver<br>Brandy Seignemartin<br>Sue Mikula<br>Patricia Langford<br>Charlotte Kendall<br>Janet Batlan<br>Tina Burris<br>Ruth Wheeler<br>Carol Azzati<br>Carolyn Johnson<br>Paula Niebel<br>Carlina Williams<br>Norma Zasa<br>Cynthia Adams<br>Cynthia Roberts<br>Jenelle Levy<br>Katherine Hefley<br>Pamela Burttram<br>Julie Hill<br>Denise Gove<br>Christine Brubaker<br>Joyce Hunter | Missouri Eastern | 4:13-cv-1247 | 2:14-cv-19767 |

| **Plaintiffs** | **Originating District** | **Originating Case No.** | **SDWV – MDL Member Case No.** |
|---|---|---|---|
| Cynthia Watkins<br>Joyce Russell<br>Sondra Hardie<br>Katie Mesey<br>Linda Nichols<br>Diana Jackson<br>Karen Sullivan<br>Nancy Rodgers<br>Hedy-Jo Huss<br>Marilyn Simon<br>Loretta Kerr<br>Marigrace Kemske<br>Margaret Riggs<br>Selwa Alkadhi<br>Beckie Davis<br>Terri Demboski-Gloede<br>Mary Fleek<br>Shirley Hodges<br>Connie King<br>Marilyn Lee<br>Sheila Richardson<br>Traci Smith<br>Maxine Yuille-Carlisle | Missouri Eastern | 4:13-cv-1247 | 2:14-cv-19767 |