IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS          MDL No. 2327
LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO ALL CASES

### MOTION FOR CHANGE OF ATTORNEY INFORMATION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that Lopez McHugh, LLP ("Lopez McHugh"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating their firm information in MDL Nos. 2187, 2326, 2326, 2327, and 2387, and each individual member case in which any of the below-named attorneys are associated. In support of its motion, Lopez McHugh states the following:

1. The following Lopez McHugh attorneys with appearances entered in these matters reside in the firm's New Jersey office: Regina S. Johnson (NJ Bar No. 002641994), Pauline Toboulidis (NJ Bar No. 908082012), and Rayna E. Kessler (NJ Bar No. 031782010).

2. Effective June 30, 2014, Lopez McHugh has relocated its New Jersey office to: 214 Flynn Avenue, Moorestown, NJ 08057.

In addition, for all action in which Caridad Diego has appeared as Counsel, Lopez McHugh moves to substitute Pauline Toboulidis as Counsel in MDL No. 2327, and withdraw Caridad Diego who no longer works at Lopez McHugh.

Accordingly, Lopez McHugh respectfully requests that the Court enter an order updating the attorney information for the above-listed attorneys in MDL No. 2327, and each individual member case in which any of the named attorneys have been associated.

Dated: July 3, 2014

                                            s/Pauline Toboulidis
                                            Pauline Toboulidis, Esq.
                                            Regina S. Johnson, Esq.
                                            Rayna E. Kessler, Esq.
                                            LOPEZ MCHUGH, LLP
                                            214 Flynn Avenue
                                            Moorestown, NJ 08057
                                            Tel: (856) 273-8500
                                            Fax: (856) 273-8502
                                            ptoboulidis@lopezmchugh.com
                                            rjohnson@lopezmchugh.com
                                            rkessler@lopezmchugh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

      s/Pauline Toboulidis
      Pauline Toboulidis, Esq.
      LOPEZ MCHUGH, LLP
      214 Flynn Avenue
      Moorestown, NJ 08057
      Tel: (856) 273-8500
      Fax: (856) 273-8502
      ptoboulidis@lopezmchugh.com