# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS　　　　　　　　　MDL No. 2327
LIABILITY LITIGATION
-----------------------------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## ORDER

It is hereby ORDERED and DECREED that the Motion for Change in Attorney Information and Withdrawal of Counsel is GRANTED.  The Clerk is instructed to update the attorney information, firm name, and address for the firm of Lopez McHugh, LLP, and the attorneys affiliated therewith, as set forth in the Motion, for each individual member case in MDL No. 2327 with which said attorneys are associated.

Date Entered:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE