IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                    MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that Plaintiffs by and through their undersigned counsel, respectfully move this Court for entry of an Order updating my firm name and contact information in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which any of the below named attorneys are associated. In support of its motion, Plaintiff states the following:

1. The below listed attorneys with appearances entered in this matter are:

   Erin K. Copeland, TX Bar No. 24028157
   Kenneth T. Fibich, TX Bar No. 06952600

2. Effective May 13, 2014
   Fibich Hampton
   Leebron Briggs Josephson, LLP

   changed its name to:

   Fibich Leebron
   Copeland Briggs Josephson

Accordingly, Plaintiffs respectfully request that the Court enter an Order updating the attorney information for the above-listed attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which any of the below named attorneys are associated.

| /s/ Erin K. Copeland | /s/ Kenneth T. Fibich |
|---|---|
| Erin K. Copeland | Kenneth T. Fibich |
| FIBICH LEEBRON | FIBICH LEEBRON |
| Copeland Briggs Josephson | Copeland Briggs Josephson |
| 1150 Bissonnet | 1150 Bissonnet |
| Houston, TX 77005 | Houston, TX 77005 |
| (713) 751-0025 | (713) 751-0025 |
| ecopeland@fibichlaw.com | tfibich@fibichlaw.com |

CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                                                           /s/ Erin K. Copeland
                                                               Erin K. Copeland