IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.,                                                            MDL NO. 2327
   PELVIC REPAIR SYSTEM
   PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## **O R D E R**

Pending before the court is Lopez McHugh, LLP's Motion for Change of Attorney Information and Withdrawal of Counsel filed on July 3, 2014. [Docket # 1259.] In the motion counsel requests that the New Jersey address for the Lopez McHugh, LLP firm be changed. The motion states that attorneys Regina S. Johnson, Pauline Toboulidis and Rayna E. Kessler work in the New Jersey office. Counsel also requests that attorney Caridad Diego be granted leave to withdraw as counsel and Pauline Toboulildis be substituted in the main MDL No. 2327 and in each member case associated with MDL No. 2327. It is **ORDERED** that the Motion for Change of Attorney Information and Withdrawal of Counsel is **GRANTED**.

The Clerk is **DIRECTED** to update the attorney information, and address in MDL 2327 and for each individual member case in MDL 2327 in which said attorneys are associated.

It is further **ORDERED** that attorney Caridad Diego is granted leave to withdraw as counsel and attorney Pauline Toboulidis be substituted in his place.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 9, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE