UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2327 |

**THIS DOCUMENT RELATES TO ALL CASES:**

### MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that Plaintiffs by and through their undersigned counsel, respectfully move this Court for entry of an Order updating my firm name and contact information in MDL No. 2187, 2325, 2326, 2327, 2387 and 2440, and each individual member case in which any of the below named attorneys are associated.  In support of its motion, Plaintiffs state the following:

1. The below listed attorneys with appearances entered in this matter are:

    John J. Foley, IL Bar No. 6288152
    Trent B. Miracle, IL Bar No. 6281491
    Jayne Conroy, BBO#546090
    Paul J. Hanly, Jr., NY Bar No. 1659531

2. Effective July 1, 2014, Simmons Browder Gianaris Angelides & Barnerd, LLC and Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP merged and changed their name to Simmons Hanly Conroy.

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the attorney information for the above-listed attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387 and 2440, and each individual member case in which any of the below named attorneys are associated.

*s/ John J. Foley*
John J. Foley
Simmons Hanly Conroy, LLC
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
jfoley@simmonsfirm.com

*s/ Trent B. Miracle*
Trent B. Miracle
Simmons Hanly Conroy, LLC
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com

*s/ Jayne Conroy*
Jayne Conroy
Simmons Hanly Conroy, LLC
112 Madison Avenue
New York, NY 10017
Telephone: (212) 784-6400
Facsimile: (212) 784-6420
jconroy@simmonsfirm.com

*s/ Paul J. Hanly, Jr.*
Paul J. Hanly, Jr.
Simmons Hanly Conroy, LLC
112 Madison Avenue
New York, NY 10017
Telephone: (212) 784-6400
Facsimile: (212) 784-6420
phanly@simmonsfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                            *s/ John J. Foley*