# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Civil Action No. 2:12-md-02327<br>MDL No. 2327 |
| THIS DOCUMENT APPLIES TO ALL CASES | Honorable Joseph R. Goodwin<br>United States District Court Judge |

### DANIEL J. CHRISTENSEN AND MEDSTAR FUNDING, LC'S MOTION TO WITHDRAW FROM SERVICE MDL NO. 2327

Daniel J. Christensen and MedStar Funding, LC ("MedStar"), by counsel, move for entry of an Order removing MedStar and its counsel, from receiving any further service under MDL 2327 as a CM/ECF registered participants. In support of this motion, MedStar states it is not a party to this litigation, and its appearance in this matter related solely to discovery matters than have been completed.

WHEREFORE, MedStar respectfully requests that an Order be issued removing it from receiving any further service under MDL 2327 as a CM/ECF registered participant.

DANIEL CHRISTENSEN and
MEDSTAR FUNDING, LC

/s/ James S. Crockett, Jr.
Alexander Macia (WVSB No. 6077)
James S. Crockett, Jr. (WVSB No. 9229)
David A. Bosak (WVSB No. 11947)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
Charleston, West Virginia 25301
Phone: 304.340.3800
Fax: 304.340.3801

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Civil Action No. 2:12-md-02327<br>MDL No. 2327<br><br>Honorable Joseph R. Goodwin<br>United States District Court Judge |

**THIS DOCUMENT APPLIES TO ALL CASES**

## CERTIFICATE OF SERVICE

I, James S. Crockett, Jr., do hereby certify that on July 11, 2014, I electronically filed the foregoing "**Daniel J. Christensen and MedStar Funding, LC's Motion to Withdraw from Service in MDL No. 2327**" with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the CM/ECF participants registered to receive service in these MDLs.

/s/ James S. Crockett, Jr.
James S. Crockett, Jr. (WVSB No. 9229)