APPROVED and SO ORDERED.
ENTER: 2913914236

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

Civil Action No. 2:12-md-02327
MDL No. 2327

THIS DOCUMENT APPLIES TO ALL CASES

Honorable Joseph R. Goodwin
United States District Court Judge

### DANIEL J. CHRISTENSEN AND MEDSTAR FUNDING, LC'S
### MOTION TO WITHDRAW FROM SERVICE MDL NO. 2327

Daniel J. Christensen and MedStar Funding, LC ("MedStar"), by counsel, move for entry of an Order removing MedStar and its counsel, from receiving any further service under MDL 2327 as a CM/ECF registered participants. In support of this motion, MedStar states it is not a party to this litigation, and its appearance in this matter related solely to discovery matters than have been completed.

WHEREFORE, MedStar respectfully requests that an Order be issued removing it from receiving any further service under MDL 2327 as a CM/ECF registered participant.

DANIEL CHRISTENSEN and
MEDSTAR FUNDING, LC

/s/ James S. Crockett, Jr.
Alexander Macia (WVSB No. 6077)
James S. Crockett, Jr. (WVSB No. 9229)
David A. Bosak (WVSB No. 11947)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
Charleston, West Virginia 25301
Phone: 304.340.3800
Fax: 304.340.3801