# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### CROSS NOTICE OF 30(b)(6) VIDEO DEPOSITION OF LYNN MEYER

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of LYNN MEYER will be taken jointly in connection with *In Re Pelvic Mesh/Gynecare Litigation*, Superior Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10, upon oral examination on August 6, 2014, at a time to be later determined, at Riker Danzig Scherer Hyland and Perretti, One Speedwell Avenue, Headquarters Plaza, Morristown, Jersey 07962-1981 Dial in: 800-747-5150, Participant Code: 4873233 .

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, and Rule 4:14 of the New Jersey Rules of Court, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re Pelvic Mesh/Gynecare Litigation*, Superior

Court of New Jersey Law Division, Atlantic County, Case No. 291 CT, Master Case 6341-10 and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

      This deposition will be taken before a person authorized by law to administer oaths and video-taped.

Dated: July 23, 2014.

                        Respectfully submitted,

                        /s/Christy D. Jones
                        Christy D. Jones
                        Butler Snow LLP
                        1020 Highland Colony Parkway
                        Suite 1400 (39157)
                        P.O. Box 6010
                        Ridgeland, MS 39158-6010
                        (601) 985-4523
                        Christy.jones@butlersnow.com

                        /s/ David B. Thomas
                        David B. Thomas (W.Va. Bar #3731)
                        Thomas Combs & Spann PLLC
                        300 Summers Street
                        Suite 1380 (25301)
                        P.O. Box 3824
                        Charleston, WV 25338
                        (304) 414-1807
                        dthomas@tcspllc.com

                        COUNSEL FOR DEFENDANTS
                        ETHICON, INC. AND
                        JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

<u>/Christy D. Jones</u><br>
Christy D. Jones

ButlerSnow 22026782v1