IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.             MDL NO. 2327
    PELVIC REPAIR SYSTEM PRODUCTS
    LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is plaintiffs' Motion for Change of Attorney Information, filed on July 3, 2014.  [Docket # 1260.]  In the motion counsel requests that in the main MDL and each member cases associated with that MDL in which attorneys Erin K. Copeland or Kenneth T. Fibich appear, the firm name be changed from Fibich Hampton Leebron Briggs Josephson, LLP to Fibich Leebron Copeland Briggs Josephson.  It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

The Clerk is instructed to update the firm name, in MDL No. 2327, and for each individual member case associated with MDL No. 2327, in which Erin K. Copeland or Kenneth T. Fibich appear.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  July 24, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE