# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE:  ETHICON, INC.
       PELVIC REPAIR SYSTEMS
       PRODUCT LIABILITY LITIGATION       MDL No. 2327

----------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #130**
(Hearing on Motion to Deem Requests for Admissions Admitted,
or Alternatively, to Compel)

Pending before the court is Defendants' Motion to Deem Requests for Admissions Admitted, or Alternatively, to Compel. (ECF No. 1017). It is hereby **ORDERED** that a telephonic hearing on said motion shall take place on **Tuesday, August 5, 2014** at **2:30 p.m.** before the undersigned United States Magistrate Judge. The court has previously provided the parties instructions on connection to the conference call.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-24140. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the

responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

**ENTERED:** July 30, 2014

Cheryl A. Eifert
United States Magistrate Judge