IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                    MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____
THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel, respectfully moves this Court for entry of an Order updating his firm name and contact information in MDL No. 2327, and each individual member case in which the below named attorney is associated. In support of his motion, said attorney states the following:

1. The below listed attorney with appearances entered in this matter is:

   Geoffrey P. Culbertson, TX Bar No. 24045732

2. The firm's updated information, including name change and address, is as follows:

   Patton, Tidwell, Schroeder & Culbertson, L.L.P.
   2800 Texas Boulevard
   Post Office Box 5398
   Texarkana, Texas 75503

Accordingly, the undersigned respectfully requests that the Court enter an Order updating the attorney information for the above-listed attorney in MDL No. 2327, and each individual member case in which the below named attorney is associated.

                                        Respectfully submitted,

                                        */s/ Geoffrey P. Culbertson*
                                        Geoffrey P. Culbertson
                                        Patton, Tidwell, Schroeder & Culbertson, L.L.P.
                                        2800 Texas Boulevard
                                        Texarkana, Texas 75503
                                        Telephone: (903) 792-7080
                                        Facsimile: (903) 792-8233
                                        gpc@texarkanalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2014, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.

*/s/ Geoffrey P. Culbertson*
Geoffrey P. Culbertson