IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                            MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending before the Court is attorney Geoffrey P. Culbertson's Motion for Change of Attorney information, filed on July 31, 2014.  In the motion counsel requests that in MDL 2327 and each member cases associated with that MDL in which attorney Geoffrey P. Culbertson appears, the firm name and address be changed as follows:

    Patton, Tidwell, Schroeder & Culbertson, L.L.P.
    2800 Texas Boulevard
    Post Office Box 5398
    Texarkana, Texas 75503

It is ORDERED that the Motion for Change of Attorney Information is GRANTED.

The Clerk is instructed to update the firm information in MDL No. 2327 and each member case associated with that MDL in which Geoffrey P. Culbertson appears.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this ____ day of _____, 2014.

                                                                        _____
                                                                        JOSEPH R. GOODWIN
                                                                        UNITED STATES DISTRICT JUDGE