## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES AND TO<br><br>*Jo Beth Huskey, et al. v.*<br>*Johnson & Johnson, et al.*<br>Case No. 2:12-cv-05201<br><br>*Tonya Edwards, et al. v.*<br>*Johnson & Johnson, et al.*<br>Case No. 2:12-cv-09972 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER

Defendants filed their Motion for Protective Order to Preclude Discovery of All Compensation Information of Defendants' Non-Retained Expert, Dr. Piet Hinoul. This motion is docket no. 1250 in the master case, and docket no. 262 in the Huskey matter and docket no. 134 in the Edwards Matter.

Based on the agreement of the parties, Defendants hereby withdraw this motion without prejudice subject to being refiled should Plaintiffs later seek Dr. Hinoul's compensation information.

THIS the 1st day of August, 2014.

Respectfully submitted,

*/s/ Christy D. Jones*_____

Christy D. Jones
Donna Brown Jacobs
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com
donna.jacobs@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. ANDJOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*_____
Christy D. Jones

ButlerSnow 22151449v1