IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                 MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating his firm name and contact information in MDL No. 2187, 2325, 2326, and 2327, and each individual case in which the below named attorney is associated. In support of his motion, said attorney states the following:

1.     The below listed attorney with appearances entered in this matter is:

       Jennifer R. Johnson, CA Bar No. 160967

2.     The firm's updated information, including name change and address, is as follows:

       Law Office of Jennifer R. Johnson, A Professional Law Corporation
       16520 Bake Parkway, Suite 260
       Irvine, CA 92618

Accordingly, the undersigned respectfully request that the Court enter an Order updating the attorney information for the above-listed attorney in MDL No. 2187, 2325, 2326, and 2327, and each individual member case in which the below named attorney is associated.

                                                      Respectfully submitted,

                                                      /s/ Jennifer R. Johnson
                                                      Jennifer R. Johnson
                                                      Jennifer R. Johnson,
                                                      A Professional Law Corporation
                                                      16520 Bake Parkway, Suite 260
                                                      Irvine, CA 92618
                                                      Telephone: (949) 502-5215
                                                      Facsimile: (949) 502-5218
                                                      jrj@jenniferjohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2014, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ Jennifer R. Johnson
Jennifer R. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.  
PELVIC REPAIR SYSTEM  
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending before the Court is attorney Jennifer R. Johnson's Motion for Change of Attorney Information, filed on August 4, 2014. In the motion counsel requests that in MDL No. 2187, 2325, 2326, and 2327, and each member case associated with that MDL in which attorney Jennifer R. Johnson appears, the firm name and address be changed as follows:

> Law Office of Jennifer R. Johnson, A Professional Law Corporation  
> 16520 Bake Parkway, Suite 260  
> Irvine, CA 92618

It is ORDERED that the Motion for Change of Attorney Information is GRANTED.

The Clerk is instructed to update the firm information in MDL No. 2187, 2325, 2326, and 2327, and each member case associated with that MDL in which Jennifer R. Johnson appears.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this ___ day of _____, 2014.

_____  
JOSEPH R. GOODWIN  
UNITED STATES DISTRICT JUDGE