**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEMS
      PRODUCT LIABILITY LITIGATION            MDL No. 2327

-------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES
AND TO:

Jo Beth Huskey, et al. v.
Johnson & Johnson, et al.
Case No. 2:12-cv-05201

Tonya Edwards, et al. v.
Johnson & Johnson, et al.
Case No. 2:12-cv-09972

**PRETRIAL ORDER #131**
<u>(Defendants' Notice of Withdrawal of Motion for Protective Order)</u>

      Pending before the court is Defendants' Motion for Protective Order to Preclude Discovery of All Compensation Information of Defendants' Non-Retained Expert, Dr. Piet Hinoul. (ECF No. 1250).[1]  In view of Defendants' Notice of Withdrawal of  Motion for Protective Order (ECF No. 1280),[2] the court hereby **DENIES** Defendants'  Motion for Protective Order to Preclude Discovery of All Compensation Information of Defendants' Non-Retained Expert, Dr. Piet Hinoul, as  moot.  It is so **ORDERED**.

---

[1] Defendants  also filed this motion in Jo Beth Huskey, et al. v. Johnson & Johnson, et al., Case No. 2:12-cv-05201 (ECF No. 262) and Tonya Edwards, et al. v. Johnson & Johnson, et al., Case No. 2:12-cv-09972 (ECF No. 134).

[2] Defendants also filed the Notice of Withdrawal of the Motion for Protective Order in Jo Beth Huskey, et al. v. Johnson & Johnson, et al, (ECF No. 310) and in Tonya Edwards, et al. v. Johnson & Johnson, et al., (ECF No. 167).

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, **2:12-cv-05201, and 2:12-cv-09972** and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-24359. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at http://www.wvsd.uscourts.gov.

**ENTERED:** August 5, 2014

Cheryl A. Eifert
United States Magistrate Judge