**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br><br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**PRETRIAL ORDER # 132**
**(SIXTH AMENDED DOCKET CONTROL ORDER ON**
**SECOND ROUND OF BELLWETHERS – *Huskey and Edwards* )**

It is **ORDERED** that PTO # 127 ( Fifth Amended Docket Control Order on Second Round of Bellwethers – *Huskey and Edwards*)  is amended with respect to paragraph  6 (change in date/time of pretrial conference). The remaining deadlines contained in PTO # 122 remain in force and effect.

6.      *Pretrial and Final Settlement Conferences*. The Court shall conduct a pretrial conference on **Wednesday, August 13, 2014 at 1:00 p.m.** and will notify the parties as to the date of a final settlement conference.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and **in the following cases:** 2:12-cv-05201 and 2:12-cv-09972 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-24370. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to

counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: August 5, 2014

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE