Session:2014-08-05
Division:
Court Type:
Courtroom:Huntington
Date:2014/08/05
Judge:Eifert, Cheryl A.

Case ID:0004

Case number:  2:12-MD-02327
Judge: Eifert, Cheryl A.
Courtroom Deputy: Mann, Sharon

Defendant: In Re:Ethicon, Inc. Pelvic Repair

**2014/08/05**

| Time | Event |
|---|---|
| 14:27:13 | **System : Start Recording** <br> Record: Case Code:0004, New Case |
| 14:27:13 | **System : New Case** <br> Case: 12:12-MD-02327, In Re:Ethicon, Inc. Pelvic Repair System Products Liability Litigation |
| 14:28:29 | **System : Stop Recording** <br> Stop: Case Code:0004 |
| 14:30:10 | **System : Start Recording** <br> Record: Case Code:0004 |
| 14:30:17 | **Annotation** <br> MOTION HEARING - Document Number 1017 (Telephone Conference) |
| 14:30:25 | Jason Richards, present by telephone |
| 14:31:37 |  D. Renee Baggett, present by telephone |
| 14:31:42 | Andrew N. Faes, present by telephone |
| 14:31:46 | Benjamin M. Watson, present by telephone |
| 14:32:20 | Judge called to the bench by Courtroom Deputy |
| 14:32:26 | **Judge: Eifert, Cheryl A.** <br> called case, noted appearances of counsel |
| 14:33:00 | discussion on deposition with the parties |
| 14:33:47 | **Annotation** <br> the parties responded to the Court regarding hearing on deposition |
| 14:35:12 | **Judge: Eifert, Cheryl A.** <br> discussion on the Defendants' Motion to Deem Requests for Admissions admitted |
| 14:35:12 |  Admitted, or Alternatively to Compel |
| 14:45:01 | **Annotation** <br> parties continue to discuss the motion |
| 14:53:10 | **Judge: Eifert, Cheryl A.** <br> denying  motion without prejudice |
| 14:56:34 | will issue an order regarding this mtoion |
| 14:57:17 | **Annotation** <br> discussion on the deposition of Rhonda Peoples on 08/20/2014 |
| 15:00:10 | **Judge: Eifert, Cheryl A.** <br> Hearing adjourned |
| 15:00:17 | **System : Stop Recording** <br> Stop: Case Code:0004 |