**USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or  for Purchasing a Copy of an Audio Tape or CD**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT _____

**V.**                                                                                    **CASE NUMBER**

### REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING
### OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD

Requestor's name: _____

Address: _____

Telephone: _____   Fax: _____

E-mail address: _____

Judicial officer presiding: _____

Proceeding date(s): _____

Proceeding location(s): _____

Proceeding type(s)[1]: _____

Attorney present at hearing *(list all attorneys)*:          Witness called at proceeding *(list all witnesses)*:

Court reporter name/Tape number/Courtflow: _____

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

| | | | |
|---|---|---|---|
| ☐ | Ordinary transcript (due 30 days from date assigned to court reporter) | ☐ | Daily (due by 5:00 PM the day following assignment to court reporter) |
| ☐ | 14-Day transcript (due 14 days from date assigned to court reporter) | ☐ | Hourly |
| ☐ | Expedited (due 7 days from date assigned to court reporter) | ☐ | Copy of an audio tape or CD of an electronically recorded proceeding |

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein.  Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: _____    Date: _____
*Requestor's Signature or e-Signature*

☐ Attorney (Civil or Criminal)            ☐ Assistant United States Attorney

☐ CJA Attorney (completed CJA-24 attached)   ☐ Pro Se Litigant

☐ Federal Public Defender

---

**FOR OFFICIAL COURT USE ONLY:**

Court reporter assigned: _____

Date assigned: _____

Delivery method:

☐ Hold for pickup

☐ Mail to above address

☐ Mail to: _____

☐ Ship overnight:

via _____    Account no.: _____    Priority: _____