UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

------------------------------------------------------------ x
IN RE ETHICON, INC., PELVIC REPAIR : CIVIL ACTION NO. 2:12-md-02327
SYSTEM PRODUCTS LIABILITY : MDL No. 2327
LITIGATION :
 :
------------------------------------------------------------ : Judge Joseph R. Goodwin
 :
This Document Applies To All Actions :
------------------------------------------------------------ X

To:   Christy D. Jones, Esq.
      Butler, Snow, O'Mara Stevens & Cannada, PLLC
      1020 Highland Colony Parkway
      Suite 1400
      Ridgeland, MS 39157
      601-948-5711

### PLAINTIFFS' CERTIFICATE OF SERVICE OF NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION DUCES TECUM OF ERIC ROVNER, M.D.

I hereby certify that on August 12, 2014, I served Plaintiff's Notice to take Oral and Videotaped Deposition Duces Tecum of Eric Rovner, M.D., via email, and that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/Thomas P. Cartmell
      THOMAS P. CARTMELL
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO 64112
      816-701-1102
      Fax 816-531-2372
      tcartmell@wcllp.com

      *Counsel for Plaintiffs*