IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,              MDL NO. 2327
   PELVIC REPAIR SYSTEM PRODUCTS
   LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is plaintiffs' Motion for Change of Attorney Information, filed on July 31, 2014.  [Docket # 1278.]  In the motion counsel requests that in the main MDL and each member case associated with that MDL in which attorney Geoffrey P. Culbertson appears, the firm name and information be changed.

It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

The Clerk is instructed to update the attorney information, and firm name, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which said attorney is associated.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  August 13, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE