UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION  MDL No. 2327


### TRANSFER ORDER

**Before the Panel:**[*] Pursuant to Panel Rule 7.1, plaintiffs in the two actions listed on Schedule A move to vacate our order conditionally transferring the actions to MDL No. 2327. Responding defendants Johnson & Johnson and Ethicon, Inc. (collectively Ethicon) oppose the motions to vacate.

After considering all argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that their actions share questions of fact with MDL No. 2327. Like many of the already-centralized actions, these actions involve factual questions arising from allegations that pelvic surgical mesh products manufactured by Ethicon and related entities were defectively designed, manufactured and marketed, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motion to vacate, movants argue that these actions were improperly removed and that their motions for remand to state court are pending in the transferor courts. The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present such arguments to the transferee judge.[1] *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

Plaintiffs in the Central District of California *Flores* action also argue that a court situated in California is best suited to rule upon unique issues of California law involved in *Flores*. The Panel has held repeatedly that Section 1407 transfer does not require a complete identity or even a majority of common factual or legal issues. *See, e.g., In re: Avandia Mktg., Sales Practices & Prods. Liab.*

---

[*] Judge Ellen Segal Huvelle took no part in the decision of this matter.

[1] Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand or other motion is filed and the date the Panel finalizes transfer of the action to the MDL, a court wishing to rule upon that motion generally has adequate time to do so.

-2-

*Litig.*, 543 F. Supp. 2d 1376, 1378 (J.P.M.L. 2007). Furthermore, it is "within the very nature of coordinated or consolidated pretrial proceedings in multidistrict litigation for the transferee judge to be called upon to apply the law of more than one state." *In re: CVS Caremark Corp. Wage & Hour Emp't Practices Litig.*, 684 F. Supp. 2d 1377, 1378 (J.P.M.L. 2010) (quoting *In re: Air Crash Disaster at John F. Kennedy Int'l Airport on June 24, 1975*, 407 F. Supp. 244 (J.P.M.L. 1976)).

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Marjorie O. Rendell    Charles R. Breyer
Lewis A. Kaplan    Sarah S. Vance
R. David Proctor

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**            MDL No. 2327

## SCHEDULE A

<u>Central District of California</u>

FLORES, ET AL. v. ETHICON, INC., ET AL., C.A. No. 2:14-03367

<u>Eastern District of Missouri</u>

STEVENS, ET AL. v. JOHNSON & JOHNSON, INC., ET AL., C.A. No. 4:14-00579



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
08/13/2014 11:11 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/13/2014 at 11:11 AM EDT and filed on 8/13/2014
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/13/2014.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579 (TB)**

Case Name:      Dawn Flores et al v. Ethicon Inc et al
Case Number:    CAC/2:14-cv-03367
Filer:
WARNING: CASE CLOSED on 07/02/2014
Document Number: No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/13/2014.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579 (TB)**

Case Name:      Stevens et al v. Johnson & Johnson, Inc. et al
Case Number:    MOE/4:14-cv-00579
Filer:
Document Number: No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/13/2014.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579 (TB)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
08/13/2014 11:39 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 08/13/2014 at 11:09:08 AM EDT and filed on 08/13/2014
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 1660

**Docket Text:**
**TRANSFER ORDER re: pldg. (6 in CAC/2:14-cv-03367, [1575] in MDL No. 2327), (10 in CAC/2:14-cv-03367, [1598] in MDL No. 2327, 9 in MOE/4:14-cv-00579), ([1511] in MDL No. 2327, 7 in MOE/4:14-cv-00579)**

Page 2 of 4
Case 2:12-md-02327   Document 1294   Filed 08/13/14   Page 7 of 9 PageID #: 16041

**Transferring 2 action(s) - MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/13/2014.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579 (TB) (Main Document 1660 replaced on 8/13/2014) (TB).**

| | |
|---|---|
| **Case Name:** | Stevens et al v. Johnson & Johnson, Inc. et al |
| **Case Number:** | MOE/4:14-cv-00579 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (6 in CAC/2:14-cv-03367, [1575] in MDL No. 2327), (10 in CAC/2:14-cv-03367, [1598] in MDL No. 2327, 9 in MOE/4:14-cv-00579), ([1511] in MDL No. 2327, 7 in MOE/4:14-cv-00579)**

**Transferring 2 action(s) - MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/13/2014.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579 (TB) (Main Document 1660 replaced on 8/13/2014) (TB).**

| | |
|---|---|
| **Case Name:** | Dawn Flores et al v. Ethicon Inc et al |
| **Case Number:** | CAC/2:14-cv-03367 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (6 in CAC/2:14-cv-03367, [1575] in MDL No. 2327), (10 in CAC/2:14-cv-03367, [1598] in MDL No. 2327, 9 in MOE/4:14-cv-00579), ([1511] in MDL No. 2327, 7 in MOE/4:14-cv-00579)**

**Transferring 2 action(s) - MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/13/2014.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-03367, MOE/4:14-cv-00579 (TB) (Main Document 1660 replaced on 8/13/2014) (TB).**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com, cnw@farrell3.com, ewl@farrell3.com, mef@farrell3.com, srp@farrell3.com, tjw@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOE/4:14-cv-00579 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Clayton A Clark     cclark@TrialLawFirm.com, cclark@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

Randy J. Soriano     rjsoriano@bryancave.com

Thomas E Schwartz     tschwartz@holloranlaw.com

Bettina J. Strauss     bjstrauss@bryancave.com

**MOE/4:14-cv-00579 Notice will not be electronically mailed to:**

**CAC/2:14-cv-03367 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Daniel Mitchell Graham     dmgapc@aol.com, debwakeman@dmgapc.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

Dennis K. Ames     dames@ljdfa.com

Wendy E. Coulston     wcoulston@ljdfa.com

Robert J. Iacopino     riacopino@ljdfa.com

John C Kelly     jckelly@cktfmlaw.com

David P Pruett     dpruett@cktfmlaw.com, lmtheobald@cktfmlaw.com

Sandra J Carlson     sjcarlson@cktfmlaw.com

Sandra Jeane Carlson     scarlson@cktfmlaw.com

John Christopher Kelly     jckelly@cktfmlaw.com

**CAC/2:14-cv-03367 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/13/2014] [FileNumber=488451-0]

[3e56d2c563e0c6d7179624ea9f37822a607603b23bb634fdde3aac1c0324207a77e4e
75313aa6a63307dd5e7062ba4119e91ee9b514da983e67456df4739937e]]

*This is a re-generated NEF. Created on 8/13/2014 at 11:36 AM EDT*