APPROVED and SO ORDERED.
ENTER: 2: 13714236

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2387
Honorable Joseph R. Goodwin

---

**ANDREA ALLEN,**
   *Plaintiff*,

v.

**COLOPLAST, CORP. ET AL.,**
   *Defendant*.

CASE NO. 2:14-cv-14066

### MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2387, In re: Coloplast Corp. Pelvic Support System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2387 against Coloplast Corp. and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Coloplast Corp. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327:

Ethicon, Inc. and Johnson & Johnson

Because Coloplast Corp. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2387 to 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2387 and re-associate it with MDL 2327.

Respectfully submitted,

*/s/ J. Steve Mostyn*
J. Steve Mostyn
Texas Bar No. 00798389
**MOSTYN LAW FIRM**
3810 West Alabama Street
Houston, TX  77027
(713) 861-6616 Telephone
(713) 861-8084 Facsimile

Kurt Arnold
Texas Bar No. 24036150
Jason Itkin
Texas Bar No. 24032461
Noah Wexler
Texas Bar No. 24060816
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ J. Steve Mostyn*
J. Steve Mostyn