Session:08-14-2014
Division:
Court Type:
Courtroom:Huntington
Date:2014/08/14
Judge:Eifert, Cheryl A.

Case ID:0001

    Case number:2:12-md-02327, 2:12-cv-09972, 2:12-cv-05201
    Judge: Eifert, Cheryl A.
    Courtroom Deputy: Mann, Sharon
    Defendant: Ethicon, Inc.

**2014/08/14**

| Time | Event | Detail |
|---|---|---|
| 09:59:00 | **System : Start Recording** | Record: Case Code:0001 |
| 09:59:00 | **System : New Case** | Case: 2:12-md-02327, Ethicon, Inc. |
| 09:59:33 | Annotation | Deborah Marlin present |
| 09:59:35 | | John R. Fabry present |
| 09:59:43 | | David Thomas present |
| 09:59:44 | | Philip Combs present |
| 09:59:46 | | Anita Modale-Truran |
| 09:59:47 | | N. Bert Snell present |
| 09:59:48 | | Paul Rosenblatt, present |
| 09:59:49 | | Fidelma Fitzpatrick present |
| 09:59:56 | | Mark Miller present |
| 09:59:58 | | Edward Wallace present |
| 10:00:05 | | Nate Jones present |
| 10:00:07 | | Jeff Kuntz present |
| 10:00:09 | | Andy Faes present |
| 10:00:24 | | DEPOSITION DESIGNATION HEARING - PART 1 OF 3 |
| 10:01:31 | **System : Stop Recording** | Stop: Case Code:0001 |
| 10:02:24 | **System : Start Recording** | Record: Case Code:0001 |
| 10:02:27 | Annotation | Judge called to the bench by Courtroom Deputy |
| 10:07:34 | | called case, noted appearances of counsel |
| 10:10:06 | | Philip Combs has general discussion on witness Depositions |
| 10:11:19 | **Judge: Eifert, Cheryl A.** | discussion on procedures with the parties on today's hearing |
| 10:14:40 | Annotation | Philip Combs discussion about spoilation of computer |
| 10:17:36 | |  Nate Jones responds to Mr. Combs about spoliation |
| 10:18:05 | **Judge: Eifert, Cheryl A.** | Judge Eifert does not strike testimony in the Angelini deposition |
| 10:18:56 | Annotation | discussion continues with the parties on this deposition |
| 10:24:01 | **Judge: Eifert, Cheryl A.** | Judge grants motions to exclude testimony |
| 10:24:40 | Annotation | discussion continues with the parties |
| 10:35:49 | | discussion on the Huntsicker email with the court and counsel |
| 10:44:50 | **Judge: Eifert, Cheryl A.** | grants motion to exclude email as an exhibit |
| 10:49:43 | Annotation | discussion continues with the parties regarding the court's ruling |
| 10:52:45 | | addresses the Court that the parties have worked out objections |
| 10:54:27 | | the parties ask for a few minutes to discuss the Huntsicker ruling |
| 11:02:50 | | the Judge is back on the record about the Huntsicker ruling |
| 11:05:03 | **Judge: Eifert, Cheryl A.** | Judge Eifert discusses with the parties about previous rulings of Judge Goodwin |
| 11:05:03 | | |
| 11:07:04 | Annotation | Philip Combs addresses the court about the issues they are bringing before the |

| | |
|---|---|
| 11:07:04 | Court and Judge Goodwin's previous rulings |
| 11:08:40 | discussion continues about the rulings with the parties |
| 11:09:26 | discussion on Dr. Chinn's notes and exhibits in her video deposition |
| 11:18:00 | **Judge: Eifert, Cheryl A.** |
| | denies request to exclude and the parties agree to redact the percentages contained |
| 11:18:00 | in the exhibit |
| 11:21:50 | **Annotation** |
| | the partes continue to discuss Dr. Chinn's testimony with the parties |
| 11:30:08 | Bert Snell addresses the Court regarding the Jim Hart transcript |
| 11:35:18 | Nate Jones addresses the Court and responds to Mr. Snell |
| 11:41:01 | discussion continues on these issues |
| 11:42:08 | Ed Wallace responds to the Court's question about tissue death in the Huskey case |
| 11:42:08 | |
| 11:45:06 | **Judge: Eifert, Cheryl A.** |
| | denies the request to exclude testimony |
| 11:46:56 | **Annotation** |
| | discussion continues on Mr. Hart's testimony |
| 11:55:43 | **Judge: Eifert, Cheryl A.** |
| 12:02:31 | **Annotation** |
| | Discussion on the Edwards case |
| 12:03:58 | Ed Wallace discussion on deposition of Dr. Fitzgerald |
| 12:05:59 | Anita Modak-Truran gives background on Dr. Fitzgerald |
| 12:07:58 | Fidelma Fitzpatrick's response to Ms. Modak-Truran's background information |
| 12:14:20 | the court continues to discuss the deposition of Dr. Chinn |
| 12:28:07 | discussion continues on Ms. Huskey's medical background |
| 12:44:50 | the parties ask for a little time to discuss. Parties agree to  take a short lunch. |
| 12:45:53 | Court is recessed for lunch. |
| 12:46:11 | **System : Stop Recording** |
| | Stop: Case Code:0001 |


Session:08-14-2014
Division:
Court Type:
Courtroom:Huntington
Date:2014/08/14
Judge:Eifert, Cheryl A.

Case ID:0002

    Case number:2:12-md-02327, 2:12-cv-09972, 2:12-cv-05201
    Judge: Eifert, Cheryl A.
    Courtroom Deputy: Mann, Sharon
    Defendant: Ethicon, Inc.  DEPSOITION DESIGNATION HEARING - PART 2 OF 3

**2014/08/14**

| Time | Event | Detail |
|---|---|---|
| 13:31:23 | **System : Start Recording** | Record: Case Code:0002, New Case |
| 13:31:24 | **System : New Case** | Case: Ethicon, Inc. |
| 13:31:32 | **System : Stop Recording** | Stop: Case Code:0002 |
| 13:31:39 | **System : Start Recording** | Record: Case Code:0002 |
| 13:31:49 | Annotation | Deposition Designation Hearing continues |
| 13:34:12 | | Judge called to the bench by Courtroom Deputy |
| 13:34:21 | | Ed Wallace discussion on Dr. Wahl's deposition |
| 13:42:34 | | the parties continue to discuss the video deposition |
| 13:48:52 | | the parties will take 5 minutes to discuss the deposition |
| 13:50:43 | | Ms. Fitzgerald ask for clarification from the court regarding deposition designations |
| 13:50:43 | | |
| 13:54:24 | | Paul Rosenblatt addresses the Court regarding the deposition of Dr. Kirkemo |
| 13:56:24 | | Andy Faes responded to Mr. Rosenblatt |
| 14:00:21 | | the parties continue to discuss the deposition |
| 14:00:42 | **Judge: Eifert, Cheryl A.** | the Judge responds to the parties |
| 14:04:42 | Annotation | parties continue to discuss the issues with the Court |
| 14:06:32 | |  Mr. Fabry discusses case law with the Judge |
| 14:07:25 | | Judge responds to the parites regarding case law |
| 14:08:05 | | Court recessed. |
| 14:08:43 | **System : Stop Recording** | Stop: Case Code:0002 |

Session:08-14-2014
Division:
Court Type:
Courtroom:Huntington
Date:2014/08/14
Judge:Eifert, Cheryl A.

Case ID:0007

    Case numbers:2:12-cv-02327, 2:12-cv-09972, 2:12-cv-05201
    Judge: Eifert, Cheryl A.
    Courtroom Deputy: Mann, Sharon
    Defendant: Ethicon, Inc.

**2014/08/14**

| Time | Event |
|---|---|
| 15:07:33 | **System : Start Recording** |
| | Record: Case Code:0007, DEPOSITION DESIGNATION HEARING CONTINUES - PART 3 OF 3 |
| 15:07:33 | **System : New Case** |
| | Case: 2:12-cv-02327, Ethicon, Inc. |
| 15:08:25 | **Annotation** |
| | Court reconvened |
| 15:08:42 | **System : Stop Recording** |
| | Stop: Case Code:0007 |
| 15:09:55 | **System : Start Recording** |
| | Record: Case Code:0007 |
| 15:10:07 | **Annotation** |
| | Judge called to the bench by Courtroom Deputy |
| 15:10:46 | Paul Rosenblatt responded to the Court regarding the Kirkemo deposition |
| 15:12:25 | the parties continue to discuss the testimony |
| 15:18:40 | the parties discuss Dr. Rosenswag's report |
| 15:52:09 | brief recess |
| 15:52:51 | **System : Stop Recording** |
| | Stop: Case Code:0007 |
| 15:56:13 | **System : Start Recording** |
| | Record: Case Code:0007 |
| 15:56:17 | **Annotation** |
| | court has reconvened |
| 15:56:37 | Ed Wallace reported to the Court about the progress in the Huskey case |
| 16:00:00 | John R. Fabry discusses Dr. Wilcolff |
| 16:00:41 | Anita Modak-Truran responded to Mr. Fabry |
| 16:01:16 | the parties continue to discuss the deposition |
| 16:03:25 | |
| 16:03:39 | the parties continue to discuss the deposition of Dr. Wilcolff |
| 16:06:20 | John R. Fabry discusses a scheduling issue with the Court |
| 16:08:52 | Nate Jones and Bert Snell reported to the Court that they have worked out the |
| 16:08:52 |   remaining issues on the Nager deposition |
| 16:16:06 | discussion on the time to start the hearing tomorrow with the parties |
| 16:17:01 | the Court will start in the morning at 9:30AM |
| 16:17:34 | Mr. Combs addressed the Court regarding his deposition designation |
| 16:19:00 | Mr. Kuntz responded to Mr. Combs |
| 16:19:25 | the parties continue their discussion with the Judge |
| 16:21:11 | Bert Snell wanted to identify the witnesses left on the list |
| 16:23:49 | Mr. Fabry responded |
| 16:24:27 | Hearing adjourned. |
| 16:25:09 | **System : Stop Recording** |
| | Stop: Case Code:0007 |