Session:2014-08-15
Division:
Court Type:
Courtroom:Huntington
Date:2014/08/15
Judge:Eifert, Cheryl A.

Case ID:0001

    Case number:2:12-md-02327, 2:12-cv-09972, 2:12-cv-05201
    Judge: Eifert, Cheryl A.
    Courtroom Deputy: Mann, Sharon
    Defendant: Ethicon, Inc.

**2014/08/15**

| Time | Event |
|---|---|
| 09:27:14 | **System : Start Recording** — Record: Case Code:0001, New Case |
| 09:27:14 | **System : New Case** — Case: 2:12-md-02327, Ethicon, Inc. |
| 09:27:35 | **Annotation** — DEPOSITION DESIGNATION - DAY 2 |
| 09:27:53 | Judge called to the bench by Courtroom Deputy |
| 09:29:40 | Andy Faes present |
| 09:29:43 | Philip Combs present |
| 09:29:45 | Paul Rosenblatt present |
| 09:29:47 | N. Bert Snell present |
| 09:29:48 | Daniel Higginbotham present |
| 09:30:13 | **Judge: Eifert, Cheryl A.** — Appearances noted by Counsel |
| 09:31:41 | addresses the parties regarding testimony from yesterday |
| 09:38:36 | **Annotation** — Daniel Higginbotham discussing transcript of Dr. Klosterhalfen |
| 09:45:40 | discussion continues on the transcripts with the parties |
| 10:04:50 | Paul Rosenblatt discusses Dr. Isenberg's transcripts |
| 10:09:19 | Andy Faes responds to Mr. Rosenblatt regarding Dr. Isenberg |
| 10:12:58 | discussion continues with the parties regarding Dr. Isenberg |
| 10:33:03 | the parties take a short break |
| 10:33:39 | Phil Combs discusses procedures for the rest of today with the Judge |
| 10:34:44 | Philip Combs discusses witness Dr. Hellhammer |
| 10:44:14 | the parties continue to discuss Dr. Hellhammer |
| 11:00:16 | Court is in recess. |
| 11:00:31 | **System : Stop Recording** — Stop: Case Code:0001 |
| 11:11:58 | **System : Start Recording** — Record: Case Code:0001 |
| 11:12:06 | **Annotation** — Court reconvened |
| 11:12:19 | Judge called to the bench by Courtroom Deputy |
| 11:12:35 | Philip Combs discussion continues about Dr. Hellhammer |
| 11:18:55 | the parties continue to discuss Dr. Hellhammer |
| 11:26:35 | Philip Combs discusses Dr. Barbolt |
| 11:29:29 | the parties continue to discuss Dr. Barbolt |
| 11:48:11 | discussion on further communications with the parties |
| 11:48:35 | Hearing adjourned |
| 11:48:49 | **System : Stop Recording** — Stop: Case Code:0001 |