This motion is DENIED as moot. It is so
ORDERED. ENTER: 2: 13: 14236

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                         MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of
an Order updating his firm name and contact information in MDL No. 2187, 2325, 2326, and 2327,
and each individual case in which the below named attorney is associated. In support of his motion,
said attorney states the following:

1.      The below listed attorney with appearances entered in this matter is:

        Jennifer R. Johnson, CA Bar No. 160967

2.      The firm's updated information, including name change and address, is as follows:

        Law Office of Jennifer R. Johnson, A Professional Law Corporation
        16520 Bake Parkway, Suite 260
        Irvine, CA 92618

Accordingly, the undersigned respectfully request that the Court enter an Order updating the attorney
information for the above-listed attorney in MDL No. 2187, 2325, 2326, and 2327, and each
individual member case in which the below named attorney is associated.

                          Respectfully submitted,


                          /s/ Jennifer R. Johnson
                          Jennifer R. Johnson
                          Jennifer R. Johnson,
                          A Professional Law Corporation
                          16520 Bake Parkway, Suite 260
                          Irvine, CA 92618
                          Telephone: (949) 502-5215
                          Facsimile: (949) 502-5218
                          jrj@jenniferjohnsonlaw.com