# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM                         MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending is defendants' Motion for Entry of Pretrial Order for Census Spreadsheet, filed on May 8, 2014. [Docket # 1172.]  It is **ORDERED** that the defendants' Motion for Entry of Pretrial Order for Census Spreadsheet is **DENIED** without prejudice.

The Clerk is DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 19, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE