Session:2014-08-21
Division:
Court Type:
Courtroom:Huntington
Date:2014/08/21
Judge:Eifert, Cheryl A.

Case ID:0002

Case number:2:12-md-02327, 2:12-cv-09972, 2:12-cv-05201
Judge: Eifert, Cheryl A.
Courtroom Deputy: Mann, Sharon

Case: Ethicon, Inc.

**2014/08/21**

| Time | Event | Detail |
|---|---|---|
| 14:58:27 | **System : Start Recording** | Record: Case Code:0002, New Case |
| 14:58:27 | **System : New Case** | Case: 2:12-md-02327, Ethicon, Inc. |
| 14:58:51 | Annotation | DEPOSITION DESIGNATION HEARING |
| 14:59:05 | | Philip Combs present |
| 14:59:32 | | Jeffrey M. Kuntz present |
| 14:59:49 | | Judge called to the bench by Courtroom Deputy |
| 15:00:56 | **System : Stop Recording** | Stop: Case Code:0002 |
| 15:04:12 | **System : Start Recording** | Record: Case Code:0002 |
| 15:04:22 | Annotation | called case, noted appearances of counsel |
| 15:07:13 | **Judge: Eifert, Cheryl A.** | the parties discuss the deposition designations with the Court |
| 15:27:59 | Annotation | the parties continue to discuss deposition designations with the Court |
| 16:05:41 | | Hearing adjourned |
| 16:06:03 | **System : Stop Recording** | Stop: Case Code:0002 |