**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE ETHICON INC., PELVIC REPAIR PRODUCT LIABILITY LITIGATION | )  MDL No. 2327 |
| | ) |
| ——————————————— | )  **THIS DOCUMENT RELATES TO:** |
| | )  2:12-cv-00348 |
| JOANN HEATHER, et al., | )  2:12-cv-00515 |
| | )  2:12-cv-00514 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ETHICON, INC. d/b/a ETHICON | ) |
| WOMEN'S HEALTH AND UROLOGY | ) |
| d/b/a GYNECARE, INC., et al. | ) |
| | ) |
| Defendants. | ) |

Defendant American Medical Systems, Inc. hereby gives notice that its counsel, David Rodman Cooper, has moved law firms, and his new contact information, effective July 1, 2014, is as follows:

> David Rodman Cooper (0065427)
> MARSHALL & MELHORN, LLC
> Four Seagate, Eighth Floor
> Toledo, Ohio 43604-1599
> Telephone:  (419) 249-7100
> Email:  rcooper@marshall-melhorn.com
> Direct Dial:  (567) 316-6260 (ext. 6260)

Respectfully submitted,

*/s/ David Rodman Cooper*
**David Rodman Cooper (OH 0065427)**
(*Admitted Pro Hac Vice*)
MARSHALL & MELHORN, LLC
Four Seagate, Eighth Floor
Toledo, Ohio 43604-1599
Telephone:  (419) 249-7100
Facsimile:  (419) 249-7151
rcooper@marshall-melhorn.com
*Counsel for Defendant American Medical Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically this 25th day of August, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ David Rodman Cooper*
David Rodman Cooper
*Counsel for Defendant American Medical Systems, Inc.*