IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                      MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY
    LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## **O R D E R**

    Pending before the court is plaintiffs' Motion for Change of Attorney Information, filed on August 22, 2014. [Docket # 1308.] In the motion counsel requests that in the main MDL and each member case associated with that MDL in which attorneys Artemus W. Ham, IV and Erica D. Entsminger appear, the firm name and information be changed.

    It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

    The Clerk is instructed to update the attorney information, and firm name, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which said attorney is associated.

    The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

                                              ENTER: August 26, 2014

                                              JOSEPH R. GOODWIN
                                              UNITED STATES DISTRICT JUDGE