# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –143)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,091 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 02, 2014**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

**SCHEDULE CTO−143 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |

MICHIGAN EASTERN

| MIE | 2 | 14−13088 | Hesano et al v. Johnson &Johnson et al |
|---|---|---|---|

MINNESOTA

| MN | 0 | 14−03164 | Kirts v. Ethicon, Inc. et al |
|---|---|---|---|

MISSOURI EASTERN

| ~~MOE~~ | ~~4~~ | ~~14−01397~~ | ~~Geel et al v. Ethicon, Inc. et al~~ |
|---|---|---|---|
| ~~MOE~~ | ~~4~~ | ~~14−01403~~ | ~~Miller et al v. Ethicon, Inc. et al~~ |

NEW JERSEY

| NJ | 3 | 14−04139 | HELSINGER et al v. JOHNSON &JOHNSON et al |
|---|---|---|---|
| NJ | 3 | 14−04985 | RICHARDSON v. JOHNSON &JOHNSON et al |

NEW MEXICO

| ~~NM~~ | ~~1~~ | ~~14−00743~~ | ~~Torres et al v. Johnson &Johnson et al~~ |
|---|---|---|---|



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
09/02/2014 08:49 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 9/2/2014 at 8:48 AM EDT and filed on 9/2/2014
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-143)
Finalized on 9/2/14. Please see pleading ([1688] in MDL No. 2327, 3 in MIE/2:14-cv-13088,
3 in MN/0:14-cv-03164, 3 in NJ/3:14-cv-04139, 3 in NJ/3:14-cv-04985).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.

Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)

| | |
|---|---|
| **Case Name:** | Hesano et al v. Johnson & Johnson et al |
| **Case Number:** | MIE/2:14-cv-13088 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-143) Finalized on 9/2/14. Please see pleading ( [1688] in MDL No. 2327, 3 in MIE/2:14-cv-13088, 3 in MN/0:14-cv-03164, 3 in NJ/3:14-cv-04139, 3 in NJ/3:14-cv-04985).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.**

**Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)**

| | |
|---|---|
| **Case Name:** | HELSINGER et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:14-cv-04139 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-143) Finalized on 9/2/14. Please see pleading ( [1688] in MDL No. 2327, 3 in MIE/2:14-cv-13088, 3 in MN/0:14-cv-03164, 3 in NJ/3:14-cv-04139, 3 in NJ/3:14-cv-04985).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.

Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)

| | |
|---|---|
| **Case Name:** | RICHARDSON v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:14-cv-04985 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-143) Finalized on 9/2/14. Please see pleading ( [1688] in MDL No. 2327, 3 in MIE/2:14-cv-13088, 3 in MN/0:14-cv-03164, 3 in NJ/3:14-cv-04139, 3 in NJ/3:14-cv-04985).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.

Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)

| | |
|---|---|
| **Case Name:** | Kirts v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-03164 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-143) Finalized on 9/2/14. Please see pleading ( [1688] in MDL No. 2327, 3 in MIE/2:14-cv-13088, 3 in MN/0:14-cv-03164, 3 in NJ/3:14-cv-04139, 3 in NJ/3:14-cv-04985).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.**

**Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)**

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
09/02/2014 08:48 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/2/2014 at 8:48 AM EDT and filed on 9/2/2014
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1688

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-143) - 4 action(s) *re: pldg. ([1674] in
MDL No. 2327, 1 in MIE/2:14-cv-13088, 1 in MN/0:14-cv-03164, 1 in NJ/3:14-cv-04139, 1 in
NJ/3:14-cv-04985)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.**

**Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)**

Case Name:        Hesano et al v. Johnson & Johnson et al
Case Number:      MIE/2:14-cv-13088
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-143) - 4 action(s) *re: pldg. ( [1674] in MDL No. 2327, 1 in MIE/2:14-cv-13088, 1 in MN/0:14-cv-03164, 1 in NJ/3:14-cv-04139, 1 in NJ/3:14-cv-04985)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.**

**Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)**

Case Name:        HELSINGER et al v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:14-cv-04139
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-143) - 4 action(s) *re: pldg. ( [1674] in MDL No. 2327, 1 in MIE/2:14-cv-13088, 1 in MN/0:14-cv-03164, 1 in NJ/3:14-cv-04139, 1 in NJ/3:14-cv-04985)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.**

**Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)**

Case Name:        RICHARDSON v. JOHNSON & JOHNSON et al
Case Number:      NJ/3:14-cv-04985
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-143) - 4 action(s) *re: pldg. ( [1674] in MDL No. 2327, 1 in MIE/2:14-cv-13088, 1 in MN/0:14-cv-03164, 1 in NJ/3:14-cv-04139, 1 in NJ/3:14-cv-04985)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.**

**Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-04139, NJ/3:14-cv-04985 (dn)**

**Case Name:**     Kirts v. Ethicon, Inc. et al
**Case Number:**     MN/0:14-cv-03164
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-143) - 4 action(s)** *re: pldg. ( [1674] in*
*MDL No. 2327, 1 in MIE/2:14-cv-13088, 1 in MN/0:14-cv-03164, 1 in NJ/3:14-cv-04139, 1 in*
*NJ/3:14-cv-04985)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/2/2014.**

**Associated Cases: MDL No. 2327, MIE/2:14-cv-13088, MN/0:14-cv-03164, NJ/3:14-cv-**
**04139, NJ/3:14-cv-04985 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mfj@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com,
nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MIE/2:14-cv-13088 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

John A Zick     jzick@dpkzlaw.com

**MIE/2:14-cv-13088 Notice will not be electronically mailed to:**

**NJ/3:14-cv-04139 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
lauralyn.chrisley@nelsonmullins.com, mandy.evangelista@nelsonmullins.com,
maria.turner@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:14-cv-04139 Notice will not be electronically mailed to:**

**NJ/3:14-cv-04985 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:14-cv-04985 Notice will not be electronically mailed to:**

**MN/0:14-cv-03164 Notice has been electronically mailed to:**

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-03164 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/2/2014] [FileNumber=492602-0] [
a3fed7bcd6892b1164dcb54a3583a1331bc16f3143a09fe316c97419cb1d9ce9069b8f
aef95a627242629ac06cfd1c3904e42829ad6088a0ed4ddc7d9c53cd61]]