IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  BOSTON SCIENTIFIC CORP.
        PELVIC REPAIR SYSTEM         MDL NO. 2326
        PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE FOLLOWING CASE:

*Hudson, et al. v. Boston Scientific Corp.*         Civil Action No. 2:14-cv-24233

O R D E R

    Pending is Plaintiffs' Motion to Transfer from Boston Scientific Corporation MDL No. 2326 to Ethicon, Inc. MDL No. 2327, filed on August 27, 2014.  [Docket # 10.]  Plaintiffs filed a Complaint that was transferred to MDL 2326 by the MDL Panel on July 31, 2014.  Plaintiffs later filed an Amended Short Form complaint which included Ethicon, Inc. and Johnson & Johnson from MDL 2327 but did not include Boston Scientific Corp.  Because Boston Scientific Corp., is no longer a named defendant in this member case it is **ORDERED** that Plaintiffs' Motion to Transfer from Boston Scientific Corporation MDL No. 2326 to Ethicon, Inc. MDL No. 2327 is **GRANTED.**  I remind Plaintiffs' counsel that various forms can be found on the court's website at www.wvds.uscourts.gov, including a form Motion to Transfer MDL.  Further, on September 26, 2012, at Pretrial Order # 14 [docket # 196], I strongly encouraged the use of the Motion to Transfer form found on the courts website.

    The Clerk is DIRECTED to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL 2327, and to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:  September 3, 2014

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE