UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                               MDL No. 2327
    Torres, et al. v. Johnson & Johnson, et al.,        )
        D. New Mexico, C.A. No. 1:14-00743        )


ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER


    A conditional transfer order was filed in this action on August 22, 2014. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-143" filed on August 22, 2014, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.


                                  FOR THE PANEL:

                                  Jeffery N. Lüthi
                                  Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay (Transferee and Transferor Courts)
JPMLCMECF to:
JPMLCMDECF
09/17/2014 12:19 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 9/17/2014 at 12:18 PM EDT and filed on 9/17/2014
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/14. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-143) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2014.**

**Associated Cases: MDL No. 2327, NM/1:14-cv-00743 (dn)**

| | |
|---|---|
| **Case Name:** | Torres et al v. Johnson & Johnson et al |
| **Case Number:** | NM/1:14-cv-00743 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 08/22/14. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order (CTO-143) is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2014.**

**Associated Cases: MDL No. 2327, NM/1:14-cv-00743 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF
to:
JPMLCMDECF
09/17/2014 12:18 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 9/17/2014 at 12:17 PM EDT and filed on 9/17/2014
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 1701

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-143) (([1674] in MDL No. 2327, 1 in NM/1:14-cv-00743) )**

**IT IS THEREFORE ORDERED that the stay of CTO-143 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2014.**

**Associated Cases: MDL No. 2327, NM/1:14-cv-00743 (dn)**

Case Name:     Torres et al v. Johnson & Johnson et al
Case Number:   NM/1:14-cv-00743
Filer:
Document Number: 7

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-143) (( [1674] in MDL No. 2327, 1 in NM/1:14-cv-00743) )**

**IT IS THEREFORE ORDERED that the stay of CTO-143 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2014.**

**Associated Cases: MDL No. 2327, NM/1:14-cv-00743 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mfj@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NM/1:14-cv-00743 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com,

Page 3 of 3

Case 2:12-md-02327   Document 1317   Filed 09/17/14   Page 6 of 6 PageID #: 16211

mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J. Steve Mostyn    eaharris@mostynlaw.com

Jennifer G Anderson    janderson@modrall.com

Timothy C Holm    tch@modrall.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Anita Modak-Truran    Anita.Modak-Truran@butlersnow.com

Justin Ross Kaufman    jkaufman@heardrobins.com, smonsey@heardrobins.com

Micajah D Boatright    cboatright@arnolditkin.com

Jordan N Walker    Jordan.Walker@butlersnow.com

**NM/1:14-cv-00743 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/17/2014] [FileNumber=496433-0]

[8ba572d14e31ff66e1805cf7f5c2e190d2bcc38203b4f6513caff671502d64f9f800c
db6fc2a7948bab5694693f471fbd10f2465ecea1a97c787403e3614ea04]]