IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEMS <br> PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 12-md-2327 <br> ) |

| | |
|---|---|
| JAMES SCALISE and MARY SCALISE, <br>       Plaintiffs, <br> v. <br> ETHICON, INC. et al., <br>       Defendants. | ) <br> ) <br> ) Case No.: 12-cv-8917 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE OF ALEKSANDRA M.S. VOLD
AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFFS**

Siprut PC ("Siprut"), on behalf of Aleksandra M.S. Vold ("Ms. Vold"), one of the attorneys of record for Plaintiffs, hereby respectfully moves the Court for leave to withdraw in the above-styled MDL and all civil member associated matters. In support of this Motion, Siprut states the following:

1. As of October 2013, Ms. Vold is no longer associated with the law firm Siprut PC, which has been retained to represent Plaintiffs in this matter.

2. Although Ms. Vold is no longer associated with Siprut PC, and will no longer represent Plaintiffs in this action, Plaintiffs will continue to be represented by other attorneys at Siprut PC, including Joseph J. Siprut, whose appearance is already on file. Therefore, Plaintiffs will not be prejudiced by Ms. Vold's withdrawal.

-2-

WHEREFORE, Siprut, on behalf of Ms. Vold, respectfully requests that this Court enter an order granting Ms. Vold leave to withdraw her appearance as one of the attorneys of record for Plaintiffs.

Dated: September 17, 2014

Respectfully submitted,

JAMES SCALISE and MARY SCALISE,

By: *s/ Joseph J. Siprut*
One of the Attorneys for Plaintiffs
And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.241.1260

Edward A. Wallace
Mark Miller
Wexler Wallace
55 W. Monroe St. Ste. 3300
Chicago, IL 60603
Phone: (312) 346-2222
eaw@wexlerwallace.com
mrm@wexlerwallace.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Motion For Leave To Withdraw Appearance Of Aleksandra M.S. Vold As One Of The Counsel Of Record For Plaintiffs** was filed on this 17th day of September, 2014, via the electronic filing system of the Southern District of West Virginia, which will automatically serve all counsel of record.

*s/ Joseph J. Siprut*
Joseph J. Siprut

4823-9458-8958, v. 1