UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Torres, et al. v. Johnson & Johnson, et al., | ) | |
| D. New Mexico, C.A. No. 1:14-00743 | ) | MDL No. 2327 |

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

On August 22, 2014, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Torres*). Plaintiffs in *Torres* filed a notice of opposition to the transfer, but failed to file the required motion and supporting brief to vacate the conditional transfer order. The stay of transmittal was lifted on September 17, 2014, and the action was transferred to the Southern District of West Virginia.

Subsequently, on September 17, 2014, the Panel received a motion to reinstate the conditional transfer order filed by plaintiffs in this action. In their motion, plaintiffs, through counsel, assert that they failed to file a timely motion and brief due to an inadvertent calendaring error. The Panel will reinstate the conditional transfer order in this action in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-143" filed on August 22, 2014, is REINSTATED insofar as it relates to this action. Plaintiffs' motion to vacate and supporting brief are due on or before September 18, 2014.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Reinstating CTO
JPMLCMECF
to:
JPMLCMDECF
09/17/2014 03:26 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 9/17/2014 at 3:25 PM EDT and filed on 9/17/2014
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1703

**Docket Text:**
**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER (CTO-143) (re: pldg. ([1674] in MDL No. 2327, 1 in NM/1:14-cv-00743) )**

**The stay of the Panel's conditional transfer order designated as CTO-143 filed on August 22, 2014 is REINSTATED.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2014.**

**Associated Cases: MDL No. 2327, NM/1:14-cv-00743 (TLL)**

Case Name:     Torres et al v. Johnson & Johnson et al
Case Number:   NM/1:14-cv-00743
Filer:
Document Number: 9

Docket Text:
ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER (CTO-143) (re: pldg. ( [1674] in MDL No. 2327, 1 in NM/1:14-cv-00743) )

The stay of the Panel's conditional transfer order designated as CTO-143 filed on August 22, 2014 is REINSTATED.

Signed by Clerk of the Panel Jeffery N. Luthi on 9/17/2014.

Associated Cases: MDL No. 2327, NM/1:14-cv-00743 (TLL)

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mfj@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NM/1:14-cv-00743 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com,

mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J. Steve Mostyn    eaharris@mostynlaw.com

Jennifer G Anderson    janderson@modrall.com

Timothy C Holm    tch@modrall.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Anita Modak-Truran    Anita.Modak-Truran@butlersnow.com

Justin Ross Kaufman    jkaufman@heardrobins.com, smonsey@heardrobins.com

Micajah D Boatright    cboatright@arnolditkin.com

Jordan N Walker    Jordan.Walker@butlersnow.com

**NM/1:14-cv-00743 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/17/2014] [FileNumber=496513-0]

[7afd27345fb9d8352705bae9da208a11e7a29b0e76bbeb502c5796fc767a8b841f6a4
21acb96d96b2c8c9b040897a0d04f52f9d23e67deb8d02b6b65cfa13c16]]