IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

IN RE: ETHICON, INC.                                                                        MDL 2327
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY
      LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

Pending before the court is Siprut PC, on behalf of Aleksandra M.S. Vold's Motion for Leave to Withdraw Appearance of Aleksandra M.S. Vold as One of the Counsel of Record for Plaintiffs, filed on September 17, 2014.  [Docket # 1318.]  In the motion counsel requests that in the main MDL and each member cases associated with that MDL in which attorney Aleksandra M.S. Vold appears, she be withdrawn as counsel.  Counsel further states that Ms. Vold is no longer associated with the law firm Siprut, PC and Joseph J. Siprut, whose appearance is already noted, will remain as counsel of record.  Pursuant to Local Rule of Civil Procedure 83.4, it is **ORDERED** that the Motion for Leave to Withdraw Appearance of Aleksandra M.S. Vold as One of the Counsel of Record for Plaintiffs is **GRANTED**.

The Clerk is instructed to terminate Aleksandra M.S. Vold as attorney of record, in both the main MDL No. 2327, and each individual member case associated with MDL No. 2327, in which Aleksandra M.S. Vold appears.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 22, 2014

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE