IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN FISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.  MDL. NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL
CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating her firm name and contact information in MDL No. 2187, 2325, 2326, 2327, and 2387, and each individual case in which the below named attorney is associated. In support of her motion, said attorney states the following:

1. The below listed attorney with appearances entered in this matter is:

   Genevieve M. Zimmerman, MN #330292, ND #6016

2. The below listed attorneyøs updated information, including firm name and address change, is as follows:

   Meshbesher & Spence, Ltd.
   1616 Park Avenue
   Minneapolis, MN 55404

Accordingly, the undersigned respectfully requests that the Court enter an Order updating the attorney information for the above-listed attorney in MDL No. 2187, 2325, 2326, 2327, and 2387, and each individual case in which the below named attorney is associated.

Respectfully submitted,

Dated: 09/25/2014  MESHBESHER & SPENCE, LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN#330292)
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Email: gzimmerman@meshbesher.com

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on September 25, 2014, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

            <u>/s/ Genevieve M. Zimmerman</u>
            Genevieve M. Zimmerman