IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS                    MDL No. 2327
LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

### MOTION FOR CHANGE OF ATTORNEY INFORMATION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that Fears | Nachawati, PLLC ("Fears Nachawati"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating their firm information in MDL No. 2327, and each individual member case in which any of the below-named attorneys are associated.

In addition, for all actions in which Garnett Hendrix, Jr. has appeared as Counsel, Fears Nachawati moves to substitute Matthew R. McCarley as Counsel in MDL No. 2327, and withdraw Garnett Hendrix, Jr. who no longer works at Fears Nachawati.

Accordingly, Fears Nachawati respectfully requests that the Court enter an order updating the attorney information for the above-listed attorneys in MDL No. 2327, and each individual member case in which any of the named attorneys have been associated.

Dated: September 30, 2014

1

Respectfully submitted,

/S/ Matthew R. McCarley
Matthew R. McCarley
Fears | Nachawati
State Bar No. 24041426
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214.890.0711
Facsimile: 214.890.0712
mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

  The foregoing document will be served via the Court's CM/ECF system on all counsel of record on the date of entry on the Court's docket.

/S/ Matthew R. McCarley
Matthew R. McCarley
Fears | Nachawati
State Bar No. 24041426
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214.890.0711
Facsimile: 214.890.0712
mccarley@fnlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS                    MDL No. 2327
LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

It is herby ORDERED and DECREED that the Motion for Change in Attorney Information and Withdrawal of Counsel is GRANTED. The clerk is instructed to update the attorney information and firm name for the firm of Fears | Nachawati, PLLC, and the attorneys affiliated therewith, as set forth in the Motion, for each individual member case in the MDL No. 2327 with which said attorneys are associated.

Date Entered:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE