# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br><br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## WITHDRAWAL OF NOTICE TO TAKE VIDEO DEPOSITION OF NOAH PAPPAS

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Notice of Deposition of Noah Pappas currently scheduled for October 2, 2014 at 9:00 a.m. shall be withdrawn.

Respectfully submitted,

DATED: October 2, 2014.  **HEARD ROBINS CLOUD LLP**
/s/ Alex Barlow
Alex Barlow
SBN: 24006798
E-Mail: barlow@heardrobins.com
2000 West Loop South, Suite 2200
Houston, Texas 77027

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this MDL.


Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32563
Plaintiffs' Co-Lead Counsel

Chad R. Hutchinson
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Defendant's Counsel

                                                  */s/ Alex Barlow*
                                                  Alex Barlow
                                                  SBN: 24006798
                                                  E-Mail: barlow@heardrobins.com
                                                  2000 West Loop South, Suite 2200
                                                  Houston, Texas 77027