APPROVED and SO ORDERED.
ENTER: 3 2125 14236

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS            MDL No. 2326
LIABILITY LITIGATION                                     Honorable Joseph R. Goodwin

-------------------------------------------------------------------------------------------------------------

ANN WOODS

                           **Plaintiff(s),**

v.                                                                                CASE NO. 2:14-CV-23453

BOSTON SCIENTIFIC
CORPORATION

                           **Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, In re:  Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2326 against Boston Scientific Corp. and others.  Plaintiff(s) later filed an Amended Complaint that no longer included Boston Scientific Corp. in that litigation; included instead, among others, were the following parties from MDL   2327  :

Ethicon, Inc. and Johnson & Johnson

Because Boston Scientific Corp. is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2326 to 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL __2327__ .

/s/ Andrew J. Cross

Jeffrey J. Lowe, #35114
Andrew J. Cross, #57337
Sarah Shoemake Doles, #45747
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Phone: 314-725-7700
Facsimile: 314-721-0905
Email:  jlowe@careydanis.com

## CERTIFICATE OF SERVICE

I hereby certify that on __October 1, 2014__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Andrew J. Cross

Jeffrey J. Lowe, #35114
Andrew J. Cross, #57337
Sarah Shoemake Doles, #45747
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Phone: 314-725-7700
Facsimile: 314-721-0905
Email:  jlowe@careydanis.com