IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that Showard Law Firm, P.C. ("Showard Law"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating that firm information in MDL No. 2327, and each individual member case in which either of the below-named attorneys are associated.

In addition, for all actions in which Gary S. Grynkewich has appeared as Counsel, Showard Law moves to substitute Sarah J. Showard as Counsel in MDL No. 2327, and withdraw Gary S. Grynkewich, who no longer works at Showard Law.

Accordingly, Showard Law respectfully requests that the Court enter an order updating the attorney information for the above-listed attorneys in MDL No. 2327, and each individual member case in which either of the named attorneys have been associated.

Dated October 6, 2014

Respectfully submitted,

/S/ Sarah J. Showard
Sarah J. Showard
Showard Law Firm, P.C.
State Bar No. 012350
2990 N. Campbell Ave.
Suite 230
Tucson, AZ 85710
Telephone: 520.622.3344
Facsimile: 520.881.2147
shshoward@showardlaw.com

## CERTIFICATE OF SERVICE

The foregoing document will be served via the Court's CM/ECF system on all counsel of record on the date of entry on the Court's docket.

/S/ Sarah J. Showard
Sarah J. Showard
Showard Law Firm, P.C.
State Bar No. 012350
2990 N. Campbell Ave.
Suite 230
Tucson, AZ 85710
Telephone: 520.622.3344
Facsimile: 520.881.2147
shshoward@showardlaw.com