# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 2327

## TRANSFER ORDER

**Before the Panel:**[*]  Pursuant to Panel Rule 7.1, plaintiffs in the twelve actions listed on
Schedule A move to vacate our orders conditionally transferring the actions to MDL No. 2327.
Responding defendants Johnson & Johnson and Ethicon, Inc. (collectively Ethicon) oppose the
motions to vacate.

After considering all argument of counsel, we find these actions involve common questions
of fact with the actions previously transferred to MDL No. 2327, and that transfer will serve the
convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.
Plaintiffs do not dispute that their actions share questions of fact with MDL No. 2327.  Like many
of the already-centralized actions, these actions involve factual questions arising from allegations that
pelvic surgical mesh products manufactured by Ethicon and related entities were defectively designed,
manufactured and marketed, resulting in serious injuries, and that defendants failed to provide
appropriate warnings and instructions regarding the risks and dangers posed by the devices.  *See In
re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L.
2012).

In support of the motion to vacate as to the eleven actions pending in the Western District of
Oklahoma, plaintiffs argue that these actions were improperly removed and that their motions for
remand to state court are pending in the transferor courts.  The Panel often has held that jurisdictional
issues do not present an impediment to transfer, as plaintiffs can present such arguments to the
transferee judge.[1]  *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp.

---

[*]        Judge Ellen Segal Huvelle took no part in the decision of this matter.

[1]        Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does
not limit the pretrial jurisdiction of the court in which the subject action is pending.  Between the date
a remand or other motion is filed and the date the Panel finalizes transfer of the action to the MDL,
a court wishing to rule upon that motion generally has adequate time to do so.  Indeed, since the
(continued...)

-2-

2d 1346, 1347-48 (J.P.M.L. 2001).

In support of the motion to vacate as to the Eastern District of Missouri *Brannen* action, plaintiffs argue that *Brannen* was removed as a "mass action" pursuant to the Class Action Fairness Act of 2005 (CAFA) and, because they have not requested transfer, transfer pursuant to Section 1407 is prohibited by 28 U.S.C. § 1332(d)(11)(C)(i). After careful consideration of plaintiffs' arguments, we respectfully disagree. *Brannen* and two other actions (*Valle* and *Strantz*) collectively were deemed to be a "mass action" by the Eastern District of Missouri in its order denying remand of *Brannen*. *See* Memorandum and Order, *Brannen, et al. v. Ethicon, et al.*, C.A. No. 4:13-cv-01251-JAR (E.D. Mo. Dec. 30, 2013). The *Valle* and *Strantz* plaintiffs, who together constitute a majority of plaintiffs in the three actions, requested and were granted Section 1407 transfer to MDL No. 2327. We are persuaded that this request by the *Valle* and *Strantz* plaintiffs satisfies the requirements of 28 U.S.C. § 1332(d)(11)(C)(i).

The *Brannen* plaintiffs argue that the language of the statute[2] suggests that a majority of plaintiffs in *each* action comprising a "mass action" must request Section 1407 transfer. This interpretation, based on ambiguous language, would contravene the purpose of the mass action provision itself, which allows removal of an action or actions that involve 100 or more individual plaintiffs, whose claims are proposed to be tried jointly. Allowing for removal of three actions on the basis that the claims of all plaintiffs are proposed to be tried jointly but then allowing Section 1407 transfer of only two-thirds of the plaintiffs comprising those actions would paradoxically result in the actions proceeding in two separate courts.

Plaintiffs also argue that defendants should not be permitted to manufacture a "majority of plaintiffs" by creating artificial groupings of cases, and that the number of plaintiffs 28 U.S.C. § 1332(d)(11)(C)(i) requires to request a Section 1407 transfer is indeterminable in this instance. But the transferor court, not defendants, determined that the *Brannen*, *Valle*, and *Strantz* actions—and only those actions—constitute a "mass action" under CAFA. Thus, the universe of how many plaintiffs will comprise this "mass action" already has been determined—181. Plaintiffs do not dispute that the 100 *Valle* and *Strantz* plaintiffs constitute a majority of the plaintiffs in all three actions. Therefore, we find that the *Brannen* action should be transferred to MDL No. 2327 to rejoin the two actions that constitute this "mass action."

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, these actions are

---

[1] (...continued)
completion of briefing on plaintiffs' motion to vacate, the Western District of Oklahoma has denied plaintiffs' motions to remand.

[2]     "Any action(s) removed to Federal court pursuant to this subsection shall not thereafter be transferred to any other court pursuant to section 1407, or rules promulgated thereunder, unless a majority of the plaintiffs in *the action* request transfer pursuant to section 1407." *Id*. (emphasis added).

-3-

transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

Marjorie O. Rendell            Charles R. B
Lewis A. Kaplan               Sarah S. Vance
R. David Proctor

**IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**                                          MDL No. 2327

## SCHEDULE A

Eastern District of Missouri

BRANNEN, ET AL. v. ETHICON, INC., ET AL., C.A. No. 4:13-01251

Western District of Oklahoma

WADE v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00691
ALLBRITTON v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00692
ANDERSON v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00693
GOOCH v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00694
HALLIBURTON v. JOHNSON & JOHNSON, C.A. No. 5:14-00696
KILLSFIRST v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00697
MCCAUGHTRY v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00698
PAGE, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00699
SPEARS, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00700
TEAGUE v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00701
STATES, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:14-00702

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
10/15/2014 02:17 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.</span>

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 10/15/2014 at 2:16 PM EDT and filed on 10/15/2014
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

<span style="color:blue">**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court
for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be
effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**</span>

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

Case Name:      Halliburton v. Johnson & Johnson
Case Number:  OKW/5:14-cv-00696
Filer:
**WARNING: CASE CLOSED on 10/14/2014**
Document Number: No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

Case Name:      McCaughtry v. Johnson & Johnson et al
Case Number:  OKW/5:14-cv-00698
Filer:
**WARNING: CASE CLOSED on 10/14/2014**
Document Number: No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-**

**00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:**    Spears et al v. Johnson & Johnson et al
**Case Number:**    OKW/5:14-cv-00700
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:**    States et al v. Johnson & Johnson et al
**Case Number:**    OKW/5:14-cv-00702
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:**    Teague v. Johnson & Johnson et al

**Case Number:**     OKW/5:14-cv-00701
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:**      Page et al v. Johnson & Johnson et al
**Case Number:**     OKW/5:14-cv-00699
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:**      Killsfirst v. Johnson & Johnson et al
**Case Number:**     OKW/5:14-cv-00697
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:** Gooch v. Johnson & Johnson et al
**Case Number:** OKW/5:14-cv-00694
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:** Anderson v. Johnson & Johnson et al
**Case Number:** OKW/5:14-cv-00693
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

| | |
|---|---|
| **Case Name:** | Brannen et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:13-cv-01251 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

| | |
|---|---|
| **Case Name:** | Allbritton v. Johnson & Johnson et al |
| **Case Number:** | OKW/5:14-cv-00692 |
| **Filer:** | |
| | **WARNING: CASE CLOSED on 10/14/2014** |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

| | |
|---|---|
| **Case Name:** | Wade v. Johnson & Johnson et al |
| **Case Number:** | OKW/5:14-cv-00691 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 10/14/2014** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**No public notice (electronic or otherwise) sent because the entry is private**

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
10/15/2014 02:08 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/15/2014 at 2:05 PM EDT and filed on 10/15/2014
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 1740

**Docket Text:**
**TRANSFER ORDER re: pldg. ([1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in
OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-
00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in**

OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ([1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ([1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)

Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.

Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)

**Case Name:**      Halliburton v. Johnson & Johnson
**Case Number:**    OKW/5:14-cv-00696
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** 11

**Docket Text:**
TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)

Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.

Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)

**Case Name:**      McCaughtry v. Johnson & Johnson et al
**Case Number:**      OKW/5:14-cv-00698
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** 11

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)**

**Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:**      Spears et al v. Johnson & Johnson et al
**Case Number:**      OKW/5:14-cv-00700
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** 11

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)**

**Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696,**

**OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

Case Name:        States et al v. Johnson & Johnson et al
Case Number:      OKW/5:14-cv-00702
Filer:
**WARNING: CASE CLOSED on 10/14/2014**
Document Number: 11

Docket Text:
**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)**

**Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

Case Name:        Teague v. Johnson & Johnson et al
Case Number:      OKW/5:14-cv-00701
Filer:
**WARNING: CASE CLOSED on 10/14/2014**
Document Number: 11

Docket Text:
**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in**

OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)

Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.

Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)

| | |
|---|---|
| Case Name: | Page et al v. Johnson & Johnson et al |
| Case Number: | OKW/5:14-cv-00699 |
| Filer: | |

WARNING: CASE CLOSED on 10/14/2014
Document Number: 11

Docket Text:
TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)

Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.

Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-

**00701, OKW/5:14-cv-00702 (LAH)**

| | |
|---|---|
| **Case Name:** | Killsfirst v. Johnson & Johnson et al |
| **Case Number:** | OKW/5:14-cv-00697 |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/14/2014**

**Document Number:** 11

**Docket Text:**

**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)**

**Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

| | |
|---|---|
| **Case Name:** | Gooch v. Johnson & Johnson et al |
| **Case Number:** | OKW/5:14-cv-00694 |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/14/2014**

**Document Number:** 11

**Docket Text:**

**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)**

Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.

Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)

Case Name:     Anderson v. Johnson & Johnson et al
Case Number:   OKW/5:14-cv-00693
Filer:
WARNING: CASE CLOSED on 10/14/2014
Document Number: 11

Docket Text:
TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)

Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.

Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)

Case Name:     Brannen et al v. Ethicon, Inc. et al
Case Number:   MOE/4:13-cv-01251
Filer:
Document Number: 9

Docket Text:

**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)**

**Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

**Case Name:**          Allbritton v. Johnson & Johnson et al
**Case Number:**        OKW/5:14-cv-00692
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** 11

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)**

**Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-**

00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)

**Case Name:**          Wade v. Johnson & Johnson et al
**Case Number:**        OKW/5:14-cv-00691
**Filer:**
**WARNING: CASE CLOSED on 10/14/2014**
**Document Number:** 11

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1668] in MDL No. 2327, 8 in MOE/4:13-cv-01251, 9 in OKW/5:14-cv-00691, 9 in OKW/5:14-cv-00692, 9 in OKW/5:14-cv-00693, 9 in OKW/5:14-cv-00694, 9 in OKW/5:14-cv-00696, 9 in OKW/5:14-cv-00697, 9 in OKW/5:14-cv-00698, 9 in OKW/5:14-cv-00699, 9 in OKW/5:14-cv-00700, 9 in OKW/5:14-cv-00701, 9 in OKW/5:14-cv-00702), ( [1644] in MDL No. 2327, 7 in OKW/5:14-cv-00691, 7 in OKW/5:14-cv-00692, 7 in OKW/5:14-cv-00693, 7 in OKW/5:14-cv-00694, 7 in OKW/5:14-cv-00696, 7 in OKW/5:14-cv-00697, 7 in OKW/5:14-cv-00698, 7 in OKW/5:14-cv-00699, 7 in OKW/5:14-cv-00700, 7 in OKW/5:14-cv-00701, 7 in OKW/5:14-cv-00702), ( [1626] in MDL No. 2327, 6 in MOE/4:13-cv-01251)**

**Transferring 12 action(s) - MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/15/2014.**

**Associated Cases: MDL No. 2327, MOE/4:13-cv-01251, OKW/5:14-cv-00691, OKW/5:14-cv-00692, OKW/5:14-cv-00693, OKW/5:14-cv-00694, OKW/5:14-cv-00696, OKW/5:14-cv-00697, OKW/5:14-cv-00698, OKW/5:14-cv-00699, OKW/5:14-cv-00700, OKW/5:14-cv-00701, OKW/5:14-cv-00702 (LAH)**

MDL No. 2327 Notice has been electronically mailed to:

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00696 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway     larryottaway@oklahomacounsel.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Amy Sherry Fischer     amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)     tim@freeseandgoss.com, andrea@freeseandgoss.com,
tbanno@freeseandgoss.com

Matthew J Sill     Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com,
tosha@sill-law.com

Andrew M Bowman     andrewbowman@oklahomacounsel.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,
spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)     kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)     peter@edwardsdelacerda.com

Timothy M Bunson     TIM@SILL-LAW.COM

**OKW/5:14-cv-00696 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00698 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway     larryottaway@oklahomacounsel.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Amy Sherry Fischer     amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)     tim@freeseandgoss.com, andrea@freeseandgoss.com,
tbanno@freeseandgoss.com

Matthew J Sill   Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

Andrew M Bowman   andrewbowman@oklahomacounsel.com

David Paul Matthews   dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)   Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)   kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)   peter@edwardsdelacerda.com

Timothy M Bunson   TIM@SILL-LAW.COM

**OKW/5:14-cv-00698 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00700 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway   larryottaway@oklahomacounsel.com

Julie Rhoades   jrhoades@thematthewslawfirm.com

Amy Sherry Fischer   amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)   tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

Matthew J Sill   Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

Andrew M Bowman   andrewbowman@oklahomacounsel.com

David Paul Matthews   dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)   Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)   kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)   peter@edwardsdelacerda.com

Timothy M Bunson   TIM@SILL-LAW.COM

**OKW/5:14-cv-00700 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00702 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway     larryottaway@oklahomacounsel.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Amy Sherry Fischer     amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)     tim@freeseandgoss.com, andrea@freeseandgoss.com,
tbanno@freeseandgoss.com

Matthew J Sill     Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com,
tosha@sill-law.com

Andrew M Bowman     andrewbowman@oklahomacounsel.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,
spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)     kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)     peter@edwardsdelacerda.com

Timothy M Bunson     TIM@SILL-LAW.COM

**OKW/5:14-cv-00702 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00701 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway     larryottaway@oklahomacounsel.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Amy Sherry Fischer     amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)     tim@freeseandgoss.com, andrea@freeseandgoss.com,
tbanno@freeseandgoss.com

Matthew J Sill     Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com,
tosha@sill-law.com

Andrew M Bowman     andrewbowman@oklahomacounsel.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)     kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)     peter@edwardsdelacerda.com

Timothy M Bunson     TIM@SILL-LAW.COM

**OKW/5:14-cv-00701 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00699 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway     larryottaway@oklahomacounsel.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Amy Sherry Fischer     amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

Matthew J Sill     Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

Andrew M Bowman     andrewbowman@oklahomacounsel.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)     kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)     peter@edwardsdelacerda.com

Timothy M Bunson     TIM@SILL-LAW.COM

**OKW/5:14-cv-00699 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00697 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,

brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway    larryottaway@oklahomacounsel.com

Julie Rhoades    jrhoades@thematthewslawfirm.com

Amy Sherry Fischer    amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)    tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

Matthew J Sill    Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

Andrew M Bowman    andrewbowman@oklahomacounsel.com

David Paul Matthews    dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)    Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)    kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)    peter@edwardsdelacerda.com

Timothy M Bunson    TIM@SILL-LAW.COM

**OKW/5:14-cv-00697 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00694 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway    larryottaway@oklahomacounsel.com

Julie Rhoades    jrhoades@thematthewslawfirm.com

Amy Sherry Fischer    amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)    tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

Matthew J Sill    Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

Andrew M Bowman    andrewbowman@oklahomacounsel.com

David Paul Matthews    dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,

spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)   Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)   kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)   peter@edwardsdelacerda.com

Timothy M Bunson   TIM@SILL-LAW.COM

**OKW/5:14-cv-00694 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00693 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway   larryottaway@oklahomacounsel.com

Julie Rhoades   jrhoades@thematthewslawfirm.com

Amy Sherry Fischer   amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)   tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

Matthew J Sill   Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

Andrew M Bowman   andrewbowman@oklahomacounsel.com

David Paul Matthews   dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)   Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)   kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)   peter@edwardsdelacerda.com

Timothy M Bunson   TIM@SILL-LAW.COM

**OKW/5:14-cv-00693 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01251 Notice has been electronically mailed to:**

HENRY G. GARRARD, III   hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones   christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,

brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael T. Gallagher     lisak@gld-law.com

Edward Blizzard     eblizzard@blizzardlaw.com, jpiper@blizzardlaw.com

Jeffrey J. Lowe     jeff@jefflowepc.com

Andrew J. Cross     across@careydanis.com

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

Trent B. Miracle     tmiracle@simmonsfirm.com, awilliams@simmonsfirm.com, lwooten@simmonsfirm.com

Dan H. Ball     dhball@bryancave.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, nmanzo@wcllp.com

John J Carey     jcarey@careydanis.com

Randy J. Soriano     rjsoriano@bryancave.com

J. Mark Kell     mark.kell@KellLampinLaw.com

Jayne Conroy     jconroy@simmonsfirm.com, jlucena@simmonsfirm.com

Martin Daniel Crump     martincrump@davisandfeder.com, latrisha.crump@daviscrump.com, martincrump@daviscrump.com, tamra.cotoli@daviscrump.com, wes.stevenson@daviscrump.com

Derek Potts     dpotts@potts-law.com, gleal@potts-law.com

Joseph P Danis     jdanis@careydanis.com

Bettina J. Strauss     bjstrauss@bryancave.com

John J. Foley     jfoley@simmonsfirm.com

Sarah Shoemake Doles     sdoles@careydanis.com

W. Michael Moreland     mmoreland@triallawfirm.com

Paul J. Hanly, Jr     phanly@hanlyconroy.com

Kathryn A. Dugan     kate.dugan@bryancave.com

Andrew Scott Williams     awilliams@simmonsfirm.com, lwooten@simmonsfirm.com

**MOE/4:13-cv-01251 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00692 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway     larryottaway@oklahomacounsel.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Amy Sherry Fischer     amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)     tim@freeseandgoss.com, andrea@freeseandgoss.com,
tbanno@freeseandgoss.com

Matthew J Sill     Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com,
tosha@sill-law.com

Andrew M Bowman     andrewbowman@oklahomacounsel.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,
spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)     kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)     peter@edwardsdelacerda.com

Timothy M Bunson     TIM@SILL-LAW.COM

**OKW/5:14-cv-00692 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00691 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Larry D Ottaway     larryottaway@oklahomacounsel.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Amy Sherry Fischer     amyfischer@oklahomacounsel.com

Tim K. Goss (Terminated)     tim@freeseandgoss.com, andrea@freeseandgoss.com,
tbanno@freeseandgoss.com

Matthew J Sill     Matt@sill-law.com, david@sill-law.com, kristi@sill-law.com, lindar@sill-law.com,

tosha@sill-law.com

Andrew M Bowman     andrewbowman@oklahomacounsel.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L Banno (Terminated)     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin L Edwards (Terminated)     kevin@edwardsdelacerda.com

Peter De La Cerda (Terminated)     peter@edwardsdelacerda.com

Timothy M Bunson     TIM@SILL-LAW.COM

**OKW/5:14-cv-00691 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/15/2014] [FileNumber=503155-0]
[876153447d747a15f27012418ba90c3001206d08ec922fb0d2074689600203d6412a
ceba23acb5bfa5c4aac08cd7f92be592130f99d6d2b3491303a234bbcf77]]