## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Isebell Brannen<br>April Kowalsky<br>Donna Benedetto<br>Katie Durham<br>Clifton Durham<br>Jullian Ellis<br>Billie Fitts<br>Melissa Kemp<br>Barbara Marten<br>George Marten<br>Debra Mathews<br>Richard Mathews<br>Lori Prestay<br>William Prestay<br>Carrie Reeves<br>Kristine Roy<br>William Roy<br>Nellie Salisbury<br>Ward Salisbury<br>Pamela Trull<br>Stephen Trull<br>Dorothy Urka<br>Robert Urka<br>Connie Wilson<br>Catherine Young<br>David Young<br>Erlinda Brockman<br>Steve Brockman<br>Darlene Dennis<br>David Dennis<br>Geraldine Edwards<br>Tina Foley<br>Kevin Foley<br>Melanie Ghanim<br>Lisa Green<br>Margaret Higginbotham<br>Julie Hudson<br>Bill Hudson, Jr.<br>Della Jones<br>Judith Jones<br>Kristin Kulikowski<br>Robert Kulikowski<br>Linda McElroy | Missouri Eastern | 4:13-cv-1251 | 2:14-cv-26897 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Patricia Palo<br>Alan Palo<br>Rosemary Popek<br>Teresa Sauerheber<br>John Sauerheber<br>Laura Swanson<br>Lance Swanson<br>Pamela Thomas<br>Andy Thomas<br>Linda Weston<br>Lavawn Beecher<br>Tracey Bennett<br>Sara Bliven<br>Ann Blocker<br>Claudette Boehle<br>Timothy Boehle<br>Carol Brandon<br>Mary Chandler<br>Mary Dacus<br>Steve Dacus<br>Shawn Evans<br>Timmothy Hyatt<br>Judy Garner<br>Rick Garner<br>Leanne Hanson<br>Georgia Trent<br>Basil Trent, Jr.<br>Judy Bucker<br>Pilar Brock<br>Patricia Boram<br>Kelly Boram<br>Barbara Tobery-Hack<br>Dallas Hack<br>Ila Barber<br>Charles Barber<br>Sharon Byrns<br>Stacy Sellers<br>Michael Sellers | Missouri Eastern | 4:13-cv-1251 | 2:14-cv-26897 |