**Exhibit B**

**I. For Directly Filed Cases:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

***In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation***
***MDL No. 2327***

**Civil Action No. ____________**
**(Severed from Civil Action No. ______ )**

---

**SHORT FORM COMPLAINT**

**II. <u>For All Other Cases</u>:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

**Plaintiffs,**

**v.**

**Civil Action No. _______________**
**(Severed from SDWV Civil Action No. _____)**

**JOHNSON & JOHNSON, et al.,**

**Defendants.**

**COMPLAINT AND JURY DEMAND**