IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,   MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating his firm name and contact information in MDL No. 2187, 2325, 2326, and 2327, and each individual case in which the below named attorney is associated.   In support of her motion, said attorney states the following:

1.   The below listed attorney with appearances entered in this matter is:

   Jennifer R. Johnson, CA Bar No. 160967

2.   The firm's updated information, including name change and address, is as follows:

   Law Office of Jennifer R. Johnson, A Professional Law Corporation
   675 Anton Boulevard, First Floor
   Costa Mesa, CA 92626

Accordingly, the undersigned respectfully request that the Court enter an Order updating the attorney information for the above-listed attorney in MDL No. 2187, 2325, 2326, and 2327, and each individual member case in which the below named attorney is associated.

        Respectfully submitted,

        /s/Jennifer R. Johnson
        Jennifer R. Johnson
        A Professional Law Corporation
        675 Anton Boulevard, First Floor
        Costa Mesa, CA 92626
        Telephone:   (877) 505-7296
        Facsimile: (949) 612-1855
        jrj@jenniferjohnsonlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 17th day of October, 2014, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.

                                                             /s/Jennifer R. Johnson
                                                             Jennifer R. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.                          MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending before the Court is attorney Jennifer R. Johnson's Motion for Change of Attorney Information, filed on October 17, 2014. In the motion counsel requests that in MDL No. 2187, 2325, 2326, and 2327, and each member case associated with that MDL in which attorney Jennifer R. Johnson appears, the firm name and address be changed as follows:

    Law Office of Jennifer R. Johnson, A Professional Law Corporation
    675 Anton Boulevard, First Floor
    Costa Mesa, CA 92626

It is ORDERED that the Motion for Change of Attorney Information is GRANTED.

The Clerk is instructed to update the firm information in MDL No. 2187, 2325, 2326, and 2327, and each member case associated with that MDL in which Jennifer R. Johnson appears.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this ___ day of _____, 2014.

                                                         JOSEPH R. GOODWIN
                                                         UNITED STATES DISTRICT JUDGE