IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                         MDL NO. 2327
    PELVIC REPAIR SYSTEM PRODUCTS
    LIABILITY LITIGATION

## O R D E R

Pending before the court is Matthew R. McCarley of Fears ׀ Nachawati, PLLC's Motion for Change of Attorney Information and Withdrawal of Counsel, filed on September 30, 2014. [Docket # 1329.] In the motion, counsel requests that their firm information be updated in the main MDL and in each member case associated with MDL 2327. Counsel further requests that for all actions in which Garnett Hendrix, Jr. has appeared as counsel, Matthew R. McCarley be substituted in Garnett Hendrix, Jr.'s place. In support of the motion Matthew R. McCarley states Garnett Hendrix, Jr. no longer works at Fears ׀ Nachawati, PLLC.

It is **ORDERED** that the Motion for Change of Attorney Information and Withdrawal of Counsel is **GRANTED in part** to the extent that Matthew R. McCarley is substituted for Garnett Hendrix, Jr. in the main MDL, and in any member case associated with the main MDL, in which Garnett Hendrix, Jr. has appeared as counsel; and, **DENIED in part** to the extent that there appears to be no change to the attorney information that already appears on the main MDL and the member cases associated with the main MDL.

The Clerk is DIRECTED to terminate Garnett Hendrix, Jr., as counsel, and substitute Matthew R. McCarley both on the main master docket and for each individual member case in MDL 2327 with which Garnett Hendrix, Jr., is associated.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 21, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE