Exhibit B

I. **For Directly Filed Cases:**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ )

_____

**SHORT FORM COMPLAINT**

II. <u>For All Other Cases</u>:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

**TABATHA ARNOLD, et al.**

      Plaintiffs,

v.                                                                              Civil Action No. _____
                                                                                  (Severed from SDWV Civil Action
                                                                                  No. \_\_\_\_\_)

**JOHNSON & JOHNSON, et al.,**

      Defendants.

**COMPLAINT AND JURY DEMAND**