## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Sarah Ruth Allbritton<br>Misty De Groat<br>Evelyn Brownlee<br>Robin Bruhn<br>Elizabeth Bruna<br>Justin Bruna<br>Terry Bryson<br>June Bueno<br>Burnessa Burse<br>Brenda Burton<br>Virginia Busby<br>Sharon Bush<br>Candice Byrum<br>Terry E. Byrum<br>Jamie Caldwell<br>Patricia A. Carter<br>Diane Chambers<br>Jacqueline Chaney<br>Charles H. Chaney, IV<br>Margie Chapman<br>Jeanette V. Chesser<br>Mary Chrane<br>Joan Clarke<br>Sandy Clay<br>Patricia Climer<br>Janice Coates<br>Janice Coll<br>Janice Collins<br>Ronnilyn Collins-Bell<br>Warren Bell<br>Sharon Coon<br>James Coon<br>Joann Cooper<br>Tamara Beth Cornelius<br>Patricia Coronel<br>Zulema Cortez<br>Cynthia Courtney<br>Margo Henderson Crosthwaite<br>Priscilla Cruz<br>Jose Cruz<br>Shawn Curro<br>Luis Andre' Curro | Oklahoma Western | 5:14-cv-692 | 2:14-cv-27059 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Cynthia Daniels<br>Sandra Davidson<br>Jeanette De Mauney<br>Charlotte Dehn<br>Patricia Deitering<br>Norma Deleon | Oklahoma Western | 5:14-cv-692 | 2:14-cv-27059 |