## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Teresa Marie Anderson<br>Lynn Schneider<br>Michael Schneider<br>Laura Abuzalaf<br>Ihsan Abuzalaf<br>Theresa Adams<br>June Adams<br>Terry Ales<br>Catherine Alvarez<br>Michelle Angel-Nierop<br>Sally Anhorn<br>Shannon Arlet<br>Agnes Armstrong<br>Albert Armstrong<br>Janice Arnold<br>Debra Atkinson<br>Harley C. Atkinson<br>Shellie Auger<br>Bill Auger<br>Linda Austin<br>Louise Ayvazian<br>Ralph Ayvazian<br>Judy Bagrowski<br>Wayne W. Bagrowski<br>Shirley Barber<br>Jill Bartolomie<br>Lynn Markette Bayliss<br>Brenda Bedosky<br>Therese Belt<br>Troy Belt<br>Martha Benavides<br>Angela Benford<br>Jennie Bennett<br>Charlene Berg<br>Glenna Bergman<br>Sharon Berrong<br>Candace Berry<br>Wanda Black<br>Kathleen Blasko<br>Melissa Blaylock<br>Mary Bonefas<br>Jennifer Bosch | Oklahoma Western | 5:14-cv-693 | 2:14-cv-27067 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| San Juanita "Janie&quo Botello<br>Ramiro Botello, Sr.<br>Audrey Boughner<br>Jacqueline Bounds<br>Dori Boyer<br>Tammy Brantley<br>Carol Brennan<br>Nina Brown<br>Sherrian Brown | Oklahoma Western | 5:14-cv-693 | 2:14-cv-27067 |