**Exhibit B**

I. **For Directly Filed Cases**:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ )

_____

**SHORT FORM COMPLAINT**

II. <u>For All Other Cases</u>:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

**TABATHA ARNOLD, et al.**

      **Plaintiffs,**

v.                                          **Civil Action No. _____**
                                           **(Severed from SDWV Civil Action**
                                           **No. _____)**

**JOHNSON & JOHNSON, et al.,**

      **Defendants.**

**COMPLAINT AND JURY DEMAND**