IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY LITIGATION          MDL No. 2327

THIS DOCUMENT RELATES TO:

_____

THIS DOCUMENT RELATES TO ALL CASES

NOTICE OF CANCELLATION OF VIDEO
DEPOSITION OF HOWARD B. GOLDMAN, M.D.

PLEASE TAKE NOTICE that the video deposition of Howard B. Goldman, M.D. to be taken upon oral and video examination before a person authorized by the laws of the State of West Virginia to administer oaths, scheduled for October 29, 2014 at 1:45 PM at the Cleveland Clinic, Beachwood Family Health Center, 26900 Cedar Road, Conference Room B, Cleveland, Ohio 44122 is cancelled.

This 22nd day of October, 2014.

/s/ P. Leigh O'Dell
P. Leigh O'Dell
leigh.odell@beasleyallen.com
Member of Plaintiffs' Steering Committee

Beasley, Allen, Crow, Methvin,
   Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY LITIGATION      MDL No. 2327

THIS DOCUMENT RELATES TO:

_____

THIS DOCUMENT RELATES TO ALL CASES

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                        By:   */s/ P. Leigh O'Dell*
                              P. Leigh O'Dell
                              leigh.odell@beasleyallen.com
                              Member of Plaintiffs' Steering Committee

Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343