IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION


IN RE: ETHICON, INC.,                                              MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____
THIS DOCUMENT RELATES TO ALL CASES

### AMENDED MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating her firm name and contact information in MDL No. 2187, 2325, 2326, and 2327, and each individual case in which the below named attorney is associated.    In support of her motion, said attorney states the following:

1.      The below listed attorney with appearances entered in this matter is:

        Jennifer R. Johnson, CA Bar No. 160967

2.      The firm's updated information, including address, telephone and facsimile, is as follows:

        Law Office of Jennifer R. Johnson, A Professional Law Corporation
        675 Anton Boulevard, First Floor
        Costa Mesa, CA 92626
        (877) 505-7296 (Telephone)
        (949) 612-1855 (Facsimile

Accordingly, the undersigned respectfully request that the Court enter an Order updating the attorney information for the above-listed attorney in MDL No. 2187, 2325, 2326, and 2327, and each individual member case in which the below named attorney is associated.


                        Respectfully submitted,


                        /s/Jennifer R. Johnson_____
                        Jennifer R. Johnson
                        A Professional Law Corporation
                        675 Anton Boulevard, First Floor
                        Costa Mesa, CA 92626
                        Telephone:   (877) 505-7296
                        Facsimile:    (949) 612-1855
                        jrj@jenniferjohnsonlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of October, 2014, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.


/s/Jennifer R. Johnson_____
Jennifer R. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.                                          MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____
THIS DOCUMENT RELATES TO ALL CASES

<u>**ORDER**</u>

Pending before the Court is attorney Jennifer R. Johnson's Amended Motion for Change

of Attorney Information, filed on October 22, 2014.  In the motion counsel requests that in

MDL No. 2187, 2325, 2326, and 2327, and each member case associated with that MDL in

which attorney Jennifer R. Johnson appears, the firm name and address be changed as follows:

      Law Office of Jennifer R. Johnson, A Professional Law Corporation
      675 Anton Boulevard, First Floor
      Costa Mesa, CA 92626
      (877) 505-7296 (Telephone)
      (949) 612-1855 (Facsimile)

It is ORDERED that the Amended Motion for Change of Attorney Information is

GRANTED.

The Clerk is instructed to update the firm information in MDL No. 2187, 2325, 2326, and

2327, and each member case associated with that MDL in which Jennifer R. Johnson appears.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this ___ day of _____, 2014.


_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE