UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                              MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −147)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,103 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 23, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

### SCHEDULE CTO−147 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **MINNESOTA** | | | | |
| MN | 0 | 14−04065 | Berryhill v. Ethicon, Inc. et al | |
| MN | 0 | 14−04144 | Hill v. Ethicon, Inc. et al | |
| **MISSOURI EASTERN** | | | | |
| MOE | 4 | 14−01668 | Mathes et al v. Ethicon,Inc. et al | |
| MOE | 4 | 14−01669 | Richardson et al v. Ethicon, Inc. et al | |
| **NEW JERSEY** | | | | |
| NJ | 3 | 14−03628 | MANSON et al v. JOHNSON &JOHNSON et al | |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 14−05415 | MELTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al | |
| PAE | 2 | 14−05416 | HOLT et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al | |
| PAE | 2 | 14−05424 | DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al | |
| PAE | 2 | 14−05425 | MUSEWICZ et al v. ETHICON, INC. et al | |
| PAE | 5 | 14−05414 | BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al | |
| **TEXAS SOUTHERN** | | | | |
| ~~TXS~~ | ~~4~~ | ~~14−02800~~ | ~~Evans et al v. Johnson &Johnson et al~~ | Opposed 10/22/14 |
| ~~TXS~~ | ~~4~~ | ~~14−02804~~ | ~~Seymour et al v. Johnson &Johnson et al~~ | **Opposed 10/22/14** |

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

### SCHEDULE CTO−147 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **MINNESOTA** | | | | |
| MN | 0 | 14−04065 | Berryhill v. Ethicon, Inc. et al | |
| MN | 0 | 14−04144 | Hill v. Ethicon, Inc. et al | |
| **MISSOURI EASTERN** | | | | |
| MOE | 4 | 14−01668 | Mathes et al v. Ethicon,Inc. et al | |
| MOE | 4 | 14−01669 | Richardson et al v. Ethicon, Inc. et al | |
| **NEW JERSEY** | | | | |
| NJ | 3 | 14−03628 | MANSON et al v. JOHNSON &JOHNSON et al | |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 14−05415 | MELTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al | |
| PAE | 2 | 14−05416 | HOLT et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al | |
| PAE | 2 | 14−05424 | DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al | |
| PAE | 2 | 14−05425 | MUSEWICZ et al v. ETHICON, INC. et al | |
| PAE | 5 | 14−05414 | BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al | |
| **TEXAS SOUTHERN** | | | | |
| ~~TXS~~ | ~~4~~ | ~~14−02800~~ | ~~Evans et al v. Johnson &Johnson et al~~ | Opposed 10/22/14 |
| ~~TXS~~ | ~~4~~ | ~~14−02804~~ | ~~Seymour et al v. Johnson &Johnson et al~~ | **Opposed 10/22/14** |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
10/23/2014 08:34 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/23/2014 at 8:32 AM EDT and filed on 10/23/2014
**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ([1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.

Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)

| | |
|---|---|
| **Case Name:** | Richardson et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:14-cv-01669 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.

Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)

| | |
|---|---|
| **Case Name:** | Hill v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04144 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | MUSEWICZ et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-05425 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

**Case Name:** HOLT et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:** PAE/2:14-cv-05416
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

**Case Name:** MANSON et al v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:14-cv-03628
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | Mathes et al v. Ethicon,Inc. et al |
| **Case Number:** | MOE/4:14-cv-01668 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/5:14-cv-05414 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | Berryhill v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04065 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-05424 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | MELTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-05415 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-147) Finalized on 10/23/14. Please see pleading ( [1752] in MDL No. 2327, 3 in MN/0:14-cv-04065, 3 in MN/0:14-cv-04144, 3 in MOE/4:14-cv-01668, 3 in MOE/4:14-cv-01669, 3 in NJ/3:14-cv-03628, 3 in PAE/2:14-cv-05415, 3 in PAE/2:14-cv-05416, 3 in PAE/2:14-cv-05424, 3 in PAE/2:14-cv-05425, 3 in PAE/5:14-cv-05414).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**


Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
10/23/2014 08:33 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/23/2014 at 8:31 AM EDT and filed on 10/23/2014
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 1752

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ([1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-*

Page 2 of 10

Case 2:12-md-02327   Document 1353   Filed 10/23/14   Page 12 of 20 PageID #: 16390

*05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | Richardson et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:14-cv-01669 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | Hill v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04144 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | MUSEWICZ et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-05425 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| Case Name: | HOLT et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| Case Number: | PAE/2:14-cv-05416 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| Case Name: | MANSON et al v. JOHNSON & JOHNSON et al |
| Case Number: | NJ/3:14-cv-03628 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | Mathes et al v. Ethicon,Inc. et al |
| **Case Number:** | MOE/4:14-cv-01668 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/5:14-cv-05414 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| **Case Name:** | Berryhill v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04065 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| Case Name: | DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| Case Number: | PAE/2:14-cv-05424 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

| | |
|---|---|
| Case Name: | MELTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| Case Number: | PAE/2:14-cv-05415 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-147) - 10 action(s)** *re: pldg. ( [1738] in MDL No. 2327, 1 in MN/0:14-cv-04065, 1 in MN/0:14-cv-04144, 1 in MOE/4:14-cv-01668, 1 in MOE/4:14-cv-01669, 1 in NJ/3:14-cv-03628, 1 in PAE/2:14-cv-05415, 1 in PAE/2:14-cv-05416, 1 in PAE/2:14-cv-05424, 1 in PAE/2:14-cv-05425, 1 in PAE/5:14-cv-05414)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/23/2014.**

**Associated Cases: MDL No. 2327, MN/0:14-cv-04065, MN/0:14-cv-04144, MOE/4:14-cv-01668, MOE/4:14-cv-01669, NJ/3:14-cv-03628, PAE/2:14-cv-05415, PAE/2:14-cv-05416, PAE/2:14-cv-05424, PAE/2:14-cv-05425, PAE/5:14-cv-05414 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T Farrell, Jr     paul@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOE/4:14-cv-01669 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, lauralyn.chrisley@nelsonmullins.com, mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Bart C Sullivan     bsullivan@foxgalvin.com

James M Boyers     jboyers@woodmclaw.com

Joseph C Orlet     joseph.orlet@huschblackwell.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, nmanzo@wcllp.com

Randy J. Soriano     rjsoriano@bryancave.com

James W Childress     jchildress@jchildresslaw.com

Robert F. Chandler     chandler@bscr-law.com

Caroline M Tinsley     tinsley@bscr-law.com

Dustin B Rawlin     drawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Timothy J Walsh     tim.walsh@nortonrosefulbright.com

Bettina J. Strauss     bjstrauss@bryancave.com

Adrienne L. Hernandez     ahernandez@shb.com

Robert T. Adams     rtadams@shb.com

Devin Kyle Ross     dkross@shb.com

Craig R. Klotz     cklotz@jchildresslaw.com

Matthew D. Knepper     matt.knepper@huschblackwell.com

Monte P. Clithero     mclithero@taylorstafford.com

**MOE/4:14-cv-01669 Notice will not be electronically mailed to:**

**MN/0:14-cv-04144 Notice has been electronically mailed to:**

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04144 Notice will not be electronically mailed to:**

**PAE/2:14-cv-05425 Notice has been electronically mailed to:**

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

ERIN P. LOUCKS     eloucks@shb.com

**PAE/2:14-cv-05425 Notice will not be electronically mailed to:**

**PAE/2:14-cv-05416 Notice has been electronically mailed to:**

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

Jon A. Strongman     jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

Thomas R Kline     thomas.kline@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

ERIN P. LOUCKS     eloucks@shb.com

**PAE/2:14-cv-05416 Notice will not be electronically mailed to:**

**NJ/3:14-cv-03628 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Edward A Coleman    ecoleman@lewissaul.com

**NJ/3:14-cv-03628 Notice will not be electronically mailed to:**

**MOE/4:14-cv-01668 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, lauralyn.chrisley@nelsonmullins.com, mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

DOUGLAS B. KING    dking@woodmclaw.com, gwilliams@woodmclaw.com, jschuster@woodmclaw.com, kmahaney@woodmclaw.com, kmcdonald@woodmclaw.com

Bart C Sullivan    bsullivan@foxgalvin.com

James M Boyers    jboyers@woodmclaw.com

Joseph C Orlet    joseph.orlet@huschblackwell.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

Jeffrey M. Kuntz    jkuntz@wcllp.com, nmanzo@wcllp.com

Randy J. Soriano    rjsoriano@bryancave.com

James W Childress    jchildress@jchildresslaw.com

Robert F. Chandler    chandler@bscr-law.com

Caroline M Tinsley    tinsley@bscr-law.com

Dustin B Rawlin    drawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, brenda.sweet@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com, sarah.bunce@tuckerellis.com

Timothy J Walsh    tim.walsh@nortonrosefulbright.com

Bettina J. Strauss    bjstrauss@bryancave.com

Adrienne L. Hernandez    ahernandez@shb.com

Jennifer L. Schuster    jschuster@woodmclaw.com

Robert T. Adams    rtadams@shb.com

Devin Kyle Ross    dkross@shb.com

Craig R. Klotz    cklotz@jchildresslaw.com

Matthew D. Knepper    matt.knepper@huschblackwell.com

Monte P. Clithero    mclithero@taylorstafford.com

**MOE/4:14-cv-01668 Notice will not be electronically mailed to:**

**PAE/5:14-cv-05414 Notice has been electronically mailed to:**

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

ERIN P. LOUCKS    eloucks@shb.com

**PAE/5:14-cv-05414 Notice will not be electronically mailed to:**

**MN/0:14-cv-04065 Notice has been electronically mailed to:**

Charles H Johnson    bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel    jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04065 Notice will not be electronically mailed to:**

**PAE/2:14-cv-05424 Notice has been electronically mailed to:**

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

ERIN P. LOUCKS    eloucks@shb.com

**PAE/2:14-cv-05424 Notice will not be electronically mailed to:**

**PAE/2:14-cv-05415 Notice has been electronically mailed to:**

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

Jon A. Strongman    jstrongman@shb.com, ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com, hkemery@shb.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

ERIN P. LOUCKS    eloucks@shb.com

**PAE/2:14-cv-05415 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/23/2014] [FileNumber=504995-0]
[6094f2a2b50f2b7a4d9b5a95a1bae826ab5f65b5860d9799b7a8c4724c3ffcf3db69
3024a9dc52535f8bb9b7b7da55a2c8da9c0fb5b69e6e1c31879d6d02ac0f]]