## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Kelli Gooch<br>Arlene Brunson<br>Peggy Allen<br>Leslie Allen<br>Debra Anderson<br>Thomas Anderson<br>Gwen Andreshak<br>Beverley Armour<br>Karina Asuncion<br>Pamela Atkinson<br>Laura Babb<br>Stephanie Banks<br>Mary Barajas<br>Victoria Barclay<br>Brenda Bartram<br>Marjean Baxley<br>Judith Baxter<br>Cindy Behler<br>Thelma Benda<br>Stefani Bender<br>Teresa Bender<br>Mary Blair<br>Jennifer Bock<br>Barbara Lynn Bowman<br>Leah Bradford<br>Larry Bradford<br>Gloria Bradford<br>Crystal Brannon<br>Jennie Brantley<br>Delores Brock<br>Sandra Brown<br>Judy Brown<br>Andrea Brown<br>Stephanie Brown<br>Brenda Brown<br>Gayle Buck<br>Polly Buegler<br>Joy Bullington<br>Linda Bullock<br>Raymond C. Bullock<br>MaryAnn Burkholder<br>Sherry Burrichter<br>Martha Byars | Oklahoma Western | 5:14-cv-00694 | 2:14-cv-27071 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Mary Camacho<br>Paula Campbell<br>Glynn Campbell<br>Phyllis Campbell<br>Arline Cannata<br>Eunice Cantu<br>Jo Ann Capua<br>Yvonne Carrabine<br>Lorena Cartagena<br>Angella Carter<br>Shuntel Carter<br>Joyce Carvalho<br>Melissa Chavez<br>Michele Colburn<br>Margaret Colcord<br>Belinda Collins<br>Peggy Cooper<br>Gary J. Cooper<br>Elizabeth Cooper<br>Anita Cooper<br>Patricia Copeland<br>Traci Covey<br>Donna Covington<br>Sonia Cox<br>Rosalie Cracchiolo<br>Steven Meteja<br>Carolyn Craft<br>Anna Creek<br>Brandi Curry<br>Deborah Curtis<br>Marie Cushenberry<br>Rita Daily<br>Donna Dalton | Oklahoma Western | 5:14-cv-00694 | 2:14-cv-27071 |