## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Joy L. Halliburton<br>Luz Lora<br>Judith Demchak<br>Bradley Demchak<br>Jamie Devish<br>Jennifer Dobbins<br>Martin Dobbins<br>Sandra Doctor<br>George Doctor<br>Sandy Dodgen<br>Phillip Dodgen<br>Deborah Doyle<br>Graciela Dranowsky<br>Teresa Ann Dunn<br>Marilyn Ecoff<br>Mary Ann Eich<br>Colinnette Eilers<br>Lisa Elder<br>Debra Elward<br>Delores Farmer<br>Zella Farmer<br>Shelly Farnsworth<br>Valeria Favors<br>Bernadette Feikert<br>Linda Ferguson<br>Norma Fisher<br>Marguerite Fletcher<br>Tara Foote<br>Corisa Ford<br>Sheila Forrester<br>Bridget Fowler<br>Laura Fox<br>Larry John Cozart<br>Katherine Franks<br>Tawney Frantz<br>Sally Frawley<br>Sandra Freeland<br>Pamela Freno<br>Cathy Freshwater<br>Susan Fronek<br>Patricia Fuino<br>Anna Fulgham<br>Diana Gabriel | Oklahoma Western | 5:14-cv-696 | 2:14-cv-27072 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Maria Galarza<br>Sherri Gallagher<br>Rosamaria Garcia<br>Sherilyn Gardner<br>Sheila Garrett | Oklahoma Western | 5:14-cv-696 | 2:14-cv-27072 |