## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Kathleen Teague<br>Susan Tagliaferro<br>Patricia Scales<br>Seawillow Schmidt<br>Vickie Schmidt Parsons<br>Lorraine Schumacher<br>Nicole Scott<br>Rhonda Sechrist<br>Regina Sellers<br>Donna Severo<br>Jacqueline Shaak<br>Myrtle Shadd<br>Frank M. Shadd<br>Peggy Shannon-McDowell<br>Carol Shaw<br>Terri Shazer<br>Shari P. Sheppard<br>Karen Sheridan<br>Lizette Shields<br>Kimberly Sillen<br>Angela Silveira<br>Elizabeth Simpson<br>Mahlon (Alex) Simpson<br>Theresa Sisson<br>Teresa Skains<br>Norma Skorupa-Todd<br>Joan Smith<br>Marie Smith<br>Joann Smith<br>Candy Smith<br>Joanne Smith<br>Stacey Smith<br>Isabel M. Smith<br>Mary Sparks<br>Jackie Spigener<br>Juanita Starr<br>Darlene Steele<br>Ylonda Stephens<br>Judy Stephens<br>Kristina Steven<br>Kelly Stevens<br>Karolyn Stevenson<br>Judith Stone | Oklahoma Western | 5:14-cv-701 | 2:14-cv-27074 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Jack G. Stone<br>Emily M. Stroud<br>Jodie Swan<br>Sue Swetnam<br>April Swick<br>David Swick<br>Barbara Swingle | Oklahoma Western | 5:14-cv-701 | 2:14-cv-27074 |