## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Inola Killsfirst<br>Joanne P. McCann<br>Annette Puckett<br>Eilene Pulliam<br>Glenda Ramirez<br>Tonia Ramos<br>Edie Raney<br>Beverly Ray<br>Bertha Ream<br>Indy Rebhun<br>Marlene Reisenger<br>Paula Reynolds<br>Melvin Reynolds<br>Barbara Roberts<br>Wanda Robinson<br>Elva Rodriguez<br>Effie Romans<br>Lori Rose<br>Elizabeth Ryan<br>Kelly Ryder<br>Lupe F. Salas<br>Brenda Sasser<br>Linda Shafer<br>Ella Shanklin<br>Sharon Sharpe<br>James Sharpe<br>Rebecca Shaugart<br>Shelly Shuck<br>Clayton Dean Shuck<br>Roseanna Siefker<br>Stephanie R. Sims<br>Nancy Sloan<br>Carole Smith<br>Deborah A. Smith<br>Melodie Smith<br>Bernadette Speiser<br>Parris Springer<br>Sarah Stack<br>Mary Staser<br>Deborah M. Stephen<br>Bret E. Stephen<br>Carole A. Steward<br>Linda Talton | Oklahoma Western | 5:14-cv-697 | 2:14-cv-27073 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Barbara Taylor<br>Monica Taylor<br>Iris Teat<br>Charlene Tessari<br>Patricia Thomas<br>Karen Thomas<br>Linda Thompson<br>Toni Tucker<br>Charlotte Van Buren<br>Estalene Vance<br>Stacie Vickers<br>Debbie Vickers<br>Charlene Walker<br>Kathy Lynn Watson<br>Jeanette Watson<br>Leslie Ann Weiner<br>Sylvia Welch-Langford<br>Tawyna Werthman<br>Tracy White<br>Paula Whorton<br>Sharon Wiles<br>Frieda Willard<br>Shirley Williams<br>Deborah Williams<br>Sheila Wilson<br>Sandra Wilson<br>Tina Windholz<br>Patricia Woehler<br>Josie Wold-Johnson<br>Rosetta Wolfe<br>Jacki Yancey<br>Susan Yoakam | Oklahoma Western | 5:14-cv-697 | 2:14-cv-27073 |