IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                         MDL NO. 2327
    PELVIC REPAIR SYSTEM PRODUCTS
    LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

    Pending before the court is counsel Jennifer R. Johnson's Motion For Change of Attorney Information, filed on October 17, 2014 [docket # 1344], and Amended Motion for Change of Attorney Information, filed on October 22, 2014 [docket # 1352]. In the motions, counsel requests that in the main MDL and each member case associated with that MDL in which attorney Jennifer R. Johnson appears, the firm's information be changed.

    It is **ORDERED** that the Amended Motion for Change of Attorney Information [docket # 1352], is **GRANTED** and the Motion for Change of Attorney Information [docket # 1344], is **DENIED as moot**.

    The Clerk is instructed to update the attorney information, and firm name, as set forth in the Amended Motion for Change of Attorney Information, both on the main master docket and for each individual member case in MDL 2327 with which said attorney is associated.

    The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 28, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE