## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Valerie Spears<br>Manorama Mahajan<br>Kathy Johnson<br>Melisa Johnson<br>Nancy Knibb<br>Susan Kobeski<br>Yvonne Krout<br>Lynn Kruslicky<br>Sherry Lance<br>Pearle Larsen<br>Shelva Lenzkes<br>Sheryl Lewis<br>Terry Link<br>Vicki Lords<br>Lucy Loredo<br>Amberly Lowman<br>Jacqueline Macri<br>Lucille Maestas<br>Patricia Maggard<br>Patricia Mahoney<br>Sylvia Mann<br>Melissa Marmolejo<br>Deborah Marshall<br>Jayme Mason<br>Jeannine Mazak<br>Karen McBride<br>Patricia McCarty<br>Earnestine McClain<br>Lettie McClure<br>Joy McClure<br>Cheryl McCluskey<br>Chastity McElroy<br>Pamela McFarlin<br>Christina McLean<br>Ron McLean<br>Lisa McLeod<br>Thelma McManus<br>Judith McSweeney<br>Kayla Meador-Sharp<br>Debbie Melnick<br>William Thomas<br>Donna Miller<br>Rosemary Miller | Oklahoma Western | 5:14-cv-700 | 2:14-cv-27076 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Malinda Miller<br>Debbie Millison<br>Gina Mills<br>April Morgan<br>Josie Morin<br>Valerie Morris<br>Cherise Morrow<br>Carol Morsovillo<br>Donna Neal<br>Virginia Nobbe<br>Lisa Nolen<br>Caryn Normand<br>Marsha Norona<br>Lucille Norrell<br>Nature Ann Nunex<br>Eva Nunley<br>Theresa Nye<br>Angela Parker<br>Elizabeth Parmer<br>Alberta Peek<br>Susan Perkins<br>Karen Perry<br>Rosann Perry<br>Kathryn Pettit<br>Kristopher Pettit<br>Dixie Pfeiff<br>Karen Pfleger<br>Dr. Hans-Peter Pfleger<br>Terrie Phelps<br>Bobbie Phelps<br>Kristina Pitchford<br>Evelyn Jeannette Poff<br>Tamera Powell | Oklahoma Western | 5:14-cv-700 | 2:14-cv-27076 |