## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Ilarae J. Page<br>Colleen M. Morgan<br>Debra Jenkins<br>Geraldine Jenkins<br>Deanna Jenkins<br>Patricia Jinright<br>Nellie Johns<br>Tammie Johnson<br>Jennifer Johnson<br>Carolyn Johnson<br>Nicole Johnson<br>Christine Jordan<br>Sherry Keeffe<br>Christy Keith<br>Kevin Keith<br>Jana Kellenbenz<br>Danette I. Knode<br>Grace Korn<br>Sandra Korpi<br>Josephine Koziol<br>Brenda Kraft<br>Jennifer Kramer<br>Susan Krengulec<br>Rosemary Lascarez<br>Lille Lennear<br>Debra Leonor<br>Jean Ann Lewis<br>Danan Lievens<br>Tammy Lindsay<br>Carol Linn<br>Nancy Litke<br>Maria Lopez<br>Florence Lynch<br>John J. Lynch, Jr.<br>Joycelyn Lynch<br>Martha Markham<br>Ethel Marrufo<br>Denise Martinez<br>Belinda Martinez<br>Karen Massamillo<br>Janet McCarthy<br>Rebekah McCartney<br>Cheryl McClain | Oklahoma Western | 5:14-cv-699 | 2:14-cv-27077 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Rachelle McClarren<br>Betty McDonald<br>Jack McDonald<br>Jill Mercado<br>Essie Middlebrooks<br>Dawn Miller<br>Carla Miracle | Oklahoma Western | 5:14-cv-699 | 2:14-cv-27077 |