IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL. NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm name and contact information in MDL No. 2327, 2187, 2325, and 2326, and, and each individual case in which the below named attorney is associated. In support of her motion, said attorney states the following:

1. The below listed attorney with appearances entered in this matter is:

Marilyn T. McGoldrick, BBO#561766

2. The below listed attorney's updated information, including new firm name change, is as follows:

Thornton Law Firm, LLP
100 Summer Street, 30th fl.
Boston, MA 02110

Accordingly, the undersigned respectfully requests that the Court enter an Order updating the attorney information for the above-listed attorney in MDL No. 2327, 2187, 2325, and 2326, and each individual case in which the below named attorney is associated.

Respectfully submitted,

Dated: 10/20/2014

THORNTON LAW FIRM, LLP

/s/ Marilyn T. McGoldrick, BBO#561766
Marilyn T. McGoldrick
100 Summer Street, 30th floor
Boston, MA 02110
Phone: (617) 720-1333
Email: mmcgoldrick@tenlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2014, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ Marilyn T. McGoldrick
Marilyn T. McGoldrick