IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY LITIGATION       MDL 2327

THIS DOCUMENT RELATES TO ALL CASES

_____

**NOTICE OF CANCELLATION OF
DEPOSITION OF PAUL K. TULIKANGAS, MD**

PLEASE TAKE NOTICE that the video deposition of Paul K. Tulikangas, MD to be taken upon oral and video examination before a person authorized by the laws of the State of West Virginia to administer oaths, scheduled for November 12, 2014 at 10:00 AM at DanaherLagnese, PC, 21 Oak Street, Hartford, Connecticut 06106 is cancelled.

This 11th day of November, 2014.

                                             */s/ P. Leigh O'Dell*
                                             P. Leigh O'Dell
                                             leigh.odell@beasleyallen.com
                                             Member of Plaintiffs' Steering Committee

Beasley, Allen, Crow, Methvin,
      Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR** | |
| **SYSTEMS PRODUCTS LIABILITY LITIGATION** | **MDL 2327** |

**THIS DOCUMENT RELATES TO ALL CASES**

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ P. Leigh O'Dell*
P. Leigh O'Dell
leigh.odell@beasleyallen.com
Member of Plaintiffs' Steering Committee

Beasley, Allen, Crow, Methvin,
     Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343