## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –149)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,128 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 14, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

### SCHEDULE CTO–149 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**MINNESOTA**

| MN | 0 | 14–04431 | Hutchings v. Ethicon, Inc. et al |
| MN | 0 | 14–04570 | Moon v. Ethicon, Inc. et al |
| MN | 0 | 14–04571 | Fisher v. Ethicon, Inc. et al |

**PENNSYLVANIA EASTERN**

| PAE | 2 | 14–06014 | SHUKOWITSH v. ETHICON, INC. et al |
| PAE | 2 | 14–06015 | CAMPBELL et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06016 | KOHN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06017 | GALLAGHER et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06018 | INNERS et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06019 | BAYER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06020 | DEMONTOYA v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06021 | GROVER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06022 | MANES et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06023 | DARGA et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06025 | SCHULTE et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06026 | CARTER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06027 | RUSSELL et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06028 | METCALF v. ETHICON, INC. et al |
| PAE | 2 | 14–06029 | STAIGMILLER v. ETHICON, INC. et al |
| PAE | 2 | 14–06104 | MCCOY v. ETHICON, INC. et al |
| PAE | 2 | 14–06105 | LEMBKE v. ETHICON, INC. et al |
| PAE | 2 | 14–06106 | GERBINO et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06107 | DICOMO–WILSON et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06108 | BARBARA GROUP v. ETHICON, INC. et al |
| PAE | 2 | 14–06109 | TENEYCK v. ETHICON, INC. et al |
| PAE | 2 | 14–06110 | BACA v. ETHICON, INC. et al |

| | | | |
|---|---|---|---|
| PAE | 2 | 14–06111 | ADAMS et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06112 | WILSON et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06113 | LEPLEY v. ETHICON, INC. et al |
| PAE | 5 | 14–06030 | CHESTER v. ETHICON, INC. et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
11/14/2014 08:13 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/14/2014 at 8:12 AM EST and filed on 11/14/2014
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149)
Finalized on 11/14/14. Please see pleading ([1778] in MDL No. 2327, 3 in MN/0:14-cv-
04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in
PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-
06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in
PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-
06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in
PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-

06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** SCHULTE et al v. ETHICON, INC. et al
**Case Number:** PAE/2:14-cv-06025
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | GROVER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06021 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | ADAMS et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06111 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in**

PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | CARTER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06026 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BAYER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-06019
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MANES et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06022
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in**

PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | INNERS et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06018 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       KOHN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**     PAE/2:14-cv-06016
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       STAIGMILLER v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06029
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LEPLEY v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06113
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       DARGA et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06023
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LEMBKE v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06105
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | GERBINO et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06106 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | METCALF v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06028 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Fisher v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04571 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** MCCOY v. ETHICON, INC. et al
**Case Number:** PAE/2:14-cv-06104
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in**

PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**    SHUKOWITSH v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06014
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**    BACA v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06110
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    CAMPBELL et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06015
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in**

PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**      CHESTER v. ETHICON, INC. et al
**Case Number:**    PAE/5:14-cv-06030
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     WILSON et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06112
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     TENEYCK v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06109
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in**

PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        GALLAGHER et al v. ETHICON, INC. et al
Case Number:      PAE/2:14-cv-06017
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       Moon v. Ethicon, Inc. et al
**Case Number:**     MN/0:14-cv-04570
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       BARBARA GROUP v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06108
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in**

PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | RUSSELL et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06027 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Hutchings v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04431 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | DEMONTOYA v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06020 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | DICOMO-WILSON et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06107 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-149) Finalized on 11/14/14. Please see pleading ( [1778] in MDL No. 2327, 3 in MN/0:14-cv-04431, 3 in MN/0:14-cv-04570, 3 in MN/0:14-cv-04571, 3 in PAE/2:14-cv-06014, 3 in PAE/2:14-cv-06015, 3 in PAE/2:14-cv-06016, 3 in PAE/2:14-cv-06017, 3 in PAE/2:14-cv-06018, 3 in PAE/2:14-cv-06019, 3 in PAE/2:14-cv-06020, 3 in PAE/2:14-cv-06021, 3 in PAE/2:14-cv-06022, 3 in PAE/2:14-cv-06023, 3 in PAE/2:14-cv-06025, 3 in PAE/2:14-cv-06026, 3 in PAE/2:14-cv-06027, 3 in PAE/2:14-cv-06028, 3 in PAE/2:14-cv-06029, 3 in PAE/2:14-cv-06104, 3 in PAE/2:14-cv-06105, 3 in PAE/2:14-cv-06106, 3 in PAE/2:14-cv-06107, 3 in PAE/2:14-cv-06108, 3 in PAE/2:14-cv-06109, 3 in PAE/2:14-cv-06110, 3 in PAE/2:14-cv-06111, 3 in PAE/2:14-cv-06112, 3 in PAE/2:14-cv-06113, 3 in PAE/5:14-cv-06030).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
11/14/2014 08:12 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 11/14/2014 at 8:11 AM EST and filed on 11/14/2014
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 1778

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s) *re: pldg. ([1768]
in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1
in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-***

*06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SCHULTE et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06025
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      ADAMS et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06111
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in*

*PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MANES et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06022
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      INNERS et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06018
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     STAIGMILLER v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06029
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     LEPLEY v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06113
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     GERBINO et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:14-cv-06106
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]* *in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1* *in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-* *06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in* *PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-* *06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in* *PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-* *06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in* *PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-* *06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the** **stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      METCALF v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06028
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]* *in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1* *in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-* *06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in* *PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-* *06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in* *PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-* *06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in* *PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-* *06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the** **stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MCCOY v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06104
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]* *in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1*

*in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CAMPBELL et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06015 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CHESTER v. ETHICON, INC. et al |
| **Case Number:** | PAE/5:14-cv-06030 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-*

*06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       WILSON et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06112
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       TENEYCK v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06109
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | BARBARA GROUP v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06108 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]*
*in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1*
*in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-*
*06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in*
*PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-*
*06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in*
*PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-*
*06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in*
*PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-*
*06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | RUSSELL et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06027 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]*
*in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1*
*in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-*
*06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in*
*PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-*
*06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in*
*PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-*
*06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in*
*PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-*
*06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | DEMONTOYA v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |

**Case Number:**   PAE/2:14-cv-06020
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**   DICOMO-WILSON et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06107
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**   GROVER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:14-cv-06021
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      CARTER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**      PAE/2:14-cv-06026
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BAYER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**      PAE/2:14-cv-06019
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-*

*06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**  KOHN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**  PAE/2:14-cv-06016
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**  DARGA et al v. ETHICON, INC. et al
**Case Number:**  PAE/2:14-cv-06023
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the**

**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LEMBKE v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06105
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      Fisher v. Ethicon, Inc. et al
**Case Number:**   MN/0:14-cv-04571
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768] in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1 in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SHUKOWITSH v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06014
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]*
*in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1*
*in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-*
*06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in*
*PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-*
*06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in*
*PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-*
*06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in*
*PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-*
*06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the
stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BACA v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06110
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]*
*in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1*
*in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-*
*06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in*
*PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-*
*06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in*
*PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-*
*06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in*
*PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-*
*06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the
stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      Moon v. Ethicon, Inc. et al
**Case Number:**    MN/0:14-cv-04570
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]*
*in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1*
*in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-*
*06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in*
*PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-*
*06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in*
*PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-*
*06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in*
*PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-*
*06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       GALLAGHER et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06017
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]*
*in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1*
*in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-*
*06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in*
*PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-*
*06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in*
*PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-*
*06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in*
*PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-*
*06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       Hutchings v. Ethicon, Inc. et al
**Case Number:**    MN/0:14-cv-04431
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-149) - 29 action(s)** *re: pldg. ( [1768]*
*in MDL No. 2327, 1 in MN/0:14-cv-04431, 1 in MN/0:14-cv-04570, 1 in MN/0:14-cv-04571, 1*
*in PAE/2:14-cv-06014, 1 in PAE/2:14-cv-06015, 1 in PAE/2:14-cv-06016, 1 in PAE/2:14-cv-*
*06017, 1 in PAE/2:14-cv-06018, 1 in PAE/2:14-cv-06019, 1 in PAE/2:14-cv-06020, 1 in*

*PAE/2:14-cv-06021, 1 in PAE/2:14-cv-06022, 1 in PAE/2:14-cv-06023, 1 in PAE/2:14-cv-06025, 1 in PAE/2:14-cv-06026, 1 in PAE/2:14-cv-06027, 1 in PAE/2:14-cv-06028, 1 in PAE/2:14-cv-06029, 1 in PAE/2:14-cv-06104, 1 in PAE/2:14-cv-06105, 1 in PAE/2:14-cv-06106, 1 in PAE/2:14-cv-06107, 1 in PAE/2:14-cv-06108, 1 in PAE/2:14-cv-06109, 1 in PAE/2:14-cv-06110, 1 in PAE/2:14-cv-06111, 1 in PAE/2:14-cv-06112, 1 in PAE/2:14-cv-06113, 1 in PAE/5:14-cv-06030)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/14/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06025 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06025 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06111 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06111 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06022 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06022 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06018 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06018 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06029 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06029 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06113 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06113 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06106 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06106 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06028 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06028 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06104 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06104 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06015 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06015 Notice will not be electronically mailed to:**

**PAE/5:14-cv-06030 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/5:14-cv-06030 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06112 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06112 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06109 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06109 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06108 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06108 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06027 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06027 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06020 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06020 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06107 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06107 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06021 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06021 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06026 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06026 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06019 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06019 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06016 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06016 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06023 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06023 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06105 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06105 Notice will not be electronically mailed to:**

**MN/0:14-cv-04571 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04571 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06014 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06014 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06110 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06110 Notice will not be electronically mailed to:**

**MN/0:14-cv-04570 Notice has been electronically mailed to:**

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04570 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06017 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06017 Notice will not be electronically mailed to:**

**MN/0:14-cv-04431 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04431 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/14/2014] [FileNumber=510310-0]
[5e8523000c5235d58d12eedd28a2c3296caf4708108f61a66817007506607cb4315b

dd3df4cc5ee0bb7646868115f6ead08c03544990a6da9f6f57a9a047abea]]