APPROVED and SO ORDERED.
ENTER: 3/13: 14236

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2325
Honorable Joseph R. Goodwin

---

LINDA POWERS,

                    **Plaintiff(s),**

v.                                            CASE NO. 2:14-cv-12626

ETHICON, INC., ETHICON, LLC,
and JOHNSON & JOHNSON,

                    **Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2325, In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation, to: MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Short Form Complaint in MDL 2325 but asserted no claims against American Medical Systems, Inc., and asserted claims against Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, Defendants who are parties in MDL 2327.

Because American Medical Systems, Inc. or another defendant named in the MDL 2325 Master Complaint, is not a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2325 to  2327 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL  2327  .

/s/ Justinian C. Lane

Justinian PLLC
305 N. Heatherwilde Blvd, Bldg B,
Ste 1 | Pflugerville, TX  78660
Telephone: (844) 877-1211
Facsimile: (425) 458-0047
Email:  justinian@justinian.us
WA bar no: 43218

## CERTIFICATE OF SERVICE

I hereby certify that on  November 6, 2014 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Justinian C. Lane

Justinian PLLC
305 N. Heatherwilde Blvd, Bldg B,
Ste 1 | Pflugerville, TX  78660
Telephone: (844) 877-1211
Facsimile: (425) 458-0047
Email:  justinian@justinian.us
WA bar no: 43218