## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –150)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,157 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 25, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

### SCHEDULE CTO–150 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

MINNESOTA

| | | | |
|------|------|---------|--------------|
| MN | 0 | 14–04641 | Edmonds v. Ethicon, Inc. et al |
| MN | 0 | 14–04696 | Werksman v. Ethicon, Inc. et al |
| MN | 0 | 14–04697 | Glass–Smith v. Ethicon, Inc. et al |
| MN | 0 | 14–04743 | Miller v. Ethicon, Inc. et al |

MISSOURI WESTERN

| | | | |
|------|------|---------|--------------|
| ~~MOW~~ | ~~3~~ | ~~14–05150~~ | ~~Pemberton et al v. Roberts et al~~ |

PENNSYLVANIA EASTERN

| | | | |
|------|------|---------|--------------|
| PAE | 2 | 14–06211 | SUAREZ et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06214 | WHEELER et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06216 | WASHBURN et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06217 | SHEAFFER et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06218 | JONES–SMALLEY et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06219 | HANLEY et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06220 | KINARD v. ETHICON et al |
| PAE | 2 | 14–06221 | HUNT et al v. ETHICON et al |
| PAE | 2 | 14–06222 | MCLAUGHLIN v. ETHICON et al |
| PAE | 2 | 14–06223 | HARHART v. ETHICON, INC. et al |
| PAE | 2 | 14–06224 | STEPHENS et al v. ETHICON et al |
| PAE | 2 | 14–06225 | PEARSON et al v. ETHICON et al |
| PAE | 2 | 14–06243 | JACOBSON v. ETHICON, INC. et al |
| PAE | 2 | 14–06244 | SHANNON v. ETHICON, INC. et al |
| PAE | 2 | 14–06245 | DUNN v. ETHICON, INC. et al |
| PAE | 2 | 14–06246 | KELLEY et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06247 | TOBIN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06248 | BUTTINO et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06383 | KAUFFMAN v. ETHICON, INC. et al |

| | | | |
|---|---|---|---|
| PAE | 2 | 14–06384 | MARTINEZ et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06385 | DAVIS v. ETHICON, INC. et al |
| PAE | 2 | 14–06386 | BOJAROVA et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06387 | CABLE et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| PAE | 2 | 14–06389 | CUSATIS v. ETHICON, INC. et al |
| PAE | 2 | 14–06454 | RINCK et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06455 | MORALEZ v. ETHICON, INC. et al |
| PAE | 2 | 14–06456 | HAMMOND v. ETHICON et al |
| PAE | 2 | 14–06457 | NEWBURY et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06458 | WALLIN et al v. ETHICON, INC. et al |
| PAE | 2 | 14–06459 | PATTERSON v. ETHICON, INC. et al |
| PAE | 2 | 14–06460 | ACUFF et al v. ETHICON, INC. et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| ~~TXN~~ | ~~3~~ | ~~14–03955~~ | ~~Kroll et al v. Ethicon, Inc. et al~~ |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
11/25/2014 08:16 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 11/25/2014 at 8:15 AM EST and filed on 11/25/2014
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150)
Finalized on 11/25/14. Please see pleading ([1799] in MDL No. 2327, 3 in MN/0:14-cv-
04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in
PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-
06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in
PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-
06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in
PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-**

06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:           Werksman v. Ethicon, Inc. et al
Case Number:         MN/0:14-cv-04696
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** CABLE et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:** PAE/2:14-cv-06387
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** ACUFF et al v. ETHICON, INC. et al
**Case Number:** PAE/2:14-cv-06460
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-**

04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:       WALLIN et al v. ETHICON, INC. et al
Case Number:     PAE/2:14-cv-06458
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       JONES-SMALLEY et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06218
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       RINCK et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06454
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CUSATIS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06389 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in**

PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | KAUFFMAN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06383 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**     HANLEY et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:14-cv-06219
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     HAMMOND v. ETHICON et al
**Case Number:**   PAE/2:14-cv-06456
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-**

06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:       BUTTINO et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
Case Number:     PAE/2:14-cv-06248
Filer:
Document Number:No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          PATTERSON v. ETHICON, INC. et al
Case Number:        PAE/2:14-cv-06459
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150)
Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-
04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in
PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-
06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in
PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-
06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in
PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-
06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in
PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-
06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in
PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          DAVIS v. ETHICON, INC. et al
Case Number:        PAE/2:14-cv-06385
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       KELLEY et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**     PAE/2:14-cv-06246
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** PEARSON et al v. ETHICON et al
**Case Number:** PAE/2:14-cv-06225
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** Glass-Smith v. Ethicon, Inc. et al
**Case Number:** MN/0:14-cv-04697

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       SUAREZ et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06211
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-**

06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         Edmonds v. Ethicon, Inc. et al
Case Number:       MN/0:14-cv-04641
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        MCLAUGHLIN v. ETHICON et al
**Case Number:**      PAE/2:14-cv-06222
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        MORALEZ v. ETHICON, INC. et al
**Case Number:**      PAE/2:14-cv-06455
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-**

04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**     WHEELER et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06214
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Miller v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04743 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | BOJAROVA et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06386 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        SHEAFFER et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06217
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in**

PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**        NEWBURY et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06457
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**      MARTINEZ et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06384
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150)
Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-
04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in
PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-
06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in
PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-
06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in
PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-
06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in
PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-
06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in
PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)


**Case Name:**      KINARD v. ETHICON et al
**Case Number:**    PAE/2:14-cv-06220
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150)
Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-
04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in
PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-
06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in
PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-

06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          DUNN v. ETHICON, INC. et al
Case Number:        PAE/2:14-cv-06245
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

**from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        STEPHENS et al v. ETHICON et al
**Case Number:**    PAE/2:14-cv-06224
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        WASHBURN et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06216
**Filer:**
**WARNING: CASE CLOSED on 11/19/2014**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | HARHART v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06223 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:            JACOBSON v. ETHICON, INC. et al
Case Number:      PAE/2:14-cv-06243
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:            SHANNON v. ETHICON, INC. et al
Case Number:      PAE/2:14-cv-06244

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** HUNT et al v. ETHICON et al
**Case Number:** PAE/2:14-cv-06221
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-

06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       TOBIN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**     PAE/2:14-cv-06247
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-150) Finalized on 11/25/14. Please see pleading ( [1799] in MDL No. 2327, 3 in MN/0:14-cv-04641, 3 in MN/0:14-cv-04696, 3 in MN/0:14-cv-04697, 3 in MN/0:14-cv-04743, 5 in PAE/2:14-cv-06211, 5 in PAE/2:14-cv-06214, 3 in PAE/2:14-cv-06216, 5 in PAE/2:14-cv-06217, 5 in PAE/2:14-cv-06218, 5 in PAE/2:14-cv-06219, 5 in PAE/2:14-cv-06220, 5 in PAE/2:14-cv-06221, 5 in PAE/2:14-cv-06222, 5 in PAE/2:14-cv-06223, 5 in PAE/2:14-cv-06224, 5 in PAE/2:14-cv-06225, 5 in PAE/2:14-cv-06243, 5 in PAE/2:14-cv-06244, 5 in PAE/2:14-cv-06245, 5 in PAE/2:14-cv-06246, 5 in PAE/2:14-cv-06247, 5 in PAE/2:14-cv-06248, 3 in PAE/2:14-cv-06383, 3 in PAE/2:14-cv-06384, 3 in PAE/2:14-cv-06385, 3 in PAE/2:14-cv-06386, 3 in PAE/2:14-cv-06387, 3 in PAE/2:14-cv-06389, 3 in PAE/2:14-cv-06454, 3 in PAE/2:14-cv-06455, 3 in PAE/2:14-cv-06456, 3 in PAE/2:14-cv-06457, 3 in PAE/2:14-cv-06458, 3 in PAE/2:14-cv-06459, 3 in PAE/2:14-cv-06460).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
11/25/2014 08:15 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/25/2014 at 8:14 AM EST and filed on 11/25/2014
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1799

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s) *re: pldg. ([1783]
in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1
in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-***

*06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CABLE et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06387 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | RINCK et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06454 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in*

*PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      CUSATIS v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06389
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      KAUFFMAN v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06383
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-*

*06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      HANLEY et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-06219
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BUTTINO et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-06248
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | PEARSON et al v. ETHICON et al |
| **Case Number:** | PAE/2:14-cv-06225 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Glass-Smith v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04697 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:          MORALEZ v. ETHICON, INC. et al
Case Number:        PAE/2:14-cv-06455
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783]*
*in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1*
*in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-*
*06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in*
*PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-*
*06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in*
*PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-*
*06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in*
*PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-*
*06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in*
*PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-*
*06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:          WHEELER et al v. ETHICON, INC. et al
Case Number:        PAE/2:14-cv-06214
Filer:
Document Number: 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783]*
*in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1*
*in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-*
*06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in*
*PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-*
*06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in*
*PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-*
*06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in*
*PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-*
*06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in*
*PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-*
*06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:          Miller v. Ethicon, Inc. et al
Case Number:        MN/0:14-cv-04743
Filer:

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       KINARD v. ETHICON et al
**Case Number:**     PAE/2:14-cv-06220
**Filer:**
**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       WASHBURN et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06216
**Filer:**
**WARNING: CASE CLOSED on 11/19/2014**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       HARHART v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06223
**Filer:**
**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       JACOBSON v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06243
**Filer:**
**Document Number:** 5

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1*

*in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     SHANNON v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06244
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     Werksman v. Ethicon, Inc. et al
**Case Number:**     MN/0:14-cv-04696
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-*

*06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| Case Name: | ACUFF et al v. ETHICON, INC. et al |
|---|---|
| Case Number: | PAE/2:14-cv-06460 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| Case Name: | WALLIN et al v. ETHICON, INC. et al |
|---|---|
| Case Number: | PAE/2:14-cv-06458 |
| Filer: | |
| Document Number: | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in*

*PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       JONES-SMALLEY et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06218
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       HAMMOND v. ETHICON et al
**Case Number:**     PAE/2:14-cv-06456
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-*

*06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      DAVIS v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06385
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783]*
*in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1*
*in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-*
*06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in*
*PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-*
*06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in*
*PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-*
*06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in*
*PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-*
*06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in*
*PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-*
*06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      PATTERSON v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06459
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783]*
*in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1*
*in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-*
*06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in*
*PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-*
*06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in*
*PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-*
*06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in*
*PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-*
*06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in*
*PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-*
*06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      KELLEY et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-06246
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s) *re: pldg. ( [1783]
in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1
in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-
06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in
PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-
06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in
PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-
06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in
PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-
06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in
PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-
06460)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SUAREZ et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06211
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s) *re: pldg. ( [1783]
in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1
in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-
06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in
PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-
06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in
PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-
06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in
PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-
06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in
PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-
06460)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      Edmonds v. Ethicon, Inc. et al

**Case Number:**       MN/0:14-cv-04641
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s) *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       MCLAUGHLIN v. ETHICON et al
**Case Number:**       PAE/2:14-cv-06222
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s) *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       BOJAROVA et al v. ETHICON, INC. et al
**Case Number:**       PAE/2:14-cv-06386
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783]*
*in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1*
*in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-*
*06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in*
*PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-*
*06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in*
*PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-*
*06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in*
*PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-*
*06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in*
*PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-*
*06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SHEAFFER et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06217
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783]*
*in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1*
*in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-*
*06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in*
*PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-*
*06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in*
*PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-*
*06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in*
*PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-*
*06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in*
*PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-*
*06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      NEWBURY et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06457
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783]*

*in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       MARTINEZ et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06384
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       DUNN v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06245
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in*

*PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       STEPHENS et al v. ETHICON et al
**Case Number:**     PAE/2:14-cv-06224
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       HUNT et al v. ETHICON et al
**Case Number:**     PAE/2:14-cv-06221
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-*

*06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:     TOBIN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
Case Number:   PAE/2:14-cv-06247
Filer:
Document Number: 5

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-150) - 35 action(s)** *re: pldg. ( [1783] in MDL No. 2327, 1 in MN/0:14-cv-04641, 1 in MN/0:14-cv-04696, 1 in MN/0:14-cv-04697, 1 in MN/0:14-cv-04743, 2 in PAE/2:14-cv-06211, 2 in PAE/2:14-cv-06214, 1 in PAE/2:14-cv-06216, 2 in PAE/2:14-cv-06217, 2 in PAE/2:14-cv-06218, 2 in PAE/2:14-cv-06219, 2 in PAE/2:14-cv-06220, 2 in PAE/2:14-cv-06221, 2 in PAE/2:14-cv-06222, 2 in PAE/2:14-cv-06223, 2 in PAE/2:14-cv-06224, 2 in PAE/2:14-cv-06225, 2 in PAE/2:14-cv-06243, 2 in PAE/2:14-cv-06244, 2 in PAE/2:14-cv-06245, 2 in PAE/2:14-cv-06246, 2 in PAE/2:14-cv-06247, 2 in PAE/2:14-cv-06248, 1 in PAE/2:14-cv-06383, 1 in PAE/2:14-cv-06384, 1 in PAE/2:14-cv-06385, 1 in PAE/2:14-cv-06386, 1 in PAE/2:14-cv-06387, 1 in PAE/2:14-cv-06389, 1 in PAE/2:14-cv-06454, 1 in PAE/2:14-cv-06455, 1 in PAE/2:14-cv-06456, 1 in PAE/2:14-cv-06457, 1 in PAE/2:14-cv-06458, 1 in PAE/2:14-cv-06459, 1 in PAE/2:14-cv-06460) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/25/2014.**

**Associated Cases: MDL No. 2327 et al. (dn)**

MDL No. 2327 Notice has been electronically mailed to:

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06387 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

Tracy G. Weiss    tweiss@reedsmith.com, cshayka@reedsmith.com

MELISSA A GRAFF    melissa.graff@dbr.com

WILLIAM H. BARFIELD    wbarfield@potts-law.com

**PAE/2:14-cv-06387 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06454 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

WILLIAM H. BARFIELD    wbarfield@potts-law.com

**PAE/2:14-cv-06454 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06389 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

WILLIAM H. BARFIELD      wbarfield@potts-law.com

**PAE/2:14-cv-06389 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06383 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

WILLIAM H. BARFIELD      wbarfield@potts-law.com

**PAE/2:14-cv-06383 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06219 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

**PAE/2:14-cv-06219 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06248 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, lauralyn.chrisley@nelsonmullins.com, mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06248 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06225 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06225 Notice will not be electronically mailed to:**

**MN/0:14-cv-04697 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, mkabbash@riker.com

Charles H Johnson      bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel      jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04697 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06455 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

WILLIAM H. BARFIELD      wbarfield@potts-law.com

**PAE/2:14-cv-06455 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06214 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

**PAE/2:14-cv-06214 Notice will not be electronically mailed to:**

**MN/0:14-cv-04743 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,

brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04743 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06220 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06220 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06216 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06216 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06223 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06223 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06243 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06243 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06244 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
lauralyn.chrisley@nelsonmullins.com, mandy.evangelista@nelsonmullins.com,
maria.turner@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE     atrevelise@reedsmith.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

CASSANDRA LEE MATOS     cmatos@reedsmith.com

**PAE/2:14-cv-06244 Notice will not be electronically mailed to:**

**MN/0:14-cv-04696 Notice has been electronically mailed to:**

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04696 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06460 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

WILLIAM H. BARFIELD     wbarfield@potts-law.com

**PAE/2:14-cv-06460 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06458 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

WILLIAM H. BARFIELD      wbarfield@potts-law.com

**PAE/2:14-cv-06458 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06218 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

**PAE/2:14-cv-06218 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06456 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

WILLIAM H. BARFIELD      wbarfield@potts-law.com

**PAE/2:14-cv-06456 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06385 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

WILLIAM H. BARFIELD    wbarfield@potts-law.com

**PAE/2:14-cv-06385 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06459 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

WILLIAM H. BARFIELD    wbarfield@potts-law.com

**PAE/2:14-cv-06459 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06246 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Samuel W Silver    ssilver@schnader.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

William R. Stuart, III    wstuart@sillscummis.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06246 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06211 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06211 Notice will not be electronically mailed to:**

**MN/0:14-cv-04641 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Charles H Johnson    bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel    jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04641 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06222 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06222 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06386 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

WILLIAM H. BARFIELD     wbarfield@potts-law.com

**PAE/2:14-cv-06386 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06217 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

LOUIS W. SCHACK     lschack@reedsmith.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

MELISSA A GRAFF     melissa.graff@dbr.com

ALEX G. GROSS     agross@reedsmith.com, Afritz@reedsmith.com

**PAE/2:14-cv-06217 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06457 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

WILLIAM H. BARFIELD     wbarfield@potts-law.com

**PAE/2:14-cv-06457 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06384 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

WILLIAM H. BARFIELD     wbarfield@potts-law.com

**PAE/2:14-cv-06384 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06245 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06245 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06224 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

**PAE/2:14-cv-06224 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06221 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06221 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06247 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
lauralyn.chrisley@nelsonmullins.com, mandy.evangelista@nelsonmullins.com,
maria.turner@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-06247 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/25/2014] [FileNumber=513289-0]
[c6f723d543b6ebc8333a0c68cde95b437b2ce395d7acff6d416580d182656d6d9eda
e3a90cc529be1ac95321a86ac02e8cfc4d6cd6e4c253e31064fdf4ecce38]]