IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.                                    MDL. NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENTS RELATES TO
ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

Please take Notice, that the undersigned respectfully moves this Court for entry of an Order updating the firm name and contact information in MDL No. 2187, 2325, 2326, 2327, 2387, 2440, and 2511, and each individual case in which the below named attorneys are associated. In support of the motion, said attorneys state the following:

1. The below listed attorneys with appearances entered is:

    Sean Patrick Tracey, TX #20176500, PA #207265

    Shawn Paul Fox, TX #24040926, PA #210350

2. The firm's updated information, including name, telephone number, facsimile and email addresses, is as follows:

    Tracey & Fox Law Firm
    440 Louisiana Street, Suite 1901
    Houston, TX 77002
    (800) 925-7216 (Telephone)
    (866) 709-2333 (Facsimile)
    stracey@traceyfoxlaw.com Sean P. Tracey
    sfox@traceyfoxlaw.com Shawn P. Fox

Accordingly, the undersigned respectfully requests that the Court enter an Order updating the attorney information for the above listed attorneys in MDL No. 2187, 2325, 2326, 2327,

2387, 2440, and 2511, and each individual case in which the below named attorneys are associated.

Dated: November 26, 2014　　　　　　　　**RESPECTFULLY SUBMITTED**

　　　　　　　　　　　　　　　　　　　　**TRACEY & FOX LAW FIRM**

　　　　　　　　　　　　　　　　　　　　By: */s/ Sean Patrick Tracey*
　　　　　　　　　　　　　　　　　　　　Sean Patrick Tracey
　　　　　　　　　　　　　　　　　　　　PA Bar No. 207265
　　　　　　　　　　　　　　　　　　　　Shawn P. Fox
　　　　　　　　　　　　　　　　　　　　PA Bar No. 210350
　　　　　　　　　　　　　　　　　　　　Clinton Casperson
　　　　　　　　　　　　　　　　　　　　TX Bar No. 24075561
　　　　　　　　　　　　　　　　　　　　Tracey & Fox
　　　　　　　　　　　　　　　　　　　　440 Louisiana, Ste 1901
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　Tel.: (800) 925-7216
　　　　　　　　　　　　　　　　　　　　Fax: (866) 709-2333
　　　　　　　　　　　　　　　　　　　　stracey@traceylawfirm.com
　　　　　　　　　　　　　　　　　　　　sfox@traceylawfirm.com
　　　　　　　　　　　　　　　　　　　　ccasperson@traceylawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2014, a true and correct copy of the above and foregoing was served on all counsel of record by electronic and regular mail.

**RESPECTFULLY SUBMITTED**

**TRACEY & FOX LAW FIRM**

By: */s/ Sean Patrick Tracey*
Sean Patrick Tracey
PA Bar No. 207265
Shawn P. Fox
PA Bar No. 210350
Clinton Casperson
TX Bar No. 24075561
Tracey & Fox
440 Louisiana, Ste 1901
Houston, TX 77002
Tel.: (800) 925-7216
Fax: (866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.  MDL. NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENTS RELATES TO
ALL CASES

### ORDER

Pending before the Court is attorneys Sean Patrick Tracey and Shawn Paul Fox's Motion for Change of Attorney Information, filed on November 26, 2014. In the motion counsel requests that in MDL No. 2187, 2325, 2326, 2327, 2387, 2440, and 2511, and each member case associated with that MDL in which attorneys Sean Patrick Tracey and Shawn Paul Fox appears, the firm name, telephone number, facsimile and email addresses be changed as follows:

> Tracey & Fox Law Firm
> 440 Louisiana Street, Suite 1901
> Houston, TX 77002
> (800) 925-7216 (Telephone)
> (866) 709-2333 (Facsimile)
> stracey@traceyfoxlaw.com Sean P. Tracey
> sfox@traceyfoxlaw.com Shawn P. Fox

It is ORDERED that the Motion for Change of Attorney Information is GRANTED.

The Clerk is instructed to update the firm information in MDL No. 2187, 2325, 2326, 2327, 2387, 2440, and 2511, and each member case associated with that MDL in which attorneys Sean Patrick Tracey and Shawn Paul Fox appears. The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this \_\_\_\_ day of _____, 2014.

                                                _____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE