# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## PRETRIAL ORDER # 159
### (SECOND AMENDED DOCKET CONTROL ORDER – *Bellew*)

It is **ORDERED** that the First Amended Docket Control Order – *Bellew*, PTO # 135, is amended to reschedule the trial in this matter from December 4, 2014, to **March 2, 2015, at 8:30 a.m.**

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and **in the following case:** 2:13-cv-22473 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-27782. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by

the court. The orders may be accessed through the CM/ECF system or the court's website at

www.wvsd.uscourts.gov.

                                            ENTER: December 2. 2014

                                            JOSEPH R. GOODWIN
                                            UNITED STATES DISTRICT JUDGE