IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD INC. PEL VIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS PEL VIC REP AIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC. PEL VIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST CORP. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |

**THIS DOCUMENT RELATES TO ALL CASES**

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that Attorney Breanne Vandermeer Cope respectfully moves this Court for entry of an order updating my name and firm information in MDL Nos. 2187, 2325, 2326, 2327, and 2387, and each individual member case in which I am associated. In support of this motion, Attorney Vandermeer states the following:

1. My name has been changed from Breanne Michelle Vandermeer to Breanne Vandermeer Cope; and

2. I am now employed at the following firm and my new contact information is as follows:

   Motley Rice LLC

1

28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
Email: bcope@motleyrice.com

Accordingly, Attorney Breanne Cope respectfully requests that the Court enter an order updating the attorney information in MDL Nos. 2187, 2325, 2326, 2327, and 2387, and each individual member case in which I am associated.

This 2nd day of December, 2014.      By:     s/Breanne V. Cope
                                              Breanne V. Cope
                                              (California Bar No. 260217)
                                              Motley Rice LLC
                                              28 Bridgeside Boulevard
                                              Mt. Pleasant, South Carolina 29464
                                              Phone: (843) 216-9000
                                              Fax: (843) 216-9450
                                              Email: bcope@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                 By:    s/Breanne V. Cope
                                                          Breanne V. Cope
                                                          (California Bar No. 260217)
                                                          Motley Rice LLC
                                                          28 Bridgeside Boulevard
                                                          Mt. Pleasant, South Carolina 29464
                                                          Phone: (843) 216-9000
                                                          Fax: (843) 216-9450
                                                          Email: bcope@motleyrice.com