# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | MDL No. 2327 |
| This Document Relates to All Cases | |

## MOTION TO WITHDRAW

COMES NOW Michael S. Kruse and informs the Court that he has changed law firms. Accordingly, he moves to withdraw as an attorney in this matter. James G. Onder of the law firm Onder, Shelton, O'Leary & Peterson, LLC will continue to represent the Plaintiffs in this action.

NIEMEYER, GREBEL & KRUSE, LLC

By  */s/Michael S. Kruse*
Michael S. Kruse    #57818MO
10 S. Broadway, Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
kruse@ngklawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on all counsel of record by way of the Court's CM/ECF filing system this 11th day of December 2014.

*/s/Michael S. Kruse*