IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD INC. PEL VIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS PEL VIC REP AIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC. PEL VIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST CORP. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that pursuant to LR Civ P 83.4 Attorney Breanne Michelle Vandermeer respectfully moves this Court for entry of an order withdrawing as counsel in each individual member case in MDL Nos. 2187, 2325, 2326, 2327, and 2387. Attorney of record in each of these cases, Mueller Law, consents to this motion.

This 11th day of December, 2014.   By:   s/Breanne V. Cope
　　　　　　　　　　　　　　　　　　　　　　　Breanne V. Cope
　　　　　　　　　　　　　　　　　　　　　　　(California Bar No. 260217)
　　　　　　　　　　　　　　　　　　　　　　　Motley Rice LLC
　　　　　　　　　　　　　　　　　　　　　　　28 Bridgeside Boulevard
　　　　　　　　　　　　　　　　　　　　　　　Mt. Pleasant, South Carolina 29464

1

Phone: (843) 216-9000
Fax: (843) 216-9450
Email: bcope@motleyrice.com

s/John R. Fabry
John R. Fabry
Mueller Law
404 W. 7th Street
Austin, TX 78701
Phone: (512) 478-1236
Fax: (512) 478-1473
Email: john.fabry@muellerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: s/Breanne V. Cope
Breanne V. Cope
(California Bar No. 260217)
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
Email: bcope@motleyrice.com