UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2327

**TRANSFER ORDER**

**Before the Panel:**[*]   Plaintiffs in the six actions listed on Schedule A move under Panel Rule 7.1 to vacate our orders conditionally transferring the actions to MDL No. 2327. Responding defendants Johnson & Johnson and Ethicon, Inc. (collectively, Ethicon) oppose the motions to vacate.

After considering the argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that their actions share questions of fact with MDL No. 2327. Like many of the already-centralized actions, these actions involve factual questions arising from allegations that Ethicon and related entities defectively designed, manufactured, and marketed pelvic surgical mesh products, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motions to vacate, plaintiffs argue that their actions were improperly removed and motions to remand to state court are pending. The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present these arguments to the transferee judge.[1] *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*]   Judge Charles R. Breyer took no part in the decision of this matter.

[1]   Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand motion is filed and the date that transfer of the action to the MDL is finalized, a court generally has adequate time to rule on a remand motion if it chooses to do so. Indeed, the Southern District of Texas recently denied the *Locke* plaintiffs' motion to remand.

-2-

      IT IS THEREFORE ORDERED that the actions listed on Schedule A are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

| | |
|---|---|
| Marjorie O. Rendell | Lewis A. Kaplan |
| Ellen Segal Huvelle | R. David Proctor |
| Catherine D. Perry | |

**IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**                                               MDL No. 2327

## SCHEDULE A

<u>Eastern District of Missouri</u>

GEEL, ET AL. v. ETHICON, INC., ET AL., C.A. No. 4:14-01397
MILLER, ET AL. v. ETHICON, INC., ET AL., C.A. No. 4:14-01403

<u>District of New Mexico</u>

TORRES, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:14-00743

<u>Eastern District of Texas</u>

BRAGG, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 6:14-00719

<u>Northern District of Texas</u>

EVANS, ET AL. v. ETHICON, INC., ET AL., C.A. No. 3:14-03062

<u>Southern District of Texas</u>

LOCKE, ET AL. v. ETHICON, INC., ET AL., C.A. No. 4:14-02648



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
12/12/2014 11:44 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 12/12/2014 at 11:44 AM EST and filed on 12/12/2014
**Case Name:**   IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

| | |
|---|---|
| **Case Name:** | Bragg et al v. Johnson & Johnson et al |
| **Case Number:** | TXE/6:14-cv-00719 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

| | |
|---|---|
| **Case Name:** | Locke et al v. Ethicon Inc et al |
| **Case Number:** | TXS/4:14-cv-02648 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

| | |
|---|---|
| **Case Name:** | Miller et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:14-cv-01403 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

**Case Name:** Geel et al v. Ethicon, Inc. et al
**Case Number:** MOE/4:14-cv-01397
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

**Case Name:** Torres et al v. Johnson & Johnson et al
**Case Number:** NM/1:14-cv-00743
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

**Case Name:**       Evans et al v. Ethicon Inc et al
**Case Number:**     TXN/3:14-cv-03062
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***\*\*\*TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
12/12/2014 11:34 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

### Notice of Electronic Filing

The following transaction was entered on 12/12/2014 at 11:33 AM EST and filed on 12/12/2014
**Case Name:**          IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**        MDL No. 2327
**Filer:**
**Document Number:** 1833

**Docket Text:**
**TRANSFER ORDER re: pldg. ([1736] in MDL No. 2327, 6 in TXS/4:14-cv-02648), ([1704] in MDL No. 2327, 10 in NM/1:14-cv-00743), ([1698] in MDL No. 2327, 6 in MOE/4:14-cv-01403), ([1699] in MDL No. 2327, 6 in MOE/4:14-cv-01397), ([1746] in MDL No. 2327, 8 in**

MOE/4:14-cv-01397, 8 in MOE/4:14-cv-01403, 14 in NM/1:14-cv-00743, 10 in TXE/6:14-cv-00719, 9 in TXN/3:14-cv-03062, 7 in TXS/4:14-cv-02648), ([1709] in MDL No. 2327, 7 in TXE/6:14-cv-00719, 6 in TXN/3:14-cv-03062)

**Transferring 6 action(s) - MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

| | |
|---|---|
| **Case Name:** | Bragg et al v. Johnson & Johnson et al |
| **Case Number:** | TXE/6:14-cv-00719 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1736] in MDL No. 2327, 6 in TXS/4:14-cv-02648), ( [1704] in MDL No. 2327, 10 in NM/1:14-cv-00743), ( [1698] in MDL No. 2327, 6 in MOE/4:14-cv-01403), ( [1699] in MDL No. 2327, 6 in MOE/4:14-cv-01397), ( [1746] in MDL No. 2327, 8 in MOE/4:14-cv-01397, 8 in MOE/4:14-cv-01403, 14 in NM/1:14-cv-00743, 10 in TXE/6:14-cv-00719, 9 in TXN/3:14-cv-03062, 7 in TXS/4:14-cv-02648), ( [1709] in MDL No. 2327, 7 in TXE/6:14-cv-00719, 6 in TXN/3:14-cv-03062)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

| | |
|---|---|
| **Case Name:** | Locke et al v. Ethicon Inc et al |
| **Case Number:** | TXS/4:14-cv-02648 |
| **Filer:** | |
| **Document Number:** | 16 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1736] in MDL No. 2327, 6 in TXS/4:14-cv-02648), ( [1704] in MDL No. 2327, 10 in NM/1:14-cv-00743), ( [1698] in MDL No. 2327, 6 in MOE/4:14-cv-01403), ( [1699] in MDL No. 2327, 6 in MOE/4:14-cv-01397), ( [1746] in MDL No. 2327, 8 in MOE/4:14-cv-01397, 8 in MOE/4:14-cv-01403, 14 in NM/1:14-cv-00743, 10 in TXE/6:14-cv-00719, 9 in TXN/3:14-cv-03062, 7 in TXS/4:14-cv-02648), ( [1709] in MDL No. 2327, 7 in TXE/6:14-cv-00719, 6 in TXN/3:14-cv-03062)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403,**

**NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

| | |
|---|---|
| **Case Name:** | Miller et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:14-cv-01403 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1736] in MDL No. 2327, 6 in TXS/4:14-cv-02648), ( [1704] in MDL No. 2327, 10 in NM/1:14-cv-00743), ( [1698] in MDL No. 2327, 6 in MOE/4:14-cv-01403), ( [1699] in MDL No. 2327, 6 in MOE/4:14-cv-01397), ( [1746] in MDL No. 2327, 8 in MOE/4:14-cv-01397, 8 in MOE/4:14-cv-01403, 14 in NM/1:14-cv-00743, 10 in TXE/6:14-cv-00719, 9 in TXN/3:14-cv-03062, 7 in TXS/4:14-cv-02648), ( [1709] in MDL No. 2327, 7 in TXE/6:14-cv-00719, 6 in TXN/3:14-cv-03062)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/12/2014.**

**Associated Cases: MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)**

| | |
|---|---|
| **Case Name:** | Geel et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:14-cv-01397 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1736] in MDL No. 2327, 6 in TXS/4:14-cv-02648), ( [1704] in MDL No. 2327, 10 in NM/1:14-cv-00743), ( [1698] in MDL No. 2327, 6 in MOE/4:14-cv-01403), ( [1699] in MDL No. 2327, 6 in MOE/4:14-cv-01397), ( [1746] in MDL No. 2327, 8 in MOE/4:14-cv-01397, 8 in MOE/4:14-cv-01403, 14 in NM/1:14-cv-00743, 10 in TXE/6:14-cv-00719, 9 in TXN/3:14-cv-03062, 7 in TXS/4:14-cv-02648), ( [1709] in MDL No. 2327, 7 in TXE/6:14-cv-00719, 6 in TXN/3:14-cv-03062)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/12/2014.**

**Associated Cases:** MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)

| | |
|---|---|
| **Case Name:** | Torres et al v. Johnson & Johnson et al |
| **Case Number:** | NM/1:14-cv-00743 |
| **Filer:** | |
| **Document Number:** | 18 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1736] in MDL No. 2327, 6 in TXS/4:14-cv-02648), ( [1704] in MDL No. 2327, 10 in NM/1:14-cv-00743), ( [1698] in MDL No. 2327, 6 in MOE/4:14-cv-01403), ( [1699] in MDL No. 2327, 6 in MOE/4:14-cv-01397), ( [1746] in MDL No. 2327, 8 in MOE/4:14-cv-01397, 8 in MOE/4:14-cv-01403, 14 in NM/1:14-cv-00743, 10 in TXE/6:14-cv-00719, 9 in TXN/3:14-cv-03062, 7 in TXS/4:14-cv-02648), ( [1709] in MDL No. 2327, 7 in TXE/6:14-cv-00719, 6 in TXN/3:14-cv-03062)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/12/2014.**

**Associated Cases:** MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)

| | |
|---|---|
| **Case Name:** | Evans et al v. Ethicon Inc et al |
| **Case Number:** | TXN/3:14-cv-03062 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1736] in MDL No. 2327, 6 in TXS/4:14-cv-02648), ( [1704] in MDL No. 2327, 10 in NM/1:14-cv-00743), ( [1698] in MDL No. 2327, 6 in MOE/4:14-cv-01403), ( [1699] in MDL No. 2327, 6 in MOE/4:14-cv-01397), ( [1746] in MDL No. 2327, 8 in MOE/4:14-cv-01397, 8 in MOE/4:14-cv-01403, 14 in NM/1:14-cv-00743, 10 in TXE/6:14-cv-00719, 9 in TXN/3:14-cv-03062, 7 in TXS/4:14-cv-02648), ( [1709] in MDL No. 2327, 7 in TXE/6:14-cv-00719, 6 in TXN/3:14-cv-03062)**

**Transferring 6 action(s) - MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/12/2014.**

**Associated Cases:** MDL No. 2327, MOE/4:14-cv-01397, MOE/4:14-cv-01403, NM/1:14-cv-00743, TXE/6:14-cv-00719, TXN/3:14-cv-03062, TXS/4:14-cv-02648 (TB)

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**TXE/6:14-cv-00719 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J Frank Kinsel, Jr     jkinsel@canteyhanger.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Kevin L Edwards     kevin@edwardsdelacerda.com

Peter De La Cerda     peter@edwardsdelacerda.com

Richard A Capshaw     richard@capslaw.com, anna@capslaw.com

**TXE/6:14-cv-00719 Notice will not be electronically mailed to:**

**TXS/4:14-cv-02648 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Joseph Andrew Love     love@wrightclose.com

Kevin L Edwards     kevin@edwardsdelacerda.com

Peter De La Cerda     peter@edwardsdelacerda.com

Richard A Capshaw     richard@capslaw.com, anna@capslaw.com

Tamara Lynn Banno     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

**TXS/4:14-cv-02648 Notice will not be electronically mailed to:**

**MOE/4:14-cv-01403 Notice has been electronically mailed to:**

HENRY G. GARRARD, III     hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey J. Lowe     jeff@jefflowepc.com

Andrew J. Cross     across@careydanis.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

John J Carey     jcarey@careydanis.com

Randy J. Soriano     rjsoriano@bryancave.com

Joseph P Danis     jdanis@careydanis.com

Bettina J. Strauss     bjstrauss@bryancave.com

Sarah Shoemake Doles     sdoles@careydanis.com

W. Michael Moreland     mmoreland@triallawfirm.com

**MOE/4:14-cv-01403 Notice will not be electronically mailed to:**

**MOE/4:14-cv-01397 Notice has been electronically mailed to:**

HENRY G. GARRARD, III     hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey J. Lowe     jeff@jefflowepc.com

Andrew J. Cross     across@careydanis.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

John J Carey     jcarey@careydanis.com

Randy J. Soriano     rjsoriano@bryancave.com

Bettina J. Strauss     bjstrauss@bryancave.com

Sarah Shoemake Doles     sdoles@careydanis.com

W. Michael Moreland     mmoreland@triallawfirm.com

**MOE/4:14-cv-01397 Notice will not be electronically mailed to:**

**NM/1:14-cv-00743 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J. Steve Mostyn     eaharris@mostynlaw.com

Jennifer G Anderson     janderson@modrall.com

Timothy C Holm     tch@modrall.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Anita Modak-Truran     Anita.Modak-Truran@butlersnow.com

Justin Ross Kaufman     jkaufman@heardrobins.com, smonsey@heardrobins.com

Micajah D Boatright     cboatright@arnolditkin.com

Jordan N Walker     Jordan.Walker@butlersnow.com

**NM/1:14-cv-00743 Notice will not be electronically mailed to:**

**TXN/3:14-cv-03062 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J Frank Kinsel, Jr     jkinsel@canteyhanger.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Kevin L Edwards     kevin@edwardsdelacerda.com

Peter De La Cerda     peter@edwardsdelacerda.com

Richard A Capshaw     richard@capslaw.com, anna@capslaw.com

Carol Jean Traylor     ctraylor@canteyhanger.com

Tamara Lynn Banno     tbanno@tlb-law.com, Tbanno@tlb-law.com

**TXN/3:14-cv-03062 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/12/2014] [FileNumber=517259-0]
[b34ee1a609afe9cf30c4c6b74e91c27c3a70bf13f024294a096068293fe934887401
43529cffb68854fea01a57186aea0dfd93632558031df8887853cb8104a0]]