# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## PRETRIAL ORDER # 160
### (Order Scheduling Meetings in MDLs on January 29-30, 2015)

Pursuant to a previous PTO, I will conduct a status conference in all MDLs in Room 7800 of the Robert C. Byrd United States Courthouse on **Thursday, January 29, 2015,** at **10:00 a.m.** It is **ORDERED** that (1) defendant client representative(s) with full authority to make all decisions related to MDL 2327; (2) in house counsel with full authority to make all decisions related to MDL 2327; (3) settlement counsel (if any); and (4) lead counsel for defendant(s) attend the status conference.

It is further **ORDERED,** with the permission of plaintiffs' leadership, that on **Thursday, January 29, 2015,** at **1:30 p.m.** in **Room 2604,** I will conduct a private conference with all defendant client representative(s) and in house counsel with full authority to make all decisions in each MDL, settlement counsel and lead counsel for defendants. To the extent other corporate representatives of a defendant wish to attend this session, they are encouraged to do so. Counsel for defendant(s) in each MDL is directed to notify the court via email on or before **January 7, 2015,** the identity of the client representative(s) and in house counsel attending.

Finally, it is **ORDERED** that on **Friday, January 30, 2015,** the court will facilitate breakout sessions in the MDLs with plaintiffs' co-lead counsel for each MDL, defendant client representative(s) and in house counsel with full authority to make all decisions related to MDL 2327, settlement counsel and lead counsel for defendant(s) in chambers as follows:

(1) **Boston Scientific MDL 2326**     9:00 a.m.

(2) **Bard/Covidien MDL 2187**     10:30 a.m.

(3) **Coloplast MDL 2387**     2:30 p.m.

(4) **Ethicon MDL 2327**     1:00 p.m.

(5) **Cook MDL 2440**     3:00 p.m.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-30209.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:  December 18, 2014

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2