IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,  MDL NO. 2327
      PELVIC REPAIR SYSTEM PRODUCTS
      LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Attorney Information, filed on December 2, 2014, [docket #1391], and Motion to Withdraw as Counsel, filed on December 11, 2014, [docket # 1396]. In the Motion for Change of Attorney Information, counsel requests that in the main MDL and each individual case in which attorney Breanne Michelle Vandermeer appears, the attorney name, firm name, and information be changed. In the Motion to Withdraw as Counsel, attorney, Breanne Michelle Vandermeer Cope requests to be withdrawn as counsel of record in the main MDL and each individual case in which she appears. Attorney Breanne Michelle Vandermeer was formerly associated with Mueller Law Firm and filed her appearance in all her cases as an attorney with the Mueller Law Firm. John R. Fabry, Mark R. Mueller, and any other attorneys from Mueller Law Firm who appear on the docket sheet as an active attorney, in the main MDL and member cases, will remain as counsel of record.

It is **ORDERED** that the Motion for Change of Attorney Information, [docket # 1391] is **GRANTED** to the extent Breanne Michelle Vandermeer requests her name be changed from Breanne Michelle Vandermeer to Breanne Vandermeer Cope, and the Motion to Withdraw as Counsel, [docket # 1396] is **GRANTED**.

The Clerk is DIRECTED to terminate Breanne Michelle Vandermeer as counsel of record on the main MDL master docket and in each individual member case in MDL 2327 in which she appears. After entry of all orders in all MDL cases and each individual member case, the Clerk is

directed to update the contact information for Ms. Cope in her CM/ECF user account in the attorney database for future cases that Ms. Cope will file or be associated as a member of the Motley Rice law firm.

    The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER: December 22, 2014

                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE