**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | MDL No. 2327 |
| This Document Relates to All Cases | |

**MOTION TO WITHDRAW**

COMES NOW Michael S. Kruse and informs the Court that he has changed law firms. Accordingly, he moves to withdraw as an attorney and be removed in the matter *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, and each member civil action associated with this MDL in which Michael S. Kruse appears. James G. Onder of the law firm Onder, Shelton, O'Leary & Peterson, LLC will continue to represent the Plaintiffs in each member civil action he is associated with in this MDL.

| **NIEMEYER, GREBEL & KRUSE, LLC** | **ONDER, SHELTON, O'LEARY & PETERSON** |
|---|---|
| /s/ Michael S. Kruse | /s/ James G. Onder |
| Michael S. Kruse   #57818MO | James G. Onder   #38049MO |
| 10 S. Broadway, Suite 1125 | 110 E. Lockwood |
| St. Louis, MO  63102 | St. Louis, MO  63119 |
| 314-241-1919 phone | 314-963-9000 phone |
| 314-665-3017 fax | 314-963-1700 fax |
| kruse@ngklawfirm.com | onder@onderlaw.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on all counsel of record by way of the Court's CM/ECF filing system this 30th day of December 2014.

/s/Michael S. Kruse