IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*IN RE: ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION*
*MDL NO. 2327*

THIS DOCUMENT RELATES TO ALL MEMBER CASES

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

S. MARIE HELLARD and S. Marie Hellard, P.S.C., hereby respectfully moves this court for entry of an Order allowing S. MARIE HELLARD to withdraw as Counsel of record, and moves to substitute DOROTHY L. WATTS of Nickerson Watts, PLLC as counsel of record in MDL 2327 and all member civil actions related to MDL 2327.

Dated: December 31, 2014

Respectfully Submitted,

S. MARIE HELLARD, P.S.C.

By: /s/S. Marie Hellard
S. Marie Hellard KY Bar#86483
148 S. Main Street
Lawrenceburg, Kentucky 40342
Phone: (502) 839-0004
Facsimile: (502) 839-8844

NICKERSON WATTS, PLLC

By: /s/ Dorothy L. Watts
Dorothy L. Watts   KY Bar# 96223
148 S. Main Street
Lawrenceburg, Kentucky 40342
Phone: (502) 839-0004
Facsimile: (502) 839-8844
Email: dotty@nickersonwatts.com