# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

Select all that apply:

- [ ] MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
- [x] MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation
- [ ] MDL No. 2440 | In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2511 | In Re Neomedic Pelvic Repair System Products Liability Litigation

Civil Action Number (SDWV): 2:13-cv-10602
(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: [x] Plaintiff Counsel  [ ] Defense Counsel  [ ] Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| WATTS | DOROTHY | L. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 96223 KY | mdllitigation@gmail.com |

Party Representing:
Jeanne Smith
James Smith

| Originating Case Number: 2:13-cv-10602 | Originating District: Southern District West Virginia |
|---|---|

Originating Short-Case Style: Smith v. Ethicon, 2:13-cv-10602

| Direct Dial Number: (502)839-0004 | Cell Phone Number: (502) 859-1123 |
|---|---|
| Secretary Name: Kathryn M. Morgan | Paralegal Name: Kathryn M. Morgan |

## LAW FIRM INFORMATION

Firm Name: Nickerson Watts, PLLC

Address: 148 S. Main Street

| City: Lawrenceburg | State: KY | Zip: 40342 |
|---|---|---|

| Firm Phone Number: (502)839-0004 | Firm Fax Number: (502)839-8844 |
|---|---|

Other members of firm involved in this litigation:

| 12/31/2014 | s/ Dorothy L. Watts |
|---|---|
| Date | Electronic Signature |

Rev. 02/14