IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*IN RE: ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION
MDL NO. 2327*

---

JEANNE SMITH, et al.        PLAINTIFFS

v.                                                      CASE No. 2:13-cv-10602

ETHICON, INC., et al.        DEFENDANTS

## ORDER

Upon Motion to Withdraw and Substitute Counsel of Record filed on December 31, 2014, in MDL 2327, moving for withdrawal of S. Marie Hellard as counsel and to substitute Dorothy L. Watts.

IT IS HEREBY **ORDERED** that the motion is **GRANTED**.

The Clerk is instructed to update the attorney information for the Plaintiff in Case No. 2:13-cv-10602 by replacing S. Marie Hellard with Dorothy L. Watts, and file the Notice of Attorney Appearance in Case No. 2:13-cv-10602 attached to the Motion filed December 31, 2014 in MDL 2327.

The Court DIRECTS the clerk to send a copy of this Order to counsel of record and to any unrepresented party.

Entered: _____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE