IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                          MDL NO. 2327
     PELVIC REPAIR SYSTEM PRODUCTS
     LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is plaintiffs' counsel's Motion to Withdraw and Substitute Counsel of Record, filed on December 31, 2014. [Docket # 1409].  In the motion, counsel request that S. Marie Hellard be granted leave to withdrawn as counsel and Dorothy L. Watts be substituted in her place in the main MDL No. 2327 and all member civil actions related to MDL 2327.

It is **ORDERED** that the Motion to Withdraw and Substitute Counsel of Record is **GRANTED**.

The Clerk is DIRECTED to terminate S. Marie Hellard as counsel of record and to substitute Dorothy L. Watts on the main MDL master docket and in each individual member case in MDL 2327 in which S. Marie Hellard appears.  The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  January 6, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE