IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                        MDL NO. 2327
      PELVIC REPAIR SYSTEM PRODUCTS
      LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is Michael S. Kruse's Motion to Withdraw filed on December 11, 2014, [docket # 1395] and Motion to Withdraw filed on December 30, 2014.  [Docket # 1408].  In both motions, Michael S. Kruse requests that, due to a change in law firms, he be granted leave to withdraw as counsel.  In the Motion to Withdraw filed on December 30, 2014 [docket # 1408] Michael S. Kruse also requests that he be granted leave to withdraw as counsel in the main MDL No. 2327 and each member civil action associated with MDL No. 2327.  James G. Onder of the law firm Onder, Shelton, O'Leary & Peterson, LLC will continue to represent the plaintiffs in each member civil action in which James G. Onder and Michael S. Kruse previously appeared together as counsel.

It is **ORDERED** that the Motion to Withdraw [docket # 1408] is **GRANTED** and the Motion to Withdraw [docket # 1395] is **DENIED AS MOOT**.

The Clerk is DIRECTED to terminate Michael S. Kruse as counsel of record, both on the main master docket and each individual member case in MDL 2327 in which Michael S. Kruse appears.

The Clerk is further directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  January 7, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE