EXHIBIT A

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-13376 | Shirley Land v. American Medical Systems, Inc.,  Ethicon, Inc., and Johnson and Johnson |