IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

## PRETRIAL ORDER #
(Order Dismissing Defendant American Medical Systems, Inc. With Prejudice)

Pending is a Joint Motion to Dismiss filed by plaintiff identified in the attached Exhibit and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from this action, with prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS With Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit.

ENTER:

_____
Goodwin, J.