## EXHIBIT A - BEASLEY ALLEN CROW METHVIN PORTIS & MILES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-08583 | Mary Loftin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |