## EXHIBIT B - LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-06822 | Joyce Sherman v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-27678 | Beverly Vellandi, Henry Vellandi v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |