## EXHIBIT C - LONCAR & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-19067 | Judith Miller v Ethicon Inc., et al |