**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2015 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis