## EXHIBIT B - DOYLE LOWTHER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04793 | Jennifer Howard v. Ethicon, Inc., et al. |