# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to All Cases** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**DEFENDANTS' DEPOSITION BY WRITTEN QUESTIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Ethicon, Inc. and Johnson & Johnson, pursuant to Fed. R. Civ. P. 31, 34, and 45, submit this deposition by written questions and requests for production of documents to MDL counsel of record and request the responses be returned to the Court for *en camera* review and a determination as to whether additional investigation is warranted.

"Referral source" means any person or entity from which referrals of potential clients or plaintiffs were made.  This includes, but is not limited to, those persons, groups, entities, lawyers, law firms or associations that work as call centers, lead generators, intake centers, retainer management, aggregators, or insurance companies.

"Advertisement" means all television, print, radio, internet banner ads on non-lawyer sites, US mail, email, outbound telemarketing, billboard, pamphlet, brochure, DVD and/or CD or other form of printed, visual, video, audio, electronic or digital communication, advertising or article disseminated by or for plaintiff lawyers or co-counsel firms related to pelvic mesh, stress urinary incontinence, or pelvic organ prolapse.

"You" includes all lawyers and law firms who have entered an appearance on behalf of any plaintiff as well as all other lawyers and lawfirms with whom you are associated and who have a financial interest in any of the MDL cases.

"Identify" or "explain" means to provide detailed and specific information about the subject of the interrogatory, including without limitation:  the substance or content of any oral or written communication, including a complete description of any advertisements; the names of

any person or entities involved; amounts of funding; and the date(s) on which any communication, including advertising, occurred.

1. Have you engaged in any direct solicitation of potential plaintiffs in the mesh litigation? If so, please identify.

2. Do you have any agreement or other association with any person or entity that has engaged in any direct solicitation of potential plaintiffs in the mesh litigation? If so, please identify.

3. Do you have knowledge of any direct solicitation of potential plaintiffs in the mesh litigation? If so, please identify.

4. Have you been associated with any referral source(s) in any manner in the pelvic mesh litigation? If so, please identify.

5. Have you funded, directly or indirectly, any advertisements or marketing efforts concerning the pelvic mesh litigation? If so, please identify.

6. Do you have any agreement with any third parties related to the funding of the pelvic mesh litigation? If so, please identify.

## REQUESTS FOR PRODUCTION

1. Produce any documents reflecting the information sought in Deposition Questions Numbered 1 through 6.

2. Produce any and all intake records or questionnaires provided to you by a referral source.

ButlerSnow 24094008v1