# Exhibit 5

**Final Presidential Blog**
**By: Charles W. Nager, M.D. on Sep 25, 2014**

Dear AUGS members,

It has been my honor to serve as your President this past year. It was a year filled with great progress for AUGS and the subspecialty of Female Pelvic Medicine and Reconstructive Surgery – launch of the Pelvic Floor Disorders Registry Industry-sponsored sites; continued certification of boarded Female Pelvic Medicine and Reconstructive Surgeons; first joint meeting between AUGS and IUGA; and a more active role in defining quality outcome measures and guidelines for our field.

As I step down from this role and Amy Rosenman, MD, steps in as the next AUGS President, my last role is to share with you AUGS' plans to advocate on behalf of our patients and ensure their privacy is protected.

Throughout this past year and during the annual meeting in July, AUGS members have expressed their concern for their patients who are being contacted (usually by phone) by individuals unknown to them asking them personal questions about their gynecologic surgery.  Many patients have been appalled that some person has information about a very intimate personal health matter and details about their vaginal surgery.  In many instances they have believed their physician, the physician's office, or their local hospital released privacy information about them to some third party.  Our investigations have suggested that the likely source of the release of this information is the insurance company who is either contacting the patient directly by mail  or releasing private health information to a third party subrogation carrier.

As you know, AUGS sent a request for additional information to members on August 27th to understand how prevalent this health privacy violation situation was. We received 202 responses with 92% indicating that their patients had been contacted by an external source encouraging them to participate in a medical device lawsuit. The majority (90%) were contacted by phone after their surgery (96%). The caller knew the patient's name and procedure-specific information. It was less likely (26%) that they knew the surgeon's name. Ninety-five percent of you thought AUGS should advocate to protect your patients' privacy. Ninety-one percent of you were interested and willing to provide your patients with a fact sheet which provided them with information on how to file a complaint.

During the September Board of Directors Meeting, the Board voted affirmatively to provide providers and patients with a fact sheet that would outline what can be done to ensure protection of our patients' privacy, as well as to clarify from where the release of this information is coming. We have developed a downloadable fact sheet that is included with this message and available on the AUGS Website for providers and the Voices for PFD Website for patients.

I encourage every member to keep an open dialogue with AUGS leadership about concerns you have and/or are hearing concerning violations of patient information. While AUGS has traditionally been focused on research and education, advocating on behalf of our patients to ensure quality care which includes patient privacy is an important part of our mission and one which the Board intends to continue to advance.

I want to thank all of you who have contributed to our specialty, our patients, and our society.

Best wishes for you, your loved ones, and your careers.

Sincerely,

Charlie Nager, MD

---

**Released:** September 25, 2014, 11:50 am
**Keywords:** Announcements |

0 Comment(s) — Latest:None



**American Urogynecologic Society**
2025 M Street NW, Suite 800
Washington, DC 20036
P: 202.367.1167 | F: 202.367.2167
info@augs.org
Support the PFD Research Foundation

*As the leader in Female Pelvic Medicine and Reconstructive Surgery, AUGS promotes the highest quality patient care through excellence in education, research and advocacy.*

Contact Us | Privacy Policy | HONcode Accredited
© 2013 American Urogynecologic Society. All rights reserved.