# Exhibit 10



(/)

(http(sh)tt://p(w/twfa.lickwne.okde.se.dciinos.melte/ginrc/goocroumu-ppsaaninleyv/3)e106r675s?ttreink=i\

Search

**Home (/)**    **Communications Services (/communications-services.html)**

**Mass Tort Advertising Data (/mass-tort-advertising-data.html)**

**Rustin Silverstein (/rustin-silverstein.html)**    **Contact Us (/contact-us.html)**

### Mass Tort Ad Watch Blog

**Contact us for customized reports**

Relentless advertising suggests no end in sight for pelvic mesh litigation (http://www.silversteingroup.net/mass-tort-ad-watch-blog/relentless-advertising-ensures-no-end-in-sight-forpelvic-meshlitigation)

4/28/2014

0 Comments (http://www.silversteingroup.net/mass-tort-ad-watch-blog/relentless-advertising-ensures-no-end-in-sight-forpelvic-meshlitigation#comments)



With over $2 million spent on nearly 7,000 ads, March marked the 11th consecutive month that pelvic (transvaginal) mesh products were among the top three products targeted in plaintiffs' attorney television advertisements.

The continued prominence of this advertising indicates that the manufacturers of pelvic mesh products -- although already facing thousands of claims nationwide -- should not expect a reprieve from further litigation any time soon.

As indicated by the map below showing advertising activity over the past 6 months, pelvic mesh attorney ads are broadcast in nearly every local media market in the country.

Over 50,000 pelvic mesh ads have been broadcast over the past year. The great majority of advertising spending was devoted to ads aired on national cable and broadcast networks. Just five law firms accounted for over two-thirds of all ad spending.



**Number of Pelvic Mesh Attorney Ads by US Local Media Market, October 2013 - March 2014**

Key: 1 ad                                                                    800
ads

Like 0        Tweet 1

0 Comments (http://www.silversteingroup.net/mass-tort-ad-watch-blog/relentless-advertising-ensures-no-end-in-sight-forpelvic-meshlitigation#comments)

### Subscribe to our monthly Trends in Legal Advertising Report

email address

**Subscribe**

The Silverstein Group provides comprehensive analyses of advertising by attorneys and law firms in 211 media markets and on 11 national broadcast networks and more than 80 national cable networks.

## Archives

October 2014 (/mass-tort-ad-watch-blog/archives/10-2014)
September 2014 (/mass-tort-ad-watch-blog/archives/09-2014)
August 2014 (/mass-tort-ad-watch-blog/archives/08-2014)
July 2014 (/mass-tort-ad-watch-blog/archives/07-2014)
June 2014 (/mass-tort-ad-watch-blog/archives/06-2014)
May 2014 (/mass-tort-ad-watch-blog/archives/05-2014)
April 2014 (/mass-tort-ad-watch-blog/archives/04-2014)
March 2014 (/mass-tort-ad-watch-blog/archives/03-2014)
February 2014 (/mass-tort-ad-watch-blog/archives/02-2014)
December 2013 (/mass-tort-ad-watch-blog/archives/12-2013)
October 2013 (/mass-tort-ad-watch-blog/archives/10-2013)
September 2013 (/mass-tort-ad-watch-blog/archives/09-2013)

## Categories

All (/mass-tort-ad-watch-blog/category/all)

RSS Feed (/1/feed)

THE SILVERSTEIN GROUP