# Exhibit 11

| Subscribe | Share ▼ | Past Issues | | Trans |

Click to view online    View Online



# REPORT HIGHLIGHTS

  

**Xarelto remains top drug or device despite drop in ads**
Xarelto was once again the top drug featured in mass tort TV ads and should remain a primary target after the recent decision to consolidate nearly two dozen suits in federal court.

**Benicar ad spend triples**
Mass tort ads targeting the blood pressure drug Benicar more than tripled in November following an FDA warning that the drug causes severe gastrointestinal problems and the filing of a number of lawsuits.

**Pelvic mesh ads up after plaintiffs' victories**

Following a number of plaintiffs' victories at trial, advertising spending on mass tort ads targeting pelvic mesh products increased by 27% in November.



Are potential jurors biased by attorney ads?

Determine potential juror bias with comprehensive analyses of attorney advertising around the trial venue.

# DRUGS & MEDICAL DEVICES

## TOP MOVERS

Drugs and medical devices with the greatest change in the estimated amount spent compared with the previous month.



### Biggest Increase
Pelvic Mesh +27%

November: $3.8M
October: $3M

**Top 3 Increases**
1. Pelvic Mesh +$830K
2. Hip Implants +480K
3. Benicar +154K



### Biggest Decrease
Xarelto -26%

- November: $5.3M
- October: $7.2M

**Top 3 Decreases**
1. Xarelto -$1.9M
2. Risperdal-Risperidone -$480K
3. Testosterone -$270K

## TOP DRUGS & MEDICAL DEVICES FEATURED IN MASS TORT ADS

1. XARELTO: $5.3M
2. PELVIC MESH: $3.8M
3. HIP IMPLANTS: $1.4M
4. POWER MORCELLATORS: $1.4M
5. TESTOSTERONE: $680K
6. OTHER: $2M



Know before the lawsuits are filed.

Detect and monitor litigation threats with regular reports on mass tort TV ads targeting particular drugs and devices.



**Law firms launch airbag defect ad campaigns amidst auto recalls**

In the wake of national recalls of vehicles with Takata airbags, plaintiffs' law firms have begun an aggressive advertising campaign seeking potential victims.

Over $340,000 was spent by law firms in November to air nearly 1,100 ads focused on the airbag issue.

Read full article

# AIRBAG RECALL MASS TORT ADS: EST. SPENDING BY MEDIA MARKET, NOVEMBER 2014.





Top Markets:

1. Richmond
2. San Francisco
3. New Orleans
4. Baton Rouge
5. Shreveport

*Key:*

- $1 - $10,000
- $10,001 - $20,000
- $20,001 - $30,000
- $30,001 - $40,000
- $40,001+

**$147K**
National Broadcast*

**$12K**
National Cable**

\* Includes national broadcast networks such as CBS, ABC, and Fox.
\*\* Includes national cable channels such as ESPN, CNN, and Fox News.

## TOP MASS TORT ADVERTISERS, NOVEMBER 2014.



**Top Sponsor Spending**

- PULASKI & MIDDLEMAN ATTORNEYS: $2.3M
- GOLDWATER LAW FIRM: $1.6M
- PARILMAN & ASSOCIATES ATTORNEYS: $1.5M
- RELION GROUP: $837K
- AVRAM BLAIR & ASSOCIATES: $807K

# VIDEOS

*Airbag Recall Mass Tort Ads*

▶ Watch Video At Mass Tort Ad Watch Blog

*Benicar Mass Tort Ad*

▶ Watch Video

Case 2:12-md-02327   Document 1418-11   Filed 01/14/15   Page 7 of 7 PageID #: 16970


Email Us


Follow Us


Connect With Us

The Silverstein Group, using data provided by Kantar Media's Campaign Media Analysis Group, analyzes television advertising by lawyers and law firms in 211 media markets and on 11 national broadcast networks and more than 80 national cable networks. To purchase customized analyses of advertising focused on particular products, media markets, or law firms, please contact us at: info@silversteingroup.net

Copyright © 2014 The Silverstein Group, All rights reserved. You are receiving this email because you have expressed an interest in our legal advertising data.

**Contact Us:**

The Silverstein Group
901 Fifteenth Street, NW
Suite 1101
Washington, DC 20005

**THE SILVERSTEIN GROUP**

Unsubscribe