IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT(S) ATTACHED HERETO

**ORDER**
(Order Dismissing Defendant American Medical Systems, Inc. With Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket 1414] is a Joint Motion to Dismiss filed by plaintiff identified in the attached Exhibit A and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from this action, with prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS With Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER:  January 14, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-13376 | Shirley Land v. American Medical Systems, Inc., Ethicon, Inc., and Johnson and Johnson |