IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO CASES
ON THE EXHIBIT(S) ATTACHED HERETO

**ORDER**
(Order Dismissing Defendant American Medical Systems, Inc.
from Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket 1416] is a Joint Motion to Dismiss filed by plaintiffs identified in the attached Exhibits A-B and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed in the attached Exhibits A-B.

ENTER: January 14, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A - ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-08687 | Joyce Heffernan v. Ethicon, Inc., et al. |
| 2:13-cv-03697 | Florence and James Reed v. Ethicon, Inc., et al. |

**EXHIBIT B - DOYLE LOWTHER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04793 | Jennifer Howard v. Ethicon, Inc., et al. |