APPROVED and SO ORDERED.
ENTER: 2/13/6/4237

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2325<br><br>Honorable Joseph R. Goodwin |
| ELIZABETH J. WILLET and JAMES E. WILLET<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; ETHICON, INC.; GYNECARE WORLDWIDE, and ETHICON WOMEN'S HEALTH AND UROLOGY<br><br>Defendants. | CASE NO. 2:13-cv-01573 |

**MOTION TO TRANSFER MDL**

COME NOW the Plaintiffs, by and through the undersigned counsel, and move the court to transfer this member case from MDL 2325, In re: American Medical Systems, Inc., Pelvic Support System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability

Plaintiffs herein filed a Complaint in MDL 2325 against American Medical Systems, Inc. and others. Plaintiff later filed an Amended Short Form Complaint that no longer included American Medical Systems, Inc.

Because American Medical Systems, Inc. is no longer a named defendant in this member case, Plaintiffs respectfully request that the Court: 1) **GRANT** the Plaintiffs' motion to transfer this civil action from MDL 2325 to 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL 2327.

Respectfully submitted.

        SHUCK LAW FIRM, P.C.

        /s/ Daniel B. Shuck
        DANIEL B. SHUCK     AT0007141
        501 Pierce Street, Suite 205
        Sioux City, Iowa   51101
        Telephone:   (712) 258-0121
        Facsimile:    (712) 258-0125
        E-mail:  Dan.Shuck@shucklawfirm.com

        ATTORNEY FOR PLAINTIFFS,
        ELIZABETH AND JAMES WILLET

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

        /s/ Amanda Gibson
        Amanda Gibson
        Paralegal, Shuck Law Firm