IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

Collective audio files, Exhibit 1 to "Johnson & Johnson's and Ethicon's Motion to Revise Case Management Procedures and for Discovery Related to Plaintiffs Solicitation."



FILED
JAN 1 4 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Exhibit 1



Ethicon MDL 2327