**Exhibit B**

**I.  For Directly Filed Cases:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

**Civil Action No. _____
(Severed from Civil Action No. _____ )**

---

**SHORT FORM COMPLAINT**

**II.  <u>For All Other Cases</u>:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

   **Plaintiffs,**

**v.**             **Civil Action No. _____**
               **(Severed from SDWV Civil Action**
               **No. _____)**

**JOHNSON & JOHNSON, et al.,**

   **Defendants.**

**COMPLAINT AND JURY DEMAND**
