# EXHIBIT 5

**From:** Meek, Jonathan [ETHUS] <JMeek1@its.jnj.com>
**Sent:** Thu, 20 Nov 2008 11:38:02 GMT
**To:** Lepley, Catherine [JPPZA] <clepley@its.jnj.com>
**CC:** Bird, Julie [ETHGB] <jbird1@its.jnj.com>; Jones, Scott [ETHUS] <SJones34@its.jnj.com>; Perkins, Hillary [ETHUS] <HPerkin8@ITS.JNJ.com>
**Subject:** RE: Covidien pelvic Floor Repair System

Hi Cathy
Very interesting and I haven't seen it before.
As we are currently up to our armpits in material science literature, one thing that will draw a lot of attention is the mesh body image that clearly is not demonstrating a large pore structure at all!!
Another point is that the tight-knit arms would result in a rope effect. Knowing that the tissue needs to grow threw the arms as-well, this will be problematic in the patient. To be fair, it is an issue for everyone because if you 'yank' GYNEMESH arms, they will also lose their porosity.
The effect of roping is increased inflammatory response, increased risk of infection and denser scar plate (not much fun for the patient)
I would love to see the evidence about their claim about conventional meshes can't offer the same for optimal in-growth....what does 'conventional' mean?
Re locked stitch design. I imagine that it would reduce elasticity. For vaginal function, it needs the ability to move longitudinally. Grafts after healing need to be longitudinally elastic. I cannot see how this would occur.

Thanks Cathy, I appreciate you passing this on!
Take care

Jonathan Meek
Worldwide Marketing Director
ETHICON Women's Health & Urology
P.O. Box 151, Route 22 West. Somerville, NJ. USA 08876-0151
(+1) Office: 908 541-3863 | Mobile: 908 938 7590 | jmeek1@its.jnj.com Note: new email address as of August 2008

-----Original Message-----
From: Lepley, Catherine [JPPZA]
Sent: Thursday, November 20, 2008 6:22 AM
To: Bird, Julie [ETHGB]
Cc: Meek, Jonathan [ETHUS]; Ferreira, Ignatius [JPPZA]; Molefe, Lerato [JPPZA]; Odendaal, Yolandi [JPPZA]; Swanepoel, Liesl [JPPZA]
Subject: Covidien pelvic Floor Repair System

<< File: Document.pdf >>

Hi All

Thought you would all be interested in the article published by Covidien in one of our local Medical Tabloids. Do you see much activity from them in US/Europe? They have appointed one of our biggest customers as their flying surgeon.

Regards

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00034875

cathy

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

**ETH.MESH.00034876**