# EXHIBIT 7

From: Chen, Meng [ETHUS] <MChen28@its.jnj.com>
Sent: Thu, 29 Jan 2009 18:28:50 GMT
To: Lisa, Bryan [ETHUS] <BLisa@its.jnj.com>
Subject: FW: TVT IFUs on tape extrusion, exposure and erosion

Pardon me again, from what I see each day, these patient experiences are not "transitory" at all.

-----Original Message-----
From: Chen, Meng [ETHUS]
Sent: Thursday, January 29, 2009 12:39 PM
To: Lisa, Bryan [ETHUS]
Subject: TVT IFUs on tape extrusion, exposure and erosion

Bryan: I have re-checked all three IFUs (for TVT-A, TVT-O and TVT-S). Everyone has the language "Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation or inflammation.", First, I was wrong before. There is such language in every one. But it should be spelled out that Transitory local irritation at the wound site and a transitory foreign body response to the tape may occur. This response could result in tape extrusion, tape erosion, fistula formation or inflammation. Furthermore, in light of the recent burst of reports and the FDA public health advisory, I am not sure a very general statement like the above and list such as second one in the Adverse Reactions are still sufficient. Anyway, I just want to share my sense of change in tone in the regulatory agency inquiries. Thanks, Meng

Meng Chen, M.D., Ph.D.
The Associate Medical Director
Worldwide Customer Quality
ETHICON
a Johnson & Johnson Company

G103C
P.O. Box 151, Route 22 West
Somerville, NJ 08876-0151

Telephone: (908) 218-2233
Cellular phone: (908) 392-6419
Fax: (908) 218-2579
E-mail: mchen28@its.jnj.com

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is
intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thank you.



Plaintiff's EXHIBIT NO. 172
12/20/11
A. M. MITCHELL

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00071794