# EXHIBIT 9

**From:** Meek, Jonathan [ETHUS] <JMeek1@its.jnj.com>
**Sent:** Fri, 05 Feb 2010 17:28:35 GMT
**To:** Hinoul, Piet [ETHFR] <PHINOUL@ITS.JNJ.com>; Gauld, Judi [ETHGB] <jgauld@its.jnj.com>; Robinson, David [ETHUS] <DRobin11@its.jnj.com>; Kirkemo, Aaron [ETHUS] <AKirkemo@ITS.JNJ.com>
**Subject:** RE: PROLIFT+M 1-year data

---

Great and thanks Piet.
When could we get a copy of the deck in order to craft a meeting to brief the team on salient points?
Would you mind if I called on you to co-lead it with me?
Regards
JM

**From:** Hinoul, Piet [ETHFR]
**Sent:** Friday, February 05, 2010 11:51 AM
**To:** Meek, Jonathan [ETHUS]; Gauld, Judi [ETHGB]; Robinson, David [ETHUS]; Kirkemo, Aaron [ETHUS]
**Subject:** RE: PROLIFT+M 1-year data

Jonathan,

You are correct. I was referring to the internal data we wanted to disseminate to the internal sales people. Honestly, I feel that we can base it on the deck that we have shown earlier without necessarily giving them the full deck. (and the summary Judi has distributed earlier this week)

The presentation should, however, focus on the data that will be on the one pager, with some background figures when we feel that would help them understand.

Regarding the "commercial" interpretation of the data, I hope that we will not have another struggle as we did with Prosima on finding alignment between all the teams who feel they should also have a say in this. From a medical affairs standpoint the data speak for themselves. They were good data from an anatomical perspective, comparable to some robust prospective trials in the literature, but slightly less than many single centre, often retrospective studies. The data were better at three months, but we have good reasons to believe that this shall now represent the stable endpoint, even if part of that relaxation was related to some hypothetical relaxation after full monocryl reabsorption at the three month time point. For the skeptic surgeons out there, they can wait for the two year data and continue to rely on the excellent outcomes after Prolift.
With regards to the functional data, these probably represent the best outcomes published, ever, not in the least the sexual function.
The erosion rate remains relatively high, where theoretically, many surgeons would have expected a decrease. This is not the case. But mesh exposure is a difficult issue. The etiology is not well understood and obviously decreasing the pore size further and the inflammatory reaction were not able to show an impact in this series. Surgeon and patient characteristics probably play a crucial role in these 10%.

For me, that is what is to be learned from this trial.

With regards to publication planning. I do not think that brochures interfere with the publication process. Of course it looks better if we can reference what we write in the brochure. In CDMA we must think about how to proceed with a publication strategy. As we are not academia, I feel that getting it published in a "lighter" journal is to be preferred, than wasting too much time on high impact journals, let's leave that to professors whose career depend on it. Ours depend on sales, because once it is on the market, we as a company feel that this product is worthwhile for many patients in the right hands.

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

PLAINTIFF'S EXHIBIT 333 2/24/12

ETH.MESH.00827953

Have a good weekend,

Piet

---

**De :** Meek, Jonathan [ETHUS]
**Envoyé :** vendredi 5 février 2010 17:05
**À :** Gauld, Judi [ETHGB]; Hinoul, Piet [ETHFR]
**Cc :** Robinson, David [ETHUS]
**Objet :** RE: PROLIFT+M 1-year data

Yes but the sales aid will refer specifically to the top level data points of the study.
I am reading Piet's question as internal communication of the deck presented on the 19th of January which would aim to give a complete discussion of the results

**From:** Gauld, Judi [ETHGB]
**Sent:** Friday, February 05, 2010 10:52 AM
**To:** Meek, Jonathan [ETHUS]; Hinoul, Piet [ETHFR]
**Cc:** Robinson, David [ETHUS]
**Subject:** RE: PROLIFT+M 1-year data

Hi Jonathan

I thought that earlier this week, it was agreed that a one-page 'sales' aid was going to be developed to communicate the top-line +M results.

Judi

**From:** Meek, Jonathan [ETHUS]
**Sent:** 05 February 2010 13:26
**To:** Hinoul, Piet [ETHFR]
**Cc:** Gauld, Judi [ETHGB]; Robinson, David [ETHUS]
**Subject:** RE: PROLIFT+M 1-year data

To be honest Piet and following the beating that I received after communicating Prosima data, I simply don't know what we can and cannot without getting into trouble.
CDMA's guidance would be appreciated to avoid the 'damned if you do and damned if you don't' scenario ww marketing directors seem to face from all angles.
jm

**From:** Hinoul, Piet [ETHFR]
**Sent:** Monday, February 01, 2010 12:13 PM
**To:** Meek, Jonathan [ETHUS]
**Cc:** Gauld, Judi [ETHGB]; Robinson, David [ETHUS]
**Subject:** TR: PROLIFT+M 1-year data

Dear Jonathan,

I receive a request for +M data on a regular basis. I always tell them it is work in progress and that the article will hopefully be published before summer.
Are there any plans to inform commercial of the study's findings planned?

Thanks

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00827954

Piet

**De :** Chemineau, Nathalie [MEDCH]
**Envoyé :** lundi 1 février 2010 14:18
**À :** Hinoul, Piet [ETHFR]
**Objet :** PROLIFT+M 1-year data

Hello Piet

Do you know if the 1-year data on PROLIFT+M is already available?

Thanks & best regards
Nathalie

Nathalie Chemineau
Product Specialist - Gynecare & Breast Care

Johnson & Johnson Medical
Rotzenbuehlstrasse 55, CH-8957 Spreitenbach
Phone +41 (0)56 417 33 33   Mobile +41 (0)79 685 62 99
mailto:nchemine@its.jnj.com   www.womenhealth.ch

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00827955