# EXHIBIT 12

**From:** Thomas, Chuck [/O=BARD/OU=COV AG/CN=RECIPIENTS/CN=CTHOMAS]
**Date:** 10/17/2008 1:10:31 PM
**To:** Gloeckner, Claire [Claire.Gloeckner@crbard.com]
**Subject:** RE: Encouragement

I also think this is some critical background knowledge for all of the pelvic health products, including products for female and male applications. I am determined to make some progress towards this effort, but like you say, I/we have got to get some other items off our list first. If both of us keep bringing it up in the presence of Bobby and Scott, maybe the criticality of the study (guys, this is not a Corkscrew-based effort) will finally start to sink in…

---

From: Gloeckner, Claire
Sent: Friday, October 17, 2008 8:53 AM
To: Thomas, Chuck
Subject: Encouragement


Dan Delaney stopped by to ask about what I know about the pressures seen by the pelvic floor in the worst case. He wants to know for his clinicals. I told him that you and I were going to make an exhaustive study of it. I admit I've not done anything; I have been trying to get these TMs done first, but now I've been encouraged. Please continue to remind me. I think it is an important study not just for Corkscrew, but everything we do with pelvic floor and sling implants. And should have been done before, but that's par for the course.


Bobby mentioned at a meeting yesterday that he had a few papers, so I'll bother him about getting a copy of those.


Claire


D. Claire Gloeckner, Ph.D.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER           AVA2E1268173

Biomaterials Engineer

Research and Development

Bard Urological Division

C.R. Bard, Inc. <http://www.crbard.com/>

13183 Harland Drive

Covington, GA 30014

T: 678-342-4878

F: 678-342-4992

Confidentiality Notice: This e-mail and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail in error, its review, use, retention and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments.[v1.0]

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                    AVA2E1268174