# EXHIBIT 13

| | |
|---|---|
| **From:** | Lonidier, Annelise [/O=BARD/OU=MHL-E2K3 AG/CN=RECIPIENTS/CN=ALONIDIER] |
| **Date:** | 5/23/2012 6:31:34 PM |
| **To:** | Johnson, Melissa [Melissa.Johnson@crbard.com] |
| **Subject:** | RE: Align |

Hi Mel,

Spoke to Brad for a bit this afternoon. He feels that the two calls set up tomorrow are the best possible "first line of defense" for the market feedback we are receiving. ==It is the approach of "educating our sales team" on how to potentially dispell the need for clinical data== by reiterating the FDA's stance on 3-incision slings as one that is less merky and more confident. Assuming the need for clinical data is being driven by competitors we have at least a shot of engaging the customer in a conversation that could overcome that objection. Worst case, we at least extend the conversation and position ourselves as knowledgable.

The longer term solution is to do chart pulls and being assembling data. Brad suggests Ginger Cathy as a long-term user of Align. What should I do to initiate such an effort? While not an easy or necessarily timely solution I believe it is something we should start immediately if we are going to be successful with Align.

Also – is there anything we could provide from a marketing standpoint to eliminate any perception that 3-incision SUI slings are viewed as "controversial" by the FDA – ie. A letter stating that they do not currently require a 522 study or that our information on file is currently acceptable. I'm not sure what the risk/benefit would be but just a thought?

AL

From: Johnson, Melissa
Sent: Wednesday, May 23, 2012 11:18 AM
To: Lonidier, Annelise
Cc: Smith, Brad; Koehler, Carl; Silver, Adam
Subject: Fwd: Align

Annelise,

I would like you to get involved in this issue. We have been selling Align for 5 years without data on the merits of the overall design and benefits of the product. The competition is using this FDA issue to change the conversation, and our reps are being drawn into it. I agree with Carl and Brad that we need to get this addressed ASAP.

Please get in touch with Brad and see how we can help on our end to drive this.

Thanks,

Mel

Sent from my iPad

Begin forwarded message:

From: "Koehler, Carl" <Carl.Koehler@crbard.com>
Date: May 22, 2012 2:34:09 PM EDT
To: "Johnson, Melissa" <Melissa.Johnson@crbard.com>, "Lonidier, Annelise" <Annelise.Lonidier@crbard.com>
Cc: "Urban, Joe" <Joe.Urban@crbard.com>, "Smith, Brad" <Brad.Smith@crbard.com>, "Hammers, Darin" <Darin.Hammers@crbard.com>, "Silver, Adam" <Adam.Silver@crbard.com>
Subject: Align

Annelise and Mel:

Brad and I spoke this week about doing some re-education with our team on selling fundamentals and product positioning with Align. The hot issue now of data, or lack thereof for Align, adds to the fact that we need to find ways to re-energize the Align value-proposition since we continue to lose share in the 3 incision sling market. The immediate opportunity with Premier provides potential to turn the trend if we are well prepared.

Brad was thinking through some options on what he can do and how, similar to what Jimmy did with CC. I would like to get us all on a brief call later this week to brainstorm some ideas.

Thanks.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER    AVA2E8488369

Carl Koehler

Regional Manager

Urological Specialties

Bard Medical Division

Cell: (317) 698-2128

carl.koehler@crbard.com

cid:image001.jpg@01CAFDC7.BE97A950

_____

Confidentiality Notice: This e-mail and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail in error, its review, use, retention and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments...[v1.0]

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

AVA2E8488370