# EXHIBIT 14

| | |
|---|---|
| **From:** | Johnson, Melissa [/o=BARD/ou=COV AG/cn=Recipients/cn=MeJohnson] |
| **Date:** | 1/30/2012 6:32:11 PM |
| **To:** | Hammans, Brenda [Brenda.Hammans@crbard.com] |
| **Subject:** | FW: Important announcement from BMD/Urological Specialties - URGENT |

Sorry, Brenda I meant to copy you on this as well.

Melissa Johnson
Marketing Manager,
Urological Specialties
Bard Medical Division
Tel: 770-784-6929
melissa.johnson@crbard.com


-----Original Message-----
From: Johnson, Melissa
Sent: Monday, January 30, 2012 1:28 PM
To: Rawls, Yvonne; DeSantis, John; Mouer, Tim; Scherer, Bob; Terlizzi, Michael; Goode, Steven; Clauson, John; Frison, George; Murray, Glenn
Cc: Larkin, Kevin; Kelly, Brian; Suszynski, Karolyn; Stone, Carol; Silver, Adam; Lynch, Nan
Subject: FW: Important announcement from BMD/Urological Specialties - URGENT
Importance: High
Sensitivity: Confidential

All,

Please understand that this is confidential information that has not yet been made public. If this information has been forwarded to individuals other than those on the original email, please take steps to address this situation.

Thank you for your understanding. If you have any questions please let me know.
Melissa


Melissa Johnson
Marketing Manager,
Urological Specialties
Bard Medical Division
Tel: 770-784-6929
melissa.johnson@crbard.com


-----Original Message-----
From: Lynch, Nan
Sent: Monday, January 30, 2012 1:19 PM
To: Johnson, Melissa
Subject: FW: Important announcement from BMD/Urological Specialties

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                    AVA2E8502681

Nan Lynch
Customer Service Manager
Direct: 1-800-526-4455 x 6203
Fax: 1-800-852-1339
nan.lynch@crbard.com
www.bardmedical.com


-----Original Message-----
From: Smallwood, Theresa
Sent: Monday, January 30, 2012 1:03 PM
To: Lynch, Nan
Subject: FW: Important announcement from BMD/Urological Specialties


Thanks,

Theresa Smallwood
Sr. Corporate eCommerce Administrator

C. R. Bard, Inc.
Phone 800.526.4455 ext. 6481
Direct 770.784.6481
Fax 770.784.6481
theresa.smallwood@crbard.com

BARD's new US Product Catalogue is now available online - www.crbard.com




-----Original Message-----
From: Ference, Jackie
Sent: Monday, January 23, 2012 1:36 PM
To: Smallwood, Theresa; Deverell, Jackie
Subject: FW: Important announcement from BMD/Urological Specialties

FYI

Jacqueline E. Ference
Manager, Marketing Programs

908.277.8178
908.277.8073 Fax
jackie.ference@crbard.com

-----Original Message-----
From: Suszynski, Karolyn
Sent: Monday, January 23, 2012 1:34 PM

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                          AVA2E8502682

To: Marrero, Jessenia; Ference, Jackie; Lemke, Wendy; Sears, Shannon
Subject: FW: Important announcement from BMD/Urological Specialties

FYI - See below from Brenda.

Karolyn A. Suszynski
Manager, Corporate Sales Administration
C. R. Bard, Inc.
Phone: 908-277-8263
Fax: 908-277-8073

-----Original Message-----
From: Hammans, Brenda
Sent: Monday, January 23, 2012 1:28 PM
To: Rawls, Yvonne; DeSantis, John; Mouer, Tim; Scherer, Bob; Murray, Glenn; Terlizzi, Michael; Goode, Steven; Clauson, John; Frison, George
Cc: Larkin, Kevin; Kelly, Brian; Suszynski, Karolyn; Stone, Carol
Subject: Important announcement from BMD/Urological Specialties

I sat in on a Urological Specialties breakout this morning where it was announced that the Avaulta pelvic floor product will be discontinued.

As you know, all companies were given 522 orders which require the submission of randomized clinical trials data to provide efficacy of products. Obviously doing randomized clinical trials on Avaulta would be costly. In light of the fact that the value of the pelvic floor market fell 25% in Q4, BMD is simply making a business decision not to invest in clinical trials on this product.

Each company that received the 522 has until February 2nd to respond to the FDA. The FDA then has 60 days to respond back to the company. That puts us at April 2nd, so it's business as usual with Avaulta until then.

So, BMD's response to the FDA will include that we are discontinuing Avaulta, but will also provide the clinical data required on the Pelvisoft and Pelvicol products. If the FDA accepts our Pelvisoft/Pelvicol data, then it's business as usual with them. If not, BMD will need to decide how to move forward, or what to do with those products.

Finally, we are asking the FDA for a grace period on the discontinuation of Avaulta to allow customers time to find a replacement, or place a bulk order for our product before it is discontinued. A list of the Avaulta accounts will be sent to the TM's next week. TM's are being asked to talk with their customers, and find out if they plan on moving to a competitive product, or to see if their customers place more orders for Avaulta.

Please let me know if you have any questions on this. Kevin and I will keep you informed as to when/what the division hears back from the FDA.

Brenda Hammans
Regional Vice President
C. R. Bard, Inc.
770-335-3083 (cell)
Brenda.Hammans@crbard.com

Confidentiality Notice: This e-mail and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail in error, its review, use, retention and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments..[v1.0]

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER        AVA2E8502683

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER         AVA2E8502684