# EXHIBIT 17



Search Mayo Clinic

Request an Appointment
Find a Doctor
Find a Job
Give Now

Log in to Patient Account
Translated Content

| PATIENT CARE & HEALTH INFO | DEPARTMENTS & CENTERS | RESEARCH | EDUCATION | FOR MEDICAL PROFESSIONALS | PRODUCTS & SERVICES | GIVING TO MAYO CLINIC |

### Appointments at Mayo Clinic

Mayo Clinic offers appointments in Arizona, Florida and Minnesota and at Mayo Clinic Health System locations.

Request Appointment

Departments and Centers

# Urology in Minnesota

Print

Overview  Services  Doctors  Research  Clinical Trials  Resources For Physicians

## Specialty Groups

### Female Urology and Incontinence Clinic

Urologists specializing in female urology offer consultation and comprehensive evaluation and diagnostic testing in women with complex pelvic floor conditions. These specialists have completed six years of training in bladder and urinary function plus further specialized training in women's vaginal prolapse and urinary incontinence surgery, and have subspecialty certification in Female Pelvic Medicine and Reconstructive Surgery from the American Board of Urology.



Deborah J. Lightner, M.D., and Daniel S. Elliott, M.D., are specialists in the Female Urology and Incontinence Clinic.



Mayo Clinic in Minnesota has been recognized as one of the top Urology hospitals in the nation for 2014-2015 by U.S. News & World Report.

Learn more about this top honor

**Conditions treated**

**Urinary incontinence**

- Stress urinary incontinence
- Recurrent stress incontinence
- Mesh complications
- Urge urinary incontinence
- Overactive bladder

**Pelvic organ prolapse**

- Anterior vaginal wall



Rhonda Johnson, P.A.-C., Michelle M. Bouquet, P.A.-C., and Cynthia M. Melton, R.N., C.N.P., are part of the

- Anterior vaginal wall prolapse (cystocele/bladder prolapse)
- Apical vaginal prolapse (enterocele/vaginal vault prolapse)
- Posterior wall prolapse (rectocele)
- Recurrent pelvic prolapse
- Complications from mesh prolapse repair

team in the Female Urology and Incontinence Clinic.

### Fistulas

- Vesicovaginal (bladder/vagina)
- Vesicouterine (bladder/uterus)
- Vesicocutaneous (bladder/abdominal wall)
- Rectovaginal (rectum/vagina)
- Urethral reconstruction (fistula/diverticulum)

### Diagnostic testing

- Complex video and standard urodynamic testing
- Cystourethroscopy

### Treatments

Female Urology offers a range of treatment options for patients, including:

### Conservative treatments

- Pelvic floor re-education
- Biofeedback

### Medical treatment for

- Overactive bladder syndrome
- Stress urinary incontinence

### Surgical treatments

- Vaginal mesh removal
- Non-mesh surgical alternatives for stress incontinence and pelvic prolapse
- Vaginal reconstructive surgery
- Abdominal reconstructive surgery
- Laparoscopic prolapse surgery
- Robotic prolapse surgery
- Pubovaginal slings
- Transobturator slings
- Suprapubic slings
- Fascial grafts
- Sacral nerve stimulation
- Botulinum toxin injection

### List of doctors

Daniel S. Elliott, M.D.
Deborah Lightner, M.D.

### Physician assistant

Michelle M. Bouquet, P.A.-C.

Michelle M. Bouquet, P.A.-C.
Rhonda Johnson, P.A.-C.

**Nurse practitioner**
Cynthia M. Melton, R.N., C.N.P.

Share    Tweet

## Other Topics in Departments & Centers

| Medical Departments and Centers | Research Centers and Programs | About Mayo Clinic |

Home    Urology    Urology    Overview    Specialty Groups                                 ART-20015753

| REQUEST APPOINTMENT | GIVE NOW | CONTACT US | ABOUT MAYO CLINIC | EMPLOYEES | SITE MAP | ABOUT THIS SITE |

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
Privacy Policy
Notice of Privacy Practices

Mayo Clinic is a not-for-profit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy
Advertising and sponsorship opportunities

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2015 Mayo Foundation for Medical Education and Research. All rights reserved.