# EXHIBIT 18



# Female Pelvic Medicine & Reconstructive Surgery

The Center for Female Pelvic Medicine and Reconstructive surgery provides full service care to women with disorders of the lower urinary tract.

Our center represents one of the largest surgical practices in the country and treats some of the most challenging and complex abnormalities in the female pelvis. This center was created with the goal in mind of providing high level care to women with pelvic floor disorders, urinary incontinence and pelvic organ prolapse at our Cleveland Clinic main campus and regional health facilities (located in Beachwood, Hillcrest, Willoughby Hills, Strongsville, Twinsburg and Avon Family Health Centers).

Each year we provide care to hundreds of women and our staff have received accolades such as highest patient satisfaction award, teacher of the year award, Top Doctors in America and Cleveland Magazine award, and have lectured or operated at every major society meeting and in many countries around the world.

Each center at the Cleveland Clinic Glickman Urological & Kidney Institute maintains a high patient volume and performs complex surgery and the Female Pelvic Medicine and Reconstructive Surgery center is no exception. Each year, we perform more than 250 vaginal sling procedures, 250 or more pelvic organ prolapse procedures (including robotic surgery) and manage more than 100 complications of pelvic surgery including mesh complications, vesicovaginal fistulae and urethral diverticula). We run the largest urodynamics (diagnostic) facility in the country and perform more than 1,200 exams yearly.

Our surgical success rates are high and we have published outcomes on this not only in major journals, but also put them on our website and in focused mailings as part of an institutional initiative on outcomes. We manage many patients with incontinence and overactive bladder and have one of the largest experiences in the world in sacral neuromodulation for overactive bladder and our center is part of the NIH-Pelvic floor disorders network trial on use of OnabotulinumtoxinA (Botox) versus sacral neuromodulation.

- **Urinary Incontinence** <LINK: http://my.clevelandclinic.org/urology-kidney/diseases-conditions/female-incontinence.aspx > (stress incontinence and overactive bladder)
- **Pelvic Organ Prolapse** <LINK: http://my.clevelandclinic.org/ob_gyn/womens_health/urogynecology_pelvic_floor_disorders/pelvic_organ_prolapse.aspx > (**cystocele** <LINK: http://my.clevelandclinic.org/disorders/cystocele/hic_cystocele_fallen_bladder.aspx > , **rectocele** <LINK: http://my.clevelandclinic.org/urology-kidney/diseases-conditions/vaginal-prolapse.aspx > , **enterocele** <LINK: http://my.clevelandclinic.org/urology-kidney/diseases-conditions/vaginal-prolapse.aspx > , **uterine prolapse** <LINK: http://my.clevelandclinic.org/disorders/Uterine_Prolapse/hic_Uterine_Prolapse.aspx > )
- Complications of Vaginal Surgery (mesh related complications), pain, fistulae
- Complex lower urinary reconstruction (vesicovaginal fistula), urethral diverticula, urethral fistula
- **Interstitial Cystitis** <LINK: http://my.clevelandclinic.org/urology-kidney/diseases-conditions/interstitial-cystitis.aspx > (expert opinion consultations only)
- **Urinary Tract infections** <LINK: http://my.clevelandclinic.org/disorders/Urinary_Tract_Infection/hic_Urinary_Tract_Infections.aspx > (expert opinion and diagnostic consultation)

**Urinary Incontinence:**
- Vaginal sling surgery
- Revision surgery for failed incontinence procedures
- Sacral Neuromodulation

- Botox injections
- Bladder enlargement (Augmentation cystoplasty)

**Pelvic Organ Prolapse**
- Vaginal repair (non mesh based)
- Sacrocolpopexy (open or robotic assisted)

**Vesicovaginal fistula**
- Vaginal corrective repair
- Abdominal corrective repair

**Interstitial cystitis**
- Diagnostic cystoscopy and hydrodistension (selectively)
- Guidance for bladder instillation protocols

## Call us for an Appointment

Urology Appointments: 800.223.2273 ext. 4-5600

Nephrology Appointments: 800.223.2273 ext. 4-6771

## Schedule an Appointment Online

- **Submit an Online Request** <LINK: https://my.clevelandclinic.org/webcontact/webappointment.aspx?refUrl=http://my.clevelandclinic.org/urology-kidney/default.aspx > .
- **Have questions? Send us an email** <LINK: https://my.clevelandclinic.org/webcontact/webmail.aspx?refUrl=http://my.clevelandclinic.org/urology-kidney/default.aspx > .

This information is provided by Cleveland Clinic and is not intended to replace the medical advice of your doctor or health care provider. Please consult your health care provider for advice about a specific medical condition.

© Copyright 2015 Cleveland Clinic. All rights reserved.

Cleveland Clinic © 1995-2014. All Rights Reserved. 9500 Euclid Avenue, Cleveland, Ohio 44195 | 800.223.2273 | TTY 216.444.0261