# EXHIBIT 20

Jump to navigation

DOCTORSTREATMENTSLOCATIONSPATIENTS & VISITORSDUKE MYCHART

\

Treatments

\

Obstetrics and gynecology at Duke

# Pelvic floor disorders

## Incontinence and vaginal prolapse

Duke's urogynecologists and urologists are specially trained to treat pelvic floor disorders including incontinence and dropped bladder (vaginal prolapse). Our specialists undergo advanced training in urology and gynecology, and are expertly equipped to treat women with pelvic floor problems, including bladder leakage, pelvic organ prolapse (dropped bladder, vagina, uterus or rectum), recurrent urinary tract infections, voiding difficulties and vaginal fistulas. We help you resume your normal activity quickly.