# EXHIBIT 22

## A collaborative team of pelvic disorder specialists working to restore your quality of life

At the Methodist Center for Restorative Pelvic Medicine, the goal is to provide answers, services and care under a multidisciplinary approach to pelvic restoration and reconstruction for our patients. We see this as our responsibility to our patients to provide them with expert medical care. We specialize in treating women with [pelvic organ prolapse](#), [urinary incontinence](#) and [fecal incontinence](#) and men with problems following surgery or radiation therapy for prostate cancer.

The Center for Restorative Pelvic Medicine is unique in combining expert physicians in the fields of gynecology, urology, colorectal and plastic surgery to create an individualized yet [comprehensive treatment plan](#) for each patient. The initial patient contact is with our coordinator, who evaluates your problem and then arranges for you to see physicians from as many specialties as are indicated on a given day. We try to arrange your evaluation so that you see as many physicians as necessary on one day only to avoid multiple trips to the medical center.

If you have encountered challenges elsewhere, let the Center for Restorative Pelvic Medicine be your final destination. We promise to address your concerns in an environment of respect, compassion, comprehension and sensitivity to provide medical, surgical and psychological therapy to restore pelvic function.

What makes the Methodist Center for Restorative Pelvic Medicine stand out in patient care is that our specially trained professionals are the ones who will actually set up our patient with a multidisciplinary team, creating a worry free experience without having the stress of switching between facilities. We provide optimal care, excellence and accountability with one telephone call.

***This is our mission.***