# EXHIBIT 23

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

- - -

IN RE: ETHICON, INC.  :  MDL NO. 2327
PELVIC REPAIR SYSTEM,  :
PRODUCTS LIABILITY LITIGATION  :  JOSEPH R. GOODWIN
 :  U.S. DISTRICT
_____  JUDGE
THIS DOCUMENT RELATES TO
ALL CASES

IN THE DISTRICT COURT OF BEXAR COUNTY, TEXAS

- - -

JENNIFER RAMIREZ f/k/a JENNIFER :
GALINDO,  :
 : CIVIL ACTION NO.:
     Plaintiff,  :
 :  2012-CI-19690
    vs.  :
 :
CESAR REYES, JOHNSON & JOHNSON :
and ETHICON, INC.,  :
 :
     Defendants.  :
_____

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

_____

VIDEOTAPED DEPOSITION OF ERIC ROVNER, M.D.

August 26, 2014
_____

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 26

1   What did you teach there?
2   A   I was a urologist, assistant professor of
3   urology, and with a dual appointment in radiology.
4   Q   And also the same at -- at Medical
5   University?
6   A   So Medical University I'm currently
7   professor of urology.
8   Q   And do you also keep a private clinical
9   practice?
10  A   Employed fully by the Medical University
11  of South Carolina.
12  Q   Okay. And so do you teach or do you see
13  patients?
14  A   I teach and I see patients.
15  Q   Okay. And, Doctor, what percentage of
16  your -- of your practice is seeing patients versus
17  being in the classroom and teaching?
18  A   Ninety-five percent of my practice is in
19  conjunction with teaching residents and fellows.
20  Q   And, if you would, could you just briefly
21  describe what your clinical practice involves?
22  A   My clinical practice is female urology,
23  urodynamics, reconstructive urology.
24  Q   And are you board certified by any
25  specialty?

Page 27

1   A   I'm board certified by Urology, American
2   Board of Urology, as well as Female Pelvic Medicine
3   and Reconstructive Surgery, which is a new board as
4   of last -- as of two years ago.
5   Q   Yes, sir. So you got that in 2013?
6   A   It would -- the first year would have
7   been, yeah, 2013.
8   Q   All right. And when did you receive your
9   board certification in urology?
10  A   '99.
11  Q   Okay. And, Dr. Rovner, are you a member
12  of -- I guess we've talked a little bit about SUFU,
13  but can you tell me all the professional societies
14  of which you are a member?
15  A   AUA, American Urologic Association, ICS,
16  International Continence Society, SUFU.
17      I'll have to get you the rest of them.
18  I've got a list and --
19  Q   Yes, sir.
20  A   -- I'll get you the rest of them.
21  Q   And you're active in all three of those
22  organizations?
23  A   Yes.
24  Q   And are you or have you ever been an
25  officer of SUFU?

Page 28

1   A   I am currently the president.
2   Q   And when is your term -- or when did it
3   start, when does it end?
4   A   It started in March and it's two years.
5   Q   March of 2014?
6   A   Yes.
7   Q   And have you ever held any officer
8   position with the International Continence Society?
9   A   No.
10  Q   And what about AUA?
11  A   I've held a variety of positions within
12  AUA at lower levels.
13  Q   And AUA and ICS and SUFU, I gather, are
14  generally a collection of healthcare professionals
15  that specialize in urology and female --
16  A   Related areas. Not necessarily urology,
17  but yes, those general areas.
18  Q   And, Doctor, I gather, in your medical
19  practice, you've had occasion to -- to do pelvic
20  surgery?
21  A   Yes.
22  Q   And you have experience doing
23  implantation of synthetic polypropylene mesh?
24  A   Yes.
25  Q   All right. And tell, if you would, sir,

Page 29

1   when you got your training and how long you've been
2   doing that kind of surgery.
3   A   Been doing that surgery since the early
4   2000s. Been trained in female pelvic surgery
5   through residency and fellowship, but specific to
6   mesh, probably the early 2000s.
7   Q   And you do pelvic organ prolapse
8   surgeries?
9   A   Yes.
10  Q   And do you do sling surgeries for stress
11  urinary incontinence?
12  A   Yes.
13  Q   In your judgment, Dr. Rovner, how many
14  POP surgeries have you performed in your life?
15  A   Of any variety, on the order of -- in
16  excess of a thousand.
17  Q   And make sure I'm asking you the right
18  question.
19      How many -- is that the number of
20  synthetic mesh pelvic organ prolapse procedures
21  you've performed?
22  A   No. That's the number of total prolapse
23  procedures I've performed.
24  Q   Okay. So I asked a bad question. I
25  apologize.

8 (Pages 26 to 29)

Confidential - Subject to Protective Order

Page 46

1  them are spinal.
2  Q   And obviously any time anybody goes under
3  general anesthesia, there's risks of -- of that
4  process, is there not?
5  A   Yes.
6  Q   You said you'd done hundreds of
7  procedures, Doctor, and you've done hundreds of
8  revisions.
9      And my question to you is, do you have a
10 judgment whether or not you've actually implanted
11 more or explanted more synthetic mesh products?
12 A   Recently, I've explanted more than I've
13 implanted.
14 Q   And do you have a judgment why that is,
15 sir?
16 A   My practice is a very tertiary care
17 referral practice.
18 Q   And what that means is other doctors who
19 are not as specialized as you send their
20 complicated patients to you?
21 A   Yes.
22 Q   Because of your expertise?
23 A   Yes.
24 Q   All right.  And can you give me a
25 judgment how much more explanting you're doing than

Page 47

1  implanting?
2  A   At this point, it's probably 60 or
3  70 percent more revision surgery, which includes
4  mesh products but a variety of other redo-type
5  surgeries.  The number of virginal, nonoperative,
6  not previously-operated on cases that I see is
7  shrinking.
8  Q   And I apologize.  I'm not sure I
9  understood that answer.  So what exactly is
10 shrinking?
11 A   The number of patients that are not redo
12 cases.  So I am seeing more and more redo surgeries
13 having to do with mesh or other surgical problems
14 or complicated problems.
15 Q   Got it.  Thank you, sir.  And, Doctor, do
16 you ever have occasion, either where -- where
17 you're doing the first revision or is that -- well,
18 that's a bad question.
19     What I'm trying to find out, Doctor, is
20 have you seen women who are needing two and three
21 or more revision surgeries because of the
22 complications from the synthetic mesh?
23 A   Yes.
24     MS. DOWNS:  Object to the form.
25

Page 48

1  BY MR. FREESE:
2  Q   All right.  And -- and what is the range
3  of -- of -- like what's the most you've ever seen
4  of a woman that has needed multiple surgeries to
5  revise a complication from a synthetic mesh?
6      MS. DOWNS:  Object to the form.
7  BY MR. FREESE:
8  Q   You may answer.
9  A   That I've done myself?
10 Q   Yes, sir.
11 A   Or that I've had to revise?  Probably
12 two.
13 Q   Okay.  And what about what you know
14 about?
15 A   I've had patients who have had five or
16 six surgeries.
17 Q   And, Doctor, when a woman is having five
18 or six revision surgeries, what is it that's trying
19 to be accomplished?  Is it trying to get mesh that
20 they couldn't -- that couldn't be gotten out the
21 third and fourth time or --
22     I'm just trying to find out what's the
23 reason or what is the medical purpose of a fifth or
24 sixth surgery.
25     MS. DOWNS:  Object to the form.  It's not

Page 49

1  specifying the products or surgery.
2  BY MR. FREESE:
3  Q   You may answer.
4  A   So it really depends on the reason
5  they're in to see me.  So some of it could be
6  voiding dysfunction, some of it could be mesh
7  incompletely revised or incompletely removed.  A
8  variety -- it really runs the spectrum.
9  Q   Okay.  And when you said that you've seen
10 the multiple surgeries, have you experienced that
11 both with POP products and SUI midurethral slings?
12 A   I have experience with both.
13 Q   Doctor, have you ever been a key opinion
14 leader for any mesh manufacturer?
15 A   I don't think so.
16 Q   Okay.  I know that you said you were --
17 you used more AMS products than any other that you
18 recalled.
19     Have you ever been a -- a preceptor or --
20 for AMS?
21 A   I did teach an AMS course several years
22 ago.  You guys can probably find that out pretty
23 easily what the date is, but I don't remember.  It
24 was several years ago.
25 Q   All right.

13 (Pages 46 to 49)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 66

1  Q  Sure. And -- but my question is has any
2  SUFU member actually come up to you as president of
3  SUFU and said: I don't do mesh procedures anymore
4  because I've seen these lawyer ads out there?
5  A  There have been members who have come up
6  to me, in fact, a large number, who do considerably
7  less and are much more wary.
8      In fact, that would be a vast majority of
9  the members of our society.
10  Q  Okay. And I -- I gather you have -- you
11  have no -- you have no dispute with patients who
12  are wary of surgical procedures?
13  A  Oh, I have no dispute whatsoever.
14  Q  And if a -- if a patient is going to have
15  a -- a synthetic foreign body permanently implanted
16  in their body, they need to be fully informed of
17  the risks and benefits of the product; would you
18  agree with that?
19  A  I would agree with it.
20  Q  All right. Dr. Rovner, at some point you
21  joined a task force on midurethral slings; is that
22  right?
23  A  Yes.
24  Q  If you would, I'm just gonna let you tell
25  me sort of how did that come about and when was it

Page 67

1  and who did you talk to.
2  A  So I was asked to join this task force --
3  it's probably a year and a half ago -- by Charlie
4  Nager, who was the president of AUGS at the time,
5  give or take a few months, year and a half.
6  Q  He's the doctor in San Diego?
7  A  Yes.
8  Q  All right. And what did he tell you?
9  A  I don't remember exactly what he told me
10  about the task force. We had subsequent
11  conversations on e-mail and things.
12  Q  All right.
13  A  But ...
14  Q  Was this in person or by telephone or --
15  A  In -- by telephone.
16  Q  By telephone? And you knew who he was
17  professionally?
18  A  I knew the name. I'd never met Charlie
19  before we got together on this task force.
20  Q  Okay. And he was the president of AUGS
21  at the time?
22  A  Yes.
23  Q  And did you hold an office at SUFU at the
24  time he contacted you?
25  A  Yes. I was vice president of SUFU.

Page 68

1  Q  And were you contacted because -- because
2  you were an officer of a leading professional
3  society of urologists?
4  A  I don't know the reason why he contacted
5  me, but he did contact me.
6  Q  He didn't tell you why?
7  A  Well, I don't -- I don't know the
8  specific reasons why I was chosen as opposed to the
9  president of SUFU at the time or somebody else who
10  was more gray haired than I. I don't know the
11  reasons.
12  Q  All right. And you didn't ask and he
13  didn't tell you?
14  A  No.
15  Q  All right. Who was the president of SUFU
16  at the time?
17  A  Chris Winters.
18  Q  And also Dr. Dennis Miller was contacted;
19  is that correct?
20  A  Yeah. I -- I -- he's part of the task
21  force, yeah.
22  Q  Do you know Dr. Miller?
23  A  Never met him.
24  Q  Okay. You know he's a -- he's a
25  urogynecologist in Milwaukee, Wisconsin?

Page 69

1  A  Yes.
2  Q  All right. And Dr. Howard Goldman?
3  A  Yep.
4  Q  He's at the Cleveland Clinic?
5  A  Yes.
6  Q  All right. Do you know him personally?
7  A  Yes.
8  Q  Is he a member of SUFU?
9  A  Yes.
10  Q  All right. And Dr. Paul Tulikangas?
11  A  Yes.
12  Q  Did I pronounce that right?
13  A  I -- I don't know. I've never met him
14  either.
15  Q  Okay.
16  A  I've just spoken to him on the phone.
17  Q  All right. And then yourself and then
18  Dr. Nager?
19  A  Yes.
20  Q  So that the five of you were put on this
21  task force?
22  A  Yes.
23  Q  And did Dr. Nager tell you what the
24  purpose of the task force was?
25  A  Yes.

18 (Pages 66 to 69)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 70

1   Q   And what was that, sir?
2   A   The purpose of the task force was to
3   generate a statement from both organizations
4   vis-a-vis the use of stress urinary incontinence
5   surgery, specifically midurethral slings, as well
6   as generate frequently asked questions for our
7   patients.
8   Q   And the statement of the organization,
9   that is from AUGS and SUFU?
10  A   What was the question?
11  Q   It's a bad question. But the task force
12  was intended to generate a statement from both AUGS
13  and SUFU about the use of midurethral slings?
14  A   Yes.
15  Q   All right. And who did you understand
16  your audience for that position would state it was
17  going to be?
18  A   Other healthcare professionals.
19  Q   Do you know whether or not any mesh
20  manufacturer had any involvement in the creation of
21  that task force?
22  A   I don't think a mesh manufacturer had
23  involvement in the creation of that task force.
24  Q   Do you know whether or not any mesh
25  manufacturer reviewed your position statement or

Page 71

1   edited your position statement before it was
2   issued?
3   A   No.
4   Q   Okay. Would that have been inconsistent
5   with what your understanding was what the task
6   force was doing?
7   A   I -- I -- I missed the --
8   Q   Yes, sir. What I'm asking is, you said
9   it was to generate a statement for healthcare
10  professionals.
11  A   Yes.
12  Q   Meaning doctors --
13  A   Yes.
14  Q   -- and those who deal with these type of
15  products.
16      It was not intended to be for the benefit
17  of mesh manufacturers?
18  A   That is correct.
19  Q   Okay. And, to your knowledge, no mesh
20  manufacturer was involved in either forming that
21  task force or editing its work product?
22  A   That is correct.
23  Q   And if there was, that would be
24  inconsistent in your mind with what the purpose of
25  the task force was doing?

Page 72

1   A   Yes.
2   Q   All right. Did AUA later adopt,
3   essentially, the statement of AUGS and SUFU?
4   A   I think they did adopt it; essentially
5   its contents, yes.
6   Q   And did you have any involvement in that?
7   A   No.
8   Q   Okay. And we're gonna go through the
9   position statement, but you also said there was
10  a -- a frequently asked question document prepared?
11  A   Yes.
12  Q   And what else was prepared?
13  A   Those are the only two documents that I
14  partook in.
15  Q   Okay. Did you realize there was -- there
16  was some work the task force was doing on the
17  association of synthetic mesh slings and cancer?
18  A   Yes.
19  Q   Do you remember an article by Donald
20  Ostergard that was published earlier this year?
21  A   Yes.
22  Q   And was there some part of the task force
23  that was trying to come up with a response to
24  Dr. Ostergard's article?
25  A   Yes.

Page 73

1   Q   Were you involved in that?
2   A   Only peripherally.
3   Q   Okay. Do I -- were you -- do you have --
4   do some oncology work?
5   A   No.
6   Q   Okay.
7   A   God no.
8   Q   Okay.
9   A   No.
10  Q   But your sole involvement in the task
11  force was the position statement and the frequently
12  asked questions?
13  A   Yes. I was involved in the creation of
14  those documents.
15  Q   And how often did that task force meet?
16  A   We actually never met in person. I've
17  actually never met Dennis and Paul. They were on
18  teleconferences.
19  Q   All right. And, first, did you -- did
20  you incur any expenses being on the task force?
21  A   Other than telephone bills, probably not.
22  Q   Okay. So there was -- there was nothing
23  for SUFU or some other organization to fund?
24      In other words, what I'm trying to find
25  out, Doctor, is did you send an invoice to anybody

19 (Pages 70 to 73)

Golkow Technologies, Inc. - 1.877.370.DEPS