# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### PRETRIAL ORDER # 163
(Order Rescheduling Meetings in MDLs from January 29-30, 2015 to February 5-6, 2015)

It is **ORDERED** that the Status Conference and other meetings scheduled on Thursday and Friday, January 29-30, 2015, are rescheduled due to weather. I will conduct a status conference in all MDLs in Room 7800 of the Robert C. Byrd United States Courthouse on **Thursday, February 5, 2015,** at **10:00 a.m.** It is **ORDERED** that (1) defendant client representative(s) with full authority to make all decisions related to MDL 2327; (2) in house counsel with full authority to make all decisions related to MDL 2327; (3) settlement counsel (if any); and (4) lead counsel for plaintiffs and defendant(s) attend the status conference.

It is further **ORDERED,** with the permission of plaintiffs' leadership, that on **Thursday, February 5, 2015,** at **1:30 p.m.** in **Room 2604,** I will conduct a private conference with all defendant client representative(s) and in house counsel with full authority to make all decisions in each MDL, settlement counsel and lead counsel for defendants. To the extent other corporate representatives of a defendant wish to attend this session, they are encouraged to do so. If there is any change in the client representative(s) and/or in house counsel who will attend

the conferences, counsel for defendant(s) in each MDL is directed to notify the court via email on or before **January 29, 2015**.

Finally, it is **ORDERED** that on **Friday, February 6, 2015,** for each MDL listed below, the court will facilitate breakout sessions with plaintiffs' co-lead counsel for MDL 2327, defendant client representative(s) and in house counsel with full authority to make all decisions related to MDL 2327, and settlement counsel and lead counsel for defendant(s) in MDL 2327 in chambers as follows:

| | | |
|---|---|---|
| (1) | **Boston Scientific MDL 2326** | 9:00 a.m. |
| (2) | **Bard/Covidien MDL 2187** | 10:30 a.m. |
| (3) | **Ethicon MDL 2327** | 1:00 p.m. |
| (4) | **Coloplast MDL 2387** | 2:30 p.m. |
| (5) | **Cook MDL 2440** | 3:00 p.m. |

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-01053. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all

pretrial orders previously entered by the court. The orders may be accessed through the

CM/ECF system or the court's website at www.wvsd.uscourts.gov.

                ENTER: January 26, 2015

                _____
                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE