APPROVED and SO ORDERED.
ENTER: 01/27/2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC SUPPORT                MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION        Honorable Joseph R. Goodwin

------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **CYNTHIA SCHUYLER, ET AL.,** § | |
| *Plaintiffs*, § | |
| § | |
| **v.** § | **CASE NO. 2:14-cv-22061** |
| § | |
| **ETHICON INC., ET AL.,** § | |
| *Defendant*. § | |

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc. Pelvic Support System Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc. and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2326:

Boston Scientific Corp.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to 2326; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL 2326.

Respectfully submitted,


*/s/ J. Steve Mostyn*
J. Steve Mostyn
**MOSTYN LAW FIRM**
3810 West Alabama Street
Houston, TX  77027
(713) 714-0000 Telephone
(713) 714-1111 Facsimile

Kurt Arnold
Jason Itkin
Noah Wexler
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEY FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2015, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this member case.


*/s/ J. Steve Mostyn*
J. Steve Mostyn