**REPLY AFFIDAVIT 1**

**AFFIDAVIT OF** ███████

STATE OF ARIZONA

COUNTY OF ███████

███████████████, first being duly sworn, deposes and states that she is over the age of 18 years and is a resident of the State of Arizona and testifies as follows of her own personal knowledge:

1. Beginning approximately a year ago or more, I began receiving unsolicited phone calls to my home phone. The callers insisted that I or someone in my household had undergone a bladder sling surgery.

2. I have never had bladder surgery. I repeatedly told the callers that I had not had the surgery, but they continued to call about once a day or sometimes even twice a day.

3. A few months ago, the calls stopped and I thought the issue was closed. But I began receiving calls again last week. My caller ID indicates that the number calling is 786.540.1818

4. The callers again are very insistent that I have had bladder surgery. I have again been very insistent that I have not had the surgery.

5. During the most recent spate of calls, I asked for whom the caller was making the calls. He told me he was doing it for Johnson & Johnson.

6. I have repeatedly asked them to stop calling me and I have refused to give them any information. I have tried to end the recent calls quickly.

7. The callers have never asked me for money.

8. When I received the earlier set of calls, the callers told me something along the lines that I was entitled to compensation or that I could or should file a lawsuit because of the bladder surgery. I repeatedly told them I never had undergone the surgery. I have not allowed the more recent calls to proceed that far.

Executed this __27__ day of __Jan__ 2015.

STATE OF ARIZONA
COUNTY OF ▮▮▮▮

    Sworn to and subscribed before me, a Notary Public in and for the aforesaid State and County, this __27__ day of __Jan__ 2015.

*Gail Oliphant*
NOTARY PUBLIC

MY COMMISSION EXPIRES:
8-31-17

OFFICIAL SEAL
GAIL OLIPHANT
Commission #102327
Notary Public - State of Arizona
MARICOPA COUNTY
My comm. expires August 31, 2017

Page 2 of 2