**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                                            MDL NO. 2327

_____

THIS DOCUMENT RELATES TO CASES
ON THE EXHIBIT(S) ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. from Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket 1434], is a Joint Motion to Dismiss filed by plaintiffs identified in the attached Exhibits A and B and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed in the attached Exhibits A and B.

ENTER:  January 30, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A - BEASLEY ALLEN CROW METHVIN PORTIS & MILES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-05084 | Jeanine Contino, Joseph Contino v. Ethicon, Inc., American Medical Systems, Inc. |
| 2:13-CV-11157 | Martha Tijerina, David Tijerina v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B - BLASINGAME BURCH GARRARD & ASHLEY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-07036 | Susan Peters Harrison, Larry Harrison v. Ethicon, Inc., American Medical Systems, Inc. |
| 2:13-CV-05864 | Sheila F. Brashear, Charles D. Brashear v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-06067 | Debra Jean Sharpe v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-23461 | Carolyn Conyers Peavy, Herman Thomas Peavy v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-26217 | Phyllis G. Martin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-33781 | Frances Jean Fortner, Walter Fortner v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-01047 | Alicia J. Gleason, Mark W. Gleason v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-19973 | Theresa Lynn Hovis, Arthur Hovis v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |