IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOHNSON & JOHNSON'S AND ETHICON, INC.'S COMPLIANCE WITH THE COURT'S PRE-TRIAL ORDER NO. 162**

Ethicon and Johnson & Johnson attach as Exhibits A and B the information requested by the Court in PTO#162. Exhibit A reflects the name and case number for each plaintiff from whom a Plaintiff Profile Form was due on or before January 15, 2015 and who had not served a PPF before January 22, 2015 (the date of PTO #162). Exhibit B reflects the name and case number for each plaintiff from whom a Plaintiff Profile Form containing deficiencies had been received on or before January 15, 2015 and who had not responded to the deficiency letter sent by Defendants.

PTO #162 contains the further requirement that the Defendants identify those cases in which a motion to dismiss or for sanctions had been filed. For a time, Defendants sought dismissal of cases where Plaintiff had not served a PPF. The Court entered a number of orders dismissing those cases without prejudice. Rather than operating as a sanction, those dismissals without prejudice essentially allowed the plaintiffs a "do over." Many simply re-filed their action in this Court and thus reset all applicable deadlines. Others re-filed their cases in other venues, including the New Jersey coordinated proceedings, thus undermining the operation of

the MDL. After a time, Defendants suspended the filing of motions to dismiss for failure to serve a PPF.

Respectfully submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

*Counsel for Ethicon, Inc. and Johnson & Johnson*

## CERTIFICATE OF SERVICE

I certify that on February 2, 2015, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones