| Last Name | First Name | MDL# |
| --- | --- | --- |
| Abate | Beverly | 2:12-cv-07238 |
| Abuzalaf | Laura Rose | 2:14-cv-08505 |
| Acevedo | Miriam | 2:14-cv-22192 |
| Adams | April | 2:14-cv-22171 |
| Adams | Cynthia | 2:14-cv-24308 |
| Adams | Gale Lynn | 2:14-cv-08291 |
| Adams | Valencia | 2:14-cv-14426 |
| Adams | Vicki | 2:13-cv-05376 |
| Adams | Vicki | 2:14-cv-28794 |
| Adkins, et al | Teresa | 2:14-cv-02045 |
| Ahmed | Stephanie | 2:14-cv-16953 |
| Aldrich | Lori | 2:14-cv-15677 |
| Alexander, et al | Annie | 2:12-cv-04370 |
| Ali, et al | Zeena | 2:14-cv-14763 |
| Alleger | Ethel | 2:12-cv-08944 |
| Allen | Juanita | 2:14-cv-09012 |
| Allen | Stephanie Denise | 2:14-cv-08318 |
| Allen, et al | Janet | 2:14-cv-21629 |
| Allmon | Mary | 2:12-cv-02999 |
| Allwood, et al | Barbara | 2:13-cv-03206 |
| Amado | Olivia | 2:12-cv-08918 |
| Anderson | Susan | 2:13-cv-03183 |
| Anderson | Theresa | 2:14-cv-07571 |
| Anderson, et al | Pamela | 2:14-cv-16527 |
| Angle | Michelle L Morgan | 2:14-cv-08193 |
| Anthony | Laurie | 2:13-cv-05699 |
| Anthony, et al | Deanna | 2:12-cv-06831 |
| Arce, et al | Sonia | 2:13-cv-12947 |
| Arias | Gloria | 2:13-cv-15453 |
| Armstrong | Berta | 2:13-cv-19133 |
| Armstrong | Gloria | 2:14-cv-12208 |
| Arnstein | Cecile | 2:14-cv-16376 |
| Artman, et al | Lorrie | 2:12-cv-09525 |
| Ashby, et al | Pamela | 2:12-cv-00487 |
| Ashworth | Marjorie | 2:14-cv-21305 |
| Aston | Helen | 2:12-cv-03326 |
| Atchley | Carol | 2:13-cv-02252 |
| Atemnkeng, et al | Natasha | 2:12-cv-00923 |
| Atkinson, et al | Barbara | 2:13-cv-14888 |
| Atwood | Jacqueline | 2:13-cv-01406 |
| Aucoin | Dale | 2:14-cv-27290 |
| Autrey, et al | Beverly | 2:13-cv-10133 |
| Avellina, et al | Thespina | 2:14-cv-00669 |
| Avery, et al | Rosa | 2:13-cv-14122 |
| Bailey | Diana | 2:14-cv-27128 |
| Bailey | Glenda | 2:12-cv-03242 |
| Bailey, et al | Gloria | 2:12-cv-03438 |
| Bailey, et al | Pamela | 2:12-cv-01700 |
| Bainey | Wendy | 2:13-cv-26846 |
| Baird | Glenna | 2:13-cv-23867 |
| Baker | Bunny | 2:12-cv-03434 |
| Bales | Mary | 2:14-cv-03276 |
| Ball | Frankie | 2:14-cv-23934 |
| Bandy | Sandra Leanne | 2:14-cv-08507 |
| Barclay | Valerie | 2:12-cv-04710 |
| Barksdale | Sherry Harris | 2:14-cv-07662 |
| Barron, et al | Elizabeth | 2:13-cv-20311 |
| Basa | Vicki | 2:13-cv-02937 |
| Bates | Peggy | 2:13-cv-09558 |
| Bates, et al | Sharry | 2:13-cv-13967 |

| Last Name | First Name | MDL# |
|---|---|---|
| Bauer | Elizabeth Anne | 2:14-cv-07573 |
| Bautista | Marites | 2:14-cv-16183 |
| Beard, et al | Gavie | 2:12-cv-02025 |
| Beaton | Sheila A. Ferris | 2:14-cv-08433 |
| Beavers, et al. | Pamela | 2:13-cv-01770 |
| Bechler | Crystal | 2:14-cv-27288 |
| Beck | Mildred | 2:14-cv-20567 |
| Beliveau | Marlene Eva | 2:14-cv-07808 |
| Bell | Deborah | 2:13-cv-07801 |
| Bell | Fannie Sue | 2:14-cv-01484 |
| Belmann, et al | Olivia | 2:13-cv-16441 |
| Benedetto | Donna | 2:14-cv-27942 |
| Benitez | Tanya J. | 2:14-cv-08323 |
| Bennett | Grace | 2:14-cv-20187 |
| Bennett, et al | Jean E | 2:14-cv-16449 |
| Berardino | Stella Michele | 2:14-cv-08517 |
| Bergenstein | Linda | 2:14-cv-07640 |
| Bergstrom-Keller | Julie | 2:12-cv-05789 |
| Bermudez, et al | Lorgia M | 2:13-cv-27043 |
| Berry | Carol Ann | 2:14-cv-08519 |
| Bies | Lauren | 2:13-cv-08941 |
| Bigley, et al | Dawn | 2:13-cv-11502 |
| Billington | Arlinda | 2:14-cv-07414 |
| Bilyou | Tammy | 2:14-cv-07282 |
| Birt, et al | Kathy | 2:12-cv-02251 |
| Bishop | Kimberly | 2:14-cv-18712 |
| Bitowt, et al | Suylane | 2:12-cv-06357 |
| Bizzari | Elizabeth | 2:14-cv-08660 |
| Black, et al | Carole | 2:12-cv-09093 |
| Black, et al | Vicki | 2:13-cv-10295 |
| Blakely, et al | Joan | 2:13-cv-14589 |
| Blankenship, et al | Shonni | 2:13-cv-14649 |
| Blankenship, et al | Tammy | 2:14-cv-06098 |
| Bloss | Patricia | 2:14-cv-22752 |
| Blythe | Merle | 2:13-cv-26850 |
| Boggs | Amelia Stone | 2:14-cv-07810 |
| Bohanan, et al | Deborah | 2:13-cv-24173 |
| Bolling, et al | Kaye | 2:12-cv-02285 |
| Bonnett | Angela | 2:13-cv-02960 |
| Booker, et al | Sheila | 2:12-cv-04577 |
| Boone, et al | Marla | 2:14-cv-13902 |
| Bopp | Francesca | 2:12-cv-02486 |
| Bosner | Cindy | 2:12-cv-03621 |
| Bounds | Judith | 2:14-cv-18707 |
| Bowden | Martha | 2:14-cv-10405 |
| Bowles, et al | Phyllis | 2:12-cv-01865 |
| Box | Melva | 2:13-cv-31320 |
| Boyce | Mary Ann Socks | 2:14-cv-05269 |
| Boyd | Tammie | 2:13-cv-06725 |
| Bradshaw | Linda M | 2:14-cv-08525 |
| Bradshaw | Marjorie | 2:13-cv-02687 |
| Brand | Jill S | 2:14-cv-07781 |
| Branson | Valda | 2:12-cv-03844 |
| Brantley | Rhonda | 2:12-cv-02605 |
| Bray | Melissa Joann | 2:13-cv-30752 |
| Bredlow | Joy | 2:13-cv-33415 |
| Breeden | Candy | 2:12-cv-04658 |
| Brennon | Rebecca | 2:12-cv-01995 |
| Brent | Sandra | 2:13-cv-26855 |
| Brewer | Martha Kathleen | 2:14-cv-02624 |

| Last Name | First Name | MDL# |
|---|---|---|
| Bridges | Linda | 2:14-cv-13771 |
| Bridges | Robin | 2:12-cv-00651 |
| Brink | Donna | 2:14-cv-22450 |
| Brooks | Andrea | 2:14-cv-22452 |
| Brown | Anita Louise Whitlock | 2:14-cv-09158 |
| Brown | Jessie | 2:13-cv-26856 |
| Brown | Mary E | 2:14-cv-07290 |
| Brown | Shirley | 2:13-cv-17098 |
| Brown | Valerie | 2:12-cv-01489 |
| Brown, et al | Martha | 2:12-cv-02498 |
| Browning, et al | Laurel | 2:13-cv-12827 |
| Broyles, et al | Tami A | 2:13-cv-20068 |
| Brubaker | Christine | 2:14-cv-24311 |
| Bryant, et al | Susan | 2:13-cv-33288 |
| Buff | Christy | 2:14-cv-16617 |
| Buie | Phyllis | 2:12-cv-04838 |
| Bullard | Cynthia | 2:13-cv-09598 |
| Bungay | Rosemary Sales | 2:14-cv-08665 |
| Burford, et al | Mary | 2:13-cv-11939 |
| Burger, et al | Linda | 2:12-cv-04157 |
| Burgett | Sylvia | 2:13-cv-26860 |
| Burgiel | Priscilla | 2:14-cv-07579 |
| Burke | Mary | 2:13-cv-01979 |
| Burns | Deborah | 2:12-cv-04963 |
| Burns, et al | Linda | 2:13-cv-00933 |
| Burroughs, et al | Linda | 2:12-cv-02378 |
| Bush | Robin | 2:12-cv-03550 |
| Butler, et al | Nanita | 2:13-cv-13978 |
| Byrd, et al | Linda | 2:13-cv-29399 |
| Cabello | Sue Winters | 2:14-cv-26707 |
| Cabrera | Erma | 2:14-cv-13239 |
| Caldwell | Marilyn | 2:14-cv-12936 |
| Callahan, et al | Theresa | 2:13-cv-17085 |
| Camberos, et al | Rosa | 2:14-cv-00252 |
| Camden, et al | Cathy | 2:13-cv-28996 |
| Canada, et al | Soundra | 2:13-cv-03868 |
| Cannon, et al | Loretta | 2:14-cv-26798 |
| Cape | Rebecca | 2:13-cv-26863 |
| Capello | Donna L | 2:13-cv-21068 |
| Caputo, et al | Mary | 2:13-cv-06359 |
| Carland | Mary Jo A | 2:14-cv-08668 |
| Carr | Angela | 2:13-cv-26867 |
| Carr | Julie | 2:13-cv-19175 |
| Carrigg | Willene | 2:14-cv-09405 |
| Carrillo, et al | Pavla | 2:13-cv-27484 |
| Carrotto | Doris | 2:14-cv-07419 |
| Carter | Patty | 2:13-cv-17422 |
| Carter, et al | Linda | 2:13-cv-01205 |
| Carter, et al | Terri | 2:13-cv-00175 |
| Carty | Janice | 2:12-cv-07756 |
| Carver | Jeri | 2:12-cv-09751 |
| Casanova | Elisa | 2:14-cv-07644 |
| Casello | Mary Elizabeth | 2:14-cv-08712 |
| Casey | Miriam | 2:13-cv-01483 |
| Cash | Kimberly | 2:14-cv-01050 |
| Cash | Wilma | 2:14-cv-20363 |
| Casperson, et al | Susan | 2:13-cv-25272 |
| Catalano | Maria | 2:14-cv-00511 |
| Caughorn, et al | Patricia | 2:12-cv-02832 |

| Last Name | First Name | MDL# |
| --- | --- | --- |
| Cavallaro | Lisa | 2:12-cv-06729 |
| Cayer | Diane | 2:12-cv-09976 |
| Ceplawskes, et al | Robin | 2:12-cv-05251 |
| Challis | Stacey | 2:12-cv-01828 |
| Chauvaux | Marjorie Ann | 2:12-cv-07906 |
| Chenos | Paula | 2:14-cv-09656 |
| Childers, et al | Edith | 2:12-cv-05161 |
| Childress, et al | Cindy | 2:13-cv-05213 |
| Chizek, et al | Ramona | 2:12-cv-07163 |
| Chrismon, et al | Shelly | 2:14-cv-00916 |
| Citrano | Elaine | 2:12-cv-08790 |
| Clark, et al | Lisa Ellen | 2:13-cv-06648 |
| Claxton, et al | Bunny | 2:12-cv-08560 |
| Clevenger, et al | Amanda | 2:13-cv-12619 |
| Clewell, et al | Kim | 2:14-cv-07539 |
| Cline, et al | Cheryl | 2:13-cv-24960 |
| Clingan, et al | Stephanie | 2:12-cv-03569 |
| Coats, et al | Bonnie | 2:14-cv-24016 |
| Cobb, et al | Marlene | 2:14-cv-07096 |
| Cochran | Jeanette G | 2:14-cv-07798 |
| Cockman, et al | Martha | 2:12-cv-05504 |
| Coffey | Edna | 2:14-cv-23096 |
| Cofiell | Bonni | 2:13-cv-00173 |
| Cole | Carey Beth | 2:12-cv-00483 |
| Cole | Eileen | 2:13-cv-22833 |
| Coleman | Angela | 2:12-cv-01267 |
| Collier | Ruth Margie | 2:14-cv-08713 |
| Colombel | Cecilia | 2:13-cv-26267 |
| Colombia | Katherine L | 2:14-cv-09542 |
| Compton | Beverly Jo | 2:14-cv-17990 |
| Conklin | Bernita | 2:13-cv-27446 |
| Conklin, et al | April | 2:13-cv-07018 |
| Conley | Tonya | 2:14-cv-07584 |
| Conley, et al | Peggy | 2:12-cv-06638 |
| Connell, et al | Deborah A | 2:13-cv-25348 |
| Conway, et al | Laurie | 2:14-cv-01420 |
| Cook | Michaelle K | 2:14-cv-08715 |
| Cornell | Susan Fran | 2:14-cv-07652 |
| Coronado, et al | Henrietta | 2:14-cv-04850 |
| Correll, et al | Donna | 2:12-cv-06215 |
| Coulter, et al | Rachel | 2:12-cv-04909 |
| Cox | Jamie | 2:13-cv-27482 |
| Cox, et al | Jacqueline D | 2:14-cv-08671 |
| Cox, et al | Laura | 2:12-cv-03808 |
| Cox, et al | Patricia | 2:12-cv-03036 |
| Crable | Nitavella | 2:14-cv-08672 |
| Craft | Paula | 2:13-cv-01197 |
| Crawford | Brenda | 2:13-cv-24938 |
| Creel | Sandra | 2:13-cv-06979 |
| Creel, et al | Inez | 2:12-cv-02950 |
| Cremar | Kellie | 2:14-cv-20730 |
| Cress, et al | Wilma | 2:12-cv-05512 |
| Cressey, et al | Lynn Marie Harrington | 2:13-cv-11890 |
| Crider | Anita | 2:13-cv-29069 |
| Crim, et al | Kathryn | 2:13-cv-25717 |
| Crisostomo, et al | Sheila Nillaga | 2:14-cv-16865 |
| Crockett | Deneice | 2:13-cv-00723 |
| Crook, et al | Sharon | 2:13-cv-07806 |
| Crosby, et al | Tina | 2:13-cv-04046 |

| Last Name | First Name | MDL# |
|---|---|---|
| Crumley, et al | Billie | 2:12-cv-07059 |
| Cruzado, et al | Brunilda | 2:13-cv-01994 |
| Culleton, et al | Tina | 2:13-cv-01357 |
| Cunningham | Sherrilene | 2:13-cv-25155 |
| Curl, et al | Susan | 2:13-cv-01956 |
| Curry, et al | Shana | 2:13-cv-03287 |
| Cutrer | Alexandrea | 2:13-cv-12303 |
| Czartoryski | Deborah | 2:12-cv-07933 |
| Daniel | Deborah | 2:14-cv-27883 |
| Daniels, et al | Mitzi | 2:13-cv-24939 |
| Danielson | Mary O | 2:13-cv-24600 |
| Dart, et al | Susan | 2:12-cv-06270 |
| Davis | Janice | 2:13-cv-27485 |
| Davis | Joyce Arlene | 2:12-cv-08907 |
| Davis | Patricia | 2:13-cv-23767 |
| Davis | Phyllis | 2:14-cv-07588 |
| Davis | Rhonda | 2:12-cv-09747 |
| Davis, et al | Shirley | 2:12-cv-03803 |
| Day | Revonne Wilma | 2:14-cv-07815 |
| Dearen, et al | Betty | 2:13-cv-01922 |
| Decker, et al | Andrea | 2:13-cv-08111 |
| Deeb | Christen | 2:13-cv-13840 |
| Del Valle, et al | Linda | 2:13-cv-17243 |
| Deleon | Amanda | 2:12-cv-00358 |
| Delgado, et al | Leticia | 2:13-cv-01517 |
| Dempsey | Wendy Joyce | 2:14-cv-07998 |
| Denise, et al | Jacqualine | 2:12-cv-03799 |
| Destefano-Raston, et al | Dina | 2:12-cv-01299 |
| Dever | Shirley | 2:14-cv-25096 |
| DeYoung, et al | Rickie | 2:13-cv-18785 |
| Dial | Carma | 2:13-cv-32502 |
| Diaz, et al | Patricia | 2:14-cv-00282 |
| Dice, et al | Denese | 2:13-cv-03184 |
| Dickman | Glenda | 2:13-cv-27490 |
| DiLiberti | Karen | 2:13-cv-27491 |
| Dill | Peggy | 2:14-cv-18535 |
| Dill | Rebecca | 2:13-cv-26535 |
| Dinwiddie | Rosie | 2:14-cv-23446 |
| Dixon, et al | Marylee | 2:13-cv-01596 |
| Dockter, et al | Susan Dianne | 2:13-cv-28979 |
| Dolceamore | Francis | 2:14-cv-07713 |
| Dottore, et al | Sandra | 2:13-cv-09896 |
| Dowell | Margaret | 2:14-cv-12983 |
| Doyle | Colleen | 2:13-cv-07876 |
| Dul | Marjorie | 2:14-cv-20725 |
| Duncan | Darlene | 2:12-cv-03804 |
| Duran | Rosemarie | 2:14-cv-07653 |
| Durbin | Betty M | 2:14-cv-07831 |
| Durham, et al | Katie | 2:14-cv-27931 |
| Durrah, et al | Robin | 2:14-cv-21849 |
| DuVall | Barbara J | 2:14-cv-08418 |
| Dykes | Barbara | 2:12-cv-00392 |
| Dylewski | Robin Lynn | 2:14-cv-07832 |
| Eadie, et al | Doreen | 2:12-cv-09330 |
| Eaker | Carol Y | 2:14-cv-07835 |
| Earegood | Joyce | 2:14-cv-15304 |
| Earnhardt | Amy | 2:14-cv-21742 |
| Edwards | Emma | 2:12-cv-08819 |
| Efseroff | Bryn | 2:14-cv-07722 |

| Last Name | First Name | MDL# |
|---|---|---|
| Eisen | Christine | 2:14-cv-22923 |
| Elder | Leslie | 2:12-cv-02987 |
| Elliott | Misty | 2:13-cv-23766 |
| Ellis | Donna Jean | 2:14-cv-08685 |
| Ellis | Jullian | 2:14-cv-27933 |
| Ellis | Teresa A | 2:14-cv-07238 |
| Elms, et al | Jo | 2:12-cv-03393 |
| Engel, et al | Kathryn | 2:13-cv-07983 |
| Englestead | Virginia | 2:13-cv-02918 |
| Enrietta, et al | Bobbette | 2:14-cv-01454 |
| Ericksen | Brenda | 2:14-cv-03564 |
| Ermold | Ruth | 2:12-cv-05137 |
| Escamilla, et al (deceased) | Eve | 2:13-cv-17871 |
| Estep | Eileen | 2:14-cv-03567 |
| Estrada | Erlinda Elaine | 2:14-cv-08745 |
| Evans | Beverly | 2:12-cv-01168 |
| Everett | Barbara | 2:14-cv-19808 |
| Everetts | Bonnie | 2:13-cv-32085 |
| Factor, et al | Irene | 2:13-cv-01364 |
| Falconer | Clorah | 2:12-cv-03809 |
| Farley, et al | Florita G | 2:13-cv-30610 |
| Faulconer, et al | Elizabeth | 2:12-cv-03516 |
| Faulkner, et al | Colleen | 2:13-cv-03186 |
| Feder | Linda | 2:14-cv-03581 |
| Feeley, et ak | Linda | 2:13-cv-03161 |
| Feidler, etal | Nancy | 2:12-cv-00540 |
| Fenner, et al | Rebecca | 2:12-cv-08406 |
| Ferguson | Teresa | 2:12-cv-01544 |
| Fernandez, et al | Elsie | 2:14-cv-28793 |
| Fields | Angela | 2:12-cv-04473 |
| Fields, et al | Betty | 2:12-cv-06825 |
| Finding | Lynne Maria | 2:13-cv-11855 |
| Finn | Carole | 2:13-cv-10362 |
| Fisk | Paula | 2:12-cv-00848 |
| Fitts | Billie | 2:14-cv-27932 |
| Flaherty, et al | Kim | 2:12-cv-09100 |
| Flaster, et al | Sheron | 2:14-cv-14271 |
| Flatt | Teresa | 2:14-cv-09027 |
| Fleckner | Sue Ellen | 2:14-cv-09413 |
| Flenniken | Evelyn | 2:12-cv-03436 |
| Flicek | Martha | 2:14-cv-18353 |
| Flores, et al | Rosey | 2:14-cv-03601 |
| Florio | Jessica | 2:13-cv-10664 |
| Flowers | Peggy Marie | 2:14-cv-08686 |
| Foley, et al | Tina | 2:14-cv-25101 |
| Fontenot | Selina | 2:14-cv-25055 |
| Forcum, et al | Gayla | 2:13-cv-22275 |
| Ford | Marilyn Ann | 2:14-cv-07841 |
| Ford, et al | Deborah | 2:12-cv-01486 |
| Forgey | Alecia | 2:13-cv-10645 |
| Forster, et al | Donna | 2:13-cv-28183 |
| Foster, et al | Alice | 2:13-cv-06679 |
| Fountain | Lynette | 2:14-cv-01470 |
| Fowler | Brenda Lee | 2:14-cv-08754 |
| Fox, et al | Cynthia | 2:12-cv-04755 |
| Francis | Debbie | 2:12-cv-03895 |
| Franco, et al | Faedra D. Castillo | 2:14-cv-10098 |
| Franklin | Susannah | 2:14-cv-22167 |
| Franklin | Teresa | 2:13-cv-29076 |

| Last Name | First Name | MDL# |
|---|---|---|
| Frazier, etal | Margaret | 2:12-cv-01731 |
| Frederiksen, et al | Nancy | 2:13-cv-27472 |
| Fresca | Diane | 2:13-cv-30306 |
| Friesen | Janet Foster | 2:14-cv-08448 |
| Fugate | Frances | 2:14-cv-19831 |
| Fuller | Elizabeth | 2:13-cv-26396 |
| Fuson, et al | Tammy | 2:12-cv-04295 |
| Gallagher | Sheila | 2:14-cv-21838 |
| Gallagher, et al | Sharon | 2:13-cv-11500 |
| Gallehugh, etal | Michelle | 2:12-cv-01838 |
| Galloway | Misty | 2:14-cv-23865 |
| Gammons | Beth Ann | 2:13-cv-07810 |
| Garcia | Cynthia Cruz | 2:14-cv-12135 |
| Garcia, et al | Elisa | 2:12-cv-04817 |
| Garcia, et al | Esther | 2:13-cv-17035 |
| Garcia, et al | Maricela (aka Maricela Sanchez) | 2:14-cv-19552 |
| Garner, et al | Stacy | 2:13-cv-03819 |
| Garris | Frances | 2:12-cv-07060 |
| Garrison | Cherrie | 2:12-cv-06390 |
| Garza | Juanita | 2:14-cv-09071 |
| Geary | Linda L | 2:14-cv-07293 |
| Georgilakis, et al | Teresa | 2:12-cv-00829 |
| Getter | Dianne | 2:13-cv-07222 |
| Gibbs | Vearl | 2:13-cv-01726 |
| Gibson | Wilma | 2:13-cv-10263 |
| Gibson, et al | Susan | 2:12-cv-01740 |
| Giddens | Pearline Faye | 2:14-cv-22577 |
| Giffen | Lorraine | 2:14-cv-22808 |
| Gifford | Erlene Marie | 2:14-cv-07461 |
| Gilbert, et al | Lynn | 2:14-cv-00754 |
| Gilkerson, et al | Deirdre | 2:14-cv-07971 |
| Gill | Brenda | 2:14-cv-22813 |
| Gillespie, et al | Laurie | 2:13-cv-00718 |
| Gillson, et al | Carolyn | 2:12-cv-07537 |
| Gillum | Dale | 2:13-cv-07054 |
| Gilmore, et al | Beverly J | 2:13-cv-11700 |
| Gilmore, et al | Margaret | 2:13-cv-27943 |
| Gipson, et al | Jennifer | 2:13-cv-03987 |
| Gladden | Carol | 2:12-cv-03915 |
| Glasner | Wanda | 2:14-cv-10846 |
| Godfrey | Charlotte | 2:12-cv-03721 |
| Godinho, et al | Julie | 2:14-cv-05757 |
| Godrich, et al | Margaret | 2:12-cv-03795 |
| Goggins, et al | Judy | 2:12-cv-04827 |
| Goins, et al | Vicki Jo | 2:13-cv-11570 |
| Goldberg, et al | Patricia | 2:13-cv-07905 |
| Golden, et al | Janet | 2:13-cv-07826 |
| Gomez | Rose | 2:12-cv-00344 |
| Gonzales | Sylvia | 2:13-cv-09112 |
| Gonzales, et al | Sally | 2:14-cv-00291 |
| Gonzalez, et al | Brandy | 2:13-cv-04844 |
| Goodwin, et al | Carrie | 2:12-cv-08150 |
| Goulder, et al | Shirley | 2:12-cv-03355 |
| Gove | Denise | 2:14-cv-24313 |
| Grace | Susan | 2:14-cv-21009 |
| Graham | Kimberly | 2:14-cv-01741 |
| Graham | Sara Elizabeth | 2:13-cv-28750 |
| Grammer | Karen | 2:13-cv-00670 |
| Grandy | Jody | 2:14-cv-20572 |

| Last Name | First Name | MDL# |
|---|---|---|
| Grant | Jan | 2:12-cv-03358 |
| Greene | Betty | 2:12-cv-00961 |
| Griffin | Nancy | 2:13-cv-17075 |
| Griffin | Sarah | 2:14-cv-22140 |
| Griffith | Tricia | 2:14-cv-22568 |
| Grimes | Susie | 2:13-cv-23765 |
| Grimm | Beverly | 2:13-cv-05073 |
| Grimm | Tina | 2:14-cv-19299 |
| Groeger | C. Diane | 2:14-cv-08720 |
| Grose | Shelley Lee | 2:14-cv-07988 |
| Guernsey, et al | Brenda | 2:13-cv-05995 |
| Guerrero, et al | Ines | 2:13-cv-00003 |
| Guieb | Lisa | 2:12-cv-06910 |
| Gunter, et al | Dorothy | 2:12-cv-00863 |
| Gunter, et al | Sheryl | 2:12-cv-04212 |
| Gurrola, et al | Klaudia | 2:13-cv-04826 |
| Gustin, et al | Linda | 2:13-cv-01488 |
| Guzman | Gloria Ann | 2:13-cv-28761 |
| Hacker | Michelle | 2:13-cv-17966 |
| Hackney, et al | Andra | 2:14-cv-10229 |
| Hadges | Dawna | 2:14-cv-21584 |
| Hailey | Sabrina | 2:13-cv-12955 |
| Hall | Linda | 2:14-cv-23232 |
| Hall | Linda | 2:14-cv-26674 |
| Hall | Lynda | 2:13-cv-01224 |
| Hall | Sandra P | 2:14-cv-08695 |
| Hall | Shellie A | 2:14-cv-07283 |
| Hall, et al | Rita | 2:12-cv-09519 |
| Hallenbeck | Kelly | 2:14-cv-25210 |
| Hamlin | Shelia | 2:14-cv-07655 |
| Hancock | Melanie | 2:13-cv-00073 |
| Hanna | Donna | 2:14-cv-26678 |
| Hanna | Wilma | 2:14-cv-23233 |
| Happ, et al | Kimberley Ann | 2:13-cv-09383 |
| Hardin, et al | Sherry | 2:13-cv-09515 |
| Hargrove | Charlotte | 2:12-cv-00352 |
| Harless | Kathleen | 2:14-cv-02272 |
| Harmon | Sandra | 2:14-cv-23237 |
| Harmon, et al | Camelia | 2:13-cv-07921 |
| Harris | Sabrina | 2:12-cv-07582 |
| Harris | Tina | 2:12-cv-03246 |
| Harrold | Laura | 2:13-cv-02710 |
| Harry | Tonya | 2:13-cv-02888 |
| Harshey | Paula | 2:12-cv-07298 |
| Hart | Patricia | 2:14-cv-21013 |
| Hartshorn | Helen | 2:14-cv-08008 |
| Harvey | Brenda | 2:12-cv-07930 |
| Hasha, et al | Susan | 2:14-cv-25107 |
| Hatcher | Janet Alma | 2:14-cv-08698 |
| Hathcock | Kelly | 2:13-cv-06337 |
| Hawkins, et al | Hallie | 2:12-cv-07321 |
| Hayes | Susan | 2:12-cv-00381 |
| Hays, et al | Brenda | 2:12-cv-01855 |
| Heard, et al | Dana L | 2:13-cv-30236 |
| Heath | Bonnie | 2:14-cv-26295 |
| Heck, et al | Bonnie | 2:13-cv-14501 |
| Hedinger | Sari Lynne | 2:14-cv-07435 |
| Hefley | Katherine | 2:14-cv-24315 |
| Heiberger | Tammera Kaye | 2:14-cv-08699 |
| Heidelberg, et al | Mearl | 2:14-cv-04150 |

| Last Name | First Name | MDL# |
|---|---|---|
| Heinzman, et al | Peggy | 2:14-cv-11345 |
| Hemeon | Kathy M | 2:14-cv-19318 |
| Henderson | Tammy Anita | 2:14-cv-08702 |
| Hendrix, et al | Mary | 2:12-cv-00595 |
| Hensley | Maudie N | 2:14-cv-08757 |
| Hernandez | Elizabeth | 2:14-cv-08704 |
| Hernandez | Tomasita | 2:13-cv-17092 |
| Hernly | Barbara Lee | 2:14-cv-08759 |
| Herron | Lurekia | 2:12-cv-08518 |
| Hess, et al | Wanda | 2:13-cv-27439 |
| Hester, et al | Kimberley | 2:13-cv-03733 |
| Hewitt, etal | Danielle | 2:13-cv-14690 |
| Higbee | Betty J | 2:14-cv-08454 |
| Higgins | Helen | 2:12-cv-06315 |
| Hill, et al | Bonnie | 2:14-cv-21610 |
| Hines, et al | Lynn | 2:12-cv-01331 |
| Hobbs, et al | Doris | 2:12-cv-04816 |
| Hoffman | Tinia | 2:14-cv-17808 |
| Holcomb, et al | Brenda | 2:13-cv-25776 |
| Holcomb, et al | Mia Michelle | 2:13-cv-01367 |
| Holland, et al | Valerie | 2:13-cv-03431 |
| Holloway | Madeline | 2:14-cv-24533 |
| Hollyfield, et al | Linette | 2:12-cv-09842 |
| Holsted | Darlene | 2:14-cv-19833 |
| Holt | Donna M | 2:14-cv-07298 |
| Holt | Willa | 2:14-cv-23238 |
| Honeycutt, etal | Sharon | 2:12-cv-01268 |
| Hood | Dreeanna | 2:14-cv-09177 |
| Hooper, et al | Nancy | 2:12-cv-00493 |
| Hooten | Leota | 2:12-cv-05392 |
| Hoover, et al | Melody | 2:13-cv-30237 |
| Hopkins | Terrie | 2:14-cv-19835 |
| Houk | Vicki | 2:12-cv-06490 |
| Houston, et al | Minnie | 2:13-cv-19950 |
| Howard | Cynthia | 2:14-cv-04157 |
| Howard | Sandra Kay | 2:14-cv-08461 |
| Howard, et al | Annie M | 2:14-cv-08707 |
| Howell | Anna | 2:13-cv-19918 |
| Howell | Brenda | 2:14-cv-18536 |
| Howell | Santa | 2:12-cv-02182 |
| Hubbard, et al | Angela | 2:14-cv-10582 |
| Hubert, et al | Vickie | 2:13-cv-23764 |
| Hudson | Susan A | 2:14-cv-08072 |
| Hudson, et al | Mary | 2:13-cv-23268 |
| Huggins | Kelly | 2:13-cv-13127 |
| Huggins | Willodean | 2:14-cv-31259 |
| Hughes, et al | Jane | 2:12-cv-07302 |
| Hughes, et al | Leesa | 2:13-cv-19491 |
| Hunter | Joyce | 2:14-cv-24317 |
| Hunter | Willie Mae | 2:14-cv-08016 |
| Huss | Hedy-Jo | 2:14-cv-22894 |
| Hutchings | Tina | 2:14-cv-19837 |
| Hyder, et al | Sandra | 2:13-cv-24943 |
| Inglis | Tamra Kay | 2:14-cv-07366 |
| Irvin | Alice | 2:14-cv-16534 |
| Irvin | Cherie | 2:12-cv-07730 |
| Isbell | Geri | 2:13-cv-34045 |
| Ishmael, et al | Lisa | 2:12-cv-07409 |
| Ivy | Melissa | 2:13-cv-28532 |
| Jackson | Jennifer | 2:13-cv-27381 |

| Last Name | First Name | MDL# |
|---|---|---|
| Jacky | Erin | 2:13-cv-02198 |
| Jacobs | Vickie | 2:14-cv-23240 |
| Jaeger, et al | Amy | 2:14-cv-07898 |
| Jagow | Ann | 2:13-cv-05617 |
| Jannusch | Lorraine E | 2:14-cv-08017 |
| Jarachovic | Olga H | 2:13-cv-24606 |
| Jenkins | Cindy | 2:14-cv-04199 |
| Jenkins | Linda | 2:14-cv-04201 |
| Jeran, et al | Meryl | 2:12-cv-09493 |
| Jerrome, et al | Jacqueline | 2:13-cv-14897 |
| Jester | Myra Nell | 2:14-cv-08870 |
| Jewett, et al | Judith | 2:14-cv-11690 |
| Jimenez, et al | Rosino | 2:13-cv-24351 |
| Jimperson | LaVerne | 2:13-cv-28536 |
| Johnson | Debbie | 2:13-cv-03537 |
| Johnson | Debra | 2:12-cv-08023 |
| Johnson | Dorothy | 2:14-cv-25797 |
| Johnson | Gloria | 2:14-cv-21601 |
| Johnson | Pamela | 2:12-cv-00456 |
| Johnson | Therese | 2:13-cv-03295 |
| Johnson, et al | Linda | 2:13-cv-04764 |
| Johnson, et al | Shirley | 2:14-cv-04207 |
| Johnson, et al | Victoria | 2:13-cv-11153 |
| Jones | Barbara Ann | 2:13-cv-29330 |
| Jones | Cecile Y | 2:14-cv-07899 |
| Jones | Lorry | 2:14-cv-22920 |
| Jones | Mary Louise | 2:12-cv-08693 |
| Jones | Maureen Frances | 2:14-cv-07669 |
| Jones | Michelle | 2:14-cv-19838 |
| Jones | Rita | 2:13-cv-24446 |
| Jones, et al | Diann Lynn | 2:14-cv-17104 |
| Joost, et al | Carla | 2:12-cv-03360 |
| Joseph | Oralee | 2:13-cv-31598 |
| Joyner | Linda D | 2:14-cv-08022 |
| Juarez | Peggy | 2:12-cv-00881 |
| Julian | Pamela | 2:12-cv-04956 |
| Karol, et al | Laura J | 2:13-cv-06631 |
| Kaster, et al | Lori | 2:13-cv-04990 |
| Kauffin | Alea | 2:14-cv-14686 |
| Keepers, et al | Dixie | 2:13-cv-02205 |
| Kell | Virginia | 2:12-cv-03902 |
| Keller | Suzanne | 2:14-cv-25212 |
| Keller, et al | Christine | 2:13-cv-24942 |
| Kemp | Melissa | 2:14-cv-27934 |
| Kennedy | Laura | 2:14-cv-25097 |
| Kern | Georgia | 2:14-cv-22607 |
| Kersey, et al | Carey | 2:13-cv-27735 |
| Khan, et al | Naheed | 2:13-cv-33460 |
| Kilpatrick, et al | Shirley | 2:13-cv-07322 |
| Kinard | Carol | 2:13-cv-28537 |
| Kinlaw | Kimberly Evelyn | 2:14-cv-08080 |
| Kinsey | Kathryn | 2:14-cv-07902 |
| Kitchings, et al | Evelyn | 2:12-cv-00889 |
| Kitts | Mary Ruth | 2:12-cv-03916 |
| Knapp | Terri | 2:14-cv-13976 |
| Komovic, et al | Debbie Ann | 2:13-cv-11190 |
| Koontz | Diane | 2:14-cv-07904 |
| Koth, et al | Linda | 2:12-cv-09820 |
| Kraska | Lauren | 2:14-cv-23500 |
| Krauser, et al | Debra | 2:12-cv-03140 |

| Last Name | First Name | MDL# |
| --- | --- | --- |
| Kresta | Lynda | 2:14-cv-03797 |
| Kriz, et al | Paula | 2:12-cv-00938 |
| Krukow, et al | Sandra | 2:13-cv-06415 |
| Kubera, et al | Judith | 2:13-cv-21358 |
| Kuhnwald | Christine | 2:14-cv-19842 |
| Kuyper, et al | Kristen | 2:13-cv-12672 |
| Kyzer, et al | Elnora | 2:12-cv-04251 |
| Laborine, et al | Bonnie | 2:14-cv-03344 |
| LaCroix | Michelle | 2:14-cv-21606 |
| Lager | Kimberly | 2:12-cv-01305 |
| Lambert | Lynne | 2:13-cv-26043 |
| Lambert, et al | Amy | 2:12-cv-04226 |
| Landeche, et al | Mary Alice | 2:12-cv-07962 |
| Landegger | Barbara | 2:14-cv-19844 |
| Landmesser, et al | Sherry | 2:13-cv-15934 |
| Landosky | Tina | 2:14-cv-21738 |
| Lang, et al | Sally | 2:13-cv-30822 |
| Langlet | Kathy | 2:13-cv-29484 |
| Lanham | Carol | 2:14-cv-04281 |
| Larrabee | Nina | 2:13-cv-28539 |
| Larrison | Tammie A | 2:14-cv-08086 |
| Larsen | Caroline | 2:14-cv-24698 |
| Larsen | Pearle | 2:14-cv-28082 |
| Laster | Etiole | 2:12-cv-05455 |
| Laurent | Vickie | 2:14-cv-21743 |
| Lavan, et al | Stefanie | 2:14-cv-13878 |
| Law | Carrie | 2:13-cv-17032 |
| Lawson | Lisa | 2:14-cv-07908 |
| Leckson | Teresia | 2:13-cv-12209 |
| Ledbetter | Kelli | 2:13-cv-00758 |
| Lee | Alfreda | 2:12-cv-01013 |
| Lee | Ethel | 2:13-cv-23074 |
| Leehy | Donna | 2:12-cv-08582 |
| Lees | Lois Myra | 2:14-cv-08881 |
| Leiphart, et al | Marilyn | 2:13-cv-17056 |
| Lemmons | Angela | 2:13-cv-12706 |
| Lemons | Robin | 2:14-cv-19580 |
| Lenard | Karlena | 2:12-cv-07684 |
| Lenegan | Theresa | 2:14-cv-19846 |
| Levesque | Marliese | 2:14-cv-09912 |
| Levy | Jenelle | 2:14-cv-24319 |
| Lewis | Joann W | 2:14-cv-08765 |
| Lewis | Naomi | 2:13-cv-17636 |
| Lewis | Sharon | 2:14-cv-19847 |
| Lewis | Tracie | 2:14-cv-23178 |
| Leyman | Karen | 2:14-cv-23095 |
| Liberty | Lindsey | 2:14-cv-07910 |
| Lichter, et al | Theresa | 2:13-cv-19837 |
| Liebel | Christina | 2:14-cv-07911 |
| Lind | Nancy | 2:13-cv-17073 |
| Livery | Alvina | 2:14-cv-24140 |
| Livingston | Angela | 2:14-cv-22904 |
| Locke, et al | Kathy | 2:14-cv-00478 |
| Logston, et al | Dedra | 2:13-cv-04905 |
| Lopez | Milagros | 2:14-cv-17884 |
| Los | Shelly | 2:14-cv-18282 |
| Lotz | Barbara Jean | 2:13-cv-16634 |
| Lowe | Mary | 2:12-cv-05826 |
| Lowther | Donna | 2:13-cv-28540 |
| Lucas | Barbara | 2:12-cv-00515 |

| Last Name | First Name | MDL# |
|---|---|---|
| Lucero | Pamela | 2:14-cv-25214 |
| Ludeker, et al | Madeline | 2:13-cv-04960 |
| Luebke | Roxan | 2:14-cv-19849 |
| Macias | Sara | 2:13-cv-14865 |
| Mackey | Rochelle | 2:12-cv-04395 |
| Majzel, et al | Nina | 2:13-cv-05132 |
| Maldonado | Lydia | 2:13-cv-29803 |
| Maler, et al | Brigitte | 2:12-cv-09212 |
| Malone | Sherri | 2:14-cv-23243 |
| Malone, et al | Sharon | 2:13-cv-15291 |
| Mansour, et al | Marilyn | 2:13-cv-03747 |
| Manzione | Sandra | 2:13-cv-22588 |
| Marchand, et al | Gladys Castro | 2:14-cv-02474 |
| Marcus, et al | Pamela | 2:13-cv-09303 |
| Marin | Martha O | 2:13-cv-29764 |
| Marks | Tracy | 2:13-cv-13882 |
| Marshall | Teresa | 2:14-cv-20942 |
| Marshall, et al | Sandra | 2:13-cv-26433 |
| Marten, et al | Barbara | 2:14-cv-27930 |
| Martin | Mary K | 2:14-cv-03421 |
| Martin | Phyllis | 2:12-cv-02029 |
| Martin | Sherrise | 2:14-cv-09949 |
| Martin, et al | Sherry | 2:13-cv-12625 |
| Martinez | Erminia | 2:14-cv-07915 |
| Martinez, et al | Martha | 2:13-cv-02147 |
| Martinez, et al | Silvia | 2:13-cv-10310 |
| Masalkowski | Michelle | 2:14-cv-21624 |
| Mason | Patricia | 2:13-cv-07527 |
| Masser, et al | Linda | 2:14-cv-08174 |
| Massey | Vicky | 2:12-cv-07801 |
| Mather, et al | Julie | 2:13-cv-01087 |
| Mathews | Holly T | 2:14-cv-09439 |
| Matthews, et al | Anita | 2:14-cv-14691 |
| Matts | Vicki | 2:14-cv-21034 |
| May | Leone O | 2:14-cv-08885 |
| May, et al | Susan | 2:13-cv-03918 |
| Mays | Robyn L | 2:14-cv-16130 |
| Mays, et al | Christine | 2:13-cv-22317 |
| Mazzagatti | Mary | 2:14-cv-03426 |
| McAdams | Katherine | 2:14-cv-21010 |
| McCann | Marlene | 2:12-cv-02139 |
| McCart, et al | Terri | 2:13-cv-17120 |
| McClain | Sharon | 2:14-cv-19850 |
| McCleary | Tina | 2:14-cv-08105 |
| McClure | Sherri | 2:13-cv-28068 |
| McCoy | Barbara W. | 2:13-cv-04004 |
| McCoy | Edna M | 2:14-cv-08475 |
| McCoy, et al | Ruth | 2:13-cv-06035 |
| McCracken | Debra | 2:12-cv-01537 |
| McDaniel, et al | Kathryn | 2:12-cv-03831 |
| McDaniel, et al | Nancy | 2:12-cv-04978 |
| McEvoy | Karen Lea | 2:14-cv-08167 |
| McFarland | Faerene | 2:13-cv-17054 |
| McGee, et al | Tina Marie | 2:13-cv-08123 |
| McIntosh, et al | Mary | 2:13-cv-02654 |
| McKee, et al | Sheila | 2:13-cv-05937 |
| McKeen | Karen | 2:13-cv-13392 |
| McKibbin, et al | Debra | 2:13-cv-32437 |
| McKown | Katie | 2:14-cv-07916 |
| McLeod, et al | Ahedar | 2:13-cv-16172 |

| Last Name | First Name | MDL# |
|---|---|---|
| McManus, et al | Grace | 2:13-cv-05350 |
| McNabb | Peggy | 2:12-cv-02483 |
| McNay | Emma | 2:13-cv-29807 |
| McReynolds | Bernadine | 2:14-cv-12885 |
| Medlen | Julie Lee | 2:14-cv-08124 |
| Mendoza | Beverly | 2:13-cv-16195 |
| Mendoza | Maria L | 2:14-cv-08845 |
| Mercer | Rebecca | 2:13-cv-04889 |
| Merkel | Rebecca | 2:14-cv-22772 |
| Mesa | Evangalena | 2:14-cv-12706 |
| Mesey | Katie | 2:14-cv-24322 |
| Messick, et al | Linda | 2:12-cv-04757 |
| Mettling | Molly | 2:14-cv-20768 |
| Metzner | Frances | 2:14-cv-23899 |
| Meyer | Donna Joanne | 2:14-cv-08810 |
| Meza | Amanda | 2:14-cv-26981 |
| Michael | Connie | 2:13-cv-32542 |
| Michalski | Janice | 2:14-cv-14431 |
| Middlebrook | Polly | 2:12-cv-00396 |
| Milan | Terri | 2:12-cv-02479 |
| Miles | Susan | 2:13-cv-28542 |
| Miller | Donna | 2:14-cv-08145 |
| Miller | Jean | 2:12-cv-09881 |
| Miller | Kristi Elaine | 2:14-cv-08116 |
| Miller | Linda | 2:13-cv-04379 |
| Miller | Mary | 2:14-cv-20033 |
| Miller | Pauline Maxine Nash | 2:14-cv-08848 |
| Miller, et al | Mary | 2:13-cv-24954 |
| Miller, et al | Yvonne | 2:12-cv-06397 |
| Mims, et al | Karen | 2:12-cv-06131 |
| Miner | Kathryn | 2:14-cv-23358 |
| Mistick, et al | Irene | 2:13-cv-01321 |
| Mogis, et al | Joanne Barbara Martin | 2:14-cv-08775 |
| Moody | Abbe | 2:14-cv-04374 |
| Moore | Cathy | 2:14-cv-18291 |
| Moore | Judy | 2:13-cv-11729 |
| Moore, et al | Deborah | 2:13-cv-05460 |
| Moreno, et al | Barbara | 2:13-cv-17138 |
| Morgan | Amy | 2:13-cv-08443 |
| Morphy | Zoe | 2:13-cv-24360 |
| Morris | Patricia Lynn | 2:13-cv-01235 |
| Morris, et al | Cindy | 2:13-cv-04021 |
| Morris, et al | Patricia | 2:14-cv-02378 |
| Morris, et al | Rebecca | 2:12-cv-08653 |
| Mortimer | Victoria Lyn | 2:13-cv-03046 |
| Morton | Sherrie | 2:14-cv-06366 |
| Moustapha, et al | Linda | 2:13-cv-24145 |
| Mudd | Alice Pearline | 2:14-cv-08161 |
| Mueller, et al | Tamera | 2:13-cv-01490 |
| Mullins | Carol D | 2:14-cv-08164 |
| Mullins, et al | Bobbi | 2:13-cv-02695 |
| Mullins, et al | Gwendolyn S | 2:13-cv-31100 |
| Munjone | Kathleen Marie | 2:14-cv-10810 |
| Muskey | Alice | 2:14-cv-07919 |
| Myers | Adrienne | 2:13-cv-28544 |
| Myers | Lorena | 2:13-cv-10715 |
| Napier, et al | Dorothy | 2:14-cv-10438 |
| Nave | Maria | 2:13-cv-22325 |

| Last Name | First Name | MDL# |
|---|---|---|
| Neathery | Cindy | 2:12-cv-03477 |
| Nelson | Charlotte | 2:14-cv-19852 |
| Newbauer | Lynn | 2:14-cv-25113 |
| Newell | Charlene | 2:13-cv-09520 |
| Newell | Nickie | 2:14-cv-10750 |
| Nguyen, et al | Thuy | 2:13-cv-31263 |
| Nicewanger | Heather | 2:14-cv-25215 |
| Nichols | Angela Juanita | 2:14-cv-08191 |
| Nichols | Linda | 2:14-cv-24325 |
| Nichols | Starla | 2:13-cv-28547 |
| Niekamp | Joyce | 2:14-cv-07679 |
| Nihan, et al | Eileen | 2:13-cv-02895 |
| Nix | Cynthia | 2:12-cv-01278 |
| Nix, et al | Lavalle | 2:13-cv-26666 |
| Noack | Delena | 2:13-cv-03314 |
| Noles, et al | Sherrie | 2:12-cv-04551 |
| Noon | Kathy | 2:13-cv-28548 |
| Norris | Susan | 2:13-cv-02157 |
| Norris | Teresa | 2:14-cv-00824 |
| Northcutt | Margot Mercer | 2:14-cv-08897 |
| Norwood | Catherine M | 2:14-cv-15754 |
| Nunez | Sylvia | 2:13-cv-00533 |
| Nunnery | Samantha | 2:14-cv-22927 |
| Oder | Carla D | 2:14-cv-08898 |
| Odom, et al | Julie | 2:14-cv-02794 |
| O'Donnell | Victoria | 2:14-cv-14717 |
| Olson | Penni A | 2:14-cv-08850 |
| Olson | Wendi | 2:12-cv-09926 |
| Orange | Cecille | 2:14-cv-19423 |
| Osborn | Emily | 2:13-cv-29499 |
| Osewski, et al | Janice | 2:13-cv-15944 |
| O'Shea | Elizabeth Tully | 2:14-cv-12789 |
| Owens | Maria | 2:14-cv-07686 |
| Padilla, etal | Noemi | 2:12-cv-00567 |
| Pafford | Jamie | 2:14-cv-08900 |
| Pagan | Lourdes | 2:14-cv-18491 |
| Palmer | Sharon | 2:13-cv-29928 |
| Parker | Dianne | 2:14-cv-04041 |
| Parker | Lois | 2:14-cv-22555 |
| Partee, et al | Brenda | 2:13-cv-07093 |
| Pashenee, et al | Lisa | 2:14-cv-09898 |
| Patterson | Joyce | 2:12-cv-05866 |
| Patterson | Miranda | 2:12-cv-00481 |
| Patterson, et al | Kerri | 2:13-cv-07094 |
| Pattison | Frieda | 2:12-cv-05005 |
| Patton, et al | Debbie | 2:13-cv-12355 |
| Payne | Anissa Lynn | 2:13-cv-12263 |
| Payton | Brenda | 2:13-cv-04716 |
| Pedraza | Cleotilde | 2:14-cv-26884 |
| Peloquin, et al | Rhoda | 2:13-cv-08180 |
| Peltier | Terrie | 2:12-cv-03519 |
| Pelton | Shirley | 2:12-cv-00860 |
| Pendleton | Marilyn | 2:12-cv-09834 |
| Perciballi, et al | Alexandra | 2:13-cv-08053 |
| Perkins | Rebecca Jean | 2:14-cv-16135 |
| Perkins | Shirley | 2:13-cv-28550 |
| Person | Shana | 2:13-cv-09305 |
| Pesaresi | Sondra | 2:12-cv-09809 |
| Peters | Wendy Y | 2:14-cv-08777 |
| Petrilli | Lynda | 2:14-cv-19698 |

| Last Name | First Name | MDL# |
|---|---|---|
| Pettit, et al | Kathryn | 2:14-cv-28287 |
| Petty, et al | Peggy | 2:12-cv-04214 |
| Pfahl | Kathleen | 2:13-cv-29879 |
| Pfeffer, et al | Juliane | 2:13-cv-05105 |
| Phillips | Brenda | 2:13-cv-10555 |
| Phillips | Denise | 2:14-cv-08905 |
| Phillips, et al | Kimberly | 2:13-cv-05832 |
| Picou | Esther | 2:12-cv-06403 |
| Pierce | Deborah | 2:14-cv-07687 |
| Pierson | Juanita M | 2:14-cv-08778 |
| Pillow | Tajuana | 2:14-cv-02351 |
| Pineau | Kyna | 2:14-cv-07921 |
| Pitts | Betty | 2:13-cv-08181 |
| Plunkett, et al | Kimberly | 2:12-cv-04055 |
| Poland | Nyla | 2:12-cv-04659 |
| Polly | Margaret | 2:12-cv-02979 |
| Polumbus | Toni | 2:14-cv-25217 |
| Pope | Janie | 2:14-cv-00644 |
| Potteorff | Lisa Marie | 2:14-cv-07463 |
| Potter | Thelma | 2:14-cv-04468 |
| Potter, et al | Denise S | 2:13-cv-29029 |
| Powell | Eunice | 2:13-cv-02227 |
| Powell, et al | Doreen | 2:13-cv-07025 |
| Powell, et al | Vickey | 2:13-cv-08763 |
| Powers, et al | Teresa | 2:14-cv-11348 |
| Pratt | Patty | 2:12-cv-03279 |
| Pratt | Rebekah Bartlett | 2:12-cv-01273 |
| Pratt | Wanda | 2:13-cv-26814 |
| Prentice | Virginia | 2:14-cv-07930 |
| Presley, et al | Dorothy | 2:13-cv-14996 |
| Price | Charly | 2:14-cv-10131 |
| Pryor, et al | Paula | 2:13-cv-03317 |
| Putnam | Renee | 2:13-cv-29865 |
| Radachy, et al | Judy | 2:14-cv-07931 |
| Rader, et al | Sharon | 2:13-cv-02370 |
| Ragusa | Mary Jo | 2:12-cv-04272 |
| Rainer, et al | Mary | 2:13-cv-01386 |
| Raines | Myra | 2:12-cv-01735 |
| Rainford | Sandra | 2:13-cv-29030 |
| Rambo | Sharon | 2:14-cv-22069 |
| Ramos | Zury | 2:12-cv-09964 |
| Ramsey | Tamara | 2:13-cv-03386 |
| Ramsey, et al | Sheri | 2:13-cv-11201 |
| Ratcliff, et al | Laura | 2:13-cv-01486 |
| Ratliff | Betty | 2:14-cv-22916 |
| Ratliff, et al | Connie | 2:12-cv-04383 |
| Ray, et al | Rhonda | 2:13-cv-11651 |
| Rayburn | Janet | 2:14-cv-07933 |
| Recotta, et al | Brenda Sticker | 2:14-cv-16295 |
| Reder | Mary | 2:12-cv-05832 |
| Reed | Debra | 2:12-cv-03325 |
| Reed | Marsha | 2:13-cv-29034 |
| Reed, et al | Denise | 2:13-cv-12358 |
| Reed, et al | Marilyn | 2:13-cv-07188 |
| Reedy | Joanne | 2:13-cv-08435 |
| Regan | Shirley | 2:14-cv-08330 |
| Remington | Beverly | 2:13-cv-29036 |
| Remo | Venessa | 2:13-cv-28209 |
| Renfro, et al | Deborah | 2:13-cv-16620 |
| Reyes | Jennifer K | 2:14-cv-08855 |

| Last Name | First Name | MDL# |
|---|---|---|
| Rhen | Arlene | 2:14-cv-07934 |
| Rhoads | Marjorie | 2:12-cv-04243 |
| Rhodes, etal | Rebecca | 2:12-cv-01736 |
| Rhome | Melisha | 2:13-cv-32042 |
| Rich | Terry | 2:13-cv-00219 |
| Richards, et al | Susan Angell | 2:13-cv-13525 |
| Richardson | Ardis | 2:14-cv-23247 |
| Richey, et al | Dana Atkinson | 2:13-cv-09832 |
| Riegert | Debra | 2:12-cv-04287 |
| Rindler, et al | Michelle | 2:12-cv-09461 |
| Rios | Celia | 2:14-cv-04474 |
| Rittmeyer, et al | Jessica | 2:13-cv-31018 |
| Roach | Margaret | 2:13-cv-19931 |
| Roath | Amata | 2:12-cv-05841 |
| Roberts | Cynthia | 2:14-cv-24328 |
| Roberts | Laura | 2:13-cv-06888 |
| Rodarte | Sharon | 2:13-cv-17079 |
| Rodgers | Nancy | 2:14-cv-24342 |
| Roe | Athena A | 2:14-cv-08820 |
| Roger | Samantha | |
| Rogers | Caryn Jean | 2:14-cv-08780 |
| Rogers | Geraldine | 2:13-cv-26276 |
| Rose | Carolyn | 2:14-cv-19855 |
| Ross | Nancy | 2:13-cv-15413 |
| Ross, et al | Suzanne | 2:13-cv-09522 |
| Ruiz | Luz | 2:13-cv-31930 |
| Russell | Joyce | 2:14-cv-24331 |
| Russell | Judy Marie | 2:14-cv-07691 |
| Russell | Lisa | 2:12-cv-02879 |
| Rutherford | Lola | 2:13-cv-29906 |
| Ryan | Linda | 2:12-cv-00322 |
| Saft, et al | Rebecca | 2:13-cv-03202 |
| Sanchez | Jacqueline | 2:13-cv-02146 |
| Sanchez | Tania | 2:13-cv-12595 |
| Sanchez, et al | Samantha | 2:13-cv-00986 |
| Sander | Cynthia | 2:14-cv-07937 |
| Sanders | Carolyn | 2:14-cv-22792 |
| Sanders | Henrietta | 2:13-cv-29911 |
| Sargent | Marlene | 2:14-cv-18839 |
| Sargentelli | Elizabeth | 2:13-cv-02150 |
| Satterfield | Lisa | 2:13-cv-29037 |
| Satterwhite | Susan | 2:13-cv-29914 |
| Saulnier | Marion | 2:13-cv-04058 |
| Sawyer | Angela Harville | 2:14-cv-08199 |
| Scarberry | Rose | 2:14-cv-23183 |
| Schaefer | Sheila D | 2:14-cv-07302 |
| Schieda | Deborah | 2:14-cv-23094 |
| Schmid | Nancy | 2:13-cv-02329 |
| Schneider, et al | Kathy | 2:13-cv-32536 |
| Schrall, et al | Christine | 2:13-cv-18189 |
| Schreiner, et al | Carla J | 2:14-cv-00169 |
| Schroeder | Donna Becco | 2:14-cv-08413 |
| Schulke | Cindi | 2:13-cv-00150 |
| Scimemi | Sandra | 2:13-cv-29040 |
| Scott | Tammy | 2:14-cv-22929 |
| Scotto, et al | Natalie | 2:13-cv-17970 |
| Seese, et al | Stephanie L | 2:14-cv-08383 |
| Seidel | Donna | 2:14-cv-23449 |
| Sexton, et al | Mary | 2:14-cv-05733 |
| Shaffer | Molly | 2:12-cv-08639 |

| Last Name | First Name | MDL# |
|---|---|---|
| Shaw, et al | Donna | 2:13-cv-01485 |
| Shebesta | Rebecca E | 2:14-cv-08386 |
| Shepard | Laura L | 2:13-cv-18549 |
| Shepherd | Freda | 2:13-cv-02212 |
| Sherer | Constance | 2:14-cv-04901 |
| Sherfield | Carolyn | 2:14-cv-22825 |
| Sherman | Jenna | 2:13-cv-01565 |
| Shifflett, et al | Kathy | 2:13-cv-24146 |
| Shoots, et al | Laura | 2:13-cv-03180 |
| Short, et al | Sheila | 2:13-cv-08426 |
| Shotts | Cheryl Carter | 2:13-cv-03285 |
| Shoulders | Diana | 2:14-cv-24391 |
| Shugart, et al | Rebecca | 2:14-cv-27899 |
| Sills | Eileen | 2:13-cv-17481 |
| Simmons | Leona | 2:14-cv-08911 |
| Simmons | Phyllis | 2:13-cv-17125 |
| Simon | Marilyn | 2:14-cv-22642 |
| Simons | Carrie | 2:14-cv-27368 |
| Slanec | Joan | 2:14-cv-09142 |
| Slater | Mary E | 2:14-cv-07601 |
| Smith | Bonnie | 2:14-cv-15535 |
| Smith | Debra | 2:13-cv-08632 |
| Smith | Emma | 2:14-cv-08591 |
| Smith | Linda | 2:13-cv-27714 |
| Smith | Margaret Ann | 2:14-cv-07479 |
| Smith | Sandra D. | 2:14-cv-07602 |
| Smith, et al | Patsie | 2:13-cv-15943 |
| Smith, et al | Susan | 2:12-cv-09839 |
| Snell | Angel | 2:14-cv-28051 |
| Snelling | Doreen | 2:14-cv-22798 |
| Snipes | Celia | 2:14-cv-21344 |
| Snoddy, et al | Donna | 2:12-cv-02803 |
| Snyder | Cindy | 2:13-cv-07821 |
| Sobie, et al | Pamela | 2:12-cv-04789 |
| Southard | Sandee | 2:14-cv-21330 |
| Sprague, et al | Barbara | 2:14-cv-05276 |
| Staines | Adela | 2:14-cv-17850 |
| Stanfield, et al | Teresa | 2:13-cv-00601 |
| Stangeland, et al | Vickie | 2:12-cv-08821 |
| Steelman | Stephanie | 2:14-cv-23361 |
| Stephens, et al | Carol | 2:14-cv-00049 |
| Stevens | Loretta | 2:13-cv-29918 |
| Stewart | Goldie | 2:13-cv-29042 |
| Still | Wanda | 2:13-cv-09528 |
| Stokovich | Brenda | 2:14-cv-25325 |
| Stoltman | Lorraine | 2:14-cv-00217 |
| Strobel | Janet | 2:14-cv-04550 |
| Stuart, et al | Geraldine | 2:13-cv-07198 |
| Styles, et al | Dixie | 2:12-cv-06565 |
| Suarez | Arlie | 2:13-cv-10256 |
| Suddeth | Tammy Jo | 2:14-cv-07305 |
| Suddreth, et al | Shirley | 2:13-cv-27394 |
| Sullivan | Florence | 2:14-cv-14456 |
| Sullivan | Karen | 2:14-cv-24337 |
| Sullivan | Sandra | 2:14-cv-19859 |
| Sutton, et al | Marcia | 2:13-cv-08964 |
| Swinford | Lora | 2:14-cv-04551 |
| Sypek | June J | 2:14-cv-08831 |
| Tate, et al | Jennifer | 2:14-cv-05325 |
| Tate, et al | Wendy | 2:13-cv-03745 |

| Last Name | First Name | MDL# |
|---|---|---|
| Taylor | Joan | 2:13-cv-34019 |
| Taylor | Margaret A | 2:14-cv-19327 |
| Taylor, et al | Debbie | 2:14-cv-14736 |
| Taylor, et al | Dorian V | 2:14-cv-20902 |
| Theisen | Carla | 2:13-cv-12635 |
| Thomas | Carol Sue | 2:14-cv-07487 |
| Thomas | Darlene | 2:13-cv-29044 |
| Thomas | Karen | 2:14-cv-19860 |
| Thomas | Ksandra | 2:14-cv-04556 |
| Thomas | Velma | 2:13-cv-05698 |
| Thomas, et al | Elizabeth | 2:13-cv-17127 |
| Thompson | Christina | 2:14-cv-21323 |
| Thompson | Joy B | 2:13-cv-14242 |
| Thompson | Linda | 2:14-cv-27963 |
| Thompson | Tanya | 2:13-cv-11351 |
| Thompson, et al | Melba | 2:14-cv-16900 |
| Thorpe | Tina | 2:12-cv-04822 |
| Thue | Sharon | 2:14-cv-08916 |
| Thurmond | Yvonne | 2:14-cv-23362 |
| Tiffany | Nicki | 2:14-cv-21833 |
| Tinkle, et al | Doris | 2:13-cv-04027 |
| Tolisano | Jennifer | 2:13-cv-05446 |
| Tomten, et al | Tammi | 2:14-cv-10869 |
| Torres | Maria | 2:12-cv-03392 |
| Torres, et al | Maria | 2:13-cv-10956 |
| Touhey | Jeanne | 2:14-cv-21322 |
| Travis, et al | Samantha | 2:13-cv-18200 |
| Tregellas | Misty | 2:14-cv-07488 |
| Trent | Darlene Starr | 2:14-cv-08303 |
| Trepkowski | Gloria | 2:14-cv-19125 |
| Trimble | Jill | 2:14-cv-19863 |
| Trosclair | Roberta | 2:14-cv-21335 |
| Trujillo | Jennifer | 2:14-cv-21339 |
| Tungate, et al | Diane | 2:13-cv-12850 |
| Turner | Erma | 2:14-cv-23363 |
| Unger | Susan | 2:14-cv-26954 |
| Urban | Beverly | 2:14-cv-26511 |
| Valencia | Jasmine | 2:12-cv-05475 |
| Van Diest, et al | Rosario | 2:14-cv-08134 |
| Van Wyck | Helen | 2:12-cv-02374 |
| Vanaskey | Leslie | 2:14-cv-28326 |
| Vanklaveren | Bonnie | 2:13-cv-08160 |
| Vannorsdall, et al | Kari | 2:14-cv-05286 |
| Varela | Gina | 2:14-cv-18485 |
| Varisco, et al | Mary B. | 2:12-cv-06688 |
| Varney | Shirley | 2:13-cv-11026 |
| Velic, et al | Mevla | 2:13-cv-16348 |
| Vendur, et al | Nancy | 2:14-cv-12019 |
| Veselenak, et al | Sarah | 2:13-cv-10177 |
| Viau | Eileen | 2:13-cv-14684 |
| Vinar | Kimberly | 2:12-cv-08673 |
| Voigt | Fleta | 2:14-cv-08305 |
| Vorbach | Dora | 2:14-cv-23451 |
| Vosper, et al | Barbara | 2:14-cv-03449 |
| Wade | Judy Charlotte | 2:14-cv-08862 |
| Wagner | Kathleen | 2:12-cv-06629 |
| Wagner | Lillian | 2:13-cv-09141 |
| Wagner, et al | Wanda | 2:13-cv-09798 |
| Wagoner, et al | Rosemary | 2:12-cv-06871 |
| Walker | Donna | 2:12-cv-09900 |

| Last Name | First Name | MDL# |
|---|---|---|
| Walker | Felicia | 2:14-cv-23444 |
| Walker | Jacqueline | 2:13-cv-29922 |
| Walker | Shirley | 2:13-cv-08342 |
| Walker, et al | Linda | 2:14-cv-20578 |
| Wallace | Rebecca | 2:14-cv-25221 |
| Waller | Valarie | 2:14-cv-23185 |
| Walsh | June | 2:14-cv-18506 |
| Ward, et al | Mary | 2:12-cv-02198 |
| Ward, et al | Tonya | 2:13-cv-20290 |
| Ware, et al | Shirley | 2:13-cv-11847 |
| Washington | Eunice | 2:13-cv-09815 |
| Watkins | Cynthia | 2:14-cv-24339 |
| Watson | Lisa | 2:14-cv-23364 |
| Weathersby | Aimee | 2:14-cv-22455 |
| Webb | Nancy | 2:12-cv-07442 |
| Webster | Laura | 2:13-cv-08050 |
| Weiss | Barbara Ann | 2:14-cv-08834 |
| Wells, et al | Lisa | 2:14-cv-21365 |
| Wells, et al | Stephanie | 2:12-cv-06438 |
| Wengelewski, et al | Gayle | 2:13-cv-33281 |
| Werner | Patricia | 2:13-cv-01413 |
| Wesson, et al | Judy | 2:13-cv-30121 |
| Westerberg, et al | Leona | 2:14-cv-20800 |
| Wheelis | Debra Elaine | 2:14-cv-08863 |
| White | Mary Catherine | 2:14-cv-09157 |
| Whiting | Silagh | 2:14-cv-23365 |
| Whitlow | Vickie | 2:14-cv-00815 |
| Wibbing | Candace Jo | 2:14-cv-07962 |
| Wible | Virlene | 2:13-cv-02233 |
| Wiggins, et al | Taunie | 2:13-cv-07557 |
| Wilder | Nancy | 2:14-cv-23189 |
| Willard, et al | Jacqueline | 2:14-cv-03118 |
| Williams | Carolyn | 2:14-cv-14306 |
| Williams | Dawn | 2:13-cv-17143 |
| Williams | Donna | 2:14-cv-26198 |
| Williams | Kathy | 2:14-cv-15306 |
| Williams | Linda | 2:12-cv-01490 |
| Williams | Rosemary | 2:14-cv-21332 |
| Williams, et al | Hazel E | 2:14-cv-21433 |
| Williams, et al | Lucille S. | 2:14-cv-06452 |
| Wilson | Katy | 2:12-cv-02997 |
| Wilson | Wieda | 2:13-cv-20249 |
| Winston | Jualene Green | 2:14-cv-12875 |
| Wong | Lori | 2:13-cv-02156 |
| Wood | Mary | 2:12-cv-06218 |
| Wood | Michelle R | 2:14-cv-08499 |
| Wood | Michelle Reneah | 2:13-cv-29064 |
| Wood | Ruth | 2:14-cv-21575 |
| Woodhouse | Heather | 2:13-cv-20124 |
| Woods | Ann | 2:14-cv-23453 |
| Woods | Kim | 2:14-cv-09215 |
| Woolever, et al | Maria | 2:13-cv-09628 |
| Woolsey, et al | Dee | 2:12-cv-00756 |
| Workman | Rebecca Jane | 2:14-cv-07494 |
| Worthy | Kristi | 2:14-cv-27406 |
| Wright | Mary | 2:13-cv-28823 |
| Yancer | Belinda | 2:13-cv-03394 |
| Ynclan, et al | Brenda | 2:13-cv-04386 |
| Yorke | Rita | 2:13-cv-13781 |

| Last Name | First Name | MDL# |
|---|---|---|
| Young | Beverly | 2:13-cv-13432 |
| Zentgraf, et al | Linda | 2:14-cv-11230 |
| Zielinski | Rebecca Lynn | 2:14-cv-08797 |
| Zimniewicz, et al | Alice | 2:13-cv-11666 |
| Zsarnay | Heather Peline | 2:14-cv-08504 |
| Zylks | Danita | 2:13-cv-20055 |