# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>_____<br>**THIS DOCUMENT RELATES TO ALL CASES** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO JOHNSON & JOHNSON'S AND ETHICON'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO REVISE CASE MANAGEMENT PROCEDURES AND FOR DISCOVERY RELATED TO PLAINTIFF SOLICITATION**

Plaintiffs seek leave to file a brief sur-reply of three pages to correct two inaccurate factual statements that appear in defendants' reply brief. These are the claims that (a) plaintiffs have avoided cooperation in defendants' investigation and (b) a plaintiff who recently dismissed her lawsuit may not have been implanted with one of defendants' products. Both statements are wrong and the facts and exhibits demonstrating their inaccuracy have not yet been presented to the Court. Plaintiffs did not (and could not reasonably) have anticipated defendants' arguments, thus this is plaintiffs' first opportunity to present these facts and documents.  Plaintiffs' sur-reply is attached hereto as Exhibit A.

1

Dated:  February 3, 2015.

                          Respectfully submitted,

                          /s/Bryan F. Aylstock
                          Bryan F. Aylstock, Esq.
                          Renee Baggett, Esq.
                          Aylstock, Witkin, Kreis and Overholtz, PLC
                          17 East Main Street, Suite 200
                          Pensacola, Florida  32563
                          (850) 202-1010
                          (850) 916-7449 (fax)
                          E-mail:  baylstock@awkolaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2015, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ Bryan F. Aylstock
                                            Bryan F. Aylstock
                                            Aylstock, Witkin, Kreis and Overholtz, PLC
                                            17 E. Main Street, Suite 200
                                            Pensacola, FL 32563
                                            850-202-1010
                                            850-916-7449
                                            baylstock@awkolaw.com