# EXHIBIT 5

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                        AT HUNTINGTON

 4                   TRANSCRIPT OF PROCEEDINGS

 5

 6   _____

 7

 8   IN RE:   ETHICON, INC., PELVIC

 9   REPAIR SYSTEM PRODUCTS LIABILITY    MDL NO.

10   LITIGATION                          2:12-md-2327

11

12   _____

13

14                       MOTION HEARING

15                       JUNE 13, 2014

16          BEFORE THE HONORABLE **CHERYL A. EIFERT**,

17             UNITED STATES MAGISTRATE JUDGE

18

19           Sidney L. Christie Federal Building

20                845 Fifth Avenue, Room 109

21              Huntington, West Virginia  25701

22

23

24

25
```

─────Motion Hearing─────

1          MR. ANDERSON: Some cases, it may be --
2          THE COURT: Yes.
3          MR. ANDERSON: -- additional evidence of pathology.
4          MR. THOMAS: We certainly believe it's critical
5   evidence, Your Honor.
6          THE COURT: All right. We don't agree, as I
7   understand it, that the plaintiffs have control over it. I
8   think the defendant says that the plaintiffs do have control
9   over it; plaintiff says plaintiffs do not have control over
10  this evidence. Right?
11         MR. ANDERSON: Yes, Your Honor.
12         THE COURT: I'm going to tell you that I looked at
13  your argument regarding the medical records and I don't agree
14  with that argument, and I'll tell you why I don't agree with
15  it.
16         I think that tissue is completely different from
17  medical records because my understanding of medical records is
18  that those records belong to the medical provider. The
19  medical provider creates the records. It's the thought
20  process of the medical provider. And from the beginning of
21  time, those records have belonged to the medical provider.
22  The patient has had an interest in the record, since the
23  record is about the patient, but it's always been the work
24  product of the provider. And so that makes records a little
25  different, in my mind, than, for example, my tissue taken out