# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/5/2015                                                                     Case Number 2:10-md-02187
Case Style: In Re:  C. R. Bard vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter Carol Farrell                                                       Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Henry Garrard; Bryan Aylstock; Clayton Clark; Fred Thompson


Attorney(s) for the Defendant(s) Jon Strongman; Rob Adams; Lori Cohen; Christy Jones; Barbara Binis


Law Clerk Kate Fife                                                                Probation Officer

## Trial Time


## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


## Court Time

10:10 am   to 11:20 am
Total Court Time: 1 Hours 10 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled start time 10:00 a.m.
Actual start time 10:10 a.m.

MDL STATUS CONFERENCE

STATUS CONFERENCE
Chief Judge Goodwin and Magistrate Judge Eifert presiding

2:10-md-2187    In Re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation
2:12-md-2325    In Re: American Medical Systems, Inc., Pelvic Repair System Product Liability Litigation
2:12-md-2326    In Re:  Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
2:12-md-2327    In Re:  Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation
2:12-md-2387    In Re:  Coloplast Corp. Pelvic Support Systems Products Liability Litigation
2:13-md-2440    In Re:  Cook Medical, Pelvic Support Systems Products Liability Litigation

Counsel for parties present
Coordinating Co-lead counsel for Plaintiffs - Bryan Aylstock, Henry Garrard, Fred Thompson
Co-lead counsel for Boston Scientific MDL 2326 - Clayton Clark and Aimee Wagstaff
Co-lead counsel for American Medical Systems MDL 2325 - Amy Eskin and Fidelma Fitzpatrick
Co-lead counsel for Ethicon MDL 2327 - Renee Baggatt
Co-Lead counsel for Coloplast MDL 2387 - Riley Burnett, Mark Mueller and Robert Salim
Co-Lead counsel for Cook MDL 2440 - Ben Anderson and Martin Crump
Plaintiffs executive committee:  Bryan Aylstock, Henry Garrard, Fred Thompson, Tom Cartmell, Clayton Clark, Amy Eskin, Derek Potts and Aimee Wagstaff.
Plaintiffs Co-liaison counsel:  Harry Bell, Paul Farrell and Carl Frankovitch

Defendants
Lead counsel for C. R. Bard, Inc., MDL 2187 - Deb Moeller

## District Judge Daybook Entry

Lead counsel for American Medical Systems MDL 2325 - Barbara Binis
Lead counsel for Boston Scientific MDL 2326 - Robert Adams and Jon Strongman
Lead counsel for Ethicon MDL 2327 - Christy Jones
Defendants Liaison counsel:  Michael Bonasso, David Thomas and Michael Farrell.  Mark Williams defendants liaison counsel in the Bard MDL.
Lead Counsel for Coloplast MDL 2387 - Lana K. Varney
Lead Counsel for Mentor - Dustin B. Rawlin
Lead Counsel for Cook - Doug King

Additional counsel present
Adriane Theis - AMS
Ethan Greene - AMS
Ronn Kreps - Coloplast
Alan Latar - Pltfs
Cliff Merrell - Bard
Michael Brown - Bard
Eric Anielak - BSC
Lynn O'Dell - Pltfs
Erin Copen - Pltfs
Melissa Foster Bird - Bard
Lee Balefsky - Pltfs
Yvonne Flaherty - Pltfs
Victoria Maniatis - Pltfs
Karen- Schneder - Pltfs
Lindsey Saad - BSC
Elizabeth Taylor - BSC
Pauline Toboulidis - Pltfs
George Fleming - Pltfs
Kaly Hyman - Pltfs
Ellen Resiman - AMS
Andrew Karron - AMS
Erik Legg - AMS
Donna Jacobs - Ethicon
Joseph McLaughlin - Bard
Nicholas Davis - Bard
Marie Woodbury - Covidien
Chris Dusseault - Covidien
Margaret Droppleman Wassick - Cook
Joseph Rice - Pltfs

Agenda Issues Common to MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440.

Establishing a case work-up for multi-product, multi-defendant cases
Mr. Garrard speaks on behalf of the Pltfs
Mr. Adams speaks on behalf of Boston Scientific
Mr. Clark responds on behalf of the Pltfs
Ms. Cohen responds on behalf of Bard
Ms. Jones responds on behalf of Ethicon


Agenda for MDL No. 2327-ETHICON.
General Status Update
Mr. Aylstock addresses the court.
Ms. Jones addresses the court.
Consolidation of Trials
Motion to Revise Case Management Procedures and for Discovery  filed by Ethicon

Agenda for MDL No. 2326-BSC.

## District Judge Daybook Entry

General Status Update
Mr. Clark addresses the court.
Mr. Adams addresses the court.
Transfer of the Sanchez and Hall Cases
Sanchez is ready for transfer to appropriate California court
Defts believe Hall case should be transferred to the District of Wisconsin; the Pltfs will provide the court with an update

Agenda for MDL No. 2187-C.R. BARD/Sofradim/TSL

General Status Update
Mr. Garrard provides an update
Ms. Cohen provides an update

Agenda for MDL No. 2325-AMS.

General Status Update
Mr. Binis provides an update
Mr. Greene provides additional information
Mr. Garrard provides an update

Agenda for MDL No. 2387-COLOPLAST.

General Status Update
Mr. Salim provides an update on behalf of Pltfs
Ms. Varney provides an update on behalf of Deft

Agenda for MDL No. 2440-COOK.

General Status Update
Mr. Anderson provides an update on behalf of the Pltfs
Mr. King provides an update on behalf of the Deft

Remarks by Judge Goodwin
Remarks by Magistrate Judge Eifert

End time 11:20 a.m.