UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2327

**TRANSFER ORDER**

**Before the Panel:**[*] Plaintiffs in the five actions listed on Schedule A move under Panel Rule 7.1 to vacate our orders conditionally transferring the actions to MDL No. 2327. Responding defendants Johnson & Johnson and Ethicon, Inc. (collectively, Ethicon) oppose the motions to vacate.

After considering the argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that their actions share questions of fact with MDL No. 2327. Like many of the already-centralized actions, these actions involve factual questions arising from allegations that Ethicon and related entities defectively designed, manufactured, and marketed pelvic surgical mesh products, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motions to vacate, plaintiffs argue that their actions were improperly removed and motions to remand to state court are pending. The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present these arguments to the transferee judge.[1] *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judge Lewis A. Kaplan took no part in the decision of this matter.

[1] Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand motion is filed and the date that transfer of the action to the MDL is finalized, a court generally has adequate time to rule on a remand motion if it chooses to do so. Indeed, the Southern District of Texas recently denied the *Evans* plaintiffs' motion to remand.

-2-

IT IS THEREFORE ORDERED that the actions listed on Schedule A are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

| | |
|---|---|
| Marjorie O. Rendell | Charles R. Breyer |
| Ellen Segal Huvelle | R. David Proctor |
| Catherine D. Perry | |

**IN RE: ETHICON, INC., PELVIC**
**REPAIR SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                          MDL No. 2327

## SCHEDULE A

<u>Northern District of Texas</u>

HUSTON, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:14-03465
KRAFT, ET AL. v. ETHICON, INC., C.A. No. 3:14-03467
KROLL, ET AL. v. ETHICON, INC., ET AL., C.A. No. 3:14-03955

<u>Southern District of Texas</u>

EVANS, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:14-02800
SEYMOUR, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:14-02804



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
02/05/2015 10:28 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 2/5/2015 at 10:27 AM EST and filed on 2/5/2015
**Case Name:**    IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/5/2015.**

**Associated Cases:** MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)

| | |
|---|---|
| **Case Name:** | Seymour et al v. Johnson & Johnson et al |
| **Case Number:** | TXS/4:14-cv-02804 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/5/2015.

**Associated Cases:** MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)

| | |
|---|---|
| **Case Name:** | Kraft et al v. Ethicon Inc |
| **Case Number:** | TXN/3:14-cv-03467 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/5/2015.

**Associated Cases:** MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)

| | |
|---|---|
| **Case Name:** | Evans et al v. Johnson & Johnson et al |
| **Case Number:** | TXS/4:14-cv-02800 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/5/2015.**

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

| | |
|---|---|
| **Case Name:** | Kroll et al v. Ethicon, Inc. et al |
| **Case Number:** | TXN/3:14-cv-03955 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/5/2015.**

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

| | |
|---|---|
| **Case Name:** | Huston et al v. Johnson & Johnson et al |
| **Case Number:** | TXN/3:14-cv-03465 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/5/2015.**

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
02/05/2015 10:27 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 2/5/2015 at 10:26 AM EST and filed on 2/5/2015
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** 1875

**Docket Text:**
**TRANSFER ORDER re: pldg. ([1744] in MDL No. 2327, 6 in TXN/3:14-cv-03465, 6 in TXN/3:14-cv-03467), ([1816] in MDL No. 2327, 6 in TXN/3:14-cv-03955), ([1764] in MDL No. 2327, 6 in TXS/4:14-cv-02800, 6 in TXS/4:14-cv-02804), ([1843] in MDL No. 2327, 9 in**

**TXN/3:14-cv-03465, 9 in TXN/3:14-cv-03467, 9 in TXN/3:14-cv-03955, 10 in TXS/4:14-cv-02800, 11 in TXS/4:14-cv-02804)**

**Transferring 5 action(s) - MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/5/2015.**

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

| | |
|---|---|
| Case Name: | Seymour et al v. Johnson & Johnson et al |
| Case Number: | TXS/4:14-cv-02804 |
| Filer: | |
| Document Number: | 13 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1744] in MDL No. 2327, 6 in TXN/3:14-cv-03465, 6 in TXN/3:14-cv-03467), ( [1816] in MDL No. 2327, 6 in TXN/3:14-cv-03955), ( [1764] in MDL No. 2327, 6 in TXS/4:14-cv-02800, 6 in TXS/4:14-cv-02804), ( [1843] in MDL No. 2327, 9 in TXN/3:14-cv-03465, 9 in TXN/3:14-cv-03467, 9 in TXN/3:14-cv-03955, 10 in TXS/4:14-cv-02800, 11 in TXS/4:14-cv-02804)**

**Transferring 5 action(s) - MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/5/2015.**

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

| | |
|---|---|
| Case Name: | Kraft et al v. Ethicon Inc |
| Case Number: | TXN/3:14-cv-03467 |
| Filer: | |
| Document Number: | 11 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1744] in MDL No. 2327, 6 in TXN/3:14-cv-03465, 6 in TXN/3:14-cv-03467), ( [1816] in MDL No. 2327, 6 in TXN/3:14-cv-03955), ( [1764] in MDL No. 2327, 6 in TXS/4:14-cv-02800, 6 in TXS/4:14-cv-02804), ( [1843] in MDL No. 2327, 9 in TXN/3:14-cv-03465, 9 in TXN/3:14-cv-03467, 9 in TXN/3:14-cv-03955, 10 in TXS/4:14-cv-02800, 11 in TXS/4:14-cv-02804)**

**Transferring 5 action(s) - MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

2/5/2015.

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

| | |
|---|---|
| **Case Name:** | Evans et al v. Johnson & Johnson et al |
| **Case Number:** | TXS/4:14-cv-02800 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1744] in MDL No. 2327, 6 in TXN/3:14-cv-03465, 6 in TXN/3:14-cv-03467), ( [1816] in MDL No. 2327, 6 in TXN/3:14-cv-03955), ( [1764] in MDL No. 2327, 6 in TXS/4:14-cv-02800, 6 in TXS/4:14-cv-02804), ( [1843] in MDL No. 2327, 9 in TXN/3:14-cv-03465, 9 in TXN/3:14-cv-03467, 9 in TXN/3:14-cv-03955, 10 in TXS/4:14-cv-02800, 11 in TXS/4:14-cv-02804)**

**Transferring 5 action(s) - MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/5/2015.**

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

| | |
|---|---|
| **Case Name:** | Kroll et al v. Ethicon, Inc. et al |
| **Case Number:** | TXN/3:14-cv-03955 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1744] in MDL No. 2327, 6 in TXN/3:14-cv-03465, 6 in TXN/3:14-cv-03467), ( [1816] in MDL No. 2327, 6 in TXN/3:14-cv-03955), ( [1764] in MDL No. 2327, 6 in TXS/4:14-cv-02800, 6 in TXS/4:14-cv-02804), ( [1843] in MDL No. 2327, 9 in TXN/3:14-cv-03465, 9 in TXN/3:14-cv-03467, 9 in TXN/3:14-cv-03955, 10 in TXS/4:14-cv-02800, 11 in TXS/4:14-cv-02804)**

**Transferring 5 action(s) - MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/5/2015.**

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

| | |
|---|---|
| **Case Name:** | Huston et al v. Johnson & Johnson et al |
| **Case Number:** | TXN/3:14-cv-03465 |

**Filer:**

**Document Number:** 11

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [1744] in MDL No. 2327, 6 in TXN/3:14-cv-03465, 6 in TXN/3:14-cv-03467), ( [1816] in MDL No. 2327, 6 in TXN/3:14-cv-03955), ( [1764] in MDL No. 2327, 6 in TXS/4:14-cv-02800, 6 in TXS/4:14-cv-02804), ( [1843] in MDL No. 2327, 9 in TXN/3:14-cv-03465, 9 in TXN/3:14-cv-03467, 9 in TXN/3:14-cv-03955, 10 in TXS/4:14-cv-02800, 11 in TXS/4:14-cv-02804)**

**Transferring 5 action(s) - MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 2/5/2015.**

**Associated Cases: MDL No. 2327, TXN/3:14-cv-03465, TXN/3:14-cv-03467, TXN/3:14-cv-03955, TXS/4:14-cv-02800, TXS/4:14-cv-02804 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**TXS/4:14-cv-02804 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,

spickard@thematthewslawfirm.com

Joseph Andrew Love    love@wrightclose.com

Kevin L Edwards    kevin@edwardsdelacerda.com

Peter De La Cerda    peter@edwardsdelacerda.com

Richard A Capshaw    richard@capslaw.com, anna@capslaw.com

Tamara Lynn Banno    Tbanno@tlb-law.com, tbanno@freeseandgoss.com

**TXS/4:14-cv-02804 Notice will not be electronically mailed to:**

**TXN/3:14-cv-03467 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J Frank Kinsel, Jr    jkinsel@canteyhanger.com

Julie Rhoades    jrhoades@thematthewslawfirm.com

Tim K. Goss    tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews    dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Peter De La Cerda    peter@edwardsdelacerda.com

Richard A Capshaw    richard@capslaw.com, anna@capslaw.com

Carol Jean Traylor    ctraylor@canteyhanger.com

**TXN/3:14-cv-03467 Notice will not be electronically mailed to:**

**TXS/4:14-cv-02800 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Julie Rhoades    jrhoades@thematthewslawfirm.com

Tim K. Goss    tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews    dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Joseph Andrew Love    love@wrightclose.com

Kevin L Edwards     kevin@edwardsdelacerda.com

Peter De La Cerda     peter@edwardsdelacerda.com

Richard A Capshaw     richard@capslaw.com, anna@capslaw.com

Tamara Lynn Banno     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

**TXS/4:14-cv-02800 Notice will not be electronically mailed to:**

**TXN/3:14-cv-03955 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J Frank Kinsel, Jr     jkinsel@canteyhanger.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Kevin L Edwards     kevin@edwardsdelacerda.com

Peter De La Cerda     peter@edwardsdelacerda.com

Richard A Capshaw     richard@capslaw.com, anna@capslaw.com

Carol Jean Traylor     ctraylor@canteyhanger.com

Tamara Lynn Banno     tbanno@tlb-law.com, Tbanno@tlb-law.com

**TXN/3:14-cv-03955 Notice will not be electronically mailed to:**

**TXN/3:14-cv-03465 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J Frank Kinsel, Jr     jkinsel@canteyhanger.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,

spickard@thematthewslawfirm.com

Peter De La Cerda     peter@edwardsdelacerda.com

Richard A Capshaw     richard@capslaw.com, anna@capslaw.com

Carol Jean Traylor     ctraylor@canteyhanger.com

**TXN/3:14-cv-03465 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/5/2015] [FileNumber=529068-0] [
202d50fdb19d2ef2e452c56525f14a3cdd7b491c2f0a5217265703920cb15dda758d67
6819110e973ac5814689da2a5900a9054876f1a16ff1e7f100906587e9]]