## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Teresa Evans<br>Debra Duca<br>Helene Friedman<br>Charlene Reynolds<br>Peggy Rhodes<br>Nina Ricciardone<br>Dorothy Richeson<br>Georgette Rippinger<br>Dawn Risher<br>Judith Robbins<br>June Roberts<br>Terresa Robey<br>Jami Robinson<br>Karla Roche<br>Linda Rodriguez<br>Josephine Rodriguez<br>Lisa Rohr<br>Rhonda Romero<br>Debra Ryland<br>Kim Schlise<br>Susan Schmidt<br>Tammy Schmidt<br>Suzanne Schoen<br>Carrie Sears<br>Robert Sears<br>Carole Seguin<br>Deborah Serrano<br>Kimberly Shaw<br>Vickie Shaw<br>Mary Shipman<br>Donna Simarano<br>John Simarano<br>Nancy Simpson<br>Cindy Sinsky<br>Edward J. Sinsky<br>Peggy Sloan<br>Anna Marie Smetana<br>Barbara Smith<br>Carol Smith<br>Rosamaria Somarriba<br>Samuel Somarriba<br>Carole Ann Sparacco<br>Ruth Spears | Texas Southern | 4:14-cv-2800 | 2:15-cv-1538 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Janet Spriggs<br>Sandra Sprinkles<br>Ruby Sprowls<br>Peggy J. Stallings<br>Theresa Stewart<br>Eunice Stopple<br>Jeanne Sutter<br>Katherine Swanson<br>Lorena Swartz<br>Phyllis Tabler<br>Lori Teeple<br>Marsha Thomas<br>Charlene Thomas<br>Jennifer Thompson<br>Tamara Thompson<br>Karen Thorson<br>Donna Towell<br>Liza Track<br>Martha Trantham<br>Peggy Trantham<br>Delores Travers<br>Winifred Trawick<br>Niza Troncoso<br>Lynda Diane Truluck<br>Tommie Tucker<br>Vivian Turner<br>Michael J. Turner<br>Yvonne Valentine<br>Nancy Vander Leest<br>Barbara Vanlieshout<br>Rita Vasconcellos<br>Kathleen Viggiano<br>Brenda Vigil<br>Sandra Lee Villeneuve<br>Tamara Watson<br>Audrey Wedner<br>Teresa Welch<br>Herman R. Welch<br>Pamela Whalen<br>Gloria Wilder<br>Bonnie Jean Williams<br>Debra Williams<br>Beverly Williams<br>Kathy Williams<br>Scott Williams | Texas Southern | 4:14-cv-2800 | 2:15-cv-1538 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Sabrina Willis<br>Kathy Wood<br>Crystal Renee Wooten<br>April Yeager<br>Kim Yoder<br>Brenda Young<br>Jerry L. Zecca<br>Kathy Zeiders | Texas Southern | 4:14-cv-2800 | 2:15-cv-1538 |