USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigaiton

v.

CASE NUMBER 2:12-MD-02327

**REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD**

Requestor's name: David B. Thomas

Address: Thomas Combs & Spann, PLLC; 300 Summers Street, Suite 1380, Charleston WV 25301

Telephone: (304) 414-1800  Fax: (304) 414-1801

E-mail address: dthomas@tcspllc.com

Judicial officer presiding: Honorable Cheryl A. Eifert

Proceeding date(s): February 11, 2015

Proceeding location(s): Courtroom: Huntington, WV

Proceeding type(s)[1]: Telephonic Motion Hearing

Attorney present at hearing *(list all attorneys)*:
Benjamin M. Watson

Witness called at proceeding *(list all witnesses)*:
None

Court reporter name/Tape number/Courtflow: Katie/Kathy

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

- ☐ Ordinary transcript (due 30 days from date assigned to court reporter)
- ☐ 14-Day transcript (due 14 days from date assigned to court reporter)
- ☑ Expedited (due 7 days from date assigned to court reporter)
- ☐ Daily
- ☐ Hourly
- ☐ Copy of an audio tape or CD of an electronically recorded proceeding

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

Please email transcript to Robyn Davis at: rdavis@tcspllc.com

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein. Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: /s/David B. Thomas         Date: February 11, 2015
*Requestor's Signature or e-Signature*

- ☑ Attorney (Civil or Criminal)
- ☐ CJA Attorney (completed CJA-24 attached)
- ☐ Federal Public Defender
- ☐ Assistant United States Attorney
- ☐ Pro Se Litigant

---

**FOR OFFICIAL COURT USE ONLY:**

Court reporter assigned:

Date assigned:

Delivery method:

- ☐ Hold for pickup
- ☐ Mail to above address
- ☐ Mail to:
- ☐ Ship overnight:
  via _____   Account no.: _____   Priority: _____