Session:2015-02-11
Division:
Court Type:
Courtroom:Huntington
Date:2015/02/11
Judge:Eifert, Cheryl A.

Case ID:0003

    Case number:2:12-md-02327
    Judge: Eifert, Cheryl A.
    Courtroom Deputy: Mann, Sharon
    Defendant: In Re: Ethican, Inc., Pelvic Repair System

**2015/02/11**

| Time | Event |
|---|---|
| 13:58:40 | **System : Start Recording** |
| | Record: Case Code:0003, New Case |
| 13:58:40 | **System : New Case** |
| | Case: 2:12-md-02327, In Re: Ethican Inc., Pelvic Repair System |
| 13:59:28 | Annotation |
| | MOTION HEARING RE: DOCKET ENTRY (1441) MOTION FOR ORDER DIRECTING PARTIES TO |
| 13:59:28 | COORDINATE RESOLUTION OF DISCOVERY DISPUTES BETWEEN STATE AND FEDERAL COURTS |
| 14:00:01 | **System : Stop Recording** |
| | Stop: Case Code:0003 |
| 14:01:47 | **System : Start Recording** |
| | Record: Case Code:0003 |
| 14:01:51 | Annotation |
| | Ben Watson |
| 14:01:54 | Rich Bernardo |
| 14:01:56 | Bryan Aylstock |
| 14:01:58 | Renee Baggett |
| 14:01:59 | Jeff Kinsel |
| 14:04:13 | Courtflow started to record case |
| 14:04:17 | Judge called to the bench by Courtroom Deputy |
| 14:05:00 | **Judge: Eifert, Cheryl A.** |
| | called case, noted appearances of counsel |
| 14:05:50 | Annotation |
| | Court Reporter Catherine Schutte-Stant just joined the conference and will |
| 14:05:50 | continue to record the hearing |
| 14:09:34 | |
| 14:58:27 | **Judge: Eifert, Cheryl A.** |
| | Hearing adjourned |
| 14:59:16 | **System : Stop Recording** |
| | Stop: Case Code:0003 |