IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

**AMENDED JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE**

Plaintiffs in the case listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in this action without prejudice, and terminate AMS from the docket in the action. Other defendants remain in these actions, and plaintiffs will continue to prosecute this action against them.

Respectfully:

/s/ Tracy G. Weiss
Tracy G. Weiss
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
tweiss@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Amy Eskin
Amy Eskin
LEVIN SIMES
353 Sacramento Street , 20th Floor
San Francisco, CA 94111
415.426.3000 (phone)
415.426.3001 (fax)
aeskin@levinsimes.com
*Attorney for Plaintiffs on Exhibit A*

Dated: February 13, 2015

**EXHIBIT A--LEVIN SIMES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-12350 | Carlyne Brinks, Gordon Brinks v. Ethicon, Inc., Johnson & Johnson, and American Medical Systems, Inc. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Denying Docket #1460 as Moot and Dismissing Defendant
American Medical Systems, Inc. Without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket 1460], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. Without Prejudice filed by Plaintiff, identified in the Attached Exhibit A, and American Medical Systems, Inc. ("AMS"). Plaintiffs, identified in the attached Exhibit A, and AMS have now filed an Amended Joint Motion to Dismiss Without Prejudice [Docket # ] seeking dismissal of AMS from this action without prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS Without Prejudice [Docket #1460] is **DENIED AS MOOT**. It is further **ORDERED** that the Amended Joint Motion to Dismiss Without Prejudice [Docket # ] is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed in the attached Exhibit A.

ENTER:

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 13, 2015 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.


                 /s/ Tracy G. Weiss