# EXHIBIT A

## **DEPOSITION SUBJECT MATTER**

Pursuant to Rule 30(b)(6), the deponent(s) must have knowledge and shall be able to testify concerning the following regarding each document listed on Attachment "1" to this Exhibit:

1. Confirm that each document is a true, full, and complete copy of the document so far as it relates to the subject matter therein mentioned;

2. Confirm the authenticity of each document; and

3. Confirm that each document was kept in the ordinary course of business.

# ATTACHMENT 1

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| Exhibit Number | Bates Number | Description |
|---|---|---|
| | **To Be Admitted Exhibits** | |
| P0003 | ETH.MESH.00000272 | Email from Vincenza Zaddem to David Robinson re: macroporous. |
| P0026 | ETH.MESH.00004781-86 | Sales Brochure, "Biocompatibility is the science of living better," |
| P0028 | ETH.MESH.00005098-99 | Email form Fah Che Leong to Scott Jones re: SLU Uro-Gyn Follow Up |
| P0035 | ETH.MESH.00006795 | E-mail from Haby, Re: CR Approved 2009-308 NTM PFR Pres. 1of2 |
| P0036 | ETH.MESH.00006796 | PPT: Stand & Deliver Pelvic Floor Repair |
| P0037 | ETH.MESH.00008039 | RE: Prolift +M presentation- preceptor training |
| P0047 | ETH.MESH.00011731 | Memo from Scott Ciarrocca to Jennifer Paine et al re: Prolift Project D'Art regulatory strategy |
| P0049 | ETH.MESH.00012009-89 | Clinical Study Report--TVM-France Final Report |
| P0050 | ETH.MESH.00012090-163 | Ethicon Internal Study--TVM-US Final Report |
| P0055 | ETH.MESH.00015699 | GYNEMESHPS A new Mesh for Pelvic Floor Repair Early Clinical Experience - White Paper |
| P0069 | ETH.MESH.00031323 | Memo signed by Sean M. O'Bryan re: Prolift is a line extension of Gynemesh |
| P0070 | ETH.MESH.00031538-60 | PowerPoint, "Gynecare Professional Relations and Professional Education, 'Educating Customers Worldwide to improve the lives of women!,'" |
| P0091 | ETH.MESH.00062770 | Clinical Data Synopsis: PROLIFT |
| P0102 | ETH.MESH.00067354 | Email from Eric Globerman to Scott Jones, et al. attaching transcripts from Prolift +M webinar featuring Vincent Lucente |
| P0115 | ETH.MESH.00080934 | Email from Jiyoung Dang to Bryan Lisa et al RE K071512 S01 |
| P0119 | ETH.MESH.00081129-32 | Emails to/from Vincenza Zaddem, Dr. Christoph Walther, Petra Landschoof, Dieter Engel, Re: Info needed for FDA - Lightning |
| P0120 | ETH.MESH.00081168 | Email from Vincenza Zaddem to Bryan Lisa with attachments related to Prolift Characteristics. |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P0125 | ETH.MESH.00081288 | Email from Renee Selman to Jennifer Paine and various recipients regarding Project Lightning Status. |
| P0129 | ETH.MESH.00081371 | Letter from B. Lisa to J. Dang Ph.D. Re: Minutes for Discussion of AI Letter for PROLIFT+M/PROLIFT (K071512) |
| P0138 | ETH.MESH.00081484 | E-mail from Jiyoung Dang to Bryan Lisa re: remaining deficiencies with K071512 |
| P0142 | ETH.MESH.00083765 | Letter from FDA to Bryan Lisa re: 510(k) notification for Prolift +M Total, Anterior, and Posterior Pelvic Floor Repair Systems & Gynecare Prolift Total, Anterior, and Posterior Pelvic Floor Repair Systems |
| P0160 | ETH.MESH.00126755-57 | Email from Mark Yale to Jennifer Paine, et al re: DRAFT FDA response on PROLIFT +M for input. |
| P0164 | ETH.MESH.00127017-21 | Email from Zenobia Walji to Kevin Mahar et al re: VOC & Follow Up for Clinical Information needed by late January [sic] for Prolift |
| P0189 | ETH.MESH.00133502-04 | Emails to/from Quentin Manley, Giselle Bonet, Kevin Mahar, David Robinson, Scott Ciarrocca, etc. Re: PROLIFT Improvements |
| P0304 | ETH.MESH.00164023 | FDA Notification About Use of Surgical Mesh to Treat Pelvic Organ Prolapse and Stress Urinary Incontinence Standby for Media/Analyst Inquiries |
| P0342 | ETH.MESH.00220297-1074 | Design History: DH0949 - DH0956 |
| P0344 | ETH.MESH.00267733-872 | LIGHTning Project Charter |
| P0345 | ETH.MESH.00268704 | Email from Ciarrocca, RE: outstanding mesh RM items |
| P0348 | ETH.MESH.00271215-16 | Email from Jonathan Meek to Julie Bird Re: Pre-Reading for Prolift +M: INTERNAL USE ONLY.  NOT COPY REVIEWED OR FOR DISTRIBUTION…yet |
| P0349 | ETH.MESH.00273967-68 | Clifford Volpe Email to Scott Jones with attached Journey from Prolift to Prolift +M |
| P0366 | ETH.MESH.00308747-891 | CE Mark Technical File for Prolift® |
| P0367 | ETH.MESH.00308758 | Essential Requirements Checklist, GYNECARE PROLIFT Pelvic Floor Repair System |
| P0368 | ETH.MESH.00308787-891 | Product Device Design Safety Assessment (DDSA) Approval Page |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P0456 | ETH.MESH.00372341 | Memo from Bryan Lisa to Jiyoung Dang et al re: K071512 S02 |
| P0462 | ETH.MESH.00372664-727 | Bryan Lisa to Jiyoung Dang et al re: K071512S04 |
| P0487 | ETH.MESH.00442102-03 | Email from Giselle Bonet to Aixa Colon et al re Gynecare Prolift System Beta Launch Meeting- Invitation |
| P0490 | ETH.MESH.00442831-34 | Email chain from Kelly Brown to Gene Kammerer re: Proposal for work with CBAT; Mauro Cervigni recommendations |
| P0506 | ETH.MESH.00541379 | Memo to File dtd 11/18/03 from Martin Weisberg Re: Mesh Fraying for TVT Devices |
| P0515 | ETH.MESH.00578261 | Email from Piet Hinoul to Vanja Sikirica et al RE: International Urogynecology Journal - Decision on Manuscript ID IUJ-02-10-0073 |
| P0516 | ETH.MESH.00578325 | Email from Piet Hinoul to Vanja Sikirica et al RE: Prolift Review Manuscript Reviewer Suggestions |
| P0518 | ETH.MESH.00582442-43 | Next Generation Mesh Discussion |
| P0521 | ETH.MESH.00584846-47 | E-mail from Gene Kammerer to Mora Melican et al to Mesh for TVM. |
| P0522 | ETH.MESH.00585229 | Gene Kammerer email to Dr. Dieter Engel re UltraPro for Pelvic Floor Repair |
| P0525 | ETH.MESH.00585688-90 | Use of ULTRAPRO™ Mesh for Pelvic Organ Prolapse (POP) Repair through a Vaginal Approach |
| P0527 | ETH.MESH.00585937-39 | E-mail from Gene Kammerer to Quentin Manley et al re: TVM Discussions. |
| P0530 | ETH.MESH.00591127-28 | Email from Piet Hinoul to Aaron Kirkemo regarding the characteristics of a pessary. |
| P0534 | ETH.MESH.00593165-89 | Performance evaluation technical report: assessment of competitor pelvic floor repair meshes, version 1 |
| P0537 | ETH.MESH.00594767 | Email from David Robinson to various recipients regarding Updated: CDMA call. |
| P0538 | ETH.MESH.00596225 | A Systematic Review of the Gynecare Prolift Pelvic Floor Repair System in Pelvic Organ Prolapse by Vanja Sikirica. |
| P0555 | ETH.MESH.00653365-68 | Pipeline Leadership Team Meeting Minutes |
| P0562 | ETH.MESH.00681364 | Zenobia Walji email to Giselle Bonet et al., re FW: Pelvic Floor Monthly- August Report- Next Gen Materials Progress |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P0585 | ETH.MESH.0080928 | Email from Jiyoung Dang to Bryan Lisa re: Prolift +M 510(k) application. |
| P0586 | ETH.MESH.00081180 | Prolift characteristics |
| P0587 | ETH.MESH.0081273 | Letter from Jiyoung Dang to Bryan Lisa re: |
| P0596 | ETH.MESH.00832920 | E-mail from David Robinson to Jonathan Meek et al re: Please Action: Australian Prolift Registry |
| P0599 | ETH.MESH.00835753-55 | David Robinson email to Clifford Volpe RE Cosson |
| P0613 | ETH.MESH.00847816 | Email from David Robinson to Price St. Hilaire Re: case for summit |
| P0616 | ETH.MESH.00851319 | Email from Piet Hinoul to Clifford Volpe et al re: Prosima implant dimensions. |
| P0623 | ETH.MESH.00869907 | Email from Peter Meier to various recipients attaching minutes of Thunder meeting |
| P0626 | ETH.MESH.00869976 | Email from Peter Meier to Michael Rickther, et al with attachment Clinical Evaluation Repot Mesh Erosions by Peter Meier, MD. |
| P0629 | ETH.MESH.00870466-76 | Ethicon Expert Meeting, Meshes for Pelvic Floor Repair |
| P0648 | ETH.MESH.00906445 | Email from Vincenza Zaddem to Bryan Lisa re: 510(k) mesh data. |
| P0652 | ETH.MESH.00911303-04 | E-mail from Ciarrocca to Everett, Re: Memo for DVer/DRM |
| P0653 | ETH.MESH.00911305 | Gynecare: Memo to address PDD Requirement 2.32 pertaining to clinical evidence. |
| P0654 | ETH.MESH.00911407-09 | E-mail from Ciarrocca to Zaddem, Everett, Re: Memo for Dver/DRM |
| P0655 | ETH.MESH.00911410 | Gynecare: Memo to address PDD Requirement 2.3.2 pertaining to clinical evidence. |
| P0678 | ETH.MESH.01154031-37 | Clinical Expert Report: Gynemesh Prolene Soft (Polypropylene) mesh |
| P0680 | ETH.MESH.01156032 | Clinical Expert Report: GYNECARE PROLIFT* Pelvic Floor Repair System |
| P0687 | ETH.MESH.01184119 | 2009 Surgeon Summit Breakout Session Survey Results |
| P0698 | ETH.MESH.01218361 | Dr. Kerstin Spychaj, State of the knowledge in "mesh shrinkage" – What do we know? |
| P0699 | ETH.MESH.01218423 | Pelvic Organ Prolapse Repair: Lesson Learned from the PROLIFT Experience |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P0701 | ETH.MESH.01220710 | Email from Gene Kammerer to Georgina Ng re: Technical data on competitive meshes from Europe. |
| P0703 | ETH.MESH.01220730 | Questions raised at follow-up meeting with Murty Vykarnam and Mora Melican |
| P0713 | ETH.MESH.01264260 | PowerPoint Presentation: Prolift +M by Piet Hinoul |
| P0715 | ETH.MESH.01264509-10 | Email from Robinson, RE: macroporous - lower limit of pore size |
| P0716 | ETH.MESH.01274738 | Cheryl Bogardus email to Kevin Mahar re FW: UltraPro evaluation - Pleas advise if there is clarity and alignment on next steps? |
| P0720 | ETH.MESH.01314498 | Memo |
| P0733 | ETH.MESH.01612736-37 | Email from Jonathan Meek to Robin Osman RE +M, with attachment |
| P0737 | ETH.MESH.01752532-35 | Jtirgen Trzewik: Mesh design argumentation issues |
| P0739 | ETH.MESH.01760852 | Email from David Robinson to Peter Meier re: CER |
| P0740 | ETH.MESH.01760853-61 | David Robinson Clinical Expert Report re UltraPro Mesh for POP Repair |
| P0746 | ETH.MESH.01782114-15 | Email chain from David Robinson to Carolyn Brennan regarding Suzette Sutherland patient complications |
| P0750 | ETH.MESH.01782783-85 | Notes from Meeting with Dr. V Lucente and Dr. M Murphy to discuss Prolift RCT |
| P0756 | ETH.MESH.01785259-60 | Email from Piet Hinoul to David Robinson et al re: +M relaxation. |
| P0760 | ETH.MESH.01798410 | Email from Vanja Sikirica to Dhinagar Subramanian et al Fw: Journal of Gynecologic Surgery - Decision on Manuscript ID GYN-2010-0053 |
| P0768 | ETH.MESH.01823906 | Email from Oliver Merker to Allison London Brown et al re: Prolift Improvements - Pr Eberhard |
| P0776 | ETH.MESH.01992233 | Email from Elizabeth Vailhe to Ed Jacobs attaching Form for Test Method Applicability/Suitability |
| P0777 | ETH.MESH.01992236 | "Form for Test Method Applicability/Suitability" |
| P0780 | ETH.MESH.02010834 | Biomechanics (Pelvic Florces) What are the forces in the pelvic floor? It depends! |
| P0785 | ETH.MESH.02017152-58 | Meeting minutes, Ethicon Expert Meeting: Meshes for Pelvic Floor Repair |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P0803 | ETH.MESH.02091867 | Lightning Clinical Strategy |
| P0810 | ETH.MESH.02095523 | Email from Jessica Shen to Cyrus Guidry re: Final 6 month TVM safety data |
| P0814 | ETH.MESH.02097287-90 | Presentation titled Factors Related to Mesh Shrinkage by Kirsten Spychaj |
| P0818 | ETH.MESH.02138454-55 | E-mail from Burkley to Ciarrocca, Re: TVT Mesh Pore Size Measurement |
| P0820 | ETH.MESH.02157878 | Email from Peter Meier to Jonathan Meek et al attaching Intermediate Mesh Report by Klosterhalfen |
| P0826 | ETH.MESH.02183533-36 | E-mail from Burkley to Vailhe, Re: Pore size request |
| P0827 | ETH.MESH.02183537 | Dan Burkley porosity measurements showing less than 50% porosity on all of the Prolene meshes at the time, dtd 07/03/02 |
| P0829 | ETH.MESH.02184130 | E-mail from Chomiak, Re: Nachtrag: der Artikel, with attachment |
| P0831 | ETH.MESH.02185583-605 | Email from Christophe Vailhe to Michael Richter et al Re: Forces on the pelvic forces |
| P0844 | ETH.MESH.02212838 | Email from Danam Mendenhall to Elizabeth Vailhe et al attaching Mesh Structures Chart |
| P0848 | ETH.MESH.02227224 | PowerPoint Presentation dtd 05/09/08 titled MGPP Thunder Decision Meeting |
| P0849 | ETH.MESH.02227366 | Email from Vincenza Zaddem to Clifford Volpe with attachment Mesh/Devices Comparison Chart |
| P0962 | ETH.MESH.02257633 | Gynecare: Memo to address POD Requirement 2.3.2 pertaining to clinical evidence. |
| P0967 | ETH.MESH.02270724 | Email from Michel Cosson to Scott Ciarrocca re; Gynemesh Holding force in tissue |
| P0968 | ETH.MESH.02270766 | Email from Michel Cosson to Scott Ciarrocca re: D'Art Risk Question |
| P0970 | ETH.MESH.02270857-58 | E-mail from Laura Angelini to Walji, Owens, Bell, Berthier, Ciarrocca, Kammerer, Re: D'Art-Conversation with Prof Jacquetin |
| P0971 | ETH.MESH.02273358 | E-mail from Vincent Lucente to Ciarrocca, Re: GYNECARE PROLIFT* PELVIC FLOOR REPAIR SYSTEM (PROJECT D'ART)- DDSA Rev1-Final |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P0973 | ETH.MESH.02280771 | E-mail from Sean O'Bryan to Scott Ciarrocca, et. Al., Re: D'Art Clinical Expert Report (CE Mark Requirement) |
| P0975 | ETH.MESH.02282833-34 | Email from Steve Bell to Kevin Mahar et al FW: TVM-First Training-key learnings |
| P0976 | ETH.MESH.02283684 | Email from Mark Howansky to Scott Ciarrocca |
| P0978 | ETH.MESH.02283781 | Gynecare PROLIFT-Application FMEA-Review and APPROVAL Required Email from Scott Ciarrocca |
| P0980 | ETH.MESH.02286052-53 | Email from Sean O'Bryan to Scott Ciarrocca RE: IFU Prolift |
| P1003 | ETH.MESH.02332106-27 | Patient Clinical Study Report |
| P1004 | ETH.MESH.02332442-63 | Patient Clinical Study Report |
| P1005 | ETH.MESH.02341454-59 | Prolift IFU (copyrighted 2004) |
| P1010 | ETH.MESH.02341522-27 | Gynecare Prolift Total, Anterior, Posterior Pelvic Floor Repair System, package insert 2004 |
| P1082 | ETH.MESH.02412690-99 | Case Report From Gynemesh PS Study - Pt#21008 |
| P1083 | ETH.MESH.02587926 | When the implant worries the body PowerPoint |
| P1084 | ETH.MESH.02588170-80 | Timeline_experimental evaluation |
| P1085 | ETH.MESH.02589032-79 | PowerPoint, "Investigating Mesh Erosion in Pelvic Floor Repair," 18 May 2011 |
| P1087 | ETH.MESH.02590865 | PowerPoint presentation dtd 2/28/08 titled "Thunder: Technical Review" |
| P1123 | ETH.MESH.02766191 | Minutes of telephone conference 1/12/2006 |
| P1143 | ETH.MESH.02923305-06 | Email chain from Anne Doherty to Kimberly Hunsicker re: Prolift. |
| P1156 | ETH.MESH.03021946 | PowerPoint Slides - T-Pro (Thunder) Pipeline Leadership Team (PLT) Stage Gate: Discovery Initiation with notes. |
| P1159 | ETH.MESH.0311193 | Risk Management Report (Legacy) Gynecare Prolift RMR-0000053, |
| P1173 | ETH.MESH.03358784 | E-mail from Gene Kammerer to Dieter Engel re: Mesh Research. |
| P1238 | ETH.MESH.03495151 | Carol Holloway letter to Dr. [redacted] re Product: Gynecare Gynemesh Event Date: 06/2005, Reference #10034737 |
| P1258 | ETH.MESH.03573438 | Pipeline Leadership Team Meeting Minutes |
| P1263 | ETH.MESH.03576207-08 | Martin Weisberg email to Carol Holloway re: File #10034737 |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P1276 | ETH.MESH.03641969-70 | Email from Alex Gorsky to Gary Prudent re: Confidential: Background on forthcoming NEJM articles scheduled for May 12 |
| P1283 | ETH.MESH.03719177 | Chris Vailhe report "Polypropylene Mesh for Pelvic Floor Repair (PFR) – Focus on Mesh Exposure – Road to Improvement |
| P1297 | ETH.MESH.03753245 | PowerPoint presentation: Biomechanics (Pelvic Forces) |
| P1306 | ETH.MESH.03905976-91 | Prolift Patient Brochure (copyrighted 2006) |
| P1312 | ETH.MESH.03909826-29 | Email from Axel Arnaud to Laura Angelini regarding Confidential/Project TVM |
| P1313 | ETH.MESH.03909986-90 | Email from Axel Arnaud to Paul Parisi re: Soft Prolene Mesh for prolapse repair. |
| P1314 | ETH.MESH.03910637-38 | Email from Axel Arnaud to Wessel Van Dijk re: critical Q&A. |
| P1315 | ETH.MESH.03911617-18 | E-mail from Axel Arnaud to Cheryl Bogardus re: mesh adoption. |
| P1317 | ETH.MESH.03912702-07 | Email from Axel Arnaud to various recipients regarding Meeting Minutes/December 7 |
| P1318 | ETH.MESH.03915588 | E-mail from Gene Kammerer to Ronni Toddywal re: ULTRAPRO |
| P1323 | ETH.MESH.03923931-34 | Press Interview Frankfort |
| P1330 | ETH.MESH.04035362-68 | E-mail from Burkley to Holste, Re: Porosity of Meshes |
| P1402 | ETH.MESH.04554714-15 | Letter from Brian Kanerviko to Mary Beth Ritchey re: Prolift amd Prolift +M Postmarket Surveillance Study Plan. |
| P1437 | ETH.MESH.04945136-44 | Email from Joerge Holste to Juergen Trzewik re: Poerngrosse |
| P1438 | ETH.MESH.04945231-39 | E-mail from Joerg Holste to Thomas Barbolt et al re: WG: UltraPro vs. Prolene Soft Mesh |
| P1441 | ETH.MESH.05243256-59 | E-mail from Gene Kammerer to Dieter Engel re: Gynemesh PS w/ Monocryl |
| P1443 | ETH.MESH.05440647-49 | E-mail from Vellucci, with attachment |
| P1444 | ETH.MESH.05440654-55 | E-mail from Andjelic, Re: Ethicon R&D Seminar series |
| P1445 | ETH.MESH.05445953-69 | Email from James Ward to various recipients re: Preclinical Contraction Model |
| P1447 | ETH.MESH.05454207-14 | Email from Jurgen Trzewick to pmeier re: Folos cadaver lab. |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P1449 | ETH.MESH.05603793-97 | Redacted email from Laura Vellucci to Brian Kanerviko re: 522 Guidance document. |
| P1451 | ETH.MESH.PM.000001 | DVD Dr. Lucente procedure 8:50 -9:50 |
| P1452 | ETH.MESH.PM.000007 | Surgical Video |
| P1453 | ETH.MESH.PM.000011 | Surgical Video |
| P1454 | ETH.MESH.PM.000019 | Surgical Video |
| P1455 | ETH.MESH.PM.000027 | Surgical Video |
| P1456 | ETH.MESH.PM.000032 | Surgical Video |
| P1457 | ETH.MESH.PM.000037 | Surgical Video |
| P1458 | ETH.MESH.PM.000039 | Surgical Video |
| P1459 | ETH.MESH.PM.000052 | Surgical Video |
| P1460 | ETH.MESH.PM.000057 | Surgical Video |
| P1461 | ETH.MESH.PM.000058 | Surgical Video |
| P1469 | ETH-00252 | Gynecare Gynemesh PS brochure |
| P1471 | ETH-00264 | Advertisement, "One day you have prolapse. The next day you don't. Imagine that.," |
| P1472 | ETH-00289-00294 | GPS Prolift Sales Aid 2006 |
| P1473 | ETH-00295-362 | Gynecare Prolift Total, Anterior, Posterior Pelvic Floor repair System Instructions in various languages |
| P1488 | ETH-00940 | Bryan Lisa email to Jiyoung Dang re K071512-S02 |
| P1489 | ETH-01074 | Clinical Study Report: Evaluation of the TVM technique for treatment of genital prolapse |
| P1499 | ETH-02654 | Study entitled "Preliminary results of the Prolift technique in the treatment of pelvic organ prolapse by vaginal route: A multicentric retrospective series of 100 patients |
| P1500 | ETH-02683-96 | Short Term Results of the Prolift Procedure in 349 Patients Used in the Treatment of Pelvic Organ Prolapse |
| P1502 | ETH-03531 | Memorandum from Jeffrey Everett to Project D'Art eDHF re: Summary Memo for Revision C of the Gynecare Prolift DDSA |
| P1507 | ETH-03568-78 | Summary Memo for Revision B of the Gynecare PROLIFT Design Failure Modes Effects Analysis (dFMEA) |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P1510 | ETH-07247 | Memo dated March 2, 2005, Approvals and Summary Memo for Version A of the Gynecare PROLIFT Application Failure Modes Effects Analysis (aFMEA) |
| P1539 | ETH-18761 | Email from Kelly Brown to Gene Kammerer et al re: Proposal for work with CBAT |
| P1543 | ETH-20069 | Notes from Prolift Round Table Discussion - Queensland |
| P1545 | ETH-37788-93 | Draft Prolift Clinical Expert Report - Charlotte Owens |
| P1546 | ETH-41140-42 | Emails to/from Vincenza Zaddem, John Madigam, Sean O'Bryan, Scott Ciarrocca, Charlotte Owens, Cyrus Guidry, November 10, 2004 Memo from charlotte Owens to Prolift Pelvic Floor Repair system- First Human Use kits Technical File (unsigned) |
| P1551 | ETH-59475-59508 | Prolift Physician IDI's |
| P1552 | ETH-60136 | E-mail from Giselle Bonet to various recipients re: Gynemesh training. |
| P1554 | ETH-62214 | E-mail form Amy Vie to Kendra Munchel et al re: Prolift results xls |
| P1557 | ETH-80249 | Email from David Robinson to Giselle Bonet re: forgot. |
| P1559 | ETH-80265 | E-mail and attachment from Martin Weisberg to Giselle Bonet re: Prolift compNTM |
| P1560 | ETH-80303 | E-mail from Michel Cosson to Scott Ciarrocca et al re: Prolift package insert. |
| P1563 | ETH-80645 | Ethicon Expert Meeting: Meshes for Pelvic Floor Repair (norderstedt) |
| P1565 | ETH-83454 | Email from Scott Ciarrocca to various recipients re: Mesh microns |
| P1566 | ETH-83786 | Email with attachment Daniel F. Burkley Corporate Product Characterization Analysis |
| P1567 | ETH-83788 | Ethicon, Inc. Corporate Product Characterization, Analytical Chemistry Group, Porosity Measurement of AMS Intepro Mesh |
| P1679 | ETH.MESH.02097287-90 | PPT: Factors related to mesh shrinkage, What do we know? A review of literature and internal studies |
| P1755 | ETH.MESH.05478745 | "UltraPro Plug" Presentation by Boris Batke |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P1759 | ETH.MESH.05456984 | "Biocompatibility of Meshes" Presentation |
| P1810 | ETH.MESH.02588182 | "Exploratory Program Thunder" Presentation |
| P2068 | ETH.MESH.03905976-91 | 2006 Brochure |
| P2103 | ETH.MESH.02341454-59 | Prolift IFU 2004 |
| P2105 | ETH.MESH.03905976-91 | 2006 Brochure |
| P2112 | ETH-07153-58 | Clinical Expert Report |
| P2113 | ETH.MESH.00870466-76 | Ethicon Expert Meeting, 6/2/2006 |
| P2137 | ETH-07153-58 | Clinical Expert Report Gynecare Prolift Pelvic Floor Repair Systems |
| P2140 | ETH.MESH.03354810 | Project D'Art Clinical Strategy |
| P2142 | ETH.MESH.03641969 | Email from Alex Gorsky to Pruden re:Confidential: Background on forthcoming NEJM article scheduled for May 12. |
| P2143 | ETH.MESH.00518643 | Email from Judi Gauld to David Robinson et al re: RCT manuscript |
| P2144 | ETH.MESH.00578939 | Email from Piet Hinoul to David Robinson et al Re: TVM manuscript |
| P2145 | ETH.MESH.00578943 | Email from Piet Hinoul to Aaron Kirkemo et al re: TVM Manuscript |
| P2146 | ETH.MESH.00578946 | Email from Piet Hinoul to Daniel Altman et al re: TVM manuscript |
| P2147 | ETH.MESH.01757705 | Email David Robinson to Daniel Altman et al re: RCT Manuscript |
| P2148 | ETH.MESH.01757713 | Anterior Colporraphy versus Transvaginal Mesh for Pelvic-Organ Prolapse |
| P2149 | ETH.MESH.02991996 | Results |
| P2150 | ETH.MESH.02992001 | Tables |
| P2151 | ETH.MESH.02992006 | Colporraphy versus Transvaginal Mesh for Pelvic Organ Prolapse |
| P2152 | ETH.MESH.04526463 | Email from Walker to Gauld re Altman IIS RCT Submitted |
| P2226 | ETH-49659-60 | Email from Aaron Kirkemo to Harel Gadot et al Re: RAB - T-Pro Definition |
| P2227 | ETH.MESH.0086463 | Email from Piet Hinoul to Zeb Viana re: Prosima Take Away Messages. |
| P2248 | | "Polypropylene is Not Inert in the Human Body" Presentation by Donald R. Ostergard |
| P2295 | ETH.MESH.00719198-209 | Email string from Kevin Mahar to various re: FW FYI |
| P2298 | ETH.MESH.01716847-48 | Email string from Bart Pattyson to various re: Hello. |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P2299 | ETH.MESH.00467706-09 | Email string from Price St. Hilaire to Vincent Lucente re: OBG Management/Pelvic Health Coalition supplement-FINAL |
| P2386 | ETH.MESH.04120969 | Email string from Piet Hinoul to various re: Dindo reference and mesh use in the pelvic floor |
| P2387 | ETH.MESH.04121280-81 | Email string from James Hart to various re: Prolift PMS Update |
| P2388 | ETH.MESH.04121309-11 | Memo to PMS File from Dan Lamont re: Prolift Post Market Surveillance Report Review Session Meeting Minutes |
| P2418 | ETH.MESH.00408354 | Prolift +M Protocol - 8/2007 |
| P2419 | ETH.MESH.00408099 | Prolift +M Protocol - 3/22/2010 |
| P2457 | ETH.MESH.08367243 | Email from Scott Jones to Fah Che Leong re: SLU Uro-GYN Follow up |
| P2520 | ETH.MESH.05918776 | Email from Jill Schiaparelli to various re: Marlex Experience |
| P2568 | ETH.MESH.013462191-269 | Career Development Profile |
| P2576 | ETH.MESH.03642757-805 | Email from Lisette Caro Rosado to various re: PFR Extended CLT Meeting - attaching a presentation |
| P2579 | ETH.MESH.06836620-57 | Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse (signed by Piet Hinoul) |
| P2580 | ETH.MESH.08315779-810 | Clinical Expert Report - Gynecare Prolift +M Pelvic Floor Repair System |
| P2596 | ETH.MESH.04474212 | Consulting and Assignment Agreement - 2/13/2003 |
| P2597 | ETH.MESH.04474225 | Consulting Agreement - 6/22/2004 |
| P2598 | ETH.MESH.04474231 | Payment Information - Jacquetin |
| P2599 | ETH.MESH.04474235 | Master Consulting Agreement - 4/4/2008 |
| P2600 | ETH.MESH.04474245 | Master Consulting Agreement - 6/16/2010 |
| P2601 | ETH.MESH.04474255 | Master Consulting Agreement - 8/12/2011 |
| P2602 | ETH.MESH.04474269 | Payment Information - Cosson |
| P2807 | ETH.MESH.03753682 | Presentation Titled "Gynecare TVT Abbrevo" |
| P2809 | ETH.MESH.04050265 | Notes from meeting with Prof. deLeval and Prof. Waltregny |
| P2821 | ETH.MESH.00067356 | Lucente Webinar Transcript |
| P2864 | ETH.MESH.08473895 | Letter about Owens |
| P2868 | DEPO.ETH.MESH.00006408-14 | Complaint File report |
| P2869 | ETH.MESH.00371496-594 | Letter to Jones from FDA re K974098 Tension Free Vaginal Tape (TVT) System |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| P2870 | ETH.MESH.00004167 | Executive Summary - Prolift Report |
|---|---|---|
| P2871 | ETH.MESH.02134271-73 | Mechanisms of Cytotoxicity for TVT Polypropylene Mesh |
| P2873 | ETH.MESH.10040025-59 | Final Report, PSE Accession No. 00-035 "AN EXPLORATORY 9I-DAY TISSUE REACTION STUDY OF POLYPROPYLENE-BASED SURGICAL MESH IN RATS (PSE ACC. NO. 00-0035)" |
| P2874 | ETH.MESH.07506192-201 | FINAL REPORT, PSE ACCESSION NO. 01-0321, PROJECT NO. 48010 A 28-DAY TISSUE REACTION STUDY OF PROLENE POLYPROPYLENE MESH AND AUTOCLAVED PROLENE |
| P2876 | ETH.MESH.02340529-33 | TVT IFU |
| P2877 | ETH.MESH.10575607 | PROLENE* MESH — BIOLOGICAL EVALUATION IN RABBITS |
| P2878 | ETH.MESH.11336474 | TEN YEAR IN VIVO SUTURE STUDY SCANNING ELECTRON MICROSCOPY FIVE YEAR REPORT |
| P2879 | ETH.MESH.11336034 | SEVEN YEAR DATA FOR TEN YEAR PROLENE TM STUDY: ERF 85-219 |
| P2880 | ETH-02800-12 | |
| P2883 | ETH.MESH.00086463-65 | Email from Piet Hinoul re Prosima Take Away Messages |
| P2884 | ETH.MESH.00008041 | Email from Andrew Meek re Pelvic Floor Repair Course - Second Draft Content Documents |
| P2885 | ETH.MESH.00008043 | Ethicon Products, In. Pelvic Floor Repair Online Training Course |
| P2888 | ETH.MESH.00035379 | Email from Scott Jones re PROLIFT+M Pre-reading #1 |
| P2892 | ETH.MESH.00126954 | Email from Marianne Kaminski re Preceptor "Voicemails"? |
| P2893 | ETH.MESH.00130117 | Email from Ophelie Berthier re ICS Prolift Abstracts |
| P2894 | ETH.MESH.00158295 | Gynecare Prolift Pelvic Floor Repair Systems: Forums and Round Table Summary |
| P2895 | ETH.MESH.00301874 | Email from Daniel Lamont re 50% mesh elongation |
| P2903 | ETH.MESH.00419571 | Gynecare Prolift Pelvic Floor Repair System Surgical Technique |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| P2906 | ETH.MESH.00570955 | Intermediate Report - Prolapse Mesh Explants 6/2009 |
| P2909 | ETH.MESH.00584811 | Email from Gene Kammerer to Fabrice Jendly et al re Ultrasonic Slitting of Prolene Mesh for TVT |
| P2913 | ETH.MESH.00741137 | Memo to Giselle Bonet, Price St. Hilllaire, Linda Linton, Ophelie Berthier re Contact report - June 21, 2006 |
| P2923 | ETH.MESH.00869977 | Clinical Evaluation report - Mesh Erosions |
| P2929 | ETH.MESH.01220871 | Email from Gene Kammerer re D'Art - Conversation with Prof. Jacquetin |
| P2938 | ETH.MESH.01816988 | Kammerer Product development chart |
| P2946 | ETH.MESH.02185584 | Biomechanical consideration for Pelvic floor mesh design |
| P2976 | ETH.MESH.03924557 | "Meshes in Pelvic Floor Repair" By Brigitte Hellhammer |
| P2995 | ETH.MESH.05237872 | "Mesh Properties - How Important are they?" by Peter Meier |
| P3004 | DEPO.ETH.MESH.00000367 | Prof. Guidoin explant materials - Degradation notebook |
| P3064 | ETH.MESH.05446129 | Shrinking Meshes? |
| P3108 | ETH.MESH.07192929 | PA Consulting report "Investigating Mesh Erosion in Pelvic Floor Repair" |
| P3132 | ETH.MESH.09557798 | 7 Year Dog Study with explant images |
| P3140 | ETH.MESH.09656632 | Biomechanical consideration presentation |
| P3176 | ETH.MESH.15144988 | Handwritten 1988 Lab notebook |
| P3177 | ETH.MESH.15955438-73 | Series of memos regarding Prolene* (Polypropylene) Microcracks |
| P3185 | HMESH_ETH_00782152 | Prolene Mesh Improvement Project |
| P3186 | HMESH_ETH_02030355 | Email from R. Rousseau to R. Tannhauser discussing 5 mil construction |
| P3267 | ETH.MESH.02180759 | Letter from 598 9 de Leval to Angellini, et al |
| P3319 | ETH.MESH.01202101 | Email from A. Kirkemo to P. Hinoul, et al. Re: My revised writeup of the DeLeval and Waltregny visit |
| P3357 | ETH-01755 | Page from FDA letter - Prolift arm pull out 12 lbf |
| P3368 | ETH.MESH.03932906 | History of Prolift |
| P3373 | ETH.MESH.00142524-33 | PPT: Gynemesh PS Study |
| PLT0028 | ETH-02375 | Altman D, Tapio V et al. Short-term outcome after transvaginal mesh repair of POP. Int Urogynecol J (2008) 19:787–793. |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| PLT0030 | ETH-02277 | Altman D, Falconer C for the Nordic Transvaginal Mesh Group. Perioperative morbidity using transvaginal mesh in pelvic organ prolapse repair. Obstet Gynecol 2007; 109: 303-308. |
| PLT0041 | ETH-71304 | Aungst MJ, Friedman EB. De novo stress incontinence and pelvic symptoms after transvaginal mesh repair. Am J Obstet Gynecol. 2009 Jul;201(1):73.e1-7. |
| PLT0067 | ETH-76750 | Blandon RE et al. Complications from vaginally placed mesh in pelvic reconstructive surgery. Int Urogynecol J 2009; 20: 523-531. Epub 10 Feb 2009. |
| PLT0078 | ETH-02283 | Boulanger L, Moukerrou M et al. Bacteriological analysis of meshes removed for complications after surgical management of urinary incontinence or pelvic organ prolapse. Int Urogynecol J (2008) 19:827-831. |
| PLT0081 | ETH-02290 | Boyles SH, McCrery R., Dyspareunia and mesh erosion after mesh placement with a kit procedure. Obstet Gynecol. 2008 Apr;111(4):969-75. |
| PLT0092 | ETH-76774 | Carey M, Higgs P. Vaginal repair with mesh vs colporrhaphy for prolapse a randomized controlled trial. BJOG. 2009 Sep;116(10):1380-6. |
| PLT0105 | ETH-47802 | Cobb W et al. Textile analysis of heavy-weight, middle-weight and light-weight polypropylene in porcine ventral hernia repair. J Surg Res 2006; 136: 1-7. Presented at Association for Academic Surgery, November 2004. |
| PLT0108 | ETH-02794 | Collinet P et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J 2006 Jun; 17(4): 315-320. Epub 2005 Oct 15. |
| PLT0111 | ETH-60792 | Cosson M, Debodinance P, Boukerrou M et al: Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material? Int Urogynecol J (2003) 14:169-178. |

Plaintiff's Amended Short Exhibit List
Bellew v. Ethicon
2:13-cv-22473

| | | |
|---|---|---|
| PLT0138 | ETH-60142 | De Tayrac R, Gervaise A, Chauveaud A et al: Tension-free polypropylene mesh for vaginal repair of anterior vaginal wall prolapse. J Reprod Med. 2005 Feb;50(2):75-80. |
| PLT0141 | ETH-02955 | Deffieux X, De Tayrac R, Huel C, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Jan;18(1):73-9. |
| PLT0151 | ETH.MESH.04120970-76 | Diwadkar GB, Barber MD, Feiner B, Maher C, Jelovsek JE. Complication and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol 2009 Feb; 113: 367-373. |
| PLT0213 | ETH-60188 | Hiltunen R, Takala, T, Heiskanen E et al: Low-weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial. Obstet Gynecol. 2007 Aug;110(2 Pt 2):455-62. |
| PLT0355 | ETH-76690 | Natale, F, La Penna C, Padoa A et al: A prospective randomized controlled study comparing Gynemesh®, a synthetic mesh, and Pelvicol®, a biologic graft, in the surgical treatment of recurrent cystocele. Int Urogynecol J (2009) 20:75-81. |
| PLT0679 | ETH.MESH.00199603-04 | Jacquetin B, Caquant F, Collinet P: Prolene Soft Mesh for POP surgical treatment - a prospective study of 264 patients. |
| PLT0681 | ETH.MESH.02134043-54 | Klosterhalfen B, Klinge W, Schumpelick V: Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials. 1998 Dec;19(24):2235-46. |