EXHIBIT 2

**From:** bill@billblankenshiplaw.com
**Sent:** Wednesday, December 03, 2014 2:06 PM
**To:** John Harloe
**Subject:** FW: Cavness

**From:** bill@billblankenshiplaw.com [mailto:bill@billblankenshiplaw.com]
**Sent:** Friday, November 07, 2014 2:43 PM
**To:** ctraylor@canteyhanger.com
**Cc:** Philipa Remington (premington@trtblaw.com); Cathryn Paton (cpaton@trtblaw.com); Billy Dunnill (BillyDunnill@steedflagg.com) (BillyDunnill@steedflagg.com); tim@freeseandgoss.com; Richard Capshaw (Richard@capslaw.com)
**Subject:** Cavness

Carol-

Your responses to discovery in this case include assertions of privilege and indicate that material and information have been withheld pursuant to those privileges. Plaintiff hereby requests that Johnson & Johnson and Ethicon, Inc. identify the information and material so withheld, pursuant to TRCP 193.3(b). Thanks.

William F. Blankenship III
*Board Certified in Personal Injury Trial Law*
Law Office of William F. Blankenship III, PC
3219 McKinney Avenue, Suite #100
Dallas, Texas 75204
(214) 361-7500
(214) 361-7505 Fax

The information contained in this email is **privileged and confidential**. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately.