EXHIBIT 3



## CANTEY HANGER LLP

CAROL J. TRAYLOR
DIRECT: 817.877.2861
EMAIL: CTRAYLOR@CANTEYHANGER.COM

ATTORNEYS

CANTEY HANGER PLAZA
600 WEST 6TH STREET, SUITE 300
FORT WORTH, TEXAS 76102-3685
817.877.2800 – METRO 214.978.4199
FAX: 817.877.2807

November 24, 2014

**Via Federal Express**
William F. Blankenship III
bill@billblankenshiplaw.com
**William F. Blankenship III, P.C.**
3219 McKinney Avenue, Suite 100
Dallas, TX 75204

Tim K. Goss
tim@freeseandgoss.com
**Freese & Goss, PLLC**
3031 Allen Street, Suite 200
Dallas, TX 75204

Richard A. Capshaw
richard@capslaw.com
**Capshaw & Associates**
3031 Allen Street, Suite 201
Dallas, TX 75204

RE: Carol Cavness vs. Teresa Kowalczyk, M.D., Hunt Memorial Hospital District Charitable Health Foundation d/b/a Hunt Regional Healhcare Foundaton and Hunt Regional Center at Greenville, Baylor Healthcare system, Johnson & Johnson and Ethicon, Inc.
Cause No. DC-14-04220

Dear Bill:

Pursuant to your request and Rule 193.3(b) of the Texas Rules of Civil Procedure, Ethicon, Inc. is providing the enclosed CD, which contains an electronic coy of its privilege log. Please let us know if you have any questions.

DALLAS • FORT WORTH

MERITAS LAW FIRMS WORLDWIDE

Letter to Blankenship, Goss & Capshaw
November 24, 2014
Page 2

Sincerely,

Carol J. Traylor

Enclosure

cc: **Via Federal Express**
Philipa M. Remington
premington@trtblaw.com
Cathryn Paton
cpaton@trtblaw.com
**Theibaud Remington Thornton Bailey LLP**
4800 Fountain Place
1445 Ross Avenue
Dallas, TX  75202

**Via Federal Express**
William C. Dunnill
billydunnill@steedlawfirm.com
Joel J. Steed
JoelSteed@steedlawfirm.com
**Steed Dunnill Reynolds Murphy Lamberth, LLP**
One Horizon Ridge
1010 W. Ralph Hall Parkway, Second Floor
Rockwall, TX  75032.