EXHIBIT 5

# Freese & Goss PLLC

### ATTORNEYS AT LAW

Andrea Rodriguez
Paralegal to Tim K. Goss
Direct Line: 214.550.5226
Email: Andrea@freeseandgoss.com

3031 ALLEN STREET, SUITE 200
DALLAS, TEXAS 75204

TELEPHONE: 214.761.6610
FACSIMILE: 214.761.6688

www.freeseandgoss.com

December 15, 2014

*Via Email*
Carol Traylor, Esq.
**Cantey Hanger LLP**
600 West 6th Street, Suite 300
Fort Worth, Texas 76102

*Via Email*
Philipa Remington
Cathryn Paton
**Theibaud, Remington, Thornton, Bailey, LLP**
4800 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

*Via Email*
William C. Dunnill
Joel Steed
**Steed, Dunnill, Reynolds,**
**Murphy, Lamberth, LLP**
One Horizon Ridge
1010 W. Ralph Hall Parkway,
Second Floor
Rockwall, TX 75032

RE:   **Carol Cavness vs. Teresa Kowalczyk, M.D. et al., Cause No. DC-14-04220.**

### NOTICE OF HEARING

Counsel:

Please be advised that Plaintiff's Motion for *in camera* Inspection of Withheld Documents by Defendants Johnson & Johnson and Ethicon, Inc., Based on Assertions of Privilege, that was filed on December 12, 2014, has been scheduled for hearing on **January 6, 2014 at 1:45 p.m.** in the 95th Judicial District Court, Dallas County, Texas.

Sincerely,

Andrea Rodriguez
Legal Assistant

/ar
cc:
*Via E-File*
95th District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Box 640
Dallas, Texas 75202