EXHIBIT 7

# Freese & Goss PLLC

ATTORNEYS AT LAW

3031 ALLEN STREET, SUITE 200
DALLAS, TEXAS 75204

TELEPHONE: 214.761.6610
FACSIMILE: 214.761.6688

www.freeseandgoss.com

Andrea Rodriguez
Paralegal to Tim K. Goss
Direct Line: 214.550.5226
Email: Andrea@freeseandgoss.com

December 29, 2014

*Via E-File & Email*
Carol Traylor, Esq.
**Cantey Hanger LLP**
600 West 6th Street, Suite 300
Fort Worth, Texas 76102

*Via E-File & Email*
Philipa Remington
Cathryn Paton
**Theibaud, Remington, Thornton, Bailey, LLP**
4800 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

*Via E-File & Email*
William C. Dunnill
Joel Steed
**Steed, Dunnill, Reynolds,
Murphy, Lamberth, LLP**
One Horizon Ridge
1010 W. Ralph Hall Parkway,
Second Floor
Rockwall, TX 75032

RE:     **Carol Cavness vs. Teresa Kowalczyk, M.D. et al., Cause No. DC-14-04220.**

## AMENDED NOTICE OF HEARING

Counsel:

Please be advised that the hearing on Plaintiff's Motion for *in camera* Inspection of Withheld Documents by Defendants Johnson & Johnson and Ethicon, Inc., Based on Assertions of Privilege, that was scheduled for hearing on **January 6, 2015, at 1:45pm** has been rescheduled and is now set for **January 21, 2015, at 9:00am** in the 95th Judicial District Court, Dallas County, Texas.

Sincerely,

Andrea Rodriguez
Legal Assistant

/ar
cc:
*Via E-File*
95th District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Box 640
Dallas, Texas 75202