APPROVED and SO ORDERED.
ENTER: 2413; 14237

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC SUPPORT                                             MDL No. 2326
SYSTEM PRODUCTS LIABILITY LITIGATION        Honorable Joseph R. Goodwin

---

| | |
|---|---|
| LORI MCMANN, ET AL, §<br>　　　Plaintiff, §<br>§<br>v. §<br>§<br>BOSTON SCIENTIFIC CORP., ET §<br>AL, §<br>　　　Defendant. § | CASE NO. 2:14-cv-23698 |

## MOTION TO TRANSFER MDL

**COME NOW** Plaintiffs, by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, *In re: Boston Scientific Corp. Pelvic Support System Products Liability Litigation*, to MDL 2327, *In re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation*.

Plaintiffs filed their Original Short Form Complaint in MDL 2326 against Boston Scientific Corp. Plaintiffs have now filed an Amended Short Form Complaint that no longer includes Defendant, Boston Scientific Corp., but instead, complains of Ethicon, Inc., and Johnson & Johnson.

Because Defendant, Boston Scientific Corp., is no longer a named defendant in this member case, Plaintiffs respectfully request that the Court: 1) grant the Plaintiffs' motion to

transfer this civil action from MDL 2326 to MDL 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL 2327.

Respectfully submitted,

*/s/ J. Steve Mostyn*
J. Steve Mostyn
**MOSTYN LAW**
3810 West Alabama Street
Houston, TX 77027
(713) 714-0000 Telephone
(713) 714-1111 Facsimile

Kurt Arnold
Jason Itkin
Noah Wexler
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2015 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ J. Steve Mostyn*
J. Steve Mostyn