IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| ROBERTA GOLDADE,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC. and ETHICON, L.L.C.,<br><br>Defendants. | CIV. #13-11028<br>(MDL No. 2327)<br><br><br>**NOTICE OF WITHDRAWAL OF<br>COUNSEL AND<br>SUBSTITION OF COUNSEL** |

TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Shannon Falon and Johnson, Abdallah, Bollweg & Parsons, L.L.P. are withdrawing as counsel of record for Plaintiff Roberta Goldade and that attorney Kasey Olivier and Heidepriem, Purtell & Siegel, L.L.P. shall be substituted as counsel of record for the Plaintiff in this matter. Plaintiff has consented to the substitution of counsel as outlined above. All further notices and pleadings should be sent to the above-mentioned at the address below.

Dated this 15th day of January, 2015.

HEIDEPRIEM, PURTELL & SIEGEL, L.L.P.

BY _____
Kasey L. Olivier (kasey@hpslawfirm.com)
101 West 69th Street, Suite 105
Sioux Falls, SD 57108
(605) 679-4470

*Attorneys for the Plaintiffs*

1

**As to Withdrawal:**

JOHNSON, ABDALLAH,
BOLLWEG & PARSONS, L.L.P.

BY _/s/ Shannon R. Falon_
Shannon R. Falon (shannon@johnsonabdallah.com)
P.O. Box 2348
Sioux Falls, SD 57101-2348
(605) 338-4304