UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br><br>MDL No. 2327<br><br>Judge Joseph R. Goodwin<br><br>Magistrate Judge Cheryl A. Eifert |

## DEFENDANTS JOHNSON & JOHNSON AND ETHICON, INC.'S SUPPLEMENTAL SUBMISSION IN CONNECTION WITH ITS MOTION FOR COORDINATION REGARDING PRIVILEGE CHALLENGES

Defendants Johnson & Johnson and Ethicon, Inc. respectfully make this supplemental submission in connection with their motion for coordination on privilege issues between this Court and the state court presiding over *Cavness v. Kowalczyk*, a pelvic-mesh suit pending in the Texas District Court for the 95th Judicial District (the "Motion"), which this Court granted on February 11, 2015.

As defendants previously explained to the Court, plaintiff in the state-court *Cavness* action is currently challenging the privileged status of 47 documents, all of which have been withheld on the same grounds in the MDL proceeding. As discussed at the hearing, in order to promote a coordinated resolution of this dispute, defendants are submitting to this Court a number of documents that are relevant to the *Cavness* privilege dispute, including several documents that will be submitted for *in camera* review.

Specifically, defendants have attached to this submission:

1. A brief explaining the law underlying their challenged privilege designations;

2. A brief addressing choice-of-law issues;

3. An affidavit from Ben Watson, counsel for defendants regarding the designations;

4. A table that identifies each document and briefly explains why it was withheld or redacted; and

5. A list of all the individuals included on the privilege log and their job titles where available.

Defendants will also be submitting for *in camera* review:

1. A copy of each challenged document; and

2. A table that provides more detailed descriptions of the privileged documents and the basis for their designations.

Dated: February 23, 2015                                    Respectfully submitted,

/s/ David B. Thomas_____
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


/s/ Christy D. Jones_____
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

 *Counsel for Defendants Ethicon, Inc. and Johnson & Johnson in In re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                    */s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com