# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Denying Docket #1460 as Moot and Dismissing Defendant
American Medical Systems, Inc. without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket 1460], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. without Prejudice, filed by Plaintiff, identified in the Attached Exhibit A, and American Medical Systems, Inc. ("AMS").  Plaintiffs, identified in the attached Exhibit A, and AMS have now filed an Amended Joint Motion to Dismiss without Prejudice [Docket # 1470] seeking dismissal of AMS from this action without prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain in this action, and plaintiffs will continue to prosecute these actions against them.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS without Prejudice [Docket #1460] is **DENIED AS MOOT**.  It is further **ORDERED** that the Amended Joint Motion to Dismiss without Prejudice [Docket # 1470] is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed in the attached Exhibit A.

ENTER:  February 24, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A--LEVIN SIMES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-12350 | Carlyne Brinks, Gordon Brinks v. Ethicon, Inc., Johnson & Johnson, and American Medical Systems, Inc. |