EXHIBIT 1

```
                IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                           AT HUNTINGTON

_____x
                                        :
IN RE:                                  :   MDL NO.
ETHICON, INC.,                          :   2:12-MD-02327
PELVIC REPAIR SYSTEM PRODUCTS           :
LIABILITY LITIGATION                    :
                                        :
                                        :
                                        :
_____x

THIS DOCUMENT RELATES TO ALL CASES  :
_____x


              TELEPHONIC MOTION HEARING
        BEFORE THE HONORABLE CHERYL A. EIFERT,
            UNITED STATES MAGISTRATE JUDGE
              WEDNESDAY, FEBRUARY 11, 2015




          CATHERINE L. SCHUTTE-STANT, RMR, CRR
                Federal Official Court Reporter
                   300 Virginia Street, East
                          Room 6009
                    Charleston, WV 25301
                       (304) 347-3151
```

1   apply in many respects to all products. But as to the law
2   issue, the very scenario you were talking about where going
3   from one state to the next is exactly what we're trying to
4   avoid and exactly what we think the MDL could hopefully
5   avoid by looking at the issue of the choice of law and
6   issuing a ruling that other state courts might -- maybe they
7   disagree with it, but at least there's a ruling by the Court
8   that is adjudicating the claims with respect to tens of
9   thousands of these plaintiffs and speaking to the choice of
10  law issue. And we would be happy to make a submission or an
11  application to this Court to try and sort through that issue
12  if that would be appropriate.
13          THE COURT: I think that would be a place to
14  start, as, again, I don't think there's much I can do about
15  the issue currently pending in Texas. I mean, if there's
16  already a motion pending in front of the judge there, I
17  don't know what I can do about that. But I do think going
18  forward, I think the first issue would be to figure out if
19  it is going to all be determined by New Jersey law. And I
20  don't even know whether you have to do -- what kind of
21  analysis you would have to do to figure out the choice of
22  law. That's even going to vary from state to state. I
23  don't know, because I haven't given it enough thought.
24          MR. AYLSTOCK: Your Honor, this is Bryan Aylstock
25  again. Again, I'm reaching way back into my memory banks,

1        MR. BERNARDO: Your Honor, this is Rich Bernardo.
2  We will try and do what we can to try and make it a simple
3  and streamlined process, and maybe starting with these
4  documents at issue may help guide the parties in terms of
5  other issues.
6        THE COURT: The first thing I want from Ethicon is
7  some kind of a motion filed. And I think the motion's got
8  to address the choice of law. And, I mean, I -- you know, I
9  think to me, I don't -- as I said and I think as Mr.
10 Aylstock followed up on, I'm not sure even that issue is
11 going to be the same from state to state. Hopefully it will
12 be, or there would at least be a majority of jurisdictions
13 that would agree that it's either done on a state-by-state
14 basis or it's going to all be governed by New Jersey law.
15 But that to me is the major issue.
16       I think from the standpoint of the MDL, the involvement
17 of the MDL in the actual reviewing of the documents is going
18 to depend a great deal on whether New Jersey law governs or
19 individual state law governs. Not to say that the MDL won't
20 still be involved, but I think that there will be a
21 difference in the level of involvement.
22       If that makes any sense. Does that make sense?
23            UNIDENTIFIED SPEAKER: It does, Your Honor, it
24 does and we will prepare a submission that addresses that
25 for you.