# EXHIBIT 1



**IJE . IBJ**

INSTITUT DES JURISTES D'ENTREPRISE

INSTITUUT VOOR BEDRIJFSJURISTEN

## CERTIFICATE OF CURRENT GOOD STANDING

1. **Applicant Data:**

   Name: Dirk Brinckman
   Date of Birth: 2 December 1971
   Company Lawyer association of which applicant is a member: Belgian Institute of Company lawyers
   Lawyer registration or license number: 101204
   Date of registration: 2 September 2003
   Disciplinary actions taken:   None

2. **Items to be Certified:**

   a. That the above named lawyer is a person who has been engaged in the practice of law upon registration as a company lawyer by the Belgian Institute of Company Lawyers on 2 September 2003

   b. That the Belgian Institute of Company lawyers has final jurisdiction over disciplinary matters concerning lawyers pursuant to the law of 1 March 2000.

   c. That the above named lawyer has not to date been disciplined under the law of 1 March, 2000 and that no disciplinary action has ever been filed against him.

   d. That the above named lawyer is currently licensed as company lawyer in good standing and is currently eligible to practice law in this jurisdiction.

The Belgian Institute of Company Lawyers

By:   Anne De Wolf
      General Manager

      P.P.

Date:   3 July 2012

rue des Sols 8 Stuiversstraat • B-1000 Bruxelles Brussel • IJE Loi du 1er mars 2000 - IBJ Wet van 1 maart 2000
T : 02 512 74 33 - F : 02 502 65 70 • E-mail : info@ije.be - info@ibj.be • Website : www.ije.be - www.ibj.be
ondernemingsnummer/numéro d'entreprise 0472.411.576