APPROVED and SO ORDERED.
ENTER:

*Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327
Honorable Joseph R. Goodwin

---

Judith Clarke

Plaintiff(s),

v.

CASE NO. 2:13-cv-19925

Ethicon, Inc., Johnson & Johnson, and
American Medical Systems, Inc.

Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2325 American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2325__:

American Medical Systems, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2325__ ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2325__ .

/s/ Brett L. Rosenthal

Peter J. McNulty, CA SBN 89660
Brett L. Rosenthal, CA SBN 230154
McNULTY LAW FIRM
827 Moraga Drive
Los Angeles, CA 90049
(310) 471-2707

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Sean T. Roberts

Sean T. Roberts
McNULTY LAW FIRM
827 Moraga Drive
Los Angeles, CA 90049
(310) 471-2707
sean@mcnultylaw.com