# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

- ☐ MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
- ☑ MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation
- ☐ MDL No. 2440 | In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2511 | In Re Neomedic Pelvic Repair System Products Liability Litigation

**Civil Action Number (SDWV):** 2:12-md-02327
(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel   ☐ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Pemberton | Dana | Scott | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 018214 | dana@pembertonduncanlaw.com |

**Party Representing:**
Helen Brown and Robert Ruttkay (husband)

| Originating Case Number: 3:11-cv-00483 | Originating District: Eastern District of Tennessee |
|---|---|

Originating Short-Case Style: Brown v. Johnson & Johnson, et al.

| Direct Dial Number: 865-862-0632 | Cell Phone Number: 865-765-2012 |
|---|---|
| Secretary Name: Annie Duncan, Esq. | Paralegal Name: Annie Duncan, Esq. |

## LAW FIRM INFORMATION

Firm Name: Pemberton & Duncan PLLP

Address: 9539 Kingston Pike

| City: Knoxville | State: TN | Zip: 37922 |
|---|---|---|
| Firm Phone Number: 865-531-1941 | Firm Fax Number: 865-531-2191 | |

Other members of firm involved in this litigation:
Annie Duncan

| 03/09/2015 | s/ Dana S. Pemberton |
|---|---|
| Date | Electronic Signature |

Rev. 02/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------<br>**THIS DOCUMENT RELATES TO:**<br>Civil Action No.: 2:12-cv-00341,<br>*Helen M. Brown and husband Robert Ruttkay v. Johnson & Johnson, et al.* | )<br>)<br>) MDL Docket No.: 2:12-md-02327<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned, counsel for Plaintiffs, electronically filed a Notice of Appearance with the Clerk of the Court on March 9, 2015 by using the CM/ECF system and hereby certifies that the parties were provided a copy electronically through CM/ECF system.

This the 9th day of March, 2015.

PEMBERTON & DUNCAN, PLLP

/s Dana S. Pemberton
    Dana S. Pemberton, BPR No. 018214
    9539 Kingston Pike
    Knoxville, TN 37922
    (865) 531-1941
    Attorney for Plaintiff