IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE C.R. BARD, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2187 |
| IN RE AMERICAN MEDICAL SYSTEMS,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2325 |
| IN RE BOSTON SCIENTIFIC CORP.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2326 |
| IN RE ETHICON, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2327 |
| IN RE COOK MEDICAL, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2440 |

**THIS DOCUMENT RELATES TO ALL CASES**

### MOTION FOR SUBSTITUTION OF COUNSEL AND WITHDRAW OF COUNSEL

PLEASE TAKE NOTICE, that Hughes & Coleman, PLLC ("H&C"), by and through their undersigned counsel, respectfully moves this Court for entry of an order for all actions in which **David K. Koon formerly appeared as Counsel, H&C moves to substitute Attorney Lee Coleman as Counsel** in MDL Nos. 2187, 2325, 2326, 2327 and 2440, and **withdraw David K. Koon as Counsel**, who is leaving the firm.

Accordingly, H&C respectfully requests that the Court enter an order updating each member case in which any of the named attorneys have been associated in MDL Nos. 2187, 2325, 2326, 2327 and 2440.

        s/David K. Koon_____
Lee Coleman (KY Bar No. 13255)
David K. Koon (KY Bar No. 94593)
**HUGHES & COLEMAN, PLLC**
1256 Campbell Lane, Suite 201
Bowling Green, Kentucky 42104
(Phone) 270-782-6000
(Fax) 270-782-8820
lcoleman@hughesandcoleman.com

dkoon@hughesandcoleman.com