IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                    MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

    Pending before the court is a Motion for Change of Attorney Information, filed on November 26, 2014. [Docket # 1388.] In the motion, counsel request that in the main MDL and each individual case in which attorneys Sean Patrick Tracey and Shawn Paul Fox appear, the firm name, telephone number, facsimile and email addresses be changed.

    It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED in part** with respect to the update of the firm name, telephone number and facsimile. It is **ORDERED** that the Motion for Change of Attorney Information is **DENIED in part** as to the change of email addresses.

    The Clerk is instructed to update the firm name, telephone number and facsimile, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which said attorneys are associated. The Clerk is instructed not to update the email addresses.

    The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

                                              ENTER: March 17, 2015

                                              JOSEPH R. GOODWIN
                                              UNITED STATES DISTRICT JUDGE