IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AMERICAN MEDICAL SYSTEMS PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: C.R. BARD, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST CORP PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2511 |

**THIS DOCUMENT RELATES TO ALL CASES**

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that Plaintiffs' attorneys The Potts Law Firm, LLP, respectfully move this Court for entry of an order updating our firm information in MDL Nos. 2187, 2325, 2326, 2327, 2387, 2440, and 2511, and in each individual member case in which any of the below-named attorneys are associated. In support of its motion, The Potts Law Firm states the following:

1. The below-listed Potts Law Firm attorneys with appearances entered in one or more of these matters are resident in the firm's Houston office:

   Derek H. Potts
   MO Bar No. 44882
   TX Bar No. 24073727

   William H. Barfield
   TX Bar No. 24031725

2. Effective immediately, the Potts Law Firm attorneys in in one or more of these matters resident in Houston relocated their offices to:

   The Potts Law Firm, LLP
   100 Waugh Drive, Suite 350
   Houston, TX 77007
   Telephone: 713.963.8881
   Facsimile: 713.583.5388

3. The below-listed Potts Law Firm attorneys with appearances entered in one or more of these matters are resident in the firm's Kansas City office:

   Timothy L. Sifers
   MO Bar No. 49386
   KS Bar No. 19922

   Patricia L. Campbell
   MO Bar No. 60917
   KS Bar No. 23946

   Brandon L. Corl
   MO Bar No. 58725
   KS Bar No. 23043

   Michael K. Whitman
   MO Bar No. 45158

4. Effective immediately, the Potts Law Firm attorneys in one or more of these matters resident in Kansas City relocated their offices to:

The Potts Law Firm, LLP
1901 W. 47th Place, Suite 210
Westwood, KS 66205
Telephone: 816-931-2230
Facsimile: 816-931-7030

Accordingly, the aforementioned attorneys respectfully request that the Court enter an order updating the attorney information for the above-listed attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which any of the below named attorneys are associated.

This 17th Day of March, 2015

By: /s/ Derek H. Potts
Derek H. Potts           TX# 24073727
William H. Barfield      TX #24031725
THE POTTS LAW FIRM, LLP
100 Waugh Drive, Suite 350
Houston, TX 77007
Telephone: 713.963.8881
Facsimile: 713.583.5388
dpotts@potts-law.com
wbarfield@potts-law.com


Timothy L. Sifers        MO# 49386
Patricia L. Campbell     MO# 60917
Brandon L. Corl          MO# 58725
Michael K. Whitman       MO#45158
THE POTTS LAW FIRM, LLP
1901 W. 47th Place, Suite 210
Westwood, KS 66205
Phone: (816) 931-2230
Fax: (816) 931-7030
tsifers@potts-law.com
pcampbell@potts-law.com
bcorl@potts-law.com
mwhitman@potts-law.com

*Plaintiffs' Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Derek H. Potts
Derek H. Potts