# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiff in the case listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") jointly move the court to dismiss AMS as a defendant in this action with prejudice, and terminate AMS from the docket in this action, parties to bear their own costs. Other defendants remain in this action, and plaintiff will continue to prosecute her action against them.

Respectfully:

| | |
|---|---|
| /s/ Tracy G. Weiss | /s/ Peter de la Cerda |
| Tracy G. Weiss | Peter de la Cerda |
| REED SMITH | EDWARDS & DE LA CERDA |
| Three Logan Square, Suite 3100 | Suite 100 |
| 1717 Arch Street | 3031 Allen Street |
| Philadelphia, PA 19103 | Dallas, TX 75204 |
| 215.851.8100 (phone) | 214.550.5239 (phone) |
| 215.851.1420 (fax) | 214.550.5223 (fax) |
| tweiss@reedsmith.com | peter@edwardsdelacerda.com |
| *Attorney for Defendant American Medical Systems, Inc.* | *Attorney for Plaintiff on Exhibit A* |

Dated:  March 18, 2015

## EXHIBIT A

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00960 | Donna Amsden v. Ethicon, Inc., Johnson & Johnson, Ethicon Women's Health & Urology, Gynecare, Boston Scientific Corporation, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

      /s/Tracy G. Weiss