IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

Please take Notice, that the undersigned respectfully moves this Court for entry of an Order updating the firm name and contact information in MDL No. 2327 and each individual case in which the below named attorneys are associated. In support of the motion, said attorneys state the following:

1. The firm's updated information, including name and email addresses, is as follows:

> Cory Watson, P.C.
> 2131 Magnolia Avenue, Suite 200
> Birmingham, Alabama  35205
> Tel:  (205) 328-2200
> Fax: (205) 324-7896
> Email: TVMInfo@corywatson.com

Accordingly, the undersigned respectfully requests that the Court enter an Order updating the attorney information for the above listed attorneys in MDL No. 2327 and each individual case in which the below named attorneys are associated.

1

This 18th day of March, 2015.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　/s/ Jon C. Conlin, Esq.
　　　　　　　　　　　　　　　　　　　　Jon C. Conlin
　　　　　　　　　　　　　　　　　　　　Cory Watson, P.C.
　　　　　　　　　　　　　　　　　　　　2131 Magnolia Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　Birmingham, AL  35205
　　　　　　　　　　　　　　　　　　　　Tel:  (205) 328-2200
　　　　　　　　　　　　　　　　　　　　Fax: (205) 324-7896
　　　　　　　　　　　　　　　　　　　　Email: TVMInfo@corywatson.com
　　　　　　　　　　　　　　　　　　　　ASB-7024-J66C

　　　　　　　　　　　　　　　　　　　　Stephen Hunt, Jr.
　　　　　　　　　　　　　　　　　　　　Cory Watson, P.C.
　　　　　　　　　　　　　　　　　　　　2131 Magnolia Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　Birmingham, AL  35205
　　　　　　　　　　　　　　　　　　　　Tel:  (205) 328-2200
　　　　　　　　　　　　　　　　　　　　Fax: (205) 324-7896
　　　　　　　　　　　　　　　　　　　　Email: TVMInfo@corywatson.com
　　　　　　　　　　　　　　　　　　　　ASB-3621-N62H

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          By:    /s/ Jon C. Conlin, Esq.
                Jon C. Conlin, Esq.
                Stephen Hunt, Jr., Esq.
                Cory Watson, P.C.
                2131 Magnolia Avenue, Suite 200
                Birmingham, AL 35205
                Tel:  (205) 328-2200
                Fax: (205) 324-7896
                Email: TVMInfo@corywatson.com
                Attorneys for Plaintiff