**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.                                                   MDL NO. 2327
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL
CASES

## ORDER

Pending before the Court is attorneys Jon C. Conlin and Stephen Hunt, Jr.'s Motion for Change of Attorney Information, filed on March 18, 2015.  In the motion counsel requests that in MDL No. 2327 and each case associated with that MDL in which attorneys Jon C. Conlin and Stephen Hunt, Jr. appear, the firm name and email addresses be changed as follows:

> Cory Watson, P.C.
> 2131 Magnolia Avenue, Suite 200
> Birmingham, Alabama  35205
> Tel:  (205) 328-2200
> Fax: (205) 324-7896
> Email: TVMInfo@corywatson.com

It is ORDERED that the Motion for Change of Attorney Information is GRANTED.  The Clerk is instructed to update the firm's information in MDL No. 2327 and each member case associated with that MDL in which attorneys Jon C. Conlin and Stephen Hunt, Jr. appear. The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this _____ day of _____, 2015.

                                                              JOSEPH R. GOODWIN
                                                              UNITED STATES DISTRICT JUDGE