IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") jointly move the court to dismiss AMS as a defendant in these actions without prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Respectfully:

| | |
|---|---|
| /s/ Tracy G. Weiss | /s/ Shane F. Langston |
| Tracy G. Weiss | Shane F. Langston |
| REED SMITH | LANGSTON & LANGSTON |
| Three Logan Square, Suite 3100 | 201 North President Street |
| 1717 Arch Street | Jackson, MS 39201 |
| Philadelphia, PA 19103 | 601.969.1356 (phone) |
| 215.851.8100 (phone) | 601.968.3866 (fax) |
| 215.851.1420 (fax) | shane@langstonlawyers.com |
| tweiss@reedsmith.com | *Attorney for Plaintiffs on Exhibit A* |
| *Attorney for Defendant American Medical Systems, Inc.* | |

Dated: March 18, 2015

**EXHIBIT A**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-02336 | Patricia Wright v. Johnson & Johnson, C.R. Bard, Inc., American Medial Systems, Inc., Boston Scientific Corp, Ethicon, Inc., John Does 1-25 |
| 2:12-cv-04993 | Brenda Vaughan v. Johnson & Johnson, Bard, American Medical Systems, Inc., Boston Scientific Corp.,  John Does 1-25 |
| 2:12-cv-05179 | Deborah Henry v. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corp., American Medical Systems, Inc., Bard, John Does 1-25 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

      /s/Tracy G. Weiss