# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                              MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending is a Motion for Substitution of Counsel and Withdraw [sic] of Counsel, filed by David K. Koon, on March 16, 2015.  [Docket # 1495.]  In the motion, counsel request that Lee Coleman of Hughes & Coleman, PLLC, be substituted as counsel for the plaintiffs in all actions in which David K. Koon of Hughes & Coleman, PLLC appears.  The motion also requests that David K. Koon be withdrawn as counsel for the plaintiffs.  In support of the motion counsel states that David K. Koon is leaving the firm of Hughes & Coleman, PLLC.  It is **ORDERED** that the Motion for Substitution of Counsel and Withdraw [sic] of Counsel is **GRANTED.**

The Clerk is **DIRECTED** to substitute Lee Coleman as counsel for the plaintiffs in every case in which David K. Koon appears, terminate David K. Koon as counsel for plaintiffs and, send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 27, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE