# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiff in the case listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiff and AMS jointly move the court to dismiss AMS as a defendant in this action with prejudice, and terminate AMS from the docket in the action, parties to bear their own costs. Other defendants remain in this actions, and plaintiff will continue to prosecute her action against them.

Respectfully:

| | |
|---|---|
| /s/ Tracy G. Weiss | /s/ Mark Davis |
| Tracy G. Weiss | Mark W. Davis |
| REED SMITH | DAVIS & CRUMP |
| Three Logan Square, Suite 3100 | Third Floor |
| 1717 Arch Street | 1712 15th Place |
| Philadelphia, PA 19103 | Gulfport, MS 39501 |
| 215.851.8100 (phone) | 228.863.6000 (phone) |
| 215.851.1420 (fax) | 228.864.0907 (fax) |
| tweiss@reedsmith.com | mark.davis@daviscrump.com |
| *Attorney for Defendant American Medical Systems, Inc.* | *Attorney for Plaintiff on Exhibit A* |

Dated:  April 2, 2015

## EXHIBIT A - DAVIS & CRUMP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-cv-17777 | Mary Shockley v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

                                                  /s/Tracy G. Weiss