IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                       MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of
an Order updating her firm name and contact information in MDL No. 2187, 2325, 2326, and
2327, and each individual case in which the below named attorney is associated.    In support of
her motion, said attorney states the following:

1.      The below listed attorney with appearances entered in this matter is:

        Jennifer R. Johnson, CA Bar No. 160967

2.      The firm's updated information, including address, telephone and facsimile, is as follows:

        Law Office of Jennifer R. Johnson, A Professional Law Corporation
        17772 E. 17th Street, Suite 111
        Tustin, CA   92780
        (714) 884-4197 (Telephone)
        (714) 884-4206 (Facsimile

Accordingly, the undersigned respectfully request that the Court enter an Order updating the
attorney information for the above-listed attorney in MDL No. 2187, 2325, 2326, and 2327, and
each individual member case in which the below named attorney is associated.

                            Respectfully submitted,


                            /s/Jennifer R. Johnson
                            Jennifer R. Johnson
                            A Professional Law Corporation
                            17772 E. 17th Street, Suite 111
                            Tustin, CA   92780
                            Telephone:   (714) 884-4197
                            Facsimile:   (714) 884-4206
                            jrj@jenniferjohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2015, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.


/s/Jennifer R. Johnson
Jennifer R. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.                                          MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending before the Court is attorney Jennifer R. Johnson's Motion for Change of Attorney Information, filed on April 02, 2015.   In the motion counsel requests that in MDL No. 2187, 2325, 2326, and 2327, and each member case associated with that MDL in which attorney Jennifer R. Johnson appears, the firm name and address be changed as follows:

Law Office of Jennifer R. Johnson, A Professional Law Corporation
17772 E. 17th Street, Suite 111
Tustin, CA   92780
(714) 884-4197 (Telephone)
(714) 884-4206 (Facsimile)

It is ORDERED that the Motion for Change of Attorney Information is GRANTED.

The Clerk is instructed to update the firm information in MDL No. 2187, 2325, 2326, and 2327, and each member case associated with that MDL in which Jennifer R. Johnson appears.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this ___ day of _____, 2015.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE