# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

___

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendant American Medical Systems, Inc. without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 1511], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. Without Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from this action, without prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain in this action, and plaintiffs will continue to prosecute this action against them.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS without Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: April 6, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A - SKIKOS CRAWFORD SKIKOS & JOSEPH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-27478 | Linda Hensley, Owen Hensley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |