IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM               MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO MDL 2327:

O R D E R

Pending before the court is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice, filed on April 2, 2015 [docket # 1510] in the Ethicon, Inc., main MDL, 2327. In the joint motion, plaintiff and defendant request that American Medical Systems, Inc. be dismissed with prejudice from the case listed on the exhibit attached to the motion. The case listed on the exhibit attached to the motion is *Shockley v. American Medical Systems, Inc., et al.,* 2:13-cv-17777. However, in the *Shockley v. American Medical Systems, Inc., et al.*, pursuant to a Joint Motion and by Order entered March 13, 2015, I dismissed American Medical Systems with prejudice and transferred the case to MDL 2327. [*In re: American Medical Systems, Inc.*, 2:12-md-2325, docket # 1535.] Therefore, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice [docket # 1510] is **DENIED as moot.**

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 8, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE