## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Rose Kraft<br>Sandra Huss | Texas Northern | 3:14-cv-03467 | 2:15-cv-01517 |
| Helen Huston<br>Ronda Kirkpatrick<br>Learnesha Lewis | Texas Northern | 3:14-cv-03465 | 2:15-cv-01519 |