IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON INC., PELVIC REPAIR          MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION

**PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL**

COMES NOW Plaintiffs herein, and files this Plaintiffs' Motion to Substitute Counsel, and would respectfully show unto this Court as follows:

**I.**

Plaintiffs request that attorney Russell T. Button be granted leave to withdraw as counsel in the main MDL No. 2327 and in each member case associated with MDL No. 2327

Plaintiffs further requests the substitution of attorneys Ben C. Martin, The Law Office of Ben C. Martin, 3219 McKinney Ave., Suite 100, Dallas, Texas 75204 and Raymond L. Panneton, The Talaska Law Firm, PLLC, 442 Heights Blvd., Houston, Texas 77007, in place of attorney Russell T. Button.

Attorneys Martin and Panneton have conferred with Attorney Russell Button, and Attorney Button is not opposed to this motion.

**II.**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that Attorney Russell T. Button be granted leave to withdraw as counsel in the main MDL No. 2327 and in each member case associated with MDL No. 2327. Plaintiffs further request that Attorneys Ben C. Martin and Raymond L. Panneton be substituted.

Respectfully Submitted,

/s/Raymond L. Panneton
Raymond L. Panneton – ray@ttlf.com
State Bar of Texas No.: 24082079
**The Talaska Law Firm, PLLC**
442 Heights Blvd.
Houston, Texas 77007
713-869-1240 – Phone
713-869-1465 – Fax

AND

Ben C. Martin – bmartin@bencmartin.com
State Bar of Texas No.: 13052400
**The Law Office of Ben C. Martin**
3219 McKinney Ave., Suite 100
Dallas, Texas 75204
214-761-6614 - Phone

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE ETHICON INC., PELVIC REPAIR　　　　　　　　　MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION

## ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL

Pending before the Court is Plaintiffs' Motion to Substitute Counsel. In said motion, counsel requests that Attorney Russell T. Button be granted leave to withdraw as counsel and Ben C. Martin and Raymond L. Panneton be substituted in the main MDL No. 2327 and in each member case associated with MDL No. 2327.

It is ORDERED that the Motion to Substitute Counsel is GRANTED.

It is FURTHER ORDERED that Attorney Russell T. Button is granted leave to withdraw as counsel and Attorneys Ben C. Martin, The Law Office of Ben C. Martin, 3219 McKinney Ave., Suite 100, Dallas, Texas 75204 and Raymond L. Panneton, The Talaska Law Firm, PLLC, 442 Heights Blvd., Houston, Texas 77007 be substituted in his place.

The Clerk is DIRECTED to update the attorney information, and address in MDL 2327 and for each individual member case in MDL 2327 in which said attorneys are associated.

The Clerk is FURHTER DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTERED this _____ day of _____, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Joseph R. Goodwin
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

APPROVED:

/s/Raymond L. Panneton  
Raymond L. Panneton – ray@ttlf.com  
State Bar of Texas No.: 24082079  
**The Talaska Law Firm, PLLC**  
442 Heights Blvd.  
Houston, Texas 77007  
713-869-1240 – Phone  
713-869-1465 – Fax  

AND

Ben C. Martin – bmartin@bencmartin.com  
State Bar of Texas No.: 13052400  
**The Law Office of Ben C. Martin**  
3219 McKinney Ave., Suite 100  
Dallas, Texas 75204  
214-761-6614 - Phone  

/s/Russell T. Button  
Russell Button  
State Bar of Texas No.: 24077428  
**The Button Law Firm**  
396 West Main St.  
Lewisville, TX 75057  
214-888-2216 - Phone