## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –165)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,264 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Apr 13, 2015**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                  MDL No. 2327

### SCHEDULE CTO–165 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|------|------|---------|---------------|

PENNSYLVANIA EASTERN

| | | | |
|------|---|---------|-------------------------------------------|
| PAE | 2 | 15–01599 | ABLONSKY v. ETHICON, INC. et al |
| PAE | 2 | 15–01600 | ARMIJO v. ETHICON, INC. et al |
| PAE | 2 | 15–01601 | BAILEY v. ETHICON, INC. et al |
| PAE | 2 | 15–01602 | ANTWINE v. ETHICON, INC. et al |
| PAE | 2 | 15–01603 | ANDERS v. ETHICON, INC. |
| PAE | 2 | 15–01604 | BATES THREATT v. ETHICON, INC. et al |
| PAE | 2 | 15–01605 | ABEE v. ETHICON, INC. et al |
| PAE | 2 | 15–01606 | ABBOTT–GOODWIN v. ETHICON, INC. et al |
| PAE | 2 | 15–01607 | ANDREWS v. ETHICON, INC. et al |
| PAE | 2 | 15–01608 | ADAMS v. ETHICON, INC. et al |
| PAE | 2 | 15–01609 | ALLEN v. ETHICON, INC. et al |
| PAE | 2 | 15–01610 | BEASLEY v. ETHICON, INC. et al |
| PAE | 2 | 15–01611 | BAILEY v. ETHICON, INC. et al |
| PAE | 2 | 15–01612 | ANDERSON v. ETHICON, INC. et al |
| PAE | 2 | 15–01613 | ANDERSON v. ETHICON, INC. et al |

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
04/13/2015 10:52 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 4/13/2015 at 10:52 AM EDT and filed on 4/13/2015
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165)
Finalized on 4/13/15. Please see pleading ([1950] in MDL No. 2327, 3 in PAE/2:15-cv-
01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in
PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-
01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in
PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-
01613).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

| | |
|---|---|
| **Case Name:** | BAILEY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01601 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

**Case Name:**     ADAMS v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01608
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**     ANDERSON v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01613
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

| | |
|---|---|
| **Case Name:** | ARMIJO v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01600 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

**Case Name:**        BAILEY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01611
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***


MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).


As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.


The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.


Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.


Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)


**Case Name:**        ALLEN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01609
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***


MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

| | |
|---|---|
| **Case Name:** | ANDERSON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01612 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

**Case Name:**      ANTWINE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01602
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**      ABLONSKY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01599
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

| | |
|---|---|
| **Case Name:** | BEASLEY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01610 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

**Case Name:**    ABEE v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01605
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**    ANDERS v. ETHICON, INC.
**Case Number:**   PAE/2:15-cv-01603
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

| | |
|---|---|
| **Case Name:** | BATES THREATT v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01604 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

**Case Name:**  ABBOTT-GOODWIN v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01606
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

**Case Name:**  ANDREWS v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01607
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-165) Finalized on 4/13/15. Please see pleading ( [1950] in MDL No. 2327, 3 in PAE/2:15-cv-01599, 3 in PAE/2:15-cv-01600, 3 in PAE/2:15-cv-01601, 3 in PAE/2:15-cv-01602, 3 in PAE/2:15-cv-01603, 3 in PAE/2:15-cv-01604, 3 in PAE/2:15-cv-01605, 3 in PAE/2:15-cv-01606, 3 in PAE/2:15-cv-01607, 3 in PAE/2:15-cv-01608, 3 in PAE/2:15-cv-01609, 3 in PAE/2:15-cv-01610, 3 in PAE/2:15-cv-01611, 3 in PAE/2:15-cv-01612, 3 in PAE/2:15-cv-01613).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.

Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
04/13/2015 10:52 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 4/13/2015 at 10:51 AM EDT and filed on 4/13/2015
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 1950

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s) *re: pldg. ([1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in***

*PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

| | |
|---|---|
| **Case Name:** | BAILEY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01601 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

| | |
|---|---|
| **Case Name:** | ADAMS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01608 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

| | |
|---|---|
| **Case Name:** | ANDERSON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01613 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

| | |
|---|---|
| **Case Name:** | ARMIJO v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01600 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

| | |
|---|---|
| **Case Name:** | BAILEY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01611 |

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**      ALLEN v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01609
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**      ANDERSON v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01612
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in*

*PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**  ANTWINE v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01602
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**  ABLONSKY v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01599
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

| | |
|---|---|
| **Case Name:** | BEASLEY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01610 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

| | |
|---|---|
| **Case Name:** | ABEE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01605 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

| | |
|---|---|
| **Case Name:** | ANDERS v. ETHICON, INC. |
| **Case Number:** | PAE/2:15-cv-01603 |

**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**      BATES THREATT v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01604
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**      ABBOTT-GOODWIN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01606
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in*

*PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01612, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**Case Name:**    ANDREWS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01607
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-265) - 15 action(s)** *re: pldg. ( [1939] in MDL No. 2327, 1 in PAE/2:15-cv-01599, 1 in PAE/2:15-cv-01600, 1 in PAE/2:15-cv-01601, 1 in PAE/2:15-cv-01602, 1 in PAE/2:15-cv-01603, 1 in PAE/2:15-cv-01604, 1 in PAE/2:15-cv-01605, 1 in PAE/2:15-cv-01606, 1 in PAE/2:15-cv-01607, 1 in PAE/2:15-cv-01608, 1 in PAE/2:15-cv-01609, 1 in PAE/2:15-cv-01610, 1 in PAE/2:15-cv-01611, 1 in PAE/2:15-cv-01613)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/13/2015.**

**Associated Cases: MDL No. 2327, PAE/2:15-cv-01599, PAE/2:15-cv-01600, PAE/2:15-cv-01601, PAE/2:15-cv-01602, PAE/2:15-cv-01603, PAE/2:15-cv-01604, PAE/2:15-cv-01605, PAE/2:15-cv-01606, PAE/2:15-cv-01607, PAE/2:15-cv-01608, PAE/2:15-cv-01609, PAE/2:15-cv-01610, PAE/2:15-cv-01611, PAE/2:15-cv-01612, PAE/2:15-cv-01613 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch      carl@facslaw.com, terry@facslaw.com

Michael J Farrell      mjf@farrell3.com

Michael Bonasso      mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr      hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr      paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams      marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01601 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01601 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01608 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01608 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01613 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01613 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01600 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01600 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01611 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01611 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01609 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01609 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01612 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,

brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01612 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01602 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01602 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01599 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01599 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01610 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01610 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01605 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01605 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01603 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01603 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01604 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01604 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01606 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01606 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01607 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01607 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/13/2015] [FileNumber=547990-0]

[bba208f5b75708b6328c145b2b52aca18ff46cc8762eb37e9963a208e255c5d1e789e
33e84db1fff81eea105c59d0c0d95a90c3f09125a5978493012a3d0df4c]]