## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
      PELVIC REPAIR SYSTEM                MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending is a Joint Motion for Substitution of Counsel and Withdraw of Counsel, filed by Edwards Law Firm, on April 3, 2015.  [Docket # 1514.]  In the motion, counsel request that Tony Edwards of Edwards Law Firm be substituted as counsel for the plaintiffs in all actions in which Jackqualyn R. Quinton and Mark S. Thetford appear.  The motion also requests that Jackqualyn R. Quinton and Mark S. Thetford be withdrawn as counsel for the plaintiffs.  In support of the motion, counsel states that Jackqualyn R. Quinton and Mark S. Thetford are leaving the Edwards Law Firm.  It is **ORDERED** that the Joint Motion for Substitution of Counsel and Withdraw of Counsel is **GRANTED.**

The Clerk is **DIRECTED** to substitute Tony Edwards as counsel for the plaintiffs in every case in which Jackqualyn R. Quinton and Marks S. Thetford appear, terminate Jackqualyn R. Quinton and Mark S. Thetford, and send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  April 15, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE