**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: C.R. BARD, INC., PELVIC REPAIR
       SYSTEMS PRODUCTS LIABILITY
         LITIGATION                                 MDL No. 2327

-----------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating their firm name and contact information in MDL No. 2187, 2325, 2326 and 2327, and each individual case in which the below named attorneys are associated. In support of this motion, said attorneys state the following:

1.     The below listed attorneys with appearances entered in this matter are:

        Artemus W. Ham, NV Bar No. 007001

        Erica D. Entsminger, NV Bar No. 007432

2.     The firm's updated information, including name change and address, is as follows:

**EGLET LAW GROUP** is now **EGLET PRINCE**

The firm's new address is:

400 South 7th Street, 4th Floor, Box 1
Las Vegas, NV 89101

The telephone number, facsimile, and e-mail addresses remain the same.

Accordingly, the undersigned respectfully requests that the Court enter an Order updating the attorney information for the above-listed attorneys in MDL No. 2187, 2325, 2326 and 2327, and each individual member case in which the below named attorneys are associated.

                                      Respectfully submitted,

                                      /s/ *Artemus W. Ham*
                                      ARTEMUS W. HAM, ESQ.
                                      ERICA D. ENTSMINGER, ESQ.
                                      400 South 7th Street, 4th Floor, Box 1
                                      Las Vegas, Nevada 89101
                                      Ph: (702) 450-5400
                                      Fax: (702) 450-5451
                                      *Attorneys for Plaintiff*s

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of April, 2015, I electronically filed the foregoing **MOTION FOR CHANGE OF ATTORNEY INFORMATION** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this action.

/s/ *Artemus W. Ham*
Artemus W. Ham

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: C.R. BARD, INC., PELVIC REPAIR
       SYSTEMS PRODUCTS LIABILITY
         LITIGATION                           MDL No. 2327

-----------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending before the Court is attorney Artemus W. Ham's and Erica D. Entsminger's Motion for Change of Attorney Information, filed on April 14, 2015.  In the Motion counsel requests that in MDL No. 2187, 2325, 2326 and 2327, and each member case associated with that MDL in which attorneys Artemus W. Ham and Erica D. Entsminger appear, the firm name be changed as follows:

**EGLET LAW GROUP** is now **EGLET PRINCE**

The firm's new address is:

400 South 7th Street, 4th Floor, Box 1
Las Vegas, NV 89101

The telephone number, facsimile, and e-mail addresses remain the same.

It is ORDERED that the Motion for Change of Attorney Information is GRANTED.

The Clerk is instructed to update the firm information in MDL No. 2187, 2325, 2326 and 2327, and each member case associated with that MDL in which Artemus W. Ham and Erica D. Entsminger appear.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this _____ day of _____, 2015.

                                                                            _____
                                                                            JOSEPH R. GOODWIN
                                                                            UNITED STATES DISTRICT JUDGE