**Honorable Cheryl A. Eifert**
**United States Magistrate Judge**
**United States District Court**
**Southern District of West Virginia**
**Statistical Sheet for MJSTAR**
**In Chambers Events Only**

| Case No.: | 2:12-md-2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | Ethicon, Inc. Pelvic Repair System | | |
| Date of Event: | April 16 , 2015 | | |
| Court Reporter: | Mary Schweinhagen | | |
| Law Clerk: | | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs: Sheila Bossier; John Harlan; Sarah Turman-Vedral<br>Counsel for Defendant: Richard Bernardo; Ben Watson; Ashley Perrish | | |
| Type of Event: | Telephonic Conference | | |
| Time Spent in Chambers: | Thirty (30) Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge  Cheryl A. Eifert | | |