IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

<u>/s/ Aimee H. Wagstaff</u>
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303.376.6360 (phone)
303.376.6361 (fax)
Aimee.Wagstaff@ahw-law.com
*Attorney for Plaintiffs on Exhibit A*

<u>/s/ W. Mark Lanier</u>
W. Mark Lanier
THE LANIER LAW FIRM
Sixth Floor
Tower 56
126 East 56th Street
New York, NY 10022
212.421.2800 (phone)
212.421.2878 (fax)
WML@lanierlawfirm.com
*Attorney for Plaintiffs on Exhibit B*

<u>/s/ Fidelma L. Fitzpatrick</u>
Fidelma L. Fitzpatrick
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
ffitzpatrick@motleyrice.com
*Attorney for Plaintiffs on Exhibit C*


Dated:  April 17, 2015

**EXHIBIT A - ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-00803 | Patricia Holley, Lynn Holley v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:14-CV-17858 | Katherine Koehler v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B - THE LANIER LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-06730 | Pansy Lee Henderson, James H. Henderson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-11855 | Lynne Maria Finding v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C - MOTLEY RICE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-07953 | Lynda Myers-Placek v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

      /s/Barbara R. Binis