## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Brenda Kroll<br>Mary Kathleen Katchur<br>Kathy Donald<br>Deborah Dunbar<br>Darlene Duzan<br>Sharon Eaton<br>Mary Ebert<br>Debbie Edwards<br>Joann Eisenhart<br>Loretta Ellery<br>Velma Elliott<br>Judith Erban<br>Susan Esser<br>Tina Evans<br>Clara Mae Faw<br>Paula Fedock<br>Gladys Fernandez<br>Sherry Fietzer<br>Karen Figarino<br>Patricia Fleming<br>Pamela Flight<br>Janice Follin<br>Kathy Fonte<br>Misti French<br>Cynthia Frias<br>Patricia Fuller<br>Byron Fuller<br>Carol Fuller<br>Gary Fuller<br>Martha Futch<br>Lysette Galindo<br>Laura Garcia<br>Deanna Gischel<br>Tina Gleghorn<br>Allison Godin<br>Helen Gonzalez<br>Renee Gonzalez<br>Debra Goodrich<br>Jill Gossett<br>Lois Grady<br>Vickey Gray<br>Patsy Gray<br>Tina Green | Texas Northern | 3:14-cv-3955 | 2:15-cv-1524 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Edward M. Green<br>Joann Greengrass<br>Vickie Greenleaf<br>Brenda Gail Griffin<br>Tammie Griffith<br>Eleanor Grisnold-Harris<br>Robin Groth<br>Mary Ann Ferreira<br>Rosalie Grund<br>Darcey Gunderson<br>Margarita Gutierrez<br>Dorothea Haas<br>Rita Halle<br>Raymond Halle<br>Angelique Hamilton<br>Jujuan Hammond<br>Debra Hanfler<br>Martha Harp<br>Janice Hartness Thomas<br>Ronda Hawk<br>David L. Hawk<br>Virginia Diane Hefner<br>Phyllis Heil<br>Juliette Heim<br>Cheryl Heinisch<br>Alice Hendrickson<br>Aretha Hendrix<br>Lisa Herila<br>Glenda Higgason<br>Debra Hinckle<br>Rose Hinson<br>Janette Hoge<br>Tina Holbert<br>Susan Hudson<br>Marnita Huff<br>Robin Hunt<br>Arianna Iler<br>Janet Jackson<br>Sandra Jenkins<br>Vicki Jennings<br>Lisa Jernigan<br>Cheryl Johnson<br>Bethany Johnson<br>Thomas Bradley Johnson<br>Patsy Johnson | Texas Northern | 3:14-cv-3955 | 2:15-cv-1524 |

| **Plaintiffs** | **Originating District** | **Originating Case No.** | **SDWV – MDL Member Case No.** |
|---|---|---|---|
| Miranda Jones<br>Vivian Jones<br>Linda Jones<br>Delphine Jones<br>Donna Kallum<br>Kathy Hughes | Texas Northern | 3:14-cv-3955 | 2:15-cv-1524 |