IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                           MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is Plaintiffs' Motion to Substitute Counsel, filed on April 10, 2015. [Docket # 1521.] In the motion, counsel request Russell T. Button be granted leave to withdraw as counsel, and attorneys Ben C. Martin of The Law Office of Ben C. Martin and Raymond L. Panneton of The Talaska Law Firm, PLLC be substituted as counsel in the main MDL and each member case associated with MDL No. 2327 in which attorney Russell T. Button appears.

It is **ORDERED** that Plaintiffs' Motion to Substitute Counsel is **GRANTED.** It is further **ORDERED** that attorney Russell T. Button is granted leave to withdraw as counsel.

The Clerk is **DIRECTED** to update the attorney information as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which said attorneys are associated.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 20, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE