# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –167)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,265 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

---

Inasmuch as no objection is
pending at this time, the
stay is lifted.

## Apr 21, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

## SCHEDULE CTO–167 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

PENNSYLVANIA EASTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| PAE | 2 | 15–01728 | CABANA v. ETHICON, INC. et al |
| PAE | 2 | 15–01729 | BERMUDEZ v. ETHICON, INC. et al |
| PAE | 2 | 15–01730 | BOLDRY v. ETHICON, INC. et al |
| PAE | 2 | 15–01731 | BOEHM v. ETHICON, INC. et al |
| PAE | 2 | 15–01732 | BURCHETT v. ETHICON, INC. et al |
| PAE | 2 | 15–01733 | BELEW v. ETHICON, INC. et al |
| PAE | 2 | 15–01734 | BRIGHAM v. ETHICON, INC. et al |
| PAE | 2 | 15–01735 | BIN v. ETHICON, INC. et al |
| PAE | 2 | 15–01736 | BOSTER v. ETHICON, INC. et al |
| PAE | 2 | 15–01737 | BOLINE v. ETHICON, INC. et al |
| PAE | 2 | 15–01738 | CONNOLLY v. ETHICON, INC. et al |
| PAE | 2 | 15–01739 | BEEMAN–BUSBY v. ETHICON, INC. et al |
| PAE | 2 | 15–01740 | CAMP v. ETHICON, INC. et al |
| PAE | 2 | 15–01741 | BROWN v. ETHICON, INC. et al |
| PAE | 2 | 15–01746 | COOLIDGE v. ETHICON, INC. et al |
| PAE | 2 | 15–01747 | BUTZNER v. ETHICON, INC. et al |
| PAE | 2 | 15–01748 | COOK v. ETHICON, INC. et al |
| PAE | 2 | 15–01749 | BROWN v. ETHICON, INC. et al |
| PAE | 2 | 15–01750 | COOK v. ETHICON, INC. et al |
| PAE | 2 | 15–01751 | COCKRELL v. ETHICON, INC. et al |
| PAE | 2 | 15–01752 | COLETTA v. ETHICON, INC. et al |
| PAE | 2 | 15–01753 | CHAPIN v. ETHICON, INC. et al |
| PAE | 2 | 15–01754 | CARRIGAN v. ETHICON, INC. et al |
| PAE | 2 | 15–01755 | COLLIER v. ETHICON, INC. et al |
| PAE | 2 | 15–01756 | CONDITT v. ETHICON, INC. et al |
| PAE | 2 | 15–01757 | CHASE v. ETHICON, INC. et al |
| PAE | 2 | 15–01758 | CHURCH v. ETHICON, INC. et al |
| PAE | 2 | 15–01759 | CHILDERS v. ETHICON, INC. et al |
| PAE | 2 | 15–01760 | COHOE v. ETHICON, INC. et al |
| PAE | 2 | 15–01761 | CONWAY v. ETHICON, INC. et al |

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
04/21/2015 08:22 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.</span>

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 4/21/2015 at 8:22 AM EDT and filed on 4/21/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

<span style="color:blue">**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167)
Finalized on 4/21/15. Please see pleading ([1959] in MDL No. 2327, 3 in PAE/2:15-cv-
01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in
PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-
01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in
PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-
01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in
PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-</span>

01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       COOK v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01748
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | BOLDRY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01730 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | BOSTER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01736 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in**

PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | BOEHM v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01731 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BERMUDEZ v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01729
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      CONWAY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01761
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in**

PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        BEEMAN-BUSBY v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-01739
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | BRIGHAM v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01734 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | BIN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01735 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | BURCHETT v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01732 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:       BOLINE v. ETHICON, INC. et al
Case Number:    PAE/2:15-cv-01737
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:       BROWN v. ETHICON, INC. et al
Case Number:    PAE/2:15-cv-01741
Filer:
Document Number: No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     CHASE v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01757
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** CHURCH v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01758
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** CHILDERS v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01759

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** CONDITT v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01756
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in**

PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | CAMP v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01740 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**    COHOE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01760
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    COOLIDGE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01746
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in**

PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| Case Name: | COLETTA v. ETHICON, INC. et al |
| Case Number: | PAE/2:15-cv-01752 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**  BELEW v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01733
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**  CONNOLLY v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01738
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in**

PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | COLLIER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01755 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | COCKRELL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01751 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CABANA v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01728 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in**

PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| Case Name: | CARRIGAN v. ETHICON, INC. et al |
| Case Number: | PAE/2:15-cv-01754 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       BROWN v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01749
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       BUTZNER v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01747
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      COOK v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01750
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**     CHAPIN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01753
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-167) Finalized on 4/21/15. Please see pleading ( [1959] in MDL No. 2327, 3 in PAE/2:15-cv-01728, 3 in PAE/2:15-cv-01729, 3 in PAE/2:15-cv-01730, 3 in PAE/2:15-cv-01731, 3 in PAE/2:15-cv-01732, 3 in PAE/2:15-cv-01733, 3 in PAE/2:15-cv-01734, 3 in PAE/2:15-cv-01735, 3 in PAE/2:15-cv-01736, 3 in PAE/2:15-cv-01737, 3 in PAE/2:15-cv-01738, 3 in PAE/2:15-cv-01739, 3 in PAE/2:15-cv-01740, 3 in PAE/2:15-cv-01741, 3 in PAE/2:15-cv-01746, 3 in PAE/2:15-cv-01747, 3 in PAE/2:15-cv-01748, 3 in PAE/2:15-cv-01749, 3 in PAE/2:15-cv-01750, 3 in PAE/2:15-cv-01751, 3 in PAE/2:15-cv-01752, 3 in PAE/2:15-cv-01753, 3 in PAE/2:15-cv-01754, 3 in PAE/2:15-cv-01755, 3 in PAE/2:15-cv-01756, 3 in PAE/2:15-cv-01757, 3 in PAE/2:15-cv-01758, 3 in PAE/2:15-cv-01759, 3 in PAE/2:15-cv-01760, 3 in PAE/2:15-cv-01761).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
04/21/2015 08:20 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 4/21/2015 at 8:20 AM EDT and filed on 4/21/2015
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** 1959

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ([1948]*
*in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*
*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in*

*PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     BOLDRY v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01730
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     BOEHM v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01731
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-*

*01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        CONWAY v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01761
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        BEEMAN-BUSBY v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01739
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | BRIGHAM v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01734 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]* *in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | BOLINE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01737 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]* *in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CHASE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01757 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]* *in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       CHILDERS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01759
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]* *in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       CONDITT v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01756
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]* *in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*

*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | COHOE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01760 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | COLETTA v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01752 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in*

*PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** BELEW v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01733
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** CARRIGAN v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01754
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          BUTZNER v. ETHICON, INC. et al
**Case Number:**        PAE/2:15-cv-01747
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]*
*in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*
*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in*
*PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-*
*01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in*
*PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-*
*01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in*
*PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-*
*01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in*
*PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          COOK v. ETHICON, INC. et al
**Case Number:**        PAE/2:15-cv-01750
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]*
*in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*
*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in*
*PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-*
*01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in*
*PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-*
*01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in*
*PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-*
*01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in*
*PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          COOK v. ETHICON, INC. et al

**Case Number:**      PAE/2:15-cv-01748
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]*
*in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*
*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in*
*PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-*
*01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in*
*PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-*
*01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in*
*PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-*
*01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in*
*PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BOSTER v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01736
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]*
*in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*
*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in*
*PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-*
*01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in*
*PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-*
*01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in*
*PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-*
*01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in*
*PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BERMUDEZ v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01729
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        BIN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01735
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        BURCHETT v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01732
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in*

*PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     BROWN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01741
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     CHURCH v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01758
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no**

objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** CAMP v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01740
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s) *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** COOLIDGE v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01746
**Filer:**
**Document Number:** 3

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s) *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | CONNOLLY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01738 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | COLLIER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01755 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | COCKRELL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01751 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]*
*in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*
*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in*
*PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-*
*01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in*
*PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-*
*01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in*
*PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-*
*01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in*
*PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no
objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     CABANA v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01728
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]*
*in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*
*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in*
*PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-*
*01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in*
*PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-*
*01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in*
*PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-*
*01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in*
*PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no
objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     BROWN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01749
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948]*
*in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-*
*01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in*
*PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-*

*01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | CHAPIN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01753 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-167) - 30 action(s)** *re: pldg. ( [1948] in MDL No. 2327, 1 in PAE/2:15-cv-01728, 1 in PAE/2:15-cv-01729, 1 in PAE/2:15-cv-01730, 1 in PAE/2:15-cv-01731, 1 in PAE/2:15-cv-01732, 1 in PAE/2:15-cv-01733, 1 in PAE/2:15-cv-01734, 1 in PAE/2:15-cv-01735, 1 in PAE/2:15-cv-01736, 1 in PAE/2:15-cv-01737, 1 in PAE/2:15-cv-01738, 1 in PAE/2:15-cv-01739, 1 in PAE/2:15-cv-01740, 1 in PAE/2:15-cv-01741, 1 in PAE/2:15-cv-01746, 1 in PAE/2:15-cv-01747, 1 in PAE/2:15-cv-01748, 1 in PAE/2:15-cv-01749, 1 in PAE/2:15-cv-01750, 1 in PAE/2:15-cv-01751, 1 in PAE/2:15-cv-01752, 1 in PAE/2:15-cv-01753, 1 in PAE/2:15-cv-01754, 1 in PAE/2:15-cv-01755, 1 in PAE/2:15-cv-01756, 1 in PAE/2:15-cv-01757, 1 in PAE/2:15-cv-01758, 1 in PAE/2:15-cv-01759, 1 in PAE/2:15-cv-01760, 1 in PAE/2:15-cv-01761)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/21/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01730 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01730 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01731 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01731 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01761 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01761 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01739 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01739 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01734 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01734 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01737 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01737 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01757 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01757 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01759 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01759 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01756 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01756 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01760 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01760 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01752 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01752 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01733 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01733 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01754 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01754 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01747 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01747 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01750 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01750 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01748 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01748 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01736 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01736 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01729 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01729 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01735 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01735 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01732 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01732 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01741 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01741 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01758 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01758 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01740 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01740 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01746 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01746 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01738 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01738 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01755 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01755 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01751 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01751 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01728 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01728 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01749 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01749 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01753 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01753 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/21/2015] [FileNumber=550378-0]

[5cbd7063aada264bda98ad573759e270f0cfdca6eac4ff4a7db14dff415f32f9f8bf6
329aee9fd3d90eff5d1c55623db7f491908e8c1fb327a2d98d026fee7c1]]