IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. from Certain Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 1532], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. Without Prejudice filed by plaintiffs, identified on the attached Exhibits A-F, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions, without prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS without Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-F.

ENTER: April 21, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A - ANDRUS WAGSTAFF

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-01485 | Kathleen Tooman v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |

## EXHIBIT B - DOYLE LOWTHER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-27950 | Wanda Floyd v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |

# EXHIBIT C - THE LAW OFFICES OF JEFFREY S. GLASSMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-20897 | Marilyn Goodspeed v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |

## EXHIBIT D - MOTLEY RICE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-27707 | Patricia Ruggiero v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |

## EXHIBIT E - SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:14-cv-06017 | Mary Mathis v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |

**EXHIBIT F - WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-24010 | Constance R. Garrett v. Ethicon, Inc,, American Medical Systems, Inc., Johnson & Johnson |