IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,  MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is a Motion for Change of Attorney Information, filed on April 15, 2015. [Docket # 1524.] In the motion, counsel request that in the main MDL and each individual case in which attorneys Artemus W. Ham and Erica D. Entsminger appear, the firm information be updated as set forth in the Motion.

It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

The Clerk is instructed to update the information, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which said attorneys are associated.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 22, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE