# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –169)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,282 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 28, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

## SCHEDULE CTO–169 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

MAINE

| ME | 2 | 15–00141 | HENDRIX v. JOHNSON & JOHNSON et al |
|----|---|----------|--------------------------------------|

PENNSYLVANIA EASTERN

| PAE | 2 | 15–01865 | FOSHEE v. ETHICON, INC. et al |
|-----|---|----------|-------------------------------|
| PAE | 2 | 15–01866 | COOPER v. ETHICON, INC. et al |
| PAE | 2 | 15–01867 | CROSS v. ETHICON, INC. et al |
| PAE | 2 | 15–01869 | RODRIGUEZ et al v. ETHICON, INC. et al |
| PAE | 2 | 15–01870 | HENDERSON v. ETHICON, INC. et al |
| PAE | 2 | 15–01872 | DESMOND v. ETHICON, INC. et al |
| PAE | 2 | 15–01873 | FRAWLEY v. ETHICON, INC. et al |
| PAE | 2 | 15–01874 | WESTON v. ETHICON, INC. et al |
| PAE | 2 | 15–01875 | DESTAERCKE v. ETHICON, INC. et al |
| PAE | 2 | 15–01876 | FOWLER v. ETHICON, INC. et al |
| PAE | 2 | 15–01877 | FRANKS v. ETHICON, INC. et al |
| PAE | 2 | 15–01878 | FRAZIER v. ETHICON, INC. et al |
| PAE | 2 | 15–01879 | CROSSEN v. ETHICON, INC. et al |
| PAE | 2 | 15–01880 | DORAN v. ETHICON, INC. et al |
| PAE | 2 | 15–01881 | DEAN v. ETHICON, INC. et al |
| PAE | 2 | 15–01882 | FLORES v. ETHICON, INC. et al |
| PAE | 2 | 15–01883 | FERNANDES v. ETHICON, INC. et al |
| PAE | 2 | 15–01884 | DOLINGER v. ETHICON, INC. et al |
| PAE | 2 | 15–01885 | FIORENTINO v. ETHICON, INC. et al |
| PAE | 2 | 15–01886 | DOOYEMA v. ETHICON, INC. et al |
| PAE | 2 | 15–01887 | DE MARCO v. ETHICON, INC. et al |
| PAE | 2 | 15–01888 | EDRINGTON v. ETHICON, INC. et al |
| PAE | 2 | 15–01889 | ENNIS v. ETHICON, INC. et al |
| PAE | 2 | 15–01890 | DOWNING v. ETHICON, INC. et al |
| PAE | 2 | 15–01891 | ERICKSON v. ETHICON, INC. et al |
| PAE | 2 | 15–01892 | FORKER v. ETHICON, INC. et al |
| PAE | 2 | 15–01893 | EPPS v. ETHICON, INC. et al |
| PAE | 2 | 15–01894 | CROTTS v. ETHICON, INC. et al |
| PAE | 2 | 15–01895 | MANN v. ETHICON, INC. et al |

PAE        2        15–01896        ELKINS v. ETHICON, INC. et al

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
04/28/2015 09:22 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 4/28/2015 at 9:21 AM EDT and filed on 4/28/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169)
Finalized on 4/28/15. Please see pleading ([1969] in MDL No. 2327, 3 in ME/2:15-cv-
00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in
PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-
01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in
PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-
01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in
PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-**

01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:** EPPS v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01893
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | MANN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01895 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | FORKER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01892 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in**

PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | FOSHEE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01865 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**        FOWLER v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01876
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**        DOWNING v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01890
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in**

PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:       DESTAERCKE v. ETHICON, INC. et al
Case Number:     PAE/2:15-cv-01875
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**          CROTTS v. ETHICON, INC. et al
**Case Number:**        PAE/2:15-cv-01894
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**          ELKINS v. ETHICON, INC. et al
**Case Number:**        PAE/2:15-cv-01896
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

Case 2:12-md-02327   Document 1544   Filed 04/28/15   Page 11 of 52 PageID #: 18647

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | DESMOND v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01872 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | EDRINGTON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01888 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | FLORES v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01882 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 04/14/2015** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | RODRIGUEZ et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01869 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**       ENNIS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01889
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**       DOOYEMA v. ETHICON, INC. et al

**Case Number:**  PAE/2:15-cv-01886
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**  HENDRIX v. JOHNSON & JOHNSON et al
**Case Number:**  ME/2:15-cv-00141
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-**

01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:** COOPER v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01866
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    FRAWLEY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01873
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    DOLINGER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01884
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in**

PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | FRANKS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01877 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** WESTON v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01874
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** CROSS v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01867
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in**

PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | CROSSEN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01879 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:** HENDERSON v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01870
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:** ERICKSON v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01891
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**        FIORENTINO v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01885
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | DORAN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01880 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

| | |
|---|---|
| **Case Name:** | FRAZIER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01878 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** DEAN v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01881
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**        FERNANDES v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01883
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

**Case Name:**        DE MARCO v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01887

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-169) Finalized on 4/28/15. Please see pleading ( [1969] in MDL No. 2327, 3 in ME/2:15-cv-00141, 3 in PAE/2:15-cv-01865, 3 in PAE/2:15-cv-01866, 3 in PAE/2:15-cv-01867, 3 in PAE/2:15-cv-01869, 3 in PAE/2:15-cv-01870, 3 in PAE/2:15-cv-01872, 3 in PAE/2:15-cv-01873, 3 in PAE/2:15-cv-01874, 3 in PAE/2:15-cv-01875, 3 in PAE/2:15-cv-01876, 3 in PAE/2:15-cv-01877, 3 in PAE/2:15-cv-01878, 3 in PAE/2:15-cv-01879, 3 in PAE/2:15-cv-01880, 3 in PAE/2:15-cv-01881, 3 in PAE/2:15-cv-01882, 3 in PAE/2:15-cv-01883, 3 in PAE/2:15-cv-01884, 3 in PAE/2:15-cv-01885, 3 in PAE/2:15-cv-01886, 3 in PAE/2:15-cv-01887, 3 in PAE/2:15-cv-01888, 3 in PAE/2:15-cv-01889, 3 in PAE/2:15-cv-01890, 3 in PAE/2:15-cv-01891, 3 in PAE/2:15-cv-01892, 3 in PAE/2:15-cv-01893, 3 in PAE/2:15-cv-01894, 3 in PAE/2:15-cv-01895, 3 in PAE/2:15-cv-01896).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
04/28/2015 09:18 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 4/28/2015 at 9:16 AM EDT and filed on 4/28/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 1969

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ([1957]*
*in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866,*
*1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-*

*cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      EPPS v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01893
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      FORKER v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01892
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in*

*PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** DOWNING v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01890
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** DESTAERCKE v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01875
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | CROTTS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01894 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | ELKINS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01896 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | RODRIGUEZ et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01869 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      HENDRIX v. JOHNSON & JOHNSON et al
**Case Number:**    ME/2:15-cv-00141
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      COOPER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01866
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866,***

*1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     DOLINGER v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01884
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**     WESTON v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-01874
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-*

*01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**       FRAZIER v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01878
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**       DEAN v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-01881
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:         FERNANDES v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-01883
Filer:
Document Number: 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) *re: pldg.* ( [1957] *in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:         MANN v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-01895
Filer:
Document Number: 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) *re: pldg.* ( [1957] *in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.

Associated Cases: MDL No. 2327 et al. (DP)

Case Name:         FOSHEE v. ETHICON, INC. et al

**Case Number:** PAE/2:15-cv-01865
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg.* *( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** FOWLER v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01876
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg.* *( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** DESMOND v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01872
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | FLORES v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01882 |
| **Filer:** | |

**WARNING: CASE CLOSED on 04/14/2015**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

| | |
|---|---|
| **Case Name:** | EDRINGTON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-01888 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in**

*PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**        ENNIS v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01889
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**        DOOYEMA v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-01886
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-*

*01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    FRAWLEY v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01873
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957]
in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866,
1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-
cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in
PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-
01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in
PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-
01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in
PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-
01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**    FRANKS v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-01877
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957]
in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866,
1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-
cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in
PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-
01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in
PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-
01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in
PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-
01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      CROSS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01867
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) *re: pldg. ( [1957]
in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866,
1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-
cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in
PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-
01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in
PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-
01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in
PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-
01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)
Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      CROSSEN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01879
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s) *re: pldg. ( [1957]
in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866,
1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-
cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in
PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-
01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in
PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-
01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in
PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-
01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)
Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      HENDERSON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01870
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** ERICKSON v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01891
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:** FIORENTINO v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-01885
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866,*

*1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      DORAN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01880
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896)*
**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**Case Name:**      DE MARCO v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-01887
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-169) - 31 action(s)** *re: pldg. ( [1957] in MDL No. 2327, 1 in ME/2:15-cv-00141, 1 in PAE/2:15-cv-01865, 1 in PAE/2:15-cv-01866, 1 in PAE/2:15-cv-01867, 1 in PAE/2:15-cv-01869, 1 in PAE/2:15-cv-01870, 1 in PAE/2:15-cv-01872, 1 in PAE/2:15-cv-01873, 1 in PAE/2:15-cv-01874, 1 in PAE/2:15-cv-01875, 1 in PAE/2:15-cv-01876, 1 in PAE/2:15-cv-01877, 1 in PAE/2:15-cv-01878, 1 in PAE/2:15-cv-01879, 1 in PAE/2:15-cv-01880, 1 in PAE/2:15-cv-01881, 1 in PAE/2:15-cv-01882, 1 in PAE/2:15-cv-01883, 1 in PAE/2:15-cv-01884, 1 in PAE/2:15-cv-01885, 1 in PAE/2:15-cv-*

**01886, 1 in PAE/2:15-cv-01887, 1 in PAE/2:15-cv-01888, 1 in PAE/2:15-cv-01889, 1 in PAE/2:15-cv-01890, 1 in PAE/2:15-cv-01891, 1 in PAE/2:15-cv-01892, 1 in PAE/2:15-cv-01893, 1 in PAE/2:15-cv-01894, 1 in PAE/2:15-cv-01895, 1 in PAE/2:15-cv-01896) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/28/2015.**

**Associated Cases: MDL No. 2327 et al. (DP)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01893 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01893 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01892 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01892 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01890 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01890 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01875 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01875 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01894 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01894 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01896 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01896 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01869 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01869 Notice will not be electronically mailed to:**

**ME/2:15-cv-00141 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KEVIN M. FITZGERALD     kfitzgerald@lewissaul.com

MELISSA A GRAFF     melissa.graff@dbr.com

**ME/2:15-cv-00141 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01866 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01866 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01884 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01884 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01874 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-01874 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01878 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,

brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01878 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01881 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01881 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01883 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01883 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01895 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01895 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01865 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01865 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01876 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01876 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01872 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01872 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01882 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01882 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01888 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01888 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01889 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01889 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01886 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01886 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01873 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01873 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01877 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01877 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01867 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01867 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01879 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01879 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01870 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01870 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01891 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01891 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01885 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01885 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01880 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-01880 Notice will not be electronically mailed to:**

**PAE/2:15-cv-01887 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-01887 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/28/2015] [FileNumber=552264-0]

[896ec9c67830371d912d72af6331f5e069f6dacaf70d90a07d5aeba38c51131db2382
ac79963bbde301768c16cc6ff72c5ac36ba77f1ca1c430c91b2ad9b0c0f]]