# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –170)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,312 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 01, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO–170 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA CENTRAL

| CAC | 2 | 14–07391 | Isabel Vasquez et al v. Johnson & Johnson et al |
| CAC | 2 | 14–07392 | Violet Rappuchi et al v. Johnson & Johnson et al |
| CAC | 8 | 14–01530 | Lourdes Heredia et al v. Johnson & Johnson et al |
| CAC | 8 | 14–01531 | Maria Baron et al v. Johnson & Johnson et al |

PENNSYLVANIA EASTERN

| PAE | 2 | 15–02033 | GALE v. ETHICON, INC. et al |
| PAE | 2 | 15–02037 | GOOD v. ETHICON, INC. et al |
| PAE | 2 | 15–02038 | GOEBEL v. ETHICON, INC. et al |
| PAE | 2 | 15–02041 | GILLASPIE v. ETHICON, INC. et al |
| PAE | 2 | 15–02042 | GOOD v. ETHICON, INC. et al |
| PAE | 2 | 15–02047 | GUTIERREZ v. ETHICON, INC. et al |
| PAE | 2 | 15–02051 | HAINES v. ETHICON, INC. et al |
| PAE | 2 | 15–02052 | HARRELL v. ETHICON, INC. et al |
| PAE | 2 | 15–02081 | HOBBS v. ETHICON, INC. et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
05/01/2015 09:28 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/1/2015 at 9:28 AM EDT and filed on 5/1/2015
**Case Name:**  IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**  MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170)
Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-
07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in
PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-
02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in
PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)

| | |
|---|---|
| **Case Name:** | HOBBS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02081 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)

| | |
|---|---|
| **Case Name:** | Lourdes Heredia et al v. Johnson & Johnson et al |

**Case Number:**   CAC/8:14-cv-01530
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)

**Case Name:**     GOOD v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02042
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)

| | |
|---|---|
| **Case Name:** | Isabel Vasquez et al v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:14-cv-07391 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)

| | |
|---|---|
| **Case Name:** | GILLASPIE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02041 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | HAINES v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02051 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk**

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)

**Case Name:**       GOOD v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02037
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)

**Case Name:**       GOEBEL v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02038
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | HARRELL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02052 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

**Case Name:**      GALE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02033
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

**Case Name:**      GUTIERREZ v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02047
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-**

02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)

| | |
|---|---|
| **Case Name:** | Violet Rappuchi et al v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:14-cv-07392 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.

Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051,

**PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

**Case Name:**      Maria Baron et al v. Johnson & Johnson et al
**Case Number:**    CAC/8:14-cv-01531
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-170) Finalized on 5/1/15. Please see pleading (3 in CAC/2:14-cv-07391, 3 in CAC/2:14-cv-07392, 3 in CAC/8:14-cv-01530, 3 in CAC/8:14-cv-01531, [1974] in MDL No. 2327, 3 in PAE/2:15-cv-02033, 3 in PAE/2:15-cv-02037, 3 in PAE/2:15-cv-02038, 3 in PAE/2:15-cv-02041, 3 in PAE/2:15-cv-02042, 3 in PAE/2:15-cv-02047, 3 in PAE/2:15-cv-02051, 3 in PAE/2:15-cv-02052, 3 in PAE/2:15-cv-02081).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
05/01/2015 09:27 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 5/1/2015 at 9:26 AM EDT and filed on 5/1/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 1974

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in
CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-
01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in*

*PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | HOBBS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02081 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | Lourdes Heredia et al v. Johnson & Johnson et al |
| **Case Number:** | CAC/8:14-cv-01530 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051,**

**PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | GOOD v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02042 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | Isabel Vasquez et al v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:14-cv-07391 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | GILLASPIE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02041 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in*

*CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

Case Name:     HAINES v. ETHICON, INC. et al
Case Number:   PAE/2:15-cv-02051
Filer:
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

Case Name:     GOOD v. ETHICON, INC. et al
Case Number:   PAE/2:15-cv-02037
Filer:
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-**

**01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | GOEBEL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02038 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | HARRELL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02052 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | GALE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02033 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | GUTIERREZ v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02047 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

| | |
|---|---|
| **Case Name:** | Violet Rappuchi et al v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:14-cv-07392 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

**Case Name:**    Maria Baron et al v. Johnson & Johnson et al
**Case Number:**  CAC/8:14-cv-01531
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-170) - 13 action(s)** *re: pldg. (1 in CAC/2:14-cv-07391, 1 in CAC/2:14-cv-07392, 1 in CAC/8:14-cv-01530, 1 in CAC/8:14-cv-01531, [1962] in MDL No. 2327, 1 in PAE/2:15-cv-02033, 1 in PAE/2:15-cv-02037, 1 in PAE/2:15-cv-02038, 1 in PAE/2:15-cv-02041, 1 in PAE/2:15-cv-02042, 1 in PAE/2:15-cv-02047, 1 in PAE/2:15-cv-02051, 1 in PAE/2:15-cv-02052, 1 in PAE/2:15-cv-02081)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2015.**

**Associated Cases: MDL No. 2327, CAC/2:14-cv-07391, CAC/2:14-cv-07392, CAC/8:14-cv-01530, CAC/8:14-cv-01531, PAE/2:15-cv-02033, PAE/2:15-cv-02037, PAE/2:15-cv-02038, PAE/2:15-cv-02041, PAE/2:15-cv-02042, PAE/2:15-cv-02047, PAE/2:15-cv-02051, PAE/2:15-cv-02052, PAE/2:15-cv-02081 (DP)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02081 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02081 Notice will not be electronically mailed to:**

**CAC/8:14-cv-01530 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mark P. Robinson, Jr    mrobinson@rcrlaw.net, banderson@rcrlaw.net, bzwirner@rcrsd.com, cbregman@rcrlaw.net, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, drobinson@rcrlaw.net, kbmenzies@rcrlaw.net, kpassey@rcrlaw.net, lgould@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com

Karen Barth Menzies    kbmenzies@rcrlaw.net, cbregman@rcrlaw.net, ctakanabe@rcrlaw.net

Daniel Stewart Robinson    drobinson@rcrlaw.net, Kbmenzies@rcrsd.com, jrogers@rcrlaw.net, lclark@rcrlaw.net

Amanda C Robinson    arobinson@rcrlaw.net

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Jeffrey Ray Vaughan    jvaughan@triallawfirm.com, MHERNANDEZ@TRIALLAWFIRM.COM

Shannon Lukei    slukei@rcrlaw.net

Lauren H Bragin    lauren.bragin@tuckerellis.com

**CAC/8:14-cv-01530 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02042 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02042 Notice will not be electronically mailed to:**

**CAC/2:14-cv-07391 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Mark P. Robinson, Jr     mrobinson@rcrlaw.net, banderson@rcrlaw.net, bzwirner@rcrsd.com,
cbregman@rcrlaw.net, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, drobinson@rcrlaw.net,
kbmenzies@rcrlaw.net, kpassey@rcrlaw.net, lgould@rcrlaw.net, lmoen@rcrlaw.net,
mrobinson@rcrsd.com

Karen Barth Menzies     kbmenzies@rcrlaw.net, cbregman@rcrlaw.net, ctakanabe@rcrlaw.net

Daniel Stewart Robinson     drobinson@rcrlaw.net, Kbmenzies@rcrsd.com, jrogers@rcrlaw.net,
lclark@rcrlaw.net

Amanda C Robinson     arobinson@rcrlaw.net

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Jeffrey Ray Vaughan     jvaughan@triallawfirm.com, MHERNANDEZ@TRIALLAWFIRM.COM

Shannon Lukei     slukei@rcrlaw.net

Lauren H Bragin     lauren.bragin@tuckerellis.com

**CAC/2:14-cv-07391 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02041 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02041 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02051 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02051 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02037 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02037 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02038 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02038 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02052 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02052 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02033 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02033 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02047 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02047 Notice will not be electronically mailed to:**

**CAC/2:14-cv-07392 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mark P. Robinson, Jr    mrobinson@rcrlaw.net, banderson@rcrlaw.net, bzwirner@rcrsd.com, cbregman@rcrlaw.net, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, drobinson@rcrlaw.net, kbmenzies@rcrlaw.net, kpassey@rcrlaw.net, lgould@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com

Scott A Love    slove@triallawfirm.com, bgreif@triallawfirm.com

Karen Barth Menzies    kbmenzies@rcrlaw.net, cbregman@rcrlaw.net, ctakanabe@rcrlaw.net

Daniel Stewart Robinson    drobinson@rcrlaw.net, Kbmenzies@rcrsd.com, jrogers@rcrlaw.net, lclark@rcrlaw.net

Amanda C Robinson    arobinson@rcrlaw.net

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Jeffrey Ray Vaughan    jvaughan@triallawfirm.com, MHERNANDEZ@TRIALLAWFIRM.COM

Shannon Lukei    slukei@rcrlaw.net

Lauren H Bragin    lauren.bragin@tuckerellis.com

**CAC/2:14-cv-07392 Notice will not be electronically mailed to:**

**CAC/8:14-cv-01531 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mark P. Robinson, Jr    mrobinson@rcrlaw.net, banderson@rcrlaw.net, bzwirner@rcrsd.com, cbregman@rcrlaw.net, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, drobinson@rcrlaw.net, kbmenzies@rcrlaw.net, kpassey@rcrlaw.net, lgould@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@rcrsd.com

Karen Barth Menzies    kbmenzies@rcrlaw.net, cbregman@rcrlaw.net, ctakanabe@rcrlaw.net

Daniel Stewart Robinson    drobinson@rcrlaw.net, Kbmenzies@rcrsd.com, jrogers@rcrlaw.net, lclark@rcrlaw.net

Amanda C Robinson    arobinson@rcrlaw.net

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Jeffrey Ray Vaughan    jvaughan@triallawfirm.com, MHERNANDEZ@TRIALLAWFIRM.COM

Shannon Lukei    slukei@rcrlaw.net

Lauren H Bragin    lauren.bragin@tuckerellis.com

**CAC/8:14-cv-01531 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/1/2015] [FileNumber=554024-0] [
13111cab75471bf655c5dedb3b21e579470c854e30ca5ab8631fe557a8d1e9a9cac279
608ad20740255d298e1fab863d2e50d6a9b7c9bbbbfc65c9c65add8205]]