# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.4, Wendy R. Fleishman of Lieff Cabraser Heimann and Bernstein, LLP (LCHB) moves to have Heather H. Wong withdrawn as counsel in MDL 2327 and all member civil actions related to MDL 2327 in which she has made an appearance. Wendy R. Fleishman, Paulina do Amaral and Sarah R. London of LCHB will remain as counsel of record in all such member civil actions.

Dated:  May 7, 2015

Respectfully submitted,

By:   */s/ Wendy R. Fleishman*
         Wendy R. Fleishman

Wendy R. Fleishman (WF3017)
wfleishman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

1253357.1