## CERTIFICATE OF SERVICE

I do hereby certify that on the 7th day of May, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which should have automatically sent notification of this filing to all participants registered to receive service in the MDL.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman

Wendy R. Fleishman (WF3017)
wfleishman@lchb.com
