# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                     MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –172)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,358 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 11, 2015**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327


SCHEDULE CTO–172 – TAG–ALONG ACTIONS


| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

PENNSYLVANIA EASTERN

| | | | |
|------|------|---------|--------------|
| PAE | 2 | 15–02225 | LEONARD v. ETHICON, INC. et al |
| PAE | 2 | 15–02226 | LEWIS v. ETHICON, INC. et al |
| PAE | 2 | 15–02227 | LEWTER v. ETHICON, INC. et al |
| PAE | 2 | 15–02230 | LEVERICH v. ETHICON, INC. et al |
| PAE | 2 | 15–02231 | LESTER v. ETHICON, INC. et al |
| PAE | 2 | 15–02232 | JOHNSON v. ETHICON, INC. et al |
| PAE | 2 | 15–02233 | KILLEN v. ETHICON, INC. et al |
| PAE | 2 | 15–02235 | LEDOUX v. ETHICON, INC. et al |
| PAE | 2 | 15–02236 | KOWALSKI v. ETHICON, INC. et al |
| PAE | 2 | 15–02237 | IRELAND v. ETHICON, INC. et al |
| PAE | 2 | 15–02238 | HOLLAND v. ETHICON, INC. et al |
| PAE | 2 | 15–02239 | IANNOTTA v. ETHICON, INC. et al |
| PAE | 2 | 15–02240 | KEPLAR v. ETHICON, INC. et al |
| PAE | 2 | 15–02241 | KINGERY v. ETHICON, INC. et al |
| PAE | 2 | 15–02242 | JONES v. ETHICON, INC. et al |
| PAE | 2 | 15–02243 | HORTON v. ETHICON, INC. et al |
| PAE | 2 | 15–02244 | LACY et al v. ETHICON, INC. et al |
| PAE | 2 | 15–02245 | HORTON v. ETHICON, INC. et al |
| PAE | 2 | 15–02246 | HOLMES v. ETHICON, INC. et al |
| PAE | 2 | 15–02247 | KAMPS v. ETHICON, INC. et al |
| PAE | 2 | 15–02248 | JACOBS v. ETHICON, INC. et al |
| PAE | 2 | 15–02249 | LAVALLEE v. ETHICON, INC. et al |
| PAE | 2 | 15–02250 | JENKINS v. ETHICON, INC. et al |
| PAE | 2 | 15–02251 | LAROCQUE v. ETHICON, INC. et al |
| PAE | 2 | 15–02252 | JOHNSON v. ETHICON, INC. et al |
| PAE | 2 | 15–02253 | LANGDON v. ETHICON, INC. et al |
| PAE | 2 | 15–02254 | JOHNSON v. ETHICON, INC. et al |
| PAE | 2 | 15–02255 | JOHNSON v. ETHICON, INC. et al |
| PAE | 2 | 15–02256 | JOHNSON v. ETHICON, INC. et al |
| PAE | 2 | 15–02257 | HOGAN v. ETHICON, INC. et al |

VERMONT

VT          2          15–00094          Warhol v. Johnson & Johnson et al



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
05/11/2015 09:02 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/11/2015 at 9:01 AM EDT and filed on 5/11/2015
**Case Name:**         IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172)
Finalized on 5/11/15. Please see pleading ([1990] in MDL No. 2327, 3 in PAE/2:15-cv-
02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in
PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-
02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in
PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-
02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in
PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-
02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in
PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-
02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | KINGERY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02241 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | LACY et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02244 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in**

PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          HOGAN v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02257
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        JOHNSON v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02256
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172)
Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        KEPLAR v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02240
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172)
Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in**

PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          JOHNSON v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02252
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Warhol v. Johnson & Johnson et al |
| **Case Number:** | VT/2:15-cv-00094 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | JACOBS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02248 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LAROCQUE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02251
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          KOWALSKI v. ETHICON, INC. et al
**Case Number:**        PAE/2:15-cv-02236
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          JONES v. ETHICON, INC. et al
**Case Number:**        PAE/2:15-cv-02242
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LEVERICH v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02230
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      JOHNSON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02232
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LESTER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02231

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          LAVALLEE v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02249
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in**

**PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | KAMPS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02247 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     HORTON v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02245
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     LEWIS v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02226
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in**

PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:       HOLMES v. ETHICON, INC. et al
Case Number:   PAE/2:15-cv-02246
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LEDOUX v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02235
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      JOHNSON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02255
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in**

PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| Case Name: | KILLEN v. ETHICON, INC. et al |
| Case Number: | PAE/2:15-cv-02233 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LEONARD v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02225
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      HOLLAND v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02238
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in**

PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        LEWTER v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-02227
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**        IRELAND v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02237
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**        IANNOTTA v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02239
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | JOHNSON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02254 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LANGDON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02253
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      HORTON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02243
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | JENKINS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02250 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-172) Finalized on 5/11/15. Please see pleading ( [1990] in MDL No. 2327, 3 in PAE/2:15-cv-02225, 3 in PAE/2:15-cv-02226, 3 in PAE/2:15-cv-02227, 3 in PAE/2:15-cv-02230, 3 in PAE/2:15-cv-02231, 3 in PAE/2:15-cv-02232, 3 in PAE/2:15-cv-02233, 3 in PAE/2:15-cv-02235, 3 in PAE/2:15-cv-02236, 3 in PAE/2:15-cv-02237, 3 in PAE/2:15-cv-02238, 3 in PAE/2:15-cv-02239, 3 in PAE/2:15-cv-02240, 3 in PAE/2:15-cv-02241, 3 in PAE/2:15-cv-02242, 3 in PAE/2:15-cv-02243, 3 in PAE/2:15-cv-02244, 3 in PAE/2:15-cv-02245, 3 in PAE/2:15-cv-02246, 3 in PAE/2:15-cv-02247, 3 in PAE/2:15-cv-02248, 3 in PAE/2:15-cv-02249, 3 in PAE/2:15-cv-02250, 3 in PAE/2:15-cv-02251, 3 in PAE/2:15-cv-02252, 3 in PAE/2:15-cv-02253, 3 in PAE/2:15-cv-02254, 3 in PAE/2:15-cv-02255, 3 in PAE/2:15-cv-02256, 3 in PAE/2:15-cv-02257, 3 in VT/2:15-cv-00094).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
05/11/2015 09:01 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 5/11/2015 at 9:00 AM EDT and filed on 5/11/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 1990

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ([1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*
*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-*
*02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-*
*02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-*
*02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-*
*00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LACY et al v. ETHICON, INC. et al

**Case Number:** PAE/2:15-cv-02244
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** HOGAN v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02257
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** JOHNSON v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02252
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       JACOBS v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02248
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LAROCQUE v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02251
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*

*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      KOWALSKI v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02236
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LESTER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02231
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-*

*00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** KAMPS v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02247
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** HORTON v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02245
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     LEWIS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02226
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*
*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-*
*02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-*
*02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-*
*02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-*
*00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     HOLMES v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02246
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*
*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-*
*02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-*
*02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-*
*02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-*
*00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     LEDOUX v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02235
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*
*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-*
*02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-*
*02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-*
*02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-*
*00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:      JOHNSON v. ETHICON, INC. et al
Case Number:    PAE/2:15-cv-02255
Filer:
Document Number: 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*
*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-*
*02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-*
*02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-*
*02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-*
*00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:      KILLEN v. ETHICON, INC. et al
Case Number:    PAE/2:15-cv-02233
Filer:
Document Number: 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*
*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-*

*02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        IRELAND v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02237
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        JOHNSON v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02254
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*

*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        KINGERY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02241
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        JOHNSON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02256
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | KEPLAR v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02240 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Warhol v. Johnson & Johnson et al |
| **Case Number:** | VT/2:15-cv-00094 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | LEVERICH v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02230 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       JONES v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02242
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       JOHNSON v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02232
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*

*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LAVALLEE v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02249
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LEONARD v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02225
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*

*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      HOLLAND v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02238
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LEWTER v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02227
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        IANNOTTA v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02239
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*
*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-*
*02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-*
*02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-*
*02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-*
*00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        LANGDON v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02253
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976]*
*in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-*
*02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in*
*PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-*
*02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in*
*PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-*
*02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in*
*PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-*
*02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in*
*PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-*
*00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        HORTON v. ETHICON, INC. et al

**Case Number:**     PAE/2:15-cv-02243
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     JENKINS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02250
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-172) - 31 action(s)** *re: pldg. ( [1976] in MDL No. 2327, 1 in PAE/2:15-cv-02225, 1 in PAE/2:15-cv-02226, 1 in PAE/2:15-cv-02227, 1 in PAE/2:15-cv-02230, 1 in PAE/2:15-cv-02231, 1 in PAE/2:15-cv-02232, 1 in PAE/2:15-cv-02233, 1 in PAE/2:15-cv-02235, 1 in PAE/2:15-cv-02236, 1 in PAE/2:15-cv-02237, 1 in PAE/2:15-cv-02238, 1 in PAE/2:15-cv-02239, 1 in PAE/2:15-cv-02240, 1 in PAE/2:15-cv-02241, 1 in PAE/2:15-cv-02242, 1 in PAE/2:15-cv-02243, 1 in PAE/2:15-cv-02244, 1 in PAE/2:15-cv-02245, 1 in PAE/2:15-cv-02246, 1 in PAE/2:15-cv-02247, 1 in PAE/2:15-cv-02248, 1 in PAE/2:15-cv-02249, 1 in PAE/2:15-cv-02250, 1 in PAE/2:15-cv-02251, 1 in PAE/2:15-cv-02252, 1 in PAE/2:15-cv-02253, 1 in PAE/2:15-cv-02254, 1 in PAE/2:15-cv-02255, 1 in PAE/2:15-cv-02256, 1 in PAE/2:15-cv-02257, 1 in VT/2:15-cv-00094)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02244 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02244 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02257 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02257 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02252 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02252 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02248 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02248 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02251 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02251 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02236 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02236 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02231 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02231 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02247 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02247 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02245 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02245 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02226 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02226 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02246 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02246 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02235 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02235 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02255 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02255 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02233 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02233 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02237 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02237 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02254 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02254 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02241 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02241 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02256 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02256 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02240 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02240 Notice will not be electronically mailed to:**

**VT/2:15-cv-00094 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Ritchie E. Berger     rberger@dinse.com

Matthew S Borick      mborick@drm.com

Walter E. Judge, Jr     wjudge@drm.com

Catherine E. Clark, Esq     catherineclark@cwf-pc.com

**VT/2:15-cv-00094 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02230 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02230 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02242 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02242 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02232 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02232 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02249 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02249 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02225 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02225 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02238 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02238 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02227 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02227 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02239 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02239 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02253 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02253 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02243 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02243 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02250 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02250 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/11/2015] [FileNumber=557509-0]

[bf3ac30e860f606721dd2fe37aea5dd1a08f43aa44cf0f6f42f418cb94a2621a5407e
ef460a4b573b0b6ba950e5a1d4131dfc1af1f336af3df0fb10e9613422a]]