Honorable Cheryl A. Eifert
United States Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | 2:12-md-2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | Ethicon, Inc. Pelvic Repair Systems | | |
| Date of Event: | May 11, 2015 | | |
| Court Reporter: | N/A | | |
| Law Clerk: | N/A | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Justice David Keltner | | |
| Type of Event: | In Chambers Telephone Conference | | |
| Time Spent in Chambers: | Twenty Three (23) minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |