## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Isabel Vasquez<br>Dolly Cardenas<br>Sharon Morningstar<br>Shirley King<br>Anna Tucciarone<br>Laura Gonzalez-Romero<br>Jo Blackstone<br>Delores Smith<br>Charlena Peterson<br>Vicki Rumsey<br>Hattie Johnson<br>Maria Witt<br>Lillian Joan<br>Claudia Aleman<br>Irma Torres<br>Maria Acosta<br>Georgina Rodriguez<br>Bonnie Carrillo<br>Maria Deroule<br>Regina Shapiro<br>Alverda Muhammad<br>Beth Giardina<br>Theresa Richards<br>Shirley Traynor<br>Marjorie Dees<br>Glenda Dial<br>Linda Hodges<br>Maria Hermida<br>Jane Thrift<br>Marleny Mirabal<br>Hilda Sanchez<br>Patricia Blanchett<br>Maria Muniz<br>Wanda Nuttall<br>Tammy Potts<br>Bernice Anderson<br>Elizabeth Gibson<br>Barbara Chapman<br>Adela Ginjauma<br>Donna Smith<br>Marsha Lewis<br>Margaret Hall<br>Alice Adams | California Central | 2:14-cv-7391 | 2:15-cv-5855 |

| | | | |
|---|---|---|---|
| Donna Kinney<br>Fern Davis<br>Martha Ater<br>Alexandra Koch<br>Linda Mennenga<br>Cindy Hanley<br>Evelyn Bess<br>Redeena McKamey<br>Cora Gant<br>Kathryn Mellinger<br>Marilyn Lonsky<br>Christyna Durham<br>Karen Farmer<br>Thelma Goodwin<br>Anna Tate<br>Mary Golden<br>Linda Cioppa<br>Claire Keffer<br>Nichol Martin<br>Julie Vann<br>Wilma Gibbs<br>Barbara Gurnee<br>Cindy Gastineau<br>Caroline Stevens<br>Linda Feco<br>Karen Sutton<br>Edith Stegall<br>Sandra Ireland<br>Susan Morris<br>Patsy Hyder<br>Shari Futsher<br>Brenda Wickline<br>Darlene Ebert<br>Doris Lee<br>Manira Bushamie<br>Carolyn Keck<br>Amy Kalinoski<br>Beverly Snow<br>Karlene Dorey<br>June Mooney<br>Betty Ritchie<br>Nancy Kampsen<br>Marion Braun<br>Ann Gregory<br>Barbara Mego<br>Betty Compton<br>Vanessa Lindsay<br>Ruth Dively<br>Amy Riedy | | | |

| | | | |
|---|---|---|---|
| Vicki Stern<br>Carrie McGaha<br>Pamala Davis | | | |