**Exhibit B**

I. <u>**For Directly Filed Cases**</u>:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ )
_____

**SHORT FORM COMPLAINT**

**II. For All Other Cases:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

      **Plaintiffs,**

v.                                         Civil Action No. _____
                                               (Severed from SDWV Civil Action
                                               No. _____)

**JOHNSON & JOHNSON, et al.,**

      **Defendants.**

**COMPLAINT AND JURY DEMAND**