## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Kathy Mathes<br>Ramona Duby<br>Audrey Edwards<br>Teresa Hayward<br>Belinda Simpson<br>Shannon Gray<br>Sheila Lawrence<br>Linda Steen<br>Mary Bennett<br>Ted Bennett<br>Melanie Browning<br>Rhonda Durbin<br>Brenda Carlson<br>Richard Carlson<br>Algia Wood<br>Jennifer Williams<br>Bridget Mcallister<br>Teresa Russell<br>James Russell<br>Teri Muniz<br>Rebecca Fricke<br>Charlene Bobo<br>Tina Daniels<br>Deborah Roberts<br>Ronal Roberts<br>Stacie Vandiver<br>Sonja Priest<br>Carolyn Blackmon<br>Patricia Walton<br>Angela Gardner<br>Chris Gardner<br>Gwendolyn Wright<br>Carol Hammonds<br>Candy Adams<br>Trisha Vanarsdalen<br>Darla McBride<br>Darlene McDonald<br>Barbara Jones<br>Soha Abdelrahman<br>Virginia Oakley<br>Mark Oakley<br>Amparo Hudson<br>Sandra Pearce | Missouri Eastern | 4:14-cv-1668 | 2:14-cv-27204 |

| **Plaintiffs** | **Originating District** | **Originating Case No.** | **SDWV – MDL Member Case No.** |
|---|---|---|---|
| Domingo Dominguez<br>Deanna Dennison-Snader<br>Patti Hendricks<br>Belinda Keyes<br>Michelle Mullican<br>Lynda Newman<br>Jeanette Hooper<br>Kanisha MaCleod<br>Sherrill Cramer<br>Regina Whitman<br>Ada Sanchez<br>Pam Poteet<br>Tammara Dejarnett<br>Agnes Way<br>Angie Delsid<br>Jane Perez<br>Sheryl Pedersen<br>Cheryl Simpson<br>Paula Rezantes-Kilgore<br>Rita Schabow<br>Patricia McNew<br>Susan Corby<br>Judith Schnorr<br>Donna Frazier<br>Denise Pello<br>Sheri Salazar<br>Beatrice Arriaga<br>Rosario Ventosa<br>Sharon Teague | Missouri Eastern | 4:14-cv-1668 | 2:14-cv-27204 |