## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Violet Rappuchi<br>Mary Albecker<br>Nina Schultz<br>Amparo Libreros<br>Gloria Ramirez<br>Annette Barrows<br>Martha Lopez<br>Dorothy Breytenbach<br>Barbara King<br>Debbie Brock<br>Angela Howard<br>Georgia Rich<br>Connie Arnette<br>Linda Kuenzli<br>Jo Ann Pugh<br>Bonnie Crawford<br>Rosa Graciani<br>Maria Morales<br>Gwendolyn Knox<br>Janice Simons<br>Charlotte Storms<br>Irene Mikula<br>Sharon Mullay<br>Sandra Bailey<br>Andrea Cogley<br>Paula Lubinsky<br>Carol Ranson<br>Amy Moreira<br>Jacquelyn Friend<br>Daria Worley<br>Cheryl Murphy<br>Virdona Strube<br>Linda Davis<br>Beatriz Sandoval<br>Kandyce Singletary<br>Martha Serres<br>Debbie Horton<br>Andrea Robin<br>Doris Castilleja<br>Nathalie Jackson<br>Debra Galbraith<br>Willie Morgan<br>Patricia De La Fuentte | California Central | 2:14-cv-7392 | 2:15-cv-5856 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Maria White<br>Terenitia Rodriguez<br>Tina Samaniego<br>Cathy Wilson<br>Jacqueline Capponi<br>Gina McSweeney<br>Joanne Nichols<br>Kimberly Schuler<br>Peggy Clawson<br>Debra Hammitt<br>Deline Boyse<br>Janet Meacham<br>Susann Thrasher<br>Lorna Marple<br>Carolanne Potts<br>Sharon Iverson<br>Marsha Faircloth<br>Sheree Sweetland<br>Peggy Dosch<br>Susan Murzycki<br>Darlene Endl<br>Nancy Esidor<br>Malissa Brown<br>Josephine Karstetter<br>Beryl Velguth<br>Faith Meyer<br>Katherine Carnahan<br>Michelle Marini<br>Nicole Bettin<br>Lisa Ramirez<br>Sally Bissell<br>Ottie Turnmyre<br>Tammy Cook<br>Elizabeth Mustin<br>Donna Clark<br>Alice Revells<br>Terri Leith<br>Llewelly Edwards<br>Mamie Stanga<br>Betty Jean Hall<br>Karin Boyer<br>Rose Ellen Pepsin<br>Glenda Griffin<br>Patricia Edenborg-Gorman<br>Rebecca Peterson | California Central | 2:14-cv-7392 | 2:15-cv-5856 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Paula Davis<br>Deborah Proctor<br>Rosemary Flores<br>Jeri Pryor<br>Fran Banach<br>Jennifer Riddle | California Central | 2:14-cv-7392 | 2:15-cv-5856 |