## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Lourdes Heredia<br>Audrey Davis<br>Maria Rodriguez<br>Lorraine Gomez<br>Barbara Arnold<br>Barbara Campbell<br>Dolores Breen<br>Patricia Phillips<br>Nancy Vendur<br>Terri Gall<br>Joyce Royer<br>Amy Hunter<br>Brandie Chaffin<br>Janet Hamilton<br>Alina Bracciodieta<br>Michelle Petrillo<br>Kathi Price<br>Neva Johnson<br>Maria Milbury<br>Bertha Ceja<br>Sharon Gadowski<br>Deena Sierra<br>Agnes Bielec<br>Marlis Carson<br>Carolyn Green<br>Theresa Fix<br>Mary Sullivan<br>Marilyn Boone<br>Mary Lee Bassett<br>Joanne Czeslawski<br>Rebecca McVey<br>Peggy Gillenwater<br>Gail Clement<br>Marcy Ducharme<br>Maria Rivera<br>Sharon Robinson<br>Kathleen O'Neill<br>Beatriz Gandarilla<br>Dinah Taylor<br>Debbie Powell<br>Patricia Glazier<br>Rita Hurt<br>Betty Patterson | California Central | 8:14-cv-1530 | 2:15-cv-5857 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Marsha Eden<br>Vada Bible<br>Melva Blair<br>Virginia Wehner<br>Brenda Hawkins<br>Emma Clark<br>Karen Farmer<br>Caroline Wright<br>Bonnie McCoy<br>Imogene Batemon<br>Christine Crawford<br>Stephanie Smith<br>Sarah Dansby<br>Deatria Copeman<br>Irma Ramirez<br>Rose Hilton<br>Violet Johnson<br>Susan Anderson<br>Alice Hamilton<br>Gina Hamm | California Central | 8:14-cv-1530 | 2:15-cv-5857 |