## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Maria Baron<br>Rosa Maria Ramirez<br>Zona Locklear<br>Dorothy Reid<br>Janet Russo<br>Gabriela Chavez<br>Regla Jones<br>Rose Maria Dorantes<br>Maureen Lewis<br>Nurys Crispin<br>Berjica Rosario<br>Roseann Glazer<br>Gloria Kirk<br>Phyllis Wolfe<br>Shirley Coggeshall<br>Shari Wiesler<br>Mary Jackson<br>Molly Zanath<br>Diana Kraus<br>Brenda Stroemple<br>Terri Yeager<br>Nelida Vasquez<br>Nancy Stout<br>Charlotte Santos<br>Shela Vermillion<br>Cynthia Brown<br>Tracey Stewart<br>Barbara Gourlay<br>Phyllis Hanssen<br>Donna Beresford<br>Dorla Bashaw<br>Karen Hernandez<br>Robin Eckholt<br>Kalin Rudolph<br>Beverly Glover<br>Carole Stoltenberg<br>Kal Roberston<br>Clyde Ent<br>Linda Corte<br>Patti Della Vecchia<br>Mae Lykens<br>Nina Gray<br>Alma Medina | California Central | 8:14-cv-1531 | 2:15-cv-5858 |

| **Plaintiffs** | **Originating District** | **Originating Case No.** | **SDWV – MDL Member Case No.** |
|---|---|---|---|
| Karen Neville<br>Dolores Sugalski<br>Etta Helmstetter<br>Helen Cannon<br>Odette Silvieus<br>Joyce Reese<br>Faye Nations<br>Teresa Williamson<br>Irene Hurley<br>Tabatha Treadway<br>Mary Morgan<br>Marian Williams<br>Joan Tracey<br>Sarah Haselden<br>Avis Crow<br>Susan Warren<br>Sharon Stancher<br>Amanda McCandless<br>Misty Reeves<br>Angela Prater<br>Ella Kiser<br>Rebecca Maness<br>Alma Biship<br>Kathi Price<br>Shelia Webb<br>Teresa Sikes<br>Catherine Sak<br>Anita Rogers<br>Lisa Wiseman<br>Ruby Coleman<br>Dawn Taylor<br>Beverly Paulson<br>Kristen Rea<br>Cecelia Mikitaroff<br>Elizabeth Henry<br>Margaret Grubbs<br>Robin Gordon<br>Jerrye Weaver<br>Mary Cook<br>Assunth Schenkel<br>Patsy Gagliano<br>Sally Dempsy<br>Judith Wallace<br>Glenda Shelton<br>Peggy Schwarz | California Central | 8:14-cv-1531 | 2:15-cv-5858 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Johnnie Sanders<br>Angelia Kline<br>Charlotte Tyson<br>Maria Dominguez<br>Maria Madden<br>Eunice Reid<br>Sandra Cady | California Central | 8:14-cv-1531 | 2:15-cv-5858 |