## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –174)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,379 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 15, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**            MDL No. 2327

### SCHEDULE CTO–174 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ILLINOIS SOUTHERN**

| ILS | 3 | 15–00014 | Donaldson et al v. Johnson & Johnson et al |
|------|------|---------|--------------|

**NEW JERSEY**

| NJ | 3 | 15–03004 | HILL et al v. JOHNSON & JOHNSON et al |
|------|------|---------|--------------|
| NJ | 3 | 15–03055 | TIDWELL et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 15–03058 | SMITH et al v. JOHNSON & JOHNSON et al |

**PENNSYLVANIA EASTERN**

| PAE | 2 | 15–02414 | MAHER v. ETHICON, INC. et al |
|------|------|---------|--------------|
| PAE | 2 | 15–02415 | WAGNER v. ETHICON, INC. et al |
| PAE | 2 | 15–02416 | LOVELACE v. ETHICON, INC. et al |
| PAE | 2 | 15–02417 | LOWE v. ETHICON, INC. et al |
| PAE | 2 | 15–02418 | LYONS v. ETHICON, INC. et al |
| PAE | 2 | 15–02419 | MADSEN v. ETHICON, INC. et al |
| PAE | 2 | 15–02420 | LOPEZ v. ETHICON, INC. et al |
| PAE | 2 | 15–02422 | MAAG v. ETHICON, INC. et al |
| PAE | 2 | 15–02423 | MEDLIN v. ETHICON, INC. et al |
| PAE | 2 | 15–02424 | MEDEIROS v. ETHICON, INC. et al |
| PAE | 2 | 15–02425 | MCKINNON v. ETHICON, INC. et al |
| PAE | 2 | 15–02426 | MITCHELL v. ETHICON, INC. et al |
| PAE | 2 | 15–02427 | MOFFETT v. ETHICON, INC. et al |
| PAE | 2 | 15–02428 | LUCE v. ETHICON, INC. et al |
| PAE | 2 | 15–02429 | LINDBERG v. ETHICON, INC. et al |
| PAE | 2 | 15–02430 | MALONE v. ETHICON, INC. et al |
| PAE | 2 | 15–02431 | LONG v. ETHICON, INC. et al |
| PAE | 2 | 15–02432 | LIZOTTE v. ETHICON, INC. et al |
| PAE | 2 | 15–02433 | LUTZ v. ETHICON, INC. et al |
| PAE | 2 | 15–02434 | LOCKWOOD v. ETHICON, INC. et al |
| PAE | 2 | 15–02435 | LOWRY v. ETHICON, INC. et al |
| PAE | 2 | 15–02436 | MCINTYRE v. ETHICON, INC. et al |
| PAE | 2 | 15–02437 | MCVEY v. ETHICON, INC. et al |

| PAE | 2 | 15–02438 | MCKINNEY v. ETHICON, INC. et al |
| PAE | 2 | 15–02439 | MASSEY v. ETHICON, INC. et al |
| PAE | 2 | 15–02440 | MARTINEZ v. ETHICON, INC. et al |
| PAE | 2 | 15–02443 | MIDDLEBROOK v. ETHICON, INC. et al |
| PAE | 2 | 15–02444 | MELTON v. ETHICON, INC. et al |
| PAE | 2 | 15–02445 | MALONEY v. ETHICON, INC. et al |
| PAE | 2 | 15–02447 | MARTINEZ v. ETHICON, INC. et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
05/15/2015 08:10 AM
Hide Details
From: JPMLCMDECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/15/2015 at 8:10 AM EDT and filed on 5/15/2015

**Case Name:**         IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**       MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174)
Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No.
2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-
cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in
PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-
02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in
PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-
02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in
PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-
02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in
PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-
02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | MADSEN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02419 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | LYONS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02418 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No.**

2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         MARTINEZ v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02440
Filer:
Document Number:   No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | MCKINNON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02425 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | LOWRY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02435 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       MELTON v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02444
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-

02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | LOVELACE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02416 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**     MCINTYRE v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02436
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**     MARTINEZ v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02447
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in

PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | SMITH et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-03058 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          MITCHELL v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02426
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174)
Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No.
2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-
cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in
PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-
02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in
PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-
02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in
PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-
02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in
PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-
02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          LOPEZ v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02420
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | MIDDLEBROOK v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02443 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          MEDEIROS v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02424
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          MAHER v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02414

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LOCKWOOD v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02434
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in**

PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**      LUTZ v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02433
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Donaldson et al v. Johnson & Johnson et al |
| **Case Number:** | ILS/3:15-cv-00014 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | MALONEY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02445 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No.**

2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | LINDBERG v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02429 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       TIDWELL et al v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:15-cv-03055
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       HILL et al v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:15-cv-03004
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | LOWE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02417 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-**

02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | LUCE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02428 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**  LONG v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02431
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**  MASSEY v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02439
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in

PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       LIZOTTE v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02432
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

**from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    MEDLIN v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02423
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    MCKINNEY v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02438
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      WAGNER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02415
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         MOFFETT v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02427
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         MALONE v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02430

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        MAAG v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02422
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in**

PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       MCVEY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02437
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-174) Finalized on 5/15/15. Please see pleading (3 in ILS/3:15-cv-00014, [1998] in MDL No. 2327, 3 in NJ/3:15-cv-03004, 3 in NJ/3:15-cv-03055, 3 in NJ/3:15-cv-03058, 3 in PAE/2:15-cv-02414, 3 in PAE/2:15-cv-02415, 3 in PAE/2:15-cv-02416, 3 in PAE/2:15-cv-02417, 3 in PAE/2:15-cv-02418, 3 in PAE/2:15-cv-02419, 3 in PAE/2:15-cv-02420, 3 in PAE/2:15-cv-02422, 3 in PAE/2:15-cv-02423, 3 in PAE/2:15-cv-02424, 3 in PAE/2:15-cv-02425, 3 in PAE/2:15-cv-02426, 3 in PAE/2:15-cv-02427, 3 in PAE/2:15-cv-02428, 3 in PAE/2:15-cv-02429, 3 in PAE/2:15-cv-02430, 3 in PAE/2:15-cv-02431, 3 in PAE/2:15-cv-02432, 3 in PAE/2:15-cv-02433, 3 in PAE/2:15-cv-02434, 3 in PAE/2:15-cv-02435, 3 in PAE/2:15-cv-02436, 3 in PAE/2:15-cv-02437, 3 in PAE/2:15-cv-02438, 3 in PAE/2:15-cv-02439, 3 in PAE/2:15-cv-02440, 3 in PAE/2:15-cv-02443, 3 in PAE/2:15-cv-02444, 3 in PAE/2:15-cv-02445, 3 in PAE/2:15-cv-02447).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized JPMLCMECF
to:
JPMLCMDECF
05/15/2015 08:10 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/15/2015 at 8:08 AM EDT and filed on 5/15/2015
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 1998

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     LYONS v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02418
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     MARTINEZ v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02440
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     LOWRY v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02435
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:12-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MCINTYRE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02436
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MITCHELL v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02426
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     LOPEZ v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02420
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     MIDDLEBROOK v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02443
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-*

*02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LOCKWOOD v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02434
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LINDBERG v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02429
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in*

*PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      TIDWELL et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:15-cv-03055
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      HILL et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:15-cv-03004
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-*

*02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LOWE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02417
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MASSEY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02439
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        LIZOTTE v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02432
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in*
*ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055,*
*1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-*
*02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in*
*PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-*
*02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in*
*PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-*
*02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in*
*PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-*
*02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in*
*PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        MCKINNEY v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02438
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in*
*ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055,*
*1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-*
*02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in*
*PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-*
*02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in*
*PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-*
*02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in*
*PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-*
*02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in*
*PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     MALONE v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02430
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s) *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     MAAG v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02422
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s) *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     MADSEN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02419
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:12-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | MCKINNON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02425 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:12-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | MELTON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02444 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LOVELACE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02416
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MARTINEZ v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02447
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-*

*02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     SMITH et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:15-cv-03058
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     MEDEIROS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02424
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in*

*PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MAHER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02414
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LUTZ v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02433
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-*

*02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Donaldson et al v. Johnson & Johnson et al |
| **Case Number:** | ILS/3:15-cv-00014 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | MALONEY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02445 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        LUCE v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02428
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        LONG v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02431
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** MEDLIN v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02423
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** WAGNER v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02415
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** MOFFETT v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02427
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:12-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      MCVEY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02437
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-174) - 34 action(s)** *re: pldg. (1 in ILS/3:15-cv-00014, [1986] in MDL No. 2327, 1 in NJ/3:15-cv-03004, 1 in NJ/3:15-cv-03055, 1 in NJ/3:15-cv-03058, 1 in PAE/2:15-cv-02414, 1 in PAE/2:15-cv-02415, 1 in PAE/2:15-cv-02416, 1 in PAE/2:15-cv-02417, 1 in PAE/2:15-cv-02418, 1 in PAE/2:15-cv-02419, 1 in PAE/2:15-cv-02420, 1 in PAE/2:15-cv-02422, 1 in PAE/2:15-cv-02423, 1 in PAE/2:15-cv-02424, 1 in PAE/2:15-cv-02425, 1 in PAE/2:15-cv-02426, 1 in PAE/2:15-cv-02427, 1 in PAE/2:15-cv-02428, 1 in PAE/2:15-cv-02429, 1 in PAE/2:15-cv-02430, 1 in PAE/2:15-cv-02431, 1 in PAE/2:15-cv-02432, 1 in PAE/2:15-cv-02433, 1 in PAE/2:15-cv-02434, 1 in PAE/2:15-cv-02435, 1 in PAE/2:15-cv-02436, 1 in PAE/2:15-cv-02437, 1 in PAE/2:15-cv-02438, 1 in PAE/2:15-cv-02439, 1 in PAE/2:15-cv-02440, 1 in PAE/2:15-cv-02443, 1 in PAE/2:15-cv-02444, 1 in PAE/2:15-cv-02445, 1 in PAE/2:15-cv-02447)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/15/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch      carl@facslaw.com, terry@facslaw.com

Michael J Farrell      mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02418 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02418 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02440 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02440 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02435 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02435 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02436 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02436 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02426 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02426 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02420 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02420 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02443 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02443 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02434 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02434 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02429 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02429 Notice will not be electronically mailed to:**

**NJ/3:15-cv-03055 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-03055 Notice will not be electronically mailed to:**

**NJ/3:15-cv-03004 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-03004 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02417 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02417 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02439 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02439 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02432 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02432 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02438 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02438 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02430 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02430 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02422 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02422 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02419 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02419 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02425 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02425 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02444 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02444 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02416 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02416 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02447 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02447 Notice will not be electronically mailed to:**

**NJ/3:15-cv-03058 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-03058 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02424 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02424 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02414 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02414 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02433 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02433 Notice will not be electronically mailed to:**

**ILS/3:15-cv-00014 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael J Meyer     mjmeyer@consolidated.net

**ILS/3:15-cv-00014 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02445 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02445 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02428 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02428 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02431 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02431 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02423 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02423 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02415 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02415 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02427 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02427 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02437 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02437 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/15/2015] [FileNumber=559142-0]

[97378cc7309fff9e9ce2491d7b79b7990b4b28466230a03767226a7f82e664f96eee9
9922353ff07cbddaed4247df513cc06b63a3c34658e85d3c0e84835511d]]