Honorable Cheryl A. Eifert
United States Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| | | | |
|---|---|---|---|
| **Case No.:** | 2:12-md-2327 | **Ghost Case No: (assigned by clerk)** | |
| **Case Style:** | Ethicon, Inc. Pelvic Repair System | | |
| **Date of Event:** | May 18, 2015 | | |
| **Court Reporter:** | Lisa Cook | | |
| **Law Clerk:** | | | |
| **Parties Present:** | United States Magistrate Judge Cheryl A. Eifert<br>Justice David Keltner<br>Counsel for Plaintiffs: Sheila Bossier, John Harloe, Sarah Turman-Vedral<br>Counsel for Defendant: Richard Bernardo, Ben Watson, Ashley Parrish, Nina Rose | | |
| **Type of Event:** | Telephonic Conference | | |
| **Time Spent in Chambers:** | Thirty (30) Minutes | | |
| **Name of Person reporting event:** | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |