USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or  for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

In re Ethicon, Inc., Pelvic Repair System Products
Liability Litigation

**V.**

CASE NUMBER   2:12-md-02327

## REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING
## OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD

Requestor's name:  David B. Thomas

Address:  Thomas Combs & Spann, PLLC, P.O. Box 3824, Charleston, WV  25338

Telephone:  (304) 414-1800     Fax:  (304) 414-1801

E-mail address:  rdavis@tcspllc.com

Judicial officer presiding:  United States Magistrate Judge Cheryl A. Eifert

Proceeding date(s):  May 18, 2015

Proceeding location(s):  In Chambers, Huntington, WV

Proceeding type(s)[1]:  Telephonic Conference

Attorney present at hearing *(list all attorneys)*:

Witness called at proceeding *(list all witnesses)*:

Court reporter name/Tape number/Courtflow:  Lisa Cook

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

| | | | |
|---|---|---|---|
| ☐ | Ordinary transcript (due 30 days from date assigned to court reporter) | ☐ | Daily |
| ☐ | 14-Day transcript (due 14 days from date assigned to court reporter) | ☐ | Hourly |
| ☑ | Expedited (due 7 days from date assigned to court reporter) | ☐ | Copy of an audio tape or CD of an electronically recorded proceeding |

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

Please email transcript to Robyn C. Davis at:  rdavis@tcspllc.com

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein.  Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: s/David B. Thomas                         Date: May 18, 2015
*Requestor's Signature or e-Signature*

| | | | |
|---|---|---|---|
| ☑ | Attorney (Civil or Criminal) | ☐ | Assistant United States Attorney |
| ☐ | CJA Attorney (completed CJA-24 attached) | ☐ | Pro Se Litigant |
| ☐ | Federal Public Defender | | |

--------------------------------------------------------------------------------

### *FOR OFFICIAL COURT USE ONLY:*

Court reporter assigned:

Date assigned:

Delivery method:

☐ Hold for pickup

☐ Mail to above address

☐ Mail to:

☐ Ship overnight:

via                         Account no.:                         Priority: