# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –176)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,445 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 27, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                   MDL No. 2327

### SCHEDULE CTO–176 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

KANSAS

| KS | 2 | 15–09068 | Delaney v. Ethicon, Inc. et al |
|----|---|----------|--------------------------------|

PENNSYLVANIA EASTERN

| PAE | 2 | 15–02562 | MOORE v. ETHICON, INC. et al |
|-----|---|----------|------------------------------|
| PAE | 2 | 15–02563 | PHILLIPS v. ETHICON, INC. et al |
| PAE | 2 | 15–02564 | PICKERING v. ETHICON, INC. et al |
| PAE | 2 | 15–02565 | NORRIS v. ETHICON, INC. et al |
| PAE | 2 | 15–02566 | MUNDRICK v. ETHICON, INC. et al |
| PAE | 2 | 15–02567 | MORGAN v. ETHICON, INC. et al |
| PAE | 2 | 15–02568 | NICOL v. ETHICON, INC. et al |
| PAE | 2 | 15–02569 | NIMROOZI v. ETHICON, INC. et al |
| PAE | 2 | 15–02570 | NIEUWSMA v. ETHICON, INC. et al |
| PAE | 2 | 15–02571 | NEWELL v. ETHICON, INC. et al |
| PAE | 2 | 15–02572 | MURPHY v. ETHICON, INC. et al |
| PAE | 2 | 15–02573 | NAGY v. ETHICON, INC. et al |
| PAE | 2 | 15–02574 | HENLEY v. ETHICON, INC. et al |
| PAE | 2 | 15–02575 | NOE v. ETHICON, INC. et al |
| PAE | 2 | 15–02576 | POTTER v. ETHICON, INC. et al |
| PAE | 2 | 15–02577 | RAPOZA v. ETHICON, INC. et al |
| PAE | 2 | 15–02578 | REISS v. ETHICON, INC. et al |
| PAE | 2 | 15–02579 | POSS v. ETHICON, INC. et al |
| PAE | 2 | 15–02580 | RALKEY v. ETHICON, INC. et al |
| PAE | 2 | 15–02581 | PRUITT v. ETHICON, INC. et al |
| PAE | 2 | 15–02582 | RECTENWAL v. ETHICON, INC. et al |
| PAE | 2 | 15–02583 | QUINN–SWIFT v. ETHICON, INC. et al |
| PAE | 2 | 15–02584 | POKLEMBA v. ETHICON, INC. et al |
| PAE | 2 | 15–02585 | POWERS v. ETHICON, INC. et al |
| PAE | 2 | 15–02586 | READ v. ETHICON, INC. et al |
| PAE | 2 | 15–02587 | PADALINO v. ETHICON, INC. et al |
| PAE | 2 | 15–02588 | PANNELL v. ETHICON, INC. et al |
| PAE | 2 | 15–02589 | MORROW v. ETHICON, INC. et al |
| PAE | 2 | 15–02590 | POLOWYK v. ETHICON, INC. et al |

PAE        2        15–02591        PEZOLDT v. ETHICON, INC. et al



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
05/27/2015 10:34 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 5/27/2015 at 10:34 AM EDT and filed on 5/27/2015
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176)
Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No.
2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in
PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-
02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in
PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-
02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in
PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-
02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in
PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-
02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | PADALINO v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02587 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | PRUITT v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02581 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in**

PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | REISS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02578 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      READ v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02586
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      MOORE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02562
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in**

PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        RALKEY v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-02580
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | RAPOZA v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02577 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | Delaney v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:15-cv-09068 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**  NEWELL v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02571
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:         NORRIS v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02565
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:         POSS v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02579
Filer:
Document Number: No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      MORGAN v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02567
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        PICKERING v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-02564
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        PHILLIPS v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-02563

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       HENLEY v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02574
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in**

PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        NIMROOZI v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-02569
Filer:
WARNING: CASE CLOSED on 05/13/2015
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**    RECTENWAL v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02582
**Filer:**
**WARNING: CASE CLOSED on 05/13/2015**
**Document Number:** No document attached

**Docket Text:**
***\*\*\*TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**    NICOL v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02568
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***\*\*\*TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-**

02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | POTTER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02576 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:**         NOE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02575
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:**         POKLEMBA v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02584
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176)

Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        MORROW v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-02589
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:**        POWERS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02585
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:**        NIEUWSMA v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02570
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      POLOWYK v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02590
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | PEZOLDT v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02591 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | NAGY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02573 |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:**     MUNDRICK v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02566
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:       PANNELL v. ETHICON, INC. et al
Case Number:     PAE/2:15-cv-02588
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:       MURPHY v. ETHICON, INC. et al

**Case Number:**   PAE/2:15-cv-02572
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       QUINN-SWIFT v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02583
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-176) Finalized on 5/27/15. Please see pleading (3 in KS/2:15-cv-09068, [2012] in MDL No. 2327, 3 in PAE/2:15-cv-02562, 3 in PAE/2:15-cv-02563, 3 in PAE/2:15-cv-02564, 3 in PAE/2:15-cv-02565, 3 in PAE/2:15-cv-02566, 3 in PAE/2:15-cv-02567, 3 in PAE/2:15-cv-02568, 3 in PAE/2:15-cv-02569, 3 in PAE/2:15-cv-02570, 3 in PAE/2:15-cv-02571, 3 in PAE/2:15-cv-02572, 3 in PAE/2:15-cv-02573, 3 in PAE/2:15-cv-02574, 3 in PAE/2:15-cv-02575, 3 in PAE/2:15-cv-02576, 3 in PAE/2:15-cv-02577, 3 in PAE/2:15-cv-02578, 3 in PAE/2:15-cv-02579, 3 in PAE/2:15-cv-02580, 3 in PAE/2:15-cv-02581, 3 in PAE/2:15-cv-**

02582, 3 in PAE/2:15-cv-02583, 3 in PAE/2:15-cv-02584, 3 in PAE/2:15-cv-02585, 3 in PAE/2:15-cv-02586, 3 in PAE/2:15-cv-02587, 3 in PAE/2:15-cv-02588, 3 in PAE/2:15-cv-02589, 3 in PAE/2:15-cv-02590, 3 in PAE/2:15-cv-02591).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.

Associated Cases: MDL No. 2327 et al. (LH)

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
05/27/2015 10:32 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/27/2015 at 10:30 AM EDT and filed on 5/27/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2012

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in
KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-
02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in
PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-
02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in
PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-
02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in
PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-
02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in
PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-
02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**        PADALINO v. ETHICON, INC. et al

**Case Number:**     PAE/2:15-cv-02587
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     PRUITT v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02581
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     MOORE v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02562
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       RALKEY v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02580
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       Delaney v. Ethicon, Inc. et al
**Case Number:**      KS/2:15-cv-09068
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in*

*PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      NEWELL v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02571
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      POSS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02579
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-*

*02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:        MORGAN v. ETHICON, INC. et al
Case Number:     PAE/2:15-cv-02567
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:        PICKERING v. ETHICON, INC. et al
Case Number:     PAE/2:15-cv-02564
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     HENLEY v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02574
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in*
*KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-*
*02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in*
*PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-*
*02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in*
*PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-*
*02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in*
*PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-*
*02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in*
*PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-*
*02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     NIMROOZI v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02569
**Filer:**
**WARNING: CASE CLOSED on 05/13/2015**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in*
*KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-*
*02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in*
*PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-*
*02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in*
*PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-*
*02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in*
*PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-*
*02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in*
*PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-*
*02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     RECTENWAL v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02582
**Filer:**
**WARNING: CASE CLOSED on 05/13/2015**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       NICOL v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02568
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       POKLEMBA v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02584
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-*

*02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:      MORROW v. ETHICON, INC. et al
Case Number:    PAE/2:15-cv-02589
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:      NAGY v. ETHICON, INC. et al
Case Number:    PAE/2:15-cv-02573
Filer:
Document Number: 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in*

*PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:       PANNELL v. ETHICON, INC. et al
Case Number:     PAE/2:15-cv-02588
Filer:
Document Number: 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:       MURPHY v. ETHICON, INC. et al
Case Number:     PAE/2:15-cv-02572
Filer:
Document Number: 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**  REISS v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02578
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in*
*KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-*
*02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in*
*PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-*
*02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in*
*PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-*
*02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in*
*PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-*
*02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in*
*PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-*
*02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**  READ v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02586
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in*
*KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-*
*02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in*
*PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-*
*02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in*
*PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-*
*02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in*
*PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-*
*02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in*
*PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-*
*02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**  RAPOZA v. ETHICON, INC. et al

**Case Number:**   PAE/2:15-cv-02577
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**   NORRIS v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02565
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**   PHILLIPS v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02563
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**        POTTER v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02576
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**        NOE v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02575
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in*

*PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       NIEUWSMA v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02570
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       POWERS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02585
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-*

**02591) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | POLOWYK v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02590 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | PEZOLDT v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02591 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | MUNDRICK v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02566 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | QUINN-SWIFT v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02583 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-176) - 31 action(s)** *re: pldg. (1 in KS/2:15-cv-09068, [1999] in MDL No. 2327, 1 in PAE/2:15-cv-02562, 1 in PAE/2:15-cv-02563, 1 in PAE/2:15-cv-02564, 1 in PAE/2:15-cv-02565, 1 in PAE/2:15-cv-02566, 1 in PAE/2:15-cv-02567, 1 in PAE/2:15-cv-02568, 1 in PAE/2:15-cv-02569, 1 in PAE/2:15-cv-02570, 1 in PAE/2:15-cv-02571, 1 in PAE/2:15-cv-02572, 1 in PAE/2:15-cv-02573, 1 in PAE/2:15-cv-02574, 1 in PAE/2:15-cv-02575, 1 in PAE/2:15-cv-02576, 1 in PAE/2:15-cv-02577, 1 in PAE/2:15-cv-02578, 1 in PAE/2:15-cv-02579, 1 in PAE/2:15-cv-02580, 1 in PAE/2:15-cv-02581, 1 in PAE/2:15-cv-02582, 1 in PAE/2:15-cv-02583, 1 in PAE/2:15-cv-02584, 1 in PAE/2:15-cv-02585, 1 in PAE/2:15-cv-02586, 1 in PAE/2:15-cv-02587, 1 in PAE/2:15-cv-02588, 1 in PAE/2:15-cv-02589, 1 in PAE/2:15-cv-02590, 1 in PAE/2:15-cv-02591)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/27/2015.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02587 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02587 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02581 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02581 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02562 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02562 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02580 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02580 Notice will not be electronically mailed to:**

**KS/2:15-cv-09068 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Thomas P. Cartmell    tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz    jkuntz@wcllp.com, nmanzo@wcllp.com

Theresa L.F. Levings    tlevings@badgerlevings.com

**KS/2:15-cv-09068 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02571 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02571 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02579 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02579 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02567 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02567 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02564 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02564 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02574 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02574 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02569 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02569 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02582 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02582 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02568 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02568 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02584 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02584 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02589 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02589 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02573 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02573 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02588 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02588 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02572 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02572 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02578 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02578 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02586 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02586 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02577 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02577 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02565 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02565 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02563 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02563 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02576 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02576 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02575 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02575 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02570 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02570 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02585 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02585 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02590 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02590 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02591 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02591 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02566 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02566 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02583 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02583 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/27/2015] [FileNumber=562781-0]

[64b136a5cdf045080496d78952370211f61316702c2fd97bb7e961a8c6beedb742f01
971d73a8859c6c2a17fd4c18597af4650dd479b02f3c1b6725a0caf7da6]]