IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Respectfully:

/s/ Tracy G. Weiss
Tracy G. Weiss
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
tweiss@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Henry G. Garrard
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

Dated:  May 28, 2015

**EXHIBIT A - BLASINGAME BURCH GARRARD & ASHLEY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-05865 | Lisa Jean Bennett, Robert Bennett v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-07576 | Polly Ann Lewis v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-09481 | Eleanor Irene Leistikow, Lewis Leistikow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-25794 | Vicki Lynn McClintick, Larry J. McClintick v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-04795 | Lisa M. Mendez v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/Tracy G. Weiss