IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE**

Plaintiffs in the case listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in this action without prejudice, and terminate AMS from the docket in the action, parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to prosecute their action against them.

Respectfully:

| | |
|---|---|
| /s/ Tracy G. Weiss | /s/ Henry G. Garrard |
| Tracy G. Weiss | Henry G. Garrard, III |
| REED SMITH | BLASINGAME BURCH GARRARD & ASHLEY |
| Three Logan Square, Suite 3100 | |
| 1717 Arch Street | P. O. Box 832 |
| Philadelphia, PA 19103 | Athens, GA 30603 |
| 215.851.8100 (phone) | 706.354.4000 (phone) |
| 215.851.1420 (fax) | 706.549.3545 (fax) |
| tweiss@reedsmith.com | hgg@bbgbalaw.com |
| *Attorney for Defendant American Medical Systems, Inc.* | *Attorney for Plaintiffs on Exhibit A* |

Dated:  May 28, 2015

## EXHIBIT A - BLASINGAME BURCH GARRARD & ASHLEY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-24731 | Melanie S. Goldberg, Jeffrey F. Goldberg v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Tracy G. Weiss