# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/2/2015                                                                 Case Number 2:10-md-02187
Case Style: In Re:  C. R. Bard vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter Mary Schweinhagen                                    Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Henry Garrard; Bryan Aylstock; Clayton Clark; Fred Thompson


Attorney(s) for the Defendant(s) Jon Strongman; Rob Adams; Lori Cohen; Christy Jones; Barbara Binis


Law Clerk Kate Fife                                                          Probation Officer
                                            Trial Time



Non-Trial Time
Pretrial conference (including settlement and telephone conferences).



Court Time
1:10 pm    to 1:45 pm
Total Court Time: 0 Hours 35 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes
Scheduled start time 1:00 p.m.
Actual start time 1:10 p.m.

MDL STATUS CONFERENCE

STATUS CONFERENCE
Judge Goodwin and Magistrate Judge Eifert presiding

2:10-md-2187    In Re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation
2:12-md-2325    In Re: American Medical Systems, Inc., Pelvic Repair System Product Liability Litigation
2:12-md-2326    In Re:  Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
2:12-md-2327    In Re:  Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation
2:12-md-2387     In Re:  Coloplast Corp. Pelvic Support Systems Products Liability Litigation
2:13-md-2440    In Re:  Cook Medical, Pelvic Support Systems Products Liability Litigation

Counsel for parties present
Coordinating Co-lead counsel for Plaintiffs - Bryan Aylstock, Henry Garrard, Fred Thompson
Co-lead counsel for Boston Scientific MDL 2326 - Clayton Clark and Aimee Wagstaff
Co-lead counsel for American Medical Systems MDL 2325 - Amy Eskin and Fidelma Fitzpatrick
Co-lead counsel for Ethicon MDL 2327 - Renee Baggatt
Co-Lead counsel for Coloplast MDL 2387 - Riley Burnett, Mark Mueller and Robert Salim
Co-Lead counsel for Cook MDL 2440 - Ben Anderson and Martin Crump
Plaintiffs executive committee:  Bryan Aylstock, Henry Garrard, Fred Thompson, Tom Cartmell, Clayton Clark, Amy Eskin, Derek Potts and Aimee Wagstaff.
Plaintiffs Co-liaison counsel:  Harry Bell, Paul Farrell and Carl Frankovitch

Defendants
Lead counsel for C. R. Bard, Inc., MDL 2187 - Deb Moeller

# District Judge Daybook Entry

Lead counsel for American Medical Systems MDL 2325 - Barbara Binis
Lead counsel for Boston Scientific MDL 2326 - Robert Adams and Jon Strongman
Lead counsel for Ethicon MDL 2327 - Christy Jones
Defendants Liaison counsel:  Michael Bonasso, David Thomas and Michael Farrell.  Mark Williams defendants liaison counsel in the Bard MDL.
Lead Counsel for Coloplast MDL 2387 - Lana K. Varney
Lead Counsel for Mentor - Dustin B. Rawlin
Lead Counsel for Cook - Doug King

Additional Counsel present:
Susan Robinson - Ethicon
Greg Arnold - Pltfs
Matt Garretson - LRA
Alan Laear - Pltfs
Ellen Reisman - Special Master
Dorian Hurley - AMS/ENDO
Jeff Kuntz - Pltfs
Stacey Adamski - Pltfs
Victoria Maniatis - Pltfs
Regina Johnson - Pltfs
Ronn Kreps - Coloplast
Elizabeth Taylor - BSC
Yvonne Flaherty - Pltfs
Karen Schroeder - Pltfs
Bob Marcino - Providio Lien Counsel
Scott Dehards - Providio
Adriane Theis - AMS
Tim Jones - Cook
Nina Gussack - Bard
George Lehan - Bard
Bret Stanley - Pltfs
Craig Eiland - Pltfs
Leigh O'Dell - Pltfs
Michael Brown - Deft
Andrew Karron - AMS
Ethan Greene - AMS
Jennifer Dubas - AMS
Andrew Pellino - AMS
Kelly Hyman - Pltfs
Lee Balefsky - Pltfs
Joe Rice - Pltfs

AGENDA

Update on Bard/Covidien provided by Henry Garrard and Lori Cohen

Update on AMS settlement provided by Adriane Theis

General update on Boston Scientific provided by Clayton Clark and
Robert Adams

General update in Cook provided by Doug King
Report on Case workups
Notification of Cook of amended pleadings where Cook becomes added or named as a defendant in non-Cook MDL.

General update on Ethicon provided by Bryan Aylstock and Christy Jones

Report on Early Case Assessments and Resolution in Coloplast provided by Lana Varney and Robert Salim

## District Judge Daybook Entry

Report from Lien Resolution Administrator - Matt Garretson

End time 1:46 p.m.