**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:   ETHICON, INC.,                  Master File No. 2:12-md-02327
            PELVIC REPAIR SYSTEM          MDL No. 2327
            PRODUCTS LIABILITY LITIGATION

*This document relates to all cases.*

---

**PRETRIAL ORDER # 180**

Pending before the court is Plaintiffs' Motion to Clarify and Amend PTO # 17 and Plaintiff Leadership Counsel's Position on Defendants' Motion for Sanctions [Docket # 1558]. The Motion is now ripe for the courts review. For reasons appearing to the court, the Motion is **DENIED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-07096. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:     June 2, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE