IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                               MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES:

ORDER

On May 27, 2015, intervenor, Humana Inc., filed Humana, Inc.'s Motion to Intervene for the Limited Purpose of Objecting to Plaintiffs' Coordinating Lead Counsel and Plaintiffs' Executive Committee's Motion to Appoint Lien Resolution Administrator and Incorporated Memorandum of Law [docket # 1570]. On May 28, 2015, Humana, Inc. filed a Withdrawal of Motion [docket # 1572]. In the motion to withdraw, Humana, Inc. requests that the previously filed motion to intervene for a limited purpose [docket # 1570] be withdrawn.

It is **ORDERED** that Humana, Inc.'s Withdrawal of Motion [docket # 1572] is **GRANTED** and Humana, Inc.'s Motion to Intervene for the Limited Purpose of Objecting to Plaintiffs' Coordinating Lead Counsel and Plaintiffs' Executive Committee's Motion to Appoint Lien Resolution Administrator and Incorporated Memorandum of Law [docket # 1570] is **DENIED as moot**.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

                                        ENTER: June 3, 2015

                                        _____
                                        JOSEPH R. GOODWIN
                                        UNITED STATES DISTRICT JUDGE