## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –177)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,477 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 05, 2015**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                     MDL No. 2327

### SCHEDULE CTO–177 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEW JERSEY | | | |
| NJ | 3 | 15–03398 | VICK v. JOHNSON & JOHNSON et al |
| NJ | 3 | 15–03409 | ROGERS et al v. JOHNSON & JOHNSON et al |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 15–02735 | ROURKE v. ETHICON, INC. et al |
| PAE | 2 | 15–02736 | ROSENGARTEN v. ETHICON, INC. et al |
| PAE | 2 | 15–02738 | RITTERBUSCH v. ETHICON, INC. et al |
| PAE | 2 | 15–02739 | ROBERTS v. ETHICON, INC. et al |
| PAE | 2 | 15–02740 | ROTOLO v. ETHICON, INC. et al |
| PAE | 2 | 15–02742 | ROUZEE v. ETHICON, INC. et al |
| PAE | 2 | 15–02743 | RUSSO v. ETHICON, INC. et al |
| PAE | 2 | 15–02746 | REVES v. ETHICON, INC. et al |
| PAE | 2 | 15–02747 | RICE v. ETHICON, INC. et al |
| PAE | 2 | 15–02749 | RIKER v. ETHICON, INC. et al |
| PAE | 2 | 15–02750 | SHEPPARD v. ETHICON, INC. et al |
| PAE | 2 | 15–02751 | SPELLICY et al v. ETHICON, INC. et al |
| PAE | 2 | 15–02752 | SMITH v. ETHICON, INC. et al |
| PAE | 2 | 15–02753 | SMITH v. ETHICON, INC. et al |
| PAE | 2 | 15–02754 | SKOKOWSKI v. ETHICON, INC. et al |
| PAE | 2 | 15–02756 | SIMMONS v. ETHICON, INC. et al |
| PAE | 2 | 15–02757 | SPATH v. ETHICON, INC. et al |
| PAE | 2 | 15–02758 | SOUTHERN v. ETHICON, INC. et al |
| PAE | 2 | 15–02759 | SMITHYMAN v. ETHICON, INC. et al |
| PAE | 2 | 15–02760 | SPENCER v. ETHICON, INC. et al |
| PAE | 2 | 15–02761 | SALEEBY v. ETHICON, INC. et al |
| PAE | 2 | 15–02763 | SALVITTI v. ETHICON, INC. et al |
| PAE | 2 | 15–02764 | SANDERS v. ETHICON, INC. et al |
| PAE | 2 | 15–02765 | SCHELB v. ETHICON, INC. et al |
| PAE | 2 | 15–02766 | SCHREPFER v. ETHICON, INC. et al |
| PAE | 2 | 15–02767 | SCHWARTZLOW v. ETHICON, INC. et al |
| PAE | 2 | 15–02768 | SCURTO v. ETHICON, INC. et al |
| PAE | 2 | 15–02769 | SEIBER v. ETHICON, INC. et al |

| PAE | 2 | 15–02770 | SILVA v. ETHICON, INC. et al |
| PAE | 2 | 15–02781 | SYNDER v. ETHICON, INC. et al |

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
06/05/2015 08:26 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/5/2015 at 8:26 AM EDT and filed on 6/5/2015

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ([2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**  SCHREPFER v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02766
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**  SEIBER v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-02769
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-**

02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** SPATH v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02757
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     RUSSO v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02743
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177)
Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398,
3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-
02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in
PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-
02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in
PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-
02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in
PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-
02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in
PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     ROUZEE v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02742
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177)
Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398,
3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-**

02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         ROSENGARTEN v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02736
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** VICK v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:15-cv-03398
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** ROBERTS v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02739
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | ROURKE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02735 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | SCURTO v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02768 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | SMITHYMAN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02759 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** RICE v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02747
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       ROGERS et al v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:15-cv-03409
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       SMITH v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02752

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      RITTERBUSCH v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02738
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-**

**02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     RIKER v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02749
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    SPELLICY et al v. ETHICON, INC. et al

**Case Number:**    PAE/2:15-cv-02751

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    SALVITTI v. ETHICON, INC. et al

**Case Number:**    PAE/2:15-cv-02763

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-**

02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | SMITH v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02753 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SCHELB v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02765
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SYNDER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02781
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-**

02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       SIMMONS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02756
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | SILVA v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02770 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | SCHWARTZLOW v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02767 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-**

02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:        SHEPPARD v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-02750
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk

transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | REVES v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02746 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | SANDERS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02764 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | SALEEBY v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02761 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | ROTOLO v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02740 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | SOUTHERN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02758 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       SPENCER v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02760
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       SKOKOWSKI v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02754
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-177) Finalized on 6/5/15. Please see pleading ( [2026] in MDL No. 2327, 3 in NJ/3:15-cv-03398, 3 in NJ/3:15-cv-03409, 3 in PAE/2:15-cv-02735, 3 in PAE/2:15-cv-02736, 3 in PAE/2:15-cv-02738, 3 in PAE/2:15-cv-02739, 3 in PAE/2:15-cv-02740, 3 in PAE/2:15-cv-02742, 3 in PAE/2:15-cv-02743, 3 in PAE/2:15-cv-02746, 3 in PAE/2:15-cv-02747, 3 in PAE/2:15-cv-02749, 3 in PAE/2:15-cv-02750, 3 in PAE/2:15-cv-02751, 3 in PAE/2:15-cv-02752, 3 in PAE/2:15-cv-02753, 3 in PAE/2:15-cv-02754, 3 in PAE/2:15-cv-02756, 3 in PAE/2:15-cv-02757, 3 in PAE/2:15-cv-02758, 3 in PAE/2:15-cv-02759, 3 in PAE/2:15-cv-02760, 3 in PAE/2:15-cv-02761, 3 in PAE/2:15-cv-02763, 3 in PAE/2:15-cv-02764, 3 in PAE/2:15-cv-02765, 3 in PAE/2:15-cv-02766, 3 in PAE/2:15-cv-02767, 3 in PAE/2:15-cv-02768, 3 in PAE/2:15-cv-02769, 3 in PAE/2:15-cv-02770, 3 in PAE/2:15-cv-02781).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.

Associated Cases: MDL No. 2327 et al. (dn)

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
06/05/2015 08:26 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/5/2015 at 8:25 AM EDT and filed on 6/5/2015
**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** 2026

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ([2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** SCHREPFER v. ETHICON, INC. et al

**Case Number:** PAE/2:15-cv-02766
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** RUSSO v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02743
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** ROUZEE v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02742
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          ROBERTS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02739
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          SCURTO v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02768
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-*

*02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      RIKER v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02749
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SPELLICY et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02751
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in*

**PAE/2:15-cv-02781) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    SMITH v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02753
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s) *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    SIMMONS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02756
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s) *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781) Inasmuch as no objection is pending at this time, the stay is lifted.***

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** SCHWARTZLOW v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02767
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** SHEPPARD v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02750
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** REVES v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02746
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     SALEEBY v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02761
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     ROTOLO v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02740
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in*

*PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | SEIBER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02769 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | SPATH v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02757 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-*

*02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      VICK v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:15-cv-03398
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      ROSENGARTEN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02736
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      ROURKE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02735
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017]*
*in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1*
*in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-*
*02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in*
*PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-*
*02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in*
*PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-*
*02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in*
*PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-*
*02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in*
*PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      RICE v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02747
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017]*
*in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1*
*in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-*
*02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in*
*PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-*
*02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in*
*PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-*
*02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in*
*PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-*
*02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in*
*PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SMITHYMAN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02759
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      ROGERS et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:15-cv-03409
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SMITH v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02752
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1*

*in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      RITTERBUSCH v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02738
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SALVITTI v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02763
**Filer:**
**Document Number:** 3

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-*

*02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781) Inasmuch as no objection is pending at this time, the stay is lifted.*

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SCHELB v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02765
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SYNDER v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02781
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        SILVA v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02770
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017]*
*in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1*
*in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-*
*02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in*
*PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-*
*02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in*
*PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-*
*02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in*
*PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-*
*02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in*
*PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        SANDERS v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02764
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017]*
*in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1*
*in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-*
*02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in*
*PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-*
*02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in*
*PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-*
*02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in*
*PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-*
*02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in*
*PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        SOUTHERN v. ETHICON, INC. et al

**Case Number:** PAE/2:15-cv-02758
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** SPENCER v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02760
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s)** *re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** SKOKOWSKI v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02754
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-177) - 32 action(s) re: pldg. ( [2017] in MDL No. 2327, 1 in NJ/3:15-cv-03398, 1 in NJ/3:15-cv-03409, 1 in PAE/2:15-cv-02735, 1 in PAE/2:15-cv-02736, 1 in PAE/2:15-cv-02738, 1 in PAE/2:15-cv-02739, 1 in PAE/2:15-cv-02740, 1 in PAE/2:15-cv-02742, 1 in PAE/2:15-cv-02743, 1 in PAE/2:15-cv-02746, 1 in PAE/2:15-cv-02747, 1 in PAE/2:15-cv-02749, 1 in PAE/2:15-cv-02750, 1 in PAE/2:15-cv-02751, 1 in PAE/2:15-cv-02752, 1 in PAE/2:15-cv-02753, 1 in PAE/2:15-cv-02754, 1 in PAE/2:15-cv-02756, 1 in PAE/2:15-cv-02757, 1 in PAE/2:15-cv-02758, 1 in PAE/2:15-cv-02759, 1 in PAE/2:15-cv-02760, 1 in PAE/2:15-cv-02761, 1 in PAE/2:15-cv-02763, 1 in PAE/2:15-cv-02764, 1 in PAE/2:15-cv-02765, 1 in PAE/2:15-cv-02766, 1 in PAE/2:15-cv-02767, 1 in PAE/2:15-cv-02768, 1 in PAE/2:15-cv-02769, 1 in PAE/2:15-cv-02770, 1 in PAE/2:15-cv-02781) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/5/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02766 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02766 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02743 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02743 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02742 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02742 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02739 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02739 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02768 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02768 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02749 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02749 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02751 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02751 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02753 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02753 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02756 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02756 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02767 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02767 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02750 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02750 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02746 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02746 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02761 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02761 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02740 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02740 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02769 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02769 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02757 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02757 Notice will not be electronically mailed to:**

**NJ/3:15-cv-03398 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
ahernandez@shb.com, bpratt@shb.com, dldavis@shb.com

**NJ/3:15-cv-03398 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02736 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02736 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02735 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02735 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02747 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02747 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02759 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02759 Notice will not be electronically mailed to:**

**NJ/3:15-cv-03409 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-03409 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02752 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02752 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02738 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

LEE B. BALEFSKY     lee.balefsky@klinespecter.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02738 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02763 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02763 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02765 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02765 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02781 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02781 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02770 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02770 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02764 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02764 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02758 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02758 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02760 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02760 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02754 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02754 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/5/2015] [FileNumber=566057-0] [
b4ec15894d80a51fc50da9e062ba9685017a06b877cf512a635f523d5c8a2684077682
8bc3025b83ea4f121c290c043f2d1d8803d4b53fc6f3b61e78af1609cc]]