# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND AMENDED NOTICE TO TAKE VIDEO DEPOSITION OF LAURA ANGELINI

Defendants Ethicon, Inc. ("Ethicon") and Johnson & Johnson ("J&J") (collectively, "Defendants") hereby respond and object to Plaintiffs' "Notice to Take Video Deposition of Laura Angelini" (the "Notice") and Exhibit "A" to the same. The Notice was filed and served on June 5, 2015 [Document 1589], and the deposition of Ms. Angelini is scheduled for June 19, 2015. Exhibit "A" to the Notice is a request for production of documents.

Defendants object to the Notice on the grounds that it does not accurately reflect Defense counsel's understanding of the parties' agreement concerning the limited nature and scope of Ms. Angelini's deposition. The parties agreed that Plaintiffs' counsel will be limited to 5 hours of questioning, Defense counsel will be limited to 2 hours of questioning, the examination will be reasonably non-duplicative of prior questioning of Ms. Angelini, and the subject matter of the examination is to focus on certain documents identified by Plaintiffs' counsel.[1]

---

[1] The Bates ranges for these documents were attached as spreadsheets to Calle Mendenhall's email dated November 18, 2014, and Andy Faes's email dated June 9, 2015.  Those spreadsheets are attached hereto as Exhibits "A", "B", "C", and "D" respectively.

The responses and objections contained herein are made without in any way waiving or intending to waive—but on the contrary reserving and intending to reserve—the right at any time to revise, supplement, correct, or add to these objections and responses. Defendants note that no documents have been withheld from production on the basis of the objections set forth in this Response unless expressly stated.

## SPECIFIC RESPONSES AND OBJECTIONS TO NOTICE AND EXHIBIT A

1. A copy of the current resume and/or curriculum vitae for the deponent.

**Responses and Objections to Document Request No. 1:** Defendants object to this Request on the grounds that it is outside the agreed scope of the deposition. Defendants further object that there is no Rule of Civil Procedure that requires a witness to create a resume or curriculum vitae for production. Subject to and without waiving any objections, Defendants state that Ms. Angelini does not have a curriculum vitae and her biography was previously produced on September 12, 2013.

2. A copy of the personnel file and/or employment file for the deponent.

**Responses and Objections to Document Request No. 2:** Defendants object to this Request on the grounds that it is outside the agreed scope of the deposition. Defendants further object that the human resource files include confidential, personal information, the disclosure of which would result in an unnecessary intrusion into the privacy of the deponent. Specifically, the human resource files include compensation records that are private and have no relevancy to the issues in litigation. The disclosure of this information would substantially intrude on the witness's legitimate privacy interests. Subject to and without waiving any objections, Defendants state that Ms. Angelini's human resource files were redacted for privacy purposes and previously produced at Prod. 129 (ETH.MESH.08562491 - ETH.MESH.08562505), Prod. 172

(ETH.MESH.10527791 - ETH.MESH.10527943), Prod. 180 (ETH.MESH.10591884 - ETH.MESH.10591915), and Prod. 181 (ETH.MESH.10591918 - ETH.MESH.10591949).

3. All documents relating to the TVT products that are in the deponent's personal possession, meaning documents stored or maintained in the deponent's dwelling, home, garage, or any other property owned, rented, leased, maintained or lived in by defendant as well as any documents or electronic media related to the TVT products which is stored or maintained on the defendant's personal property including but not limited to, personal computers, cell phones, flash drives, or any potable storage media device.

**Responses and Objections to Document Request No. 3:** Defendants object to this Request on the grounds that it is outside the agreed scope of the deposition. Subject to and without waiving any objections, Defendants state that, upon information and belief, they are unaware of any documents relating to the TVT products in the deponent's personal possession.

4. All documents, notes, videos, or other information relating to TVT products that the deponent sponsored, supported, edited, posted, and/or linked websites, FaceBook pages, MySpace pages, Twitter pages, Wikipedia, Google Plus, LinkedIn, or pages on any other websites.

**Responses and Objections to Document Request No. 4:** Defendants object to this Request on the grounds that it is outside the agreed scope of the deposition. Subject to and without waiving any objections, Defendants state that, upon information and belief, the deponent has not sponsored, supported, edited, posted, and/or linked any documents, notes, videos, or other information relating to TVT products on any social media site.

        Respectfully submitted,

        ETHICON, INC. AND
        JOHNSON & JOHNSON


        */s/ Christy D. Jones*
        Christy D. Jones
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)

P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on June 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com