| Bates | Source | Production Date |
|---|---|---|
| ETH.MESH.10591918 - ETH.MESH.10591938 | Angelini, Laura | 11/15/2013 0:00 |
| ETH.MESH.10591939 - ETH.MESH.10591949 | Angelini, Laura | 11/15/2013 0:00 |
| ETH.MESH.14263857 - ETH.MESH.14263857 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263858 - ETH.MESH.14263874 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263875 - ETH.MESH.14263875 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263876 - ETH.MESH.14263876 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263877 - ETH.MESH.14263879 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263880 - ETH.MESH.14263880 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263881 - ETH.MESH.14263881 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263882 - ETH.MESH.14263882 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263883 - ETH.MESH.14263883 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263884 - ETH.MESH.14263884 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263885 - ETH.MESH.14263887 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263888 - ETH.MESH.14263890 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263891 - ETH.MESH.14263891 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263892 - ETH.MESH.14263892 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263893 - ETH.MESH.14263893 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263894 - ETH.MESH.14263896 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263897 - ETH.MESH.14263911 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263912 - ETH.MESH.14263915 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263916 - ETH.MESH.14263918 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263919 - ETH.MESH.14263921 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263922 - ETH.MESH.14263922 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263923 - ETH.MESH.14263923 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263924 - ETH.MESH.14263924 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263925 - ETH.MESH.14263929 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263930 - ETH.MESH.14263932 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263933 - ETH.MESH.14263933 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263934 - ETH.MESH.14263934 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263935 - ETH.MESH.14263935 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.14263936 - ETH.MESH.14263938 | Angelini, Laura | 4/30/2014 0:00 |
| ETH.MESH.15407244 - ETH.MESH.15407244 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.15407245 - ETH.MESH.15407245 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.15407246 - ETH.MESH.15407246 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.15407247 - ETH.MESH.15407247 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.15407248 - ETH.MESH.15407248 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.15407249 - ETH.MESH.15407249 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.15407250 - ETH.MESH.15407250 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.15407251 - ETH.MESH.15407252 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.15407253 - ETH.MESH.15407253 | Angelini, Laura | 6/27/2014 0:00 |
| ETH.MESH.16460434 - ETH.MESH.16460435 | Angelini, Laura | 7/31/2014 0:00 |
| ETH.MESH.16460436 - ETH.MESH.16460436 | Angelini, Laura | 7/31/2014 0:00 |
| ETH.MESH.16460437 - ETH.MESH.16460437 | Angelini, Laura | 7/31/2014 0:00 |
| ETH.MESH.16460438 - ETH.MESH.16460438 | Angelini, Laura | 7/31/2014 0:00 |
| ETH.MESH.16460439 - ETH.MESH.16460439 | Angelini, Laura | 7/31/2014 0:00 |
| ETH.MESH.16460440 - ETH.MESH.16460440 | Angelini, Laura | 7/31/2014 0:00 |

EXHIBIT A