| Exhibit Number |
| --- |
| T-3207 |
| T-3218 |
| T-3222 |
| T-3225 |
| T-3226 |
| T-3227 |
| T-3228 |
| T-3229 |
| T-3230 |

EXHIBIT D