# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –178)**

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,477 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 11, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**          MDL No. 2327

### SCHEDULE CTO–178 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 14–01957 | Simpson v. Ethicon, Inc. et al |
| MN | 0 | 14–04577 | Miller–Williams v. Ethicon, Inc. et al |
| NEW JERSEY | | | |
| NJ | 3 | 15–03434 | ROMAN v. JOHNSON & JOHNSON et al |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 15–02897 | MCCOOL v. ETHICON, INC. et al |
| PAE | 2 | 15–02898 | STOCKTON v. ETHICON, INC. et al |
| PAE | 2 | 15–02899 | FESTERMAN v. ETHICON, INC. et al |
| PAE | 2 | 15–02900 | CALDWELL v. ETHICON, INC. et al |
| PAE | 2 | 15–02901 | BODRIE v. ETHICON, INC. et al |
| PAE | 2 | 15–02902 | STERLING v. ETHICON, INC. et al |
| PAE | 2 | 15–02903 | THOMAS v. ETHICON, INC. et al |
| PAE | 2 | 15–02904 | JARVIS v. ETHICON, INC. et al |
| PAE | 2 | 15–02905 | BOWDEN v. ETHICON, INC. et al |
| PAE | 2 | 15–02906 | TINCH v. ETHICON, INC. et al |
| PAE | 2 | 15–02911 | ENNIS v. ETHICON, INC. et al |
| PAE | 2 | 15–02912 | BEAUDRY v. ETHICON, INC. et al |
| PAE | 2 | 15–02913 | SYKES v. ETHICON, INC. et al |
| PAE | 2 | 15–02914 | STAIDL v. ETHICON, INC. et al |
| PAE | 2 | 15–02915 | STILPHEN v. ETHICON, INC. et al |
| PAE | 2 | 15–02916 | SPICER–MCLAIN v. ETHICON, INC. et al |
| PAE | 2 | 15–02917 | STUTZMAN v. ETHICON, INC. et al |
| PAE | 2 | 15–02918 | BOBNIC v. ETHICON, INC. et al |
| PAE | 2 | 15–02919 | LITRENTA v. ETHICON, INC. et al |
| PAE | 2 | 15–02920 | STRONG v. ETHICON, INC. et al |
| PAE | 2 | 15–02921 | BELL v. ETHICON, INC. et al |
| PAE | 2 | 15–02922 | SULLIVAN v. ETHICON, INC. et al |
| PAE | 2 | 15–02923 | SWEARINGEN v. ETHICON, INC. et al |
| PAE | 2 | 15–02924 | STEMEN v. ETHICON, INC. et al |

| | | | |
|---|---|---|---|
| PAE | 2 | 15–02925 | SUMPTER–IRWIN v. ETHICON, INC. et al |
| PAE | 2 | 15–02926 | THILL v. ETHICON, INC. et al |
| PAE | 2 | 15–02927 | BISHOP v. ETHICON, INC. et al |
| PAE | 2 | 15–02933 | BLAKE v. ETHICON, INC. et al |
| PAE | 2 | 15–02934 | TEISTER v. ETHICON, INC. et al |
| PAE | 2 | 15–02935 | TANKSLEY v. ETHICON, INC. et al |

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
06/11/2015 08:19 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 6/11/2015 at 8:18 AM EDT and filed on 6/11/2015
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178)
Finalized on 6/11/15. Please see pleading ([2034] in MDL No. 2327, 3 in MN/0:14-cv-
01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in
PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-
02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in
PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-
02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in
PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-
02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in
PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-
02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in
PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      STAIDL v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02914
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BELL v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02921
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-**

01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:      ENNIS v. ETHICON, INC. et al
Case Number:    PAE/2:15-cv-02911
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        FESTERMAN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02899
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        STOCKTON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02898
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | CALDWELL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02900 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in

PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | TINCH v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02906 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**      LITRENTA v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02919
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SYKES v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02913
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-**

02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| Case Name: | BOWDEN v. ETHICON, INC. et al |
| Case Number: | PAE/2:15-cv-02905 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

**from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** STERLING v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02902
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** BODRIE v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02901
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| Case Name: | TEISTER v. ETHICON, INC. et al |
| Case Number: | PAE/2:15-cv-02934 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         SWEARINGEN v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02923
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         Simpson v. Ethicon, Inc. et al
Case Number:       MN/0:14-cv-01957

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       THILL v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02926
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-**

02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**      STUTZMAN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02917
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        BEAUDRY v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02912
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        JARVIS v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02904
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-**

01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          THOMAS v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02903
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | MCCOOL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02897 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | SUMPTER-IRWIN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02925 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | Miller-Williams v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-04577 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in

PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | STILPHEN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02915 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**        TANKSLEY v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02935
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        STRONG v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02920
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-**

02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| Case Name: | SPICER-MCLAIN v. ETHICON, INC. et al |
| Case Number: | PAE/2:15-cv-02916 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         STEMEN v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02924
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178)
Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-
01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in
PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-
02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in
PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-
02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in
PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-
02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in
PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-
02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in
PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         SULLIVAN v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-02922
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| Case Name: | BOBNIC v. ETHICON, INC. et al |
| Case Number: | PAE/2:15-cv-02918 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | BISHOP v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02927 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | BLAKE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02933 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**         ROMAN v. JOHNSON & JOHNSON et al
**Case Number:**       NJ/3:15-cv-03434
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-178) Finalized on 6/11/15. Please see pleading ( [2034] in MDL No. 2327, 3 in MN/0:14-cv-01957, 3 in MN/0:14-cv-04577, 3 in NJ/3:15-cv-03434, 3 in PAE/2:15-cv-02897, 3 in PAE/2:15-cv-02898, 3 in PAE/2:15-cv-02899, 3 in PAE/2:15-cv-02900, 3 in PAE/2:15-cv-02901, 3 in PAE/2:15-cv-02902, 3 in PAE/2:15-cv-02903, 3 in PAE/2:15-cv-02904, 3 in PAE/2:15-cv-02905, 3 in PAE/2:15-cv-02906, 3 in PAE/2:15-cv-02911, 3 in PAE/2:15-cv-02912, 3 in PAE/2:15-cv-02913, 3 in PAE/2:15-cv-02914, 3 in PAE/2:15-cv-02915, 3 in PAE/2:15-cv-02916, 3 in PAE/2:15-cv-02917, 3 in PAE/2:15-cv-02918, 3 in PAE/2:15-cv-**

02919, 3 in PAE/2:15-cv-02920, 3 in PAE/2:15-cv-02921, 3 in PAE/2:15-cv-02922, 3 in PAE/2:15-cv-02923, 3 in PAE/2:15-cv-02924, 3 in PAE/2:15-cv-02925, 3 in PAE/2:15-cv-02926, 3 in PAE/2:15-cv-02927, 3 in PAE/2:15-cv-02933, 3 in PAE/2:15-cv-02934, 3 in PAE/2:15-cv-02935).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
06/11/2015 08:17 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 6/11/2015 at 8:16 AM EDT and filed on 6/11/2015
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 2034

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ([2022]
in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1
in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-
02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in
PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-
02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in
PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-
02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in
PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-
02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in
PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this
time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      BELL v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02921
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      ENNIS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02911
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      STOCKTON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02898
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg.* **( [2022]** *in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      CALDWELL v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02900
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg.* **( [2022]** *in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      TINCH v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02906
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LITRENTA v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02919
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       BODRIE v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02901
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-*

*02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | TEISTER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02934 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | Simpson v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:14-cv-01957 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in*

*PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        THILL v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02926
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        BEAUDRY v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02912
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-*

*02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       JARVIS v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02904
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       STILPHEN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02915
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    TANKSLEY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02935
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    STRONG v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02920
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

Case Name:          SPICER-MCLAIN v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02916
Filer:
Document Number: 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s) *re: pldg. ( [2022]
in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1
in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-
02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in
PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-
02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in
PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-
02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in
PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-
02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in
PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* Inasmuch as no objection is pending at this
time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          SULLIVAN v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02922
Filer:
Document Number: 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s) *re: pldg. ( [2022]
in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1
in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-
02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in
PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-
02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in
PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-
02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in
PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-
02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in
PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* Inasmuch as no objection is pending at this
time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          BISHOP v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-02927
Filer:

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          BLAKE v. ETHICON, INC. et al
**Case Number:**       PAE/2:15-cv-02933
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**          STAIDL v. ETHICON, INC. et al
**Case Number:**       PAE/2:15-cv-02914
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      FESTERMAN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02899
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      SYKES v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02913
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-*

*02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     STERLING v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02902
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     BOWDEN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-02905
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in*

*PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       SWEARINGEN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02923
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       STUTZMAN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02917
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-*

*02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | THOMAS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02903 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | MCCOOL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02897 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        SUMPTER-IRWIN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02925
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        Miller-Williams v. Ethicon, Inc. et al
**Case Number:**    MN/0:14-cv-04577
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | STEMEN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02924 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | BOBNIC v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02918 |
| **Filer:** | |
| **Document Number:** 3 | |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | ROMAN v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-03434 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-178) - 33 action(s)** *re: pldg. ( [2022] in MDL No. 2327, 1 in MN/0:14-cv-01957, 1 in MN/0:14-cv-04577, 1 in NJ/3:15-cv-03434, 1 in PAE/2:15-cv-02897, 1 in PAE/2:15-cv-02898, 1 in PAE/2:15-cv-02899, 1 in PAE/2:15-cv-02900, 1 in PAE/2:15-cv-02901, 1 in PAE/2:15-cv-02902, 1 in PAE/2:15-cv-02903, 1 in PAE/2:15-cv-02904, 1 in PAE/2:15-cv-02905, 1 in PAE/2:15-cv-02906, 1 in PAE/2:15-cv-02911, 1 in PAE/2:15-cv-02912, 1 in PAE/2:15-cv-02913, 1 in PAE/2:15-cv-02914, 1 in PAE/2:15-cv-02915, 1 in PAE/2:15-cv-02916, 1 in PAE/2:15-cv-02917, 1 in PAE/2:15-cv-02918, 1 in PAE/2:15-cv-02919, 1 in PAE/2:15-cv-02920, 1 in PAE/2:15-cv-02921, 1 in PAE/2:15-cv-02922, 1 in PAE/2:15-cv-02923, 1 in PAE/2:15-cv-02924, 1 in PAE/2:15-cv-02925, 1 in PAE/2:15-cv-02926, 1 in PAE/2:15-cv-02927, 1 in PAE/2:15-cv-02933, 1 in PAE/2:15-cv-02934, 1 in PAE/2:15-cv-02935)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/11/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02921 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02921 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02911 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE     atrevelise@reedsmith.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

CASSANDRA LEE MATOS     cmatos@reedsmith.com

**PAE/2:15-cv-02911 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02898 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02898 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02900 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE     atrevelise@reedsmith.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

CASSANDRA LEE MATOS     cmatos@reedsmith.com

Jana M. Landon     jlandon@stradley.com

**PAE/2:15-cv-02900 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02906 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02906 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02919 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02919 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02901 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02901 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02934 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02934 Notice will not be electronically mailed to:**

**MN/0:14-cv-01957 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Charles H. Johnson      bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel      jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-01957 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02926 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02926 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02912 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02912 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02904 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE      atrevelise@reedsmith.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

CASSANDRA LEE MATOS      cmatos@reedsmith.com

**PAE/2:15-cv-02904 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02915 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02915 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02935 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02935 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02920 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02920 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02916 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-02916 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02922 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02922 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02927 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE      atrevelise@reedsmith.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

CASSANDRA LEE MATOS      cmatos@reedsmith.com

**PAE/2:15-cv-02927 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02933 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02933 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02914 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02914 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02899 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE     atrevelise@reedsmith.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

CASSANDRA LEE MATOS     cmatos@reedsmith.com

Jana M. Landon     jlandon@stradley.com

**PAE/2:15-cv-02899 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02913 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02913 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02902 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02902 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02905 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02905 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02923 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02923 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02917 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02917 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02903 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-02903 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02897 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE      atrevelise@reedsmith.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

CASSANDRA LEE MATOS      cmatos@reedsmith.com

**PAE/2:15-cv-02897 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02925 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02925 Notice will not be electronically mailed to:**

**MN/0:14-cv-04577 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Charles H. Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04577 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02924 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-02924 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02918 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE     atrevelise@reedsmith.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

CASSANDRA LEE MATOS     cmatos@reedsmith.com

**PAE/2:15-cv-02918 Notice will not be electronically mailed to:**

**NJ/3:15-cv-03434 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-03434 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/11/2015] [FileNumber=568023-0]

[7df6eb2d5f562a2df1f891b62ab251ae191d053b674340dcebde608bf73ce30af2d88
ffaaf24234c22aef1348bae06df6f48ae8c4995b40a0ed787091e08505d]]