# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                     MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –179)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,510 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                  MDL No. 2327

## SCHEDULE CTO–179 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

IOWA NORTHERN

| IAN | 1 | 15–00044 | Avis et al v. Johnson and Johnson et al |

KENTUCKY EASTERN

| ~~KYE~~ | ~~6~~ | ~~15–00095~~ | ~~Rose et al v. Robertson et al~~ |

KENTUCKY WESTERN

| KYW | 3 | 15–00406 | Ware v. Johnson & Johnson et al |

NEW JERSEY

| NJ | 3 | 15–03406 | RUSSELL v. JOHNSON & JOHNSON et al |

PENNSYLVANIA EASTERN

| PAE | 2 | 15–03005 | HARNOIS–ROBY v. ETHICON, INC. et al |
| PAE | 2 | 15–03006 | GERMAN v. ETHICON, INC. et al |
| PAE | 2 | 15–03007 | LANDRY v. ETHICON, INC. et al |
| PAE | 2 | 15–03008 | WRIGHT v. ETHICON, INC. et al |
| PAE | 2 | 15–03009 | KALISH v. ETHICON, INC. et al |
| PAE | 2 | 15–03010 | JONES v. ETHICON, INC. et al |
| PAE | 2 | 15–03011 | JOHNSON v. ETHICON, INC. et al |
| PAE | 2 | 15–03012 | HINDMAN v. ETHICON, INC. et al |
| PAE | 2 | 15–03013 | GALLMAN v. ETHICON, INC. et al |
| PAE | 2 | 15–03014 | MAYHEW v. ETHICON, INC. et al |
| PAE | 2 | 15–03015 | STRONG v. ETHICON, INC. et al |
| PAE | 2 | 15–03016 | VITAL v. ETHICON, INC. et al |
| PAE | 2 | 15–03017 | VACCARELLI v. ETHICON, INC. et al |
| PAE | 2 | 15–03018 | VELTEMA v. ETHICON, INC. et al |
| PAE | 2 | 15–03019 | VALDEZ v. ETHICON, INC. et al |
| PAE | 2 | 15–03020 | WILLIAMS v. ETHICON, INC. et al |
| PAE | 2 | 15–03024 | CARROLL v. ETHICON, INC. et al |
| PAE | 2 | 15–03025 | FERGUSON v. ETHICON, INC. et al |

| PAE | 2 | 15–03026 | WYERS v. ETHICON, INC. et al |
| PAE | 2 | 15–03027 | CRAIN v. ETHICON, INC. et al |
| PAE | 2 | 15–03028 | TREVINO v. ETHICON, INC. et al |
| PAE | 2 | 15–03029 | WALDROUP v. ETHICON, INC. et al |
| PAE | 2 | 15–03030 | YORK v. ETHICON, INC. et al |
| PAE | 2 | 15–03031 | ZSENI v. ETHICON, INC. et al |
| PAE | 2 | 15–03032 | CZAJKOWSKI v. ETHICON, INC. et al |
| PAE | 2 | 15–03033 | DISHON v. ETHICON, INC. et al |
| PAE | 2 | 15–03034 | FORERO–SALAZAR v. ETHICON, INC. et al |
| PAE | 2 | 15–03035 | WEAVER v. ETHICON, INC. et al |
| PAE | 2 | 15–03036 | VIVIANO v. ETHICON, INC. et al |
| PAE | 2 | 15–03037 | WARNICK v. ETHICON, INC. et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
06/17/2015 09:00 AM
Hide Details
From: JPMLCMDECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/17/2015 at 8:59 AM EDT and filed on 6/17/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179)
Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-
00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in
PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-
03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in
PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-
03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in
PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-
03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in
PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-
03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in
PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**         HARNOIS-ROBY v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03005
**Filer:**
**Document Number:**No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**         JONES v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03010
**Filer:**
**Document Number:**No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-**

00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** ZSENI v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03031
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | FERGUSON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03025 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | CRAIN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03027 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | VIVIANO v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03036 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in

PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          Avis et al v. Johnson and Johnson et al
Case Number:        IAN/1:15-cv-00044
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**    KALISH v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-03009
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    CZAJKOWSKI v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-03032
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-**

03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | WALDROUP v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03029 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         WEAVER v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-03035
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179)
Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-
00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in
PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-
03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in
PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-
03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in
PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-
03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in
PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-
03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in
PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:         GALLMAN v. ETHICON, INC. et al
Case Number:       PAE/2:15-cv-03013
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      WYERS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03026
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          FORERO-SALAZAR v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-03034
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

Case Name:          WRIGHT v. ETHICON, INC. et al
Case Number:        PAE/2:15-cv-03008

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       LANDRY v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03007
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-**

03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:** STRONG v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03015
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      WILLIAMS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03020
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      JOHNSON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03011
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-**

00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**     VELTEMA v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03018
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | VALDEZ v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03019 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | MAYHEW v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03014 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | DISHON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03033 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in

PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**       TREVINO v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03028
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**  Ware v. Johnson & Johnson et al

**Case Number:** KYW/3:15-cv-00406

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**  VACCARELLI v. ETHICON, INC. et al

**Case Number:** PAE/2:15-cv-03017

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-**

03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

**Case Name:**      YORK v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03030
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

**from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    CARROLL v. ETHICON, INC. et al
**Case Number:**  PAE/2:15-cv-03024
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**    RUSSELL v. JOHNSON & JOHNSON et al
**Case Number:**  NJ/3:15-cv-03406
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     GERMAN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03006
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | WARNICK v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03037 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179) Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

| | |
|---|---|
| **Case Name:** | HINDMAN v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03012 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179)
Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-
00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in
PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-
03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in
PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-
03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in
PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-
03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in
PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-
03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in
PAE/2:15-cv-03037).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**       VITAL v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03016
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-179)
Finalized on 6/17/15. Please see pleading (3 in IAN/1:15-cv-00044, 3 in KYW/3:15-cv-
00406, [2046] in MDL No. 2327, 3 in NJ/3:15-cv-03406, 3 in PAE/2:15-cv-03005, 3 in
PAE/2:15-cv-03006, 3 in PAE/2:15-cv-03007, 3 in PAE/2:15-cv-03008, 3 in PAE/2:15-cv-
03009, 3 in PAE/2:15-cv-03010, 3 in PAE/2:15-cv-03011, 3 in PAE/2:15-cv-03012, 3 in
PAE/2:15-cv-03013, 3 in PAE/2:15-cv-03014, 3 in PAE/2:15-cv-03015, 3 in PAE/2:15-cv-
03016, 3 in PAE/2:15-cv-03017, 3 in PAE/2:15-cv-03018, 3 in PAE/2:15-cv-03019, 3 in
PAE/2:15-cv-03020, 3 in PAE/2:15-cv-03024, 3 in PAE/2:15-cv-03025, 3 in PAE/2:15-cv-**

03026, 3 in PAE/2:15-cv-03027, 3 in PAE/2:15-cv-03028, 3 in PAE/2:15-cv-03029, 3 in PAE/2:15-cv-03030, 3 in PAE/2:15-cv-03031, 3 in PAE/2:15-cv-03032, 3 in PAE/2:15-cv-03033, 3 in PAE/2:15-cv-03034, 3 in PAE/2:15-cv-03035, 3 in PAE/2:15-cv-03036, 3 in PAE/2:15-cv-03037).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.

Associated Cases: MDL No. 2327 et al. (dn)

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
06/17/2015 08:55 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/17/2015 at 8:54 AM EDT and filed on 6/17/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2046

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**           FERGUSON v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03025
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**           VIVIANO v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03036
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**           Avis et al v. Johnson and Johnson et al
**Case Number:**     IAN/1:15-cv-00044
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        KALISH v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-03009
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        CZAJKOWSKI v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-03032
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        WEAVER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03035
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        WYERS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03026
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in*

*PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | FORERO-SALAZAR v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03034 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

| | |
|---|---|
| **Case Name:** | WRIGHT v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03008 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-*

*03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** WILLIAMS v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03020
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** JOHNSON v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03011
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in*

*PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        VELTEMA v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03018
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**        MAYHEW v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03014
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** TREVINO v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03028
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:** VACCARELLI v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03017
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     YORK v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03030
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     CARROLL v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03024
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     RUSSELL v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:15-cv-03406
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      HARNOIS-ROBY v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03005
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      JONES v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03010
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      ZSENI v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03031
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      CRAIN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03027
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in*

*PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     WALDROUP v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03029
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**     GALLMAN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03013
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-*

*03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      LANDRY v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03007
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      STRONG v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03015
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in*

*PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      VALDEZ v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03019
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      DISHON v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03033
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      Ware v. Johnson & Johnson et al
**Case Number:**    KYW/3:15-cv-00406
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      GERMAN v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03006
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      WARNICK v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03037
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      HINDMAN v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03012
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s)** *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**Case Name:**      VITAL v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03016
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-179) - 33 action(s) *re: pldg. (1 in IAN/1:15-cv-00044, 1 in KYW/3:15-cv-00406, [2030] in MDL No. 2327, 1 in NJ/3:15-cv-03406, 1 in PAE/2:15-cv-03005, 1 in PAE/2:15-cv-03006, 1 in PAE/2:15-cv-03007, 1 in PAE/2:15-cv-03008, 1 in PAE/2:15-cv-03009, 1 in PAE/2:15-cv-03010, 1 in PAE/2:15-cv-03011, 1 in PAE/2:15-cv-03012, 1 in PAE/2:15-cv-03013, 1 in PAE/2:15-cv-03014, 1 in PAE/2:15-cv-03015, 1 in PAE/2:15-cv-03016, 1 in PAE/2:15-cv-03017, 1 in PAE/2:15-cv-03018, 1 in PAE/2:15-cv-03019, 1 in PAE/2:15-cv-03020, 1 in PAE/2:15-cv-03024, 1 in PAE/2:15-cv-03025, 1 in PAE/2:15-cv-03026, 1 in PAE/2:15-cv-03027, 1 in PAE/2:15-cv-03028, 1 in PAE/2:15-cv-03029, 1 in PAE/2:15-cv-03030, 1 in PAE/2:15-cv-03031, 1 in PAE/2:15-cv-03032, 1 in PAE/2:15-cv-03033, 1 in PAE/2:15-cv-03034, 1 in PAE/2:15-cv-03035, 1 in PAE/2:15-cv-03036, 1 in PAE/2:15-cv-03037)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/17/2015.**

**Associated Cases: MDL No. 2327 et al. (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03025 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03025 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03036 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03036 Notice will not be electronically mailed to:**

**IAN/1:15-cv-00044 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Steven D Hamilton    steve@hamiltonlawfirmpc.com

Mary C Hamilton    mary@hamiltonlawfirmpc.com

**IAN/1:15-cv-00044 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03009 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03009 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03032 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03032 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03035 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE     atrevelise@reedsmith.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

CASSANDRA LEE MATOS     cmatos@reedsmith.com

Jana M. Landon     jlandon@stradley.com

**PAE/2:15-cv-03035 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03026 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03026 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03034 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03034 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03008 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03008 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03020 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03020 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03011 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03011 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03018 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03018 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03014 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03014 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03028 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,

kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03028 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03017 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03017 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03030 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03030 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03024 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03024 Notice will not be electronically mailed to:**

**NJ/3:15-cv-03406 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG      ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

Kelly Strange Crawford      kcrawford@riker.com

MICHAEL P. O'MULLAN      momullan@riker.com

**NJ/3:15-cv-03406 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03005 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03005 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03010 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03010 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03031 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03031 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03027 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03027 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03029 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03029 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03013 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03013 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03007 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03007 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03015 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

ANDREW J. TREVELISE     atrevelise@reedsmith.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

CASSANDRA LEE MATOS     cmatos@reedsmith.com

Jana M. Landon     jlandon@stradley.com

**PAE/2:15-cv-03015 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03019 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03019 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03033 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03033 Notice will not be electronically mailed to:**

**KYW/3:15-cv-00406 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Mark K. Gray     mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim     dkim@grayandwhitelaw.com

Matthew L. White     mwhite@grayandwhitelaw.com

Jacob E. Levy     jlevy@grayandwhitelaw.com

**KYW/3:15-cv-00406 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03006 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03006 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03037 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

JAMES F. BARGER, JR     jim@frohsinbarger.com

**PAE/2:15-cv-03037 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03012 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03012 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03016 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03016 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/17/2015] [FileNumber=570578-0]

[12c4812d10368e6614fc6e7313937371fe6ccdec0476b849cfd9b82e863467ccd2efd
c809470e7989d0bc4b85c4830842b92f2b9500b895b1c187a1056a8a2d1]]