# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

        MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-D and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Benjamin A. Bertram
Benjamin A. Bertram
BERTRAM & GRAF
Suite 225
9229 Ward Parkway
Kansas City, MO 64114
816.523.2205 (phone)
816.523.8258 (fax)
benbertram@bertramgraf.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Michael Leslie Hodges
Michael Leslie Hodges
HODGES LAW FIRM
13420 Santa Fe Trail Drive
Lenexa, KS 66215
913.888.7100 (phone)
913.888.7388 (fax)
mikehodges@hodgeslawfirm.com
*Attorney for Plaintiffs on Exhibit B*


/s/ Daniel J. McGlynn
Daniel J. McGlynn
MCGLYNN GLISSON & MOUTON
P. O. Box 1909
Baton Rouge, LA 70801
225.344.3555 (phone)
225.344.3666 (fax)
danny@mcglynnglisson.com
*Attorney for Plaintiffs on Exhibit C*

Dated: June 17, 2015

**EXHIBIT A – BERTRAM AND GRAF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-23718 | Nancy Talbot, Richard Talbot v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-29816 | Vicki Gillman, Roger Gillman v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-30596 | Helen Robertson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – HODGES LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-02626 | Beth Burger, Carl Dean Burger v. Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT C – MCGLYNN GLISSON & MOUTON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-08264 | Mary Annette Trader, Richard Trader v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-25142 | Joanne Marquardt, Leonard Marquardt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/Barbara R. Binis