# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-E and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiff will continue to prosecute their actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Benjamin A. Bertram
Benjamin A. Bertram
BERTRAM & GRAF
Suite 225
9229 Ward Parkway
Kansas City, MO 64114
816.523.2205 (phone)
816.523.8258 (fax)
benbertram@bertramgraf.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Grant Lavalle Davis
Grant Lavalle Davis
DAVIS BETHUNE & JONES
Suite 2930
1100 Main Street
Kansas City, MO 64105
816.421.1600 (phone)
816.472.5972 (fax)
gdavis@dbjlaw.net
*Attorney for Plaintiffs on Exhibit B*

/s/ Buffy K. Martines
Buffy K. Martines
LAMINACK PIRTLE & MARTINES
9th Floor
5020 Montrose Boulevard
Houston, TX 77006
713.292.2750 (phone)
713.292.2755 (fax)
buffym@lpm-triallaw.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Brian Loncar
Brian Loncar
LONCAR & ASSOCIATES
424 South Cesar Chavez Boulevard
Dallas, TX 75201
800.285.4878 (phone)
214.382.4163 (fax)
bloncar@brianloncar.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Daniel J. McGlynn
Daniel J. McGlynn
MCGLYNN GLISSON & MOUTON
P. O. Box 1909
Baton Rouge, LA 70801
225.344.3555 (phone)
225.344.3666 (fax)
danny@mcglynnglisson.com
*Attorney for Plaintiffs on Exhibit E*

Dated:  June 17, 2015

**EXHIBIT A – BERTRAM & GRAF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-13467 | Mayra Luna v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-24577 | Marge Borelli v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-22306 | Israel Magdalene v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – DAVIS BETHUNE & JONES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-00765 | Donna Graham v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-15155 | Kimberly Rector, David Rector v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Coloplast Corp. |

## EXHIBIT C - LAMINACK PIRTLE & MARTINES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-31236 | Martha A. Guevara v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D - LONCAR & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-11806 | Cheri Tschoepe, Paul Tschoepe v. Ethicon, Inc., Johnson & Johnson, American Medical Systems Holdings, Inc. |

# EXHIBIT E - MCGLYNN GLISSON & MOUTON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-32181 | Debra Schaper, Paul Schaper v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


                                  /s/Barbara R. Binis