Case 2:12-md-02327 Document 1601-1 Filed 06/17/15 Page 1 of 1 PageID #: 19640

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATION MDL No. 2327

-----------------------------------------------------------------

### ORDER

**AND NOW**, this ___ day of _____, 2015, upon consideration of Plaintiffs' Motion to Transfer, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Goodwin, J.