# EXHIBIT "A"

| Name | MDL | Court | Term. No. |
|------|-----|-------|-----------|
| Abbott, Barbara Ann | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00352 |
| Abt, Angela | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04375 |
| Acuff, Barbara | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29175 |
| Adams, Angela | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-28547 |
| Ahner, Jacqueline | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-09790 |
| Albertsen, Mona | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22566 |
| Anderson, Corlis | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10032 |
| Andrews, Teresa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07112 |
| Andryscik, Karen | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22681 |
| Armontrout, Sarah | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-31257 |
| Auer, Rebecca | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22682 |
| Austin, Dana | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22683 |
| Baca, Deborah | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-28542 |
| Bagner, Mable | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-00930 |
| Bailey, Nancy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07095 |
| Balura, Cathy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-07854 |
| Barnett, Rhonda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22684 |
| Barney, Brenda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-09184 |
| Barnwell, Lettie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08263 |
| Bathija, Jyoti | Ethicon | West Virginia Southern District U.S.D.C. | No.2:15-00080 |
| Bayer, Carol | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-28503 |

| | | | |
|---|---|---|---|
| Beadle, Maude | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00517 |
| Bell, Janet | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04360 |
| Bell, Sue | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00708 |
| Bellito-Stanford, Michele | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-1124 |
| Belser, Jaime | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03032 |
| Bernard, Elva | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-02932 |
| Berube, Debra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2;15-07126 |
| Binks, Tammy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-09785 |
| Blake, Kathy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08687 |
| Blanchard, Sharon | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04399 |
| Block, Jan | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00495 |
| Bloomfield, Vera | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25040 |
| Bogie, Wanda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08674 |
| Boulette, Linda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07247 |
| Boyd, Ginger | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-08312 |
| Boyd, Helen | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08727 |
| Bradley, Johnetta | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-04398 |
| Brandon, Veronica | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-27464 |
| Brewton-Smith, Regina Y. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22776 |
| Brindle, Sherry | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05939 |
| Brooks, Cindy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22692 |
| Brough, Kimberly | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-00905 |
| Brown, Charlotte | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05837 |
| Brown, Kenyetta | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-23270 |

| | | West Virginia Southern District | |
|---|---|---|---|
| Brown, Loretta | Ethicon | U.S.D.C. | No. 2:15-07520 |
| | | West Virginia Southern District | |
| Bryant, Peggy | Ethicon | U.S.D.C. | NO. 2:15-04369 |
| | | West Virginia Southern District | |
| Burlingame, Emily M. | Ethicon | U.S.D.C. | No. 2:13-07252 |
| | | West Virginia Southern District | |
| Buttino, Robin | Ethicon | U.S.D.C. | NO. 2:14-29141 |
| | | West Virginia Southern District | |
| Cable, Crystal | Ethicon | U.S.D.C. | NO. 2:14-29132 |
| | | West Virginia Southern District | |
| Cagle, Terrill | Ethicon | U.S.D.C. | No. 2:15-01768 |
| | | West Virginia Southern District | |
| Caldera, Rosa | Ethicon | U.S.D.C. | No. 2:13-10649 |
| | | West Virginia Southern District | |
| Campbell, Candy | Ethicon | U.S.D.C. | No. 2:13-08262 |
| | | West Virginia Southern District | |
| Campbell, Joan | Ethicon | U.S.D.C. | NO. 2:14-28490 |
| | | West Virginia Southern District | |
| Campbell, Kristina | Ethicon | U.S.D.C. | No. 2;13-31261 |
| | | West Virginia Southern District | |
| Cannon, Gail | Ethicon | U.S.D.C. | No. 2:14-29621 |
| | | West Virginia Southern District | |
| Capes, Serita F. | Ethicon | U.S.D.C. | No. 2:13-06571 |
| | | West Virginia Southern District | |
| Carder, Dolores | Ethicon | U.S.D.C. | No. 2:13-22693 |
| | | West Virginia Southern District | |
| Carter, Bessie | Ethicon | U.S.D.C. | NO. 2:14-28523 |
| | | West Virginia Southern District | |
| Carter, Betty | Ethicon | U.S.D.C. | No. 2:15-02877 |
| | | West Virginia Southern District | |
| Carter, Linda | Ethicon | U.S.D.C. | No. 2:13-01205 |
| | | West Virginia Southern District | |
| Carter-Corn, Pamela | Ethicon | U.S.D.C. | NO. 2:15-05941 |
| | | West Virginia Southern District | |
| Carver, Virginia | Ethicon | U.S.D.C. | No. 2:13-05122 |
| | | West Virginia Southern District | |
| Casperson, Susan | Ethicon | U.S.D.C. | No. 2:13-25272 |
| | | West Virginia Southern District | |
| Castro, Lenor | Ethicon | U.S.D.C. | No. 2:14-29620 |
| | | West Virginia Southern District | |
| Caughill, Michelle | Ethicon | U.S.D.C. | No. 2:13-25266 |
| | | West Virginia Southern District | |
| Cerenzio, Linda Mary | Ethicon | U.S.D.C. | No. 2:13-06857 |
| | | West Virginia Southern District | |
| Cessna, Phyllis | Ethicon | U.S.D.C. | NO. 2:15-05211 |
| | | West Virginia Southern District | |
| Chavis, Lois A. | Ethicon | U.S.D.C. | No. 2:13-01705 |

| | | West Virginia Southern District | |
|---|---|---|---|
| Chester, Susie, dec'd | Ethicon | U.S.D.C. | NO. 2:14-28544 |
| Christie, Rita | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-02880 |
| Clemons, Debra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-02655 |
| Close, Cynthia M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-05940 |
| Collings, Erin | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05204 |
| Couder, Judith Acosta | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00447 |
| Cuckler, Deanna | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03036 |
| Cuevas, Martha | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22564 |
| Cunningham, Patricia Dale | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22565 |
| Cunningham, Sherrilene | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25155 |
| Dalberg, Rebecca M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-09725 |
| Darga, Jessica | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-28511 |
| Davis, Mortisha | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:12-08076 |
| Davis, Peggy A. | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-29146 |
| Delsart, Cindy | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-03827 |
| DeMontoya, Rose | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-28379 |
| DePatra, Annemarie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22703 |
| DiComo-Wilson, Cynthia | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-28545 |
| Dill, Mary Elizabeth | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03304 |
| Dillon, Debra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25624 |
| Dixon, Rebie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00706 |
| Dombroski, Cheryl | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-30883 |
| Douvier, Laura | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05608 |
| Dozier, Jeanette | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15--04394 |

| | | | |
|---|---|---|---|
| Dunn, Peggy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-29133 |
| Duvall, Lisa | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04277 |
| Dwyer, Deryn | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25026 |
| Dyrseth, Noni | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07256 |
| Eads, Danitta L. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-03284 |
| Eldreth, Mary Elayne | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-00911 |
| Elliott, Carol | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07108 |
| Elliott, Michlene | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-09178 |
| Endicott, Dana | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-02656 |
| Ercolani, Marcella | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07092 |
| Erwin, Kathryn | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00703 |
| Escobar, Sakina | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-29023 |
| Estrada, Dora | Ethicon | West Virginia Southern District U.S.D.C. | No. 2;13-25625 |
| Evans, Wanda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25626 |
| Fancil, Lydia | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04367 |
| Fedora, Deborah | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25627 |
| Fifarek, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22694 |
| Fincher, Rosalie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25628 |
| Finley, Linda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-0-7523 |
| Finnie-McGhee, D. Anne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25633 |
| Fisher, Beth | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25631 |
| Foley, Carolyn | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01064 |
| Foley, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10600 |
| Forquer, Jessica | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-02487 |

| | | | |
|---|---|---|---|
| Forrest, Lisa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10033 |
| Fountain, Joyce | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-03736 |
| Fox, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07116 |
| Franko, Natalie | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05840 |
| Gallagher, Jayne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-29622 |
| Gallagher, Michell L. | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-28368 |
| Gardner, Jennifer | Ethicon | West Virginia Southern District U.S.D.C. | No. 2-13-03724 |
| Garrett, Melanie | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:12-09075 |
| Gatsoulas, Elaine | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-06225 |
| Gerbino, Laurie | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-28538 |
| Gillespie, Jessica | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04404 |
| Goldin, Dorothy M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07773 |
| Gonzalez-Torres, Maria Cristina | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01272 |
| Gordon, Linda | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05600 |
| Goulette, Laurine | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01776 |
| Graddy, Shawna M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00693 |
| Graham, Cynthia M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07767 |
| Graham, Deborah | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00505 |
| Granillo, Monica | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-06575 |
| Grant-Hill, Paula | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03319 |
| Green, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-26358 |
| Griffin, Karen Rhodes | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-08313 |
| Grimme, Kathleen | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-29556 |
| Group, Barbara | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-28540 |

| | | | |
|---|---|---|---|
| Grover, Michelle | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-28383 |
| Grubbs, Gloria | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04275 |
| Gueret-Negash, Sally | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00257 |
| Guyette, Shelley | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00702 |
| Haizlip, Barbara | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03306 |
| Hales, Marquetta | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-27185 |
| Hall, Linda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-02931 |
| Hall, Lisa G. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-03277 |
| Hammond, Janet | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-29158 |
| Hanna, Karen | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-06214 |
| Harhart, Linda | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-29124 |
| Harris, Elisabeth | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-29782 |
| Harris-Smith, Lisa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-31329 |
| Haviland, Ladonna | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-29779 |
| Heffelfinger, Cynthia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01776 |
| Helm, Nancy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03039 |
| Hembree, Judy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01597 |
| Hewitt, Kathleen M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07766 |
| Hileman, Rena | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03049 |
| Hill, Constance | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-03279 |
| Hite, Deborah | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-04693 |
| Hoernis, Kelly | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-17183 |
| Hoffman, Christine R. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-28084 |
| Holaway, Elizabeth | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04302 |

| | | | |
|---|---|---|---|
| Holt, Sharon | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08686 |
| Hoover, Chari | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07107 |
| Houillon, Jennifer | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10030 |
| Howell, Jeanie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-28083 |
| Hull, Barbara | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-26340 |
| Hults, Kelli | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-25262 |
| Hunt, Charlene | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-29125 |
| Hunter, Mary | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-05847 |
| Illjes, Lori Ann | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-05910 |
| Inners, Connie | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-28346 |
| Ivy, Bernice | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07768 |
| Jacobson, Naomi | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-29128 |
| Jennings, Tammy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-11091 |
| Jens, Frances | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05599 |
| Jewell, Jackie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03033 |
| Johns, Linda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-11196 |
| Johnson, Jill | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-28793 |
| Johnson, Tamala | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01677 |
| Jones, Evelyn | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00701 |
| Jones, Hilda M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07246 |
| Jones, Judy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-29013 |
| Jones, Sandra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03307 |
| Jones-Smalley, Merlin | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-29101 |
| Jung, Wendy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03317 |

| | | | |
|---|---|---|---|
| Kasee, Susanne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-07851 |
| Kelley, Norma | Ethicon | West Virginia Southern District U.S.D.C. | No. 14-29174 |
| Kessler, Joyce | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01211 |
| Kinard, Christine | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-29115` |
| Kingsbury, Margaret | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-28794 |
| Kirby, Marla | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-05944 |
| Kohn, Anita | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-28501 |
| Kountz, Lianne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01798 |
| Kyser, Tammy J. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-03048 |
| Laderbush, Bonnie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-24258 |
| LaFlesh, Tia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00976 |
| Lalumiere, Diane | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-29509 |
| Lampron, Sarah | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-02493 |
| Lancaster, Christine A. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2-13-0171 |
| Larnerd, Jean | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-00933 |
| LaRue, Barbara | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-31335 |
| Lawler, Christine | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-29510 |
| Lawson, Elaine | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-23274 |
| Lawson, Linda Wade | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-06573 |
| Leder, Barbara | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-29512 |
| Lee, Myrle Ann | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-09183 |
| Lee, Rosia | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-29514 |
| Leicester, Jennifer | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01040 |
| Leith, Sherrie L. | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:12-08079 |

| | | | |
|---|---|---|---|
| Lembke, Elizabeth | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-28541 |
| Lepley, Sharon | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-28548 |
| Licano, Sharon | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05199 |
| Linder, Paula S. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-11087 |
| Littrell, Sharron | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05215 |
| Lizotte, Deborah | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22779 |
| Long, Janice | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-30195 |
| Long, Susan | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01063 |
| Lopez, Rosemary A. | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-30196 |
| Lowell, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01801 |
| Ludington, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00698 |
| Mack, Cathy | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04370 |
| MacLeod, Renee | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10608 |
| Maddock, Melissa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00184 |
| Maloney, Elaine | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07117 |
| Manczur, Billie dec'd | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:-13-01775 |
| Manes, Barbara | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-28384 |
| Martin, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2;13-30197 |
| McCaffrey, Elizabeth | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-09706 |
| McCoy, Joyce | Ethicon | West Virginia Southern District U.S.D.C. | NO.2:14-28536 |
| McCracken, Cynthia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08268 |
| McCumber, Betty | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:12-08083 |
| McDaniel, Vickie L. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01267 |
| McLaughlin, Shirley | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29126 |

| | | | |
|---|---|---|---|
| McMichen, Theresa | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-301989 |
| Megee, Deborah | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-27467 |
| Meltsch, Cynthia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03037 |
| Metcalf, Debra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-28533 |
| Minor, Kristen | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-02394 |
| Minzel, Carlene Jo | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08274 |
| Mitchell, Sue | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01697 |
| Mongeon, Sheila | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00391 |
| Monroe, Ruby | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-05906 |
| Montgomery, Cheilion | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05601 |
| Moore, Lynnyce | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22695 |
| Moore, Shirley | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10035 |
| Morrow, Crystal | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-31271 |
| Mullins, Ann Marie | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04305 |
| Mullins, Rosalee | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01642 |
| Murn, Linda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-22697 |
| Nadelbach, Cindy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00353 |
| Nave, Brenda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-05127 |
| Nelson, Erin | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-24262 |
| Nero, Esther | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-24805 |
| Newton, Mary Sue | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-11092 |
| Nguyen, Thuy K. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-31263 |
| Nichols, Sherrilee Marchelle | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-31108 |
| Nicklas, Donna | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01241 |

| | | | |
|---|---|---|---|
| Nix, Arlene | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-06574 |
| Norby, Rena Faye | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-31821 |
| Notter, Angela C. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-03282 |
| Nuckolls, Sandra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-31817 |
| O'Malley, Leeann | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-31812 |
| Olavarria, Magdalena | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-00890 |
| Oliveira Lervon R. | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:12-09062 |
| Ouchida, Lorraine | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-04087 |
| Owen, Tabitha | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12--08316 |
| Owens, Barbara | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01206 |
| Parker, Maxine Edith | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03184 |
| Patterson, Kaye | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-08315 |
| Pearson, Kristine | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-29129 |
| Perez-Lauzon-Suarez, Alisha | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29091 |
| Peterson, Pamela J. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-30125 |
| Pinaroc-Perez, Jeannette | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00518 |
| Plott, Delphia | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04301 |
| Poe, Kimberley | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2;15-04373 |
| Pooley, Peggy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2-13-08270 |
| Poore, Melody | Ethicon | West Virginia Southern District U.S.D.C. | No. 2;15-03182 |
| Post, Denise | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07109 |
| Priest, Carvel | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05597 |
| Rambeau, Mary Katherine | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05842 |
| Ream, Jane | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-32395 |

| | | | |
|---|---|---|---|
| Redl, Anna L. | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-03822 |
| Regino, Lisa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-05220 |
| Rihm, Nancy J. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00286 |
| Riley, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-14626 |
| Rodriguez, Linda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-23267 |
| Roop, Favienne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07111 |
| Rosa, Heyda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-05911 |
| Rosario-Zelfine, Luisa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-08326 |
| Rosier, Nancy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-08323 |
| Ross, Janice A. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01204 |
| Ross, Laurel | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00691 |
| Roundine, Laura | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-33420 |
| Rowe, Brenda | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-26253 |
| Russell, Cathy A. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03305 |
| Russell, Cynthia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-28532 |
| Rutherford, Stefanie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01066 |
| Rutledge, Clara | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07519 |
| Rutledge, Deborah | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04304 |
| Saez, Sharon N. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-05913 |
| Sanchez, Jacqueline | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-02146 |
| Santana, Santa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-cv-07849 |
| Santistevan, Mariquita | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-02875 |
| Sargentelli, Elizabeth | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-02150 |
| Saxton, Bobbie Jean | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04274 |

| | | | |
|---|---|---|---|
| Scaife, Diane | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15--04365 |
| Schnell, Dolores | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-33419 |
| Schulte, Tamara | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-28515 |
| Sciumbata, Teresa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-cv-07037 |
| Scott, Cassandra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-07849 |
| Scott, Patti | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07113 |
| Seabolt, Gloria K. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-03807 |
| Searl, Tamara | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-00064 |
| Seely, Joyce | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-03281 |
| Segrist, Sharron | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05202 |
| Sellers, Jennifer | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-30849 |
| Sevek, Penny | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04300 |
| Shaffer, Brenda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07769 |
| Shannon, Crystal | Ethicon | West Virginia Southern District U.S.D.C. | No. 14-29138 |
| Sharp, Rebecca | Ethicon | West Virginia Southern District U.S.D.C. | No.2:15-00696 |
| Sharp, Verenda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-00062 |
| Sheaffer, Glenda | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29117 |
| Shelnutt, Beverley A. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-07248 |
| Sheridan, Lori | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00288 |
| Shoemaker, Doris | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-03038 |
| Shrive, Jane | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-00060 |
| Shriver, Michelyn | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01766 |
| Shukowitsh, Jenny | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-28327 |
| Sikes, Edna | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01795 |

| | | | |
|---|---|---|---|
| Silva, DeeAnne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-00059 |
| Silvia, Carolann | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-00058 |
| Simpson, Nebra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-00055 |
| Simpson, Ramona | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-00051 |
| Sine, Mary | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-7842 |
| Sinkovich, Brenda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01062 |
| Sirko, Maryann | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01376 |
| Slusher, Veronica | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10633 |
| Smith, Carylon | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01704 |
| Smith, Clarice | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01377 |
| Smith, Janeen | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01378 |
| Smith, Lessie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-23560 |
| Smith, Sandra | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00258 |
| Smith, Tammie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-29558 |
| Smith, Teresa R. dec'd | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-5305 |
| Soles, Linda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08266 |
| Sowers, Arnita | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-23558 |
| Spadafore, Donna | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-00890 |
| Staigmiller, Marlene | Ethicon | West Virginia Southern District U.S.D.C. | No.14-28539 |
| Statham, Mary | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00661 |
| Stephens, Vivian | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29127 |
| Stevens, Carma | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01210 |
| Stinnett, Roann | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:13-05938 |
| Stumpf, Colleen | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01799 |

| | | | |
|---|---|---|---|
| Sutphin, Annette | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01379 |
| Swanson, Joanne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01380 |
| Swint, Denise | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01681 |
| Sylvester, Tracie | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:12-09047 |
| Talkington, Rebecca | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-01033 |
| Tarvin, Delores | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08271 |
| Templin, Cherie Nunley | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10620 |
| Teneyck, Terri | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-28546 |
| Thibodeaux-Billodeaux, Dana | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01381 |
| Thomas, Crystal | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-02536 |
| Thomas, Lawanda | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-24259 |
| Thompson, Cynthia E. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-02652 |
| Thompson, Cynthia S. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-10656 |
| Thompson, Joanna | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01382 |
| Thompson, Karen | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05826 |
| Thompson, Regina M. | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:12-09074 |
| Thorne, Mary | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01269 |
| Tily, Joan | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-00385 |
| Tobin, Teresa | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29130 |
| Toliver, Rosemary | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-00932 |
| Trivett, Donna K. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-08259 |
| Tucker, Tanzy | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05591 |
| Tunsil, Pearl | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07083 |
| Turcotte, Judith | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-06229 |

| | | | |
|---|---|---|---|
| Turner-Bagsby, Collette | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-06860 |
| Turney-Mayeaux, Sherry | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-05598 |
| Vanbuskirk, Marcia | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01774 |
| Vazquez-Nitschneider, Laura | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-01680 |
| Vides, Rina | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04400 |
| Villagomez, Teresa | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-05914 |
| Vonach, Ida M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-01698 |
| Walker, Merel | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-01385 |
| Wallin, Patricia | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29136 |
| Walters, Bessie | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-17181 |
| Walz, Theresa | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:15-04396 |
| Ward, Nanette | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07115 |
| Washburn, Valera | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29096 |
| Wasson, Yvonne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-30826 |
| Waters, Paula | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13--09712 |
| Weaver, Robin | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01384 |
| Wells, Stephanie | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-06438 |
| Wessel, Joyce | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-01383 |
| West, Lynne | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01678 |
| Whalen, Connie D. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-cv-7839 |
| Wheeler, Geraldine | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-29089 |
| Whitson, Emily | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-01386 |
| Whittlinger, Barbara June | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-07099 |
| Wildfong, Darlene | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-01388 |

| | | | |
|---|---|---|---|
| Williams, Elizabeth | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-06215 |
| Wilson, Sarah | Ethicon | West Virginia Southern District U.S.D.C. | NO. 14-28543 |
| Wininger, Kathy | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-00284 |
| Witherspoon, Tanya | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-cv-30856 |
| Yetter, Jean M. | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:15-01599 |
| Young, Carol | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:14-27926 |
| Young, Carolyn | Ethicon | West Virginia Southern District U.S.D.C. | NO. 2:14-01387 |
| Youngblood, Darlene | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:13-23550 |
| Zwolinski, Loretta | Ethicon | West Virginia Southern District U.S.D.C. | No. 2:12-08317 |