# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –180)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,543 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

## Jun 22, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**        MDL No. 2327

### SCHEDULE CTO–180 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**INDIANA NORTHERN**

| INN | 2 | 15–00226 | Holman v. Johnson & Johnson et al |
|------|------|---------|--------------|

**PENNSYLVANIA EASTERN**

| PAE | 2 | 15–03152 | MURRAH v. ETHICON, INC. et al |
|------|------|---------|--------------|
| PAE | 2 | 15–03153 | PASSMORE v. ETHICON, INC. et al |
| PAE | 2 | 15–03154 | WHITE v. ETHICON, INC. et al |
| PAE | 2 | 15–03155 | WASSELL v. ETHICON, INC. et al |
| PAE | 2 | 15–03156 | RAUCH v. ETHICON, INC. et al |
| PAE | 2 | 15–03157 | MAYS v. ETHICON, INC. et al |
| PAE | 2 | 15–03158 | YARBERRY v. ETHICON, INC. et al |
| PAE | 2 | 15–03159 | ZOLL v. ETHICON, INC. et al |
| PAE | 2 | 15–03160 | STRICKLAND v. ETHICON, INC. et al |
| PAE | 2 | 15–03161 | STARNER v. ETHICON, INC. et al |
| PAE | 2 | 15–03162 | ROSS v. ETHICON, INC. et al |
| PAE | 2 | 15–03163 | VAN WIE v. ETHICON, INC. et al |
| PAE | 2 | 15–03164 | SLOMA v. ETHICON, INC. et al |
| PAE | 2 | 15–03165 | OXENDINE v. ETHICON, INC. et al |
| PAE | 2 | 15–03166 | ROBINSON v. ETHICON, INC. et al |
| PAE | 2 | 15–03167 | REID v. ETHICON, INC. et al |

**TEXAS WESTERN**

| TXW | 5 | 15–00475 | Ramirez v. Reyes et al |
|------|------|---------|--------------|



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
06/22/2015 08:14 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

## United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/22/2015 at 8:13 AM EDT and filed on 6/22/2015

**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180)
Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No.
2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in
PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-
03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in
PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-
03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is
directed to the Clerk of the United States District Court for the S.D. West Virginia for
filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk
transmit a certified copy of the Panel order to transfer to the clerk of the district court
from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-
03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157,

**PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**         YARBERRY v. ETHICON, INC. et al
**Case Number:**       PAE/2:15-cv-03158
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**         ZOLL v. ETHICON, INC. et al
**Case Number:**       PAE/2:15-cv-03159
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in**

PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

| | |
|---|---|
| **Case Name:** | STRICKLAND v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03160 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

| | |
|---|---|
| **Case Name:** | WASSELL v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03155 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

| | |
|---|---|
| **Case Name:** | VAN WIE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03163 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180)**

Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

Case Name:       WHITE v. ETHICON, INC. et al
Case Number:     PAE/2:15-cv-03154
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**      ROBINSON v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03166
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**      RAUCH v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03156
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

| | |
|---|---|
| **Case Name:** | Ramirez v. Reyes et al |
| **Case Number:** | TXW/5:15-cv-00475 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court**

from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

| | |
|---|---|
| **Case Name:** | ROSS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03162 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

| | |
|---|---|
| **Case Name:** | STARNER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03161 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**       MAYS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03157
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is**

directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

**Case Name:**       SLOMA v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03164
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

**Case Name:**     Holman v. Johnson & Johnson et al
**Case Number:**   INN/2:15-cv-00226

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

| | |
|---|---|
| **Case Name:** | OXENDINE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03165 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

| | |
|---|---|
| **Case Name:** | REID v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03167 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

Case Name:        MURRAH v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-03152
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

Case Name:        PASSMORE v. ETHICON, INC. et al
Case Number:      PAE/2:15-cv-03153
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-180) Finalized on 6/22/15. Please see pleading (3 in INN/2:15-cv-00226, [2049] in MDL No. 2327, 3 in PAE/2:15-cv-03152, 3 in PAE/2:15-cv-03153, 3 in PAE/2:15-cv-03154, 3 in PAE/2:15-cv-03155, 3 in PAE/2:15-cv-03156, 3 in PAE/2:15-cv-03157, 3 in PAE/2:15-cv-03158, 3 in PAE/2:15-cv-03159, 3 in PAE/2:15-cv-03160, 3 in PAE/2:15-cv-03161, 3 in PAE/2:15-cv-03162, 3 in PAE/2:15-cv-03163, 3 in PAE/2:15-cv-03164, 3 in PAE/2:15-cv-03165, 3 in PAE/2:15-cv-03166, 3 in PAE/2:15-cv-03167, 7 in TXW/5:15-cv-00475).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.

Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
06/22/2015 08:13 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/22/2015 at 8:12 AM EDT and filed on 6/22/2015

**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2049

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**      YARBERRY v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-03158
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**      ZOLL v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-03159
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**      STRICKLAND v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-03160
**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:** WASSELL v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03155
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:** VAN WIE v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03163
**Filer:**
**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

| | |
|---|---|
| **Case Name:** | WHITE v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03154 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

| | |
|---|---|
| **Case Name:** | ROBINSON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03166 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in*

*PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**     RAUCH v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03156
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**     Ramirez v. Reyes et al
**Case Number:**   TXW/5:15-cv-00475
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-*

*03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**        ROSS v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03162
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**        STARNER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03161
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:** MAYS v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03157
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:** SLOMA v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03164
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-**

03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)

**Case Name:** Holman v. Johnson & Johnson et al
**Case Number:** INN/2:15-cv-00226
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:** OXENDINE v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-03165
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165,**

**PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**        REID v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03167
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in*
*INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-*
*03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in*
*PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-*
*03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in*
*PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-*
*03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-**
**03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157,**
**PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161,**
**PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165,**
**PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**        MURRAH v. ETHICON, INC. et al
**Case Number:**   PAE/2:15-cv-03152
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in*
*INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-*
*03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in*
*PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-*
*03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in*
*PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-*
*03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the**
**stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-**
**03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157,**
**PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161,**
**PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165,**
**PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**Case Name:**        PASSMORE v. ETHICON, INC. et al

**Case Number:** PAE/2:15-cv-03153
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-180) - 18 action(s)** *re: pldg. (1 in INN/2:15-cv-00226, [2036] in MDL No. 2327, 1 in PAE/2:15-cv-03152, 1 in PAE/2:15-cv-03153, 1 in PAE/2:15-cv-03154, 1 in PAE/2:15-cv-03155, 1 in PAE/2:15-cv-03156, 1 in PAE/2:15-cv-03157, 1 in PAE/2:15-cv-03158, 1 in PAE/2:15-cv-03159, 1 in PAE/2:15-cv-03160, 1 in PAE/2:15-cv-03161, 1 in PAE/2:15-cv-03162, 1 in PAE/2:15-cv-03163, 1 in PAE/2:15-cv-03164, 1 in PAE/2:15-cv-03165, 1 in PAE/2:15-cv-03166, 1 in PAE/2:15-cv-03167, 1 in TXW/5:15-cv-00475)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/22/2015.**

**Associated Cases: MDL No. 2327, INN/2:15-cv-00226, PAE/2:15-cv-03152, PAE/2:15-cv-03153, PAE/2:15-cv-03154, PAE/2:15-cv-03155, PAE/2:15-cv-03156, PAE/2:15-cv-03157, PAE/2:15-cv-03158, PAE/2:15-cv-03159, PAE/2:15-cv-03160, PAE/2:15-cv-03161, PAE/2:15-cv-03162, PAE/2:15-cv-03163, PAE/2:15-cv-03164, PAE/2:15-cv-03165, PAE/2:15-cv-03166, PAE/2:15-cv-03167, TXW/5:15-cv-00475 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03158 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03158 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03159 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03159 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03160 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE      andrew.reeve@dbr.com

**PAE/2:15-cv-03160 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03155 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY      kenneth.murphy@dbr.com

James D. Barger      jbarger@awkolaw.com

MELISSA A GRAFF      melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03155 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03163 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03163 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03154 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03154 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03166 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03166 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03156 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03156 Notice will not be electronically mailed to:**

**TXW/5:15-cv-00475 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Frank Herrera, Jr     fherrera@herreralaw.com

Laura H. Smith     smith@fridayfirm.com

Ricardo G Cedillo     rcedillo@lawdcm.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

Richard A Freese     rich@freeseandgoss.com, dmatthews@thematthewslawfirm.com,
goss39587@aol.com, regina@freeseandgoss.com

Helen Kathryn Downs     hk.downs@butlersnow.com

Leslie John Strieber     lstrieber@lawdcm.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,
spickard@thematthewslawfirm.com

Kevin L Edwards     kevin@edwardsdelacerda.com

Peter De La Cerda     peter@edwardsdelacerda.com

Cynthia L. Freeman     cfreeman@sschlaw.com

Michelle Ator     mator@fridayfirm.com

Burt Snell    burt.snell@butlersnow.com

Jorge A. Herrera    jherrera@herreralaw.com

Laura E. Gutierrez Tamez    ltamez@herreralaw.com

Sam A. Houston    shouston@sschlaw.com

**TXW/5:15-cv-00475 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03162 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03162 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03161 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

**PAE/2:15-cv-03161 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03157 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY    kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03157 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03164 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03164 Notice will not be electronically mailed to:**

**INN/2:15-cv-00226 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

Tracy G. Weiss     tweiss@reedsmith.com, cshayka@reedsmith.com

Kimberly C. Metzger     Kimberly.Metzger@icemiller.com, kimberly.metzger@icemiller.com,
beth.barranger@icemiller.com, jessica.martin@icemiller.com, kiersten.kamman@icemiller.com,
ruth.jackson@icemiller.com

Brock Alvarado     brock@gowithalvarez.com

Kevin D Tessier     ktessier@reedsmith.com

**INN/2:15-cv-00226 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03165 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03165 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03167 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03167 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03152 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03152 Notice will not be electronically mailed to:**

**PAE/2:15-cv-03153 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com,
brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com,
kcrawford@riker.com, mkabbash@riker.com

KENNETH A. MURPHY     kenneth.murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

**PAE/2:15-cv-03153 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/22/2015] [FileNumber=571586-0]
[105eb4a10c68963536b712c5a9519292b8b66cb1a7745694a9f0bc88a56e87a379ea8
ed97d8df8bc787294b79367b3efd8aadf69000e3f749ecb37b6c58e8bd5]]