# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                              MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE

Plaintiffs in the case listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in this action without prejudice, and terminate AMS from the docket in the action, parties to bear their own costs.  Other defendants remain in this action, and plaintiffs will continue to prosecute their action against them.

Respectfully:

| | |
|---|---|
| /s/ Barbara R. Binis | /s/ Jayne Conroy |
| Barbara R. Binis | Jayne Conroy |
| REED SMITH | SIMMONS HANLY CONROY |
| Three Logan Square, Suite 3100 | 112 Madison Avenue |
| 1717 Arch Street | New York, NY 10016-7416 |
| Philadelphia, PA 19103 | 212.784.6400 (phone) |
| 215.851.8100 (phone) | 212.213.5949 (fax) |
| 215.851.1420 (fax) | jconroy@simmonsfirm.com |
| bbinis@reedsmith.com | *Attorney for Plaintiff on Exhibit A* |
| *Attorney for Defendant American Medical Systems, Inc.* | |

Dated:  June 26, 2015

## EXHIBIT A - SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-31740 | Nancy Ruby, Floyd Ruby v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## CERTIFICATE OF SERVICE

     I hereby certify that on June 26, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Barbara R. Binis