# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CROSS NOTICE OF VIDEO DEPOSITION OF RON HORTON

TO:         ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of MICHAEL HULSE, M.D. will be taken jointly in connection with *In Re C.R. Bard, Inc. MDL No. 2187, Pelvic Repair System Products Liability Litigation*, and *Carol Cavness v. Teresa Kowalczyk, M.D., et al.* District Court of Dallas County, Texas, 95th District Court, Cause No. DC-14-04220, upon oral examination on July 1, 2015, 9:00 a.m. EST, at the offices of Riker Danzig Scherer Hyland & Perretti, LLP, One Speedwell Avenue, Headquarters Plaza, Morristown, New Jersey, 07962-1981

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in

*In Re C.R. Bard, Inc. MDL No. 2187, Pelvic Repair System Products Liability Litigation* and in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

   This deposition will be taken before a person authorized by law to administer oaths and video-taped.

Dated: June 29, 2015.

                 Respectfully submitted,

                  /s/Christy D. Jones_____
                  Christy D. Jones
                  BUTLER SNOW LLP
                  1020 Highland Colony Parkway
                  Suite 1400 (39157)
                  P.O. Box 6010
                  Ridgeland, MS 39158-6010
                  (601) 985-4523
                  Christy.jones@butlersnow.com

                  /s/ David B. Thomas_____
                  David B. Thomas (W.Va. Bar #3731)
                  Thomas Combs & Spann PLLC
                  300 Summers Street
                  Suite 1380 (25301)
                  P.O. Box 3824
                  Charleston, WV 25338
                  (304) 414-1807
                  dthomas@tcspllc.com

                  COUNSEL FOR DEFENDANTS
                  ETHICON, INC. AND
                  JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

       I hereby certify that on June 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                    */Christy D. Jones*_____
                                                    Christy D. Jones

ButlerSnow 19913152v1