IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.                                    MDL NO. 2327
PELVIC REPAIR SYSTEMS PRODUCTS
LIABILITY LITIGATION
- - - - - - - - - - - - - - - - - - - - - - - - - - -
THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, respectfully moves this Court for entry of an Order updating my firm's address in MDL Nos. 2326, 2325, 2187, 2327, 2387, and 2440, and each individual member cases, in which Levin Simes is associated with. The telephone number, facsimile number, and email addresses for Levin Simes' attorneys remain unchanged. In support of its motion, Plaintiffs state the following:

Effective June 29, 2015, the Levin Simes LLP's attorneys in this matter relocated their offices to:

> Levin Simes, LLP
> 44 Montgomery Street
> 32nd Floor
> San Francisco, CA 94111

Accordingly, Plaintiffs respectfully requests that the Court enter an Order updating the address for Levin Simes attorneys in MDL Nos. 2326, 2325, 2187, 2327, 2387, and 2440, and each individual member cases, in which Levin Simes is associated with.

This the 29th day of June, 2015.

*By*:   **/s/: Rachel Abrams**

Rachel Abrams
California Bar No: 209316

LEVIN SIMES LLP
353 Sacramento St., 20th Floor
San Francisco, CA 94111
(415) 426-3000 – telephone
(415) 426-3001 – facsimile
rabrams@levinsimes.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                   /s/ Rachel Abrams