UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR<br>SYSTEM PRODUCTS LIABILITY LITIGATION<br>    Rose, et al v. Robertson et al.,                          )<br>        E.D. Kentucky, C.A. No. 6:15-00095      )| MDL No. 2327 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Rose*) on June 9, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Rose* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-179" filed on June 9, 2015, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

                                                                          FOR THE PANEL:

                                                                          Jeffery N. Lüthi
                                                                          Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay (Transferee and Transferor Courts)
JPMLCMECF
to:
JPMLCMDECF
06/30/2015 11:25 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 6/30/2015 at 11:24 AM EDT and filed on 6/30/2015
**Case Name:**            IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**       MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 6/9/15. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-179 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/30/2015.**

**Associated Cases: MDL No. 2327, KYE/6:15-cv-00095 (dn)**

**Case Name:**         Rose et al v. Robertson et al
**Case Number:**    KYE/6:15-cv-00095
**Filer:**

**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 6/9/15. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-179 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/30/2015.**

**Associated Cases: MDL No. 2327, KYE/6:15-cv-00095 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF
to:
JPMLCMDECF
06/30/2015 11:23 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/30/2015 at 11:23 AM EDT and filed on 6/30/2015
**Case Name:**          IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2059

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-179) (re: pldg. ([1113] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that the stay of CTO-179 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/30/2015.**

**Associated Cases: MDL No. 2327, KYE/6:15-cv-00095 (dn)**

**Case Name:**          Rose et al v. Robertson et al
**Case Number:**    KYE/6:15-cv-00095
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-179) (re: pldg. ( [1113] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that the stay of CTO-179 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/30/2015.**

**Associated Cases: MDL No. 2327, KYE/6:15-cv-00095 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**KYE/6:15-cv-00095 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

DONALD K. BROWN, JR     brownd@obtlaw.com

Susan J Pope     spope@fbtlaw.com

Edward A Wallace     eaw@wexlerwallace.com

GREGORY F. COLEMAN     greg@gregcolemanlaw.com, dawn@gregcolemanlaw.com, mark@gregcolemanlaw.com

Adam Edwards     adam@gregcolemanlaw.com

D. Randall Jewell     drjbville@yahoo.com

C. Jessica Pratt     JPratt@Rendigs.com

Thomas M. Evans     tevans@rendigs.com

**KYE/6:15-cv-00095 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/30/2015] [FileNumber=573559-0]

[cb666b778847b8731d555adfb795c007b32fc4bccdeddf2908f79c0402754935647cd
553c2ee5643ecd102c7f7a6a1de62f1ebd874409ffc1e944573beced845]]