UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES LISTED BELOW | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

| | |
|---|---|
| *Bryant, et al. v. Ethicon, Inc., et al.* | 2:12-cv-09311 |
| *Massey, et al. v. Ethicon, Inc., et al.* | 2:13-cv-03373 |
| *Clutter, et al. v. Ethicon, Inc., et al.* | 2:13-cv-03487 |
| *Adams, et al. v. Ethicon, Inc., et al.* | 2:13-cv-03758 |
| *Walls v. Ethicon, Inc., et al.* | 2:13-cv-04514 |
| *Webb, et al. v. Ethicon, Inc., et al.* | 2:13-cv-04517 |
| *Gorby v. Ethicon, Inc., et al.* | 2:13-cv-07057 |
| *McIntyre, et al. v. Ethicon, Inc., et al.* | 2:13-cv-07283 |
| *McKinney, et al. v. Ethicon, Inc., et al.* | 2:13-cv-07733 |
| *Atkins, et al. v. Ethicon, Inc., et al.* | 2:13-cv-11022 |
| *Hager v. Ethicon, Inc., et al.* | 2:13-cv-14448 |
| *Fleshman, et al. v. Ethicon, Inc., et al.* | 2:13-cv-14694 |
| *Dameron, et al. v. Ethicon, Inc., et al.* | 2:13-cv-14799 |
| *Javins, et al. v. Ethicon, Inc., et al.* | 2:13-cv-18479 |
| *Thomas, et al. v. Ethicon, Inc., et al.* | 2:13-cv-20172 |
| *Shivley, et al. v. Ethicon, Inc., et al.* | 2:13-cv-26601 |
| *Cook v. Ethicon, Inc., et al.* | 2:13-cv-29260 |
| *Snodgrass v. Ethicon, Inc., et al.* | 2:13-cv-31881 |
| *Stratton, et al. v. Ethicon, Inc., et al.* | 2:13-cv-32698 |
| *Matney, et al. v. Ethicon, Inc., et al.* | 2:14-cv-09195 |
| *Winals, et al. v. Ethicon, Inc., et al.* | 2:14-cv-12186 |
| *Kitchen v. Ethicon, Inc., et al.* | 2:14-cv-12919 |
| *Lane, et al. v. Ethicon, Inc., et al.* | 2:14-cv-14687 |
| *Lively v. Ethicon, Inc., et al.* | 2:14-cv-24201 |
| *Anderson, et al. v. Ethicon, Inc., et al.* | 2:14-cv-28300 |
| *Messer v. Ethicon, Inc.* | 2:14-cv-29176 |

**PRETRIAL ORDER # 183**
**(Order Vacating PTO # 182)**

By PTO # 182 (Order Consolidating above Cases for Trial on Issue of Design Defect) entered June 12, 2015, I consolidated the above-referenced cases for trial on the issues of negligent design defect and strict liability – design defect pursuant to Rule 42 of the Federal Rules of Civil Procedure.  Subsequent to entry of the PTO, the parties advised that a number of the cases which I stated in the PTO involved plaintiffs implanted with the TVT product only, involved other products such as the TVT-O despite what is contained on the Short Form or other complaints.  The parties have since submitted a revised list of cases involving West Virginia residents who were implanted in West Virginia with the TVT product, and, accordingly, it is **ORDERED** that PTO # 182 is **VACATED**.

The court **DIRECTS** the Clerk to file a copy of this order in **2:12-md-2327 and the above-referenced cases** and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-08750. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: June 30, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE