UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Rose, et al. v. Robertson, et al., | ) | |
|     E.D. Kentucky, C.A. No. 6:15-00095 | ) | MDL No. 2327 |

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Rose*) on June 9, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Rose* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order. The stay was lifted on June 30, 2015, and *Rose* was transferred the Southern District of West Virginia.

Subsequently, on June 30, 2015, the Panel received a motion to reinstate the conditional transfer order filed by plaintiffs in this action. In their motion, plaintiffs, through counsel, assert that they failed to file a timely motion and brief due to a calendaring error. The Panel will reinstate the conditional transfer order in this action in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-179" filed on June 9, 2015, is REINSTATED insofar as it relates to this action. Plaintiffs' motion to vacate and supporting brief are due on or before July 1, 2015.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Reinstating CTO
JPMLCMECF
to:
JPMLCMDECF
06/30/2015 04:52 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/30/2015 at 4:51 PM EDT and filed on 6/30/2015
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** 2061

**Docket Text:**
**ORDER REINSTATING CTO-179 (re: pldg. (1 in KYE/6:15-cv-00095, [2030] in MDL No. 2327) )**

**The stay of the Panel's conditional transfer order designated as CTO-179 filed on 6/9/15 is REINSTATED.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/30/2015.**

**Associated Cases: MDL No. 2327, KYE/6:15-cv-00095 (LAH)**

**Case Name:**        Rose et al v. Robertson et al
**Case Number:**     KYE/6:15-cv-00095
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER REINSTATING CTO-179 (re: pldg. (1 in KYE/6:15-cv-00095, [2030] in MDL No.**

**2327) )**

**The stay of the Panel's conditional transfer order designated as CTO-179 filed on 6/9/15 is REINSTATED.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/30/2015.**

**Associated Cases: MDL No. 2327, KYE/6:15-cv-00095 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**KYE/6:15-cv-00095 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

DONALD K. BROWN, JR     brownd@obtlaw.com

Susan J Pope     spope@fbtlaw.com

Edward A Wallace     eaw@wexlerwallace.com, mrm@wexlerwallace.com

GREGORY F. COLEMAN     greg@gregcolemanlaw.com, dawn@gregcolemanlaw.com, mark@gregcolemanlaw.com

Adam Edwards     adam@gregcolemanlaw.com

D. Randall Jewell     drjbville@yahoo.com

C. Jessica Pratt     JPratt@Rendigs.com

Thomas M. Evans     tevans@rendigs.com

**KYE/6:15-cv-00095 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/30/2015] [FileNumber=573734-0]

[09b17cde2b7b5a6f3f4f7efffbba1229d96f3446485bf7d3b336b9e849b5e77abe7a2
6e64bca743d1915f34567899e9fb00a8d68b3c1efecda523575a734e326]]