IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEMS<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants American Medical Systems, Inc. and Endo Pharmaceuticals Inc. ("AMS") jointly stipulate that the actions named on Exhibit A be dismissed without prejudice against the AMS Defendants, and that the AMS Defendants be terminated from the docket. Parties to bear their own costs.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/Robert Bates | /s/ Barbara R. Binis |
| Tony Seaton, BPR #7279 | Barbara R. Binis |
| Robert Bates, BPR #30067 | REED SMITH |
| Law Offices of Tony Seaton, PLLC | Three Logan Square |
| 118 E Watauga Avenue | 1717 Arch Street, Suite 3100 |
| Johnson City, TN 37601 | Philadelphia, PA 19103 |
| (423) 282-1041 | (215) 851-8100 |
| rbates@tonyseaton.com | bbinis@reedsmith.com |
| *Counsel for Plaintiffs on Exhibit A* | *Counsel for Defendants American Medical Systems, Inc. and Endo Pharmaceuticals Inc.* |

DATED: July 1, 2015

**EXHIBIT A – LAW OFFICES OF TONY SEATON, PLLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-24274 | Deborah Kay Baumgardner v. Ethicon Endo-Surgery, Inc., American Medical Systems, Inc., Endo Pharmaceuticals, Inc. |
| 2:14-cv-24365 | Deborah Kay Baumgardner, Michael Baumgardner v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-03265 | Edna Irene Nunn, James Nunn v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-03266 | Teresa Gray v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-03272 | Elizabeth Julie Mayse, Michael Mayse v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-03277 | Diane Roberson, Floyd Roberson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis