## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Angela Owens<br>Irene Fernandez<br>Susan Campbell<br>Kristie Kuziel<br>Kisha Kingston<br>Cheryl Powers<br>Mary Hoff<br>Teresa Yarbough<br>Megan Steinbach<br>Vicky Moon<br>Crystal Beelen<br>Mary Kay Visser<br>Sandra Krowl<br>Jennifer Johnson<br>Yvonne Beaudrie<br>Marleen Wilson<br>Gladys Frederick<br>Diana Merchant<br>Mayra Ricardo<br>Annamarie Trujillo<br>Theresa Buckler<br>Dalila Davila<br>Cynthia Bush<br>Mary Choquette<br>Donna Rollings<br>Mattie Harris<br>Sandra Davis<br>Janet Steele<br>Patricia Riemersma<br>Karen Newhouse<br>Luella Tobeck<br>Brenda O'Gorman<br>Savannah Bruson-Garrett<br>Barbara Griebe<br>Linda Lacy<br>Dawn Lee Ruby | Missouri Eastern | 4:15-cv-923 | 2:15-cv-8875 |