APPROVED and SO ORDERED.
ENTER: 29 124 14237

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM            MDL No. 2327
PRODUCTS LIABILITY LITIGATION     Honorable Joseph R. Goodwin

---

| | |
|---|---|
| YOLANDA ESTRADA MUNOZ, § *Plaintiff*, § § v. § § ETHICON, INC., ET AL., § *Defendants*. § § | CIVIL ACTION NO. 2:14-cv-22954 |

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In Re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation, to:

MDL 2326, In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc. and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2326:

Boston Scientific Corp.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court:

1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to 2326; and

2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and

re-associate it with MDL 2326.

        Respectfully submitted,

        /s/ J. Steve Mostyn
        J. Steve Mostyn
        Mark Sparks
        **MOSTYN LAW FIRM**
        3810 West Alabama Street
        Houston, TX  77027
        (713) 714-0000 Telephone
        (713) 714-1111 Facsimile

        Kurt Arnold
        Jason Itkin
        Noah Wexler
        **ARNOLD & ITKIN LLP**
        6009 Memorial Drive
        Houston, TX 77007
        (713) 222-3800 Telephone
        (713) 222-3850 Facsimile

        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

        /s/ J. Steve Mostyn
        J. Steve Mostyn