IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL<br>CASES | Master File No. 2:12-md-02327<br>MDL No. 2327<br><br><br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**MOTION FOR CHANGE OF ATTORNEY INFORMATION**

PLEASE TAKE NOTICE that the undersigned counsel respectfully move this Court for entry of an Order updating their firm name and contact information in MDL No. 2187, 2325, 2326, 2327, and 2440 and each individual case in which the below named attorneys are associated. In support of this motion, said attorneys state the following:

1. The below listed attorneys with appearances entered in this matter are:

   Jacob A. Flint, IL Bar No. 6299777

   Andrew W. Callahan, IL Bar No. 6298280

2. The firm's updated information, including name change and e-mail addresses, are as follows:

   Flint & Associates LLC is now Flint Law Firm LLC.

   e-mail for Jacob A. Flint is now:  jflint@flintfirm.com

   e-mail for Andrew W. Callahan is now:  acallahan@flintfirm.com

The firm's address, telephone number, and facsimile remain the same. Accordingly, the undersigned respectfully request that the Court enter an Order updating the attorney information

for the above-listed attorneys in MDL No. 2187, 2325, 2326 and 2327, and each individual member case in which the below named attorneys are associated.

                              RESPECTFULLY SUBMITTED,

                              s/ Jacob A. Flint
                              Jacob A. Flint, IL Bar No. 6299777
                              Flint Law Firm LLC
                              112 Magnolia Dr.
                              Glen Carbon, IL 62034
                              Phone:  618-205-2017
                              Fax:  618-288-2864
                              jflint@flintfirm.com

      I hereby certify that on July 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                              s/Jacob A. Flint