APPROVED and SO ORDERED.

ENTER: 2013714237

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2387
Honorable Joseph R. Goodwin

---

Maria Thomas

**Plaintiff(s),**

v.

Ethicon, Inc., et al.

**Defendant(s).**

CASE NO. 2:13-cv-19961

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2387, In re: Coloplast Corp. Pelvic Support System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2387 against Coloplast Corp. and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Coloplast Corp. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327:

Ethicon, Inc.
Johnson & Johnson

Because Coloplast Corp. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2387 to 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2387 and re-associate it with MDL 2327.

/s/ Ryan L. Thompson
Watts Guerra LLP
Texas State Bar No. 24046969
5726 W. Hausman, Ste. 119
San Antonio, Texas 78249
Telephone: (210) 448.0500
Facsimile: (210) 448.0501
Email: rlt-bulk@wattsguerra.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Ryan L. Thompson
Watts Guerra LLP
Texas State Bar No. 24046969
5726 W. Hausman, Ste. 119
San Antonio, Texas 78249
Telephone: (210) 448.0500
Facsimile: (210) 448.0501
Email: rlt-bulk@wattsguerra.com
Attorneys for Plaintiff