IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                   MDL NO. 2327
   PELVIC REPAIR SYSTEM
   PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

    Pending before the court is a Motion for Change of Address, filed on June 29, 2015. [Docket # 1613.] In the motion, counsel request that in the main MDL and each individual case in which attorneys of Levin Simes, LLP appear, the firm address be updated as set forth in the motion. The telephone number, facsimile number, and email addresses for attorneys remain unchanged. The docket lists the attorneys of Levin Simes, LLP as William Levin, Laurel Simes, Rachel Abrams, Amy Eskin, and Meghan McCormick.

    It is **ORDERED** that the Motion for Change of Address is **GRANTED**.

    The Clerk is DIRECTED to update the information, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which William Levin, Laurel Simes, Rachel Abrams, Amy Eskin, and Meghan McCormick are associated and to send a copy of this Order to counsel of record and any unrepresented party.

                                        ENTER: July 17, 2015

                                        JOSEPH R. GOODWIN
                                        UNITED STATES DISTRICT JUDGE