## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Susan Richardson<br>Tracy Robinson<br>Jeff Robinson<br>Caroline Grove<br>Theresa Steckler<br>Terry Jones<br>Tabitha Corona<br>Gail Gullberg<br>Gail Martin<br>Phyllis Winn<br>Tammy Taylor<br>Jenni Phillips-Schmit<br>Esperanza Hope Zayas<br>Carlos Zayas<br>Linda Kubinski<br>Teresa Martin<br>Allean Williams<br>Carol Matthews<br>Penny Osborne<br>Margaret Quillen<br>Ronald Quillen<br>Ruth Bain<br>Kimberly Welborn<br>Lisa Bone<br>Jeffery Carl Bone<br>Sarah Smith<br>Eleanor Ortiz<br>Roberta Martinez<br>Donna Rae Wallace<br>Euyvone McCall<br>Glen McCall<br>Luann Broadley<br>Daniel Broadley<br>Debra Jenkins<br>Patricia Murray<br>Damian Murray<br>Yemisrach Girma<br>Kassahun Tekelesilasse<br>Carolyn Baker<br>Julius Baker<br>Beth Olson<br>David Olson<br>Tracy Capell | Missouri Eastern | 4:14-cv-1669 | 2:14-cv-27205 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Tina Wagner<br>Kimberly Brothers<br>Jeffrey Brothers<br>Marlene Sandham<br>Warren Sandham<br>Roberta Smith<br>Laurie Thomas<br>Daniel Thomas<br>Veronica Hulley<br>Lawrence Hulley<br>Lisa Wescott<br>Brian Wescott<br>Mary Coronado<br>Jean Boch<br>Stephen Boch<br>Tonya Hubbard<br>James Hubbard<br>Lisa Hammond<br>Mark Hammond<br>Mary Ann McGeorge<br>John Stephen McGeorge<br>Dixie Stumpff<br>Aisha White<br>Irene Murphy<br>Barbara Mendez<br>Ray Mendez<br>Donna Nellenbach<br>Hazel Brungard<br>David Brungard<br>Debra Nyberg<br>Edward Nyberg | Missouri Eastern | 4:14-cv-1669 | 2:14-cv-27205 |