APPROVED and SO ORDERED.
ENTER: 29144 14237

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2326
Honorable Joseph R. Goodwin

---

Cathy E. Collier

Plaintiff(s),

v.

CASE NO. 2:13-cv-25237

Boston Scientific Corp., et al

Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2326 against Boston Scientific Corp. and others. Plaintiff(s) later filed an Amended Complaint that no longer included Boston Scientific Corp. in that litigation; included instead, among others, were the following parties from MDL __2327__:

Ethicon, Inc.
Johnson & Johnson

Because Boston Scientific Corp. is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2326 to __2327__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL __2327__.

Scott A. Love,

Scott A. Love, Esq.
State Bar No. 24002495
Clayton A. Clark, Esq.
Clark, Love & Huston, G.P.
44 Louisiana Street, Suite 1600
Houston, TX 77002
713-757-1400
713-759-1217 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on __July 21, 2015__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

Scott A. Love

Scott A. Love
Clark, Love & Huston, G.P.
44 Louisiana Street, Suite 1600
Houston, TX 77002
713-757-1400
713-759-1217 (fax)