APPROVED and SO ORDERED.

ENTER: 2945 4237

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: C. R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2187
Honorable Joseph R. Goodwin

------------------------------------------------------------

Cheryl McMahon

**Plaintiff(s),**

v.

C. R. Bard, Inc. et al

**Defendant(s).**

CASE NO. 2:15-cv-7306

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R. Bard, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327 :

Ethicon, Inc.
Johnson & Johnson

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to 2327 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327 .

/s/ Seth S. Webb

Seth S. Webb #51236
211 N. Broadway, Suite 1600
Saint Louis, MO 63102
Phone: 314-421-0216
Fax: 314-421-0359
sethw@getbc.com
ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2015 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Seth S. Webb

Seth S. Webb #51236
211 N. Broadway, Suite 1600
Saint Louis, MO 63102
Phone: 314-421-0216
Fax: 314-421-0359
sethw@getbc.com
ATTORNEY FOR PLAINTIFFS