# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CROSS NOTICE OF VIDEO DEPOSITION OF TIM SCHMID

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of TIM SCHMID will be taken jointly in connection with *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, United States District Court, Southern District of West Virginia at Charleston and *Carol Cavness v. Kowalczyk, et al.*, 95th Judicial District, Dallas County, Texas, Cause No. DC-14-04220, upon oral examination at the offices of Riker, Danzig Scherer Hyland & Perretti, LLP, Headquarters Plaza One Speedwell Avenue, Morristown, New Jersey, 07962-1981, on July 31, 2015, at 8:30 a.m. EST.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this

26682292v1

deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

This deposition will be taken before a person authorized by law to administer oaths and video-taped.

Dated: July 28 , 2015.

                    Respectfully submitted,

                    /s/Christy D. Jones
                    Christy D. Jones
                    BUTLER SNOW LLP
                    1020 Highland Colony Parkway
                    Suite 1400 (39157)
                    P.O. Box 6010
                    Ridgeland, MS  39158-6010
                    (601) 985-4523
                    Christy.jones@butlersnow.com

                    /s/ David B. Thomas
                    David B. Thomas (W.Va. Bar #3731)
                    Thomas Combs & Spann PLLC
                    300 Summers Street
                    Suite 1380 (25301)
                    P.O. Box 3824
                    Charleston, WV 25338
                    (304) 414-1807
                    dthomas@tcspllc.com


                    COUNSEL FOR DEFENDANTS
                    ETHICON, INC. AND
                    JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/Christy D. Jones*_____
Christy D. Jones

26682292v1