UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION  MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –185)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,604 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 29, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                          MDL No. 2327

### SCHEDULE CTO–185 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA CENTRAL

| | | | |
|---|---|---|---|
| ~~CAC~~ | ~~2~~ | ~~15-05309~~ | ~~Theresa Barnes v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05311~~ | ~~Linda Berry v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05312~~ | ~~Carolyn Blackmer v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05313~~ | ~~Kelly Bradley-Lerma v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05314~~ | ~~Merry Breeden v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05315~~ | ~~Florence Buchanan v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05316~~ | ~~Mallah Buell v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05317~~ | ~~Sara Carmona v. Johnson & Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05318~~ | ~~Serena Coovert v. Johnson & Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05319~~ | ~~Dawn Cunningham v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05320~~ | ~~Ilham Dagon v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05326~~ | ~~Martha Davis v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05327~~ | ~~Margaret Duley v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05330~~ | ~~Mary Edwards v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05331~~ | ~~Judith Fesler v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05334~~ | ~~Mary Friel et al v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05335~~ | ~~Ruth Gaunt v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05336~~ | ~~Patricia Gibbs v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05339~~ | ~~Phyllis Goodman v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05340~~ | ~~Dina Guase v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05342~~ | ~~Sandra Hamann v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05344~~ | ~~Jane Hewlett v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05345~~ | ~~Janice Hird v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05349~~ | ~~Shirlene Huffman v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05352~~ | ~~Mary Katuin v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05353~~ | ~~Lauri Kotzen v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05354~~ | ~~Ava Krum v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05355~~ | ~~Sharon Loughman v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05357~~ | ~~Venita Masters v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05359~~ | ~~Judy May v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05360~~ | ~~Angela McCaskell v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15-05361~~ | ~~Lisha McMillan v. Johnson and Johnson et al~~ |

| | | | |
|---|---|---|---|
| ~~CAC~~ | ~~2~~ | ~~15–05362~~ | ~~Hildegard Mileusnic v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05363~~ | ~~Marcille Miller v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05364~~ | ~~Marian Moxley v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05365~~ | ~~Tracy Muller v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05366~~ | ~~Lisa Murphy v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05367~~ | ~~Maida Naquin v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05368~~ | ~~Wilhelmina Newman v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05369~~ | ~~Joann Nunes v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05370~~ | ~~Medina Omerovic v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05371~~ | ~~Mary Orsi v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05372~~ | ~~Marie Parnell v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05373~~ | ~~Donna Pearson v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05374~~ | ~~Pamela Peele v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05375~~ | ~~Gwen Peltier et al v. Johnson and Johnson. et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05376~~ | ~~Tammy Piazza v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05377~~ | ~~Tammy Piotroswski v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05378~~ | ~~Bibiana Quiambao v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05379~~ | ~~Joyce Reavis v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05380~~ | ~~Bobbie Jo Renucci v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05381~~ | ~~Sherry Roberts v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05382~~ | ~~Xochilt Robinson v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05383~~ | ~~Valentine Schuler v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05384~~ | ~~Susan Schuricht v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05385~~ | ~~Vickie Skelton v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05386~~ | ~~Jada Spangler v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05387~~ | ~~Pamela Stewart v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05388~~ | ~~Shirley Stewart v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05389~~ | ~~Beverly Tinkham v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05390~~ | ~~Georgina Vokaty v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05391~~ | ~~Linda Walton v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05392~~ | ~~Regina West v. Johnson and Johnson et al~~ |
| ~~CAC~~ | ~~2~~ | ~~15–05393~~ | ~~Marie Wick v. Johnson and Johnson et al~~ |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 15–05476 | SOLIS v. JOHNSON & JOHNSON et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
07/29/2015 08:18 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 7/29/2015 at 8:18 AM EDT and filed on 7/29/2015
**Case Name:**  IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**  MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-185) Finalized on 7/29/15. Please see pleading ([2107] in MDL No. 2327, 3 in NJ/3:15-cv-05476).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2015.**

**Associated Cases: MDL No. 2327, NJ/3:15-cv-05476 (dn)**

**Case Name:**  SOLIS v. JOHNSON & JOHNSON et al
**Case Number:**  NJ/3:15-cv-05476
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-185) Finalized on 7/29/15. Please see pleading ( [2107] in MDL No. 2327, 3 in NJ/3:15-cv-05476).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2015.**

**Associated Cases: MDL No. 2327, NJ/3:15-cv-05476 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
07/29/2015 08:18 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/29/2015 at 8:17 AM EDT and filed on 7/29/2015
**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** 2107

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 1 action(s)** *re: pldg. ([2090] in MDL No. 2327, 1 in NJ/3:15-cv-05476)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2015.**

**Associated Cases: MDL No. 2327, NJ/3:15-cv-05476 (dn)**

**Case Name:** SOLIS v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:15-cv-05476
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-185) - 1 action(s)** *re: pldg. ( [2090] in MDL No. 2327, 1 in NJ/3:15-cv-05476)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 7/29/2015.**

**Associated Cases: MDL No. 2327, NJ/3:15-cv-05476 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NJ/3:15-cv-05476 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

ERIC HOWARD WEINBERG     ehw@ericweinberg.com, ldavis-primo@ericweinberg.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F Solomon     asolomon@girardikeese.com, levans@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Sparks     mark@mostynlaw.com

Melanie Meneses     palmer@kiesel-law.com

**NJ/3:15-cv-05476 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/29/2015] [FileNumber=580772-0]

[3dd4d2ea8da463553c3cd4f699cb619c3322febbcda42355872b21faae596fd86dd57
8537c38ea3580fac012df71fe818e38c81d565ba515a5e6acc7d59a8a70]]