## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### PLAINTIFF'S OBJECTIONS TO CROSS NOTICE OF VIDEO DEPOSITION OF TIM SCHMID

Plaintiffs object to Ethicon, Inc., and Johnson & Johnson's Cross Notice to Take Video Deposition of Tim Schmid as follows:

1.

Plaintiffs object to the Cross Notice to Take Video Deposition of Tim Schmid as it violates Federal Rule of Civil Procedure 30(b)(1), which requires reasonable notice to every other party.  Plaintiffs received the Cross Notice less than three days prior to the scheduled deposition, which is insufficient time for a representative from the MDL to prepare for and travel to the deposition location in Morristown, New Jersey.

2.

Plaintiffs object to the Cross Notice to Take Video Deposition of Tim Schmid as it is a case specific deposition ordered by Judge Ken Molberg of the 95th Judicial District in Dallas County Texas to discover case specific issues in the *Carol Cavness v. Kowalczyk, et al.*, matter. Counsel for Carol Cavness has indicated that they will need substantially all the time ordered by Judge Molberg to discover case specific issues in the *Cavness* matter, leaving insufficient

remaining time for Plaintiffs MDL counsel to conduct a meaningful examination of the deponent, even if a representative were to be able to prepare, travel, and attend on the date cross-noticed by Ethicon, Inc., and Johnson & Johnson.

This 30th day of July, 2015.

**PLAINTIFFS' CO-LEAD COUNSEL**

By: _____/s/Thomas P. Cartmell_____
      THOMAS P. CARTMELL
      Wagstaff & Cartmell LLP
      4740 Grand Avenue, Suite 300
      Kansas City, MO  64112
      816-701-1100
      Fax 816-531-2372
      tcartmell@wcllp.com


      D. RENEE BAGGETT
      Aylstock, Witkin, Kreis and Overholtz, PLC
      17 E. Main Street, Suite 200
      Pensacola, FL  32563
      850-202-1010
      850-916-7449
      Rbaggett@awkolaw.com
      *Plaintiffs' Co-Lead Counsel*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM  PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327 MDL 2327** |
| THIS DOCUMENT RELATES TO ALL CASES | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2015, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

**PLAINTIFFS' CO-LEAD COUNSEL**

By:  ____/s/Thomas P. Cartmell_____
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
816-701-1100
Fax 816-531-2372
tcartmell@wcllp.com

3