IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS     MDL No. 2327
LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO ALL CASES

### MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE, that Showard Law Firm, P.C. ("Showard Law"), by and through the undersigned counsel, respectfully moves this Court for entry of an order updating that firm's information in MDL No. 2327, and each individual member case in which Showard Law is associated.

Showard Law moves to change the firm's address effective immediately to: 4703 E. Camp Lowell Dr., Ste. 253, Tucson, AZ 85712 in MDL No. 2327.

Accordingly, Showard Law respectfully requests that the Court enter an order updating the law firm's information in MDL No. 2327, and each individual member case in which the undersigned counsel is associated.

Dated: July 30, 2015

                               Respectfully submitted,

                               /s/ Sarah J. Showard
                               Sarah J. Showard
                               Showard Law Firm, P.C.
                               State Bar No. 012350
                               4703 E. Camp Lowell Dr.
                               Suite 253
                               Tucson, AZ 85712
                               Telephone: 520.622.3344
                               Facsimile: 520.881.9260
                               sjshoward@showardlaw.com

## CERTIFICATE OF SERVICE

The foregoing document will be served via the Court's CM/ECF system on all counsel of record on the date of entry on the Court's docket.

/s/ Sarah J. Showard
Sarah J. Showard
Showard Law Firm, P.C.
State Bar No. 012350
4703 E. Camp Lowell Dr.
Suite 253
Tucson, Az 85712
Telephone: 520.622.3344
Facsimile: 520.881-9260
sjshoward@showardlaw.com