IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEM PRODUCTS <br> LIABILITY LITIGATION | MDL No. 2327 |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE, that Burke Harvey, LLC, by and through the undersigned counsel, respectfully moves this court for entry of an order updating the firm's information in MDL No. 2327, and which individual member case in which Burke Harvey, LLC is associated.

Burke Harvey, LLC moves to change the firm's address effective immediately to : 3535 Grandview Parkway, Suite 100, Birmingham Al 35243 in MDL No. 2327.

Accordingly, Burke Harvey, LLC respectfully requests that the Court enter an order updating the law firm's information in MDL No. 2327, and each individual member case in which the undersigned counsel is associated.

Dated: August 3, 2015

                                                Respectfully submitted,

                                                /s/ W. Todd Harvey
                                                W. Todd Harvey
                                                Burke Harvey, LLC
                                                3535 Grandview Parkway, Suite 100
                                                Birmingham, Al 35243
                                                Telephone:  (205) 930-9091
                                                Facsimile: (205) 930-9054
                                                tharvey@burkeharvey.com

Camille L. Edwards, Esq.
Burke Harvey, LLC
3535 Grandview Parkway, Suite 100
Birmingham, Al 35243
Telephone:  (205) 930-9091

Facsimile: (205) 930-9054
cedwards@burkeharvey.com

CERTIFICATE OF SERVICE

      The foregoing document will be served via the Court's CM/ECF system on all counsel of record on the date of entry on the court's docket.

      /s/ W. Todd Harvey
W. Todd Harvey
Burke Harvey, LLC
3535 Grandview Parkway, Suite 100
Birmingham, Al 35243
Telephone:  (205) 930-9091
Facsimile: (205) 930-9054
tharvey@burkeharvey.com