IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc.,*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, respectfully moves this Court for entry of an Order updating our firms' address in MDL No. 2327, and each individual member cases, in which Gruber & Gruber and the Law Offices of Howard A. Snyder are associated with.  The telephone numbers, facsimile numbers, and email addresses for Gruber & Gruber and the Law Offices of Howard A. Snyder remain unchanged.  In support of its motion, Plaintiffs state the following:

    Effective August 3, 2015, Gruber & Gruber and the Law Offices of Howard A. Snyder, attorneys in this matter relocated their offices to:

                  15165 Ventura Boulevard, Suite **450**
                  Sherman Oaks, CA  91403

Accordingly, Plaintiffs respectfully requests that the Court enter an Order updating the address for Gruber & Gruber and the Law Offices of Howard A. Snyder in MDL No. 2327, and each individual member cases, in which Gruber & Gruber and the Law Offices of Howard A. Snyder have associated with.

Dated: August 10, 2015

Respectfully Submitted,

/s/ Brent William Bailey
Brent William Bailey Esq., SBN 24006191
LAW OFFICES OF BILL BAILEY, PC
2400 Lakeside Blvd., Suite 610
Richardson, Texas 75082
Telephone: 972-470-0022
Facsimile: 214-276-6821
bbailey@bbaileylaw.com

Howard A. Snyder, Esq., SBN: 113637
LAW OFFICES OF HOWARD A. SNYDER
15165 Ventura Boulevard, Suite 450
Sherman Oaks, California 91403
Telephone: 818-461-1790
Facsimile: 818-461-1793
howard@howardsnyderlaw.com

Daniel S. Gruber, Esq., SBN 113351
GRUBER & GRUBER
15165 Ventura Boulevard, Suite 450
Sherman Oaks, California 91403
Telephone: 818-981-0066
Facsimile: 818-981-2122
dgruber@gruberlawfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that August 10, 2015 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Brent William Bailey