# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CROSS NOTICE OF VIDEO DEPOSITION OF CHUCK AUSTIN

### TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of CHUCK AUSTIN will be

taken jointly in connection with *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*,

MDL No. 2327, United States District Court, Southern District of West Virginia at Charleston

and *Carol Cavness v. Kowalczyk, et al.*, 95th Judicial District, Dallas County, Texas, Cause No.

DC-14-04220, upon oral examination at Courtyard Marriott San Diego/Carlsbad, McClellan-

Palomar Airport, 5835 Owens Avenue, Carlsbad, CA 92208, on August 13, 2015 at 9:00 p.m.,

PST.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the

Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair

System Products Liability Litigation*, MDL No. 2327, Defendants Ethicon Inc. and Johnson &

Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal

Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that

apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this

deposition shall be conducted in accordance with and subject to the Protective Orders entered in

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

This deposition will be taken before a person authorized by law to administer

oaths and video-taped.

Dated: August 7, 2015.

Respectfully submitted,

/s/Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

26682292v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2015, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to CM/ECF participants registered to receive service in this MDL.

/Christy D. Jones_____
Christy D. Jones