UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327


(SEE ATTACHED SCHEDULE)


CONDITIONAL TRANSFER ORDER (CTO −187)


On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for
the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,612 additional
action(s) have been transferred to the Southern District of West Virginia. With the consent of that
court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Southern District of West Virginia and assigned
to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with
the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk
shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 14, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE CTO−187 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CONNECTICUT | | | |
| ~~CT~~ | ~~3~~ | ~~15−01141~~ | ~~Labrecque v. Johnson & Johnson et al~~ Opposed 8/12/15 |
| MISSOURI EASTERN | | | |
| MOE | 4 | 15−01178 | Alfermann et al v. Ethicon, Inc. et al |
| NEW JERSEY | | | |
| NJ | 3 | 15−05710 | MCKIBBIN v. JOHNSON & JOHNSON et al |
| NJ | 3 | 15−05711 | MCVEY v. JOHNSON & JOHNSON et al |
| NJ | 3 | 15−05713 | METCALF v. JOHNSON & JOHNSON et al |
| NJ | 3 | 15−05714 | O'CONNOR v. JOHNSON & JOHNSON et al |
| NJ | 3 | 15−05719 | FUHRMAN v. JOHNSON & JOHNSON et al |
| NJ | 3 | 15−05722 | GEORGE v. JOHNSON & JOHNSON et al |
| NJ | 3 | 15−05758 | PHILLIPS v. JOHNSON & JOHNSON et al |

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
08/14/2015 08:18 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.</span>

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 8/14/2015 at 8:17 AM EDT and filed on 8/14/2015

**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ([2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

**Case Name:**        METCALF v. JOHNSON & JOHNSON et al

**Case Number:** NJ/3:15-cv-05713
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ( [2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.

Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)

**Case Name:**     PHILLIPS v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:15-cv-05758
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ( [2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court

**from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

**Case Name:**      O'CONNOR v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:15-cv-05714
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ( [2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

**Case Name:**      MCKIBBIN v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:15-cv-05710
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ( [2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.

Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)

| | |
|---|---|
| **Case Name:** | FUHRMAN v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-05719 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ( [2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.

Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)

| | |
|---|---|
| **Case Name:** | MCVEY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-05711 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ( [2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

| | |
|---|---|
| **Case Name:** | Alfermann et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:15-cv-01178 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ( [2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

| | |
|---|---|
| **Case Name:** | GEORGE v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-05722 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-187) Finalized on 8/14/15. Please see pleading ( [2134] in MDL No. 2327, 3 in MOE/4:15-cv-01178, 3 in NJ/3:15-cv-05710, 3 in NJ/3:15-cv-05711, 3 in NJ/3:15-cv-05713, 3 in NJ/3:15-cv-05714, 3 in NJ/3:15-cv-05719, 3 in NJ/3:15-cv-05722, 3 in NJ/3:15-cv-05758).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
08/14/2015 08:17 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

## United States

## United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/14/2015 at 8:16 AM EDT and filed on 8/14/2015
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 2134

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s) *re: pldg. ([2117] in
MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in
NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in
NJ/3:15-cv-05758)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-
05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-
cv-05758 (dn)**

**Case Name:**      METCALF v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:15-cv-05713
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s) *re: pldg. ( [2117] in***

*MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in NJ/3:15-cv-05758)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

| | |
|---|---|
| **Case Name:** | PHILLIPS v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-05758 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s)** *re: pldg. ( [2117] in MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in NJ/3:15-cv-05758)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

| | |
|---|---|
| **Case Name:** | O'CONNOR v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-05714 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s)** *re: pldg. ( [2117] in MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in NJ/3:15-cv-05758)* Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

| | |
|---|---|
| **Case Name:** | MCKIBBIN v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-05710 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s)** *re: pldg. ( [2117] in MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in NJ/3:15-cv-05758)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

| | |
|---|---|
| **Case Name:** | FUHRMAN v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-05719 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s)** *re: pldg. ( [2117] in MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in NJ/3:15-cv-05758)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

| | |
|---|---|
| **Case Name:** | MCVEY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:15-cv-05711 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s)** *re: pldg. ( [2117] in MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in NJ/3:15-cv-05758)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

| | |
|---|---|
| **Case Name:** | Alfermann et al v. Ethicon, Inc. et al |
| **Case Number:** | MOE/4:15-cv-01178 |
| **Filer:** | |

**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s)** *re: pldg. ( [2117] in MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in NJ/3:15-cv-05758)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

**Case Name:**    GEORGE v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:15-cv-05722
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-187) - 8 action(s)** *re: pldg. ( [2117] in MDL No. 2327, 1 in MOE/4:15-cv-01178, 1 in NJ/3:15-cv-05710, 1 in NJ/3:15-cv-05711, 1 in NJ/3:15-cv-05713, 1 in NJ/3:15-cv-05714, 1 in NJ/3:15-cv-05719, 1 in NJ/3:15-cv-05722, 1 in NJ/3:15-cv-05758)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/14/2015.**

**Associated Cases: MDL No. 2327, MOE/4:15-cv-01178, NJ/3:15-cv-05710, NJ/3:15-cv-05711, NJ/3:15-cv-05713, NJ/3:15-cv-05714, NJ/3:15-cv-05719, NJ/3:15-cv-05722, NJ/3:15-cv-05758 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NJ/3:15-cv-05713 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-05713 Notice will not be electronically mailed to:**

**NJ/3:15-cv-05758 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-05758 Notice will not be electronically mailed to:**

**NJ/3:15-cv-05714 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-05714 Notice will not be electronically mailed to:**

**NJ/3:15-cv-05710 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-05710 Notice will not be electronically mailed to:**

**NJ/3:15-cv-05719 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-05719 Notice will not be electronically mailed to:**

**NJ/3:15-cv-05711 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-05711 Notice will not be electronically mailed to:**

**MOE/4:15-cv-01178 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Timothy J Phillips     tjplaw@swbell.net

Bettina J. Strauss     bjstrauss@bryancave.com

**MOE/4:15-cv-01178 Notice will not be electronically mailed to:**

Ethicon SARL
Rue Puits Godet 20
Neuchatel, Switzerland, CH-2000

Ethicon SAS
1 Rue Camille Desmoulins, TSA
81002
Issy-Les-Moulineaux, F-92787
Cedex 9
France

Johnson & Johnson Medical GmbH
Robert-Koch-Str. 1
Norderstedt, Germany, 22851

Johnson & Johnson Medical, Ltd.
China Central Place Office Building
77 Jianguo Road
14 Floor, Building III
Chaoyang District, 100025
Beijing

**NJ/3:15-cv-05722 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, ldavis-primo@erichweinberg.com

**NJ/3:15-cv-05722 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/14/2015] [FileNumber=585592-0]

[36d8badf286b309402c8bb6902f075452118ca9ed6d368ab35c35eaea23edefdc47ab
5ad027cc94a7b00ce212d7e1956eded68e0a86360ff7b175971c12fe1b7]]