IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS           MDL No. 2327
LIABILITY LITIGATION

---------------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ATTORNEY INFORMATION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that Lopez McHugh, LLP ("Lopez McHugh"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating their firm information in MDL No. 2327 and each individual member case in which any of the below-named attorneys are associated. In support of its motion, Lopez McHugh states the following:

1. The following attorneys have appearances entered in these matters on behalf of Lopez McHugh: Regina S. Johnson (NJ Bar No. 002641994), and Rayna E. Kessler (NJ Bar No. 031782010), and Pauline Toboulidis (NJ Bar No. 908082012).

2. As of November 2014, Rayna Kessler no longer works at Lopez McHugh.

3. As of August 17, 2015, Pauline Toboulidis no longer works at Lopez McHugh.

Accordingly, counsel moves to withdraw Rayna Kessler and Pauline Toboulidis in all actions in which they have appeared on behalf of Lopez McHugh and moves to substitute Dana Maugeri (NJ Bar No. 026412010) as Counsel in MDL No. 2327.

Counsel respectfully requests that the Court enter an Order in MDL No. 2327, as well as each individual member case with which she may have been associated.

Dated: August 17, 2015

                                                          s/Regina S. Johnson
                                                          Regina S. Johnson, Esq.
                                                          NJ Bar No. 002641994
                                                          LOPEZ MCHUGH, LLP
                                                          214 Flynn Avenue
                                                          Moorestown, NJ 08057
                                                          Tel: (856) 273-8500
                                                          Fax: (856) 273-8502

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                   s/Regina S. Johnson
                   Regina S. Johnson, Esq.
                   NJ Bar No. 002641994
                   LOPEZ MCHUGH, LLP
                   214 Flynn Avenue
                   Moorestown, NJ 08057
                   Tel: (856) 273-8500
                   Fax: (856) 273-8502