## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Felicita Torres<br>Annette Gill<br>Dorothy Vecere-Riley<br>Karen Nez | New Mexico | 1:14-cv-00743 | 2:14-cv-29741 |