**Exhibit B**

I. <u>**For Directly Filed Cases**</u>:

<div style="text-align:center">

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ )

_____

**SHORT FORM COMPLAINT**

</div>


II. **For All Other Cases:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

    **Plaintiffs,**

v.                                   Civil Action No. _____
                                      (Severed from SDWV Civil Action
                                      No. _____)

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**

**COMPLAINT AND JURY DEMAND**