# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                            MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs in the case listed on the attached Exhibit A and Defendant American Medical Systems, Inc. jointly stipulate that the actions named on Exhibit A be dismissed without prejudice. As AMS is the only remaining defendant in this case, the parties request that the case be removed from the docket. Parties to bear their own costs.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Robert Bates | /s/ Barbara R. Binis |
| Tony Seaton, BPR #7279 | Barbara R. Binis |
| Robert Bates, BPR #30067 | REED SMITH |
| Law Offices of Tony Seaton, PLLC | Three Logan Square |
| 118 E Watauga Avenue | 1717 Arch Street, Suite 3100 |
| Johnson City, TN 37601 | Philadelphia, PA 19103 |
| (423) 282-1041 | (215) 851-8100 |
| rbates@tonyseaton.com | bbinis@reedsmith.com |
| *Counsel for Plaintiffs on Exhibit A* | *Counsel for Defendants American Medical Systems, Inc. and Endo Pharmaceuticals Inc.* |

DATED: August 19, 2015

**EXHIBIT A – LAW OFFICES OF TONY SEATON, PLLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-24365 | Deborah Kay Baumgardner, Michael Baumgardner v. American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis