UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CROSS NOTICE OF VIDEO DEPOSITION OF MATT HENDERSON AND PIET HINOUL

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of each of Matt Henderson and Piet Hinoul will be taken jointly in connection with *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, United States District Court, Southern District of West Virginia at Charleston and *Carol Cavness v. Kowalczyk, et al.*, 95th Judicial District, Dallas County, Texas, Cause No. DC-14-04220, upon oral examination at the offices of Riker, Danzig Scherer Hyland & Perretti, LLP, Headquarters Plaza One Speedwell Avenue, Morristown, New Jersey, 07962-1981, on August 27, 2015 @9:00 a.m. EST and August 28, 2015 @ 9:00 a.m. EST, respectively.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Defendants Ethicon Inc. and Johnson & Johnson hereby cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Defendants Ethicon, Inc. and Johnson & Johnson further state that this

26682292v1

deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

This deposition will be taken before a person authorized by law to administer oaths and video-taped.

Dated: August 20, 2015

          Respectfully submitted,

          /s/Christy D. Jones
          Christy D. Jones
          BUTLER SNOW LLP
          1020 Highland Colony Parkway
          Suite 1400 (39157)
          P.O. Box 6010
          Ridgeland, MS 39158-6010
          (601) 985-4523
          Christy.jones@butlersnow.com

          /s/ David B. Thomas
          David B. Thomas (W.Va. Bar #3731)
          Thomas Combs & Spann PLLC
          300 Summers Street
          Suite 1380 (25301)
          P.O. Box 3824
          Charleston, WV 25338
          (304) 414-1807
          dthomas@tcspllc.com

          COUNSEL FOR DEFENDANTS
          ETHICON, INC. AND
          JOHNSON & JOHNSON

26682292v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/Christy D. Jones
Christy D. Jones

26682292v1