**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE
ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT**
**AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical

Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims

between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these

actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their

own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute

their actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
Tracy G. Weiss
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Clayton A. Clark
Clayton A. Clark
CLARK, LOVE & HUTSON
440 Louisiana Street
Suite 1600
Houston, TX  77002
713.757.1400 (phone)
713.759.1217 (fax)

*Attorney for Plaintiffs on Exhibit A*

Dated: August 21, 2015

## EXHIBIT A – CLARK LOVE & HUTSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00872 | Cathleen Ankenman, John Ankenmann v. Ethicon, Inc., American Medical Systems, Inc.,  Johnson & Johnson |
| 2:12-cv-03813 | Cindy Guerrero, Frank Guerrero, Jr. v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:12-cv-05076 | Juanita Himes, Norman  Himes v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-11546 | D'aun Combest, Craig A. Combest v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-32799 | Patricia L. Ott, Patrick Ott v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-00299 | Rebecca J. Long v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-00303 | Susan H. Lovett v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-cv-02094 | Yvonne C. Christian v. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 2:14-cv-03986 | Judith E. Stanley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-06663 | Rutha M. Griffin, Clarence Griffin, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-08605 | Catherine E. Yacko, Ronald R. Yacko v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-cv-09253 | Victoria A. Romero, Thomas R. Romero v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/Barbara R. Binis