# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO QUASH THE CROSS NOTICE OF VIDEO DEPOSITION OF CHUCK AUSTIN

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby oppose Plaintiffs' Motion to Quash the Cross Notice of Video Deposition of Chuck Austin [Docket No. 1658]. Nevertheless, Ethicon will not burden the Court with a detailed substantive response, as there is no immediate dispute warranting resolution of Plaintiff's motion in light of the fact that the deposition has already taken place and Plaintiffs are not presently seeking another deposition of Mr. Austin in the MDL. However, Ethicon reserves its right to file a more detailed submission to the extent a concrete dispute later arises with respect to the position Plaintiffs take in their motion.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON


*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010

        Ridgeland, MS  39158-6010
        (601) 985-4523

        */s/ David B. Thomas*
        David B. Thomas (W. Va. Bar No. 3731)
        Thomas Combs & Spann, PLLC
        300 Summers Street, Suite 1380
        P.O. Box 3824
        Charleston, WV  25338-3824
        (304) 414-1800

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on August 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Christy D. Jones*
                                                Christy D. Jones
                                                Butler Snow LLP
                                                1020 Highland Colony Parkway
                                                Suite 1400 (39157)
                                                P.O. Box 6010
                                                Ridgeland, MS 39158-6010
                                                (601) 985-4523
                                                christy.jones@butlersnow.com