IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                    MDL NO. 2327
          PELVIC REPAIR SYSTEM
          PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

# O R D E R

Pending before the court is a Motion for Change of Address, filed on August 10, 2015. [Docket # 1655.]  In the motion, counsel request that in the main MDL and each individual case in which Gruber & Gruber and the Law Offices of Howard A. Snyder are associated, the firm address be updated as set forth in the motion.

It is **ORDERED** that the Motion for Change of Address is **GRANTED**.

The Clerk is DIRECTED to update the firm address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Howard A. Snyder or Daniel S. Gruber are associated.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  August 27, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE