IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**AMENDED JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Respectfully:

*/s/ Barbara R. Binis* _____
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Clayton A. Clark
Clayton A. Clark
CLARK, LOVE & HUTSON
440 Louisiana Street
Suite 1600
Houston, TX  77002
713.757.1400 (phone)
713.759.1217 (fax)

*Attorney for Plaintiffs on Exhibit A*


Dated:  August 31, 2015

## EXHIBIT A – CLARK LOVE & HUTSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:12-cv-00872 | Cathleen Ankenman, John Ankenmann v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:12-cv-03813 | Cindy Guerrero, Frank Guerrero, Jr. v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:12-cv-05076 | Juanita Himes, Norman Himes v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-11546 | D'aun Combest, Craig A. Combest v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-32799 | Patricia L. Ott, Patrick Ott v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-00299 | Rebecca J. Long v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-00303 | Susan H. Lovett v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-cv-03986 | Judith E. Stanley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-06663 | Rutha M. Griffin, Clarence Griffin, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-08605 | Catherine E. Yacko, Ronald R. Yacko v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-cv-09253 | Victoria A. Romero, Thomas R. Romero v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

*/s/ Barbara R. Binis*