**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions without prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Michael K. Johnson  
Michael K. Johnson  
JOHNSON BECKER  
Suite 4530  
33 South Sixth Street  
Minneapolis, MN 55402  
612.436.1800 (phone)  
612.339.8168 (fax)  
mjohnson@johnsonbecker.com  
*Attorneys for Plaintiffs on Exhibit A*

/s/ J. Mark Kell  
J. Mark Kell  
KELL LAMPIN  
Suite A  
5770 Mexico Road  
St. Peters, MO 63376-2264  
636.498.4878 (phone)  
636.441.0198 (fax)  
mark.kell@KellLampinLaw.com  
*Attorney for Plaintiffs on Exhibit B*

/s/ John Foley  
John Foley  
SIMMONS HANLY CONROY  
One Court Street  
Alton, IL 62002  
618.259.2222 (phone)  
618.259.2251 (fax)  
jfoley@simmonsfirm.com  
*Attorney for Plaintiffs on Exhibit C*

Dated:  September 2, 2015

## EXHIBIT A – JOHNSON BECKER

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-19521 | Sandra McAndrews, Michael McAndrews v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – KELL LAMPIN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06098 | Victoria Adell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C - SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-07501 | Pamela A. Allen v. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

    */s/ Barbara R. Binis*