**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-H and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them.

Respectfully:

*/s/ Barbara R. Binis*
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ William J. Doyle II
William J. Doyle, II
DOYLE LOWTHER
Suite 150
10200 Willow Creek Road
San Diego, CA 92131
858.935.9960 (phone)
858.939.1939 (fax)
bill@doylelowther.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Jeffrey S. Glassman
Jeffrey S. Glassman
THE LAW OFFICES OF JEFFREY S.
GLASSMAN
Suite 3333
One Beacon Street
Boston, MA 02108
617.367.2900 (phone)
617.720.9999 (fax)
jeff@jeffreysglassman.com
*Attorney for Plaintiffs on Exhibit B*

/s/ J. Mark Kell
J. Mark Kell
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376-2264
636.498.4878 (phone)
636.441.0198 (fax)
mark.kell@KellLampinLaw.com
*Attorney for Plaintiffs on Exhibit C*

/s/ W. Mark Lanier
W. Mark Lanier
THE LANIER LAW FIRM
Sixth Floor
Tower 56
126 East 56th Street
New York, NY 10022
212.421.2800 (phone)
212.421.2878 (fax)
WML@lanierlawfirm.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
ffitzpatrick@motleyrice.com
*Attorney for Plaintiffs on Exhibit E*

/s/ John Foley
John Foley
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
618.259.2222 (phone)
618.259.2251 (fax)
jfoley@simmonsfirm.com
*Attorney for Plaintiffs on Exhibit F*

/s/ Kyla Cole
Kyla Cole
WATERS & KRAUS
3219 McKinney Avenue
Dallas, TX 75204
214.357.6244 (phone)
214.357.7252 (fax)
kcole@waterskraus.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Edward A. Wallace
Edward A. Wallace
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603
312.346.2222 (phone)
312.346.0022 (fax)
eaw@wexlerwallace.com
*Attorney for Plaintiffs on Exhibit H*

Dated: September 2, 2015

## EXHIBIT A - DOYLE LOWTHER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08237 | Penny Shoffner v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

# EXHIBIT B - THE LAW OFFICES OF JEFFREY S. GLASSMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-27492 | Anjela N. Schieving, Bryce A. Schieving v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – KELL LAMPIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-29578 | Tina Hopster, Duane Hopster v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

**EXHIBIT D - THE LANIER LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06914 | Cynthia Ross, Ken Ross v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-14160 | Linda Sistos v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E- MOTLEY RICE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-03894 | Wilma Jean Petersen, Terry Herman Petersen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F - SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-02908 | Cynthia Cann, James Cann v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G - WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11918 | Aracelia G. Brazas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-15826 | Marie-Celine Harrington, Roland Harrington, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT H - WEXLER WALLACE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-22491 | Cathy L. Thompson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis