IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                     MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Denying Docket # 1675 as Moot and Dismissing Defendant
American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 1675], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice, filed by Plaintiffs, identified in the attached Exhibit A, and American Medical Systems, Inc. ("AMS").  Plaintiffs and AMS have now filed an Amended Joint Motion to Dismiss with Prejudice [Docket # 1683] seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain in the actions, and plaintiffs will continue to prosecute these actions against them.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice [Docket # 1675] is **DENIED AS MOOT**.  It is further **ORDERED** that the Amended Joint Motion to Dismiss with Prejudice [Docket # 1683] is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed in the attached Exhibit A.

ENTER:  September 4, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – CLARK LOVE & HUTSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00872 | Cathleen Ankenman, John Ankenmann v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:12-cv-03813 | Cindy Guerrero, Frank Guerrero, Jr. v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:12-cv-05076 | Juanita Himes, Norman Himes v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-11546 | D'aun Combest, Craig A. Combest v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-32799 | Patricia L. Ott, Patrick Ott v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-00299 | Rebecca J. Long v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-00303 | Susan H. Lovett v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-cv-03986 | Judith E. Stanley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-06663 | Rutha M. Griffin, Clarence Griffin, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-08605 | Catherine E. Yacko, Ronald R. Yacko v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-cv-09253 | Victoria A. Romero, Thomas R. Romero v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |