IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**

(Dismissing Defendant American Medical Systems, Inc. from Certain Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 1684], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. Without Prejudice filed by plaintiffs, identified on the attached Exhibits A-C, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions, without prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS without Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-C.

ENTER: September 4, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – JOHNSON BECKER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-19521 | Sandra McAndrews, Michael McAndrews v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – KELL LAMPIN

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-06098 | Victoria Adell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C - SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-07501 | Pamela A. Allen v. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, American Medical Systems, Inc. |

Case 2:12-md-02327   Document 1689   Filed 09/04/15   Page 4 of 4 PageID #: 20428