# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : CIVIL ACTION NO. 2:12-md-02327<br>: MDL No. 2327<br>:<br>: Judge Joseph R. Goodwin |
| This Document Applies To All Actions | : |

## CERTIFICATE OF SERVICE OF PLAINTIFFS' THIRD REQUEST FOR <u>PRODUCTION OF DOCUMENTS TO DEFENDANTS</u>

I, D. Renee Baggett, hereby certify that on September 4, 2015, I served the following:

1. Plaintiffs' Third Request for Production of Documents to Defendants

via electronic mail upon:

David B. Thomas, Esq.
THOMAS COMBS & SPANN
P.O. Box 3824
Charleston, WV  25338
<u>dthomas@tcspllc.com</u>

Christy D. Jones
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601/948-5711
Fax: 601/985-4500
Email: <u>christy.jones@butlersnow.com</u>

18

Dated: September 4, 2015.

By:   /s/ D. Renee Baggett
    D. RENEE BAGGETT
    Aylstock, Witkin, Kreis and Overholtz, PLC
    17 E. Main Street, Suite 200
    Pensacola, FL  32563
    850-202-1010
    850-916-7449
    Rbaggett@awkolaw.com