## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
tweiss@reedsmith.com
Attorney for Defendant American Medical Systems, Inc.

/s/ Andrew F. Kirkendall
Andrew F. Kirkendall
KIRKENDALL DWYER
Suite 625
16000 Dallas Parkway
Dallas, TX 75248
214.271.4027 (phone)
214.253.0629 (fax)
AK@kirkendalldwyer.com
*Attorney for Plaintiffs on Exhibit A*

Dated: _____

/s/ Michael Leslie Hodges
Michael Leslie Hodges
HODGES LAW FIRM
13420 Santa Fe Trail Drive
Lenexa, KS 66215
913.888.7100 (phone)
913.888.7388 (fax)
mikehodges@hodgeslawfirm.com
*Attorney for Plaintiffs on Exhibit B*

## EXHIBIT A – KIRKENDALL DWYER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-31488 | Vickie Carter, Bradley Carter v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT B – HODGES LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-09535 | Lucia Kosicky, Josef Kosicky v. Ethicon, Inc., Boston Scientific Corporation, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

_/s/  Barbara Binis_____