## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO CASE
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Certain Case without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 1669], is a Stipulation of Dismissal Without Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from this action, without prejudice, because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. AMS is the only remaining defendant in this action. After careful consideration, it is **ORDERED** that the Stipulation of Dismissal Without Prejudice is **GRANTED**. It is further **ORDERED** that the action listed on the attached Exhibit A is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: September 15, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A – LAW OFFICES OF TONY SEATON, PLLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-24365 | Deborah Kay Baumgardner, Michael Baumgardner v. American Medical Systems, Inc. |