IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**

(Dismissing Defendant American Medical Systems, Inc. from Certain Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 1670], is an Amended Stipulation of Dismissal Without Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions, without prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. The Amended Stipulation of Dismissal Without Prejudice [docket # 1670] amends the Stipulation of Dismissal Without Prejudice filed on July 1, 2015 [docket # 1620]. After careful consideration, it is **ORDERED** that the Stipulation to Dismiss AMS without Prejudice [docket # 1670] is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: September 15, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – LAW OFFICES OF TONY SEATON, PLLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-24274 | Deborah Kay Baumgardner v. Ethicon Endo-Surgery, Inc., American Medical Systems, Inc., Endo Pharmaceuticals, Inc. |
| 2:15-cv-03265 | Edna Irene Nunn, James Nunn v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-03266 | Teresa Gray v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-03272 | Elizabeth Julie Mayse, Michael Mayse v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-03277 | Diane Roberson, Floyd Roberson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |