## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.                       MDL NO. 2327
PELVIC REPAIR SYSTEMS PRODUCTS
LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, respectfully moves this Court for entry of an Order updating my firm's address in MDL Nos. 2326, 2325, 2187, 2327, and 2387, and each individual member cases, in which Audet & Partners is associated with. The telephone number, facsimile number, and email addresses for Audet & Partners' attorneys remain unchanged. In support of its motion, Plaintiffs state the following:

Effective September 16, 2015, the Audet & Partners LLP's attorneys in this matter relocated their offices to:

>Audet & Partners, LLP
>711 Van Ness Avenue, Suite 500
>San Francisco, CA 94102

Accordingly, Plaintiffs respectfully requests that the Court enter an Order updating the address for Audet & Partners attorneys in MDL Nos. 2326, 2325, 2187, 2327, and 2387, and each individual member cases, in which Audet & Partners is associated with.

This the 16th day of September, 2015.

                                                    *By*: /s/: Mark E. Burton, Jr.

                                                          Mark E. Burton, Jr.
                                                          California Bar No: 178400
                                                          AUDET & PARTNERS, LLP

711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) 568-2555 – telephone
(415) 568-2556 – facsimile
mburton@audetlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      /s/ Thom E. Smith