**EXHIBIT 4**

Patricia L. Murray, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

```
IN RE: ETHICON, INC.           MDL NO. 2327
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION
- - - - - - - - - - - - - - - +
                               |
                               |
SAUNDRA LANDES and CHARLES     |
LANDES,                        |
                               |
                               |
        Plaintiffs,            |  Case Number:
                               |
                               |
   vs.                         |  2:12-cv-1262
                               |
ETHICON, INC., ETHICON, LLC    |
ETHICON, INC., AND JOHNSON     |
AND JOHNSON,                   |
                               |
                               |
        Defendants.            |
                               |
- - - - - - - - - - - - - - - +
```

Deposition of Patricia L. Murray, M.D.
Fredericksburg, Virginia
Thursday, June 6, 2013
5:30 p.m.

Reported by: Laurie Bangart-Smith, RPR, CRR

Patricia L. Murray, M.D.

Page 2

```
 1                    Deposition of
 2              PATRICIA L. MURRAY, M.D.
 3
 4   Held at the offices of:
 5         Gynecology Associates of Fredericksburg
 6         221 Park Hill Drive
 7         Fredericksburg, Virginia 22401
 8         (540)368-1986
 9
10
11
12
13
14
15
16
17
18         Taken pursuant to notice, before
19   Laurie Bangart, Registered Professional
20   Reporter, Certified Realtime Reporter, and
21   Notary public in and for the Commonwealth of
22   Virginia.
23
24
25
```

Patricia L. Murray, M.D.

Page 3

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFFS:
 3            Levin, Simes, Kaiser & Gornick, LLP
 4            353 Sacramento Street, 20th Floor
 5            San Francisco, California 94111
 6            (415)426-3000
 7            By:  Meghan E. McCormick, Esq.
 8                 mmccormick@levinsimes.com
 9   ON BEHALF OF THE DEFENDANTS:
10            Ice Miller, LLP
11            One American Square
12            Suite 2900
13            Indianapolis, Indiana 46282
14            (317)236-2296
15            By:  Kimberly C. Metzger, Esq.
16                 kimberly.metzger@icemiller.com
17
18
19
20
21
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Patricia L. Murray, M.D.

Page 7

1         P R O C E E D I N G S
2         PATRICIA MURRAY, M.D.,
3    having been first duly sworn, testified upon her
4    oath as follows:
5         EXAMINATION BY COUNSEL FOR PLAINTIFFS
6    BY MS. McCORMICK:
7         Q    Doctor, my name is Meghan McCormick.  I
8    represent Saundra Landes and her husband in a case
9    against Johnson & Johnson and Ethicon related to the
10   use of the product, the TVT-O transvaginal mesh.
11             You and I have met before; correct?
12        A    Correct.
13        Q    And just for the record, when did we meet?
14        A    Last night or yesterday afternoon.
15        Q    For how long?
16        A    About two hours.
17        Q    And have you ever had your deposition taken
18   before?
19        A    Yes.
20        Q    Okay.
21             So you remember the ground rules to answer
22   yes or no?  "Mm-hmm" and "huh-uh" doesn't work?
23        A    Yes.  It's been like 25 years, but -- so
24   it's been a long time ago, so I don't know how much I
25   remember.

```
 1   beyond that.
 2        Q    I see.
 3             Before today's deposition, have you spoken
 4   with any attorney who represents Ethicon or Johnson &
 5   Johnson?
 6        A    No.
 7        Q    Have you spoken to any representative of
 8   Ethicon or Johnson & Johnson regarding either this
 9   suit specifically or the litigation in general?
10        A    I'm sorry.  Could you repeat the question.
11        Q    Have you spoken to any representative,
12   somebody with the company, either Ethicon or Johnson &
13   Johnson?
14        A    No.
15        Q    Did you do anything to prepare for the
16   deposition today?
17        A    I read over the article that you gave me
18   yesterday.
19        Q    Just for the record, which article is that?
20        A    It's called -- it's in AJOG, American
21   Journal of Obstetrics & Gynecology, and it's "Adverse
22   Events Over Two Years After Retropubic or
23   Transobturator Midurethral Sling Surgery, Findings
24   from the Trial of Midurethral Slings (TOMUS) Study,"
25   and it's dated November 2011.
```

1  post-op exam.
2         MS. McCORMICK:  I think, given the
3  time, I will pass the witness at this point.
4         Thank you.
5         THE WITNESS:  Thanks.
6         MS. McCORMICK:  Just for the
7  record, I cut it short.
8         MS. METZGER:  That was unexpected.
9         MS. McCORMICK:  I'm sure it was.
10        (Whereupon, a short recess was
11        taken.)
12     EXAMINATION BY COUNSEL FOR DEFENDANTS
13  BY MS. METZGER:
14    Q    Dr. Murray, my name is Kim Metzger.  I
15  represent Johnson & Johnson and Ethicon, and we met
16  throughout the course of this evening.
17        We have not met before; is that correct?
18    A    That's correct.
19    Q    Ms. McCormick had the opportunity to ask you
20  some questions about your care and treatment of
21  Ms. Landes and some other questions as well, and this
22  is my opportunity to do the same thing.
23        Can you let me know a little bit about the
24  meeting that you had with Ms. McCormick.
25        Was it yesterday?

```
 1      A    Yes.
 2      Q    What did you talk about with her yesterday?
 3      A    Basically we just -- the documents that were
 4   going to be needed for tonight and that I was prepared
 5   to present everything, you know, and that also we
 6   talked about -- she gave me this information.
 7      Q    You pointed to the journal article that you
 8   have on the table with you --
 9      A    Correct.
10      Q    -- entitled "Adverse Events Over Two Years
11   After Retropubic Transobturator Midurethral Sling
12   Surgery," by Brubaker, et al; correct?
13      A    Correct, and we went through the medical
14   record.
15      Q    Okay.
16           Did she ask you any questions like "if I ask
17   you this, what would your answer be," that sort of
18   thing?
19      A    No.
20      Q    Did she ask you for any opinions about
21   whether any condition that Mrs. Landes is suffering
22   from now or suffered from in the past was caused by
23   the TVT-O device?
24      A    Did she -- say the question again.
25      Q    It was a long question.
```

Patricia L. Murray, M.D.

Page 119

1     Did she ask you if you had an opinion --
2  first of all, did she tell you or give you any
3  information about what Mrs. Landes and Mr. Landes are
4  alleging in their complaint?
5     A    That there was a problem with dyspareunia
6  and some bladder incontinence.
7     Q    Okay, and did she ask you if you would
8  relate any dyspareunia Mrs. Landes is having or any
9  bladder problems that Mrs. Landes is having to the
10 TVT-O device?
11    A    Just in general as far as, you know, is
12 there a risk of those problems occurring with the use
13 of TVT.
14    Q    And that's certainly the case.  There is a
15 risk of both dyspareunia and bladder problems
16 associated with the TVT implant; correct?
17    A    Yes.
18    Q    And that was a risk that you knew about at
19 the time that you performed the surgery on
20 Mrs. Landes in May 2010?
21    A    Yes.
22    Q    And that was a risk you also warned
23 Mrs. Landes about before you performed the procedure;
24 is that right?
25    A    Correct.

Golkow Technologies, Inc. - 1.877.370.DEPS