# EXHIBIT 5

## Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3              CHARLESTON DIVISION
 4
 5  IN RE:  ETHICON, INC.,       MDL. NO. 2327
    PELVIC REPAIR SYSTEMS
 6  PRODUCTS LIABILITY LITIGATION
 7
 8  LISA SCHNEEBERGER INGRAM, :
 9       Plaintiff,   :
10     v         : CASE NO. 2:12-cv-9300
11  ETHICON INC., et al.,   :
12       Defendants.   :
13              * * *
14     Videotaped Deposition of Todd Myers, M.D.
15            Tuesday, July 9, 2013
16              * * *
17  a witness herein, taken on behalf of the plaintiff
18  in the above-entitled cause of action pursuant to
19  notice and the Federal Rules of Civil Procedure, by
20  and before Lisa K. Hall, Certified Court Reporter
21  and Notary Public within and for the State of West
22  Virginia, at the offices of Marietta Gynecologic
23  Association, 410 Second Street, Marietta, Ohio
24  45750, commencing at 2:57 p.m.
```

## Page 2

```
 1  APPEARANCES:
 2
 3          On behalf of the Plaintiff:
 4       MICHAEL H. BOWMAN, Esquire
 5  Wexler Wallace, LLP, 55 West Monroe Street,
 6  Suite 3300, Chicago, Illinois 60603
 7         Telephone:  (312) 346-2222
 8          Fax:  (312) 346-0022
 9       E-mail:  mhb@wexlerwallace.com
10
11         On behalf of the Defendants:
12      JENNIFER L. STEINMETZ, Esquire
13  Tucker Ellis, LLP, 950 Main Avenue, Suite 1100,
14  Cleveland, Ohio 44113
15         Telephone:  (216) 592-5000
16          Fax:  (216) 592-5009
17     E-mail: jennifer.steinmetz@tuckerellis.com
18
19
20               and
21
22
23
24
```

## Page 3

```
 1  APPEARANCES (Cont.)
 2
 3         On behalf of the Defendants:
 4       KIMBERLY METZGER, Esquire
 5  Ice Miller, LLP, One American Square, Suite 2900,
 6  Indianapolis, Indiana 46282
 7         Telephone:  (317) 236-2100
 8          Fax:  (317) 592-4823
 9      E-mail:  kimberly.metzger@icemiller.com
10
11  ALSO PRESENT:
12       Jim Kafantaris, Videographer
```

## Page 4

```
 1              I N D E X
 2  WITNESS                           PAGE
 3  Todd Myers, M.D.
 4     Examination By Mr. Bowman ........... 11
 5     Examination By Ms. Metzger .......... 66
 6     Examination By Mr. Bowman ........... 128
 7     Examination By Ms. Metzger .......... 137
 8     Examination By Mr. Bowman ........... 141
 9
10            E X H I B I T S
11                              PAGE
12  Myers Deposition Exhibit No. 1 ........... 10
13  Myers Deposition Exhibit No. 2 ........... 10
14  Myers Deposition Exhibit No. 3 ........... 17
15  Myers Deposition Exhibit No. 4 ........... 58
16  Myers Deposition Exhibit No. 5 ........... 103
17  Myers Deposition Exhibit No. 6 ........... 117
18  Myers Deposition Exhibit No. 7 ........... 124
19  Myers Deposition Exhibit No. 8 ........... 142
20
21            O B J E C T I O N S
22            PAGE        LINE
23  By Ms. Metzger..............24.............5
24  By Ms. Metzger..............43............18
```



TODD MYERS, M.D.  
SCHNEEBERGER INGRAM v ETHICON INC.

July 09, 2013  
85–88

Page 85
1  expressed to you directly about that advertising?
2          MR. BOWMAN:  Objection to form.
3  A.     Most patients don't know specifics.  They
4  just think that there is something wrong with the
5  mesh because it's on TV, and -- you know, and then
6  there's -- there's ads on TV from attorneys'
7  offices, and so they come in worried about mesh, or
8  not wanting mesh, but they don't know why, because
9  the TV commercial doesn't specify.
10         I guess maybe it -- it does give problems,
11  but -- but what the -- I think what my patients
12  come to me with is just, Well, don't put mesh in
13  me, I heard it's bad.  That's basically what I
14  get.
15         And then I -- I step through the --
16  I mean, in a way, it's been good for me.  It makes
17  me step through all the possible complications very
18  thoroughly with the patient because -- to try to
19  allay their fears.
20  Q.     Have you or your practice partners ever
21  implanted mesh with pelvic organ prolapse?
22  A.     Yes.
23  Q.     Are you still using mesh for any sort of
24  anterior or posterior repairs?

Page 86
1  A.     No.
2  Q.     Do patients of yours with -- with
3  mid-urethral slings express concerns to you related
4  to the advertising that they have seen on
5  television?
6          MR. BOWMAN:  Objection to form.
7  A.     No.  No.  The vast majority of people are
8  happy with the procedure, and so I don't think the
9  warnings bother them knowing that their procedure
10  was successful.
11  Q.     Doctor, if Mrs. Ingram -- have you had the
12  opportunity to review Mrs. Ingram's deposition
13  transcript?
14  A.     No.
15  Q.     Has anyone spoken to you about
16  Mrs. Ingram's deposition?
17  A.     No.
18  Q.     Have you had the opportunity to speak to
19  Mrs. Ingram's attorneys before this deposition?
20  A.     Briefly, yes.
21  Q.     When was that discussion?
22  A.     I talked to Jeff on the phone, you know,
23  within the last two weeks.
24         And then I just spoke to Mike briefly when

Page 87
1  he first got here.
2  Q.     Who is "Jeff"?
3          THE WITNESS:  Kuntz, is that his
4     name?
5          MR. BOWMAN:  (Nodding head.)
6  BY MS. METZGER:
7  Q.     One of -- That -- That's another one of
8  Mrs. Ingram's attorneys?
9  A.     I assume so.
10  Q.     What was your conversation with Jeff
11  about?
12  A.     He just asked me some general questions,
13  and he basically just wanted to say that they
14  wanted to make sure that the mesh was made --
15  was -- people knew all the contraindications and
16  possible bad effects from the mesh in the future,
17  and it be made safe for patients, is the gist of
18  the conversa -- He just wanted to know why they
19  were taking this to court.
20  Q.     So -- So Jeff wanted to -- can you tell me
21  specifically what Jeff asked you?
22  A.     He kind of asked me if I still did the
23  TVT-O procedure, and -- I'm trying to think
24  specifically what he asked.

Page 88
1          And -- And then he wanted to know -- he
2  asked me what I told patients as far as what the
3  complications were, and -- and I told him, you
4  know, what I usually tell patients.  And he asked
5  me if I knew of some other complications, and, you
6  know, I said no.  That was pretty much the gist of
7  the conversation.
8  Q.     Did Jeff make any recommendations to you
9  about how you should handle the consenting process
10  in the future?
11         MR. BOWMAN:  Objection to form.
12  A.     No.  He just said his goal was to make the
13  consenting process better for the patient in the
14  future.
15  Q.     How long did that conversation with Jeff
16  last?
17  A.     Probably 10 or 15 minutes.
18  Q.     When he said make the consenting process
19  safer in the future, did he offer an opinion to
20  you, or did he say anything to you, about his
21  feelings one way or another about your consenting
22  process for Mrs. Ingram?
23  A.     No.
24  Q.     Did he imply to you or state to you in any

