# EXHIBIT 7

October 17, 2013

```
 1                      - - -
 2                                    :SUPERIOR COURT OF
                                      :NEW JERSEY
 3   IN RE:                           :LAW DIVISION -
     PELVIC MESH/GYNECARE             :ATLANTIC COUNTY
 4   LITIGATION                       :
                                      :MASTER CASE 6341-10
 5                                    :
                                      :CASE NO. 291 CT
 6
 7                      - - -
 8              October 17, 2013
 9                      - - -
10
11          Transcript of the Case Management
12   Conference in the above-captioned matter by Ann
13   Marie Mitchell, a Federally Approved Certified
14   Realtime Reporter, Registered Diplomate Reporter,
15   Certified Court Reporter, and Notary Public for the
16   State of New Jersey, at the Atlantic County Civil
17   Courthouse, 1201 Bacharach Boulevard, Atlantic City,
18   New Jersey, commencing at 10:19 a.m.
19
20                      - - -
21
22
                GOLKOW TECHNOLOGIES, INC.
23          877.370.3377 ph|917.591.5672 fax
                  deps@golkow.com
24
25
```

October 17, 2013

```
 1   BEFORE:
 2
            Hon. Carol E. Higbee
 3
 4   APPEARANCES:
 5
        MAZIE SLATER KATZ & FREEMAN, LLC
 6      BY:  ADAM M. SLATER, ESQUIRE
 7      BY:  CHERYLL A. CALDERON, ESQUIRE
        103 Eisenhower Parkway
 8      Second Floor
        Roseland, New Jersey   07068
 9      (973) 228-9898
        aslater@mskf.net
10      ccalderon@mskf.net
        Representing the Plaintiffs
11
12
        BERNSTEIN LIEBHARD, LLP
13      BY:  JEFFREY S. GRAND, ESQUIRE
        10 East 40th Street
14      New York, New York 10016
        (212) 779-1414
15      grand@bernlieb.com
        Representing the Plaintiffs
16
17
        LAW OFFICES OF ERIC H. WEINBERG
18      BY:  ERIC H. WEINBERG, ESQUIRE
        149 Livingston Avenue
19      New Brunswick, New Jersey 08903
        (732) 246-7080
20      ehw@erichweinberg.com
        Representing the Plaintiffs
21
22
23
24
25
```

```
 1    APPEARANCES (cont.'d):
 2
 3        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
          BY:  D. RENEE BAGGETT, ESQUIRE
 4        17 East Main Street
          Suite 200
 5        Pensacola, Florida 32502
          (850) 202-1010
 6        rbaggett@awkolaw.com
          Representing the Plaintiffs
 7
 8
          KLINE & SPECTER, P.C.
 9        BY:  RITA ASSETTO, ESQUIRE
          The Nineteenth Floor
10        1525 Locust Street
          Philadelphia, Pennsylvania 19102
11        (215) 772-1000
          rita.assetto@klinespecter.com
12        Representing the Plaintiffs
13
14        MOTLEY RICE, LLC
          BY:  DONALD A. MIGLIORI, ESQUIRE
15        321 South Main Street
          2nd Floor
16        Providence, Rhode Island 02903
          (401) 457-7700
17        dmigliori@motleyrice.com
          Representing the Plaintiffs
18
19
          COHEN, PLACITELLA & ROTH, PC
20        BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
          127 Maple Avenue
21        Red Bank, New Jersey 07701
          (732) 747-9003
22        cplacitella@cprlaw.com
          Representing the Plaintiffs
23
24
25
```

```
 1   APPEARANCES (cont.'d):
 2
 3       COHEN, PLACITELLA & ROTH PC
         BY:  JILLIAN A.S. ROMAN, ESQUIRE
 4       Two Commerce Square
         2001 Market Street, Suite 2900
 5       Philadelphia, Pennsylvania 19103
         (215) 567-3500
 6       jroman@cprlaw.com
         Representing the Plaintiffs
 7
 8
         LYNCH DASKAL EMERY LLP
 9       BY:  JENNIFER T. CHILDS, ESQUIRE
         264 West 40th Street, 18th Floor
10       New York, New York 10018
         (212) 302-2400
11       childs@lawlynch.com
         Representing the Plaintiffs
12
13
         SEEGER WEISS LLP
14       BY:  ASIM M. BADARUZZAMAN, ESQUIRE
         BY:  LAURENCE V. NASSIF, ESQUIRE
15       550 Broad Street
         Newark, New Jersey 07102
16       (973) 639-9100
         lnassif@seegerweiss.com
17       Representing the Plaintiffs
18
19       LOPEZ McHUGH LLP
         BY:  REGINA S. JOHNSON, ESQUIRE
20       712 E. Main Street
         Suite 2A
21       Moorestown, New Jersey 08057
         (856) 273-8500
22       rjohnson@lopezmchugh.com
         Representing the Plaintiffs
23
24
25
```

```
 1   APPEARANCES (cont.'d):
 2
 3       THE D'ONOFRIO LAW FIRM LLC
         BY:  HEATHER D'ONOFRIO, ESQUIRE
 4       303 Chestnut Street
         Second Floor
 5       Philadelphia, Pennsylvania 19106
         (215) 923-1056
 6       hdonofrio@donofriofirm.com
         Representing the Plaintiffs
 7
 8
         WEITZ & LUXENBERG P.C.
 9       BY:  ALLAN ZELIKOVIC, ESQUIRE
         700 Broadway
10       New York, New York 10003
         (212) 558-5500
11       azelikovic@weitzlux.com
         Representing the Plaintiffs
12
13
         SANDERS VIENER GROSSMAN, LLP
14       BY:  VICTORIA MANIATIS, ESQUIRE
         100 Herricks Road
15       Mineola, New York 11501
         (516) 741-5252
16       vmaniatis@thesandersfirm.com
         Counsel for Plaintiffs
17
18
         RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
19       BY:  MARY ELLEN SCALERA, ESQUIRE
         BY:  KELLY STRANGE CRAWFORD, ESQUIRE
20       BY:  MAHA KABBASH, ESQUIRE
         Headquarters Plaza
21       One Speedwell Avenue
         Morristown, New Jersey 07962
22       (973) 538-0800
         mscalera@riker.com
23       kcrawford@riker.com
         mkabbash@riker.com
24       Representing Johnson & Johnson and Ethicon
25
```

```
 1    APPEARANCES (cont.'d):
 2
 3        SILLS CUMMIS & GROSS
          BY:  WILLIAM R. STUART, ESQUIRE
 4        One Riverfront Plaza
          Newark, New Jersey 07102
 5        (973) 643-7000
          wstuart@sillscummis.com
 6        Representing Caldera Medical, Inc. and Synovis
          Life Sciences
 7
 8
          SEDGWICK LLP
 9        BY:  MARINA HOPPAS, ESQUIRE
          Three Gateway Center
10        12th Floor
          Newark, New Jersey 07102
11        (973) 242-0002
          marina.hoppas@sedgwicklaw.com
12        Representing Boston Scientific
13
14        REED SMITH LLP
          BY:  MELISSA A. GEIST, ESQUIRE
15        Princeton Forrestal Village
          136 Main Street - Suite 250
16        Princeton, New Jersey 08540
          (609) 987-0050
17        mgeist@reedsmith.com
          Representing CR Bard
18
19
          REED SMITH LLP
20        BY:  LINDSEY R. HARTEIS, ESQUIRE
          2500 One Liberty Place
21        1650 Market Street
          Philadelphia, Pennsylvania 19103
22        (215) 851-8100
          lharteis@reedsmith.com
23        Representing AMS
24
25
```

```
 1   APPEARANCES (cont.'d):
 2
 3        DRINKER, BIDDLE & REATH, LLP
          BY:  DANIEL B. CARROLL, ESQUIRE
 4        500 Campus Dr.
          Florham Park, New Jersey  07932
 5        (973) 549-7000
          daniel.carroll@dbr.com
 6        Representing Mentor Worldwide LLC
 7
 8        GREENBERG TRAURIG, LLP
          BY:  DANIEL I.A. SMULIAN, ESQUIRE
 9        MetLife Building
          200 Park Avenue
10        New York, New York 10166
          (212) 801-9200
11        smuliand@gtlaw.com
          Representing CR Bard
12
13
          GOLDBERG SEGALLA LLP
14        BY:  LEAH A. BRNDJAR, ESQUIRE
          902 Carnegie Center
15        Suite 100
          Princeton, New Jersey 08540
16        (609) 986-1300
          lbrndjar@goldbergsegalla.com
17        Representing Defendant Proxy Biomedical
18
19        SEGAL MCCAMBRIDGE SINGER & MAHONEY
          BY:  JOSEPH F. KAMPHERSTEIN, III, ESQUIRE
20        1818 Market Street
          Suite 2600
21        Philadelphia, Pennsylvania 19103
          (215) 972-8015
22        jkampherstein@smsm.com
          Representing Synovis
23
24
25
```

```
 1   APPEARANCES (cont.'d):
 2
 3       SEGAL MCCAMBRIDGE SINGER & MAHONEY
         BY:  RYAN G. GATTO, ESQUIRE
 4       1818 Market Street
         Suite 2600
 5       Philadelphia, Pennsylvania 19103
         (215) 972-8015
 6       rgatto@smsm.com
         Representing Atrium
 7
 8
         STRADLEY RONON STEVENS & YOUNG, LLP
 9       BY:  FRANCIS X. MANNING, ESQUIRE
         LibertyView
10       457 Haddonfield Road, Suite 100
         Cherry Hill, New Jersey 08002
11       (856) 321-2400
         fmanning@stradley.com
12       Representing CR Bard
13
14       WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
         BY:  JOHN KELLY, ESQUIRE
15       200 Campus Drive
         Florham Park, New Jersey 07932
16       (973) 624-0800
         john.kelly@wilsonelser.com
17       Representing Dr. Cohen
18
19       KENT McBRIDE
         BY:  KEVIN E. HOFFMAN, ESQUIRE
20       555 Route 1 South
         Suite 440
21       Iselin, New Jersey 08830
         (732) 326-1711
22       khoffman@kentmcbride.com
         Representing DIMA SL
23
24                      -  -  -
25
```

```
 1   shouldn't be any complete restrictions, leave it to
 2   the doctor and the patient, et cetera.
 3                 They issued, in July 2012, guidelines
 4   for extending privileges or credentials to doctors
 5   to do this type of surgery in hospitals, but saying
 6   it should be available, et cetera.  This is the
 7   leading organization.  And I can tell you the motion
 8   will be coming in for us to depose the people at the
 9   very highest levels of AUGS to see what kind of
10   influence the company has been putting on them,
11   because we know from the track record with the ACOG
12   situation, they are right in there and they are
13   making decisions based on this lobbying.
14                 Doctors who are treating women need
15   to know both sides of the story.  And we have strong
16   evidence that I've read to Your Honor, and it's
17   nothing that anybody would be surprised at, but now
18   we have actual smoking guns that they're behind the
19   scenes, influencing the dialogue and influencing
20   what kind of care women are getting.
21                 The doctors out there don't know any
22   of this.  I've spoken to many doctors.  I don't know
23   this.  They don't know those things that we saw at
24   the trial.  That's not out there.  It's out there a
25   little bit, but more needs to be out there.  Do we
```

1    want it to be public?  Absolutely.  When we call a
2    doctor to vet a case or talk to a potential expert,
3    we want to be able to say, hey -- I guess we can
4    talk to the experts, we have them sign the order,
5    but when we talk to a doctor, a treating doctor, we
6    shouldn't have to have our hands tied.  We shouldn't
7    be limited.  We shouldn't have our hands limited
8    when we talk to a reporter who call ups and says,
9    what do you think about this latest thing.
10   Everybody should know all this, and these
11   professional societies should be accountable to make
12   sure that the decisions are being made by
13   nonaffiliated, non-paid off consultants, but by
14   independent people so that the advice that's going
15   out to doctors and patients isn't adulterated.
16              Judge, after our trial, Johnson &
17   Johnson issued a press release.  Ethicon acted
18   appropriately and responsibly in the research,
19   development and marketing of the Prolift pelvic
20   organ prolapse repair kit.  All surgeries for
21   prolapse present risks and complications.  This was
22   the same day as the verdict.  Right after the
23   punitive damage verdict, that day, within minutes,
24   they issued that.  Right after their attorney stood
25   up in front of the jury and said we could have done

```
 1   better, we didn't do everything.  Shouldn't that be
 2   counterbalanced?  If we're being accused of tainting
 3   public opinion, all we want to do is get the truth
 4   out there.  And the things that are in our documents
 5   that we've obtained in all these depositions, that's
 6   where the truth is.
 7                   That's where it is.  And there's
 8   statements in these AUGS bulletins about the SUI
 9   devices, which is going to be the next phase of this
10   litigation that we eagerly are going to step into
11   with the defendants, that's a different thing.  It's
12   not like the prolapse kits.  Those are different.
13                   Well, I'll tell you what.  They don't
14   know what we now know about the studies that they
15   point to, to say that the TVT is the gold standard.
16   We have found out incredibly, incredibly damaging
17   things about those studies, like how much was paid
18   to those consultants, the terms of the agreements
19   which required that they come up with certain
20   findings if they want to be paid.  I mean, some
21   really, really upsetting things.  And I could go on
22   and on.  I'm not going to keep everybody here all
23   day.  There's a lot about the SUI devices that when
24   doctors hear it, they're not going to call it the
25   gold standard anymore.  That's going to be one of
```