# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS                    MDL No. 2327
LIABILITY LITIGATION

----------------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## AMENDED MOTION TO CHANGE ATTORNEY INFORMATION AND WITHDRAW COUNSEL

PLEASE TAKE NOTICE, that Lopez McHugh, LLP ("Lopez McHugh"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating their firm information in MDL No. 2327 and each individual member case in which any of the below-named attorneys are associated. In support of its motion, Lopez McHugh states the following:

1. The following attorneys have appearances entered in these matters on behalf of Lopez McHugh: Regina S. Johnson (NJ Bar No. 002641994), and Rayna E. Kessler (NJ Bar No. 031782010), and Pauline Toboulidis (NJ Bar No. 908082012).

2. As of November 2014, Rayna Kessler no longer works at Lopez McHugh.

3. As of August 17, 2015, Pauline Toboulidis no longer works at Lopez McHugh.

Accordingly, counsel moves to withdraw Rayna Kessler and Pauline Toboulidis in all actions in which they have appeared on behalf of Lopez McHugh and moves to substitute Dana Maugeri (NJ Bar No. 026412010) as Counsel in MDL No. 2327.

Counsel respectfully requests that the Court enter an Order in MDL No. 2327, as well as each individual member case with which she may have been associated.

Dated: September 23, 2015

                                                    s/Regina S. Johnson
Regina S. Johnson, Esq.
NJ Bar No. 002641994
LOPEZ MCHUGH, LLP
214 Flynn Avenue
Moorestown, NJ 08057
Tel: (856) 273-8500
Fax: (856) 273-8502

s/Pauline Toboulidis
Pauline Toboulidis, Esq.
*Withdrawing Attorney*

s/Rayna E. Kessler
Rayna E. Kessler, Esq.
*Withdrawing Attorney*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

s/Regina S. Johnson
Regina S. Johnson, Esq.
NJ Bar No. 002641994
LOPEZ MCHUGH, LLP
214 Flynn Avenue
Moorestown, NJ 08057
Tel: (856) 273-8500
Fax: (856) 273-8502
