IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS         MDL No. 2327
LIABILITY LITIGATION
-----------------------------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## ORDER

It is hereby ORDERED and DECREED that the Amended Motion to Change Attorney Information and Withdraw Counsel is GRANTED. The Clerk is instructed to withdraw Pauline Toboulidis and Rayna E. Kessler, and substitute Dana Maugeri as counsel for the firm of Lopez McHugh, LLP, for each individual member case in MDL No. 2327 with which said attorney is associated.

Date Entered:

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE