# EXHIBIT 5

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

| | |
|---|---|
| IN RE: PHEN-FEN LITIGATION | : CONTROL NO. 114005 |
| Hannah Abercrombie v. Wyeth, et al. | : March Term, 2007, No. 3977 |
| Diane Bramlette v. Wyeth, et al. | : September Term, 2007, No. 2737 |
| April Carver v. Wyeth, et al. | : November Term, 2006, No. 0917 |
| Rose Casassa v. Wyeth, et al. | : November Term, 2006, No. 3843 |
| Aretha Coleman-Terry v. Wyeth, et al. | : February Term, 2007, No. 1296 |
| Edna Faye Crowder v. Wyeth, et al. | : November Term, 2006, No. 0972 |
| Christa Dillard v. Wyeth, et al. | : April Term, 2007, No. 4476 |
| Tamara Hayes v. Wyeth, et al. | : March Term, 2007, No. 3650 |
| Carolyn D. Holmes v. Wyeth, et al. | : September Term, 2007, No. 2728 |
| Maria Maruzzella v. Wyeth, et al. | : March Term, 2007, No. 1803 |
| Nickalyn Gayle Roberts v. Wyeth, et al. | : June Term, 2007, No. 2448 |

COPIES SENT
PURSUANT TO Pa.R.C.P.236(b)

**ORDER**

JAN 8 - 2008

FIRST JUDICIAL DISTRICT OF PA
L. RYANT-DAVIS

AND NOW, this 8th day of January, 2008, the Court has before it Defendant's Motion to Preclude Inappropriate Communication with and Influencing of Treating Physicians.

Defendant's Motion must be denied because it seeks to have this Court perform what would be an amendment of Pa.R.P.C. No. 4003.6. This Court is not empowered to perform such acts. The rule and comment thereto are clear and plain in text and therefore no ambiguity exists which would require any interpretation by this Court.

Defendant's relief appears to be more in the line of some form of preclusion of the testimony based upon Defendant's allegation of improper influence. The factual record afforded this Court does not support such relief and denial of the Motion is appropriate.

DOCKETED
COMPLEX LIT CENTER

JAN 8 - 2008

L. RYANT-DAVIS

BY THE COURT:

ALLAN L. TERESHKO
Coordinating Judge
Complex Litigation Center