## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  ETHICON, INC,
        PELVIC REPAIR SYSTEM                 MDL NO. 2327
        PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending are the following motions: (1) Motion to Withdraw Gary S. Grynkewich as Counsel, filed by Sarah J. Showard of Showard Law Firm, P.C., on October 6, 2014 [docket # 1336]; and, (2) Motion for Change of Attorney Information filed by Sarah J. Showard on July 30, 2015 [docket # 1648]. In the October 6, 2014, motion [docket # 1336], counsel requests that in MDL 2327 and all member cases related to MDL 2327 in which Gary S. Grynkewich has appeared as counsel, Sarah J. Showard be substituted, and Gary S. Grynkewich be withdrawn. In support of the motion, counsel states that Gary S. Grynkewich no longer works at Showard Law Firm. Gary S. Grynkewich filed a Notice of Substitution of Counsel with Clients' Consent in the *Wiley, et al. v. Ethicon, Inc*., et al. 2:13-cv-1312 member case and included, as an exhibit, a signed letter from the plaintiffs stating that they have terminated their representation with the Showard Law Firm and that Gary S. Grynkewich be substituted as their counsel of record.

In the Motion for Change of Attorney Information, [docket # 1648] Sarah Showard requests that the address for the Showard Law Firm be updated in the main MDL and each individual member case associated with that MDL, as set forth in the motion.

It is **ORDERED** that the Motion to Withdraw Gary S. Grynkewich as Counsel [docket # 1336] is **GRANTED in part** to the extent that Gary S. Grynkewich is terminated as counsel in

MDL 2327 and each member case associated with MDL 2327 *excluding Wiley, et al. v. Ethicon, Inc*., et al. 2:13-cv-1312. It is **ORDERED** that the Motion for Change of Attorney Information [docket # 1648] is **GRANTED**. It is further **ORDERED** that Sarah J. Showard be terminated as counsel in *Wiley, et al. v. Ethicon, Inc*., *et al*. 2:13-cv-1312.

  The Clerk is **DIRECTED** to; (1) substitute Sarah J. Showard as counsel for the plaintiffs in MDL 2:12-md-2327, and every member case associated with MDL 2327, in which Gary S. Grynkewich appears, *excluding Wiley, et al. v. Ethicon, Inc*., *et al*. 2:13-cv-1312; (2) terminate Gary S. Grynkewich in those cases in which Sarah J. Showard is substituted; (3) update Sarah J. Showard's firm address, as set forth in the motion filed in MDL 2327 [docket # 1648], in the main MDL and every member case associated with MDL 2327 in which she appears; (4) in the *Wiley, et al. v. Ethicon, Inc*., *et al*. 2:13-cv-1312 case, update Gary S. Grynkewich's address to the address provided on the Notice of Attorney Appearance and Counsel contact Information Form [docket # 12]; and, (5) send a copy of this Order to counsel of record and any unrepresented party.

  ENTER:  September 29, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE