IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS                              MDL No. 2327
LIABILITY LITIGATION

---------------------------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

### MOTION TO CHANGE ATTORNEY INFORMATION
### AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that Zoll & Kranz, LLC ("Zoll Kranz"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating their firm information in MDL No. 2327 and each individual member case in which any of the below-named attorneys are associated. In support of its motion, Zoll Kranz states the following:

1.  The following attorneys have appearances entered in these matters on behalf of Zoll Kranz: Pamela A. Borgess (OH Bar No. 0072789), and Carasusana B. Wall (OH Bar No. 0090234 & MI Bar No. P76722).

2.  Pamela A. Borgess no longer works at Zoll Kranz.

Accordingly, counsel moves to withdraw Pamela A. Borgess in all actions in which she has appeared on behalf of Zoll Kranz and moves to substitute Carasusana B. Wall as Counsel in MDL No. 2327.

Counsel respectfully requests that the Court enter an Order in MDL No. 2327, as well as each individual member case with which she may have been associated.

Dated: October 2, 2015

> s/ Carasusana B. Wall
> Carasusana B. Wall (OH Bar No. 0090234 & MI Bar No. P76422)
> ZOLL & KRANZ, LLC
> 6620 W. Central Avenue, Ste. 100
> Toledo, OH 43617
> Tel: (419) 841-9623
> Fax: (419) 841-9719
> Email: cara@toledolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

> s/ Carasusana B. Wall
> Carasusana B. Wall (OH Bar No. 0090234 & MI Bar No. P76422)
> ZOLL & KRANZ, LLC
> 6620 W. Central Avenue, Ste. 100
> Toledo, OH 43617
> Tel: (419) 841-9623
> Fax: (419) 841-9719
> Email: cara@toledolaw.com