IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS            MDL No. 2327
LIABILITY LITIGATION

---------------------------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

ORDER

It is hereby ORDERED and DECREED that the Motion to Change Attorney Information and Withdrawal of Counsel is GRANTED. The Clerk is instructed to withdraw Pamela A. Borgess and substitute Carasusana B. Wall as counsel for the firm of Zoll & Kranz, LLC, for each individual member case in MDL No. 2327 with which said attorney is associated.

Date Entered: _____

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE