UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEMS PRODUCT          MDL NO. 2327
LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm name and address in MDL Nos. 2187, 2325, 2326, 2327 and 2387, and each individual member cases in which Anapol Weiss is associated with. The telephone number, facsimile number and email addresses for all attorneys remains unchanged.

In support of its motion, counsel hereby states the following:

Effective September 14, 2015, the Anapol Schwartz law firm has changed their name to ANAPOL WEISS. Said law firm has also relocated their offices to One Logan Square, 16th floor, 130 North 18th Street, Philadelphia, PA 19103.

This Motion shall apply to the following ANAPOL WEISS attorneys:

         Thomas R. Anapol, Esquire

         Shayna Slater, Esquire

Accordingly, counsel respectfully requests that the Court enter an Order updating the firm name and address for ANAPOL WEISS in MDL Nos. 2187, 2325, 2326, 2327 and 2387, and each individual member cases which ANAPOL WEISS is associated with.

Respectfully submitted,

ANAPOL WEISS

BY: _____
Thomas R. Anapol, Esquire
Shayna Slater, Esquire
Attorneys for Plaintiffs
One Logan Square, 16th fl.
130 North 18th Street
Philadelphia, PA 19103
Phone: 215-735-1130
Fax: 215-875-7707

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 5, 2015**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      ANAPOL WEISS

BY: _/s/ Thomas R. Anapol_
      Thomas R. Anapol, Esquire
      Shayna Slater, Esquire
      Attorneys for Plaintiffs
      One Logan Square, 16th fl.
      130 North 18th Street
      Philadelphia, PA   19103
      Phone:   215-735-1130
      Fax:   215-875-7707