IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS                                MDL No. 2327
LIABILITY LITIGATION

-----------------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW MOTION TO CHANGE ATTORNEY INFORMATION AND WITHDRAWAL COUNSEL & AMENDED MOTION TO CHANGE ATTORNEY INFORMATION AND WITHDRAW COUNSEL

On August 17, 2015, a Motion to Change Attorney Information and Withdraw Counsel was filed in MDL No. 2327 to substitute Dana Maugeri, Esq. as counsel. Subsequently, on September 23, 2015, an Amended Motion to Change Attorney Information and Withdraw Counsel was filed. Plaintiffs' Counsel wishes to withdraw the above referenced Motions.

Dated: October 8, 2015                              s/Regina S. Johnson
                                                Regina S. Johnson, Esq.
                                                NJ Bar No. 002641994
                                                LOPEZ MCHUGH, LLP
                                                214 Flynn Avenue
                                                Moorestown, NJ 08057
                                                Tel: (856) 273-8500
                                                Fax: (856) 273-8502

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

s/Regina S. Johnson
Regina S. Johnson, Esq.
NJ Bar No. 002641994
LOPEZ MCHUGH, LLP
214 Flynn Avenue
Moorestown, NJ 08057
Tel: (856) 273-8500
Fax: (856) 273-8502
