IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                             MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is Thomas R. Anapol and Shayna Slater's, Motion for Change of Firm Name and Address, filed on October 5, 2015 [docket # 1719]. In the motion, counsel request that in the main MDL, and each individual case in which attorneys Thomas R. Anapol or Shayna Slater, of Anapol Weiss, appear, the firm name, and address, be updated as set forth in the motion. The telephone number, facsimile number and email addresses for all attorneys remains unchanged.

It is **ORDERED** that the Motion for Change of Firm Name and Address is **GRANTED**.

The Clerk is instructed to update the information, as set forth in the Motion, both on the main master docket, and for each individual member case in MDL 2327 with which said attorneys are associated.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 9, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE