IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                           MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES:

O R D E R

    On October 8, 2015, Regina S. Johnson of Lopez McHugh filed, a Motion to Withdraw Motion to Change Attorney Information and Withdrawal [sic] Counsel & Amended Motion to Change Attorney Information and Withdraw Counsel [Docket # 1727]. In the motion counsel requests that the Motion to Change Attorney Information and Withdrawal of Counsel [docket # 1665] and the Amended Motion to Change Attorney Information and Withdraw Counsel [docket # 1708] be withdrawn.

    It is **ORDERED** that the Motion to Withdraw Motion to Change Attorney Information and Withdrawal [sic] Counsel & Amended Motion to Change Attorney Information and Withdraw Counsel [docket # 1727] is **GRANTED.** It is further **ORDERED** that the Motion to Change Attorney Information and Withdrawal of Counsel [docket # 1665] and Amended Motion to Change Attorney Information and Withdraw Counsel [docket # 1708] are **DENIED as moot.**

    The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER: October 9, 2015

                    JOSEPH R. GOODWIN
                    UNITED STATES DISTRICT JUDGE