IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS                    MDL No. 2327
LIABILITY LITIGATION

---------------------------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

**AMENDED MOTION TO CHANGE ATTORNEY
INFORMATION AND WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE, that Zoll & Kranz, LLC ("Zoll") and Pamela A. Borgess ("Borgess"), respectfully move this Court for entry of an order updating their firm information in MDL No. 2327 and each individual member case in which any of the below-named attorneys are associated.

In support of their motion, Zoll and Borgess state the following:

1. The following attorneys have appearances entered in these matters: Pamela A. Borgess (OH Bar No. 0072789), and Carasusana B. Wall (OH Bar No. 0090234 & MI Bar No. P76722).

2. Pamela A. Borgess seeks to withdraw as she is no longer Zoll & Kranz, LLC (f/k/a Zoll, Kranz & Borgess, LLC).

3. Carasusana B. Wall of Zoll & Kranz, LLC will continue as Plaintiff's Counsel.

Accordingly, counsel moves to withdraw Pamela A. Borgess in all actions in which she has appeared. Counsel respectfully requests that the Court enter an Order in MDL No. 2327, as well as each individual member case with which she may have been associated.

Dated: October 12, 2015

/s/ Carasusana B. Wall
Carasusana B. Wall (OH Bar No. 0090234 & MI Bar No. P76422)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Ste. 100
Toledo, OH 43617
Tel: (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com

/s/ Pamela A. Borgess
Pamela A. Borgess
(OH Bar No. 0072789)
Borgess Law, LLC
6800 W. Central Ave., Bldg. E
Toledo, OH 43617
Tel: (419) 262-6148
Fax: (484) 251-7797
Email: pborgess@borgesslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ Carasusana B. Wall
Carasusana B. Wall