IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS          MDL No. 2327
LIABILITY LITIGATION

----------------------------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## ORDER

It is hereby ORDERED and DECREED that the Amended Motion to Change Attorney Information and Withdrawal of Counsel is GRANTED. The Clerk is instructed to withdraw Pamela A. Borgess as counsel of record. Carasusana B. Wall of Zoll & Kranz, LLC will continue as Plaintiff's counsel in the specified individual member cases in MDL No. 2327 with which said attorney is associated.

Date Entered: _____

 

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE