# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**                                                    MDL No. 2327

## TRANSFER ORDER

**Before the Panel:**  Plaintiffs in the actions listed on Schedule A move under Panel Rule 7.1 to vacate our orders conditionally transferring their actions to MDL No. 2327.  Responding defendants Ethicon, Inc., and Johnson & Johnson (collectively, Ethicon) oppose the motions to vacate.

After considering the argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  Plaintiffs do not dispute that their actions share questions of fact with MDL No. 2327.  Like many of the already-centralized actions, the actions at bar involve factual questions arising from allegations that Ethicon and related entities defectively designed, manufactured, and marketed pelvic surgical mesh products, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motions to vacate, plaintiffs in the Central District of California and Northern District of Texas actions argue that their actions will not benefit from transfer because MDL No. 2327 is too advanced.  While the relative merits of transferring new tag-along actions to an MDL can change over time, plaintiffs have not demonstrated that transfer would not promote the just and efficient conduct of the litigation.  Plaintiffs acknowledge that there remains discovery and pretrial proceedings to complete in this litigation.

Plaintiffs in the Eastern District of Kentucky and Central District of California actions argue that the transferor courts should be allowed to rule on pending jurisdictional motions.  The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can

-2-

present these arguments to the transferee judge.[1] *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that the actions listed on Schedule A are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

*Sarah Vance*
_____
Sarah S. Vance
Chair

| | |
|---|---|
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Ellen Segal Huvelle |
| R. David Proctor | Catherine D. Perry |

---

[1]   Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending.  Between the date a remand motion is filed and the date that transfer of the action to the MDL is finalized, a court generally has adequate time to rule on a remand motion if it chooses to do so.  Indeed, the Central District of California already has denied plaintiffs' motions to remand and for reconsideration.

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                        MDL No. 2327


## SCHEDULE A


Central District of California


BARNES v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05309
BERRY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05311
BLACKMER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05312
BRADLEY-LERMA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05313
BREEDEN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05314
BUELL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05316
COOVERT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05318
CUNNINGHAM v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05319
DAGON v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05320
DAVIS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05326
DULEY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05327
EDWARDS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05330
FESLER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05331
FRIEL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05334
GAUNT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05335
GIBBS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05336
GOODMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05339
GUASE v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05340
HAMANN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05342
HEWLETT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05344
HIRD v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05345
HUFFMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05349
KATUIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05352
KOTZEN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05353
KRUM v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05354
LOUGHMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05355
MASTERS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05357
MAY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05359
MCCASKELL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05360
MCMILLAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05361
MILEUSNIC v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05362
MILLER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05363
MOXLEY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05364
MULLER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05365
MURPHY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05366

- A2 -

**MDL No. 2327 Schedule A (Continued)**

<u>Central District of California</u> (Continued)

NAQUIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05367
NEWMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05368
NUNES v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05369
OMEROVIC v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05370
PARNELL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05372
PEARSON v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05373
PEELE v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05374
PELTIER v. JOHNSON & JOHNSON., ET AL., C.A. No. 2:15-05375
PIAZZA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05376
PIOTROSWSKI v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05377
QUIAMBAO v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05378
REAVIS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05379
RENUCCI v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05380
ROBERTS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05381
SCHULER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05383
SCHURICHT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05384
SPANGLER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05386
STEWART v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05387
STEWART v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05388
TINKHAM v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05389
VOKATY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05390
WALTON v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05391
WEST v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05392
WICK v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15-05393

<u>Eastern District of Kentucky</u>

ROSE, ET AL. v. ROBERTSON, ET AL., C.A. No. 6:15-00095

<u>Northern District of Texas</u>

ISHAM, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:15-02295
YARBROUGH, ET AL. v. ETHICON, INC., ET AL., C.A. No. 3:15-02297



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
10/13/2015 12:31 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 10/13/2015 at 12:30 PM EDT and filed on 10/13/2015
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court
for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be
effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Sandra Hamann v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05342
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court**

for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Georgina Vokaty v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05390 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Sherry Roberts v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05381 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Joann Nunes v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05369 |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Marie Wick v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05393
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Mary Friel v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05334
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Margaret Duley v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Shirley Stewart v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05388
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Linda Berry v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05311
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Patricia Gibbs v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05336
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Maida Naquin v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05367
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Tammy Piazza v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05376
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Medina Omerovic v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05370
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Sharon Loughman v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05355
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Gwen Peltier v. Johnson and Johnson. et al |
| **Case Number:** | CAC/2:15-cv-05375 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Serena Coovert v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:15-cv-05318 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Mallah Buell v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05316
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Phyllis Goodman v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05339
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Judith Fesler v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05331
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**        Yarbrough et al v. Ethicon Inc et al
**Case Number:**      TXN/3:15-cv-02297
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**        Jada Spangler v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05386
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**        Bibiana Quiambao v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05378

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Lauri Kotzen v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05353 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ilham Dagon v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05320 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be**

effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:** Theresa Barnes v. Johnson and Johnson et al
**Case Number:** CAC/2:15-cv-05309
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:** Judy May v. Johnson and Johnson et al
**Case Number:** CAC/2:15-cv-05359
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:** Dawn Cunningham v. Johnson and Johnson et al
**Case Number:** CAC/2:15-cv-05319
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Susan Schuricht v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05384 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Donna Pearson v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05373 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Marian Moxley v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05364
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Tammy Piotroswski v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05377
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Rose et al v. Robertson et al
**Case Number:**    KYE/6:15-cv-00095
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Marcille Miller v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05363 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Isham et al v. Johnson & Johnson et al |
| **Case Number:** | TXN/3:15-cv-02295 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**   Lisa Murphy v. Johnson and Johnson et al
**Case Number:**  CAC/2:15-cv-05366
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**   Dina Guase v. Johnson and Johnson et al
**Case Number:**  CAC/2:15-cv-05340
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**   Janice Hird v. Johnson and Johnson et al
**Case Number:**  CAC/2:15-cv-05345
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Merry Breeden v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05314 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY****</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Lisha McMillan v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05361 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY****</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Mary Katuin v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05352
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Joyce Reavis v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05379
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Carolyn Blackmer v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05312
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Bobbie Jo Renucci v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05380
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Beverly Tinkham v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05389
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Regina West v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05392

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Tracy Muller v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05365
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Shirlene Huffman v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05349
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be**

effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**        Valentine Schuler v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05383
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**        Jane Hewlett v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05344
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**        Angela McCaskell v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05360
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Martha Davis v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05326 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Pamela Peele v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05374 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Venita Masters v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05357
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Pamela Stewart v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05387
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Wilhelmina Newman v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05368
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Linda Walton v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05391 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Kelly Bradley-Lerma v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05313 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Mary Edwards v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05330
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Marie Parnell v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05372
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Ava Krum v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05354
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hildegard Mileusnic v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05362 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ruth Gaunt v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05335 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**No public notice (electronic or otherwise) sent because the entry is private**

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
10/13/2015 12:27 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/13/2015 at 12:25 PM EDT and filed on 10/13/2015
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 2190

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in
CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-
cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320,
10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in
CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-
cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342,
10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in
CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-
cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360,
10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in
CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-
cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370,
10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in
CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-
cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381,
10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in
CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-
cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393,**

11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:       Sandra Hamann v. Johnson and Johnson et al
Case Number:     CAC/2:15-cv-05342
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-

cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388,

**CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Georgina Vokaty v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05390
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128]**

in MDL No. 2327)

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Sherry Roberts v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05381 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in**

CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:      Joann Nunes v. Johnson and Johnson et al
Case Number:    CAC/2:15-cv-05369
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in

CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Marie Wick v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05393
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311,**

**CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Mary Friel v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05334
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-**

**05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**   Margaret Duley v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05327
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in**

CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Shirley Stewart v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05388
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334,**

CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340,
CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349,
CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355,
CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361,
CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365,
CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369,
CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374,
CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378,
CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383,
CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388,
CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392,
CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on
10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Linda Berry v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05311 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in
CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-
cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320,
10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in
CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-
cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342,
10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in
CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-
cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360,
10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in
CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-
cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370,
10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in
CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-
cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381,
10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in
CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-
cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393,
11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-
cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in
CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-
05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in
CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-
05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in
CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-
05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in

CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:        Patricia Gibbs v. Johnson and Johnson et al
Case Number:      CAC/2:15-cv-05336
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in

CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**     Maida Naquin v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05367
**Filer:**
**Document Number:** 14

**Docket Text:**

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349,**

**CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Tammy Piazza v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05376
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in**

CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:      Medina Omerovic v. Johnson and Johnson et al
Case Number:    CAC/2:15-cv-05370
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370,

10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:** Sharon Loughman v. Johnson and Johnson et al
**Case Number:** CAC/2:15-cv-05355

**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361,**

**CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

Case Name:      Gwen Peltier v. Johnson and Johnson. et al
Case Number:    CAC/2:15-cv-05375
Filer:
Document Number: 14

Docket Text:
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in**

CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Serena Coovert v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:15-cv-05318 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-

cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:      Mallah Buell v. Johnson and Johnson et al
Case Number:    CAC/2:15-cv-05316
Filer:
Document Number: 14

**Docket Text:**

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369,**

**CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Phyllis Goodman v. Johnson and Johnson et al
**Case Number:**      CAC/2:15-cv-05339
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in**

CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:        Judith Fesler v. Johnson and Johnson et al
Case Number:      CAC/2:15-cv-05331
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in

CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:        Yarbrough et al v. Ethicon Inc et al
Case Number:      TXN/3:15-cv-02297
Filer:
Document Number: 10

Docket Text:

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378,**

**CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Jada Spangler v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05386
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in**

CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:      Bibiana Quiambao v. Johnson and Johnson et al
Case Number:    CAC/2:15-cv-05378
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393,

11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Lauri Kotzen v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05353 |
| **Filer:** | |
| **Document Number:** | 14 |

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-

cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388,

**CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**          Ilham Dagon v. Johnson and Johnson et al
**Case Number:**       CAC/2:15-cv-05320
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128]**

in MDL No. 2327)

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Theresa Barnes v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05309
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in**

CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:       Judy May v. Johnson and Johnson et al
Case Number:     CAC/2:15-cv-05359
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in

**CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dawn Cunningham v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05319 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311,**

**CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Susan Schuricht v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05384
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-**

05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:        Donna Pearson v. Johnson and Johnson et al
Case Number:      CAC/2:15-cv-05373
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in

CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Marian Moxley v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05364
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334,**

**CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Rose et al v. Robertson et al
**Case Number:** KYE/6:15-cv-00095
**Filer:**
**Document Number:** 12

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in**

CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

| | |
|---|---|
| Case Name: | Tammy Piotroswski v. Johnson and Johnson et al |
| Case Number: | CAC/2:15-cv-05377 |
| Filer: | |
| Document Number: | 14 |

Docket Text:

TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in

CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**       Marcille Miller v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05363
**Filer:**
**Document Number:** 14

**Docket Text:**

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349,**

CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355,
CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361,
CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365,
CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369,
CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374,
CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378,
CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383,
CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388,
CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392,
CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on
10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Isham et al v. Johnson & Johnson et al
**Case Number:**    TXN/3:15-cv-02295
**Filer:**
**Document Number:** 10

**Docket Text:**
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in
CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-
cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320,
10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in
CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-
cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342,
10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in
CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-
cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360,
10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in
CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-
cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370,
10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in
CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-
cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381,
10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in
CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-
cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393,
11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-
cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in
CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-
05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in
CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-
05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in
CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-
05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in
CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-
05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in

CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:       Lisa Murphy v. Johnson and Johnson et al
Case Number:     CAC/2:15-cv-05366
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370,

10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:     Dina Guase v. Johnson and Johnson et al
Case Number:   CAC/2:15-cv-05340

**Filer:**

**Document Number:** <u>14</u>

**Docket Text:**

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361,**

**CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

Case Name:        Janice Hird v. Johnson and Johnson et al
Case Number:      CAC/2:15-cv-05345
Filer:
Document Number: 14

Docket Text:
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in**

CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:** Merry Breeden v. Johnson and Johnson et al
**Case Number:** CAC/2:15-cv-05314
**Filer:**
**Document Number:** 14

**Docket Text:**
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-

cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**     Lisha McMillan v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05361
**Filer:**
**Document Number:** 14

**Docket Text:**

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369,**

**CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**   Mary Katuin v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05352
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in**

CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:       Joyce Reavis v. Johnson and Johnson et al
Case Number:     CAC/2:15-cv-05379
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in

CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:      Carolyn Blackmer v. Johnson and Johnson et al
Case Number:    CAC/2:15-cv-05312
Filer:
Document Number: 14

Docket Text:

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378,**

CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:     Bobbie Jo Renucci v. Johnson and Johnson et al
Case Number:   CAC/2:15-cv-05380
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in

**CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

Case Name:      Beverly Tinkham v. Johnson and Johnson et al
Case Number:    CAC/2:15-cv-05389
Filer:
Document Number: 14

Docket Text:
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393,**

**11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Regina West v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05392 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-**

cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388,

**CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Tracy Muller v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05365 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128]**

in MDL No. 2327)

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Shirlene Huffman v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05349
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in**

CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:      Valentine Schuler v. Johnson and Johnson et al
Case Number:    CAC/2:15-cv-05383
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in

CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Jane Hewlett v. Johnson and Johnson et al
**Case Number:** CAC/2:15-cv-05344
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311,**

**CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Angela McCaskell v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05360 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-**

05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:       Martha Davis v. Johnson and Johnson et al
Case Number:     CAC/2:15-cv-05326
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in

CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Pamela Peele v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05374
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in
CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-
cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320,
10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in
CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-
cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342,
10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in
CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-
cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360,
10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in
CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-
cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370,
10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in
CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-
cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381,
10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in
CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-
cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393,
11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-
cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in
CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-
05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in
CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-
05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in
CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-
05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in
CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-
05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in
CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-
05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in
CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-
05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in
CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-
05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in
CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-
05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128]
in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311,
CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316,
CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326,
CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334,**

**CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Venita Masters v. Johnson and Johnson et al |
| **Case Number:** | CAC/2:15-cv-05357 |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in**

CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:** Pamela Stewart v. Johnson and Johnson et al
**Case Number:** CAC/2:15-cv-05387
**Filer:**
**Document Number:** 14

**Docket Text:**
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in

CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**      Wilhelmina Newman v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05368
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349,**

**CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Linda Walton v. Johnson and Johnson et al
**Case Number:**     CAC/2:15-cv-05391
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in**

CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:        Kelly Bradley-Lerma v. Johnson and Johnson et al
Case Number:      CAC/2:15-cv-05313
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370,

10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:      Mary Edwards v. Johnson and Johnson et al
Case Number:    CAC/2:15-cv-05330

**Filer:**

**Document Number:** 14

**Docket Text:**

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361,**

**CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

Case Name:       Marie Parnell v. Johnson and Johnson et al
Case Number:     CAC/2:15-cv-05372
Filer:
Document Number: 14

Docket Text:
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in**

CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:       Ava Krum v. Johnson and Johnson et al
Case Number:     CAC/2:15-cv-05354
Filer:
Document Number: 14

Docket Text:
TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-

cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:        Hildegard Mileusnic v. Johnson and Johnson et al
Case Number:      CAC/2:15-cv-05362
Filer:
Document Number: 14

**Docket Text:**

**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)**

**Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369,**

**CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Ruth Gaunt v. Johnson and Johnson et al
**Case Number:**   CAC/2:15-cv-05335
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. (10 in CAC/2:15-cv-05309, 10 in CAC/2:15-cv-05311, 10 in CAC/2:15-cv-05312, 10 in CAC/2:15-cv-05313, 10 in CAC/2:15-cv-05314, 10 in CAC/2:15-cv-05316, 10 in CAC/2:15-cv-05318, 10 in CAC/2:15-cv-05319, 10 in CAC/2:15-cv-05320, 10 in CAC/2:15-cv-05326, 10 in CAC/2:15-cv-05327, 10 in CAC/2:15-cv-05330, 10 in CAC/2:15-cv-05331, 10 in CAC/2:15-cv-05334, 10 in CAC/2:15-cv-05335, 10 in CAC/2:15-cv-05336, 10 in CAC/2:15-cv-05339, 10 in CAC/2:15-cv-05340, 10 in CAC/2:15-cv-05342, 10 in CAC/2:15-cv-05344, 10 in CAC/2:15-cv-05345, 10 in CAC/2:15-cv-05349, 10 in CAC/2:15-cv-05352, 10 in CAC/2:15-cv-05353, 10 in CAC/2:15-cv-05354, 10 in CAC/2:15-cv-05355, 10 in CAC/2:15-cv-05357, 10 in CAC/2:15-cv-05359, 10 in CAC/2:15-cv-05360, 10 in CAC/2:15-cv-05361, 10 in CAC/2:15-cv-05362, 10 in CAC/2:15-cv-05363, 10 in CAC/2:15-cv-05364, 10 in CAC/2:15-cv-05365, 10 in CAC/2:15-cv-05366, 10 in CAC/2:15-cv-05367, 10 in CAC/2:15-cv-05368, 10 in CAC/2:15-cv-05369, 10 in CAC/2:15-cv-05370, 10 in CAC/2:15-cv-05372, 10 in CAC/2:15-cv-05373, 10 in CAC/2:15-cv-05374, 10 in CAC/2:15-cv-05375, 10 in CAC/2:15-cv-05376, 10 in CAC/2:15-cv-05377, 10 in CAC/2:15-cv-05378, 10 in CAC/2:15-cv-05379, 10 in CAC/2:15-cv-05380, 10 in CAC/2:15-cv-05381, 10 in CAC/2:15-cv-05383, 10 in CAC/2:15-cv-05384, 10 in CAC/2:15-cv-05386, 10 in CAC/2:15-cv-05387, 10 in CAC/2:15-cv-05388, 10 in CAC/2:15-cv-05389, 10 in CAC/2:15-cv-05390, 10 in CAC/2:15-cv-05391, 10 in CAC/2:15-cv-05392, 10 in CAC/2:15-cv-05393, 11 in KYE/6:15-cv-00095, [2135] in MDL No. 2327, 7 in TXN/3:15-cv-02295, 7 in TXN/3:15-cv-02297), (7 in CAC/2:15-cv-05309, 7 in CAC/2:15-cv-05311, 7 in CAC/2:15-cv-05312, 7 in CAC/2:15-cv-05313, 7 in CAC/2:15-cv-05314, 7 in CAC/2:15-cv-05316, 7 in CAC/2:15-cv-05318, 7 in CAC/2:15-cv-05319, 7 in CAC/2:15-cv-05320, 7 in CAC/2:15-cv-05326, 7 in CAC/2:15-cv-05327, 7 in CAC/2:15-cv-05330, 7 in CAC/2:15-cv-05331, 7 in CAC/2:15-cv-05334, 7 in CAC/2:15-cv-05335, 7 in CAC/2:15-cv-05336, 7 in CAC/2:15-cv-05339, 7 in CAC/2:15-cv-05340, 7 in CAC/2:15-cv-05342, 7 in CAC/2:15-cv-05344, 7 in CAC/2:15-cv-05345, 7 in CAC/2:15-cv-05349, 7 in CAC/2:15-cv-05352, 7 in CAC/2:15-cv-05353, 7 in CAC/2:15-cv-05354, 7 in CAC/2:15-cv-05355, 7 in CAC/2:15-cv-05357, 7 in CAC/2:15-cv-05359, 7 in CAC/2:15-cv-05360, 7 in CAC/2:15-cv-05361, 7 in CAC/2:15-cv-05362, 7 in CAC/2:15-cv-05363, 7 in CAC/2:15-cv-05364, 7 in CAC/2:15-cv-05365, 7 in CAC/2:15-cv-05366, 7 in CAC/2:15-cv-05367, 7 in CAC/2:15-cv-05368, 7 in CAC/2:15-cv-05369, 7 in CAC/2:15-cv-05370, 7 in CAC/2:15-cv-05372, 7 in CAC/2:15-cv-05373, 7 in CAC/2:15-cv-05374, 7 in CAC/2:15-cv-05375, 7 in CAC/2:15-cv-05376, 7 in CAC/2:15-cv-05377, 7 in**

CAC/2:15-cv-05378, 7 in CAC/2:15-cv-05379, 7 in CAC/2:15-cv-05380, 7 in CAC/2:15-cv-05381, 7 in CAC/2:15-cv-05383, 7 in CAC/2:15-cv-05384, 7 in CAC/2:15-cv-05386, 7 in CAC/2:15-cv-05387, 7 in CAC/2:15-cv-05388, 7 in CAC/2:15-cv-05389, 7 in CAC/2:15-cv-05390, 7 in CAC/2:15-cv-05391, 7 in CAC/2:15-cv-05392, 7 in CAC/2:15-cv-05393, [2128] in MDL No. 2327)

Transferring 62 action(s) - MDL No. 2327, CAC/2:15-cv-05309, CAC/2:15-cv-05311, CAC/2:15-cv-05312, CAC/2:15-cv-05313, CAC/2:15-cv-05314, CAC/2:15-cv-05316, CAC/2:15-cv-05318, CAC/2:15-cv-05319, CAC/2:15-cv-05320, CAC/2:15-cv-05326, CAC/2:15-cv-05327, CAC/2:15-cv-05330, CAC/2:15-cv-05331, CAC/2:15-cv-05334, CAC/2:15-cv-05335, CAC/2:15-cv-05336, CAC/2:15-cv-05339, CAC/2:15-cv-05340, CAC/2:15-cv-05342, CAC/2:15-cv-05344, CAC/2:15-cv-05345, CAC/2:15-cv-05349, CAC/2:15-cv-05352, CAC/2:15-cv-05353, CAC/2:15-cv-05354, CAC/2:15-cv-05355, CAC/2:15-cv-05357, CAC/2:15-cv-05359, CAC/2:15-cv-05360, CAC/2:15-cv-05361, CAC/2:15-cv-05362, CAC/2:15-cv-05363, CAC/2:15-cv-05364, CAC/2:15-cv-05365, CAC/2:15-cv-05366, CAC/2:15-cv-05367, CAC/2:15-cv-05368, CAC/2:15-cv-05369, CAC/2:15-cv-05370, CAC/2:15-cv-05372, CAC/2:15-cv-05373, CAC/2:15-cv-05374, CAC/2:15-cv-05375, CAC/2:15-cv-05376, CAC/2:15-cv-05377, CAC/2:15-cv-05378, CAC/2:15-cv-05379, CAC/2:15-cv-05380, CAC/2:15-cv-05381, CAC/2:15-cv-05383, CAC/2:15-cv-05384, CAC/2:15-cv-05386, CAC/2:15-cv-05387, CAC/2:15-cv-05388, CAC/2:15-cv-05389, CAC/2:15-cv-05390, CAC/2:15-cv-05391, CAC/2:15-cv-05392, CAC/2:15-cv-05393, KYE/6:15-cv-00095, TXN/3:15-cv-02295, TXN/3:15-cv-02297

Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/13/2015.

Associated Cases: MDL No. 2327 et al. (TLL)

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carl@facslaw.com, terry@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05342 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,

mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05342 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05390 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnoldikin.com, tpeebles@arnoldikin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05390 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05381 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnoldikin.com, cmartinez@arnoldikin.com, kbrown@arnoldikin.com, mgarcia@arnoldikin.com, mmartinez@arnoldikin.com, nwexler@arnoldikin.com, valford@arnoldikin.com

Kurt B Arnold     karnold@arnoldikin.com, jerickson@arnoldikin.com, kmcdonald@arnoldikin.com, mmartinez@arnoldikin.com, mveer@arnoldikin.com, nwexler@arnoldikin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnoldikin.com, tpeebles@arnoldikin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05381 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05369 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05369 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05393 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

J. Steve Mostyn     eaharris@mostynlaw.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05393 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05334 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com,
valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com,
mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05334 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05327 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05327 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05388 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05388 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05311 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

Peter L Choate     peter.choate@tuckerellis.com

**CAC/2:15-cv-05311 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05336 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com,
valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com,
mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Micajah D Boatright     cboatright@arnolditkin.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05336 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05367 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

J. Steve Mostyn     eaharris@mostynlaw.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05367 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05376 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05376 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05370 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05370 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05355 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05355 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05375 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05375 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05318 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,

mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05318 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05316 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05316 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05339 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05339 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05331 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05331 Notice will not be electronically mailed to:**

**TXN/3:15-cv-02297 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J Frank Kinsel, Jr     jkinsel@canteyhanger.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

Kevin L Edwards     kevin@edwardsdelacerda.com

Peter De La Cerda     peter@edwardsdelacerda.com

Carol Jean Traylor     ctraylor@canteyhanger.com

Tamara Lynn Banno     tbanno@tlb-law.com, Tbanno@tlb-law.com

Timothy Derek Carson     dcarson@canteyhanger.com

**TXN/3:15-cv-02297 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05386 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05386 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05378 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold      karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)      tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05378 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05353 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold      karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com,

ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05353 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05320 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05320 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05309 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05309 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05359 Notice has been electronically mailed to:**

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05359 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05319 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05319 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05384 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05384 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05373 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05373 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05364 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

J. Steve Mostyn     eaharris@mostynlaw.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05364 Notice will not be electronically mailed to:**

**KYE/6:15-cv-00095 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

DONALD K. BROWN, JR     brownd@obtlaw.com

Susan J Pope     spope@fbtlaw.com

Edward A Wallace     eaw@wexlerwallace.com, mrm@wexlerwallace.com

GREGORY F. COLEMAN     greg@gregcolemanlaw.com, dawn@gregcolemanlaw.com,
mark@gregcolemanlaw.com

Adam Edwards     adam@gregcolemanlaw.com

D. Randall Jewell     drjbville@yahoo.com

Christie Jessica Pratt     jpratt@rendigs.com

Thomas M. Evans     tevans@rendigs.com

**KYE/6:15-cv-00095 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05377 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05377 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05363 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

J. Steve Mostyn    eaharris@mostynlaw.com

Amy F. Solomon (Terminated)    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnoldkitin.com, tpeebles@arnoldkitin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05363 Notice will not be electronically mailed to:**

**TXN/3:15-cv-02295 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

J Frank Kinsel, Jr    jkinsel@canteyhanger.com

Julie Rhoades    jrhoades@thematthewslawfirm.com

Tim K. Goss    tim@freeseandgoss.com, andrea@freeseandgoss.com, tbanno@freeseandgoss.com

David Paul Matthews    dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com,
cmulholland@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com,
msalazar@thematthewslawfirm.com

Kevin L Edwards    kevin@edwardsdelacerda.com

Peter De La Cerda    peter@edwardsdelacerda.com

Carol Jean Traylor    ctraylor@canteyhanger.com

Tamara Lynn Banno    tbanno@tlb-law.com, Tbanno@tlb-law.com

Timothy Derek Carson    dcarson@canteyhanger.com

**TXN/3:15-cv-02295 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05366 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05366 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05340 Notice has been electronically mailed to:**

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05340 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05345 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold      karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)      tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05345 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05314 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05314 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05361 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05361 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05352 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05352 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05379 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05379 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05312 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnoldditkin.com, cmartinez@arnoldditkin.com, kbrown@arnoldditkin.com, mgarcia@arnoldditkin.com, mmartinez@arnoldditkin.com, nwexler@arnoldditkin.com, valford@arnoldditkin.com

Kurt B Arnold      karnold@arnoldditkin.com, jerickson@arnoldditkin.com, kmcdonald@arnoldditkin.com, mmartinez@arnoldditkin.com, mveer@arnoldditkin.com, nwexler@arnoldditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)      tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnoldditkin.com, tpeebles@arnoldditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05312 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05380 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnoldditkin.com, cmartinez@arnoldditkin.com, kbrown@arnoldditkin.com, mgarcia@arnoldditkin.com, mmartinez@arnoldditkin.com, nwexler@arnoldditkin.com, valford@arnoldditkin.com

Kurt B Arnold      karnold@arnoldditkin.com, jerickson@arnoldditkin.com, kmcdonald@arnoldditkin.com, mmartinez@arnoldditkin.com, mveer@arnoldditkin.com, nwexler@arnoldditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,

ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05380 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05389 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05389 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05392 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05392 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05365 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05365 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05349 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05349 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05383 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

J. Steve Mostyn     eaharris@mostynlaw.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05383 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05344 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05344 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05360 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05360 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05326 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05326 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05374 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold      karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi      tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05374 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05357 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05357 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05387 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,

ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05387 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05368 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold      karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi      tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05368 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05391 Notice has been electronically mailed to:**

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones    christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi    tgirardi@girardikeese.com

Paul R. Kiesel    Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon    asolomon@girardikeese.com

Helen E Zukin    zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes    joshua.wes@tuckerellis.com

Lauren H Bragin    lauren.bragin@tuckerellis.com

John Steven Mostyn    jsmostyn@mostynlaw.com

Mark Christopher Sparks    mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer    palmer@kiesel-law.com

**CAC/2:15-cv-05391 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05313 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnoldtkin.com, cmartinez@arnoldtkin.com, kbrown@arnoldtkin.com,
mgarcia@arnoldtkin.com, mmartinez@arnoldtkin.com, nwexler@arnoldtkin.com,
valford@arnoldtkin.com

Kurt B Arnold      karnold@arnoldtkin.com, jerickson@arnoldtkin.com, kmcdonald@arnoldtkin.com,
mmartinez@arnoldtkin.com, mveer@arnoldtkin.com, nwexler@arnoldtkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)      tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnoldtkin.com, tpeebles@arnoldtkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05313 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05330 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnoldtkin.com, cmartinez@arnoldtkin.com, kbrown@arnoldtkin.com,
mgarcia@arnoldtkin.com, mmartinez@arnoldtkin.com, nwexler@arnoldtkin.com,
valford@arnoldtkin.com

Kurt B Arnold      karnold@arnoldtkin.com, jerickson@arnoldtkin.com, kmcdonald@arnoldtkin.com,
mmartinez@arnoldtkin.com, mveer@arnoldtkin.com, nwexler@arnoldtkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi      tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05330 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05372 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold      karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi      tgirardi@girardikeese.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon      asolomon@girardikeese.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05372 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05354 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer     palmer@kiesel-law.com

**CAC/2:15-cv-05354 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05362 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold   karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones   christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi   tgirardi@girardikeese.com

Paul R. Kiesel   Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon   asolomon@girardikeese.com

Helen E Zukin   zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler   nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict   mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes   joshua.wes@tuckerellis.com

Lauren H Bragin   lauren.bragin@tuckerellis.com

John Steven Mostyn   jsmostyn@mostynlaw.com

Mark Christopher Sparks   mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer   palmer@kiesel-law.com

**CAC/2:15-cv-05362 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05335 Notice has been electronically mailed to:**

Jason Aron Itkin   jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, mgarcia@arnolditkin.com, mmartinez@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B Arnold   karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mmartinez@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones   christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi   tgirardi@girardikeese.com

Paul R. Kiesel   Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon   asolomon@girardikeese.com

Helen E Zukin   zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie Fleming Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua J Wes      joshua.wes@tuckerellis.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer      palmer@kiesel-law.com

**CAC/2:15-cv-05335 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/13/2015] [FileNumber=599903-0]
[4ce683ddbac44f4960275a43837fb7bb97782b507f146f712d417f6434ae6eca9bb1
0e150339e659ee9ff28868369f94a19cb3fccd2b7ee2d4034ed60bb2d457]]