# Exhibit 3

Confidential - Subject to Protective Order

Page 294

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

IN RE: ETHICON, INC. PELVIC          :MDL NO. 2327

REPAIR SYSTEM, PRODUCTS              :

LIABILITY LITIGATION                 :VOLUME II

                                     :


THIS DOCUMENT RELATES TO ALL CASES AND

VARIOUS OTHER CROSS-NOTICED ACTIONS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- - -

January 8, 2014

- - -

Transcript of the continued deposition of
THOMAS A. BARBOLT, Ph.D., called for Videotaped
Examination in the above-captioned matter, said
deposition taken pursuant to Superior Court Rules of
Practice and Procedure by and before Michelle L.
Gray, a Certified Court Reporter, Registered
Professional Reporter, and Notary Public, at the
offices of Riker Danzig Scherer Hyland & Perretti
LLP, Headquarters Plaza, One Speedwell Avenue,
Morristown, New Jersey, commencing at 9:07 a.m.


- - -

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph| 917.951.5672 fax

deps@golkow.com

Confidential - Subject to Protective Order

Page 507

1    BY MR. THORNBURGH:

2         Q.      Did you look at any -- any of the

3    explant reports that Ethicon received that showed

4    that women who had mesh devices explanted, also,

5    some of those women had ulcerations?

6                 MR. THOMAS:  Object to the form of

7    the question.

8                 THE WITNESS:  There would be a

9    clinical explant, and I have not reviewed any of

10   that information.

11   BY MR. THORNBURGH:

12        Q.      You have also been designated as the

13   30(b)(6) witness to discuss the specifics of all

14   testing related to TVT products during the design,

15   development stages, including but not limited to

16   porosity testing, particle loss, degradation, and

17   leaching.  We'll shorten that up.

18                You have also been designated as the

19   Ethicon person who will testify regarding all

20   testing related to the TVT products and particle

21   loss.  Correct?

22        A.      Yes, that's correct.

23                MR. THORNBURGH:  Off the record.

24                THE VIDEOGRAPHER:  Off the video

25   record, 3:18.

Confidential - Subject to Protective Order

Page 508

1                    (Short break.)

2                    THE VIDEOGRAPHER:  Back on the video

3    record, 3:24.

4    BY MR. THORNBURGH:

5        Q.      Doctor, I want to mark as -- give me

6    one second.

7                    There we go.  I am going to mark as

8    Exhibit Number 2255 an e-mail dated February 27,

9    2004.

10                   (Document marked for identification

11   as Exhibit T-2255.)

12   BY MR. THORNBURGH:

13       Q.      This is an e-mail from Dan Smith to a

14   number of -- or to Janice Burns dated February 27,

15   2004, discussing issues with TVT and particle loss.

16   Right?

17                   MR. THOMAS:  Object to the form of

18   the question.

19                   THE WITNESS:  I've not seen this

20   memo, and I am not sure that it relates to the

21   biocompatibility or particle loss in a preclinical

22   arena.  I have to read through here --

23                   MR. THOMAS:  I think they showed it

24   to you at your last deposition.

25                   MR. THORNBURGH:  Yeah.

Confidential - Subject to Protective Order

Page 509

1                    THE WITNESS:  Okay.
2    BY MR. THORNBURGH:
3          Q.      And it will relate preclinically.
4          A.      Okay.  Fine.
5          Q.      We'll talk about it and refresh in
6    the preclinical context.
7          A.      Okay.  Fine.
8          Q.      Now, this is a document that
9    discusses problems with particle loss that were
10   being experienced -- were experienced by Ethicon
11   regarding its TVT products, correct?
12                 MR. THOMAS:  Object to the form of
13   the question.
14                 THE WITNESS:  I'm sorry.  I was kind
15   of reading through here, and I see that I have
16   looked at it before.
17                 Could you please repeat that
18   question?
19   BY MR. THORNBURGH:
20         Q.      Yeah.  This is an e-mail from Dan
21   Smith to Janice Burns which discusses problems of
22   particle loss that were being seen by doctors in the
23   field who were using the TVT product, right?
24                 MR. THOMAS:  Object to the form of
25   the question.

Confidential - Subject to Protective Order

Page 510

1                    THE WITNESS:  Yes.  That's what it

2    looks like.

3    BY MR. THORNBURGH:

4         Q.     And in that context, Dan Smith says:

5    This is not going away any time soon, and

6    competition will have a field day.  Major damage

7    control offensive needs to start to educate reps and

8    surgeons upfront they -- that they will see blue

9    shit, and it is okay.  This is why I wanted to

10   launch TVT-O in clear.

11                   Do you see that?

12        A.     Yes.

13        Q.     And when you worked for -- as

14   Ethicon, you recognize that there is -- at least

15   during the mechanical cut days of TVT mesh, there

16   was a problem with particles falling away from the

17   mesh, right?

18                   MR. THOMAS:  Object to the form of

19   the question; scope.

20                   THE WITNESS:  Yes.

21   BY MR. THORNBURGH:

22        Q.     In fact, that same month -- I've

23   handed you what's been marked as Exhibit

24   Number 2256.

25                   (Document marked for identification

Confidential - Subject to Protective Order

1   as Exhibit T-2256.)

2              MR. THOMAS:  May I have one, please?

3   BY MR. THORNBURGH:

4       Q.      That same year, in November of 2004,

5   Ethicon received an e-mail concerning complaints

6   from Dr. Eberhard.

7              It says:  Dear all, please see

8   attached below a letter with pictures of

9   competitor's device and its translation from Dr.

10  Eberhard, an important customer in Switzerland,

11  regarding mesh fraying.  Regarding the mesh frayed

12  complaints, decision is not open corrective

13  action -- a decision to not open corrective action

14  is based on the following memo.  Could you please

15  give feedback?

16              So this is an e-mail regarding

17  Dr. Eberhard, who had written a letter to Ethicon

18  regarding problems with the mesh devices, right?

19              MR. THOMAS:  Object to the form of

20  the question; scope.

21              THE WITNESS:  Yes.  It looks that to

22  be the case.

23  BY MR. THORNBURGH:

24      Q.      And David Menneret on November 9th --

25  of November 12th of 2004 wrote that:  We already

Confidential - Subject to Protective Order

Page 512

1   received similar complaints.  This kind of issue is

2   usually attributed to over-tensioning of the tape

3   during the procedure.  Fraying is inherent in the

4   product based on the mesh construction.  When any

5   amount of tension is applied to the mesh, fraying

6   occurs.  Stretching of the mesh increases the

7   probability of fraying.

8                    Do you see that there?

9                    MR. THOMAS:  Object to the form of

10  the question; scope.

11                   THE WITNESS:  Yes.

12  BY MR. THORNBURGH:

13       Q.       I am going to put it in the scope of

14  the deposition.  So according to David Menneret, one

15  of the problems with fraying and particle loss was

16  from tensioning of the mesh and specifically

17  tensioning of the TVT tape or the tape that was

18  being used by Ethicon, correct?

19                   MR. THOMAS:  Same objection.

20                   THE WITNESS:  Yes.  I think that's

21  what they're referring to.

22                   (Whereupon, a discussion was held off

23  the record.)

24                   (Document marked for identification

25  as Exhibit T-2257.)

Confidential - Subject to Protective Order

Page 513

1    BY MR. THORNBURGH:

2          Q.      What's been marked as Exhibit

3    Number 2257 is a document or a fax that was received

4    by Basso Sibylle to David Menneret, who said:

5    Attached is Dr. Eberhard's letter regarding TVT blue

6    tape.

7                 Do you see that?

8          A.      Yes.

9                 (Document marked for identification

10   as Exhibit T-2258.)

11   BY MR. THORNBURGH:

12         Q.      I've marked as Exhibit Number 2258

13   the translated letter from Dr. Eberhard, who writes:

14   Dear Emilie, Business Unit Manager Gynecare

15   Switzerland.  Please find attached a TVT tape which

16   was used as a demo unit for patients before they had

17   their operation.  Already at the operation, it is

18   embarrassing to see how the tape is crumbling.  It

19   gets worse if there is stretch on the tape.

20                 I can't understand that no one will

21   solve the problem for such a long time.  At least as

22   the tape has becoming blue, everyone has realized

23   that the quality of the tape is terrible.  A tape

24   has to be weaved and should not crumble.  Please try

25   one and you will see that the tape is crumbling.

Confidential - Subject to Protective Order

Page 514

1                        Did I read that correctly?

2                        MR. THOMAS:  Object to the form;

3     scope.

4                        THE WITNESS:  Yes.

5                        (Document marked for identification

6     as Exhibit T-2259.)

7     BY MR. THORNBURGH:

8          Q.        Marked as Exhibit Number 2259 a

9     compilation of e-mails --

10                       MR. THOMAS:  May I have one, please?

11                       MR. THORNBURGH:  I'm sorry, Counsel.

12    BY MR. THORNBURGH:

13         Q.        -- a string of e-mails in which

14    Charlotte Owens was one of the recipients and

15    authors of the e-mails.

16                       Do you know who Charlotte Owens is?

17         A.        I think we overlapped a little bit.

18    Obviously, she is a medical director of Gynecare.

19         Q.        So she was in charge, the director of

20    the medical affairs part of Ethicon, right?

21         A.        Yes, for Gynecare.

22         Q.        For Gynecare.

23                       And she received, according to this

24    document, an e-mail from Dan Smith, who appears to

25    have included an e-mail or an excerpt from something

Confidential - Subject to Protective Order

Page 515

1    authored by Steve Bell of Gynecare.

2              It says:  Dear all, as more and more

3    customers now move to TVT blue and TVT-O with blue

4    mesh, you may sometimes hear, I can see small blue

5    pieces come off the mesh.  What's wrong?

6              The key points, it says, number two,

7    the same -- number one, Gynecare blue TVT mesh and

8    Gynecare clear TVT mesh are exactly the same.

9              Number two, the same number of

10   particles came off the clear mesh when it was

11   stretched.

12             Do you see where it says "when it was

13   stretched"?  Do you see that?

14        A.      Yes.

15        Q.      Okay.  It's just that you see them

16   against the tissue and skin more when they are blue.

17   This is no different to what has happened in the

18   past seven years with TVT.

19             Reassure your doctors that this is

20   part of the success of TVT.  The way we have cut the

21   mesh makes the edges softer, and we feel that this

22   has been a crucial success factor in TVT.  Reassure

23   that Prolene has proven to be inert.

24             Do you see that?  "Proven to be

25   inert."  Right?

Confidential - Subject to Protective Order

Page 516

1          A.          Yes, I see that.

2          Q.          In summary, be proactive.  The

3     competition will try to target this, especially

4     Bard, as they have a sealed edge tape, and remind

5     your customers it is the same as clear.  It is

6     proven safe implant.  In the blue format over

7     100,000 have been implanted worldwide.  Remind them

8     that the benefits -- of the benefits of blue mesh.

9     Remind them it is inert Prolene with over 25 years

10    of health.  Remind them our wealth of clinical data

11    with ultra low complication rates.

12                    Do you see that?

13         A.          Yes.  I can read it.

14         Q.          Okay.  So number one is -- there's

15    particle loss being seen when the tape is stretched.

16    Do you see that?

17                    MR. THOMAS:  Object to the form of

18    the question; scope.

19                    THE WITNESS:  Yes, I see it.

20    BY MR. THORNBURGH:

21         Q.          Okay.  And, number two, we know from

22    what we've seen in the internal studies by Ethicon

23    that the Prolene in the TVT mesh is susceptible to

24    surface degradation, correct?

25                    MR. THOMAS:  Object to the form of

Confidential - Subject to Protective Order

Page 517

1    the question.

2    BY MR. THORNBURGH:

3        Q.      Yes, Doctor?

4        A.      Yes.

5        Q.      This doesn't -- this summary doesn't

6    say remind physicians that Prolene mesh is

7    susceptible to surface degradation, does it?

8        A.      I don't know that I should be even

9    commenting on this exchange between a marketing

10   person and the field.

11       Q.      Well --

12       A.      First, he's not a scientist.  Second,

13   I am not sure what it's got to do with the

14   preclinical data that we brought here to talk about.

15       Q.      I am going to put it all into

16   context.  I assure you.

17       A.      Okay.

18       Q.      But it says -- it doesn't say remind

19   physicians who are purchasing these permanent

20   implants which are going to be put into -- in and

21   around the vaginal area of the woman's body, that

22   the surface area or the surface layer of the Prolene

23   in the TVT is susceptible to surface cracking or

24   surface degradation, right?

25               MR. THOMAS:  Object to the form of

Confidential - Subject to Protective Order

Page 518

1   the question.  Scope.

2                   THE WITNESS:  I want to make a

3   distinction between particles shed from the mesh,

4   which I consider a macroparticle, and the kind of

5   microparticles that you're alluding might shed from

6   or as a result of some sort of surface cracking

7   observed on the Prolene fiber.  Two different

8   issues.

9   BY MR. THORNBURGH:

10          Q.      Both --

11                  MR. THOMAS:  Are you finished?

12                  THE WITNESS:  Yeah.

13                  MR. THOMAS:  Sorry.

14  BY MR. THORNBURGH:

15          Q.      Both of which, by themselves, can

16  elicit a -- an inflammatory response.

17                  MR. THOMAS:  Object to the form of

18  the question.

19  BY MR. THORNBURGH:

20          Q.      In fact, nanoparticles or

21  microparticles will excite macrophages more than

22  macroparticles will.

23                  MR. THOMAS:  Which question do you

24  want him to answer?

25  BY MR. THORNBURGH:

Confidential - Subject to Protective Order

Page 519

1         Q.      Correct?

2                 MR. THOMAS:  Which question do you

3    want him to answer?  You posed two of them.

4                 MR. THORNBURGH:  Both.

5                 MR. THOMAS:  One at a time.

6                 MR. THORNBURGH:  My last one first.

7                 THE WITNESS:  So the first part, the

8    fragments that we've talked about that have been

9    observed alongside the suture and in what I call

10   macroparticles have a tissue reaction to them very

11   similar to the polypropylene fiber.

12                And the second question in terms of

13   these microparticles that I make reference to that

14   you allude would come off the surface as a result of

15   surface cracking, there's been no evidence in any of

16   the 49 documents that I've brought today that

17   there's an increase in tissue reaction over time.

18   And, in fact, in many studies, there's a diminution

19   of the tissue reaction over time.  So there's no

20   evidence to support that second piece.

21   BY MR. THORNBURGH:

22        Q.      The truth is the testing that you and

23   Ethicon were doing preclinically was really

24   marketing studies.  They were studies to -- that

25   were being conducted because of the threat from

Confidential - Subject to Protective Order

1    competitors like Bard.

2                    MR. THOMAS:  Object to the form of

3    the question; scope.

4                    THE WITNESS:  Absolutely not.  The

5    preclinical studies conducted by Ethicon were either

6    for regulatory submission or for internal

7    information to advance product development.

8    BY MR. THORNBURGH:

9         Q.       When you did rabbit studies that

10   looked at particle loss in rabbits, the tape that

11   was being implanted in the rabbits was not

12   undergoing the same type of stresses and strains

13   that the tape undergoes in the human environment or

14   the human condition when the device is being

15   implanted, correct?

16                   MR. THOMAS:  Object to the form of

17   the question; scope.

18                   THE WITNESS:  As I recall in that

19   study -- and we could make reference to it, and I

20   probably should go to it -- that they implanted the

21   mesh in a manner that the mesh might be implanted in

22   patients; that is, insertion, passage through

23   muscle, which would offer up some tension, and then

24   implantation.

25   BY MR. THORNBURGH:

Confidential - Subject to Protective Order

1          Q.        It's not the same implant condition

2    that is occurring in women who are having these

3    implants put in their bodies for the rest of their

4    lives --

5                    MR. THOMAS:  Object to the form of

6    the question.

7    BY MR. THORNBURGH:

8          Q.        -- right?

9                    MR. THOMAS:  Scope.

10                   THE WITNESS:  I don't know all the

11   parameters of that condition that you make reference

12   to, okay, because I suspect that each patient has

13   different issues.

14                   And this study was an attempt to make

15   the implantation procedure very consistent so that

16   we could determine whether or not there is

17   stretching of the tape or deposition of particles in

18   the surrounding tissue.

19   BY MR. THORNBURGH:

20         Q.        You didn't answer my question

21   completely.

22                   It's not the same implant condition

23   that is occurring in women who are having these

24   implants put into their bodies for the rest of their

25   lives.

Confidential - Subject to Protective Order

Page 522

1          MR. THOMAS:  Object to the form of

2   the question; scope.  And, also, he did answer your

3   question.

4   BY MR. THORNBURGH:

5          Q.     Well, number one, rabbits are

6   quadrupeds, not bipedal, right?

7          A.     Well, I thought we were talking about

8   the conditions of implantation, and it would have

9   nothing to do with the number of legs.

10          Q.     Well, we're talking about -- we're

11   talking about the condition, the real human

12   condition, compared to the animal condition where

13   you conducted these studies.

14          MR. THOMAS:  He's not a clinical guy.

15          MR. THORNBURGH:  Number one -- I

16   think he can say pretty easily that rabbits are

17   bipedal -- or quadrupeds, not bipeds.

18   BY MR. THORNBURGH:

19          Q.     Right?

20          A.     I said I don't know all the

21   conditions in the clinical situation that you're

22   alluding to and whether or not they would compare

23   with the passage of mesh through skeletal muscle of

24   rabbit.

25          Q.     Your rat study, which has previously

Confidential - Subject to Protective Order

Page 523

1   been marked as T-2133, ETH.MESH.05316775 --

2                MR. THOMAS:  Which one are we talking

3   about, Dan?

4                MR. THORNBURGH:  Sorry.

5                MR. THOMAS:  Which study?

6                MR. THORNBURGH:  Yeah.  The

7   histological evaluation and comparison of mechanical

8   pullout strength of Prolene and Prolene Soft mesh in

9   a rabbit model.

10               Let's go ahead and mark it as an

11  exhibit.

12               It's already been marked, Exhibit

13  Number 2133.  Sorry.  2133.  It was marked at a

14  prior deposition.

15               MR. THOMAS:  Oh, okay.

16               Do you have another one?

17               MR. THORNBURGH:  Yeah, I do.  Sorry.

18  I think I left the extra copy -- oh, found it.

19               2133.

20  BY MR. THORNBURGH:

21       Q.      Now, Ethicon was concerned about

22  the -- what the competition would say about the TVT

23  products as a result of the particles that were

24  being seen with the TVT blue, correct?

25               MR. THOMAS:  Object to the form of

Confidential - Subject to Protective Order

Page 524

1   the question; scope.

2              THE WITNESS:  Yeah.  And I guess I

3   can't really address what Ethicon was thinking and

4   why they did stuff, only to -- insofar as it

5   reflects the documents that we brought here today to

6   talk about biocompatibility or any preclinical

7   studies.

8   BY MR. THORNBURGH:

9        Q.      So you conducted a 14-day rabbit

10  study, right?

11       A.      Ethicon conducted such a study.

12       Q.      And women who have these devices

13  implanted in their bodies are -- the intention is

14  that these implants will remain in their bodies for

15  the rest of the woman's life, correct?

16       A.      Yes.

17       Q.      Now, how much mesh -- what was the

18  size of the mesh implanted in the rabbits?

19       A.      The mesh was -- the TVT tape width,

20  about 10 millimeters.  That's what was implanted.

21  And samples of Prolene Soft mesh and ultrasonically

22  cut mesh were done in a very similar way.

23              And as I look on Page

24  ETH.MESH.05316780, the intention was to leave 3

25  centimeters of that mesh within the epaxial

Confidential - Subject to Protective Order

Page 525

1    musculature.

2            Q.        Okay.  And how much mesh is implanted

3    in women during the implant process?

4                      MR. THOMAS:  Object to the form of

5    the question; scope.

6                      THE WITNESS:  I don't know that

7    number.  That's a clinical issue, and it would

8    depend on which TVT product you're talking about.

9    BY MR. THORNBURGH:

10           Q.        Well, the more mesh, the more

11   particles there are to flake off of the mesh device,

12   right?

13                     MR. THOMAS:  Object to the form of

14   the question.

15                     THE WITNESS:  I don't know that for

16   certain.

17   BY MR. THORNBURGH:

18           Q.        You don't know that?

19           A.        No.

20           Q.        Did you look at the Pariente study

21   before you came here today?

22           A.        No.

23           Q.        Do you recall discussing the Pariente

24   study during your deposition last time?

25           A.        The name sounds familiar.

Confidential – Subject to Protective Order

1          Q.      Do you recall that in the Pariente

2    study, it was found that 8.5 percent of the

3    particles in the TVT mesh fell away from the TVT

4    product?

5                    MR. THOMAS:  Object to the form of

6    the question; scope.

7                    THE WITNESS:  I don't recall that

8    information.

9    BY MR. THORNBURGH:

10         Q.      Did any of your studies try to mimic

11   the stresses and strains that were used in the

12   Pariente study during the implantation of the mesh

13   in rabbits, and in this case, in rabbits for

14   14 days?

15                   MR. THOMAS:  Object to the form of

16   the question; scope.

17                   Do you have one to show him?

18                   THE WITNESS:  Was it a clinical study

19   or a preclinical study?

20                   MR. THOMAS:  That's why I want you to

21   see it.

22                   MR. THORNBURGH:  It was an ex vivo

23   study.

24                   THE WITNESS:  It could be ex vivo

25   from animals or humans.

Confidential - Subject to Protective Order

1  BY MR. THORNBURGH:

2       Q.     Do you know sitting here today

3  whether the studies that you did were -- whether or

4  not you used the Pariente study to determine

5  particle loss in any of the studies that you did?

6              MR. THOMAS:  Object to the form of

7  the question; scope.

8              THE WITNESS:  It's not indicated in

9  the study report, any reference to the Pariente

10 study.

11 BY MR. THORNBURGH:

12      Q.     What loads were used when implanting

13 the 3-centimeter by 1-centimeter samples in these

14 rabbits?

15             MR. THOMAS:  Object to the form of

16 the question.

17             THE WITNESS:  As indicated in the

18 study report, the mesh was drawn through the

19 epitaxial musculature, and whatever forces that

20 would offer the mesh, that's what happened.

21 BY MR. THORNBURGH:

22      Q.     And can you hold up for the ladies

23 and gentlemen of the jury approximately 3

24 centimeters?

25      A.     Maybe an inch and-a-half.

Confidential - Subject to Protective Order

Page 528

1      Q.      So your study in rabbits was about an

2   inch and-a-half piece of mesh that was implanted in

3   the muscle of the rabbit for 14 days max, right?

4      A.      That's correct.

5      Q.      Did you measure the force by Newtons

6   or the load by Newtons that would be used or was

7   used during the implantation process to determine

8   whether or not it would mimic the implantation

9   conditions in human women?

10     A.      No assessments of force required to

11  implant the mesh samples was recorded, only the

12  explant tensions.

13     Q.      Do you know what forces are used

14  during the implantation process in women?

15             MR. THOMAS:  Object to the form of

16  the question.  Scope.

17             THE WITNESS:  It is a clinical

18  question.

19  BY MR. THORNBURGH:

20     Q.      Well, isn't that -- isn't that

21  clinical information important when you're trying to

22  determine particle loss in rabbits?

23     A.      This preclinical study was an attempt

24  to simulate implantation in patients.  And it is

25  what it is.

Confidential - Subject to Protective Order

1      Q.      Well, then, you didn't consider the

2  level of force used when implanting a TVT-Retropubic

3  in women to try to mimic the same loads being

4  applied to the one and-a-half inch piece of mesh

5  that you're implanting in these rabbits, did you?

6      A.      I can't speak to anything that was

7  done in the clinical environment.

8      Q.      Did you ask anybody from the clinical

9  environment:  Hey, you know what?  We want to try

10  to, in the preclinical environment, to test this

11  issue.  We want to determine the amount of force or

12  loads that are being applied during the implantation

13  of a larger piece of mesh in women so that we can

14  mimic that condition in the preclinical studies that

15  we're doing with one and-a-half piece of mesh?

16      A.      That was not done --

17              MR. THOMAS:  Object to the form of

18  the question.

19  BY MR. THORNBURGH:

20      Q.      You did not.  Did you have any

21  discussions with anybody in the clinical arena to

22  determine the implant conditions in women to try to

23  mimic those implant conditions in the animals that

24  you were testing this mesh in?

25      A.      That's not indicated in this report.

Confidential - Subject to Protective Order

Page 530

1    Those discussions may have taken place.

2            Q.      Did you do that?  Did you try -- did

3    you understand or try to understand the amount of

4    force or loads in any of the studies that you did

5    in -- that were -- that were needed for implantation

6    in women so that you could mimic the same implant

7    condition in your preclinical studies?

8                        MR. THOMAS:  Object to the form of

9    the question.

10                       THE WITNESS:  Again, you're talking

11   about data that would be collected in a clinical

12   environment, and I am not here to address that other

13   than the preclinical data that we brought and

14   anything that's relevant to it.

15   BY MR. THORNBURGH:

16           Q.      Did you discuss with anybody for any

17   of the preclinical studies or before you walked in

18   here today what the implant conditions are like in

19   terms of a force required to implant the stretching

20   that's done during the implant procedure so that you

21   could gain a better understanding of your

22   preclinical studies?

23                       MR. THOMAS:  Object to the form of

24   the question.

25                       THE WITNESS:  That's the kind of

Confidential - Subject to Protective Order

Page 531

1    information that would be in the clinical arena, and
2    that's not part of what I am here to discuss.
3    BY MR. THORNBURGH:
4         Q.      But you didn't discuss with anybody
5    in the clinical arena whether or not the preclinical
6    studies that you're trying to rely on now were done
7    in a condition that would mimic the human implant
8    condition?
9                 MR. THOMAS:  Object to the form of
10   the question.
11                THE WITNESS:  I think I've answered
12   that three times, and the same answer I'll give now,
13   and that is this information would be collected in a
14   clinical environment and is not part of what I am
15   here to discuss.
16   BY MR. THORNBURGH:
17        Q.      Let's go ahead and mark as
18   Exhibit 2260 the Pariente study.
19                (Document marked for identification
20   as Exhibit T-2260.)
21                MR. THORNBURGH:  Dave, I have a copy
22   for you, and I just don't have -- it's not stapled.
23                MR. THOMAS:  That's fine.  Thank you.
24   BY MR. THORNBURGH:
25        Q.      You've seen this study before,

Confidential - Subject to Protective Order

1    haven't you?

2         A.      I think I have, but it doesn't look

3    so familiar.  The name does seem familiar, but I'd

4    have to read through it to see what happened here.

5         Q.      Do you want to take a moment and look

6    at it?

7         A.      Sure.

8                 Okay.  This looks like an in vitro

9    study.

10        Q.      Did you look at this study before you

11   came in here today?

12        A.      No.

13        Q.      You don't recall looking at the study

14   with me during your prior deposition?

15        A.      Again, I think the name rings a bell,

16   but I've looked at a lot of studies.

17        Q.      Okay.  Well, in the Pariente study,

18   the investigators were looking at -- as their

19   endpoint or one of their endpoints, particle loss,

20   correct?

21        A.      Yes.

22                Yes, I recall the study now.  This

23   one we discussed during the last deposition.

24        Q.      And it says here:  To evaluate the

25   shedding of particles, each sample was weighed

Confidential - Subject to Protective Order

Page 533

1    before and after soft procedure, and values range

2    from 0 to 8.5 percent of initial weight.

3                    Did you -- in any of your studies,

4    did you weigh the sample pre and post procedure?

5          A.      No.

6                  MR. THOMAS:  Pre-implant?

7    BY MR. THORNBURGH:

8          Q.      Pre-implant and post explant.

9          A.      No.  That would not be practical,

10   because there would be tissue adherent to the mesh,

11   and it would alter its weight.

12         Q.      So you didn't look at the weight to

13   determine particle loss, did you?

14         A.      No.  But we looked at something more

15   important than that in the study that we discussed

16   earlier, and that is whether or not particles were

17   observed in the immediate vicinity of the implant.

18         Q.      You didn't look at weight, did you?

19         A.      No.

20         Q.      You didn't determine the percent of

21   particle loss in any of your studies, did you?

22         A.      As I pointed out --

23         Q.      It's a yes or no question.

24         A.      As I pointed out, weighing a mesh

25   after implantation would not be useful, because

Confidential - Subject to Protective Order

Page 534

1   there would be additional weight of tissue adherent

2   to it.

3          Q.      It could dissolve the tissue, right?

4                  MR. THOMAS:  Object to the form of

5   the question.

6                  THE WITNESS:  That would be a

7   possibility.

8   BY MR. THORNBURGH:

9          Q.      So you could have weighed it after

10  dissolution or dissolving -- desiccation of the

11  tissue, right?

12         A.      That's possible.  That could

13  introduce other things that you would have to

14  control for, but, clearly, there's no end to the

15  number of studies that could be conducted.

16         Q.      But you didn't do that study, did

17  you?

18         A.      No.

19         Q.      And you didn't determine the

20  percentage of particle loss, correct?

21                 MR. THOMAS:  Object to the form of

22  the question.

23                 THE WITNESS:  That's correct.

24  BY MR. THORNBURGH:

25         Q.      The study goes on to say:  During

Confidential - Subject to Protective Order

Page 535

1  surgical use, these articles are released in soft

2  tissue, and it is not possible to know where they

3  go.

4             MR. THOMAS:  There's no question

5  pending.

6  BY MR. THORNBURGH:

7        Q.     Do you see that?

8        A.     Yeah, I see it.

9        Q.     And that's true?  When particles are

10  released into soft tissue, they can migrate, can't

11  they?

12             MR. THOMAS:  Object to the form of

13  the question.

14             THE WITNESS:  That's not very likely.

15  With any particles, any macroparticles that would be

16  adherent to the mesh or they might flake off the

17  mesh in vivo, they would reside in the immediate

18  vicinity of the implant, and they would be

19  surrounded by connective tissue, just like each

20  element of the mesh.

21  BY MR. THORNBURGH:

22        Q.     When I get a splinter in my finger,

23  no matter how deep it is, my body's -- my body's

24  inflammatory response to that little tiny piece of

25  splinter will push that splinter out of my body,

Confidential - Subject to Protective Order

Page 536

1   migrate it from where it found itself initially

2   until it's outside of my body, won't it?  That

3   happens, doesn't it?

4         A.     That can happen if it's close enough

5   to the surface of your skin.

6         Q.     So migration of particles is possible

7   as a result of the inflammatory process that's

8   taking place in the human body, right?

9               MR. THOMAS:  Object to the form of

10  the question; scope.

11              THE WITNESS:  Highly unlikely.

12  BY MR. THORNBURGH:

13        Q.     And that's based on what, sir?

14        A.     My experience looking at implanted

15  materials and the experience from the Prolene suture

16  NDA, which calls out macroparticles of the suture,

17  likely resulting from a swaging process of

18  macroparticles that got adhered to the suture, and

19  they got implanted inadvertently with the suture.

20              And what's observed is that there's a

21  tissue reaction around the filament of the suture

22  and then adjacent to it, the particle, or the very

23  similar reaction around it.

24              There's no evidence that that

25  particle will migrate away from the fiber from which

Confidential - Subject to Protective Order

Page 537

1   it might be associated with.

2           Q.      During surgical use, these particles

3   are released in soft tissue, and it is not possible

4   to know where they go.

5                   That's what these authors write,

6   correct?

7                   MR. THOMAS:  Object to the form of

8   the question; scope.

9                   THE WITNESS:  That is the opinion of

10  these authors.

11  BY MR. THORNBURGH:

12          Q.      When these authors tested particle

13  loss, they found that the TVT lost the most

14  particles of all the things that were tested,

15  correct?

16                  MR. THOMAS:  Object to the form of

17  the question; scope.

18                  THE WITNESS:  Under the conditions of

19  their testing, that's the case.

20  BY MR. THORNBURGH:

21          Q.      And they found that TVT lost

22  8.5 percent of the particles, right?

23                  MR. THOMAS:  Object to the form of

24  the question; scope.

25                  THE WITNESS:  I think -- I think they

Confidential - Subject to Protective Order

Page 538

1    mean 8.5 percent of the weight was lost as

2    particulates.

3    BY MR. THORNBURGH:

4         Q.    Yeah.  I'm sorry.  They found that

5    8.5 percent of the weight of the TVT sling was lost

6    to particles, correct?

7              MR. THOMAS:  Object to the form of

8    the question; scope.

9              THE WITNESS:  I think that's what

10   they're saying.

11   BY MR. THORNBURGH:

12        Q.    Almost 10 percent of the TVT sling

13   was lost in their study through particle loss,

14   right?

15             MR. THOMAS:  Object to the form of

16   the question; scope.

17             THE WITNESS:  Eight and-a-half

18   percent.

19   BY MR. THORNBURGH:

20        Q.    Now, what loads were used to test TVT

21   particle loss?

22             MR. THOMAS:  In what context, Dan?

23             MR. THORNBURGH:  In this study.

24             MR. THOMAS:  In which study?

25             MR. THORNBURGH:  The Pariente study.

Confidential - Subject to Protective Order

Page 539

1              MR. THOMAS:  Thank you.

2     BY MR. THORNBURGH:

3          Q.      Measured in K per Newton.  Do you

4     know what that means?  Peak load?

5          A.      Well, I'm just looking at the text

6     where they talk about a soft procedure, and I'm

7     looking for the data that would be corresponding to

8     it.

9          Q.      I think if you look here, maybe this

10    might help.

11                 Do you see Table 1?

12                 It shows low deformation curves?

13         A.      No.  It looks like they gave each

14    material a different load.

15         Q.      Starting at?

16         A.      TVT at .041 ranging to .012 for

17    I-Stop.

18         Q.      Do you know how much load is used in

19    the implantation of the TVT?

20         A.      I do not.

21         Q.      Do you know how much load you used

22    when you implanted the 1.5 by -- 3-centimeter by

23    1-centimeter piece of mesh in the rabbits use study?

24         A.      That was not measured.

25         Q.      You don't know sitting here today if

Confidential - Subject to Protective Order

Page 540

1    the loads that you used would have mimicked the

2    loads used during the implantation of TVT in an

3    actual woman, right?

4         A.     Well, as I mentioned four times

5    previously, that would be data coming from the

6    original -- the clinical arena, clinical

7    environment, and it's not what I am here to address.

8         Q.     And that information wasn't important

9    for you when you designed the studies that looked at

10   particle loss, was it?

11              MR. THOMAS:  Object to the form of

12   the question.

13              THE WITNESS:  Obviously, it was not

14   considered necessary to execute this protocol.

15   BY MR. THORNBURGH:

16        Q.     You would agree that if 8.5 percent

17   of particles are being lost during the implant

18   procedure on the TVT mesh, that that would increase

19   the inflammatory response.

20              MR. THOMAS:  Object to the form of

21   the question; scope.

22              THE WITNESS:  Highly unlikely, given

23   the mass of material implanted as part of a tape.

24              Think about all of the monofilaments

25   woven into a mesh, and think about some particulates

Confidential - Subject to Protective Order

Page 541

1  lying adjacent to the implant.  It would have the

2  same kind of tissue reaction.  It would be probably

3  not discernable against the background of

4  implantation of a mesh, even if it had no particles.

5           (Document marked for identification

6  as Exhibit T-2261.)

7  BY MR. THORNBURGH:

8       Q.     I marked as Exhibit Number 2261 a

9  side-by-side photograph of the -- a document that

10  includes a side-by-side photograph of mechanical cut

11  TVT mesh and laser cut TVT mesh.

12           Have you seen this before?

13       A.     I don't think so.

14       Q.     Do you see where it says side-by-side

15  relaxed after 50 percent elongation?

16           MCM would mean mechanical cut mesh,

17  right?

18       A.     Yes.

19           MR. THOMAS:  Object to the form of

20  the question; scope.

21           All of this is beyond -- excuse me.

22  All of this is beyond what he's been designated for.

23           MR. THORNBURGH:  No, it's not.

24  BY MR. THORNBURGH:

25       Q.     LCM is laser cut mesh?  Do you see

Confidential - Subject to Protective Order

Page 542

1    that?

2                  Do you see that?

3          A.      I understand it's outside my area.

4          Q.      What -- what?  No, it's not.  I am

5    going to put it in context.

6                  What percentage of elongation was

7    used in any of your studies to determine particle

8    loss?

9                  Did you ever measure the elongation

10   that was being applied during the implantation of

11   this device in any of the preclinical studies that

12   you conducted?

13         A.      This might be the sixth time that

14   I've responded to that question, and it's the same.

15                 This is data that would be acquired

16   in the clinical environment and is not part of the

17   preclinical database that I'm here to discuss.

18         Q.      No.  I asked you a different

19   question.  My question was:  In any of the

20   preclinical studies that you did or that Ethicon did

21   to look at particle loss and tissue reaction, did

22   you ever look at or record the percentage of

23   elongation during the implantation in the animal

24   study?

25         A.      Not that I'm aware of.

Confidential - Subject to Protective Order

Page 543

1          Q.      Do you see where it says degradation?

2                  MR. THOMAS:  Where?  What page are

3     you on?

4                  MR. THORNBURGH:  I'm on the

5     side-by-side image of the MCM versus LCM.

6     BY MR. THORNBURGH:

7          Q.      You were designated as somebody that

8     would talk about evidence and studies regarding

9     degradation, right?

10                 MR. THOMAS:  We provided the studies

11    on which he's prepared to testify.  This is not one

12    of the documents.

13                 MR. THORNBURGH:  You only provided

14    studies that would support your position, not

15    studies that would show that your position was

16    incorrect.

17                 MR. THOMAS:  Now, we invited you to

18    ask him to review other things you wanted to be

19    prepared on, and you didn't.  So this is -- if you

20    want him to be prepared on it, he'll study it and

21    come back with an appropriate answer.  He's not

22    prepared on it today.

23    BY MR. THORNBURGH:

24         Q.      Do you see where it says degradation,

25    Doctor?

Confidential - Subject to Protective Order

Page 544

1           A.        I am not prepared to respond to those

2      questions today.  It is not part of the preclinical

3      data package that I put together to address

4      degradation questions.

5           Q.        You see where it shows the particles

6      that were lost?  Do you see that?  Do you see all

7      those flakes?

8           A.        I can see particles in the

9      photograph.

10          Q.        You're not suggesting to the ladies

11     and gentlemen of the jury that there won't be an

12     individual inflammatory response to each one of

13     those particles in tissue?

14          A.        It would pale by comparison to the

15     tissue reaction from the implanted tape.

16          Q.        But there will be an increased

17     inflammatory response or an inflammatory response to

18     the individual particle, correct?

19          A.        There will be an inflammatory

20     response to that individual particle, but it will

21     not be appreciated against the inflammatory response

22     of the entire case.

23          Q.        The phagocytes will try to gobble up

24     that foreign body, won't they?

25          A.        One will not be able to differentiate

Confidential - Subject to Protective Order

Page 545

1    contribution of a particle to the overall reaction
2    to the entire tape.
3         Q.      Inflammatory cells would be released
4    to attack that particle, to try to rid the body or
5    the animal of those particles, correct?
6         A.      The tissue reaction to these
7    particles would be no different to the tissue
8    reaction to any filament in any part of the mesh.
9         Q.      But there will be a tissue reaction,
10   right?
11        A.      Yes.
12        Q.      And when you increase the surface
13   area of a foreign body, that will increase the
14   body's inflammatory response, won't it, sir?
15        A.      Any increase in tissue reaction will
16   not be perceptible against the background of tissue
17   reactions of the implanted tape.
18        Q.      When you increase the surface area,
19   you increase the inflammatory response.  Right,
20   Doctor?
21               MR. THOMAS:  Object to the form of
22   the question.
23               THE WITNESS:  That's a general --
24   that's a general principle.
25   BY MR. THORNBURGH:

Confidential - Subject to Protective Order

Page 546

1          Q.       And the principle is true.  The

2   principle -- the answer to that principle would be

3   yes.  When you increase the surface area, you

4   increase the inflammatory response.

5          A.       Not in this case.

6          Q.       In all other cases except for cases

7   against Ethicon products?

8                   MR. THOMAS:  Object to the form of

9   the question.

10                  THE WITNESS:  In any case where the

11  addition of particles -- in any case where the

12  addition of the inflammatory reaction to a particle

13  could be perceived against a tissue reaction of the

14  implanted tape itself would be insignificant and

15  unappreciable.

16  BY MR. THORNBURGH:

17         Q.       General scientific principle is when

18  you increase the surface area, you increase the

19  inflammatory response, right?

20                  MR. THOMAS:  Object to the form of

21  the question.

22                  THE WITNESS:  That's a general

23  scientific principle.

24                  MR. THORNBURGH:  Off the record for a

25  minute.

Confidential - Subject to Protective Order

Page 580

1              MR. THORNBURGH:  Objection.

2              THE WITNESS:  No.

3    BY MR. THOMAS:

4         Q.     The next section that I have in this

5    disclosure, which is T-2262, is the specifics of all

6    testing related to TVT products during the design

7    and development stages, including particle loss.

8              Now, tell me the difference between

9    the clinical and the preclinical analysis of

10   particle loss.

11             MR. THORNBURGH:  Objection.

12             THE WITNESS:  The preclinical

13   assessment of particle loss is one that can be done

14   in any implantation study where the implant is

15   visualized against the surrounding tissue.  And if

16   there are any particulates there, they would be

17   observable.

18             I am not sure about the clinical

19   arena.  I don't know that I can speak to that.

20   BY MR. THOMAS:

21        Q.     Okay.  The clinical arena involves

22   humans, and that's not work that you do?

23        A.     That's correct.

24        Q.     And you are aware of the particle

25   loss issues insofar as they relate to preclinical

Confidential - Subject to Protective Order

Page 581

1    testing?

2         A.      Yes.

3         Q.      And why did you pick the documents

4    that you have here, beginning in 1964, the 38

5    documents, going all the way up to 2007?  Why did

6    you include those?

7         A.      Particles were observed in the

8    Prolene suture NDA submission.  And as I pointed out

9    this morning, they resulted in an inflammatory

10   reaction very similar to that reaction around the

11   filaments of the suture.

12        Q.      You talk about fragments and you've

13   talked about particles.  Are fragments and particles

14   different?

15        A.      As I mentioned this morning, I see a

16   big difference there.

17               A fragment of a suture is likely to

18   have been related to the swaging process or the

19   cutting lengths of suture, or a fragment of suture

20   gets attached to the suture and then gets implanted

21   with it.

22               That's different than the

23   microparticulates that we discussed earlier, looking

24   at data from the seven-year dog study.

25        Q.      And so the 38 studies that you've

Confidential - Subject to Protective Order

1   included in your section of particle loss from the

2   period, 1964 to 2007, you've looked for the extent

3   to which there's been any adverse consequences noted

4   in preclinical studies from any kind of particle

5   loss of sutures and mesh?

6         A.      Yes, although fragments are noted in

7   the NDA submission and in the Postlethwait study that

8   we discussed earlier.  In the early going, in the

9   development of Prolene suture, I've not seen

10  personally in any of the implantation studies that

11  I've conducted any sort of fragment of filament next

12  to a filament in an implantation study.

13        Q.      And you talked before about the

14  particle in the NDA study and the kind of reaction

15  that -- tissue reaction with respect to that

16  particle.

17                With the particle in the NDA study,

18  did you find any adverse inflammation or tissue

19  reaction that had any consequences to you for a

20  preclinical perspective?

21        A.      No.

22        Q.      Why?

23        A.      It was the same kind of reaction

24  around the fragment as there was around the suture.

25                Think about a tissue reaction around

Confidential - Subject to Protective Order

Page 583

1    the earth and a tissue reaction around the earth and

2    moon.  The tissue reaction around the earth is

3    around the interface of the earth and the

4    atmosphere.  And then there is the moon on the side

5    of the earth with a very similar reaction around its

6    interface with substance and atmosphere.

7         Q.      You answered the question at least

8    seven or eight times today about whether more

9    material implanted leads to an increased tissue

10   reaction, and you said as a general proposition,

11   that's true.  Is that fair?

12        A.      Yes, I think so.  I think that's a

13   general principle.  Again, as I also mentioned, the

14   details and particulars need to be determined on the

15   basis of an implantation study.

16        Q.      And -- and how much additional

17   material -- strike that.

18             Are you able to evaluate the extent

19   to which additional material creates a tissue

20   response that's unacceptable from a preclinical

21   study?

22        A.      Yes.  I think in every implantation

23   study, one can make that determination.

24        Q.      In your evaluation of all of the

25   studies in the particle loss section of your

Confidential - Subject to Protective Order

Page 584

1   designation, the 38 studies over 43 years, did you

2   find any unacceptable tissue response to any

3   particles in those studies?

4           A.      Yeah.  The only --

5                   MR. THORNBURGH:  Objection.

6                   THE WITNESS:  The only studies that

7   even talk about particles or fragments is the NDA

8   work in a study done in 2002, Tab 33, that was done

9   specifically to look at whether or not particles

10  would be present after implantation of lengths of

11  TVT tape.  And, in fact, none were observed.

12  BY MR. THOMAS:

13          Q.      Would you get 2260 in front of you,

14  please.  That's the Pariente study.  I don't have

15  the number of the rabbit study.

16                  MR. THOMAS:  Do you happen to have

17  that, Dan?

18                  MR. THORNBURGH:  The test number or

19  the exhibit number?

20                  MR. THOMAS:  The exhibit number.

21                  I do have it.  I'm sorry.

22                  MR. THORNBURGH:  2133.

23  BY MR. THOMAS:

24          Q.      2133.  Can you get 2133 and 2260?

25  2133 is the March 5, 2003 rabbit test, and 2260 is

Confidential - Subject to Protective Order

Page 585

1    the Pariente study.

2         A.      I've got the 2260.  I'm looking for

3    2130.

4         Q.      I'll get this copy to you.

5         A.      Maybe it was discussed yesterday, and

6    it's in this stack, yeah.  I can probably get it,

7    David.

8         Q.      It's all right.  I've got another

9    copy.

10              The Pariente study is the particle

11   loss study that counsel discussed with you at length

12   at T-2260.

13              If you go to the first page of

14   T-2260, down in the lower right-hand corner, it

15   reads:  Mechanical testing was performed with a

16   7-centimeter length sample (n=5) on an Instron 4466

17   with a 500-Newtons sensor using the software Series

18   IX-7 to program the setup.

19              What is an Instron machine?

20        A.      An Instron machine is a piece of

21   equipment that can determine the tensile strength of

22   a fiber by pulling at both ends and determining the

23   strength at -- the force at which it breaks.

24        Q.      And how did Pariente use an Instron

25   machine to test the extent to which particles were

Confidential - Subject to Protective Order

Page 586

1    shed from the meshes that they tested?

2          A.      Well, it looks like he put each mesh

3    on the Instron machine and pulled it until it broke.

4                  And as I look on Table 1 of that

5    study, it looks like each of the meshes were pulled,

6    as one might expect, a different peak load,

7    depending on their biomechanical characteristics.

8          Q.      And at what point in this process

9    were particle loss measured?  Are you able to tell

10   that?

11         A.      Could you repeat the question?

12         Q.      Yes.  At what point in this

13   experiment were the particle losses measured?

14         A.      I think at break.

15         Q.      Okay.

16         A.      I think at break.  As I look at this

17   Figure 3, there's a break, obviously, and then

18   there's a drop in force because there is a break.

19         Q.      Is 2260 a preclinical study that

20   Ethicon conducts to evaluate particle loss?

21         A.      Ethicon did not conduct this study.

22         Q.      Does Ethicon -- strike that.

23                 Is this a preclinical study?

24         A.      This is kind of bench-top

25   biomechanical testing.

Confidential - Subject to Protective Order

Page 587

1      Q.      What is the difference between

2   bench-top biomechanical testing and preclinical

3   testing?

4      A.      Well, I guess it can be considered

5   preclinical because it's done before, you know, the

6   product gets to clinic.  But it's different than

7   preclinical in my mind that has to do with in vitro

8   or in vivo experimental studies with products in

9   animals.

10      Q.      Okay.  And why is it important to you

11   to measure products in vitro or in vivo in animals?

12      A.      Well, because any bench-top is an

13   artificial environment designed to look at a

14   specific parameter under certain conditions.  And in

15   my mind, an in vivo study where there is an

16   implantation of a product, it's more clinically

17   relevant because it simulates the patient

18   environment.

19      Q.      If you look at T-2130, this is the

20   two-week rabbit study; is that correct?

21      A.      2133?

22      Q.      Yes.

23      A.      Yes, a two-week rabbit study.

24      Q.      And if you look at the abstract on

25   Page 3, the objectives of the study were to compare

Confidential – Subject to Protective Order

Page 588

1    the mechanical strength and histological response of

2    Prolene mesh and Prolene Soft mesh in skeletal

3    muscle of the rabbit, correct?

4              A.      Yes.

5              Q.      And this is the same Prolene mesh

6    that's used in TVT?

7              A.      Yes, that's correct.

8              Q.      And one of the specific endpoints of

9    this study, this two-week rabbit study, T-2130, is

10   to evaluate the extent to which the mesh shed

11   particles inside the rabbit, correct?

12             A.      Yes, that's correct.

13             Q.      And how did the study do that?

14             A.      The implant site was explanted and

15   the tissue reaction was assessed.  And, obviously,

16   that would include the implant and any particulates

17   that might be present, as that was one of the called

18   out objectives in this particular experiment,

19   although for me, any implantation study I would be

20   looking for particulates, but this was called out in

21   this study.

22                     And so they would look at the tissue

23   reaction to the mesh itself and any evidence of

24   particulates in the surrounding tissue.

25             Q.      If you go to Page 35 of that study,

Confidential - Subject to Protective Order

Page 589

1    T-2130?

2           A.        That's 33.   2133?

3           Q.        Yes.

4           A.        You keep saying 30.

5           Q.        I'm sorry.   Thank you.

6           A.        What was the page number?

7           Q.        Page 35.

8           A.        Okay.

9           Q.        You see under the category,

10   approximate average thickness of fibrous tissue

11   located between the mesh fiber bundles -- strike

12   that.   Let me start over again.

13                    On Page 35 of Exhibit T-2133, there

14   is a table called "Histological Observations,"

15   correct?

16          A.        Yes.

17          Q.        And what are histological

18   observations?

19          A.        These are observations by the study

20   pathologist looking at evidence of tissue reaction

21   and integration and the evidence of fibrosis or any

22   other impact of the surrounding tissues.

23          Q.        And there is a category that's there.

24   It says:   Inflammatory cell infiltrates only

25   associated with the mesh.

Confidential - Subject to Protective Order

1           What is that?  Right in the middle.

2      A.      Yeah.  It looks like they're calling

3 out the tissue reaction associated with the mesh

4 versus a tissue reaction to the skeletal muscle

5 which was injured during the implantation process.

6      Q.      And in the far right-hand corner --

7 excuse me -- the far right-hand column, there is a

8 specific category for mesh particles within muscle.

9           And for each one of these animals,

10 they specifically look in the histology to try to

11 identify any particles that may have been in the

12 rabbit in two weeks; is that correct?

13      A.      That's correct.

14      Q.      And do they find any particles in the

15 histology for any of the rabbits?

16      A.      No.  No particles were observed for

17 any -- for any -- at any implantation site.

18      Q.      And this is a two-week study.  Does

19 the fact that this is a two-week study as opposed to

20 a six-month study or a ten-year study have any

21 impact on whether this is a valid study to determine

22 the extent to which mesh particles may be found

23 after implantation of mesh?

24      A.      I think at a two-week post

25 implantation period is sufficient time for a tissue

Confidential - Subject to Protective Order

Page 591

1    reaction and a fibrotic response to occur around any

2    particulate if it were present.

3           Q.      Okay.  And the histology in this

4    two-week rabbit study, 2133, was consistent with all

5    of the other Prolene tissue response tests that

6    you've gotten since 1964, correct?

7           A.      Yeah, that's correct.  If you look at

8    the inflammatory cell --

9                   MR. THORNBURGH:  Objection.  Sorry.

10                  If you can just give me a hair of a

11    second --

12                  THE WITNESS:  I'm sorry.

13                  MR. THORNBURGH:  -- I'd appreciate

14    it.  I've got to get an objection in.

15                  THE WITNESS:  That's fine.

16    BY MR. THOMAS:

17          Q.      Let me read the question again.

18                  And the histology in this two-week

19    rabbit study, 2133, was consistent with all of the

20    other Prolene tissue response tests that you've

21    gotten since 1964, correct?

22                  MR. THORNBURGH:  Objection.

23                  THE WITNESS:  Yes.  So if you look in

24    the column, inflammatory cell infiltrates only

25    associated with the mesh, for every mesh, that would

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 592

1    be Prolene Soft mesh, Prolene mechanical cut, which

2    is TVT mesh, and Prolene ultrasonic cut mesh, which

3    would be a laboratory-made device to simulate a

4    different cutting process for TVT tape, all of the

5    inflammatory reactions were minimal.

6              And, further, if you look at the

7    approximate average thickness of fibrous tissue,

8    what I would call fibrosis in studies that I've

9    read, located between the mesh fiber bundles -- and

10   this is measured -- attempted to be measured in

11   microns, as we've seen in some early report --

12   pathology assessment schemes -- the results at 7 and

13   14 days are -- there's no distinct encapsulation for

14   any product.

15   BY MR. THOMAS:

16        Q.    What does that mean, no distinct

17   encapsulation?

18        A.    That the fibrotic response was

19   relatively minimal.

20        Q.    Let's talk about encapsulation

21   quickly.  I am jumping around a little bit, and I

22   apologize.

23              In questions yesterday from counsel

24   in -- with respect to T-2242, the exploratory 91-day

25   tissue reaction study, there were some macroscopic

Confidential - Subject to Protective Order

1    observations of encapsulation that were observed

2    that were not confirmed upon histological review.

3    Is that fair?

4         A.      That's correct.  I recall that

5    discussion.

6         Q.      And you were the person who conducted

7    the histological review, correct?

8         A.      Yes.

9         Q.      And how is it that what might appear

10   on a microscopic level to be encapsulation, upon

11   histologic review, may prove something else

12   altogether?

13        A.      Yeah.  The deficiency of a

14   macroscopic observation is that it cannot see

15   through the tissue.  For example, if I were to put

16   this piece of paper on top of this -- the title of

17   this document, you would not see that.

18                That would be the result of a

19   macroscopic observation.  You could only see the

20   surface.  And that's a directional information, as I

21   mentioned.

22                The histomorphological evaluation of

23   the implant site looks at a cross-section of the

24   implant, top to bottom, through and through.  So not

25   only can the pathologist see the surface coating,

Confidential - Subject to Protective Order

Page 594

1    but they can see all the other components through

2    the mesh implant.

3         Q.     Okay.  So which is the more valid

4    observation?

5                MR. THORNBURGH:  Objection.

6                THE WITNESS:  The histo -- the

7    histomorphological evaluation is the definitive

8    result.

9    BY MR. THOMAS:

10        Q.     Okay.  Sorry to jump around.

11               Going back to the Pariente study,

12   which was T-2260, and the Ethicon two-week rabbit

13   study, which is T-2133, which is the better study

14   from a preclinical perspective for Ethicon to

15   evaluate the safety and efficacy of its product?

16        A.     I always lean towards in vivo studies

17   to simulate a patient population.

18        Q.     And what value to you in preclinical

19   context is 2260, the Pariente study?

20        A.     It's informational.

21        Q.     Any value to you from a preclinical

22   perspective other than what they state?

23        A.     No.

24        Q.     The next section in your disclosure

25   is the porosity section.  And the porosity section

Confidential - Subject to Protective Order

Page 595

1    for the development of mesh products only contains

2    12 entries.   And counsel inquired at length about

3    why you only had 12 studies to support the porosity

4    testing for the TVT device.

5                     And I think we've established pretty

6    clearly that T-2247, the 1973 rabbit study, is the

7    first study conducted by Ethicon on Prolene mesh for

8    tissue reaction, correct?

9         A.        Yes, that's correct.

10        Q.        And we went through that study at

11   some length.

12                  Is the tissue reaction profile found

13   in 2247 for Prolene mesh used in TVT consistent with

14   the tissue reaction profile found in other Prolene

15   mesh marketed by Ethicon?

16                  MR. THORNBURGH:  Objection.

17                  THE WITNESS:  First, is that exhibit

18   that you called out the '73 study?

19   BY MR. THOMAS:

20        Q.        Correct.

21        A.        Then the response would be that the

22   tissue reaction profile reported in the 1973 study

23   represents the kind of tissue reaction seen in

24   studies conducted since then.

25        Q.        Including the 91-day rat study using

Confidential - Subject to Protective Order

Page 596

1    the 5 mil mesh?

2          A.      That's correct.

3          Q.      And in all of the porosity studies

4    that are listed, the 12 that are listed here, the

5    finding of tissue reaction with respect to Prolene

6    mesh, does it meet the same profile?

7          A.      Yes.

8          Q.      And what is that profile?

9          A.      A relatively mild reaction, an acute

10   phase, which is transient and passes, because the

11   implant is biocompatible.  The tissue reaction

12   transitions to a low level chronic inflammatory

13   reaction and a fibrotic reaction that encapsulates

14   elements in a three-dimensional way of the mesh.

15                 And that tissue reaction is sustained

16   through the -- for the duration of each of the

17   studies, and in many of those studies, there is a

18   diminution of that reaction over time.

19         Q.      And that diminution in the reactions

20   or the change in the reactions that you've just

21   described is what you've described to counsel as a

22   long-term chronic reaction?

23         A.      That's correct.

24         Q.      And does the long-term chronic

25   reaction present any risk from a preclinical

Confidential - Subject to Protective Order

Page 597

1   perspective?

2         A.      No.

3                 MR. THORNBURGH:   Objection.

4   BY MR. THOMAS:

5         Q.      Now, you were questioned at some

6   length about why you haven't done any more porosity

7   studies on 6-mil Prolene mesh since the 1973 study.

8   Why is that?

9         A.      Well, there's -- in preclinical

10  science, there are limitations on the number of

11  animal studies that can be conducted.  USDA animal

12  welfare regulations require experimental

13  institutions to justify the use of additional

14  animals.  And part of that justification is making a

15  statement that this work has not been conducted

16  previously, and if so, then further studies are not

17  allowed.

18        Q.      In the 91-day rat study, T-2242,

19  there is an extensive section and literature

20  research -- literature search contained in the data

21  for that study.  Do you recall that?

22        A.      Yes.

23        Q.      And why is that literature search set

24  forth in that study?

25        A.      Part of the --

Confidential – Subject to Protective Order

Page 598

1              MR. THORNBURGH:  Objection.

2              THE WITNESS:  Each research

3    institution has an institutional animal care and use

4    committee whose job is to have oversight over all

5    experimental studies and as part of that oversight,

6    requires a literature search of either the public --

7    well, the public and internal databases to make sure

8    that previous studies that have been conducted will

9    not be repeated.

10   BY MR. THOMAS:

11        Q.      After Ethicon obtained the results

12   from the test in 2247, which is a 1973 rabbit test,

13   was there any reason to conduct further tissue

14   reaction studies for this Prolene flat mesh?

15        A.      No.  And all tissue reactions

16   conducted on various iterations of Prolene mesh over

17   time showed a very comparable tissue reaction as

18   described in the 1973 study.

19        Q.      And so the 12 studies that you site

20   in connection with your porosity analysis all have a

21   consistent tissue reaction profile?

22        A.      Yes.

23        Q.      And is the tissue reaction profile

24   that is described in those 12 studies consistent

25   with the language in the IFU that you talked about

Confidential - Subject to Protective Order

Page 599

1    at length with counsel for the plaintiff?

2                    MR. THORNBURGH:  Objection.

3                    THE WITNESS:  Yes, I think so.

4    BY MR. THOMAS:

5         Q.       The next category that you were asked

6    about -- excuse me -- that you were designated on is

7    Section BB.  And you were asked to provide the

8    specifics of all clinical, preclinical, and medical

9    testing related to all of the TVT products, and you

10   were responding to the preclinical piece of that.

11                   Do you recall that?

12        A.       Yes, I do.

13        Q.       So as a part of that, you gathered

14   all of the testing that Ethicon did for each of the

15   devices.  Is that fair?

16        A.       That's correct.

17        Q.       And to the extent that Ethicon

18   leveraged prior testing from Prolene sutures, you've

19   also identified that?

20        A.       That's correct.  They're all

21   relevant.

22        Q.       Okay.  And you did that for the TVT

23   device, correct?

24        A.       Yes.

25        Q.       You did that for the TVT-O device?