# Exhibit 4

Confidential - Subject to Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

- - -

IN RE:  ETHICON, INC.          :  MDL NO. 2327
PELVIC REPAIR SYSTEM,          :
PRODUCTS LIABILITY             :
LITIGATION                     :

- - -

AND VARIOUS OTHER CROSS-NOTICED ACTIONS

- - -

May 15, 2013

- - -

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


          Videotaped 30(b)(6) deposition of
DANIEL J. SMITH taken pursuant to notice, was held
at the law offices of Riker Danzig Scherer Hyland &
Perretti LLP, Headquarters Plaza, One Speedwell
Avenue, Morristown, New Jersey, beginning at 9:35
a.m., on the above date, before Ann Marie Mitchell,
a Federally Approved Certified Realtime Reporter,
Registered Diplomate Reporter and Notary Public for
the State of New Jersey.


- - -


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.951.5672 fax
deps@golkow.com

Confidential - Subject to Protective Order

1        A.        That's correct.

2        Q.        What was the reason to do laser cut

3    mesh?

4        A.        I think there was two reasons for

5    laser cut mesh.  It had started, I would say before

6    my role in Gynecare, in terms of either doing it as

7    a ultrasonically cut mesh or some other means of

8    cutting the mesh from a manufacturing perspective.

9    There was also, because when it was mechanically

10   cut, if you were to pull on the mesh, because of the

11   weave itself, small particles might fall off the

12   edges of the mesh.  And the goal was to try to

13   minimize that.

14       Q.        So one of the reasons to do laser cut

15   mesh was the mechanically cut mesh, when stretched,

16   may fray or have particles come off?

17       A.        That's one of the reasons.

18       Q.        And those -- that could happen in a

19   woman's body?

20       A.        Sure.  The Prolene is implantable,

21   the material is implantable.

22       Q.        Another --

23                 One of the effects of laser cutting

24   the mesh is it made that mesh stiffer too; isn't

25   that right?