# Exhibit 14

```
 1                    REPORTER'S RECORD
                    VOLUME    OF    VOLUMES
 2            TRIAL COURT CAUSE NO. DC-12-14350

 3     LINDA BATISTE              )   IN THE DISTRICT COURT
                                  )
 4                                )
       vs.                        )   DALLAS COUNTY, TEXAS
 5                                )
       JOHN ROBERT MCNABB, M.D.,  )
 6     JOHNSON & JOHNSON, AND     )
       ETHICON, INC.              )   95TH JUDICIAL DISTRICT
 7

 8

 9

10

11     _____

12                    TRIAL ON THE MERITS

13     _____

14

15

16

17

18

19

20         On the 27th day of March, 2014, the following

21     proceedings came on to be held in the above-titled and

22     numbered cause before the Honorable, Judge Ken Molberg

23     Presiding, held in Dallas, Dallas County, Texas.

24            Proceedings reported by computerized stenotype

25     machine.
```

Deana K. Savage
Official Court Reporter, 95th District Court
T: (214) 653-6747 - F: (214) 653-7991

1

```
 1   mesh.  When a surgeon makes -- has to tie a knot,
 2   intraoperatively, you know, we go once, twice, three --
 3   up to five times.  And then the assistant will cut the
 4   mesh.  You got two little spikes because that's -- if
 5   you -- if you tie your shoelaces exactly the same,
 6   right, the two things that stick out, that, to me, is
 7   fraying.
 8               And so is that an issue?  Well, if it
 9   would be an issue, we probably wouldn't be able to do
10   coronary artery bypass grafts.  We wouldn't be able to
11   operate on patients that need a graft to provide blood
12   to their brain, so it -- it's not an issue.  They -- the
13   tissue ingrowth around is perfectly normal.
14        Q.   Now, Doctor, with regard -- there's been
15   testimony about laser cut and machine cut, as we've seen.
16   Do you know approximately when Ethicon started
17   manufacturing laser cut mesh for TVT-O?
18        A.   I think it was 2007, 2006 or 2007.
19        Q.   All right.  And at the time that the company
20   started that, did the company, did they sell both, or was
21   it -- did everything shift over to laser cut?
22        A.   Yeah.  So we still sell both.
23        Q.   And why did Ethicon develop a laser cut mesh?
24        A.   The reason was we -- certain surgeons didn't
25   like to -- so when you cut a mesh, the way it's weaved,
```

```
 1    sometimes little particles -- and maybe you should have
 2    shown it on the picture earlier, if you can put it up
 3    again.
 4         Q.   Sure.
 5         A.   You see little blue -- blue dots on the -- on
 6    the left-hand side, so it's -- some of the particles
 7    would come lose at the ends of the tape.  That's particle
 8    loss.  Certain surgeons didn't want to see that.  And
 9    they said, make us a mesh that doesn't have these little
10    particles losing, and that's what we did.
11              Other surgeons said, you know, I kind of
12    like that fraying.  I feel it's adds a little bit of
13    Velcro effect, and so we -- we offer both, and it's --
14    it's a surgeon's preference without a clinical impact.
15         Q.   Have any studies demonstrated a superiority in
16    terms of safety and efficacy of laser cut over mechanical
17    cut?
18         A.   No.  And, you know, we've now got data from TVT
19    from the late '90s until mid 2010 now, and you see no
20    shift or no -- no differences being reported.
21         Q.   And, Doctor, with respect to those particles,
22    what are the particles?  What -- I mean, what is -- these
23    things right here, is this PROLENE?
24         A.   Well, yes.  It's -- it's -- it's just the top
25    portion, the little tip of the mesh ends that has come
```

```
 1   loose.
 2        Q.   All right.  And has that been tested for
 3   biocompatibility?
 4        A.   Well, of course.  It's the same mesh as -- it's
 5   still PROLENE.  So it would be like if you -- if you cut
 6   a suture and a little piece of the suture drops into the
 7   patient, that is pretty much what it comes down to.  But
 8   they're very, very small.
 9        Q.   Has particle loss -- in the studies that
10   you've reviewed, has particle loss been identified as a
11   significant clinical concern for TVT-O patients, for TVT
12   patients.
13        A.   No.  It is not an issue at all.
14        Q.   Doctor, I want to talk to you about TVT
15   Abbrevo.  Could you just describe for the jury what --
16   the jury's heard a little bit about TVT Abbrevo, but if
17   you would just refresh their recollection of what that
18   is.
19        A.   TVT Abbrevo looks exactly like the TVT-O I hold
20   here, except -- so what happens -- and I'm just trying to
21   get it right here -- at the end of the procedure, you
22   leave behind only the bit that's -- that stays in the
23   muscles.  So it would be about -- and I'm from
24   20 centimeters would stay behind, so 10 centimeters on
25   each side of the mesh would stay inside the patient.
```