# Exhibit 16

LAW OFFICES<br>
**THOMAS COMBS & SPANN, PLLC**

P O BOX 3824<br>
CHARLESTON, WEST VIRGINIA 25338<br>
------------------<br>
300 SUMMERS STREET, SUITE 1380<br>
CHARLESTON, WEST VIRGINIA  25301

TELEPHONE:  (304) 414-1800<br>
FACSIMILE:  (304) 414-1801<br>
WEBSITE:  www.tcspllc.com

Philip J. Combs<br>
Direct Dial: (304) 414-1805<br>
E-mail: pcombs@tcspllc.com

September 30, 2015

*Via e-mail - afaes@wcllp.com*

*ATTORNEY WORK PRODUCT*<br>
*PRIVILEGED AND CONFIDENTIAL*

Andrew N. Faes, Esquire<br>
Wagstaff & Cartmell LLP<br>
4740 Grand Avenue, Suite 300<br>
Kansas City, MO 64112

RE:     *In re: Ethicon, Inc. Pelvic Repair System*<br>
         <u>Products Liability Litigation</u>

Dear Andy:

This is in response to your letter of September 23, 2015.  In that letter you agreed to meet and confer regarding a potential narrowing of the scope of topics 1 & 2 but otherwise were unwilling to narrow the scope of the notice.  We previously raised our concerns with this notice in past meet and confers and in my August 5, 2015 letter to you.  Because the parties cannot reach agreement on this issue, we will be raising it before Judge Eifert in early October.  We will serve our motion early next week and coordinate with you for some time with Judge Eifert.  In any event, we will not be putting a witness up on this notice on October 15, 2015.  If you have any questions, please call me.

Sincerely,

*Philip Combs*

PHILIP J. COMBS

PJC/blm<br>
cc:     <u>*Via E-Mail*</u><br>
         Christy Jones, Esquire<br>
         Ben Watson, Esquire<br>
         Rich Bernardo, Esquire<br>
         Paul Rosenblatt, Esquire<br>
         Renee Baggett, Esquire<br>
         Bryan Aylstock, Esquire<br>
         Rich Freese, Esquire