IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ A. Donald C. Discepolo
A. Donald C. Discepolo
DISCEPOLO
Suite 1950
111 South Calvert Street
Baltimore, MD 21202
410.296.0780 (phone)
410.296.2263 (fax)
don@discepolollp.com
*Attorney for Plaintiff on Exhibit A*

/s/ James G. Onder
James G. Onder
ONDER SHELTON O'LEARY &
PETERSON
2nd Floor
110 East Lockwood
St. Louis, MO 63119
314.963.9000 (phone)
314.963.1700 (fax)
onder@onderlaw.com
*Attorney for Plaintiff on Exhibit B*

/s/ John Foley
John Foley
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
618.259.2222 (phone)
618.259.2251 (fax)
jfoley@simmonsfirm.com
*Attorney for Plaintiff on Exhibit C*

Dated: October 14, 2015

**EXHIBIT A - DISCEPOLO**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-09925 | Loris Jones v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – ONDER SHELTON O'LEARY & PETERSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-00818 | Nora Kalb Bushfield, John Bushfield v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Cook Incorporated, Cook Biotech, Inc., Cook Medical, Inc. |

**EXHIBIT C - SIMMONS HANLY CONROY**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-05774 | Angie M. Roebuck v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/Barbara R. Binis