# MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Linda Isham<br>Sara Ajon-Ramirez<br>Carol Anderson<br>Johanna Anderson<br>Lydia Andrews<br>Norma Arhos<br>Maria Avila<br>Antonia Batista<br>Earma Beasley<br>Judith Best<br>Johnnie Betterly<br>Joyce Birth<br>Cynthia Bohannon<br>Betty Bonner<br>Addie Bowie<br>Joleen Bursey<br>Shannon Butler<br>Annette Caraballo-Cotto<br>Joan Casey<br>Lynn Cassano<br>Vickie Chapman<br>Sandra J. Christensen<br>Betty Christians<br>Jane Connealy<br>Georgianna Corbin<br>Brandy Corley<br>Christine Cormier<br>Robert Cormier<br>Jane Delisle<br>Mildred Deziel<br>Annette Dinsmore<br>Joy Dodge<br>Betty Dorsey<br>Dibra Engles<br>Beverly Estey<br>Catherine Evans<br>Linda Faltersack<br>Patricia Foster<br>Elizabeth Fry<br>Kimberly Fyksen<br>Mary Getchell<br>Nancy Godfrey<br>Anna Gotcher | Texas Eastern | 3:15-cv-2295 | 2:15-cv-13955 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Jennifer Graham<br>Marlene Greenwell<br>Rita Griffin<br>Marilyn Grossman<br>Lucille Grover<br>Nancy Hager<br>Rebecca Halstead-Mapel<br>Jean Heitzman<br>Sharon Helms<br>Rita Henderson<br>Bernice Hendrix<br>Gayle Hewlett<br>Teresa Heydorn<br>Kathryn Hibbard<br>Jean Hiers<br>Diane Hoffman<br>Kristine Huertas<br>Edith Husted<br>Debbie Hutto<br>Leslie Imboden<br>Chris Irwin<br>Judith Jacobi<br>Kelly Jaegar<br>Carmel James<br>Charlotte Johnson<br>Peggy Johnson<br>Eleanor Jones<br>Rosandra Jordan<br>Kathy Jungemann<br>Denise Kepler<br>Diane Kerkenbush<br>Cathleen Kessenich<br>Susan Klingsporn<br>Todd Klingsporn<br>Debbie Kramer<br>Catherine Kuhn<br>Alta Brown Kurelmeyer<br>Lisa Lake<br>Joan Lambott<br>Elizabeth Lando-King<br>Patricia Leanna<br>Betty Leighley<br>Elizabeth Leo<br>Elisabeth Leyva-Castaneda<br>Lorraine Lindsay | Texas Eastern | 3:15-cv-2295 | 2:15-cv-13955 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Cecelia Lundy | Texas Eastern | 3:15-cv-2295 | 2:15-cv-13955 |