## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Linda Yarbrough<br>Susie Lykken<br>Debra Lyles<br>Charlene Lynch<br>Diana Macdonald<br>Maureen Magnuson<br>Rosemary Mahnke<br>Pamela Marden<br>Becky Mariette<br>Sue Marron<br>Peter Marron<br>Veronica Martinez<br>Ann Mattera<br>Debra McCaslin<br>Mary McCoy<br>Bernice McDonald<br>Lillian McManus<br>Jeanne Medicraft<br>Christine Melton<br>Kimberly Merwin<br>Sharlene Minus<br>Patty Monson<br>Jean Nicholson<br>Pamela Nieters<br>Kelli Nodurfth<br>Anna Nottingham<br>Lynn Offen<br>Fanny O'Neil<br>Daysy Pascua<br>Arletta Pack<br>Karen Pennig<br>Peggy Quattlebaum<br>Jessica Quinones<br>Nikki Rey<br>M. Carmen Reyes<br>Dorothy Reynolds<br>MaryJo Reynolds<br>Barbara Reynolds<br>Veronica Richardson<br>Linda Rivero<br>Terry Ross<br>Marla Ruiz<br>Antoniette Russ | Texas Northern | 3:15-cv-2297 | 2:15-cv-13957 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Carol Saarela<br>Lynda Ann Sand<br>Gertrude Sangiacomo<br>Deborah Sayers<br>Karen Schaub<br>Shannon Schiller<br>Lisa Schmiesing<br>Lisa R. Schofield<br>Marie Schultz<br>Joann Scriver<br>Carole Sears<br>Zaida Sellers<br>Debra Senger<br>Jodie Smith<br>Pamela Smith<br>Kim Snook<br>Cindy Sola<br>Ana Solis<br>Mary Spry<br>Helen Stanfill<br>Marcia Starr<br>Virginia Stockman<br>Tammy Stradtmann<br>Helen Suarez<br>Marjorie Swanson<br>Barbara Jean Swenson<br>Kimberly Tierney<br>Jeanne Vetsch<br>Christine Vitale<br>Sally Vodney<br>Anne Walker<br>Michelle Wall<br>Marsha Wand<br>Sophia Washington<br>Elwanda Wentz<br>Sandra Weseman<br>Anissa White<br>Carolyn White<br>Carol Williams<br>Elaina Wilson-Henderson<br>Deanna Witte-Dunton<br>Roberta Yancey<br>Barbara Zamenski<br>Carmen Santiago | Texas Northern | 3:15-cv-2297 | 2:15-cv-13957 |