EXHIBIT B



**All Court Types Party Search**
Wed Oct 14 08:29:59 2015
328 records found

**User:** ww1846
**Client:** 9999990 00001
**Search:** All Court Types Party Search Name Analytic Biosurgical All Courts Page: 1 sort: court_id

## Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Analytic Biosurgical Solutions (dft) | alndce | 6:2012-cv-03920 | 365 | 11/20/2012 | 01/10/2013 |
| 2 Analytic Biosurgical Solutions (dft) | cacdce | 2:2012-cv-05985 | 365 | 07/11/2012 | 08/27/2012 |
| 3 Analytic Biosurgical Solutions (dft) | cacdce | 2:2012-cv-06977 | 365 | 08/13/2012 | 10/01/2012 |
| 4 Analytic Biosurgical Solutions (dft) | cacdce | 2:2012-cv-09029 | 365 | 10/19/2012 | 11/30/2012 |
| 5 Analytic Biosurgical Solutions (dft) | caedce | 1:2012-cv-00972 | 365 | 06/14/2012 | 08/24/2012 |
| 6 Analytic Biosurgical Solutions (dft) | flmdce | 8:2011-cv-02377 | 365 | 10/20/2011 | 05/29/2012 |
| 7 Analytic Biosurgical Solutions (dft) | flmdce | 6:2012-cv-01335 | 365 | 08/31/2012 | 10/03/2012 |
| 8 Analytic Biosurgical Solutions (dft) | flmdce | 8:2012-cv-02353 | 365 | 10/16/2012 | 11/05/2012 |
| 9 Analytic Biosurgical Solutions (dft) | flmdce | 2:2013-cv-00181 | 365 | 03/08/2013 | 03/25/2013 |
| 10 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | flndce | 5:2012-cv-00245 | 365 | 07/31/2012 | 08/15/2012 |
| 11 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | gamdce | 4:2012-cv-00114 | 367 | 05/31/2012 | 01/08/2013 |
| 12 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | gamdce | 4:2012-cv-00253 | 367 | 09/20/2012 | 03/18/2013 |
| 13 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | gamdce | 4:2012-cv-00263 | 367 | 10/01/2012 | 10/16/2012 |
| 14 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | gamdce | 4:2012-cv-00264 | 367 | 10/01/2012 | 09/18/2014 |
| 15 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | gamdce | 4:2013-cv-00002 | 367 | 01/02/2013 | 08/23/2013 |
| 16 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | gamdce | 4:2013-cv-00216 | 367 | 07/02/2013 | 09/18/2014 |
| 17 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | gamdce | 4:2013-cv-00217 | 367 | 07/02/2013 | 09/18/2014 |
| 18 ANALYTIC BIOSURGICAL SOLUTIONS (dft) | gamdce | 4:2013-cv-00218 | 367 | 07/02/2013 | 09/18/2014 |
| 19 Analytic Biosurgical Solutions (dft) | iddce | 4:2012-cv-00395 | 365 | 08/06/2012 | 08/24/2012 |
| 20 Analytic Biosurgical Solutions (dft) | ilndce | 1:2012-cv-01829 | 365 | 03/13/2012 | 08/09/2012 |
| 21 Analytic Biosurgical Solutions (dft) | ilndce | 1:2012-cv-06368 | 365 | 08/13/2012 | 08/31/2012 |
| 22 Analytic Biosurgical Solutions (dft) | ilndce | 1:2012-cv-08061 | 365 | 10/09/2012 | 11/21/2012 |
| 23 Analytic Biosurgical Solutions (dft) | ilsdce | 3:2012-cv-00321 | 365 | 04/19/2012 | 08/08/2012 |
| 24 Analytic Biosurgical Solutions (dft) | ksdce | 2:2012-cv-02212 | 365 | 04/12/2012 | 08/08/2012 |
| 25 Analytic Biosurgical Solutions (dft) | ksdce | 2:2012-cv-02441 | 367 | 07/13/2012 | 08/28/2012 |
| 26 Analytic Biosurgical Solutions (dft) | kyedce | 5:2012-cv-00211 | 367 | 07/06/2012 | 08/23/2012 |
| 27 Analytic Biosurgical Solutions (dft) | kyedce | 5:2012-cv-00216 | 367 | 07/10/2012 | 08/23/2012 |
| 28 Analytic Biosurgical Solutions (dft) | kyedce | 5:2012-cv-00223 | 367 | 07/11/2012 | 07/24/2012 |
| 29 Analytic Biosurgical Solutions (dft) | kywdce | 1:2012-cv-00114 | 365 | 07/13/2012 | 08/20/2012 |
| 30 Analytic Biosurgical Solutions (dft) | kywdce | 1:2012-cv-00115 | 365 | 07/13/2012 | 09/19/2012 |
| 31 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00401 | 365 | 07/13/2012 | 11/05/2012 |
| 32 Analytic Biosurgical Solutions (dft) | kywdce | 1:2012-cv-00116 | 365 | 07/13/2012 | 08/28/2012 |
| 33 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00402 | 365 | 07/13/2012 | 08/28/2012 |
| 34 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00406 | 365 | 07/13/2012 | 08/21/2012 |
| 35 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00407 | 365 | 07/13/2012 | 08/28/2012 |
| 36 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00403 | 365 | 07/13/2012 | 08/28/2012 |
| 37 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00409 | 355 | 07/13/2012 | 08/28/2012 |
| 38 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00408 | 365 | 07/13/2012 | 09/04/2012 |
| 39 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00404 | 365 | 07/13/2012 | 08/27/2012 |
| 40 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00410 | 365 | 07/13/2012 | 09/19/2012 |
| 41 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00411 | 365 | 07/13/2012 | 09/19/2012 |
| 42 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00412 | 365 | 07/13/2012 | 09/19/2012 |
| 43 Analytic Biosurgical Solutions (dft) | kywdce | 3:2012-cv-00413 | 365 | 07/13/2012 | 08/31/2012 |
| 44 Analytic Biosurgical Solutions (dft) | kywdce | 3:2015-cv-00682 | 367 | 08/19/2015 | 09/04/2015 |
| 45 Analytic Biosurgical Solutions (dft) | laedce | 2:2012-cv-01838 | 367 | 07/13/2012 | 08/24/2012 |
| 46 Analytic Biosurgical Solutions (dft) | laedce | 2:2012-cv-01843 | 367 | 07/13/2012 | 02/06/2013 |
| 47 Analytic Biosurgical Solutions (dft) | madce | 1:2012-cv-11478 | 365 | 08/09/2012 | 08/28/2012 |
| 48 Analytic Biosurgical Solutions (dft) | mndce | 0:2011-cv-01751 | 365 | 07/01/2011 | 10/24/2011 |
| 49 Analytic Biosurgical Solutions (dft) | mndce | 0:2012-cv-01150 | 367 | 05/11/2012 | 05/30/2012 |
| 50 Analytic Biosurgical Solutions (dft) | mndce | 0:2012-cv-02924 | 367 | 11/20/2012 | 12/18/2012 |
| 51 Analytic Biosurgical Solutions (dft) | mndce | 0:2012-cv-03163 | 367 | 12/21/2012 | 01/29/2013 |
| 52 Analytic Biosurgical Solutions (dft) | mndce | 0:2013-cv-00248 | 367 | 01/31/2013 | 02/20/2013 |
| 53 Analytic Biosurgical Solutions (dft) | mndce | 0:2013-cv-00484 | 367 | 02/28/2013 | 03/11/2013 |
| 54 Analytic Biosurgical Solutions (dft) | mndce | 0:2013-cv-00520 | 367 | 03/06/2013 | 03/18/2013 |

**Receipt** 10/14/2015 08:30:08 22456360
**User** ww1846
**Client** 9999990 00001
**Description** All Court Types Party Search
Name Analytic Biosurgical All Courts Page: 1 sort: court_id
**Pages** 1 ($0.10)



**All Court Types Party Search**
Wed Oct 14 08:29:59 2015
328 records found

**User:** ww1846
**Client:** 9999990 00001
**Search:** All Court Types Party Search Name Analytic Biosurgical All Courts Page: 2 sort: court_id

Civil Results

| # | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 55 | Analytic Biosurgical Solutions (dft) | mndce | 0:2013-cv-00943 | 367 | 04/23/2013 | 08/07/2013 |
| 56 | Analytic Biosurgical Solutions (dft) | moedce | 4:2012-cv-00698 | 365 | 04/19/2012 | 08/08/2012 |
| 57 | Analytic Biosurgical Solutions (dft) | moedce | 4:2012-cv-02255 | 365 | 12/05/2012 | 01/07/2013 |
| 58 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00465 | 365 | 04/23/2012 | 08/08/2012 |
| 59 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00466 | 365 | 04/23/2012 | 08/08/2012 |
| 60 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00467 | 365 | 04/23/2012 | 08/08/2012 |
| 61 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00703 | 365 | 06/11/2012 | 06/25/2012 |
| 62 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00857 | 365 | 07/06/2012 | 07/23/2012 |
| 63 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00864 | 365 | 07/06/2012 | 07/23/2012 |
| 64 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00918 | 365 | 07/13/2012 | 08/02/2012 |
| 65 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00924 | 365 | 07/13/2012 | 08/02/2012 |
| 66 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00926 | 365 | 07/13/2012 | 08/02/2012 |
| 67 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00928 | 365 | 07/13/2012 | 08/02/2012 |
| 68 | Analytic Biosurgical Solutions (dft) | mowdce | 4:2012-cv-00952 | 365 | 07/19/2012 | 09/05/2012 |
| 69 | Analytic Biosurgical Solutions (dft) | mssdce | 1:2012-cv-00256 | 365 | 08/17/2012 | 09/28/2012 |
| 70 | Analytic Biosurgical Solutions (dft) | mssdce | 1:2013-cv-00191 | 367 | 04/22/2013 | 06/12/2013 |
| 71 | Analytic Biosurgical Solutions (dft) | mssdce | 1:2013-cv-00277 | 365 | 07/01/2013 | 07/17/2013 |
| 72 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04279 | 365 | 07/11/2012 | 08/31/2012 |
| 73 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04297 | 365 | 07/11/2012 | 08/31/2012 |
| 74 | Analytic Biosurgical Solutions (dft) | njdce | 3:2012-cv-04277 | 365 | 07/11/2012 | 08/31/2012 |
| 75 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04296 | 365 | 07/11/2012 | 08/31/2012 |
| 76 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04295 | 365 | 07/11/2012 | 08/31/2012 |
| 77 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04298 | 365 | 07/11/2012 | 08/31/2012 |
| 78 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04294 | 365 | 07/11/2012 | 08/31/2012 |
| 79 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04299 | 365 | 07/11/2012 | 08/31/2012 |
| 80 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04310 | 365 | 07/12/2012 | 08/28/2012 |
| 81 | Analytic Biosurgical Solutions (dft) | njdce | 3:2012-cv-04312 | 365 | 07/12/2012 | 08/28/2012 |
| 82 | Analytic Biosurgical Solutions (dft) | njdce | 3:2012-cv-04318 | 365 | 07/12/2012 | 08/31/2012 |
| 83 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | njdce | 3:2012-cv-04319 | 365 | 07/12/2012 | 08/31/2012 |
| 84 | Analytic Biosurgical Solutions (dft) | njdce | 3:2012-cv-04360 | 365 | 07/13/2012 | 08/31/2012 |
| 85 | Analytic Biosurgical Solutions (dft) | njdce | 3:2012-cv-04400 | 365 | 07/13/2012 | 08/31/2012 |
| 86 | Analytic Biosurgical Solutions (dft) | nysdce | 1:2012-cv-07501 | 365 | 10/05/2012 | 10/31/2012 |
| 87 | Analytic Biosurgical Solutions (dft) | okwdce | 5:2012-cv-00532 | 365 | 05/10/2012 | 08/08/2012 |
| 88 | ANALYTIC BIOSURGICAL SOLUTIONS (dft) | pawdce | 2:2013-cv-01588 | 365 | 11/01/2013 | 11/15/2013 |
| 89 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00227 | 365 | 07/12/2012 | 09/04/2012 |
| 90 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00229 | 365 | 07/12/2012 | 08/23/2012 |
| 91 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00230 | 365 | 07/12/2012 | 08/29/2012 |
| 92 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00231 | 365 | 07/12/2012 | 08/30/2012 |
| 93 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00232 | 367 | 07/12/2012 | 08/23/2012 |
| 94 | Analytic Biosurgical Solutions (dft) | tnedce | 3:2012-cv-00352 | 365 | 07/12/2012 | 08/28/2012 |
| 95 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00233 | 367 | 07/12/2012 | 08/08/2012 |
| 96 | Analytic Biosurgical Solutions (dft) | tnedce | 4:2012-cv-00048 | 365 | 07/12/2012 | 09/06/2012 |
| 97 | Analytic Biosurgical Solutions (dft) | tnedce | 2:2012-cv-00290 | 367 | 07/12/2012 | 08/28/2012 |
| 98 | Analytic Biosurgical Solutions (dft) | tnedce | 2:2012-cv-00291 | 365 | 07/12/2012 | 08/27/2012 |
| 99 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00234 | 367 | 07/12/2012 | 08/23/2012 |
| 100 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00235 | 367 | 07/12/2012 | 09/24/2012 |
| 101 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00236 | 367 | 07/12/2012 | 08/23/2012 |
| 102 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00237 | 367 | 07/12/2012 | 08/28/2012 |
| 103 | Analytic Biosurgical Solutions (dft) | tnedce | 2:2012-cv-00292 | 365 | 07/12/2012 | 08/24/2012 |
| 104 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00238 | 367 | 07/12/2012 | 08/14/2012 |
| 105 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00239 | 367 | 07/12/2012 | 08/28/2012 |
| 106 | Analytic Biosurgical Solutions (dft) | tnedce | 2:2012-cv-00294 | 365 | 07/12/2012 | 09/04/2012 |
| 107 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00240 | 367 | 07/12/2012 | 09/24/2012 |
| 108 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00241 | 367 | 07/13/2012 | 09/24/2012 |

Receipt 10/14/2015 08:39:53 22461111
**User** ww1846
**Client** 9999990 00001
**Description** All Court Types Party Search
Name Analytic Biosurgical All Courts Page: 2 sort: court_id
**Pages** 1 ($0.10)



**PACER Case Locator**

**All Court Types Party Search**
Wed Oct 14 08:29:59 2015
328 records found

**User:** ww1846
**Client:** 9999990 00001
**Search:** All Court Types Party Search Name Analytic Biosurgical All Courts Page: 3 sort: court_id

## Civil Results

| # | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 109 | Analytic Biosurgical Solutions (dft) | tnedce | 1:2012-cv-00243 | 367 | 07/13/2012 | 08/15/2012 |
| 110 | Analytic Biosurgical Solutions (dft) | tnedce | 4:2012-cv-00056 | 367 | 08/14/2012 | 10/01/2012 |
| 111 | Analytic Biosurgical Solutions (dft) | tnmdce | 2:2012-cv-00074 | 365 | 07/13/2012 | 08/03/2012 |
| 112 | Analytic Biosurgical Solutions (dft) | tnmdce | 2:2012-cv-00075 | 365 | 07/13/2012 | 08/03/2012 |
| 113 | Analytic Biosurgical Solutions (dft) | tnmdce | 1:2012-cv-00077 | 365 | 07/13/2012 | 07/20/2012 |
| 114 | Analytic Biosurgical Solutions (dft) | tnmdce | 1:2012-cv-00078 | 365 | 07/13/2012 | 07/20/2012 |
| 115 | Analytic Biosurgical Solutions (dft) | tnmdce | 1:2012-cv-00079 | 365 | 07/13/2012 | 07/19/2012 |
| 116 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00724 | 365 | 07/13/2012 | 08/06/2012 |
| 117 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00725 | 365 | 07/13/2012 | 08/10/2012 |
| 118 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00726 | 365 | 07/13/2012 | 08/03/2012 |
| 119 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00727 | 365 | 07/13/2012 | 08/03/2012 |
| 120 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00728 | 365 | 07/13/2012 | 08/03/2012 |
| 121 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00731 | 365 | 07/13/2012 | 08/10/2012 |
| 122 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00732 | 365 | 07/13/2012 | 08/03/2012 |
| 123 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00733 | 365 | 07/13/2012 | 08/09/2012 |
| 124 | Analytic Biosurgical Solutions (dft) | tnmdce | 3:2012-cv-00734 | 365 | 07/13/2012 | 08/09/2012 |
| 125 | Analytic Biosurgical Solutions (dft) | tnwdce | 2:2012-cv-02615 | 365 | 07/12/2012 | 08/23/2012 |
| 126 | Analytic Biosurgical Solutions (dft) | tnwdce | 2:2012-cv-02629 | 365 | 07/13/2012 | 09/04/2012 |
| 127 | Analytic Biosurgical Solutions (dft) | tnwdce | 2:2012-cv-02630 | 365 | 07/13/2012 | 09/04/2012 |
| 128 | Analytic Biosurgical Solutions (dft) | tnwdce | 2:2012-cv-02632 | 365 | 07/13/2012 | 08/16/2012 |
| 129 | Analytic Biosurgical Solutions (dft) | txndce | 1:2012-cv-00110 | 365 | 06/18/2012 | 07/13/2012 |
| 130 | Analytic Biosurgical Solutions (dft) | txndce | 3:2012-cv-02266 | 365 | 06/18/2012 | 08/27/2012 |
| 131 | Analytic Biosurgical Solutions (dft) | txsdce | 2:2012-cv-00155 | 365 | 05/15/2012 | 03/25/2013 |
| 132 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-01584 | 365 | 01/29/2013 | |
| 133 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-01829 | 365 | 02/01/2013 | |
| 134 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-03049 | 365 | 02/20/2013 | |
| 135 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-03778 | 365 | 02/27/2013 | |
| 136 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-04540 | 365 | 03/07/2013 | 05/01/2013 |
| 137 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-04549 | 365 | 03/07/2013 | |
| 138 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-04807 | 365 | 03/11/2013 | |
| 139 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-05406 | 365 | 03/18/2013 | |
| 140 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-05407 | 365 | 03/18/2013 | |
| 141 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-05429 | 365 | 03/18/2013 | |
| 142 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-05638 | 365 | 03/20/2013 | |
| 143 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-06078 | 365 | 03/25/2013 | |
| 144 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-06108 | 365 | 03/26/2013 | |
| 145 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-14732 | 365 | 06/18/2013 | |
| 146 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-20591 | 365 | 07/17/2013 | 03/25/2014 |
| 147 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-21500 | 365 | 08/06/2013 | |
| 148 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-29190 | 365 | 11/15/2013 | |
| 149 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2015-cv-12948 | 365 | 09/04/2015 | |
| 150 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2010-md-02187 | 365 | 10/12/2010 | |
| 151 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-md-02325 | 365 | 02/07/2012 | |
| 152 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-md-02326 | 365 | 02/07/2012 | |
| 153 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-md-02327 | 365 | 02/07/2012 | |
| 154 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-00515 | 365 | 02/23/2012 | |
| 155 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-00618 | 365 | 03/01/2012 | |
| 156 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-00964 | 365 | 04/04/2012 | |
| 157 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-01339 | 365 | 04/30/2012 | |
| 158 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-01744 | 365 | 05/30/2012 | |
| 159 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-01954 | 365 | 06/08/2012 | |
| 160 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-02271 | 365 | 06/25/2012 | |
| 161 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-02829 | 365 | 07/09/2012 | |
| 162 | Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-02854 | 365 | 07/10/2012 | |

**Receipt** 10/14/2015 08:40:08 22461223
**User** ww1846
**Client** 9999990 00001
**Description** All Court Types Party Search
Name Analytic Biosurgical All Courts Page: 3 sort: court_id
**Pages** 1 ($0.10)



**All Court Types Party Search**
Wed Oct 14 08:29:59 2015
328 records found

**User:** ww1846
**Client:** 9999990 00001
**Search:** All Court Types Party Search Name Analytic Biosurgical All Courts Page: 4 sort: court_id

---

### Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 163 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-03283 | 365 | 07/13/2012 | |
| 164 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-03601 | 365 | 07/23/2012 | 09/17/2012 |
| 165 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-03604 | 365 | 07/23/2012 | 09/17/2012 |
| 166 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-03704 | 365 | 07/25/2012 | |
| 167 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-03906 | 365 | 07/31/2012 | |
| 168 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04000 | 365 | 08/02/2012 | 03/22/2013 |
| 169 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04001 | 365 | 08/02/2012 | |
| 170 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04002 | 365 | 08/02/2012 | |
| 171 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04011 | 365 | 08/02/2012 | 09/18/2012 |
| 172 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04013 | 365 | 08/02/2012 | |
| 173 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04014 | 365 | 08/02/2012 | 12/03/2013 |
| 174 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04015 | 365 | 08/02/2012 | 10/03/2013 |
| 175 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04025 | 365 | 08/03/2012 | |
| 176 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04037 | 365 | 08/03/2012 | |
| 177 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04038 | 365 | 08/03/2012 | |
| 178 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04039 | 365 | 08/03/2012 | |
| 179 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04040 | 365 | 08/03/2012 | |
| 180 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04041 | 365 | 08/03/2012 | |
| 181 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04088 | 365 | 08/06/2012 | |
| 182 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-md-02387 | 365 | 08/06/2012 | |
| 183 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04156 | 365 | 08/08/2012 | |
| 184 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04158 | 365 | 08/08/2012 | |
| 185 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04166 | 365 | 08/08/2012 | |
| 186 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04169 | 365 | 08/08/2012 | |
| 187 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04188 | 365 | 08/08/2012 | |
| 188 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04189 | 365 | 08/08/2012 | |
| 189 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04190 | 365 | 08/08/2012 | |
| 190 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04220 | 365 | 08/09/2012 | |
| 191 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04224 | 365 | 08/09/2012 | |
| 192 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04225 | 365 | 08/09/2012 | 05/30/2013 |
| 193 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04228 | 365 | 08/09/2012 | 04/29/2014 |
| 194 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04231 | 365 | 08/09/2012 | |
| 195 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04242 | 365 | 08/10/2012 | 11/21/2012 |
| 196 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04243 | 365 | 08/10/2012 | |
| 197 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04362 | 365 | 08/15/2012 | |
| 198 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04372 | 365 | 08/15/2012 | |
| 199 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04373 | 365 | 08/15/2012 | |
| 200 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04403 | 365 | 08/16/2012 | |
| 201 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04429 | 365 | 08/17/2012 | 02/27/2013 |
| 202 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04498 | 365 | 08/17/2012 | |
| 203 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04546 | 365 | 08/20/2012 | 10/03/2012 |
| 204 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04647 | 365 | 08/23/2012 | |
| 205 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04650 | 365 | 08/23/2012 | |
| 206 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04654 | 365 | 08/23/2012 | |
| 207 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04666 | 365 | 08/24/2012 | |
| 208 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04684 | 365 | 08/24/2012 | |
| 209 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04686 | 365 | 08/24/2012 | |
| 210 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04687 | 365 | 08/24/2012 | |
| 211 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04688 | 365 | 08/24/2012 | |
| 212 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04704 | 365 | 08/27/2012 | 05/28/2015 |
| 213 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04761 | 365 | 08/28/2012 | |
| 214 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04762 | 365 | 08/28/2012 | 05/30/2013 |
| 215 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04763 | 365 | 08/28/2012 | |
| 216 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04765 | 365 | 08/28/2012 | |

**Receipt** 10/14/2015 08:40:21 22461334
**User** ww1846
**Client** 9999990 00001
**Description** All Court Types Party Search
　　　　　　　Name Analytic Biosurgical All Courts Page: 4 sort: court_id
**Pages** 1 ($0.10)



**All Court Types Party Search**
Wed Oct 14 08:29:59 2015
328 records found

**User:** ww1846
**Client:** 9999990 00001
**Search:** All Court Types Party Search Name Analytic Biosurgical All Courts Page: 5 sort: court_id

---

### Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 217 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04773 | 365 | 08/28/2012 | |
| 218 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04775 | 365 | 08/28/2012 | |
| 219 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04809 | 365 | 08/28/2012 | |
| 220 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04821 | 365 | 08/28/2012 | 11/21/2012 |
| 221 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04822 | 365 | 08/28/2012 | |
| 222 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04833 | 365 | 08/28/2012 | |
| 223 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04835 | 365 | 08/28/2012 | 05/30/2013 |
| 224 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04836 | 365 | 08/28/2012 | |
| 225 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04838 | 365 | 08/28/2012 | |
| 226 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04839 | 365 | 08/28/2012 | |
| 227 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04853 | 365 | 08/28/2012 | |
| 228 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04863 | 365 | 08/29/2012 | |
| 229 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04900 | 365 | 08/29/2012 | |
| 230 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04928 | 365 | 08/30/2012 | |
| 231 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04964 | 365 | 08/30/2012 | 05/28/2015 |
| 232 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04965 | 365 | 08/30/2012 | 05/28/2015 |
| 233 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-04975 | 365 | 08/31/2012 | 05/28/2015 |
| 234 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05008 | 365 | 08/31/2012 | |
| 235 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05021 | 365 | 08/31/2012 | |
| 236 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05026 | 365 | 08/31/2012 | |
| 237 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05027 | 365 | 08/31/2012 | |
| 238 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05028 | 365 | 08/31/2012 | |
| 239 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05029 | 365 | 08/31/2012 | |
| 240 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05030 | 365 | 08/31/2012 | |
| 241 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05031 | 365 | 08/31/2012 | |
| 242 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05032 | 365 | 08/31/2012 | |
| 243 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05034 | 365 | 08/31/2012 | |
| 244 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05035 | 365 | 08/31/2012 | |
| 245 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05037 | 365 | 08/31/2012 | |
| 246 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05038 | 365 | 08/31/2012 | 05/16/2013 |
| 247 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05042 | 365 | 08/31/2012 | 03/24/2014 |
| 248 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05048 | 365 | 09/04/2012 | |
| 249 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05051 | 365 | 09/04/2012 | |
| 250 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05055 | 365 | 09/04/2012 | |
| 251 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05056 | 365 | 09/04/2012 | |
| 252 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05058 | 365 | 09/04/2012 | 10/24/2012 |
| 253 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05095 | 365 | 09/05/2012 | |
| 254 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05126 | 365 | 09/05/2012 | |
| 255 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05163 | 365 | 09/06/2012 | |
| 256 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05251 | 365 | 09/07/2012 | |
| 257 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05258 | 365 | 09/07/2012 | |
| 258 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05260 | 365 | 09/07/2012 | |
| 259 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05264 | 365 | 09/07/2012 | 06/17/2013 |
| 260 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05265 | 365 | 09/07/2012 | |
| 261 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05266 | 365 | 09/07/2012 | |
| 262 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05267 | 365 | 09/07/2012 | |
| 263 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05618 | 365 | 09/19/2012 | |
| 264 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05619 | 365 | 09/19/2012 | 03/22/2013 |
| 265 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05620 | 365 | 09/19/2012 | |
| 266 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05621 | 365 | 09/19/2012 | |
| 267 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05826 | 365 | 09/25/2012 | |
| 268 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05827 | 365 | 09/25/2012 | 05/28/2015 |
| 269 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-05828 | 365 | 09/25/2012 | 04/29/2014 |
| 270 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-06069 | 365 | 09/28/2012 | |

**Receipt** 10/14/2015 08:40:32 22461422
**User** ww1846
**Client** 9999990 00001
**Description** All Court Types Party Search
Name Analytic Biosurgical All Courts Page: 5 sort: court_id
**Pages** 1 ($0.10)



**PACER Case Locator**

**All Court Types Party Search**
Wed Oct 14 08:29:59 2015
328 records found

**User:** ww1846
**Client:** 9999990 00001
**Search:** All Court Types Party Search Name Analytic Biosurgical All Courts Page: 6 sort: court_id

## Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 271 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-06072 | 365 | 10/01/2012 | |
| 272 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-06073 | 365 | 10/01/2012 | |
| 273 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-06086 | 365 | 10/01/2012 | 07/26/2013 |
| 274 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-06499 | 365 | 10/11/2012 | |
| 275 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-07015 | 365 | 10/26/2012 | |
| 276 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-07016 | 365 | 10/26/2012 | |
| 277 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-07039 | 365 | 10/26/2012 | |
| 278 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08053 | 365 | 11/21/2012 | |
| 279 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08136 | 365 | 11/27/2012 | |
| 280 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08198 | 365 | 11/28/2012 | |
| 281 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08256 | 365 | 11/29/2012 | |
| 282 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08400 | 365 | 11/30/2012 | |
| 283 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08487 | 365 | 12/04/2012 | |
| 284 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08550 | 365 | 12/05/2012 | |
| 285 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08566 | 365 | 12/05/2012 | |
| 286 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08572 | 365 | 12/05/2012 | |
| 287 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08601 | 365 | 12/06/2012 | |
| 288 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08665 | 365 | 12/07/2012 | |
| 289 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08666 | 365 | 12/07/2012 | |
| 290 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08736 | 365 | 12/11/2012 | |
| 291 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08770 | 365 | 12/11/2012 | |
| 292 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-08933 | 365 | 12/13/2012 | |
| 293 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09071 | 365 | 12/14/2012 | 02/24/2014 |
| 294 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09164 | 365 | 12/18/2012 | |
| 295 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09255 | 365 | 12/18/2012 | |
| 296 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09287 | 365 | 12/18/2012 | |
| 297 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09288 | 365 | 12/19/2012 | |
| 298 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09290 | 365 | 12/19/2012 | |
| 299 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09293 | 365 | 12/19/2012 | |
| 300 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09296 | 365 | 12/19/2012 | |
| 301 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09298 | 365 | 12/19/2012 | |
| 302 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09315 | 365 | 12/19/2012 | |
| 303 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09409 | 365 | 12/20/2012 | |
| 304 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09427 | 365 | 12/20/2012 | |
| 305 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09440 | 365 | 12/20/2012 | |
| 306 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09521 | 365 | 12/21/2012 | |
| 307 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09522 | 365 | 12/21/2012 | |
| 308 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09579 | 365 | 12/21/2012 | |
| 309 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09618 | 365 | 12/21/2012 | 06/17/2013 |
| 310 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2012-cv-09906 | 365 | 12/30/2012 | |
| 311 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00011 | 365 | 01/02/2013 | |
| 312 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00013 | 365 | 01/02/2013 | |
| 313 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00039 | 365 | 01/02/2013 | |
| 314 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00044 | 365 | 01/02/2013 | |
| 315 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00061 | 365 | 01/02/2013 | |
| 316 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00063 | 365 | 01/02/2013 | |
| 317 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00065 | 365 | 01/02/2013 | |
| 318 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00094 | 365 | 01/02/2013 | |
| 319 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00134 | 365 | 01/03/2013 | |
| 320 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00154 | 365 | 01/03/2013 | |
| 321 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00210 | 365 | 01/05/2013 | |
| 322 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00211 | 365 | 01/05/2013 | |
| 323 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00215 | 365 | 01/05/2013 | |
| 324 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00350 | 365 | 01/07/2013 | |

**Receipt** 10/14/2015 08:40:45 22461537
**User** ww1846
**Client** 9999990 00001
**Description** All Court Types Party Search
Name Analytic Biosurgical All Courts Page: 6 sort: court_id
**Pages** 1 ($0.10)



**All Court Types Party Search**
Wed Oct 14 08:29:59 2015
328 records found

**User:** ww1846
**Client:** 9999990 00001
**Search:** All Court Types Party Search Name Analytic Biosurgical All Courts Page: 7 sort: court_id

## Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 325 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00463 | 365 | 01/09/2013 | |
| 326 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00464 | 365 | 01/09/2013 | |
| 327 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00469 | 365 | 01/09/2013 | |
| 328 Analytic Biosurgical Solutions (dft) | wvsdce | 2:2013-cv-00473 | 365 | 01/10/2013 | |

**Receipt** 10/14/2015 08:40:56
**User** ww1846
**Client** 9999990 00001
**Description** All Court Types Party Search
Name Analytic Biosurgical All Courts Page: 7 sort: court_id
You have previously been billed for this page.
**Pages** 1 ($0.00)