UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE ETHICON INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2327 |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of a **Motion for Judicial Inquiry** has been filed electronically and is available for viewing and downloading from the ECF system. Service on all attorneys of record who do not receive notice by electronic mail from the ECF system was accomplished via mail on this the 15th day of October, 2015.

    Respectfully submitted,

    WHITE AND WILLIAMS, LLP,

    /s/ Eric. B. Hermanson
    Eric B. Hermanson (BBO # 560256)
    White and Williams LLP
    99 Summer Street, Suite 1530
    Boston, MA 02110
    Tel: (617) 748-5200
    hermansone@whiteandwilliams.com
    *Counsel for Specially Appearing Defendant Analytic Biosurgical Solutions*