# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiff in the case listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiff and AMS jointly move the court to dismiss AMS as a defendant in this action with prejudice, and terminate AMS from the docket in the action, parties to bear their own costs. Other defendants remain in this action, and plaintiff will continue to prosecute her action against them.

Respectfully:

| | |
|---|---|
| /s/Barbara R. Binis | /s/ Andy Dow Birchfield, Jr. |
| Barbara R. Binis | Andy Dow Birchfield, Jr. |
| REED SMITH | BEASLEY ALLEN CROW METHVIN |
| Three Logan Square, Suite 3100 | PORTIS & MILES |
| 1717 Arch Street | P. O. Box 4160 |
| Philadelphia, PA 19103 | Montgomery, AL 36103-4160 |
| 215.851.8100 (phone) | 334.269.2343 (phone) |
| 215.851.1420 (fax) | 334.954.7555 (fax) |
| bbinis@reedsmith.com | andy.birchfield@beasleyallen.com |
| *Attorney for Defendant American Medical Systems, Inc.* | *Attorney for Plaintiffs on Exhibit A* |

Dated: October 16, 2015

**EXHIBIT A - BEASLEY ALLEN CROW METHVIN PORTIS & MILES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04258 | Pamela Ann Sullivan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 16, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

                                                             /s/Barbara R. Binis