IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS                    MDL No.2327
LIABILITY LITIGATION
--------------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO CHANGE ATTORNEY INFORMATION AND SUBSTITUTE NEW COUNSEL

PLEASE TAKE NOTICE, that the Zevan & Davidson Law Firm, LLC, by and through their undersigned counsel, respectfully moves this Court for entry of an order updating their firm information in MDL No. 2327 and each individual member case in which any of the below named attorneys are associated. In support of its motion, the Zevan & Davidson Law Firm states the following:

1. Attorney, Kevin J. Davidson (MO Bar No. 49975), has an appearance entered in these matters on behalf of Zevan & Davidson Law Firm.

2. Kevin J. Davidson passed away on September 16, 2015.

Accordingly, counsel moves to withdraw Kevin J. Davidson in all actions in which he has appeared on behalf of Zevan & Davidson Law Firm in MDL No. 2327 and moves to substitute David M. Zevan (MO. Bar No. 42312) as Counsel.

Counsel respectfully requests that the Court enter an Order to substitute David M. Zevan for Kevin J. Davidson, in MDL No. 2327 as well as each individual member case in which Kevin J. Davidson appeared.

DATED: October 26, 2015

                **THE ZEVAN & DAVIDSON LAW FIRM, L.L.C.**

          ***David M. Zeven***
David M. Zevan,                                    #42312
david@zevandavidson.com
One North Taylor
St. Louis, MO 63108
Phone: (314) 588-7200
Facsimile: (314) 588-7271
*Attorney for Plaintiff*