# EXHIBIT B-3

| | |
|---|---|
| **From:** | Hibon, Perrine [JNJCH] <phibon@its.jnj.com> |
| **Sent:** | Wed, 17 Mar 2010 11:01:51 GMT |
| **To:** | Heron, Claire [JNJCH] <CHERON@its.jnj.com>; Lowe, Andrew [JNJCH] <alowe@its.jnj.com>; Jequier, Benjamin [JNJCH] <bjequier@its.jnj.com> |
| **CC:** | Poulot, Stéphane [JNJCH] <spoulot@its.jnj.com>; Semmler, Steven [JNJCH] <SSemmler@ITS.JNJ.com>; Charlet, Emmanuel [JNJCH] <echarlet@its.jnj.com>; Franscella, Pietro [JNJCH] <PFransce@ITS.JNJ.com> |
| **Subject:** | TVT-Standard production stopped due to metallic particule on needles |
| **Importance:** | High |

For your information :

**Situtation**

- This morning, I took decision to stop production on TVT-Standard production line.
- During final inspection on lot on Monday, a metallic particle has been found into a blister. After sorting the lot yesterday afternoon, 3 others devices have been discovered with same type of defect
- The metallic particle comes from the needles (burrs)
- A second supplier lot has been used this morning in production: metallic particles still present. A 100% needles sorting has been put in place before assembling, but metallic particles still were discovered after thermoforming operation → sorting not efficient →Decision to stop production
- All the production lots using the 2 supplier needle lots have been blocked in JDE
- Meeting is planned this afternoon 14 pm with Steven, Stephane, Emmanuel & myself to decide urgent actions (supplier & corrections of the production lots)


Perrine
Perrine Hibon
Business Unit Manager, EWH&U
**Ethicon Sàrl** a *Johnson&Johnson* Company
*Puits-Godet 20*
*CH-2000 Neuchâtel*
☎ :  +41 (0)32 934 86 21
Fax :+41 (0)32 934 60 10

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                                                                               ETH.MESH.13906093