# EXHIBIT B-4

**From:** Jaccard, Jamil [JNJCH] <jjaccard@its.jnj.com>
**Sent:** Tue, Aug. 17, 2010 14:52:06 GMT
**To:** Heron, Claire [JNJCH] <CHERON@its.jnj.com>
**Cc:** Poulot, Stéphane [JNJCH] <spoulot@its.jnj.com>; Hostache, Karine [JNJCH] < khostach@its.jnj.com>;
EI Fettouhi, Atimad [JNJCH] <aelfetto@ITS.JNlcom>
**Subject:** Particles in production

Hello Claire,

Pursuant to your request at the TAM, please find the presentation attached:

I am at your disposal for any questions.

Best Regards,

Jamil Jaccard
QA Engineer
ETHICON SÀRL
A Johnson and Johnson Company
Puits Godet, 20
2000 Neuchâtel - Switzerland
Tel: (+41) 32 934 86 96
Fax: (+41) 32 934 86 10
Email: jjaccard@its.jnj.com

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.13907354

## Placeholder

## Document produced in native format

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                      ETH.MESH.13907355

# EVOLUTION OF NCS AND REJECTS RELATED TO FOREIGN MATTER FOR SWC AND EWHU IN 2010

**EVOLUTION OF NCRS RELATED TO FOREIGN MATTER SINCE 2009 FOR NEUCHÂTEL:**



[Linéaire = Linear]

**TYPE OF FOREIGN MATTER AT THE SOURCE OF NCRS, SWC + EWHU IN 2010:**

## Type of particles related to 2010 NCRs
## SWC + EWHU



Note: Metallic are related to the TVT needle problem

**2.1) ONLY FOR EWHU:**

**Type of particles related to 2010 NCRs**
**EWHU**



Note: Metallic are related to the TVT needle problem

**2.2) ONLY FOR SWC US**

**Type of particles related to 2010 NCRs
SWC US**



**2.3) SWC EMEA NO NCRS IN 2010**

3.) **EDOC0161**      EWHU 2010:
(DOES NOT REVEAL THE TYPE OF FOREIGN MATTER)

## EDOC0161: Evolution of foreign matter rejects in 2010

PROLIFT           TVTO           TVT           P1990X



January    February    March    April    May    June    July

3.2) EDOC0161      SWC

(SWC US WITH DELAY SINCE APRIL)

## EDOC0161: Evolution of foreign matter rejects in 2010



January    February    March    April    May    June    July

(SWC US Delayed since April)

CONCLUSIONS:

- A big spike in NCRs in March showed the indoor Foreign Matter problem.

- The main source is human for all types of NCRs (In process/complaint/Raw material)

- Indoor component rejects (according to EDOC161) are stable in 2010.

- According to the number of NCRs and the EDOC0161, SWC US is more sensitive to particles (or dirt) than SWC EMEA.

## CERTIFICATE OF TRANSLATION

STATE OF NEW YORK §
§
COUNTY OF NEW YORK §

**Steven J. Albert,** being duly sworn, deposes and says:

1. I am employed as an Account Executive for LanguageWorks, a professional translation firm providing translation services since 1993. I have personal knowledge of all the facts stated herein.
2. Attached to this Affidavit is a translation from French into English made by LanguageWorks of **ETH.MESH.13907354-13907355.**
3. LanguageWorks only utilizes the services of language professionals who have passed our stringent testing process, which involves a subject matter and language-specific test translation that is reviewed by trusted linguists. Less than 6% of applicants pass. In addition, our language professionals must have a minimum of 5 years' professional translation experience or an applicable degree from an accredited institution. In addition, for all translations, including this one, LanguageWorks uses three qualified linguists: a professional translator; an editor to double-check for style and content; and a proofreader to review all text for completeness. Translations made through our processes set forth above are regularly accepted into evidence in New York State courts.
4. On the basis of the foregoing process and quality control procedures, I certify that the attached is an accurate translation of the original.

Steven J. Albert

SUBSCRIBED AND SWORN TO before me this twenty-first day of October, 2015.

Notary Public

DAWN M JORDAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01JO6328681
Qualified in Kings County
My Commission Expires August 03, 2019