# EXHIBIT B-5

# CAPA #130022 – Repetition of NCR for particles
**Adaptiv change project #** *to update when/if necessary*



Team Meeting Minute

09.04.13
JOURNOT Vincent

**Mar 08, 2013**



**Attendance:**

| Team Member | Function | Attendance |
|---|---|---|
| Angélique Lou | Team Leader EWHU | X |
| Sandra Chamouton | Quality Technician | X |
| Severine Timoner Fortin | Procurement | X |
| Cornelius Felgenhauer | Procurement | |
| Carmel Lowe | CAPA site Leader | |
| Nicolas Couthion | Laboratory Analyst | X |
| Sarala Padala | Microbiology & Sterilization Mgr. | |
| Margaret Bolton | QA Engineering Lead | X |
| Jody Lodge | Manufacturing Manager | X |
| Atimad El Fettouhi | QA Operations Leader | |

**Discussion:** <u>PPT PRESENTATION</u>

<u>Root cause analysis :</u>
- Presentation of context
- Realization of root cause analysis
    o Interrogation during analysis :
        ▪ Do we have proof that metallic particles come from positioning aid?
            • Arguments in favor of this hypothesis
                o First particles found inside positioning aids original container
                o Particles easily created by stretching positioning aids
                o Particles found on products seems to be metallic and very similar
            • investigation in laboratory not necessary
        ▪ Did our cleaning operation to remove particles on positioning aid implemented after first NCR worsened the situation by creating more particles?
            • Quick investigation shows that ultrasonic baths removed particles as intended but was inconclusive whether the hypothesis that ultrasonic bath created more particles. However Cleaning operation was added after the first NCR therefore it's not a potential root cause.
        ▪ Is MediLine concerned too by these particles?
            • Question to ask to MediLine Séverine
        ▪ Cornelia used same kind of temporary component, how is it managed?
            • Ask for information Séverine

Page 1 of 2

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                        ETH.MESH.15137986

## CAPA #130022 – Repetition of NCR for particles
Adaptiv change project # *to update when/if necessary*



- CONCLUSION:
    - Causes will be written in document FM-0001222

Action plan definition:
- Start discussions of how to regularized the positioning aid system

Next Meeting: March 13th, 2013 – action plan discussion

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15137987