# EXHIBIT B-8

# MDD CAPA Database Export

## CAPA Number: CAPA-002157

### CAPA Detail

| Field | Value |
|---|---|
| CAPA Number | CAPA-002157 |
| Created Date | 1/30/2013 12:00:00 PM |
| CAPA Title | CAPA130022: Repeat NCR's for Temporary Positioning Aide. |
| CAPA Description | Repeat non-conformances for particles found on a temporary positioning aide during the assembly process for TVT at the Neuchatel Manufacturing plant. |
| OpCo : Site | Ethicon : Neuchatel |
| CAPA Originator | Lowe, Carmel (43005386) |
| CAPA Type | Corrective |
| CAPA Owner | Journot, Vincent (77150115) |
| Current Phase | Final Approval |
| Phase Due Date | 5/1/2014 9:59:59 PM |
| Phase Assign To | Bolton, Ken (335551) |
| Phase Assign To | Poulot, Stephane (79090201) |
| Days Open | 455 |
| Investigation Approval Completion Date | 11/21/2013 11:03:03 AM |
| CAPA Scope | Product Process : Assembly or Manufacturing Defect |
| Product Family | TVT; TVT ABBREVO; TVT Exact; TVT Obturator; TVT Secur |
| Business Unit | Ethicon : Gynecare |
| Franchise/Supply Chain owned | Supply Chain |
| CAPA Associated with | CAPA Review Board / Data Review |
| CAPA Data Source | Nonconformance |
| CAPA Reference Info | Refer to ETQ CAPA Go Live Protocol No. 100133718 Rev 2.0, CRB conducted 28 Jan 2013 -Neuchatel Site, NCR12-10293, NCR12-10960, NCR13-00712, NCR13-01136 |
| Is Immediate Correction Required | Yes |
| Immediate Correction Description | Immediate corrections were lead by NCR activities in addition to introduction of statistically based specific defects audits (SDA per WI-EMSP007) initiated and performed on all batches since detection of first NCR12-10293 (11/22/2013) |
| Is the Issue Supplier Related | No |
| Are Other Site Affected | No |
| Rationale Other Site Affected | No internal manufacturing site is impacted as the manufacturing process is unique to the Neuchatel site. |
| Is Investigation Plan Required | No |
| Risk Level | Medium |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15137959

# MDD CAPA Database Export

| | |
|---|---|
| Document Risk Assessment | This is a Class I defect and was not anticipated. 10.8% (7 impacted batches on 65 manufactured batches between the November 22th, 2012 and January 30th, 2013. See attachment : CAPA130022_Defective_perventage_justification.pdf).Microbiological contamination from positioning aids referenced in risks analyzes didn't concern potential contamination by particles. It's only microbiological contamination evaluated by regular test's methods on products and surfaces. |
| Reference Documentation | GDS-PFMEA-100951 revB, GDS-PFMEA-100177 revB, GDS-PFMEA-100178 revJ, GDS-PFMEA-100932 revB. All documents are effective from November 5th, 2012. |
| Summary of Investigation | Refer to FM-0001222_Failure_Investigation-CAPA130022-root_causes_analysis.pdf |
| Root Cause Classification | Material : Incorrect specification (Design); Method / Process : Procedures not adequately defined |
| Root Cause Methodology(s) | Cause and Effect Diagram (Ishikawa, Fishbone, 5M + 1) |
| Root Cause Description and Rationale | 1. No material specification for this positioning aid is in place (Linked to Material: Incorrect Specification (design)2. Manufacturing aids are not captured within the Neuchâtel change control process (linked to method/process: Procedures not adequately defined) |
| Is Action Plan Required | Yes |
| Action Classification | Correction |
| Action Classification | Corrective |
| Root Cause Being Addressed with this Action | Material : Incorrect specification (Design) |
| Root Cause Being Addressed with this Action | Method / Process : Procedures not adequately defined |
| Effectiveness Owner | Journot, Vincent (77150115) |
| Effectiveness Action Expected Completion Date | 4/18/2014 12:00:00 PM |
| Eff Mon Modified Due Date | 4/18/2014 12:00:00 PM |
| Effectiveness Monitoring Data source | Nonconformance |
| Effectiveness Monitoring Action plan | Effectiveness of this CAPA shall be measured on the number of NCR's raised for particles attributed to the positioning sheaths holder in the period of 3 months from the completion of the action of implementation of the new positioning sheaths holder.Baseline data (7 batches with at least 3 parts with particles attributed to positioning sheaths holder on 65 batches manufctured between 22-Nov-12 and 30-Jan-13. |
| Describe the quantifiable and measureable Pass/Fail Criteria | A decrease from a baseline of 10.8% of impacted batches to 0.25% of impacted batches during the 3 month effectiveness monitoring time period. |
| Date Effectiveness Monitoring Action Completed | 4/11/2014 12:00:00 PM |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                         ETH.MESH.15137960

# MDD CAPA Database Export

| | |
|---|---|
| Effectiveness Action Results | Time frame selection: The new analysis of percentage defective rate after monitoring phase is realized on data from the January 15th, 2014 to April 11th, 2014. Start point is the date of implementation of new plastic sheaths holders in manufacturing area. End point is the end of effectiveness monitoring phase schedule on ETQ system. Data selection: Data selected are number of NCR raised for particles attributed to the positioning sheaths holder in the time frame and the number of batches manufactured in same time frame. During this time frame, an extract of ERP system shows that 79 batches (typical lot size : 714 parts with 1 plastic sheath holders per part) of TVT products were manufactured and 0 NCR attributed to the positioning sheaths holders were opened. (confirmed by NCR site lead) Defective rate calculation: Based on data within the time frame, new percentage defective rate is 0%, which is below 0.25%. Conclusion: The decrease of defective percentage rate from a baseline of 10.8% of impacted batches to 0.25% is confirmed. |
| EM Action: Was this Effective? | Yes |
| Was the CAPA Effective? | Yes |
| Summary/Rationale | Zero non conformances were opened during the effectivity monitoring period of 3 months, therefore CAPA is effective. |
| QA Approver | Poulot, Stephane (79090201) |
| Do You Approve? | Yes |
| Do You Approve? | Yes |
| Do You Approve? | Yes |
| Do You Approve? | Yes |
| Do You Approve? | Yes |
| Do You Approve? | Yes |
| Do You Approve? | Yes |
| Do You Approve? | Yes |
| Status | On-Time |

## Action Plan Details

| | |
|---|---|
| Action Plan Number | AP-008430 |
| Created Date | 11/21/2013 11:03:03 AM |
| Action Owner | Journot, Vincent (77150115) |
| Current Phase | Complete |
| Phase Due Date | 1/15/2015 10:59:59 PM |
| Assign To | Journot, Vincent (77150115) |
| Due Date | 1/15/2014 12:00:00 PM |
| Function Area where the Issue Resides | Operations : Plant Engineering |
| Action Status | On Time |
| Action Type | Corrective |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                ETH.MESH.15137961

# MDD CAPA Database Export

| | |
|---|---|
| Action | Release approved material specifications and Introduce new positioning sheath holder into production. |
| Root Cause associated with this Action | Method / Process : Procedures not adequately defined |
| Action Results | Material specification 100131722 rev 1, drawing 100131715 rev A, checklist 100134182 rev 1 were released by change order 100134167 in adaptiv.New positioning sheath holders were introduced in production on January, 15th 2014 following training of associate to updated work instructions (TM-TME0110 rev2, WI-FT0094 rev22, WI-FT0507 rev8, WI-FT0149 rev12 & WI-FT0096 rev8 ) released by change order 100144671 in Adaptiv. |
| Number of extension requested | 0 |
| Completion Date | 1/15/2014 8:58:50 AM |
| Document the Verification and Validation | Refer to change order 100134167 in Adpativ released on December, 2nd 2013 for Material Specifications.Refer to change order 100144671 in Adpativ released on January, 15th 2014. |
| Functional Area Approver | Bolton, Ken (335551) |
| QA Approver | Yuill, Colin (72005740) |
| Do You Approve? | NA |
| **Action Plan Number** | **AP-008430** |
| Created Date | 11/21/2013 11:03:03 AM |
| Action Owner | Journot, Vincent (77150115) |
| Current Phase | Complete |
| Phase Due Date | 1/15/2015 10:59:59 PM |
| Assign To | Journot, Vincent (77150115) |
| Due Date | 1/15/2014 12:00:00 PM |
| Function Area where the Issue Resides | Operations : Plant Engineering |
| Action Status | On Time |
| Action Type | Corrective |
| Action | Release approved material specifications and Introduce new positioning sheath holder into production. |
| Root Cause associated with this Action | Material : Incorrect specification (Design) |
| Action Results | Material specification 100131722 rev 1, drawing 100131715 rev A, checklist 100134182 rev 1 were released by change order 100134167 in adaptiv.New positioning sheath holders were introduced in production on January, 15th 2014 following training of associate to updated work instructions (TM-TME0110 rev2, WI-FT0094 rev22, WI-FT0507 rev8, WI-FT0149 rev12 & WI-FT0096 rev8 ) released by change order 100144671 in Adaptiv. |
| Number of extension requested | 0 |
| Completion Date | 1/15/2014 8:58:50 AM |
| Document the Verification and Validation | Refer to change order 100134167 in Adpativ released on Decembr, 2nd 2013 for Material Specifications.Refer to change order 100144671 in Adpativ released on January, 15th 2014. |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15137962

# MDD CAPA Database Export

| | |
|---|---|
| Functional Area Approver | Bolton, Ken (335551) |
| QA Approver | Yuill, Colin (72005740) |
| Do You Approve? | NA |
| **Action Plan Number** | **AP-008429** |
| Created Date | 11/21/2013 11:03:02 AM |
| Action Owner | Journot, Vincent (77150115) |
| Current Phase | Complete |
| Phase Due Date | 11/28/2014 10:59:59 PM |
| Assign To | Journot, Vincent (77150115) |
| Due Date | 11/28/2013 12:00:00 PM |
| Function Area where the Issue Resides | Operations : Plant Engineering |
| Action Status | On Time |
| Action Type | Corrective |
| Action | Define and identify concerned manufacturing aids |
| Root Cause associated with this Action | Method / Process : Procedures not adequately defined |
| Action Results | A cross functional team (which included Quality Engineer, production, Engineering) defined what a manufacturing aid was in terms of identifying manufacturing aids on site. Definition established was: manufacturing aid is a tool used during a manufacturing process in direct contact with products which could influence product quality, but it is not manufacturing equipment, an inspection gage or measurement equipment. Based on this definition a review was performed by the same cross functional team to identify the manufacturing aids on site. |
| Number of extension requested | 0 |
| Completion Date | 11/28/2013 10:32:45 AM |
| Document the Verification and Validation | Definiton of manufacturing aids was added to SCP-EPG034 rev 35 through change order 100169449 released on November 28th, 2013 (See action 1). The Change order 100169449 also contains the list of manufacturing aids identified. |
| Functional Area Approver | Bolton, Ken (335551) |
| QA Approver | Yuill, Colin (72005740) |
| Do You Approve? | NA |
| **Action Plan Number** | **AP-008428** |
| Created Date | 11/21/2013 11:03:02 AM |
| Action Owner | Journot, Vincent (77150115) |
| Current Phase | Complete |
| Phase Due Date | 11/28/2014 10:59:59 PM |
| Assign To | Journot, Vincent (77150115) |
| Due Date | 11/28/2013 12:00:00 PM |
| Function Area where the Issue Resides | Operations : Plant Engineering |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15137963

# MDD CAPA Database Export

| | |
|---|---|
| Action Status | On Time |
| Action | Create or update applicable Neuchatel change control procedure(s) to manage manufacturing aids |
| Action Type | Correction |
| Root Cause associated with this Action | Method / Process : Procedures not adequately defined |
| Action Results | SCP-EPG034 Rev 35 CHANGE CONTROL PROCEDURE was updated by change order 100169449 in Adaptiv to include manufacturing aids in scope of change control procedure SCP-EPG034. A definition and requirements for manufacturing aids was added to procedure SCP-EPG034. |
| Number of extension requested | 0 |
| Completion Date | 11/28/2013 10:31:09 AM |
| Document the Verification and Validation | Refer to change order 100169449 in Adpativ released on November 28th, 2013 |
| Functional Area Approver | Bolton, Ken (335551) |
| QA Approver | Yuill, Colin (72005740) |
| Do You Approve? | NA |
| **Record Order** | **0** |
| Phase | Originate |
| Assign To | Lowe, Carmel (43005386) |
| Submitted Date | 10/15/2013 11:56:12 AM |
| Phase Due Date | 10/17/2013 9:59:59 PM |
| Completed Date | 10/15/2013 12:14:03 PM |
| **Record Order** | **1** |
| Phase | Investigation |
| Assign To | Lowe, Carmel (43005386) |
| Submitted Date | 10/15/2013 12:14:03 PM |
| Phase Due Date | 11/20/2013 10:59:59 PM |
| Completed Date | 11/18/2013 4:21:59 PM |
| **Record Order** | **2** |
| Phase | Investigation |
| Assign To | Journot, Vincent (77150115) |
| Submitted Date | 11/18/2013 4:21:59 PM |
| Phase Due Date | 11/20/2013 10:59:59 PM |
| Completed Date | 11/19/2013 6:31:59 AM |
| **Record Order** | **3** |
| Phase | Approval |
| Assign To | Bolton, Ken (335551) |
| Submitted Date | 11/19/2013 6:31:59 AM |
| Phase Due Date | 11/26/2013 10:59:59 PM |
| Completed Date | 11/21/2013 8:32:35 AM |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                ETH.MESH.15137964

# MDD CAPA Database Export

| | |
|---|---|
| Record Order | 3 |
| Phase | Approval |
| Assign To | Yuill, Colin (72005740) |
| Submitted Date | 11/19/2013 6:31:59 AM |
| Phase Due Date | 11/26/2013 10:59:59 PM |
| Completed Date | 11/21/2013 8:32:35 AM |
| Record Order | 4 |
| Phase | Approval |
| Assign To | Bolton, Ken (335551) |
| Submitted Date | 11/21/2013 8:32:35 AM |
| Phase Due Date | 11/26/2013 10:59:59 PM |
| Completed Date | 11/21/2013 11:03:01 AM |
| Record Order | 5 |
| Phase | Implementation |
| Assign To | Journot, Vincent (77150115) |
| Submitted Date | 11/21/2013 11:03:01 AM |
| Phase Due Date | 1/15/2014 10:59:59 PM |
| Completed Date | 11/22/2013 10:06:50 AM |
| Record Order | 6 |
| Phase | Originate |
| Assign To | Lowe, Carmel (43005386) |
| Submitted Date | 11/22/2013 10:06:50 AM |
| Phase Due Date | 11/24/2013 10:59:59 PM |
| Completed Date | 11/22/2013 10:09:47 AM |
| Record Order | 7 |
| Phase | Investigation |
| Assign To | Journot, Vincent (77150115) |
| Submitted Date | 11/22/2013 10:09:47 AM |
| Phase Due Date | 12/28/2013 10:59:59 PM |
| Completed Date | 11/22/2013 10:12:19 AM |
| Record Order | 8 |
| Phase | Implementation |
| Assign To | Journot, Vincent (77150115) |
| Submitted Date | 11/22/2013 10:12:19 AM |
| Phase Due Date | 1/15/2014 10:59:59 PM |
| Completed Date | 1/27/2014 9:01:32 AM |
| Record Order | 9 |
| Phase | Effectiveness Monitoring |
| Assign To | Journot, Vincent (77150115) |
| Submitted Date | 1/27/2014 9:01:32 AM |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
ETH.MESH.15137965

# MDD CAPA Database Export

| | |
|---|---|
| Phase Due Date | 4/18/2014 9:59:59 PM |
| Completed Date | 4/22/2014 10:22:11 AM |
| **Record Order** | 10 |
| Phase | Effectiveness Monitoring |
| Assign To | Poulot, Stephane (79090201) |
| Submitted Date | 4/22/2014 10:22:11 AM |
| Phase Due Date | 4/18/2014 9:59:59 PM |
| Completed Date | 4/22/2014 10:25:16 AM |
| **Record Order** | 11 |
| Phase | Effectiveness Monitoring |
| Assign To | Journot, Vincent (77150115) |
| Submitted Date | 4/22/2014 10:25:16 AM |
| Phase Due Date | 4/18/2014 9:59:59 PM |
| Completed Date | 4/22/2014 1:54:07 PM |
| **Record Order** | 12 |
| Phase | Effectiveness Monitoring |
| Assign To | Poulot, Stephane (79090201) |
| Submitted Date | 4/22/2014 1:54:07 PM |
| Phase Due Date | 4/18/2014 9:59:59 PM |
| Completed Date | 4/24/2014 3:01:51 PM |
| **Record Order** | 12 |
| Phase | Effectiveness Monitoring |
| Assign To | Journot, Vincent (77150115) |
| Submitted Date | 4/22/2014 1:54:07 PM |
| Phase Due Date | 4/18/2014 9:59:59 PM |
| Completed Date | 4/24/2014 3:01:51 PM |
| **Record Order** | 13 |
| Phase | Effectiveness Monitoring |
| Assign To | Journot, Vincent (77150115) |
| Submitted Date | 4/24/2014 3:01:51 PM |
| Phase Due Date | 4/18/2014 9:59:59 PM |
| Completed Date | 4/24/2014 3:03:09 PM |
| **Record Order** | 14 |
| Phase | Final Approval |
| Assign To | Poulot, Stephane (79090201) |
| Submitted Date | 4/24/2014 3:03:09 PM |
| Phase Due Date | 5/1/2014 9:59:59 PM |
| **Record Order** | 14 |
| Phase | Final Approval |
| Assign To | Bolton, Ken (335551) |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15137966

# MDD CAPA Database Export

| | |
|---|---|
| Submitted Date | 4/24/2014 3:03:09 PM |
| Phase Due Date | 5/1/2014 9:59:59 PM |

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.15137967