# EXHIBIT B-10

PRODUCTION DATES FOR DOCUMENTS IDENTIFIED BY DEFENDANTS IN OCTOBER 6, 2015 LETTER RESPONDING TO 30(B)(6) DOCUMENT REQUESTS (DOCUMENTS PRODUCED AFTER 2-4-2014 IN RED).

| Request | Production Date |
| --- | --- |
| 1) Complaint 10100122655 & Communications Referencing Complaint 10100122655 | |
| ETH.MESH.13013289-ETH.MESH.13013309 | 2/28/2014 |
| ETH.MESH.19023088-ETH.MESH.12023095 | 2/3/2014 |
| ETH.MESH.19134089-ETH.MESH.19134089 | 12/31/2014 |
| ETH.MESH.02656825-ETH.MESH.02656834 | 3/22/2012 |
| ETH.MESH.12943538 | 2/28/2014 |
| ETH.MESH.12943537 | 2/28/2014 |
| ETH.MESH.12943536 | 2/28/2014 |
| ETH.MESH.13204537 | 2/28/2014 |
| ETH.MESH.13204520-ETH.MESH.13204521 | 2/28/2014 |
| ETH.MESH.13204535-ETH.MESH.13204536 | 2/28/2014 |
| ETH.MESH.13204551-ETH.MESH.13204552 | 2/28/2014 |
| ETH.MESH.13210344-ETH.MESH.13210346 | 2/28/2014 |
| ETH.MESH.13206811 | 2/28/2014 |
| ETH.MESH.03500957-ETH.MESH.03500958 | 4/13/2012 |
| ETH.MESH.03500966-ETH.MESH.03500970 | 4/13/2012 |
| ETH.MESH.03497848-ETH.MESH.03497850 | 4/13/2012 |
| ETH.MESH.03497863-ETH.MESH.03497865 | 4/13/2012 |
| ETH.MESH.03497834-ETH.MESH.03497835 | 4/13/2012 |
| ETH.MESH.13206205-ETH.MESH.13206208 | 2/28/2014 |
| ETH.MESH.04101810-ETH.MESH.04101813 | 6/13/2012 |
| ETH.MESH.01745568-ETH.MESH.01745572 | 12/30/2011 |
| ETH.MESH.01068905-ETH.MESH.01068906 | 12/30/2011 |
| ETH.MESH.13204538-ETH.MESH.13204540 | 2/28/2014 |
| ETH.MESH.13204510 | 2/28/2014 |
| ETH.MESH.13204511 | 2/28/2014 |
| ETH.MESH.13204512 | 2/28/2014 |
| ETH.MESH.13204513 | 2/28/2014 |
| ETH.MESH.13204514 | 2/28/2014 |
| ETH.MESH.13204515 | 2/28/2014 |
| ETH.MESH.13204516 | 2/28/2014 |
| ETH.MESH.13204517 | 2/28/2014 |
| ETH.MESH.13204518 | 2/28/2014 |
| ETH.MESH.13204519 | 2/28/2014 |
| ETH.MESH.13204525 | 2/28/2014 |
| ETH.MESH.13204526 | 2/28/2014 |
| ETH.MESH.13204527 | 2/28/2014 |
| ETH.MESH.13204528 | 2/28/2014 |
| ETH.MESH.13204529 | 2/28/2014 |
| ETH.MESH.13204530 | 2/28/2014 |
| ETH.MESH.13204531 | 2/28/2014 |
| ETH.MESH.13204532 | 2/28/2014 |
| ETH.MESH.13204533 | 2/28/2014 |
| ETH.MESH.13204534 | 2/28/2014 |
| ETH.MESH.13204541 | 2/28/2014 |

PRODUCTION DATES FOR DOCUMENTS IDENTIFIED BY DEFENDANTS IN OCTOBER 6, 2015 LETTER RESPONDING TO 30(B)(6) DOCUMENT REQUESTS (DOCUMENTS PRODUCED AFTER 2-4-2014 IN RED).

| Request | Production Date |
|---|---|
| ETH.MESH.13204542 | 2/28/2014 |
| ETH.MESH.13204543 | 2/28/2014 |
| ETH.MESH.13204544 | 2/28/2014 |
| ETH.MESH.13204545 | 2/28/2014 |
| ETH.MEHS.13204546 | 2/28/2014 |
| ETH.MESH.13204547 | 2/28/2014 |
| ETH.MESH.13204548 | 2/28/2014 |
| ETH.MESH.13204549 | 2/28/2014 |
| ETH.MESH.13204550 | 2/28/2014 |
| 1) Complaint 10100124603 & Communications Referencing Complaint 10100124603 | |
| ETH.MESH.13013970-ETH.MESH.13013976 | 2/28/2014 |
| ETH.MESH.19023349-ETH.MESH.19023353 | 12/15/2014 |
| ETH.MESH.19134157 | 12/31/2014 |
| ETH.MESH.02656888-ETH.MESH.02656892 | 3/22/2012 |
| ETH.MESH.13206148-ETH.MESH.13206149 | 2/28/2014 |
| ETH.MESH.12943671 | 2/28/2014 |
| ETH.MESH.13226456 | 2/28/2014 |
| ETH.MESH.13226457 | 2/28/2014 |
| ETH.MESH.13206205-ETH.MESH.13206208 | 2/28/2014 |
| ETH.MESH.01068907 | 12/30/2011 |
| ETH.MESH.01068908 | 12/30/2011 |
| ETH.MESH.13206144-ETH.MESH.13206147 | 2/28/2014 |
| 1) Complaint 10100124604 & Communications Referencing Complaint 10100124604 | |
| ETH.MESH.13013977-ETH.MESH.13013983 | 2/28/2014 |
| ETH.MESH.19023354-ETH.MESH.19023358 | 12/15/2014 |
| ETH.MESH.19134158 | 12/31/2014 |
| ETH.MESH.02656893-ETH.MESH.02656897 | 3/22/2012 |
| ETH.MESH.13206167-ETH.MESH.13206168 | 2/28/2014 |
| ETH.MESH.12943672 | 2/28/2014 |
| ETH.MESH.13206205-ETH.MESH.13206208 | 2/28/2014 |
| ETH.MESH.01068907 | 12/30/2011 |
| ETH.MESH.01068908 | 12/30/2011 |
| ETH.MESH.13206144-ETH.MESH.13206147 | 2/28/2014 |
| ETH.MESH.13225324 | 2/28/2014 |
| ETH.MESH.13225325 | 2/28/2014 |
| 1) Complaint 10100124605 & Communications Referencing Complaint 10100124605 | |
| ETH.MESH.13013984-ETH.MESH.13013989 | 2/28/2014 |
| ETH.MESH.19023359-ETH.MESH.19023364 | 12/15/2014 |
| ETH.MESH.19134159 | 12/31/2014 |
| ETH.MESH.02656898-ETH.MESH.02656902 | 3/22/2012 |

PRODUCTION DATES FOR DOCUMENTS IDENTIFIED BY DEFENDANTS IN OCTOBER 6, 2015 LETTER RESPONDING TO 30(B)(6) DOCUMENT REQUESTS (DOCUMENTS PRODUCED AFTER 2-4-2014 IN RED).

| Request | Production Date |
|---|---|
| ETH.MESH.13206175-ETH.MESH.13206176 | 2/28/2014 |
| ETH.MESH.13226456 | 2/28/2014 |
| ETH.MESH.13226457 | 2/28/2014 |
| ETH.MESH.13206205-ETH.MESH.13206208 | 2/28/2014 |
| ETH.MESH.01068907 | 12/30/2011 |
| ETH.MESH.01068908 | 12/30/2011 |
| ETH.MESH.13206144-ETH.MESH.13206147 | 2/28/2014 |
| 1) Complaint 10100124606 & Communications Referencing Complaint 10100124606 | |
| ETH.MESH.13013990-ETH.MESH.13013996 | 2/28/2014 |
| ETH.MESH.19023365-ETH.MESH.19023369 | 12/15/2014 |
| ETH.MESH.19134160 | 12/31/2014 |
| ETH.MESH.02656903-ETH.MESH.02656907 | 3/22/2012 |
| ETH.MESH.13206186-ETH.MESH.13206187 | 2/28/2014 |
| ETH.MESH.12943673 | 2/28/2014 |
| ETH.MESH.01068907 | 12/30/2011 |
| ETH.MESH.01068908 | 12/30/2011 |
| ETH.MESH.13206182-ETH.MESH.13206185 | 2/28/2014 |
| ETH.MESH.13206214-ETH.MESH.13206218 | 2/28/2014 |
| ETH.MESH.13225744 | 2/28/2014 |
| ETH.MESH.13225745 | 2/28/2014 |
| 1) Complaint 10100124625 & Communications Referencing 10100124625 | |
| ETH.MESH.13014005-ETH.MESH.13014011 | 2/28/2014 |
| ETH.MESH.19023376-ETH.MESH.19023380 | 12/15/2014 |
| ETH.MESH.19134162 | 12/31/2014 |
| ETH.MESH.02656913-ETH.MESH.02656917 | 3/22/2012 |
| ETH.MESH.13206229-ETH.MESH.13206230 | 2/28/2014 |
| ETH.MESH.12943675 | 2/28/2014 |
| ETH.MESH.04101014-ETH.MESH.04101015 | 6/13/2012 |
| ETH.MESH.01068907 | 12/30/2011 |
| ETH.MESH.01068908 | 12/30/2011 |
| ETH.MESH.13206144-ETH.MESH.13206147 | 2/28/2014 |
| ETH.MESH.13206223-ETH.MESH.13206226 | 2/28/2014 |
| ETH.MESH.13206231-ETH.MESH.13206234 | 2/28/2014 |
| ETH.MESH.13226201 | 2/28/2014 |
| ETH.MESH.13226202 | 2/28/2014 |
| 1) Complaint 10100124623 & Communications Referencing 10100124623 | |
| ETH.MESH.13014000-ETH.MESH.13014004 | 2/28/2014 |
| ETH.MESH.19023371-ETH.MESH.19023375 | 12/15/2014 |
| ETH.MESH.19134161 | 12/31/2014 |
| ETH.MESH.02656908-ETH.MESH.02656912 | 3/22/2012 |
| ETH.MESH.13206158-ETH.MESH.13206159 | 2/28/2014 |
| ETH.MESH.13226456 | 2/28/2014 |

PRODUCTION DATES FOR DOCUMENTS IDENTIFIED BY DEFENDANTS IN OCTOBER 6, 2015 LETTER RESPONDING TO 30(B)(6) DOCUMENT REQUESTS (DOCUMENTS PRODUCED AFTER 2-4-2014 IN RED).

| Request | Production Date |
|---|---|
| ETH.MESH.13226457 | 2/28/2014 |
| ETH.MESH.03500461-ETH.MESH.03500464 | 4/13/2012 |
| ETH.MESH.01068907 | 12/30/2011 |
| ETH.MESH.01068908 | 12/30/2011 |
| ETH.MESH.13206144-ETH.MESH.13206147 | 2/28/2014 |
| 2) Additional Complaints Reporting Particlews or Foreign Matter | |
| ETH.MESH.03499583 | 4/13/2012 |
| ETH.MESH.03476684-ETH.MESH.03476685 | 4/13/2012 |
| ETH.MESH.12933804 | 2/28/2014 |
| ETH.MESH.03499570 | 4/13/2012 |
| 3) Cost of Potential Recall of Any TVT Lot Number(s) | |
| ETH.MESH.08687546-ETH.MESH.08687713 | 6/14/2013 |
| 4) Scientific or Medical Analyses Related to Particles or Foreign Matter | |
| ETH.MESH.01784823-ETH.MESH.01784828 | 12/30/2011 |
| ETH.MESH.01070192-ETH.MESH.01070209 | 12/30/2011 |
| ETH.MESH.02614284-ETH.MESH.02614316 | 3/22/2012 |
| ETH.MESH.10703813-ETH.MESH.10703828 | 12/19/2013 |
| ETH.MESH.10703794-ETH.MESH.10703810 | 12/19/2013 |
| ETH.MESH.19984722-ETH.MESH.1994723 | 2/27/2015 |
| ETH.MESH.13216087 | 2/28/2014 |
| ETH.MESH.13205871-ETH.MESH.13205872 | 2/28/2014 |
| ETH.MESH.03490771 | 4/13/2012 |
| ETH.MESH.12931604 | 2/28/2014 |
| ETH.MESH.03499904-ETH.MESH.03499905 | 4/13/2012 |
| 5) CAPA# 130022 | |
| ETH.MESH.15137959-ETH.MESH.15137967 | 5/22/2014 |
| ETH.MESH.15137968 | 5/22/2014 |
| ETH.MESH.15137969-ETH.MESH.15137978 | 5/22/2014 |
| ETH.MESH.15137979 | 5/22/2014 |
| ETH.MESH.15137980-ETH.MESH.15137983 | 5/22/2014 |
| ETH.MESH.15137988-ETH.MESH.15137989 | 5/22/2014 |
| ETH.MESH.15137986-ETH.MESH.15137987 | 5/22/2014 |
| ETH.MESH.15137984-ETH.MESH.15137985 | 5/22/2014 |
| 5) Examples of NCR Summary Reports Referencing "Particle" or "Foreign Matter" or "Foreign Body" | |
| ETH.MESH.05618965-ETH.MESH.05618968 | 11/19/2012 |
| ETH.MESH.15146634-ETH.MESH.15146640 | 5/22/2014 |
| ETH.MESH.15146599-ETH.MESH.15146606 | 5/22/2014 |
| ETH.MESH.15146479-ETH.MESH.15146484 | 5/22/2014 |
| ETH.MESH.15146255-ETH.MESH.15146261 | 5/22/2014 |
| ETH.MESH.15146512-ETH.MESH.15146518 | 5/22/2014 |
| ETH.MESH.15147239-ETH.MESH.15147248 | 5/22/2014 |

PRODUCTION DATES FOR DOCUMENTS IDENTIFIED BY DEFENDANTS IN OCTOBER 6, 2015 LETTER RESPONDING TO 30(B)(6) DOCUMENT REQUESTS (DOCUMENTS PRODUCED AFTER 2-4-2014 IN RED).

| Request | Production Date |
| --- | --- |
| ETH.MESH.15147103-ETH.MESH.15147111 | 5/22/2014 |
| ETH.MESH.15146851-ETH.MESH.15146854 | 5/22/2014 |
| ETH.MESH.05618706-ETH.MESH.05618710 | 11/19/2012 |
| ETH.MESH.05620097-ETH.MESH.05621002 | 11/19/2012 |
| ETH.MESH.05620848-ETH.MESH.05620851 | 11/19/2012 |
| ETH.MESH.05620858-ETH.MESH.05620889 | 11/19/2012 |
| ETH.MESH.05620789-ETH.MESH.05620794 | 11/19/2012 |
| ETH.MESH.05618551-ETH.MESH.05618555 | 11/19/2012 |
| ETH.MESH.05618711-ETH.MESH.05618718 | 11/19/2012 |
| ETH.MESH.05619084-ETH.MESH.05619088 | 11/19/2012 |
| ETH.MESH.05620795-ETH.MESH.05620798 | 11/19/2012 |
| ETH.MESH.05618928-ETH.MESH.05618933 | 11/19/2012 |
| ETH.MESH.05618268-ETH.MESH.05618271 | 11/19/2012 |
| ETH.MESH.05619130-ETH.MESH.05619135 | 11/19/2012 |
| ETH.MESH.05618910-ETH.MESH.05618915 | 11/19/2012 |
| ETH.MESH.05621123-ETH.MESH.05621127 | 11/19/2012 |
| ETH.MESH.05620936-ETH.MESH.05620939 | 11/19/2012 |
| ETH.MESH.05621228-ETH.MESH.05621233 | 11/19/2012 |
| ETH.MESH.05621244-ETH.MESH.05621248 | 11/19/2012 |
| ETH.MESH.05619613-ETH.MESH.05619618 | 11/19/2012 |
| ETH.MESH.05621427-ETH.MESH.05621432 | 11/19/2012 |
| ETH.MESH.05620371-ETH.MESH.05620382 | 11/19/2012 |
| ETH.MESH.05618340-ETH.MESH.05618345 | 11/19/2012 |
| ETH.MESH.05620216-ETH.MESH.05620219 | 11/19/2012 |
| ETH.MESH.05620419-ETH.MESH.05620422 | 11/19/2012 |
| ETH.MESH.05620799-ETH.MESH.05620803 | 11/19/2012 |
| ETH.MESH.05620172-ETH.MESH.05620179 | 11/19/2012 |
| ETH.MESH.05620914-ETH.MESH.05620918 | 11/19/2012 |
| ETH.MESH.05618304-ETH.MESH.05618309 | 11/19/2012 |
| ETH.MESH.05620410-ETH.MESH.05620413 | 11/19/2012 |
| ETH.MESH.05618374-ETH.MESH.05618379 | 11/19/2012 |
| ETH.MESH.05618922-ETH.MESH.05618927 | 11/19/2012 |
| ETH.MESH.05621043-ETH.MESH.05621043 | 11/19/2012 |
| ETH.MESH.05621241-ETH.MESH.05621243 | 11/19/2012 |
| ETH.MESH.05620760-ETH.MESH.05620763 | 11/19/2012 |
| ETH.MESH.05619282-ETH.MESH.05619287 | 11/19/2012 |
| ETH.MESH.05620716-ETH.MESH.05620719 | 11/19/2012 |
| ETH.MESH.05620961-ETH.MESH.05620966 | 11/19/2012 |
| ETH.MESH.05621128-ETH.MESH.05621132 | 11/19/2012 |
| ETH.MESH.05620605-ETH.MESH.05620608 | 11/19/2012 |
| ETH.MESH.05621164-ETH.MESH.05621171 | 11/19/2012 |
| ETH.MESH.05619701-ETH.MESH.05619706 | 11/19/2012 |
| ETH.MESH.05620431-ETH.MESH.05620435 | 11/19/2012 |
| ETH.MESH.05620264-ETH.MESH.05620266 | 11/19/2012 |

PRODUCTION DATES FOR DOCUMENTS IDENTIFIED BY DEFENDANTS IN OCTOBER 6, 2015 LETTER RESPONDING TO 30(B)(6) DOCUMENT REQUESTS (DOCUMENTS PRODUCED AFTER 2-4-2014 IN RED).

| Request | Production Date |
| --- | --- |
| 5) Communications & Other Docs Reflecting Investigation, Analyses, Conclusions, or Corrective & Preventative Actions Regarding Particles or Foreign Matter | |
| ETH.MESH.00309254-ETH.MESH.00309350 | 10/27/2011 |
| ETH.MESH.01784779-ETH.MESH.01784782 | 12/30/2011 |
| ETH.MESH.05961543-ETH.MESH.05961548 | 2/8/2013 |
| ETH.MESH.13204333-ETH.MESH.03204334 | 2/28/2014 |
| ETH.MESH.13204335 | 2/28/2014 |
| ETH.MESH.02248778 | 2/21/2012 |
| ETH.MESH.14117074-ETH.MESH.14117075 | 4/15/2014 |
| ETH.MESH.13886781-ETH.MESH.13886782 | 4/1/2014 |
| ETH.MESH.13883268-ETH.MESH.13883275 | 4/1/2014 |
| ETH.MESH.22754103 | 9/18/2015 |
| ETH.MESH.14708810 | 4/30/2014 |
| ETH.MESH.14708986 | 4/30/2014 |
| ETH.MESH.22815634-ETH.MESH.22815636 | 9/18/2015 |
| 6) Docs Reflecting Inspection, Acceptance, and Rejections of TVT Products | |
| ETH.MESH.22734884-ETH.MESH.22734937 | 9/9/2015 |
| ETH.MESH.22734721-ETH.MESH.22734776 | 9/9/2015 |
| ETH.MESH.22734663-ETH.MESH.22734720 | 9/9/2015 |
| ETH.MESH.22734777-ETH.MESH.22734833 | 9/9/2015 |
| ETH.MESH.22734834-ETH.MESH.22734883 | 9/9/2015 |
| ETH.MESH.22734560-ETH.MESH.22734609 | 9/9/2015 |
| ETH.MESH.22734610-ETH.MESH.22734662 | 9/9/2015 |
| ETH.MESH.12943675 | 2/28/2014 |
| ETH.MESH.03477858 | 4/13/2012 |
| 7) Documentation Regarding Returned TVT Complaint Samples | |
| ETH.MESH.08462125-ETH.MESH.08462148 | 5/30/2013 |
| ETH.MESH.13923420-ETH.MESH.13923425 | 4/1/2014 |
| ETH.MESH.03745001-ETH.MESH.03745016 | 5/2/2012 |
| 8) Operating Procedures - Communications Referencing Changes to TM403-166 | |
| ETH.MESH.14449990-ETH.MESH.14449992 | 4/30/2014 |
| 8) Operating Procedures - EMQD10: Common Defects | |
| ETH.MESH.22708044 | 9/9/2015 |
| ETH.MESH.22708045 | 9/9/2015 |
| ETH.MESH.22708046 | 9/9/2015 |
| ETH.MESH.14144580 | 4/15/2014 |
| ETH.MESH.13862886 | 4/1/2014 |
| ETH.MESH.01310202 | 12/30/2011 |
| ETH.MESH.22708048-ETH.MESH.22708085 | 9/9/2015 |

PRODUCTION DATES FOR DOCUMENTS IDENTIFIED BY DEFENDANTS IN OCTOBER 6, 2015 LETTER RESPONDING TO 30(B)(6) DOCUMENT REQUESTS (DOCUMENTS PRODUCED AFTER 2-4-2014 IN RED).

| Request | Production Date |
|---|---|
| ETH.MESH.22708086 | 9/9/2015 |
| ETH.MESH.12830486-ETH.MESH.12830498 | 2/7/2014 |
| ETH.MESH.13894527 | 4/1/2014 |
| ETH.MESH.14102819-ETH.MESH.14102838 | 4/15/2014 |
| ETH.MESH.13869846 | 4/1/2014 |
| ETH.MESH.14105550 | 4/15/2014 |
| ETH.MESH.08772169 | 7/15/2013 |
| ETH.MESH.07905986 | 3/29/2013 |
| ETH.MESH.22755060-ETH.MESH.22755086 | 9/18/2015 |
| ETH.MESH.22708014; ETH.MESH.22708016 | 9/9/2015 |
| 8) Operating Procedures - Communications Referencing Changes to EMQD10 | |
| ETH.MESH.07903697 | 3/29/2013 |
| ETH.MESH.09030721-ETH.MESH.09030723 | 7/15/2013 |
| ETH.MESH.13905886-ETH.MESH.13905889 | 4/1/2014 |
| ETH.MESH.09962388-ETH.MESH.09962390 | 9/13/2013 |
| 8) Operatint Procedures - Communications Referencing Changes to VSE0007 | |
| ETH.MESH.13948436 | 4/1/2014 |
| ETH.MESH.11056963-ETH.MESH.11056964 | 12/31/2013 |
| 8) Operating Procedures - C/LE0038:  Inspection fo the Products Pack - TVT, TVT-AA | |
| ETH.MESH.22706402-ETH.MESH.22706403 | 9/9/2015 |
| ETH.MESH.13801519-ETH.MESH.13801520 | 4/1/2014 |
| ETH.MESH.04459288-ETH.MESH.04459289 | 7/25/2012 |
| ETH.MESH.04459290-ETH.MESH.04459290 | 7/25/2012 |
| ETH.MESH.04459293-ETH.MESH.04459295 | 7/25/2012 |
| ETH.MESH.04459296-ETH.MESH.04459297 | 7/25/2012 |
| ETH.MESH.04459991-ETH.MESH.04459992 | 7/25/2012 |
| ETH.MESH.04459993-ETH.MESH.04459994 | 7/25/2012 |
| ETH.MESH.04459995-ETH.MESH.04459998 | 7/25/2012 |
| ETH.MESH.04459999-ETH.MESH.04460002 | 7/25/2012 |
| ETH.MESH.04460003-ETH.MESH.04460006 | 7/25/2012 |
| ETH.MESH.04460007-ETH.MESH.05560007 | 7/25/2012 |
| ETH.MESH.04460011-ETH.MESH.04460014 | 7/25/2012 |
| ETH.MESH.04460015-ETH.MESH.04460019 | 7/25/2012 |
| ETH.MESH.04460020-ETH.MESH.04460037 | 7/25/2012 |
| ETH.MESH.04460038-ETH.MESH.04460055 | 7/25/2012 |
| ETH.MESH.04460056-ETH.MESH.04460073 | 7/25/2012 |
| ETH.MESH.04460074-ETH.MESH.04460089 | 7/25/2012 |
| ETH.MESH.04460090-ETH.MESH.04460105 | 7/25/2012 |
| ETH.MESH.22706404-ETH.MESH.22706421 | 9/9/2015 |
| ETH.MESH.22706422-ETH.MESH.22706439 | 9/9/2015 |
| ETH.MESH.22706341-ETH.MESH.22706359 | 9/9/2015 |
| ETH.MESH.13845160-ETH.MESH.13845178 | 4/1/2014 |

PRODUCTION DATES FOR DOCUMENTS IDENTIFIED BY DEFENDANTS IN OCTOBER 6, 2015 LETTER RESPONDING TO 30(B)(6) DOCUMENT REQUESTS (DOCUMENTS PRODUCED AFTER 2-4-2014 IN RED).

| Request | Production Date |
|---|---|
| ETH.MESH.13819268-ETH.MESH.13819286 | 4/1/2014 |
| ETH.MESH.01420129-ETH.MESH.01420151 | 12/30/2011 |
| ETH.MESH.22706360-ETH.MESH.22706380 | 9/9/2015 |
| ETH.MESH.13869514-ETH.MESH.13869534 | 4/1/2014 |
| ETH.MESH.01416389-ETH.MESH.01416389 | 12/30/2011 |
| ETH.MESH.13832784-ETH.MESH.13832804 | 4/1/2014 |
| ETH.MESH.22706381-ETH.MESH.22706401 | 9/9/2015 |
| ETH.MESH.13819975-ETH.MESH.13819975 | 4/1/2014 |
| ETH.MESH.13869322-ETH.MESH.13860342 | 4/1/2014 |
| ETH.MESH.13869615-ETH.MESH.13869634 | 4/1/2014 |
| ETH.MESH.13829588-ETH.MESH.13829607 | 4/1/2014 |
| ETH.MESH.14097534-ETH.MESH.14097553 | 4/15/2014 |
| ETH.MESH.13809114-ETH.MESH.13809134 | 4/1/2014 |
| ETH.MESH.22706327-ETH.MESH.22706340 | 9/9/2015 |
| ETH.MESH.13869635-ETH.MESH.13869638 | 4/1/2015 |
| ETH.MESH.22706319-ETH.MESH.22706320 | 9/9/2015 |
| ETH.MESH.22706322-ETH.MESH.22706326 | 9/9/2015 |
| 8) Communications Referencing Changes to C/L-E0038 | |
| ETH.MESH.14140324 | 4/15/2014 |
| ETH.MESH.13922935 | 4/1/2014 |
| ETH.MESH.13895181-ETH.MESH.13895182 | 4/1/2014 |
| 8) TAPPI 213/T437: "Dirt in Pulp - Chart Method" | |
| ETH.MESH.22706307-ETH.MESH.22706318 | 9/9/2015 |
| ETH.MESH.13990358-ETH.MESH.13990359 | 4/15/2014 |
| 9) Inspection & Maintenance Records | |
| ETH.MESH.14111504-ETH.MESH.14111532 | 4/15/2014 |
| ETH.MESH.22796307-ETH.MESH.22796351 | 9/18/2015 |
| ETH.MESH.22734493-ETH.MESH.22734599 | 9/9/2015 |