# EXHIBIT B-11

**From:** Jacobs, Ed M [ETHUS] <EJacobs3@its.jnj.com>
**Sent:** Thu, 16 Oct 2014 14:37:11 GMT
**To:** Smith, Dan [ETHUS] <DJSmith@its.jnj.com>; Hackman, Lee [ETHUS] <LHackma1@its.jnj.com>; Weisberg, Martin [ETHUS] <MWeisbe1@its.jnj.com>; Elbert, Katrin [ETHUS] <KElbert@its.jnj.com>
**CC:** Lamouille, Anthony [JNJCH Non J&J] <alamouil@ITS.JNJ.com>; Meltzer, Jeff [ETHUS Non-J&J] <jmeltzer@ITS.JNJ.com>
**Subject:** RE: TVT Defect to Harm Map

---

Thank you for the feedback and comments this week.
Attached is the final version I will submit for approval.

I will submit with the required approvers being LCM QE (Lee Hackman) and Medical Director (Martin Weisberg).

Ed j

---

From: Jacobs, Ed M [ETHUS]
Sent: Monday, October 13, 2014 6:21 PM
To: Smith, Dan [ETHUS]; Zaddem, Vincenza [ETHUS]; Weisberg, Martin [ETHUS]; Meltzer, Jeff [ETHUS Non-J&J]; Hackman, Lee [ETHUS]
Cc: Lamouille, Anthony [JNJCH Non J&J]
Subject: RE: TVT Defect to Harm Map


Sorry for my delay in getting these edits completed. Thank you Anthony for your help and additional corrections identified.

Please look at the attached spreadsheet. The Yellow cells are ones with updates. Purple to be deleted.
<< File: 100208442 vDFT2 Incontinence (TVT) Defect to Harms Map.xlsx >>
Let me know if any additional changes are recommended. I plan to initiate the CO for reviw tomorrow with approvers defined as:
Hackman, Smith and Weisberg


Ed j
-----Original Appointment-----
From: Jacobs, Ed M [ETHUS]
Sent: Friday, September 12, 2014 2:44 PM
To: Jacobs, Ed M [ETHUS]; Smith, Dan [ETHUS]; Zaddem, Vincenza [ETHUS]; Weisberg, Martin [ETHUS]; Meltzer, Jeff [ETHUS Non-J&J]; Hackman, Lee [ETHUS]
Cc: Lamouille, Anthony [JNJCH Non J&J]
Subject: TVT Defect to Harm Map
When: Monday, September 29, 2014 10:00 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
Where: CR-US-NJ-Somerville-Bldg40-A208A (8)


Conf Call In code: 40691202 Phone: 1-877-5665-9999

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.22680210

Will use communicator to share desktop

This meeting is to review the ==TVT Defect to Harm== Map in preparation for submission for approval.

Ed j

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.22680211

# Placeholder

# Document produced in native format

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                            ETH.MESH.22680212

**Revision History for** *<ADAPTIV Doc # >*

| Revision # | Description of Change |
|---|---|
| 1 | Original Issue |

**Revision History for Form 100148010 Template for Defect to Harms Map**

| Revision # | Summary of Change |
|---|---|
| 1 | Original Issue |

**Note: This Form supports Work Instructions: 100147810 Defect Harms Map Index**

Note: This document is intended for use with Work Instruction 100112176 in the execution of Process Risk Assessment. The listed effect for a defect is
* The text in the Defect, Defect Description and Product Category columns are taken from specification referenced in column A. Any descrepencies in text are unintentional.
Note that the Severity Category of S4 represents the "Regulatory Compliance" Risk category as noted/defined in procedure PR-0000564.  Items is category are designated

### 100208442 Incontinence (TVT) Products  Defect to Harm Map

| Specification #(s) in which Defect is defined | Defect <name and tracking associated number> | Defect Description <if available, copy directly from defect description document> | Product Category | Effect on Use of Released Product | Standardized Hazard < PR-0000564 Ap 2> | Global Harm < PR-0000564 Ap 1> | Severity Category |
|---|---|---|---|---|---|---|---|
| WI-EMQD10 | Foreign substances on packaging and labels Code - A001 | Foreign substances on packaging and labels | All | Foreign matter is able to make its way into the surgical site and becomes implanted | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Mixture, incorrect or missing batch number or product code Code - A002 | Mixture, incorrect or missing batch number or product code | All | Critical label information missing. Batch # or expiry date not readable | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMQD10 | Internal or external printing Code - A003 | Incorrect printed information Unreadable expiry or date superior to the product's expiry date Wrong product code printed on the label | All | Critical label information missing. Batch # or expiry date not readable | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMQD10 | Incorrect component Code - A004 | Wrong raw material/Component used: lid ; box | All | Incorrect component, missing component or lot # of component used reults in an inaccurate batch record | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMQD10 | Missing component Code - A005 | Wrong quantity in the packaging (box, blister, etc.) | All | Incorrect component, missing component or lot # of component used reults in an inaccurate batch record | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMQD10 | Damadged, crushed or torn Carton box Code - A006 | A box is damaged, crushed, or exhibits one or more tears in the paper. | All | Damage to box results in breach of sterile barrier of the product | BC-01 Biocontamination | Infection | S3 |
| WI-EMQD10 | Unsealed Carton box Code - A007 | Box without glue or detached with an impact on the product Illegible information | All | Critical label information missing. Batch # or expiry date not readable | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMQD10 | Labels / Data Matrix Wrong information Code - A008 | Data Matrix encoded with incorrect information | All | Critical label information is incorrect. | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMQD10 | Wrong or missing insert (IFU) Code - A009 | Wrong insert (Instructions for Use) used Insert (IFU) missing | All | Critical Information missing | HI-1 Incomplete, inadequate or overly complicated Instructions for Use | Regulatory Compliance | S4 |
| WI-EMQD10 | Foreign substance in primary packaging Code - A010 | Particle going entirely through the sealing forming a channel | All | Foreign matter is able to make its way into the surgical site and becomes implanted | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Assembly or handling error Code - A011 | Assembly Error | All | Incorrect component, missing component or lot # of component used reults in an inaccurate batch record | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMQD10 | Components incorrectly placed in the packaging Code - A012 | Products not placed prperly in spacers/trays inside the sterile barrier | All | Breach in sterile barrier | BC-01 Biocontamination | Infection | S3 |
| WI-EMQD10 | Implant/Feuille Implant/Sheet Code - A013 | Caractéristique différente:  feuille raide Different feature : rigid sheet | All | Material properties different from user expectation.  Outcomes not as expected | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-EMQD10 | Seal Integrity Code - A014 | Channel going through both sides of the sealing Open Seal | All | Compromised package whose seal may fail during transit to use site. Breach in sterile barrier | BC-01 Biocontamination | Infection | S3 |
| WI-EMQD10 | Primary packaging integrity Code - A015 | Hole in the primary sterile packaging | All | Compromised package whose seal may fail during transit to use site. Breach in sterile barrier | BC-01 Biocontamination | Infection | S3 |
| WI-EMQD10 | Blister / plastic Insert/spacer, deformed or defect in material Code - A016 | Blister (thermoform) and/or plastic Insert/spacer/workstation is deformed (cracks or stains) Material defect  (Bubbles, embedded particles bigger than 3mm$^2$ or longer than 6mm) | All | Cracks in blister represent Breach in Sterile barrier | BC-01 Biocontamination | Infection | S3 |
| WI-EMQD10 | Lid Seal - TYVEK Transparency (glazing) Code - A017 | Lid Seal - TYVEK Transparency (glazing) | All | Compromised package whose seal may fail during transit to use site. Breach in sterile barrier | BC-01 Biocontamination | Infection | S3 |
| WI-EMQD10 | Component Mix Code - TVT05 | Kit does not contain the correct implant (White / Blue) Assembly error | All | Incorrect component, missing component or lot # of component used results in an inaccurate batch record | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMQD10 | Plastic Sheath forming defect TVT06 | Défaut de formation du plastique Plastic Sheath forming defect Code - TVT06 | All | Needle Sheath slides . Difficulty insertion. Potential for inadvertant implant of sheath material | BC-05  Biocompatibility | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Plastic sheath defect Code - TVT10, TVTO-12, TVTRL-01 | Plastic Sheath : Hole or tear, burned / curled, Length, width out of tolerance | All | May cause user to have a poor impress of Ethicon quality | No Hazard Identified | No Harm Identified | S1 |
| WI-EMQD10 | Plastic sheath defect with protrusion Code - TVT11, TVTO-13, TVTRL-02, TVTOML-13 | Plastic Sheath : Crack with mesh protrusion | All | User may not percieve smooth insertion when placing mesh | PP-02 Damage, Degradation or Deterioration in function | Soft Tissue Damage | S2 |
| WI-EMQD10 | Prolene mesh Code - TVT12, TVTO-14, TVTRL-03 | * Mesh Width or length out of tolerance. * Less than 3 full continuous wales over the length of the mesh. * Edge cut quality * Elongation OOS | All | Material properties different from user expectation.  Potential for Insufficent material to provide applied pressure to urethra. | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-EMQD10 | Stains on TVT metallic needle Code - TVT13 | Stains on needle | All | May cause user to have a poor impress of Ethicon quality | No Hazard Identified | No Harm Identified | S1 |
| WI-EMQD10 | Scratches on metallic needle Code - TVT14, TVT18 | Scratches on metallic needle | All | May cause user to have a poor impress of Ethicon quality | No Hazard Identified | No Harm Identified | S1 |
| WI-EMQD10 | Burr metallic needle Code - TVT15 | Burr in contact with the patient | All | User may not percieve smooth insertion when placing mesh | PP-02 Damage, Degradation or Deterioration in function | Soft Tissue Damage | S2 |
| WI-EMQD10 | Tip too sharp or too flat Code - TVT16 | Tip too sharp or too flat | All | Sharp tip may injure bowel during passage. | PP-03 Unexpected, Ineffective, or Hazardous Interaction With Tissue | Organ Damage | S5 |
| WI-EMQD10 | Recovery Needle/sheath thermo Code - TVT19 | Heat shrink sheath covers the needle's shoulder | TVT TVTA | User may not percieve smooth insertion when placing mesh | PP-02 Damage, Degradation or Deterioration in function | Soft Tissue Damage | S2 |
| WI-EMQD10 | Detachment needle/plastic needle/mesh Code TVT20 | Detachment of needle/mesh or needle/plastic | All | Heat shrink tubing is left in patient.  Inadvertant implant | PP-02 Damage, Degradation or Deterioration in function | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Positionning mesh/needle Code TVT21 | Mesh not centered on the second groove of the needle | TVT TVTA | Mesh separates from needle prior to exiting body.  New device must be used to complete procedure | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S1 |
| WI-EMQD10 | Guide Helical Passer (Handle) Code TVT-06 | Cracks | TVTO | May snag glove and cause user to need to reglove.  User irritation | No Hazard Identified | No Harm Identified | S1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WI-EMQD10 | Assembly Needle/Guide Code TVT-07 | Bad attachment of the needle to the handle | TVTO | Needle separates from handle during placement of product in patient | PP-02 Damage, Degradation or Deterioration in function | Organ Damage | S5 |
| WI-EMQD10 | TVTO Plastic needle Code TVTO-15 | Trou d'introduction du guide endommagé Dimensions out of specification. Tip damaged. Damaged guide introduction hole | TVTO | Guide does not fully extend into needle tip and tip bends or breaks during placement. Inadvertent implant | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Mesh/needle assembly Code TVTO-16 | Needles/Sheath/Implant Assembly not correctly welded Detent force out of specification Tip not present | TVTO | Guide does not fully extend into needle tip and tip bends or breaks during placement. Inadvertent implant | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Defect on Winged guide (e.g. P18020, P24020) Code TVTO-18, TVTOML-06 | Presence of Rust | All | Foreign matter is able to make its way into the surgical site and becomes implanted | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Defect on TVTOML mesh (P24001) Code TVTOML-03 | ==Less than three full wales over the length of the mesh== | TVT Abbrevo | ==Insufficient material to provide applied pressure to urethra== | PP-02 Damage, Degradation or Deterioration in function | ==Failure of Treatment== | S3 |
| WI-EMQD10 | Defect on Prolene* line (7234X8) Code TVTOML-04 | Cut / Nick / Shave (diameter reduction or slice separated from material) / Dent (area of 1.5 time bigger than diameter) | TVT Abbrevo | The adjusting strands breaks prior to final tensioning of implant requiring remvoval/replacement | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-EMQD10 | Defect on Plastic sheath Code TVTOML-05 | Plastic Sheath : Hole or tear. | TVT Abbrevo | Mesh able to prematurely engage with tissue during placement. Difficult to adjust | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S2 |
| WI-EMQD10 | Défaut sur le Bouton (P24021) Defect on Button (P24021) Code TVTOML-07 | Material /Colorant out of specification | TVT Abbrevo | Poor impression of procuct quality | No Hazard Identified | No Harm Identified | S1 |
| WI-EMQD10 | Plastic Needle (P18005) Code TVTOML-08 | Detent force out of specification | TVT Abbrevo | Guide does not fully extend into needle tip and tip bends or breaks during placement. Inadvertent implant | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Défaut sur la Boucle (7234X8) Defect on Loop line (7234X8) Code TVTOML-09 | Longueur de loop inférieure à 87 mm Loop length less than 87 mm | TVT Abbrevo | User unable to detach placement needle(s) prior to final adjustment. Punctures patient | PP-03 Unexpected, Ineffective, or Hazardous Interaction With Tissue | Soft Tissue Damage | S2 |
| WI-EMQD10 | Defect on Plastic needle Assembly (P24244) Code TVTOML-10 | Tensile strength of attachement between needle and other components is lower than 2 kgf minimum Sheath/implant not correctly welded Tip not present | TVT Abbrevo | Guide does not fully extend into needle tip and tip bends or breaks during placement. Inadvertent implant | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Final Needle Assembly (P24115) Code TVTOML-11 | * The placement aid button and needle hole opening is not on the same side of the mesh * Placement aid loop is not weaved using three full pores on the same column and with one pore skipped in the middle | TVT Abbrevo | The mesh does not remain centered during placement. | PP-03 | Failure of Treatment | S3 |
| WI-EMQD10 | ==Defect on Mesh== / Positioning line / sheath subassembly (P24100) Code TVTOML-12 | knitting Defects, placement of positioning line incorrect in sheath sub-assembly | TVT Abbrevo | ==Material properties different from user expectation. Potential for Insufficient material to provide applied pressure to urethra.== | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-EMQD10 | Defect on plastic Insert/ spacer Code TVTOML-14 | Trough depth on plastic Insert/ spacer/ workstation too shallow | TVT Abbrevo | Customer perceives breach in barrier, Poor impression of quality | No Hazard Identified | No Harm Identified | S1 |
| WI-EMQD10 | Incorrect Component positioning in plastic Insert/ spacer Code TVTOML-17 | Loop-button incorrectly oriented in plastic Insert/ spacer/ workstation | TVT Abbrevo | Poor impression of procuct quality | No Hazard Identified | No Harm Identified | S1 |
| WI-EMQD10 | Guide (Helical Passer) Code TVTOML-19 | Cracks | TVT Abbrevo | Foreign matter is able to make its way into the surgical site and becomes implanted | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Trocar sheath defect Code TVTRL-04 | Cut-out not present Trocar sheath tip damaged. Damaged guide introduction hole Tip radius or internal diameter of tip or outer diameter or punch side hole location out of specification | TVT Exact | Mesh able to prematurely engage with tissue during placement. Difficult to adjust | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S2 |
| WI-EMQD10 | Trocar Sheath/Implant Assembly defect Code TVTRL-05 | Trocar Sheath/Implant Assembly not correctly welded. Trocar sheath tip not present. | TVT Exact | Foreign matter is able to make its way into the surgical site and becomes implanted | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Injection molded process defects for the Trocar. Code TVTRL-07 | *Cracks *Trocar sheath lock not present | TVT Exact | Foreign matter is able to make its way into the surgical site and becomes implanted | GN-01 Residual Foreign Body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-EMQD10 | Logo Appearance/ Discoloration. Code TVTRL-08 | Gynecare logo illegible on the handle Trocar handle Discoloration Trocar shaft surface roughness out of specification. | All | Poor impression of procuct quality | No Hazard Identified | No Harm Identified | S1 |
| WI-EMQD10 | Missing component Code TVTRL-10 | Retainer lid is missing. | TVT Exact | Incorrect component, missing component or lot # of component used reulsts in an inaccurate batch record | GN-03 Loss of traceability | Regulatory Compliance | S4 |
| WI-EMSP026 | Finished product Storage Temperature Exceeded | Products stored prior to release at mean temperatures in excess of product labeling | All | Material properties different from user expectation. Outcomes not as expected | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |