# EXHIBIT B-12

Case 2:12-md-02327   Document 1750-12   Filed 10/27/15   Page 2 of 5 PageID #: 21892

Work Instruction                                                                                100493881 | Rev:1
Quality System                                                                               Released: 27 Feb 2014
Work Instruction for Mesh Defect to Harms Map                                                  CO: 100193057

**Revision History for 100193881**

| Revision # | Description of Change |
|---|---|
| 1 | Original Issue |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                              ETH.MESH.22852060

Work Instruction
Quality System
Work Instruction for Mesh Defect to Harms Map

Case 2:12-md-02327   Document 1750-12   Filed 10/27/15   Page 3 of 5 PageID #: 21893

100193881 | Rev:1
Released: 27 Feb 2014
CO: 100193057

### 100193881  Mesh Defect to Harm Map

| Specification #(s) in which Defect is defined | Defect english | Defect Description english | Product Category | Effect on Use of Released Product | Standardized Hazard | Global Harm | Severity Category |
|---|---|---|---|---|---|---|---|
| WI-0011126 | Identity | Material, structure or color do not match work order (product mix) | all | Product does not meet label requirements of finished product | GN-03, Loss of product traceability | Regulatory Compliance | S4 |
| WI-0011126 | abrasions / scrapes | Any abrasion / scrape of the filament surface that leaves spots on the mesh without a loss in burst strength. | all | Negative impact on customer perception of product quality | No Hazard Identified | No harm identified | S1 |
| WI-0011126 TM 403-166 | 1800 - foreign matter | any substance, object, or material which is not a component of the product on the mesh | all | Patient has reaction to material implanted in the body | GN-01, Residual foreign body | Inflammatory or other Unintended Tissue Reaction | S3 |
| WI-0011126 TM403-166 | 1801 - Defect in weave or knit of mesh | Any knitting defect that leads to a loss of mechanical strength, e.g. burst strength | all non or partially resorbable meshes and implants | mesh fails to provide long lasting support | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126 TM 403-166 | 1801 - Defect in weave or knit of mesh | Any knitting / weaving / braiding defect that leads to a loss of mechanical strength, e.g. burst / tensile strength | all fully absorbable meshes and implants | mesh fails to support tissue for expected time | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126, TM403-166 | 1801 - Defect in weave or knit of mesh | Any knitting / weaving / braiding defect that results in a hole | Ethisorb, Vicryl membrane | mesh fails to support tissue for expected time | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126, TM403-166 | 1802 - fraying | the edge of the mesh exhibits fraying of the weave / knit | Non-propagating weave construction | Negative impact on customer perception of product quality | No Hazard Identified | No harm identified | S1 |
| WI-0011126, TM403-166 | 1802 - fraying | the edge of the mesh exhibits fraying of the weave / knit | Propagating weave construction | mesh fails to provide long lasting support | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126, TM403-166 | 1803 - Loose threads in the weave or knit | Any threads that are above the weave / knit | all | Negative impact on customer perception of product quality | No Hazard Identified | No harm identified | S1 |
| WI-0011126, TM403-166 | 1804 - creased mesh | mesh is folded or bent in such a way that it will not contact a flat surface at all points prior to folding. No loss of strength | all | Negative impact on customer perception of product quality | No Hazard Identified | No harm identified | S1 |
| WI-0011126, TM403-166 | 1805 - damaged mesh | mesh has holes, tears or stains | all non or partially resorbable meshes and implants, except spacer fabric | mesh fails to provide long lasting support | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126, TM403-166 | 1805 - damaged mesh | mesh has holes, tears or stains | spacer fabric for Ultrapro Plug | mesh fails to provide long lasting support | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126, TM403-166 | 1805 - damaged mesh | mesh has holes tears or stains | Vicryl mesh, Vicryl mesh bag, Vicryl Band, PDS Band, PDS-Microband, PDS cord | mesh fails to support tissue for expected time | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126, TM403-166 | damaged film | film has holes, tears, or stains | Physiomesh, VHD | hole in Monocryl foil will impair tissue separating properties | PP-02 Damage, Degradation or Deterioration in function | Adhesion Formation | S3 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
ETH.MESH.22852061

Work Instruction
Quality System
Work Instruction for Mesh Defect to Harms Map

Case 2:12-md-02327   Document 1750-12   Filed 10/27/15   Page 4 of 5 PageID #: 21894

100193881 | Rev:1
Released: 27 Feb 2014
CO: 100193057

## 100193881  Mesh Defect to Harm Map

| Specification #(s) in which Defect is defined | Defect english | Defect Description english | Product Category | Effect on Use of Released Product | Standardized Hazard | Global Harm | Severity Category |
|---|---|---|---|---|---|---|---|
| WI-0011126, TM403-166 | damaged film | film has holes, tears, or stains | Dura Patch | hole in film allows Fluid passage. | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126, TM403-166 | 1806 - wrong length | dimensions do not conform to requirements | all, except intermediate process formats, e.g. sheets | Product may not meet label size requirements of finished product: regulatory compliance | GN-03, Loss of product traceability | Regulatory Compliance | S4 |
| WI-0011126, TM403-166 | 1806 - wrong length | dimensions do not conform to requirements | all intermediate process formats, e.g. sheets | no effect on released product | No Hazard Identified | No harm identified | S1 |
| PS603-006 | 1807 - wrong diameter | Ligatur does not meet diameter requirement | Temporary cardiac pacing wire | Product may not meet label size requirements of finished product: regulatory compliance | GN-03, Loss of product traceability | Regulatory Compliance | S4 |
| WI-0011126, TM403-166 | 1808 - alignment | Blue stripes must run true to the length of the cut device | UPP, Artisyn | elongation behavior is part of the device design | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126, TM403-166 | 1808 - alignment | Blue stripes must run true to the length of the cut device | Ultrapro, Proceed | elongation behavior is not part of the device design | No Hazard Identified | No harm identified | S1 |
| WI-0011126, TM403-166 | (1812) - spottiness | The film exhibits spottiness when viewed at angles in the light | all films | Negative impact on customer perception of product quality | No Hazard Identified | No harm identified | S1 |
| WI-0011126 | color variation | slight color difference in mesh or implant that is objectionable, but does not affect performance, cause confusion to identity, or fail to meet requirements | all | Negative impact on customer perception of product quality | No Hazard Identified | No harm identified | S1 |
| WI-0011126 | delamination | film delaminates from mesh | Proceed, PVP, Physiomesh, VHD | For intraperitoneal applications: risk of adhesions | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126 | delamination | film delaminates from mesh | Durapatch | Patch is permeable for liquids | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126 | delamination | film delaminates from mesh | Ultrapro Comfort Plug | Negative impact on customer perception of product quality | No Hazard Identified | No harm identified | S1 |
| WI-0011126 | delamination | film delaminates from mesh | TVT-S | Ethisorb and PDS-film is not laminated and will not bond to Prolene mesh | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| PS MS-013 | burst strength | burst strength too low | all | mesh can burst prematurely | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| PS MS-013 | elongation | elongation too low | all | mesh is not as flexible as expected | PP-02, Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| PS MS-013 | inherent viscosity (IV) | inherent viscosity too low | non or partially resorbable meshes | intraoperative handling more difficult | No Hazard Identified | No harm identified | S1 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.22852062

Work Instruction
Quality System
Work Instruction for Mesh Defect to Harms Map

Case 2:12-md-02327   Document 1750-12   Filed 10/27/15   Page 5 of 5 PageID #: 21895

100193881 | Rev:1
Released: 27 Feb 2014
CO: 100193057

**100193881  Mesh Defect to Harm Map**

| Specification #(s) in which Defect is defined | Defect english | Defect Description english | Product Category | Effect on Use of Released Product | Standardized Hazard | Global Harm | Severity Category |
|---|---|---|---|---|---|---|---|
| PS MS-013 | inherent viscosity (IV) | inherent viscosity too low | resorbable meshes | mesh bursts prematurely | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| PS MS-013 | suture pull out | suture pull out too low | all | mesh pulls out of fixation | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| PS MS-013 | bending stiffness | bending stiffness out of spec | all | intraoperative handling more difficult | No Hazard Identified | No harm identified | S1 |
| WI-0011126 | bartack stitch | Bartack stitch incomplete or defective | UPP, UHS | device pieces fall apart | PP-02 Damage, Degradation or Deterioration in function | Failure of Treatment | S3 |
| WI-0011126 | bartack stitch | Bartack stitch thread ends stick out, stitches too loose or tight. | UPP, UHS | Negative impact on customer perception of product quality | No Hazard Identified | No harm identified | S1 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.22852063