IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:

ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

MDL No. 2:12-md-02327

THIS DOCUMENT RELATES TO:

MICHELLE ROSE,

   Plaintiff,

v.

JOHNSON & JOHNSON,

   Defendant.

## ORDER AUTHORIZING
## WITHDRAWAL OF COUNSEL

This matter came before the Court on the motion of Elliott Schuchardt for leave to withdraw as counsel to Plaintiff Michelle Rose. After having reviewed such motion, it is hereby ORDERED as follows:

Elliott Schuchardt is authorized to withdraw as counsel for plaintiff Michelle Rose.

       BY THE COURT:

       _____
       United States District Judge