IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

MDL No. 2327

-------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm name and address in MDL Nos. 2187, 2325, 2326, 2327, and 2387, and each individual member cases in which Smith Dollar PC is associated with. The telephone number, facsimile number and email address for all attorneys remains unchanged.

In support of its motion, counsel hereby states the following:

Effective November 1, 2015, the EDGAR LAW FIRM has changed their name to SMITH DOLLAR PC. Said law firm has also relocated their office to 404 Mendocino Avenue, Second Floor, Santa Rosa, CA 95401.

This Motion shall apply to the following SMITH DOLLAR PC attorneys:

        Donald Edgar, Esquire
        Rex Grady, Esquire

Accordingly, counsel respectfully requests that the Court enter an Order updating the firm name and address for SMITH DOLLAR PC in MDL Nos. 2187, 2325, 2326, 2327, and 2387, and each individual member cases in which Smith Dollar PC is associated with.

Respectfully submitted;

SMITH DOLLAR PC

By: */s/ Donald Edgar*
    Donald Edgar, Esq.
    Rex Grady, Esq.
    Attorneys for Plaintiffs
    404 Mendocino Avenue
    Second Floor
    Santa Rosa, CA 95401

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to received service in this MDL.

        Respectfully submitted;

        SMITH DOLLAR PC

By: */s/ Donald Edgar*
    Donald Edgar, Esq.
    Rex Grady, Esq.
    Attorneys for Plaintiffs
    404 Mendocino Avenue
    Second Floor
    Santa Rosa, CA 95401