APPROVED and SO ORDERED.
ENTER: 3312; 14237

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR      MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION     Honorable Joseph R. Goodwin

-----

Joan Skinner,

                         **Plaintiff(s),**

v.                                          CASE NO. 2:15-cv-01994

Ethicon, Inc.,
Johnson & Johnson, and
C.R. Bard, Inc.,

                         **Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2187 C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2187 :

C.R. Bard, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2187__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2187__.

/s/ Jeffrey M. Kuntz

Thomas P. Cartmell  MO # 45366
Jeffrey M. Kuntz  MO # 52371
Wagstaff & Cartmell LLPO
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
tcartmell@wcllp.com
jkuntz@wcllp.com

### CERTIFICATE OF SERVICE

I hereby certify that on __November 6, 2015__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Jeffrey M. Kuntz

Thomas P. Cartmell  MO # 45366
Jeffrey M. Kuntz  MO # 52371
Wagstaff & Cartmell LLPO
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
tcartmell@wcllp.com
jkuntz@wcllp.com