IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON INC.,                       MDL 2327
PELVIC REPAIR SYSTEMS PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned counsel, respectfully moves this Court for entry of an Order updating my firm's address in MDL Nos. 2326, 2325, 2187, 2327, 2387, and 2440, and each individual member cases in which Doyle Lowther LLP is associated with. The email addresses for Doyle Lowther attorneys remain unchanged.

Effective November 10, 2015, the Doyle Lowther LLP Attorneys in their matter relocated their offices to:

Doyle Lowther LLP
4400 NE 77th Ave, Suite 275
Vancouver, WA 98662
Tel and Fax: (360) 818-9320

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the address for Doyle Lowther attorneys in MDL Nos. 2326, 2325, 2187, 2327, 2387, and 2440, and each individual member cases, in which Doyle Lowther is associated with.

Dated: November 10, 2015

            By: <u>*William J. Doyle II*</u>
               William J. Doyle
               Doyle Lowther LLP
               4400 NE 77th Ave., Ste. 275
               Vancouver, WA 98662
               Tel and Fax:  (360) 818-9320

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2015, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                     */s/ William J. Doyle II*
                                     William J. Doyle II