Honorable Cheryl A. Eifert
United States Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | 2:12-md-2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | In Re: Ethicon, Inc. Pelvic Repair System | | |
| Date of Event: | November 10, 2015 | | |
| Court Reporter: | Ayme Cochran | | |
| Law Clerk: | | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs: Bryan Aylstock, Andrew Faes, Richard Freese<br>Counsel for Defendant: Philip Combs, Ben Watson, Richard Bernardo, | | |
| Type of Event: | Telephonic Motion Hearing re: Ethicon's Motion for Entry of Protective Order and to Quash Plaintiffs' 30(b)(6) deposition Notice. (ECF No. 1735) | | |
| Time Spent in Court: | 45 Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |