IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

JOINT MOTION TO DISMISS DEFENDANTS
COLOPLAST CORP. AND MENTOR WORLDWIDE LLC WITH PREJUDICE

Plaintiffs in the case listed on the attached Exhibit A and defendants Coloplast Corp. ("Coloplast") and Mentor Worldwide LLC ("Mentor") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs, Coloplast, and Mentor jointly move the court to dismiss Coloplast and Mentor as defendants in this action with prejudice, and terminate Coloplast and Mentor from the docket in the action, parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to prosecute their action against them.

Respectfully:

/s/ Lana K. Varney
LANA K. VARNEY
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard
Suite 1100
Austin, Texas 78701-4255
512-536-4594
lana.varney@nortonrosefulbright.com
ATTORNEYS FOR DEFENDANT

/s/ P. Leigh O'Dell
P. LEIGH O'DELL
Beasley, Allen, Crow, Methvin,
Portis, & Miles,
P. O. Box. 4160
Montgomery, AL  36103-4160
334-269-2343
leigh.odell@beasleyallen.com
ATTORNEYS FOR PLAINITFFS

    *s/*  Dustin B. Rawlin
    DUSTIN B. RAWLIN
    Tucker Ellis LLP
    950 Main Street, Suite 1100
    Cleveland, OH  44113
    216.592.5000 (phone)
    216.592.5009 (fax)
    dustin.rawlin@tuckerellis.com
    ATTORNEYS FOR DEFENDANT MENTOR WORLDWIDE LLC

Dated:  November 13, 2015

## EXHIBIT A - BEASLEY ALLEN CROW METHVIN PORTIS & MILES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-05239 | Elizabeth Infinger and Anthony Infinger v. Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ Lana K. Varney*