IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**ORDER**

(Dismissing Defendants Coloplast Corp. and Mentor Worldwide LLC from Certain Cases with Prejudice)

Pending in MDL 2325, 2:12-md-02327 [Docket #XXX], is a Joint Motion to Dismiss Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice filed by the plaintiffs, identified on the attached Exhibit A, Coloplast Corp. ("Coloplast"), and Mentor Worldwide LLC ("Mentor") seeking dismissal of Coloplast and Mentor from this action, with prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain in this action, and plaintiffs will continue to prosecute their action against them.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast and Mentor with prejudice is **GRANTED**.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-02327 and in the individual case listed on the attached Exhibit A.

ENTER:   _____, 2015

_____
Joseph R. Goodwin
United States District Judge

## EXHIBIT A - BEASLEY ALLEN CROW METHVIN PORTIS & MILES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-05239 | Elizabeth Infinger and Anthony Infinger v. Ethicon, Inc., et al. |