# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## JOINT MOTION TO DISMISS DEFENDANT
## COLOPLAST CORP. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant Coloplast Corp. ("Coloplast") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Coloplast jointly move the court to dismiss Coloplast as a defendant in this action with prejudice, and terminate Coloplast from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Respectfully:

| | |
|---|---|
| /s/ Lana K. Varney | /s/ P. Leigh O'Dell |
| LANA K. VARNEY | P. LEIGH O'DELL |
| Norton Rose Fulbright US LLP | Beasley, Allen, Crow, Methvin, |
| 98 San Jacinto Boulevard | Portis, & Miles, |
| Suite 1100 | P. O. Box. 4160 |
| Austin, Texas 78701-4255 | Montgomery, AL  36103-4160 |
| 512-536-4594 | 334-269-2343 |
| lana.varney@nortonrosefulbright.com | leigh.odell@beasleyallen.com |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINITFFS |

Dated:  November 13, 2015

## EXHIBIT A - BEASLEY ALLEN CROW METHVIN PORTIS & MILES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-04055 | Bonnie Spell, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-11916 | Linda Reeves v. Ethicon, Inc. et al |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

                                  */s/ Lana K. Varney*