IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**

(Dismissing Defendant Coloplast Corp. from Certain Cases with Prejudice)

Pending in MDL 2325, 2:12-md-02327 [Docket #XXX], is a Joint Motion to Dismiss Defendant Coloplast Corp. with Prejudice filed by the plaintiffs, identified on the attached Exhibit A and Coloplast Corp. ("Coloplast") seeking dismissal of Coloplast from these actions, with prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast with prejudice is **GRANTED**.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-02327 and in the individual cases listed on the attached Exhibit A.

ENTER:  _____, 2015

_____
Joseph R. Goodwin
United States District Judge

## EXHIBIT A - BEASLEY ALLEN CROW METHVIN PORTIS & MILES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-04055 | Bonnie Spell, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-11916 | Linda Reeves v. Ethicon, Inc. et al |