# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER

(Dismissing Defendant Coloplast Corp. from Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-02327 [Docket #XXX], is a Joint Motion to Dismiss Defendant Coloplast Corp. with Prejudice filed by the plaintiffs, identified on the attached Exhibit A and Coloplast Corp. ("Coloplast") seeking dismissal of Coloplast from these actions, with prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast with prejudice is **GRANTED**.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-02327 and in the individual cases listed on the attached Exhibit A

ENTER:   _____, 2015

_____
Joseph R. Goodwin
United States District Judge

**EXHIBIT A – LEVIN SIMES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-10557 | Janice and Kevin Schirmer v. Ethicon, Inc., et al.. |
| 2:13-cv-16409 | Ruby Boyd Simpkins v. Ethicon, Inc., et al. |