# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## JOINT MOTION TO DISMISS DEFENDANTS COLOPLAST CORP. AND MENTOR WORLDWIDE LLC WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A–B, defendant Coloplast Corp. ("Coloplast") and defendant Mentor Worldwide LLC ("Mentor") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims, and third party claims. Accordingly, Plaintiffs, Coloplast, and Mentor jointly move the court to dismiss Coloplast and Mentor as defendants in these actions with prejudice, and terminate Coloplast and Mentor from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Date: November 13, 2015

Respectfully submitted,

/s/ Lana K. Varney
Lana K. Varney
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
512.474.5201 (phone)
512.536.4598 (fax)
lana.varney@nortonrosefulbright.com
Attorney for Defendant Coloplast Corp.

*s/ Dustin B. Rawlin*_____
Dustin B. Rawlin
TUCKER ELLIS LLP
950 Main Street, Suite 1100
Cleveland, OH 44113
216.592.5000 (phone)
216.592.5009 (fax)
dustin.rawlin@tuckerellis.com
*Attorney for Defendant Mentor Worldwide LLC*

*/s/ Aimee H. Wagstaff*_____
Vance Andrus
Aimee H. Wagstaff
ANDRUS WAGSTAFF, P.C.
7171 W. Alaska Drive
Lakewood, CO 80226
720.208.9414 (phone)
aimee.wagstaff@andruswagstaff.com
*Attorneys for Plaintiff on Exhibit A*

*/s/ Hunter J. Shkolnik*_____
Hunter J. Shkolnik
NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES
Suite 7413
350 Fifth Avenue
New York, NY 10118
212.267.3700 (phone)
212.587.0031 (fax)
hunter@napolibern.com
*Attorney for Plaintiffs on Exhibit B*

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01007 | Illuminada Baez v. Ethicon, Inc., et al. |

**EXHIBIT B – NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22651 | Debra and Raymond McCaslin v. Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                                            */s/ Lana K. Varney*
                                            Lana K. Varney