IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**

(Dismissing Defendant Coloplast Corp. and Defendant Mentor Worldwide LLC from Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-02327 [Docket #XXX], is a Joint Motion to Dismiss Defendant Coloplast Corp. and Defendant Mentor Worldwide LLC with Prejudice filed by the plaintiffs, identified on the attached Exhibits A–B, Coloplast Corp. ("Coloplast"), and Mentor Worldwide LLC ("Mentor") seeking dismissal of Coloplast and Mentor from these actions, with prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast and Mentor with prejudice is **GRANTED**.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-02327 and in the individual cases listed on the attached Exhibits A–B

ENTER: _____, 2015

_____
Joseph R. Goodwin
United States District Judge

**EXHIBIT A –ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01007 | Illuminada Baez v. Ethicon, et al. |

**EXHIBIT B – NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22651 | Debra and Raymond McCaslin v. Ethicon, Inc., et al. |