IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES INCLUDING WAVE 1 AND ANY FUTURE WAVE CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CROSS-NOTICE OF VIDEOTAPED *DE BENE ESSE*
TESTIMONY OF DANIEL S. ELLIOTT, M.D.**

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the *de bene esse* testimony of Dr. Daniel S. Elliott, will be taken jointly in connection with *In Re: Pelvic Mesh Litigation*, February Term 2014, No. 829, Court of Common Pleas, Civil Trial Division, Philadelphia, PA and *Hammons v. Ethicon, Inc., et al.,* May Term 2013, No. 003913, Court of Common Pleas, Civil Trial Division, Philadelphia, PA , upon oral examination on November 21, 2015 at 9:30 a.m. at Mazie Slater Katz & Freeman, LLC, 103 Eisenhower Parkway, Roseland, New Jersey, 07068.  The notice of deposition is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, and the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Plaintiffs hereby cross-notice this testimony for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action.  Plaintiffs further state that this trial examination shall be conducted in accordance with and subject to the Protective Orders entered *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

This videotaped trial examination will be taken before a person authorized by law to administer oaths and be recorded by stenograph.

Dated: November 17, 2015

                                        Respectfully submitted,

                                        /s/Bryan F. Aylstock
                                        Bryan F. Aylstock, Esq.
                                        Daniel Thornburgh, Esq.
                                        Renee Baggett, Esq.
                                        Aylstock, Witkin, Kreis and Overholtz, PLC
                                        17 East Main Street, Suite 200
                                        Pensacola, Florida  32563
                                        (850) 202-1010
                                        (850) 916-7449 (fax)
                                        E-mail:  baylstock@awkolaw.com
                                        E-mail:  rbaggett@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
baylstock@awkolaw.com