IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION TO CHANGE ATTORNEY INFORMATION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that Milstein Adelman, LLP, Paul D. Stevens ("Stevens") and Shireen Mohsenzadegan ("Mohsenzadegan"), respectfully move this Court for entry of an order updating their firm information in MDL No. 2327 and each individual member case in which any of the below-named attorneys are associated.

In support of their motion, Milstein Adelman, LLP, Stevens and Mohsenzadegan, state the following:

1. The following attorneys have appearances entered in these matters: Paul D. Stevens (CA Bar No. 207107), Shireen Mohsenzadegan (CA Bar No. 237882) and Mark A. Milstein (CA Bar No. 155513).

2. Paul D. Stevens and Shireen Mohsenzadegan seek to withdraw as they are no longer with Milstein Adelman, LLP.

3. Mark A. Milstein of Milstein Adelman, LLP, will continue as Plaintiffs' Counsel.

Accordingly, counsel moves to withdraw Paul D. Stevens and Shireen Mohsenzadegan in all actions in which they have appeared. Counsel respectfully request that the Court enter an Order in MDL No. 2327, as well as each individual member case with which she may have been associated.

Dated: November 17, 2015
    /s/ Mark A. Milstein
Mark Milstein
(CA Bar No. 155513)
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: (310) 396-9600
Fax: (310) 396-9635
mmilstein@milsteinadelman.com

    /s/ Paul D. Stevens
Paul D. Stevens
(CA Bar No. 207107)
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: (310) 396-9600
Fax: (310) 396-9635
pstevens@milsteinadelman.com

    /s/ Shireen Mohsenzadegan
Shireen Mohsenzadegan
(CA Bar No. 237882)
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: (310) 396-9600
Fax: (310) 396-9635
smohsenzadegan@milsteinadelman.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

      /s/ Mark A. Milstein
Mark Milstein