IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA CHARLESTON DIVISION

IN RE ETHICON, INC.,  PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

# ORDER

It is hereby ORDERED and DECREED that the Motion to Change Attorney Information and Withdrawal of Counsel is GRANTED.  The Clerk is instructed to withdraw Paul D. Stevens and Shireen Mohsenzadegan as counsel of record.  Mark A. Milstein of Milstein Adelman, LLP will continue as Plaintiffs' counsel in the specified individual member cases in MDL No. 2327 with which said attorney is associated.

Date Entered:_____

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE