# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/19/2015                                          Case Number 2:10-md-02187
Case Style: In Re:  C. R. Bard vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter Mary Schweinhagen                          Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government


Attorney(s) for the Defendant(s)


Law Clerk Kate Fife                                       Probation Officer

## Trial Time


## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


## Court Time

10:25 am   to 10:50 am
Total Court Time: 0 Hours 25 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled start time 10:00 a.m.
Actual start time 10:25 a.m.

STATUS CONFERENCE
Judge Goodwin and Magistrate Judge Eifert presiding

2:10-md-2187    In Re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation
2:12-md-2325    In Re: American Medical Systems, Inc., Pelvic Repair System Product Liability Litigation
2:12-md-2326    In Re:  Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
2:12-md-2327    In Re:  Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation
2:12-md-2387    In Re:  Coloplast Corp. Pelvic Support Systems Products Liability Litigation
2:13-md-2440    In Re:  Cook Medical, Pelvic Support Systems Products Liability Litigation

Counsel for parties present
Coordinating Co-lead counsel for Plaintiffs - Bryan Aylstock, Henry Garrard, Fred Thompson
Co-lead counsel for Boston Scientific MDL 2326 - Clayton Clark and Aimee Wagstaff
Co-lead counsel for American Medical Systems MDL 2325 - Amy Eskin and Fidelma Fitzpatrick
Co-lead counsel for Ethicon MDL 2327 - Renee Baggatt
Co-Lead counsel for Coloplast MDL 2387 - Riley Burnett, Mark Mueller and Robert Salim
Co-Lead counsel for Cook MDL 2440 - Ben Anderson and Martin Crump
Plaintiffs executive committee:  Bryan Aylstock, Henry Garrard, Fred Thompson, Tom Cartmell, Clayton Clark, Amy Eskin, Derek Potts and Aimee Wagstaff.
Plaintiffs Co-liaison counsel:  Harry Bell, Paul Farrell and Carl Frankovitch

Defendants
Lead counsel for C. R. Bard, Inc., MDL 2187 - Micah Hobbs
Lead counsel for American Medical Systems MDL 2325
Lead counsel for Boston Scientific MDL 2326 - Robert Adams and Jon Strongman

# District Judge Daybook Entry

Lead counsel for Ethicon MDL 2327 - Christy Jones
Defendants Liaison counsel:  Michael Bonasso, David Thomas and Michael Farrell.  Mark Williams defendants liaison counsel in the Bard MDL.
Lead Counsel for Coloplast MDL 2387 - Lana K. Varney
Lead Counsel for Mentor
Lead Counsel for Cook - Doug King

Additional Counsel present:

Michael Brown - Bard
Bret Stanley - Pltfs
Robert Cain - Pltfs
Lisa Harper - Ethicon
David Thomas - Ethicon
Victoria Maniatis - Pltfs
Elizabeth Adams - BSC
Jon Strongman - BSC
Karen Schroeder - Pltfs
Heidie Pien - Cook
Stephen McConnell - AMS
Leigh O'Dell - Pltfs
Melissa Foster Bird - Bard
Devin Ross - TSL/Sofradim
Rita McConnell - Medtronic
Joseph Petrosinelli - Medtronic

AGENDA
The court is pleased with the progress in all of the MDLs
Multiple MDLs have received settlements
AMS is well on the way to completion
The wave process continues for the MDLs that have not reached settlement
The Plaintiff Profile Sheet continues to be a challenge; failure to submit the form will result in increased sanctions
Dual representation is to be resolved by counsel
Magistrate Judge Eifert addresses old motions
Henry Garrard speaks on behalf of the Ptlfs
re:  PPS, cooperation, progress and old motions
End time 10:50 a.m.