# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/19/2015                                                     Case Number 2:12-md-02327
Case Style: In Re:  Ethicon, Inc. vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter                                                       Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government


Attorney(s) for the Defendant(s)


Law Clerk Kate Fife                                                  Probation Officer

Trial Time


Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


Court Time

12:20 pm   to 1:30 pm
Total Court Time: 1 Hours 10 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

Scheduled start time 11:45 a.m.
Actual start time 12:20 p.m.

STATUS CONFERENCE
Counsel for Pltfs present:
Henry Garrard
Derek Potts
Fred Thompson
Joseph Rice
Donald Migliori
Clayton Clark
Bryan Aylstock
Renee Baggett
Ben Anderson

Counsel for Deft present:
Christy Jones
David Thomas
Scott Borup
Lisa Warren

Parties provide the court with an update on the status of the Ethicon cases.
End time 1:30 p.m.