IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                      MDL NO. 2327
   PELVIC REPAIR SYSTEM
   PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Address, filed on September 16, 2015 [docket # 1702]. In the motion, counsel request that in the main MDL and each individual case in which Audet & Partners, LLP is associated, the firm address be updated as set forth in the motion. Counsel has stated that this motion applies to attorneys William Audet and Thom Smith.

It is **ORDERED** that the Motion for Change of Address is **GRANTED**.

The Clerk is **DIRECTED** to update the firm address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which William Audet and Thom Smith are associated.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 20, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE