IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                MDL NO. 2327
   PELVIC REPAIR SYSTEM
   PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is an Amended Motion to Change Attorney Information and Withdrawal of Counsel, filed on October 12, 2015 [docket # 1732], and Motion to Change Attorney Information and Withdrawal of Counsel [docket # 1718] filed on October 2, 2015. In the amended motion, counsel request that in the main MDL and each individual case in which Pamela A. Borgess, formerly of Zoll & Kranz, LLC, has appeared, she be withdrawn as counsel for plaintiffs. The amended motion also states that Carasusana B. Wall of Zoll & Kranz, LLC will continue as counsel for plaintiffs.

It is **ORDERED** that the Amended Motion to Change Attorney Information and Withdrawal of Counsel [docket # 1732] is **GRANTED**, and the Motion to Change Attorney Information and Withdrawal of Counsel [docket # 1718] is **DENIED as moot**.

The Clerk is **DIRECTED** to terminate Pamela A. Borgess as counsel of record both on the main master docket and for each individual member case in MDL 2327 with which Ms. Borgess is associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 23, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE