# EXHIBIT 1

**From:** Kate_Fife@wvsd.uscourts.gov [mailto:Kate_Fife@wvsd.uscourts.gov]
**Sent:** Thursday, October 08, 2015 9:07 AM
**To:** tcartmell@wagstaffcartmell.com; RBaggett@awkolaw.com; Christy Jones; Donna Jacobs; Diane Wigley; David B. Thomas
**Subject:** Ethicon Wave 2

All - As indicated in my email regarding the Ethicon Wave 1 cases, Judge Goodwin will continue to enter PTOs designating additional waves. He asked that I contact the parties to begin the process for entering an Ethicon Wave 2 PTO. Would you please jointly identify by **November 9, 2015**, the 200 oldest cases not already in Wave 1 (or properly omitted from Wave 1) where Ethicon is the only defendant named. Please submit via email a joint chart in Excel containing the following information for the 200 cases:

1. Case Style
2. Case Number
3. Date Complaint filed
4. Product(s) for which a claim is alleged (please provide separate columns for each product - it's easier to sort; i.e. separate columns for TVT, TVT-O, etc. instead of one column naming all products)
5. Counsel (firm name with abbreviations is fine)

Let me know if you have questions. Thanks Kate


Kate Wilson Fife
Law Clerk to
Honorable Joseph R. Goodwin
United States District Court
for the Southern District of West Virginia
300 Virginia Street East, Room 7009
Charleston, WV 25301
Main Line 304.347.3192
Direct Dial 304.347.3199
Fax 304.347.3193
Kate_Fife@wvsd.uscourts.gov

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.