# EXHIBIT A

**KLINE & SPECTER, P.C.**
By: Thomas R. Kline, Esquire/Attorney I.D. No. 28895
Lee B. Balefsky, Esquire/Attorney I.D. No. 25321
Michelle L. Tiger, Esquire/Attorney I.D. No. 43872
Michael A. Trunk, Esquire/Attorney I.D. No. 83870
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
Attorneys for Plaintiffs

**FREESE & GOSS, PLLC**
By: Richard A. Freese, Esquire/Attorney I.D. No. ABS-6879-E67R
Regions Harbert Plaza
1901 6th Avenue North
Suite 3120
Birmingham, AL 35203
(205) 871-4144
Attorneys for Plaintiffs
*Pending Admission Pro Hac Vice*

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

| | | |
|---|---|---|
| IN RE: PELVIC MESH LITIGATION | : | FEBRUARY TERM 2014 |
| | : | |
| | : | |
| | : | |
| MASTER DOCKET | : | NO. 829 |

| | |
|---|---|
| SHARON CARLINO and CHARLES CARLINO<br><br>vs.<br><br>ETHICON WOMEN'S HEALTH AND UROLOGY, A DIVISION OF ETHICON, INC., et al | COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>JUNE TERM, 2013<br><br>NO. 03470 |

**NOTICE OF VIDEOTAPE *DE BENE ESSE* DEPOSITION
OF BRUCE ROSENZWEIG, MD**

PLEASE TAKE NOTICE that counsel for Plaintiffs herein will take the videotaped *de bene esse* deposition of Bruce Rosenzweig, MD on Tuesday, December 22, 2015 at 9:00 AM at Wexler Wallace, LLP, 55 W Monroe St, #3300, Chicago, IL 60603.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.  The deposition will be recorded by stenographic means or court reporter, and the deposition will be recorded by video and audio means.  You are invited to attend and cross-examine.

This deposition will be taken pursuant to the Pennsylvania Rules of Civil Procedure and will continue from day to day until completed.

                            **KLINE & SPECTER, P.C.**

Dated:                        BY:  _____
                                        Thomas R. Kline, Esquire/28895
                                        Lee B. Balefsky, Esquire/25321
                                        Michelle L. Tiger, Esquire/43872
                                        Michael A. Trunk, Esquire/83870
                                        *Attorneys for Plaintiff*

                                        **FREESE & GOSS, PLLC**
                        By:    Richard A. Freese, Esquire/ABS-6879-E67R
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, foregoing Amended Notice of Videotape *De Bene Esse* Deposition of Daniel S. Elliott, M.D. was served via electronic mail to the following counsel:

| | |
|---|---|
| Andrew P. Reeve<br>Kenneth A. Murphy<br>Melissa A. Graff<br>DRINKER BIDDLE & REATH<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson* | Julie A. Callsen, Esquire<br>Matthew Moriarty, Esquire<br>Tucker Ellis LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson* |

Dated: November 25, 2015

Cori Maldonado