IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                       MDL NO. 2327
   PELVIC REPAIR SYSTEM
   PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Firm Name and Address, filed on November 9, 2015 [docket # 1763]. In the motion, counsel requests that in the main MDL and each individual case in which counsel Donald Edgar and Rex Grady appear, their firm name be changed from the Edgar Law Firm to Smith Dollar PC, and their address be updated as set forth in the motion.

It is **ORDERED** that the Motion for Change of Firm Name and Address is **GRANTED**.

The Clerk is **DIRECTED** to update the firm name and address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Donald Edgar and Rex Grady are associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 30, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE