IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                    MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is a Motion to Change Attorney Information and Substitute New Counsel filed on October 26, 2015 [docket # 1748]. In the motion, counsel requests that in the main MDL and each member case in MDL No. 2327 in which attorney Kevin J. Davidson, deceased, appears on behalf of Zevan & Davidson Law Firm, he be withdrawn as counsel; and, attorney David M. Zevan of Zevan & Davidson Law Firm, LLC be substituted as counsel.

It is **ORDERED** that the Motion to Change Attorney Information and Substitute New Counsel is **GRANTED.**

The Clerk is **DIRECTED** to terminate Kevin J. Davidson as counsel for plaintiffs and to substitute David M. Zevan as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Mr. Davidson is associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 1, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE