IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## MOTION TO CHANGE ATTORNEY INFORMATION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that Terry Bryant, PLLC and Tommy Gillaspie (Gillaspie), respectfully move this Court for entry of an order updating their firm information in MDL No. 2327 and each individual member case in which any of the below–named attorneys are associated.

In support of their motion, Terry Bryant, PLLC and Gillaspie, state the following:

1. The following attorney has appearances entered in this matter: Tommy W. Gillaspie (TX Bar No. 07922600).

2. Tommy W. Gillaspie seeks to withdraw as he is no longer with Terry Bryant, PLLC.

3. Gregg Anderson of Terry Bryant, PLLC will continue as Plaintiffs' Counsel.

Accordingly, counsel moves to withdraw Tommy W. Gillaspie in all actions in which he has appeared and substitute Gregg Anderson. Counsel respectfully request that the Court enter an Order in MDL 2327, as well as each individual member case with which he may have been associated.

Dated: December 3, 2015

_____
Gregg Anderson
(Texas Bar No. 01186200)
TERRY BRYANT, PLLC
8584 Katy Freeway, Ste. 100
Houston, Texas 77024
Tel: (713) 973-8888
Fax: (713) 973-1188
gregg@terrybryant.com

_Tommy Gillaspie_ *
Tommy W. Gillaspie
(Texas Bar No. 07922600)
TERRY BRYANT, PLLC
8584 Katy Freeway, Ste. 100
Houston, Texas 77024
Tel: (713) 973-8888
Fax: (713) 973-1188
tommy@terrybryant.com

\* Signed by permission

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2015, I electronically files the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

_____
Gregg Anderson