IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## ORDER

It is hereby ORDERED and DECREED that the Motion to Change Attorney Information and Withdrawal of Counsel is GRANTED. The Clerk is instructed to withdraw Tommy W. Gillaspie as counsel of record. Additionally, Gregg Anderson is substituted as Plaintiffs' counsel in the specified individual member cases in MDL No. 2327 with which said attorney is associated.

Date Entered: _____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE