IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION

MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO
ETHICON WAVE 1 AND 2 CASES

**ORDER**

Pending before the court is Defendants' Motion for a Protective Order Relieving Defendants of Responding to Provision in Defendant's Fact Sheet Requiring Production of Device History Records, filed November 24, 2015. [ECF No. 1797]. It is **ORDERED** that any response to this motion is due **Wednesday, December 9, 2015 at 5:00 p.m.** and any reply is due **Friday, December 11, 2015 at 5:00 p.m.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 7, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE