# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                        MDL No. 2327

## TRANSFER ORDER

**Before the Panel:**[*] Plaintiffs in the five actions listed on Schedule A move under Panel Rule 7.1 to vacate our order conditionally transferring their actions to MDL No. 2327. Responding defendant Ethicon, LLC (Ethicon) opposes the motion to vacate.

The actions before the Panel, along with 59 others, were originally filed as one action in California state court and were severed and removed to the Central District of California.[1] We recently transferred the other 59 actions to MDL No. 2327, over plaintiffs' objections. *See* Transfer Order, MDL No. 2327 (J.P.M.L. Oct. 13, 2015), ECF No. 2190.

After considering the argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that their actions share questions of fact with MDL No. 2327. Like many of the already-centralized actions, the actions at bar involve factual questions arising from allegations that Ethicon and related entities defectively designed, manufactured, and marketed pelvic surgical mesh products, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motion to vacate, plaintiffs argue that removal of these actions was improper, and the transferor courts should be allowed to rule on pending jurisdictional motions. But plaintiffs' remand motions already have been denied by the Central District of California. Moreover,

---

[*] Judge Marjorie O. Rendell and Judge Lewis A. Kaplan took no part in the decision of this matter.

[1] All actions were placed on the same conditional transfer order, but the five actions now before the Panel were remanded to state court, and the conditional transfer order as to those actions was vacated. The original transferor judge in the Central District of California since has vacated his order of remand, denied another motion to remand to state court, and transferred, under 28 U.S.C. § 1404(a), the actions to the five different district courts in which they now are pending.

-2-

the Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present these arguments to the transferee judge. *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001). Plaintiffs also argue that transfer will cause them inconvenience and delay. We have found that, while transfer of a particular action might inconvenience some parties to that action, transfer often is necessary to further the expeditious resolution of the litigation taken as a whole. *See In re: Crown Life Ins. Premium Ins. Litig.*, 178 F. Supp. 2d 1365, 1366 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that the actions listed on Schedule A are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

Charles R. Breyer                    Ellen Segal Huvelle
R. David Proctor                     Catherine D. Perry

**IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**                                      MDL No. 2327

## SCHEDULE A

Eastern District of Arkansas

SKELTON v. ETHICON INC., ET AL., C.A. No. 4:15-00648

Eastern District of California

ROBINSON v. JOHNSON AND JOHNSON, ET AL., C.A. No. 1:15-01601

Southern District of Florida

CARMONA v. JOHNSON & JOHNSON, ET AL. , C.A. No. 1:15-23913

Eastern District of Missouri

BUCHANAN v. JOHNSON AND JOHNSON, ET AL., C.A. No. 1:15-00184

Western District of Washington

ORSI v. JOHNSON AND JOHNSON, ET AL., C.A. No. 3:14-05754

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
12/09/2015 03:43 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 12/9/2015 at 3:41 PM EST and filed on 12/9/2015
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**Case Name:**     Florence Buchanan v. Johnson and Johnson et al
**Case Number:**   MOE/1:15-cv-00184
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

| | |
|---|---|
| **Case Name:** | Mary Orsi v. Johnson and Johnson et al |
| **Case Number:** | WAW/3:15-cv-05754 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

| | |
|---|---|
| **Case Name:** | Sara Carmona v. Johnson & Johnson et al |
| **Case Number:** | FLS/1:15-cv-23913 |
| **Filer:** | |
| | **WARNING: CASE CLOSED on 10/28/2015** |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-**

**23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**Case Name:**      Robinson v. Johnson and Johnson et al
**Case Number:**   CAE/1:15-cv-01601
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**Case Name:**      Vickie Skelton v. Ethicon Inc, et al
**Case Number:**   ARE/4:15-cv-00648
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
12/09/2015 03:38 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 12/9/2015 at 3:36 PM EST and filed on 12/9/2015
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 2217

**Docket Text:**
**TRANSFER ORDER re: pldg. ([2199] in MDL No. 2327), ([2192] in MDL No. 2327)**

**Transferring 5 action(s) - MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**Case Name:**       Florence Buchanan v. Johnson and Johnson et al
**Case Number:**     MOE/1:15-cv-00184
**Filer:**
**Document Number:** 5

**Docket Text:**

**TRANSFER ORDER re: pldg. ( [2199] in MDL No. 2327), ( [2192] in MDL No. 2327)**

**Transferring 5 action(s) - MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**Case Name:**       Mary Orsi v. Johnson and Johnson et al
**Case Number:**       WAW/3:15-cv-05754
**Filer:**
**Document Number:** 5

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [2199] in MDL No. 2327), ( [2192] in MDL No. 2327)**

**Transferring 5 action(s) - MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**Case Name:**       Sara Carmona v. Johnson & Johnson et al
**Case Number:**       FLS/1:15-cv-23913
**Filer:**
**WARNING: CASE CLOSED on 10/28/2015**
**Document Number:** 5

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [2199] in MDL No. 2327), ( [2192] in MDL No. 2327)**

**Transferring 5 action(s) - MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**Case Name:**       Robinson v. Johnson and Johnson et al
**Case Number:**       CAE/1:15-cv-01601
**Filer:**

**Document Number:** 5

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [2199] in MDL No. 2327), ( [2192] in MDL No. 2327)**

**Transferring 5 action(s) - MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**Case Name:**       Vickie Skelton v. Ethicon Inc, et al
**Case Number:**     ARE/4:15-cv-00648
**Filer:**
**Document Number:** 5

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [2199] in MDL No. 2327), ( [2192] in MDL No. 2327)**

**Transferring 5 action(s) - MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/9/2015.**

**Associated Cases: MDL No. 2327, ARE/4:15-cv-00648, CAE/1:15-cv-01601, FLS/1:15-cv-23913, MOE/1:15-cv-00184, WAW/3:15-cv-05754 (LH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N. Frankovitch     carl@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOE/1:15-cv-00184 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Randy J. Soriano     rjsoriano@bryancave.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie F. Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua James Wes     joshua.wes@tuckerellis.com

Micajah D Boatright     cboatright@arnolditkin.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

Mark Christopher Sparks     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer, NCAE     palmer@kiesel-law.com

Peter Linley Choate     peter.choate@tuckerellis.com

**MOE/1:15-cv-00184 Notice will not be electronically mailed to:**

Johnson and Johnson


**WAW/3:15-cv-05754 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
nwexler@arnolditkin.com, valford@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel (Terminated)     Kiesel@kbla.com, jsalgueiro@kbla.com

Jeffrey Royal Johnson     jjohnson@scheerlaw.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin (Terminated)     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie F. Benedict (Terminated)     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua James Wes (Terminated)     joshua.wes@tuckerellis.com

Lauren H Bragin (Terminated)     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Caj D. Boatright     cboatright@arnolditkin.com

Mark Christopher Sparks (Terminated)     mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer, NCAE (Terminated)     palmer@kiesel-law.com

Peter Linley Choate (Terminated)     peter.choate@tuckerellis.com

David Edward Worley     dworley@scheerlaw.com

James Milan Beard     jbeard@maritimelawyer.us

**WAW/3:15-cv-05754 Notice will not be electronically mailed to:**

**FLS/1:15-cv-23913 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Patricia E. Lowry     patricia.lowry@squirepb.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie F. Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua James Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Caj D. Boatright     cboatright@arnolditkin.com

Mark Christopher Sparks     mark@mostynlaw.com, msparks@provostumphrey.com,
crcallahan@mostynlaw.com

Melanie Meneses Palmer, NCAE     palmer@kiesel-law.com

Peter Linley Choate     peter.choate@tuckerellis.com

**FLS/1:15-cv-23913 Notice will not be electronically mailed to:**

**CAE/1:15-cv-01601 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com,
nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com,
mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas Vincent Girardi (Terminated)     tgirardi@girardikeese.com

Paul R. Kiesel     Kiesel@kbla.com, kiesel@kbla.com, jsalgueiro@kbla.com

Amy F. Solomon (Terminated)     asolomon@girardikeese.com

Helen E Zukin     zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie F. Benedict     mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua James Wes     joshua.wes@tuckerellis.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

John Steven Mostyn     jsmostyn@mostynlaw.com

Caj D. Boatright      cboatright@arnolditkin.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer, NCAE      palmer@kiesel-law.com

Peter Linley Choate      peter.choate@tuckerellis.com

**CAE/1:15-cv-01601 Notice will not be electronically mailed to:**

**ARE/4:15-cv-00648 Notice has been electronically mailed to:**

Jason Aron Itkin      jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold      karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, mveer@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones      christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Paul R. Kiesel      Kiesel@kbla.com, jsalgueiro@kbla.com

Laura Hensley Smith      Smith@fridayfirm.com

Helen E Zukin      zukin@kiesel-law.com, smendoza@kbla.com, young@kbla.com

Noah M. Wexler      nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Mollie F. Benedict      mollie.benedict@tuckerellis.com, Mollie.Benedict@tuckerellis.com

Joshua James Wes      joshua.wes@tuckerellis.com

T. Michelle Ator      mator@fec.net, pjjones@fridayfirm.com

Lauren H Bragin      lauren.bragin@tuckerellis.com

John Steven Mostyn      jsmostyn@mostynlaw.com

Caj D. Boatright      cboatright@arnolditkin.com

Mark Christopher Sparks      mark@mostynlaw.com, crcallahan@mostynlaw.com

Melanie Meneses Palmer, NCAE      palmer@kiesel-law.com

Peter Linley Choate      peter.choate@tuckerellis.com

**ARE/4:15-cv-00648 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/9/2015] [FileNumber=616449-0]
[8747a65e339c35092e441b89448624495e0c73091364355d096a0fc36e1917b48c334
837929379080aee6e4f4fdf92d6d751ff7038ebf51c59c70c76f0eabb4c]]