# EXHIBIT 4

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      CHARLESTON DIVISION
                            - - -
 3   IN RE:  ETHICON, INC.      :   MDL NO. 2327
     PELVIC REPAIR SYSTEM       :
 4   PRODUCTS LIABILITY         :
     LITIGATION                 :
 5
 6                            - - -
 7          THIS DOCUMENT RELATES TO ALL CASES
           AND VARIOUS OTHER CROSS-NOTICED ACTIONS
 8                            - - -
                  Wednesday, August 15, 2013
 9                         VOLUME II
10                            - - -
11       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
12
13            Videotaped Deposition of THOMAS A.
14   BARBOLT, Ph.D., held at Riker Danzig Scherer Hyland
15   Perretti LLP, Headquarters Plaza, One Speedwell Avenue,
16   Morristown, New Jersey, on the above date, beginning at
17   9:03 a.m., before Margaret M. Reihl, a Certified
18   Realtime Reporter, Certified Court Reporter, and Notary
19   Public.
20
                              - - -
21
22
23
24              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph|917.591.5672 fax
25                 deps@golkow.com
```

Golkow Technologies, Inc. - 1.877.370.DEPS                    Page 329

Confidential - Subject to Protective Order

```
 1   APPEARANCES:
 2   AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
     BY:  DANIEL THORNBURGH, ESQUIRE
 3   17 East Main Street, Suite 200
     Pensacola, Florida 32502
 4   (850) 202-1010
     dthornburgh@awkolaw.com
 5   Representing the Plaintiffs
 6
     FREESE & GOSS, PLLC
 7   BY:  JOHN P. HARLOE, Ph.D., ESQ.
     3031 Allen Street, Suite 200
 8   Dallas, TX  75204
     214-761-6610
 9   john@freeseandgoss.com
     Representing Plaintiffs
10
11   RIKER DANZIG SCHERER HYLAND PERRETTI LLP
     BY:  MARY ELLEN SCALERA, ESQUIRE
12   Headquarters Plaza, One Speedwell Avenue
     Morristown, New Jersey  07962-1981
13   (973) 451-8501
     Representing Johnson & Johnson and Ethicon and the
14   Witness
15
     THOMAS COMBS & SPANN, PLLC
16   BY:  DAVID B. THOMAS, ESQUIRE
     300 Summers Street, Suite 1380
17   Charleston, West Virginia 25301
     (304) 414-1800
18   Dthomas@tcspllc.com
     Representing Johnson & Johnson and Ethicon and the
19   Witness
20
     ALSO PRESENT:
21   David Lane, videographer, Golkow Technologies, Inc.
     Daniel Lawlor, Precision Trial Solutions
22
23
24
25
```

Confidential - Subject to Protective Order

```
 1   APPEARANCES VIA TELEPHONE:
 2   BAKER SANDERS, LLC
     BY:  TODD D. MUHLSTOCK, ESQ.
 3   100 Garden City Plaza
     Suite 500 (5th Floor)
 4   Garden City, New York 11530
     tmuhlstock@bakersanders.com
 5   (800) 324-7752
     Representing the Plaintiffs
 6
 7
     MUELLER LAW
 8   BY:  MARK MUELLER, ESQUIRE
     404 W 7th St.
 9   Austin, Texas  78701
     (512)478-1236
10   mark@muellerlaw.com
     Representing the Plaintiffs
11
12
13
14                              - - -
15
16
17
18
19
20
21
22
23
24
25
```

```
 1             Deposition Exhibit No. T-2115.)
 2             MR. THOMAS:  Just for the record, you've
 3   marked this as 2115?
 4   BY MR. THORNBURGH:
 5   Q.    Yeah, I'm sorry.  It's been marked -- the
 6   exhibit has been marked 2115 ETH.MESH.00863391.
 7         And you see this is an e-mail from Dan Smith on
 8   February 27th, 2004, right?
 9   A.    Yes.
10   Q.    And the subject line is "2 TVT complaints
11   concerning allegedly brittle mesh."
12         You see that?
13   A.    Yes.
14   Q.    And as we did yesterday, I'd would like to turn
15   to -- turn to the second page and we'll work backwards.
16         And the original e-mail is from Bernhard
17   Fischer to Janice Burns with that same subject line,
18   the importance is high, and Bernhard says or
19   Mr. Fischer says to Janice Burns or discusses with
20   Janice Burns two TVT complaints regarding mesh TVT Blue
21   and the TVT obturator system.
22         And if you look down at the paragraph after
23   that it says, "Dr. Mirna noticed that small blue
24   particles kept falling off the mesh, as if the mesh was
25   as he put it 'brittle'."
```

1   European countries?

2   A.   I don't think I -- I don't recall that.

3   Q.   Well, let's look at this, so you get some

4   background, okay.  So, again, I'm going to have you

5   turn -- the Bates number is 03358217, and the subject

6   is, as you can see on Page 1 on this May 1st, 2006

7   e-mail, French standard on TVT and meshes.

8        And so if you turn with me to

9   ETH.MESH.003358222, it's an e-mail from Scott Ciarrocca

10  to a number of individuals directed to Xavier and

11  Pascale.  It says, looking into finding a way to give

12  you specifics.  It is unfortunately not straightforward

13  to obtain all this.  To be clear, we're talking about

14  Prolene Gynemesh® Soft, the implantable materials, not

15  the TVT or Prolift® devices.

16       Actually, let me -- if you go ahead to the very

17  last page, sorry about that, 8224, the subject is AFNOR

18  (ISO) Organization - Request.

19       You see that?

20  A.   Yes.

21  Q.   And it says -- it's an e-mail from Xavier at

22  Gynecare France saying, over the last few months in our

23  country we are -- we can observe a clear awareness from

24  the KOLs and other surgeons in regard to what is or not

25  a good prosthesis, both for SUI slings and prolapse

Confidential - Subject to Protective Order

```
 1   Q.      There's going to be an inflammatory response to
 2   the particles that are loose with inside the woman's
 3   pelvis, right?
 4              MR. THOMAS:  Object to the form of the
 5   question.
 6              THE WITNESS:  Yes.
 7   BY MR. THORNBURGH:
 8   Q.      And that inflammatory response can result in
 9   granuloma formation around each one of these particles
10   contained within the woman's pelvis, right?
11              MR. THOMAS:  Object to the form of the
12   question.
13              THE WITNESS:  Yes.
14   BY MR. THORNBURGH:
15   Q.      So you're going to have -- essentially, you're
16   going to end up having little granuloma covered
17   particles, kind of like little BBs inside the pelvis of
18   a woman's vagina?
19              MR. THOMAS:  Object to form of the
20   question.
21              THE WITNESS:  No, not quite.
22   BY MR. THORNBURGH:
23   Q.      Well, they're certainly going to form
24   granulomas around each one of those particles?
25              MR. THOMAS:  Object to form of the
```

Confidential - Subject to Protective Order

```
 1   question.
 2               THE WITNESS:  They will form the same
 3   kinds of granuloma around the particles as they do
 4   around each individual filament of the mesh.
 5   BY MR. THORNBURGH:
 6   Q.      Right.  So you're going to have additional
 7   granuloma formation around those particles?
 8   A.      Yes.
 9   Q.      And the body is going to react or is reacting
10   to each one of those particles within the woman's
11   vagina?
12               MR. THOMAS:  Object to the form of the
13   question.
14               THE WITNESS:  They will be the particles
15   within the tissues around the mesh.
16   BY MR. THORNBURGH:
17   Q.      And, again, you were not asked to conduct a
18   study looking specifically at the inflammatory response
19   associated with those particles, correct?
20   A.      That's correct.
21   Q.      Handing you what's been premarked as Exhibit
22   2119 a series of e-mails regarding this particle loss
23   issue.
24               (Document marked for identification as
25          Deposition Exhibit No. T-2119.)
```

Confidential - Subject to Protective Order

1  Q.      Preclinically in animals, you can -- I
2  understand you've said it before, I'm asking you to say
3  it again, in animals when you have this foreign body
4  and you have additional foreign bodies from the
5  particles that are lost during implantation of the
6  device, each one of those particles as well as the
7  actual full product mesh inserted in the patient or in
8  an animal is going to trigger a foreign body response,
9  right?
10              MR. THOMAS:  Object to the form of the
11  question.
12              THE WITNESS:  Yes.
13  BY MR. THORNBURGH:
14  Q.      An inflammatory response, correct?
15  A.      Yes.
16  Q.      Which will result in granuloma formation over
17  each one of those particles and over the mesh?
18              MR. THOMAS:  Object to the form of the
19  question.
20              THE WITNESS:  The inflammatory reaction
21  is a granulomatous reaction.
22  BY MR. THORNBURGH:
23  Q.      Right.  So but Gene Kammerer says, well,
24  therefore, the particle loss test is not relevant,
25  unless it can be identified that the material which

Confidential - Subject to Protective Order

1  possible that the body will try to push that particle
2  or that loose, frayed piece out of the body, and it
3  could come into contact with the bladder causing a
4  bladder calculi, right?
5             MR. THOMAS:  Object to the form of the
6  question.
7             THE WITNESS:  I'm not a clinician;
8  however, I do agree with the three scenarios that Dave
9  had proposed.  I think he was correct.
10 BY MR. THORNBURGH:
11 Q.    I don't know that answered my question, sir.
12 My question to you was you never studied whether or not
13 it was possible for these loose particles or for loose,
14 frayed pieces of the mesh to migrate into the bladder
15 causing a bladder calculi, right?
16            MR. THOMAS:  Object to the form of the
17 question.
18            THE WITNESS:  I think it's highly
19 unlikely, given the thickness of the muscular wall of
20 the bladder.
21 BY MR. THORNBURGH:
22 Q.    That wasn't my question.
23       My question was you never studied that issue
24 specifically?
25 A.    That's correct.