# EXHIBIT 7

Confidential - Subject to Protective Order

```
 1           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2

                            - - -
 3

 4     IN RE:  ETHICON, INC.,    :
       PELVIC REPAIR SYSTEM,     :
 5     PRODUCTS LIABILITY        :
       LITIGATION                :    MDL NO. 2327
 6                               :
       THIS DOCUMENT RELATES TO  :
 7     ALL CASES                 :

 8

 9                          - - -
                         VOLUME I
10
        CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11

12            Wednesday, September 11, 2013
13                          - - -
14

15              Videotaped deposition of
16     BRIGITTE HELLHAMMER, M.D., held at MARRIOTT
17     HAMBURG, ABC Strasse 52, Hamburg, Germany,
18     commencing at approximately 9:14 a.m., before
19     Rosemary Locklear, a Registered Professional
20     Reporter, Certified Realtime Reporter,
21     Certified Court Reporter (NJ), and Notary
22     Public.
23
24               GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph | 971.591.5672 Fax
25                    deps@golkow.com
```

Confidential - Subject to Protective Order

```
 1   APPEARANCES:
 2
          AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
 3        P.L.L.C.
          BY:  DANIEL J. THORNBURGH, ESQUIRE
 4        DThornburgh@awkolaw.com
          17 East Main Street, Suite 200
 5        Pensacola, Florida 32502
          (850) 202-1010
 6        Appearing on behalf of the MDL Plaintiffs
 7
 8        BUTLER, SNOW, O'MARA, STEVENS & CANNADA,
          P.L.L.C.
 9        BY:  PAUL N. DAVIS, ESQUIRE
          paul.davis@butlersnow.com
10        Renaissance at Colony Park
          1020 Highland Colony Parkway, Suite 1400
11        Ridgeland, Mississippi 39157
          (601) 948-5711
12        Appearing on behalf of the Defendants
13
14        CYRUS LAW
          BY:  DIETMAR CYRUS, ESQUIRE
15        Anwaltskanzlei Cyrus
          Neß 1 (Nähe Rathausmarkt)
16        2047 Hamburg
          040-360 910 85
17        Appearing on behalf of the Witness
18
19   ALSO PRESENT:
20
21        DAVID LANE, Video Operator
22        MICHAEL KAUFFMANN, Trial Technologist
23        MICHAEL LEIMER, Interpreter
24
25                       - - -
```

Confidential - Subject to Protective Order

```
 1                THE WITNESS:  Sorry.
 2   BY MR. THORNBURGH:
 3       Q.   Well, the body will try to devour
 4   and get rid of the foreign body that's in
 5   the -- that's the foreign body, whether it's,
 6   you know, a full mesh device or loose
 7   particles in the body, the body is going to
 8   respond with a foreign body inflammatory
 9   response to try to destroy, wall off and try
10   to get those -- those foreign objects, in this
11   case tiny, little particles, out of the body;
12   right?
13                MR. DAVIS:  Object to the form.
14                THE WITNESS:  I disagree.  I --
15           that may happen in rare cases but
16           the -- there will be cases where it
17           just remains in the tissue and the --
18           not necessarily is there a high
19           inflammatory reaction with a small
20           piece so --
21                MR. THORNBURGH:  The --
22                THE WITNESS:  -- I can only
23           agree in part.
24   BY MR. THORNBURGH:
25       Q.   You would agree that in certain
```