# EXHIBIT 8

**From:** Robinson, David [ETHUS]
**Sent:** Fri, 31 Aug 2007 16:03:46 GMT
**To:** Barbolt, Thomas [ETHUS] <TBarbolt@ETHUS.JNJ.com>
**Subject:** Re: Asking TVT Complication? - Fraying

---

Tom
Thanks as always
Dave
David Robinson, M.D., F.A.C.O.G.
Medical Director, World Wide
ETHICON Women's Health and Urology
a Johnson and Johnson Company
P.O. Box 151
Somerville, NJ 08876-0151
Voice(: (908) 218-2004
FAX (: (908) 218-5490

Email *: drobin11@ethus.jnj.com

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thank you.


-----Original Message-----
From: Barbolt, Thomas [ETHUS]
To: Robinson, David [ETHUS]; Yamano, Yukie [MEDJP]
Sent: Fri Aug 31 06:48:50 2007
Subject: RE: Asking TVT Complication? - Fraying

I think your three scenarios are correct, Dave. It is not biological possible for the filaments of TVT tape to cause urinary calculi unless they are in contact with urine in either the bladder or urethra. I know of no preclinical (or clinical) studies examining this question as it is well-accepted.

Tom

Thomas A. Barbolt, Ph.D., D.A.B.T.
Distinguished Research Fellow
Preclinical Safety Evaluation
Preclinical Affairs
ETHICON, a Johnson & Johnson Company



Exhibit
T-2127
8/15/13 M.P.hl

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00844341

(T) 518-677-2107 or 908-218-3342

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thanking you in advance.


-----Original Message-----
From: Robinson, David [ETHUS]
Sent: Friday, August 31, 2007 12:56 AM
To: Barbolt, Thomas [ETHUS]; Yamano, Yukie [MEDJP]
Subject: Fw: Asking TVT Complication? - Fraying


Dear Tom
Can you help with any info re: the lack of impact re: frayed edges?
Thanks for the help
Dave
David Robinson, M.D., F.A.C.O.G.
Medical Director, World Wide
ETHICON Women's Health and Urology
a Johnson and Johnson Company
P.O. Box 151
Somerville, NJ 08876-0151
Voice(: (908) 218-2004
FAX (: (908) 218-5490

Email *: drobin11@ethus.jnj.com

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thank you.



-----Original Message-----
From: Yamano, Yukie [MEDJP]
To: Robinson, David [ETHUS]; Megan, Joseph [MEDAP]
CC: Amin, Dharini [ETH]; St. Hilaire, Price [ETHUS]
Sent: Thu Aug 30 05:45:06 2007
Subject: RE: Asking TVT Complication? - Fraying

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                                                ETH.MESH.00844342

Dear Dave,

Thank you very much for the answer to our question.
I shared your comment with our colleagues and we have another question.

According to your email, the fraying of the original tape has proven to be of no consequence and cannot cause a calculus unless the tape is in the bladder or urethra.
Does Gynecare have any clinical paper or data for this?
If yes, could you please provide it to us.

Thank you very much for your support on this.
Best regards,

Yukie
Yukie Yamano
Marketing Manager
Gynecare Group, Women's Health
Tel:+81-3-4411-6948 Fax:+81-3-4411-7304
Email: yyamano@jjmkk.jnj.com


-----Original Message-----
From: Robinson, David [ETHUS]
Sent: Tuesday, August 28, 2007 8:30 PM
To: Megan, Joseph [MEDAP]
Cc: Yamano, Yukie [MEDJP]; Amin, Dharini [ETH]; St. Hilaire, Price [ETHUS]
Subject: RE: Asking TVT Complication? - Fraying

To All,
The fraying of the original tape has proven to be of no consequence and cannot cause a calculus unless the tape is in the bladder or urethra. Three scenarios often account for this finding:
1. tape truly in bladder at time of TVT but not recognized with cysto
2. tape in bladder wall and therefore difficult to recognize with cysto. The tape or at least the edge of the tape later erode into the bladder and a calculus forms.
3. tape is place properly but later it erodes into the bladder and a calculus forms.

These scenarios can happen with tape from any manufacturer and none of them have anything to do with the fraying that occurs with our original tape.
Dave

David Robinson, M.D., F.A.C.O.G.
Medical Director, World Wide
ETHICON Women's Health and Urology
a Johnson and Johnson Company
P.O. Box 151
Somerville, NJ 08876-0151
Voice*: (908) 218-2004
FAX *: (908) 218-5490

Email *: drobin11@ethus.jnj.com

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thank you.


-----Original Message-----
From: Megan, Joseph [MEDAP]
Sent: Tuesday, August 28, 2007 1:15 AM
To: Robinson, David [ETHUS]
Cc: Yamano, Yukie [MEDJP]; Amin, Dharini [ETH]; St. Hilaire, Price [ETHUS]
Subject: RE: Asking TVT Complication? - Fraying

Hi Dave,

Quick question (I think) from Japan...

A surgeon there has filed a complaint saying that the fraying of the TVT mesh has caused a bladder "calculus" (I am not sure if the terminology is 100% right with translation). Based on my discussion with Yamano-san, it seems that maybe there was a technique problem here or something, and maybe a bladder injury was not recognized right away. But we have to check out the fraying issue as the surgeon filed the complaint.

Has the fraying been linked to any complications? Bladder related? My understanding is "No". Please let me know. Voicemail at x7511 is OK too. Thanks

Joe

-----Original Message-----
From: Yamano, Yukie [MEDJP]
Sent: Tuesday, 28 August 2007 12:44 PM
To: Megan, Joseph [MEDAP]
Subject: RE: Asking TVT Complication


Joe, do you have time to talk on this today?
Any time in the afternoon is fine for me. This is a little complicated and urget matter.

One of our customers reported MHLW (goverment) as TVT complication after making bladder calculus.
Becauase this surgeon think end of starnd of TVT is frayed, get into the bladder, and made bladder calucus.

MHLW asked us we have received this kind of report or not wroldwide basis.

We would like to talk more to explain.
I would appreciate taking your time on this.

Thanks.

Yukie

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.00844344