# EXHIBIT 11

```
 1                          - - -
 2                                    :SUPERIOR COURT OF
                                      :NEW JERSEY
 3   IN RE:                           :LAW DIVISION -
     PELVIC MESH/GYNECARE             :ATLANTIC COUNTY
 4   LITIGATION                       :
                                      :MASTER CASE 6341-10
 5                                    :
                                      :CASE NO. 291 CT
 6
 7    CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
                        CONFIDENTIALITY
 8
                             - - -
 9                    November 29, 2011
                             - - -
10
11              Transcript of the deposition of COLIN
12   JAMES YUILL, called for Videotaped Examination in
13   the above-captioned matter, said deposition taken
14   pursuant to Superior Court Rules of Practice and
15   Procedure by and before Ann Marie Mitchell, a
16   Federally Approved Certified Realtime Reporter,
17   Registered Diplomate Reporter, Certified Court
18   Reporter, and Notary Public for the State of New
19   Jersey, at the offices of Johnson & Johnson, 410
20   George Street, New Brunswick, New Jersey, commencing
21   at 10:28 a.m.
22                            - - -
                    GOLKOW TECHNOLOGIES, INC.
23          877.370.3377 ph| 917.951.5672 fax
                       deps@golkow.com
24
25
```

```
 1   APPEARANCES:
 2
 3       AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
         BY:  BRYAN F. AYLSTOCK, ESQUIRE
 4       BY:  D. RENEE BAGGETT, ESQUIRE
         17 East Main Street
 5       Suite 200
         Pensacola, Florida 32502
 6       (850) 202-1010
         baylstock@awkolaw.com
 7       Representing the Plaintiffs
 8
 9       MAZIE SLATER KATZ & FREEMAN, LLC
         BY:  ADAM M. SLATER, ESQUIRE
10       103 Eisenhower Parkway
         Second Floor
11       Roseland, New Jersey 07068
         (973) 228-9898
12       aslater@mskf.net
         Representing the Plaintiffs
13
14
         WEITZ & LUXENBERG, P.C.
15       BY:  ALLAN ZELIKOVIC, ESQUIRE
         700 Broadway
16       New York, New York 10003
         (212) 558-5500
17       azelikovic@weitzlux.com
         Representing the Plaintiffs
18
19
         RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP
20       BY:  KELLY STRANGE CRAWFORD, ESQUIRE
         BY:  CHRISTOPHER R. KEHRLI, ESQUIRE
21       Headquarters Plaza
         One Speedwell Avenue
22       Morristown, New Jersey 07962
         (973) 538-0800
23       kcrawford@riker.com
         ckehrli@riker.com
24       Representing the Defendants and the Witness
25
```

```
 1    step.  We have the quantity accepted, any quantity
 2    rejected, the date the step is carried out.
 3              And then the column of comments.  And
 4    some of those are already prefilled.  There's an
 5    inspection step, for example.  And then the very
 6    last step is the "Visa JDE."  So JDE is our shop
 7    floor data collection and software system.  And at
 8    the end of the process, the -- a lot of this
 9    information is placed into the JDE database for easy
10    retrieval of information.
11         Q.    So your company keeps a database of
12    all of the batch records of all of the products that
13    you produced?
14              MS. CRAWFORD:  Objection to form.
15              THE WITNESS:  It keeps a database of
16    all -- of all batches, yeah.
17    BY MR. AYLSTOCK:
18         Q.    And is it JDE the name of that
19    database or do you know the name?
20         A.    JDE, yes.
21         Q.    JDE.
22              Do you know what that stands for?
23         A.    That stands JD Edwards software.
24         Q.    I'm sorry, I was talking over you.
25         A.    JDE is JD Edwards.
```