# EXHIBIT 12

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate | CAPA | | | | | | | | | |
| | | | | | Redacted | | | | | |
| | | CAPA080107 | Jun 13, 2008 | 108 days | Implementation | Audit Observation | Corrective | Quality Systems | CAPA | Management of corrective action is not granting a solution in due time. See attachment for details. |
| | | CAPA080137 | Sep 4, 2008 | 24 days | Failure Investigation | Systemic Issue | Preventive | Quality Systems | Document Controls | Gaps have been identified in the Service and Repair area regarding the Service Bulletin process. |
| | CAPA | 3 | | | | | | | | |
| | Global Supply Chain | CAPA060056 | Mar 14, 2006 | 929 days | Implementation | Systemic Issue | Corrective | Product Process | Products, All: Conversion | The process for verifying the manual loading of changes to the Product Bill of Materials (BOM) into the JDE ERP system needs improvement. The scope is North America only. |
| | | CAPA080147 | Sep 20, 2008 | 9 days | Failure Investigation | Process Deviation | Corrective | Product Process | PDS Plus: Impregnation | During an investigation of code number D9956 related to triclosan levels, it was noticed that this code has not acceptable process validation to support its manufacture. |
| | Global Supply Chain | 2 | | | | | | | | |
| | Information Management | CAPA080045 | Mar 10, 2008 | 203 days | Implementation | Process Deviation | Corrective | Product Process | Products, All: Labeling | Issue with Thunderbird print drivers that is causing intermittent data integrity problems that manifest themselves in the form of corrupt print data when printing labels on sutures. The downtime created by this situation is unacceptable. |
| | Information Management | 1 | | | | | | | | |



Plaintiff's
EXHIBIT NO. 253
2/8/12
A. M. MITCHELL

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00332854

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate | | | | | | | | | | |
| | | | | | | Redacted | | | | |
| | Operations Integrations | 1 | | | | | | | | |
| | Operations Management | CAPA080018 | Jan 29, 2008 | 243 days | Implementation | Predictive Indicator | Preventive | Quality Systems | Resources/ Personnel | The increased complexity of new products being introduced in the Neuchâtel facility requires that an organizational capability assessment be performed, and a plan to close potential skills and competencies gaps be developed and executed. |
| | Operations Management | 1 | | | | | | | | |
| | Quality Operations | | | | | | | | | |
| | | | | | | Redacted | | | | |
| | | CAPA080059 | Mar 26, 2008 | 186 days | Failure Investigation | Process Deviation | Corrective | Quality Systems | Acceptance Status | The quarantine process is lacking with distribution centers, including affiliates.  See attachment. |
| | | CAPA080139 | Sep 10, 2008 | 18 days | Requested | Audit Observation | Corrective | Quality Systems | CAPA | Investigation into Gynemesh confirmed complaint was not adequate as documented in CAPA070084. There is no documentation to show that units on quarantine in the distribution center and retention samples were evaluated. |
| | Quality Operations | 3 | | | | | | | | |
| | Quality Systems and Compliance | CAPA060061 | Mar 21, 2006 | 923 days | Implementation | Audit Observation | Corrective | Quality Systems | Resources/ Personnel | Although there are task specific procedures for training, the Franchise does not have a comprehensive training procedure |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00332855

### All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate | Quality Systems and Compliance | | | | | | | | | or process. |
| | | CAPA070011 | Jan 16, 2007 | 621 days | Implementation | Audit Observation | Corrective | Quality Systems | Document Controls | Ethicon is not compliant to J&J Corporate records management requirements. Ethicon cannot appropriately provide all relevant documents in case of litigation or inspection. |
| | | CAPA070082 | Jun 21, 2007 | 465 days | Failure Investigation | Systemic Issue | Corrective | Quality Systems | Quality Records | Multiple Ethicon plants have created interplant quality agreements with no defined process. |
| | | CAPA070121 | Aug 22, 2007 | 403 days | Implementation | Negative Trend | Corrective | Quality Systems | CAPA | As a result of Management Review, this CAPA will investigate cycle time and due date adherence within the quality subsystems of NCR, Complaints, Internal Audits and CAPA and implement an improvement plan. |
| | | CAPA080016 | Jan 29, 2008 | 243 days | Implementation | Systemic Issue | Preventive | Quality Systems | Document Controls | Current change mgt & design control processes and systems are complex, non-integrated, and inefficient. There is also poor risk and impact assessment capability. This can lead to regulatory compliance issues and remote potential for patient risk. |
| | | CAPA080077 | May 2, 2008 | 149 days | Implementation | Audit Observation | Corrective | Quality Systems | Purchasing Controls | Procedure OP603-133 Revision 28 "Procedure for the Supplier Quality Audit Process" required supplier audit files were not accurate or complete. |
| | | CAPA080103 | Jun 12, 2008 | 109 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | Document Controls | Change request process does not conform to documented requirements. Specifically the change request form CR-0015416 |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                              ETH.MESH.00332856

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate | Quality Systems and Compliance | | | | | | | | | was not completely correct as required in the Ethicon Change Control System User Manual PR-0000001. |
| | | CAPA080140 | Sep 10, 2008 | 18 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | Statistical Techniques | The process of how to track and trend quality data is not defined. |
| | **Quality Systems and Compliance** | **8** | | | | | | | | |
| | Regulatory Affairs | CAPA070180 | Dec 12, 2007 | 292 days | Implementation | Process Deviation | Corrective | Quality Systems | Advertising and Promotions | Evithrom promotional material incorporates statements/ graphics that the agency has deemed not appropriate. |

Redacted

Redacted

| | | CAPA080113 | Jun 19, 2008 | 102 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | Document Controls | Legacy technical files in some cases remain deficient in reference to standards and some are deficient in critical areas such as Risk Management, Clinical Data, and Post Market Surveillance. |
| | **Regulatory Affairs** | **4** | | | | | | | | |

Redacted

Sep 29, 2008 — 4 — 2:31:00 PM

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.00332857

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate | Research and Development | | | | | | | | | combo (Drive connector) and Tri-Y manifold. |
| | | CAPA070060 | May 15, 2007 | 502 days | Effectivity | Product Complaint | Corrective | Product Family | MDU | Damage to coupler and/or connector of the Motor Drive Unit. |
| | | | | | | | | | | |

Redacted

| | | CAPA080138 | Sep 8, 2008 | 21 days | Failure Investigation | Product Complaint | Corrective | Product Family | TVT Secur | The polypropylene mesh of the TVT-S product is torn or separated from the Ethisorb fleece pad. See attachment for more details. |
| | Research and Development | 6 | | | | | | | | |

Redacted

| | Sales/Marketing | 1 | | | | | | | | |
| | SQE - External Manufacturing | CAPA080031 | Feb 21, 2008 | 221 days | Implementation | Predictive Indicator | Preventive | Quality Systems | Document Controls | CAPA initiated to enhance the process of supplier initiated changes as it relates to external manufacturing regardless of the license holder. |
| | | CAPA080070 | Apr 27, 2008 | 154 days | Effectivity | Assembly Error | Corrective | Quality Systems | Device Labeling and Packaging | The European Distribution Center (EDC) overlabeling process is inadequate. For example, Thermachoice was labeled "STOP Not For Human Use" |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                              ETH.MESH.00332858

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate | SQE - External Manufacturing | | | | | | | | | where it shouldn't. |
| | | CAPA080079 | May 5, 2008 | 147 days | Implementation | Audit Observation | Corrective | Quality Systems | Purchasing Controls | Franchise Procedure for Supplier Quality Management Process, PR-0000286, Revision 1 was not effectively implemented and does not accurately reflect the supplier management process. |
| | | CAPA080080 | May 5, 2008 | 147 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | Purchasing Controls | Company Procedure for Supplier Performance measurement, PR120-001, Rev. 18 is not effectively implemented to demonstrate supplier management requirements. |
| | | CAPA080081 | May 5, 2008 | 147 days | Action Plan Approval | Audit Observation | Corrective | Quality Systems | Purchasing Controls | The Company Procedure for Creating Quality Agreements, PR120-009, Rev. 6, has not been effectively implemented, is not aligned with the types & categories of suppliers listed in PR-0000286 & is not maintained consistently. |
| | SQE - External Manufacturing | 5 | | | | | | | | |
| | SQE - Raw Materials | CAPA060077 | Mar 31, 2006 | 913 days | Failure Investigation | Systemic Issue | Corrective | Quality Systems | Purchasing Controls | Review of Supplier quality process has uncovered possibility of key product components being ordered in ARIBA system without having specifications and or supplier approvals in place |
| | | CAPA060142 | Jun 23, 2006 | 828 days | Implementation | Product Complaint | Corrective | Product Family | Umbilical Tape | Negative trend for cotton (u-tape) breakage in the field. These are all non-confirmed complaints and samples returned for evaluation are within process specification. See attached C-Chart |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                          ETH.MESH.00332859

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate | SQE - Raw Materials | | | | | | | | | and excel file with complaint numbers and descriptions. |
| | | CAPA080126 | Aug 6, 2008 | 53 days | Implementation | Audit Observation | Corrective | Quality Systems | Purchasing Controls | Gaps exists in supplier certification process as approved in PR550-007, Franchise Supplier Certification Procedure, Version 24. |
| | **SQE - Raw Materials** | **3** | | | | | | | | |
| | WW Customer Quality | CAPA080100 | Jun 5, 2008 | 115 days | Implementation | Process Deviation | Corrective | Quality Systems | Complaint Files | Closure Medical has made Ethicon aware of several late complaint notifications. Ethicon as distributor should notify Closure Medical upon complaint initiation, which is not always happening. |
| | | CAPA080109 | Jun 13, 2008 | 108 days | Implementation | Audit Observation | Corrective | Quality Systems | Vigilance Reporting | Vigilance decisions are taken from Ethicon Inc with no evidence of formal approval form Ethicon Sarl even when Ethicon Sarl is the legal manufacturer. |
| | **WW Customer Quality** | **2** | | | | | | | | |
| | WW Graphics | CAPA070083 | Jun 21, 2007 | 465 days | Implementation | Systemic Issue | Corrective | Product Process | Products, All: Labeling | North American process for product labeling design and implementation of change has gaps. Frequency and multiple/overlapping changes has challenged the cross-functional process. Folders, tray lids, foil, boxes, and IFU's can be impacted. |

Redacted

Sep 29, 2008 — 7 — 2:31:00 PM

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          ETH.MESH.00332860

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate | WW Graphics | | | | | | | | | 8/2001. |
| | | | | | | Redacted | | | | |
| | | CAPA080116 | Jun 24, 2008 | 96 days | Failure Investigation | Finished Goods NC | Corrective | Quality Systems | Device Labeling and Packaging | The incorrect sterility symbology was found on 18 European Valve pack product codes manufactured in San Lorenzo, PR. The sterility methodoloy was labeled as Cobalt irradation however EtO is the sterilization method. |
| | WW Graphics | **4** | | | | | | | | |
| | WW Risk Management | CAPA080017 | Jan 29, 2008 | 243 days | Action Plan Approval | Predictive Indicator | Preventive | Quality Systems | Vigilance Reporting | Currently there is not integrated process for performing risk management and postmarket surveillance. |
| | | CAPA080090 | May 23, 2008 | 128 days | Failure Investigation | Product Complaint | Corrective | Product Family | Prolene | Investigate suspected Prolene suture breakage in the referenced product complaint. |
| | | CAPA080146 | Sep 19, 2008 | 9 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | Risk Management | Product Quality Issue (PQI) process is lacking. |
| | WW Risk Management | **3** | | | | | | | | |
| Corporate | | **47** | | | | | | | | |
| External Manufacturer | | | | | | | | | | |
| | | | | | | Redacted | | | | |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY      ETH.MESH.00332861

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| External Manufacturer | External Operations | CAPA070006 | Jan 16, 2007 | 622 days | Implementation | Systemic Issue | Corrective | Quality Systems | Servicing | Not executing according to the servicing section of CFR 820.200 which requires each manufacturer to analyze service reports with appropriate statistical methodology. |
| | External Operations | 1 | | | | | | | | |

Redacted

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY      ETH.MESH.00332862

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| External Manufacturer | | | | | | | | | | |
| | | | | | | | Redacted | | | |
| **External Manufacturer** | **9** | | | | | | | | | |
| Internal Manufacturer | Auneau | CAPA060067 | Mar 24, 2006 | 920 days | Implementation | Assembly Error | Corrective | Product Process | Products, All: Finished Product Packaging | Ethicon Auneau has a goal regarding the reduction of mix related nonconformance. Various actions have been identified and are to be performed as continuous improvement around mix related nonconformances. These actions will be documented herein |
| | | CAPA060211 | Dec 4, 2006 | 665 days | Effectivity | Product Complaint | Corrective | Product Family | Ethilon | Important among of complaints recorded for blue ETHILON in Auneau. |
| | | CAPA080003 | Jan 9, 2008 | 264 days | Effectivity | Critical Defect | Corrective | Product Process | Non Product Related: Suture Packaging | Leakage in a pealable sachet on the Multivac 1 equipment |
| | | CAPA080004 | Jan 9, 2008 | 264 days | Implementation | Critical Defect | Corrective | Product Process | Non Product Related: Packing | Mix of IFU in diverse boxes of products during the packing operation, 3 Mixes in BU1 (2 in AL6 / 1 in ASP) 3 mixes in BU2 (1 in ATE / 1 in AMC / 1 in AL5) |
| | | CAPA080011 | Jan 23, 2008 | 250 days | Implementation | Critical Defect | Corrective | Product Process | Non Product Related: Suture Packaging | Leakage in the sachet appeared during the forming of the |

Sep 29, 2008                                                    - 10 -                                                    2:31:00 PM

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.00332863

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Auneau | | | | | | | | | cavity on Multivac 1 |
| | | | | | | | Redacted | | | |
| | | CAPA080026 | Feb 8, 2008 | 234 days | Implementation | Critical Defect | Corrective | Product Process | Non Product Related: Suture Packaging | 1 Pack (3 sealed sides pouch) has not been sealed during the operation |
| | | CAPA080027 | Feb 8, 2008 | 234 days | Implementation | Critical Defect | Preventive | Product Process | Non Product Related: Suture Packaging | To secure the sealing processes in order to avoid the non-sealed products on manual sealing processes. |
| | | CAPA080035 | Mar 5, 2008 | 208 days | Failure Investigation | Process Deviation | Corrective | Product Process | E Pack: Assembly | Quality impact on the product due to the lack of identification of one CTQ (knot tensile strenght decrease after EO-sterilization). How to improve the change control process ? |
| | | CAPA080036 | Mar 5, 2008 | 208 days | Implementation | Process Deviation | Corrective | Product Process | E Pack: Assembly | ETHILON porous package and E-Pack compatibility: how to assure the continuity of E-Pack production? |
| | | CAPA080053 | Mar 25, 2008 | 188 days | Failure Investigation | Negative Trend | Corrective | Quality Systems | Quality Records | Negative trend on deviation process regarding documentation and opening of NCR's |
| | | CAPA080054 | Mar 25, 2008 | 188 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | Audits | Some suppliers were not listed in the approved suppliers list |
| | | CAPA080055 | Mar 25, 2008 | 188 days | Failure Investigation | Process Deviation | Corrective | Product Process | N-A: Environmental Controls | A deviation has been identified in the management and the control of the parameters of the cleaned areas of production. |
| | | CAPA080056 | Mar 25, 2008 | 188 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | Inspection, Measuring, Test Equipment | Some activities of calibration are managed by the technical department (SIP for maintenance and production equipments) but others are also managed by the QA department (equipments in laboratory). The process needs to be harmonized. |

Sep 29, 2008                                          - 11 -                                          2:31:00 PM

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00332864

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Auneau | CAPA080094 | May 29, 2008 | 123 days | Failure Investigation | Audit Observation | Corrective | Product Process | N-A: Support | Loss of traceability of a product (black nylon of 16cm found in a box of black nylon 30 cm (RM code 819047 and 819049)) in the wharehouse. |
| | | CAPA080095 | May 29, 2008 | 123 days | Failure Investigation | Process Deviation | Corrective | Product Process | Vicryl Rapide: Finished Product Packaging | Deviation regarding the process of air drying for Vicryl rapide: cycles don't finish normally and have to be interrupted by the technical team. The final vacuum values are over 30 μbars. |
| | **Auneau** | **16** | | | | | | | | |
| | Cornelia | | | | | | | | | |

Redacted

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAPA070073 | Jun 12, 2007 | 475 days | Implementation | Negative Trend | Preventive | Product Process | PDS: Assembly | PDS size 5/0 Natural suture exhibits a negative trend for Elongation, Knot, In Vitro and In Vivo test results. See attached report for details. |
| | | CAPA070137 | Sep 27, 2007 | 367 days | Implementation | Process Deviation | Corrective | Quality Systems | Production and Process Controls | Based on the HEPA filter certification failure and environmental monitoring action limit excursions, the CME level II area does not meet the requirements established within OP600-107. |
| | | CAPA070138 | Sep 27, 2007 | 367 days | Implementation | Audit Observation | Corrective | Quality Systems | Production and Process Controls | Internal Audit identified failure to meet the requirements of Johnson & Johnson Policy JJP-003 in that requirements for water quality are not defined. |
| | | CAPA070140 | Sep 28, 2007 | 367 days | CAPA Approval | Raw Material NC | Corrective | Quality Systems | Inspection, Measuring, Test Equipment | Increase in number of Prolene knot tensile strength failures reported |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.00332865

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Cornelia | | | | | | | | | by San Lorenzo from MAS process. |
| | | | | | | Redacted | | | | |
| | | CAPA080089 | May 22, 2008 | 129 days | Implementation | Raw Material NC | Corrective | Product Process | Needle Related: Needle Manufacturing | High saturation of hole size variability failures (for Cpk and Standard deviation), large hole failures, and small hole failures in San Lorenzo plant with material originating from Cornelia. |
| | | | | | | Redacted | | | | |
| | | CAPA080110 | Jun 13, 2008 | 107 days | Implementation | Process Deviation | Corrective | Product Process | Needle Related: Test-Rel Raw Mat. | Needles final attributes test was entered incorrectly into CIM. |
| | | | | | | Redacted | | | | |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00332866

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Cornelia | CAPA080135 | Aug 28, 2008 | 32 days | Failure Investigation | Audit Observation | Preventive | Quality Systems | Process Validation | Validation documentation was unclear regarding rationale for testing not conducted as well as rationale for acceptance of sample results when samples have been lost due to destructive testing errors. |
| | **Cornelia** | **14** | | | | | | | | |
| | Gargrave | CAPA070113 | Aug 15, 2007 | 411 days | Effectivity | Systemic Issue | Corrective | Quality Systems | Receiving, Inprocess, Finished Device Acceptance | Receipt sampling process for ASP chemicals does not adequately ensure that all batch numbers received within a delivery are visible to QA. |
| | | CAPA070122 | Aug 26, 2007 | 399 days | Implementation | Finished Goods NC | Corrective | Product Process | Products, All: Support | Differences exist in the Hydroxyproline test method execution between the Skalar and Burkhard test equipment. |
| | | CAPA070144 | Oct 2, 2007 | 363 days | Implementation | Raw Material NC | Corrective | Product Process | Products, All: Labeling | Raw material labelling from suppliers does not always identify JJWM RM code as required by the agreed specification |
| | | CAPA080033 | Feb 29, 2008 | 213 days | Implementation | Systemic Issue | Corrective | Quality Systems | Receiving, Inprocess, Finished Device Acceptance | Traceability of expiry date information for adhesive/lacquer coated packaging webs is not recorded. |
| | | CAPA080065 | Apr 14, 2008 | 168 days | Implementation | Systemic Issue | Corrective | Quality Systems | GLP | Controls around the management of the IR standards library need to be established. Test methods need to be consolidated and linkage within raw material specifications need to be strengthened |

Redacted

Sep 29, 2008                                   - 14 -                                   2:31:00 PM

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00332867**

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Gargrave | CAPA080083 | May 12, 2008 | 140 days | Implementation | Audit Observation | Corrective | Quality Systems | Document Controls | Critical internal audit action raised against the adequacy of storage areas used for archiving of quality records, finished product, raw material & complaint sample retains as required by FDA QSR sec 820.180 |
| | | CAPA080085 | May 16, 2008 | 136 days | Implementation | Calibration NC | Corrective | Quality Systems | Inspection, Measuring, Test Equipment | Tighter controls are required around the calibration & use of analytical balances within the QA, Technical & R&D laboratories and those production areas performing analytical measurements. |

Redacted

| | | CAPA080120 | Jul 14, 2008 | 77 days | Failure Investigation | Systemic Issue | Corrective | Quality Systems | Document Controls | A discrepancy exists between raw material specification content versus certificate of analysis detail and item master information held in JDEdwards e.g shelf life. CAPA will investigate systems issue that has allowed these discrepancies to occur. |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.00332868

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Gargrave | CAPA080124 | Aug 6, 2008 | 54 days | Implementation | Negative Trend | Corrective | Product Process | Non Product Related: Environmental Controls | Pre facility validation micro monitoring of the CAIS manufacturing area has shown continual environmental air failures. Facility is required to provide air of sufficient quality for product manufacture. |

Redacted

| | Gargrave | 12 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Juarez | CAPA070018 | Feb 9, 2007 | 597 days | Implementation | Process Deviation | Preventive | Quality Systems | Handling, Storage, Distribution | This CAPA is being originated to assess and strengthen the Juarez Supply chain controls and level of compliance to FDA-Customs requirements and Ethicon procedures where required. |
| | | CAPA070129 | Sep 5, 2007 | 390 days | Effectivity | Process Deviation | Corrective | Product Process | Products, All: Environmental Controls | During first quarter of 2007, samples for Bioburden and Dose tests were not collected and sent as required in OP600-005. Audit families with missing samples were JR24, JR25 and JRZ7 as described in Appendix III of the mentioned Operating Procedure. |
| | | CAPA080009 | Jan 17, 2008 | 255 days | Effectivity | Negative Trend | Preventive | Product Process | Products, All: Assembly | Increasing trend in the complaints from Japan related to incorrect counts on SOT products. |
| | | CAPA080067 | Apr 18, 2008 | 163 days | Effectivity | Process Deviation | Preventive | Product Process | Products, All: Packing | Identify and implement, as applicable, continued improvements in the Juarez split flow process. |

Redacted

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00332869

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Juarez | | | | | | | | | |
| | | | | | | Redacted | | | | |
| | **Juarez** | **6** | | | | | | | | |
| | Kirkton | | | | | | | | | |
| | | | | | | Redacted | | | | |
| | | | | | | Redacted | | | | |
| | | CAPA070172 | Nov 28, 2007 | 306 days | Implementation | Process Deviation | Corrective | Product Process | Products, All: Sterilization-EtO | This CAPA has been raised to facilitate investigation and root cause analysis as a result of a number of Process Deviation NCR's raised for the Vacuum Dwell phase in the Sterilisation Process |
| | | | | | | Redacted | | | | |

Sep 29, 2008                                         - 17 -                                              2:31:00 PM

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00332870**

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Kirkton | | | | | | | | | |
| | | | | | | Redacted | | | | |
| | **Kirkton** | **9** | | | | | | | | |
| | Neuchatel | CAPA060013 | Jan 27, 2006 | 976 days | Effectivity | Audit Observation | Corrective | Quality Systems | GLP | As part of the Quality training in 2005, it has been identified that some LTR have some mistakes (visa, date missing, calculation wrong ...) |
| | | CAPA060199 | Oct 25, 2006 | 705 days | Effectivity | Raw Material NC | Corrective | Quality Systems | Document Controls | Inserts code "104191" rev.D that should be scrapped in June 2006 due to new revision implementation (rev.E), have been used in October 2006 to produce a batch of 1000 pieces of finish product code 212734. |
| | | | | | | Redacted | | | | |
| | | CAPA070092 | Jul 5, 2007 | 452 days | Implementation | Process Deviation | Corrective | Quality Systems | Document Controls | LTR (Lot travel record) must refer good batch No. Two errors detected 1)For |

Sep 29, 2008                                           - 18 -                                           2:31:00 PM

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00332871**

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Neuchatel | | | | | | | | | Prosima PROC2, N° of batch of P18122 (3036253) was referred in place of N° of batch Prosima PROC2 3039404 on LTR. 2)For P18122, Two LTR P18122 refer as same lot No 3037965. |
| | | CAPA070169 | Nov 23, 2007 | 311 days | Implementation | Systemic Issue | Corrective | Quality Systems | Purchasing Controls | Discrepancy of "Certificate of Conformity" contents received from suppliers. |
| | | CAPA080028 | Feb 11, 2008 | 231 days | Implementation | Product Complaint | Preventive | Product Family | TVT O | Preventive CAPA to deploy Component Verification to the EWHU production lines (TVT-O, TVT-STD, Prosima and TVT-S) |
| | | CAPA080105 | Jun 13, 2008 | 108 days | Implementation | Audit Observation | Corrective | Quality Systems | Handling, Storage, Distribution | Procedures do not grant maintenance of microbiological conditions of raw materials and components |
| | | CAPA080108 | Jun 13, 2008 | 108 days | Implementation | Audit Observation | Corrective | Quality Systems | Purchasing Controls | Some Supplier of services are qualified without neither evidence of certification nor audits performed. |

Redacted

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAPA080123 | Jul 31, 2008 | 60 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | Document Controls | Process release described in procedure EPG07 "Release of finished products" does not cover the inspection of sub-assembly work orders. |
| | | CAPA080129 | Aug 26, 2008 | 34 days | Failure Investigation | Process Deviation | Corrective | Quality Systems | Document Controls | A batch with an NCR and N JDE status can be released in JDE. |

Redacted

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Neuchatel** | **12** | | | | | | | | |
| | Norderstedt | CAPA060103 | Apr 28, 2006 | 885 days | Implementation | Critical Defect | Corrective | Product Process | PDS: Sterilization | During visible control by sterilization staff 4 open foiles has been overlooked; CAPA 47/04 |

Redacted

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**     **ETH.MESH.00332872**

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Norderstedt | | | | | | | | | |
| | | | | | | | Redacted | | | |
| | | CAPA060187 | Sep 25, 2006 | 735 days | Implementation | Process Deviation | Corrective | Quality Systems | Production and Process Controls | Process of subject to manufacturing is insecure: without final release by QA Lot XNEH7964G, WO 38545956 was made available stock in the warehouse. |
| | | | | | | | Redacted | | | |
| | | CAPA080020 | Feb 5, 2008 | 237 days | Effectivity | Audit Observation | Corrective | Quality Systems | Resources/ Personnel | Ad hoc internal audit 15a/2007 revealed that the rate of missing training documentations is not acceptable |
| | | | | | | | Redacted | | | |
| | Norderstedt | 7 | | | | | | | | |
| | San Angelo | CAPA070036 | Apr 2, 2007 | 546 days | Implementation | Process Deviation | Corrective | Quality Systems | Handling, Storage, Distribution | San Angelo had instances where procedures for handling nonconforming product were not followed. This CAPA will improve specific areas in within the Product Control and Disposition process. |
| | | CAPA070061 | May 17, | 500 days | Implementation | Product Complaint | Corrective | Quality Systems | Complaint Files | Evaluate complaint sample |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00332873

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | San Angelo | | 2007 | | | | | | | evaluation process for robustness. |
| | | CAPA070075 | Jun 14, 2007 | 473 days | Implementation | Critical Defect | Corrective | Product Process | Package Related: Sterilization | This CAPA is being originated to address a negative trend that was identified for packets with a wrinkles/pleats defect (critical defect #2006 according to TM403-166). All affected pieces have been detected and captured. |
| | | CAPA070185 | Dec 20, 2007 | 283 days | Effectivity | Critical Defect | Corrective | Product Process | Package Related: Sterilization | This CAPA is being generated to implement a robust method of inspecting sterilization magazine's insert during a purchase from a supplier and in process (manufacturing maintained). |
| | | CAPA080007 | Jan 11, 2008 | 262 days | Effectivity | Process Deviation | Corrective | Product Process | Products, All: Sterilization-EtO | This CAPA is being origianted as a means to document the corrective action of providing an automated pre-run load temperature check for products being processed per PS254-035. |
| | | CAPA080037 | Mar 5, 2008 | 207 days | Implementation | Process Deviation | Corrective | Product Process | Products, All: Distribution | This CAPA is being originated to address issues raised by a Finish Goods released/hold. |
| | | CAPA080039 | Mar 5, 2008 | 207 days | Implementation | Critical Defect | Corrective | Product Process | Package Related: Packing | An trend of NCRs within the 6UP product family/process for narrow seal was identified. This CAPA is being originated to address 6UP product narrow seal. |
| | | | | | | | | | | Redacted |
| | | CAPA080041 | Mar 5, 2008 | 207 days | Implementation | Critical Defect | Corrective | Product Process | Package Related: | Illegible graphics issues have been |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**     ETH.MESH.00332874

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | San Angelo | | | | | | | | Labeling | identified in the FIFM Printing Process/ Equipment.  This CAPA is being originated to improve and address FIFM illegible graphics printing. |
| | | CAPA080042 | Mar 5, 2008 | 207 days | Implementation | Negative Trend | Corrective | Product Process | Products, All: Packing | A negative NCR (in-process) trend for unaccountable gains in production batches has been identified.  This CAPA will provide actions to reduce the incidences of this trend. |
| | | CAPA080049 | Mar 15, 2008 | 198 days | Implementation | Maintenance NC | Corrective | Quality Systems | Servicing | This CAPA is being originated to document corrective actions for a series of events on Maximo Work Orders completed outside of tolerance dates. |

Redacted

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAPA080073 | Apr 28, 2008 | 153 days | Implementation | Critical Defect | Corrective | Product Process | Package Related: Packing | This CAPA will address 2-UP primary open seal critical defect. |
| | | CAPA080074 | Apr 28, 2008 | 153 days | Implementation | Audit Observation | Corrective | Quality Systems | Process Validation | Internal Audit identified a failure, an excel spreadsheet (use to calculate moisture content), to validate computer software for its intended use as required in 21 CFR 820.70. |
| | | CAPA080111 | Jun 18, 2008 | 102 days | Failure Investigation | Process Deviation | Corrective | Product Process | Products, All: Packing | This CAPA is being originated to investigate and implement action(s) for shipping discrepancies, in San Angelo shipping area, to JJHCS. |
| | | CAPA080112 | Jun 18, 2008 | 102 days | Failure Investigation | Critical Defect | Corrective | Product Process | Products, All: Packing | This CAPA is being originated to investigate, implement and document corrective actions for a series (negative trend) of product mixes |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                ETH.MESH.00332875

## All Active CAPA's

| Accountability Type | Site of Accountabiliy | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | San Angelo | | | | | | | | | In the BC area. |
| | | CAPA080115 | Jun 23, 2008 | 97 days | Implementation | Product Complaint | Corrective | Product Family | Needle Related | Complaints for product with PS-5 needles were received from customer reporting an incorrect needle curve. This CAPA will pursue a root cause analysis and establish appropriate corrective actions. |
| | | CAPA080143 | Sep 11, 2008 | 17 days | Failure Investigation | Process Deviation | Corrective | Product Process | Products, All: Test-Rel In Process | Negative trend of incorrect batch ambient exposure tracking process deviations was observed. This CAPA has been originated to ensure proper ambient exposure tracking per OP603-091. |
| | **San Angelo** | **18** | | | | | | | | |
| | San Lorenzo | CAPA060018 | Feb 2, 2006 | 969 days | Implementation | Audit Observation | Corrective | Quality Systems | Production and Process Controls | This CAPA conatins the activities related to the implementation of a SL Master Utilities Validation Plan. |
| | | CAPA060020 | Feb 2, 2006 | 969 days | Effectivity | Finished Goods NC | Corrective | Product Family | Prolene | This CAPA is directed at Prolene attachment Finished Good Nonconfromances for swaging techniques failure mode. Management decided to continue further imporvement in the reduction of drilled needles faluires under this CAPA. |
| | | | | | | | Redacted | | | |
| | | CAPA070010 | Jan 16, 2007 | 621 days | Implementation | Assembly Error | Corrective | Product Process | Products, All: Assembly | 2006 Assembly Error trending revealed a 3% increase from |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00332876**

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | San Lorenzo | | | | | | | | | 2005 Baseline. Data revealed 3 areas: Mixes, missing Tubing Fluid and Incorrect Count. This CAPA will Address them. |
| | | CAPA070084 | Jun 26, 2007 | 461 days | Effectivity | Critical Defect | Corrective | Product Process | Gynemesh: Finished Product Packaging | This CAPA will address open seal critical defect within the Bar Sealing Process at the Mesh area. |
| | | CAPA070085 | Jun 26, 2007 | 461 days | Implementation | Product Complaint | Corrective | Product Process | Needle Related: Attachment | Product complaint for single arm suture swaged as double arm. Suture strand found with 2 needles instead of one. This CAPA will address this condition. |
| | | CAPA070100 | Jul 30, 2007 | 427 days | Implementation | Audit Observation | Corrective | Quality Systems | ID and Trace | Traceability for zipper tray floor stock item is complex and covers a wide scope. This CAPA is to address this complexity for these floor stock item. |
| | | CAPA070123 | Aug 29, 2007 | 396 days | Implementation | Process Deviation | Corrective | Quality Systems | Production and Process Controls | Incomplete data on the MAS reports. A data communication problem between the MI (Machine Interface) and the PLC have been found resulting in 25 Process Deviatons generated due to incomplete data on the MAS Reports. |
| | | CAPA070152 | Oct 19, 2007 | 345 days | Implementation | Systemic Issue | Preventive | Quality Systems | Document Controls | Preventive CAPA to address to the opportunities found on the assessment performed in OP367-028: "Operating Procedure for the Sampling, Analysis and Disposition of the Incoming Raw Material for Surgical Specialty Products". |
| | | CAPA070159 | Nov 9, 2007 | 324 days | Implementation | Finished Goods NC | Corrective | Product Process | Steel: Finished Product Packaging | A lable discrepancy on 5 units of Surgical Steel, Product Code M657G was |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.00332877

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | San Lorenzo | | | | | | | | | encountered AT hcs (Memphis Logistic Center) on bathe ZEP750. One label shows code M657G (barcode label), which matches the product, and one shows M65s6G. |
| | | | | | | | | | Redacted | |
| | | CAPA080022 | Feb 7, 2008 | 235 days | Implementation | Critical Defect | Corrective | Product Process | Products, All: Packing | Evaluation of packaging critical defects data shows an increase in issues related to the batch print and expiration date. As per management recommendation a CAPA is being requested to address the failure mode in all overwrap-packaging machines. |
| | | CAPA080023 | Feb 7, 2008 | 235 days | Implementation | Critical Defect | Corrective | Product Process | Products, All: Assembly | An NCR increase trend since October 2007 until January 2008 for in process damage suture was identified. |
| | | CAPA080024 | Feb 7, 2008 | 234 days | Failure Investigation | Process Deviation | Corrective | Quality Systems | Nonconforming Product | Batch released without 100% tactile inspection after suture breakage found in previous batch. |
| | | CAPA080025 | Feb 7, 2008 | 234 days | Failure Investigation | Process Deviation | Corrective | Quality Systems | Production and Process Controls | A rewinding process was performed to batch ZKE015. However, there are no documented instructions to capture the rewinding process for Prolene suture size 4/0. |
| | | | | | | | | | Redacted | |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
ETH.MESH.00332878

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | San Lorenzo | | | | | | | | | of 1.1 as per FM-0000436 V3. |
| | | | | | | | | | | |

Redacted

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAPA080058 | Mar 26, 2008 | 186 days | Implementation | Assembly Error | Corrective | Product Process | N-A: Assembly | It was reported that there is a little cutting edge on the BV130-5 needle which is supposed to be a taper point needle during his vascular anatomosis procedure. ZAE872 / XAW2808 |

Redacted

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAPA080068 | Apr 22, 2008 | 160 days | Implementation | Product Complaint | Corrective | Product Process | N-A: Attachment | Confirmed complaints for bent needle condition on ZCP096 & ZJR115, customer reported that the needle was bent at the middle of the body when the package was opened. |

Redacted

Sep 29, 2008

- 26 -

2:31:00 PM

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    ETH.MESH.00332879

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | San Lorenzo | | | | | | | | | ampoulles in the Dry Heat Oven low temperature alarms in Zone 1 were reported by the Yokogawa. |
| | | | | | | Redacted | | | | |
| | | CAPA080141 | Sep 11, 2008 | 18 days | Failure Investigation | Audit Observation | Corrective | Quality Systems | CAPA | The corrective and preventive action procedures addressing the investigation of the causes of nonconformities relating to product, processes, and the quality system were not implemented. |
| | | | | | | Redacted | | | | |
| | San Lorenzo | 26 | | | | | | | | |
| | Sao Jose dos Campos | CAPA070045 | Apr 13, 2007 | 534 days | Implementation | Critical Defect | Corrective | Product Process | Needle Related: Needle Manufacturing | This CAPA will be analyze the Ophthalmic Needle Process to discover and eliminate root causes, to reduce the loose metal reproved rate. |
| | | CAPA070054 | Apr 27, 2007 | 520 days | Effectivity | Product Complaint | Corrective | Product Process | Products, All: Packing | This CAPA is being opened due to the complaint increase related to incorrect number of envelopes in the Cecco box. |

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**     ETH.MESH.00332880

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Sao Jose dos Campos | | | | | | | | | |
| | | | | | | Redacted | | | | |
| | | CAPA070176 | Dec 4, 2007 | 300 days | Implementation | Raw Material NC | Corrective | Product Family | Gut | This CAPA will be analyzing the Gut tensile strength to address NCR's regarding low resistance for 4-0 diameter. In this scope will be verified other sizes manufactured with 16 mm serosa raw material. |
| | | | | | | Redacted | | | | |
| | | CAPA080030 | Feb 19, 2008 | 223 days | Implementation | Negative Trend | Preventive | Product Process | Needle Related: Needle Manufacturing | Negative trend per RAT-0098; A trend of mixed needle was identified in the 100% pre-selection of Needle making process. This CAPA is being originated to investigate this issue. |
| | | | | | | Redacted | | | | |

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00332881

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal Manufacturer | Sao Jose dos Campos | CAPA080092 | May 27, 2008 | 125 days | Effectivity | Product Complaint | Corrective | Product Family | Ethibond | This CAPA is being opened due to the complaint related to open seal critical defect. |
| | | CAPA080132 | Aug 26, 2008 | 33 days | Failure Investigation | Critical Defect | Corrective | Product Process | Products, All: Needle Manufacturing | This CAPA was opened to investigate the loose metal defect (defect code:1306) in suture finishing area. |
| | Sao Jose dos Campos | 10 | | | | | | | | |
| | Somerville | CAPA080117 | Jun 26, 2008 | 94 days | Implementation | Raw Material NC | Corrective | Product Family | Wiremill Related | A negative trend has been identified with tensile failures for 2 and 3 mil raw wire used in Micro Needles. |
| | Somerville | 1 | | | | | | | | |
| Internal Manufacturer | | 131 | | | | | | | | |
| Raw Material Supplier | | | | | | | | | | |

Redacted

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00332882

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Raw Material Supplier | | | | | | | | | | |
| | Redacted | | | | | | | | | |
| | MANGAR INDUSTRIES - NEW BRITAIN, PA (USA) | 2 | | | | | | | | |
| | PERFECSEAL - LONDONDERRY (UNITED KINGDOM) | | | | | | | | | |
| | Redacted | | | | | | | | | |
| | PERFECSEAL - LONDONDERRY (UNITED KINGDOM) | 2 | | | | | | | | |
| | Redacted | | | | | | | | | |

Sep 29, 2008 — 30 — 2:31:00 PM

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.00332883

## All Active CAPA's

| Accountability Type | Site of Accountability | CAPA No. | Date Created | Cycle Time | CAPA State | CAPA Category | CAPA Type | CAPA Scope | Scope Detail | CAPA Description |
|---|---|---|---|---|---|---|---|---|---|---|

Redacted

Sep 29, 2008                                                   - 31 -                                                   2:31:00 PM

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                    ETH.MESH.00332884