APPROVED and SO ORDERED.
ENTER: 34 13 2 14 237

*Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC REPAIR   MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION   Honorable Joseph R. Goodwin

---

Brandi Lynn Hull

**Plaintiff(s),**

v.                                           CASE NO. 2:14CV27830

Ethicon, Inc., Johnson & Johnson,
Boston Scientific Corporation

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re:  Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2326 :

Boston Scientific Corporation

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to   2326  ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL   2326  .

/s/ Jennifer A. Moore

Jennifer A. Moore
Grossman & Moore, PLLC
401 W. Main Street
Suite 1810
Louisville, KY  40202
(502) 657-7100
(502) 657-7111 (fax)
jmoore@gminjurylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on  December 9, 2015 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Jennifer A. Moore

Jennifer A. Moore
Grossman & Moore, PLLC
401 W. Main Street
Suite 1810
Louisville, KY  40202
(502) 657-7100
(502) 657-7111 (fax)
jmoore@gminjurylaw.com