Honorable Cheryl A. Eifert
United States Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | 2:12-md-2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | Ethicon, Inc., Pelvic Repair System Product | | |
| Date of Event: | December 15, 2015 | | |
| Court Reporter: | Cathy Schutte-Stant | | |
| Law Clerk: | | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs: Bryan Aylstock, Lee Balefsky<br>Counsel for Defendant: Phillip Combs | | |
| Type of Event: | Telephonic Motions hearing re: ECF No. 1786, ECF No. 1805 and Mullins-2:12-cv-2952, ECF No. 231 | | |
| Time Spent in Court: | 55 Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |