# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR             Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                   MDL 2327
LITIGATION
--------------------------------------------------------
THIS DOCUMENT RELATES TO ALL
CASES                                                        JOSEPH R. GOODWIN U.S. DISTRICT
                                                                          JUDGE

## NOTICE OF ADOPTION OF PRIOR EXPERT REPORTS AND TESTIMONY OF DR. BRUCE ROSENZWEIG

Comes now, the Plaintiffs, and hereby designate Dr. Rosenzweig's prior expert reports, attached hereto as Exhibits 1-5[1], as his general expert reports to be used at the discretion of the individual plaintiffs in the cases designated in Wave 1, Wave 2, and any future waves of Ethicon cases designated by the Court.

Dated: December 15, 2015                       Respectfully submitted,

                                               /s/  D. Renee Baggett
                                               Bryan F. Aylstock, Esq.
                                               Renee Baggett, Esq.
                                               Aylstock, Witkin, Kreis and Overholtz, PLC
                                               17 East Main Street, Suite 200
                                               Pensacola, Florida  32563
                                               (850) 202-1010
                                               (850) 916-7449 (fax)
                                               E-mail:  rbaggett@awkolaw.com

---

[1] Exhibit 1, Report from *Mullins*, 8/24/15; Exhibit 2, Report from *Carlino*, 6/9/14; Exhibit 3, Report from *Lewis*, 10/14/13; Exhibit 4, Report from *Huskey*, 2/21/14; Exhibit 5, Report from *Ramirez*, 4/24/15.

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2015, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com