## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON INC.                                        MDL No. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION

**This Document Relates To All Cases**

### Amended Motion For Change Of Address

**Please take notice** Plaintiffs, by and through their undersigned counsel, respectfully moves this Court for entry of an Order updating my firm's address in MDL Nos. 2326, 2325, 2187, 2327, 2387, and 2440, and each individual member case in which Doyle Lowther LLP is associated. The email addresses for Doyle Lowther attorneys remain unchanged.

Effective November 10, 2015, the Doyle Lowther LLP Attorneys in this matter relocated their offices to:

> Doyle Lowther LLP
> 4400 NE 77th Ave, Suite 275
> Vancouver, WA 98662
> (360) 818-9320 phone
> (360) 450-3116 fax

This Notice applies to attorneys William J. Doyle, II, John Lowther and Chris W. Cantrell.

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the address for the aforementioned Doyle Lowther attorneys in MDL Nos. 2326, 2325, 2187, 2327, 2387, and 2440, and in each individual member case, in which Doyle Lowther LLP is associated.

Dated: December 15, 2015                    By:      *William J. Doyle II*

Doyle Lowther LLP
William J. Doyle
John A. Lowther
Chris W. Cantrell
4400 NE 77th Ave., Suite 275
Vancouver, WA 98662
(360) 818-9320 phone
(360) 450-3116 fax

## Certificate Of Service

I hereby certify on December 15, 2015 I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/ William J. Doyle II*

William J. Doyle II