# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## PRETRIAL ORDER # 208
(Revised Authorizations attached to Plaintiff Profile Form and Plaintiff Fact Sheet)

The court has been advised that the Medicare Authorizations attached to PTO # 37 (Revised Verifications and Authorization Attached to Plaintiff Profile Form) and PTO # 40 (Plaintiff Fact Sheet) have been updated. The revised Medicare authorization forms (which are MDL specific) are attached hereto. The court **DIRECTS** the Clerk to replace the Medicare authorizations on the court's website with the current versions attached hereto. It is **ORDERED** that plaintiffs use the updated forms found on the website when completing a Plaintiff Profile Form or a Plaintiff Fact Sheet.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-16139. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal

or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER:  December 16, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE