IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL 2327 |

**This Document Relates to All Cases**

## MOTION FOR CHANGE OF FIRM NAME AND FIRM ADDRESS

**PLEASE TAKE NOTICE** that the undersigned attorney for defendants Ethicon, Inc. and Johnson & Johnson respectfully moves this Court for entry of an Order updating her firm's name and address in MDL No. 2327, and each individual member case in which Rita Maimbourg and Tucker Ellis LLP are associated. The email address and telephone numbers remain unchanged.

Effective immediately, Rita Maimbourg's contact information should be corrected to reflect her firm's name and address as follows:

Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113

Accordingly, it is respectfully requested that the Court enter an Order updating the address for the aforementioned attorney in MDL 2327 and in each individual member case in which she is associated.

Dated: December 16, 2015

Respectfully submitted,

*/s/ Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216-696-3219
Facsimile: 216-592-5009
Email: Rita.maimbourg@tuckerellis.com

*Attorney for Defendants*
*Johnson & Johnson and Ethicon, Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Rita A. Maimbourg*

*One of the Attorneys for Defendants*
*Johnson & Johnson and Ethicon, Inc.*