## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL 2327 |
|---|---|

**This Document Relates to All Cases**

### AMENDED MOTION FOR CHANGE OF FIRM NAME AND FIRM ADDRESS

  **PLEASE TAKE NOTICE** that the undersigned attorneys for defendants Ethicon, Inc. and Johnson & Johnson respectfully move this Court for entry of an Order updating their firm name and address in MDL No. 2327, and each individual member case in which Rita Maimbourg, Jennifer Steinmetz, and Erica James of Tucker Ellis LLP are associated. The email addresses and telephone numbers remain unchanged.

  Effective immediately, Rita Maimbourg, Jennifer Steinmetz, and Erica James' contact information should be corrected to reflect their firm's name and address as follows:

    Tucker Ellis LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113

  Accordingly, it is respectfully requested that the Court enter an Order updating the address for the aforementioned attorneys in MDL 2327 and in each individual member case in which they are associated.

Dated:  December 17, 2015

Respectfully submitted,


*/s/ Rita A. Maimbourg*
Rita A. Maimbourg
Jennifer L. Steinmetz
Erica M. James
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113
Telephone:  216-696-3219
Facsimile:  216-592-5009
Email:  rita.maimbourg@tuckerellis.com
            jennifer.steinmetz@tuckerellis.com
            erica.james@tuckerellis.com

*Attorneys for Defendants*
*Johnson & Johnson and Ethicon, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Rita A. Maimbourg*

*One of the Attorneys for Defendants*
*Johnson & Johnson and Ethicon, Inc.*

012177\004186\2553228.1