IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                         MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is a Motion to Change Attorney Information and Withdrawal of Counsel filed on November 17, 2015 [docket # 1780].  In the motion, counsel request that in the main MDL and each member case in MDL No. 2327 in which attorneys Paul D. Stevens, Shireen Mohsenzadegan, and Kelsey Waples, appear on behalf of Milstein Adelman, LLP, they be withdrawn as counsel; and, attorney Mark A. Milstein be substituted as counsel.

It is **ORDERED** that the Motion to Change Attorney Information and Withdrawal of Counsel is **GRANTED.**

The Clerk is **DIRECTED** to terminate Paul D. Stevens, Shireen Mohsenzadegan, and Kelsey Waples as counsel for plaintiffs and to substitute Mark A. Milstein as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Paul D. Stevens, Shireen Mohsenzadegan and Kelsey Waples are associated.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  December 18, 2015

                                               JOSEPH R. GOODWIN
                                               UNITED STATES DISTRICT JUDGE