# EXHIBIT A

|    | Case | Civil Action Number |
|----|------|---------------------|
| 1  | Angelia M. & Manuel M. Ramirez | 2:12-cv-02191 |
| 2  | Mary Frances & Joseph L. Richard | 2:12-cv-02192 |
| 3  | Dawn & David Sequino | 2:12-cv-02193 |
| 4  | Susan & Stanley Struckus | 2:12-cv-02194 |
| 5  | Mary & Jeffrey Ward | 2:12-cv-02198 |
| 6  | Leslie Warner | 2:12-cv-02199 |
| 7  | Judy Haddon | 2:12-cv-02200 |
| 8  | Nancy & Steve Russell | 2:12-cv-02201 |
| 9  | Grace & Edward Eack | 2:12-cv-02219 |
| 10 | Leslie & Eric Rodgers | 2:12-cv-02221 |
| 11 | Mattie & Ronnie Todd | 2:12-cv-02242 |
| 12 | Kathy & Joseph Birt | 2:12-cv-02251 |
| 13 | Patricia & Martin, Jr. Kuks | 2:12-cv-02257 |
| 14 | Charlotte A. & Troy Day | 2:12-cv-02264 |
| 15 | Norma J. & James Kustes | 2:12-cv-02265 |
| 16 | Frankie & Jimmy Miller | 2:12-cv-02266 |
| 17 | Edith A. & Roger Richardson | 2:12-cv-02267 |
| 18 | Tonya Rogers | 2:12-cv-02268 |
| 19 | Ruth & Anthony Coffman | 2:12-cv-02278 |
| 20 | Shannon O'Neal & James W. Hewatt | 2:12-cv-02279 |
| 21 | Linda & Greg Combs | 2:12-cv-02283 |
| 22 | Joyce Dobson | 2:12-cv-02298 |
| 23 | Barbara A. & Joseph R. Wilcox | 2:12-cv-02300 |
| 24 | Samantha L. Webb | 2:12-cv-02314 |
| 25 | Karen Conley | 2:12-cv-02315 |
| 26 | Helen Harper | 2:12-cv-02316 |
| 27 | Deborah Blankenship | 2:12-cv-02327 |
| 28 | Tammy & James, III Carroll | 2:12-cv-02328 |
| 29 | Mary Pritchett | 2:12-cv-02329 |
| 30 | Christina Tullier | 2:12-cv-02331 |
| 31 | Helen Van Wyck | 2:12-cv-02374 |
| 32 | Linda & Ralph Burroughs | 2:12-cv-02378 |
| 33 | Patricia Warren | 2:12-cv-02381 |
| 34 | Traci & Marty Goss | 2:12-cv-02382 |
| 35 | Deborah & John Greene | 2:12-cv-02386 |
| 36 | Geraldine & John Yaletchko | 2:12-cv-02401 |
| 37 | Mary & Keith Horton | 2:12-cv-02402 |
| 38 | Bonnie Odum | 2:12-cv-02404 |
| 39 | Janet Hawkins | 2:12-cv-02409 |
| 40 | Bonnie & Calvin Huggins | 2:12-cv-02412 |
| 41 | Norma & Larry Carroll | 2:12-cv-02414 |
| 42 | Kimberly Stevens | 2:12-cv-02424 |
| 43 | Stephanie & Steven Blanchard | 2:12-cv-02429 |

|    | Case                             | Civil Action Number |
|----|----------------------------------|---------------------|
| 44 | Katherine Didomizio              | 2:12-cv-02436       |
| 45 | Cynthia & Raymond, Sr. Falcon    | 2:12-cv-02446       |
| 46 | Melissa Mincey                   | 2:12-cv-02448       |
| 47 | Rhonda & Anthony Arnette         | 2:12-cv-02475       |
| 48 | Dawn & Michael Baker             | 2:12-cv-02476       |
| 49 | Rhonda & Roger Harvey            | 2:12-cv-02477       |
| 50 | Donna & Earl Matthews            | 2:12-cv-02478       |
| 51 | Terri Milan                      | 2:12-cv-02479       |
| 52 | Donna Murphy                     | 2:12-cv-02485       |
| 53 | Francesca Bopp                   | 2:12-cv-02486       |
| 54 | Elisabeth Payne                  | 2:12-cv-02488       |
| 55 | Joanne Phillips                  | 2:12-cv-02489       |
| 56 | Martha & Kenneth Brown           | 2:12-cv-02498       |
| 57 | Janie L. & Clarence J. Moret     | 2:12-cv-02501       |
| 58 | Barbara Hatfield                 | 2:12-cv-02509       |
| 59 | Debbie & James E. Howard         | 2:12-cv-02511       |
| 60 | Linda Madding                    | 2:12-cv-02512       |
| 61 | Shirley L. & George W. Knight    | 2:12-cv-02515       |
| 62 | Rhonda Cooper                    | 2:12-cv-02532       |
| 63 | Brandy & Jeffrey Swinney         | 2:12-cv-02539       |
| 64 | Deborah L. & David K. Slone      | 2:12-cv-02544       |
| 65 | Carla J. Thorpe                  | 2:12-cv-02546       |
| 66 | Pamela & Jackie Lee, Sr. Harvey  | 2:12-cv-02556       |
| 67 | Alice Sue Wilkin                 | 2:12-cv-02563       |
| 68 | Patsy & Howard Mays              | 2:12-cv-02565       |
| 69 | Dorothy Hunt                     | 2:12-cv-02575       |
| 70 | Tammy & Bryon Jackson            | 2:12-cv-02576       |
| 71 | Patricia & Floyd Marks           | 2:12-cv-02577       |
| 72 | Mary Clayborne                   | 2:12-cv-02579       |
| 73 | Wanda Clayborne                  | 2:12-cv-02580       |
| 74 | Anita Fisher                     | 2:12-cv-02581       |
| 75 | Kathleen & Albert Young Flynn    | 2:12-cv-02582       |
| 76 | Rhonda & Billy Garner            | 2:12-cv-02583       |
| 77 | Trina Hill                       | 2:12-cv-02584       |
| 78 | Michellyn & Michael Murphy       | 2:12-cv-02600       |
| 79 | Bonita Taylor                    | 2:12-cv-02601       |
| 80 | Nancy & Darryl Rivers            | 2:12-cv-02602       |
| 81 | Rhonda T. Brantley               | 2:12-cv-02605       |
| 82 | Gayle King                       | 2:12-cv-02606       |
| 83 | Kandy P. & Rick Dotson           | 2:12-cv-02633       |
| 84 | Ila Cosgray                      | 2:12-cv-02634       |
| 85 | Tabitha Williamson               | 2:12-cv-02642       |
| 86 | Lori & Duane Morse               | 2:12-cv-02657       |

|     | Case | Civil Action Number |
| --- | --- | --- |
| 87  | Nancy Parks | 2:12-cv-02660 |
| 88  | Joyce & William Thomas | 2:12-cv-02662 |
| 89  | Debbie & Charles Tomlinson | 2:12-cv-02663 |
| 90  | Robin & Jack Webb | 2:12-cv-02669 |
| 91  | Judy Wiley | 2:12-cv-02670 |
| 92  | Deborah & Steven Ray, Jr. Young | 2:12-cv-02672 |
| 93  | Kathleen & Glennon Toennies | 2:12-cv-02687 |
| 94  | Victoria Soltanshahi | 2:12-cv-02688 |
| 95  | Karen A. & Thomas F. Lyszcarz | 2:12-cv-02689 |
| 96  | Barbara Lawyer-Johnson | 2:12-cv-02690 |
| 97  | Antoinette & Ronnie James | 2:12-cv-02696 |
| 98  | Shelia L. Bracato | 2:12-cv-02697 |
| 99  | Martha M. & James Stevenson | 2:12-cv-02700 |
| 100 | Brenda Simpson | 2:12-cv-02716 |
| 101 | Susan Walker | 2:12-cv-02728 |
| 102 | Alberta Clark | 2:12-cv-02734 |
| 103 | Sara & Terrance Bell | 2:12-cv-02741 |
| 104 | Jennifer & Hilario Aguilar | 2:12-cv-02742 |
| 105 | Emma G. Honeycutt | 2:12-cv-02746 |
| 106 | Sharon K. & Timothy T. Carrell | 2:12-cv-02751 |
| 107 | Dorothy F. Foust | 2:12-cv-02752 |
| 108 | Monica Lynn & James Charles Bauernfeind | 2:12-cv-02768 |
| 109 | Diana N. Farris | 2:12-cv-02776 |
| 110 | Teresa Alltop | 2:12-cv-02782 |
| 111 | Dion & Sheldon Cole | 2:12-cv-02786 |
| 112 | Tammy & Johnny Coward | 2:12-cv-02788 |
| 113 | Constance Fisher | 2:12-cv-02792 |
| 114 | Lisa & Patrick Fritz | 2:12-cv-02796 |
| 115 | Susan & Hubert Jones (SUSAN JONES IS DECEASED) | 2:12-cv-02797 |
| 116 | Tracey Ryan Smith | 2:12-cv-02798 |
| 117 | Susan Clones | 2:12-cv-02799 |
| 118 | Kathy Robertson | 2:12-cv-02802 |
| 119 | Donna & Hugh Snoddy | 2:12-cv-02803 |
| 120 | Janet & Larry Taulbee | 2:12-cv-02804 |
| 121 | Donna & Joe Moosman | 2:12-cv-02805 |
| 122 | Linda Heatherly | 2:12-cv-02807 |
| 123 | Jennifer D. & David C. Marshall | 2:12-cv-02809 |
| 124 | Selena & Chane Thompson | 2:12-cv-02814 |
| 125 | Karla A. Guidry | 2:12-cv-02816 |
| 126 | Cathy Lynn Stanley | 2:12-cv-02817 |
| 127 | Lottie & Edward Brusseau | 2:12-cv-02819 |
| 128 | Nettie Watts | 2:12-cv-02823 |
| 129 | Julia & Willis Walker | 2:12-cv-02826 |

|   | Case | Civil Action Number |
|---|---|---|
| 130 | Kimberly Hill | 2:12-cv-02829 |
| 131 | Patricia & Stephen Caughorn | 2:12-cv-02832 |
| 132 | Victoria Gutierrez | 2:12-cv-02857 |
| 133 | Peggy S. Wollitz | 2:12-cv-02858 |
| 134 | Mattie J. Brooks | 2:12-cv-02865 |
| 135 | Bonnie S. & Robert G. Smith | 2:12-cv-02876 |
| 136 | Lisa A. Russell | 2:12-cv-02879 |
| 137 | Sandra Sweeney | 2:12-cv-02880 |
| 138 | Kathy & Phillip Kidd | 2:12-cv-02883 |
| 139 | Terry Page | 2:12-cv-02884 |
| 140 | Tymika Tunstall | 2:12-cv-02906 |
| 141 | Thelma & Harold Cole | 2:12-cv-02908 |
| 142 | Susan D. Bartley | 2:12-cv-02921 |
| 143 | Tina M. Douglas | 2:12-cv-02922 |
| 144 | Dawn Cordea | 2:12-cv-02934 |
| 145 | Lillie R. & Ernest P. Miller | 2:12-cv-02942 |
| 146 | Kathy Blake | 2:12-cv-02943 |
| 147 | Charlotte Ann Schaub | 2:12-cv-02947 |
| 148 | Rhonda Mitchell | 2:12-cv-02949 |
| 149 | Inez & Carlton S. Creel | 2:12-cv-02950 |
| 150 | Brenda J. & Barry Wooden | 2:12-cv-02951 |
| 151 | Anne M. Currie | 2:12-cv-02955 |
| 152 | Audrey & Theron Smallridge | 2:12-cv-02956 |
| 153 | Jamie & Steven Rutherford | 2:12-cv-02959 |
| 154 | Trudy M. & Dale R. Usey | 2:12-cv-02960 |
| 155 | Janice & Don Fields | 2:12-cv-02971 |
| 156 | Grethel Taylor | 2:12-cv-02975 |
| 157 | Margaret Polly | 2:12-cv-02979 |
| 158 | Leslie Elder | 2:12-cv-02987 |
| 159 | Shannon L. Smith | 2:12-cv-02989 |
| 160 | Susan & Simon Thomas Grizzle | 2:12-cv-02991 |
| 161 | Vicki & Randall Trammell | 2:12-cv-02994 |
| 162 | Katy Sue & Daniel Wilson | 2:12-cv-02997 |
| 163 | Mary Allmon | 2:12-cv-02999 |
| 164 | Deborah & Robert Kisell | 2:12-cv-03013 |
| 165 | Sharita Malone | 2:12-cv-03037 |
| 166 | Tammy & Danny Richmond | 2:12-cv-03038 |
| 167 | April & Danny Berry | 2:12-cv-03074 |
| 168 | Delilah & Walter Bishop | 2:12-cv-03075 |
| 169 | Stephanie & Davin Booher | 2:12-cv-03076 |
| 170 | Carmen & Jose L. Castillo | 2:12-cv-03077 |
| 171 | Araceli Baez | 2:12-cv-03078 |
| 172 | Judy K. & Benny Damron | 2:12-cv-03079 |

|     | Case | Civil Action Number |
| --- | --- | --- |
| 173 | Yolanda & Edward G. Garcia | 2:12-cv-03080 |
| 174 | Phyllis A. King | 2:12-cv-03081 |
| 175 | Ronda L. Reed | 2:12-cv-03082 |
| 176 | Catherine L. & David Young | 2:12-cv-03083 |
| 177 | Mary Diana Book | 2:12-cv-03085 |
| 178 | Mary Cox | 2:12-cv-03087 |
| 179 | Shirlene Franklin | 2:12-cv-03091 |
| 180 | Lori & Mark Ludwig | 2:12-cv-03093 |
| 181 | Deborah & Tony Mattingly | 2:12-cv-03097 |
| 182 | Melissa Moore | 2:12-cv-03108 |
| 183 | Carol Noffsinger | 2:12-cv-03118 |
| 184 | Glenna T. Hensley | 2:12-cv-03119 |
| 185 | Kimberly & Glen A. Martello | 2:12-cv-03122 |
| 186 | Tammy Webb-Henson | 2:12-cv-03123 |
| 187 | Katherine & Henry, II Smallwood | 2:12-cv-03124 |
| 188 | Jeannie Holland | 2:12-cv-03125 |
| 189 | Julia Smith | 2:12-cv-03128 |
| 190 | Kelly L. & John D. White | 2:12-cv-03129 |
| 191 | Shari & Ronnie L. Thomas | 2:12-cv-03130 |
| 192 | Sara Camille Jones | 2:12-cv-03131 |
| 193 | Christine & Joseph Webb | 2:12-cv-03136 |
| 194 | Debra & Stephen Krauser | 2:12-cv-03140 |
| 195 | Tracy & Kevin Woosley | 2:12-cv-03145 |
| 196 | Lydia & Douglas Blackwell | 2:12-cv-03155 |
| 197 | Floreen Leland | 2:12-cv-03161 |
| 198 | Joann S. Bradley | 2:12-cv-03162 |
| 199 | Geraldean Gaylor | 2:12-cv-03163 |
| 200 | Christine Walker | 2:12-cv-03166 |