**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE C.R. BARD, INC.,** | |
| **PELVIC REPAIR SYSTEM PRODUCTS** | **MDL No. 2187** |
| **LIABILITY LITIGATION** | |
| | |
| **IN RE AMERICAN MEDICAL SYSTEMS,** | |
| **PELVIC REPAIR SYSTEM PRODUCTS** | **MDL No. 2325** |
| **LIABILITY LITIGATION** | |
| | |
| **IN RE BOSTON SCIENTIFIC CORP.,** | |
| **PELVIC REPAIR SYSTEM PRODUCTS** | **MDL No. 2326** |
| **LIABILITY LITIGATION** | |
| | |
| **IN RE ETHICON, INC.,** | |
| **PELVIC REPAIR SYSTEM PRODUCTS** | **MDL No. 2327** |
| **LIABILITY LITIGATION** | |
| | |
| **IN RE COLOPLAST CORP.,** | |
| **PELVIC REPAIR SYSTEM PRODUCTS** | **MDL No. 2387** |
| **LIABILITY LITIGATION** | |
| | |
| **IN RE COOK MEDICAL, INC.,** | |
| **PELVIC REPAIR SYSTEM PRODUCTS** | **MDL No. 2440** |
| **LIABILITY LITIGATION** | |

**THIS DOCUMENT RELATES TO ALL CASES**

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that Waters & Kraus, LLP ("W&K"), by and through its

undersigned counsel, respectfully moves this Court for entry of an order withdrawing **Kyla G.**

**Cole, the current counsel for clients in the above-referenced matter, and substituting Kyla**

**G. Cole with Attorney Leslie C. MacLean as Counsel** in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440.

Accordingly, W&K respectfully requests that the Court enter an order withdrawing Kyla G. Cole as counsel and substituting Leslie C. MacLean as counsel, as well as updating each member case in which any of the named attorneys have been associated in MDL Nos. 2187, 2325, 2326, 2327 and 2440.

/s/ Leslie C. MacLean
Attorneys for Plaintiffs
Admitted Pro Hac Vice
TX Bar No. 00794209
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252
Email: *lmaclean@waterskraus.com*

AND

/s/ Kyla G. Cole
Attorneys for Plaintiffs
Admitted Pro Hac Vice
TX Bar No. 24033113
PA Bar No. 310875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252

2

## CERTIFICATE OF SERVICE

I, undersigned counsel for Plaintiffs, hereby certify that on this 22nd day of December, 2015, a true and correct copy of the foregoing document was electronically filed with the Court and served through the CM-ECF system to All Counsel of Record Via Electronic Case Filing procedures and email.

/s/ Kyla G. Cole
Kyla Gail Cole