IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE C.R. BARD, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2187 |
| IN RE AMERICAN MEDICAL SYSTEMS,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2325 |
| IN RE BOSTON SCIENTIFIC CORP.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2326 |
| IN RE ETHICON, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2327 |
| IN RE COLOPLAST CORP.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2387 |
| IN RE COOK MEDICAL, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2440 |

**THIS DOCUMENT RELATES TO ALL CASES**

**O R D E R**

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on December 22, 2015. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Kyla G. Cole is allowed to withdraw as counsel and that attorney Leslie C. MacLean be substituted in her place.

1

The Clerk is instructed to substitute Leslie C. MacLean as counsel in place of Kyla G. Cole, both on the main master docket and for each individual member case in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, with which said attorney is associated.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED: _____

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

/s/ Leslie C. MacLean
Attorneys for Plaintiffs
Admitted Pro Hac Vice
TX Bar No. 00794209
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email: *lmaclean@waterskraus.com*

AND

/s/ Kyla G. Cole
Attorneys for Plaintiffs
Admitted Pro Hac Vice
TX Bar No. 24033113
PA Bar No. 310875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: (214) 357-6244
Facsimile: (214) 357-7252