# EXHIBIT A

**KLINE & SPECTER, P.C.**
By:   Thomas R. Kline, Esquire/Attorney I.D. No. 28895
      Lee B. Balefsky, Esquire/Attorney I.D. No. 25321
      Michelle L. Tiger, Esquire/Attorney I.D. No. 43872
      Michael A. Trunk, Esquire/Attorney I.D. No. 83870
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
Attorneys for Plaintiffs

**FREESE & GOSS, PLLC**
By:   Richard A. Freese, Esquire/Attorney I.D. No. ABS-6879-E67R
Regions Harbert Plaza
1901 6th Avenue North
Suite 3120
Birmingham, AL 35203
(205) 871-4144
Attorneys for Plaintiffs
*Pending Admission Pro Hac Vice*

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

| IN RE:  PELVIC MESH LITIGATION | : | FEBRUARY TERM 2014 |
|---|---|---|
|  | : |  |
|  | : |  |
|  | : |  |
| MASTER DOCKET | : | NO. 829 |

| SHARON CARLINO and CHARLES CARLINO<br><br>vs.<br><br>ETHICON WOMEN'S HEALTH AND UROLOGY, A DIVISION OF ETHICON, INC., et al | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>JUNE TERM, 2013<br><br>NO. 03470 |
|---|---|

**NOTICE OF CONTINUATION OF VIDEOTAPE *DE BENE ESSE* DEPOSITION OF BRUCE ROSENZWEIG, MD**

PLEASE TAKE NOTICE that counsel for Plaintiffs herein will continue the videotaped *de bene esse* deposition of Bruce Rosenzweig, MD at 9:00 AM on Wednesday January 13, 2016 at Wexler Wallace, LLP, 55 W Monroe St, #3300, Chicago, IL 60603.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths. The deposition will be recorded by stenographic means or court reporter, and the deposition will be recorded by video and audio means. You are invited to attend and cross-examine.

This deposition will be taken pursuant to the Pennsylvania Rules of Civil Procedure and will continue from day to day until completed.

Dated: 1/4/16

BY: **KLINE & SPECTER, P.C.**

Thomas R. Kline, Esquire/28895
Lee B. Balefsky, Esquire/25321
Michelle L. Tiger, Esquire/43872
Michael A. Trunk, Esquire/83870
*Attorneys for Plaintiff*

**FREESE & GOSS, PLLC**
By: Richard A. Freese, Esquire/ABS-6879-E67R
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, foregoing Notice of Continuation of Videotape *De Bene Esse* Deposition of Bruce Rosenzweig, M.D. was served via electronic mail to the following counsel:

Andrew P. Reeve, Esquire
Kenneth A. Murphy, Esquire
Melissa A. Graff, Esquire
*DRINKER BIDDLE & REATH*
One Logan Square, Suite 2000
Philadelphia, PA 19103
*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

Julie A. Callsen, Esquire
Matthew Moriarty, Esquire
*TUCKER ELLIS LLP*
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

Nils B. Snell, Esquire
*BUTLER SNOW LLP*
500 Office Center Drive
Suite 400
Fort Washington, PA 19034
*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

Dated: January 4, 2015

_____
Cori Maldonado