## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

### JOINT MOTION TO DISMISS DEFENDANT
### AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-F and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions without prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303.376.6360 (phone)
303.376.6361 (fax)
Aimee.Wagstaff@ahw-law.com
*Attorney for Plaintiffs on Exhibit A*

/s/ A. Donald C. Discepolo
A. Donald C. Discepolo
DISCEPOLO
Suite 1950
111 South Calvert Street
Baltimore, MD 21202
410.296.0780 (phone)
410.296.2263 (fax)
don@discepolollp.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe
JOHNSON BECKER
Suite 4530
33 South Sixth Street
Minneapolis, MN 55402
612.436.1800 (phone)
612.436.1801 (fax)
lgorshe@johnsonbecker.com
*Attorney for Plaintiff on Exhibit C*

/s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
ffitzpatrick@motleyrice.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer
PROVOST UMPHREY LAW FIRM
490 Park Street
Beaumont, TX 77704
409.835.6000 (phone)
409.813.8612 (fax)
ckirchmer@provostumphrey.com
*Attorney for Plaintiffs on Exhibit E*

/s/ John Foley
John Foley
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
618.259.2222 (phone)
618.259.2251 (fax)
jfoley@simmonsfirm.com
*Attorney for Plaintiffs on Exhibit F*

Dated: January 5, 2016

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-00774 | Wilda Cormier v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – DISCEPOLO**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05238 | Ann Manson, William Manson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – JOHNSON BECKER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00645 | Vicki Courtney v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – MOTLEY RICE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-00832 | Sharon Elder, Duane Elder v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E – PROVOST UMPHREY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-09429 | Melissa Thomas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-31730 | Jeanne Garbas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


                                    /s/ Barbara R. Binis