# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 1832], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-F, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-F.

ENTER: January 7, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-00827 | Kathryn Roth, John Roth v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-01950 | Nan S. Roberts v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – FEARS NACHAWATI

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-13361 | Connie Barlow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C.R. Bard, Inc. |

## EXHIBIT C – JOHNSON BECKER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-25085 | Debbie Scheidt, Joseph Scheidt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – LANIER LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02156 | Rebecca Maree Hoover v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:12-cv-07239 | Linda B. Huber, Vernon R. Huber, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-CV-09673 | Susanna Sherrill Danielson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-CV-09687 | Paula Marie Brown, Edward L. Brown v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-00844 | Linda L. Sauls v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-07342 | Annemarie Nefford v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-10470 | Janice Christine Veno, Frank Veno v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-11464 | Anna L. Holdren, Eugene A. Holdren v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc., Tissue Science Laboratories Limited |
| 2:13-CV-11465 | Sheila B. Shealy, O. Fouche Shealy v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-17004 | Jean E. Gargiulo, Christopher Gargiulo v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-19807 | Una Marie Chandler, Fermon Chandler v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT E – WATERS & KRAUS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-19589 | Nell Owens, Waverly Owens v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc., Tissue Science Laboratories Limited, Coloplast Corp. |

**EXHIBIT F – WEXLER WALLACE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-22714 | Carrie L. Foshee v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |