**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. from Certain Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF # 1834], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. Without Prejudice filed by plaintiffs, identified on the attached Exhibits A-F, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions, without prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS without Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-F.

ENTER: January 8, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-00774 | Wilda Cormier v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – DISCEPOLO

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05238 | Ann Manson, William Manson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – JOHNSON BECKER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00645 | Vicki Courtney v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – MOTLEY RICE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-00832 | Sharon Elder, Duane Elder v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E – PROVOST UMPHREY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-09429 | Melissa Thomas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-31730 | Jeanne Garbas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |