UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address and email address in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which TorHoerman Law LLC is associated. The telephone number and facsimile number remain unchanged.

Effective December 11, 2015, the TorHoerman Law LLC attorneys in this matter relocated their offices to:

TorHoerman Law LLC
617 West Fulton Street
Chicago, IL 60661
Email: jake@thlawyer.com

This Motion applies to attorney Jacob W. Plattenberger.

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the address for the aforementioned TorHoerman Law LLC attorney in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which TorHoerman Law LLC is associated.

Dated: January 15, 2016  Respectfully submitted,

                                              __*/s/ Jacob W. Plattenberger*_____
Jacob W. Plattenberger, IL Bar No. 6281263
TORHOERMAN LAW LLC
617 W. Fulton Street
Chicago, IL 60661
Office: (312) 372-4800
Fax: (312) 284-4914
Email: Jake@THLawyer.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 15th day of January, 2016.

                                        */s/ Jacob W. Plattenberger*
                                        Jacob W. Plattenberger