# EXHIBIT A

**KLINE & SPECTER, P.C.**
By:   Thomas R. Kline, Esquire/28895
       Lee B. Balefsky, Esquire/25321
       Michelle L. Tiger, Esquire/43872
       James J. Waldenberger, Esquire/83837
1525 Locust Street
Philadelphia, PA 19102
215-772-1000
215-772-1359 (fax)

Attorneys for Plaintiffs,
Kathryn McGee and
Michael McGee

**SHEPHERD, SCOTT, CLAWATER & HOUSTON, LLP**
By:   William W. Lundquist, Esq.
       Texas Bar No. 24041369
2777 Allen Parkway, 7th floor
7 Houston, Texas 77019-2133
713-425-5322
832-255-3051 (fax)
Attorneys for Plaintiffs
Pending Admission Pro Hac Vice

| | |
|---|---|
| IN RE: PELVIC MESH LITIGATION MASTER DOCKET ETHICON WOMEN'S HEALTH AND UROLOGY, A DIVISION OF ETHIC ON, INC., et al<br><br>And<br><br>KATHRYN MCGEE and MICHAEL MCGEE<br><br>vs.<br><br>ETHICON WOMEN'S HEALTH AND UROLOGY, A DIV. OF ETHICON, INC., et al | IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY FEBRUARY TERM 2014 NO. 829<br><br><br><br>COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>JULY TERM, 2013<br><br>NO. 003483 |

**NOTICE OF VIDEOTAPE DE BENE ESSE DEPOSITION
OF BRUCE ROSENZWEIG, MD**

PLEASE TAKE NOTICE that counsel for Plaintiffs herein will take the videotaped de bene esse deposition of Bruce Rosenzweig, MD on Wednesday, February 3, 2016 at 9:00 A.M. at Wexler Wallace, LLP, 55 W Monroe St, #3300, Chicago, IL 60603.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths. The deposition will be recorded by stenographic means or court reporter, and the deposition will be recorded by video and audio means. You are invited to attend and cross examine.

This deposition will be taken pursuant to the Pennsylvania Rules of Civil Procedure and will continue from day to day until completed.

                                         **KLINE & SPECTER, P.C.**

Dated: 1/15/16                   BY: _____
                                      JAMES J. WALDENBERGER, ESQUIRE
                                      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, foregoing Notice of Videotape De Bene Esse Deposition of Bruce Rosenzweig, M.D. was served via electronic mail to the following counsel:

Kari L. Sutherland, Esquire
Butler Snow LLP
1200 Jefferson Avenue
Suite 205
Oxford, MS 38655
**Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson**

Julie A. Callsen, Esquire
Matthew Moriarty, Esquire
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OR 44113-7213
**Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson**

**KLINE & SPECTER, P.C.**

Dated: 1/15/16

BY: _____
JAMES J. WALDENBERGER, ESQUIRE
Attorneys for Plaintiffs