APPROVED and SO ORDERED.
ENTER: 23l4 2l4 238

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR      MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION     Honorable Joseph R. Goodwin

---

Karen L. Taylor

**Plaintiff(s),**

v.          CASE NO. 2:15-cv-09127

Ethicon, Inc., et al

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2187 C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2187 :

C. R. Bard, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2187__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2187__.

/s/ Erin K. Copeland

Federal ID#29219
State Bar # 24028157
Fibich Leebron
Copeland Briggs Josephson
1150 Bissonnet
Houston, TX 77005
Phone: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on __January 15, 2016__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Erin K. Copeland

Federal ID#29219
State Bar # 24028157
Fibich Leebron
Copeland Briggs Josephson
1150 Bissonnet
Houston, TX 77005
Phone: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com