# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                                  MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

    Pending before the court is a Motion to Change Attorney Information and Withdrawal of Counsel filed on December 3, 2015 [ECF No. 1803]. In the motion, counsel request that in the main MDL and each member case in MDL No. 2327 in which attorney Tommy W. Gillaspie, appears on behalf of Terry Bryant PLLC, he be withdrawn as counsel; and, attorney Gregg Anderson of Terry Bryant, PLLC be substituted as counsel. Gregg Anderson has registered as Gregg A. Anderson in this court.

    It is **ORDERED** that the Motion to Change Attorney Information and Withdrawal of Counsel is **GRANTED.**

    The Clerk is **DIRECTED** to terminate Tommy W. Gillaspie as counsel for plaintiffs and to substitute Gregg A. Anderson as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Tommy W. Gillaspie is associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

                                            ENTER: January 20, 2016

                                            JOSEPH R. GOODWIN
                                            UNITED STATES DISTRICT JUDGE