# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Respectfully:

| | |
|---|---|
| //s/ Barbara R. Binis | /s/ Erik W. Legg |
| Barbara R. Binis | Erik W. Legg |
| REED SMITH | FARRELL WHITE & LEGG |
| Three Logan Square, Suite 3100 | P. O. Box 6457 |
| 1717 Arch Street | Huntington, WV 25772-6457 |
| Philadelphia, PA 19103 | 304.522.9100 (phone) |
| 215.851.8100 (phone) | 304.522.9162 (fax) |
| 215.851.1420 (fax) | EWL@farrell3.com |
| bbinis@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
Email: dpotts@potts-law.com
*Attorney for Plaintiffs on Exhibit A*

Dated:  January 20, 2016

**EXHIBIT A – THE POTTS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-07512 | Patsy Perkins, William F. Perkins v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-30314 | LaDonna L. Harris, Danny B. Harris Jr. v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |
| 2:13-CV-29477 | Robin Washburn, James Alexander v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |
| 2:14-CV-12624 | Mary Parks v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-10753 | Gail Davidson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-09258 | Anita Rodriguez, Manuel Rodriguez v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis