| Case | Member# |
|---|---|
| Holland, Amy & Brent | 2:12-cv-00256 |
| Jackson, Doris Chappell | 2:12-cv-00265 |
| Garnett, Quillan R. | 2:12-cv-00286 |
| Shively, Teri Key & Johnny | 2:12-cv-00379 |
| Kilday, Mary Luellen & Tom Lawrence | 2:12-cv-00387 |
| Swaney, Janice Renne | 2:12-cv-00389 |
| Free, Pamela | 2:12-cv-00423 |
| Gray-Wheeler, Pamela & Stan | 2:12-cv-00455 |
| Gonzales, Amelia R. & Ernest B. | 2:12-cv-00468 |
| Freeman, Shirley & William | 2:12-cv-00490 |
| Young, Gwendolyn T. | 2:12-cv-00491 |
| Saurino, Penelope Ann Link & Dan Richard | 2:12-cv-00494 |
| Chandlee, Andrea Carol & Mark Thomas, Sr. | 2:12-cv-00495 |
| Moreland, Sonya & James | 2:12-cv-00496 |
| Johnson, Myndal | 2:12-cv-00498 |
| Newman, Martha & Stuart | 2:12-cv-00506 |
| Williams, Nancy | 2:12-cv-00511 |
| Conti, Patricia | 2:12-cv-00516 |
| Lehman, Joann | 2:12-cv-00517 |
| Fuller, Ann Louise Rupple & Robert Dean | 2:12-cv-00539 |
| Schachtman, Rhoda | 2:12-cv-00548 |
| Doyle, Carolyn Sue | 2:12-cv-00555 |
| Kivel, Beverly | 2:12-cv-00591 |
| Cortez, Frances & Herman | 2:12-cv-00594 |
| Stone, Maria C. & Mark A. | 2:12-cv-00652 |
| Ruebel, Ana | 2:12-cv-00663 |
| Stout, Teresa D. & Ricky J. | 2:12-cv-00669 |
| Stevens, Lisa & Henry | 2:12-cv-00679 |
| Grabowski, Louise | 2:12-cv-00683 |
| Daniell, Karen & Thomas | 2:12-cv-00736 |
| Harter, Beth & Stuart | 2:12-cv-00737 |
| Scholl, Sheri & Gary | 2:12-cv-00738 |
| Van Rensburg, Jennifer D. & Willem | 2:12-cv-00749 |
| Woolsey, Dee & Michael | 2:12-cv-00756 |
| Bridges, Barbara Jane & Keith | 2:12-cv-00757 |
| Matott, Diane & Robert | 2:12-cv-00759 |
| Durham, Lois & Gerald | 2:12-cv-00760 |

| | |
|---|---|
| Vignos-Ware, Barbara J. & Gary L. | 2:12-cv-00761 |
| Jones, Janet | 2:12-cv-00762 |
| Garnto, Kimberly | 2:12-cv-00766 |
| Burnham, Kimberly T. | 2:12-cv-00769 |
| Minniefield, Harmony | 2:12-cv-00772 |
| Patterson, Tina & Keith | 2:12-cv-00773 |
| McBrayer, Dee & Timothy | 2:12-cv-00779 |
| Hagans, Wendy | 2:12-cv-00783 |
| Morrison, Angela & Bradley | 2:12-cv-00800 |
| Sweeney, Mary Lee & Melvin | 2:12-cv-00807 |
| Zoltowski, Donna & Mark | 2:12-cv-00811 |
| Stubblefield, Margaret | 2:12-cv-00842 |
| Raines, Alma P. & Robert E. | 2:12-cv-00846 |
| Ballard, Ramona & Larry | 2:12-cv-00854 |
| Massicot, Barbara | 2:12-cv-00856 |
| Smith, Janet & Randy | 2:12-cv-00861 |
| Nolan, Edith | 2:12-cv-00864 |
| Rock, Victoria | 2:12-cv-00867 |
| Walker, Shirley & Roosevelt | 2:12-cv-00873 |
| Holzerland, Mary & Darin | 2:12-cv-00875 |
| Hoy, Lois & Robert | 2:12-cv-00876 |
| Massey, Donna & Charles | 2:12-cv-00880 |
| Wroble, Julie & Jerry | 2:12-cv-00883 |
| Bruhn, Judith & James | 2:12-cv-00888 |
| Barker, Daphne & Gary | 2:12-cv-00899 |
| Atemnkeng, Natasha & Peter | 2:12-cv-00923 |
| Collins, Fran Denise | 2:12-cv-00931 |
| Justus, Joyce | 2:12-cv-00956 |
| Funderburke, Betty | 2:12-cv-00957 |
| Blake, Bonnie & Larry Miketey | 2:12-cv-00995 |
| Ruiz, Patricia | 2:12-cv-01021 |
| Burkhart, Denise | 2:12-cv-01023 |
| Babcock, Marty | 2:12-cv-01052 |
| Schnering, Debra A. & Donald, Sr. | 2:12-cv-01071 |
| Wheeler, Rebecca & David | 2:12-cv-01088 |
| Wright, Thelma | 2:12-cv-01090 |
| Rhynehart, Penny | 2:12-cv-01119 |
| Guinn, Susan | 2:12-cv-01121 |
| Daino, Constance & Anthony | 2:12-cv-01145 |
| Freitas, Monica & Kenneth | 2:12-cv-01146 |
| Sacchetti, Denise | 2:12-cv-01148 |
| Smith, Cindy | 2:12-cv-01149 |

| | |
|---|---|
| Warmack, Roberta & Thomas | 2:12-cv-01150 |
| Waynick, Laura & David | 2:12-cv-01151 |
| Phelps, Patti Ann & James | 2:12-cv-01171 |
| Pangborn, Stacey | 2:12-cv-01198 |
| Thompson, Lisa & Roger | 2:12-cv-01199 |
| Adams, Joan | 2:12-cv-01203 |
| Holmes, Jeanie & Michael | 2:12-cv-01206 |
| Wiltgen, Christine & Mark S. | 2:12-cv-01216 |
| Evans, Ida Deanne | 2:12-cv-01225 |
| Colonna, Janice | 2:12-cv-01274 |
| Long, Heather | 2:12-cv-01275 |
| Nix, Cynthia | 2:12-cv-01278 |
| Bertoni, Helen M. & Richard Edward | 2:12-cv-01279 |
| Simpson, Mary Jean & Greg Allen | 2:12-cv-01285 |
| Herrera-Nevarez, Rocio | 2:12-cv-01294 |
| Lager, Kimberly Diane | 2:12-cv-01305 |
| Ridgley, Melissa & Eric | 2:12-cv-01311 |