# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                        MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-D and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute their actions against them.

Respectfully:

/s/ Barbara Binis_____              /s/ Erik W. Legg
Barbara Binis                           Erik W. Legg
REED SMITH                              FARRELL WHITE & LEGG
Three Logan Square, Suite 3100          P. O. Box 6457
1717 Arch Street                        Huntington, WV 25772-6457
Philadelphia, PA 19103                  304.522.9100 (phone)
215.851.8100 (phone)                    304.522.9162 (fax)
215.851.1420 (fax)                      EWL@farrell3.com
bbinis@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Seth S. Webb
Seth S. Webb
BROWN & CROUPPEN
Suite 1600
211 North Broadway
St. Louis, MO 63102
314.421.0216 (phone)
314.421.4061 (fax)
sethw@getbc.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Elizabeth L. Dudley
Elizabeth L. Dudley
THE DUDLEY LAW FIRM
Suite A
23438 SW Pilot Point Road
Douglass, KS 67039
316.746.3969 (phone)
316.746.3922 (fax)
Liz@LizDudleyLaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Tony W. Edwards
Tony W. Edwards
EDWARDS LAW FIRM
Suite 1
321 South Third
McAlester, OK 74501
800.304.9246 (phone)
918.302.3701 (fax)
tedwards@edwardslawok.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Lee B. Balefsky
Lee B. Balefsky
KLINE & SPECTER
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
215.772.1000 (phone)
215.735.0960 (fax)
Lee.Balefsky@Klinespecter.com
*Attorney for Plaintiffs on Exhibit D*

Dated: January 22, 2016

**EXHIBIT A – BROWN & CROUPPEN, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10154 | Sharon Heitkamp v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – THE DUDLEY LAW FIRM, LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-06671 | Loralyn Warren, Robert Warren v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – EDWARDS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-02348 | Connie Damberger, Michael Damberger v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – KLINE & SPECTER, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-30196 | Rosemary Lopez v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## CERTIFICATE OF SERVICE

  I hereby certify that on January 22, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                    */s/ Barbara R. Binis*
                    Barbara R. Binis