# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 1854], is a Joint Motion to Dismiss

Defendant American Medical Systems, Inc. With Prejudice filed by plaintiffs, identified on the

attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from

these actions with prejudice because all claims between them have been compromised and settled,

including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain

in these actions and plaintiffs will continue to prosecute these actions against them.  After careful

consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is

**GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the

individual cases listed on the attached Exhibit A.

ENTER: January 26, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – CLARK, LOVE & HUTSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-06342 | Rosalind Breaux, Daniel Breaux v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-cv-09390 | Patsy McCann-Devivo, Paul Devivo v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-cv-09407 | Artie Marcum v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-02893 | Leslie M. Williams v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-01134 | Toni K. Fontaine v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-02131 | Elizabeth Ramos v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-02234 | Jacqueline A. Sharp v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-06684 | Janice A. Sheehan, Robert J. Sheehan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-06688 | Michelle Zepeda v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-08065 | Desiree DeVille v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-08069 | Marian S. Rader v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-08577 | Rebecca F. Alexander v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-08601 | Georgerie A. Stackhouse v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-09597 | Judith Joy Raddigan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |