APPROVED and SO ORDERED.
ENTER: 2314814238

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS          MDL No. 2325
LIABILITY LITIGATION                    Honorable Joseph R. Goodwin

-----------------------------------------------------------------------------------------------------------------

Jose Guerra
Maria F. Guerra

                      **Plaintiff(s),**

v.                                      CASE NO. 2:14-cv-14091

Ethicon, Inc.
Johnson & Johnson
American Medical Systems, Inc.

                      **Defendant(s).**

### AMENDED MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2325, In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation, to: MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2325 against American Medical Systems, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that included American Medical Systems, Inc. and the following parties from MDL 2327: Ethicon, Inc. and Johnson & Johnson.

Therefore, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2325 to 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL 2327.

        s/Jacob A. Flint
        Jacob A. Flint, IL Bar No. 6299777
        Flint Law Firm, LLC
        112 Magnolia Dr.
        Glen Carbon, IL 62034
        Phone: 618-205-2017
        Fax: 618-288-2864
        jflint@flintfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

        s/Jacob A. Flint
        Jacob A. Flint, IL Bar No. 6299777
        Flint Law Firm, LLC
        112 Magnolia Dr.
        Glen Carbon, IL 62034
        Phone: 618-205-2017
        Fax: 618-288-2864
        jflint@flintfirm.com