# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | |
| **2:12-md-02327** | |
| 2:13-cv-32920 (Clavesilla) | |
| 2:13-cv-32948 (Miller) | |
| 2:13-cv-32974 (Moses) | |
| 2:14-cv-00583 (Ruiz) | |
| 2:15-cv-13966 (Barnes) | |
| 2:15-cv-13972 (Putnam) | |
| 2:15-cv-13982 (Breeden) | |
| 2:15-cv-13984 (Berry) | |
| 2:15-cv-13988 (Coovert) | |
| 2:15-cv-13990 (Dagon) | **MDL No. 2327** |
| 2:15-cv-14003 (Bradley-Lerma) | |
| 2:15-cv-14015 (Buell) | **REQUEST FOR APPROVAL OF** |
| 2:15-cv-14021 (Edwards) | **SUBSTITUTION OR** |
| 2:15-cv-14022 (Dillinger) | **WITHDRAWAL OF COUNSEL** |
| 2:15-cv-14024 (Gibbs) | |
| 2:15-cv-14027 (Guase) | |
| 2:15-cv-14028 (Hewlett) | |
| 2:15-cv-14032 (Huffman) | |
| 2:15-cv-14034 (Cunningham) | |
| 2:15-cv-14035 (Duley) | |
| 2:15-cv-14039 (Krum) | |
| 2:15-cv-14040 (Davis) | |
| 2:15-cv-14041 (Masters) | |
| 2:15-cv-14045 (Fesler) | |
| 2:15-cv-14046 (McCaskell) | |
| 2:15-cv-14047 (Mileusnic) | |
| 2:15-cv-14048 (Gaunt) | |
| 2:15-cv-14049 (Moxley) | |
| 2:15-cv-14050 (Murphy) | |
| 2:15-cv-14051 (Newman) | |

| | |
|---|---|
| **2:15-cv-14053** | **(Omerovic)** |
| **2:15-cv-14054** | **(Pearson)** |
| **2:15-cv-14057** | **(Peltier)** |
| **2:15-cv-14059** | **(Piotrowski)** |
| **2:15-cv-14060** | **(Goodman)** |
| **2:15-cv-14061** | **(Reavis)** |
| **2:15-cv-14062** | **(Roberts)** |
| **2:15-cv-14064** | **(Hamann)** |
| **2:15-cv-14067** | **(Schuricht)** |
| **2:15-cv-14079** | **(Stewart)** |
| **2:15-cv-14082** | **(Tinkham)** |
| **2:15-cv-14083** | **(Walton)** |
| **2:15-cv-14084** | **(Hird)** |
| **2:15-cv-14085** | **(Wick)** |
| **2:15-cv-14088** | **(Katuin)** |
| **2:15-cv-14092** | **(Kotzen)** |
| **2:15-cv-14094** | **(Loughman)** |
| **2:15-cv-14099** | **(May)** |
| **2:15-cv-14111** | **(McMillan)** |
| **2:15-cv-14113** | **(Miller)** |
| **2:15-cv-14117** | **(Muller)** |
| **2:15-cv-14119** | **(Naquin)** |
| **2:15-cv-14120** | **(Nunes)** |
| **2:15-cv-14121** | **(Parnell)** |
| **2:15-cv-14122** | **(Piazza)** |
| **2:15-cv-14128** | **(Peele)** |
| **2:15-cv-14129** | **(Quiambao)** |
| **2:15-cv-14131** | **(Renucci)** |
| **2:15-cv-14133** | **(Schuler)** |
| **2:15-cv-14136** | **(Spangler)** |
| **2:15-cv-14137** | **(Stewart)** |
| **2:15-cv-14138** | **(Vokaty** |
| **2:15-cv-14139** | **(West)** |
| **2:15-cv-16022** | **(Skelton)** |
| **2:15-cv-16034** | **(Robinson)** |
| **2:15-cv-16072** | **(Carmona)** |
| **2:15-cv-16128** | **(Buchanan)** |

TO THE COURT, PARTIES AND THEIR ATTORNEY(S) OF RECORDS:

PLEASE TAKE NOTICE that GIRARDI | KEESE, whose address is 1126 Wilshire Blvd., Los Angeles, California 90017, hereby withdraws from representing all plaintiffs, as listed on this caption, associated with Lead Case No.: 2:12-md-02327 in the above-referenced causes of action. Please remove Girardi | Keese, Thomas V. Girardi and Amy Fisch Solomon from all pleadings, records, certificates of service, certificates of conference and other mailings in these causes of action.

Plaintiffs continue to be represented by Kiesel Law, LLP, 8648 Wilshire Blvd, Beverly Hills, CA 90211; Arnold & Itkin, LLP, 6009 Memorial Dr, Houston, Texas, 77007, (713)222-3800 and The Mostyn Law Firm, 3810 West Alabama Street, Houston, Texas, 77027, (713)861-6616 and will suffer no prejudice from this withdrawal.

DATED: January 27, 2016      GIRARDI | KEESE

By: _____
AMY FISCH SOLOMON
Attorneys for