# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | |
| 2:12-md-02327 | |
| 2:13-cv-32920    (Clavesilla) | |
| 2:13-cv-32948    (Miller) | |
| 2:13-cv-32974    (Moses) | |
| 2:14-cv-00583    (Ruiz) | |
| 2:15-cv-13966    (Barnes) | |
| 2:15-cv-13972    (Putnam) | |
| 2:15-cv-13982    (Breeden) | |
| 2:15-cv-13984    (Berry) | |
| 2:15-cv-13988    (Coovert) | |
| 2:15-cv-13990    (Dagon) | **MDL No. 2327** |
| 2:15-cv-14003    (Bradley-Lerma) | |
| 2:15-cv-14015    (Buell) | **[PROPOSED] ORDER GRANTING** |
| 2:15-cv-14021    (Edwards) | **REQUEST FOR APPROVAL OF** |
| 2:15-cv-14022    (Dillinger) | **SUBSTITUTION OR** |
| 2:15-cv-14024    (Gibbs) | **WITHDRAWAL OF COUNSEL** |
| 2:15-cv-14027    (Guase) | |
| 2:15-cv-14028    (Hewlett) | |
| 2:15-cv-14032    (Huffman) | |
| 2:15-cv-14034    (Cunningham) | |
| 2:15-cv-14035    (Duley) | |
| 2:15-cv-14039    (Krum) | |
| 2:15-cv-14040    (Davis) | |
| 2:15-cv-14041    (Masters) | |
| 2:15-cv-14045    (Fesler) | |
| 2:15-cv-14046    (McCaskell) | |
| 2:15-cv-14047    (Mileusnic) | |
| 2:15-cv-14048    (Gaunt) | |
| 2:15-cv-14049    (Moxley) | |
| 2:15-cv-14050    (Murphy) | |
| 2:15-cv-14051    (Newman) | |

1

| | |
|---|---|
| **2:15-cv-14053** | **(Omerovic)** |
| **2:15-cv-14054** | **(Pearson)** |
| **2:15-cv-14057** | **(Peltier)** |
| **2:15-cv-14059** | **(Piotrowski)** |
| **2:15-cv-14060** | **(Goodman)** |
| **2:15-cv-14061** | **(Reavis)** |
| **2:15-cv-14062** | **(Roberts)** |
| **2:15-cv-14064** | **(Hamann)** |
| **2:15-cv-14067** | **(Schuricht)** |
| **2:15-cv-14079** | **(Stewart)** |
| **2:15-cv-14082** | **(Tinkham)** |
| **2:15-cv-14083** | **(Walton)** |
| **2:15-cv-14084** | **(Hird)** |
| **2:15-cv-14085** | **(Wick)** |
| **2:15-cv-14088** | **(Katuin)** |
| **2:15-cv-14092** | **(Kotzen)** |
| **2:15-cv-14094** | **(Loughman)** |
| **2:15-cv-14099** | **(May)** |
| **2:15-cv-14111** | **(McMillan)** |
| **2:15-cv-14113** | **(Miller)** |
| **2:15-cv-14117** | **(Muller)** |
| **2:15-cv-14119** | **(Naquin)** |
| **2:15-cv-14120** | **(Nunes)** |
| **2:15-cv-14121** | **(Parnell)** |
| **2:15-cv-14122** | **(Piazza)** |
| **2:15-cv-14128** | **(Peele)** |
| **2:15-cv-14129** | **(Quiambao)** |
| **2:15-cv-14131** | **(Renucci)** |
| **2:15-cv-14133** | **(Schuler)** |
| **2:15-cv-14136** | **(Spangler)** |
| **2:15-cv-14137** | **(Stewart)** |
| **2:15-cv-14138** | **(Vokaty** |
| **2:15-cv-14139** | **(West)** |
| **2:15-cv-16022** | **(Skelton)** |
| **2:15-cv-16034** | **(Robinson)** |
| **2:15-cv-16072** | **(Carmona)** |
| **2:15-cv-16128** | **(Buchanan) )** |

**THE COURT HEREBY ORDERS THAT THE REQUEST OF:**

All plaintiffs, as listed on this caption, associated with Lead Case No.: 2:12-md-02327, hereby substitute Helen E. Zukin (SBN:117933), Paul Robert Kiesel (SBN: 119854) and Kiesel Law LLP, 8648 Wilshire Blvd Beverly Hills, CA 90211, (310) 854-4444, as retained local counsel and attorney of record instead of Thomas V. Girardi, SBN: 36603 and Amy Fisch Solomon.

is hereby        ☐ **GRANTED**        ☐ **DENIED**


Dated _____        _____
                             JOSEPH R. GOODWIN
                             UNITED STATES DISTRICT JUDGE