IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                              MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Substitution and Withdrawal of Counsel filed on December 22, 2015 [ECF No. 1827]. In the motion, counsel request that in the main MDL and each member case in MDL No. 2327 in which attorney Kyla G. Cole of Waters & Kraus, LLP appears she be withdrawn as counsel, and attorney Leslie C. MacLean of Waters & Kraus, LLP be substituted as counsel.

It is **ORDERED** that the Motion for Substitution and Withdrawal of Counsel is **GRANTED.**

The Clerk is **DIRECTED** to terminate Kyla G. Cole as counsel for plaintiffs and to substitute Leslie C. MacLean as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Kyla G. Cole is associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 28, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE