IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                              MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

    Pending before the court is an Amended Motion for Change of Address, filed on December 15, 2015 [ECF No. 1816] and a Motion for Change of Address, filed on November 10, 2015 [ECF No. 1765]. In the motion, counsel requests that in the main MDL and each individual member case in which Doyle Lowther LLP is associated the firm address be updated as set forth in the motion. Counsel has stated that this motion applies to attorneys William J. Doyle II, John Lowther, and Chris W. Cantrell. The email address for Doyle Lowther LLP attorneys remain unchanged.

    It is **ORDERED** that the Amended Motion for Change of Address [ECF No. 1816] is **GRANTED** and the Motion for Change of Address [ECF No. 1765] is **DENIED as moot**.

    The Clerk is **DIRECTED** to update William J. Doyle II, John Lowther, and Chris W. Cantrell's information, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which said attorneys are associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

                                                ENTER: January 29, 2016

                                                _____
                                                JOSEPH R. GOODWIN
                                                UNITED STATES DISTRICT JUDGE