IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                    MDL NO. 2327
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is an Amended Motion for Change of Firm Name and Firm Address, filed on December 17, 2015 [docket # 1821] and a Motion for Change of Firm Name and Firm Address, filed on December 16, 2015 [docket # 1819].  In the amended motion, counsel requests that in the main MDL and each individual case in which Rita Maimbourg, Jennifer Steinmetz and Erica James of Tucker Ellis LLP are associated, the firm name and address be updated as set forth in the amended motion.  The amended motion states email addresses and telephone numbers remain unchanged.

It is **ORDERED** that the Amended Motion for Change of Firm Name and Firm Address [docket # 1821] is **GRANTED** and the Motion for Change of Firm Name and Firm Address [docket # 1819] is **DENIED** as moot.

The Clerk is **DIRECTED** to update the firm name and address for Rita Maimbourg, Jennifer Steinmetz and Erica James, as set forth in the amended motion, both on the main master docket and for each individual member case in MDL 2327 with which said attorneys are associated.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  January 29, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE