# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| *In Re Ethicon Inc.* | : | |
| *Pelvic Repair System Products Liability Litigation* | : | MDL No. 2327 |
| | : | |
| This Document Relates to: | : | |
| *ALL CASES LISTED ON EXHIBIT A* | : | |

## MOTION TO SUBSTIUTE COUNSEL

Plaintiffs in each of the actions listed on Exhibit A, attached hereto, hereby move this Honorable Court to substitute counsel as follows:

1. Withdraw the appearance of Stephen A. Corr, Esquire and John A. Corr, Esquire as counsel of record in each of the actions listed on Exhibit A.

2. Enter the appearance of Martin P. Schrama, Esquire and Stefanie Colella-Walsh, Esquire as counsel for each plaintiff in each action listed on Exhibit A.

| | |
|---|---|
| */s    Stephen A. Corr* | */s    Martin P. Schrama* |
| Stephen A. Corr | Martin P. Schrama |
| John A. Corr | Stefanie Colella-Walsh |
| Stark & Stark, P.C. | Stark & Stark, P.C. |
| 777 Township Line Road | 993 Lenox Drive |
| Suite 120 | Building 2 |
| Yardley, PA  19067 | Lawrenceville, NJ  08648 |
| Tel:  (267) 907-9600 | Tel:  (609) 896-9060 |
| scorr@stark-stark.com | mschrama@stark-stark.com |
| jcorr@stark-stark.com | scolella-walsh@stark-stark.com |

**SO ORDERED**

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Stephen A. Corr, Esquire, hereby certify that on February 3, 2016 the foregoing Motion to Substitute Counsel was filed using the court's CM/ECF system and that a copy of the document was served upon all parties in interest through the ECF system.

>     /s/      *Stephen A. Corr*
> Stephen A. Corr, Esquire
> Stark & Stark, P.C.
> 777 Township Line Road, Suite 120
> Yardley, PA  19067
> (267) 907-9600
> scorr@stark-stark.com