**EXHIBIT A**

| | | | |
|---|---|---|---|
| 2:15-cv-01722 | Small | v. | Ethicon, Inc. et al |
| 2:15-cv-02111 | Olson | v. | Ethicon, Inc. et al |
| 2:15-cv-02112 | Renter | v. | Ethicon, Inc. et al |
| 2:15-cv-02113 | Thompson | v. | Ethicon, Inc. et al |
| 2:15-cv-02511 | Baldwin | v. | Ethicon, Inc. et al |
| 2:15-cv-02867 | Schrimsher | v. | Ethicon, Inc. et al |
| 2:15-cv-04629 | Burley | v. | Ethicon, Inc. et al |
| 2:15-cv-05019 | Fahnestock | v. | Ethicon, Inc. et al |
| 2:15-cv-05304 | Gugino | v. | Ethicon, Inc. et al |
| 2:15-cv-05412 | Maksymiw | v. | Ethicon, Inc. et al |
| 2:15-cv-05530 | Henriques | v. | Ethicon, Inc. et al |
| 2:15-cv-06456 | Crouch | v. | Ethicon, Inc. et al |
| 2:15-cv-06867 | Pettey | v. | Ethicon, Inc. et al |
| 2:15-cv-06933 | Preston | v. | Ethicon, Inc. et al |
| 2:15-cv-07753 | Keating | v. | Ethicon, Inc. et al |
| 2:15-cv-12004 | Serna | v. | Ethicon, Inc. et al |
| 2:15-cv-12817 | Whitehurst | v. | Ethicon, Inc. et al |
| 2:15-cv-12946 | Rodriquez | v. | Ethicon, Inc. et al |
| 2:15-cv-14573 | Antonson | v. | Ethicon, Inc. et al |