IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION FOR CHANGE OF ATTORNEY INFORMATION

Please take Notice, that the undersigned respectfully moves this Court for entry of an Order updating the firm contact information in MDL No. 2327 and each individual case in which the attorney Mark A. Milstein is associated. In support of the motion, said attorney states the following:

1. The firm's updated information, including name and email addresses, is as follows:

    Milstein Adelman LLP
    10250 Constellation Blvd, Suite 1400
    Los Angeles, CA 90067
    Tel:  (310)396-9600
    Fax: (310) 396-9635
    Email: www.mmilstein@milsteinadelman.com

Accordingly, the undersigned respectfully requests that the Court enter an Order updating the attorney information for the above listed attorney in MDL No. 2327 and each individual case in which the below named attorney is associated.

This 9th day of February, 2016

                                                  Respectfully submitted,

By: /
                                         s/ Mark A. Milstein, Esq.
                                         Mark A. Milstein
                                         Milstein Adelman
                                         10250 Constellation Blvd, Suite 1400
                                         Los Angeles, CA 90067
                                         Tel:  (310)396-9600
                                         Fax: (310) 396-9635
                                         Email:mmilstein@milsteinadelman.com

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: