IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                           MDL NO. 2327
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL
CASES

## ORDER

Pending before the Court is attorney Mark A. Milstein's Motion for Change of Attorney Information, filed on February 9, 2016.  In the motion counsel requests that in MDL No. 2327 and each case associated with that MDL in which attorney Mark A. Milstein appears, the firm name, email address and address be changed as follows:

>Milstein Adelman LLP
>10250 Constellation Blvd, Suite 1400
>Los Angeles, CA 90067
>Tel:  (310)396-9600
>Fax: (310) 396-9635
>Email: www.mmilstein@milsteinadelman.com

It is ORDERED that the Motion for Change of Attorney Information is GRANTED.  The Clerk is instructed to update the firm's information in MDL No. 2327 and each member case associated with that MDL in which attorney Mark A. Milstein appear. The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

Entered this _____ day of _____, 2016.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE