IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| *In Re Ethicon Inc.* | : | |
| *Pelvic Repair System Products Liability Litigation* | : | MDL No. 2327 |
| | : | |
| This Document Relates to: | : | |
| *ALL CASES* | : | |

## AMENDED MOTION TO SUBSTITUTE COUNSEL

Stephen A. Corr, Esquire and John A. Corr, Esquire, amend their Motion to Substitute Counsel (Docket Doc 1870) and move this Honorable Court to substitute counsel as follows:

1. Substitute the appearance of Martin P. Schrama, Esquire and Stefanie Colella-Walsh, Esquire for the appearance of Stephen A. Corr, Esquire and John A. Corr, Esquire as counsel of record in the main docket for MDL No. 2327 and in each and every related individual action in this MDL in which Stephen A. Corr and John A. Corr have appeared.

| | |
|---|---|
| /s   Stephen A. Corr | /s   Martin P. Schrama |
| Stephen A. Corr | Martin P. Schrama |
| John A. Corr | Stefanie Colella-Walsh |
| Stark & Stark, P.C. | Stark & Stark, P.C. |
| 777 Township Line Road | 993 Lenox Drive |
| Suite 120 | Building 2 |
| Yardley, PA  19067 | Lawrenceville, NJ  08648 |
| Tel:  (267) 907-9600 | Tel:  (609) 896-9060 |
| scorr@stark-stark.com | mschrama@stark-stark.com |
| jcorr@stark-stark.com | scolella-walsh@stark-stark.com |

## **CERTIFICATE OF SERVICE**

      I, Stephen A. Corr, Esquire, hereby certify that on February 10, 2016 the foregoing Amended Motion to Substitute Counsel was filed using the court's CM/ECF system and that a copy of the document was served upon all parties in interest through the ECF system.

                                              /s      *Stephen A. Corr*
                                              Stephen A. Corr, Esquire
                                              Stark & Stark, P.C.
                                              777 Township Line Road, Suite 120
                                              Yardley, PA  19067
                                              (267) 907-9600
                                              scorr@stark-stark.com