IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                                    MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Attorney Information, filed on February 9, 2016 [ECF No. 1875]. In the motion, counsel requests that in the main MDL and each individual case in which counsel Mark A. Milstein appears, the firm's information be updated as set forth in the motion.

It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

The Clerk is **DIRECTED** to update the firm's information, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Mark A. Milstein is associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 16, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE