IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,   MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

Pending before the court is a Motion to Substiute [*sic*] Counsel filed on February 3, 2016 [ECF No. 1870], and an Amended Motion to Substitute Counsel filed on February 11, 2016 [ECF No. 1876]. In the amended motion, counsel request that attorneys Martin P. Schrama and Stefanie Colella-Walsh be substituted as counsel in lieu of Stephen A. Corr and John A. Corr in the main MDL and each member case in MDL No. 2327 with which Stephen A. Corr and John A. Corr appear.

It is **ORDERED** that the Amended Motion to Substitute Counsel [ECF No. 1876] is **GRANTED** and the Motion to Substiute [*sic*] Counsel [ECF No. 1870] is **DENIED as moot**.

The Clerk is **DIRECTED** to terminate Stephen A. Corr and John A. Corr as counsel for plaintiffs and to substitute Martin P. Schrama and Stefanie Colella-Walsh as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Stephen A. Corr and John A. Corr are associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 16, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE