IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR      MDL NO. 2327
SYSTEM PRODUCTS LIABILITY
LITIGATION
----------------------------------------------------------

## MOTION FOR SUBSTITUTION AND WITHDRAWAL AS ATTORNEY

PLEASE TAKE NOTICE that The law firm Girardi | Keese and attorneys Thomas V. Girardi and Amy Fisch Solomon hereby move this court for an order withdrawing **Girardi | Keese and attorneys Thomas V. Girardi and Amy Fisch Solomon** as counsel in the above referenced civil actions related to MDL No. 2327. Girardi | Keese and attorneys Thomas V. Girardi and Amy Fisch Solomon will no longer be appearing on behalf of any of the referenced plaintiffs related to MDL NO.2327.

The Kiesel Law, LLP, 8648 Wilshire Blvd, Beverly Hills, CA 90211; Arnold & Itkin, LLP, 6009 Memorial Dr, Houston, Texas, 77007, (713)222-3800 and The Mostyn Law Firm, 3810 West Alabama Street, Houston, Texas, 77027, (713)861-6616 will remain as counsel in the above referenced member civil actions related to MDL No. 2327, and will suffer no prejudice from this withdrawal.

Counsel respectfully request that the court enter an order in MDL No. 2327, withdrawing Girardi | Keese and attorneys Thomas V. Girardi and Amy Fisch Solomon as counsel for plaintiffs in the above referenced civil actions related to MDL No. 2327.

Respectfully submitted,

By: */s/ Amy Fisch Solomon*
Thomas V. Girardi
Amy Fisch Solomon
Amanda H. Kent
GIRARDI | KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Email: tgirardi@girardikeese.com
Email: asolomon@girardikeese.com
Email: akent@girardikeese.com
(213) 977-0211
(213) 481-1554 Facsimile

## Certificate of Service

I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Amy Fisch Solomon*
Amy Fisch Solomon     CA Bar #140333
GIRARDI | KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Email: asolomon@girardikeese.com
(213) 977-0211
(213) 481-1554 Facsimile