IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE C.R. BARD, INC.,** PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **MDL NO. 2187** |
| **IN RE AMERICAN MEDICAL SYSTEMS,** PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **MDL NO. 2325** |
| **IN RE BOSTON SCIENTIFIC CORP.,** PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **MDL NO. 2326** |
| **IN RE ETHICON, INC.,** PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **MDL NO. 2327** |
| **IN RE COLOPLAST CORP.,** PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **MDL NO. 2387** |
| **IN RE COOK MEDICAL, INC.,** PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **MDL NO. 2440** |
| **IN RE NEOMEDIC, INC.,** PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **MDL NO. 2511** |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**</u>

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that Fleming, Nolen & Jez, ("FNJ"), by and through its undersigned counsel, respectfully moved this Court for entry of an order withdrawing **Karen Beyea-Schroeder, the current counsel for clients in the above referenced matter, and**

**substituting Karen Beyea-Schroeder with Attorneys Rand P. Nolen and G. Sean Jez as Counsel** in MDL Nos. 2187, 2325, 2326, 2327, 2387, 2440 and 2511 in the main MDL and for every member case associated with these MDLs.

Accordingly, FNJ respectfully requests that the Court enter an order withdrawing Karen Beyea-Schroeder as counsel and substituting Rand P. Nolen and G. Sean Jez as Counsel, as well as updating each member case in which any of the named attorneys have been associated in MDL Nos. 2187, 2325, 2326, 2327, 2387, 2440 and 2511 in the main MDL and for every member case associated with these MDLs.

/s/ Karen H. Beyea-Schroeder
Karen Beyea-Schroeder
(TX Bar No. 24054324)
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel:  713-621-7944
Fax: 713-621-9638
karen_beyea-schroeder@fleming-law.com

AND

/s/ Rand P. Nolen
Rand P. Nolen (TX Bar No. 00788126)
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel:  713-621-7944
Fax: 713-621-9638
rand_nolen@fleming-law.com

AND

/s/ G. Sean Jez
G. Sean Jez (TX Bar No. 00796829)
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel:  713-621-7944
Fax: 713-621-9638
Sean_jez@fleming-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 19, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

            Respectfully submitted,

            FLEMING NOLEN & JEZ, L.L.P.

            /s/Karen Beyea-Schroeder
            Karen Beyea-Schroeder