IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR     MDL NO. 2327
SYSTEM PRODUCTS LIABILITY
LITIGATION
-----------------------------------------------------------

This Document Relates to All Cases

## AMENDED MOTION TO WITHDRAWAL AS ATTORNEY

PLEASE TAKE NOTICE that the undersigned attorneys for plaintiffs hereby move this court for entry of Order withdrawing their firm name and attorneys names as plaintiffs' counsel in MDL NO. 2327, and each individual member case in which Girardi | Keese and attorneys Thomas V. Girardi and Amy Fisch Solomon are associated with.

Accordingly, it is respectfully requested that the Court enter an Order withdrawing which Girardi | Keese and attorneys Thomas V. Girardi and Amy Fisch Solomon as plaintiffs' counsel in MDL 2327 and in each individual member case in which they are associated with.

Respectfully submitted,

By: */s/ Amy Fisch Solomon*
Thomas V. Girardi
Amy Fisch Solomon
GIRARDI | KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Email: tgirardi@girardikeese.com
Email: asolomon@girardikeese.com
(213) 977-0211
(213) 481-1554 Facsimile

## Certificate of Service

I hereby certify that on February 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Amy Fisch Solomon*
Amy Fisch Solomon     CA Bar #140333
GIRARDI | KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Email: asolomon@girardikeese.com
(213) 977-0211
(213) 481-1554 Facsimile