# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                       MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Gregory, et al. v. Ethicon, Inc., et al.*          Civil Action No. 2:12-cv-00380

## ORDER

    Pending is a Motion to Transfer MDL filed on October 19, 2015 [ECF No. 55]. In the motion, plaintiffs' request that because Ethicon, Inc., or another defendant named in the Master Complaint, is no longer a named defendant in this member case, this case be transferred from MDL 2327 to MDL 2326. On August 19, 2015, this case was selected as an Ethicon Wave 1 case. On December 10, 2015, plaintiffs filed an Amended Short Form Complaint that no longer includes the Ethicon defendants but instead alleges claims against Boston Scientific Corporation and a Boston Scientific product [ECF No. 60]. Therefore, this case no longer meets the criteria to remain as an Ethicon Wave 1 case.

    It is **ORDERED** that the Motion to Transfer MDL is **GRANTED**, that this case be removed from Ethicon Wave 1, and Pretrial Order ##s 192, 193, 195, 196, 205 and 214 [docket ##s 45, 46, 50, 53, 58 and 61 respectively] are **VACATED.**

    The Clerk is **DIRECTED** to remove the Wave 1 flag on the docket sheet, disassociate this civil action as a member case in MDL 2327, and re-associate it with MDL 2326. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER: February 22, 2016

                    _____
                    JOSEPH R. GOODWIN
                    UNITED STATES DISTRICT JUDGE