IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:   ETHICON, INC.,                                                                  MDL NO. 2327
          PELVIC REPAIR SYSTEM
          PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

Pending before the court is a Motion for Substitution and Withdrawal of Counsel filed on February 19, 2015 [ECF No. 1883]. In the motion, counsel request that in the main MDL and each member case in MDL No. 2327 in which attorney Karen Beyea-Schroeder appears she be withdrawn as counsel, and attorneys Rand P. Nolen and G. Sean Jez of Fleming, Nolen & Jez, L. L. P. be substituted as counsel.

It is **ORDERED** that the Motion for Substitution and Withdrawal of Counsel is **GRANTED.**

The Clerk is **DIRECTED** to terminate Karen Beyea-Schroeder as counsel for plaintiffs and to substitute Rand P. Nolen and G. Sean Jez as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Karen Beyea-Schroeder is associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 29, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE