### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**IN RE: ETHICON, INC.,**
**PELVIC REPAIR SYSTEMS**
**PRODUCT LIABILITY LITIGATION MDL No. 2327**
----------------------------------------------------------------

### Memorandum of Law in Support of
### Plaintiffs' Motion to Transfer

Plaintiffs, listed in Exhibit "A" attached hereto, are represented by Kline & Specter, P.C. and hereby respectfully request that their cases be transferred to the District Court for the Eastern District of Pennsylvania (hereinafter "E.D.Pa.") for all further proceedings and trial.

#### A.  Background and Procedural History

Plaintiffs, who have been implanted with pelvic mesh products manufactured and sold by Defendant Ethicon, Inc., Ethicon LLC and/or Johnson & Johnson (hereinafter collectively "Ethicon")  have either filed their cases directly in to MDL No. 2327 or have been transferred to MDL No. 2326 pursuant to Conditional Transfer Order from the E.D.Pa.  In their Short Form Complaints, Plaintiffs have indicated that the E.D.Pa. is the District Court and Division in which venue would be proper absent direct filing.

Generic discovery is substantially completed. Given the large backlog of cases, and their delay in resolution, Plaintiffs respectfully request that their cases be transferred to the E.D.Pa. for trial.  Despite several months of negotiations with counsel for Ethicon, the parties have been unable to settle Kline & Specter, P.C.'s inventory.  In addition, Kline & Specter, P.C. has recently tried to verdict two (2) cases in The Philadelphia Court of Common Pleas demonstrating our firms' ability to handle the demands of transfer back to the District Court.

#### B.  Legal Argument

Pretrial Order #12, entered on August 22, 2012, pertains to Master and Short Form Complaint, Master Responsive Pleadings and Direct Filing.   (*See* Exhibit "B.")   It was entered, "[T]o eliminate the delays associated with the transfer of cases filed in or removed from other federal district courts to this court as part of MDL No. 2327, to promote efficiency and to accommodate plaintiffs who wish to bring claims against defendants in more than one pelvic repair system MDL . . . ."

As stated above, some of Plaintiffs' cases were filed directly in to MDL 2327 and some were transferred to MDL 2326 from the E.D.Pa.   For all of the cases, Short Form Complaints have designated the E.D.Pa  as the District Court and Division in which venue would be proper absent direct filing.   Per 28 U.S.C. §1391(b)(1) and (d), venue is proper as to Ethicon since those companies have sufficient contacts to subject them to personal jurisdiction in the district.

Pretrial Order #12 contains specific instructions as to cases filed directly in to MDL 2327 and cases transferred in.   For cases filed directly in, Pretrial Order #12 makes clear that this MDL is solely for purposes of consolidated discovery and related pretrial proceedings.

> (B)(4) This court shall not be deemed to be the "transferor court" simply by virtue of the action having been directly filed into MDL No. 2327.  The direct filing of actions in MDL No. 2327 in the Southern District of West Virginia is solely for the purposes of consolidated discovery and related pretrial proceedings as provided by 28 U.S.C. §1407 and, the parties submit to this court's personal jurisdiction and venue in the Southern District for those purposes only.   Upon completion of all pretrial proceedings applicable to a case directly filed in the Southern District, the defendants do not intend to waive their rights to transfer any case in this MDL to a court of proper venue under 28 U.S.C. §1406(a).  At the conclusion of all pretrial proceedings, the court, pursuant to 28 U.S.C. §1404(a), will transfer each case filed directly in the Southern District to a federal district court of proper venue as defined in 28 U.S.C. §1391, based on the recommendations of the parties to that case, or on its own determination after briefing from the parties if they cannot agree. . . .

(Pretrial Order #12, at (B) (4).))

Regarding cases transferred to MDL 2326 by Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation (hereinafter "MDL Panel"), Pretrial Order #12 provides as follows:

> Upon completion of the pretrial proceedings relating to a civil action as determined by this court, civil actions in this MDL which were transferred to this court by the MDL Panel shall be transferred fort further proceedings to the District Court from which such action was transferred to this MDL.

(Pretrial Order #12, at (C)(2).)

## C. Conclusion

Pretrial proceedings are substantially complete.   Plaintiffs' cases are not scheduled for trial in this MDL.[1]   Given the large case inventory and the unlikelihood of a prompt adjudication of their claims, Plaintiffs respectfully suggest that transfer is proper at this time and request that their cases be transferred to the E.D.Pa for all further proceedings and trial.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant this motion and transfer all cases listed in Exhibit "A" to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

By: _____

Shanin Specter, Esquire
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000

*Counsel for Plaintiffs*

Dated:  March 1, 2016

---

[1] Kline & Specter, P.C. as filed a Motion to Reconsider the Courts denial of our Motion to Withdraw as Counsel in the case of Bellito-Stanford v Ethicon CA  2:12-cv-01124

Exhibit "A"

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Abbott, Barbara Ann | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00352 |
| 2 | Abt, Angela | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04375 |
| 3 | Acuff, Barbara | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-29175 |
| 4 | Adams, Angela | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28547 |
| 5 | Ahner, Jacqueline | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-09790 |
| 6 | Albertsen, Mona | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22566 |
| 7 | Alpha, Sheila | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08107 |
| 8 | Altman, Victoria | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-cv-13299 |
| 9 | Anderson, Sharyne Sue | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11910 |
| 10 | Andrews, Teresa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07112 |
| 11 | Andryscik, Karen | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22681 |
| 12 | Armontrout, Sarah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-31257 |
| 13 | Auer, Rebecca | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22682 |
| 14 | Austin, Dana | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22683 |
| 15 | Baca, Deborah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-28542 |
| 16 | Bagner, Mable | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-00930 |
| 17 | Bailey, Nancy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07095 |
| 18 | Balura, Cathy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-07854 |
| 19 | Barber, Leann | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-12749 |
| 20 | Barnes, Hazel | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13306 |
| 21 | Barnett, Rhonda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22684 |
| 22 | Barney, Brenda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-09184 |
| 23 | Bayer, Carol | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28503 |
| 24 | Beadle, Maude | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00517 |
| 25 | Bell, Janet | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04360 |
| 26 | Belser, Jaime | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03032 |
| 27 | Benton, Monica | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-11912 |
| 28 | Bernard, Elva | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-02932 |
| 29 | Binks, Tammy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-09785 |
| 30 | Blake, Kathy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-08687 |
| 31 | Blanchard, Sharon | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04399 |
| 32 | Block, Jan | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00495 |
| 33 | Bloomfield, Vera | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25040 |
| 34 | Boulette, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07247 |
| 35 | Bourque, Marilyn | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13661 |
| 36 | Boyd, Ginger | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-08312 |
| 37 | Brandon, Veronica | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-27464 |
| 38 | Brewton-Smith, Regina Y. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22776 |
| 39 | Brindle, Sherry | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05939 |
| 40 | Brooks, Cindy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22692 |
| 41 | Brough, Kimberly | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-00905 |
| 42 | Brown, Charlotte | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05837 |
| 43 | Brown, Joan A. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11659 |
| 44 | Brown, Kenyetta | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-23270 |
| 45 | Brown, Loretta | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07520 |
| 46 | Bucci, Maryann | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:16-00022 |

| | A | B | C | D |
|---|---|---|---|---|
| 47 | Burlingame, Emily M. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07252 |
| 48 | Cagle, Terrill | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01768 |
| 49 | Caldera, Rosa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-10649 |
| 50 | Campbell, Candy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-08262 |
| 51 | Campbell, Joan | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28490 |
| 52 | Campbell, Kristina | West Virginia Southern District U.S.D.C. | Ethicon | No. 2;13-31261 |
| 53 | Campbell, Sammy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08095 |
| 54 | Cannon, Gail | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-29621 |
| 55 | Cannon, Susan | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08109 |
| 56 | Capes, Serita F. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06571 |
| 57 | Carder, Dolores | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22693 |
| 58 | Carey, Rita V. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11909 |
| 59 | Carter, Bessie | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28523 |
| 60 | Carter, Betty | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02877 |
| 61 | Carter, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01205 |
| 62 | Carter-Corn, Pamela | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05941 |
| 63 | Carver, Virginia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-05122 |
| 64 | Castro, Lenor | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-29620 |
| 65 | Caughill, Michelle | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25266 |
| 66 | Cerenzio, Linda Mary | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06857 |
| 67 | Cessna, Phyllis | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05211 |
| 68 | Chapman, Cheryl | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-12763 |
| 69 | Chester, Susie, dec'd | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28544 |
| 70 | Christie, Rita | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02880 |
| 71 | Clark, Carol | West Virginia Southern District U.S.D.C. | Ethicon | NO 2:16-00309 |
| 72 | Clarkson, Jean | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13296 |
| 73 | Cleary, Maureen | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-12759 |
| 74 | Clemons, Debra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02655 |
| 75 | Close, Cynthia M. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-05940 |
| 76 | Collings, Erin | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05204 |
| 77 | Couder, Judith Acosta | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00447 |
| 78 | Cuckler, Deanna | West Virginia Southern District U.S.D.C. | Ethicon | No. 2;15-03036 |
| 79 | Cuevas, Martha | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22564 |
| 80 | Cunningham, Sherrilene | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25155 |
| 81 | Danoff, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13660 |
| 82 | Darga, Jessica | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28511 |
| 83 | Davis, Mortisha | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-08076 |
| 84 | Davis, Peggy A. | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-29146 |
| 85 | Delsart, Cindy | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-03827 |
| 86 | DeMontoya, Rose | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28379 |
| 87 | DePatra, Annemarie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22703 |
| 88 | Dill, Mary Elizabeth | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03304 |
| 89 | Dillon, Debra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25624 |
| 90 | Dixon, Rebie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-00706 |
| 91 | Dombroski, Cheryl | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-30883 |
| 92 | Douvier, Laura | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05608 |

| | A | B | C | D |
|---|---|---|---|---|
| 93 | Dozier, Jeanette | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15--04394 |
| 94 | Dunn, Peggy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-29133 |
| 95 | Duvall, Lisa | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04277 |
| 96 | Dwyer, Deryn | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25026 |
| 97 | Dyrseth, Noni | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07256 |
| 98 | Eads, Danitta L. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-03284 |
| 99 | Elliott, Michlene | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-09178 |
| 100 | Elquesny, Pilar | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13288 |
| 101 | Endicott, Dana | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02656 |
| 102 | Erwin, Kathryn | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-00703 |
| 103 | Escobar, Sakina | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-29023 |
| 104 | Estrada, Dora | West Virginia Southern District U.S.D.C. | Ethicon | No. 2;13-25625 |
| 105 | Evans, Wanda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25626 |
| 106 | Fairchild, Bonnie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13112 |
| 107 | Fancil, Lydia | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04367 |
| 108 | Farrell, Mary | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13305 |
| 109 | Fedora, Deborah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25627 |
| 110 | Ferda, Cheryl | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-12758 |
| 111 | Ferla, Nicola | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13303 |
| 112 | Fernandez, Marta Beatriz | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-12757 |
| 113 | Fifarek, Patricia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22694 |
| 114 | Fincher, Rosalie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25628 |
| 115 | Finnie-McGhee, D. Anne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25633 |
| 116 | Fisher, Beth | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25631 |
| 117 | Foley, Carolyn | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01064 |
| 118 | Foley, Patricia, dec'd | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-10600 |
| 119 | Forlines, Catherine | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13119 |
| 120 | Forquer, Jessica | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02487 |
| 121 | Forrest, Lisa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-10033 |
| 122 | Fountain, Joyce | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-03736 |
| 123 | Fowler, Corliss R. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11996 |
| 124 | Fox, Patricia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07116 |
| 125 | Franko, Natalie | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05840 |
| 126 | Gallagher, Michell L. | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28368 |
| 127 | Gardner, Jennifer | West Virginia Southern District U.S.D.C. | Ethicon | No. 2-13-03724 |
| 128 | Garrett, Melanie | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:12-09075 |
| 129 | Gatsoulas, Elaine | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06225 |
| 130 | Gaughan, Sheryl | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-14349 |
| 131 | Gerbino, Laurie | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28538 |
| 132 | Gillespie, Jessica | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04404 |
| 133 | Goldin, Dorothy M. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07773 |
| 134 | Gonzalez-Torres, Maria Crist | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01272 |
| 135 | Gordon, Linda | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05600 |
| 136 | Goulette, Laurine | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01776 |
| 137 | Graddy, Shawna M. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00693 |
| 138 | Graham, Cynthia M. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07767 |

| | A | B | C | D |
|---|---|---|---|---|
| 139 | Graham, Deborah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00505 |
| 140 | Granillo, Monica | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-06575 |
| 141 | Grant-Hill, Paula | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03319 |
| 142 | Green, Patricia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-26358 |
| 143 | Griffin, Karen Rhodes | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-08313 |
| 144 | Grimme, Kathleen | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-29556 |
| 145 | Group, Barbara | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28540 |
| 146 | Grubbs, Gloria | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04275 |
| 147 | Guyette, Shelley | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-00702 |
| 148 | Haizlip, Barbara | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03306 |
| 149 | Hales, Marquetta | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-27185 |
| 150 | Hall, Dale | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13118 |
| 151 | Hall, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-02931 |
| 152 | Hall, Lisa G. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-03277 |
| 153 | Hall, Rhonda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13116 |
| 154 | Hammond, Janet | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-29158 |
| 155 | Hanna, Karen | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06214 |
| 156 | Harhart, Linda | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-29124 |
| 157 | Harris, Deborah | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-13664 |
| 158 | Harris, Elisabeth | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-29782 |
| 159 | Harris-Smith, Lisa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-31329 |
| 160 | Haviland, Ladonna | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-29779 |
| 161 | Heffelfinger, Cynthia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01776 |
| 162 | Helm, Nancy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03039 |
| 163 | Hembree, Judy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01597 |
| 164 | Hewitt, Kathleen M. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07766 |
| 165 | Hileman, Rena | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03049 |
| 166 | Hill, Constance | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-03279 |
| 167 | Hoernis, Kelly | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-17183 |
| 168 | Hoffman, Christine R. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-28084 |
| 169 | Holt, Sharon | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-08686 |
| 170 | Hoover, Chari | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07107 |
| 171 | Houillon, Jennifer | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-10030 |
| 172 | Howell, Jeanie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-28083 |
| 173 | Hoy, Lilyan | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08089 |
| 174 | Hults, Kelli | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-25262 |
| 175 | Hunter, Mary | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-05847 |
| 176 | Illjes, Lori Ann | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-05910 |
| 177 | Inners, Connie | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-28346 |
| 178 | Ivy, Bernice | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07768 |
| 179 | Izes, Jeannette | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13673 |
| 180 | Izguerra, Lilia Valadez | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13289 |
| 181 | Jacobson, Naomi | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-29128 |
| 182 | Jennings, Tammy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-11091 |
| 183 | Jens, Frances | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05599 |
| 184 | Jewell, Jackie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03033 |

|  | A | B | C | D |
|---|---|---|---|---|
| 185 | Johns, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-11196 |
| 186 | Johnson, Jill | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-28793 |
| 187 | Johnson, Kathi | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13283 |
| 188 | Johnson, Tamala | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01677 |
| 189 | Jones, Evelyn | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-00701 |
| 190 | Jones, Hilda M. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07246 |
| 191 | Jones, Judy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-29013 |
| 192 | Jones, Sandra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03307 |
| 193 | Jones-Smalley, Merlin | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-29101 |
| 194 | Joss, Jeanette | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11658 |
| 195 | Jung, Wendy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03317 |
| 196 | Kasee, Susanne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-07851 |
| 197 | Kessler, Joyce | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01211 |
| 198 | Kimble, Debra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-09555 |
| 199 | Kinard, Christine | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-29115` |
| 200 | King, Joy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11665 |
| 201 | Kingsbury, Margaret | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-28794 |
| 202 | Kirby, Marla | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-05944 |
| 203 | Kohn, Anita | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-28501 |
| 204 | Laderbush, Bonnie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-24258 |
| 205 | LaFlesh, Tia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-00976 |
| 206 | Lampron, Sarah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02493 |
| 207 | Larnerd, Jean | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-00933 |
| 208 | LaRue, Barbara | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-31335 |
| 209 | Lawler, Christine | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-29510 |
| 210 | Lawson, Elaine | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-23274 |
| 211 | Lawson, Linda Wade | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06573 |
| 212 | Leder, Barbara | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-29512 |
| 213 | Lee, Myrle Ann | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-09183 |
| 214 | Lee, Rosia | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-29514 |
| 215 | Leicester, Jennifer | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01040 |
| 216 | Leith, Sherrie L. | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:12-08079 |
| 217 | Lembke, Elizabeth | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-28541 |
| 218 | Lepley, Sharon | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-28548 |
| 219 | Licano, Sharon | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05199 |
| 220 | Linder, Paula S. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-11087 |
| 221 | Linnon, Marlene | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13125 |
| 222 | Littrell, Sharron | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05215 |
| 223 | Lizotte, Deborah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22779 |
| 224 | Long, Janice | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-30195 |
| 225 | Long, Susan | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01063 |
| 226 | Loury, Jannae | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13293 |
| 227 | Mack, Cathy | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04370 |
| 228 | MacLeod, Renee | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-10608 |
| 229 | Maddock, Melissa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-00184 |
| 230 | Maestas, Cecilia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13668 |

| | A | B | C | D |
|---|---|---|---|---|
| 231 | Maloney, Elaine | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07117 |
| 232 | Manczur, Billie dec'd | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:-13-01775 |
| 233 | Manes, Barbara | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-28384 |
| 234 | Marshall, Brianne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08091 |
| 235 | Martin, Patricia | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2;13-30197 |
| 236 | Massoudi, Farah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13111 |
| 237 | McCoy, Joyce | West Virginia Southern District U.S.D.C. | Ethicon | NO.2:14-28536 |
| 238 | McCracken, Cynthia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-08268 |
| 239 | McCumber, Betty | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:12-08083 |
| 240 | McDaniel, Joyce | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13301 |
| 241 | McDaniel, Vickie L. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01267 |
| 242 | McLaughlin, Shirley | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-29126 |
| 243 | McMichen, Theresa | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-301989 |
| 244 | Meffert, Debbie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08098 |
| 245 | Megee, Deborah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-27467 |
| 246 | Meltsch, Cynthia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03037 |
| 247 | Mercado, Jennifer | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-12763 |
| 248 | Metcalf, Debra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-28533 |
| 249 | Miller, Deborah | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08553 |
| 250 | Minor, Kristen | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02394 |
| 251 | Minzel, Carlene Jo | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-08274 |
| 252 | Mitchell, Nora | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08094 |
| 253 | Monaco-Martin, Charlene | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08110 |
| 254 | Mongeon, Sheila | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-00391 |
| 255 | Monroe, Ruby | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-05906 |
| 256 | Montgomery, Cheilion | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05601 |
| 257 | Moody, Carol | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-13110 |
| 258 | Moore, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13404 |
| 259 | Moore, Lynnyce | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22695 |
| 260 | Morrow, Crystal | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-31271 |
| 261 | Moser, Susan | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:16-01314 |
| 262 | Moyer, Michelle | West Virginia Southern District U.S.D.C. | Ethicon | No. 2;15-16177 |
| 263 | Mullins, Ann Marie | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04305 |
| 264 | Mullins, Rosalee | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01642 |
| 265 | Murn, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-22697 |
| 266 | Nash, Marianne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11332 |
| 267 | Nave, Brenda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-05127 |
| 268 | Nelson, Erin | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-24262 |
| 269 | Nero, Esther | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-24805 |
| 270 | Newton, Mary Sue | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-11092 |
| 271 | Nguyen, Thuy K. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-31263 |
| 272 | Nichols, Sherrilee Marchelle | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-31108 |
| 273 | Nicklas, Donna | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01241 |
| 274 | Nix, Arlene | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06574 |
| 275 | Notter, Angela C. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-03282 |
| 276 | Nuckolls, Sandra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-31817 |

| | A | B | C | D |
|---|---|---|---|---|
| 277 | O'Malley, Leeann | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-31812 |
| 278 | Olavarria, Magdalena | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-00890 |
| 279 | Oliveira Lervon R. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-09062 |
| 280 | Ouchida, Lorraine | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-04087 |
| 281 | Owen, Tabitha | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12--08316 |
| 282 | Owens, Barbara | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01206 |
| 283 | Palmquist, Coreen | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13669 |
| 284 | Parker, Edith Maxine | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03184 |
| 285 | Patterson, Kaye | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-08315 |
| 286 | Pearson, Kristine | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-29129 |
| 287 | Perez-Lauzon-Suarez, Alisha | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-29091 |
| 288 | Pinaroc-Perez, Jeannette | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00518 |
| 289 | Poe, Kimberley | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2;15-04373 |
| 290 | Pooley, Peggy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2-13-08270 |
| 291 | Poore, Melody | West Virginia Southern District U.S.D.C. | Ethicon | No. 2;15-03182 |
| 292 | Post, Denise | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07109 |
| 293 | Priest, Carvel | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05597 |
| 294 | Rambeau, Mary Katherine | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05842 |
| 295 | Ream, Jane | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-32395 |
| 296 | Redl, Anna L. | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-03822 |
| 297 | Reeves, Becky | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13672 |
| 298 | Regino, Lisa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-05220 |
| 299 | Rihm, Nancy J. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00286 |
| 300 | Riley, Patricia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-14626 |
| 301 | Rodriguez, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-23267 |
| 302 | Roop, Favienne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07111 |
| 303 | Rosa, Heyda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-05911 |
| 304 | Rosario-Zelfine, Luisa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-08326 |
| 305 | Rosier, Nancy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-08323 |
| 306 | Ross, Janice A. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01204 |
| 307 | Ross, Laurel | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00691 |
| 308 | Roundine, Laura | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-33420 |
| 309 | Rowe, Brenda | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-26253 |
| 310 | Ruf, Nancy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13302 |
| 311 | Russell, Cathy A. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03305 |
| 312 | Russell, Cynthia | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-28532 |
| 313 | Rutherford, Stefanie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01066 |
| 314 | Rutledge, Clara | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07519 |
| 315 | Rutledge, Deborah | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04304 |
| 316 | Sanchez, Jacqueline | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-02146 |
| 317 | Santana, Santa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-cv-07849 |
| 318 | Santistevan, Mariquita | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02875 |
| 319 | Sargentelli, Elizabeth | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-02150 |
| 320 | Saxton, Bobbie Jean | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04274 |
| 321 | Schnell, Dolores | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-33419 |
| 322 | Schulte, Tamara | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-28515 |

|  | A | B | C | D |
|---|---|---|---|---|
| 323 | Sciumbata, Teresa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-cv-07037 |
| 324 | Scott, Cassandra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-07849 |
| 325 | Scott, Patti | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07113 |
| 326 | Seabolt, Gloria K. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-03807 |
| 327 | Searl, Tamara | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-00064 |
| 328 | Seely, Joyce | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-03281 |
| 329 | Segrist, Sharron | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05202 |
| 330 | Sellers, Jennifer | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-30849 |
| 331 | Sevek, Penny | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04300 |
| 332 | Shaffer, Brenda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07769 |
| 333 | Shannon, Crystal | West Virginia Southern District U.S.D.C. | Ethicon | No. 14-29138 |
| 334 | Sharp, Rebecca | West Virginia Southern District U.S.D.C. | Ethicon | No.2:15-00696 |
| 335 | Sharp, Verenda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-00062 |
| 336 | Shelnutt, Beverley A. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-07248 |
| 337 | Sheridan, Lori | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00288 |
| 338 | Shoemaker, Donna | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11907 |
| 339 | Shoemaker, Doris | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-03038 |
| 340 | Shook, Marie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13670 |
| 341 | Shrive, Jane | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-00060 |
| 342 | Shriver, Michelyn | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01766 |
| 343 | Shukowitsh, Jenny | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-28327 |
| 344 | Sikes, Edna | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01795 |
| 345 | Silva, DeeAnne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-00059 |
| 346 | Silvia, Carolann | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-00058 |
| 347 | Simpson, Nebra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-00055 |
| 348 | Simpson, Ramona | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-00051 |
| 349 | Sine, Mary | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-7842 |
| 350 | Sinkovich, Brenda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01062 |
| 351 | Sirko, Maryann | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01376 |
| 352 | Slentz, Marietta | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08111 |
| 353 | Slusher, Veronica | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-10633 |
| 354 | Smith, Clarice | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01377 |
| 355 | Smith, Janeen | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01378 |
| 356 | Smith, Lessie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-23560 |
| 357 | Smith, Norma | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-11111 |
| 358 | Smith, Sandra | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-00258 |
| 359 | Smith, Tammie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-29558 |
| 360 | Smith, Teresa R. dec'd | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-5305 |
| 361 | Soles, Linda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-08266 |
| 362 | Sowers, Arnita | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-23558 |
| 363 | Spadafore, Donna | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-00890 |
| 364 | Staigmiller, Marlene | West Virginia Southern District U.S.D.C. | Ethicon | No.14-28539 |
| 365 | Statham, Mary | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00661 |
| 366 | Stephens, Vivian | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-29127 |
| 367 | Stevens, Carma | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01210 |
| 368 | Stigen, Mary Ellen | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13307 |

| | A | B | C | D |
|---|---|---|---|---|
| 369 | Stinnett, Roann | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:13-05938 |
| 370 | Stone, Lois | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11911 |
| 371 | Sutphin, Annette | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01379 |
| 372 | Swanson, Joanne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01380 |
| 373 | Swint, Denise | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01681 |
| 374 | Sylvester, Tracie | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:12-09047 |
| 375 | Talkington, Rebecca | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01033 |
| 376 | Tarvin, Delores | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-08271 |
| 377 | Templin, Cherie Nunley | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-10620 |
| 378 | Teneyck, Terri | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-28546 |
| 379 | Thibodeaux-Billodeaux, Dan | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01381 |
| 380 | Thomas, Crystal | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-02536 |
| 381 | Thomas, Lawanda | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-24259 |
| 382 | Thomas, Sadie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-16174 |
| 383 | Thompson, Cynthia E. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-02652 |
| 384 | Thompson, Cynthia S. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-10656 |
| 385 | Thompson, Joanna | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01382 |
| 386 | Thompson, Karen | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05826 |
| 387 | Thompson, Regina M. | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:12-09074 |
| 388 | Thorne, Mary | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-01269 |
| 389 | Tillman, Sebrena | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-08547 |
| 390 | Tobin, Teresa | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-29130 |
| 391 | Toliver, Rosemary | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-00932 |
| 392 | Trivett, Donna K. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-08259 |
| 393 | Tucker, Tanzy | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-05591 |
| 394 | Tunsil, Pearl | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07083 |
| 395 | Turcotte, Judith | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06229 |
| 396 | Turner-Bagsby, Collette | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06860 |
| 397 | Turney-Mayeaux, Sherry | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-05598 |
| 398 | Vaughn, Carrie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11666 |
| 399 | Vazquez-Nitschneider, Laura | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2;14-01680 |
| 400 | Vides, Rina | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04400 |
| 401 | Villagomez, Teresa | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-05914 |
| 402 | Walker, Merel | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-01385 |
| 403 | Walker, Patricia D. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-14351 |
| 404 | Wallin, Patricia | West Virginia Southern District U.S.D.C. | Ethicon | No. 14-29136 |
| 405 | Walz, Theresa | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:15-04396 |
| 406 | Ward, Gloria | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-13120 |
| 407 | Ward, Nanette | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07115 |
| 408 | Washburn, Valera | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-29096 |
| 409 | Wasson, Yvonne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-30826 |
| 410 | Waters, Paula | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13--09712 |
| 411 | Watson, Agnes | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11330 |
| 412 | Weaver, Robin | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01384 |
| 413 | Wells, Stephanie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-06438 |
| 414 | Wessel, Joyce | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-01383 |

|  | A | B | C | D |
|---|---|---|---|---|
| 415 | West, Lynne | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01678 |
| 416 | Whalen, Connie D. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-cv-7839 |
| 417 | Wheeler, Geraldine | West Virginia Southern District U.S.D.C. | Ethicon | NO. 14-29089 |
| 418 | Whittlinger, Barbara June | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-07099 |
| 419 | Wildfong, Darlene | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-01388 |
| 420 | Williams, Elizabeth | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-06215 |
| 421 | Williams, Nicole | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-16176 |
| 422 | Williamson, Connie | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-11909 |
| 423 | Wilson, Tiffany | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-12752 |
| 424 | Wininger, Kathy | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-00284 |
| 425 | Witherspoon, Tanya | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:14-cv-30856 |
| 426 | Yetter, Jean M. | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:15-01599 |
| 427 | Young, Carolyn | West Virginia Southern District U.S.D.C. | Ethicon | NO. 2:14-01387 |
| 428 | Youngblood, Darlene | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:13-23550 |
| 429 | Zwolinski, Loretta | West Virginia Southern District U.S.D.C. | Ethicon | No. 2:12-08317 |

# Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION

                                                    MDL No. 2327

--------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 12**
(Master and Short Form Complaint and Master Responsive Pleadings; Direct Filing)

To eliminate the delays associated with the transfer of cases filed in or removed from other federal district courts to this court as part of MDL No. 2327, to promote efficiency and to accommodate plaintiffs who wish to bring claims against defendants in more than one pelvic repair system MDL, it is **ORDERED** as follows:

A.  General.

(1) The attached Master Long Form Complaint and Jury Demand ("Master Complaint") against Ethicon, Inc. ("Ethicon"), Ethicon, LLC ("Ethicon, LLC") and Johnson & Johnson ("J&J"), the Short Form Complaint against Ethicon and others, and the defendants' Master Answers and Jury Demands ("Answers") have been presented to the court, and the court **DIRECTS** that the Clerk file the same.

(2) The court refers the parties to Exhibit A, "Filing Instructions for Short Form Complaint," which is appended to this Order.

(3) All factual allegations pled in the Master Complaint and all responses pled in Ethicon's, Ethicon, LLC's and J&J's Answers are deemed pled in any previously

filed Complaint and Responsive Pleading now pending in this MDL proceeding, and in any Short Form Complaint and Entry of Appearance hereafter filed; provided, however, the Master Complaint is applicable only as against Ethicon, Ethicon, LLC and J&J.

B.   Directly Filed Cases.[1]

(1) Subsequent to the filing of this Order, all actions filed directly in this MDL against the defendants named in the Master Complaint, Ethicon, Ethicon, LLC and J&J, shall be filed by the Short Form Complaint.

(2) Subsequent to the filing of this Order, if a plaintiff alleges she was implanted with products manufactured or marketed by defendants in more than one MDL (i.e., plaintiff was implanted with an Ethicon product and a product manufactured by a defendant named in a Master Long Form Complaint in MDL Nos. 2187, 2325 or 2326) and has claims against all such defendants, then the plaintiff may choose in which MDL to initially file. However, such a plaintiff must check off each applicable defendant on the Short Form Complaint.

(3) For those cases filed directly in MDL No. 2327 prior to the entry of this Order, plaintiff shall file the attached Short Form Complaint within 90 days of the entry of this Order so long as the plaintiff names only defendants named in the Master Complaint in this MDL (and any defendant(s) named in the Master Complaints in the three other MDLs cited above). If a plaintiff filed directly in this MDL prior to the entry of this Order and named defendants other than those named in Master Complaints in this or the other three MDLs assigned to the court, direct filing was

---

[1] A "Directly Filed Case" is a case filed in the Southern District of West Virginia for inclusion in this MDL, but the Southern District of West Virginia does not necessarily have personal jurisdiction over the parties.

inappropriate, and the plaintiff should either dismiss the inappropriately named defendants or dismiss the direct filed case without prejudice and pursue her claims in her home district with subsequent transfer through the MDL Panel.

(4) This court shall not be deemed to be the "transferor court" simply by virtue of the action having been directly filed into MDL No. 2327. The direct filing of actions in MDL No. 2327 in the Southern District of West Virginia is solely for the purposes of consolidated discovery and related pretrial proceedings as provided by 28 U.S.C. § 1407 and, the parties submit to this court's personal jurisdiction and venue in the Southern District for those purposes only. Upon completion of all pretrial proceedings applicable to a case directly filed in the Southern District, the defendants do not intend to waive their rights to transfer any case in this MDL to a court of proper venue under 28 U.S.C. § 1406(a). At the conclusion of all pretrial proceedings, the court, pursuant to 28 U.S.C. § 1404(a), will transfer each case filed directly in the Southern District to a federal district court of proper venue as defined in 28 U.S.C. § 1391, based on the recommendations of the parties to that case, or on its own determination after briefing from the parties if they cannot agree. In an effort to avoid serial objections to venue in a single action, plaintiff shall identify in response to a defendant's venue objection, proposed alternative venues in order of preference, so that the court can consider at the same time, any objections to plaintiff's alternative choices.

C. Cases Transferred by the Judicial Panel on Multidistrict Litigation ("MDL Panel").[2]

    (1) For those cases transferred to MDL No. 2327 from another Federal District Court by the MDL Panel prior to the entry of this Order, plaintiffs who only named defendants named in Master Complaints in this or the other three MDLs assigned to the court shall file a Short Form Complaint within 90 days of the entry of this Order. For those cases transferred after the entry of this Order, any plaintiff as described above shall file a Short Form Complaint within 30 days of being assigned a member case number in MDL No. 2327. For those cases transferred to MDL No. 2327 by the MDL Panel before or after the entry of this order, wherein the plaintiff has named defendants named in Master Complaints in this or the other three MDLs **AND** additional defendant(s) other than those named in Master Complaints, the plaintiff need not file a Short Form Complaint.

    (2) Upon completion of the pretrial proceedings relating to a civil action as determined by this court, civil actions in this MDL which were transferred to this court by the MDL Panel shall be transferred for further proceedings to the District Court from which such action was transferred to this MDL.

D. All Cases.

    (1) If a plaintiff files a Short Form Complaint in compliance with this Order that omits a defendant previously named in the prior complaint, it is the responsibility of that plaintiff to dismiss that defendant in compliance with Rule 41 of the Federal Rules of Civil Procedure. The court strongly encourages dismissal by notice or stipulation where permitted by Rule 41(a)(1)(A)(i) or (ii), rather than by court order. If a

---

[2] A "Case Transferred by the MDL Panel" is a case filed in a district other than the Southern District of West Virginia and subsequently transferred to the Southern District by the MDL Panel.

plaintiff names an additional defendant not named in the prior complaint, the plaintiff must comply with Rule 4 as to the new defendant.   To the extent any change in parties suggests that the case should be in a different MDL, a Short Form Complaint should be accompanied by a motion to transfer MDLs with a proposed order.

(2) Each Short Form Complaint shall indicate those counts in the Master Complaint that are being asserted in the individual case and the specific consumer protection statute, if any, upon which the plaintiff relies.

(3) The defendants named in the Master Complaint against Ethicon, Ethicon, LLC and J&J are not required to file answers to Short Form Complaints.   An Entry of Appearance (including an appearance entered prior to the filing of the Short Form Complaint) by an attorney representing such defendants shall constitute a denial of all allegations in the Short Form Complaint filed against any of the defendants named in the Master Complaint and an assertion of all defenses that are included in the Answers of Ethicon, Ethicon, LLC and J&J.

(4) If a defendant in MDL Nos. 2187, 2325 or 2326 is named in a case in this MDL, an Entry of Appearance (including an appearance entered prior to the filing of the Short Form Complaint) by an attorney representing such a defendant shall constitute a denial of all allegations in the Short Form Complaint filed against any such defendant.   In addition, the Master Responsive Pleading filed by that defendant in its designated MDL is deemed to be filed in that particular case.

(5) Upon agreement of the parties, given the large number of Complaints being filed, plaintiffs' counsel will meet and confer with defendants' counsel to advise defendants

before implementing any default procedures, and will provide defendants ten business days in which to cure any alleged default.

(6) Defendants shall have 30 days from the entry of this Order to file any motion asserting that the Master Complaint fails to state a claim upon which relief may be granted, pursuant to Rule 12(b)(6), and plaintiffs shall have 20 days thereafter to respond to the same.

The court **DIRECTS** the Clerk to file a copy of this order in 2-12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-12-cv-4498. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:  August 22, 2012

Joseph R. Goodwin, Chief Judge