IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION         MDL No. 2327

---------------------------------------------------

THIS DOCUMENT RELATES TO
ETHICON WAVE 1 CASES

PRETRIAL ORDER # 215
(Wave 1 Cases – Briefing Schedule on Disputed Venue Recommendations)

Pursuant to PTO # 205 (Second Amended Docket Control Order – Wave 1 Cases), the parties recently submitted a joint venue recommendation on the cases remaining in Wave 1, attached hereto as Exhibit A.  In the joint venue recommendation, the parties identified four Wave 1 cases in which venue is in dispute.  Those cases are:  (1) Lozano 2:12-cv-00347; (2) Ware 2:12-cv-00761; (3) Joplin 2:12-cv-00787; and (4) Williams 2:12-cv-0511.  It is **ORDERED** that in the individual Wave 1 cases listed above, briefs regarding proper venue are due as follows:

Plaintiffs' Briefs in Support of Venue Due:  March 8, 2016
Defendants' Response Briefs:              March 11, 2016
Plaintiffs' Reply Briefs:                   March 15, 2016

The parties are directed to file the above briefs in the respective individual cases listed above, not in MDL 2327.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 *and in the Ethicon Wave 1 cases*.  In cases subsequently filed in this district after 2:16-cv-01997, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each

new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: March 1, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE