EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                                               MDL No. 2327
-------------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 1 CASES

| Plaintiff | Civil Action Number | Proposed Remand Jurisdiction |
|---|---|---|
| Wilma Johnson | 2:11-cv-00809 | USDC, Southern District of West Virginia |
| Amy Holland | 2:12-cv-00256 | USDC, Middle District of Georgia, Valdosta Division |
| Carrie Smith | 2:12-cv-00258 | USDC, Middle District of Georgia, Macon Division |
| Mary F. Cone | 2:12-cv-00261 | USDC, Southern District of Georgia, Waycross Division |
| Cathy Warlick | 2:12-cv-00276 | USDC, Northern District of Georgia, Atlanta Division |
| Joy Essman | 2:12-cv-00277 | USDC, District of Kansas, Kansas City Division |
| Susan Thaman | 2:12-cv-00279 | USDC, District Court for the Southern District of Florida |
| Quillan R. Garnett | 2:12-cv-00286 | USDC, Middle District of Georgia, Athens Division |
| Sandra Wolfe | 2:12-cv-00335 | USDC, Western District of Missouri, Kansas City Division |
| Kathleen Wolfe | 2:12-cv-00337 | USDC, Northern District of New York |
| Rose Gomez | 2:12-cv-00344 | USDC, Eastern District of Pennsylvania |
| Kathy Barton | 2:12-cv-00351 | USDC, Northern District of Georgia, Newnan Division |
| Amanda Deleon | 2:12-cv-00358 | USDC, Eastern District of Pennsylvania |
| Sharon Boggs | 2:12-cv-00368 | USDC, Southern District of Ohio, Western Division |
| Dawna Hankins | 2:12-cv-00369 | USDC, Western District of Washington |
| Charlene Logan Taylor | 2:12-cv-00376 | USDC, Western District of Louisiana, Shreveport Division |
| Tina Morrow | 2:12-cv-00378 | USDC, Western District of Louisiana, Monroe Division |

| Plaintiff | Civil Action Number | Proposed Remand Jurisdiction |
|---|---|---|
| Teri Key Shively | 2:12-cv-00379 | USDC, Western District of Louisiana, Monroe Division |
| Maru LuEllen Kilday | 2:12-cv-00387 | USDC, Middle District of Georgia, Athens Division |
| Janice Renee Swaney | 2:12-cv-00389 | USDC, Middle District of Georgia, Athens Division |
| Carol Jean Dimock | 2:12-cv-00401 | USDC, District of Utah |
| Pamela Free | 2:12-cv-00423 | USDC, Southern District of Indiana |
| Holly Jones | 2:12-cv-00443 | USDC, Western District of Michigan, Grand Rapids Division |
| Pamela Gray-Wheeler | 2:12-cv-00455 | USDC, Northern District of Mississippi |
| Amelia R. Gonzales | 2:12-cv-00468 | USDC, District of Arizona, Phoenix Division |
| Patricia Tyler | 2:12-cv-00469 | USDC, Central District of California, Eastern Division |
| Mary Jane Olson | 2:12-cv-00470 | USDC, District of Arizona |
| Harriet Beach | 2:12-cv-00476 | USDC, District of Massachusetts, Boston Division |
| Miranda Patterson | 2:12-cv-00481 | USDC, Northern District of Ohio, Eastern Division |
| Carey Beth Cole | 2:12-cv-00483 | USDC, Western District of Arkansas, Texarkana Division |
| Danni Laffoon | 2:12-cv-00485 | USDC, Western District of Kentucky, Owensboro Division |
| Karen Forester | 2:12-cv-00486 | USDC, Eastern District of Arkansas, Jonesboro Division |
| Melissa Clayton | 2:12-cv-00489 | USDC, Eastern District of Louisiana, District L |
| Shirley Freeman | 2:12-cv-00490 | USDC, Northern District of Georgia, Atlanta Division |
| Gwendolyn T. Young | 2:12-cv-00491 | USDC, Middle District of Georgia, Athens Division |
| Nancy Hooper | 2:12-cv-00493 | USDC, Eastern District of Tennessee, Northeastern Division |
| Penelope Ann Link Saurino | 2:12-cv-00494 | USDC, Northern District of Georgia, Newman Division |
| Andrea Carol Chandlee | 2:12-cv-00495 | USDC, Middle District of Florida |
| Sonya M. Moreland | 2:12-cv-00496 | USDC, Northern District of Georgia, Atlanta Division |
| Dina Sanders Bennett | 2:12-cv-00497 | USDC, Western District of Louisiana, Monroe Division |
| Myndal Johnson | 2:12-cv-00498 | USDC, District of Minnesota |
| Kimberly Thomas | 2:12-cv-00499 | USDC, Eastern District of Tennessee, Northeastern Division |

| Plaintiff | Civil Action Number | Proposed Remand Jurisdiction |
|---|---|---|
| Krystal Teasley | 2:12-cv-00500 | USDC, Middle District of Georgia, Athens Division |
| Jennifer Sikes | 2:12-cv-00501 | USDC, Northern District of Georgia, Gainesville Division |
| Mary Thurston | 2:12-cv-00505 | USDC, Western District of Missouri, Kansas City Division |
| Charlene Miracle | 2:12-cv-00510 | USDC, Eastern District of Tennessee, Knoxville Division |
| Patricia Conti | 2:12-cv-00516 | USDC, Eastern District of Pennsylvania |
| Joann Lehman | 2:12-cv-00517 | USDC, Middle District of Pennsylvania, Harrisburg Division |
| Ann Louise Ruppel Fuller | 2:12-cv-00539 | USDC, District of Nevada |
| Nancy Feidler | 2:12-cv-00540 | USDC, Eastern District of Texas, Beaumont Division |
| Brenda Riddell | 2:12-cv-00547 | USDC, Eastern District of Kentucky |
| Rhoda Schachtman | 2:12-cv-00548 | USDC, Southern District of Florida, Fort Lauderdale Division |
| Sharon Carpenter | 2:12-cv-00554 | USDC, Southern District of Mississippi |
| Carolyn Sue Doyle | 2:12-cv-00555 | USDC, Southern District of Florida, Ft. Pierce Division |
| Noemi Padilla | 2:12-cv-00567 | USDC, Northern District of Georgia, Atlanta Division |
| Mary Catherine Wise | 2:12-cv-00571 | USDC, Middle District of Georgia, Athens Division |
| Beverly Kivel | 2:12-cv-00591 | USDC, District of Minnesota |
| Frances Ann Cortez | 2:12-cv-00594 | USDC, Eastern District of Louisiana |
| Mary Hendrix | 2:12-cv-00595 | USDC, Western District of Kentucky, Paducah Division |
| Deanna Jean Thomas | 2:12-cv-00601 | USDC, Eastern District of Texas, Sherman Division |
| Robin Bridges | 2:12-cv-00651 | USDC, Northern District of Texas, Fort Worth Division |
| Maria C. Stone | 2:12-cv-00652 | USDC, District of Arizona |
| Stacy Shultis | 2:12-cv-00654 | USDC, Eastern District of Wisconsin, Milwaukee Division |
| Judy G. Williams | 2:12-cv-00657 | USDC, Western District of North Carolina |
| Ana Ruebel | 2:12-cv-00663 | USDC, District of New Jersey |
| Donna Loustaunau | 2:12-cv-00666 | USDC, Eastern District of Louisiana |
| Louise Grabowski | 2:12-cv-00683 | USDC, District of South Carolina, Beaufort Division |

| Plaintiff | Civil Action Number | Proposed Remand Jurisdiction |
|---|---|---|
| Beth Harter | 2:12-cv-00737 | USDC, Virginia Western District |
| Sheri Scholl | 2:12-cv-00738 | USDC, Virginia Eastern District |
| Margaret Kirkpatrick | 2:12-cv-00746 | USDC, Northern District of Ohio, Eastern Division |
| Karyn E. Drake | 2:12-cv-00747 | USDC, Western District of Virginia, Charlottesville Division |
| Myra Byrd | 2:12-cv-00748 | USDC, Western District of North Carolina |
| Jennifer D. Van Rensburg | 2:12-cv-00749 | USDC, Western District of Texas |
| Cheryl Lankston | 2:12-cv-00755 | USDC, Southern District of Texas, Houston Division |
| Dee Woolsey | 2:12-cv-00756 | USDC, Southern District of Indiana, Evansville Division |
| Barbara Jean Bridges | 2:12-cv-00757 | USDC, Northern District of Georgia or Northern District of Indiana |
| Diane Matott | 2:12-cv-00759 | USDC, Northern District of New York, Plattsburgh Division |
| Lois Durham | 2:12-cv-00760 | USDC, Western District of Arkansas, Texarkana Division |
| Janet D. Jones | 2:12-cv-00762 | USDC, Middle District of Tennessee, Nashville Division |
| Rachel Taylor | 2:12-cv-00765 | USDC, Eastern District of Kentucky, Lexington Division |
| Kimberly Garnto | 2:12-cv-00766 | USDC, Southern District of Georgia, Dublin Division |
| Sandra LaBadie | 2:12-cv-00768 | USDC, District of Pennsylvania, Wilkes-Barre Division |
| Kimberly T. Burnham | 2:12-cv-00769 | USDC, Northern District of Mississippi, Eastern Division |
| Harmony Minniefield | 2:12-cv-00772 | USDC, Eastern District of Tennessee, Winchester Division |
| Tina Patterson | 2:12-cv-00773 | USDC, Western District of Missouri |
| Dee McBrayer | 2:12-cv-00779 | USDC, Western District of North Carolina, Asheville Division |
| Wendy Hagans | 2:12-cv-00783 | USDC, Middle District of Alabama |
| Isabel Swint | 2:12-cv-00786 | USDC, Northern District of Georgia, Newman Division |
| Maria Eugnia Quijano | 2:12-cv-00799 | USDC, Northern District of Texas |
| Angela Morrison | 2:12-cv-00800 | USDC, Western District of Arkansas |
| Barbara A. Hill | 2:12-cv-00806 | USDC, Middle District of Tennessee, Nashville Division |
| Mary Lee Sweeney | 2:12-cv-00807 | USDC, Western District of Michigan, Western Division |
| Donna Zoltowski | 2:12-cv-00811 | USDC, District of South Carolina, Greenville Division |

| Plaintiff | Civil Action Number | Proposed Remand Jurisdiction |
|---|---|---|
| Julie A. Barr | 2:12-cv-00821 | USDC, Middle District of Georgia, Athens Division |
| Teresa Georgilakis | 2:12-cv-00829 | USDC, Middle District of Florida, Orlando Division |
| Margaret Stubblefield | 2:12-cv-00842 | USDC, Tennessee Eastern District |
| Alma P. Raines | 2:12-cv-00846 | USDC, District of Maryland, Northern District |
| Paula Fisk | 2:12-cv-00848 | USDC, Middle District of Florida, Jacksonville Division |
| Ramona Ballard | 2:12-cv-00854 | USDC, Eastern District of Kentucky, Lexington Division |
| Barbara Massicot | 2:12-cv-00856 | USDC, Eastern District of Louisiana |
| Ruby Olmstead | 2:12-cv-00859 | USDC, Central District of Illinois, Springfield Division |
| Shirley Pelton | 2:12-cv-00860 | USDC, Eastern District of Washington, Spokane Division |
| Janet Smith | 2:12-cv-00861 | USDC, Southern District of Ohio, Western Division |
| Dorothy S. Gunter | 2:12-cv-00863 | USDC, Eastern District of Tennessee, Knoxville Division |
| Edith Nolan | 2:12-cv-00864 | USDC, Eastern District of Kentucky, Pikeville Division |
| Victoria Rock | 2:12-cv-00867 | USDC, District of Minnesota, Duluth Division |
| Shirley Walker | 2:12-cv-00873 | USDC, Northern District of Illinois |
| Mary Holzerland | 2:12-cv-00875 | USDC, Iowa Northern District Court |
| Lois Hoy | 2:12-cv-00876 | USDC, District of Maine |
| Sherry Fox | 2:12-cv-00878 | USDC, Western District of Texas, San Antonio Division |
| Donna Massey | 2:12-cv-00880 | USDC, Northern District of Ohio |
| Julie Wroble | 2:12-cv-00883 | USDC, Northern District of Illinois |
| Barbara Kaiser | 2:12-cv-00887 | USDC, Northern District of Indiana |
| Judith I. Bruhn | 2:12-cv-00888 | USDC, District of Delaware |
| Daphne Barker | 2:12-cv-00899 | USDC, District Court for the Eastern District of Texas |
| Fran Denise Collins | 2:12-cv-00931 | USDC, Southern District of Georgia |
| Paula Kriz | 2:12-cv-00938 | USDC, Northern District of Ohio, Eastern Division |
| Jennifer Reyes | 2:12-cv-00939 | USDC, Middle District of Florida, Ft. Myers Division |
| Joyce Justus | 2:12-cv-00956 | USDC, Western District of North Carolina, Ashville Division |
| Betty Funderburke | 2:12-cv-00957 | USDC, Western District of North Carolina, Charlotte Division |
| Virginia White | 2:12-cv-00958 | USDC, Western District of Arkansas |
| Donna Amsden | 2:12-cv-00960 | USDC, Northern District of Texas |
| Betty A. Greene | 2:12-cv-00961 | USDC, Eastern District of Tennessee, Greeneville Division |
| Donna Shepherd | 2:12-cv-00967 | USDC, Eastern District of Kentucky |
| Bonnie Blake | 2:12-cv-00995 | USDC, Eastern District of Louisiana |
| Cherise Springer | 2:12-cv-00997 | USDC, Eastern District of Louisiana |

| Plaintiff | Civil Action Number | Proposed Remand Jurisdiction |
|---|---|---|
| Jackie Frye | 2:12-cv-01004 | USDC, Northern District of Georgia, Atlanta Division |
| Donna Hankins | 2:12-cv-01011 | USDC, District of Colorado |
| Alfreda Lee | 2:12-cv-01013 | USDC, Northern District of Georgia |
| Patricia Ruiz | 2:12-cv-01021 | USDC, District of Arizona |
| Denise Burkhart | 2:12-cv-01023 | USDC, Northern District of Illinois, Rockford Division |
| Marty Babcock | 2:12-cv-01052 | USDC, Northern District of New York |
| Dorothy Baugher | 2:12-cv-01053 | USDC, Central District of Illinois |
| Debra Schnering | 2:12-cv-01071 | USDC, Northern District of Illinois |
| Virginia M. Dixon | 2:12-cv-01081 | USDC, Western District of Pennsylvania, Johnstown Division |
| Rebecca Wheeler | 2:12-cv-01088 | USDC, Central District of Illinois |
| Thelma Wright | 2:12-cv-01090 | USDC, Southern District of Ohio |
| Penny Rhynehart | 2:12-cv-01119 | USDC, Eastern District of Tennessee, Knoxville Division |
| Susan Guinn | 2:12-cv-01121 | USDC, Southern District of Ohio |
| Michele Bellito-Stanford | 2:12-cv-01124 | USDC, Eastern District of Pennsylvania |
| Constance Daino | 2:12-cv-01145 | USDC, California Central District Court |
| Monica Freitas | 2:12-cv-01146 | USDC, California Central District Court |
| Denise Sacchetti | 2:12-cv-01148 | USDC, Maryland District Court |
| Cindy Smith | 2:12-cv-01149 | USDC, Rhode Island District Court |
| Roberta Warmack | 2:12-cv-01150 | USDC, Northern District of Georgia |
| Laura Waynick | 2:12-cv-01151 | USDC, Illinois Southern District Court |
| Patti Ann Phelps | 2:12-cv-01171 | USDC, District of Maryland |
| Stacey Pangborn | 2:12-cv-01198 | USDC, District of Minnesota, St. Paul Division |
| Lisa Thompson | 2:12-cv-01199 | USDC, Central District of Illinois |
| Diane Kropf | 2:12-cv-01202 | USDC, Eastern District of Virginia |
| Joan Adams | 2:12-cv-01203 | USDC, Northern District of Florida, Pensacola Division |
| Jeanie Holmes | 2:12-cv-01206 | USDC, Southern District of Illinois |
| Karen Bollinger | 2:12-cv-01215 | USDC, Eastern District of Wisconsin, Milwaukee Division |
| Christine Wiltgen | 2:12-cv-01216 | USDC, Northern District of Illinois |
| Ida Deanne Evans | 2:12-cv-01225 | USDC, District of Utah |
| Angela Coleman | 2:12-cv-01267 | USDC, District of South Carolina, Columbia Division |
| Rebekah Bartlett | 2:12-cv-01273 | USDC, Eastern District of California, Sacramento Division |
| Janice Colonna | 2:12-cv-01274 | USDC, Eastern District of New York, Central Islip Division |
| Heather Long | 2:12-cv-01275 | USDC, Western District of Kentucky, Louisville Division |
| Cynthia Nix | 2:12-cv-01278 | USDC, Southern District of Texas, Houston Division |
| Helen M. Bertoni | 2:12-cv-01279 | USDC, Middle District of Georgia, Athens Division |
| Sandra Cyrus | 2:12-cv-01283 | USDC, District of Maryland, Baltimore Division |
| Judith Gowin Floyd | 2:12-cv-01284 | USDC, Middle District of Florida, Jacksonville Division |
| Mary Jean Simpson | 2:12-cv-01285 | USDC, Middle District of Georgia, Athens Division |

| Plaintiff | Civil Action Number | Proposed Remand Jurisdiction |
|---|---|---|
| Wilson (aka Elizabeth Blynn Wolfe) | 2:12-cv-01286 | USDC, Eastern District of Texas, Marshall Division |
| Rocio Herrera-Nevarez | 2:12-cv-01294 | USDC, Northern District of Illinois |
| Dina Destefano-Rasten | 2:12-cv-01299 | USDC, Northern District of Georgia, Atlanta Division |
| Katherine Grace Irwin | 2:12-cv-01304 | USDC, Southern District of New York, Manhattan Office Division |
| Kimberly Diane Lager | 2:12-cv-01305 | USDC, Middle District of Georgia, Athens Division |
| Melissa Ridgley | 2:12-cv-01311 | USDC, Northern District of Indiana, Lafayette Division |
| Marie Banks | 2:12-cv-01318 | USDC, Southern District of Georgia, Savannah Division |

| Cases with Disputed Remand Venue | | | |
|---|---|---|---|
| Plaintiff | Civil Action Number | Plaintiff's Proposed Venue | Defendant's Proposed Venue |
| Deborah Lozano | 2:12cv00347 | USDC, Eastern District of Wisconsin | USDC, District of Colorado |
| Barbara J. Ware | 2:12cv00761 | USDC, District of New Jersey | USDC, Northern District of Ohio, Eastern Division |
| Deborah Joplin (aka Debbie Haynes Joplin) | 2:12cv00787 | USDC, Northern District of Georgia | USDC, Eastern District of Tennessee, Chattanooga Division |
| Nancy Williams | 2:12-cv-00511 | USDC, Western District of Missouri, Kansas City Division | USDC, Kansas, Kansas City Division |