# EXHIBIT A

CAUSE NO. 2012-CI-18690

| | | |
|---|---|---|
| JENNIFER RAMIREZ F/K/A JENNIFER GALINDO, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| v. | § § | 438th JUDICIAL DISTRICT |
| CESAR REYES, JOHNSON & JOHNSON, AND ETHICON, INC., | § § § § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

### NOTICE OF VIDEOTAPED *DE BENE ESSE* DEPOSITION OF BRUCE ROSENZWEIG, MD

PLEASE TAKE NOTICE that counsel for Plaintiffs herein will take the videotaped *de bene esse* deposition of Bruce Rosenzweig, MD on Wednesday, March 30, 2016 at 9:00AM at Wexler Wallace, LLP, 55 W Monroe St, #3300, Chicago, IL 60603.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths. The deposition will be recorded by stenographic means or court reporter, and the deposition will be recorded by video and audio means. You are invited to attend and cross-examine.

This deposition will be taken pursuant to the Texas Rules of Civil Procedure and will continue from day to day until completed.

Dated: March 1, 2016

1

Respectfully Submitted,

s/ Tim K. Goss
**Tim K. Goss**
Texas Bar No. 08222660
tim@freeseandgoss.com
**Richard A. Freese**
*Admitted Pro Hac Vice*
rich@freeseandgoss.com
**Freese & Goss, PLLC**
3031 Allen St., Ste. 200
Dallas, TX 75204
P: 214.761.6610
F: 214.761.6688

**Jorge A. Herrera**
Texas Bar No. 24044245
jherrera@herreralaw.com
**Laura G. Tamez**
Texas Bar No. 00793869
ltamez@herreralaw.com
**The Herrera Law Firm**
111 Soledad St., Ste. 1900
San Antonio, TX 78205
P: 210-224-1054
F: 210-228-0887

**David P. Matthews**
Texas Bar No. 13206200
dmatthews@thematthewslawfirm.com
**Julie L. Rhoades**
Texas Bar No. 16811710
jrhoades@thematthewslawfirm.com
**Matthews and Associates**
2509 Sackett St.
Houston, TX 77098
P: 713.522.5250
F: 713.535.7184

**Peter de la Cerda**
Texas Bar No. 24045769
peter@edwardsdelacerda.com
**Kevin L. Edwards**
Texas Bar No. 24040853
kevin@edwardsdelacerda.com
**Edwards & de la Cerda, P.L.L.C.**

2

3031 Allen St., Ste. 100
Dallas, TX  75204
P:  214.550.5239
F:  214.722.2101


**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

       This will certify that a true and correct copy of the foregoing discovery was served on all counsel of record in accordance with the Texas Rules of Civil Procedure as follows:

*Via Email:  rcedillo@lawdcm.com*
*Via Email:  lstrieber@lawdcm.com*
Ricardo G. Cedillo
Les Strieber
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Ave., Ste. 500
San Antonio, TX  78212
**Attorneys for Defendants**
**Johnson & Johnson and Ethicon, Inc.**

*Via Email:  shouston@sschlaw.com*
*Via Email:  CFreeman@sschlaw.com*
Sam A. Houston
Cynthia L. Freeman
Shepherd, Scott, Clawater & Houston, LLP
2777 Allen Pkwy., 7th Floor
Houston, TX  77019
**Attorneys for Defendant**
**Cesar Reyes, M.D.**

*Via Email:  Smith@fridayfirm.com*
*Via Email:  mator@fridayfirm.com*
Laura H. Smith
Michelle Ator
Friday Eldredge & Clark LLP
400 W. Capitol Ave., Ste. 2000
Little Rock, AR  72201
**Attorney for Defendants**
**Johnson & Johnson and Ethicon, Inc.**

*Via Email:  HK.Downs@butlersnow.com*
*Via Email:  burt.snell@butlersnow.com*
Helen Kathryn Downs
Burt Snell
Butler Snow LLP
One Federal Pl., Ste. 1000
1819 Fifth Ave. N.
Birmingham, AL  35203
**Attorney for Defendants**
**Johnson & Johnson and Ethicon, Inc.**

*Via Email:  jherrera@herreralaw.com*
*Via Email:  LTamez@herreralaw.com*
Jorge A. Herrera
Laura Tamez
The Herrera Law Firm
111 Soledad, Ste. 1900
San Antonio, TX  78205
**Attorneys for Plaintiff**

*Via Email:  dmatthews@matthewslawfirm.com*
*Via Email:  jrhoades@matthewslawfirm.com*
David P. Matthews
Julie L. Rhoades
Matthews & Associates
2509 Sackett St.
Houston, TX  77098
**Attorneys for Plaintiff**

*Via Email:  rich@freeseandgoss.com*
Tim K. Goss
Richard A. Freese
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX  75204
**Attorneys for Plaintiff**

Certified to the 1st of March, 2016 by:       s/ Tim  K. Goss
                                                          **Tim K. Goss**