UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO WAVE 1 | Master File No. 2:12-MD-02327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT

I hereby certify that on March 3, 2016, defense was electronically served with Plaintiff's Supplemental Report of Peggy Pence regarding TVT and TVT-O on counsel of record listed below.

William Gage
Kari Sutherland
Kari.Sutherland@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

                                */s/ Jeffrey M. Kuntz*
                                Thomas P. Cartmell      MO Bar # 45366
                                Jeffrey M. Kuntz       MO Bar # 52371
                                WAGSTAFF & CARTMELL LLP
                                4740 Grand Avenue, Suite 300
                                Kansas City, MO 64112
                                Telephone:    (816) 701-1100
                                Facsimile:     (816) 531-2372
                                tcartmell@wcllp.com
                                jkuntz@wcllp.com

                                *Attorneys for Plaintiffs*

1