UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO WAVE 1 | Master File No. 2:12-MD-02327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT**

      I hereby certify that on March 3, 2016, defense was electronically served with Plaintiff's Supplemental Report of Peggy Pence regarding Prosima and Prolift on counsel of record listed below.

William Gage
Kari Sutherland
Kari.Sutherland@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

                                    */s/ Jeffrey M. Kuntz*
                                    Thomas P. Cartmell        MO Bar # 45366
                                    Jeffrey M. Kuntz         MO Bar # 52371
                                    WAGSTAFF & CARTMELL LLP
                                    4740 Grand Avenue, Suite 300
                                    Kansas City, MO 64112
                                    Telephone:    (816) 701-1100
                                    Facsimile:     (816) 531-2372
                                    tcartmell@wcllp.com
                                    jkuntz@wcllp.com

                                    *Attorneys for Plaintiffs*

1