## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

### JOINT MOTION TO DISMISS COVIDIEN ENTITIES WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities"), to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and the Covidien entities jointly move the court to dismiss the Covidien entities (where named) with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.

---

[1]  Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2]  Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3]  Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

The settlements in the cases listed on Exhibit A relate only to the "Covidien" entities named, not C. R. Bard, Inc. Because other Defendant(s) remain in the cases listed on Exhibit A, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 7th day of March, 2016.

By: /s/ Henry G. Garrard, III
Henry G. Garrard, III
hgg@bbgbalaw.com
*Counsel for Plaintiffs listed on Exhibit A*

BLASINGAME BURCH GARRARD & ASHLEY P.C.
P. O. Box 832
Athens, GA 30603
Phone: 706.354.4000
Fax: 706.549.3545

s/ Devin K. Ross
Devin K. Ross
dkross@shb.com;
Deborah A. Moeller
dmoeller@shb.com
*Counsel for Covidien Entities*

SHOOK HARDY BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547

/s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com;
Melissa Foster Bird
melissa.fosterbird@nelsonmullins.com
*Counsel for C. R. Bard, Inc.*

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.
P.O. BOX 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599

7258642 v1

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, PC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-28877 | Linda B. Aikens and Roger Aikens v. Ethicon, Inc., et al. |

7258642 v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

|  |  |
|---|---|
| By: | */s/ Henry G. Garrard, III* |
|  | *Henry G. Garrard, III* |
|  | hgg@bbgbalaw.com |
|  | Georgia Bar No. 286300 |
|  | Attorney for Plaintiffs on Exhibit A |

BLASINGAME BURCH GARRARD & ASHLEY, PC
P.O. Box 832
Athens, GA  30603
(706) 354-4000
(706) 549-3545 (fax)

7258642 v1