# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.  Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions without prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs.  Other defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
ffitzpatrick@motleyrice.com
*Attorney for Plaintiffs on Exhibit A*

/s/ John Foley
John Foley
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
618.259.2222 (phone)
618.259.2251 (fax)
jfoley@simmonsfirm.com
*Attorney for Plaintiffs on Exhibit B*


Dated: March 7, 2016

**EXHIBIT A – MOTLEY RICE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-32036 | Deborah Laird, Jeffrey Taylor v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – SIMMONS HANLY CONROY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04517 | Cristel K. Morgan and David Morgan, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis