# EXHIBIT 1

2/27/16

To whom it may concern:

I am submitting this letter in regards to a medical exam I had on 2/24/16 at 09:00 am by Dr. Flynn at 13111 E. Briarwood Avenue Ste 105, Centennial CO.

Prior to the exam, I told Dr. Flynn that I was scared to have vaginal exams because I have so much cramping and pain in that area. I told him it even hurt to have intercourse.

I removed my clothing from the waist down and covered myself with a sheet.  A Caucasian nurse with brown hair, approximately 30 years old was in the room as well. I placed my feet in the stirrups and moved my body to the end of the table. I saw Dr. Flynn grab a speculum from the table but I couldn't see anything else due to the sheet across my knees. He did not tell me what he was doing or what he was about to do. I began to feel a sharp pain move across my vaginal wall and told him it hurt. He did not stop and did not say anything. I then felt an extremely sharp pain as if someone was stabbing me with a knife and I could not control my next reaction. I pushed myself against the top of the bed and held my knees and screamed, "why, why, why, why!" I began to sob and could not breathe. I said, "Do other women need to do this? " and I said, "What is it." and "Where is it?" and he said, "It's the mesh and if you don't let me finish the exam, I will have to submit this as incomplete." I could not stop crying and he did not say anything. He just stared at me. The nurse said, "you can hold my hand if you want too." Dr Flynn told her that would not be a good idea because I might hurt her because I was a corrections officer and laughed. Although I was sobbing and could not breathe like a child, I moved back down to the end of the table to continue the exam. He said he was going to  use a smaller speculum and placed something inside my vagina and asked me to push like I was giving birth and cough. The exam ended after that. Dr. Flynn told me to get dressed and he would be back in a couple of minutes. He came back very quickly, as I was pulling my pants up and said he had to hurry because his next appointment was there and he left the room. Nobody spoke to me after that. I went to the bathroom to clean myself up because I had blood coming out of my vagina, but I was not on my period. It was heavy and I placed a tampon in my vagina and a couple of panty liners.

My shuttle picked me up at 11am and I was having extreme pain and cramping. I felt a stabbing pain near my bladder. It felt like an extremely bad bladder infection. I took motrin and tried to sleep on the plabe, but nothing helped the pain. I took pictures of the blood on the tampon and on the toilet paper while at the Denver airport.

I landed at the Ontario airport at 6:15 pm on 2/24/16 and went to the urgent care at 7:31 pm seeking relief for the pain. I was examined by Dr. James Brown at the Mountain View Urgent Care at 8250 White Oak Avenue Ste 106 in the city of Rancho Cucamonga. He prescribed me a muscle relaxer, cyclobenzaprine and 800 mg Ibuprofen.

On 2/25/16, I went to work , but was still cramping and had new symptoms of dizziness and nausea. I took my daughter to her basketball practice at our church at 6:00 pm and at 6:45 pm, I became so dizzy and short of breathe, I passed out and paramedics were called to transport me to San Antonio Medical Hospital.  My vitals were taken in the ambulance and they were fine. After I rested in the emergency

room, I asked to be discharged and would follow up with my primary physician. I left the hospital at 8:40 pm.

Today, 2/29/16, I am still bleeding and cramping. I am still in shock at what happened with Dr. Flynn and I don't know what to do. I am just trying to recover and move on the best I can.

Monica Freitas