| Bates Range | Description | Plaintiff's Exhibit Number | Depo Date | Depo |
|---|---|---|---|---|
| 6111450 | E-mail chain, top one dated 09 161 Aug 2010, Bates stamped 6111450 | T-3709 | 12/23/2014 | Elbert |
| ETH.MESH.00030098 | Letter, 5/13/03, to Gynecare Continence Health Sales Team from Powell and Kaminski | T-0185 | 5/13/2013 | Finley |
| ETH.MESH.02340902 through ETH.MESH.02340908 | 5/12/10-11/27/14 TVT Obturator IFU, ETH.MESH.02340902 through ETH.MESH.02340908 | Plaintiff's-1654 | 11/12/2015 | Weisberg |
| ETH.MESH.04940233 | 1-page copy of memo dated 7/16/10 to Leslie Young from Joerg L. Holste, DVM, Ph.D., and Larry Johnson, DVM, Ph.D. | T-1224 | 7/30/2013 | Holste |
| ETH.MESH.06867612 | PowerPoint, "MATRIX Material," 19 pages | T-2170 | 8/21/2013 | Smith, Dan |
| ETH.MESH.07724636 through ETH.MESH.07724675 | Letter dated February 1, 2012, Bates stamped ETH.MESH.07724636 through ETH.MESH.07724675 | Schmid-20 | 7/31/2015 | Schmid |
| ETH.MESH.09199476 | "Gynecare TVT Abbrevo Continence System, Objections and Frequently Asked Questions" Power Point, ETH.MESH.09199476 | P-42 | 8/20/2014 | Peebles |
| NAG00549 through NAG00551 | E-mail Exchange dated 1/22/14 and 1/23/14 Re: AUGS Position on MUS; Bates Stamp Nos. NAG00549 through NAG00551 | T-3627 | 6/10/2014 | Nager |
| NAG00590 through NAG00591 | E-mail Exchange dated 1/24/14; Bates Stamp Nos. NAG00590 through NAG00591 | T-3628 | 6/10/2014 | Nager |
| ETH.MESH.00829380 - ETH.MESH.00829443 | Project:  Literature Review - Pelvic Organ Prolapse Repair Procedures | Plaintiff's-525 | 3/14/2012 | Robinson |
| (ETH.MESH.00190694 thru ETH.MESH.00190695 | Form for Design and Development Plan | T-0626 | 6/19/2013 | Owens, Charlotte |
| [ETH.MCSH.03042297] | E-mail string dated 9/14/10 | Plaintiff's-1475 | 11/8/2013 | Gauld |
| [ETH.MESH.00268704] | E-mail string, top one dated 11/30/04 | Plaintiff's-1280 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.00279582 through 9588] | E-mail string, top one dated 12/4/02, with attached article | Plaintiff's-1430 | 10/22/2013 | Cecchini |
| [ETH.MESH.00411676 through 00411684] | Clinical Study Agreement for Investigator Initiated Studies | Plaintiff's-1447 | 11/7/2013 | Gauld |
| [ETH.MESH.00411695 through 00411706] | Clinical Study Agreement for Investigator Initiated Studies, TVT and TVTO: a comparison of postoperative voiding dysfunction | Plaintiff's-1448 | 11/7/2013 | Gauld |
| [ETH.MESH.00411707 through 00411717] | Clinical Study Agreement for Investigator Initiated Studies, Comparison of URP Values Pre and Postoperative Pubovaginal Sling using TVT-0 | Plaintiff's-1449 | 11/7/2013 | Gauld |
| [ETH.MESH.00411721 through 00411731] | Clinical Study Agreement for Investigator Initiated Studies, "Long-term clinical assessment of patients undergoing the tensionfree vaginal tape obturator approach for the treatment of female stress urinary incontinence" | Plaintiff's-1450 | 11/7/2013 | Gauld |
| [ETH.MESH.00411740 through 00411754] | Research Funding Agreement (Drug/Medical Device and Financial Support-United States) "A Randomized Trial of TVT and TVT-Secur for the Surgical Management of Stress Urinary Incontinence: A Non-Inferiority Study" | Plaintiff's-1451 | 11/7/2013 | Gauld |
| [ETH.MESH.00411855 through 00411867] | Research Funding Agreement dated 6/19/2008 between Ethicon and Michigan Institute of Women's Health | Plaintiff's-1454 | 11/7/2013 | Gauld |
| [ETH.MESH.00412020 through 00412028] | Clinical Study Agreement for Investigator Initiated Studies #28, dated 5/15/01 | Plaintiff's-1445 | 11/7/2013 | Gauld |
| [ETH.MESH.00412029 through 00412035] | Clinical Study Agreement for Investigator Initiated Studies #28, dated 5/15/01 | Plaintiff's-1446 | 11/7/2013 | Gauld |
| [ETH.MESH.00584846 through ETH.MESH.00584847] | E-mail string dated 5/10/04 | Plaintiff's-1181 | 10/17/2012 | Kammerer |
| [ETH.MESH.00585687] | E-mail dated 5/19/06 | Plaintiff's-1186 | 10/17/2012 | Kammerer |
| [ETH.MESH.00585688 through ETH.MESH.00585690] | Use of ULTRAPRO™ Mesh for Pelvic Organ Prolapse (POP) Repair through a Vaginal Approach | Plaintiff's-1187 | 10/17/2012 | Kammerer |
| [ETH.MESH.00585937 through ETH.MESH.00585939] | E-mail, top one dated 2/13/06 | Plaintiff's-1188 | 10/17/2012 | Kammerer |
| [ETH.MESH.00849130 through 00849133] | E-mail string, top one dated 2/15/07 | Plaintiff's-1479 | 11/8/2013 | Gauld |
| [ETH.MESH.00911303 through 00911304] | E-mail string, top one dated 11/23/04 | Plaintiff's-1275 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.00911305] | Memo to Prolift Pelvic Floor Repair System Design History File, dated 11/22/04 | Plaintiff's-1276 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.00911407 through 00911409] | E-mail string, top one dated 11/30/04 | Plaintiff's-1277 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.00911410] | Memo to Prolift Pelvic Floor Repair System Design History File, dated 11/29/04 | Plaintiff's-1279 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.01156032 through 01156038] | Gynecare Clinical Expert Report dated 12/15/04 | Plaintiff's-1282 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.01218423 through ETH.MESH.01218424] | Pelvic Organ Prolapse Repair: Lesson Learned from the PROLIFT Experience | Plaintiff's-1190 | 10/17/2012 | Kammerer |
| [ETH.MESH.01220728 through ETH.MESH.01220729] | E-mail string dated 2/13/04 | Plaintiff's-1179 | 10/17/2012 | Kammerer |
| [ETH.MESH.01220730 through ETH.MESH.01220731] | Questions raised at follow-up meeting with Murty Vykarnam and Mora Melican dated February 10, 2004 | Plaintiff's-1180 | 10/17/2012 | Kammerer |
| [ETH.MESH.01257739 through 01257762] | First Clinical Experience with a Single-incision (TVT-Secur) Tape Procedure for Treatment of Urinary Stress Incontinence | Plaintiff's-1478 | 11/8/2013 | Gauld |

EXHIBIT B

| | | | | |
|---|---|---|---|---|
| [ETH.MESH.01760283 through ETH.MESH.01760311] | Biocompatability Ultrapro | Plaintiff's-1185 | 10/17/2012 | Kammerer |
| [ETH.MESH.01985815 through 01985831] | E-mail dated 11/24/04, with attached Design Requirements Matrix | Plaintiff's-1274 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.02026591 through 6595] | Sunoco Material Safety Data Sheet for C4001 Polypropylene Homopolymer | Plaintiff's-1440 | 10/23/2012 | Cecchini |
| [ETH.MESH.02095278 through 02095283] | Gynecare Clinical Expert Report dated 12/15/04 | Plaintiff's-1283 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.02257633] | Memo to Prolift Pelvic Floor Repair System Design History File, dated 11/29/04 | Plaintiff's-1278 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.02341522 through 02341527] | Gynecare Prolift Package Insert | Plaintiff's-1461 | 11/7/2013 | Gauld |
| [ETH.MESH.02661364 through 02661378] | Johnson & Johnson Research Funding Agreement with Royal Women's Hospital and Dr. Marcus Carey | Plaintiff's-1453 | 11/7/2013 | Gauld |
| [ETH.MESH.03160750 through 03160752] | E-mail string, top one dated 11/15/06 | Plaintiff's-1457 | 11/7/2013 | Gauld |
| [ETH.MESH.03172197 through 04172198] | E-mail string dated 6/20/06 | Plaintiff's-1477 | 11/8/2013 | Gauld |
| [ETH.MESH.03173069] | E-mail string dated 10/4/06 | Plaintiff's-1470 | 11/8/2013 | Gauld |
| [ETH.MESH.03186649 through | E-mail string, top one dated 9/21/08 | Plaintiff's-1474 | 11/8/2013 | Gauld |
| [ETH.MESH.03209116 through 03209119] | Communication Plan to Close TVT WORLD Registry | Plaintiff's-1466 | 11/8/2013 | Gauld |
| [ETH.MESH.03258871 through 03258872] | E-mail string dated 9/27/10 | Plaintiff's-1473 | 11/8/2013 | Gauld |
| [ETH.MESH.03353374] | E-mail dated 9/14/05 | Plaintiff's-1455 | 11/7/2013 | Gauld |
| [ETH.MESH.03358784] | E-mail dated 6/24/04 | Plaintiff's-1182 | 10/17/2012 | Kammerer |
| [ETH.MESH.03358789] | E-mail dated 6/30/04 | Plaintiff's-1183 | 10/17/2012 | Kammerer |
| [ETH.MESH.03711785 through 03711791] | Gynecare Clinical Expert Report dated 12/15/04 | Plaintiff's-1281 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.03905976 through 03905991] | Pamphlet, "Pelvic Organ Prolapse" | Plaintiff's-1460 | 11/7/2013 | Gauld |
| [ETH.MESH.03915588 through 03915590] | E-mail string, top one dated 4/12/05 | Plaintiff's-1273 | 12/3/2012 | Ciarrocca |
| [ETH.MESH.04929473 through 04929555] | Surgical Mesh for Treatment of Women with Pelvic Organ Prolapse and Stress Urinary Incontinence, FDA Executive Summary | Plaintiff's-1464 | 11/7/2013 | Gauld |
| [ETH.MESH.04945231 through ETH.MESH.04945239] | E-mail string, top one dated 4/14/05 | Plaintiff's-1184 | 10/17/2012 | Kammerer |
| [ETH.MESH.05243256 through ETH.MESH.05243259] | E-mail string, top one dated 11/9/05 | Plaintiff's-1189 | 10/17/2012 | Kammerer |
| [ETH.MESH.05567793 through 7794] | E-mail string, top one dated 10/22/10 | Plaintiff's-1435 | 10/22/2013 | Cecchini |
| [ETH.MESH.05794926 through 05794930] | Pamphlet, "Make Data and Safety Your Choice" | Plaintiff's-1462 | 11/7/2013 | Gauld |
| [ETH.MESH.05982133] | Slide deck, "FDA and Ethicon PFR and SUI Dialogue" dated 5/3/11 | Plaintiff's-1463 | 11/7/2013 | Gauld |
| [ETH.MESH.06279321 through 06279322] | ICS-JUGA 2010 Abstract Form One Year Results from a World-wide Registry of TVT-Secur In Women With Stress Urinary Incontinence (SUI) | Plaintiff's-1472 | 11/8/2013 | Gauld |
| [ETH.MESH.06524954 through 06524956] | E-mail dated 11/6/07, with attached slide deck, Product Lightning Review | Plaintiff's-1456 | 11/7/2013 | Gauld |
| [ETH.MESH.06527171 through 06527225] | E-mail string, top one dated 8/8/07, with attached New Study Protocol | Plaintiff's-1458 | 11/7/2013 | Gauld |
| [ETH.MESH.06569681 through 06569755] | E-mail dated 6/2/10, with attached One year report for Prolift+M | Plaintiff's-1459 | 11/7/2013 | Gauld |
| [ETH.MESH.06661874 through 1979] | Target Sheet, DH0269: TVT (TENSION FREE VAGINAL TAPE) FACTBOOK | Plaintiff's-1434 | 10/22/2013 | Cecchini |
| [ETH.MESH.06918776] | E-mail dated 5/4/04 | Plaintiff's-1441 | 10/23/2013 | Cecchini |
| [ETH.MESH.06929822 through 06929844] | Johnson & Johnson Research Funding Agreement with University Hospitals Leuven and Professor Jan Deprest | Plaintiff's-1452 | 11/7/2013 | Gauld |
| [ETH.MESH.07049552 through 07049554] | E-mail string, top one dated 10/22/08 | Plaintiff's-1469 | 11/8/2013 | Gauld |
| [ETH.MESH.07181042 through 07181043] | E-mail string dated 1/28/09 | Plaintiff's-1467 | 11/8/2013 | Gauld |
| [ETH.MESH.07181045] | Charts of adverse events | Plaintiff's-1468 | 11/8/2013 | Gauld |
| [ETH.MESH.07186593 through 07186624] | TVT-World-Wide Observational Registry for Long-Term Data Protocol 300-06-006 | Plaintiff's-1465 | 11/8/2013 | Gauld |
| [ETH.MESH.0746495 through 4974] | Ethicon central file memo dated 5/26/00 to Peter Cecchini from Thomas Barbolt | Plaintiff's-1431 | 10/22/2013 | Cecchini |
| [ETH.MESH.08505286 through 5288] | Regulatory Strategy For Modifications Tension Free Vaginal Tape(TVT) System (Orig. 510(k)k974098 | Plaintiff's-1433 | 10/22/2013 | Cecchini |
| [ETH.MESH.08505291] | Undated memo of Peter Cecchini to Irene | Plaintiff's-1432 | 10/22/2013 | Cecchini |
| [ETH.MESH.08515453 through 5497] | 510(k) Notification for Prolene Polypropylene Mesh Hernia Device Nonabsorbable Synthetic Surgical Mesh | Plaintiff's-1443 | 10/23/2013 | Cecchini |

| | | | | |
|---|---|---|---|---|
| [ETH.MESH.08516130 through 6132] | E-mail string, top one dated 11/10/10 | Plaintiff's-1437 | 10/22/2013 | Cecchini |
| [ETH.MESH.08516133 through 6134] | E-mail string, top one dated 11/9/10 | Plaintiff's-1436 | 10/22/2013 | Cecchini |
| [ETH.MESH.08691844 through 2074] | Employment file for Peter Cecchini | Plaintiff's-1429 | 10/22/2013 | Cecchini |
| [ETH.MESH.08696085 through 6134] | License and Supply Agreement dated 2/13/97 | Plaintiff's-1439 | 10/23/2013 | Cecchini |
| [ETH.MESH.10339323 through 10339337] | Executive Summary, Preliminary Results of Peri-Operative and 3-Month Outcomes from a World-Wide Observational Registry of Tension-Free Vaginal Tapes in Women with Stress Urinary Incontinence | Plaintiff's-1471 | 11/8/2013 | Gauld |
| ADVAMED 00001669-70 | E-mail Thread | T-0130 | 4/25/2013 | Lisa |
| ADVAMED 00014388 through ADVAMED 00014391 | Letter dated Jan 3, 2012 | T-1184 | 7/12/2013 | Beath |
| Bates ETH.MESH.00198427 and 428 | 8/14/03 Text Approval Form #2003-059 | T-0482 | 6/6/2013 | O'Bryan |
| Bates handwritten 00813007 | slide deck Gynecare Prolift 2008 Gynecare Prolift Pelvic Floor Repair System and TVT Secur Mid-urethral Sling Preceptorship St. Lukes Hospital Allentown PA | T-0776 | 7/11/2013 | Pattyson |
| Bates stamped 000016 | Section 5 510(k) Summary, 10 pages | T-3083 | 8/8/2013 | Yale |
| Bates stamped 07691122 | PowerPoint, "Postmarket Surveillance Initiative (PSI), July 19, 2012," 18 pages | T-0021 | 4/3/2013 | Lamont |
| Bates stamped 6772949 | PowerPoint, "PMS Staff Meeting, Dan Lamont, 8/8/2012," 14 pages | T-0020 | 4/3/2013 | Lamont |
| BSCM05100117275-83 | Material Safety Data Sheet, BSCM05100117275-83 | T-3674 | 8/26/2014 | Rovner |
| DCF01 00000486-488 | 3/26/99 Letter from David Furr | T-3549 | 1/16/2014 | DeLaCroix |
| DEPO.ETH.MESH.000000101 | 1-page copy of document dated 5/9/13 entitled "Selman, Renee E." | T-2005 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00000068 through DEPO.ETH.MESH.00000073 | Spreadsheet, Pelvic Mesh Litigation: DHF and cDHF Collection and Production | T-0424 | 6/5/2013 | Smith, Dan |
| DEPO.ETH.MESH.00000085- | 9-page copy of document dated 3/8/06 entitled "2005 Performance and Development Plan Summary for Renee Selman" | T-2008 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00000150 | 1-page copy of document dated 8/17/07 entitled "Talent Review Profile" | T-2009 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00000173- | 3-page copy of document dated 8/25/05 entitled "One Page Summary" | T-2007 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00000192 - DEPO.ETH.MESH.00000213 | Documents | T-3390 | 11/6/2013 | Isenberg |
| DEPO.ETH.MESH.00000367-68 | Copies of Pages from Lab Notebook 9/22/87 | T-2265 | 1/8/2014 | Barbolt |
| DEPO.ETH.MESH.00000367-8 | Handwritten notes from Project 16210, dated 9/22/87 | T-3502 | 1/14/2014 | Hinoul |
| DEPO.ETH.MESH.00000516- | 2-page copy of document entitled "Key messages - to be discussed" | T-2011 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00000756 | 1-page copy of document dated 8/20/09 entitled "Final Pay Form" | T-2012 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00000761- | 1-page copy of document dated 2/17/10 entitled "Severance Adjustment/Exception Form," plus attachments | T-2013 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00000805 | 6-page copy of document dated 11/3/08 entitled "2008 Stakeholder Feedback Form" | T-2010 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00001881 | Document | T-3597 | 2/4/2014 | Smith, Dan |
| DEPO.ETH.MESH.00006387-93 | Complaint File Report Pl1-M1Z1ES DEPO.ETH.MESH.00006387-93 | Plaintiff's-1602 | 8/20/2014 | Meyer |
| DEPO.ETH.MESH.00006394-400 | Complaint File Report Pl1-M20O6S DEPO.ETH.MESH.00006394-400 | Plaintiff's-1603 | 8/20/2014 | Meyer |
| DEPO.ETH.MESH.00006401-07 | Complaint File Report Pl1-M20OE4 DEPO.ETH.MESH.00006401-07 | Plaintiff's-1604 | 8/20/2014 | Meyer |
| DEPO.ETH.MESH.00006408-14 | Complaint File Report PI # PL1-M20OM9 DEPO.ETH.MESH.00006408-14 | Plaintiff's-1601 | 8/20/2014 | Meyer |
| DEPO.ETH.MESH.00000137 | 1-page copy of letter dated 5/6/05 to Renee Selman from Dennis N. Longstreet | T-2006 | 6/20/2013 | Selman |
| DEPO.ETH.MESH.00006415-36 | Issue Report, Tracking No. 10100117211 DEPO-ETH.MESH.00006415-36 | Plaintiff's-1605 | 8/20/2014 | Meyer |
| DEPUY013010196-98 | Document entitled "Regulatory Affairs Benchmarking Discussion-Ethicon, Inc." December 12, 2007 | T-0552 | 6/13/2013 | Paine |
| DFS-DENISEFINN-00096 - DFS-DENISEFINN-00159 | Batch Records for Denise Finn | Plaintiff's-83 | 11/29/2011 | Yuill |
| DFS-DIANELOMBARDI-00076 - DFS-DIANELOMBARDI-00091 | Batch Records for Diane Lombardi | Plaintiff's-84 | 11/29/2011 | Yuill |
| DFS-KELLYBROOKS-00025 - DFS-KELLYBROOKS-00132 | Batch Records for Kelly Brooks | Plaintiff's-86 | 11/29/2011 | Yuill |
| DFS-LINDAGROSS-258 - DFS-LINDAGROSS-303 | Batch Records for Linda Gross | Plaintiff's-85 | 11/29/2011 | Yuill |
| DFS-LINDASCHLIEVERT-0004 - DFS-LINDASCHLIEVERT-00140 | Batch Records for Linda Schlievert | Plaintiff's-88 | 11/29/2011 | Yuill |
| DFS-MARCILEVIN-69 - DFS-MARCILEVIN-144 | Batch Records for Marci Levin | Plaintiff's-87 | 11/29/2011 | Yuill |
| DFS-MEICHELLEWOOD-00099 - DFS-MEICHELLEWOOD-00237 | Batch Records for Meichelle Wood | Plaintiff's-82 | 11/29/2011 | Yuill |
| EH.MESH.06358092 - 06358101 | article by Barber, et al. titled "Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape for the Treatment of Stress Urinary Incontinence" | T-1258 | 9/11/2013 | Robinson |
| ETH. MESH .04093838 | E-mail dated 9/28/09 | T-3329 | 10/30/2013 | Chen, Meng |
| ETH. MESH.00538085 thru ETH.MESH.00538086 | TVT-Secur, Clinical/Regulatory Strategy Meeting Minutes, 29 April 2005 | T-0630 | 6/19/2013 | Owens, Charlotte |
| ETH. MESH.00865625 thru ETH. MESH.00865627 | November 26, 2003 email to Burns, Arnaud, and Smith from David Waltregny | T-0647 | 6/20/2013 | Owens, Charlotte |

| | | | | |
|---|---|---|---|---|
| ETH. MESH.01813975-78 | E-mail string, 10/29/04-11/2/04 | T-3160 | 9/11/2013 | Lamont, Dan |
| ETH. MESH.03714002 thru ETH.MESH.03714018 | Clinical Expert Report, Gynecare TVT Secur System | T-0632 | 6/19/2013 | Owens, Charlotte |
| ETH. MESH.04082973 through 2974 | Study Notes, Possible Complications for Surgeries to Correct Pelvic Organ Prolapse and Stress Urinary Incontinence | T-3321 | 10/29/2013 | Chen, Meng |
| ETH. MESH.04549731 | E-mail, 5/7/12, to Arnaud and others from Hinoul | T-1322 | 9/18/2013 | Hart |
| ETH.MESH.05529653 | E-mail(s), dated 11/30/00 | T-3479 | 1/13/2014 | Hinoul |
| ETH.MESGH.08692305 to 08692311 | 2006 Performance and Development Plan Summary for Bartholomew Pattyson | T-0759 | 7/11/2013 | Pattyson |
| ETH.MESH 07975302 | E-mail Thread, 5/28/10 Subject, TVT Complication Article ETH.MESH 07975302 | P-11 | 7/16/2014 | Peebles |
| ETH.MESH 00033877-0033879 | Emails dated December 13, 2005 | T-2073 | 7/11/2013 | St. Hilaire |
| ETH.MESH 00163558-00163574 | Brochure, "The Choice to End Stress Urinary Incontinence" - Bonnie Blair on cover | T-2079 | 7/11/2013 | St. Hilaire |
| ETH.MESH 0030099-102 | E-mail Thread, 5/22/03 Subject, TVT Letter to Editor ETH.MESH 0030099-102 | P-18 | 7/16/2014 | Peebles |
| ETH.MESH 00409674-75 | E-mail Thread, 6/7/02 Subject, Dr. Alex Wang Taiwan Reports of Tape Rejection With TVT ETH.MESH 00409674-75 | P-19 | 7/16/2014 | Peebles |
| ETH.MESH 00467706-00467709 | Emails dated August 2007 | T-2068 | 7/11/2013 | St. Hilaire |
| ETH.MESH 00581590-612 | PowerPoint Gynecare 2001 ETH.MESH 00581590-612 | P-22 | 7/16/2014 | Peebles |
| ETH.MESH 00680025-00680030 | Article published by several French physicians | T-2071 | 7/11/2013 | St. Hilaire |
| ETH.MESH 00719198-00719209 | Emails dated February 6, 2007 | T-2064 | 7/11/2013 | St. Hilaire |
| ETH.MESH 00836321-22 | E-mail Thread, 2/1/08 Subject, Recent Call Concerning Steroid Use and TVT ETH.MESH 00836321-22 | P-10 | 7/16/2014 | Peebles |
| ETH.MESH 00845752-73 | E-mail Thread, 4/17/08 Subject, Midurethral Slings in Older Women ETH.MESH 00845752-73 | P-9 | 7/16/2014 | Peebles |
| ETH.MESH 00846523 | Email dated February 28, 2006 | T-2082 | 7/12/2013 | St. Hilaire |
| ETH.MESH 00851319-00851321 | Emails dated January 21, 2010 | T-2069 | 7/11/2013 | St. Hilaire |
| ETH.MESH 00864503-07 | E-mail Thread, 9/16/04 Subject, Ongoing TVT-O Action Items ETH.MESH 00864503-07 | P-4 | 7/16/2014 | Peebles |
| ETH.MESH 00875544-00875546 | Email re J & J Law Department Preservation Notice | T-2083 | 7/12/2013 | St. Hilaire |
| ETH.MESH 00994917-18 | E-mail Thread, 4/13/05 Subject, Sheath Sales Tool ETH.MESH 00994917-18 | P-2 | 7/16/2014 | Peebles |
| ETH.MESH 01716847-01716848 | Emails dated March 20, 2007 | T-2067 | 7/11/2013 | St. Hilaire |
| ETH.MESH 01949009-01949013 | J & J Law Department Document Preservation Notice | T-2084 | 7/12/2013 | St. Hilaire |
| ETH.MESH 03458123-03458138 | Brochure, "The Choice to End Stress Urinary Incontinence" - Bonnie Blair on cover | T-2081 | 7/12/2013 | St. Hilaire |
| ETH.MESH 03573964-81 | TVT-Next (TVTx) ETH.MESH 03573964-81 | P-25 | 7/16/2014 | Peebles |
| ETH.MESH 03738826-27 | E-mail Thread, 11/6/5 Subject, Redacted ETH.MESH 03738826-27 | P-15 | 7/16/2014 | Peebles |
| ETH.MESH 03905472-77 | E-mail Thread, 6/6/01 Subject, TVT Recommendation From Dr. Alex Wang ETH.MESH 03905472-77 | P-20 | 7/16/2014 | Peebles |
| ETH.MESH 03921637-40 | E-mail Thread, 11/23/06 Subject, TVT Secur Units Sold 21 November ETH.MESH 03921637-40 | P-6 | 7/16/2014 | Peebles |
| ETH.MESH 03934031-18 | E-mail Thread, 10/23/08 Subject, TR Information About FDA Notification on Use of Mesh in Pelvic Surgery ETH.MESH 03934031-18 | P-3 | 7/16/2014 | Peebles |
| ETH.MESH 05163323-25 | E-mail Thread, 3/14/11 Subject, Incontinence PMT: 3/3 Meeting Notes ETH.MESH 05163323-25 | P-8 | 7/16/2014 | Peebles |
| ETH.MESH 05795322-24 | E-mail Thread, 4/13/05 Subject, Q1 PE Results, Revised ETH.MESH 05795322-24 | P-5 | 7/16/2014 | Peebles |
| ETH.MESH 058157-058158 | Gynecare TVT Brochure, "What You Should Know About Stress Urinary Incontinence" | T-2074 | 7/11/2013 | St. Hilaire |
| ETH.MESH 05827509-13 | E-mail Thread, 8/12/11 Subject, PPM_REV_0119412.docx ETH.MESH 05827509-13 | P-14 | 7/16/2014 | Peebles |
| ETH.MESH 06881079-80 | E-mail Thread, 2/27/04 Subject, Important 2 TVT Complaints Concerning Allegedly Brittle Mesh ETH.MESH 06881079-80 | P-27 | 7/16/2014 | Peebles |
| ETH.MESH 07946455-07946468 | ADM Module 2: Compliance | T-2077 | 7/12/2013 | St. Hilaire |
| ETH.MESH 08003247-08003262 | Brochure, "The Choice to End Stress Urinary Incontinence" - Bonnie Blair on cover | T-2080 | 7/12/2013 | St. Hilaire |
| ETH.MESH 08003279-08003294 | Gynecare TVT Family of Products brochure, "Treatment Options For Stress Urinary Incontinence" | T-2075 | 7/11/2013 | St. Hilaire |
| ETH.MESH 09208346 | E-mail Thread, 4/2/10 Subject, TVT-O Three-year Data ETH.MESH 09208346 | P-12 | 7/16/2014 | Peebles |
| ETH.MESH 09869126-128 | E-mail Thread, 2/12/13 Subject, We need to discuss ETH.MESH 09869126-128 | P-13 | 7/16/2014 | Peebles |
| ETH.MESH 11482252 | E-mail Thread, 2/15/07 Subject, Kevin Berry: Clinical Persistence ETH.MESH 11482252 | P-7 | 7/16/2014 | Peebles |
| ETH.MESH 2313464-02316436 | Emails dated February 7, 2007 | T-2066 | 7/11/2013 | St. Hilaire |

| | | | | |
|---|---|---|---|---|
| ETH.MESH. 00160615-00160623 | Gynecare Ethicon Brochure, "Freedom From Stress Urinary Incontinence" | T-2076 | 7/11/2013 | St. Hilaire |
| ETH.MESH 08003231-08003246 | Brochure, "The Choice to End Stress Urinary Incontinence" | T-2078 | 7/12/2013 | St. Hilaire |
| ETH.MESH. 00009703-06 | E-mail, 8/17/10, to Frost and others from Meek, with attachment | Plaintiff's-323 | 2/24/2012 | Meek |
| ETH.MESH. 04081189-90 | Document entitled "Meeting Agenda" | T-3313 | 10/3/2013 | Parisi |
| ETH.MESH. 05224707-10 | E-mail string, 6/4/08-6/16/08 | Plaintiff's-1425 | 9/25/2013 | Mittenthal |
| ETH.MESH.0&450919-87 and ETH.MESH.08451103 | 2005-2011 Performance and Development Plan Summaries for Paul Parisi | T-3276 | 10/2/2013 | Parisi |
| ETH.MESH.00000159 - ETH.MESH.00000168 | Attachment 6: Risk Management | Plaintiff's-768 | 5/24/2012 | Lamont |
| ETH.MESH.00000272 | E-mail from Zaddem to Robbinson re: macroporous - lower limit of pore size | Plaintiff's-589 | 3/28/2012 | Zaddem |
| ETH.MESH.00000807 - ETH.MESH.00000808 | Abstract entitled "Trans-Vaginal Mesh (TVM): An Innovative Approach to Placing Synthetic Mesh Transvaginally for Surgical Correction of Pelvic Support Defects - Peri-Operative Safety Results" | Plaintiff's-706 | 4/26/2012 | Gauld |
| ETH.MESH.00000818 - ETH.MESH.00000821 | Press Release, "Lifting the Taboo a Common Women's Health Issue: [Hospital] offers new treatment for pelvic organ prolapse | Plaintiff's-58 | 11/16/2011 | Jones |
| ETH.MESH.00001142 - ETH.MESH.00001143 | Pre-Event Registration Form | Plaintiff's-196 | 1/5/2012 | Lane |
| ETH.MESH.00001145 - ETH.MESH.00001148 | Preceptor Recommendation Form | Plaintiff's-195 | 1/5/2012 | Lane |
| ETH.MESH.00001401 - ETH.MESH.00001419 | PowerPoint entitled "Material Science Considerations, Howard B. Goldman, MD," | Plaintiff's-67 | 11/16/2011 | Jones |
| ETH.MESH.00001631 - ETH.MESH.00001634 | Attachment 1: Uphold features & benefits review | Plaintiff's-75 | 11/16/2011 | Jones |
| ETH.MESH.00001820 - ETH.MESH.00001823 | PowerPoint entitled "Project Brief PFR Prof Ed Advisory Boards" | Plaintiff's-65 | 11/16/2011 | Jones |
| ETH.MESH.00001897 - ETH.MESH.00001902 | Document entitled "Division Manager & Sales Training Manager Evaluation | Plaintiff's-66 | 11/16/2011 | Jones |
| ETH.MESH.00002127 | Spreadsheet entitled "Targeting Worksheet" | Plaintiff's-21 | 10/5/2011 | Henderson |
| ETH.MESH.00002135 - ETH.MESH.00002146 | "Think Again, PROM-333-10-7/12" | Plaintiff's-30 | 10/5/2011 | Henderson |
| ETH.MESH.00002157-ETH.MESH. 00002171 | Document Entitled "Treatment Options for Stress Urinary Incontinence, Stop Coping. Start Living" | T-3458 | 1/6/2014 | Kirkemo |
| ETH.MESH.00002257 - ETH.MESH.00002268 | Women's Health & Urology org chart | Plaintiff's-5 | 10/4/2011 | Henderson |
| ETH.MESH.00002327 - ETH.MESH.00002341 | Ethicon Women's Health & Urology org chart | Plaintiff's-6 | 10/4/2011 | Henderson |
| ETH.MESH.00002586 - ETH.MESH.00002587 | E-mail chain, top one dated 10 Nov 2008, and attachment | Plaintiff's-319 | 2/23/2012 | Meek |
| ETH.MESH.00002637 | E-mail dated 09 Oct 2008 | Plaintiff's-63 | 11/16/2011 | Jones |
| ETH.MESH.00002649-52, with attachment | E-mail, 9/9/08, | Plaintiff's-320 | 2/24/2012 | Meek |
| ETH.MESH.00002702 - ETH.MESH.00002703 | E-mail dated 22 Feb 2005 | Plaintiff's-227 | 1/24/2012 | Parisi |
| ETH.MESH.00002706 - ETH.MESH.00002707 | E-mail from Allison London Brown re: Prolift ordering update | Plaintiff's-22 | 10/5/2011 | Henderson |
| ETH.MESH.00002719 - ETH.MESH.00002720 | E-mail chain | Plaintiff's-56 | 11/16/2011 | Jones |
| ETH.MESH.00002729 - ETH.MESH.00002730 | E-mail plus attachment | Plaintiff's-51 | 11/15/2011 | Jones |
| ETH.MESH.00002740 | Spreadsheet | Plaintiff's-55 | 11/16/2011 | Jones |
| ETH.MESH.00002836 - ETH.MESH.00002839 | E-mail chain | Plaintiff's-27 | 10/5/2011 | Henderson |
| ETH.MESH.00003103-04 | E-mail string, 10/12/09-10/14/09, with attachment | Plaintiff's-327 | 2/24/2012 | Meek |
| ETH.MESH.00003135 - ETH.MESH.00003137 | E-mail chain, top one dated 22 July 2010 | Plaintiff's-78 | 11/16/2011 | Jones |
| ETH.MESH.00003327-28 | Email re: Mesh folding and fibrosis attaching Interim report mesh explants pelvic floor repair by Klosterhalfen | Plaintiff's-332 | 2/24/2012 | Meek |
| ETH.MESH.00003681 | E-mail re 5/30/08 conference call | Plaintiff's-324 | 2/24/2012 | Meek |
| ETH.MESH.00003890 - ETH.MESH.00003891 | Summit Meeting 2009 Breakout Sessions - Handout | Plaintiff's-230 | 1/25/2012 | Jones |
| ETH.MESH.00004167 | 17-page copy of document entitled "Placeholder, Document produced in native format" | T-2062 | 6/21/2013 | Selman |
| ETH.MESH.00004171 - ETH.MESH.00004206 - ETH.MESH.00003681 | E-mail chain, top one dated 13 Jun 2008 | Plaintiff's-316 | 2/23/2012 | Meek |
| ETH.MESH.00005098 - ETH.MESH.00005099 | Email from physician re: patient with permanently destroyed vagina | Plaintiff's-397 | 3/1/2012 | Hall |
| ETH.MESH.00005343-44 | E-mail string, 12/9/09-6/1/10, with attachment | Plaintiff's-334 | 2/24/2012 | Meek |
| ETH.MESH.00005608 - ETH.MESH.00005609 | E-mail dated 20 Feb 2002, and attachment | Plaintiff's-473 | 3/7/2012 | Walji |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00005660 | E-mail, 11/7/02, to DL-ETHUSSO SLS Gynecare Reps and others from Luscombe | T-3000 | 7/29/2013 | Luscombe |
| ETH.MESH.00005681-82 | E-mail string, 3/12/02-3/13/02, with attachment | T-3016 | 7/30/2013 | Luscombe |
| ETH.MESH.00005960 - ETH.MESH.00005961 | E-mail chain, top one dated 31 Aug 2003 | Plaintiff's-299 | 2/17/2012 | Kaminski |
| ETH.MESH.00005963 - ETH.MESH.00005964 | E-mail from Lori Campbell | Plaintiff's-300 | 2/17/2012 | Kaminski |
| ETH.MESH.00006367 - ETH.MESH.00006371 | E-mail chain, top one dated 24 October 2008 | Plaintiff's-74 | 11/16/2011 | Jones |
| ETH.MESH.00006636 | Interim Report Mesh Explants Pelvic Floor Repair, dated April 2008 | Plaintiff's-1309 | 12/15/2012 | Holste |
| ETH.MESH.00006681 - ETH.MESH.00006728 | Study Concept Proposal for Ethicon, "A Survey to Assess Long-Term Quality of Life Outcomes in Patients after Surgical Treatment for Pelvic Organ Prolapse (POP)," 14 April 2008 | Plaintiff's-132 | 12/14/2011 | Parisi |
| ETH.MESH.00006795 and ETH.MESH.00006796 | E-mail dated 12 Mar 2009, with attachment, 15 pages | Plaintiff's-958 | 10/2/2012 | Burkley |
| ETH.MESH.00006796 | PowerPoint, "Stand & deliver Pelvic Floor Repair" | Plaintiff's-601 | 3/28/2012 | Zaddem |
| ETH.MESH.00007091 | E-mail dated 06 Feb 2009, plus attachment | T-3079 | 8/8/2013 | Yale |
| ETH.MESH.00007091 - 00007092 | 2/6/09 e-mail with attachment from Jennifer Haby to Melissa Chaves, et al. | T-0970 | 7/25/2013 | Robinson |
| ETH.MESH.00008039 - ETH.MESH.00008112 | E-mail chain, top one dated 21 Nov 2008 | Plaintiff's-315 | 2/23/2012 | Meek |
| ETH.MESH.00008662 - ETH.MESH.00008668 | Organizational Charts | Plaintiff's-392 | 3/1/2012 | Hall |
| ETH.MESH.00008702 | Medical Operations Organization Organizational Chart | Plaintiff's-94 | 12/1/2011 | Underwood |
| ETH.MESH.00009344 | E-mail Grupe to Gadot, et al. re:  Prolift+M Re-positioning study - detailed final report; Attached PPP | Plaintiff's-317 | 2/23/2012 | Meek |
| ETH.MESH.000112266 - ETH.MESH.000112271 | Letter dated August 6, 2007 | Plaintiff's-272 | 2/8/2012 | Paine |
| ETH.MESH.00011266 - ETH.MESH.00011271 | Letter dated August 6, 2007 | Plaintiff's-139 | 12/19/2011 | Lisa |
| ETH.MESH.00011316-18 | FDA Public Health Notification | T-0129 | 4/25/2013 | Lisa |
| ETH.MESH.00011337, 31 pages | Add-To-File for K071512 (GYNECARE PROLIFT and GYNECARE PROLIFT+M Pelvic Floor Repair Systems), October 16, 2008 | Plaintiff's-396 | 3/1/2012 | Hall |
| ETH.MESH.00011654, 16 pages | Brochure, "Pelvic Organ Prolapse," "Get the Facts, Be Informed," "Make YOUR Best Decision" | Plaintiff's-389 | 3/1/2012 | Hall |
| ETH.MESH.00011698 - ETH.MESH.00011708 | Packet of Documents | Plaintiff's-137 | 12/19/2011 | Lisa |
| ETH.MESH.00011731 - ETH.MESH.00011736 | Final regulatory strategy for Project D'Art | Plaintiff's-269 | 2/8/2012 | Paine |
| ETH.MESH.00011731-36 | Memo to Ciarrocca et al. re:  Project: GyneCare Prolift PFR System (Project D'Art); prepared by Sheryl Robinson Bagalio, RAC | Plaintiff's-1064 | 3/27/2012 | Beath |
| ETH.MESH.00011775 | Memo dated 2/21/08 | Plaintiff's-281 | 2/9/2012 | Paine |
| ETH.MESH.00011815 - ETH.MESH.00011817 | Memo dated 7/19/07 | Plaintiff's-136 | 12/19/2011 | Lisa |
| ETH.MESH.00012009 | Clinical Study Report, Clinical Assessment of feasibility, complications and effectiveness at 12 months, 3 years and 5 years Protocol Number CT-TVM-001-03 (France) | Plaintiff's-522 | 3/14/2012 | Robinson |
| ETH.MESH.00012090 - ETH.MESH.00012163 | Clinical Study Report, Evaluation of the TVM technique for treatment of genital prolapse, Protocol Number 2003-016; 12 Month, USA | Plaintiff's-521 | 3/14/2012 | Robinson |
| ETH.MESH.00012090-163 | Study Title, Clinical Assessment of the TVM Technique for Treatment Of Genital Prolapse Final Report of 12-Month | P-521 (previously marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.00015699 - ETH.MESH.00015706 | Gynemesh PS, A New Mesh for Pelvic Floor Repair, Early Clinical Experience, "White Paper" | Plaintiff's-466 | 3/7/2012 | Walji |
| ETH.MESH.00016545 - ETH.MESH.00016547 | Documents | T-3379 | 11/6/2013 | Isenberg |
| ETH.MESH.00017430 through ETH.MESH.00017446 | Article entitled "Transvaginal mesh repair using a light-weight, partially resorbable synthetic mesh kit: Interim 3 months results" by Piet Hinoul, MD, et al. | T-0718 | 6/27/2013 | Hinoul |
| ETH.MESH.00019823-24 | Waltregny, de Leval  Inside-Out Transobturator Vaginal Tape: Short-Term Results of a Prospective Study | Plaintiff's-1336 | 8/12/2013 | Amin |
| ETH.MESH.00019863 through ETH.MESH.00019924 | 510(k) Package for TVT-O, December 8, 2003 | T-0015 | 3/13/2013 | Lin |
| ETH.MESH.00019863-924 | Group of documents, first page entitled "Attachment V, 510(k) Summary" | T-2107 | 8/14/2013 | Barbolt |
| ETH.MESH.00019925-ETH.MESH.00120019 | 2-page copy of letter dated 11/26/05 to Patricia M. Hojnoski, M.S., from Mark N. Melkerson, plus attachments | T-1221 | 7/30/2013 | Holste |
| ETH.MESH.0020020-20230 | Document entitled "Section 5, 510(k) Summary" | T-0059 | 4/16/2013 | Hojnoski |
| ETH.MESH.00020394 - ETH.MESH.00020643 | Letter dated August 6, 2007, and Add-to-File | Plaintiff's-149 | 12/20/2011 | Lisa |
| ETH.MESH.00028555 - ETH.MESH.00028556 | E-mail dated 19 Nov 2010 | Plaintiff's-129 | 12/14/2011 | Parisi |
| ETH.MESH.00028840 - ETH.MESH.00028842 | E-mail chain, top one dated 02 Jun 2005 | Plaintiff's-292 | 2/17/2012 | Kaminski |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00029110 -<br>ETH.MESH.00029111 | E-mail chain, top one dated 25 Apr 2005 | Plaintiff's-291 | 2/17/2012 | Kaminski |
| ETH.MESH.00029127 -<br>ETH.MESH.00029129 | E-mail chain, top one dated 24 Jan 2005 | Plaintiff's-304 | 2/17/2012 | Kaminski |
| ETH.MESH.00029162 -<br>ETH.MESH.00029163 | E-mail chain, top one dated 03 Jun 2005 | Plaintiff's-294 | 2/17/2012 | Kaminski |
| ETH.MESH.00029185 -<br>ETH.MESH.00029186 | E-mail chain, top one dated 02 Jun 2005 | Plaintiff's-293 | 2/17/2012 | Kaminski |
| ETH.MESH.00029282 | E-mail dated 09 May 2005 | Plaintiff's-290 | 2/17/2012 | Kaminski |
| ETH.MESH.00029342 -<br>ETH.MESH.00029343 | E-mail chain, top one dated 03 Jun 2005 | Plaintiff's-295 | 2/17/2012 | Kaminski |
| ETH.MESH.00029963-66 | E-mail, 1/16/02, to SLS Gynecare DMs and others from Luscombe, with attachments | T-3028 | 7/30/2013 | Luscombe |
| ETH.MESH.00030096-98 | 5/22/03 E-mail from Osburn to Perez; Subject; Gynecare TVT Physician Training policy | T-3541 | 1/16/2014 | DeLaCroix |
| ETH.MESH.00030099 through 102 | e-mail correspondence | K-8 | 12/10/2013 | Kaminski |
| ETH.MESH.00030137-40 | E-mail, 7/30/03, to SLS Gynecare Reps and others from Luscombe | T-3022 | 7/30/2013 | Luscombe |
| ETH.MESH.00030372-73 | E-mail string, 6/27/03-7/7/03 | T-3014 | 7/30/2013 | Luscombe |
| ETH.MESH.00031323-25 | Memo to Customer re: Prolift is a line extension of Gynemesh | Plaintiff's-1058 | 3/27/2012 | Beath |
| ETH.MESH.00031538 | PowerPoint entitled "Gynecare Professional Relations and Professional Education, 'Educating Customers Worldwide to improve the lives of women!'" | T-1050 | 6/5/2013 | Parisi |
| ETH.MESH.00031538 -<br>ETH.MESH.00031560 | PowerPoint, "Gynecare Professional Relations and Professional Education, 'Educating Customers Worldwide to improve the lives of women!'" | Plaintiff's-289 | 2/17/2012 | Kaminski |
| ETH.MESH.00031538-60 | PowerPoint presentation entitled "Gynecare Professional Relations and Professional Education 'Educating Customers Worldwide to improve the lives of women!'" | T-3275 | 10/2/2013 | Parisi |
| ETH.MESH.00032491 | E-mail chain | Plaintiff's-50 | 11/15/2011 | Jones |
| ETH.MESH.00032864 -<br>ETH.MESH.00032867 | E-mail chain | Plaintiff's-57 | 11/16/2011 | Jones |
| ETH.MESH.00032872 -<br>ETH.MESH.00032889 | "2005 Business Plan" Report | Plaintiff's-49 | 11/15/2011 | Jones |
| ETH.MESH.00032999 | E-mail chain, top one dated 01 Aug 2010 | Plaintiff's-76 | 11/16/2011 | Jones |
| ETH.MESH.00033397 -<br>ETH.MESH.00033399 | E-mail dated 07 Jul 2006 | Plaintiff's-429 | 3/6/2012 | Bonet |
| ETH.MESH.00033397-99 | E-mail, 7/7/06, from Casey | Plaintiff's-359 | 2/29/2012 | Amin |
| ETH.MESH.00033400 | Ad, "One day you have prolapse. The next day you don't.Imagine That." | Plaintiff's-430 | 3/6/2012 | Bonet |
| ETH.MESH.00033411 -<br>ETH.MESH.00033417 | E-mail dated 10 Jul 2006, and attachment | Plaintiff's-388 | 3/1/2012 | Hall |
| ETH.MESH.00033435 -<br>ETH.MESH.00033462 | M.D. News, Dallas/Fort Worth Edition, April 2006 | Plaintiff's-231 | 1/25/2012 | Jones |
| ETH.MESH.00334400 | Advertisement | Plaintiff's-562 | 3/23/2012 | Mahar |
| ETH.MESH.00034061-69 | Document entitled "GYNECARE TVT SECUR System: Key Technical Points" | T-3288 | 10/2/2013 | Parisi |
| ETH.MESH.00034720 through<br>ETH.MESH.00034724 | Article entitled "A 3-month preclinical trial to assess the performance of a new TVT-like mesh (TVTx) in a sheep model" by Masoumeh Rezapour, et al. | T-0450 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00034720 thru<br>ETH.MESH.00034724 | Article entitled "A 3-month preclinical trial to assess the performance of a new TVT-like mesh (TVTx) in a sheep model" | T-0640 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.00034725 -<br>ETH.MESH.00034730 | E-mail dated 21 Apr 2009, and attachment | Plaintiff's-496 | 3/13/2012 | Robinson |
| ETH.MESH.00034875 -<br>ETH.MESH.00034876 | E-mail chain, Meek to Lepley, Bird, Jones, Perkins - re:  Covidien PFR System | Plaintiff's-244 | 1/25/2012 | Jones |
| ETH.MESH.00034879 -<br>ETH.MESH.00034880 | 1/2008 Email thread re: Update on availability of devices for Prolift +M Study. | Plaintiff's-237 | 1/25/2012 | Jones |
| ETH.MESH.00034886 -<br>ETH.MESH.00034889 | Gynecare Project Lightning Commercialization Strategy | Plaintiff's-233 | 1/25/2012 | Jones |
| ETH.MESH.00035013 -<br>ETH.MESH.00035014 | E-mail dated 07 Jun 2008 | Plaintiff's-98 | 12/1/2011 | Underwood |
| ETH.MESH.00035298-99 | E-mail chain, 10/6/08-10/13/08 | Plaintiff's-330 | 2/24/2012 | Meek |
| ETH.MESH.00035476-77 | E-mail, 1/6/09, to Gadot and others from Meek | Plaintiff's-336 | 2/24/2012 | Meek |
| ETH.MESH.00419571 -<br>ETH.MESH.00419600 | GYNECARE PROLIFT® Pelvic Floor Repair System Total Pelvic Floor Repair, Anterior Pelvic Floor Repair, Posterior Pelvic Floor Repair SURGICAL TECHNIQUE | Plaintiff's-296 | 2/17/2012 | Kaminski |
| ETH.MESH.0004781 - ETH.MESH.0004786 | Sales Brochure, "Biocompatibility is the science of living better" | Plaintiff's-243 | 1/25/2012 | Jones |
| ETH.MESH.00057411 -<br>ETH.MESH.00057413 | E-mail chain, top one dated 28 Aug 2008 | Plaintiff's-238 | 1/25/2012 | Jones |
| ETH.MESH.00057416 | Talking Points on Pelvic Floor Repair Mesh | Plaintiff's-239 | 1/25/2012 | Jones |
| ETH.MESH.00057420 | "Talking Points on Pelvic Floor Repair Mesh" | Plaintiff's-1043 | 3/26/2012 | Beath |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00057757 and ETH.MESH.00057758 | Agenda, "2009 Incontinence & Pelvic Floor Summit, Gaylord Palms Resort & Convention Hotel, Kissimmee, Florida," Bates stamped ETH.MESH.00057757 and ETH.MESH.00057758 | Schmid-11 | 7/31/2015 | Schmid |
| ETH.MESH.00057757-58 | Ethicon Women's Health & Urology 2009 Incontinence & Pelvic Floor Summit Kissimmee, Florida ETH.MESH.00057757-58 | Henderson-18 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.00063375-77 | E-mail, 10/2/08, to Meek and Jones from Timmer | Plaintiff's-329 | 2/24/2012 | Meek |
| ETH.MESH.00065640 - ETH.MESH.00065646 | E-mail dated 23 Apr 2008, and attachment | Plaintiff's-399 | 3/1/2012 | Hall |
| ETH.MESH.00066269 - ETH.MESH.00066270 | E-mail dated 10 Dec 2008 | Plaintiff's-246 | 1/25/2012 | Jones |
| ETH.MESH.00066632 - ETH.MESH.00066637 | Sales Aid "her body will love this graft as much as you will," | Plaintiff's-318 | 2/23/2012 | Meek |
| ETH.MESH.00066792-93 | E-mail, 10/31/08, to Mahar from Russo-Jankewicz | Plaintiff's-540 | 3/15/2012 | Hoffman |
| ETH.MESH.00066817 | Draft for review, 10/15/08, Letter from ETHICON Medical Affairs [To Be Used to Respond to Physician Inquiries About FDA Notification] | Plaintiff's-79 | 11/16/2011 | Jones |
| ETH.MESH.00066957 | E-mail, 10/17/08, to Selman and others from Prutzman | Plaintiff's-1047 | 3/26/2012 | Beath |
| ETH.MESH.00066960 | 10/14/08 Voice mail from Kevin Marah to Ethicon Women's Health & Urology U.S. Sales & Marketing Organization" | Plaintiff's-1049 | 3/26/2012 | Beath |
| ETH.MESH.00066963-64 | FDA Notification to Healthcare Professionals About Serious Complications Associated with Surgical Mesh For Prolapse and Incontinence | T-0135 | 4/25/2013 | Lisa |
| ETH.MESH.00066971-73 | E-mail, 2/3/09, to Cantin and others from Talbott, with attachment | Plaintiff's-541 | 3/15/2012 | Hoffman |
| ETH.MESH.00067354 - ETH.MESH.00067363 | E-mail chain, Globerman to Scott Jones re: Q&A Transcription - Dr. Lucente +M Webinar | Plaintiff's-240 | 1/25/2012 | Jones |
| ETH.MESH.00067902 -00067904 | 1/27/05 e-mail string from Carolyn Brennan to Paul Parisi | T-0972 | 7/25/2013 | Robinson |
| ETH.MESH.00069114 | E-mail dated 30 Apr 2007 | T-1068 | 6/6/2013 | Parisi |
| ETH.MESH.00069375 - ETH.MESH.00069376 | E-mail chain, top one dated 31 Jul 2007 | Plaintiff's-130 | 12/14/2011 | Parisi |
| ETH.MESH.00070065 | Memo, 2/20/08 Subject, Updated IFU Last Minute Changes ETH.MESH.00070065 | Henderson-14 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.00070187 - ETH.MESH.00070211 | Company Procedure for Medical Device Risk Management Plan | Plaintiff's-641 | 4/4/2012 | Lamont |
| ETH.MESH.00070187 through 00070211 | Company Procedure for Medical Device Risk Management Plan, Revision History for (PR602-003) | T-0796 | 7/15/2013 | Mahmoud |
| ETH.MESH.00070187 through ETH.MESH.00070211 | Company Procedure for Medical Device Risk Management Plan, Document Name (#): PR602-003, Revision: 13 | T-2162 | 8/21/2013 | Smith, Dan |
| ETH.MESH.00071794 | E-mail chain from Chen to Lisa re: TVT IFUs on tape extrusion, exposure and erosion | Plaintiff's-172 | 12/20/2011 | Lisa |
| ETH.MESH.00071821-25 | Gynecare TVT-Secur - Overview of 2007 Product Complaints Involving MDR Serious Injuries | T-0152 | 4/26/2013 | Lisa |
| ETH.MESH.00074499 | Slide deck, Gynecare Prolift+M Pelvic Floor Repair System, Training Presentation [cover page ETH.MESH.00074499] | Divilio-21 | 10/30/2014 | Divilio |
| ETH.MESH.00074854 - ETH.MESH.00074893 | CDRH Premarket Review Submission Cover Sheet and attachment | Plaintiff's-312 | 2/23/2012 | Meek |
| ETH.MESH.00075020 - ETH.MESH.00075023 | E-mail chain, top one dated 24 Jan 2008 | Plaintiff's-265 | 2/8/2012 | Paine |
| ETH.MESH.00075314 | PowerPoint slide, "Key differences: TVT-O vs. TVT Abbrevo," Bates stamped ETH.MESH.00075314, 2 pages | | 12/23/2014 | Elbert |
| ETH.MESH.00076710 through ETH.MESH.00076790 | Clinical Study Report, Evaluation of Prosima for Pelvic Organ Prolapse, Protocol Number: 300-06-005, Bates stamped ETH.MESH.00076710 through ETH.MESH.00076790 | Plaintiff's-1578 | 6/20/2014 | Murphy |
| ETH.MESH.00077073 through ETH.MESH.00077093 | Listing 16.2.6.1.8 Dyspareunia (from CRF), All available data, Bates stamped ETH.MESH.00077073 through ETH.MESH.00077093 | Plaintiff's-1585 | 6/20/2014 | Murphy |
| ETH.MESH.00077094 through ETH.MESH.00077094 | Listing 16.2.6.1.9 Dyspareunia (From CRF and Q5 of PISQ), All available data, Bates stamped ETH.MESH.00077094 through ETH.MESH.00077094 | Plaintiff's-1581 | 6/20/2014 | Murphy |
| ETH.MESH.00077395 | Listing 16.2.7.6 VSD complications, Subjects with VSD complications, Bates stamped ETH.MESH.00077395 | Plaintiff's-1579 | 6/20/2014 | Murphy |
| ETH.MESH.000797778 through ETH.MESH.00797783 | Complaint Investigation Report | Plaintiff's-991 | 10/4/2012 | Chen |
| ETH.MESH.00080128 | E-mail Thread | T-0128 | 4/25/2013 | Lisa |
| ETH.MESH.00080928 - ETH.MESH.00080929 | Email re: Prolift, at a minimum, requires Add to File | Plaintiff's-138 | 12/19/2011 | Lisa |
| ETH.MESH.00080934 | Email re: Prolift was a significant change, and needed a new 510(k) | Plaintiff's-140 | 12/19/2011 | Lisa |
| ETH.MESH.00080935 - ETH.MESH.00080936 | E-mail chain, top one dated 28 Aug 2007 | Plaintiff's-144 | 12/19/2011 | Lisa |
| ETH.MESH.00080937 - ETH.MESH.00080943 | Memo dated 8/27/07 | Plaintiff's-145 | 12/19/2011 | Lisa |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00081118 - ETH.MESH.00081121 | E-mail dated 27 Aug 2007 | Plaintiff's-142 | 12/19/2011 | Lisa |
| ETH.MESH.00081129 - ETH.MESH.00081132 | E-mail chain, top one dated 07 Sep 2007 | Plaintiff's-147 | 12/19/2011 | Lisa |
| ETH.MESH.00081256 - ETH.MESH.00081257 | E-mail chain, top one dated 04 Jan 2008 | Plaintiff's-153 | 12/20/2011 | Lisa |
| ETH.MESH.00081258 - ETH.MESH.00081259 | E-mail chain, top one dated January 04, 2008 | Plaintiff's-152 | 12/20/2011 | Lisa |
| ETH.MESH.00081266 - ETH.MESH.00081271 | E-mail chain, top one dated 03 Jan 2008 | Plaintiff's-151 | 12/20/2011 | Lisa |
| ETH.MESH.00081273 - ETH.MESH.00081279 | FDA Deficiency Letter | Plaintiff's-150 | 12/20/2011 | Lisa |
| ETH.MESH.00081273-79 | FDA Letter | T-0107 | 4/25/2013 | Lisa |
| ETH.MESH.00081288 - ETH.MESH.00081289 | E-mail chain, Paine to Foltyn re:  Project Lightning status | Plaintiff's-155 | 12/20/2011 | Lisa |
| ETH.MESH.00081293 - ETH.MESH.00081295 | E-mail chain, top one dated 18 Jan 2008 | Plaintiff's-156 | 12/20/2011 | Lisa |
| ETH.MESH.00081328 - ETH.MESH.00081330 | E-mail chain, top one dated 18 Jan 2008 | Plaintiff's-157 | 12/20/2011 | Lisa |
| ETH.MESH.00081347 | Agenda for Discussion of AI Letter for PROLIFT+M/PROLIFT (K071512) | Plaintiff's-158 | 12/20/2011 | Lisa |
| ETH.MESH.00081371 - ETH.MESH.00081372 | Minutes for Discussion of AI Letter for PROLIFT+M/PROLIFT (K071512) | Plaintiff's-159 | 12/20/2011 | Lisa |
| ETH.MESH.00081410 | E-mail dated 11 Feb 2008 | Plaintiff's-164 | 12/20/2011 | Lisa |
| ETH.MESH.00081413 - ETH.MESH.00081414 | E-mail chain, top one dated 11 Feb 2008 | Plaintiff's-165 | 12/20/2011 | Lisa |
| ETH.MESH.00081418 - ETH.MESH.00081419 | E-mail chain, Paine to FDA reviewer Dr. Dang | Plaintiff's-162 | 12/20/2011 | Lisa |
| ETH.MESH.00081420 - ETH.MESH.00081421 | E-mail chain, top one dated 07 Feb 2008 | Plaintiff's-161 | 12/20/2011 | Lisa |
| ETH.MESH.00081422 | E-mail from Paine to Bryan re:  Prolift + M submission | Plaintiff's-163 | 12/20/2011 | Lisa |
| ETH.MESH.00081478 - ETH.MESH.00081479 | Prolift+M* Pelvic Floor Repair System Clinical Strategy | Plaintiff's-710 | 4/26/2012 | Gauld |
| ETH.MESH.00081480 | E-mail dated 03 April 2008 | Plaintiff's-166 | 12/20/2011 | Lisa |
| ETH.MESH.00081484 - ETH.MESH.00081485 | Email re: remaining deficiencies with 510(k) application for Prolift and Prolift+M | Plaintiff's-167 | 12/20/2011 | Lisa |
| ETH.MESH.00081566 | E-mail chain, top one dated 29 Sep 2008 | Plaintiff's-62 | 11/16/2011 | Jones |
| ETH.MESH.0008222-71 | E-mail, 9/24/08, to Abdel Samad and others from Meek, with attachment | Plaintiff's-538 | 3/15/2012 | Hoffman |
| ETH.MESH.00083323 - ETH.MESH.00083324 | E-mail chain | Plaintiff's-44 | 10/21/2011 | Taggart |
| ETH.MESH.00083765 - ETH.MESH.00083770 | FDA Deficiency Letter from Jiyoung Dang | Plaintiff's-141 | 12/19/2011 | Lisa |
| ETH.MESH.00083765-70 | Letter dated 8/24/07 to Mr. Bryan A. Lisa from Mark N. Melkerson | Plaintiff's-340Z | 9/11/2012 | Meek |
| ETH.MESH.00083777 - ETH.MESH.00083778 | Handwritten notes | Plaintiff's-146 | 12/19/2011 | Lisa |
| ETH.MESH.00084510 - ETH.MESH.00084511 | E-mail dated November 26, 2004 | Plaintiff's-471 | 3/7/2012 | Walji |
| ETH.MESH.00086463-65 | E-mail, 9/3/09, to Viana and others from Hinoul | T-1049 | 6/5/2013 | Parisi |
| ETH.MESH.00086823-29 | E-mail dated 2/2/10 to List from Greg Prine | Plaintiff's-346Z | 9/11/2012 | Meek |
| ETH.MESH.00087989 - ETH.MESH.00087990 | E-mail chain, top one dated 25 Feb 2009 | Plaintiff's-245 | 1/25/2012 | Jones |
| ETH.MESH.00092057 - ETH.MESH.00092071 | E-mail dated 31 Mar 2009, and attachment | Plaintiff's-395 | 3/1/2012 | Hall |
| ETH.MESH.00093575 - ETH.MESH.0093588 | Standard Operating Procedure, Process for the Review and Approval of Promotional and Advertising Material for Medical Devices and Combination Products, Copy Review, Revision History for OP608-012, Revision 5 | T-0176 | 5/3/2013 | Lin |
| ETH.MESH.00115671 - ETH.MESH.00115674 | Document entitled "Evolution of Today's Prolift" | Plaintiff's-64 | 11/16/2011 | Jones |
| ETH.MESH.001220661 - ETH.MESH.001220663 | E-mail chain, Kammerer to Toddywala re:  Aug 11 program; re: concerns in a letter from Oscar A. Aguirre, MD | Plaintiff's-476 | 3/8/2012 | Walji |
| ETH.MESH.00122989 - ETH.MESH.00122990 | E-mail dated 24 Apr 2009 | Plaintiff's-400 | 3/1/2012 | Hall |
| ETH.MESH.00126619 | E-mail chain, top one dated 30 Jul 2010 | Plaintiff's-578 | 3/23/2012 | Mahar |
| ETH.MESH.00126755 - ETH.MESH.00126757 | Email re: draft FDA response to FDA | Plaintiff's-169 | 12/20/2011 | Lisa |
| ETH.MESH.00126761 - ETH.MESH.00126763 | E-mail chain, top one dated 08 May 2008 | Plaintiff's-313 | 2/23/2012 | Meek |
| ETH.MESH.00126821 - ETH.MESH.00126822 | E-mail re: Prolift+M Response from FDA | Plaintiff's-168 | 12/20/2011 | Lisa |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00126833 -<br>ETH.MESH.00126834 | E-mail chain, top one dated 16 May 2008 | Plaintiff's-311 | 2/23/2012 | Meek |
| ETH.MESH.00126929 through<br>ETH.MESH.00126933 | E-mail chain, top one dated 12 Jul 2005 | Plaintiff's-1370 | 9/11/2013 | London<br>Brown |
| ETH.MESH.00127017 -<br>ETH.MESH.00127021 | E-mail chain, top one dated 19 Nov 2004 | Plaintiff's-219 | 1/24/2012 | Parisi |
| ETH.MESH.00127017 through<br>ETH.MESH.00127021 | E-mail chain, top one dated 19 Nov 2004 | Plaintiff's-1371 | 9/11/2013 | London<br>Brown |
| ETH.MESH.00127026-00127030 | Email chain, top dated 11/12/2004 | Plaintiff's-3006 | 9/13/2012 | Owens |
| ETH.MESH.00127031 | PowerPoint slides, "Marketing Research Summary," 9 pages | Plaintiff's-1383 | 9/11/2013 | London<br>Brown |
| ETH.MESH.00127088 | E-mail dated 27 Jul 2009 | Plaintiff's-398 | 3/1/2012 | Hall |
| ETH.MESH.00127257 -<br>ETH.MESH.00127258 | E-mail chain, top one dated 10 March 2010 | Plaintiff's-71 | 11/16/2011 | Jones |
| ETH.MESH.00127972 | Pelvic Floor Factoids to share with the field | T-0591 | 6/17/2013 | Mahar |
| ETH.MESH.00128303 -<br>ETH.MESH.00128304 | E-mail chain, top one dated 12 May 2004 | Plaintiff's-435 | 3/6/2012 | Bonet |
| ETH.MESH.00128358 - 00128360 | 5/11/04 e-mail string from Ettore Carino to Kimberly Mullarkey, et al. | T-0957 | 7/25/2013 | Robinson |
| ETH.MESH.00128382 -<br>ETH.MESH.00128386 | Incontinence Planning Briefing Discussion, April 9th, 2004 | Plaintiff's-456 | 3/7/2012 | Walji |
| ETH.MESH.00128404 -<br>ETH.MESH.00128406 | E-mail chain, top one dated 21 Jul 2004 | Plaintiff's-465 | 3/7/2012 | Walji |
| ETH.MESH.00128811 -<br>ETH.MESH.00128812 | E-mail chain, top one dated 30 Jan 2008 | Plaintiff's-575 | 3/23/2012 | Mahar |
| ETH.MESH.00128978 through<br>ETH.MESH.00128980 | E-mail chain, top one dated 02 Dec 2007 | T-1159 | 7/12/2013 | Beath |
| ETH.MESH.00128978-<br>ETH.MESH.00128980 | 3-page copy of E-mail dated 12/2/07 to Devon Prutzman, et al., from Jacqueline<br>Russo-Jankewicz | T-2038 | 6/21/2013 | Selman |
| ETH.MESH.00129302 -<br>ETH.MESH.00129303 | E-mail dated 22 Nov 2004, and attachment | Plaintiff's-469 | 3/7/2012 | Walji |
| ETH.MESH.00129309 -<br>ETH.MESH.00129310 | E-mail dated 26 Nov 2004 | Plaintiff's-480 | 3/8/2012 | Walji |
| ETH.MESH.00129311 -<br>ETH.MESH.00129371 | PowerPoint, "Graft or No Graft, A. Arnaud M.D., Scientific Director Europe<br>Gynecare" | Plaintiff's-481 | 3/8/2012 | Walji |
| ETH.MESH.00129475 -<br>ETH.MESH.00129508 | PowerPoint, "Gynemesh® PS" | Plaintiff's-482 | 3/8/2012 | Walji |
| ETH.MESH.00129660 | 1-page copy of document dated 2/7/05 entitled "Nonsalable Product/Material<br>Release Form" | Plaintiff's-1191 | 10/19/2012 | Everett |
| ETH.MESH.00129787 | Memo to Customer, cc: Regulatory file | Plaintiff's-755 | 5/18/2012 | O'Bryan |
| ETH.MESH.00129848 -<br>ETH.MESH.00129851 | E-mail chain | Plaintiff's-735 | 5/15/2012 | Everett |
| ETH.MESH.00129949 -<br>ETH.MESH.00129951 | E-mail chain, Walji to Bogardus, et al. re Gynemesh PS / Vagina - prolift design | Plaintiff's-479 | 3/8/2012 | Walji |
| ETH.MESH.00129952 -<br>ETH.MESH.00129954 | E-mail chain, top one dated 06 Apr 2005 | Plaintiff's-309 | 2/17/2012 | Kaminski |
| ETH.MESH.00129980 | E-mail chain, top one dated 04 May 2005 | Plaintiff's-305 | 2/17/2012 | Kaminski |
| ETH.MESH.00130934 -<br>ETH.MESH.00130941 | Documents | T-3367 | 11/6/2013 | Isenberg |
| ETH.MESH.00130934 through<br>ETH.MESH.00130941 | Summary dated July 30, 1998 | T-3222 | 9/17/2013 | Angelini |
| ETH.MESH.00131058-95 | PowerPoint entitled "Gynecare TVT Professional Education Program" | T-0543 | 6/13/2013 | Paine |
| ETH.MESH.00131484-90 | Document preservation notice "RE: Consolidated Hold Notice for Pelvic<br>Mesh/Gynecare Product Liability Litigation," 2/18/11 | T-2093 | 8/13/2013 | Mittenthal |
| ETH.MESH.00131956-62 | Document Preservation Notice "RE: Master Hold Notice for Prolift Pelvic Floor<br>Repair System," 11/12/08 | T-2098 | 8/13/2013 | Mittenthal |
| ETH.MESH.00132504 -<br>ETH.MESH.00132505 | E-mail chain, top one dated 01 Nov 2004 | Plaintiff's-467 | 3/7/2012 | Walji |
| ETH.MESH.00132592 -<br>ETH.MESH.00132593 | E-mail | Plaintiff's-602 | 3/28/2012 | Zaddem |
| ETH.MESH.00132652 | E-mail dated 23 Jul 2004 | Plaintiff's-462 | 3/7/2012 | Walji |
| ETH.MESH.00132657 -<br>ETH.MESH.00132659 | E-mail chain, top one dated 27 Jul 2004 | Plaintiff's-436 | 3/6/2012 | Bonet |
| ETH.MESH.00132895 through<br>ETH.MESH.00132897 | E-mail chain, top one dated 20 Dec 2004 | Plaintiff's-1369 | 9/11/2013 | London<br>Brown |
| ETH.MESH.00132898 -<br>ETH.MESH.00132899 | E-mail chain, top one dated 01 Dec 2004 | Plaintiff's-131 | 12/14/2011 | Parisi |
| ETH.MESH.00132906 and<br>ETH.MESH.00132907 | E-mail chain, top one dated 17 Jun 2005, | Plaintiff's-1367 | 9/11/2013 | London<br>Brown |
| ETH.MESH.00132906-07 | E-mail string, 6/17/05 | T-0569 | 6/14/2013 | Paine |
| ETH.MESH.00132987 through<br>ETH.MESH.00132989 | E-mail chain, top one dated 12 Dec 2005 | T-0610 | 6/18/2013 | Mahar |
| ETH.MESH.00132990 -<br>ETH.MESH.00132991 | E-mail chain, top one dated 08 Feb 2006 | Plaintiff's-412 | 3/5/2012 | Bonet |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00133231 through ETH.MESH.00133232 | E-mail chain, top one dated 25 Nov 2005 | T-0036 | 4/4/2013 | Lamont |
| ETH.MESH.00133497 - ETH.MESH.00133499 | Email with attachment Summary of Voiding Problems Post Prolift Meeting | Plaintiff's-409 | 3/5/2012 | Bonet |
| ETH.MESH.00133502 - ETH.MESH.00133504 | E-mail chain, top one dated 23 Nov 2005 | Plaintiff's-439 | 3/6/2012 | Bonet |
| ETH.MESH.00133538 - ETH.MESH.00133539 | E-mail chain, top one dated 10 Jan 2006 | Plaintiff's-438 | 3/6/2012 | Bonet |
| ETH.MESH.00133557 | E-mail chain, top one dated 25 Jan 2006 | Plaintiff's-410 | 3/5/2012 | Bonet |
| ETH.MESH.00133664 - ETH.MESH.00133665 | E-mail chain, top one dated 21 Feb 2006 | Plaintiff's-414 | 3/5/2012 | Bonet |
| ETH.MESH.00133688 - ETH.MESH.00133690 | E-mail chain, top one dated 07 Feb 2006 | Plaintiff's-572 | 3/23/2012 | Mahar |
| ETH.MESH.00133730-31 | Document entitled "Surgical Mesh to Treat Stress Urinary Incontinence and Pelvic Organ Prolapse," 12/8/08 | T-3013 | 7/29/2013 | Luscombe |
| ETH.MESH.00133744 and ETH.MESH.00133745 | E-mail chain, top one dated 15 Oct 2005 | T-0599 | 6/18/2013 | Mahar |
| ETH.MESH.00133846 - ETH.MESH.00133847 | E-mail chain, top one dated 14 Nov 2005 | Plaintiff's-573 | 3/23/2012 | Mahar |
| ETH.MESH.00134029 through ETH.MESH.00134031 | E-mail chain, top one dated 01 Mar 2006 | T-0039 | 4/4/2013 | Lamont |
| ETH.MESH.00134029 through ETH.MESH.00134031 | E-mail chain, top one dated 01 Mar 18 2006 | T-0584 | 6/17/2013 | Mahar |
| ETH.MESH.00134029-31 | E-mail string, 2/9/06-3/1/06 | T-3150 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.00134122 - ETH.MESH.00134125 | E-mail chain, top one dated 03 May 2006 | Plaintiff's-417 | 3/5/2012 | Bonet |
| ETH.MESH.00134474-75 | E-mail string, 11/16/05-11/28/05 | T-0076 | 4/17/2013 | Hojnoski |
| ETH.MESH.00134498 & 00134499 | e-mail string | T-0779 | 7/11/2013 | Pattyson |
| ETH.MESH.00134498 and ETH.MESH.00134499 | E-mail chain, top one dated 15 Jan 2006 | T-0037 | 4/4/2013 | Lamont |
| ETH.MESH.00134498 and ETH.MESH.00134499 | E-mail chain, top one dated 14 Jan 2006 | T-0597 | 6/18/2013 | Mahar |
| ETH.MESH.00134498 through 99 | e-mail correspondence | K-54 | 12/10/2013 | Kaminski |
| ETH.MESH.00134498-99 | E-mail string, 1/13/06-1/15/06 | T-0078 | 4/17/2013 | Hojnoski |
| ETH.MESH.00134794 | E-mail dated 2/27/09 | T-0820 | 7/16/2013 | Mahmoud |
| ETH.MESH.00134794 - 134795 | 2/27/09 e-mail from Jason Hernandez to Nicholas Antoun, et al., with attached PowerPoint, "TVT WORLD Registry, EWHU Board March 2, 2009" | T-0929 | 7/24/2013 | Robinson |
| ETH.MESH.00134794- ETH.MESH.00134795 | 1-page copy of E-mail dated 2/27/09 to Nicholas Antoun, et al., from Jason Hernandez, plus attachments | T-2025 | 6/20/2013 | Selman |
| ETH.MESH.00134795 | Slide deck, TVT World Registry | T-0821 | 7/16/2013 | Mahmoud |
| ETH.MESH.00135183 - ETH.MESH.00135188 | E-mail chain, top one dated 17 Oct 2006 | Plaintiff's-566 | 3/23/2012 | Mahar |
| ETH.MESH.00135627 - ETH.MESH.00135629 | E-mail chain, top one dated 20 Feb 2007 | Plaintiff's-574 | 3/23/2012 | Mahar |
| ETH.MESH.00136092 - ETH.MESH.00136097 | E-mail chain, top one dated 16 Oct 2006 | Plaintiff's-567 | 3/23/2012 | Mahar |
| ETH.MESH.00137410 - ETH.MESH.00137421 | Ethicon Franchise Policy for Records Management, Document Name (#):PL553-005, Revision:10 | Plaintiff's-118 | 12/9/2011 | Elberg |
| ETH.MESH.00137529 - ETH.MESH.00137549 | Ethicon Records Management Policy | Plaintiff's-110 | 12/7/2011 | Mittenthal |
| ETH.MESH.00139244 - ETH.MESH.00139306 | Company Procedure for Records Retention Schedule | Plaintiff's-112 | 12/7/2011 | Mittenthal |
| ETH.MESH.00139309 | ETHICON, INC. - ADMINISTRATIVE RETENTION SCHEDULE Approved April, 2009, PR-0000018, Appendix 1 Revision #10 | Plaintiff's-111 | 12/7/2011 | Mittenthal |
| ETH.MESH.00139845 - ETH.MESH.00139867 | AdvaMed Code of Ethics on Interactions with Health Care Professionals | Plaintiff's-250 | 2/8/2012 | Paine |
| ETH.MESH.00140227 | PowerPoint, "Competition Overview FOCUS AMS | Plaintiff's-77 | 11/16/2011 | Jones |
| ETH.MESH.00140234 | Presentation entitled "Pelvic Organ Prolapse Graft Selection Primary Sales School 2008" | Plaintiff's-539 | 3/15/2012 | Hoffman |
| ETH.MESH.00140724 - ETH.MESH.00140725 | GYNECARE TVT® System Tension-free Support for Incontinence Minimally Invasive Sling Quick Reference | Plaintiff's-19 | 10/5/2011 | Henderson |
| ETH.MESH.00140858 - ETH.MESH.00140859 | Gynecare Prolift® Case Report Form | Plaintiff's-24 | 10/5/2011 | Henderson |
| ETH.MESH.00140860 - ETH.MESH.00140861 | Gynecare TVT Case Report Form | Plaintiff's-73 | 11/16/2011 | Jones |
| ETH.MESH.00140883 - ETH.MESH.00140923 | STAND & deliver Health Care Compliance Update March 2009 | Plaintiff's-7 | 10/4/2011 | Henderson |
| ETH.MESH.00140971 - ETH.MESH.00140980 | PowerPoint entitled "Building Your Business - Patient Marketing, January 2007" | Plaintiff's-25 | 10/5/2011 | Henderson |
| ETH.MESH.00142467- ETH.MESH.00142468 | 2-page copy of document dated 12/2/04 entitled "GYNECARE Copy Review Submission Form" | T-2055 | 6/21/2013 | Selman |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00142517 - ETH.MESH.00142568 | PowerPoint, "Review of Surgical Techniques Using Mesh, David B Robinson, MD, Center for Continence and Pelvic Reconstructive Surgery, Topeka, KS" | Plaintiff's-520 | 3/14/2012 | Robinson |
| ETH.MESH.00142524 through ETH.MESH.00142533 | Portion of PowerPoint "Gynemesh PS Study" | Plaintiff's-903 | 9/19/2012 | Hinoul |
| ETH.MESH.00142628 through ETH.MESH.00142630 | Copy Review Submission Form | T-0381 | 5/31/2013 | Weisberg |
| ETH.MESH.00143133 - 00143135 | document titled "Objections & Handling Statements" | T-0984 | 7/25/2013 | Robinson |
| ETH.MESH.00143697 through ETH.MESH.00143699 | Memo dated September 22, 2000 | T-3221 | 9/17/2013 | Angelini |
| ETH.MESH.00143758 - ETH.MESH.00143759 | Documents | T-3348 | 11/5/2013 | Isenberg |
| ETH.MESH.00143758 and ETH.MESH.00143759 | Copy Review Submission Form | T-0380 | 5/31/2013 | Weisberg |
| ETH.MESH.00144268 and 269 | Two 6/15/01 memos | T-3145 | 8/20/2013 | Jones, Greg |
| ETH.MESH.00144270 through 278 | Copy of Gynecare brochure | T-3146 | 8/20/2013 | Jones, Greg |
| ETH.MESH.00145084 - ETH.MESH.00145088 | Documents | T-3372 | 11/6/2013 | Isenberg |
| ETH.MESH.00145084 through ETH.MESH.00145088 | Article entitled "A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence," by U. Ulmsten, et al. | T-0884 | 7/20/2013 | Arnaud |
| ETH.MESH.00145084-88 | Document entitled "International Urogynecology Journal and Pelvic Floor Dysfunction," 1998 | T-3009 | 7/29/2013 | Luscombe |
| ETH.MESH.00145085-8 | An article entitled "A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence" | T-3517 | 1/15/2014 | Hinoul |
| ETH.MESH.00145085-88 | Article entitled "A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence," 1998 | T-3182 | 9/16/2013 | Angelini |
| ETH.MESH.00145555 | Ethicon, Inc. Complaint Reporting Statement | T-0746 | 7/10/2013 | Pattyson |
| ETH.MESH.00145991 | Copy Review Submission Form | T-0384 | 5/31/2013 | Weisberg |
| ETH.MESH.00147163 | document titled "An Evaluation of the Gynecare TVT SECUR System (Tension-Free Support for Incontinence) for the Treatment of Stress Urinary Incontinence" | T-0936 | 7/24/2013 | Robinson |
| ETH.MESH.00147507 to 00147509 | TVT-Secur Video document stamped Approved September 16, 2008 Marketing Services | T-0773 | 7/11/2013 | Pattyson |
| ETH.MESH.00147507-09 | Documents | T-3291 | 10/2/2013 | Parisi |
| ETH.MESH.00148352 | Gynecare Copy Review Submission Form | Plaintiff's-1321 | 8/12/2013 | Amin |
| ETH.MESH.00148354 | Gynecare Copy Review Submission Form | Plaintiff's-1319 | 8/12/2013 | Amin |
| ETH.MESH.00148354 | GYNECARE Copy Review Submission Form, 12/31/05 | T-0092 | 4/17/2013 | Hojnoski |
| ETH.MESH.00148394-95 | GYNECARE Copy Review Submission Form, 12/21/05 | T-0094 | 4/17/2013 | Hojnoski |
| ETH.MESH.00148395 | Gynecare Copy Review Submission Form | T-0127 | 4/25/2013 | Lisa |
| ETH.MESH.00148811-13 | Web page entitled "Johnson & Johnson Gateway(SM): 7 Years of Proven Clinical Effectiveness Data" | T-3308 | 10/3/2013 | Parisi |
| ETH.MESH.00149178 | Memo to all Field Sales Associates from Mary Garzillo:  J&J Legal directs all Sales Associates not to sign Business Associate Agreements | Plaintiff's-23 | 10/5/2011 | Henderson |
| ETH.MESH.00153639-45 | Document Preservation Notice "RE: Hold Notice for Donna and David Walls v. Gynecare, Inc., et als.," 8/19/09 | T-2100 | 8/13/2013 | Mittenthal |
| ETH.MESH.00153882 - 00153885 | 12/17/06 e-mail chain from David Robinson to Andrew Meek, et al. | T-0945 | 7/24/2013 | Robinson |
| ETH.MESH.00153882-85 | E-mail Thread, 12/17/06 Subject, TVT Secur Conf Call Summary | P-945 (previously marked) | 8/13/2013 | Amin |
| ETH.MESH.00153967 - 153968 | 11/14/06 e-mail string from David Robinson to Dharini Amin and Kevin Mahar | T-0932 | 7/24/2013 | Robinson |
| ETH.MESH.00153967-68 | E-mail string, 11/14/06 | T-0190 | 5/13/2013 | Finley |
| ETH.MESH.00153967- ETH.MESH.00153968 | 2-page copy of E-mail dated 11/14/06 to Dharini Amin from David Robinson | T-2026 | 6/20/2013 | Selman |
| ETH.MESH.00154097 - ETH.MESH.00154101 | E-mail chain, top one dated 06 Mar 2006 | Plaintiff's-100 | 12/1/2011 | Underwood |
| ETH.MESH.00154135-44 | Letter, 7/11/08, to McNelis from McAndrews, with attachments | T-2092 | 8/13/2013 | Mittenthal |
| ETH.MESH.00154145-51 | Document Preservation Notice "RE: Hold Notice for Maureen and Delmar Riggs v. Ethicon Women's Health & Urology Division of Ethicon, Inc., et 13 als.," 10/7/09 | T-2101 | 8/13/2013 | Mittenthal |
| ETH.MESH.00154161-69 | Letter, 4/30/07, to Patire-Singer from McAndrews, with attachments | T-2090 | 8/13/2013 | Mittenthal |
| ETH.MESH.00154170-76 | Document Preservation Notice "RE: Hold Notice for TVT-Secur Product Liability Litigation," 1/28/10 | T-2102 | 8/13/2013 | Mittenthal |
| ETH.MESH.00155508-16 | Clinical TVT vs TVTO rct A note created by Housepain | T-3568 | 1/16/2014 | DeLaCroix |
| ETH.MESH.00156152 through ETH.MESH.00156157 | Brochure, "Gynecare TVT Tension-Free Support for Incontinence, 5 Years of Proven Performance," (Bad Copy) | T-0383 | 5/31/2013 | Weisberg |
| ETH.MESH.00156158 - 164 | "Gyencare TVT: Welcome Presentation for Launch Meeting" | T-2200 | 8/30/2013 | Bogardus |
| ETH.MESH.00156253 - 277 | Slides | T-2196 | 8/30/2013 | Bogardus |
| ETH.MESH.00156682 - ETH.MESH.00156750 | Documents | T-3368 | 11/6/2013 | Isenberg |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00156806 through ETH.MESH.00156814 | Memo dated 9/29/98, Subject: TVT tension-free Vaginal Tape-Clinical Sales Aid  [ETH.MESH.00156806 through ETH.MESH.00156814] | Divilio-12 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.00156855 through ETH.MESH.00156905 | Memo dated 12/2/98, Subject: TVT Tension-Free Vaginal Tape-Slides with Speaker Notes for Preceptor Professional Education Program [ETH.MESH.00156855 through ETH.MESH.00156905] | Divilio-13 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.00156906-08 | Memo, 12/2/98, to Copy Review Team from Toth, with attachments | T-3295 | 10/3/2013 | Parisi |
| ETH.MESH.00156909 through ETH.MESH.00156938 | TVT Professional Education Program | T-1062 | 6/3/2013 | Parisi |
| ETH.MESH.00156978 - 980 | 4/26/02 e-mail to J. Toth from C. Bogardus | T-2206 | 8/30/2013 | Bogardus |
| ETH.MESH.00157019 - ETH.MESH.00157023 | Proposed Common Disclaimers, ETHICON Copy Review, Draft: October 16, 2006 - Nancy M. Leclair | Plaintiff's-211 | 1/24/2012 | Parisi |
| ETH.MESH.00158289 through ETH.MESH.00158293 | Brochure, "The GYNECARE TVT family of products brings over 10 years of technological innovation to stress urinary incontinence repair" | T-0581 | 6/17/2013 | Mahar |
| ETH.MESH.00158629 through ETH.MESH.00158636 | Article entitled "A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence" by Ulf Ulmsten, et al. | T-3219 | 9/17/2013 | Angelini |
| ETH.MESH.00159627-32 | Article entitled "A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence," April 1999 | T-3188 | 9/16/2013 | Angelini |
| ETH.MESH.00159635 - ETH.MESH.00159719 | Documents | T-3384 | 11/6/2013 | Isenberg |
| ETH.MESH.00160131 - 00160138 | article by Ward, et al. titled "A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: Two-year follow-up" | T-1267 | 9/11/2013 | Robinson |
| ETH.MESH.00160212 | GYNECARE Copy Review Submission Form, 6/22/05 | T-0086 | 4/17/2013 | Hojnoski |
| ETH.MESH.00160612 - ETH.MESH.00160625 | Documents | T-3351 | 11/5/2013 | Isenberg |
| ETH.MESH.00160638 and ETH.MESH.00160639 | Memo dated June 9, 2000 | T-3220 | 9/17/2013 | Angelini |
| ETH.MESH.00160884-968 | Pelvic Organ Prolapse Repair by U.S. Surgeons: Current Practice and Reaction to New Product Concept" | Plaintiff's-349 | 2/28/2012 | D'Aversa |
| ETH.MESH.00161387 - ETH.MESH.00161389 | Documents | T-3392 | 11/6/2013 | Isenberg |
| ETH.MESH.00161512-13 | Document entitled "The GYNECARE TVT family of products for SUI, 10 years of technological innovation" | T-0542 | 6/13/2013 | Paine |
| ETH.MESH.00161946 thru ETH.MESH.00161947 | Gynecare Copy Review Submission Form | | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.00161946-47 | Gynecare Copy Review Submission Form, 8/31/05 | T-0083 | 4/17/2013 | Hojnoski |
| ETH.MESH.00161949-50 | Document entitled "GYNECARE TVT Obturator System Tension-Free Support for Incontinence" | T-0082 | 4/17/2013 | Hojnoski |
| ETH.MESH.00161953-54 | Gynecare TVT Obturator System Tension Free Support For Incontinence | Plaintiff's-1337 | 8/12/2013 | Amin |
| ETH.MESH.00161969 - ETH.MESH.00161984 | Patient pamphlet, "Treatment Options for Stress Urinary Incontinence, stop coping. start living." | T-0162 | 5/2/2013 | Lin |
| ETH.MESH.00161969 through ETH.MESH.00161984 | Patient Brochure, "Treatment Options for Stress Urinary Incontinence" | T-1150 | 7/11/2013 | Beath |
| ETH.MESH.00161969- ETH.MESH.00161984 | 16-page copy of document dated 2008 entitled "Treatment Options for Stress Urinary Incontinence" | T-1031 | 5/30/2013 | Henderson |
| ETH.MESH.00162419 | Gynecare Copy Review Submission Form | T-0672 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.00162420 thru ETH. MESH.00162425 | Gynecare TVT and ThermaChoice Mailers for Physicians | T-0673 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.00162651-52 | Inside-Out Transobturator Vaginal Tape (TVT-O): Results Of a Prospective Study After a Minimum Follow-up Time of One Year | Plaintiff's-1334 | 8/12/2013 | Amin |
| ETH.MESH.00163558-74 | Brochure entitled "The Choice to End Stress Urinary Incontinence" | T-0206 | 5/13/2013 | Finley |
| ETH.MESH.00163623 | Document entitled "ETHICON Women's Health & Urology Submission Form" | T-0558 | 6/14/2013 | Paine |
| ETH.MESH.00163644 - ETH.MESH.00163659 | Patient pamphlet, "The Choice to End Stress Urinary Incontinence" | T-0161 | 5/2/2013 | Lin |
| ETH.MESH.00163644-59 | Slide Deck The Choice to End Stress Urinary Incontinence | Plaintiff's-1353 | 8/13/2013 | Amin |
| ETH.MESH.00163644- ETH.MESH.00163659 | 16-page copy of document dated 2007 entitled "The Choice to End Stress Urinary Incontinence" | T-1030 | 5/30/2013 | Henderson |
| ETH.MESH.00163952 - 00163960 | Gynecare TVT SECUR® System: Key Technical Points | T-0942 | 7/24/2013 | Robinson |
| ETH.MESH.00163952 through ETH.MESH.00163960 | GYNECARE TVT SECUR System: Key Technical Points | T-0872 | 7/20/2013 | Arnaud |
| ETH.MESH.00163973- ETH.MESH.00163974 | 2-page copy of document entitled "Gynecare TVT SECUR Key Technical Guide" | T-1003 | 5/14/2013 | Mittenthal |
| ETH.MESH.00164023 - ETH.MESH.00164025 | Document titled "FINAL - FDA Notification About Use of Surgical Mesh to Treat Pelvic Organ Prolapse and Stress Urinary Incontinence Standby for Media/Analyst Inquiries" | Plaintiff's-171 | 12/20/2011 | Lisa |
| ETH.MESH.00164023 through ETH.MESH.00164025 and ETH.MESH.05603819 and ETH.MESH.05603820 | Final -- 10/21/08 FDA Notification About Use of Surgical Mesh to Treat Pelvic Organ Prolapse and Stress Urinary Incontinence Standby for Media/Analyst Inquiries | T-1148 | 7/11/2013 | Beath |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00164023-25 | Standby Statement Final - 10/21/08 | T-0136 | 4/25/2013 | Lisa |
| ETH.MESH.00164643 through ETH.MESH.00164648 | Brochure entitled "The GYNECARE TVT Family of Products, 3 SUI Solutions. Delivering Data, Safety & Choice" | T-0038 | 4/4/2013 | Lamont |
| ETH.MESH.00165489 - ETH.MESH.00165490 | 2-page copy of document dated 4/28/08 entitled "Ethicon Women's Health & Urology Submission Form" | T-1018 | 5/14/2013 | Mittenthal |
| ETH.MESH.00166287- ETH.MESH.00166292 | 6-page copy of document dated 8/1/07 entitled "Gynecare TVT Secur System" | T-2029 | 6/20/2013 | Selman |
| ETH.MESH.00166617 - ETH.MESH.00166632 | Patient pamphlet, "The Choice to End Stress Urinary Incontinence" | T-0160 | 5/2/2013 | Lin |
| ETH.MESH.00166617- ETH.MESH.00166632 | 16-page copy of document entitled "The Choice to End Stress Urinary Incontinence" | T-1029 | 5/30/2013 | Henderson |
| ETH.MESH.00166801-02 | Ethicon Women's Health & Urology Submission Form | T-3281 | 10/2/2013 | Parisi |
| ETH.MESH.00167104 through ETH.MESH.00167110 | 4/18/06 Clinical Expert Report Signed by Weisberg | T-1369 | 1/28/2014 | Kammerer |
| ETH.MESH.00167136 through 352 | "Gynecare TVT Tension-Free Support for Incontinence Value Dossier" | K-43 | 12/10/2013 | Kaminski |
| ETH.MESH.00169726-28 | Sales Representative Quick Reference Sheet | Plaintiff's-1333 | 8/12/2013 | Amin |
| ETH.MESH.00169729-30 | GYNECARE Copy Review Submission Form, 3/22/06 | T-0088 | 4/17/2013 | Hojnoski |
| ETH.MESH.00169741-42 | GYNECARE Copy Review Submission Form, 3/22/06 | T-0090 | 4/17/2013 | Hojnoski |
| ETH.MESH.00169748 thru ETH.MESH.00169751 | Gynecare TVT | T-0668 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.00169748-51 | Advertisement entitled "In Stress Urinary Incontinence, Consistent Results. Reliable Outcomes" | T-0089 | 4/17/2013 | Hojnoski |
| ETH.MESH.00189089 through 91 | 4/5/05, Minutes from Design Change Review | T-0492 | 6/6/2013 | O'Bryan |
| ETH.MESH.00191910-11 - ETH.MESH.00192147 | E-mail, 11/13/09, to Fernandez and others from Meek, with attachment | Plaintiff's-534 | 3/15/2012 | Hoffman |
| ETH.MESH.00193312 - ETH.MESH.00193313 | Text Approval Form #068-2004 | Plaintiff's-42 | 10/21/2011 | Taggart |
| ETH.MESH.00198390 through 393 | E-mail chain | T-0477 | 6/6/2013 | O'Bryan |
| ETH.MESH.00198418 | 8/14/03 e-mail | T-0481 | 6/6/2013 | O'Bryan |
| ETH.MESH.00198483 through 486 | E-mail chain | T-0485 | 6/6/2013 | O'Bryan |
| ETH.MESH.00198483 through ETH.MESH.00198486 | E-mail chain, top one dated 24 Sep 2003 | T-1153 | 7/11/2013 | Beath |
| ETH.MESH.00199066 thru ETH.MESH.00199068 | May 2, 2005 memo to TVT-Secur Team | T-0627 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.00199484 - ETH.MESH.00199487 | E-mail chain | Plaintiff's-32 | 10/21/2011 | Taggart |
| ETH.MESH.00199499 - ETH.MESH.00199500 | E-mail dated with attachment | Plaintiff's-41 | 10/21/2011 | Taggart |
| ETH.MESH.00199501 - ETH.MESH.00199503 | E-mail chain | Plaintiff's-736 | 5/15/2012 | Everett |
| ETH.MESH.00199504 - ETH.MESH.00199547 | Gynecare PROLIFT Draft Global Launch Plan | Plaintiff's-569 | 3/23/2012 | Mahar |
| ETH.MESH.00199548 | Gynecare Prolit and TVM training agenda | Plaintiff's-734 | 5/15/2012 | Everett |
| ETH.MESH.00199603 - ETH.MESH.00199604 | Abstract, "Prolene Soft (Gynecare) Mesh for Pelvic Organ Prolapse Surgical Treatment: A Prospective Study of 264 Patients" | Plaintiff's-459 | 3/7/2012 | Walji |
| ETH.MESH.00199605 - ETH.MESH.00199608 | E-mail dated 28 May 2004, and attachment | Plaintiff's-403 | 3/5/2012 | Bonet |
| ETH.MESH.00199618 | E-mail dated 08 Apr 2004 | Plaintiff's-458 | 3/7/2012 | Walji |
| ETH.MESH.00199687 - ETH.MESH.00199688 | E-mail | Plaintiff's-37 | 10/21/2011 | Taggart |
| ETH.MESH.00199689 - ETH.MESH.00199691 | E-mail chain | Plaintiff's-35 | 10/21/2011 | Taggart |
| ETH.MESH.00199802 - ETH.MESH.00199814 | E-mail chain | Plaintiff's-38 | 10/21/2011 | Taggart |
| ETH.MESH.00199829 - ETH.MESH.00199832 | E-mail chain | Plaintiff's-33 | 10/21/2011 | Taggart |
| ETH.MESH.00200156 - ETH.MESH.00200159 | E-mail with attachment | Plaintiff's-34 | 10/21/2011 | Taggart |
| ETH.MESH.00200165, ETH.MESH.00200171 - ETH.MESH.00200172 | Text Approval Form #053-2004, Date:10 August 2004 | Plaintiff's-119 | 12/9/2011 | Elberg |
| ETH.MESH.00200171 - ETH.MESH.00200172 | Text Approval Form #061-2004 | Plaintiff's-39 | 10/21/2011 | Taggart |
| ETH.MESH.00200199 - ETH.MESH.00200214 | E-mail chain | Plaintiff's-40 | 10/21/2011 | Taggart |
| ETH.MESH.00200233 - ETH.MESH.00200252 | E-mail dated with attachment | Plaintiff's-43 | 10/21/2011 | Taggart |
| ETH.MESH.00201629 - ETH.MESH.00201659 | Folder Labeled PFRA01 | Plaintiff's-45 | 10/21/2011 | Taggart |
| ETH.MESH.00203456 | E-mail chain | T-3148 | 8/20/2013 | Jones, Greg |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00203490 - ETH.MESH.00203591 | Multi-page copy of document dated 10/16/98 entitled "Tension-free Vaginal Tape (TVT) System - Instructions For Use", ETH.MESH.00203490 - ETH.MESH.00203591 | Divilio-43 | 11/21/2014 | Divilio |
| ETH.MESH.00203490 through ETH.MESH.00203503 | Latest version: October 16, 1998 Tension-Free Vaginal Tape (TVT) System - Instructions for Use [ETH.MESH.00203490 through ETH.MESH.00203503] | Divilio-14 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.00206974-81 | Letter from Pollard to Lin, date-stamped 2/11/11 | T-3509 | 1/14/2014 | Hinoul |
| ETH.MESH.00209295-ETH.MESH.00209299 | 9/09 E-Mail Chain | T-3470 | 1/7/2014 | Kirkemo |
| ETH.MESH.00211510 through ETH.MESH.00211515 | Gynecare TVT Instructions for Use, 2000 | T-3116 | 8/9/2013 | Weisberg |
| ETH.MESH.00211977 through ETH.MESH.00211979 | Mini TVT-O Full Team Meeting, March 9, 2010 minutes | T-0703 | 6/26/2013 | Hinoul |
| ETH.MESH.00212130-1 | E-mails Thread | T-0154 | 4/26/2013 | Lisa |
| ETH.MESH.00213093 | Gynecare Pelvic Floor A Strategic Opportunity, Zenobia Walji | Plaintiff's-457 | 3/7/2012 | Walji |
| ETH.MESH.00214524 through 00214529 | E-mail string, top one dated 12/2/05 | T-3045 | 8/1/2013 | Lin |
| ETH.MESH.00214524 through ETH.MESH.00214529 | E-mail chain, top one dated 02 Dec 2005 | T-3128 | 8/9/2013 | Weisberg |
| ETH.MESH.00214524- ETH.MESH.00214529 | 6-page copy of E-mail dated 12/2/05 to Barbara Schwartz, et al., from Quentin Manley | T-2023 | 6/20/2013 | Selman |
| ETH.MESH.00220297 | 1-page copy of document dated 5/14/01 entitled "Target Sheet" | T-1346a | 12/20/2013 | Hart |
| ETH.MESH.00220297 and ETH.MESH.00221074 | Design History: DH0949 - DH0956, book 2 of 3 2002 | Plaintiff's-952 | 10/2/2012 | Burkley |
| ETH.MESH.00220297-332 | "Target Sheet" | Plaintiff's-1060 | 3/27/2012 | Beath |
| ETH.MESH.00220335 - ETH.MESH.00220336 | 2-page copy of memo dated 12/2/99 to R. Rousseau from Thomas A. Barbolt, Ph.D., D.A.B.T. | T-1345a | 12/20/2013 | Hart |
| ETH.MESH.00223428 thru ETH.MESH.00223431 | January 31, 2005 email to several recipients from Raimo Sump | T-0623 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.00223590 | Design & Development Plan, Project Name: Mini TVT-O, various Bates stamps starting ETH.MESH.00223590, 100 pages | | 12/23/2014 | Elbert |
| ETH.MESH.00235558 through ETH.MESH.00235570 | PowerPoint, "Ethicon Women's Health & Urology" | T-1059 | 6/6/2013 | Parisi |
| ETH.MESH.00236722- ETH.MESH.00236749 | 28-page copy of document entitled "Professional Education and Relations" | T-1024 | 5/30/2013 | Henderson |
| ETH.MESH.00259042 | 2004 Strategy Tree Project Definition | T-0437 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00259047 through ETH.MESH.00259513 | Gynecare TVT-Obturator DH1019 Book 1 of 7 | T-0217 | 5/15/2013 | Smith, Dan |
| ETH.MESH.00259303 through 315 | Document | T-0521 | 6/7/2013 | O'Bryan |
| ETH.MESH.00259473 through ETH.MESH.00259503 | Excerpt of the Design History File (DDSA) for TVT-O | T-0254 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00259514 through ETH.MESH.00260002 | Gynecare TVT-Obturator DH1019 Book 5 of 7 | T-0226 | 5/15/2013 | Smith, Dan |
| ETH.MESH.00259634 through ETH.MESH.00259644 | Clinical Expert Report | T-0336 | 5/30/2013 | Weisberg |
| ETH.MESH.00259634 thru ETH.MESH.00259644 | Clinical Expert Report | T-0658 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.00259646 through ETH.MESH.00259652 | Article entitled "Novel Surgical Technique for the Treatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out" by Jean de Leval | T-0331 | 5/30/2013 | Weisberg |
| ETH.MESH.00260016 through 19 | 10/7/02 Memo | T-0498 | 6/7/2013 | O'Bryan |
| ETH.MESH.00260020 and ETH.MESH.00260021 | Spreadsheet, May 29, 2003 | T-0261 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00260020-21 | Chart, Study Description & Clinical Plan & Action Items | T-2214 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.00260073-74 | E-mail Thread, 6/19/03 Subject, Timeline | Plaintiff's-1422 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.00260441 through 443 | E-mail chain | T-0476 | 6/6/2013 | O'Bryan |
| ETH.MESH.00260452 through 456 | E-mail chain | T-0478 | 6/6/2013 | O'Bryan |
| ETH.MESH.00260474 and 475 | E-mail chain | T-0484 | 6/6/2013 | O'Bryan |
| ETH.MESH.00260526 and 527 | 8/27/03 Text Approval Form #2003-059 Rev 1 | T-0483 | 6/6/2013 | O'Bryan |
| ETH.MESH.00260591 - 592 | 4/14/03 e-mail to J. Burns, et al from D. Smith | T-2207 | 8/30/2013 | Bogardus |
| ETH.MESH.00260591 and ETH.MESH.00260592 | E-mail chain, top one dated 14 Apr 2003 | T-0324 | 5/30/2013 | Weisberg |
| ETH.MESH.00260591- ETH.MESH.00260592 | 2-page copy of E-mail dated 4/14/03 to Janice Burns, et al., from Dan Smith | T-1035 | 5/30/2013 | Henderson |
| ETH.MESH.00260593 through 595 | E-mail chain | T-0497 | 6/7/2013 | O'Bryan |
| ETH.MESH.00261538 and 1539 | E-mail chain | T-0475 | 6/6/2013 | O'Bryan |
| ETH.MESH.00261557 and ETH.MESH.00261558 | E-mail chain, top one dated 10 Jul 2003 | T-0340 | 5/30/2013 | Weisberg |
| ETH.MESH.00261584 and 585 | 6/9/03 e-mail | T-0509 | 6/7/2013 | O'Bryan |
| ETH.MESH.00261584 and ETH.MESH.00261585 | E-mail dated 09 Jun 2003 | T-0846 | 7/19/2013 | Arnaud |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00261818 | 1/11/05 e-mail | T-0491 | 6/6/2013 | O'Bryan |
| ETH.MESH.00261820 through 826 | TVT-O IFU | T-0493 | 6/6/2013 | O'Bryan |
| ETH.MESH.00261820 thru ETH.MESH.00261826 | Untitled document | T-0646 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.00262089 through ETH.MESH.00262123 | Editorial Manager (tm) for European Urology Manuscript Draft | T-0330 | 5/30/2013 | Weisberg |
| ETH.MESH.00262089-2123 | Editorial Manager For European Urology Manuscript Draft | Plaintiff's-1416 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.00267733-872 | LIGHTning Project Charter, 12/12/06 | Plaintiff's-675 | 4/6/2012 | Hinoul |
| ETH.MESH.00268809 | PowerPoint, "Project D'Art, F-D Stagegate" | Plaintiff's-704 | 4/26/2012 | Gauld |
| ETH.MESH.00269153 - ETH.MESH.00269196 | Gynecare PROLIFT Draft Global Launch Plans | Plaintiff's-391 | 3/1/2012 | Hall |
| ETH.MESH.00271215  - ETH.MESH.00271216 | Email re: Meek's analysis of polypropylene | Plaintiff's-512 | 3/14/2012 | Robinson |
| ETH.MESH.00271215 and ETH.MESH.00271216 | E-mail dated 29 Oct 2008 | Plaintiff's-886 | 9/19/2012 | Hinoul |
| ETH.MESH.00271641 | PowerPoint, "The Science of 'What's Left Behind'...Evidence & Follow-Up of Mesh Use for SUI, Nick Franco, MD, Naples, FL" | T-0967 | 7/25/2013 | Robinson |
| ETH.MESH.00281482 - 488 | 2/8/09 and 2/9/09 Email Chain, with Attachment, Subject: Prosima Feedback Bates Nos. ETH.MESH.00281482 - 488 | Austin-14 | 8/13/2015 | Austin |
| ETH.MESH.00281482 through ETH.MESH.00281488 | E-mail chain, top one dated 09 Feb 2009, Bates stamped ETH.MESH.00281482 through ETH.MESH.00281488 | Schmid-12 | 7/31/2015 | Schmid |
| ETH.MESH.00281482-88 | E-mail Thread Subject, Prosima Feedback ETH.MESH.00281482-88 | Henderson-19 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.00288948 - ETH.MESH.00288950 | E-mail chain, top one dated 16 Apr 2008 | Plaintiff's-576 | 3/23/2012 | Mahar |
| ETH.MESH.00294195 - 00294203 | article by Moalli, et al. "Tensile properties of five commonly used mid-urethral slings relative to the TVT" | T-1283 | 9/11/2013 | Robinson |
| ETH.MESH.00294195 through ETH.MESH.00294202 | Article entitled "Tensile properties of five commonly used mid-urethral slings relative to the TVT" by Pamela A. Moalli, et al. | T-3436 | 12/5/2013 | Kammerer |
| ETH.MESH.0029667 | Slide Deck KOL Strategy February 2008 | T-0751 | 7/11/2013 | Pattyson |
| ETH.MESH.00299933 - ETH.MESH.00299944 | E-mail chain, top one dated 03 Jan 2005 | Plaintiff's-442 | 3/6/2012 | Bonet |
| ETH.MESH.00299945 - ETH.MESH.00299951 | E-mail dated 03 Feb 2005, and attachment | Plaintiff's-443 | 3/6/2012 | Bonet |
| ETH.MESH.00300408 and ETH.MESH.00300813 - ETH.MESH.00300815 | E-mail dated 28 Oct 2010, with attachment | Plaintiff's-765 | 5/24/2012 | Lamont |
| ETH.MESH.00301037 - ETH.MESH.00301056 | E-mail chain, top one dated 18 May 2011, with attachment | Plaintiff's-773 | 5/24/2012 | Lamont |
| ETH.MESH.00301347 - ETH.MESH.00301352 | E-mail from K. Reese to D. Lamont | Plaintiff's-639 | 4/4/2012 | Lamont |
| ETH.MESH.00301353 - ETH.MESH.00301357 | E-mail chain, top one dated 19 Jul 2011 | Plaintiff's-774 | 5/24/2012 | Lamont |
| ETH.MESH.00301367 through ETH.MESH.00301369 | E-mail chain, top one dated 02 Aug 2011 | T-0378 | 5/31/2013 | Weisberg |
| ETH.MESH.00301671-73 | E-mail Thread, 10/26/10 | Plaintiff's-1109 | 9/11/2012 | Pruden |
| ETH.MESH.00301741 and x | E-mail chain, top one dated 21 Nov 2005 | T-0370 | 5/31/2013 | Weisberg |
| ETH.MESH.00301741 through 301742 | E-mail string, top one dated 11/21/05 | T-2119 | 8/15/2013 | Barbolt |
| ETH.MESH.00301975 | E-mail chain, top one dated 13 Feb 2006 | Plaintiff's-413 | 3/5/2012 | Bonet |
| ETH.MESH.00302054  - ETH.MESH.00302055 | E-mail chain, top one dated 22 Feb 2006 | Plaintiff's-415 | 3/5/2012 | Bonet |
| ETH.MESH.00302105 and ETH.MESH.00302106 | Memo dated 2/24/2006 | T-0419 | 6/4/2013 | Smith, Dan |
| ETH.MESH.00302208-09 | E-mail string, 3/22/06-3/23/06 | T-3155 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.00302390-92 | Memo, 2/23/06, to DHF0000176 from Lamont | T-3174 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.00303906 - ETH.MESH.00303907 | E-mail from Daniel Lamont | Plaintiff's-644 | 4/4/2012 | Lamont |
| ETH.MESH.00304380 through ETH.MESH.00304383 | E-mail chain, top one dated 21 Mar 2011 | T-0035 | 4/4/2013 | Lamont |
| ETH.MESH.00304883 | PowerPoint, "Post Market Surveillance 2011 WCQ Planning, Dan Lamont, 5/23/2011" | Plaintiff's-772 | 5/24/2012 | Lamont |
| ETH.MESH.00308094 | slide deck Gynecare TVT Secur® System Tension-Free Support for Incontinence | T-0766 | 7/11/2013 | Pattyson |
| ETH.MESH.00308599-606 | Ethicon Corporate Product Characterization Plan for GYNECARE TVT S(SECUR), 7/18/05 | T-0058 | 4/16/2013 | Hojnoski |
| ETH.MESH.00308747 - ETH.MESH.00308891 | CE Mark Technical File for Prolift® | Plaintiff's-170 | 12/20/2011 | Lisa |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00308758 - ETH.MESH.00308779 | Essential Requirements Checklist, GYNECARE PROLIFT Pelvic Floor Repair System | Plaintiff's-622 | 3/29/2012 | Ciarrocca |
| ETH.MESH.00308787 - ETH.MESH.00308891 | Product Device Design Safety Assessment (DDSA) Approval Page | Plaintiff's-623 | 3/29/2012 | Ciarrocca |
| ETH.MESH.00308787 through ETH.MESH.00308891 | Device Design Safety Assessment, Gynecare Prolift Pelvic Floor Repair System (Project D'Art), Revision Date: 2/25/2005 | Plaintiff's-972 | 10/3/2012 | Chen |
| ETH.MESH.00309351-9941 | Letter, 3/1/06, to Vonakis from Hojnoski, with attachments | T-0063 | 4/17/2013 | Hojnoski |
| ETH.MESH.00310152-53 | Document entitled "Product Quality Issue," 12/10/07 | T-1335 | 9/18/2013 | Hart |
| ETH.MESH.00310865 - ETH.MESH.00310882 | Risk Management Report (Legacy) GYNECARE PROLIFT | Plaintiff's-518 | 3/14/2012 | Robinson |
| ETH.MESH.00311193 - ETH.MESH.00311210 | Risk Management Report (Legacy) GYNECARE PROLIFT | Plaintiff's-645 | 4/4/2012 | Lamont |
| ETH.MESH.00311390 - ETH.MESH.00311391 | Memorandum-Draft, Re: 08/13/2010 Meeting Minutes - GYNECARE PROLIFT | Plaintiff's-517 | 3/14/2012 | Robinson |
| ETH.MESH.00311731 - ETH.MESH.00311733 and ETH.MESH.00300055 - ETH.MESH.00300080 | Memorandum | Plaintiff's-649 | 4/4/2012 | Lamont |
| ETH.MESH.00311734 - ETH.MESH.00311760 | Post Market Surveillance Report PROLIFT, Document Name (#): PMSR-0000003, Revision: 1 | Plaintiff's-767 | 5/24/2012 | Lamont |
| ETH.MESH.00311769 | Dear Doctor, 11/07 | Plaintiff's-1096 | 9/11/2012 | Pruden |
| ETH.MESH.00311778 through ETH.MESH.00311782 | E-mail chain, top one dated 02 Nov 2007 | T-0904 | 7/22/2013 | Maree |
| ETH.MESH.00311792 through ETH.MESH.00311794 | E-mail chain, top one dated 12 Nov 2007 | T-0909 | 7/22/2013 | Maree |
| ETH.MESH.00311805 through ETH.MESH.00311810 | E-mail chain, top one dated July 20, 2006, with redactions | T-0043 | 4/4/2013 | Lamont |
| ETH.MESH.00311811 - 00311813 | 3/7/07 e-mail string from David Robinson to Dan Smith and Axel Arnaud | T-0941 | 7/24/2013 | Robinson |
| ETH.MESH.00311832 | Slide deck, "Investigator Initiated Study Process" | T-3413 | 11/8/2013 | Gauld |
| ETH.MESH.00312296-98 | Letter, 6/3/03, to Malli from Yale | Plaintiff's-678 | 4/17/2012 | Yale |
| ETH.MESH.00312302-6 | Letter, 6/17/03, to Malli from Yale | Plaintiff's-680 | 4/17/2012 | Yale |
| ETH.MESH.00316321 | Memo, 8/22/08, RE: PQI07-041 from Robinson, with attachment | Plaintiff's-693 | 4/17/2012 | Yale |
| ETH.MESH.00316526-27 | Letter, 2/18/05, to Kapsh fromYale | Plaintiff's-683 | 4/17/2012 | Yale |
| ETH.MESH.00316780 through ETH.MESH.00316783 | TVT Literature Search Review Summary - Deviation from normal complaint process | T-0044 | 4/4/2013 | Lamont |
| ETH.MESH.00316780 through ETH.MESH.00316783 | TVT Literature Search Review Summary - Deviation from normal complaint process | T-3074 | 8/7/2013 | Yale |
| ETH.MESH.00318316 and ETH.MESH.00330967 | E-mail chain, top one dated 10 Jan 2008 | | 7/23/2013 | Maree |
| ETH.MESH.00318494 | Partially redacted document | Plaintiff's-689 | 4/17/2012 | Yale |
| ETH.MESH.00318712-15 | E-mail string, 7/9/08 | Plaintiff's-692 | 4/17/2012 | Yale |
| ETH.MESH.00318775 - ETH.MESH.00318778 | E-mail chain, Yale to Meek re: FDA response on Prolift + M | Plaintiff's-282 | 2/9/2012 | Paine |
| ETH.MESH.00318775-78 | E-mail string, 5/7/08-5/9/08 | Plaintiff's-691 | 4/17/2012 | Yale |
| ETH.MESH.00318881 through ETH.MESH.00318889 | E-mail chain, top one dated 17 Apr 2008 | T-3069 | 8/7/2013 | Yale |
| ETH.MESH.00319059 | E-mail, 6/3/03, to Brennan from Yale | Plaintiff's-679 | 4/17/2012 | Yale |
| ETH.MESH.00319128 & 00319129 | DM/Sales Rep Do's and Don'ts | T-0791 | 7/11/2013 | Pattyson |
| ETH.MESH.00319226-27 | Letter, 10/17/03, to Malli from Yale | Plaintiff's-681 | 4/17/2012 | Yale |
| ETH.MESH.00319364-65 | E-mail Thread | T-0138 | 4/25/2013 | Lisa |
| ETH.MESH.00320598 through ETH.MESH.00320602 | E-mail chain, top one dated 25 Nov 2008 | Plaintiff's-1244 | 11/9/2012 | Beath |
| ETH.MESH.00321510 | Study Summary - TVTSDVLPRD1 | Plaintiff's-492 | 3/9/2012 | Rha |
| ETH.MESH.00321804 through 1805 | Definition for Major Invasive Surgeries And The Ethicon Franchise Products Requiring Major Invasive Procedures for Implantation | T-3328 | 10/30/2013 | Chen, Meng |
| ETH.MESH.00321997 - ETH.MESH.00322007 | Tables | Plaintiff's-1078 | 5/16/2012 | Yale |
| ETH.MESH.00322460-62 | E-mail string, from Jacobs to Yale re: Major Request for Help to get RE: Design Review TVT SECURE (DRM and Design Validation Packaging) | Plaintiff's-491 | 3/9/2012 | Rha |
| ETH.MESH.00323801-2 | "ETHICON, INC., Complaint Reporting Statement," | Plaintiff's-687 | 4/17/2012 | Yale |
| ETH.MESH.00324066- ETH.MESH.00324085 | 4-page copy of E-mail dated 1/25/07 to Mark Yale from Carolyn Brennan plus attachments | T-2031 | 6/20/2013 | Selman |
| ETH.MESH.00324086 through ETH.MESH.00324088 | E-mail chain, top one dated 22 Jan 2007 | T-3095 | 8/8/2013 | Yale |
| ETH.MESH.00324109 | 11/3/06 e-mail from Carolyn Brennan to Mark Yale, et al. | T-1253 | 9/11/2013 | Robinson |
| ETH.MESH.00325449 | PowerPoint presentation entitled "TVT-SECUR PQ107-041, Quality Board, 16 Nov 2007" | T-1336 | 9/18/2013 | Hart |
| ETH.MESH.00325674 through 00325675 | E-mail string dated 12/5/07 | T-0799 | 7/15/2013 | Mahmoud |
| ETH.MESH.00325720-31 | E-mail string, 3/7/08-6/20/08 | T-0553 | 6/13/2013 | Paine |
| ETH.MESH.00326211 through ETH.MESH.00326213 | E-mail chain, top one dated 09 Feb 2006 | Plaintiff's-1393 | 9/12/2013 | London Brown |
| ETH.MESH.00326236-38 | E-mail string, 2/8/06-2/9/06 | T-0567 | 6/14/2013 | Paine |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00326245 through ETH.MESH.00326247 | E-mail chain, top one dated 10 Feb 2006 | Plaintiff's-1394 | 9/12/2013 | London Brown |
| ETH.MESH.00326756 | PowerPoint presentation entitled "TVT-SECUR PQI07-041, Quality Board Follow Up" | T-1337 | 9/18/2013 | Hart |
| ETH.MESH.00326842 - ETH.MESH.00326846 | E-mail chain, top one dated 05 Nov 2007 | Plaintiff's-505 | 3/14/2012 | Robinson |
| ETH.MESH.00326842 through 00326846 | E-mail string, top one dated 11/5/07 | T-0816 | 7/16/2013 | Mahmoud |
| ETH.MESH.00326842 through ETH.MESH.00326846 | E-mail chain, top one dated 05 Nov 2007 | T-3105 | 8/8/2013 | Yale |
| ETH.MESH.00326871-75 | E-mail Thread, 11/3/07 | Plaintiff's-1095 | 9/11/2012 | Pruden |
| ETH.MESH.00327060 - 00327063 | 11/12/07 e-mail string from David Robinson to Mark Yale, et al. | T-0946 | 7/24/2013 | Robinson |
| ETH.MESH.00327060 through ETH.MESH.00327063 | E-mail chain, top one dated 12 Nov 2007 | T-3107 | 8/8/2013 | Yale |
| ETH.MESH.00327060-63 | E-mail string, 11/8/07-11/12/07 | T-3280 | 10/2/2013 | Parisi |
| ETH.MESH.00327890 - ETH.MESH.00327896 | 7-page copy of E-mail dated 11/7/05 to Mark Yale and Wanda Patire-Singer from Lisa Kaiser | T-1015 | 5/14/2013 | Mittenthal |
| ETH.MESH.00328895 through ETH.MESH.00328901 | E-mail chain, top one dated 03 Mar 2008, Bates stamped ETH.MESH.00328895 through ETH.MESH.00328901 | T-3706 | 12/23/2014 | Elbert |
| ETH.MESH.00328977 | 1-page copy of E-mail dated 3/20/07 to Mark Yale from Renee Selman | T-2030 | 6/20/2013 | Selman |
| ETH.MESH.00328981-85 | E-mail string, 11/2/07 | T-3292 | 10/2/2013 | Parisi |
| ETH.MESH.00329112 and ETH.MESH.00329113 | E-mail chain, top one dated 13 Oct 2008 | T-0678 | 6/26/2013 | Hinoul |
| ETH.MESH.00329112-13 | E-mail string, from Paine to Beath re: FDA public health notice | Plaintiff's-1044 | 3/26/2012 | Beath |
| ETH.MESH.00329112- ETH.MESH.00329113 | 2-page copy of E-mail dated 10/13/08 to Catherine Beath, et al., from Jennifer M. Paine | T-2057 | 6/21/2013 | Selman |
| ETH.MESH.00329162 - ETH.MESH.00329164 | E-mail chain, top one dated 08 May 2008 | Plaintiff's-283 | 2/9/2012 | Paine |
| ETH.MESH.00329259 - 00329260 | 1/19/07 e-mail string from Mark Yale to Carol Holloway, et al. | T-1254 | 9/11/2013 | Robinson |
| ETH.MESH.00329316 and ETH.MESH.00329317 | E-mail dated 06 Nov 2006 | T-3094 | 8/8/2013 | Yale |
| ETH.MESH.00329557 and ETH.MESH.00329558 | E-mail chain, top one dated 01 Mar 2007 | T-3096 | 8/8/2013 | Yale |
| ETH.MESH.00329557-58 | E-mail string, 3/1/07 | T-0570 | 6/14/2013 | Paine |
| ETH.MESH.00329642 - ETH.MESH.00329660 | Franchise Procedure for Handling Product Quality and Quality Board Issues | Plaintiff's-733 | 5/15/2012 | Everett |
| ETH.MESH.00330141 | E-mail dated 13 Feb 2007 | T-3097 | 8/8/2013 | Yale |
| ETH.MESH.00330411  - ETH.MESH.00330412 | E-mail chain, top one dated 13 Nov 2007 | Plaintiff's-278 | 2/9/2012 | Paine |
| ETH.MESH.00330835 - ETH.MESH.00330839 | April 25, 2007 Recall Strategy for the Voluntary Product Recall of Prolift Anterior Pelvic Floor Repair System, Lot #2990052 | Plaintiff's-277 | 2/9/2012 | Paine |
| ETH.MESH.00330962 through ETH.MESH.00330964 | E-mail chain, top one dated 26 Feb 2008 | | 7/23/2013 | Maree |
| ETH.MESH.00331800 - ETH.MESH.00331836 | E-mail chain, top one dated July 22, 2008, with attachment | Plaintiff's-251 | 2/8/2012 | Paine |
| ETH.MESH.00331800-36 | E-mail string, 7/1/08-7/22/08, with attachment | T-0551 | 6/13/2013 | Paine |
| ETH.MESH.00332846 - ETH.MESH.00332850 | Worldwide CAPA Monthly September 2008 - Confidential | Plaintiff's-255 | 2/8/2012 | Paine |
| ETH.MESH.00332851 - ETH.MESH.00332853 | BSI Nonconformities, FDA 483, and FDA Management Discussion Point Active CAPA's | Plaintiff's-254 | 2/8/2012 | Paine |
| ETH.MESH.00332854 - ETH.MESH.00332884 | Spreadsheet, All Active CAPA's, Sep 29, 2008 | Plaintiff's-253 | 2/8/2012 | Paine |
| ETH.MESH.00332854- ETH.MESH.00332884 | 31-page copy of document dated 9/29/08 entitled "All Active CAPA's" | T-1014 | 5/14/2013 | Mittenthal |
| ETH.MESH.00333192 - ETH.MESH.00333195 | Corporate CAPA Review Board (CCRB) - May 27, 2008 Meeting Minutes | Plaintiff's-252 | 2/8/2012 | Paine |
| ETH.MESH.00333217 - ETH.MESH.00333248 | Spreadsheet, All Active CAPA's, May 27, 2008, with redactions | Plaintiff's-256 | 2/8/2012 | Paine |
| ETH.MESH.00333217 through ETH.MESH.00333248 | All Active CAPA's | T-1155 | 7/12/2013 | Beath |
| ETH.MESH.00334136-38 | E-mail string, 3/24/08-3/26/08 | Plaintiff's-690 | 4/17/2012 | Yale |
| ETH.MESH.00335181 - ETH.MESH.00335189 | Neuchatel Operations Org Chart 25 FEB 2010 | Plaintiff's-122 | 12/9/2011 | Elberg |
| ETH.MESH.00335236 - ETH.MESH.00335251 | Ethicon Finance Division Organizational Charts, June 18, 2010 | Plaintiff's-93 | 12/1/2011 | Underwood |
| ETH.MESH.00335409 - ETH.MESH.00335413 | Global Supply Chain Organizational Charts | Plaintiff's-99 | 12/1/2011 | Underwood |
| ETH.MESH.00335477 | Organizational Chart titled "Gary Pruden's Direct Reports" | Plaintiff's-91 | 12/1/2011 | Underwood |
| ETH.MESH.00335485 - ETH.MESH.00335496 | Women's Health & Urology Organizational Charts | Plaintiff's-92 | 12/1/2011 | Underwood |
| ETH.MESH.00335519 | Ethicon Organization Global Management Board Organization Chart | Plaintiff's-105 | 12/1/2011 | Underwood |
| ETH.MESH.00335571 - ETH.MESH.00335580 | Ethicon, LLC Operations San Lorenzo, PR Organizational Charts | Plaintiff's-104 | 12/1/2011 | Underwood |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00335589 | Ethicon LLC Organization Chart | Plaintiff's-103 | 12/1/2011 | Underwood |
| ETH.MESH.00335597 - ETH.MESH.00335605 | Johnson & Johnson Wound Management, A Division of ETHICON, INC., Organizational Charts, January, 2010 | Plaintiff's-121 | 12/9/2011 | Elberg |
| ETH.MESH.00335621 - ETH.MESH.00335704 | Spreadsheet | Plaintiff's-113 | 12/7/2011 | Mittenthal |
| ETH.MESH.00335795 - ETH.MESH.00335801 | Curriculum Vitae of James P. Mittenthal | Plaintiff's-106 | 12/7/2011 | Mittenthal |
| ETH.MESH.00336314- ETH.MESH.00336374 | 61-page copy of document dated 1/31/11 entitled "Worldwide Records and Information Management Policy" | Plaintiff's-1293 | 12/4/2012 | Mittenthal |
| ETH.MESH.00336975 - ETH.MESH.00336978 | Post Market Surveillance Organization | Plaintiff's-102 | 12/1/2011 | Underwood |
| ETH.MESH.00337675 - ETH.MESH.00337678 | E-mail chain, Kaminski to Walji re: A message from Sheri McCoy; includes new R&D Structure | Plaintiff's-95 | 12/1/2011 | Underwood |
| ETH.MESH.00339053 through ETH.MESH.00339057 | PowerPoint "Demand the most proven technology when selecting a mid-urethral sling...Make DATA and SAFETY your choice," (color copy) | | 6/18/2013 | Mahar |
| ETH.MESH.00339083 and ETH.MESH.00339084 | E-mail chain, top one dated December 18, 2008 | T-2153 | 8/20/2013 | Smith, Dan |
| ETH.MESH.00339083-84 | E-mail Thread | T-0153 | 4/26/2013 | Lisa |
| ETH.MESH.00339437 - 00339442 | Gynecare TVT brochure | T-1272 | 9/11/2013 | Robinson |
| ETH.MESH.00339437 - ETH.MESH.00339442 | 6-page copy of document entitled "Gynecare TVT" | T-1347a | 12/20/2013 | Hart |
| ETH.MESH.00339437 through ETH.MESH.00339442 | Brochure, "Gynecare TVT Tension-Free Support for Incontinence, 5 Years of Proven Performance" | T-0382 | 5/31/2013 | Weisberg |
| ETH.MESH.00340990 through ETH.MESH.00340999 | Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 0), January 8, 2010 | T-0013 | 3/13/2013 | Lin |
| ETH.MESH.00341780 through 00341805 | Attachment 8, An Anatomic comparison of TVT-0 vs. TVT ABBREVO Procedure | T-0831 | 7/16/2013 | Mahmoud |
| ETH.MESH.00345289 through 91 | e-mail correspondence | K-48 | 12/10/2013 | Kaminski |
| ETH.MESH.00345312-27 | Brochure entitled "Treatment Options for Stress Urinary Incontinence, stop coping. start living" | T-0212 | 5/14/2013 | Finley |
| ETH.MESH.00345328 - ETH.MESH.00345329 | E-mail string, top one dated 1/14/09 | T-0167 | 5/2/2013 | Lin |
| ETH.MESH.00345813 through 00345815 | E-mail string, top one dated 9/16/09 | T-3043 | 8/1/2013 | Lin |
| ETH.MESH.00348626-ETH.MESH. 00348663 | 5/28/10 Clinical Expert Report Gynecare TVT Exact Continence System | T-3455 | 1/6/2014 | Kirkemo |
| ETH.MESH.00350879 through 00350881 | Final- 10/21/08 FDA Notification About Use of Surgical Mesh to Treat Pelvic Organ Prolapse and Stress Urinary Incontinence Standby for Media/Analyst Inquiries | T-3051 | 8/1/2013 | Lin |
| ETH.MESH.00351439 through 00351441 | E-mail string dated 3/23/10 | T-3042 | 8/1/2013 | Lin |
| ETH.MESH.00351439 through ETH.MESH.00351441 | E-mail chain, top one dated 23 Mar 2010 | T-3125 | 8/9/2013 | Weisberg |
| ETH.MESH.00355003 - 00355007 | article by Nilsson, et al. "Eleven years prospective" etc. | T-1270 | 9/11/2013 | Robinson |
| ETH.MESH.00355003 through ETH.MESH.00355007 | Article entitled "Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence," by C.G. Nilsson, et al., | T-0887 | 7/20/2013 | Arnaud |
| ETH.MESH.00356982 through ETH.MESH.00356993 | Letter dated 9/20/07 | Plaintiff's-933 | 9/27/2012 | Paine |
| ETH.MESH.00357140 - ETH.MESH.00357267 | Clinical Study Report, Evaluation of the TVM technique for treatment of genital prolapse; Investigational Plan/Study design-description | Plaintiff's-279 | 2/9/2012 | Paine |
| ETH.MESH.00357278-96 | "Traditional 510(k) Premarket Notification Prolift+M* Pelvic Floor Repair Systems," 6/1/2007 | Plaintiff's-1065 | 3/27/2012 | Beath |
| ETH.MESH.00363605 through ETH.MESH.0036363625 | Company Procedure for Design Changes to Existing Products, Document Name (#): PR800-012, Revision: 11 | T-0432 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00364486 - ETH.MESH.00364492 | E-mail chain, top one dated 07 Jan 2008 | Plaintiff's-154 | 12/20/2011 | Lisa |
| ETH.MESH.00365412 - ETH.MESH.0036365414 | Memo | Plaintiff's-743 | 5/15/2012 | Everett |
| ETH.MESH.00365421 - ETH.MESH.00365464 | Excel Spreadsheet | Plaintiff's-1072 | 5/16/2012 | Yale |
| ETH.MESH.00365662 | Document entitled "Label Content Approval," LCA Reference No. 051-2007 Rev 2 | T-0554 | 6/14/2013 | Paine |
| ETH.MESH.00369995 | slide deck Treatment of Stress Urinary Incontinence with the Gynecare TVT Family of Products | T-0772 | 7/11/2013 | Pattyson |
| ETH.MESH.00370392 | slide deck Gynecare TVT Secur*System Early Surgical Experience | T-0769 | 7/11/2013 | Pattyson |
| ETH.MESH.00371496 through ETH.MESH.00371594 | 510(k) Package for TVT Classic | T-0011 | 3/12/2013 | Lin |
| ETH.MESH.00371496-1594 | Letter, 1/28/98, to Jones from Witten, with attachments | T-0073 | 4/17/2013 | Hojnoski |
| ETH.MESH.00371496-594 | Group of documents, first page a letter, 1/28/98, to Jones from Witten | T-2105 | 8/14/2013 | Barbolt |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00371547 through ETH.MESH.00371594 | Section 5, Performance Data | T-0357 | 5/31/2013 | Weisberg |
| ETH.MESH.00371587-94 | Scandinavian Multicenter Study of the Tension Free Vaginal Tape Procedure, Clinical Report | T-3516 | 1/15/2014 | Hinoul |
| ETH.MESH.00372341 - ETH.MESH.00372357 | Ethicon Letter to FDA Jiyoung Dang in response to letter dated 8/24/07 | Plaintiff's-148 | 12/20/2011 | Lisa |
| ETH.MESH.00372341 to -357 | Ethicon response to FDA | T-3239 | 9/19/2013 | Trzewik |
| ETH.MESH.00372341-57 | Letter, 9/20/07, to Dang from Lisa | T-3298 | 10/3/2013 | Parisi |
| ETH.MESH.00372664 - ETH.MESH.00372727 | Ethicon Response to FDA | Plaintiff's-160 | 12/20/2011 | Lisa |
| ETH.MESH.00372664-71 | Ethicon Response Letter, 2/21/08 | T-0108 | 4/25/2013 | Lisa |
| ETH.MESH.00373048 | PowerPoint presentation entitled "Patient Selection Criteria & Clinical Data" | T-3017 | 7/30/2013 | Luscombe |
| ETH.MESH.00373310-88 | PowerPoint presentation entitled "GYNECARE TVT Tension-free Support for Incontinence" | T-3305 | 10/3/2013 | Parisi |
| ETH.MESH.00374711 through ETH.MESH.00374714 | 6-Month Post-Operative Follow-Up Questionnaire, Bates stamped ETH.MESH.00374711 through ETH.MESH.00374714 | Plaintiff's-1550 | 6/10/2014 | Lucente |
| ETH.MESH.00374716 through ETH.MESH.00374718 | 12-Month Post-Operative Follow-Up Questionnaire, Bates stamped ETH.MESH.00374716 through ETH.MESH.00374718 | Plaintiff's-1551 | 6/10/2014 | Lucente |
| ETH.MESH.00376665 - ETH.MESH.00376674 | Documents | T-3396 | 11/6/2013 | Isenberg |
| ETH.MESH.00377235 - ETH.MESH.00377236 | Documents | T-3395 | 11/6/2013 | Isenberg |
| ETH.MESH.00377462 through ETH.MESH.00377468 | MA632 - Trial Master File," Bates stamped ETH.MESH.00377462 through ETH.MESH.00377468 | Plaintiff's-1556 | 6/10/2014 | Lucente |
| ETH.MESH.00377470 through ETH.MESH.00377483 | MA-632 Trial Master File, Bates stamped ETH.MESH.00377470 through ETH.MESH.00377483 | Plaintiff's-1563 | 6/10/2014 | Lucente |
| ETH.MESH.00387386 - ETH.MESH.00387391 | Documents | T-3394 | 11/6/2013 | Isenberg |
| ETH.MESH.00389480 through ETH.MESH.00389493 | MA632 - Trial Master File," Bates stamped ETH.MESH.00389480 through ETH.MESH.00389493 | Plaintiff's-1552 | 6/10/2014 | Lucente |
| ETH.MESH.00389524 through ETH.MESH.00389542 | Abstract and Study Report, "TVT vs. Laparoscopic Burch: A retrospective review," Brett Vassallo MD, et al., Bates stamped ETH.MESH.00389524 through ETH.MESH.00389542 | Plaintiff's-1553 | 6/10/2014 | Lucente |
| ETH.MESH.00391703 and attachment | "PT1 Student Literature to Order" | Plaintiff's-537 | 3/15/2012 | Hoffman |
| ETH.MESH.003921248 and ETH.MESH.003921249 | E-mail chain, top one dated 19 Dec 2006 | Plaintiff's-1379 | 9/11/2013 | London Brown |
| ETH.MESH.00392966 and ETH.MESH.003922967 | E-mail chain, top one dated 10 Jan 2007 | T-0868 | 7/20/2013 | Arnaud |
| ETH.MESH.00393223-27 | Memorandum, 9/29/07, to Hegazi-Shaw from Bennett | Plaintiff's-530 | 3/15/2012 | Hoffman |
| ETH.MESH.00394500 | Group of documents, first page 10/12/05 memo to Lamont | Plaintiff's-1062 | 3/27/2012 | Beath |
| ETH.MESH.00394500 - ETH.MESH.00394504 | Memo dated October 12, 2005, with redactions | Plaintiff's-268 | 2/8/2012 | Paine |
| ETH.MESH.00394787-810 | PowerPoint presentation entitled "GYNECARE TVT Tension-free Support for Incontinence" | T-3018 | 7/30/2013 | Luscombe |
| ETH.MESH.00396502 through ETH.MESH.00396549 | AAGL 34th Annual Meeting Program, Bates stamped ETH.MESH.00396502 through ETH.MESH.00396549 | T-3693 | 9/25/2014 | Scheich |
| ETH.MESH.00396836 - ETH.MESH.00396868 | PowerPoint, "Review of Surgical Techniques Using Mesh, David B Robinson, MD, Center for Continence and Pelvic Reconstructive Surgery, Topeka, KS" | Plaintiff's-519 | 3/14/2012 | Robinson |
| ETH.MESH.00397674 | PowerPoint presentation entitled "Gynecare TVT, Minimizing & Managing Intraoperative Complications: TVT Sling" | T-3300 | 10/3/2013 | Parisi |
| ETH.MESH.00400954 - ETH.MESH.00400956 | Documents | T-3378 | 11/6/2013 | Isenberg |
| ETH.MESH.00400954-6 | Letter from Ulmsten to Isenberg | T-3497 | 1/14/2014 | Hinoul |
| ETH.MESH.00401342 | Clinical Protocol Approval Form, Protocol Number 2003-016, 12 May 2004 | Plaintiff's-849B | 9/6/2012 | Gauld |
| ETH.MESH.00401343 | Clinical Protocol Approval Form, Protocol Number CT-TVM-001-03 | Plaintiff's-828 | 9/5/2012 | Gauld |
| ETH.MESH.00401344 | Summary of Changes Protocol Amendment 1, Protocol 2003-016, Amendment Date: 7 October 2005 | Plaintiff's-830 | 9/5/2012 | Gauld |
| ETH.MESH.00401344-50 | "Summary of Changes, Protocol Amendment 1," 10/7/05 | Plaintiff's-1088 | 5/24/2012 | Weisberg |
| ETH.MESH.00401351 | Clinical Assessment of the TVM (Total Vaginal Mesh) Technique for Treatment of Genital Prolapse, Protocol 2003-016, Amendment Date: 7 October 2005 | Plaintiff's-833 | 9/5/2012 | Gauld |
| ETH.MESH.00401351-76 | "Clinical Assessment of the TVM (Total Vaginal Mesh) Technique for Treatment of Genital Prolapse, Protocol 2003-016, Protocol Date," 10/7/05 | Plaintiff's-1087 | 5/24/2012 | Weisberg |
| ETH.MESH.00401377 | Clinical Assessment of the TVM Technique, May 6, 2003 V2003-0618; Study Synopsis (Total Vaginal Mesh) Technique for Treatment of Genital Prolapse, Protocol 2003-016, Protocol Date: 12 May 2004 | Plaintiff's-832 | 9/5/2012 | Gauld |
| ETH.MESH.00401377-402 | "Clinical Assessment of the TVM 21 (Total Vaginal Mesh) Technique for Treatment of Genital Prolapse, Protocol 2003-016," 5/12/04 | Plaintiff's-1086 | 5/24/2012 | Weisberg |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00401403 | Clinical Assessment of the TVM (Total Vaginal Mesh) Technique for Treatment of Genital Prolapse, Protocol 2003-016, May 6, 2003 | Plaintiff's-849A | 9/6/2012 | Gauld |
| ETH.MESH.00401403 and ETH.MESH.00401426 | Clinical Assessment; May 6, 2003, Protocol 2003-016 (USA); Rev: 2004-01-19 | Plaintiff's-835 | 9/5/2012 | Gauld |
| ETH.MESH.00401435 | Memo | Plaintiff's-829 | 9/5/2012 | Gauld |
| ETH.MESH.00402067 | Informed Consent for Participation in Research Activities | Plaintiff's-834 | 9/5/2012 | Gauld |
| ETH.MESH.00403003 through ETH.MESH.00403017 | GYNECARE TVT SECUR CADAVER PROTOCOL & COMPLETION REPORT, August 25, 2005 | T-3130 | 8/9/2013 | Weisberg |
| ETH.MESH.00403003 thru ETH.MESH.00403017 | Cadaver Protocol/Competition Report | T-0624 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.00405492 through ETH.MESH.00405500 | St. Luke's Hospital and Health Network Consent for Clinical Research Study, Bates stamped ETH.MESH.00405492 through ETH.MESH.00405500 | Plaintiff's-1577 | 6/20/2014 | Murphy |
| ETH.MESH.00405513 and ETH.MESH.00405514 | Letter dated April 7, 2009, Bates stamped ETH.MESH.00405513 and ETH.MESH.00405514 | Plaintiff's-1580 | 6/20/2014 | Murphy |
| ETH.MESH.00406656 | Letters dated 3/20/09 From Beach RE: TVT World Registry | T-1091 | 6/17/2013 | Beach |
| ETH.MESH.00408092 - ETH.MESH.00408093 | 2-page copy of document dated 3/22/10 entitled "Appendix 6, Amendment and Administrative Change Approval Form" | T-1340a | 12/20/2013 | Hart |
| ETH.MESH.00408099 - ETH.MESH.00408153 | 55-page copy of document dated 3/22/10 entitled "A Prospective, Multi-centre Study to Evaluate the Clinical Performance of the GYNECARE PROLIFT+M Pelvic Floor Repair System as a Device for Pelvic Organ Prolapse" | T-1341a | 12/20/2013 | Hart |
| ETH.MESH.00408351 - ETH.MESH.00408353 | 3-page copy of document entitled "Final Protocol" | T-1342a | 12/20/2013 | Hart |
| ETH.MESH.00408354 - ETH.MESH.00408404 | 51-page copy of document dated 8/10/07 entitled "A Prospective, Multi-centre Study to Evaluate the Clinical Performance of the GYNECARE PROLIFT+M Pelvic Floor Repair System as a Device for Pelvic Organ Prolapse" | T-1343a | 12/20/2013 | Hart |
| ETH.MESH.00409657 and ETH.MESH.00409658 | Rejection of Polypropylene Tape after the Tension-Free Vaginal Tape (TVT) Procedure, Alex C. Wang, M.D. | T-3226 | 9/17/2013 | Angelini |
| ETH.MESH.00409659 through ETH.MESH.00409663 | Customer Initiated Research Grant Request | T-3422 | 11/14/2013 | Angelini |
| ETH.MESH.00409665 | E-mail chain, top one dated December 19, 2002 | T-3424 | 11/14/2013 | Angelini |
| ETH.MESH.00409666 through ETH.MESH.00409669 | E-mail chain, top one dated December 03, 2002 | T-3423 | 11/14/2013 | Angelini |
| ETH.MESH.00409670 | E-mail chain, top one dated December 03, 2002 | T-3228 | 9/17/2013 | Angelini |
| ETH.MESH.00409674 and 675 | E-mail chain | T-3143 | 8/20/2013 | Jones, Greg |
| ETH.MESH.00409674 and ETH.MESH.00409675 | E-mail chain, top one dated June 07, 2002 | T-0045 | 4/4/2013 | Lamont |
| ETH.MESH.00409674 and ETH.MESH.00409675 | E-mail dated June 07, 2002 | T-0359 | 5/31/2013 | Weisberg |
| ETH.MESH.00409674 through 75 | e-mail correspondence | K-49 | 12/10/2013 | Kaminski |
| ETH.MESH.00409674-75 | 6/7/02 E-mail from Isenberg to Jones, Subject: Dr. Alex Wang, Taiwan—Reports of "tape rejection" With TVT | T-3560 | 1/16/2014 | DeLaCroix |
| ETH.MESH.00410041 through ETH.MESH.00410054 | Ethicon, Inc. Customer Initiated Research Grant Request, Bates stamped ETH.MESH.00410041 through ETH.MESH.00410054 | Plaintiff's-1565 | 6/10/2014 | Lucente |
| ETH.MESH.00410055 | E-mail chain, top one dated September 06, 2006, Bates stamped ETH.MESH.00410055 | Plaintiff's-1569 | 6/10/2014 | Lucente |
| ETH.MESH.00410057 | E-mail chain, top one dated May 25, 2005, Bates stamped ETH.MESH.00410057 | Plaintiff's-1568 | 6/10/2014 | Lucente |
| ETH.MESH.00410545 | E-mail, 4/17/07, to Goble from Paine | T-0562 | 6/14/2013 | Paine |
| ETH.MESH.00410712 through ETH.MESH.00410715 | ETHICON, Inc. Investigator Initiated Research Grant Request, Bates stamped ETH.MESH.00410712 through ETH.MESH.00410715 | Plaintiff's-1511 | 6/10/2014 | Lucente |
| ETH.MESH.00410722 and ETH.MESH.00410723 | E-mail chain, one date February 15, 2011, Bates stamped ETH.MESH.00410722 and ETH.MESH.00410723 | Plaintiff's-1541 | 6/10/2014 | Lucente |
| ETH.MESH.00410725 | IIS Study Monthly Update: May 2010, Bates stamped ETH.MESH.00410725 | Plaintiff's-1530 | 6/10/2014 | Lucente |
| ETH.MESH.00410952-70 | Protocol Approval TVT v Lap Burch | Plaintiff's-1421 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.00411013 | Poster, "A Clinical Assessment of GYNEMESH PS for the Repair of Pelvic Organ Prolapse" | Plaintiff's-902 | 9/19/2012 | Hinoul |
| ETH.MESH.00411410 - 00411413 | Research Subject Information and Consent Form, Version May 7, 2002 | Plaintiff's-1137 | 9/21/2012 | Shen |
| ETH.MESH.00411557 - 00411560 | IUPUI and Clarian/Methodist Hospital Informed Consent Statement IRB# 02-018 | Plaintiff's-1138 | 9/21/2012 | Shen |
| ETH.MESH.00411719 and ETH.MESH.00411720 | Clinical Trial Agreement Amendment #1, Bates stamped ETH.MESH.00411719 and ETH.MESH.00411720 | Plaintiff's-1567 | 6/10/2014 | Lucente |
| ETH.MESH.00411824 through ETH.MESH.00411835 | Research Funding Agreement (Drug/Medical Device and Financial Support -- United States), Bates stamped ETH.MESH.00411824 through ETH.MESH.00411835 | Plaintiff's-1513 | 6/10/2014 | Lucente |
| ETH.MESH.00411959 through ETH.MESH.00411967 | Clinical Study Agreement, Bates stamped ETH.MESH.00411959 through ETH.MESH.00411967 | Plaintiff's-1547 | 6/10/2014 | Lucente |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00412029 through ETH.MESH.00412035 | Clinical Study Agreement for Investigator Initiated Studies #28 - 05/15/01, Bates stamped ETH.MESH.00412029 through ETH.MESH.00412035 | Plaintiff's-1554 | 6/10/2014 | Lucente |
| ETH.MESH.00412494 through ETH.MESH.00412497 | Prosima Clinical Study Agreement - Ethicon Initiated Amendment Bates stamped ETH.MESH.00412494 through ETH.MESH.00412497 | Plaintiff's-1576 | 6/20/2014 | Murphy |
| ETH.MESH.00428730-31 | E-mail, 11/1/10, to Parisi from Jones, with attachment | Plaintiff's-532 | 3/15/2012 | Hoffman |
| ETH.MESH.0043151 - ETH.MESH.0043155 - ETH.MESH.0043164 | E-mail chain, top one dated 04 Feb 2005 | Plaintiff's-437 | 3/6/2012 | Bonet |
| ETH.MESH.00432936 | PowerPoint presentation entitled "Professional Education Continuum of Education," April 21, 2009 | T-3316 | 10/3/2013 | Parisi |
| ETH.MESH.00439996-99 | E-mail string, 12/17/04-1/5/05 | T-3166 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.00440005 - 00440007 | 1/5/05 e-mail string from Laura Angelini to Ronnie Toddywala, et al.; | T-0958 | 7/25/2013 | Robinson |
| ETH.MESH.00442080-2081 | E-mail | T-1354 | 1/17/2014 | London Brown |
| ETH.MESH.00442080-81 | E-mail, 1/7/05, to Mahar and others from London Brown | T-3312 | 10/3/2013 | Parisi |
| ETH.MESH.00442102 - ETH.MESH.00442103 | E-mail dated 17 Jan 2005, with attachment | Plaintiff's-222 | 1/24/2012 | Parisi |
| ETH.MESH.00442793 - ETH.MESH.00442796 | E-mail chain, top one dated 24 Jan 2005 | Plaintiff's-433 | 3/6/2012 | Bonet |
| ETH.MESH.00442797 | PowerPoint slide | Plaintiff's-434 | 3/6/2012 | Bonet |
| ETH.MESH.00442831 - ETH.MESH.00442834 | E-mail chain, Brown to Kammerer, et al. re: Proposal for work with CBAT; Mauro Cervigni recommendations | Plaintiff's-486 | 3/8/2012 | Walji |
| ETH.MESH.00443151 - ETH.MESH.00443155 - ETH.MESH.00443164 | E-mail chain, top one dated 04 Feb 2005 | Plaintiff's-404 | 3/5/2012 | Bonet |
| ETH.MESH.00455676 and ETH.MESH.00455677 | E-mail dated 24 Jan 2007, ETH.MESH.00455676 and ETH.MESH.00455677 | Schmid-8 | 7/31/2015 | Schmid |
| ETH.MESH.00455676-77 | E-mail Thread 1/24/07 Subject, Prosima January 2007 Update ETH.MESH.00455676-77 | Henderson-12 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.00457835 - 00457837 | E-mail, 2/17/07, from Zipfel, with attachment | Plaintiff's-382 | 2/29/2012 | Amin |
| ETH.MESH.00460790-93 | E-mail chain, 3/27/07-4/2/07 | Plaintiff's-384 | 2/29/2012 | Amin |
| ETH.MESH.00460801 | Gynecare TVT SECUR® System Professional Education Programs | Plaintiff's-385 | 2/29/2012 | Amin |
| ETH.MESH.00460910 - ETH.MESH.00460911 | E-mail chain, top one dated 16 Mar 2007 | Plaintiff's-1001 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00460912 | Spreadsheet | Plaintiff's-1002 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00461576 | 10/23/06 letter to EWHU field Sales Force from Price St. Hilaire | T-0790 | 7/11/2013 | Pattyson |
| ETH.MESH.00477387 | PowerPoint presentation entitled "2007 Professional Education Plan, ETHICON, ETHICON Products, ETHICON Women's Health and Urology, Johnson and Johnson Wound Management," July 14, 2006 | T-3314 | 10/3/2013 | Parisi |
| ETH.MESH.00480823 | PowerPoint presentation entitled "Kaiser Pelvic Floor" | T-3306 | 10/3/2013 | Parisi |
| ETH.MESH.00482583 - ETH.MESH.00482585 | E-mail chain, top one dated 12 Apr 2005 | Plaintiff's-302 | 2/17/2012 | Kaminski |
| ETH.MESH.00482892 - ETH.MESH.00482893 | E-mail chain, top one dated 09 Aug 2005 | Plaintiff's-303 | 2/17/2012 | Kaminski |
| ETH.MESH.00482959-66 | E-mail, 10/5/05, from Bonet, with attachment | Plaintiff's-535 | 3/15/2012 | Hoffman |
| ETH.MESH.00482981 | E-mail dated 13 Oct 2005 | Plaintiff's-424 | 3/6/2012 | Bonet |
| ETH.MESH.00513989 - ETH.MESH.00513990 | Technical Memo, March 7, 2007 | Plaintiff's-554 | 3/21/2012 | Hutchinson |
| ETH.MESH.00516424 through 00516427 | E-mail string, top one dated 4/12/08 | T-3415 | 11/8/2013 | Gauld |
| ETH.MESH.00519476 through ETH.MESH.00519481 | E-mail chain, top one dated 19 Dec 2006 | T-0861 | 7/20/2013 | Arnaud |
| ETH.MESH.00520725-28 | Email string | Plaintiff's-810 | 8/23/2012 | Robinson |
| ETH.MESH.00524752 - ETH.MESH.05224761 | 10-page copy of E-mail dated 10/30/08 to list from Compliance Information Update | T-1016 | 5/14/2013 | Mittenthal |
| ETH.MESH.00522681 - ETH.MESH.00522703 | Gynecare TVT SECUR® System Instructions for Use | Plaintiff's-262 | 2/8/2012 | Paine |
| ETH.MESH.00523520 | Slide Deck Gynecare TVT Family Products | Plaintiff's-1362 | 8/13/2013 | Amin |
| ETH.MESH.00523617 - 00523618 | document titled "Summary of GYNECARE TVT SECUR® System Critical Steps" | T-0943 | 7/24/2013 | Robinson |
| ETH.MESH.00523617-18 | Document entitled "Summary of GYNECARE TVT SECUR System Critical Steps, Standardized Teaching Approach Based on August Preceptor Meeting" | T-3289 | 10/2/2013 | Parisi |
| ETH.MESH.00523684 | Slide Deck GynecareTVT Obturator System | Plaintiff's-1361 | 8/13/2013 | Amin |
| ETH.MESH.00524435-36 | E-mail Thread, 6/1/05 Subject, fyi | Plaintiff's-1354 | 8/13/2013 | Amin |
| ETH.MESH.00525173-75 | E-mail string, 5/4/07-5/14/07, with attachment | T-3039 | 7/30/2013 | Luscombe |
| ETH.MESH.00525441 | Presentation entitled "Ethicon Women's Health & Urology Southern Region Meeting 2006" | Plaintiff's-536 | 3/15/2012 | Hoffman |
| ETH.MESH.00525441-66 | Ethicon Women's Health & Urology Souther Region Meeting 2006 | Plaintiff's-1343 | 8/12/2013 | Amin |
| ETH.MESH.00525573 | 8/16/05 e-mail from Allison London Brown to Kevin Mahar, et al. | T-0963 | 7/25/2013 | Robinson |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.0052567 | E-mail Thread, 7/14/05 Subject, Obturator Artery Bob Rogers' Reply | Plaintiff's-1360 | 8/13/2013 | Amin |
| ETH.MESH.00526028-31 | E-mail Thread, 10/3/05 Subject, TVTS Product And Procedure Key F&B | Plaintiff's-1351 | 8/13/2013 | Amin |
| ETH.MESH.00526028-6029 | E-mail | T-1361 | 1/17/2014 | London Brown |
| ETH.MESH.00526473 | 5/6/05 e-mail from Allison London Brown to Nancy Leclair, et al. | T-0959 | 7/25/2013 | Robinson |
| ETH.MESH.00526473-74 | E-mail, 5/6/05, to Leclair and others from London Brown | T-3162 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.00526479-6482 | E-mail Chain | T-1353 | 1/17/2014 | London Brown |
| ETH.MESH.00526514-16 | E-mail, 11/21/05, to London Brown from Leclair, with attachment | Plaintiff's-363 | 2/29/2012 | Amin |
| ETH.MESH.00526614-15 | E-mail chain, 12/27/05-1/24/06 | Plaintiff's-361 | 2/29/2012 | Amin |
| ETH.MESH.00526939-41 | E-mail chain, 7/17/06, with attachment | Plaintiff's-383 | 2/29/2012 | Amin |
| ETH.MESH.0052744-46 | E-mail string, 8/21/06-8/24/06 | T-0183 | 5/13/2013 | Finley |
| ETH.MESH.00527044-ETH.MESH.00527046 | 3-page copy of E-mail dated 8/24/06 to Joseph Steele, et al., from Matt Henderson | T-1025 | 5/30/2013 | Henderson |
| ETH.MESH.00527219-21 | E-mail chain, 6/9/06-6-13/06, with attachment | Plaintiff's-373 | 2/29/2012 | Amin |
| ETH.MESH.00527243-68 | E-mail, 5/22/06, to Burns and others from Luft, with attachment | Plaintiff's-369 | 2/29/2012 | Amin |
| ETH.MESH.0052743-68 | E-mail Thread, 5/22/06 Subject, WHU01 - Script With Revisions | P-369 (previously marked) | 8/13/2013 | Amin |
| ETH.MESH.00527832 through ETH.MESH.00527836 | E-mail chain, top one dated 22 May 2007 | T-0873 | 7/20/2013 | Arnaud |
| ETH.MESH.00528184 and ETH.MESH.00528185 | Minutes TVT Secur resolution team, First meeting 1/22/07 | T-1067 | 6/6/2013 | Parisi |
| ETH.MESH.00528252-53 | E-mail Thread, 2/6/07 Subject, TVT Secur Registry - Texas | Plaintiff's-1364 | 8/13/2013 | Amin |
| ETH.MESH.00528357-59 | E-mail chain, 1/19/07-1/21/07 | Plaintiff's-375 | 2/29/2012 | Amin |
| ETH.MESH.00528570 through 73 | e-mail correspondence | K-4 | 12/10/2013 | Kaminski |
| ETH.MESH.00528570-73 | 7/8/05 E-mail from Prine to Kaminski; Subject: Re: Gynemesh and Cutting for Particular Procedure | T-3539 | 1/16/2014 | DeLaCroix |
| ETH.MESH.00528655-56 | E-mail, 4/14/06, to Amin from Bonet, with attachment | Plaintiff's-362 | 2/29/2012 | Amin |
| ETH.MESH.00528772 and ETH.MESH.00528773 | Memo dated August 17, 2007 | T-3101 | 8/8/2013 | Yale |
| ETH.MESH.00529505 | IIS Study Monthly Update: February 2010, Bates stamped ETH.MESH.00529505 | Plaintiff's-1529 | 6/10/2014 | Lucente |
| ETH.MESH.00529508 | IIS Study Monthly Update, 2/17/09, Bates stamped ETH.MESH.00529508 | Plaintiff's-1528 | 6/10/2014 | Lucente |
| ETH.MESH.00529512 | Letter, 8/12/10 from Beach to Lucente | T-1078 | 6/17/2013 | Beach |
| ETH.MESH.00529863 ETH.MESH.00529928 ETH.MESH.05922675 | Chart Table of all of The Women's Health & Urology Studies | T-1074 | 6/17/2013 | Beach |
| ETH.MESH.00529928 | list of investigator initiated studies | T-1261 | 9/11/2013 | Robinson |
| ETH.MESH.00533091 | Letter, 3/19/07 From Robinson to Rosenblatt | T-1088 | 6/17/2013 | Beach |
| ETH.MESH.00533093 - 00533094 | document entitled "IIS Study Monthly Update: May 2010" | T-1257 | 9/11/2013 | Robinson |
| ETH.MESH.00533103-4 | IIS Study Monthly Update | T-1094 | 6/17/2013 | Beach |
| ETH.MESH.00533158-61 | Title: TVT-Secur as an Office-Based Procedure A Prospective Cohort Study | T-1089 | 6/17/2013 | Beach |
| ETH.MESH.00533250 through ETH.MESH.00533256 | TVT-WORLD-Wide Observational Registry for Long-Term Data, TVT-WORLD, Protocol: 300-06-006, Protocol Amendment 2: 28 April 2009, Summary of Changes: 11-21, | T-0694 | 6/26/2013 | Hinoul |
| ETH.MESH.00533250-56 | Protocol: 300-06-006 Protocol Amendment 2 4/28/09 Summary of Changes: 11-21 | T-1092 | 6/17/2013 | Beach |
| ETH.MESH.00533250-6 | TVT-World-Wide Observational Registry for Long-Term Data | T-3524 | 1/15/2014 | Hinoul |
| ETH.MESH.00533283 through ETH.MESH.00533286 | Communication Plan to close TVT WORLD Registry | T-0692 | 6/26/2013 | Hinoul |
| ETH.MESH.00533283-6 | Communication Plan to close TVT World Registry | T-3523 | 1/15/2014 | Hinoul |
| ETH.MESH.00533283-86 | Communication Plan to Close TVT World Registry | T-1093 | 6/17/2013 | Beach |
| ETH.MESH.00534666 | TVT World List of Responsibilities | T-1085 | 6/17/2013 | Beach |
| ETH.MESH.0053625-28 | Contract Search Contract Compliance System | T-1076 | 6/17/2013 | Beach |
| ETH.MESH.00538085-06 | TVT-Secur Clinical/Regulatory Strategy Meeting Minutes, 4/29/05 | T-430 (previously marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.00538135 through ETH.MESH.00538148 and 00443003 | Gynecare TVT SECUR Cadaver Protocol & Completion Report, August 25, 2005 | T-3082 | 8/8/2013 | Yale |
| ETH.MESH.00538202 through ETH.MESH.00538242 | A Pilot Study of the GYNECARE TVT SECUR System (Tension-free Support for Incontinence) For The Treatment of Stress Urinary Incontinence, PROTOCOL 300-05-002 | T-0458 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00538202 thru ETH.MESH.00538242 | A Pilot Study of the Gynecare TVT Secur System for the Treatment of Stress Urinary Incontinence | T-0634 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.00539862 through ETH.MESH.00539898 | TVT-World-Wide Observational Registry for Long-Term Data, TVT-WORLD, Protocol 300-06-006 | T-0689 | 6/26/2013 | Hinoul |
| ETH.MESH.00539862-98 | TVT-World-Wide Observational Registry For Long-Term Data, TVT-World | T-3513 | 1/15/2014 | Hinoul |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00540209-10 | Prospective Clinical Assessment of the Transvaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - 5 year Results | T-1077 | 6/17/2013 | Beach |
| ETH.MESH.00540217 | E-mail dated 09 Jan 2006, and attachment | Plaintiff's-447 | 3/6/2012 | Bonet |
| ETH.MESH.00540951 through ETH.MESH.00540983 | WH&U TVT & POP MDR Guidance Most Commonly Reported Patient Events, November 30, 2009 | T-0047 | 4/4/2013 | Lamont |
| ETH.MESH.0054137-80 | Memo, 11/18/03, to File from Weisberg | T-0531 | 6/12/2013 | Kammerer |
| ETH.MESH.00548524 through 25 | e-mail correspondence | K-26 | 12/10/2013 | Kaminski |
| ETH.MESH.00548923 - 924 | 2/8/09, 2/9/09, and 2/10/09 Email Chain, Subject: Prosima Feedback Bates Nos. ETH.MESH.00548923 - 924 | Austin-13 | 8/13/2015 | Austin |
| ETH.MESH.00548923 and ETH.MESH.00548924 | E-mail chain, top one dated 10 Feb 2009, Bates stamped ETH.MESH.00548923 and ETH.MESH.00548924 | Schmid-10 | 7/31/2015 | Schmid |
| ETH.MESH.00548923-24 | E-mail Thread 2/10/09 Subject, Prosima Feedback ETH.MESH.00548923-24 | Henderson-20 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.00549777 through ETH.MESH.00549779 | E-mail chain, top one dated 21 Jan 2010 | Plaintiff's-922 | 9/21/2012 | Gorsky |
| ETH.MESH.0055164 - ETH.MESH.0055164 | Memo | Plaintiff's-615 | 3/29/2012 | Ciarrocca |
| ETH.MESH.0055258 - 93 | Design Verification Matrix for: GyneMesh PROLENE Soft Mesh, 9/28/01 | Plaintiff's-355 | 2/28/2012 | D'Aversa |
| ETH.MESH.00562421 | Summary of Quarterly Governance Meeting | Plaintiff's-1104 | 9/11/2012 | Pruden |
| ETH.MESH.00569425-26 | ABC 2 News interview, 6/10/03 | T-3034 | 7/30/2013 | Luscombe |
| ETH.MESH.00569440-41 | HealthNewsDigest.com article entitled "Summer Can be Stressful for Women with SUI," 6/30/03 | T-3033 | 7/30/2013 | Luscombe |
| ETH.MESH.00570955 - ETH.MESH.00570956 | Intermediate Report - Prolapse Mesh Explants 6/2009 | Plaintiff's-716 | 4/27/2012 | Gauld |
| ETH.MESH.00572598 | PowerPoint, "TVT Secur: European Feedback," 11 pages | T-0891 | 7/22/2013 | Maree |
| ETH.MESH.00576529 - 00576540 | Journal of Urology article by Piet Hinoul, et al. "A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling with an Established Transobturator Sling to Treat Female Stress Urinary Incontinence" | T-0949 | 7/24/2013 | Robinson |
| ETH.MESH.00576529 through ETH.MESH.00576540 | Article entitled "A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence" by Piet Hinoul, et al. | T-0714 | 6/27/2013 | Hinoul |
| ETH.MESH.00576818-25 | E-mail Thread, 2/22/11 | Plaintiff's-1107 | 9/11/2012 | Pruden |
| ETH.MESH.00577756 - ETH.MESH.00577757 | E-mail chain, top one dated 19 Feb 2010 | Plaintiff's-498 | 3/13/2012 | Robinson |
| ETH.MESH.00578261 - ETH.MESH.00578263 | Email re: rejection of Manuscript | Plaintiff's-499 | 3/13/2012 | Robinson |
| ETH.MESH.00578325 - ETH.MESH.00578328 | Email re: submission of the previously rejected manuscript to the Journal of Gynecology Surgery, as per the suggestion of Hinoul | Plaintiff's-500 | 3/13/2012 | Robinson |
| ETH.MESH.00579512 through ETH.MESH.00579514 | E-mail chain, top one dated 14 Nov 2010 | T-0704 | 6/26/2013 | Hinoul |
| ETH.MESH.00579556 | Mesh Platform Review November | Plaintiff's-1106 | 9/11/2012 | Pruden |
| ETH.MESH.00795664 through ETH.MESH.00795669 | Article entitled "An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence," by U. Ulmsten, et al. | T-0407 | 6/4/2013 | Smith, Dan |
| ETH.MESH.00580914 and ETH.MESH.00580915 | E-mail chain, top one dated 28 Apr 2010 | T-0705 | 6/26/2013 | Hinoul |
| ETH.MESH.00581000 through ETH.MESH.00581003 | E-mail chain, top one dated 10 May 2010 | T-0702 | 6/26/2013 | Hinoul |
| ETH.MESH.00581590 through 612 | | K-47 | 12/10/2013 | Kaminski |
| ETH.MESH.00582442 - ETH.MESH.00582443 | Next Generation Mesh Discussion | Plaintiff's-485 | 3/8/2012 | Walji |
| ETH.MESH.00584175 through ETH.MESH.00584178 | 1/06 E-Mail Chain Among Kammerer, Arnaud, Rha, et al | T-3583 | 2/3/2014 | Smith, Dan |
| ETH.MESH.00584179 | Picture of TVT Mesh | T-3581 | 2/3/2014 | Smith, Dan |
| ETH.MESH.00584291 through 584292 | E-mail string dated 2/15/06 | T-2120 | 8/15/2013 | Barbolt |
| ETH.MESH.00584488 through 584494 | E-mail string, top one dated 6/6/06 | T-2125 | 8/15/2013 | Barbolt |
| ETH.MESH.00584527 | PowerPoint, "Second half photo presentation" | T-1282 | 9/11/2013 | Robinson |
| ETH.MESH.00584561 | E-mail, 10/21/10, to Vailhe from Kammerer | T-1105 | 6/20/2013 | Vailhe, C |
| ETH.MESH.00584846-47 | E-mail string, 5/10/04 | T-1100 | 6/20/2013 | Vailhe, C |
| ETH.MESH.00585229 | Email re: use of Ultrapro for pelvic floor repair | Plaintiff's-483 | 3/8/2012 | Walji |
| ETH.MESH.00585235 - ETH.MESH.00585321 | Draft Final Report, PSE Accession No. 03-0508 | Plaintiff's-545 | 3/21/2012 | Hutchinson |
| ETH.MESH.0058572 1 to 5723 | E-Mail Chain ending 23 March 2010 | Plaintiff's-1308 | 12/15/2012 | Holste |
| ETH.MESH.00585802 | E-mail dated 09 May 2006 | T-0371 | 5/31/2013 | Weisberg |
| ETH.MESH.00585842 and ETH.MESH.00585843 | E-mail chain, top one dated 12 Jun 2006 | T-0372 | 5/31/2013 | Weisberg |
| ETH.MESH.00585906 through ETH.MESH.00585909 | E-mail chain, top one dated 20 Jan 2006 | T-0293 | 5/23/2013 | Burkley |
| ETH.MESH.00585937 through 00585939 | E-mail string, top one dated 2/13/06 | Plaintiff's-1157 | 10/10/2012 | Barbolt |
| ETH.MESH.00588998 | PowerPoint, "Complications in Pelvic Floor Dysfunction and Surgery: evaluation and management. Vaginal mucosal complications: dyspareunia, strictures and bands" | Plaintiff's-702 | 4/18/2012 | Kirkemo |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00589825 - ETH.MESH.00589826, ETH.MESH.00589828 | 2-page copy of E-mail dated 4/29/11 to Lissette Caro-Rosado, et al., from Laura Vellucci, plus attachment | Plaintiff's-2003 | 2/29/2012 | Shen |
| ETH.MESH.00591127 and ETH.MESH.00591128 | E-mail chain, top one dated 08 Apr 2009 | T-0713 | 6/27/2013 | Hinoul |
| ETH.MESH.00591127-28 ETH.MESH.00591127-ETH.MESH.00591128 | E-mail string from Hinoul to Kirkemo re:egistry for all 4/8/09 E-Mail Chain | Plaintiff's-652 T-3454 | 4/5/2012 1/6/2014 | Hinoul Kirkemo |
| ETH.MESH.00591822 ETH.MESH.00592915-ETH.MESH.00592916 | Email from Robinson to Iglesia, et al re: manuscript 9/11/09 E-Mail Chain | Plaintiff's-880 T-3467 | 9/18/2012 1/7/2014 | Hinoul Kirkemo |
| ETH.MESH.00593029 - ETH.MESH.00593033 | 5-page copy of E-mail dated 9/24/09 to Aaron Kirkemo from Nazira Bhayani-Dada | Plaintiff's-2004 | 2/29/2012 | Shen |
| ETH.MESH.00593165 - ETH.MESH.00593189 | Performance Evaluation Technical Report, Assessment of Competitor Pelvic Floor Repair Meshes, Version 1 | Plaintiff's-1015 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00593165 through ETH.MESH.00593189 | Performance Evaluation Technical Report, Assessment of Competitor Pelvic Floor Repair Meshes, Version 1, Study Number CPC-2006-0552 | Plaintiff's-953 | 10/2/2012 | Burkley |
| ETH.MESH.00594747 - ETH.MESH.00594748 | E-mail from Ed Jacobs | Plaintiff's-648 | 4/4/2012 | Lamont |
| ETH.MESH.00594767-68 | Email re: offline discussion | Plaintiff's-695 | 4/18/2012 | Kirkemo |
| ETH.MESH.00595406-ETH.MESH.00595407 | 1/4/10 E-Mail from Kirkemo to Gauld, et al, | T-3472 | 1/7/2014 | Kirkemo |
| ETH.MESH.00596225 - ETH.MESH.00596264 | A Systematic Review of the Gynecare Prolift® Pelvic Floor Repair System in Pelvic Organ Prolapse; Sikirica et al. | Plaintiff's-497 | 3/13/2012 | Robinson |
| ETH.MESH.00597472-ETH.MESH.00597477 | 1/4/11 E-Mail from Tincello to Urquhart, et al | T-3476 | 1/7/2014 | Kirkemo |
| ETH.MESH.00598420 through ETH.MESH.00598424 | E-mail chain, top one dated 08 Sep 2010 | Plaintiff's-881 | 9/18/2012 | Hinoul |
| ETH.MESH.00600841-45 | E-mail Thread, 2/23/11 | Plaintiff's-1108 | 9/11/2012 | Pruden |
| ETH.MESH.00601390 and ETH.MESH.00601391 | Article entitled "Evaluation of the Fixation of GYNECARE TVT ABBREVO Continence System as compared to GYNECARE TVT Obturator System Tension-free Support for Incontinence in a Human Cadaveric Model" by Noah Papas, M.S., et al, Bates stamped ETH.MESH.00601390 and ETH.MESH.00601391 | | 12/23/2014 | Elbert |
| ETH.MESH.00602474 - ETH.MESH.00602477 | 1-page copy of E-mail dated 1/14/09 to David Robinson, et al., from Judi Gauld, plus attachments | Plaintiff's-2001 | 2/29/2012 | Shen |
| ETH.MESH.00608727 - ETH.MESH.00608728 | 2009 PDM Goals for Erika Lane Sales Training Planning Manager March 2009 | Plaintiff's-181 | 1/5/2012 | Lane |
| ETH.MESH.00608746 - ETH.MESH.00608748 | 2010 Goals & Objects Professional Education Operations | Plaintiff's-182 | 1/5/2012 | Lane |
| ETH.MESH.00609049 | Sales Representative Confidentiality Agreement | Plaintiff's-184 | 1/5/2012 | Lane |
| ETH.MESH.00609058 | Letter dated October, 2010, RE: Request to Sign a Business Associate Agreement | Plaintiff's-183 | 1/5/2012 | Lane |
| ETH.MESH.00609366 | Phase 1 Worksheet: The Broader J&J Healthcare Environment | Plaintiff's-187 | 1/5/2012 | Lane |
| ETH.MESH.00613645 - ETH.MESH.00613646 | Job Description, Manager, Sales Learning Administration | Plaintiff's-173 | 1/5/2012 | Lane |
| ETH.MESH.00619736 - ETH.MESH.00619737 | E-mail chain, top one dated 11 Nov 2009 | Plaintiff's-189 | 1/5/2012 | Lane |
| ETH.MESH.00621963-76 | 2009 U.S. Field Sales Execution Plan | Plaintiff's-386 | 2/29/2012 | Amin |
| ETH.MESH.00630610 - ETH.MESH.00630611 | E-mail chain, top one dated 01 Nov 2004 | Plaintiff's-446 | 3/6/2012 | Bonet |
| ETH.MESH.00631119 - ETH.MESH.00631122 | E-mail chain, top one dated 05 Jan 2005 | Plaintiff's-444 | 3/6/2012 | Bonet |
| ETH.MESH.00632022 through ETH.MESH.00632026 | E-mail chain, top one dated 16 Nov 2004 | T-0605 | 6/18/2013 | Mahar |
| ETH.MESH.00632022 thru ETH.MESH.00632026 | November 16, 2004 email to Kevin Mahar from Steve Bell | T-0667 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.00632027 through ETH.MESH.00632029 | E-mail chain, top one dated 18 Nov 2004 | T-0613 | 6/18/2013 | Mahar |
| ETH.MESH.00632511 | 3/25/10 Power Point "Gynecare TVT Abbrevo Launch Planning Stage Gate EWHU Board" | T-3465 | 1/7/2014 | Kirkemo |
| ETH.MESH.00633750 - ETH.MESH.00633789 | E-mail chain, Mahar to Mahar re: Gynecare Prolift: Global launch plan, budget, Gant chart; attaching Global Launch Plan 9/2/2004 | Plaintiff's-445 | 3/6/2012 | Bonet |
| ETH.MESH.00637636 and ETH.MESH.00637637 | E-mail dated 06 Apr 2004 | T-0585 | 6/17/2013 | Mahar |
| ETH.MESH.00637748 through 49 | e-mail correspondence | K-16 | 12/10/2013 | Kaminski |
| ETH.MESH.00637814-19 | E-mail string, 4/6/04-4/9/04 | T-3025 | 7/30/2013 | Luscombe |
| ETH.MESH.00639178 | E-mail dated 13 Jul 2004 | Plaintiff's-461 | 3/7/2012 | Walji |
| ETH.MESH.00639185 - ETH.MESH.00639186 | E-mail dated 14 Jul 2004 | Plaintiff's-464 | 3/7/2012 | Walji |
| ETH.MESH.00642325 - 00642331 | 10/29/07 e-mail string from Kevin Mahar to Ted Foltyn | T-0924 | 7/24/2013 | Robinson |
| ETH.MESH.00642325 through 00642331 | E-mail string, top one dated 10/29/07 | T-0809 | 7/16/2013 | Mahmoud |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00642325 through ETH.MESH.00642331 | E-mail chain, top one dated 29 Oct 2007 | T-0447 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00642393 - ETH.MESH.00642399 | E-mail chain, Mahar to Foltyn re:  efficacy and safety rates; includes email from Aran Maree to Teng Chuan Khoo, MD | Plaintiff's-258 | 2/8/2012 | Paine |
| ETH.MESH.00643046 through ETH.MESH.00643085 | PowerPoint, "Gynecare TVT Value Dossier US HE&R Vanja Sikirica, Pharm.D." | T-0587 | 6/17/2013 | Mahar |
| ETH.MESH.00647404-09 | E-mail Thread, 10/25/07 | Plaintiff's-1094 | 9/11/2012 | Pruden |
| ETH.MESH.00647410 through ETH.MESH.00647416 | E-mail chain, top one dated 25 Oct 2007 | T-1156 | 7/12/2013 | Beath |
| ETH.MESH.00647410 through ETH.MESH.00647416 | E-mail chain (unredacted), top one dated 25 Oct 2007 | T-1156A | 7/12/2013 | Beath |
| ETH.MESH.00647410-16 | E-mail Thread, 10/25/07 Subject, TVT-O v. TVT Secur Efficacy and Safety Rates | T-1095 | 6/17/2013 | Beach |
| ETH.MESH.00653365 | Pipeline Leadership Team Meeting Minutes | Plaintiff's-1169 | 10/12/2012 | McCoy |
| ETH.MESH.00656164 - ETH.MESH.00656170 | E-mail chain, top one dated 16 Feb 2005 | Plaintiff's-571 | 3/23/2012 | Mahar |
| ETH.MESH.00656164 and ETH.MESH.00656165 | E-mail chain, top one dated 16 Feb 2005 | T-0590 | 6/17/2013 | Mahar |
| ETH.MESH.00656406 - ETH.MESH.00656411 | Brochure, "GPS for Pelvic Floor Repair" | Plaintiff's-564 | 3/23/2012 | Mahar |
| ETH.MESH.00656752 - ETH.MESH.00656755 | E-mail dated 07 Jul 2005 | Plaintiff's-475 | 3/8/2012 | Walji |
| ETH.MESH.00656983-94 | TVM Technique for Prolapse Surgical Treatment: Retrospective Study of Patients | Plaintiff's-1484 | 4/1/2014 | Hunsicker |
| ETH.MESH.00656997-98 | Synopsis of Video and Aims of Study | Plaintiff's-1486 | 4/1/2014 | Hunsicker |
| ETH.MESH.00658058 - 00658065 | Gynecare TVT brochure | T-1273 | 9/11/2013 | Robinson |
| ETH.MESH.00658058 - ETH.MESH.00658065 | 8-page copy of document entitled "The Leader in Midurethral Sling Devices for the Treatment of SUI" | T-1348a | 12/20/2013 | Hart |
| ETH.MESH.00658058 through ETH.MESH.00658065 | Brochure, "Only GYNECARE TVT Has Long-term Results You Can See...and Believe" | T-0363 | 5/31/2013 | Weisberg |
| | Document entitled "Only GYNECARE TVT Has Long-term Results You Can See...and Believe" | T-0536 | 6/13/2013 | Paine |
| ETH.MESH.00658453 - 00658458 | marketing piece titled "The Gynecare TVT Family of Products, 3 SUI Solutions, Delivering Data, Safety & Choice" | T-0965 | 7/25/2013 | Robinson |
| ETH.MESH.00658739-47 | Brochure entitled "Freedom From Stress Urinary Incontinence" | T-0210 | 5/14/2013 | Finley |
| ETH.MESH.00658806 - ETH.MESH.00658810 | Documents | T-3380 | 11/6/2013 | Isenberg |
| ETH.MESH.00658806 through ETH.MESH.00658810 | Article entitled "Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence," by C.G. Nilsson, et al. | T-0885 | 7/20/2013 | Arnaud |
| ETH.MESH.00658806-10 | Document entitled "Tension-Free Vaginal Tape - A Minimally Invasive Surgical Procedure for Treatment of Female Urinary Incontinence," 2001 | T-3011 | 7/29/2013 | Luscombe |
| ETH.MESH.00658807 | article by Nilsson, et al. "Long Term-Results" etc. | T-1268 | 9/11/2013 | Robinson |
| ETH.MESH.00658807-10 | Article entitled "Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence," 2001 | T-3189 | 9/16/2013 | Angelini |
| ETH.MESH.00659678 - ETH.MESH.00659690 | 13-page copy of article dated 11/04 entitled "Journal De Gynecologie Obstetrique" | T-1206 | 7/29/2013 | Holste |
| ETH.MESH.00660543 - ETH.MESH.00660545 | E-mail chain, top one dated 30 Nov 2010, and attachment | Plaintiff's-579 | 3/23/2012 | Mahar |
| ETH.MESH.0066274 - ETH.MESH.0066277 | E-mail dated 02 May 2005, with attachments | Plaintiff's-224 | 1/24/2012 | Parisi |
| ETH.MESH.00677193 through ETH.MESH.00677195 | E-mail chain, top one dated 18 Oct 2004 | T-0603 | 6/18/2013 | Mahar |
| ETH.MESH.00679489 and ETH.MESH.00679490 | E-mail dated 14 May 2009 | T-0595 | 6/18/2013 | Mahar |
| ETH.MESH.00679574 - 00679592 | Spreadsheet, "Incontinence Preceptors" | T-0922 | 7/24/2013 | Robinson |
| ETH.MESH.00679769 | PowerPoint, "GYNECARE PROLIFT® Pelvic Floor Repair Systems, Competition Overview" | Plaintiff's-570 | 3/23/2012 | Mahar |
| ETH.MESH.00680788 - ETH.MESH.00680803 | E-mail chain, top one dated 26 Oct 2004 | Plaintiff's-448 | 3/6/2012 | Bonet |
| ETH.MESH.00681364 - ETH.MESH.00681366 | Email re: Pelvic Floor Monthly – August Report - Next Gen Materials Progress | Plaintiff's-468 | 3/7/2012 | Walji |
| ETH.MESH.00684366 - ETH.MESH.00684367 | E-mail chain | Plaintiff's-626 | 3/30/2012 | Ciarrocca |
| ETH.MESH.00684368 - ETH.MESH.00684373 | GYNECARE ProLift® Pelvic Floor Repair System Questions/Objections | Plaintiff's-627 | 3/30/2012 | Ciarrocca |
| ETH.MESH.00684409 - ETH.MESH.00684451 | Gynecare PROLIFT® Draft Global Launch Plan | Plaintiff's-307 | 2/17/2012 | Kaminski |
| ETH.MESH.00684523 | E-mail chain, top one dated 24 April 2006 | Plaintiff's-235 | 1/25/2012 | Jones |
| ETH.MESH.00684886-88 | E-mail chain, 10/13/05-10/17/05 | Plaintiff's-364 | 2/29/2012 | Amin |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.006861473 | PowerPoint, "GYNECARE TVT SECUR Competitive Product Update 2007," 77 pages | T-0429 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00687819 - 00687822 | 12/19/05 e-mail string from Kevin Mahar to Price St. Hilaire, et al.; | T-0969 | 7/25/2013 | Robinson |
| ETH.MESH.00687819-22 | E-mail string, 5/23/05-12/19/05 | T-3164 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.00692880 | 1/13/06 E-mail from Amin, Subject: Gynecare TVT Latest Complication Data | T-3565 | 1/16/2014 | DeLaCroix |
| ETH.MESH.00692880 - 0069282-3 | E-mail, 1/13/06, from Amin, with attachment | Plaintiff's-378 | 2/29/2012 | Amin |
| ETH.MESH.00692880 through ETH.MESH.00692881 | 1/13/06 E-Mail with Attachment from Amin, ETH.MESH.00692880 through ETH.MESH.00692881 | P-31 | 8/20/2014 | Peebles |
| ETH.MESH.00692880-81 | E-mail, 1/13/06, to Preceptors from Amin, with attachments | T-0077 | 4/17/2013 | Hojnoski |
| ETH.MESH.00692880-83 | E-mail Thread, 1/13/06 Subject, Gynecare TVT Latest Complication Data | P-378 (previously marked) | 8/13/2013 | Amin |
| ETH.MESH.00692881 | PowerPoint slides entitled "Ethicon, Inc., Complaint Reporting Statement" | T-3302 | 10/3/2013 | Parisi |
| ETH.MESH.00692884 - 00692885 | 1/16/06 e-mail string from Dharini Amin to David Robinson, et al. | T-1266 | 9/11/2013 | Robinson |
| ETH.MESH.00692884 and ETH.MESH.00692885 | E-mail chain, top one dated 16 Jan 2006 | T-0040 | 4/4/2013 | Lamont |
| ETH.MESH.00692884-85 | Email chain re: GYNECARE TVT Latest Complication Data | Plaintiff's-380 | 2/29/2012 | Amin |
| ETH.MESH.00700287-88 | E-mail, 3/6/09 | Plaintiff's-1093 | 9/11/2013 | Pruden |
| ETH.MESH.00703285 | "GYNECARE TVT® Family of Products," first page placeholder | Plaintiff's-367 | 2/29/2012 | Amin |
| ETH.MESH.00704053 and ETH.MESH.00704054 | Article "Complications from sling surgery under-reported" | T-0586 | 6/17/2013 | Mahar |
| ETH.MESH.00722313 - ETH.MESH.00722315 | E-mail chain, top one dated dated 20 Oct 2006, and attachment | Plaintiff's-568 | 3/23/2012 | Mahar |
| ETH.MESH.00722316 - ETH.MESH.00722318 | Brochure, "Technologically Advanced by Design - Driven by Innovation" | Plaintiff's-565 | 3/23/2012 | Mahar |
| ETH.MESH.00722339 through ETH.MESH.00722349 | E-mail chain, top one dated 06 Feb 2007 | T-0601 | 6/18/2013 | Mahar |
| ETH.MESH.00729815 - 00729821 | 2/5/07 e-mail from Dharini Amin to Scott Serels, et al., with attached document, "TVT Breakout Session-Moderator Script" | T-0944 | 7/24/2013 | Robinson |
| ETH.MESH.00738645 and ETH.MESH.00738646 | E-mail chain, top one dated 19 Feb 2007 | Plaintiff's-864 | 9/6/2012 | Gauld |
| ETH.MESH.00738645-46 | E-mail string, 2/19/07 | Plaintiff's-655 | 4/5/2012 | Hinoul |
| ETH.MESH.00738645-47 | E-mail Thread, 2/19/07 | Plaintiff's-1097 | 9/11/2012 | Pruden |
| ETH.MESH.00742156-64 | "TVT SECUR Blue Ocean Strategy, Shifting the Treatment Pathway Paradigm" | Plaintiff's-365 | 2/29/2012 | Amin |
| ETH.MESH.00744073 through ETH.MESH.00744081 | PowerPoint, "Building Your Business Through Patient Marketing January 2007" | T-0600 | 6/18/2013 | Mahar |
| ETH.MESH.00745893 and ETH.MESH.00745894 | TVT-S Objection Handler | T-0594 | 6/18/2013 | Mahar |
| ETH.MESH.00745949 | E-mail 07 Jul 2006 | T-0593 | 6/18/2013 | Mahar |
| ETH.MESH.00746146 through ETH.MESH.00746149 | Editorials, "New Technology In Gynecologic Surgery Is New Necessarily Better?" | T-0611 | 6/18/2013 | Mahar |
| ETH.MESH.00746594-96 | E-mail chain, 1/12/07 | Plaintiff's-371 | 2/29/2012 | Amin |
| ETH.MESH.00748213 through ETH.MESH.00748278 | TVT Classic IFU Revision Project Design Requirements Waiver Rationale Memo | T-0422 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00748310 through ETH.MESH.00748450 | Modified TVT Blue System (Tension 342 Free Vaginal Tape) and Accessory TVT0AA Abdominal Guides and Couplers 510(k) submission | T-0014 | 3/13/2013 | Lin |
| ETH.MESH.00749504 through ETH.MESH.00749517 | Final Report, PSE Accession Number 05-0395, PROJECT Number 67379, Electronic Design History File Number: EDHF0000120, August 23, 2005 | T-0452 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00749518 through ETH.MESH.00749541 | Final Report, PSE Accession Number 05-0396, PROJECT Number 67379, Electronic Design History File Number: EDHF0000120, August 23, 2005 | T-0453 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00750766 through ETH.MESH.00750769 | Interim Report, PSE Accession No. 05-0070: Amendment 15, March 9, 2006 | T-0308 | 5/23/2013 | Burkley |
| ETH.MESH.00751159 | EWHU Incontinence, EWHU Board Meeting, September 2, 2010 | T-3558 | 1/16/2014 | DeLaCroix |
| ETH.MESH.00751159 and 20 additional pages, Total: 21 pages | Placeholder Document Produced in Native Format | K-53 | 12/10/2013 | Kaminski |
| ETH.MESH.00752863 through ETH.MESH.00752893 | Gynecare TVT SECUR Process Qualification Completion Report Manufacture and subsequent operations of the Inserter Body, Protocol # 05/157; Version 1, November 21, 2005 | T-0459 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00752921 through ETH.MESH.00752925 | Risk Management Report TVT SECUR System, Document Name (#): RMR-0000021, Revision: A (Development) | T-0467 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00752928 through ETH.MESH.00752932 | Risk Management Report TVT SECUR System, Document Name (#): RMR-0000021, Revision: B (Development) | T-0468 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00752933 and ETH.MESH.00752934 | TVT SECUR Harms/Hazards Table, Version A | T-0469 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00753166 thru ETH.MESH.00753171 | Design Validation Study, Gynecare TVT-U System, Draft | T-0629 | 6/19/2013 | Owens, Charlotte |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00754560 through ETH.MESH.00754736 | Completion Report to Design Validation Protocol: Project Mini TVT-O (Gynecare TVT ABBREVO), Bates stamped ETH.MESH.00754560 through ETH.MESH.00754736 | | 12/23/2014 | Elbert |
| ETH.MESH.00756100 - 00756102 | document titled "ARROWHEAD Campaign, May 2003" | T-0956 | 7/25/2013 | Robinson |
| ETH.MESH.00756887-88 | E-mail chain | Plaintiff's-379 | 2/29/2012 | Amin |
| ETH.MESH.00756984 | 10/28/05 e-mail from David Robinson to Giselle Bonet | T-0985 | 7/25/2013 | Robinson |
| ETH.MESH.00757011 | E-mail chain, top one dated 02 Feb 2006 | Plaintiff's-975 | 10/3/2012 | Chen |
| ETH.MESH.00758412 | 9/11/09 "Mini TVT-O Stage Gate: Charter" Power Point, ETH.MESH.00758412 | P-39 | 8/20/2014 | Peebles |
| ETH.MESH.00764215-16 | E-mail, 6/11/03, to Luscombe and others from Russo-Jankewicz | T-3032 | 7/30/2013 | Luscombe |
| ETH.MESH.00764258 | E-mail string, 6/24/03, with attachment | T-3035 | 7/30/2013 | Luscombe |
| ETH.MESH.00764399 and ETH.MESH.00764400 | E-mail chain, top one dated 22 Oct 2008 | T-1146 | 7/11/2013 | Beath |
| ETH.MESH.00764399-400 | E-mail string, 10/21/08-10-22/08 | Plaintiff's-1048 | 3/26/2012 | Beath |
| ETH.MESH.00764600-15 | Document entitled "Stress Urinary Incontinence in Women" | T-0099 | 4/17/2013 | Hojnoski |
| ETH.MESH.00764639-54 | Brochure entitled "Stress Urinary Incontinence in Women, What YOU can do about it..." | T-0211 | 5/14/2013 | Finley |
| ETH.MESH.00764739-54 | Gynecare TVT brochure | T-0100 | 4/17/2013 | Hojnoski |
| ETH.MESH.00766347-49 | Memo to Russo from Goldstone | T-3030 | 7/30/2013 | Luscombe |
| ETH.MESH.00770197-200 | E-mail 1/12/07, to Amin and Osman from Billet, with attachment | Plaintiff's-372 | 2/29/2012 | Amin |
| ETH.MESH.00772228 and ETH.MESH.00772229 | E-mail chain, top one dated 17 Dec 2008 | T-2152 | 8/20/2013 | Smith, Dan |
| ETH.MESH.00772231 and ETH.MESH.00772232 | E-mail chain, top one dated 17 Dec 2008 | T-2151 | 8/20/2013 | Smith, Dan |
| ETH.MESH.00776368-ETH.MESH.00776391 | 24-page copy of document entitled "ACOG Briefing Deck" | T-1037 | 5/30/2013 | Henderson |
| ETH.MESH.00776576 | E-mail, 3/12/04, to Donnica from Maroney | T-3037 | 7/30/2013 | Luscombe |
| ETH.MESH.00776577 | Typewritten note from Gina Maroney | T-3038 | 7/30/2013 | Luscombe |
| ETH.MESH.00786480 - ETH.MESH.00786484 | Copy review document, with redactions | Plaintiff's-263 | 2/8/2012 | Paine |
| ETH.MESH.00786492 - ETH.MESH.00786494 | E-mail chain, top one dated January 15, 2008, with redactions | Plaintiff's-264 | 2/8/2012 | Paine |
| ETH.MESH.00794750 | E-mail dated 19 Apr 2010, Bates stamped ETH.MESH.00794750 | Schmid-15 | 7/31/2015 | Schmid |
| ETH.MESH.00803652 | Slide Deck EWH&U Professional Education Q1 2009 Lissette Caro Rosado | T-0742 | 7/10/2013 | Pattyson |
| ETH.MESH.00803680 | Slide Deck Are All Meshes Created Equal? | T-0747 | 7/10/2013 | Pattyson |
| ETH.MESH.0080387 to 000388 | 9/28/09 e-mail string | T-0741 | 7/10/2013 | Pattyson |
| ETH.MESH.00805441 & 00805442 | Summary of Gynecare TVT Secur System Critical Steps | T-0783 | 7/11/2013 | Pattyson |
| ETH.MESH.00805453 through 56 | "Equipment and Disposable Request Form" | K-19 | 12/10/2013 | Kaminski |
| ETH.MESH.00805453-56 | Document entitled "Equipment and Disposable Request Form" | T-0203 | 5/13/2013 | Finley |
| ETH.MESH.00810056 | 2/27/08 e-mail from Kyung Yu to various individuals | T-0743 | 7/10/2013 | Pattyson |
| ETH.MESH.00812942-43 | E-mail string, 8/22/06-8/23/06, with attachment | Plaintiff's-531 | 3/15/2012 | Hoffman |
| ETH.MESH.00814238 & 00814239 | e-mail string | T-0788 | 7/11/2013 | Pattyson |
| ETH.MESH.00815310 through 13 | e-mail correspondence | K-6 | 12/10/2013 | Kaminski |
| ETH.MESH.00815877 to 00815881 | e-mail string | T-0785 | 7/11/2013 | Pattyson |
| ETH.MESH.00815892 to 00815894 | e-mail string | T-0784 | 7/11/2013 | Pattyson |
| ETH.MESH.00815933 to 00815934 | e-mail string | T-0782 | 7/11/2013 | Pattyson |
| ETH.MESH.00816310-13 | E-mail string, 5/20/09-5/22/09 | T-0537 | 6/13/2013 | Paine |
| ETH.MESH.00819603 & 00819604 | e-mail string | T-0777 | 7/11/2013 | Pattyson |
| ETH.MESH.00819622 to 00819627 | e-mail string and attachment | T-0778 | 7/11/2013 | Pattyson |
| ETH.MESH.00821541 | PowerPoint, "Summary of Competitor Mesh Study, Data from report: CPC-2006-0552, E. Vailhe" | Plaintiff's-1006 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00821702 | PowerPoint entitled "Prospective TVM studies" | Plaintiff's-709 | 4/26/2012 | Gauld |
| ETH.MESH.00822180 | Article entitled "Short-Term Results of the Prolift Procedure in 350 Patients Used in the Treatment of Pelvic Organ Prolapse" | Plaintiff's-896 | 9/19/2012 | Hinoul |
| ETH.MESH.00823421 - 00823422 | document entitled "Gynecare TVT SECUR system - Australian Postmarket Surveillance Review Meeting October 31, 2007" | T-1256 | 9/11/2013 | Robinson |
| ETH.MESH.00823421 and ETH.MESH.00823422 | GYNECARE TVT SECUR system - Australian Postmarket Surveillance Review Meeting October 31st, 2007 | T-0901 | 7/22/2013 | Maree |
| ETH.MESH.00823549 | Application FMEA for TVT Secur, Doc #: FMEA-0000261, Rev. 2, 5 pages | T-0464 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00823660 | document, "Risk?benefit Analysis, Re: Page 4, line 3 of Clinical Expert Report; Gynecare TVT Secur System" | T-0979 | 7/25/2013 | Robinson |
| ETH.MESH.00824100 | PowerPoint, "EWH&U Clinical Development Update July 2010" | T-1289 | 9/11/2013 | Robinson |
| ETH.MESH.00826057 through ETH.MESH.00826067 | PowerPoint, "GYNECARE TVT SECUR Project Overview PLT Review Stage: Post-Launch Assessment/Close-Out" | T-0729 | 6/27/2013 | Hinoul |
| ETH.MESH.00827122 through ETH.MESH.00827126 | E-mail chain, top one dated 2 Nov 2007 | T-3103 | 8/8/2013 | Yale |
| ETH.MESH.00827168 and ETH.MESH.00827169 | E-mail chain, top one dated 05 Nov 2007 | T-1160 | 7/12/2013 | Beath |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00827953-55 | Email re: Prolift+M 1 year results | Plaintiff's-333 | 2/24/2012 | Meek |
| ETH.MESH.00832121 -<br>ETH.MESH.00832124 | E-mail chain | Plaintiff's-259 | 2/8/2012 | Paine |
| ETH.MESH.00832221-25 | E-mail chain, 11/2/07-11/3/07 | Plaintiff's-374 | 2/29/2012 | Amin |
| ETH.MESH.00832555 -<br>ETH.MESH.00832556 | 2-page copy of document entitled "Thunder Meeting Minutes 4.12.07" | T-1248 | 8/2/2013 | Batke |
| ETH.MESH.00832920  -<br>ETH.MESH.00832921 | E-mail chain, top one dated 13 Jul 2006 | Plaintiff's-502 | 3/14/2012 | Robinson |
| ETH.MESH.00832920 -<br>ETH.MESH.00832921 | E-mail chain, Robinson to Meek, et al. re Astralian Prolift registry | Plaintiff's-714 | 4/27/2012 | Gauld |
| ETH.MESH.00832920-21 | Email re: Australian Prolift Registry | Plaintiff's-325 | 2/24/2012 | Meek |
| ETH.MESH.00832937 - 00832939 | 2/26/07 e-mail string from David Robinson to Joseph Megan | T-0983 | 7/25/2013 | Robinson |
| ETH.MESH.00832937-39 | E-mail string, 2/5/07-2/26/07 | T-0555 | 6/14/2013 | Paine |
| ETH.MESH.00832991 | E-mail string, 9/6/06 | Plaintiff's-1063 | 3/27/2012 | Beath |
| ETH.MESH.00833936-38 | E-mail string, 6/22/07-6/24/07 | Plaintiff's-326 | 2/24/2012 | Meek |
| ETH.MESH.00835753 -<br>ETH.MESH.00835755 | E-mail chain, top one dated 30 Nov 2006 | Plaintiff's-1032 | 2/29/2012 | Volpe |
| ETH.MESH.00836052 -<br>ETH.MESH.00836056 | E-mail chain, top one dated 11 Jan 2008 | Plaintiff's-261 | 2/8/2012 | Paine |
| ETH.MESH.00838428 | 1-page copy of document entitled "Placeholder" | T-1203 | 7/29/2013 | Holste |
| ETH.MESH.00838673 | Confidential Statistical Analysis Plan, 1 Year, 3 Year and 5 Year Analyses,<br>Version: Final: 6 January 2006, Protocol Number: 2003-016 (USA) | Plaintiff's-836 | 9/5/2012 | Gauld |
| ETH.MESH.00839729 -<br>ETH.MESH.00839732 | Medical Device Risk Management/Company Procedure for Medical Device<br>Risk Management Plan: PR602-003 | Plaintiff's-503 | 3/14/2012 | Robinson |
| ETH.MESH.00839918 - 00839919 | 9/20/06 e-mail from David Robinson with attachment, PowerPoint, TVTS All<br>Complaints up to 20 September 2006" | T-0933 | 7/24/2013 | Robinson |
| ETH.MESH.00840056 | 1-page copy of document entitled "Placeholder Document produced in native<br>format" | T-1219 | 7/30/2013 | Holste |
| ETH.MESH.00841242-43 | Draft document entitled "Communication to Surgeons Regarding the Gynecare<br>TVT Secur System," January 2008 | T-0186 | 5/13/2013 | Finley |
| ETH.MESH.00841448 -<br>ETH.MESH.00841452 | E-mail chain, top one dated 26 Sep 2006 | Plaintiff's-431 | 3/6/2012 | Bonet |
| ETH.MESH.00841453 | Spreadsheet | Plaintiff's-432 | 3/6/2012 | Bonet |
| ETH.MESH.00841557 -<br>ETH.MESH.00841558 | Email re:  Arnaud meeting with Dr. D'Afiero | Plaintiff's-511 | 3/14/2012 | Robinson |
| ETH.MESH.00841668  -<br>ETH.MESH.00841669 | E-mail chain, top one dated 24 Nov 2006 | Plaintiff's-507 | 3/14/2012 | Robinson |
| ETH.MESH.00843834 | Slide Deck Future of Evidence Generation ETH.MESH.00843834 | Henderson-17 | 8/27/2015 | Henderson,<br>Matt |
| ETH.MESH.00844331 through 844335 | E-mail string, top one dated 8/31/07 | T-2126 | 8/15/2013 | Barbolt |
| ETH.MESH.00844341 through 844344 | E-mail string, top one dated 8/31/07 | T-2127 | 8/15/2013 | Barbolt |
| ETH.MESH.00844878 | Email to Gauld and others from Robinson | Plaintiff's-811 | 8/23/2012 | Robinson |
| ETH.MESH.00844879-80 | Documents | Plaintiff's-812 | 8/23/2012 | Robinson |
| ETH.MESH.00845185 and<br>ETH.MESH.00845186 | E-mail chain, top one dated 02 Nov 2007 | T-0906 | 7/22/2013 | Maree |
| ETH.MESH.00845196 through<br>ETH.MESH.00845200 | E-mail chain, top one dated 03 Nov 2007 | T-0907 | 7/22/2013 | Maree |
| ETH.MESH.00845422 through 00845424 | E-mail string, top one dated 11/13/07 | T-0811 | 7/16/2013 | Mahmoud |
| ETH.MESH.00845430 through 00845437 | E-mail string, top one dated 11/13/07 | T-0813 | 7/16/2013 | Mahmoud |
| ETH.MESH.00845535-<br>ETH.MESH.00845536 | 2-page copy of E-mail dated 11/24/07 to Ted Foltyn and Jonathan Meek from<br>David Robinson | T-2034 | 6/21/2013 | Selman |
| ETH.MESH.00845911 - 00845912 | 12/21/05 e-mail from David Robinson to Martin Weisberg and Michael<br>Connaughton | T-0977 | 7/25/2013 | Robinson |
| ETH.MESH.00845911 and<br>ETH.MESH.00845912 | E-mail chain, top one dated 21 Dec 2005 | T-3077 | 8/8/2013 | Yale |
| ETH.MESH.00846411-17 | E-mail string, 1/14/06-1/17/06 | T-3303 | 10/3/2013 | Parisi |
| ETH.MESH.00846990 - 00846991 | E-mail string, top one dated 4/25/2006 | Plaintiff's-1135 | 9/21/2012 | Shen |
| ETH.MESH.00846990-91 | Email string | Plaintiff's-809 | 8/23/2012 | Robinson |
| ETH.MESH.00847261 through<br>ETH.MESH.00847264 | E-mail chain, top one dated 07 Feb 2006 | Plaintiff's-1374 | 9/11/2013 | London<br>Brown |
| ETH.MESH.00847496 -<br>ETH.MESH.00847498 | E-mail chain, top one dated 28 Dec 2005 | Plaintiff's-792 | 5/24/2012 | Lamont |
| ETH.MESH.00847536 | E-mail, 2/6/06 Subject, TVT Complications | P-975<br>(previously<br>marked) | 8/13/2013 | Amin |
| ETH.MESH.00847816 | Email from Chip Butrick re: prolapse not causing pain | Plaintiff's-509 | 3/14/2012 | Robinson |
| ETH.MESH.00849014 through<br>ETH.MESH.00849017 | E-mail chain, top one dated 15 Nov 2006 | Plaintiff's-1378 | 9/11/2013 | London<br>Brown |
| ETH.MESH.00850664-67 | Email string | Plaintiff's-808 | 8/23/2012 | Robinson |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00851319 through ETH.MESH.00851321 | E-mail chain, top one dated 21 Jan 2010 | Plaintiff's-899 | 9/19/2012 | Hinoul |
| ETH.MESH.00851319-21 | E-mail string, 1/20/10-1/21/10, | Plaintiff's-322 | 2/24/2012 | Meek |
| ETH.MESH.00853802 through ETH.MESH.00853806 | Risk/Benefit Analysis, Document Name (#): FM-0000457, Revision: 1 | T-0457 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00856001-15 | "FDA Public Health Notification: AdvaMed revisions in blue" | Plaintiff's-1046 | 3/26/2012 | Beath |
| ETH.MESH.00856006 | E-mail, 11/25/08, from Secunda | Plaintiff's-1045 | 3/26/2012 | Beath |
| ETH.MESH.00856011 through ETH.MESH.00856013 | FDA Public Health Notification AdvaMed Revisions in Blue | T-1144 | 7/11/2013 | Beath |
| ETH.MESH.00856161-63 | Thunder Meeting Minutes 5/19/08 | Plaintiff's-1101 | 9/11/2012 | Pruden |
| ETH.MESH.00856490-92 | E-mail string, 10/28/10 | Plaintiff's-661 | 4/5/2012 | Hinoul |
| ETH.MESH.00857821 through ETH.MESH.00857922 | PowerPoint, "Sales Training Launch Meeting, January 22-23, 2004, Bridgewater, NJ" | T-0252 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00857891 through ETH.MESH.00857893 | PowerPoint, "Top Ten Reason to Pursue....GYNECARE TVT Obturator System, Brian Luscombe" | T-0250 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00858080 and ETH.MESH.00858081 | Typewritten Follow-ups | T-0323 | 5/30/2013 | Weisberg |
| ETH.MESH.00858080-ETH.MESH.00858081 | 2-page copy of document entitled "The 261 following are the high level f/u's from today's meeting" | T-1033 | 5/30/2013 | Henderson |
| ETH.MESH.00858092 and 93 | Gynecare R&D Monthly Update - June | T-0507 | 6/7/2013 | O'Bryan |
| ETH.MESH.00858092 and ETH.MESH.00858093 | Gynecare R&D Monthly Update - June | T-0247 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00858092-93 | Gynecare R&D Monthly Update - June | T-2230 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.00858094 and ETH.MESH.00858095 | Gynecare R&D Monthly Update - March, dated March 4, 2003 | T-0246 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00858096 and 97 | Gynecare R&D Monthly Update - May | T-0503 | 6/7/2013 | O'Bryan |
| ETH.MESH.00858096 and ETH.MESH.00858097 | Gynecare R&D Monthly Update - May | T-0260 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00858096-97 | Gynecare R&D Monthly Update - May | T-2239 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.00858175 through 177 | Mulberry Weekly Meeting Minutes for 6/3/03 | T-0508 | 6/7/2013 | O'Bryan |
| ETH.MESH.00858175 through ETH.MESH.00858177 | Mulberry Weekly Meeting MINUTES for 6/3/03 | T-0263 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00858175-177 | Mulberry Weekly Meeting Minutes for 6/3/03 | T-2222 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.00858252 and ETH.MESH.00858253 | Memo from Allison London Brown to Dan Smith | T-3440 | 12/5/2013 | Kammerer |
| ETH.MESH.00858252-8253 | Memo from London Brown | T-1356 | 1/17/2014 | London Brown |
| ETH.MESH.00858636 through ETH.MESH.00858641 | Draft Memo | T-0426 | 6/5/2013 | Smith, Dan |
| ETH.MESH.00858891 | Document | T-0251 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00859014 through ETH.MESH.00859681 | Gynecare TVT-Obturator DH1019 Book 6 of 7 | T-0227 | 5/15/2013 | Smith, Dan |
| ETH.MESH.00601042 through ETH.MESH.00860104 | E-mail chain, top one dated 01 Jun 2009 | T-0852 | 7/19/2013 | Arnaud |
| ETH.MESH.00860239 through 0086031 | Gynecare TVT* Obturator System label from May 23rd, 2008 to May 7th, 2010 | T-0804 | 7/15/2013 | Mahmoud |
| ETH.MESH.00860239 through ETH.MESH.00860245 | 4/23/08-5/7/10 TVT Obturator IFU, ETH.MESH.00860239 through ETH.MESH.00860245 | Plaintiff's-1653 | 11/12/2015 | Weisberg |
| ETH.MESH.00862727 and ETH.MESH.00862728 | E-mail dated 02 Jun 2003 | T-0231 | 5/15/2013 | Smith, Dan |
| ETH.MESH.00862729 through 732 | E-mail chain | T-0506 | 6/7/2013 | O'Bryan |
| ETH.MESH.00862867-68 | E-mail Thread, 9/8/03 Subject, Revision of Manuscript Submitted to European Urology | T-2216 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.00863133-39 | Novel Surgical Technique For the Treatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out (de Leval) | Plaintiff's-1417 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.00863391 through 863393 | E-mail string dated 2/27/04 | T-2115 | 8/15/2013 | Barbolt |
| ETH.MESH.00863391 through ETH.MESH.00863393 | E-mail chain, top one dated 27 Feb 2004 | T-0366 | 5/31/2013 | Weisberg |
| ETH.MESH.00863391-93 | E-mail Thread 2/27/04 Subject, Mesh | T-2255 | 1/8/2014 | Barbolt |
| ETH.MESH.00863405 through ETH.MESH.00863407 | E-mail chain, top one dated 09 Mar 2004 | T-2155 | 8/20/2013 | Smith, Dan |
| ETH.MESH.00863438-94 | Document entitled "Gynecare TVT 44. Obturator System, Tension-free Support for Incontinence" | T-0197 | 5/13/2013 | Finley |
| ETH.MESH.00863840 | E-mail chain | T-0504 | 6/7/2013 | O'Bryan |
| ETH.MESH.00863841 and 842 | Matrix | T-0505 | 6/7/2013 | O'Bryan |
| ETH.MESH.00864038-39 | E-mail string, 4/21/03-4/27/03 | T-3027 | 7/30/2013 | Luscombe |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00864045 through ETH.MESH.00864047 | 6/9/03 E-Mail Chain Among Ciarrocca, Roda, Parisi, et al, ETH.MESH.00864045 through ETH.MESH.00864047 | P-33 | 8/20/2014 | Peebles |
| ETH.MESH.00864101 and ETH.MESH.00864102 | E-mail chain, top one dated 24 Jul 2003 | T-0256 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00864122 through 23 | e-mail correspondence | K-45 | 12/10/2013 | Kaminski |
| ETH.MESH.00864131 through 33 | e-mail correspondence | K-46 | 12/10/2013 | Kaminski |
| ETH.MESH.00864131 through ETH.MESH.00864133 | E-mail chain, top one dated 15 Aug 2003 | T-0258 | 5/16/2013 | Smith, Dan |
| ETH.MESH.00864131-33 | 8/15/03 E-mail from Luscombe to Hossain, Subject: RE: Aug 11 Program | T-3564 | 1/16/2014 | DeLaCroix |
| ETH.MESH.00864138-39 | E-mail string, 7/29/03-7/30/03 | T-0191 | 5/13/2013 | Finley |
| ETH.MESH.00864407 and ETH.MESH.00864408 | E-mail chain, top one dated 05 May 2004 | T-0238 | 5/15/2013 | Smith, Dan |
| ETH.MESH.00864490 through ETH.MESH.00864492 | E-mail chain, top one dated 08 Sep 2004 | T-0240 | 5/15/2013 | Smith, Dan |
| ETH.MESH.00864493 through ETH.MESH.00864496 | E-mail chain, top one dated 14 Sep 2004 | T-0235 | 5/15/2013 | Smith, Dan |
| ETH.MESH.00864497 through 500 | e-mail correspondence | K-5 | 12/10/2013 | Kaminski |
| ETH.MESH.00864503 through 7 | e-mail correspondence | K-2 | 12/10/2013 | Kaminski |
| ETH.MESH.00864503 through ETH.MESH.00864507 | E-mail chain, top one dated 16 Sep 2004 | T-1063 | 6/6/2013 | Parisi |
| ETH.MESH.00864503-07 | 9/16/04 E-mail from Campbell to Smith; Subject: Re; Ongoing TVT-O Action Items | T-3540 | 1/16/2014 | DeLaCroix |
| ETH.MESH.00864901 - ETH.MESH.00864930 | Monthly Report WW Clinical Research Activities Gynecare August 2003 | Plaintiff's-298 | 2/17/2012 | Kaminski |
| ETH.MESH.00865069 through ETH.MESH.00865072 | E-mail dated 16 Apr 2003 | T-0326 | 5/30/2013 | Weisberg |
| ETH.MESH.00865127 and 128 | E-mail chain | T-0513 | 6/7/2013 | O'Bryan |
| ETH.MESH.00865184 through 186 | E-mail chain | T-0524 | 6/7/2013 | O'Bryan |
| ETH.MESH.00865216 and ETH.MESH.00865217 | E-mail chain, top one dated 08 Apr 2003 | T-0321 | 5/30/2013 | Weisberg |
| ETH.MESH.00865220 and ETH.MESH.00865221 | E-mail chain, top one dated 08 Apr 2003 | T-0322 | 5/30/2013 | Weisberg |
| ETH.MESH.00865322 and ETH.MESH.00865323 | E-mail chain, top one dated 02 Mar 2004 | T-2154 | 8/20/2013 | Smith, Dan |
| ETH.MESH.00865322-23 | E-mail Thread 3/2/04 Subject, Reminder on Blue Mesh! | T-2259 | 1/8/2014 | Barbolt |
| ETH.MESH.00865384 through 92 and an additional 21 pages, Total: 30 pages | e-mail correspondence | K-41 | 12/10/2013 | Kaminski |
| ETH.MESH.00865483-87 | E-mail Thread 6/16/03 Subject, Discussion, 11th June 2003 | T-2221 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.00865625 through 627 | 11/26/03 e-mail | T-0487 | 6/6/2013 | O'Bryan |
| ETH.MESH.00865625 through ETH.MESH.00865627 | E-mail dated 26 Nov 2003 | T-1154 | 7/11/2013 | Beath |
| ETH.MESH.00866317 and 318 | E-mail chain | T-0488 | 6/6/2013 | O'Bryan |
| ETH.MESH.00866317 and ETH.MESH.00866318 | March 1, 2004 email to Katrin Elbert from Janice Burns - email chain | T-0644 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.00867542 | Letter from Schulman & Francois, European Urology To Jean 6/9/03 | Plaintiff's-1415 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.00869976 - ETH.MESH.00870098 | Email with attachment Peter Meier Mesh Erosions report | Plaintiff's-1024 | 2/28/2012 | Volpe |
| ETH.MESH.00869983 | Literature Review-Mesh Erosions, Classification of meshes based on porosity and filament type (pg 7 of 122 page document) | Plaintiff's-3010 | 9/13/2012 | Owens |
| ETH.MESH.00870466 through 00870476 | Ethicon Expert Meeting, Meshes for Pelvic Floor Repair, Friday, June 2, 2006 | Plaintiff's-1160 | 10/10/2012 | Barbolt |
| ETH.MESH.00870466 through ETH.MESH.00870476 | Minutes, Ethicon Expert Meeting, Meshes for Pelvic Floor Repair, Friday, June 2, 2006 | Plaintiff's-964 | 10/2/2012 | Burkley |
| ETH.MESH.00870466-76 | Ethicon Expert Meeting, Meshes for Pelvic Floor Repair | Plaintiff's-670 | 4/6/2012 | Hinoul |
| ETH.MESH.00872521 | E-mail dated 22 Dec 2008 | Plaintiff's-514 | 3/14/2012 | Robinson |
| ETH.MESH.00873667 | PowerPoint, "GYNECARE TVT Tension-free Support for Incontinence, Zenobia Walji, Director of Marketing" | Plaintiff's-474 | 3/7/2012 | Walji |
| ETH.MESH.00874032-35 | E-mail string, 1/12/06-2/8/06 | T-2108 | 8/14/2013 | Barbolt |
| ETH.MESH.00874288 | E-mail dated 04 Oct 2006 | T-3062 | 8/7/2013 | Yale |
| ETH.MESH.00874289 | E-mail chain, Shen to Yale, Gauld re: TVT registry | Plaintiff's-715 | 4/27/2012 | Gauld |
| ETH.MESH.00874445 | TVT Secur Quality Board slide deck | T-0812 | 7/16/2013 | Mahmoud |
| ETH.MESH.00874445-ETH.MESH.00874476 | 32-page copy of document entitled "TVT-SECUR Quality Board" | T-2048 | 6/21/2013 | Selman |
| ETH.MESH.0087445 through ETH.MESH.0087476 | PowerPoint, "TVT-SECUR, Quality Board" | T-3132 | 8/9/2013 | Weisberg |
| ETH.MESH.00874519-ETH.MESH.00874520 | 2-page copy of E-mail dated 11/26/07 to Mark Yale from Dan Smith | T-2035 | 6/21/2013 | Selman |
| ETH.MESH.00874526 through 00874528 | E-mail string dated 11/26/07 | T-0815 | 7/16/2013 | Mahmoud |
| ETH.MESH.00874532 through 00874533 | E-mail string dated 11/26/07 | T-0814 | 7/16/2013 | Mahmoud |
| ETH.MESH.00874613 through ETH.MESH.00874615 | E-mail chain, top one dated 18 Dec 2007 | T-3072 | 8/7/2013 | Yale |

| ETH.MESH.00874630 and ETH.MESH.00874631 | E-mail chain, top one dated 09 Jan 208 | T-0914 | 7/23/2013 | Maree |
|---|---|---|---|---|
| ETH.MESH.00875132-33 | E-mail string, 4/6/06-4/10/06 | Plaintiffs-688 | 4/17/2012 | Yale |
| ETH.MESH.00875541 | Email chain from Ethicon Interactive Communications to All re: Important Document Preservation Notice; J&J Law Department | Plaintiffs-751 | 5/18/2012 | O'Bryan |
| ETH.MESH.00875541 - ETH.MESH.00875543 | 3-page copy of E-mail dated 7/26/02 to All Ethicon from Ethicon Interactive Communications | T-1009 | 5/14/2013 | Mittenthal |
| ETH.MESH.00875541-43 | E-mail, 7/26/02, to DL-ETHUSSO All Ethicon from Ethicon Interactive 17 Communications | T-0054 | 4/16/2013 | Hojnoski |
| ETH.MESH.00875544 | Email chain from Ethicon Interactive Communications to All re:  Must Read! Gynecare Document Hold Notice; J&J Law Department | Plaintiffs-752 | 5/18/2012 | O'Bryan |
| ETH.MESH.00875544 - ETH.MESH.00875546 | 3-page copy of document dated 5/22/03 entitled "J&J Law Department Document Preservation Notice, Do Not Destroy Specified Documents," ETH.MESH.00875544 - ETH.MESH.00875546 | Divilio-34 | 11/21/2014 | Divilio |
| ETH.MESH.00875544 through 546 | 5/22/03 e-mail chain | T-3140 | 8/20/2013 | Jones, Greg |
| ETH.MESH.00875544-46 | E-mail, 5/22/03, to DL-ETHUSSO All Ethicon and others from Ethicon Interactive Communications | T-2088 | 8/13/2013 | Mittenthal |
| ETH.MESH.00875544-5546 | Document Preservation Notice | T-1346 | 1/17/2014 | London Brown |
| ETH.MESH.00875544- ETH.MESH.00875546 | 3-page copy of document dated 5/22/03 entitled "Preservation Notice" | T-2000 | 6/20/2013 | Selman |
| ETH.MESH.00875647 | E-mail dated 16 Nov 2005, 5 pages | T-0374 | 5/31/2013 | Weisberg |
| ETH.MESH.00875647-49 | E-mail, 11/16/05, to Borkes and others from Brennan, with attachments | T-0075 | 4/17/2013 | Hojnoski |
| ETH.MESH.00875741 | E-mail, 10/22/03, to Beath and others from Meyer, with attachment | Plaintiffs-682 | 4/17/2012 | Yale |
| ETH.MESH.00875775 | E-mail string, 2/24/05 | Plaintiffs-684 | 4/17/2012 | Yale |
| ETH.MESH.00875776 | E-mail chain, top one dated 18 May 2006 | T-3067 | 8/7/2013 | Yale |
| ETH.MESH.00875791 | E-mail, 3/1/05, to Project D'Art eDHF from Everett, with attachment | Plaintiffs-685 | 4/17/2012 | Yale |
| ETH.MESH.00888330 - ETH.MESH.00888332 | WWW Customer Complaints - received from Cary Brennan (WWCQ); re-categorized Vincenza Zaddem (R&D) | Plaintiffs-1074 | 5/16/2012 | Yale |
| ETH.MESH.00895868 - ETH.MESH.00895869 | E-mail chain, top one dated 23 Sep 2007 | Plaintiffs-1017 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00895887 | E-mail chain | Plaintiffs-737 | 5/15/2012 | Everett |
| ETH.MESH.00896751-67 | Use Related Hazard Worksheet | Plaintiffs-490 | 3/9/2012 | Rha |
| ETH.MESH.00897977 | E-mail dated 08 Mar 2004 | Plaintiffs-1009 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00900456 - ETH.MESH.00900458 | E-mail chain, top one dated 24 Feb 2004 | Plaintiffs-1004 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00900574 - ETH.MESH.00900575 | E-mail chain, top one dated 05 Feb 2004 | Plaintiffs-455 | 3/7/2012 | Walji |
| ETH.MESH.00904309 - ETH.MESH.00904310 | E-mail chain, top one dated 06 Aug 2007 | Plaintiffs-135 | 12/19/2011 | Lisa |
| ETH.MESH.00904784 | E-mail chain, top one dated 07 Sep 2007 | Plaintiffs-1010 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00905048 - ETH.MESH.00905049 | E-mail chain, top one dated 23 Feb 2007 | Plaintiffs-418 | 3/5/2012 | Bonet |
| ETH.MESH.00906676 - ETH.MESH.00906681 | E-mail chain, top one dated 11 Feb 2008 | Plaintiffs-1013 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00907008 - ETH.MESH.00907010 | E-mail chain, top one dated 14 Mar 2008 | Plaintiffs-1012 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00907493 - ETH.MESH.00907494 | E-mail chain, top one dated 08 May 2008 | Plaintiffs-284 | 2/9/2012 | Paine |
| ETH.MESH.00914574 - ETH.MESH.00914577 | E-mail dated 09 Mar 2004 | Plaintiffs-454 | 3/7/2012 | Walji |
| ETH.MESH.00915104 - ETH.MESH.00915105 | E-mail chain, top one dated 30 Jul 2004 | Plaintiffs-1014 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.00922443 | E-mail chain, to St. Hilaire et al. re:  Bidirectional elasticity statement | Plaintiffs-314 | 2/23/2012 | Meek |
| ETH.MESH.00922443 - ETH.MESH.00922446 | E-mail chain | Plaintiffs-611 | 3/28/2012 | Zaddem |
| ETH.MESH.00925346 | E-mail chain, top one dated 22 Feb 2007 | Plaintiffs-581 | 3/27/2012 | Zaddem |
| ETH.MESH.00928677 - ETH.MESH.00928714 | PowerPoint, "Project MINT Charter Review, A Fresh Approach to Pelvic Floor Repair" | Plaintiffs-1031 | 2/29/2012 | Volpe |
| ETH.MESH.00944158 - ETH.MESH.00944163 | Certificates | Plaintiffs-204 | 1/5/2012 | Lane |
| ETH.MESH.00944166 - ETH.MESH.00944183 | Secrecy Agreements | Plaintiffs-205 | 1/5/2012 | Lane |
| ETH.MESH.00944206 - ETH.MESH.00944212 | Letter dated January 5, 2006 | Plaintiffs-200 | 1/5/2012 | Lane |
| ETH.MESH.00946311 - ETH.MESH.00946315 | Policy on Conduct in the Operating and Procedure Room | Plaintiffs-202 | 1/5/2012 | Lane |
| ETH.MESH.00946316 - ETH.MESH.00946317 | Conduct of Representatives in Operating  -  Procedure Rooms, Statement of Principle | Plaintiffs-201 | 1/5/2012 | Lane |
| ETH.MESH.00946571 - ETH.MESH.00946579 | Invite to J&J eUniversity: L&D Community of Practice (CoP) Monthly Call | Plaintiffs-175 | 1/5/2012 | Lane |
| ETH.MESH.00948619 - ETH.MESH.00948620 | Health Care Compliance Ethicon, Inc. DM/Sales Rep Do's and Don'ts | Plaintiffs-174 | 1/5/2012 | Lane |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.00948621 - ETH.MESH.00948634 | Health Care Compliance Ethicon, Inc. Frequently Asked Questions | Plaintiff's-176 | 1/5/2012 | Lane |
| ETH.MESH.00948657 - ETH.MESH.00948660 | Module: "Be Exact" Challenge | Plaintiff's-178 | 1/5/2012 | Lane |
| ETH.MESH.00948661 - ETH.MESH.00948672 | Anatomy Assessment Script | Plaintiff's-177 | 1/5/2012 | Lane |
| ETH.MESH.00948673 - ETH.MESH.00948683 | Prolapse Assessment Script | Plaintiff's-179 | 1/5/2012 | Lane |
| ETH.MESH.00948684 | E-mail dated 27 Oct 2011 | Plaintiff's-180 | 1/5/2012 | Lane |
| ETH.MESH.00983775 - ETH.MESH.00983792 | Standard Operating Procedure, Process for the Review and Approval of Promotional and Advertising Material for Medical Devices and Combination Products, Copy Review, Revision History for OP608-012, Revision 4 | T-0175 | 5/3/2013 | Lin |
| ETH.MESH.00992496-97 | Gynecare is Turning the Obturator Approach "Inside-out" | T-2235 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.00993760-69 | E-mail Thread, 10/3/05 Subject, Journal of Urology - Incontinence | Plaintiff's-1355 | 8/13/2013 | Amin |
| ETH.MESH.00994463-64 | E-mail Thread, 12/14/05 Subject, Obturator Sling Injuries | Plaintiff's-1356 | 8/13/2013 | Amin |
| ETH.MESH.00994915-16 | E-mail Thread, 11/30/07 Subject, TVT-O Sexual Dysfunction | Plaintiff's-1357 | 8/13/2013 | Amin |
| ETH.MESH.00994917- | E-mail | T-1360 | 1/17/2014 | London Brown |
| ETH.MESH.00994917-18 | E-mail Thread, 4/13/05 Subject, Sheath Sales Tool | Plaintiff's-1350 | 8/13/2013 | Amin |
| ETH.MESH.00995283-85 | E-mail Thread, 1/18/06 Subject, Revised PPT Presentation | Plaintiff's-1327 | 8/12/2013 | Amin |
| ETH.MESH.00995286-5353 | Female Urinary Incontinence Slide Deck | Plaintiff's-1328 | 8/12/2013 | Amin |
| ETH.MESH.00995508-12 | Slide Deck Rigorous Data Reproducible Results | Plaintiff's-1352 | 8/13/2013 | Amin |
| ETH.MESH.00995689-90 | E-mail Thread, 1/4/06 Subject, Bonnie Blair Approval Of PCP Kit and Invite | Plaintiff's-1323 | 8/12/2013 | Amin |
| ETH.MESH.00995691-92 | Copy of Invitation | Plaintiff's-1325 | 8/12/2013 | Amin |
| ETH.MESH.00995693 | Dear Dr., Welcome to the Bonnie Blair Break the Ice About SUI | Plaintiff's-1324 | 8/12/2013 | Amin |
| ETH.MESH.00995694-95 | Stress Urinary Incontinence: More Widespread than Commonly Though, More Treatable Than Many Patients Realize | Plaintiff's-1326 | 8/12/2013 | Amin |
| ETH.MESH.00995830-31 | E-mail Thread, 5/3/05 | Plaintiff's-1339 | 8/12/2013 | Amin |
| ETH.MESH.00995832 | Ethicon, Inc. Complaint Reporting Statement | Plaintiff's-1342 | 8/12/2013 | Amin |
| ETH.MESH.00995833-34 | For Internal Use - Do Not Distribute to Customers Field Communication, 5/2/05 | Plaintiff's-1341 | 8/12/2013 | Amin |
| ETH.MESH.00995835-36 | Ethicon, Inc. Complaint Reporting Statement Gynecare TVT Obturator System | Plaintiff's-1340 | 8/12/2013 | Amin |
| ETH.MESH.00997921 through ETH.MESH.00997923 | Minutes, January 06, 2006 | T-3090 | 8/8/2013 | Yale |
| ETH.MESH.0098130 - ETH.MESH.0098135 | Documents | T-3342 | 11/5/2013 | Isenberg |
| ETH.MESH.00998259-ETH.MESH.0998262 | 4-page copy of document dated 2007 entitled "The Support is Here" | T-2042 | 6/21/2013 | Selman |
| ETH.MESH.00998678-79 | Document entitled "SECUR Timeline," 2/24/06 | T-0564 | 6/14/2013 | Paine |
| ETH.MESH.00999113-15 | E-mail string, 5/17/06-5/18/06 | T-0565 | 6/14/2013 | Paine |
| ETH.MESH.00999745-46 | E-mail, 6/14/06, from Amin | Plaintiff's-360 | 2/29/2012 | Amin |
| ETH.MESH.00999764 through ETH.MESH.00999767 | Article entitled "Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence," by Carl Gustaf Nilsson, MD, PhD, et al. | T-0362 | 5/31/2013 | Weisberg |
| ETH.MESH.010000643 | E-mail, 9/25/06, from Robinson | Plaintiff's-377 | 2/29/2012 | Amin |
| ETH.MESH.010000644-45 | Minutes regarding events with Dr. Folke Flam and training" | Plaintiff's-376 | 2/29/2012 | Amin |
| ETH.MESH.01000067-93 | E-mail, 7/25/06, to Amin and others from Salyer, with attachment | Plaintiff's-368 | 2/29/2012 | Amin |
| ETH.MESH.01000323 through ETH.MESH.01000329 | E-mail chain, top one dated 09 Mar 2007 | T-0870 | 7/20/2013 | Arnaud |
| ETH.MESH.01000323-29 | E-mail Thread, 3/9/07 Subject, Draft of the Latest Cookbook After My Trip to Germany | P-870 (previously marked) | 8/13/2013 | Amin |
| ETH.MESH.01000448 | E-mail, 4/19/07, to Amin from Cheung | T-3286 | 10/2/2013 | Parisi |
| ETH.MESH.01000449 through ETH.MESH.01000457 | GYNECARE TVT SECUR System: Key Technical Points (Procedural 2 Pearls) | T-0871 | 7/20/2013 | Arnaud |
| ETH.MESH.01000449 to 01000457 | slide deck Gynecare TVT-Secur Key Technical Points (Procedural Pearls) | T-0768 | 7/11/2013 | Pattyson |
| ETH.MESH.01000449-57 | Document entitled "GYNECARE TVT SECUR System: Key Technical Points (Procedural Pearls)" | T-3287 | 10/2/2013 | Parisi |
| ETH.MESH.01000731 through ETH.MESH.01000735 | E-mail chain, top one dated 19 Dec 2006 | T-0860 | 7/20/2013 | Arnaud |
| ETH.MESH.01027987-90 | ISS Update Meeting 12/1/2010 | T-1075 | 6/17/2013 | Beach |
| ETH.MESH.01028045 through ETH.MESH.01028055 | Clinical Study Agreement for Investigator Initiated Studies, Bates stamped ETH.MESH.01028045 through ETH.MESH.01028055 | Plaintiff's-1566 | 6/10/2014 | Lucente |
| ETH.MESH.01028045-086 | Clinical Study Agreement For Investigator Initiated | T-1079 | 6/17/2013 | Beach |
| ETH.MESH.01028274 and ETH.MESH.01028332 | Excerpt of Monthly Report WW Clinical Research Activities June 2007, Bates stamped ETH.MESH.01028274 and ETH.MESH.01028332 | Plaintiff's-1570 | 6/10/2014 | Lucente |
| ETH.MESH.01033484-85 | Performance & Development Plan Summary For Patricia Beach | T-1070 | 6/17/2013 | Beach |
| ETH.MESH.01035596-602 | Appendix 1 Clinical Site Monitoring Visit Report 10/13/10 | T-1080 | 6/17/2013 | Beach |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.01037447 through ETH.MESH.01037455 | Clinical Expert Report GYNECARE TVT SECUR System | T-3122 | 8/9/2013 | Weisberg |
| ETH.MESH.01037447 thru ETH.MESH.01037455 | Clinical Expert Report, Gynecare TVT Secur System | T-0631 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.01037530 through ETH.MESH.01037545 | Final Report: Ethicon Study No. SO04/2-2-1 A 3 month pre-clinical trial to assess the fixation force of a new TVT (TVTx) in the sheep model | T-0449 | 6/5/2013 | Smith, Dan |
| ETH.MESH.01037530 thru ETH.MESH.01037545 | Final Report: Ethicon Study No. SO04/2-2-1, "A 3-month pre-clinical trial to assess the fixation force of a new TVT (TVTx) in the sheep model" | T-0639 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.01041387-417 | TVT Worldwide Observational Registry for Long-Term Data, Protocol 300-06-006 | T-1087 | 6/17/2013 | Beach |
| ETH.MESH.01042853-92 | Document entitled "Gynecare TVT SECUR, Tension free Support for Incontinence" | T-0195 | 5/13/2013 | Finley |
| ETH.MESH.01042853-ETH.MESH.01042892 | 40-page copy of document entitled "Gynecare TVT Secur" | T-1039 | 5/30/2013 | Henderson |
| ETH.MESH.01067063 and ETH.MESH.01067064 | E-mail chain, top one dated 04 Jun 2010 | Plaintiff's-997 | 10/4/2012 | Chen |
| ETH.MESH.01068905-06 | E-mail string, 9/1/10-9/9/10 | T-3176 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.01069790-95 | Response to Conditions | T-0150 | 4/26/2013 | Lisa |
| ETH.MESH.01126906 and ETH.MESH.01126907 | Memo dated November 18, 2003 | T-0364 | 5/31/2013 | Weisberg |
| ETH.MESH.01128518 - ETH.MESH.01128525 | E-mail chain, top one dated 09 Sep 2010 | Plaintiff's-1030 | 2/29/2012 | Volpe |
| ETH.MESH.01128676 | E-mail, 5/28/08, to Yeo and others from Hernandez | T-3283 | 10/2/2013 | Parisi |
| ETH.MESH.01128679 to 01128698 | Procedural Steps Gynecare TVT Secur System | T-0774 | 7/11/2013 | Pattyson |
| ETH.MESH.01128679-98 | Brochure entitled "Procedural Steps, Gynecare TVT SECUR System" | T-3282 | 10/2/2013 | Parisi |
| ETH.MESH.01128704 | document entitled "Ethicon, Inc. Worldwide Complaint-Reporting Statement" | T-1265 | 9/11/2013 | Robinson |
| ETH.MESH.01134745 - ETH.MESH.01134750 | E-mail dated 01 Oct 2010, and attachment | Plaintiff's-1022 | 2/28/2012 | Volpe |
| ETH.MESH.01137269 through 293 | e-mail correspondence | K-39 | 12/10/2013 | Kaminski |
| ETH.MESH.01137269-93 | 7/7/00 E-mail from Kwistek to Russo, Subject: RE: 2001 Gynecare Marketing Plans-Confidential | T-3559 | 1/16/2014 | DeLaCroix |
| ETH.MESH.01137272-93 | Document entitled "Incontinence/Pelvic Floor Management GYNECARE TVT Tension-free Support for Incontinence, 2001 Marketing Plan," July 2001 | T-0200 | 5/13/2013 | Finley |
| ETH.MESH.01139362 - ETH.MESH.01139410 | E-mail chain, Caro-Rosado to Holland, Pupo re: Emerging markets: Brazil; DTP; attaching January 2002 DTC campaign update on Gynecare | Plaintiff's-472 | 3/7/2012 | Walji |
| ETH.MESH.01150009 | PowerPoint, "GYNECARE TVT SECUR," 51 pages | T-0428 | 6/5/2013 | Smith, Dan |
| ETH.MESH.01152482 - ETH.MESH.01152505 | E-mail dated 08 Jul 2011, and attachment | Plaintiff's-1026 | 2/28/2012 | Volpe |
| ETH.MESH.01154031 - ETH.MESH.01154037 | Clinical Expert Report: GYNEMESH PROLENE* Soft (Polypropylene) Mesh | Plaintiff's-624 | 3/30/2012 | Ciarrocca |
| ETH.MESH.01154705 - ETH.MESH.01154710 | Project D'Art Cadaver Lab Trip Summary, January 29, 2004 | Plaintiff's-453 | 3/7/2012 | Walji |
| ETH.MESH.01156189 - ETH.MESH.01156199 | E-mail dated 28 Apr 2008, - attachment | Plaintiff's-422 | 3/6/2012 | Bonet |
| ETH.MESH.01159961-62 | Letter, 6/6/01, to Ciarrocca from Barbolt | T-2109 | 8/14/2013 | Barbolt |
| ETH.MESH.01160158 - ETH.MESH.01160159 | Memo dated November 1, 2001 | Plaintiff's-1008 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.01160158-59 | Draft memo, 11/1/01, to D'Aversa from Stoloff | Plaintiff's-356 | 2/28/2012 | D'Aversa |
| ETH.MESH.01160160-88 | GyneMesh PROLENE Soft Mesh Design & Development Plan, 9/25/01 | Plaintiff's-351 | 2/28/2012 | D'Aversa |
| ETH.MESH.01160503-05 | E-mail chain, 8/29/00-9/1/00 | Plaintiff's-340 | 2/28/2012 | D'Aversa |
| ETH.MESH.01160521 | E-mail, 8/1/01, to D'Aversa from Ma | Plaintiff's-348 | 2/28/2012 | D'Aversa |
| ETH.MESH.01184119 - ETH.MESH.01184132 | 2009 Surgeon Summit Breakout Session - February 7 Survey Results PROLIFT Pelvic Floor Repair Systems | Plaintiff's-1023 | 2/28/2012 | Volpe |
| ETH.MESH.01184119-32 | "2009 Surgeon Summit Breakout Session - February 7 Survey Results" | Plaintiff's-328 | 2/24/2012 | Meek |
| ETH.MESH.01186068 - 01186072 | Gynecare TVT brochure | T-1274 | 9/11/2013 | Robinson |
| ETH.MESH.01186068 - ETH.MESH.01186072 | 5-page copy of document entitled "Make Data and Safety Your Choice" | T-1349a | 12/20/2013 | Hart |
| ETH.MESH.01186068 through ETH.MESH.01186072 | "Make DATA and SAFETY your Choice" Document | T-3582 | 2/3/2014 | Smith, Dan |
| ETH.MESH.01186435 - ETH.MESH.01186440 | Value Proposition Report, V1, 4.6.03, Anterior Trans Vaginal Mesh (TVM) | Plaintiff's-1003 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.01192300 through ETH.MESH.01192308 | Article entitled "Review of surgical techniques to insert implants in urogynaecology" by Piet Hinoul | T-0676 | 6/26/2013 | Hinoul |
| ETH.MESH.01192796 | Altman article; manuscript with comments from Ethicon | Plaintiff's-859 | 9/6/2012 | Gauld |
| ETH.MESH.01201347-64 | E-mail Thread Subject, TVM Manuscript For AUGS | T-1081 | 6/17/2013 | Beach |
| ETH.MESH.01202101- ETH.MESH.01202103 | Kirkemo A email chain re My revised writeup of the DeLeval and Waltregny Visit | | | |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.01202101 through ETH.MESH.01202103 | E-mail chain, top one dated 07 Jan 2009 | T-0848 | 7/19/2013 | Arnaud |
| ETH.MESH.01202101-03 | E-mail(s), dated 1/7/09 | T-3493 | 1/14/2014 | Hinoul |
| ETH.MESH.01203207 through ETH.MESH.01203260 | Guidance on Medical Device Patient Labeling; Final Guidance for Industry and FDA Reviewers, Document issued on: April 19, 2001 | T-0019 | 3/13/2013 | Lin |
| ETH.MESH.01203207-60 | "Guidance of Medical Device Patient Labeling; Final Guidance for Industry and FDA Reviewers | Plaintiff's-1040 | 3/26/2012 | Beath |
| ETH.MESH.01207154 - ETH.MESH.01207181 | Clinical Expert Report, Gynecare Prolift® Pelvic Floor Repair System | Plaintiff's-526 | 3/14/2012 | Robinson |
| ETH.MESH.01208681-85 | E-mail string, 2/1/10-2/9/10 | Plaintiff's-656 | 4/5/2012 | Hinoul |
| ETH.MESH.01209087 through ETH.MESH.01209092 | Article entitled "Mechanical properties of polypropylene mesh used in pelvic floor repair" | Plaintiff's-956 | 10/2/2012 | Burkley |
| ETH.MESH.01210117-22 | Article entitled "A Prospective Study to Evaluat ethe Anatomic and Functional Outcome of a Transobturator Mesh Kit (Prolift Anterior) for Symptomatic Cystocele Repair," 2008 | Plaintiff's-673 | 4/6/2012 | Hinoul |
| ETH.MESH.01210528-694 | E-mail, 7/4/10, to Astani-Matthies from Hinoul, with attachment Clinical Expert Report, Gynecare GYNEMESH M, 7/3/10 | Plaintiff's-669 | 4/6/2012 | Hinoul |
| ETH.MESH.01214612 | Article entitled "Does trocar-guided tension-free vaginal mesh (Prolift) repair provoke prolapse of the unaffected compartments?" | Plaintiff's-842 | 9/5/2012 | Gauld |
| ETH.MESH.01217187 - ETH.MESH.01217223 | PowerPoint, "ETHICON Women's HEALTH & UROLOGY Marianne Kaminski, Bob Roda, Franchise Strategic Planning Meeting, December 12-13, 2005," | Plaintiff's-297 | 2/17/2012 | Kaminski |
| ETH.MESH.01217285 -288 | "Summary of Findings and Next Steps from 10.12.01 TVT DTC Focus Groups" | T-2203 | 8/30/2013 | Bogardus |
| ETH.MESH.01217673 through ETH.MESH.01217690 | Development Contract TVT-NEXT (TVTx) | T-0438 | 6/5/2013 | Smith, Dan |
| ETH.MESH.01217925 through 01217957 | Ethicon "Final Report, PSE Accession No. 00-0035, An Exploratory 91-Day Tissue Reaction Study of Polypropylene-Based Surgical Mesh in Rats (PSE ACC. No. 00-0035)" | Plaintiff's-1150 | 10/9/2012 | Barbolt |
| ETH.MESH.01218019 | documents, "Design FMEA TVT LCM Project" | T-1284 | 9/11/2013 | Robinson |
| ETH.MESH.01218446 through ETH.MESH.01218449 | Corporate Product Characterization Product Performance Evaluation Group Final Test Report, March 19, 2003 | T-0300 | 5/23/2013 | Burkley |
| ETH.MESH.01219629 through 1219630 | E-mail string dated 5/9/06 | T-2124 | 8/15/2013 | Barbolt |
| ETH.MESH.01220135 through ETH.MESH.01220145 | E-mail chain, top one dated 29 Jun 2006 | T-3435 | 12/5/2013 | Kammerer |
| ETH.MESH.01220661-63 | E-mail string, 8/12/03-8/14/03 | T-0550 | 6/13/2013 | Paine |
| ETH.MESH.01221024 through 1221025 | E-mail dated 5/4/06 | T-2123 | 8/15/2013 | Barbolt |
| ETH.MESH.01221055-58 | An Independent Biomechanical Evaluation of Commercially Available Suburethral Slings (Pariente) | T-2260 | 1/8/2014 | Barbolt |
| ETH.MESH.01222075 | 3/6/06 Letter from Kammerer to Weisberg and Robinson | T-1370 | 1/28/2014 | Kammerer |
| ETH.MESH.-01222075 - 01222079 | 3/6/06 memo to Marty Weisberg and David Robinson from Gene Kammerer | T-0987 | 7/25/2013 | Robinson |
| ETH.MESH.01222075 through ETH.MESH.01222079 | Memo dated March 6, 2006, Bates stamped ETH.MESH.01222075 through ETH.MESH.01222079 | | 12/23/2014 | Elbert |
| ETH.MESH.01222617 through ETH.MESH.01222654 | Protocol, PSE Accession No. 02-0579, Project No 48010, February 28, 2003 | T-2176 | 8/21/2013 | Smith, Dan |
| ETH.MESH.01223035-ETH.MESH.01223038 | 2007 Article Entitled "Sexual Function after Tension-Free Vaginal Tape Procedure" | T-3456 | 1/6/2014 | Kirkemo |
| ETH.MESH.01227453 | Altman article; manuscript with comments from Ethicon | Plaintiff's-862 | 9/6/2012 | Gauld |
| ETH.MESH.01228079 through ETH.MESH.01228084 | Nilsson Podcast Transcript | T-2186 | 8/21/2013 | Smith, Dan |
| ETH.MESH.01228079-84 | Document entitled "Nilsson Podcast Transcript" | T-3200 | 9/16/2013 | Angelini |
| ETH.MESH.01236139 | Document Entitled "Ethicon, Inc. Worldwide Reporting Statement, Gynecare TVT" | T-3449 | 1/6/2014 | Kirkemo |
| ETH.MESH.01237714 - ETH.MESH.01237730 | "Transvaginal mesh repair using a light-weight, partially resorbable synthetic mesh kit: Interim 3 month results" | Plaintiff's-701 | 4/18/2012 | Kirkemo |
| ETH.MESH.01238048 through ETH.MESH.01238051 | E-mail chain, top one dated 15 Jan 2009 | T-0684 | 6/26/2013 | Hinoul |
| ETH.MESH.01238454 through ETH.MESH.01238456 | E-mail chain, top one dated 16 Apr 2009 | T-3426 | 12/3/2013 | Kammerer |
| ETH.MESH.01238480 - ETH.MESH.01238482 | E-mail chain | Plaintiff's-696 | 4/18/2012 | Kirkemo |
| ETH.MESH.01238483 - ETH.MESH.01238484 | Document entitled "Prolift+M vs. Pinnacle" | Plaintiff's-697 | 4/18/2012 | Kirkemo |
| ETH.MESH.01239065-ETH.MESH.01239066 | 7/14/09 and 7/16/09 E-Mail Chain | T-3457 | 1/6/2014 | Kirkemo |
| ETH.MESH.01243954 | Document Entitled "Ethicon, Inc. Worldwide Complaint-Reporting Statement" | T-3450 | 1/6/2014 | Kirkemo |
| ETH.MESH.01252509-ETH.MESH.01252512 | 12/09 and 5/10 E-Mail Chain | T-3461 | 1/7/2014 | Kirkemo |
| ETH.MESH.01257735 through 01257738 | E-mail string, top one dated 6/17/09 | T-3406 | 11/8/2013 | Gauld |
| ETH.MESH.01259495 - ETH.MESH.01259509 | Clinical Expert Report, Gynecare Prolift® Pelvic Floor Repair System | Plaintiff's-527 | 3/14/2012 | Robinson |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.01260885 through ETH.MESH.01260894 | Article entitled "Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of explants" | Plaintiff's-961 | 10/2/2012 | Burkley |
| ETH.MESH.01262553 through ETH.MESH.01262556 | E-mail chain, top one dated 18 Mar 2009 | T-0674 | 6/26/2013 | Hinoul |
| ETH.MESH.01262609-ETH.MESH.01262512 | 12/09 and 5/10 E-Mail Chain | T-3460 | 1/6/2014 | Kirkemo |
| ETH.MESH.01264497 - ETH.MESH.01264498 | E-mail dated 17 Feb 2011 | Plaintiff's-591 | 3/28/2012 | Zaddem |
| ETH.MESH.01264509 and ETH.MESH.01264510 | E-mail chain, top one dated 23 Aug 2007 | Plaintiff's-957 | 10/2/2012 | Burkley |
| ETH.MESH.01265223 through ETH.MESH.01265239 | Risk Management Report (Legacy) for TVT and TVT-O, Document Name (#): RMR-0000044, Revision: 1 | T-0416 | 6/4/2013 | Smith, Dan |
| ETH.MESH.01268264 through ETH.MESH.01268277 | Risk Management REPORT (Legacy) for TVT and TVT-O, Document Name (#): RMR-0000044, Revision: 2 | T-0032 | 4/4/2013 | Lamont |
| ETH.MESH.01268264 through ETH.MESH.01268277 | Risk Management REPORT (Legacy) for TVT and TVT-O, Document Name (#): RMR-0000044, Revision: 2 | T-0417 | 6/4/2013 | Smith, Dan |
| ETH.MESH.01268329 through ETH.MESH.01268349 | Clinical Expert Report GYNECARE TVT ABBREVO, Bates stamped ETH.MESH.01268329 through ETH.MESH.01268349 | | 12/23/2014 | Elbert |
| ETH.MESH.01271090 through ETH.MESH.01271099 | Article entitled "Intravaginal Slingplasty (IVS): an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence" by Ulf Ulmsten and Peter Petros | T-3267 | 9/25/2013 | Arnaud |
| ETH.MESH.01271091 - ETH.MESH.01271099 | 9-page copy of article dated 11/11/93 entitled "Intravaginal Slingplasty (IVS): An Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence," ETH.MESH.01271091 - ETH.MESH.01271099 | Divilio-44 | 11/21/2014 | Divilio |
| ETH.MESH.01274738 - ETH.MESH.01274740 | Email chain re: UltraPro evaluation | Plaintiff's-484 | 3/8/2012 | Walji |
| ETH.MESH.01279975- ETH.MESH.01279976 | 2-page copy of E-mail dated 3/3/08 to Ted Foltyn, et al., from Harel Gadot | T-2040 | 6/21/2013 | Selman |
| ETH.MESH.01281894 - ETH.MESH.01281902 | E-mail chain, top one dated 28 May 2009 | Plaintiff's-577 | 3/23/2012 | Mahar |
| ETH.MESH.01308974-89 | Brochure entitled "The Choice to End Stress Urinary Incontinence" | T-0999 (previously marked) | 7/29/2013 | Luscombe |
| ETH.MESH.01309375 | Gynecare Prolift* Global Marketing Plan, Ophelie Berthier and Giselle Bonet, Nov 5th, 2004 | Plaintiff's-470 | 3/7/2012 | Walji |
| ETH.MESH.01310061 through ETH.MESH.01310065 | Risk Management Report TVT Laser Cut Mesh (LCM), Document Name (#): RMR-0000017, Revision: 2 | T-0420 | 6/4/2013 | Smith, Dan |
| ETH.MESH.01310476 through ETH.MESH.01310481 | Risk Management Report TVT Laser Cut Mesh (LCM), Document Name (#): RMR-0000017, Revision: 3 | T-0034 | 4/4/2013 | Lamont |
| ETH.MESH.01314498 - ETH.MESH.01314505 | Memo | Plaintiff's-616 | 3/29/2012 | Ciarrocca |
| ETH.MESH.01316727 through ETH.MESH.01316765 | Design History: DH0263-DH0278, 1 book 1999, DH0268: TVT (Tension Free Vaginal Tape) 5mm Version | T-0266 | 5/16/2013 | Smith, Dan |
| ETH.MESH.01317508 through ETH.MESH.01317613 | Design History: DH0263-DH0278, 1 book 1998, DH0269: TVT (Tension Free Vaginal Tape) Factbook | T-0267 | 5/16/2013 | Smith, Dan |
| ETH.MESH.01317510 through ETH.MESH.01317514 | Device Design Safety Assessment (DDSA) Re-evaluation for TVT | T-2147 | 8/20/2013 | Smith, Dan |
| ETH.MESH.01317515 through ETH.MESH.01317524 | Preventia TVT-2 | T-2143 | 8/20/2013 | Smith, Dan |
| ETH.MESH.01319500 through ETH.MESH.01320123 | Gynecare TVT-Obturator DH1019 Book 7 of 7 | T-0228 | 5/15/2013 | Smith, Dan |
| ETH.MESH.013684389 through ETH.MESH.013684405 | Patient Brochure, "Treatment Options for Stress Urinary Incontinence, stop coping. start living." Bates stamped ETH.MESH.013684389 through ETH.MESH.013684405 | Plaintiff's-1506 | 6/9/2014 | Jones, Scott |
| ETH.MESH.013684407 | Screen Print, Bates stamped ETH.MESH.013684407 | Plaintiff's-1505 | 6/9/2014 | Jones, Scott |
| ETH.MESH.01404748 - ETH.MESH.01404750 | Monthly Complaint Review Meeting (May 8, 2007) | Plaintiff's-308 | 2/17/2012 | Kaminski |
| ETH.MESH.01407837 | Potential Failure Mode and Effects Analysis, PFMEA-100152, Rev: A, 21 pages | T-0466 | 6/5/2013 | Smith, Dan |
| ETH.MESH.01409412 through ETH.MESH.01409422 | Design Transfer Checklist, Document Name (#): FM-0000121, Version: 3 | T-0461 | 6/5/2013 | Smith, Dan |
| ETH.MESH.01410044 through ETH.MESH.01410047 | Product Specification GYNECARE TVT SECUR, EPC061, Revision: B | T-0440 | 6/5/2013 | Smith, Dan |
| ETH.MESH.01414644 | Design Requirements Matrix (DRM), Document Number DR-0000294, Revision/Version 1, Bates stamped ETH.MESH.01414644, 17 pages | | 12/23/2014 | Elbert |

| | | | |
|---|---|---|---|
| ETH.MESH.01414720 through ETH.MESH.01414728 | Design Transfer Checklist, August 26, 2010, Bates stamped ETH.MESH.01414720 through ETH.MESH.01414728 | | 12/23/2014 Elbert |
| ETH.MESH.01414838 through ETH.MESH.01414840 | Notes from Cadaver Laboratory Session at St. Peter's Minimally Invasive Learning Center, October 27, 2009, Bates stamped ETH.MESH.01414838 through ETH.MESH.01414840 | | 12/23/2014 Elbert |
| ETH.MESH.01416655 | Drawing, Positioning Loop Button, Bates stamped ETH.MESH.01416655 | | 12/23/2014 Elbert |
| ETH.MESH.01416841 and ETH.MESH.01416842 | R&D Drawings, Bates stamped ETH.MESH.01416841 and ETH.MESH.01416842 | | 12/23/2014 Elbert |
| ETH.MESH.01417431 | GYNECARE TVT ABBREVO Synopsis of preclinical data in support of TVT ABBREVo's equivalence to TVT-O, starting with Bates stamp ETH.MESH.01417431, 19 pages | | 12/23/2014 Elbert |
| ETH.MESH.01418539 through ETH.MESH.01418544 | Risk Management Report for Gynecare TVT ABBREVO, Document Name (#): RMR-0000083, Revision: 1 | T-0033 | 4/4/2013 Lamont |
| ETH.MESH.01424029 through 01424035 | Article, "The Argument for Lightweight Polypropylene Mesh in Hernia Repair" | Plaintiff's-1155 | 10/10/2012 Barbolt |
| ETH.MESH.01424029 through ETH.MESH.01424035 | Article "The Argument for Lightweight Polypropylene Mesh in Hernia Repair" by William S. Cobb, MD, et al., | T-0295 | 5/23/2013 Burkley |
| ETH.MESH.01424029-35 | An article entitled "The Argument for Lightweight Polypropylene Mesh in Hernia Repair | T-3487 | 1/13/2014 Hinoul |
| ETH.MESH.01425114-22 | Protocol, PSE Accession No. 01-320, Project No. 48090, 1/31/02 | Plaintiff's-353 | 2/28/2012 D'Aversa |
| ETH.MESH.01425123-35 | Final Report, PSE Accession No. 01-320, Project No. 48090, 3/20/02 | Plaintiff's-354 | 2/28/2012 D'Aversa |
| ETH.MESH.01431617 - ETH.MESH.01431618 | E-mail chain, top one dated 15 Jun 2006 | Plaintiff's-1007 | 2/24/2012 Vailhe, E. |
| ETH.MESH.01431630 | E-mail chain, attaching Cosson PPP on surgical technique | Plaintiff's-463 | 3/7/2012 Walji |
| ETH.MESH.01513269 through ETH.MESH.01513271 | E-mail chain, top one dated May 2009, Bates stamped ETH.MESH.01513269 through ETH.MESH.01513271 | Plaintiff's-1501 | 6/9/2014 Jones, Scott |
| ETH.MESH.01589975 | Design Verification Completion Report for Mini TVT-O Project (TVT ABBREVo), Version 1, Study Number AST-2010-0169, first page Bates stamped ETH.MESH.01589975, 109 pages | | 12/23/2014 Elbert |
| ETH.MESH.01592178 through ETH.MESH.01592188 | Design Validation Report - (Product) Report #TVTSDVLPRD2, Gynecare TVT SECUR System | T-0444 | 6/5/2013 Smith, Dan |
| ETH.MESH.0160411-18 | Corporate Product Characterization Monthly Highlights, December 1999 | Plaintiff's-350 | 2/28/2012 D'Aversa |
| ETH.MESH.01611832 - ETH.MESH.01611833 | Advertisement, Gynecare Gynemesh PS | Plaintiff's-561 | 3/23/2012 Mahar |
| ETH.MESH.01612443 - ETH.MESH.01612450 | Brochure, "Pelvic Organ Prolapse, Get the Facts, Be Informed, Make YOUR Best Decision" | Plaintiff's-563 | 3/23/2012 Mahar |
| ETH.MESH.01612736 | E-mail chain, top one dated 12 Dec 2008, and attachment | Plaintiff's-1035 | 2/29/2012 Volpe |
| ETH.MESH.01613272 through ETH.MESH.01613280 | Sales documents, Bates stamped ETH.MESH.01613272 through ETH.MESH.01613280 | Plaintiff's-1502 | 6/9/2014 Jones, Scott |
| ETH.MESH.01625288-95 | Documents | T-0998 (previously marked) | 7/29/2013 Luscombe |
| ETH.MESH.01696387 | slide deck TVT Obturator Anatomic Considerations Clinical Update Special Considerations Raders and Lucente | T-0756 | 7/11/2013 Pattyson |
| ETH.MESH.01706065 | 37-page Slide deck the Science of "What's Left Behing"... Evidence & Follow-Up of Mesh Use for SUI Doug H. Grier | T-0752 | 7/11/2013 Pattyson |
| ETH.MESH.01719509 | e-mail string | T-0786 | 7/11/2013 Pattyson |
| ETH.MESH.01719510 to 01719516 | chart | T-0787 | 7/11/2013 Pattyson |
| ETH.MESH.01727572-75 | E-mail chain, 6/16/06-6/27/06, with attachment | Plaintiff's-381 | 2/29/2012 Amin |
| ETH.MESH.01730839 | e-mail string | T-0754 | 7/11/2013 Pattyson |
| ETH.MESH.01730932 | Power Point "Product Overview: Laser Cut Mesh" | T-3588 | 2/4/2014 Smith, Dan |
| ETH.MESH.01746858-61 | E-mail(s), dated 10/01/08 | T-3536 | 1/15/2014 Hinoul |
| ETH.MESH.01752532 - ETH.MESH.01752535 | 4-page copy of document entitled "Mesh design augmentation issues," ETH.MESH.01752532 - ETH.MESH.01752535 | Divilio-49 | 11/21/2014 Divilio |
| ETH.MESH.01752532 through ETH.MESH.01752535 | Jurgen Trzewik, Ethicon R&D, Confidential, "Mesh design augmentation issues" | Plaintiff's-966 | 10/2/2012 Burkley |
| ETH.MESH.01757593 | Altman article; manuscript with comments from Ethicon | Plaintiff's-861 | 9/6/2012 Gauld |
| ETH.MESH.01758769 | E-mail, 11/12/07, to Beath and others from Yale | T-3293 | 10/3/2013 Parisi |
| ETH.MESH.01758770 | PowerPoint presentation entitled "TVT-SECUR Quality  Board" | T-3294 | 10/3/2013 Parisi |
| ETH.MESH.01760852 | Email to Meier from Robinson | Plaintiff's-819 | 8/23/2012 Robinson |
| ETH.MESH.01760853 - ETH.MESH.01760861 | Clinical Expert Report, ULTRAPRO* Mesh for Pelvic Organ Prolapse Repair - a Vaginal Approach, David B. Robinson, MD | Plaintiff's-595 | 3/28/2012 Zaddem |
| ETH.MESH.01760863 | Plaintiff's Ultrapro Clinical Expert Bibliography | Plaintiff's-820 | 8/23/2012 Robinson |
| ETH.MESH.01761352 to 01761359 | e-mail string | T-0780 | 7/11/2013 Pattyson |
| ETH.MESH.01763458 - ETH.MESH.01763468 | Study Option I Protocol, PSE Accession Number 05-0000, Project Number 0000 | Plaintiff's-547 | 3/21/2012 Hutchinson |
| ETH.MESH.01763469 - ETH.MESH.01763479 | Study Option II Protocol, PSE Accession Number 05-0000, Project Number 0000 | Plaintiff's-548 | 3/21/2012 Hutchinson |
| ETH.MESH.01763480 - ETH.MESH.01763490 | Study Option III Protocol, PSE Accession Number 05-0000, Project Number 0000 | Plaintiff's-549 | 3/21/2012 Hutchinson |
| ETH.MESH.01764044 - ETH.MESH.01764052 | E-mail chain, top one dated 24 Dec 2005 | Plaintiff's-550 | 3/21/2012 Hutchinson |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.01765288 | Project Description, Project Reference:TVT-OUT-001 | Plaintiff's-285 | 2/9/2012 | Paine |
| ETH.MESH.01770534 | E-mail dated 15 Dec 2006 | T-0857 | 7/20/2013 | Arnaud |
| ETH.MESH.01770535 through ETH.MESH.01770540 | TVT-SECUR: "Hammock" position | T-0858 | 7/20/2013 | Arnaud |
| ETH.MESH.01770541 through ETH.MESH.01770546 | TVT-SECUR: "U" position | T-0859 | 7/20/2013 | Arnaud |
| ETH.MESH.01782114-15 | Email chain re: Suzette Sutherland, MD patient complications | Plaintiff's-662 | 4/5/2012 | Hinoul |
| ETH.MESH.01782116 | 1-page copy of E-mail dated 4/27/06 to Carolyn Brennan from David Robinson | Plaintiff's-2007 | 2/29/2012 | Shen |
| ETH.MESH.01782154 - 01782156 | 1/20/06 e-mail string from David Robinson to Carolyn Brennan and Dharini Amin | T-0971 | 7/25/2013 | Robinson |
| ETH.MESH.01782154-56 | E-mail Thread, 1/20/06 Subject, TVT-O Patient Related Complaint Categories | P-971 (previously marked) | 8/13/2013 | Amin |
| ETH.MESH.01782434 - ETH.MESH.01782437 | 4-page copy of E-mail dated 2/19/07 to Sheri Dodd, et al., from David Robinson | Plaintiff's-2006 | 2/29/2012 | Shen |
| ETH.MESH.01782444-49 | Clinical Expert Report Gynecare Prolift* Pelvic Floor Repair System, 1/14/05 | Plaintiff's-1059 | 3/27/2012 | Beath |
| ETH.MESH.01782783 - ETH.MESH.01782785 | 3-page copy of document dated 2/2/06 entitled "Notes from Meeting with Dr. V. Lucente and Dr. M. Murphy (Allentown, PA) to discuss Prolift RCT" | Plaintiff's-2002 | 2/29/2012 | Shen |
| ETH.MESH.01782850 - 01782852 | 6/20/06 e-mail chain from David Robinson to Harel Gadot, et al.; | T-0928 | 7/24/2013 | Robinson |
| ETH.MESH.01782850 - ETH.MESH.01782852 | E-mail chain, top one dated 20 Jun 2006 | Plaintiff's-504 | 3/14/2012 | Robinson |
| ETH.MESH.01782867 | PowerPoint, "Factors related to mesh shrinkage, What do we know? A review of literature and internal studies" | Plaintiff's-596 | 3/28/2012 | Zaddem |
| ETH.MESH.01783343 - ETH.MESH.01783415 | 2-page copy of E-mail dated 6/23/06 to Judith Gauld from David Robinson, plus attachments | Plaintiff's-2010 | 2/29/2012 | Shen |
| ETH.MESH.01784340 - ETH.MESH.01784343 | 4-page copy of E-mail dated 2/20/07 to Jason Kemner from David Robinson | Plaintiff's-2009 | 2/29/2012 | Shen |
| ETH.MESH.01784428 - 01784435 | 12/20/06 e-mail string from David Robinson to Allison London Brown, et al. | T-0939 | 7/24/2013 | Robinson |
| ETH.MESH.01784428 through ETH.MESH.01784435 | E-mail chain, top one dated 20 Dec 2006 | T-0863 | 7/20/2013 | Arnaud |
| ETH.MESH.01784823 - 01784828 | Clinical Expert Report, laser-cut mesh for Gynecare TVT, etc. March 7, 2006 | T-0968 | 7/25/2013 | Robinson |
| ETH.MESH.01785258-60 | E-mail string, Hinoul to Robinson, et al. re +M relaxation | Plaintiff's-671 | 4/6/2012 | Hinoul |
| ETH.MESH.01785268 - ETH.MESH.01785301 | 34-page copy of document dated 5/16-5/21/08 entitled "Ethicon Prolift Physician IDIs" | Plaintiff's-2008 | 2/29/2012 | Shen |
| ETH.MESH.01789246 | Email re: patient deceased during Prolift procedure | Plaintiff's-885 | 9/19/2012 | Hinoul |
| ETH.MESH.01789246 through ETH.MESH.01789251 | E-mail chain, top one dated 6 mai 2010 | Plaintiff's-918 | 9/21/2012 | Gorsky |
| ETH.MESH.01795255 - ETH.MESH.01795283 | Clinical Evaluation Report | Plaintiff's-646 | 4/4/2012 | Lamont |
| ETH.MESH.01795834 - 01795873 | document, "Clinical Evaluation Report Gynecare TVT," etc., August 2, 2010 | T-0925 | 7/24/2013 | Robinson |
| ETH.MESH.01797410-38 | E-mail Thread & Attachment | Plaintiff's-1111 | 9/11/2012 | Pruden |
| ETH.MESH.01798410  - ETH.MESH.01798411 | Email re: rejection of manuscript again | Plaintiff's-501 | 3/13/2012 | Robinson |
| ETH.MESH.01804278 through ETH.MESH.01804592 | Gynecare TVT-Obturator DH1019 Book 3 of 7 | T-0224 | 5/15/2013 | Smith, Dan |
| ETH.MESH.01805985 | Draft PowerPoint, "The Mesh Story," 18 pages | T-2156 | 8/20/2013 | Smith, Dan |
| ETH.MESH.01808311 through | Trip Report, Michael Tracey | T-3258 | 9/25/2013 | Arnaud |
| ETH.MESH.01808684 through ETH.MESH.01808686 | E-mail chain, top one dated 19 Dec 2003 | T-0342 | 5/30/2013 | Weisberg |
| ETH.MESH.01808729 through ETH.MESH.01808741 | Corporate Product Characterization Product Performance Evaluation Group Test Report, April 25, 2002 | T-0298 | 5/23/2013 | Burkley |
| ETH.MESH.01809080 - 01809081 | 12/14/04 memo to Paul Parisi and Dan Smith from Becky Leibowitz | T-0960 | 7/25/2013 | Robinson |
| ETH.MESH.01809080 and ETH.MESH.01809081 | Memo dated December 14, 2004 | T-2184 | 8/21/2013 | Smith, Dan |
| ETH.MESH.01810780 thru ETH.MESH.01810783 | September 1, 2004 email to Bell, Angelini, and Smith from Burns - email chain | T-0666 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.01810987 and 988 | E-mail chain | T-0490 | 6/6/2013 | O'Bryan |
| ETH.MESH.01811758 | E-mail dated 29 Nov 2004 | T-2163 | 8/21/2013 | Smith, Dan |
| ETH.MESH.01811770 - 01811772 | 12/10/04 e-mail string from Steve Bell to Dan Smith, et al. | T-0974 | 7/25/2013 | Robinson |
| ETH.MESH.01811770-72 | E-mail string, 12/9/04-12/10/04 | T-3151 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.01811862 and 863 | E-mail chain | T-0514 | 6/7/2013 | O'Bryan |
| ETH.MESH.01813074 | 4/18/03 e-mail | T-0512 | 6/7/2013 | O'Bryan |
| ETH.MESH.01813094-95 | Chart, Study Description & Clinical Plan & Action Items | Plaintiff's-1410 | 9/24/2013 | Godwin, Amy |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.01813130-32 | E-mail Thread, 9/4/03 Subject, Mulberry/de Leval Fees and Expenses | Plaintiff's-1407 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.01813975 through ETH.MESH.01813978 | 10-11/04 E-Mail Chain Among Lancos, Castro, Smith, et al | T-3587 | 2/4/2014 | Smith, Dan |
| ETH.MESH.01814250 through ETH.MESH.01814252 | E-mail chain, top one dated 12 Nov 2004 | T-3068 | 8/7/2013 | Yale |
| ETH.MESH.01814371 and ETH.MESH.01814372 | E-mail chain, top one dated 20 Jun 2003 | T-0221 | 5/15/2013 | Smith, Dan |
| ETH.MESH.01814384 through ETH.MESH.01814400 | Work Instruction for New Product Design Control, PR800-011, Version 5 | T-0222 | 5/15/2013 | Smith, Dan |
| ETH.MESH.01814740 and 741 | E-mail chain | T-0489 | 6/6/2013 | O'Bryan |
| ETH.MESH.01815505 through ETH.MESH.01815513 | E-mail chain, top one dated 17 Aug 2004 | T-0233 | 5/15/2013 | Smith, Dan |
| ETH.MESH.01815505-13 | E-mail string, 8/5/04-8/17/04 | T-0556 | 6/14/2013 | Paine |
| ETH.MESH.01815567 and ETH.MESH.01815568 | E-mail chain, top one dated 19 Jun 2003 | T-0333 | 5/30/2013 | Weisberg |
| ETH.MESH.01815607 | E-mail chain, top one dated 24 Jun 2003 | T-0334 | 5/30/2013 | Weisberg |
| ETH.MESH.01815611 through ETH.MESH.01815613 | E-mail chain, top one dated 17 Jun 2003 | T-0262 | 5/16/2013 | Smith, Dan |
| ETH.MESH.01815621 and 623 | E-mail chain | T-0516 | 6/7/2013 | O'Bryan |
| ETH.MESH.01815660 through ETH.MESH.01815664 | Project Mulberry Preliminary Clinical Diligence Report, 2003-01-06 | T-0319 | 5/30/2013 | Weisberg |
| ETH.MESH.01815722 and 723 | E-mail chain | T-0517 | 6/7/2013 | O'Bryan |
| ETH.MESH.01816436 | PowerPoint, "VOC Summary Mini Me," Bates stamped ETH.MESH.01816436, 11 pages | T-0288 | 12/23/2014 | Elbert |
| ETH.MESH.01816988 through ETH.MESH.01816990 | Spreadsheet | T-0288 | 5/23/2013 | Burkley |
| ETH.MESH.01819832-33 | E-mail, 5/15 GAT Presentations, Pelvic Floor Repair Platform | Plaintiff's-1098 | 9/11/2012 | Pruden |
| ETH.MESH.01822361 through ETH.MESH.01822363 | E-mail chain, top one dated 18 Oct 2006 | T-3431 | 12/3/2013 | Kammerer |
| ETH.MESH.01822361-63 | E-mail string, 10/18/06 | T-3163 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.01823555 - ETH.MESH.01823556 | E-mail chain, top one dated 06 Jan 2009 | Plaintiff's-1037 | 2/29/2012 | Volpe |
| ETH.MESH.01823855 - ETH.MESH.01823857 | E-mail chain, top one dated 26 Oct 2010 | Plaintiff's-1034 | 2/29/2012 | Volpe |
| ETH.MESH.01823906 - ETH.MESH.01823911 | E-mail chain, top one dated 14 Mar 2006 | Plaintiff's-440 | 3/6/2012 | Bonet |
| ETH.MESH.01823919 - ETH.MESH.01823969 | E-mail dated 08 Jan 2007, and attachment | Plaintiff's-1033 | 2/29/2012 | Volpe |
| ETH.MESH.01824226-4227 | E-mail Chain | T-1363 | 1/17/2014 | London Brown |
| ETH.MESH.019259446 | Ordres de paiement, Date: 27.02.2003, Bates stamped ETH.MESH.019259446 | Scheich-4 | 1/15/2015 | Scheich |
| ETH.MESH.01946717 - ETH.MESH.01946718 | E-mail chain | Plaintiff's-257 | 2/8/2012 | Paine |
| ETH.MESH.01948902 | Organization Chart, "Salaried Headcount" | Plaintiff's-1221 | 11/8/2012 | Beath |
| ETH.MESH.01948907 | PowerPoint, "Research & Development" | Plaintiff's-1019 | 2/28/2012 | Volpe |
| ETH.MESH.01949009 - ETH.MESH.01949013 | 5-page copy of document dated 4/27/06 entitled "J&J Law Department Document Preservation Notice, Do Not Destroy Specified Documents," ETH.MESH.01949009 - ETH.MESH.01949013 | Divilio-36 | 11/21/2014 | Divilio |
| ETH.MESH.01949009-13 | J&J Law Department Document Preservation Notice, 4/27/06 | T-0055 | 4/16/2013 | Hojnoski |
| ETH.MESH.01949009-9013 | Document Preservation Notice | T-1345 | 1/17/2014 | London Brown |
| ETH.MESH.01949009- ETH.MESH.01949013 | 5-page copy of document dated 4/27/06 entitled "Document Preservation Notice" | T-2001 | 6/20/2013 | Selman |
| ETH.MESH.01949198 through TH.MESH.07277696ETH.MESH.0 1949200 | E-mail chain, top one dated 02 Mar 2006 | T-3064 | 8/7/2013 | Yale |
| ETH.MESH.01949198-200 | E-mail string, 3/1/06-3/2/06 | T-3153 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.01950408 through 456 | Ethicon database of adverse events | T-3144 | 8/20/2013 | Jones, Greg |
| ETH.MESH.01994703 - ETH.MESH.01994705 | E-mail chain, top one dated 23 Aug 2007 | Plaintiff's-781 | 5/24/2012 | Lamont |
| ETH.MESH.02010834 - ETH.MESH.02010855 | Biomechanical consideration for Pelvic floor mesh design | Plaintiff's-607 | 3/28/2012 | Zaddem |
| ETH.MESH.02010834 through 02010855 | Johnson & Johnson Biomedical consideration for Pelvic floor mesh design | Plaintiff's-1159 | 10/10/2012 | Barbolt |
| ETH.MESH.02010834 through ETH.MESH.02010855 | Biomechanical consideration for Pelvic floor mesh design | Plaintiff's-873 | 9/18/2012 | Hinoul |
| ETH.MESH.02010856 | PowerPoint, "Biomechanics (Pelvic Forces) What are the forces in the Pelvic Floor? It depends!" | Plaintiff's-606 | 3/28/2012 | Zaddem |
| ETH.MESH.02014083 - ETH.MESH.02014100 | E-mail from Vincenza Zaddem | Plaintiff's-647 | 4/4/2012 | Lamont |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.02017152 -<br>ETH.MESH.02017158 | Meeting minutes, Ethicon Expert Meeting: Meshes for Pelvic Floor Repair,<br>Friday, February 23rd, 2007 | Plaintiff's-598 | 3/28/2012 | Zaddem |
| ETH.MESH.02020712 and<br>ETH.MESH.02020713 | E-mail chain, top one dated 06 Jun 2005, Bates stamped ETH.MESH.02020712<br>and ETH.MESH.02020713 | T-3707 | 12/23/2014 | Elbert |
| ETH.MESH.02020820 -<br>ETH.MESH.02020821 | E-mail chain | Plaintiff's-604 | 3/28/2012 | Zaddem |
| ETH.MESH.02020898-99 | E-mail chain, 2/15/06 | Plaintiff's-345 | 2/28/2012 | D'Aversa |
| ETH.MESH.02026591-95 | Sunoco Material Safety Data Sheet | T-2111<br>(previously<br>marked) | 9/11/2013 | Robinson |
| ETH.MESH.02026591through<br>ETH.MESH.02026595 | Material Safety Data Sheet, Sunoco | T-3136 | 8/9/2013 | Weisberg |
| ETH.MESH.02058110 through 112 | "Project TVT-L" | K-32 | 12/10/2013 | Kaminski |
| ETH.MESH.02058290 -<br>ETH.MESH.02058299 | Quality Assurance Strategy, Project D'Art | Plaintiff's-744 | 5/15/2012 | Everett |
| ETH.MESH.02058841 -<br>ETH.MESH.02058855 | Project D'Art Clinical DDSA: Mesh & Guides | Plaintiff's-740 | 5/15/2012 | Everett |
| ETH.MESH.02059150 -<br>ETH.MESH.02059151 | Memo | Plaintiff's-742 | 5/15/2012 | Everett |
| ETH.MESH.02059242 | Memo to Fernando Jaramillo from Jeffrey Everett | Plaintiff's-728 | 5/15/2012 | Everett |
| ETH.MESH.02060863 -<br>ETH.MESH.02060869 | Product Quality Plan for Gynecare Prolift® pelvic floor repair System | Plaintiff's-729 | 5/15/2012 | Everett |
| ETH.MESH.02065125 through<br>ETH.MESH.02065133 | E-mail dated 16 Oct 208, with attachment | Plaintiff's-943 | 9/27/2012 | Paine |
| ETH.MESH.02065125<br>and ETH.MESH.02065126 | E-mail dated 16 October 2008 | Plaintiff's-915 | 9/21/2012 | Gorsky |
| ETH.MESH.02065129 | 10/16/08 Draft Talk Points for ETHICON Management, Bates stamped<br>ETH.MESH.02065129 | Plaintiff's-917 | 9/21/2012 | Gorsky |
| ETH.MESH.02065130 through<br>ETH.MESH.02065132 | Draft for review, 10/16/08, FDA Notification About Use of Surgical Mesh to<br>Treat Pelvic Organ Prolapse and Stress Urinary Incontinence Standby for<br>Media/Analyst Inquiries | Plaintiff's-916 | 9/21/2012 | Gorsky |
| ETH.MESH.02066770 and<br>ETH.MESH.02066771 | E-mail chain, top one dated 11 Apr 2008 | Plaintiff's-910 | 9/21/2012 | Gorsky |
| ETH.MESH.02089392 through<br>ETH.MESH.02089399 | Scientific Advisory Panel on Pelvic Floor Repair Preliminary Minutes Chicago,<br>IL June 22, 2001 | T-2146 | 8/20/2013 | Smith, Dan |
| ETH.MESH.02089392-99 | Scientific Advisory Panel on Pelvic Floor Repair Preliminary Minutes, 6/22/01 | Plaintiff's-347 | 2/28/2012 | D'Aversa |
| ETH.MESH.02089392-<br>ETH.MESH.02089399 | 8-page copy of document dated 6/22/01 entitled "Scientific Advisory Panel on<br>Pelvic Floor Repair, Preliminary Minutes" | T-2050 | 6/21/2013 | Selman |
| ETH.MESH.02091754 -<br>ETH.MESH.02091755 | Abstract entitled "Prospective Clinical Assessment of the Total Vaginal Mesh<br>(TVM) Technique for Treatment of Pelvic Organ Prolapse - 6 and 12 Month<br>Results" | Plaintiff's-707 | 4/26/2012 | Gauld |
| ETH.MESH.02091756 | ICS 2006 Abstract Form, "Prospective Clinical Assessment of the Trans Vaginal<br>Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse -- one-year<br>results of 175 Patients" | Plaintiff's-725 | 4/27/2012 | Gauld |
| ETH.MESH.02091867 -<br>ETH.MESH.02091869 | LIGHTning Clinical Strategy | Plaintiff's-712 | 4/26/2012 | Gauld |
| ETH.MESH.02091873 | One page document, Page 4 of 5 starts with "chronic toxicity" | T-2112 | 8/15/2013 | Barbolt |
| ETH.MESH.02092873 -02092877 | E-mail string, top one dated 9/6/07 | Plaintiff's-1129 | 9/21/2012 | Shen |
| ETH.MESH.02092878 -<br>ETH.MESH.02092891 | Johnson & Johnson Regenerative Therapeutics, LLC RESEARCH REPORT<br>titled "An Investigational Study of Swine Models to Evaluate Mesh Contraction<br>and Tissue Integration Over a 13 Week Period" | Plaintiff's-711 | 4/26/2012 | Gauld |
| ETH.MESH.02093326 | Document titled "Placeholder, Document produce din native format, Prolift<br>Value Dossier, European HE&R" | Plaintiff's-1123 | 9/21/2012 | Shen |
| ETH.MESH.02095169 through<br>ETH.MESH.02095172 | E-mail chain, top one dated 06 Sep 2005 | Plaintiff's-1372 | 9/11/2013 | London<br>Brown |
| ETH.MESH.02095169-72 | E-mail Thread, 9/6/05 | P-1372<br>(previously<br>marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.02095523 – 02095525;<br>02095587 - 02095590 | E-mail string, top one dated 9/21/05, with attached POPQ tables | Plaintiff's-1124 | 9/21/2012 | Shen |
| ETH.MESH.02095523 -<br>ETH.MESH.02095525 | E-mail chain | Plaintiff's-718 | 4/27/2012 | Gauld |
| ETH.MESH.02095523-25 | E-mail Thread, 9/21/05 | P-2005<br>(previously<br>marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.02095526 through<br>ETH.MESH.02095586 | Listings | Plaintiff's-852 | 9/6/2012 | Gauld |
| ETH.MESH.02095526-86 | Listing 1, Patients in Interim | Plaintiff's-1485 | 4/1/2014 | Hunsicker |
| ETH.MESH.02095587 through<br>ETH.MESH.02095590 | Tables | Plaintiff's-853 | 9/6/2012 | Gauld |
| ETH.MESH.02097287 | PowerPoint, "Factors related to  mesh shrinkage.What do we know? A review of<br>literature and internal studies" | Plaintiff's-1028 | 2/29/2012 | Volpe |

| Bates | Description | Exhibit | Date | Name |
|---|---|---|---|---|
| ETH.MESH.02101709 through ETH.MESH.02101719 | Consulting Agreement Requisition Form | T-0360 | 5/31/2013 | Weisberg |
| ETH.MESH.02105223 | PowerPoint, "Incontinence Platform WW Marketing Team Update August 19th," 33 pages | T-0898 | 7/22/2013 | Maree |
| ETH.MESH.02106139 and ETH.MESH.02106140 | E-mail chain, top one dated 27 Feb 2009 | T-0693 | 6/26/2013 | Hinoul |
| ETH.MESH.02106139 through 02106140 | E-mail string, top one dated 2/27/09 | T-3404 | 11/8/2013 | Gauld |
| ETH.MESH.02106156 | E-mail Thread, 3/2/09 Subject, Ensuring Internal Team Maintains TVT World Decision Confidential | T-1090 | 6/17/2013 | Beach |
| ETH.MESH.02108407 - ETH.MESH.02108408 | E-mail chain, top one dated 19 Aug 2009 | Plaintiff's-592 | 3/28/2012 | Zaddem |
| ETH.MESH.02108941-42 | E-mail, 9/26/11 Subject, Approved Post-FDA Customer Communication ETH.MESH.02108941-42 | Henderson-4G | 8/27/2015 | Henderson, Matt |
| ETH.MESH.02113436 - ETH.MESH.01636060 - ETH.MESH.01636061 | GYNECARE Copy Review Submission Form | Plaintiff's-390 | 3/1/2012 | Hall |
| ETH.MESH.02122903 - 02122905 | 5/26/09 e-mail string from Carolyn Brennan to Jason Hernandez with attachment | T-0978 | 7/25/2013 | Robinson |
| ETH.MESH.02122903 and ETH.MESH.02122904 | E-mail chain, plus attachment, top one dated 26 May 2009 | T-3078 | 8/8/2013 | Yale |
| ETH.MESH.02132924 through ETH.MESH.02132928 | Article entitled "Factors determining the adoption of innovative needle suspension techniques with mesh to treat urogenital prolapse: a conjoint analysis study" by Piet Hinoul, et al., | T-0727 | 6/27/2013 | Hinoul |
| ETH.MESH.02133843 - ETH.MESH.02134042 | Final Report, PSE Accession No. 02-0079 | Plaintiff's-544 | 3/21/2012 | Hutchinson |
| ETH.MESH.02134043 - ETH.MESH.02134054 | Article entitled "Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair" | Plaintiff's-555 | 3/21/2012 | Hutchinson |
| ETH.MESH.02134271 through 2134273 | Ethicon document marked Draft, "Mechanisms of Cytotoxicity for TVT Polypropylene Mesh" | T-2132 | 8/15/2013 | Barbolt |
| ETH.MESH.02134312 - ETH.MESH.02134314 | Biocompatibility Risk Assessment for the GYNECARE TVT Obturator, December 5, 2003 | Plaintiff's-558 | 3/21/2012 | Hutchinson |
| ETH.MESH.02135955 through ETH.MESH.02135968 | Gynecare TVT Secur System Design Validation Report (Product) Report #TVTSDVLPRD1 | T-0446 | 6/5/2013 | Smith, Dan |
| ETH.MESH.02136060 through ETH.MESH.02136073 | Gynecare TVT Secury System Design Validation Report (Product) Report #TVTSDVLPRD1 | Plaintiff's-1390 | 9/12/2013 | London Brown |
| ETH.MESH.02138454 - 55 | E-mail chain, top one dated 22 Apr 2009 | Plaintiff's-948 | 10/2/2012 | Burkley |
| ETH.MESH.02148431 - ETH.MESH.02148432 | E-mail chain, top one dated 22 Apr 2009 | Plaintiff's-590 | 3/28/2012 | Zaddem |
| ETH.MESH.02148431 - ETH.MESH.02148460 | 2-page copy of E-mail dated 4/22/09 to Jonathan Meek, et al., from Dr. Joerg Holste, plus attachments | T-1199 | 7/29/2013 | Holste |
| ETH.MESH.02148446-59 | An article entitled "The Lightweight and Large Porous Mesh Concept For Hernia Repair" | T-3518 | 1/15/2014 | Hinoul |
| ETH.MESH.02151811 through 02151812 | E-mail string, top one dated 12/11/07 | T-0817 | 7/16/2013 | Mahmoud |
| ETH.MESH.02151903 | Article entitled "The lightweight and light porous mesh concept for hernia repair" | Plaintiff's-594 | 3/28/2012 | Zaddem |
| ETH.MESH.02151903 through ETH.MESH.02151917 | Article entitled "The lightweight and large porous mesh concept for hernia repair" | Plaintiff's-963 | 10/2/2012 | Burkley |
| ETH.MESH.02154877 through ETH.MESH.02154881 | E-mail chain, top one dated November 03, 2007 | T-1158 | 7/12/2013 | Beath |
| ETH.MESH.02154877-81 | E-mail Thread, 11/6/07 Subject, Discuss Australian Regulator (TVT Secur Performance) | T-1096 | 6/17/2013 | Beach |
| ETH.MESH.02157878 | Email attaching Intermediate Mesh Report by Klosterhalfen | Plaintiff's-698 | 4/18/2012 | Kirkemo |
| ETH.MESH.02157878-80 | E-mail, 9/9/09, to Meek and others from Meier | T-1107 | 6/20/2013 | Vailhe, C |
| ETH.MESH.02157879 - ETH.MESH.02157880 | Intermediate Report - Prolift Mesh Explants - Histological exam, different manufacturers presented very consistent complications profile | Plaintiff's-699 | 4/18/2012 | Kirkemo |
| ETH.MESH.02157879 and ETH.MESH.02157880 | Intermediate Report -- Prolapse Mesh Explants 6/2009 | T-0280 | 5/22/2013 | Burkley |
| ETH.MESH.02157879- ETH.MESH.02157880 | 2-page copy of document entitled "Intermediate Report - Prolapse Mesh Explants 6/2009" | T-1211 | 7/30/2013 | Holste |
| ETH.MESH.02157879 to 7880 | Intermediate Report - Prolapse Mesh Explants 6/2009 | Plaintiff's-1310 | 12/15/2012 | Holste |
| ETH.MESH.02168965 | E-mail dated 3/16/09 [ETH.MESH.02168965] | Divilio-17 | 10/30/2014 | Divilio |
| ETH.MESH.02180737 | E-mail dated 24 Jun 2003 | T-0248 | 5/16/2013 | Smith, Dan |
| ETH.MESH.02180759 through ETH.MESH.02180761 | 3/29/04 Letter from de Leval to Angellini, et al, ETH.MESH.02180759 through ETH.MESH.02180761 (Previously Marked T 659) | P-45 (Previously Marked T 659) | 8/20/2014 | Peebles |
| ETH.MESH.02180759 thru ETH.MESH.02180761 | March 29, 2004 letter to multiple recipients from Professor Jean de Leval | T-0659 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.02180826 and ETH.MESH.02180827 | E-mail chain, top one dated 12 Nov 2004 | T-0368 | 5/31/2013 | Weisberg |
| ETH.MESH.02180826-27 | E-mail Thread 11/12/04 Subject, TR: Mesh Fraying: Dr. Eberhard Letter | T-2256 | 1/8/2014 | Barbolt |
| ETH.MESH.02180828 through 2180830 | Telefax dated 11/10/04, TVT blue with attachment | T-2116 | 8/15/2013 | Barbolt |

| | | | |
|---|---|---|---|
| ETH.MESH.02180828 through ETH.MESH.02180830 | Fax dated November 10th, 2004 | T-0367 | 5/31/2013 | Weisberg |
| ETH.MESH.02180828-30 | Telefax, 11/10/04 Letter from Eberhard In German | T-2257 | 1/8/2014 | Barbolt |
| ETH.MESH.02180833 | Translation of PD Doctor Eberhard's letter of 18.10.04 | T-0369 | 5/31/2013 | Weisberg |
| ETH.MESH.02182839 through ETH.MESH.02182844 | Completion Report, Design Verification for Soft Prolene Mesh/Mesh Curling [ETH.MESH.02182839 through ETH.MESH.02182844] | Divilio-8 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.02183019-29 | GyneMesh PROLENE Soft Mesh Product Description Document | Plaintiffs-344 | 2/28/2012 | D'Aversa |
| ETH.MESH.02183533 - 36 | E-mail chain, top one dated 22 Apr 2003 | Plaintiff's-949 | 10/2/2012 | Burkley |
| ETH.MESH.02183537 | Spreadsheets, 7 pages | Plaintiff's-950 | 10/2/2012 | Burkley |
| ETH.MESH.02183775 - ETH.MESH.02183777 | Article entitled "Are Meshes With Lightweight Construction Strong Enough?" | Plaintiff's-553 | 3/21/2012 | Hutchinson |
| ETH.MESH.02183884 and ETH.MESH.02183885 | E-mail dated 04 Feb 2008 | Plaintiff's-955 | 10/2/2012 | Burkley |
| ETH.MESH.02184130 to 38 | E-Mail Chain ending 29 May 2008 and Attachment | Plaintiff's-1302 | 12/15/2012 | Holste |
| ETH.MESH.02184130 through ETH.MESH.02184138 | E-mail chain, top one dated 29 May 2008 | Plaintiff's-969 | 10/2/2012 | Burkley |
| ETH.MESH.02184131 | Article entitled "New Objective Measurement to Characterize the Porosity of Textile Implants" | Plaintiff's-600 | 3/28/2012 | Zaddem |
| ETH.MESH.02184435 and ETH.MESH.02184436 | E-mail chain, top one dated 03 Apr 2009 | T-0269 | 5/22/2013 | Burkley |
| ETH.MESH.02184939 through ETH.MESH.02184949 | E-mail chain, top one dated 17 Feb 2010 | Plaintiff's-883 | 9/18/2012 | Hinoul |
| ETH.MESH.02185004 | E-mail chain, top one dated 27 April 2010 | T-0309 | 5/23/2013 | Burkley |
| ETH.MESH.02185583 - ETH.MESH.02185605 | E-mail dated 25 Mar 2011, and attachment | Plaintiff's-1016 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.02185584 through ETH.MESH.02185605 | Biomechanical consideration for Pelvic floor mesh design | T-3264 | 9/25/2013 | Arnaud |
| ETH.MESH.02185584 to -605 | Biomechanical Consideration for Pelvic Floor Mesh Design | T-3235 | 9/19/2013 | Trzewik |
| ETH.MESH.02185584-605 | Document entitled "Biomechanical consideration for Pelvic floor mesh design," 2/16/11 | T-1122 | 6/21/2013 | Vailhe, C |
| ETH.MESH.02189932 - ETH.MESH.02189935 | E-mail chain | Plaintiff's-610 | 3/28/2012 | Zaddem |
| ETH.MESH.02189932 to -935 | E-mail string | T-3240 | 9/19/2013 | Trzewik |
| ETH.MESH.02189932-35 | E-mail string, 9/7/07-9/10/07 | T-3296 | 10/3/2013 | Parisi |
| ETH.MESH.02195768 - ETH.MESH.02195782 | Clinical Expert Report, Gynecare Prolift+M® Pelvic Floor Repair System | Plaintiff's-487 | 3/8/2012 | Walji |
| ETH.MESH.02200941 - ETH.MESH.02200948 | PD 02/1-2-1 Final Report | Plaintiff's-551 | 3/21/2012 | Hutchinson |
| ETH.MESH.02200949 - ETH.MESH.02200958 | PD 02/1-2-6 Final Report | Plaintiff's-552 | 3/21/2012 | Hutchinson |
| ETH.MESH.02200959 - ETH.MESH.02200993 | Final Report, PSE Accession No. 00-0035 | Plaintiff's-546 | 3/21/2012 | Hutchinson |
| ETH.MESH.02200994 - ETH.MESH.02200995 | Memo dated February 16th, 2006 | Plaintiff's-559 | 3/21/2012 | Hutchinson |
| ETH.MESH.02201057 - ETH.MESH.02201058 | Memo dated September 12, 2003 | Plaintiff's-557 | 3/21/2012 | Hutchinson |
| ETH.MESH.02212593 | Slide entitled "Importance of Mesh Construction and Properties to the Tissue Repair Patient" - two pages | Plaintiff's-959 | 10/2/2012 | Burkley |
| ETH.MESH.02212596 | PowerPoint, "Mesh Testing, Elizabeth Vailhe, November 14, 2007" | Plaintiff's-1000 | 2/24/2012 | Vailhe, E. |
| ETH.MESH.02216612-13 | Letter, 12/2/99, to Rousseau from Barbolt | Plaintiff's-352 | 2/28/2012 | D'Aversa |
| ETH.MESH.02218268 | PowerPoint, "TOPA & SCION PA Alignment, August 2010," 25 pages | T-2182 | 8/21/2013 | Smith, Dan |
| ETH.MESH.02218436-9 | TVTOPAC Cadaver Lab Report, April 22, 2011 | T-3511 | 1/14/2014 | Hinoul |
| ETH.MESH.02219202 - ETH.MESH.02219210 | 9-page copy of document entitled "Material Specification for TVT Prolene Polypropylene Mesh Roll Stock" | T-1196 | 7/29/2013 | Holste |
| ETH.MESH.02219209 to -210 | Material Specification for TVT Prolene Polypropylene Mesh Roll Stock | T-1249 (previously marked) | 9/18/2013 | Trzewik |
| ETH.MESH.02225848 - 02225871 | Document titled "Textile Analysis of Heavyweight, Midweight and Lightweight Polypropylene Mesh In A Porcine Ventral Hernia Model | Plaintiff's-1120 | 9/21/2012 | Shen |
| ETH.MESH.02227221-22 | E-mail, 4/8/08, to Meier and others from Holste | T-1106 | 6/20/2013 | Vailhe, C |
| ETH.MESH.02227224 | Thunder Meeting 5/9/08 | Plaintiff's-1100 | 9/11/2012 | Pruden |
| ETH.MESH.02232854-74 | Document entitled "Gynecare Prolift+M Pelvic Floor Repair System, Advanced User Discussion" | T-1045 | 6/5/2013 | Parisi |
| ETH.MESH.02232930 - ETH.MESH.02232936 | 7-page copy of article dated 6/28/01 entitled "Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model" | T-4004 | 9/12/2013 | Hellhammer |
| ETH.MESH.02232930 through ETH.MESH.02232936 | Article entitled "Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model" | Plaintiff's-890 | 9/19/2012 | Hinoul |
| ETH.MESH.02233126-187 | Document entitled Gynecare Prolift+M Pelvic Floor Repair System" | T-1046 | 6/5/2013 | Parisi |
| ETH.MESH.02236180 - ETH.MESH.02236187 | Patient pamphlet, in color, "Treatment Options for Stress Urinary Incontinence, stop coping. start living." | T-0164 | 5/2/2013 | Lin |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.02236180-<br>ETH.MESH.02236187 | 8-page copy of document entitled "Treatment Options for Stress Urinary Incontinence" | T-1032 | 5/30/2013 | Henderson |
| ETH.MESH.02237103 -<br>ETH.MESH.02237104 | 2-page copy of document entitled "Gynecare TVT Family of Products Tension-free Support for Incontinence" | T-1350a | 12/20/2013 | Hart |
| ETH.MESH.02243120-24 | Memo, 6/27/05, to Smith from Hojnoski | T-0563 | 6/14/2013 | Paine |
| ETH.MESH.02248778 | PowerPoint entitled "Mechanical vs. 'Machine'-cut Mesh, January 19, 2005," 11 pages | T-3433 | 12/3/2013 | Kammerer |
| ETH.MESH.02248848 | PowerPoint, "Gynecare TVT SECUR" | T-0927 | 7/24/2013 | Robinson |
| ETH.MESH.02249382 | PowerPoint, "Worldwide Quality and Regulatory 2008 Business Plan, September 12, 2007," 3 pages | T-0022 | 4/3/2013 | Lamont |
| ETH.MESH.02249524 through<br>ETH.MESH.02249526 | E-mail chain, top one dated 20 May 2009 | T-1169 | 7/12/2013 | Beath |
| ETH.MESH.02249561-69 | Group of documents | Plaintiffs-1056 | 3/27/2012 | Beath |
| ETH.MESH.02249593 | E-mail dated 11/25/08, Subject: RE: Post Market Surveillance Steering Committee Kick-off | T-0797 | 7/15/2013 | Mahmoud |
| ETH.MESH.02249594 | Slide deck, Lifecycle Approach, Risk Management, Post Market Surveillance | T-0798 | 7/15/2013 | Mahmoud |
| ETH.MESH.02249638 -<br>ETH.MESH.02249665 | Documents | T-3340 | 11/5/2013 | Isenberg |
| ETH.MESH.02249638 through<br>ETH.MESH.02249642 | E-mail chain, top one dated 09 May 2002 | T-1176 | 7/12/2013 | Beath |
| ETH.MESH.02249668<br>through ETH.MESH.02249688 | Medical Device Auditing & Consulting, Inc. Spreadsheet | T-3065 | 8/7/2013 | Yale |
| ETH.MESH.02250914<br>through ETH.MESH.02250945 | All Active CAPA's | T-1177 | 7/12/2013 | Beath |
| ETH.MESH.02252263 -<br>ETH.MESH.02252277 | E-mail chain, top one dated 25 Nov 2010, with attachment | Plaintiffs-770 | 5/24/2012 | Lamont |
| ETH.MESH.02252487 -<br>ETH.MESH.02252492 | CAPA Summary, QA/RA Summary, 14 Feb 2011 | Plaintiffs-771 | 5/24/2012 | Lamont |
| ETH.MESH.02252640 through<br>ETH.MESH.02252642 | E-mail chain, top one dated 30 Mar 2011 | T-1179 | 7/12/2013 | Beath |
| ETH.MESH.02252791 through<br>ETH.MESH.02252797 | E-mail chain, top one dated May 17, 2011 | Plaintiffs-882 | 9/18/2012 | Hinoul |
| ETH.MESH.02253078 and<br>ETH.MESH.02253079 | E-mail chain, top one dated 14 Jul 2011 | T-1180 | 7/12/2013 | Beath |
| ETH.MESH.02253165 -<br>ETH.MESH.02253168 | E-mail chain, top one dated 01 Aug 2011 | Plaintiffs-775 | 5/24/2012 | Lamont |
| ETH.MESH.02253333 through<br>ETH.MESH.02253415 | Surgical Mesh for Treatment of Women with Pelvic Organ Prolapse and Stress Urinary Incontinence FDA Executive Summary, Obstetrics & Gynecology Devices Advisory Committee Meeting, September 8-9, 2011 | T-1183 | 7/12/2013 | Beath |
| ETH.MESH.02254042 | E-mail chain, top one dated 16 Nov 2009 | T-1171 | 7/12/2013 | Beath |
| ETH.MESH.02254357-60 | E-mail Thread, 10/27/10 | Plaintiffs-1105 | 9/11/2012 | Pruden |
| ETH.MESH.02268613 and<br>ETH.MESH.02268614 | E-mail chain, top one dated 03 Feb 2003 | T-0304 | 5/23/2013 | Burkley |
| ETH.MESH.02268618 through<br>ETH.MESH.02268621 | E-mail chain, top one dated 21 Feb 2003 | T-0305 | 5/23/2013 | Burkley |
| ETH.MESH.02270214-15 | E-mail string, 8/31/04-9/1/04 | Plaintiffs-1057 | 3/27/2012 | Beath |
| ETH.MESH.02270607 | E-mail chain, top one dated 08 Aug 2005 | Plaintiffs-1212 | 11/2/2012 | Lucente |
| ETH.MESH.02270724 | E-mail chain | Plaintiffs-620 | 3/29/2012 | Ciarrocca |
| ETH.MESH.02270766 -<br>ETH.MESH.02270767 | E-mail chain | Plaintiffs-621 | 3/29/2012 | Ciarrocca |
| ETH.MESH.02270823 -<br>ETH.MESH.02270825 | E-mail chain | Plaintiffs-608 | 3/28/2012 | Zaddem |
| ETH.MESH.02270857 | E-mail from Laura Angelini to a number of people at Ethicon dated 07/16/2004 ETH.MESH.02270857 | T-3749 | 6/19/2015 | Angelini |
| ETH.MESH.02270857-02270858 | Email chain, top dated 07/16/2004 | Plaintiffs-3005 | 9/13/2012 | Owens |
| ETH.MESH.02270949 - 02270951 | 12/303 e-mail string from Zenobia Walji to Scott Ciarrocca | T-0923 | 7/24/2013 | Robinson |
| ETH.MESH.02271018 | 3/25/05 e-mail string from Charlotte Owens to Scott Ciarrocca | T-0973 | 7/25/2013 | Robinson |
| ETH.MESH.02273358-02273359 | Email chain, top dated 10/15/2004 | Plaintiffs-3009 | 9/13/2012 | Owens |
| ETH.MESH.02280291 | Typewritten document by Martin Weisberg, M.D., 8/12/03 | Plaintiffs-1085 | 5/24/2012 | Weisberg |
| ETH.MESH.02280771-02280772 | Email chain, top dated 12/03/2004 | Plaintiffs-3001 | 9/12/2012 | Owens |
| ETH.MESH.02281697 -<br>ETH.MESH.02281705 | General Procedure, Title: FMEA, Spec #EPG05 | Plaintiffs-628 | 3/30/2012 | Ciarrocca |
| ETH.MESH.02282833 -<br>ETH.MESH.02282834 | Email regarding TVM – First training – key learnings. | Plaintiffs-625 | 3/30/2012 | Ciarrocca |
| ETH.MESH.02283684 -<br>ETH.MESH.02283685 | E-mail chain | Plaintiffs-613 | 3/29/2012 | Ciarrocca |
| ETH.MESH.02283705 | E-mail chain | Plaintiffs-614 | 3/29/2012 | Ciarrocca |
| ETH.MESH.02283781 -<br>ETH.MESH.02283782 | E-mail chain | Plaintiffs-631 | 3/30/2012 | Ciarrocca |
| ETH.MESH.02286052 -<br>ETH.MESH.02286053 | E-mail chain re changes need to be made to Prolift IFU to include interference with sexual intercourse | Plaintiffs-619 | 3/29/2012 | Ciarrocca |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.02286052 and ETH.MESH.02286053 ETH.MESH.02286052- ETH.MESH.02286053 | E-mail chain, top one dated 13 Jan 2005 O'Bryan S email chain re IFU Prolift | Plaintiff's-941 | 9/27/2012 | Paine |
| ETH.MESH.02310653 through ETH.MESH.02310657 | E-mail dated 21 Oct 2008 | T-0723 | 6/27/2013 | Hinoul |
| ETH.MESH.02310653 through ETH.MESH.02310657 | E-mail chain, top one dated 21 Oct 2008, with attachment | T-3118 | 8/9/2013 | Weisberg |
| ETH.MESH.02311298 - ETH.MESH.02311300 | Postmarket Surveillance Plan | Plaintiff's-640 | 4/4/2012 | Lamont |
| ETH.MESH.02311304 - ETH.MESH.02311307 | E-mail from Vijay Madikonda | Plaintiff's-643 | 4/4/2012 | Lamont |
| ETH.MESH.02311368 - ETH.MESH.02311372 | Risk Management Plan Ethicon Inc. - Legacy Devices, Document Name (#): RMP-0000001, Revision: 02 | Plaintiff's-762 | 5/24/2012 | Lamont |
| ETH.MESH.02311737 - ETH.MESH.02311745 | Franchise Procedure for Evaluation of Clinical Data for CE-Marking | Plaintiff's-642 | 4/4/2012 | Lamont |
| ETH.MESH.02311752 - ETH.MESH.02311797 | E-mail from D. Lamont to L. Vellucci | Plaintiff's-636 | 4/4/2012 | Lamont |
| ETH.MESH.02311808 - ETH.MESH.02311833 | E-mail from D. Lamont to L. Meyer | Plaintiff's-637 | 4/4/2012 | Lamont |
| ETH.MESH.02311834 - ETH.MESH.02311837 | 2011 PMS Pilot Protocol for EWH&U | Plaintiff's-638 | 4/4/2012 | Lamont |
| ETH.MESH.02313931 | PowerPoint, "Continence Health European Experts Meeting," 49 pages | T-0874 | 7/20/2013 | Arnaud |
| ETH.MESH.0216936-38 | Email | Plaintiff's-806 | 8/23/2012 | Robinson |
| ETH.MESH.02318118 - 02318119 | E-mail string, top one dated 5/1/06 | Plaintiff's-1130 | 9/21/2012 | Shen |
| ETH.MESH.02319001 | PowerPoint entitled Tissue Reaction and Integration of Polypropylene-Based Surgical Mesh in Rats | | 12/15/2012 | Holste |
| ETH.MESH.02319312 through ETH.MESH.02319315 | Memo dated 2/23/2006 | T-3429 | 12/3/2013 | Kammerer |
| ETH.MESH.02319408 with attachment Bates No. ETH.MESH.02319409 | 4/17/07 e-mail from David Robinson to Cyrus Guidry | T-1286 | 9/11/2013 | Robinson |
| ETH.MESH.02322544 through 02322546 | E-mail string, top one dated 7/21/09 | T-0828 | 7/16/2013 | Mahmoud |
| ETH.MESH.02324740 | Primary Sales School Final Certification/Graduation Expectations | T-0596 | 6/18/2013 | Mahar |
| ETH.MESH.02330854-74 | Case report form, Subject ID, 10003 | Plaintiff's-816 | 8/23/2012 | Robinson |
| ETH.MESH.02331030-53 | Case report form, Subject ID, 10010 | Plaintiff's-814 | 8/23/2012 | Robinson |
| ETH.MESH.02331310-34 | Case report form, Subject ID, 10021 | Plaintiff's-815 | 8/23/2012 | Robinson |
| ETH.MESH.02331443-59 | Case report form, Subject ID, 10026 | Plaintiff's-813 | 8/23/2012 | Robinson |
| ETH.MESH.02340306 | 12/22/03-2/11/05 TVT Retropubic IFU Beginning with ETH.MESH.02340306 | Plaintiff's-1643 | 11/12/2015 | Weisberg |
| ETH.MESH.02340331 through ETH.MESH.02340335 | Tension-free Vaginal Tape (TVT) System - Instructions for Use | T-2140 | 8/20/2013 | Smith, Dan |
| ETH.MESH.02340402 through ETH.MESH.02340470 | Gynecare TVT product insert | T-0018 | 3/13/2013 | Lin |
| ETH.MESH.02340471 | 2/11/05-4/7/06 TVT Retropubic IFU Beginning with ETH.MESH.02340471 | Plaintiff's-1644 | 11/12/2015 | Weisberg |
| ETH.MESH.02340504 | 10/13/08-11/23/10 TVT Retropubic IFU Beginning with ETH.MESH.02340504 | Plaintiff's-1646 | 11/12/2015 | Weisberg |
| ETH.MESH.02340504 - 02340567 | Gynecare TVT Instructions for Use | T-1278 | 9/11/2013 | Robinson |
| ETH.MESH.02340504 through 02340560 | Gynecare TVT Instructions | T-0800 | 7/15/2013 | Mahmoud |
| ETH.MESH.02340504-05, ETH.MESH.02340528-67 | 2008 TVT® label | T-0141 | 4/25/2013 | Lisa |
| ETH.MESH.02340529-0533 | Instructions for Use, Gynecare TVT System | T-2246 | 1/7/2014 | Barbolt |
| ETH.MESH.02340568 - 02340590 | TVT SECUR package insert | T-0940 | 7/24/2013 | Robinson |
| ETH.MESH.02340568 through 02340755 | Gynecare TVT Secur Instructions | T-0802 | 7/15/2013 | Mahmoud |
| ETH.MESH.02340568 through 02340755 | Gynecare TVT Secur System (2005) | T-3048 | 8/1/2013 | Lin |
| ETH.MESH.02340568 through ETH.MESH.02340591 | Gynecare TVT SECUR System Instructions for Use | T-0905 | 7/22/2013 | Maree |
| ETH.MESH.02340568 thru ETH.MESH.02340590 | Gynecare TVT Secur System | T-0635 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.02340568 to 02340590 | IFU for Gynecare TVT Secur | T-0763 | 7/11/2013 | Pattyson |
| ETH.MESH.02340568 through ETH.MESH.02340590 | Gynecare TVT Secur System IFU | T-0853 | 7/19/2013 | Arnaud |
| ETH.MESH.02340568-55 | Gynecare TVT-Secur Brochure | T-0143 | 4/25/2013 | Lisa |
| ETH.MESH.02340568-90 | Document entitled "Gynecare TVT SECUR System, Tension-free Support for Incontinence" | T-3279 | 10/2/2013 | Parisi |
| ETH.MESH.02340568- ETH.MESH.02340590 | 23-page copy of document entitled "Gynecare TVT Secur System" | T-2027 | 6/20/2013 | Selman |
| ETH.MESH.02340756 through ETH.MESH.02340763 | 3/7/05-5/19/05 TVT Obturator IFU, ETH.MESH.02340756 through ETH.MESH.02340763 | Plaintiff's-1651 | 11/12/2015 | Weisberg |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.02340829 through ETH.MESH.02340835 | 1/7/04-3/4/05 TVT Obturator IFU, ETH.MESH.02340829 through ETH.MESH.02340835 | Plaintiff's-1650 | 11/12/2015 | Weisberg |
| ETH.MESH.02340829 thru ETH.MESH.02340901 | Gynecare TVT Obturator System | T-0643 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.02340829 through ETH.MESH.02340835 | Gynecare TVT Obturator System IFU | T-0337 | 5/30/2013 | Weisberg |
| ETH.MESH.02340902-ETH.MESH.02340908 | TVT-O Instructions for Use | T-3468 | 1/7/2014 | Kirkemo |
| ETH.MESH.02340974 through 02341046 | Gynecare TVT* Obturator System label from May 25th, 2005 to April 29th, 2008 | T-0803 | 7/15/2013 | Mahmoud |
| ETH.MESH.02340974 through ETH.MESH.02340980 | 5/25/05-4/29/08 TVT Obturator IFU, ETH.MESH.02340974 through ETH.MESH.02340980 | Plaintiff's-1652 | 11/12/2015 | Weisberg |
| ETH.MESH.02340974 through ETH.MESH.02340980 | Gynecare TVT Obturator System Instructions for Use | T-3438 | 12/5/2013 | Kammerer |
| ETH.MESH.02340974-80 | Gynecare TVT Obturator System IFU | T-0560 | 6/14/2013 | Paine |
| ETH.MESH.02341047-54, ETH.MESH.02341115-18 | 2008 TVT-O label | T-0142 | 4/25/2013 | Lisa |
| ETH.MESH.02341203 through ETH.MESH.02341213 | 9/10/10-11/27/14 TVT Abbrevo IFU, ETH.MESH.02341203 through ETH.MESH.02341213 | Plaintiff's-1657 | 11/13/2015 | Weisberg |
| ETH.MESH.02341203-ETH.MESH.02341213 | TVT Abbrevo Instructions for Use | T-3469 | 1/7/2014 | Kirkemo |
| ETH.MESH.02341398-453 | Prosima IFU ETH.MESH.02341398-453 | Henderson-10 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.02341454 through 02341465 | Gynecare Prolift, Total Pelvic Floor Repair System | Plaintiff's-1151 | 10/10/2012 | Barbolt |
| ETH.MESH.02341454 through ETH.MESH.02341459 | Gynecare Prolift Instructions for Use | Plaintiff's-931 | 9/27/2012 | Paine |
| ETH.MESH.02341454 through ETH.MESH.02341459 | Gynecare Prolift Instructions for Use | Plaintiff's-977 | 10/3/2012 | Chen |
| ETH.MESH.02341454-521 | Prolift® IFU | T-0105 | 4/25/2013 | Lisa |
| ETH.MESH.02341454-59 | Gynecare Prolift Instructions for use | Plaintiff's-1055 | 3/27/2012 | Beath |
| ETH.MESH.02341522 | Gynecare Prolift Instructions for Use | Plaintiff's-822 | 8/23/2012 | Robinson |
| ETH.MESH.02341522 | 2004 Prolift IFU | Plaintiff's-756 | 5/18/2012 | O'Bryan |
| ETH.MESH.02341522 - 02341527 | Gynecare Prolift '05 IFU | Plaintiff's-1121 | 9/21/2012 | Shen |
| ETH.MESH.02341522 - ETH.MESH.02341527 | Gynecare Prolift* Instructions for Use | Plaintiff's-420 | 3/5/2012 | Bonet |
| ETH.MESH.02341522 through ETH.MESH.02341527 | Gynecare PROLIFT IFU | Plaintiff's-889 | 9/19/2012 | Hinoul |
| ETH.MESH.02341522 through ETH.MESH.02341527 | Gynecare Prolift Instructions for Use | Plaintiff's-976 | 10/3/2012 | Chen |
| ETH.MESH.02341522-02341527 | Gynecare Prolift IFU | Plaintiff's-3004 | 9/12/2012 | Owens |
| ETH.MESH.02341522-89 | Prolift® IFU | T-0104 | 4/25/2013 | Lisa |
| ETH.MESH.02341734 through ETH.MESH.02341740 | Gynecare Prolift Instructions for Use | Plaintiff's-932 | 9/27/2012 | Paine |
| ETH.MESH.02341734 through ETH.MESH.02341740 | Gynecare Prolift Instructions for Use | Plaintiff's-978 | 10/3/2012 | Chen |
| ETH.MESH.02341734-809 | Prolift® IFU | T-0106 | 4/25/2013 | Lisa |
| ETH.MESH.02342194 | 2003 Gynecare Gynemesh PS Label; all languages | Plaintiff's-757 | 5/18/2012 | O'Bryan |
| ETH.MESH.02342194 through ETH.MESH.02342196 | 3/23/03-3/30/06 Gynemesh PS IFU, ETH.MESH.02342194 through ETH.MESH.02342196 | Plaintiff's-1629 | 11/12/2015 | Weisberg |
| ETH.MESH.02342194 to -217 | Gynecare Gynemesh PS IFU | T-3238 | 9/19/2013 | Trzewik |
| ETH.MESH.02342218 through ETH.MESH.02342220 | 12/8/08-4/14/14 Gynemesh PS IFU, ETH.MESH.02342218 through ETH.MESH.02342220 | Plaintiff's-1633 | 11/12/2015 | Weisberg |
| ETH.MESH.02342218 through ETH.MESH.02342220 | Gynecare Prolift Instructions for Use | Plaintiff's-934 | 9/27/2012 | Paine |
| ETH.MESH.02342250 through ETH.MESH.02342252 | 12/18/08-11/20/10 Gynemesh PS IFU, ETH.MESH.02342250 through ETH.MESH.02342252 | Plaintiff's-1631 | 11/12/2015 | Weisberg |
| ETH.MESH.02342278 | 2003 Gynecare Gynemesh PS Label; all languages | Plaintiff's-758 | 5/18/2012 | O'Bryan |
| ETH.MESH.02342278 through ETH.MESH.02342280 | 3/31/06-12/11/08 Gynemesh PS IFU, ETH.MESH.02342278 through ETH.MESH.02342280 | Plaintiff's-1630 | 11/12/2015 | Weisberg |
| ETH.MESH.0234708-09 | A Special Invitation To Enhance Your Practice | Plaintiff's-1320 | 8/12/2013 | Amin |
| ETH.MESH.02347108-14 | Draft letter with attachments | T-0084 | 4/17/2013 | Hojnoski |
| ETH.MESH.02347160 - ETH.MESH.02347161 | Product Pointer, ICS Abstract 121 | Plaintiff's-423 | 3/6/2012 | Bonet |
| ETH.MESH.02347162 | Product Pointer, ICS Abstract 686 | Plaintiff's-425 | 3/6/2012 | Bonet |
| ETH.MESH.02347163 - ETH.MESH.02347166 | Product Pointer, ICS Abstract 406 | Plaintiff's-426 | 3/6/2012 | Bonet |
| ETH.MESH.02347175 - ETH.MESH.02347181 | Brochure, "Pelvic Organ Prolapse, Get the Facts, Be Informed, Make Your Best Decision" | Plaintiff's-427 | 3/6/2012 | Bonet |
| ETH.MESH.02347206-07 | One Day is All It takes to Stop Urinary Incontinence Bonnie Blair | Plaintiff's-1322 | 8/12/2013 | Amin |
| ETH.MESH.02347208-09 | Gynecare TVT Invitation | T-0091 | 4/17/2013 | Hojnoski |
| ETH.MESH.02347218 | Document entitled "Talking Points for B.Blair/LMT Highlights Reel" | T-0093 | 4/17/2013 | Hojnoski |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.02412690 through ETH.MESH.02412699 | Case Report Form | Plaintiff's-904 | 9/19/2012 | Hinoul |
| ETH.MESH.02587926 | PowerPoint, 13 pages | Plaintiff's-968 | 10/2/2012 | Burkley |
| ETH.MESH.02588170 through ETH.MESH.02588180 | Typed notes | Plaintiff's-967 | 10/2/2012 | Burkley |
| ETH.MESH.02588182 | PowerPoint | T-3244 | 9/19/2013 | Trzewik |
| ETH.MESH.02588301 to 8303 | Document in German dated 27.06.2010 | | 12/15/2012 | Holste |
| ETH.MESH.02588977 and ETH.MESH.02588978 | ERM team meeting Minutes, December 14, 2010 | T-0283 | 5/23/2013 | Burkley |
| ETH.MESH.02589032 through ETH.MESH.02589079 | Investigating Mesh Erosion in Pelvic Floor Repair, report dated 18 May 2011 | Plaintiff's-874 | 9/18/2012 | Hinoul |
| ETH.MESH.02589032 through ETH.MESH.02589079 | "Investigating Mesh Erosion in Pelvic Floor Repair," 18 May 2011 | T-0285 | 5/23/2013 | Burkley |
| ETH.MESH.02589032-79 | PowerPoint entitled "Investigating Mesh Erosion in Pelvic Floor Repair," 5/18/11 | T-1114 | 6/21/2013 | Vailhe, C |
| ETH.MESH.02592432 through ETH.MESH.02592435 | Letter dated November 16, 2011 | T-0687 | 6/26/2013 | Hinoul |
| ETH.MESH.02599329 and ETH.MESH.02599330 | E-mail chain, top one dated 02 Aug 2010 | T-0695 | 6/26/2013 | Hinoul |
| ETH.MESH.02601176 and ETH.MESH.02601177 | E-mail chain, top one dated 18 Nov 2009 | Plaintiff's-871 | 9/6/2012 | Gauld |
| ETH.MESH.02601701 - 02601712 | Article titled "Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse: Systematic review and meta-analysis" | Plaintiff's-1133 | 9/21/2012 | Shen |
| ETH.MESH.02601701 -through 02601712 | Article titled "Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse:  Systematic review and meta-analysis" | Plaintiff's-1132 | 9/21/2012 | Shen |
| ETH.MESH.02601785 | E-mail dated 03 May 2010 | T-0698 | 6/26/2013 | Hinoul |
| ETH.MESH.02603008-13 | E-mail dated 8/16/10 to Greg Prine from Scott Finley | Plaintiff's-344Z | 9/11/2012 | Meek |
| ETH.MESH.02614726 through 4733 | Report, PSE ACCESSIQN NO. 97-0174. PROJECT NO, 16672 | T-3332 | 10/30/2013 | Chen, Meng |
| ETH.MESH.02614776 to 4799 | Ethicon Final Report, PSE-02-0576, Dated November 25, 2003 | | 12/15/2012 | Holste |
| ETH.MESH.02617489 through ETH.MESH.02617499 | 7/1/15-9/15/15 TVT Abbrevo IFU, ETH.MESH.02617489 through ETH.MESH.02617499 | Plaintiff's-1659 | 11/13/2015 | Weisberg |
| ETH.MESH.02617809 | 12/9/14-8/31/15 TVT Retropubic IFU Beginning with ETH.MESH.02617809 | Plaintiff's-1648 | 11/12/2015 | Weisberg |
| ETH.MESH.02618012 through ETH.MESH.02618018 | 8/12/14-9/9/15 TVT Exact IFU, ETH.MESH.02618012 through ETH.MESH.02618018 | Plaintiff's-1663 | 11/13/2015 | Weisberg |
| ETH.MESH.02619504 through ETH.MESH.02619511 | Brochure, "Freedom From Stress Urinary Incontinence. It's Within Your Control" | T-0379 | 5/31/2013 | Weisberg |
| ETH.MESH.02619504- ETH.MESH.02619511 | 8-page copy of document dated 2001 entitled "Freedom From Stress Urinary Incontinence" | T-1027 | 5/30/2013 | Henderson |
| ETH.MESH.02619601- ETH.MESH.02619616 | Patient Brochure, "Stress Urinary Incontinence in Women" | T-0156 | 5/2/2013 | Lin |
| ETH.MESH.02619916 - 918 | Thomas J. Paul, Inc. document dated 10/22/02 | T-2204 | 8/30/2013 | Bogardus |
| ETH.MESH.02620914 - ETH.MESH.02620917 | 4-page copy of document entitled "Issue Report, TVT Retropubic 1999-2000, Open Date Between 01-Jan-1999 and 31-Dec-2000," ETH.MESH.02620914 - ETH.MESH.02620917 | Divilio-48 | 11/21/2014 | Divilio |
| ETH.MESH.02620914 - ETH.MESH.02620917 | Documents | T-3388 | 11/6/2013 | Isenberg |
| ETH.MESH.02620914 through ETH.MESH.02620917 | Issue Report TVT Retropubic 1999-2000, Open Date Between 01-Jan-1999 and 31-Dec-2000 | T-3427 | 12/3/2013 | Kammerer |
| ETH.MESH.02620964-8 | Issue Report, TVT Retropubic 1999-2000 | T-3478 | 1/13/2014 | Hinoul |
| ETH.MESH.02621143-6 | Issue Report, TVT Retropubic 1999-2000 | T-3477 | 1/13/2014 | Hinoul |
| ETH.MESH.02621661 through ETH.MESH.02621664 | Issue Report TVT Retropubic 2001, Open Date Between 01-Jan-2001 and 31-Dec-2001 | T-0386 | 5/31/2013 | Weisberg |
| ETH.MESH.02621670 through ETH.MESH.02621674 | Issue Report TVT Retropubic 2001, Open Date Between 01-Jan-2001 and 31-Dec-2001 | T-0388 | 5/31/2013 | Weisberg |
| ETH.MESH.02621931 through ETH.MESH.02621935 | Issue Report TVT Retropubic 2001, Open Date Between 01-Jan-2001 and 31-Dec-2001 | T-0389 | 5/31/2013 | Weisberg |
| ETH.MESH.02621936 through ETH.MESH.02621941 | Issue Report TVT Retropubic 2001, Open Date Between 01-Jan-2001 and 31-Dec-2001 | T-0390 | 5/31/2013 | Weisberg |
| ETH.MESH.02621966 through ETH.MESH.02621970 | Issue Report TVT Retropubic 2001, Open Date Between 01-Jan-2001 and 31-Dec-20 | T-0391 | 5/31/2013 | Weisberg |
| ETH.MESH.02622081 through ETH.MESH.02622084 | Issue Report TVT Retropubic 2001, Open Date Between 01-Jan-2001 and 31-Dec-2001 | T-0392 | 5/31/2013 | Weisberg |
| ETH.MESH.02622276 through ETH.MESH.02622279 | Issue Report TVT Retropubic 2001, Open Date Between 01-Jan-2001 and 31-Dec-2001 | T-0393 | 5/31/2013 | Weisberg |
| ETH.MESH.02622374 through ETH.MESH.02622377 | Issue Report TVT Retropubic 2001, Open Date Between 01-Jan-2001 and 31-Dec-2001 | T-0394 | 5/31/2013 | Weisberg |

| | | | |
|---|---|---|---|
| ETH.MESH.02622581 through ETH.MESH.02622585 | Issue Report TVT Retropubic 2002 (Jan-May), Open Date Between 01-Jan-2002 and 31-May-2002 | T-0395 | 5/31/2013 Weisberg |
| ETH.MESH.02622612 through ETH.MESH.02622616 | Issue Report TVT Retropubic 2002 (Jan-May), Open Date Between 01-Jan-2002 and 31-May-2002 | T-0396 | 5/31/2013 Weisberg |
| ETH.MESH.02622627 through ETH.MESH.02622631 | Issue Report TVT Retropubic 2002 G1997 (Jan-May), Open Date Between 01-Jan-2002 and 31-May-2002 | T-0397 | 5/31/2013 Weisberg |
| ETH.MESH.02622686 through ETH.MESH.02622690 | Issue Report TVT Retropubic 2002 (Jan-May), Open Date Between 01-Jan-2002 and 31-May-2002 | T-0398 | 5/31/2013 Weisberg |
| ETH.MESH.02622755 through ETH.MESH.02622759 | Issue Report TVT Retropubic 2002 (Jan-May), Open Date Between 01-Jan-2002 and 31-May-2002 | T-0399 | 5/31/2013 Weisberg |
| ETH.MESH.02622778 through ETH.MESH.02622782 | Issue Report TVT Retropubic 2002 (Jan-May), Open Date Between 01-Jan-2002 and 31-May-2002 | T-0400 | 5/31/2013 Weisberg |
| ETH.MESH.02623159 through ETH.MESH.02623163 | Issue Report TVT Retropubic 2002 (Jul-Dec), Open Date Between 01-Jul-2002 and 31-Dec-2002 | T-0403 | 5/31/2013 Weisberg |
| ETH.MESH.02623164 through ETH.MESH.02623168 | Issue Report TVT Retropubic 2002 (Jul-Dec), Open Date Between 01-Jul-2002 and 31-Dec-2002 | T-0402 | 5/31/2013 Weisberg |
| ETH.MESH.02623268 through ETH.MESH.02623272 | Issue Report TVT Retropubic 2002 (Jul-Dec), Open Date Between 01-Jul-2002 and 31-Dec-2002 | T-0404 | 5/31/2013 Weisberg |
| ETH.MESH.02623282 through ETH.MESH.02623286 | Issue Report TVT Retropubic 2002 (Jul-Dec), Open Date Between 01-Jul-2002 and 31-Dec-2002 | T-0405 | 5/31/2013 Weisberg |
| ETH.MESH.02625032 through ETH.MESH.02625037 | Issue Report TVT Retropubic 2002 (Jun), Open Date Between 01-Jun-2002 and 30-Jun-2002 | T-0401 | 5/31/2013 Weisberg |
| ETH.MESH.02627418 - 02627421 | Issue Report TVT Retropubic 2005-2007 | T-0982 | 7/25/2013 Robinson |
| ETH.MESH.02627466 - 02627471 | Issue Report TVT Retropubic 2005-2007 | T-0981 | 7/25/2013 Robinson |
| ETH.MESH.02629333 through 9342 | Issue Report, TVT Retropubic 2008-2009 Open Date Between 01-Jan-2008 and 31-Dec-2009 | T-3335 | 10/30/2013 Chen, Meng |
| ETH.MESH.02634889 - 02634899 | Issue Report TVT S 2008 | T-0951 | 7/24/2013 Robinson |
| ETH.MESH.02634983 - 02634993 | Issue Report TVT S 2008 | T-0947 | 7/24/2013 Robinson |
| ETH.MESH.02635648 - 02635658 | Issue Report TVT S 2008 | T-0952 | 7/24/2013 Robinson |
| ETH.MESH.02652985 - 02652987 | Issue Report TVT O 2005 | T-0980 | 7/25/2013 Robinson |
| ETH.MESH.02653171 through ETH.MESH.02653175 | Issue Report TVT O 2005 Open Date Between 01-Jan-2005 and 31-Dec-2005 | T-3111 | 8/8/2013 Yale |
| ETH.MESH.02653218 through ETH.MESH.02653222 | Issue Report TVT O 2005 Open Date Between 01-Jan-2005 and 31-Dec-2005 | T-3113 | 8/8/2013 Yale |
| ETH.MESH.02653240 through ETH.MESH.02653245 | Issue Report TVT O 2005 Open Date Between 01-Jan-2005 and 31-Dec-2005 | T-3112 | 8/8/2013 Yale |
| ETH.MESH.02658316 and ETH.MESH.04474519 through ETH.MESH.04474554 | 2/1/12 Letter with Attachment from Beath to Ritchey, ETH.MESH.02658316 and ETH.MESH.04474519 through ETH.MESH.04474554 | Horton-26 | 7/1/2015 Horton |
| ETH.MESH.02658539 through ETH.MESH.02658542 | 1/3/12 Letter from Gross to Beath, ETH.MESH.02658539 through ETH.MESH.02658542 | Horton-10 | 7/1/2015 Horton |
| ETH.MESH.02660962 through ETH.MESH.02660970 | Article entitled "Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse" | Plaintiffs-1234 | 11/8/2012 Beath |
| ETH.MESH.02660971 through ETH.MESH.02660981 | Article entitled "Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse" | Plaintiffs-1240 | 11/8/2012 Beath |
| ETH.MESH.02661121 through ETH.MESH.02661124 | Letter dated January 03, 2012 | T-0730 | 6/27/2013 Hinoul |
| ETH.MESH.02661121 through ETH.MESH.02661124 | Letter dated Jan 03, 2012 | T-3131 | 8/9/2013 Weisberg |
| ETH.MESH.02661121- ETH.MESH.02661124 | 4-page copy of letter dated 1/3/12 to Catherine V. Beath from Thomas Gross M.D., M.P.H. | T-2022 | 6/20/2013 Selman |
| ETH.MESH.02752621 - 02752625 | Article entitled "Vaginal versusabdominal reconstructive surgery for treatment of pelvic support defects:  A long-term outcome evaluation" | Plaintiffs-1127 | 9/21/2012 Shen |
| ETH.MESH.02752792 – 02752806 | Article titled "The lightweight and large porous mesh concept for hernia repair" | Plaintiffs-1122 | 9/21/2012 Shen |
| ETH.MESH.02766055 | Meeting Minutes Prolift Advisory Board: Meeting with Tony Smith | Plaintiffs-845 | 9/5/2012 Gauld |
| ETH.MESH.02766090, ETH.MESH.02766099 and ETH.MESH.02766100 | Prolift RCT Advisory Board -21/22 March 2006 notes | Plaintiffs-840 | 9/5/2012 Gauld |
| ETH.MESH.02766191 | Minutes of telephone conference re: TVM | Plaintiffs-807 | 8/23/2012 Robinson |
| ETH.MESH.02766207 | Description Plaintiff's Minutes of telephone conference | Plaintiffs-805 | 8/23/2012 Robinson |
| ETH.MESH.02813043 | Clinical Assessment of the TVM Technique, May 6, 2003 V2003-0618; Study Synopsis | Plaintiffs-827 | 9/5/2012 Gauld |
| ETH.MESH.02819245 - ETH.MESH.02819273 | Confidential Statistical Report, TVM Interim Analysis, Version: Final Interim (revised) 4 February 2005, Protocol Number: CT-TVM-001-03, France and 2003-16, USA | Plaintiffs-717 | 4/27/2012 Gauld |
| ETH.MESH.02819245 through ETH.MESH.D2819273 | Confidential Statistical Report, TVM Interim Analysis, Version: Final Interim (revised) 4 February 2005, Protocol Number: CT-TVM-001-03, France and 2003-016, USA | Plaintiffs-851A | 9/6/2012 Gauld |

| ETH.MESH.02821661 | Confidential Statistical Analysis Plan, 1 Year, 3 Year and 5 Year Analyses, Version: Draft: 8 February 2005, Protocol Number: CT-TVM-001-03 | Plaintiff's-831 | 9/5/2012 | Gauld |
|---|---|---|---|---|
| ETH.MESH.02821669 | Confidential Statistical Analysis Plan, 1 Year, 3 Year and 5 Year Analyses, Version: Draft 2: 30 September 2005, Protocol Number: CT-TVM-001-03 | Plaintiff's-850B | 9/6/2012 | Gauld |
| ETH.MESH.02821677 through ETH.MESH.02821685 | Confidential Statistical Analysis Plan, 1 Year, 3 Year and 5 Year Analyses, Version: Final: 3 February 2006, Protocol Number: 2003-016 (USA)/CT-TVM-001-03 (France)/Combined | Plaintiff's-850D | 9/6/2012 | Gauld |
| ETH.MESH.02821686 through ETH.MESH.02821697 | Confidential Statistical Analysis Plan, 5 Year Analysis, Version: Final: 20 January 2010, Protocol Number: 2003-016 (USA)/CT-TVM-001-03 (France) | Plaintiff's-850G | 9/6/2012 | Gauld |
| ETH.MESH.02822584 through ETH.MESH.02822598 | Clinical Study Report, Study Code: 2003-016, Section number: 16.1.9 | Plaintiff's-850H | 9/6/2012 | Gauld |
| ETH.MESH.02822921 | Confidential Statistical Analysis Plan, 1 Year, 3 Year and 5 Year Analyses, Version: Final: 3 February 2006, Protocol Number: 2003-016 (USA)/CT-TVM-001-03 (France)/Combined | Plaintiff's-850E | 9/6/2012 | Gauld |
| ETH.MESH.02823376 through ETH.MESH.02823390 | Clinical Study Report, Study Code: 2003-016, Section number: 16.1.9 | Plaintiff's-850I | 9/6/2012 | Gauld |
| ETH.MESH.02842658-ETH.MESH.02842659 | 6/15/10 TVT-World Monthly Meeting Minutes | T-3475 | 1/7/2014 | Kirkemo |
| ETH.MESH.02899535-36 | Letter, 11/7/07 | Plaintiff's-1110 | 9/11/2012 | Pruden |
| ETH.MESH.02899547 through ETH.MESH.02899564 | Investigator Initiated Study Research Grant Request | Plaintiff's-877 | 9/18/2012 | Hinoul |
| ETH.MESH.02900613 through ETH.MESH.02900615 | E-mail chain, top one dated June 06, 2006 | T-0710 | 6/27/2013 | Hinoul |
| ETH.MESH.02901444 | Prolift RCT Advisory Board - 21/22 March 2006 | Plaintiff's-841 | 9/5/2012 | Gauld |
| ETH.MESH.02916532 - 0296615 | July 2009 draft Clinical Study Evaluation of the TVT Secur System for Stress Urinary Incontinence | T-0938 | 7/24/2013 | Robinson |
| ETH.MESH.02916532-ETH.MESH.02916615 | 84-page copy of document dated 7/09 entitled "Clinical Study Report" | T-2041 | 6/21/2013 | Selman |
| ETH.MESH.02918940 | Draft Protocol, "A Multicentre, Randomised, Study To Show That TVM/Prolift Is Not Inferior In Efficacy And Safety To Sacrocolpopexy In The Treatment of Female Patients With Stage II Or Greater Pelvic Organ Prolapse," Protocol 300_05_003 | Plaintiff's-844 | 9/5/2012 | Gauld |
| ETH.MESH.02922673 | Memo | Plaintiff's-843 | 9/5/2012 | Gauld |
| ETH.MESH.02923305 | Email forwarding email from Linda Cardozo to various people expressing concern about severity of complications seen in TVM study. | Plaintiff's-894 | 9/19/2012 | Hinoul |
| ETH.MESH.02958591 | Email | Plaintiff's-838 | 9/5/2012 | Gauld |
| ETH.MESH.02991996 | Draft article entitled "Results" | Plaintiff's-863 | 9/6/2012 | Gauld |
| ETH.MESH.02992006 | Altman article; manuscript with comments from Ethicon | Plaintiff's-860 | 9/6/2012 | Gauld |
| ETH.MESH.02992875 | Meeting Minutes PROLIFT Advisory Panel, Royal College of Obstetricians and Gynaecologists | Plaintiff's-846 | 9/5/2012 | Gauld |
| ETH.MESH.02992875-77 | Meeting Minutes Prolift Advisory Panel Royal College | P-846 (previously marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.02993299 | PowerPoint, "Results From 2 Prospective TVM Studies | Plaintiff's-837 | 9/5/2012 | Gauld |
| ETH.MESH.03005721 through ETH.MESH.03005723 | E-mail chain, top one dated 07 Dec 2005 | T-3070 | 8/7/2013 | Yale |
| ETH.MESH.03013579 through 03013580 | E-mail string, top one dated 6/14/06 and document titled "Telephone Meeting with Professor Nilsson 9th June 06" | T-3407 | 11/8/2013 | Gauld |
| ETH.MESH.03015286 - ETH.MESH.03015287 | E-mail chain | Plaintiff's-722 | 4/27/2012 | Gauld |
| ETH.MESH.03016043 | PowerPoint, "Prospective TVM Study," Review of 12 Month Results | Plaintiff's-719 | 4/27/2012 | Gauld |
| ETH.MESH.03016687 and ETH.MESH.03016688 | E-mail chain, top one dated 15 Aug 2005 | Plaintiff's-1248 | 11/9/2012 | Beath |
| ETH.MESH.03016715 through ETH.MESH.03016717 | Meeting Minutes PROLIFT Advisory Panel Royal College of Obstetricians and Gynaecologists June 7th 2005 | Plaintiff's-1247 | 11/9/2012 | Beath |
| ETH.MESH.03020920 through ETH.MESH.03020926 | E-mail chain, top one dated 20 Jun 2007 | Plaintiff's-868 | 9/6/2012 | Gauld |
| ETH.MESH.03021946 | PowerPoint Entitled T-Pro (Thunder), Pipeline Leadership Team, August 25th, 2008 | Plaintiff's-1306 | 12/15/2012 | Holste |
| ETH.MESH.03026531 through ETH.MESH.03026533 | E-mail chain, top one dated 24 Nov 2009 | Plaintiff's-921 | 9/21/2012 | Gorsky |
| ETH.MESH.03031629-31 | E-mail string, 2/23/11 | T-1104 | 6/20/2013 | Vailhe, C |
| ETH.MESH.03032928 | FDA Review - R&D | T-3254 | 9/19/2013 | Trzewik |
| ETH.MESH.03032974 | E-mail, 4/26/11, to Savidge and others from Kanerviko, with attachment | T-1317 | 9/18/2013 | Hart |
| ETH.MESH.03044858 through 03044859 | E-mail string, top one dated 6/7/10 | T-3408 | 11/8/2013 | Gauld |
| ETH.MESH.03045448 and ETH.MESH.03045449 | E-mail chain, top one dated 24 October 2007 | T-3102 | 8/8/2013 | Yale |
| ETH.MESH.03046737 through ETH.MESH.03046740 | Letter dated January 3, 2012 | Plaintiff's-1223 | 11/8/2012 | Beath |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03046737-40 | FDA Letter | T-100a | 4/25/2013 | Lisa |
| ETH.MESH.03048782-86 | E-mail Thread 9/6/05 Subject, MINT Post Market Clinical Study ETH.MESH.03048782-86 | Henderson-8 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03086214 through 03086219 | E-mail string dated 4/16/08 | T-3414 | 11/8/2013 | Gauld |
| ETH.MESH.03129869 through 03129870 | E-mail string dated 11/11/09 | T-3416 | 11/8/2013 | Gauld |
| ETH.MESH.03131261 through 03131265 | Article, "Biology of polypropylene/polyglactin 910 grafts" | Plaintiff's-1148 | 10/9/2012 | Barbolt |
| ETH.MESH.03146492 - ETH.MESH.03146516 | 2-page copy of E-mail dated 2/16/11 to Judi Gauld, et al., from Dr. Joerg Holste, plus attachments | T-1198 | 7/29/2013 | Holste |
| ETH.MESH.03160750 | Email from Robinson to Gauld re: Pelvic floor/mesh strategy; French | Plaintiff's-826 | 9/5/2012 | Gauld |
| ETH.MESH.03160750 through 03160752 | E-mail string, top one dated 11/15/06 | Plaintiff's-1158 | 10/10/2012 | Barbolt |
| ETH.MESH.03160750 through 03160752 | E-mail chain, top one dated 15 Nov 2006 | Plaintiff's-1265 | 11/15/2012 | Arnaud |
| ETH.MESH.03160750-52 | E-mail Thread, 11/15/06 | Plaintiff's-1099 | 9/11/2012 | Pruden |
| ETH.MESH.03161017 | Email from Gauld to Robinson, Shen, Arnaud re: Meeting | Plaintiff's-872 | 9/6/2012 | Gauld |
| ETH.MESH.03162638 | Email chain re: Business Overview Agenda - Please do not forward | Plaintiff's-869 | 9/6/2012 | Gauld |
| ETH.MESH.03162638 through 03162639 | E-mail string, top one dated 3/20/08 | T-3418 | 11/8/2013 | Gauld |
| ETH.MESH.03162638-ETH.MESH.03162639 ETH.MESH.00855161-ETH.MESH.00855163 | 2-page copy of E-mail dated 3/20/08 to David Robinson from Judith Gauld plus attachments | T-2060 | 6/21/2013 | Selman |
| ETH.MESH.03162936 through ETH.MESH.03162938 | E-mail chain, top one dated 12 Apr 2008, ETH.MESH.03162936 through ETH.MESH.03162938 | Schmid-7 | 7/31/2015 | Schmid |
| ETH.MESH.03162936-38 | E-mail Thread 4/12/08 Subject, Follow-up On US Visit ETH.MESH.03162936-38 | Henderson-15 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03164735-37 | E-mail Thread 8/27/09 Subject, Re: ETH.MESH.03164735-37 | Henderson-22 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03165090-91 | E-mail string, 2/1/12-2/2/12 | T-1320 | 9/18/2013 | Hart |
| ETH.MESH.03171093 - 03171094 | 6/9/06 e-mail string from Anna Gray to David Robinson, et al.; | T-0930 | 7/24/2013 | Robinson |
| ETH.MESH.03172197-2198 | E-mail Chain | T-1357 | 1/17/2014 | London Brown |
| ETH.MESH.03172197-ETH.MESH.03172198 | 2-page copy of E-mail dated 6/20/06 to Allison London Brown, et al., from Harel Gadot | T-1036 | 5/30/2013 | Henderson |
| ETH.MESH.03173069 | E-mail string dated 10/4/06 | T-3400 | 11/8/2013 | Gauld |
| ETH.MESH.03193636 through 03193640 | E-mail string, top one dated 10/7/08 | T-3401 | 11/8/2013 | Gauld |
| ETH.MESH.03208548 and ETH.MESH.03208549 | E-mail chain, top one dated 28 Jan 2009 | T-0690 | 6/26/2013 | Hinoul |
| ETH.MESH.03208548-9 | E-mail(s), dated 1/28/09 | T-3522 | 1/15/2014 | Hinoul |
| ETH.MESH.03208738 and ETH.MESH.03208739 | E-mail dated 25 Feb 2009, with attachment, 17 pages | T-0696 | 6/26/2013 | Hinoul |
| ETH.MESH.03208738 through 03208739 | E-mail dated 2/25/09 with attached slide deck, TVT World Registry, Maximizing the Investment, SBT February 2009 | T-0696 (previously marked) | 11/8/2013 | Gauld |
| ETH.MESH.03209113 through 03209119 | E-mail string, top one dated 3/19/09 | T-3405 | 11/8/2013 | Gauld |
| ETH.MESH.03232945 through 03232948 | E-mail string, top one dated 10/6/09 | T-3411 | 11/8/2013 | Gauld |
| ETH.MESH.03258247 through 03258249 | E-mail string, top one dated 10/22/06 | T-3399 | 11/8/2013 | Gauld |
| ETH.MESH.03259439 - 03259440 | 4/24/09 e-mail string from Judi Gauld to Colin Urquhart | T-1276 | 9/11/2013 | Robinson |
| ETH.MESH.03259439 through ETH.MESH.032594340 | E-mail chain, top one dated 24 Apr 2009 | T-3215 | 9/17/2013 | Angelini |
| ETH.MESH.03259876-77 | E-mail Thread, 9/21/05 Subject, TVM Six Month Data | | 4/1/2014 | Hunsicker |
| ETH.MESH.03265594 and ETH.MESH.03265595 | Meeting Minutes 09/03/06 | Plaintiff's-870 | 9/6/2012 | Gauld |
| ETH.MESH.03266461 - ETH.MESH.03266462 | E-mail chain | Plaintiff's-723 | 4/27/2012 | Gauld |
| ETH.MESH.03274600 through 03274601 | E-mail string dated 8/3/06 | T-3403 | 11/8/2013 | Gauld |
| ETH.MESH.03274904 through 03274905 | E-mail string dated 8/30/06 | T-3402 | 11/8/2013 | Gauld |
| ETH.MESH.03283337 through ETH.MESH.03283348 | Confidential Statistical Analysis Plan, 5 Year Analysis, Version: Draft: 7 January 2009, Protocol Number: 2003-016 (USA)/CT-TVM-001-03 (France) | Plaintiff's-850F | 9/6/2012 | Gauld |
| ETH.MESH.03284854 - ETH.MESH.03284856 | E-mail chain | Plaintiff's-724 | 4/27/2012 | Gauld |
| ETH.MESH.0330334 through ETH.MESH.0330337 | E-mail chain, top one dated 02 Nov 2007 | T-1157 | 7/12/2013 | Beath |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03348264 - ETH.MESH.03348271 | Issue Report | Plaintiff's-794 | 5/24/2012 | Lamont |
| ETH.MESH.03352814 | Email from Kirkemo to Hinoul, et al. re: Lucente 3 year data | Plaintiff's-875 | 9/18/2012 | Hinoul |
| ETH.MESH.03352814 through ETH.MESH.03352819 | E-mail chain, top one dated 09 Oct 2009 | Plaintiff's-876 | 9/18/2012 | Hinoul |
| ETH.MESH.03353507 and ETH.MESH.03353508 | E-mail chain, top one dated 08 Feb 2007 | Plaintiff's-1380 | 9/11/2013 | London Brown |
| ETH.MESH.03358217 through 3358224 | E-mail string, top one dated 5/1/06 | T-2122 | 8/15/2013 | Barbolt |
| ETH.MESH.03358217 through ETH.MESH.03358224 | E-Mail Chain with Top E-Mail being a 5/1/06 E-Mail from Kammerer to Fournier | T-1368 | 1/28/2014 | Kammerer |
| ETH.MESH.03358904 to 8914 | E-mail dated 28 Feb 2006 and Attachment | Plaintiff's-1307 | 12/15/2012 | Holste |
| ETH.MESH.03360404 | E-mail, 6/3/11 Subject, LV Prosima+M Regulatory Slide SBT & Slide Regulatory Strategy Approach for Prosima+M ETH.MESH.03360404 | Henderson-29 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03361293 | 56-page copy of document entitled "Placeholder" | | 12/20/2013 | Hart |
| ETH.MESH.03361364 through 03361367 | General Gynecology, The Perils of Commercially Driven Surgical Innovation | T-3053 | 8/1/2013 | Lin |
| ETH.MESH.03361541 through ETH.MESH.03362130 | Gynecare TVT-Obturator DH1019 Book 2 of 7 | T-0223 | 5/15/2013 | Smith, Dan |
| ETH.MESH.03362131 through ETH.MESH.03362630 | Gynecare TVT-Obturator DH1019 Book 4 of 7 | T-0225 | 5/15/2013 | Smith, Dan |
| ETH.MESH.03364540 through ETH.MESH.03364544 | E-mail chain, top one dated 16 Mar 2004 | T-0229 | 5/15/2013 | Smith, Dan |
| ETH.MESH.03367228- ETH.MESH.03367232 | 5-page copy of E-mail dated 12/14/09 to Ulrika Kohler, et al., from Zeb Viana | T-2032 | 6/20/2013 | Selman |
| ETH.MESH.03367540 - ETH.MESH.03367574 | Worldwide Quality Engineering, (WWQE), New Hire Training Manual, Version 15: August 2006 | Plaintiff's-727 | 5/15/2012 | Everett |
| ETH.MESH.03427878 | 11/29/10-11/26/14 TVT Retropubic IFU Beginning with ETH.MESH.03427878 | Plaintiff's-1647 | 11/12/2015 | Weisberg |
| ETH.MESH.03427878 - ETH.MESH.03427883 | 6-page copy of document entitled "Gynecare TVT" | T-1344a | 12/20/2013 | Hart |
| ETH.MESH.03427878 through ETH.MESH.03427883 | Gynecare TVT | T-2141 | 8/20/2013 | Smith, Dan |
| ETH.MESH.03427878 through ETH.MESH.03427946 | Gynecare TVT Instructions for Use | T-3437 | 12/5/2013 | Kammerer |
| ETH.MESH.03427878 through ETH.MESH.03427883 | Gynecare TVT Instructions for Use | T-3269 | 9/25/2013 | Arnaud |
| ETH.MESH.03427878-ETH.MESH. 03427883 | Gynecare TVT Instructions for Use | T-343 | 1/6/2014 | Kirkemo |
| ETH.MESH.03427879-83 | TVT IFU effective from 2010 to the present | T-3489 | 1/14/2014 | Hinoul |
| ETH.MESH.03456681 - ETH.MESH.03456696 | Standard Operating Procedure, Process for the Review and Approval of Promotional and Advertising Material for Medical Devices and Combination Products, Copy Review, Revision History for OP608-012, Revision 3 | T-0174 | 5/3/2013 | Lin |
| ETH.MESH.03458123 through ETH.MESH.03458138 | Patient Brochure, "The Choice to End Stress Urinary Incontinence" | T-1149 | 7/11/2013 | Beath |
| ETH.MESH.03458123- ETH.MESH.03458138 | 16-page copy of document dated 3/26/08 entitled "The Choice to End Stress Urinary Incontinence" | T-2047 | 6/21/2013 | Selman |
| ETH.MESH.03471886 thru ETH.MESH.03471890 | Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study after a 1-year Minimum Followup | T-0649 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03472794 | October 2008 letter to EWHU Team from Renee Selman | T-0750 | 7/10/2013 | Pattyson |
| ETH.MESH.03475340 - ETH.MESH.03475354 | Standard Operating Procedure, Process for the Review and Approval of Promotional and Advertising Material for Medical Devices and Combination Products, Copy Review, Revision History for OP608-012, Revision 6 | T-0177 | 5/3/2013 | Lin |
| ETH.MESH.03476834-40 | Complaint Investigation Report, ETH.MESH.03476834-40 | T-3665 | 8/26/2014 | Rovner |
| ETH.MESH.03479682 and ETH.MESH.03479683 | Tracking #10100042300 and the 68 issues from Germany | Plaintiff's-999 | 10/4/2012 | Chen |
| ETH.MESH.03480849 - ETH.MESH.03480854 | Complaint Investigation Report, Remetrex Complaint File: 10100068346, Date: June 11, 2008 | Plaintiff's-778 | 5/24/2012 | Lamont |
| ETH.MESH.03480855 - ETH.MESH.03480858 | Letter dated June 1, 2008 | Plaintiff's-784 | 5/24/2012 | Lamont |
| ETH.MESH.03480860 and ETH.MESH.03480861 | Letter, Complaint #10100068346 | Plaintiff's-786 | 5/24/2012 | Lamont |
| ETH.MESH.03482828 | Letter dated May 11, 2001 | T-0387 | 5/31/2013 | Weisberg |
| ETH.MESH.03490356 | August 12, 2004 letter to Hiroko Hoshino from Lee Ann Berger | T-0621 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.03491442 - ETH.MESH.03491447 | Memo to File # 1010002640, November 14, 2006 | Plaintiff's-789 | 5/24/2012 | Lamont |
| ETH.MESH.03491453 - ETH.MESH.03491457 | Memo to File #10100026461, | Plaintiff's-1076 | 5/16/2012 | Yale |
| ETH.MESH.03491453 - ETH.MESH.03491457 | Memo to File # 1010002641, November 14, 2006 | Plaintiff's-788 | 5/24/2012 | Lamont |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03491463 - ETH.MESH.03491467 | Memo to File # 1010002642, November 14, 2006 | Plaintiff's-790 | 5/24/2012 | Lamont |
| ETH.MESH.03495037 and ETH.MESH.03495038 | Letter dated December 17, 2004 | Plaintiff's-783 | 5/24/2012 | Lamont |
| ETH.MESH.03495045 - ETH.MESH.03495046 | E-mail chain | Plaintiff's-1070 | 5/16/2012 | Yale |
| ETH.MESH.03495149-51 | Fax, 7/25/05 ETH.MESH.03495149-51 | Plaintiff's-1599 | 8/20/2014 | Meyer |
| ETH.MESH.03495151 | Letter, 9/1/05, to "Redacted" from Holloway | Plaintiff's-1082 | 5/24/2012 | Weisberg |
| ETH.MESH.03499528 thru ETH.MESH.03499529 | March 10, 3005 (sic) letter to Jocelyne Wallingford from Lee-Ann Berger | T-0651 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03516793 - ETH.MESH.03516798 | Issue Report, Tracking #: 10100113976 | Plaintiff's-796 | 5/24/2012 | Lamont |
| ETH.MESH.03521804 | E-mail chain | Plaintiff's-1075 | 5/16/2012 | Yale |
| ETH.MESH.03531443 - 03531448 | 5/7/08 e-mail string from Carolyn Brennan to Barbora Smrckova, et al. | T-0976 | 7/25/2013 | Robinson |
| ETH.MESH.03531443 through ETH.MESH.03531448 | E-mail chain, top one dated 07 May 2008 | T-3066 | 8/7/2013 | Yale |
| ETH.MESH.03535750 | Gynecare letter dated 10/12/05 | T-2118 | 8/15/2013 | Barbolt |
| ETH.MESH.03535773 and ETH.MESH.03535774 | Letter dated January 25, 2006 | Plaintiff's-793 | 5/24/2012 | Lamont |
| ETH.MESH.03544696 | Packet of organizational charts, 19 pages | T-0023 | 4/3/2013 | Lamont |
| ETH.MESH.03567833-34 | E-mail, 6/23/10 | Plaintiff's-1092 | 9/11/2012 | Pruden |
| ETH.MESH.03571983 | Physician Segmentation Study for Gynecare TVT Final Presentation, September 2004 | T-3542 | 1/16/2014 | DeLaCroix |
| ETH.MESH.03571983, and an additional 114 pages, Total: 115 pages | Placeholder Document Provided in Native Format | K-40 | 12/10/2013 | Kaminski |
| ETH.MESH.03573438 | Pipeline Leadership Team Meeting Minutes, August 25, 2008 | Plaintiff's-925 | 9/21/2012 | Gorsky |
| ETH.MESH.03573964 through 81 and ETH.MESH.00656164 through 170 | Development contract TVT-NEXT (TVTx) | K-28 | 12/10/2013 | Kaminski |
| ETH.MESH.03573964-70 | 12/6 TVT-NEXT Development Contract | T-3556 | 1/16/2014 | DeLaCroix |
| ETH.MESH.03574660 | February 25, 2005 letter from Lee-Ann Berger | T-0669 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03574916 thru ETH.MESH.03574919 | March 1, 2005 email to Carol Holloway from Charlotte Owens - email chain | T-0650 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03574965 | March 4, 2005 email to Carin Rassier from Thomas White - email chain | T-0662 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575054 | April 15, 2005 email to Carin Rassier from Carolyn Brennan - email chain | T-0661 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575061 | April 5, 2005 email to Carin Rassier from Charlotte Owens | T-0652 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575072 | April 12, 2005 email to Carin Rassier from Carolyn Brennan - email chain | T-0653 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575083 | April 21, 2005 email to Carin Rassier from Charlotte Owens | T-0654 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575101 | April 27, 2005 email to Carin Rassier from Charlotte Owens | T-0655 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575123 | May 18, 2005 email to Carin Rassier from Charlotte Owens | T-0660 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575189 | May 31, 2005 email to Carin Rassier from Charlotte Owens | T-0657 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575299 thru ETH.MESH.03575300 | June 30, 2005 email to Carol Holloway from Charlotte Owens - email chain | T-0663 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03575734 - ETH.MESH.03575760 | E-mail chain, top one dated December 08, 2004 | Plaintiff's-782 | 5/24/2012 | Lamont |
| ETH.MESH.03576207-08 | Email chain regarding complaint 10034737 | Plaintiff's-1081 | 5/24/2012 | Weisberg |
| ETH.MESH.03577122 | June 16, 2004 email to Thomas White from Charlotte Owens | T-0670 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.03577583 | E-mail | Plaintiff's-1071 | 5/16/2012 | Yale |
| ETH.MESH.03589125 and ETH.MESH.03589126 | MedWatch form, Mfr report #2210968-2004-00289 | T-0339 | 5/30/2013 | Weisberg |
| ETH.MESH.03589458 - ETH.MESH.03589480 | Franchise Procedure for Summary & Individual Medical Device Reporting, Document Name (#): PR551-006 | Plaintiff's-1069 | 5/16/2012 | Yale |
| ETH.MESH.03604291 – 03604292; 03604091 - 03604096 | Document titled "10. Product Verification and Validation; Animal Studies" | Plaintiff's-1136 | 9/21/2012 | Shen |
| ETH.MESH.03606055-59 | Gynecare TVT Tension Free Support for Incontinence Primary Care Physician Education Programs | Plaintiff's-1329 | 8/12/2013 | Amin |
| ETH.MESH.03612845-46 | E-mail string, 4/30/03-5/1/03 | T-3029 | 7/30/2013 | Luscombe |
| ETH.MESH.03618217-19 | E-mail string, 4/9/09-4/14/09 | T-3019 | 7/30/2013 | Luscombe |
| ETH.MESH.03624321-22 | Document entitled "Professional Education for GYNECARE TVT Physician Training," September 15 2004 | T-0184 | 5/13/2013 | Finley |
| ETH.MESH.03641969 and ETH.MESH.03641970 | E-mail chain, top one dated 10 May 2011 | Plaintiff's-923 | 9/21/2012 | Gorsky |
| ETH.MESH.03642757-805 | E-mail, 10/14/11, to Affeld and others from Caro-Rosado, with attachment | T-1051 | 6/5/2013 | Parisi |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03642758-ETH.MESH.03642805 | 47-page copy of document dated 10/14/11 entitled "Pelvic Organ Prolapse Condition Business Team Meeting" | T-1042 | 5/31/2013 | Henderson |
| ETH.MESH.03643186 | PowerPoint "Ethicon Women's Health and Urology Brand Equity Study Final Report, January, 2010," 66 pages | T-0728 | 6/27/2013 | Hinoul |
| ETH.MESH.03643335 | 40-page copy of document entitled "Placeholder Document produced in native format" | T-1043 | 5/31/2013 | Henderson |
| ETH.MESH.03643359 | Slide Deck Ethicon Women's Health & Urology Business Planning, 7/28/11 ETH.MESH.03643359 | Henderson-31 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03643727-28 | E-mail, 6/27/11 Subject, Mid-Year Note 2011 ETH.MESH.03643727-28 | Henderson-30 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03643767-69 | E-mail Thread 2/28/11 Subject, KP Update ETH.MESH.03643767-69 | Henderson-27 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03643767-ETH.MESH.03643769 | 3-page copy of E-mail dated 2/28/11 to Matt Henderson from Adrian Roji | T-1040 | 5/31/2013 | Henderson |
| ETH.MESH.03644287 | Segmentation Validation Study Final Results, January 2010 | T-3543 | 1/16/2014 | DeLaCroix |
| ETH.MESH.03644287, and an additional 50 pages, Total: 51 pages | Placeholder Document Produced in Native Format | K-42 | 12/10/2013 | Kaminski |
| ETH.MESH.03647753 and ETH.MESH.03647754 | E-mail dated 20 Dec 2005 | T-3084 | 8/8/2013 | Yale |
| ETH.MESH.03647849-53 | E-mail string, 11/16/05-11/18/05 | T-0065 | 4/17/2013 | Hojnoski |
| ETH.MESH.03648795 through ETH.MESH.03648810 | Gynecare TVT SECUR Process Qualification Completion Report Inserter Assembly - Welded, Protocol # 05/149; Version 1, November 22, 2005 | T-0460 | 6/5/2013 | Smith, Dan |
| ETH.MESH.03649244 through ETH.MESH.03649249 | Risk Management Report TVT SECUR 320 System, Document Name (#): RMR-0000021, Revision: A (Development) | T-0031 | 4/4/2013 | Lamont |
| ETH.MESH.03652924 through ETH.MESH.03652955 | Form for Internal Audit Corrective Action Plan, Document Name (#): FM-0000167, Revision: 4 | T-0418 | 6/4/2013 | Smith, Dan |
| ETH.MESH.0365330 through 03653307 | Rational for Changing EU Classification of TVT-SECUR® System | T-3055 | 8/1/2013 | Lin |
| ETH.MESH.03653311 | E-mail string dated 8/8 and 8/14/08 | T-3054 | 8/1/2013 | Lin |
| ETH.MESH.03653529 through ETH.MESH.00211536 | Gynecare TVT Obturator System Instructions for Use, 2005 | T-3117 | 8/9/2013 | Weisberg |
| ETH.MESH.03653779 through 03653780 | FDA Notification to Healthcare Professionals About Serious Complications Associated with Surgical Mesh for Prolapse and Incontinence | T-3052 | 8/1/2013 | Lin |
| ETH.MESH.03654151 | E-mail string dated 5/20 and 5/21/10 | T-3057 | 8/1/2013 | Lin |
| ETH.MESH.03654649 through ETH.MESH.03654701 | 510(k) Premarket Notification Gynecare TVTO-PA Continence System, Bates stamped ETH.MESH.03654649 through ETH.MESH.03654701 | T-3721 | 12/23/2014 | Elbert |
| ETH.MESH.03656727-31 | E-mail Thread | T-0147 | 4/26/2013 | Lisa |
| ETH.MESH.03657426-27 | E-mail Thread | T-0133 | 4/25/2013 | Lisa |
| ETH.MESH.03658927-9180 | FDA 510(k) Premarket Notification for Gynecare TVTO-PA Continence System | T-3508 | 1/14/2014 | Hinoul |
| ETH.MESH.03662964 | Lunch & Learn Series | T-0124 | 4/25/2013 | Lisa |
| ETH.MESH.03665469 through ETH.MESH.03665487 | E-mail chain, top one dated 01 Jan 1970 | Plaintiff's-944 | 9/27/2012 | Paine |
| ETH.MESH.03665469-87 | E-mail string, 10/22/08-10/23/08, with attachment | T-0545 | 6/13/2013 | Paine |
| ETH.MESH.03665472-87 | Bonnie Blair The Choice to End Stress Urinary Incontinence | T-0144 | 4/25/2013 | Lisa |
| ETH.MESH.03665531-2 | E-mail Thread | T-0146 | 4/26/2013 | Lisa |
| ETH.MESH.03667696 -ETH.MESH.03667704 | Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Material for Medical Devices | T-0166 | 5/2/2013 | Lin |
| ETH.MESH.03667696 through ETH.MESH.03667704 | Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Material for Medical Devices, Document Name (#): PR-0000255 | Plaintiff's-1239 | 11/8/2012 | Beath |
| ETH.MESH.036995467 | Spreadsheet, 2 pages | T-0284 | 5/23/2013 | Burkley |
| ETH.MESH.03712324 through ETH.MESH.03712344 | Clinical Expert Report, Prolene Polypropylene Mesh dated 4/23/09 [ETH.MESH.03712324 through ETH.MESH.03712344] | Divilio-22 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.03713701-03 | Document entitled "Evaluation of TVT Complaints Prepared by Martin Weisberg, M.D. 6/23/2002" | T-3154 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.03714002 through ETH.MESH.03714018 | Clinical Expert Report GYNECARE TVT SECUR System, 12/2/2005 | T-0454 | 6/5/2013 | Smith, Dan |
| ETH.MESH.03714031 through ETH.MESH.03714034 | E-mail chain, top one dated 29 Nov 2005 | T-0042 | 4/4/2013 | Lamont |
| ETH.MESH.03714172 through ETH.MESH.03714180 | GYNECARE TVT SECUR CADAVER PROTOCOL, August 10, 2005 | T-3129 | 8/9/2013 | Weisberg |
| ETH.MESH.03714599 through ETH.MESH.03714614 | Clinical Expert Report GYNECARE TVT SECUR System, August 23, 2005 | T-0455 | 6/5/2013 | Smith, Dan |
| ETH.MESH.03714599-614 | Document entitled "Gynecare Clinical Expert Report, GYNECARE TVT SECUR System," 8/23/05 | T-0064 | 4/17/2013 | Hojnoski |
| ETH.MESH.03714883-88 | "TVM_US Interim Analysis Data listing_F71" | Plaintiff's-1089 | 5/24/2012 | Weisberg |
| ETH.MESH.03715353 | 10/1/04 Three-Page B. Leibowitz Power Point | T-3584 | 2/3/2014 | Smith, Dan |
| ETH.MESH.03715517 thru ETH.MESH.03715574 | November 26, 2003 email to Barbara McCabe from Martin Weisberg - email chain | T-0648 | 6/20/2013 | Owens, Charlotte |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03715571 through 574 | E-mail chain | T-0486 | 6/6/2013 | O'Bryan |
| ETH.MESH.03715643 through ETH.MESH.03715645 | E-mail chain, top one dated 28 Oct 2003 | T-3261 | 9/25/2014 | Arnaud |
| ETH.MESH.03715978 through ETH.MESH.03715980 | E-mail chain, top one dated 09 Jul 2003 | T-0351 | 5/31/2013 | Weisberg |
| ETH.MESH.03717201 - 03717203 | E-mail string, top one dated 10/21/05 | Plaintiff's-1125 | 9/21/2012 | Shen |
| ETH.MESH.03717222-25 | E-mail string, 10/28/05-11/2/05 | Plaintiff's-1090 | 5/24/2012 | Weisberg |
| ETH.MESH.03719177-95 | Document entitled "Polypropylene Mesh for Pelvic Floor Repair (PFR), Focus on Mesh Exposure, Road to Improvement," 10/14/11 | T-1099 | 6/20/2013 | Vailhe, C |
| ETH.MESH.03720728 and ETH.MESH.03720729 | 3/6/12 Strategic Business Team Meeting - Meeting Notes, ETH.MESH.03720728 and ETH.MESH.03720729 | Horton-8 | 7/1/2015 | Horton |
| ETH.MESH.03720728-29 | Strategic Business Team Meeting, Meeting Notes, 3/6/12 ETH.MESH.03720728-29 | Henderson-35 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03735432 and ETH.MESH.03735433 | E-mail chain, top one dated June 07, 2002 | T-3225 | 9/17/2013 | Angelini |
| ETH.MESH.03736578 | E-mail dated August 28, 2000 | T-0344 | 5/31/2013 | Weisberg |
| ETH.MESH.03736932 | Memo dated November 1, 2000 | T-0352 | 5/31/2013 | Weisberg |
| ETH.MESH.03737968 through ETH.MESH.03737975 | Clinical Expert Report: GYNEMESH PROLENE Soft (Polypropylene) Mesh, | T-0343 | 5/31/2013 | Weisberg |
| ETH.MESH.03738466 and ETH.MESH.03738467 | E-mail chain, top one dated 06 Sep 2003 | T-0375 | 5/31/2013 | Weisberg |
| ETH.MESH.03738468 through 70 | e-mail correspondence | K-13 | 12/10/2013 | Kaminski |
| ETH.MESH.03738468 through ETH.MESH.03738470 | E-mail chain, top one dated 06 Sep 2003 | T-1058 | 6/6/2013 | Parisi |
| ETH.MESH.03738468-70 | E-mail string, 9/5/03-9/6/03 | T-0188 | 5/13/2013 | Finley |
| ETH.MESH.03738509 and ETH.MESH.03738510 | "Ask MA" Newsletter, March, 2002 | T-0350 | 5/31/2013 | Weisberg |
| ETH.MESH.03738513 - ETH.MESH.03738514 | Documents | T-3386 | 11/6/2013 | Isenberg |
| ETH.MESH.03738517 - ETH.MESH.03738519 | Documents | T-3387 | 11/6/2013 | Isenberg |
| ETH.MESH.03739806 - ETH.MESH.03739844 | Policy for Ethicon Franchise Quality Manual, Document Name (#): PL-0000001 | Plaintiff's-1077 | 5/16/2012 | Yale |
| ETH.MESH.03739806 through ETH.MESH.03739844 | Policy For Ethicon Franchise Quality Manual | T-3081 | 8/8/2013 | Yale |
| ETH.MESH.03740523 - ETH.MESH.03740533 | Franchise Policy for Product Risk Management | Plaintiff's-738 | 5/15/2012 | Everett |
| ETH.MESH.03741981 - ETH.MESH.03741989 | Franchise Procedure for Product Quality Plans | Plaintiff's-730 | 5/15/2012 | Everett |
| ETH.MESH.03742206 - ETH.MESH.03742231 | Company Procedure for Medical Device Risk Management Plan, Document Name (#): PR602-003, Revision 16 | Plaintiff's-764 | 5/24/2012 | Lamont |
| ETH.MESH.03742284 - ETH.MESH.03742308 | FRANCHISE Procedure for Medical Device Risk Management Plan, Document Name (#): PR602-003, Revision 17 | Plaintiff's-763 | 5/24/2012 | Lamont |
| ETH.MESH.03742413 - ETH.MESH.03742439 | FRANCHISE Procedure for Medical Device Risk Management Plan, Document Name (#): PR602-003, Revision 20 | Plaintiff's-769 | 5/24/2012 | Lamont |
| ETH.MESH.03742413 through ETH.MESH.03742439 | FRANCHISE Procedure for Medical Device Risk Management Plan, Document Name (#): PR602-003, Revision: 20 | T-0024 | 4/3/2013 | Lamont |
| ETH.MESH.03742546 - ETH.MESH.03742570 | Work Instructions for Device Design Risk Management | Plaintiff's-745 | 5/15/2012 | Everett |
| ETH.MESH.03742571 through ETH.MESH.03742597 | Company Procedure for Medical Device Risk Management Plan, Document Name (#): PR602-003, Revision: 7 | T-0414 | 6/4/2013 | Smith, Dan |
| ETH.MESH.03742801 - ETH.MESH.03742835 | Operating Procedure For Failure Modes And Effects Analysis Application (aFMEA) or Design (dFMEA), Document Name (#): OP650-011 | Plaintiff's-1073 | 5/16/2012 | Yale |
| ETH.MESH.03742801 through ETH.MESH.03742835 | Operating Procedure For Failure Modes and Effects Analysis Application (aFMEA) or Design (dFMEA) | T-3080 | 8/8/2013 | Yale |
| ETH.MESH.03742864 - ETH.MESH.03742891 | Operating Procedure for Failure Modes and Effects Analysis Application (aFMEA) or Design (dFMEA) | Plaintiff's-749 | 5/16/2012 | Everett |
| ETH.MESH.03742864 through ETH.MESH.03742891 | Operating Procedure for Failure Modes and Effects Analysis Application (aFMEA) or Design (dFMEA), Document Name (#): OP650-011, Revision: 6 | T-0413 | 6/4/2013 | Smith, Dan |
| ETH.MESH.03743182 - ETH.MESH.03743193 | Franchise Policy for Product Complaint Management, Document Name (#): PL-0000087, Revision: 1 | Plaintiff's-776 | 5/24/2012 | Lamont |
| ETH.MESH.03743365 - ETH.MESH.03743387 | Franchise Procedure For Product Complaint Management, Document Name (#): PR-0000118, Revision: 18 | Plaintiff's-777 | 5/24/2012 | Lamont |
| ETH.MESH.03752572 | E-mail, 11/27/07, to de los Reyes and others from de los Reyes | T-3290 | 10/2/2013 | Parisi |
| ETH.MESH.03752671-72 | E-mail string, 5/20/08-5/23/08 | T-0549 | 6/13/2013 | Paine |
| ETH.MESH.03752.45 | Power point presentation - Biomechanics (Pelvic Forces) What are the forces in the pelvic floor?  It depends! | Plaintiff's-1143 | 10/9/2012 | Barbolt |
| ETH.MESH.03753245 | PowerPoint entitled "Biomechanics (Pelvic Forces) What are the Forces in the Pelvic Floor? It Depends!" | Plaintiff's-1300 | 12/15/2012 | Holste |
| ETH.MESH.03753682 | 5/18/10 Power Point Entitled "Gynecare TVT Abbrevo Launch Planning Stage Gate PLT," ETH.MESH.03753682 | P-41 | 8/20/2014 | Peebles |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03788147 through ETH.MESH.03788149 | E-mail string dated 3/11 and 3/12/09 [ETH.MESH.03788147 through ETH.MESH. 03788149] | Divilio-16 | 10/30/2014 | Divilio |
| ETH.MESH.03793293 | Regulatory strategy revision log with flow charts | Plaintiff's-754 | 5/18/2012 | O'Bryan |
| ETH.MESH.03801569 through ETH.MESH.03801571 | Meeting Minutes Anterior TVM (Porthos) Chartering Concept -> Feasibility Kick of meeting 14th April 03 | Plaintiff's-1255 | 11/15/2012 | Arnaud |
| ETH.MESH.03801777 through ETH.MESH.03801779 | E-mail chain, top one dated 19 Sep 2002 | Plaintiff's-1254 | 11/15/2012 | Arnaud |
| ETH.MESH.03801821 and ETH.MESH.03801822 | E-mail dated 05 Dec 2002 | T-0312 | 5/30/2013 | Weisberg |
| ETH.MESH.03801837 | E-mail dated 20 Apr 2003 | T-0327 | 5/30/2013 | Weisberg |
| ETH.MESH.03801838 through ETH.MESH.03801846 | Draft Clinical Opinion | T-0328 | 5/30/2013 | Weisberg |
| ETH.MESH.03802343 through 345 | Mulberry Weekly Meeting Minutes for 6/24/03 | T-0511 | 6/7/2013 | O'Bryan |
| ETH.MESH.03802705 through 2708 | E-mail chain | T-0479 | 6/6/2013 | O'Bryan |
| ETH.MESH.03802718 through 2722 | E-mail chain | T-0480 | 6/6/2013 | O'Bryan |
| ETH.MESH.03803462 through ETH.MESH.03803465 | E-mail chain, top one dated 08 Aug 2003 | T-0253 | 5/16/2013 | Smith, Dan |
| ETH.MESH.03803483 | E-mail dated 18 Jun 2003 | Plaintiff's-1256 | 11/15/2012 | Arnaud |
| ETH.MESH.03803678-84 | Consulting Agreement Between Ethicon & de Leval | Plaintiff's-1331 | 8/12/2013 | Amin |
| ETH.MESH.03803694-96 | Contract Implementation Licensing Agreement | Plaintiff's-1332 | 8/12/2013 | Amin |
| ETH.MESH.03843518-19 | E-mail string, 5/5/09-5/14/09 | T-1327 | 9/18/2013 | Hart |
| ETH.MESH.03843917-18 | E-mail, 10/28/11 Subject, PF & Prosima Sales Post-FDA Activity ETH.MESH.03843917-18 | Henderson-33 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03845442 through ETH.MESH.03845444 | E-mail chain, top one dated 29 Oct 2007 | T-0896 | 7/22/2013 | Maree |
| ETH.MESH.03845446 - 03845450 | 10/30/07 e-mail string from Darryl Harkness to Aran Maree | T-1255 | 9/11/2013 | Robinson |
| ETH.MESH.03845446 through ETH.MESH.03845450 | E-mail chain, top one dated 30 Oct 2007 | T-0897 | 7/22/2013 | Maree |
| ETH.MESH.03845464 through ETH.MESH.03845469 | E-mail chain, top one dated 31 Oct 2007 | T-0900 | 7/22/2013 | Maree |
| ETH.MESH.03845448 and ETH.MESH.03845449 | E-mail chain, top one dated 24 October 2007 | T-0893 | 7/22/2013 | Maree |
| ETH.MESH.03878853 through 00349681 | Regulatory Strategy-United States | T-3047 | 8/1/2013 | Lin |
| ETH.MESH.03896219 | 3/1/12 "Ethicon Gynecare US Sales Conversation" Document, ETH.MESH.03896219 | Horton-21 | 7/1/2015 | Horton |
| ETH.MESH.03904451-80 | Document entitled "Meshes in Pelvic Floor Repair, Findings from literature review and conversations/interviews with surgeons; 6/6/00 | Plaintiff's-1080 | 5/24/2012 | Weisberg |
| ETH.MESH.03905059 through ETH.MESH.03905072 | Clinical Expert Report GYNECARE TVT SECUR System, August 23, 2005 | T-0724 | 6/27/2013 | Hinoul |
| ETH.MESH.03905472 through 477 | e-mail correspondence | K-50 | 12/10/2013 | Kaminski |
| ETH.MESH.03905472 through ETH.MESH.03905477 | E-mail chain, top one dated 06 Jun 2001 | T-0365 | 5/31/2013 | Weisberg |
| ETH.MESH.03905619 through ETH.MESH.03905621 | E-mail chain, top one dated 15 Sep 2005 | T-0456 | 6/5/2013 | Smith, Dan |
| ETH.MESH.03905619 thru ETH.MESH.03905621 | September 15, 2005 email to Patricia Hojnoski and Naomi Sinclair from Martin Weisberg - email chain | T-0633 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.03905690-91 | Document entitled "Response to FDA's letter dated 10/4/05" | T-0062 | 4/17/2013 | Hojnoski |
| ETH.MESH.03905968 through ETH.MESH.03905975 | Patient Brochure, "Pelvic Organ Prolapse, Get the Facts, Be Informed, Make YOUR Best Decision" | Plaintiff's-1382 | 9/11/2013 | London Brown |
| ETH.MESH.03905968-75 | POP Patient Brochure | T-0111 | 4/25/2013 | Lisa |
| ETH.MESH.03905976-91 | POP Patient Brochure | T-0112 | 4/25/2013 | Lisa |
| ETH.MESH.03905992-600 | POP Patient Brochure | T-0113 | 4/25/2013 | Lisa |
| ETH.MESH.03906001 through ETH.MESH.03906020 | Patient Brochure, "Treatment Options for Pelvic Organ Prolapse, stop coping. Start living." | Plaintiff's-939 | 9/27/2012 | Paine |
| ETH.MESH.03906037 through ETH.MESH.03906052 | Patient Brochure, "Treatment Options for Pelvic Organ Prolapse, stop coping. Start living." | Plaintiff's-938 | 9/27/2012 | Paine |
| ETH.MESH.03906037-52 | POP Patient Brochure | T-0114 | 4/25/2013 | Lisa |
| ETH.MESH.03906102 through ETH.MESH.03906108 | Article entitled "Surgical management of urinary stress incontinence in women: A historical and clinical overview," by Piet Hinoul, et al., | T-0685 | 6/26/2013 | Hinoul |
| ETH.MESH.0390676-91 | Tension-Free Vaginal Obturator Tape (TVOT) - 4/30/03 Meeting Report Professor Jean de Leval & Dr. Olivier Reul (CHU Sart Tilman) Dr. Frederic Daoud (Med-Alliance on behalf of Ethicon) | T-2227 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.03906976-91 | Tension-Free Vaginal Obturator Tape, 4/30/03 Meeting Report | Plaintiff's-1335 | 8/12/2013 | Amin |
| ETH.MESH.03907327 through ETH.MESH.03907330 | Trans-obturator TVT - Procedure In-Out Pr J. de LEVAL (university of Liege, BELGIUM) | T-0844 | 7/19/2013 | Arnaud |
| ETH.MESH.03907468 - ETH.MESH.03907469 | Documents | T-3343 | 11/5/2013 | Isenberg |
| ETH.MESH.03907468 and ETH.MESH.03907469 | Second Generation TVT | T-0843 | 7/19/2013 | Arnaud |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03907853 and ETH.MESH.03907854 | E-mail chain, top one dated 06 Jun 2003 | T-0841 | 7/19/2013 | Arnaud |
| ETH.MESH.03908707 and ETH.MESH.03908708 | E-mail dated 27 April 2005 | T-0306 | 5/23/2013 | Burkley |
| ETH.MESH.03909708 through ETH.MESH.03909713 | E-mail chain, top one dated 21 Aug 2000 | T-2144 | 8/20/2013 | Smith, Dan |
| ETH.MESH.03909708-ETH.MESH.03909713 | 6-page copy of E-mail dated 8/21/00 to Hans-Jochen Hoepffner from Axel Arnaud | T-2049 | 6/21/2013 | Selman |
| ETH.MESH.03909721 through 33 | "New Products Development Gynecare Products October 2001" | K-37 | 12/10/2013 | Kaminski |
| ETH.MESH.03909721-ETH.MESH.03909733 | 13-page copy of document dated 10/01 entitled "New Products Development Gynecare Products" | T-1038 | 5/30/2013 | Henderson |
| ETH.MESH.03909804 through 03909812 | E-mail string, top one dated 2/7/02 | Plaintiff's-1165 | 10/10/2012 | Barbolt |
| ETH.MESH.03909826 through ETH.MESH.03909829 | E-mail dated 29 Jan 2002, with attachment | Plaintiff's-1251 | 11/15/2012 | Arnaud |
| ETH.MESH.03909986 through ETH.MESH.03909990 | E-mail chain, top one dated 09 Jul 2002 | Plaintiff's-1252 | 11/15/2012 | Arnaud |
| ETH.MESH.03910175 through ETH.MESH.03910177 | E-mail chain, top one dated 15 Oct 2002 | T-0354 | 5/31/2013 | Weisberg |
| ETH.MESH.03910175-77 | E-mail string, 9/20/02-10/15/02 | T-0213 | 5/14/2013 | Finley |
| ETH.MESH.03910175-ETH.MESH.03910177 | 3-page copy of E-mail dated 10/15/02 to Martin Weisberg from Axel Arnaud | T-2054 | 6/21/2013 | Selman |
| ETH.MESH.03910183 through ETH.MESH.03910193 | E-mail chain, top one dated 13 Oct 2002 | T-0353 | 5/31/2013 | Weisberg |
| ETH.MESH.03910183-ETH.MESH.03910193 | E-Mail Chain with Attachment "Clinical Expert Report: Prolene Soft (Polypropylene) Mesh" | T-3453 | 1/6/2014 | Kirkemo |
| ETH.MESH.03910206 | 10/8/02 e-mail | T-0501 | 6/7/2013 | O'Bryan |
| ETH.MESH.03910207 | E-mail dated 08 Oct 2002 | T-3256 | 9/25/2013 | Arnaud |
| ETH.MESH.03910208 through 210 | 10/4/02 Report: Visit to Pr Jean de Leval | T-0500 | 6/7/2013 | O'Bryan |
| ETH.MESH.03910208 through ETH.MESH.03910210 | Report: Visit to Pr Jean de Leval | T-3257 | 9/25/2013 | Arnaud |
| ETH.MESH.03910208-10 | Report: Visit to Pr. Jean de Leval 10/4/02 (Arnaud & Ddelacroix) | T-2234 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.03910418 - 03910421 | 11/26/02 e-mail from Axel Arnaud to Dr. Reinhard Juraschek, et al. | T-1285 | 9/11/2013 | Robinson |
| ETH.MESH.03910418 through ETH.MESH.03910421 | E-mail chain, top one dated 26 Nov 2002 | T-2173 | 8/21/2013 | Smith, Dan |
| ETH.MESH.03910637 and ETH.MESH.03910638 | E-mail chain, top one dated 17 Mar 2004 | Plaintiff's-1259 | 11/15/2012 | Arnaud |
| ETH.MESH.03910799 and ETH.MESH.03910800 | E-mail chain, top one dated 21 Jul 2004 | T-0836 | 7/19/2013 | Arnaud |
| ETH.MESH.03910890 through ETH.MESH.03910892 | E-mail dated 25 May 2003 | T-0845 | 7/19/2013 | Arnaud |
| ETH.MESH.03910890-92 | E-mail Thread, 5/25/03 Subject, Followup Mulberry | T-2219 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.03911107 and ETH.MESH.03911108 | E-mail chain, top one dated 20 Feb 2003 | T-0835 | 7/19/2013 | Arnaud |
| ETH.MESH.03911107-08 | E-mail string, 1/9/03-2/20/03 | T-0201 | 5/13/2013 | Finley |
| ETH.MESH.03911107-8 | E-mail(s), dated 2/20/03 | T-3480 | 1/13/2014 | Hinoul |
| ETH.MESH.03911107-ETH.MESH.03911108 | 2-page copy of E-mail dated 2/20/03 to Elisabeth Angleitner from Axel Arnaud | T-2052 | 6/21/2013 | Selman |
| ETH.MESH.03911390 through ETH.MESH.03911394 | E-mail chain, top one dated 14 Aug 2003 | T-0847 | 7/19/2013 | Arnaud |
| ETH.MESH.03911617 and ETH.MESH.03911618 | E-mail chain, top one dated 25 May 2005 | Plaintiff's-1262 | 11/15/2012 | Arnaud |
| ETH.MESH.03911629 and ETH.MESH.03909830 | E-mail chain, top one dated 14 Jul 2005 | Plaintiff's-1261 | 11/15/2012 | Arnaud |
| ETH.MESH.03911712 through ETH.MESH.03911715 | E-mail chain, top one dated 31 Jan 2006 | T-0840 | 7/19/2013 | Arnaud |
| ETH.MESH.03912639 | E-mail 08 Jan 2007 | T-0864 | 7/20/2013 | Arnaud |
| ETH.MESH.03912647 through ETH.MESH.03912651 | Edited "Both" | T-0865 | 7/20/2013 | Arnaud |
| ETH.MESH.03912702 through ETH.MESH.03912707 | E-mail chain, top one dated 17 Jan 2007 | Plaintiff's-1266 | 11/16/2012 | Arnaud |
| ETH.MESH.03912703-07 | CMDA Europe Meeting Pelvic Floor Platform Meeting Minutes 12/7/06 ETH.MESH.03912703-07 | Henderson-11 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.03913651 - 03913615 | 6/1/07 meeting minutes CDMA Europe Meeting, Urinary Incontinence Platform | T-0937 | 7/24/2013 | Robinson |
| ETH.MESH.03913651 through 03913655 | CDMA Europe Meeting, Urinary Incontinence Platform, Meeting Minutes dated 6/1/07 | T-3409 | 11/8/2013 | Gauld |
| ETH.MESH.03913651 through ETH.MESH.03913655 | CDMA Europe Meeting Urinary Incontinence Platform, Meeting Minutes June 1, 2007 | T-3270 | 9/25/2013 | Arnaud |
| ETH.MESH.03915722 through ETH.MESH.03915725 | E-mail chain, top one dated 25 Oct 2006 | Plaintiff's-1263 | 11/15/2012 | Arnaud |
| ETH.MESH.03915790 -03915792 | E-mail string, top one dated 11/14/06 | Plaintiff's-1128 | 9/21/2012 | Shen |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03915831 and ETH.MESH.03915832 | E-mail chain, top one dated 10 Nov 2006 | Plaintiff's-1264 | 11/15/2012 | Arnaud |
| ETH.MESH.03916278 - 03916279 | E-mail string, top one dated 2/19/07 | Plaintiff's-1131 | 9/21/2012 | Shen |
| ETH.MESH.03917205 and ETH.MESH.03917206 | E-mail chain, top one dated Oct 2008, Bates stamped ETH.MESH.03917205 and ETH.MESH.03917206 | Plaintiff's-1503 | 6/9/2014 | Jones, Scott |
| ETH.MESH.03917309 through ETH.MESH.03917312 | E-mail chain, top one dated 28 Nov 1999 | T-0839 | 7/19/2013 | Arnaud |
| ETH.MESH.03917317 - ETH.MESH.03917318 | 2-page copy of E-mail dated 11/24/99 to Axel Arnaud from Dr. Brigitte Hellhammer, ETH.MESH.03917317 - ETH.MESH.03917318 | Divilio-41 | 11/21/2014 | Divilio |
| ETH.MESH.03918237 and ETH.MESH.03918238 | E-mail chain, top one dated 08 Oct 2002, Bates stamped ETH.MESH.03918237 and ETH.MESH.03918238 | Scheich-3 | 1/15/2015 | Scheich |
| ETH.MESH.03918253 through 264 | Licensing Agreement | T-0502 | 6/7/2013 | O'Bryan |
| ETH.MESH.03918253-64 | Licensing Agreement Between the University Of Liege | T-2233 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.03918270 | E-mail dated 07 Nov 2002, Bates stamped ETH.MESH.03918270 | T-3727 | 1/15/2015 | Scheich |
| ETH.MESH.03918324 | E-mail dated 05 Dec 2002 | T-0313 | 5/30/2013 | Weisberg |
| ETH.MESH.03918325 and ETH.MESH.03918326 | E-mail chain, top one dated 05 Dec 2002 | T-0314 | 5/30/2013 | Weisberg |
| ETH.MESH.03918327 and ETH.MESH.03918328 | E-mail chain, top one dated 05 Dec 2002 | T-0315 | 5/30/2013 | Weisberg |
| ETH.MESH.03918329 through ETH.MESH.03918331 | E-mail chain, top one dated 05 Dec 2002 | T-0316 | 5/30/2013 | Weisberg |
| ETH.MESH.03918332 through ETH.MESH.03918334 | E-mail chain, top one dated 05 Dec 2002 | T-0317 | 5/30/2013 | Weisberg |
| ETH.MESH.03918335 through ETH.MESH.03918337 | E-mail chain, top one dated 06 Dec 2002 | T-0318 | 5/30/2013 | Weisberg |
| ETH.MESH.03918497 | E-mail chain, top one dated 16 Apr 2003 | T-0325 | 5/30/2013 | Weisberg |
| ETH.MESH.03918547-48 | E-mail Thread, 5/7/03 Subject, Urgent Message | T-2223 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.03918752 | E-mail chain | T-0518 | 6/7/2013 | O'Bryan |
| ETH.MESH.03918791 and 792 | E-mail chain | T-0519 | 6/7/2013 | O'Bryan |
| ETH.MESH.03918791-92 | E-mail Thread, 9/4/03 Subject, Mulberry/de Leval Fees and Expenses | T-2238 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.03918801 through ETH.MESH.03918803 | E-mail chain, top one dated 10 Sep 2003 | T-3262 | 9/25/2013 | Arnaud |
| ETH.MESH.03919404 and ETH.MESH.03919405 | E-mail chain, top one dated 26 Mar 2003 | T-0850 | 7/19/2013 | Arnaud |
| ETH.MESH.03921499 and ETH.MESH.03921500 | E-mail chain, top one dated 19 Dec 2006 | T-0862 | 7/20/2013 | Arnaud |
| ETH.MESH.03921580 through ETH.MESH.03921583 | E-mail chain, top one dated 05 Dec 2006 | T-0856 | 7/20/2013 | Arnaud |
| ETH.MESH.03921612 | E-mail dated 30 Nov 2006 | T-0855 | 7/20/2013 | Arnaud |
| ETH.MESH.03921616 - 618 | 11/29/06 e-mail to C. Bogardus, et al from D. Robinson | T-2212 | 8/30/2013 | Bogardus |
| ETH.MESH.03921637 - 640 | 11/23/06 e-mail to C. Bogardus from H. Gadot | T-2211 | 8/30/2013 | Bogardus |
| ETH.MESH.03921637 through ETH.MESH.03921640 | E-mail chain, top one dated 23 Nov 2006 | T-1064 | 6/6/2013 | Parisi |
| ETH.MESH.03921637-40 | 11/23/06 E-mail from Bogardus to Axel, Subject: Fw: TVT SECUR Units sold 21 November | T-3553 | 1/16/2014 | DeLaCroix |
| ETH.MESH.03922228-30 | 10/25/07 E-mail from Manley to Subramanian, Subject: RE: NICE IP Review on Single Incision Sub-urethral slings (TVT Secur) | T-3563 | 1/16/2014 | DeLaCroix |
| ETH.MESH.03922261 | E-mail dated 03 Oct 2007 | T-0878 | 7/20/2013 | Arnaud |
| ETH.MESH.03922405 and ETH.MESH.03922406 | E-mail chain, top one dated 06 Jun 2007 | T-0877 | 7/20/2013 | Arnaud |
| ETH.MESH.03922618 - 03922619 | 3/14/07 e-mail from David Robinson to Axel Arnaud, et al., with attachment re 5-week results | T-0934 | 7/24/2013 | Robinson |
| ETH.MESH.03922618 and ETH.MESH.03922619 | E-mail dated 14 Mar 2007, plus attachment, 28 pages | T-3098 | 8/8/2013 | Yale |
| ETH.MESH.03922953 | E-mail chain, top one dated 16 Jan 2007 | T-0876 | 7/20/2013 | Arnaud |
| ETH.MESH.03923931 | Press Interview - Frankfort | Plaintiff's-1250 | 11/15/2012 | Arnaud |
| ETH.MESH.03924557 through ETH.MESH.03924586 | Meshes in Pelvic Floor Repair, Findings from literature review and conversations/interviews with surgeons | T-3428 | 12/3/2013 | Kammerer |
| ETH.MESH.03924613-740 | Ethicon Wound Closure Manual, 15 2004 | Plaintiff's-1083 | 5/24/2012 | Weisberg |
| ETH.MESH.03925078-25203 | Ethicon Wound Closure Manual, 17, 2007 | Plaintiff's-1084 | 5/24/2012 | Weisberg |
| ETH.MESH.03926030 and 31 | Document | T-0496 | 6/7/2013 | O'Bryan |
| ETH.MESH.03926030 and ETH.MESH.03926031 | Document, "Team Meeting.doc" | T-0259 | 5/16/2013 | Smith, Dan |
| ETH.MESH.03928540 through ETH.MESH.03928542 | E-mail chain, top one dated 17 Jul 2003 | T-0335 | 5/30/2013 | Weisberg |
| ETH.MESH.03930120 - 03930123 | article by Nilsson, et al." Seven-Year Follow-up" etc. | T-1269 | 9/11/2013 | Robinson |
| ETH.MESH.03930120 through ETH.MESH.03930123 | Article entitled "Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence," by Carl Gustaf Nilsson, et al., | T-0886 | 7/20/2013 | Arnaud |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.03930120-23 | Article entitled "Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence," 2004 | T-3012 | 7/29/2013 | Luscombe |
| ETH.MESH.03932905 | E-mail chain, top one dated 03 Sep 2008 | T-0832 | 7/19/2013 | Arnaud |
| ETH.MESH.03932909 through ETH.MESH.03932911 | History of TVT-O | T-0249 | 5/16/2013 | Smith, Dan |
| ETH.MESH.03932909-11 | History of TVT-O | Plaintiff's-1359 | 8/13/2013 | Amin |
| ETH.MESH.03932912 through 914 | Document titled The History of TVT | T-3141 | 8/20/2013 | Jones, Greg |
| ETH.MESH.03932912 through ETH.MESH.03932914 | The history of TVT | T-0406 | 6/4/2013 | Smith, Dan |
| ETH.MESH.03932912 through ETH.MESH.03932914 | The history of TVT | T-0833 | 7/19/2013 | Arnaud |
| ETH.MESH.03934031 through 32 | e-mail correspondence | K-25 | 12/10/2013 | Kaminski |
| ETH.MESH.03934031-32 | 10/28/11 Letter | T-3552 | 1/16/2014 | DeLaCroix |
| ETH.MESH.03934794 | E-mail chain, top one dated 05 Nov 2002, Bates stamped ETH.MESH.03934794 | T-3728 | 1/15/2015 | Scheich |
| ETH.MESH.03934876 through ETH.MESH.03934879 | E-mail chain, top one dated 25 Mar 2003 | T-0320 | 5/30/2013 | Weisberg |
| ETH.MESH.03934930 | E-mail chain, top one dated 03 May 2003 | T-3259 | 9/25/2013 | Arnaud |
| ETH.MESH.03934952 through 967 | 4/30/03 Meeting Report | T-0499 | 6/7/2013 | O'Bryan |
| ETH.MESH.03934952 through ETH.MESH.03934967 | Tension-free Vaginal Obturator Tape (TVOT) - April 30 2003 - Meeting report | T-0329 | 5/30/2013 | Weisberg |
| ETH.MESH.03935061 | E-mail dated 19 Jun 2003 | T-0332 | 5/30/2013 | Weisberg |
| ETH.MESH.03938897 and ETH.MESH.03938898 | E-mail chain, top one dated 20 Feb 2006 | T-0849 | 7/19/2013 | Arnaud |
| ETH.MESH.03959938-40 | E-mail Chain, ETH.MESH.03959938-40 | T-3668 | 8/26/2014 | Rovner |
| ETH.MESH.03964822-28 | E-mail string, 4/24/09-5/6/09 | T-0207 | 5/14/2013 | Finley |
| ETH.MESH.03966039-40 | E-mail string, 3/6/09 | T-0208 | 5/14/2013 | Finley |
| ETH.MESH.03971354 | 2008 Competitive Conversions, ETH.MESH.03971354 | T-3667 | 8/26/2014 | Rovner |
| ETH.MESH.03983643 | E-mail, 10/10/08, to Prine from Finley | T-0194 | 5/13/2013 | Finley |
| ETH.MESH.03983705 | Document entitled "TVT Key Selling Points Versus Competitors" | T-0193 | 5/13/2013 | Finley |
| ETH.MESH.03992250 and ETH.MESH.03992251 | E-mail chain, top one dated 16 Jan 2007 | T-0869 | 7/20/2013 | Arnaud |
| ETH.MESH.04005088 and ETH.MESH.04005089 | 5/9/12 Letter from Kaneviko to Ritchey, ETH.MESH.04005088 and ETH.MESH.04005089 | Horton-19 | 7/1/2015 | Horton |
| ETH.MESH.04005090 and ETH.MESH.04005091 | 5/9/12 Letter from Kaneviko to Ritchey, ETH.MESH.04005090 and ETH.MESH.04005091 | Horton-17 | 7/1/2015 | Horton |
| ETH.MESH.04005092 and ETH.MESH.04005093 | 5/9/12 Letter from Kaneviko to Ritchey, ETH.MESH.04005092 and ETH.MESH.04005093 | Horton-20 | 7/1/2015 | Horton |
| ETH.MESH.04005094 | 5/9/12 Letter from Kaneviko to Ritchey, ETH.MESH.04005094 | Horton-18 | 7/1/2015 | Horton |
| ETH.MESH.04015102 - ETH.MESH.04015104 | 3-page copy of E-mail dated 3/1/12 to Casey Mayes from Boris Batke | T-1236 | 8/1/2013 | Batke |
| ETH.MESH.04020155 through 04020164 | E-mail string, top one dated 4/15/05 | Plaintiff's-1156 | 10/10/2012 | Barbolt |
| ETH.MESH.04035362 - 68 | E-mail chain, top one dated 11 Nov 2002, with attachment | Plaintiff's-947 | 10/2/2012 | Burkley |
| ETH.MESH.04036976 - ETH.MESH.04036981 | 6-page copy of document dated 1/13/05 entitled "Report" | T-1247 | 8/2/2013 | Batke |
| ETH.MESH.04037600 | 1-page copy of document entitled "Placeholder," plus attachments | T-1239 | 8/1/2013 | Batke |
| ETH.MESH.04038031-55 | E-mail, 1/29/12, to Batke and others from Landgrebe, with attachments | T-1103 | 6/20/2013 | Vailhe, C |
| ETH.MESH.04038180 and ETH.MESH.04038181 | E-mail chain, top one dated 29 Feb 2012 | T-0273 | 5/22/2013 | Burkley |
| ETH.MESH.04039941 through 04039948 | Gynecare Gynemesh PS, A New Mesh for Pelvic Floor Repair, Early Clinical Experience | Plaintiff's-1152 | 10/10/2012 | Barbolt |
| ETH.MESH.04041579 through ETH.MESH.04041586 | Brochure, "Pelvic Organ Prolapse, Get the Facts, Be Informed, Make YOUR Best Decision," | T-0385 | 5/31/2013 | Weisberg |
| ETH.MESH.04041579-86 | Pelvic Organ Prolapse brochure | T-0098 | 4/17/2013 | Hojnoski |
| ETH.MESH.04044797 through ETH.MESH.04044800 | TVT Update Success & Complications (Causes and Recommendations) | T-2145 | 8/20/2013 | Smith, Dan |
| ETH.MESH.04048515 - 04048520 | 6/18/08 KOL Interview: Carl G. Nilsson | T-0961 | 7/25/2013 | Robinson |
| ETH.MESH.04048515 - ETH.MESH.04048520 | Documents | T-3383 | 11/6/2013 | Isenberg |
| ETH.MESH.04048515 through 520 | KOL interview: Carl G Nilsson | K-20 | 12/10/2013 | Kaminski |
| ETH.MESH.04048515 through ETH.MESH.04048520 | KOL Interview: Carl G. Nilsson, Interview: 06.18.08(10-4pm), | T-1066 | 6/6/2013 | Parisi |
| ETH.MESH.04048515 through ETH.MESH.04048520 | KOL Interview: Carl G. Nilsson, Interview: 06.18.08 (10-4pm) | T-0707 | 6/26/2013 | Hinoul |
| ETH.MESH.04048515-20 | KOL Interview, Carl G. Nilsson | T-3544 | 1/16/2014 | DeLaCroix |
| ETH.MESH.04048515-8520 | KOL Interview | T-1359 | 1/17/2014 | London Brown |
| ETH.MESH.04054691 | Slide Deck History of Secur Dan Smith, Allison London Brown | Plaintiff's-1349 | 8/13/2013 | Amin |
| ETH.MESH.04056606 through ETH.MESH.04056609 | E-mail chain, top one dated 02 Aug 2011 | T-0686 | 6/26/2013 | Hinoul |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.04061222 through ETH.MESH.04061236 | 7/11 "Urogynecologic Surgical Mesh: Update on the Safety and Effectiveness of Transvaginal Placement for Pelvic Organ Prolapse," ETH.MESH.04061222 through ETH.MESH.04061236 | P-36 | 8/20/2014 | Peebles |
| ETH.MESH.04067255-58 | Document dated 2/6-2/7/08 entitled "WW Marketing Meeting Ethicon WH&U Pelvic Floor" | Plaintiff's-342Z | 9/11/2012 | Meek |
| ETH.MESH.04067269-70 | E-mail dated 3/18/08 to List from Jonathan Meek | Plaintiff's-341Z | 9/11/2012 | Meek |
| ETH.MESH.04081189 and ETH.MESH.04081190 | Meeting Agenda | T-0608 | 6/18/2013 | Mahar |
| ETH.MESH.04081189 and ETH.MESH.04081190 | Meeting Agenda | T-2150 | 8/20/2013 | Smith, Dan |
| ETH.MESH.04081189 through 1190 | Meeting Agenda | T-3322 | 10/29/2014 | Chen, Meng |
| ETH.MESH.04081189-90 | Document entitled "Meeting Agenda" | T-0540 | 6/13/2013 | Paine |
| ETH.MESH.04081189-ETH.MESH. 04081190 | Document Entitled "Meeting Agenda" | T-3444 | 1/6/2014 | Kirkemo |
| ETH.MESH.04081189- ETH.MESH.04081190 | 2-page copy of document entitled "Meeting Agenda" | T-2045 | 6/21/2013 | Selman |
| ETH.MESH.04081247 and ETH.MESH.04081248 | 1998-2009 Prolene Mesh Product Complaints with Serious Injury | Plaintiff's-988 | 10/4/2012 | Chen |
| ETH.MESH.04081301 through 1302 | Work in Progress Weekly | T-3325 | 10/30/2013 | Chen, Meng |
| ETH.MESH.04081301- ETH.MESH.04081302 | Document Entitled "Work in Progress Weekly" | T-3445 | 1/6/2014 | Kirkemo |
| ETH.MESH.04081468 - 04081473 | document, "Gynecare TVT-Secur - Overview of 2008 Product Complaints Reported as MDR Serious Injuries" | T-0966 | 7/25/2013 | Robinson |
| ETH.MESH.04081891 and ETH.MESH.04081892 | Medical Assessment #10100021556, April 3, 2006 | Plaintiff's-993 | 10/4/2012 | Chen |
| ETH.MESH.04084250 through ETH.MESH.04084255 | Complaint Investigation Report | Plaintiff's-990 | 10/4/2012 | Chen |
| ETH.MESH.04084422 through ETH.MESH.04084427 | Complaint Investigation Report | Plaintiff's-986 | 10/3/2012 | Chen |
| ETH.MESH.04084428 through ETH.MESH.04084434 | Complaint Investigation Report | Plaintiff's-983 | 10/3/2012 | Chen |
| ETH.MESH.04085059 through ETH.MESH.04085063 | Complaint Investigation Report | Plaintiff's-992 | 10/4/2012 | Chen |
| ETH.MESH.04088711 through 8712 | Medical Assessment | T-3331 | 10/30/2013 | Chen, Meng |
| ETH.MESH.04089692 and ETH.MESH.04089693 | E-mail chain, top one dated 26 Jul 2007 | Plaintiff's-989 | 10/4/2012 | Chen |
| ETH.MESH.04090122 | E-mail dated 10/12/07 | T-3330 | 10/30/2013 | Chen, Meng |
| ETH.MESH.04091125 through ETH.MESH.04091126 | E-mail string dated 3/31 and 4/1/08 [ETH.MESH.04091125 through ETH.MESH.04091126] | Divilio-19 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.04092868 through 2869 | E-mail dated 12/19/08 | T-3324 | 10/29/2014 | Chen, Meng |
| ETH.MESH.04092868-ETH.MESH. 04092869 | 12/19/08 E-Mail from Chen to Gadaleta and Yale | T-3447 | 1/6/2014 | Kirkemo |
| ETH.MESH.04093125 | E-mail chain, top one dated 29 Jan 2009 | T-2149 | 8/20/2013 | Smith, Dan |
| ETH.MESH.04093850 through ETH.MESH.04093853 | E-mail chain, top one dated 23 Sep 2009 | Plaintiff's-995 | 10/4/2012 | Chen |
| ETH.MESH.04094142 through ETH.MESH.04094144 | E-mail chain, top one dated 05 Jan 2010 | Plaintiff's-996 | 10/4/2012 | Chen |
| ETH.MESH.04094396 | Document entitled "Patient Deaths" | T-3323 | 10/29/2013 | Chen, Meng |
| ETH.MESH.04094573 through ETH.MESH.04094575 | E-mail chain, top one dated 22 Mar 2007 | Plaintiff's-998 | 10/4/2012 | Chen |
| ETH.MESH.04094632 and ETH.MESH.04094633 | E-mail chain, top one dated 22 Jan 2008 | Plaintiff's-987 | 10/3/2012 | Chen |
| ETH.MESH.04094759 through ETH.MESH.04094761 | Email from Colin Urquhart to Meng Chen re:  TVT-World Registry - Adverse Event 10100071469 | Plaintiff's-1140 | 10/4/2012 | Chen |
| ETH.MESH.04094863 and ETH.MESH.04094864 | E-mail chain, top one dated 29 Jan 2009 | Plaintiff's-973 | 10/3/2012 | Chen |
| ETH.MESH.04094863 through 4864 | E-mail string, top one dated 1/29/09 | T-3326 | 10/30/2013 | Chen, Meng |
| ETH.MESH.04094863-ETH.MESH. 04094864 | 1/29/09 E-Mail Chain (Previously Marked T-3326) | T-3448 | 1/6/2014 | Kirkemo |
| ETH.MESH.04095504 through ETH.MESH.04095506 | Memo to File #10100027025, November 13, 2006 | Plaintiff's-994 | 10/4/2012 | Chen |
| ETH.MESH.04095713 through ETH. MESH.04095716 | Memo to File, December 1, 2006 | Plaintiff's-984 | 10/3/2012 | Chen |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.04096233 and ETH.MESH.04096234 | E-mail chain, top one dated 13 Aug 2007 | Plaintiff's-979 | 10/3/2012 | Chen |
| ETH.MESH.04096534 and ETH.MESH.04096535 | Meeting invite, 16 Jan 2008 | Plaintiff's-980 | 10/3/2012 | Chen |
| ETH.MESH.04096631 | E-mail dated 26 Feb 2008 | Plaintiff's-981 | 10/3/2012 | Chen |
| ETH.MESH.04096632 | E-mail dated 20 Feb 2008 | Plaintiff's-985 | 10/3/2012 | Chen |
| ETH.MESH.04096664 and ETH.MESH.04096665 | E-mail chain, top one dated 09 Apr 2008 | Plaintiff's-982 | 10/3/2012 | Chen |
| ETH.MESH.04097335 through 7336 | Medical Assessment Tracking #10100054041 | T-3333 | 10/30/2013 | Chen, Meng |
| ETH.MESH.04097659 through 06767603 | E-mail string, top one dated 4/24/09 | T-0826 | 7/16/2013 | Mahmoud |
| ETH.MESH.04099155 through 9156 | E-mail string, top one dated 9/18/08 | T-3320 | 10/29/2014 | Chen, Meng |
| ETH.MESH.04120903 | PowerPoint presentation entitled "Mesh Platform Review," November 2010 | T-1313 | 9/17/2013 | Hart |
| ETH.MESH.04120969 | E-mail string, 5/7/09-5/11/09 | T-1308 | 9/17/2013 | Hart |
| ETH.MESH.04120970-76 | Article entitled "Complication and Reoperation Rates After Apical Vaginal Prolapse Surgical Repair, A Systematic Review" | T-1309 | 9/17/2013 | Hart |
| ETH.MESH.04121280-81 | E-mail string, 11/2/10-11/19/10 | T-1310 | 9/17/2013 | Hart |
| ETH.MESH.04121282-308 | Post Market Surveillance Report, Prolift | T-1312 | 9/17/2013 | Hart |
| ETH.MESH.04121309-11 | Memo, 11/2/10, to PMS File from Lamont | T-1311 | 9/17/2013 | Hart |
| ETH.MESH.04121755-56 | E-mail string, 5/11/11-5/12/11 | T-1305 | 9/17/2013 | Hart |
| ETH.MESH.04122262-64 | E-mail string, 2/28/06-3/1/06 | T-1334 | 9/18/2013 | Hart |
| ETH.MESH.04123297-99 | E-mail string, 4/22/10-4/28/10 | T-1306 | 9/17/2013 | Hart |
| ETH.MESH.04123300-20 | Document entitled "Trocar-guided mesh repair of vaginal prolapse using partially-absorbable mesh; one year outcomes" | T-1307 | 9/17/2013 | Hart |
| ETH.MESH.04126571 and ETH.MESH.04126572 | E-mail chain, top one dated 18 Sep 2007 | T-0892 | 7/22/2013 | Maree |
| ETH.MESH.04126725 and ETH.MESH.04126726 | E-mail dated 31 Oct 2007 | T-0899 | 7/22/2013 | Maree |
| ETH.MESH.04126728 through ETH.MESH.04126730 | GYNECARE TVT SECUR system - Postmarket Surveillance Review Meeting November 1st, 2007 | T-0903 | 7/22/2013 | Maree |
| ETH.MESH.04126740 | E-mail chain, top one dated 01 Nov 2007 | T-0902 | 7/22/2013 | Maree |
| ETH.MESH.04126886 through ETH.MESH.04126889 | E-mail chain, top one dated 06 Nov 2007 | T-0908 | 7/22/2013 | Maree |
| ETH.MESH.04126903 through ETH.MESH.04126906 | E-mail chain, top one dated 08 Nov 2007 | | 7/23/2013 | Maree |
| ETH.MESH.04127004 through ETH.MESH.04127006 | Printout | T-3104 | 8/8/2013 | Yale |
| ETH.MESH.04127062 and ETH.MESH.04127063 | E-mail chain, top one dated 10 Dec 2007 | T-0912 | 7/23/2013 | Maree |
| ETH.MESH.04127069 | E-mail chain, top one dated 10 Dec 2007 | T-0913 | 7/23/2013 | Maree |
| ETH.MESH.04127180 through ETH.MESH.04127182 | E-mail chain, top one dated 05 Feb 2008 | T-0915 | 7/23/2013 | Maree |
| ETH.MESH.04127238 | 1-page copy of document dated 3/25/08 entitled "Communication to Surgeons Regarding the Gynecare TVT Secur System" | T-2037 | 6/21/2013 | Selman |
| ETH.MESH.04127331 | E-mail dated 24 Sep 2008 | T-0921 | 7/23/2013 | Maree |
| ETH.MESH.04181833 | slide deck Treatment of Stress Urinary Incontinence with Gynecare TVT Secur System | T-0771 | 7/11/2013 | Pattyson |
| ETH.MESH.04192739 | Letter dated 5 October 2004 | Plaintiff's-857 | 9/6/2012 | Gauld |
| ETH.MESH.04193990 through ETH.MESH.04193993 | Major Executive Committee Actions July 20, 1999 through September 15, 1999 | T-0358 | 5/31/2013 | Weisberg |
| ETH.MESH.04204341 and ETH.MESH.04204342 | E-mail chain, top one dated 09 Jan 2007 | T-0866 | 7/20/2013 | Arnaud |
| ETH.MESH.04204343 | WOMENS HEALTH - Monthly Report December 06 | T-0867 | 7/20/2013 | Arnaud |
| ETH.MESH.04205632 - 636 | "Strategic Plan Challenge, March 20, 2003" | T-2193 | 8/30/2013 | Bogardus |
| ETH.MESH.04206265 | E-mail, 3/26/07, to Smolugova and others from Gadot | T-0571 | 6/14/2013 | Paine |
| ETH.MESH.04236910 through ETH.MESH.04236910 | Elsevier Editorial System for American Journal of Obstetrics and Gynecology Manuscript Draft; Bates Stamp Nos. ETH.MESH.04236910 through ETH.MESH.04236910 | T-3646 | 6/10/2014 | Nager |
| ETH.MESH.04243020-04243022 | Email chain, top dated 07/12/2005 | Plaintiff's-3007 | 9/13/2012 | Owens |
| ETH.MESH.04243020-22 | E-mail Thread, 7/12/05 | P-3007 (previously marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.04315005-06 | E-mail dated 10/20/09 to List from Scott Jones | Plaintiff's-343Z | 9/11/2012 | Meek |
| ETH.MESH.04316544 through ETH.MESH.04316562 | Company Procedure for the Ethicon Product Development Process (PDP) - Design Controls, Document Name (#): PR800-011, Version: 9 | T-0431 | 6/5/2013 | Smith, Dan |
| ETH.MESH.04316544 thru ETH.MESH.04316562 | Company Procedure for the Ethicon Product Development Process (PDP) - Design Controls | T-0628 | 6/19/2013 | Owens, Charlotte |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.04385192 through ETH.MESH.04385197 | Process Specification GYNECARE TVT SECUR, EPC060, Revision: B, | T-0442 | 6/5/2013 | Smith, Dan |
| ETH.MESH.04385229 through ETH.MESH.04385245 | Clinical Expert Report GYNECARE TVT SECUR System | T-0345 | 5/31/2013 | Weisberg |
| ETH.MESH.04385229 through ETH.MESH.04385245 | Clinical Expert Report Gynecare TVT SECUR System, 12/2/2005 | T-2148 | 8/20/2013 | Smith, Dan |
| ETH.MESH.04385229-45 | Gynecare Clinical Expert Report, Gynecare TVT SECUR System, 12/2/05 | T-0081 | 4/17/2013 | Hojnoski |
| ETH.MESH.04433320-24 | AUGS Conference Presentation Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - Five Year Results | T-1083 | 6/17/2013 | Beach |
| ETH.MESH.04447134 through 4447142 | Ethicon Corporate Product Characterization Product Safety Profile dated 7/19/96 | T-2129 | 8/15/2013 | Barbolt |
| ETH.MESH.04474308 through ETH.MESH.04474312 | Letter to Brian Kanerviko | Plaintiff's-867 | 9/6/2012 | Gauld |
| ETH.MESH.04474308 through ETH.MESH.04474312 | Letter dated April 2012 | T-1186 | 7/12/2013 | Beath |
| ETH.MESH.04474308-12 | Public Health Service April 2012 | Plaintiff's-1116 | 9/11/2012 | Pruden |
| ETH.MESH.04474313 and ETH.MESH.04474314 | Letter dated May 2, 2012 | Plaintiff's-1228 | 11/8/2012 | Beath |
| ETH.MESH.04474313-ETH.MESH.04474314 | 2-page copy of letter dated 5/2/12 to Mary Beth Ritchey, M.D., from Brian Kanerviko | T-2020 | 6/20/2013 | Selman |
| ETH.MESH.04474315 | Letter to FDA changing Gynemesh indications | Plaintiff's-898 | 9/19/2012 | Hinoul |
| ETH.MESH.04474315 and ETH.MESH.04474316 | Letter dated May 9, 2012 | Plaintiff's-1230 | 11/8/2012 | Beath |
| ETH.MESH.04474519 through ETH.MESH.02095525 | Postmarket Surveillance Study PS120043 GYNECARE PROLIFT+M Pelvic Floor Repair Systems, GYNECARE PROLIFT Pelvic Floor Repair Systems, K071512 | Plaintiff's-866 | 9/6/2012 | Gauld |
| ETH.MESH.04474519 through ETH.MESH.04474554 | Postmarket Surveillance Study PS120043 | Plaintiff's-1225 | 11/8/2012 | Beath |
| ETH.MESH.04474731 and ETH.MESH.04474733 through ETH.MESH.04474740 | 2/1/12 Letter with Attachment from Kanerviko to Ritchey, ETH.MESH.04474731 and ETH.MESH.04474733 through ETH.MESH.04474740 | Horton-29 | 7/1/2015 | Horton |
| ETH.MESH.04474756- 04474760 | article by Lekha S. Hota, MD, et al. "TVT-Secur (Hammock) Versus TVT-Obturator: A Randomized Trial of Suburethral Sling Operative Procedures" | T-0950 | 7/24/2013 | Robinson |
| ETH.MESH.04474771 through ETH.MESH.04474775 | 4/12 Letter from Marinac-Dabic to Kanerviko, ETH.MESH.04474771 through ETH.MESH.04474775 | Horton-12 | 7/1/2015 | Horton |
| ETH.MESH.04474782 through ETH.MESH.04474785 | 4/3/12 Letter from Marinac-Dabic to Kanerviko, ETH.MESH.04474782 through ETH.MESH.04474785 | Horton-13 | 7/1/2015 | Horton |
| ETH.MESH.04474786 | Regulatory Contact Report, May 1, 2012 | T-1187 | 7/12/2013 | Beath |
| ETH.MESH.04474797 and ETH.MESH.04474798 | Letter dated May 9, 2012 | Plaintiff's-1229 | 11/8/2012 | Beath |
| ETH.MESH.04474808 and ETH.MESH.04474809 | Letter dated July 09, 2012 | Plaintiff's-1231 | 11/8/2012 | Beath |
| ETH.MESH.04474808-09 | FDA Letter | T-101a | 4/25/2013 | Lisa |
| ETH.MESH.04476164 | Printout of 6/13/11 PowerPoint Presentation Titled "EDHU Board Meeting," 19 Pages Bates No. ETH.MESH.04476164 | Austin-8 | 8/13/2015 | Austin |
| ETH.MESH.04476265 through ETH.MESH.04476278 | E-mail chain, top one dated April 24, 2012 | Plaintiff's-1227 | 11/8/2012 | Beath |
| ETH.MESH.04499687 - 04499742 | Confidential Interim Statistical Report, an Evaluation of the GYNECARE TVT SECUR System for the Treatment of Stress Urinary Incontinence | T-0931 | 7/24/2013 | Robinson |
| ETH.MESH.04499687-ETH.MESH.04499742 | 56-page copy of document dated 9/12/06 entitled "Confidential Interim Statistical Report" | T-2028 | 6/20/2013 | Selman |
| ETH.MESH.04500235-58 | Clinical Registry Report, TVT-World-Wide Observational Registry For Long-Term Data, dated 10/12/11 | T-3514 | 1/15/2014 | Hinoul |
| ETH.MESH.04523637 - 04523642 | article by Tincello, et al. "The TVT Worldwide Observational Registry" etc. | T-1277 | 9/11/2013 | Robinson |
| ETH.MESH.04540382 | Ethicon Process Overview | T-3319 | 10/29/2013 | Chen, Meng |
| ETH.MESH.04543098 | PowerPoint, "General Surgery GMB 522 Response Discussion April 20, 2012," 8 pages | Plaintiff's-1235 | 11/8/2012 | Beath |
| ETH.MESH.04543334-35 | E-mail Thread 8/27/11 Subject, Faculty & Customer Call Post-FDA Panel Meeting ETH.MESH.04543334-35 | Henderson-4F | 8/27/2015 | Henderson, Matt |
| ETH.MESH.04547249 | E-mail string, 2/8/12 | T-1321 | 9/18/2013 | Hart |
| ETH.MESH.04547679-80 | 2-page copy of E-mail dated 2/21/12 to Jonathan Meek from Piet Hinoul | Plaintiff's-339Z | 9/11/2012 | Meek |
| ETH.MESH.04548236-42 | Document entitled "CDMA Meeting Minutes - 2012" | T-1111 | 6/21/2013 | Vailhe, C |
| ETH.MESH.04549882-87 | The American College of Obstetricians and Gynecologists Women's Health Care Physicians Committee Opinion, Number 513, December 2011, entitled "Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse" | T-1324 | 9/18/2013 | Hart |

| ETH.MESH.04551719 through ETH.MESH.04551756 | Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse, Bates stamped ETH.MESH.04551719 through ETH.MESH.04551756 | Schmid-19 | 7/31/2015 | Schmid |
|---|---|---|---|---|
| ETH.MESH.04551757-95 | E-mail, 6/28/12, to Hammond and others from Hinoul, with attachment | T-1323 | 9/18/2013 | Hart |
| ETH.MESH.04554714 | Letter to FDA ceasing marketing of Prolift and Prolift+M | Plaintiff's-897 | 9/19/2012 | Hinoul |
| ETH.MESH.04554714 and ETH.MESH.04554715 | Letter dated May 9, 2012 | Plaintiff's-927 | 9/21/2012 | Gorsky |
| ETH.MESH.04554842- ETH.MESH.04554843 | DeCosta P email chain re FDA mesh meeting | | | |
| ETH.MESH.04557644 | PowerPoint, "EWHU Board Meeting Update: Recent FDA Feedback on Regulatory Requirements for PRF Mesh Products," 9 pages | Plaintiff's-1233 | 11/8/2012 | Beath |
| ETH.MESH.04566349-51 | E-mail string, 4/13/11-4/15/11 | T-1316 | 9/18/2013 | Hart |
| ETH.MESH.04567644 | 6/5/12 Ethicon Women's Health & Urology "Dear Surgeons" Letter Bates No. ETH.MESH.04567644 | Austin-10 | 8/13/2015 | Austin |
| ETH.MESH.04567644- ETH.MESH.04567644 | 2012.06.05 discontinuation letter to surgeons | | | |
| ETH.MESH.04579677 | E-mail chain, top one dated 6/10/2012 | Plaintiff's-920 | 9/21/2012 | Gorsky |
| ETH.MESH.04599877 | Email re:  Dr. Riachi | Plaintiff's-1175 | 10/12/2012 | McCoy |
| ETH.MESH.04600169 | Johnson & Johnson Q & A - Annual Shareholders Meeting | Plaintiff's-1170 | 10/12/2012 | McCoy |
| ETH.MESH.04601630 | Email re:  CONFIDENTIAL - APPROVAL NEEDED; Philip B. Hofmann Research Scientist Award; request for approval for Arnaud and Zaddem | Plaintiff's-1168 | 10/12/2012 | McCoy |
| ETH.MESH.04606782 | Email re:  Confidential - Potential FDA Notification Plan, Attachments referenced | Plaintiff's-1173 | 10/12/2012 | McCoy |
| ETH.MESH.04611734 | PowerPoint entitled "Executive Summary, Medical, Regulatory and Quality Systems Diagnostic," 6/6/06 | T-0548 | 6/13/2013 | Paine |
| ETH.MESH.04651949 | Email re: Important FDA Soverville Inspection Concluded Day 7; Received a Form 483 from the FDA due to failure to file MDR's for specific Panacryl complaints between 2001 and 2003 | Plaintiff's-1176 | 10/12/2012 | McCoy |
| ETH.MESH.04879992 and ETH.MESH.04879993 | E-mail chain, top one dated 1/12/2009 | Plaintiff's-1388 | 9/12/2013 | London Brown |
| ETH.MESH.04925322 and ETH.MESH.04925323 | E-mail chain, top one dated 20 May 2012 | T-1191 | 7/12/2013 | Beath |
| ETH.MESH.04925345 through ETH.MESH.04925347 | E-mail chain, top one dated 17 May 2012 | T-1190 | 7/12/2013 | Beath |
| ETH.MESH.04925364 through ETH.MESH.04925366 | E-mail chain, top one dated 15 May 2012 | T-1189 | 7/12/2013 | Beath |
| ETH.MESH.04925416 | PowerPoint, "PFR Discussion Agenda," Bates stamped ETH.MESH.04925416 | Schmid-18 | 7/31/2015 | Schmid |
| ETH.MESH.04925426 | 5/2/12 E-Mail Chain, ETH.MESH.04925426 | Horton-24 | 7/1/2015 | Horton |
| ETH.MESH.04925687 - 689, 09069915 - 917, 04933278 - 286, 04933277, 04984186 - 188, 07723025 - 027, 05675500, 05598747, 04984295 - 296, 04554722 - 725, 07724636 - 675, 04554676 - 680, 04004090 - 091, 04474808 - 809 | Various Documents Produced by the Witness 8/13/15 (Seven Pages without Bates Numbers) Bates Nos. ETH.MESH.04925687 - 689, 09069915 - 917, 04933278 - 286, 04933277, 04984186 - 188, 07723025 - 027, 05675500, 05598747, 04984295 - 296, 04554722 - 725, 07724636 - 675, 04554676 - 680, 04004090 - 091, 04474808 - 809 | Austin-5 | 8/13/2015 | Austin |
| ETH.MESH.04932707-09 | E-mail string, 6/14/11 | T-1319 | 9/18/2013 | Hart |
| ETH.MESH.04932710-11 | E-mail string, 6/14/11 | T-1318 | 9/18/2013 | Hart |
| ETH.MESH.04933277 through ETH.MESH.04933286 | E-mail dated 29 Mar 2012, Bates stamped ETH.MESH.04933277 through ETH.MESH.04933286 | Schmid-17 | 7/31/2015 | Schmid |
| ETH.MESH.04933406 | PowerPoint, "An anatomic comparison of the traditional TVT-O versus a modified TVT-O procedure, Piet Hinoul, MD, Advisory Board TVT ABBREVO, September 25, 2010," 44 pages | T-0683 | 6/26/2013 | Hinoul |
| ETH.MESH.04937874 through ETH.MESH.04937876 | E-mail chain, top one dated 05 Mar 2012 | T-0274 | 5/22/2013 | Burkley |
| ETH.MESH.04938061-6 | E-mail(s), dated 3/14/12 | T-3519 | 1/15/2014 | Hinoul |
| ETH.MESH.04938298 and ETH.MESH.04938299 | E-mail chain, top one dated 02 Apr 2012 | T-0706 | 6/26/2013 | Hinoul |
| ETH.MESH.04939027- ETH.MESH.04939035 | 9-page copy of document dated 2/28/06 entitled "Corporate Product Characterization Plan for Gynecare TVT S (Secur)" | T-1220 | 7/30/2013 | Holste |
| ETH.MESH.04939148 through ETH.MESH.04939157 | Corporate Product Characterization Plan for GYNECARE TVT S (SECUR), July 18th, 2005 | T-0427 | 6/5/2013 | Smith, Dan |
| ETH.MESH.04939544 through ETH.MESH.04939567 | Memo dated November 25, 2002 | T-3441 | 12/5/2013 | Kammerer |
| ETH.MESH.04940233 | Memo, 7/16/10, to Young | T-1302 | 9/17/2013 | Hart |
| ETH.MESH.04945136 to 144 | E-Mail Dated Oct 07 2010 and Attachment | Plaintiff's-1303 | 12/15/2012 | Holste |
| ETH.MESH.04945243 - ETH.MESH.04945245 | 3-page copy of E-mail dated 7/21/11 to DL-MEDDENO R&D Europe, et al. from Boris Batke | T-1019 | 5/14/2013 | Mittenthal |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.04945246-50 | Document Preservation Notice "RE: Hold Notice for Pelvic Mesh/Gynecare Product Liability Litigation," 7/20/11 | T-2095 | 8/13/2013 | Mittenthal |
| ETH.MESH.04945356 through 04945362 | E-mail string, top one dated 4/14/05 | Plaintiffs-1153 | 10/10/2012 | Barbolt |
| ETH.MESH.04945496 | E-Mail dated 18 April 2005 | Plaintiffs-1297 | 12/14/2012 | Holste |
| ETH.MESH.04947217 through ETH.MESH.04947219 | E-mail chain, top one dated 14 Dec 2006 | T-3425 | 12/3/2013 | Kammerer |
| ETH.MESH.04982659 | PowerPoint, "Society Relations + Conventions 2012 Strategy Development," Bates stamped ETH.MESH.04982659, 38 pages | T-3691 | 9/25/2014 | Scheich |
| ETH.MESH.04984306 | E-mail, 6/10/12 Subject, Dr. Lucente ETH.MESH.04984306 | Henderson-36 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.04985249 - 04985252 | 8/23/05 e-mail string from Paula Evans to Sungyoon Rha | T-0964 | 7/25/2013 | Robinson |
| ETH.MESH.05009194 - 196 | 4/22/08, 4/23/08, and 4/24/08 Email Chain, Subject: Prolift+M Registration Bates Nos. ETH.MESH.05009194 - 196 | Austin-12 | 8/13/2015 | Austin |
| ETH.MESH.05009194 through ETH.MESH.05009196 | E-mail chain, top one dated 24 Apr 2008, Bates stamped ETH.MESH.05009194 through ETH.MESH.05009196 | Schmid-9 | 7/31/2015 | Schmid |
| ETH.MESH.05009194-96 | E Mail Thread 4/24/08 Subject Prolift+M Registration ETH.MESH.05009194-96 | Henderson-16 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.05094929-35 | Document Preservation Notice "RE: Hold Notice for Pelvic Mesh/Gynecare Product Liability Litigation Successor Products," 2/23/11 | T-2094 | 8/13/2013 | Mittenthal |
| ETH.MESH.05120364-65 | Document entitled "Mesh vs. Non-Mesh Pending PR/Regulatory Issues" | T-0541 | 6/13/2013 | Paine |
| ETH.MESH.05122246 | E-mail, 5/12/10 Subject, BP Decks & Slide Deck What's Going On Out There, BP Kickoff Meeting, 4/14/09 ETH.MESH.05122246 | Henderson-25 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.05122250 | What's Going On Out There BP Kickoff Meeting | T-0125 | 4/25/2013 | Lisa |
| ETH.MESH.05123900-17 | Document entitled "GYNECARE TVT Public Relations Activities 2003" | T-3036 | 7/30/2013 | Luscombe |
| ETH.MESH.05125293 through ETH.MESH.05125297 | E-mail chain, top one dated 26 Jul 2012 | T-0697 | 6/26/2013 | Hinoul |
| ETH.MESH.05127423- ETH.MESH.05127430 | 2-page copy of E-mail dated 1/20/10 to Petra Koehler, et al., from Dr. Joerg Holste, plus attachments | T-1225 | 7/30/2013 | Holste |
| ETH.MESH.05131462- ETH.MESH.05131463 | 2-page copy of E-mail dated 2/1/11 to List from Scott Jones" | T-2003 (previously marked exhibit) | 7/12/2013 | Beath |
| ETH.MESH.05131501-02 | E-mail Chain, ETH.MESH.05131501-02 | | 8/26/2014 | Rovner |
| ETH.MESH.05134613 - 614 | 6/20/09 and 6/22/09 Email Chain, Subject: Prosima Bates Nos. ETH.MESH.05134613 - 614 | Austin-17 | 8/13/2015 | Austin |
| ETH.MESH.05134613-14 | E-mail Thread 6/22/09 Subject, Prosima ETH.MESH.05134613-14 | Henderson-21 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.05135901-ETH.MESH.05135903 | 4/10 and 5/10 E-Mail Chain | T-3474 | 1/7/2014 | Kirkemo |
| ETH.MESH.05136675 - 05136678 | 11/12/10 e-mail string from Aaron Kirkemo to Lennox Hoyte, et al. | T-1295 | 9/11/2013 | Robinson |
| ETH.MESH.05163323 through 25 | e-mail correspondence | K-31 | 12/10/2013 | Kaminski |
| ETH.MESH.05164815 through ETH.MESH.05164820 | E-mail chain, top one dated 25 May 2011 | T-1057 | 6/6/2013 | Parisi |
| ETH.MESH.05181555 - ETH.MESH.05181558 | E-mail string, top one dated 10/1/08 | T-0169 | 5/2/2013 | Lin |
| ETH.MESH.05205731 through ETH.MESH.05205733 | E-mail chain, top one dated 26 Feb 2009 | Plaintiffs-1389 | 9/12/2013 | London Brown |
| ETH.MESH.05208679 and ETH.MESH.05208680 | Communication to Surgeons, January XX, 2008 | T-0917 | 7/23/2013 | Maree |
| ETH.MESH.05208708 - 05208710 | e-mail string with redacted first page; 1/8/08 from Aran Maree to Christiana Bielinski | T-0948 | 7/24/2013 | Robinson |
| ETH.MESH.05220458 through ETH.MESH.05220464 | E-mail chain, top one dated 07 Nov 2005 | T-0410 | 6/4/2013 | Smith, Dan |
| ETH.MESH.05222673 | 4/7/06-10/7/08 TVT Retropubic IFU Beginning with ETH.MESH.05222673 | Plaintiffs-1645 | 11/12/2015 | Weisberg |
| ETH.MESH.05222673 through 05222701 | Gynecare TVT Tension-Free Vaginal Tape Instructions | T-0801 | 7/15/2013 | Mahmoud |
| ETH.MESH.05224707 - ETH.MESH.05224710 | 4-page copy of E-mail dated 6/16/08 to Wanda Patire-Singer, et al., from Mark Yale | T-1010 | 5/14/2013 | Mittenthal |
| ETH.MESH.05224752 through 05224761 | E-mail dated 10/30/08, Subject: NEW Procedures for Managing Litigation Holds effective November 6, 2008 | T-0795 | 7/15/2013 | Mahmoud |
| ETH.MESH.05224752- ETH.MESH.05224761 | 10-page copy of document dated 11/6/08 entitled "NEW Procedure for Managing Litigation Holds" | T-2002 | 6/20/2013 | Selman |
| ETH.MESH.05225354 | 9/8/00-11/26/03 TVT Retropubic IFU Beginning with ETH.MESH.05225354 | Plaintiffs-1642 | 11/12/2015 | Weisberg |
| ETH.MESH.05225354 - ETH.MESH.05225385 | Documents | T-3360 | 11/6/2013 | Isenberg |
| ETH.MESH.05225380 | Tension-free Vaginal Tape (TVT) System - Instructions for Use | T-2139 | 8/20/2013 | Smith, Dan |
| ETH.MESH.05225380-4 | TVT IFU effective from 2000 to 2003 | T-3488 | 1/14/2014 | Hinoul |
| ETH.MESH.05237336- ETH.MESH.05237382 | LIGHTning Project Charter - Meier et al presentation | | | |
| ETH.MESH.05243265 | E-mail dated 24 Jan 2006 | Plaintiffs-1373 | 9/11/2013 | London Brown |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.05245392-<br>ETH.MESH.05245399 | 8-page copy of E-mail dated 12/21/04 to Steve Bell, et al., from Dr. Joerg Holste | T-1216 | 7/30/2013 | Holste |
| ETH.MESH.05246116-<br>ETH.MESH.05246122 | 7-page copy of E-mail dated 1/3/06 to Allison London Brown, et al., from Dan Smith | T-1218 | 7/30/2013 | Holste |
| ETH.MESH.0528184-85 | Minutes TVT Secur Resolution Team First Meeting 1/22/07 | P-1067<br>(previously<br>marked) | 8/13/2013 | Amin |
| ETH.MESH.05315240 through 5315295 | Ethicon document dated 6/16/99 "GLP Archives PSE Acc No. 97-0197" | T-2128 | 8/15/2013 | Barbolt |
| ETH.MESH.05315601-6097 | Protocol PSE Accession No. 00-0035 An Exploratory 91-Day Tissue Reaction Study of Soft PROLENE Mesh (3.5 mil Construction) and Vypro II Mesh in Rats (PSE ACC. NO. 00-0035) and underlying data | T-2242 | 1/7/2014 | Barbolt |
| ETH.MESH.05316775 through 5316812 | Ethicon document dated 3/5/03 "REPORT. PSE Accession No. 02-0579, Project No 48010, "Histological Evaluation and Comparison of Mechanical Pull Out Strength of Prolene Mesh and Prolene Soft Mesh in a Rabbit Model" | T-2133 | 8/15/2013 | Barbolt |
| ETH.MESH.05316775<br>through ETH.MESH.05316812 | 3/5/03 "Histological Evaluation and Comparison of Mechanical Pull Out Strength  of Prolene Mesh and Prolene Soft Mesh in a Rabbit Model," Report by Cirelli, Kammerer, et al | T-1371 | 1/30/2014 | Kammerer |
| ETH.MESH.05320911 | slide deck TVT-Secur Professional Education Program for Medtronic/WEHU Prof Ed Pilot Program | T-0770 | 7/11/2013 | Pattyson |
| ETH.MESH.05336977-80 | E-mail string, 6/14/11 | T-3277 | 10/2/2013 | Parisi |
| ETH.MESH.05336981 | PowerPoint slides | T-3273 | 10/2/2013 | Parisi |
| ETH.MESH.05342338 to 05342340 | e-mail string | T-0740 | 7/10/2013 | Pattyson |
| ETH.MESH.05347751-54 | E-mail string, 9/17/09-6/16/10 | T-1328 | 9/18/2013 | Hart |
| ETH.MESH.05347755-69 | Document entitled "Johnson & Johnson Worldwide MD&D Policy for Investigator-Initiated Studies (Clinical)" | T-1333 | 9/18/2013 | Hart |
| ETH.MESH.05404152-59 | Consulting Agreement Between Ethicon & de Leval | Plaintiff's-1330 | 8/12/2013 | Amin |
| ETH.MESH.05404976 | Update to the TGA on TVT Secur 1 May 2008 | T-0916 | 7/23/2013 | Maree |
| ETH.MESH.05404978 through<br>ETH.MESH.05404980 | E-mail chain, top one dated 11 Jun 2008 | T-0918 | 7/23/2013 | Maree |
| ETH.MESH.05432198 through<br>ETH.MESH.05432224 | Operating Procedure for Failure Modes and Effects Analysis Application (aFMEA) or Design (dFMEA), OP650-011 Draft Rewrite (40709), Appendices 1-3 | T-0433 | 6/5/2013 | Smith, Dan |
| ETH.MESH.05440647<br>through ETH.MESH.05440649 | E-mail dated 3/12/2012, with attachment | Plaintiff's-960 | 10/2/2012 | Burkley |
| ETH.MESH.05440654 and<br>ETH.MESH.05440655 | E-mail dated 1/5/2010 | Plaintiff's-965 | 10/2/2012 | Burkley |
| ETH.MESH.05443059 through<br>ETH.MESH.05443064 | Operating Procedure for Optical Evaluation to Determine Porosity of Mesh Samples Using the Nikon Stereomicroscope and Image-Pro Plus Image Analysis System, OP601-015, Version 2 | T-0291 | 5/23/2013 | Burkley |
| ETH.MESH.05443077 through<br>ETH.MESH.05443085 | Pore Size Measurement of Surgical Mesh Products, AST-2010-0587 | T-0292 | 5/23/2013 | Burkley |
| ETH.MESH.05443495 | Spreadsheet, 15 pages | T-0290 | 5/23/2013 | Burkley |
| ETH.MESH.05445953 to 5969 | E-Mail Chain ending 10-11-2006 and Attachment | Plaintiff's-1299 | 12/15/2012 | Holste |
| ETH.MESH.05446127 -<br>ETH.MESH.05446139 | 2-page copy of E-mail dated 3/13/06 to Dr. Dieter Engel, et al., from Dr. Joerg Holste | T-1202 | 7/29/2013 | Holste |
| ETH.MESH.05446127- ETH.MESH.05446128 | Holste J email chair re Mesh and Tissue Contraction in Animal | | | |
| ETH.MESH.05446127 to 139 | E-Mail Chain ending 3-13-2006 and Attachment | Plaintiff's-1298 | 12/15/2012 | Holste |
| ETH.MESH.05453719 through<br>ETH.MESH.05453727 | Report, "Seven Year Data For Ten Year Prolene Study: ERF 85-219" dated October 15, 1992 | T-0282 | 5/23/2013 | Burkley |
| ETH.MESH.05454207 to 214 | E-mail dated 01 Aug 2006 and Attachment | Plaintiff's-1305 | 12/15/2012 | Holste |
| ETH.MESH.05454207 to -214 | E-mail with attachments | T-3247 | 9/19/2013 | Trzewik |
| ETH.MESH.05456924 and<br>ETH.MESH.05456925 | E-mail dated 10/7/2004 | T-0436 | 6/5/2013 | Smith, Dan |
| ETH.MESH.05457602 -<br>ETH.MESH.05457609 | 8-page copy of document entitled "2006 Johnson Medal Nomination" | T-4003 | 9/12/2013 | Hellhammer |
| ETH.MESH.05466605 -<br>ETH.MESH.05466612 | 8-page copy of document dated 2/23/07 entitled "Ethicon Expert Meeting, Meshes for Pelvic Floor Repair" | T-4011 | 9/12/2013 | Hellhammer |
| ETH.MESH.05467804 | 8/20/12 Letter from Vellucci to Ritchey, ETH.MESH.05467804 | Horton-33 | 7/1/2015 | Horton |
| ETH.MESH.05467804<br>and ETH.MESH.05467805 | Letter dated August 20, 2012, Bates stamped ETH.MESH.05467804 and ETH.MESH.05467805 | Schmid-23 | 7/31/2015 | Schmid |
| ETH.MESH.0547941 | 1-page copy of document entitled "Document produced in native format" | T-1240 | 8/1/2013 | Batke |
| ETH.MESH.05479501 -<br>ETH.MESH.05479502 | 2-page copy of document entitled "Boris Batke" | T-1226 | 8/1/2013 | Batke |
| ETH.MESH.0547953 | 1-page copy of document entitled "Document produced in native format," plus attachment | T-1230 | 8/1/2013 | Batke |
| ETH.MESH.05483362 | 1-page copy of document entitled "Document produced in native format," plus attachments | T-1204 | 7/29/2013 | Holste |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.05489861 - ETH.MESH.05489867 | 7-page copy of document dated 12/1/07 entitled "Sponsored Research Contract, The Curators of the University of Missouri" | T-4015 | 9/12/2013 | Hellhammer |
| ETH.MESH.05493965 - ETH.MESH.05493999 | 32-page copy of document dated 6/6/00 entitled "Meshes in Pelvic Floor Repair" | T-4002 | 9/11/2013 | Hellhammer |
| ETH.MESH.05494064 - ETH.MESH.05494066 | Documents | T-3382 | 11/6/2013 | Isenberg |
| ETH.MESH.05494064-6 | E-mail(s), dated 6/01/01 | T-3496 | 1/14/2014 | Hinoul |
| ETH.MESH.05495395 through ETH.MESH.05495400 | Minutes, Ethicon Expert Meeting Meshes for Pelvic Floor Repair, June 2, 2006 | Plaintiff's-1376 | 9/11/2013 | London Brown |
| ETH.MESH.05495419 - ETH.MESH.05495422 | 4-page copy of article entitled "Shrinking Meshes?" | T-4007 | 9/12/2013 | Hellhammer |
| ETH.MESH.05498580 - 05498583 | 12/2/05 e-mail string from Quentin Manley to Barbara Schwartz | T-1251 | 9/11/2013 | Robinson |
| ETH.MESH.05498580 - 583 | 12/2/05 e-mail to B. Schwartz from Q. Manley | T-2209 | 8/30/2013 | Bogardus |
| ETH.MESH.05499292 through ETH.MESH.05499294 | E-mail chain, top one dated 2/12/2006 | T-3092 | 8/8/2013 | Yale |
| ETH.MESH.05499292-94 | E-mail string, 2/8/06-2/12/06 | T-0568 | 6/14/2013 | Paine |
| ETH.MESH.05502894 through ETH.MESH.05502898 | Design Requirements Matrix,  Document Name (#): FM-0000120, Version: 4 (02/27/06) | T-0443 | 6/5/2013 | Smith, Dan |
| ETH.MESH.05505944- ETH.MESH.05505946 | 3-page copy of document entitled "Clinical Infection Risk Assessment for Gynecare TVT Universal (TVT U)" | T-1209 | 7/30/2013 | Holste |
| ETH.MESH.05529653 | 1-page copy of E-mail dated 11/30/00 to Rebecca Levine, et al., from Hans-Jochen Hoepffner | T-2051 | 6/21/2013 | Selman |
| ETH.MESH.05534009 through ETH.MESH.05534013 | Risk Management Report TVT SECUR System, Document Name (#): RMR-0000021, Revision: 1, | T-0470 | 6/5/2013 | Smith, Dan |
| ETH.MESH.05534022 | Spreadsheet, Application FMEA for TVT Secur, Version 1, FMEA-0000261, 6 pages | T-0463 | 6/5/2013 | Smith, Dan |
| ETH.MESH.05534240 through ETH.MESH.05534242 | E-mail chain, top one dated 1/6/2006 | T-3089 | 8/8/2013 | Yale |
| ETH.MESH.05534270 and ETH.MESH.05534271 | E-mail chain, top one dated 1/5/2006 | T-3088 | 8/8/2013 | Yale |
| ETH.MESH.05537701 | E-mail chain, top one dated 27.Oktober 2004 | T-0451 | 6/5/2013 | Smith, Dan |
| ETH.MESH.05546336 through ETH.MESH.05546367 | Gynecare TVT Secur Trainers Guide Table of Contents | T-0592 | 6/17/2013 | Mahar |
| ETH.MESH.0554680 | E-mail dated 18. Mai 2006 | T-0462 | 6/5/2013 | Smith, Dan |
| ETH.MESH.05548122 and ETH.MESH.05548123 | E-mail chain, top one dated 11/1/2004 | T-2183 | 8/21/2013 | Smith, Dan |
| ETH.MESH.05549189- ETH.MESH.05549191 | 3-page copy of E-mail dated 3/11/05 to Sandy Savidge, et al., from Dr. Joerg Holste | T-1208 | 7/30/2013 | Holste |
| ETH.MESH.05550102 - 106 | 6/24/05 e-mail to S. Bell, et al from D. Smith | T-2208 | 8/30/2013 | Bogardus |
| ETH.MESH.05550102-106 | E-mail Thread, 6/24/05 | T-2208 (previously marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.05554367 through ETH.MESH.05554371 | Detail Drawings | T-0441 | 6/5/2013 | Smith, Dan |
| ETH.MESH.05559108 through ETH.MESH.05559109 | E-mail chain, top one dated 10/25/2005 | Plaintiff's-1391 | 9/12/2013 | London Brown |
| ETH.MESH.05559905-08 | E-mail string, 11/16/05-11/18/05 | T-0066 | 4/17/2013 | Hojnoski |
| ETH.MESH.05560961 through ETH.MESH.05560963 | E-mail chain, top one dated 11/29/2005 | T-0376 | 5/31/2013 | Weisberg |
| ETH.MESH.05560961-63 | E-mail string, 11/16/05-11/29/05 | T-0079 | 4/17/2013 | Hojnoski |
| ETH.MESH.05560967-83 | Gynecare Clinical Expert Report, Gynecare TVT SECUR System, 11/30/05 | T-0080 | 4/17/2013 | Hojnoski |
| ETH.MESH.05563396 and ETH.MESH.05563397 | E-mail chain, top one dated 27. Januar 2011, Bates stamped ETH.MESH.05563396 and ETH.MESH.05563397 | Schmid-21 | 7/31/2015 | Schmid |
| ETH.MESH.05570260 and ETH.MESH.05570261 | E-mail chain, top one dated February 08, 2011 | T-1060 | 6/6/2013 | Parisi |
| ETH.MESH.05572912-13 | Document entitled "ETHICON Women's Health & Urology Professional Education" | T-3315 | 10/3/2013 | Parisi |
| ETH.MESH.05585033 - ETH.MESH.05585053 | 21-page copy of document entitled "Project Edelweiss" | T-1237 | 8/1/2013 | Batke |
| ETH.MESH.05588123 - ETH.MESH.05588126 | 4-page copy of E-mail dated 7/9/07 to Dr. Brigitte Hellhammer and Dr. Dieter Engel from Dr. Stephen Wohlert | T-4012 | 9/12/2013 | Hellhammer |
| ETH.MESH.05597944 and ETH.MESH.05597945 | 2/7/12 Strategic Business Team Meeting - Meeting Notes, ETH.MESH.05597944 and ETH.MESH.05597945 | Horton-7 | 7/1/2015 | Horton |
| ETH.MESH.05597944-45 | Strategic Business Team Meeting, Meeting Notes, 2/7/12 ETH.MESH.05597944-45 | Henderson-34 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.05598237-40 | Letter, 1/3/12, to Beath from Gross | T-3003 | 7/29/2013 | Luscombe |
| ETH.MESH.056000916 through ETH.MESH.05600923 | Ethicon Inc. Background Information GYNECARE Pelvic Floor Repair Products and GYNECARE TVT Secure May 29, 2012 | T-3133 | 8/9/2013 | Weisberg |
| ETH.MESH.05600776 and ETH.MESH.05600777 | 5/9/12 Letter from Kanerviko to Ritchey, ETH.MESH.05600776 and ETH.MESH.05600777 | Horton-5 | 7/1/2015 | Horton |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.05600911 through ETH.MESH.05600923 | E-mail chain, top one dated 30 May 2012 | Plaintiff's-1238 | 11/8/2012 | Beath |
| ETH.MESH.05600916 through ETH.MESH.05600923 | Ethicon Inc. Background Information GYNECARE Pelvic Floor Repair Products and GYNECARE TVT Secure, May 29, 2012 | T-0731 | 6/27/2013 | Hinoul |
| ETH.MESH.05600916- ETH.MESH.05600923 | 8-page copy of document dated 5/29/12 entitled "Ethicon Inc. Background Information GYNECARE Pelvic Floor Repair Products and GYNECARE TVT Secure" | T-2043 | 6/21/2013 | Selman |
| ETH.MESH.05603793 through ETH.MESH.05603797 | E-mail chain, top one dated  January 03, 2012 | Plaintiff's-1224 | 11/8/2012 | Beath |
| ETH.MESH.05603819 and ETH.MESH.05603820 | Redacted 1/12 E-Mail Chain, ETH.MESH.05603819 and ETH.MESH.05603820 | Horton-14 | 7/1/2015 | Horton |
| ETH.MESH.05603819 and ETH.MESH.05603820 | E-mail chain, top one dated January 03, 2012 | T-1185 | 7/12/2013 | Beath |
| ETH.MESH.05611588 | Document, with 16 attachments; 10 pages | T-3385 | 11/6/2013 | Isenberg |
| ETH.MESH.05642489 - ETH.MESH.05642491 | 3-page copy of E-mail dated 4/23/01 to Mark Sumeray from Dr. Brigitte Hellhammer | T-4001 | 9/11/2013 | Hellhammer |
| ETH.MESH.05642892-95 | Memorandum, 2/20/01 Subject, Minutes from Gynemesh-Vypro Stage Gate Review Preparation Meeting 2/19/01 | Plaintiff's-1423 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.05644163 - ETH.MESH.05644171 | Documents | T-3389 | 11/6/2013 | Isenberg |
| ETH.MESH.05718101 to -108 | E-mail string | T-3250 | 9/19/2013 | Trzewik |
| ETH.MESH.05718952 | 4-page copy of document entitled "Document produced in native format" | T-1207 | 7/29/2013 | Holste |
| ETH.MESH.05722820 through 05722822 | E-mail dated 9/9/09, with attachments | T-0808 | 7/16/2013 | Mahmoud |
| ETH.MESH.05740424 through 428 | e-mail correspondence | K-18 | 12/10/2013 | Kaminski |
| ETH.MESH.05740424-28 | 10/28/09 E-mail from Zipfel to Caro-Rosado; Subject: Fw AAGL Additional Supplies | T-3546 | 1/16/2014 | DeLaCroix |
| ETH.MESH.05768705- ETH.MESH.05768712 | 8-page copy of document entitled "2005 Variable Compensation Plan Sales Representative" | T-1044 | 5/31/2013 | Henderson |
| ETH.MESH.05793739-40 | Project Name, Project Goals Key Assumptions | Plaintiff's-1338 | 8/12/2013 | Amin |
| ETH.MESH.05793739- ETH.MESH.05793740 | 2-page copy of document dated 3/24/04 | T-1034 | 5/30/2013 | Henderson |
| ETH.MESH.05794787 and ETH.MESH.05794788 | 7 Year Data Indicated Strong Continued Safety and Effectiveness for GYNECARE TVT Tension-free Support for Incontinence | T-0361 | 5/31/2013 | Weisberg |
| ETH.MESH.05794926 through ETH.MESH.05794930 | Brochure, "Demand the most proven technology when selecting a mid-urethral sling... Make DATA and SAFETY your choice" | T-0579 | 6/17/2013 | Mahar |
| ETH.MESH.05795106 | Gynecare TVT SECUR System Professional Education Program Opportunities, Consider -- Proper Targeting, Course Effectiveness, & Costs | T-1056 | 6/6/2013 | Parisi |
| ETH.MESH.05795299 through 300 | e-mail correspondence | K-15 | 12/10/2013 | Kaminski |
| ETH.MESH.05795299-00 | 8/27/04 E-mail from Kaminski to Vie, 2004 Budget - PE August Adjustments | T-3555 | 1/16/2014 | DeLaCroix |
| ETH.MESH.05795318-19 | Brochure entitled "Management of Stress Incontinence Using GYNECARE TVT, Friday, October 11th, 2002" | T-0204 | 5/13/2013 | Finley |
| ETH.MESH.05795322 through 24 | e-mail correspondence | K-3 | 12/10/2013 | Kaminski |
| ETH.MESH.05795322 through ETH.MESH.05795324 | E-mail chain, top one dated  April 13, 2005 | T-1065 | 6/6/2013 | Parisi |
| ETH.MESH.05795322-24 | E-mail from Kaminski, cc: Chilcoat RE: Q1 PE results - REVISED | T-3554 | 1/16/2014 | DeLaCroix |
| ETH.MESH.05795322- ETH.MESH.05795324 | 3-page copy of E-mail dated 4/13/05 to Marianne Kaminski, et al., from Marianne Kaminski | T-1023 | 5/30/2013 | Henderson |
| ETH.MESH.05795421 to 05795508 | Gynecare TVT Tension-Free Support for Incontinence Perilesional Education Slides | T-0792 | 7/11/2013 | Pattyson |
| ETH.MESH.05795664 through ETH.MESH.05795669 | Article entitled "An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence" by U. Ulmsten, et al., | T-0879 | 7/20/2013 | Arnaud |
| ETH.MESH.05795664-69 | Article entitled "An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence," 1996 | T-3180 | 9/16/2013 | Angelini |
| ETH.MESH.05799233 through ETH.MESH.05799239 | 5/4/10-6/6/13 TVT Exact IFU, ETH.MESH.05799233 through ETH.MESH.05799239 | Plaintiff's-1661 | 11/13/2015 | Weisberg |
| ETH.MESH.05809872-ETH.MESH. 05809877 | "The TVT Worldwide Observational Registry" Study | T-3473 | 1/7/2014 | Kirkemo |
| ETH.MESH.05815791 through ETH.MESH.05815702 | Brochure, "Stress Urinary Incontinence Stop Coping. Start Living. What You Should Know About Stress Urinary Incontinence" | T-0589 | 6/17/2013 | Mahar |
| ETH.MESH.05815791 through ETH.MESH.05815802 | Patient Brochure, "Stop Coping. Start Living. What You Should Know About Stress Urinary Incontinence" | T-1151 | 7/11/2013 | Beath |
| ETH.MESH.05815791-5802 | Patient Brochure | T-1352 | 1/17/2014 | London Brown |
| ETH.MESH.05819961 | E-mail string, 10/27/11-10/28/11 | T-0996 (previously marked) | 7/29/2013 | Luscombe |
| ETH.MESH.05820420 | ETHICON GYNECARE WW Commercialization Decision, Tim Schmid message to u.s. General Surgery Employees (for use as template, 6/1/2012 | T-3007 | 7/29/2013 | Luscombe |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.05820683-85 | Document entitled "Ethicon Gynecare WW Commercialization Decision, U.S. Frequently Asked Questions (for use as template), 6/1/2012" | T-3002 | 7/29/2013 | Luscombe |
| ETH.MESH.05820723 | Letter, 6/5/12, to Surgeons from Hinoul and Henderson | T-3006 | 7/29/2013 | Luscombe |
| ETH.MESH.05823421 through 426 | e-mail correspondence | K-17 | 12/10/2013 | Kaminski |
| ETH.MESH.05823421-26 | 3/8/11 E-mail from Finley to Luscombe; Subject Re: HPG Value Adds | T-3547 | 1/16/2014 | DeLaCroix |
| ETH.MESH.05826026-28 | Document entitled "FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence," 10/20/08 | T-0993 (previously marked) | 7/29/2013 | Luscombe |
| ETH.MESH.05826033 | Document entitled "Draft for review, 10/17/08, FDA Notification About Use of Surgical Mesh to Treat Pelvic Organ Prolapse and Stress Urinary Incontinence Email to EWHU Organization from Renee Selman" | T-0994 (previously marked) | 7/29/2013 | Luscombe |
| ETH.MESH.05826034 | 10/14/08 Voice mail from Kevin Mahar to ETHICON Women's Health & Urology U.S. Sales & Marketing Organization | T-0995 (previously marked) | 7/29/2013 | Luscombe |
| ETH.MESH.05826232-36 | E-mail string, 2/14/11-2/17/11 | T-0991 (previously marked) | 7/29/2013 | Luscombe |
| ETH.MESH.05827608-11 | E-mail, 11/4/11, to Jones and others from Frost, with attachment | T-3024 | 7/30/2013 | Luscombe |
| ETH.MESH.05828062 | Document entitled "Communication Plan for US Market Withdrawal of Pelvic Floor Mesh & SI Slings," draft, 5/3/2012 | T-3005 | 7/29/2013 | Luscombe |
| ETH.MESH.05830384-86 | Document entitled "An Update on Surgical Mesh" | T-3001 | 7/29/2013 | Luscombe |
| ETH.MESH.05845592 through ETH.MESH.05845599 | Study from the ASAIO Journal from 1998 Entitled "Comparison of In Vivo Behavior of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery"; Bates Stamp Nos. ETH.MESH.05845592 through ETH.MESH.05845599 | T-3647 | 6/10/2014 | Nager |
| ETH.MESH.05916450 | 1-page copy of document entitled "Placeholder," plus attachments | T-1238 | 8/1/2013 | Batke |
| ETH.MESH.05918082 through ETH.MESH.05918116 | "Solving the Device Design Puzzle" | T-0299 | 5/23/2013 | Burkley |
| ETH.MESH.05918776 | 1-page copy of E-mail dated 5/4/04 to Karen Zaderej, et al., from Jill Schiaparelli | T-1241 | 8/1/2013 | Batke |
| ETH.MESH.05920530 - ETH.MESH.05920532 | 1-page copy of E-mail dated 4/17/03 to Jill Schiaparelli, et al., from Boris Batke | T-1234 | 8/1/2013 | Batke |
| ETH.MESH.05920616 - ETH.MESH.05920617 | 2-page copy of E-mail dated 7/20/07 to Boris Batke, et al., from Martin Chomiak | T-1227 | 8/1/2013 | Batke |
| ETH.MESH.05920618 - ETH.MESH.05920628 | 4-page copy of E-mail dated 2/12/08 to Gillian Jamieson and Boris Batke from Petra Koehler, plus attachments | T-1235 | 8/1/2013 | Batke |
| ETH.MESH.05922378-79 | Patt Beach Goals & Objectives 2011 | T-1071 | 6/17/2013 | Beach |
| ETH.MESH.05958248 | Document | T-3391 | 11/6/2013 | Isenberg |
| ETH.MESH.05960623 | 11/3/04 e-mail chain | T-0745 | 7/10/2013 | Pattyson |
| ETH.MESH.05972834 through ETH.MESH.05972866 | Asset Purchase Agreement | T-0409 | 6/4/2013 | Smith, Dan |
| ETH.MESH.05972834 through ETH.MESH.05972866 | Asset Purchase Agreement | T-0881 | 7/20/2013 | Arnaud |
| ETH.MESH.05987993 and ETH.MESH.05987994 | ETHICON GYNECARE U.S. Commercialization Decision, Message from Laura Angelini to Internal WW Associates, 5/15/2012, Bates stamped ETH.MESH.05987993 and ETH.MESH.05987994 | Schmid-13 | 7/31/2015 | Schmid |
| ETH.MESH.05992152 | E-mail Thread 5/20/11 Subject, QBR 4/20 ETH.MESH.05992152 | Henderson-28 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.05997866 and ETH.MESH.05997867 | E-mail chain, top one dated 18 Aug 2010 | T-0701 | 6/26/2013 | Hinoul |
| ETH.MESH.06003197- ETH.MESH.06003212 | 16-page copy of document entitled "Stress Urinary Incontinence in Women" | T-2053 | 6/21/2013 | Selman |
| ETH.MESH.06005207-ETH.MESH.06005210 | "The perils of commercially driven surgical innovation" Article | T-3471 | 1/7/2014 | Kirkemo |
| ETH.MESH.06006730 through ETH.MESH.06006737 | Goals and Objectives - Piet Hinoul - 2009 | T-0679 | 6/26/2013 | Hinoul |
| ETH.MESH.06021657 | Document entitled "2008 CME Conference & Exhibition Overview" | T-0992 (previously marked) | 7/29/2013 | Luscombe |
| ETH.MESH.06022096 | Health Canada Letter 6/2/09 | T-0151 | 4/26/2013 | Lisa |
| ETH.MESH.06022108-109 | Memo, 7/30/09 & Attachment 1 | T-0148 | 4/26/2013 | Lisa |
| ETH.MESH.06024922 through ETH.MESH.06024955 | Franchise Procedure for Design Control of New Product Development, Document Name (#): PR-0000364, Version: 01, Bates stamped ETH.MESH.06024922 through ETH.MESH.06024955 | | 12/23/2014 | Elbert |
| ETH.MESH.06034548 - ETH.MESH.06034555 | Standard Operating Procedure-Corporate Communications Department, Copy Review Process, OP608-012 Version #1 | T-0172 | 5/3/2013 | Lin |
| ETH.MESH.06034753 | How to Handle a Customer Complaint | T-0583 | 6/17/2013 | Mahar |
| ETH.MESH.06040171-0173 | E-mail Chain | T-1358 | 1/17/2014 | London Brown |
| ETH.MESH.06050509 | E-mail dated 20 Nov 2007 | | 7/23/2013 | Maree |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.06051016 through ETH.MESH.06051020 | E-mail chain, top one dated 02 Nov 2007 | T-1175 | 7/12/2013 | Beath |
| ETH.MESH.06051023-ETH.MESH.06051026 | 4-page copy of E-mail dated 11/3/07 to Sheri McCoy from Robert Scherini | T-2033 | 6/21/2013 | Selman |
| ETH.MESH.06051155 through ETH.MESH.06051157 | E-mail chain, top one dated 13 Nov 2007 | T-0910 | 7/22/2013 | Maree |
| ETH.MESH.06051286 | Slide deck, TVT-SECUR Quality Board Follow Up | T-0818 | 7/16/2013 | Mahmoud |
| ETH.MESH.06051320 and ETH.MESH.06051321 | Summary of GYNECARE TVT SECUR System Critical Steps | | 7/23/2013 | Maree |
| ETH.MESH.06051325-26 | Document entitled "Communication to Surgeons, Considerations for the safe and effective use of the Gynecare TVT Secur System," January 2008 | T-0187 | 5/13/2013 | Finley |
| ETH.MESH.06070148 through ETH.MESH.06070154 | E-mail chain, top one dated 02 Jun 2009 | T-0920 | 7/23/2013 | Maree |
| ETH.MESH.06121290 to 06121292 | e-mail string | T-0781 | 7/11/2013 | Pattyson |
| ETH.MESH.06124139-40 | E-mail string, 11/20/09-11/23/09 | T-3023 | 7/30/2013 | Luscombe |
| ETH.MESH.06148459 | E-mail, 2/5/07 Subject, Prosima ETH.MESH.06148459 | Henderson-13 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.06150449 | E-mail string dated 11/4/07 | T-0810 | 7/16/2013 | Mahmoud |
| ETH.MESH.06151983-1984 | E-mail Chain | T-1362 | 1/17/2014 | London Brown |
| ETH.MESH.06152376 through 06152378 | E-mail string, top one dated 4/5/08 | T-0807 | 7/15/2013 | Mahmoud |
| ETH.MESH.06162465 through ETH.MESH.06162467 | Nomination | Plaintiff's-1387 | 9/12/2013 | London Brown |
| ETH.MESH.06164409 and ETH.MESH.06164410 | E-mail chain, top one dated 16 Jan 2004 | T-0264 | 5/16/2013 | Smith, Dan |
| ETH.MESH.06195201 through ETH.MESH.06195205 | Risk Assessment and response to Question 4: In relation to the devices included under the above ARTG number/s please comment on the statement that mesh prostheses should include radiological markers to improve surgical outcomes [ETH.MESH.06195201 through ETH.MESH.06195205] | Divilio-25 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.06196414 through ETH.MESH.06196417 | E-mail chain, top one dated 03 Mar 2006 | T-3071 | 8/7/2013 | Yale |
| ETH.MESH.06196414-17 | E-mail Thread, 3/3/06 | T-3071 (previously marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.06260647 through ETH.MESH.06260671 | R&D CO-OP Welcome Guide Spring 2010 | T-0265 | 5/16/2013 | Smith, Dan |
| ETH.MESH.06261965 through ETH.MESH.06261967 | E-mail chain, top one dated 26 Aug 2011 | T-0303 | 5/23/2013 | Burkley |
| ETH.MESH.06274935 through ETH.MESH.06274938 | E-mail chain, top one dated 25 Apr 2005 | T-0439 | 6/5/2013 | Smith, Dan |
| ETH.MESH.06274935-38 | E-mail string, 4/20/05-4/25/05 | T-0056 | 4/16/2013 | Hojnoski |
| ETH.MESH.06372356 through ETH.MESH.06372363 | Global Harms List Document for Review & Comment by Medical Affairs Personnel, 5 Oct 2007 | T-3075 | 8/7/2013 | Yale |
| ETH.MESH.06379484 through 06379485 | E-mail dated 5/2/08 | T-0822 | 7/16/2013 | Mahmoud |
| ETH.MESH.06403724-ETH.MESH.06403740 | 17-page copy of document entitled "3-Month Sheep Study" | T-1217 | 7/30/2013 | Holste |
| ETH.MESH.06403724 through 06403740 | 3-Month Sheep Study | T-3044 | 8/1/2013 | Lin |
| ETH.MESH.06403724 through ETH.MESH.06403740 | 3-Month Sheep Study (SO04/2-2-1) | T-3126 | 8/9/2013 | Weisberg |
| ETH.MESH.06479808 - 06479885 | Clinical Study Report, Evaluation of the TVT Secur System for Stress Urinary Incontinence, Final Draft June 2012 | T-0935 | 7/24/2013 | Robinson |
| ETH.MESH.06479808 through 06479885 | Clinical Study Report | T-3046 | 8/1/2013 | Lin |
| ETH.MESH.06479808 through ETH.MESH.06479885 | Clinical Study Report, Evaluation of the TVT Secur System for Stress Urinary Incontinence, Study Code 300-05-002 | T-0732 | 6/27/2013 | Hinoul |
| ETH.MESH.06496130 through ETH.MESH.06496134 | E-mail chain, top one dated 07 Aug 2007 | T-3073 | 8/7/2013 | Yale |
| ETH.MESH.06592241 and ETH.MESH.06592242 | E-mail chain, top one dated 07 Jun 2012 | T-3206 | 9/17/2013 | Angelini |
| ETH.MESH.06592243 | E-Mail from Professor Carl Nilsson to Ms. Angelini dated 09/14/2012 ETH.MESH.06592243 | T-3747 | 6/19/2015 | Angelini |
| ETH.MESH.06615659 | Announcement, 8/26/04 Godwin Leaving Position | Plaintiff's-1401 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.06695438 through ETH.MESH.06695442 | Memo dated April 17, 2006 | T-3432 | 12/3/2013 | Kammerer |
| ETH.MESH.06696367 - 06696379 | memo to Raimo Sump and Allison London-Brown from Katherine Seppa | T-0988 | 7/25/2013 | Robinson |
| ETH.MESH.06696593 | Design FMEA TVT LCM Project, Doc # FMEA-0000242, 8 pages | T-2160 | 8/20/2013 | Smith, Dan |
| ETH.MESH.06705963 thru ETH.MESH.06705976 | Draft Gynecare Value Proposition Report, Project TVTx, 9th November 2004 | T-0622 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.06707495-99 | Memo, 6/27/05, to Smith from Hojnoski | T-0057 | 4/16/2013 | Hojnoski |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.06767583 through 06767587 | E-mail dated 3/23/10 | T-0823 | 7/16/2013 | Mahmoud |
| ETH.MESH.06767600 through 06767603 | E-mail dated 3/23/10 | T-0825 | 7/16/2013 | Mahmoud |
| ETH.MESH.06772856 through ETH.MESH.06772879 | Franchise Procedure for Post Market Surveillance, Document Name (#): PR-0000385, Revision: 5 | T-0025 | 4/3/2013 | Lamont |
| ETH.MESH.06773111 through ETH.MESH.06773130 | Franchise Procedure for Post Market Surveillance (PMS) | T-0026 | 4/3/2013 | Lamont |
| ETH.MESH.06773418 through ETH.MESH.06773425 | PMS Annual Summary, Document Name (#): FM-0001818, Revision: 1 | T-0029 | 4/3/2013 | Lamont |
| ETH.MESH.06773418-25 | Document entitled "PMS Annual Summary, Urethral Slings" | T-3159 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.06773520-24 | E-mail string, 5/11/12-10/22/12 | T-3173 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.06773538-42 | E-mail string, 11/22/11-7/4/12 | T-3171 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.06773543 | MHRA Adverse Incident Report, 7/5/10 | T-3172 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.06774005 through ETH.MESH.06774030 | Franchise Procedure for Post Market Surveillance (PMS), Document Name (#): PR-0000385, Revision: 4 | T-0027 | 4/3/2013 | Lamont |
| ETH.MESH.06774142-49 | E-mail, 9/14/12, to Meyer from Lamont, with attachments | T-3158 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.06828689 and ETH.MESH.06828690 | E-mail chain, top one dated 08 Mar 2005 | Plaintiff's-1368 | 9/11/2013 | London Brown |
| ETH.MESH.06828689 through 90 | e-mail correspondence | K-14 | 12/10/2013 | Kaminski |
| ETH.MESH.06828907 through ETH.MESH.06828909 | E-mail chain, top one dated 24 Mar 2005 | Plaintiff's-1381 | 9/11/2013 | London Brown |
| ETH.MESH.06828907-09 | E-mail Thread, 3/24/05 | P-1381 (previously marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.06828907-8909 | E-mail Chain | T-1347 | 1/17/2014 | London Brown |
| ETH.MESH.06828907-ETH.MESH. 06828909 | 3/24/05 E-Mail Chain | T-3452 | 1/6/2014 | Kirkemo |
| ETH.MESH.06836620 through ETH.MESH.06836657 | 2012 Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse, ETH.MESH.06836620 through ETH.MESH.06836657 | Horton-30 | 7/1/2015 | Horton |
| ETH.MESH.06836620 through ETH.MESH.06836657 | Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse | T-0721 | 6/27/2013 | Hinoul |
| ETH.MESH.06851860-64 | CE Mark Technical File for Gynecare TVT Mesh Device, Gynecare TVT Kit (TVT-D), and Gynecare TVT-AA, 8/27/08 | T-2110 | 8/14/2013 | Barbolt |
| ETH.MESH.06852118 - 06852129 | 5/26/00 memo to P. Cecchini from Richard W. Hutchinson with enclosure | T-1287 | 9/11/2013 | Robinson |
| ETH.MESH.06856958 | PowerPoint, "Gynecare TVT Obturator System, Tension-free Support for Incontinence," 24 pages | T-0241 | 5/15/2013 | Smith, Dan |
| ETH.MESH.06857406 | TVT Bridge - Retaining Leadership (PPT) | T-2159 | 8/21/2013 | Smith, Dan |
| ETH.MESH.06858146 and ETH.MESH.06858147 | E-mail chain, top one dated 29 Jan 2009 | T-0242 | 5/16/2013 | Smith, Dan |
| ETH.MESH.06858314 through ETH.MESH.06858318 | Test Method for the Thickness of Mesh, Document Name (#): TM403-145, Revision: 20 | T-0243 | 5/16/2013 | Smith, Dan |
| ETH.MESH.06859834-9835 | E-mail | T-1355 | 1/17/2014 | London Brown |
| ETH.MESH.06859904 | PowerPoint, "TVT: Insights into the Making of a Revolution," 28 pages | T-0408 | 6/4/2013 | Smith, Dan |
| ETH.MESH.06860393 through ETH.MESH.06860398 | E-mail chain, top one dated 20 Dec 2005 | Plaintiff's-1392 | 9/12/2013 | London Brown |
| ETH.MESH.06860410 | 1/3/06 e-mail from Mark Yale to Gary Borkes, et al. with attachment | T-1250 | 9/11/2013 | Robinson |
| ETH.MESH.06860553 through ETH.MESH.06860558 | Draft Bio | T-0430 | 6/5/2013 | Smith, Dan |
| ETH.MESH.06861281 | 6/21/08 e-mail string from Scott Ciarrocca to David Robinson and Dan Smith | T-1260 | 9/11/2013 | Robinson |
| ETH.MESH.06861526 through ETH.MESH.06861529 | E-mail chain, top one dated 08 Aug 2007 | T-0257 | 5/16/2013 | Smith, Dan |
| ETH.MESH.06868247 - 249 | 10/10/06 e-mail to D. Smith, et al from S. Landgrebe | T-2210 | 8/30/2013 | Bogardus |
| ETH.MESH.06868377 through ETH.MESH.06868382 | E-mail chain, top one dated 16 Jan 2007 | T-2174 | 8/21/2013 | Smith, Dan |
| ETH.MESH.06869750 through ETH.MESH.06869753 | Human Cadaver Wetlab Report/Results DRAFT, Document Name (#): SO 04/2 HCW 3, Datum: August 18, 2004 | T-0448 | 6/5/2013 | Smith, Dan |
| ETH.MESH.06870186 | 12/8/10 E-Mail from Landgrebe to Smith | T-3590 | 2/4/2014 | Smith, Dan |
| ETH.MESH.06873447 through 3458 | 2/14/03 Due Diligence Growth Opportunity Outline | T-0494 | 6/7/2013 | O'Bryan |
| ETH.MESH.06873447 through ETH.MESH.06873458 | Due Diligence Growth Opportunity Outline | T-0245 | 5/16/2013 | Smith, Dan |
| ETH.MESH.06873459 through 3461 | E-mail chain | T-0495 | 6/7/2013 | O'Bryan |
| ETH.MESH.06875271-80 | Quality Assurance Strategy Draft, Mulberry TVT Obturator | Plaintiff's-1408 | 9/24/2013 | Godwin, Amy |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.06879415 through 9417 | E-mail chain | T-0473 | 6/6/2013 | O'Bryan |
| ETH.MESH.06879433-35 | E-mail Thread, 6/9/03 Subject, Double Edged Sword | Plaintiffs-1418 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.06879446 | E-mail chain | T-0474 | 6/6/2013 | O'Bryan |
| ETH.MESH.06880472 through 478 | European Urology article | T-0522 | 6/7/2013 | O'Bryan |
| ETH.MESH.06880472-78 | Novel Surgical Technique For the Treatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out (de Leval) | T-2215 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.06881079 through 80 | e-mail correspondence | K-33 | 12/10/2013 | Kaminski |
| ETH.MESH.06881079-80 | E-mail string, 2/27/04 | T-3165 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.06881576 through ETH.MESH.06881580 | E-mail chain, top one dated 17 Aug 2004 | T-0237 | 5/15/2013 | Smith, Dan |
| ETH.MESH.068815789 through ETH.MESH.068815791 | E-mail dated 22 Jun 2004 | T-0232 | 5/15/2013 | Smith, Dan |
| ETH.MESH.06884516 and ETH.MESH.06884517 | E-mail dated 18 Aug 2004 | T-0230 | 5/15/2013 | Smith, Dan |
| ETH.MESH.06884650-53 | E-mail string, 6/19/04-6/25/04 | T-3309 | 10/3/2013 | Parisi |
| ETH.MESH.06884726 and ETH.MESH.06884727 | E-mail chain, top one dated 08 Sep 2004 | T-0234 | 5/15/2013 | Smith, Dan |
| ETH.MESH.06884728 through ETH.MESH.06884732 | E-mail chain, top one dated 16 Sep 2004 | T-1181 | 7/12/2013 | Beath |
| ETH.MESH.0688509-10 | E-mail Thread, 7/10/03 Subject, Publication EAU | T-2217 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.06885224-26 | E-mail Thread, 6/2/03 Subject, Mulberry Clinical Decision | Plaintiffs-1419 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.06885481-83 | E-mail Thread, 7/22/03 Subject, Competent Authority Audit, Pr. de Leval Tuesday 29 | T-2226 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.06885495 | 10/17/03 e-mail | T-0520 | 6/7/2013 | O'Bryan |
| ETH.MESH.06886509-10 | E-mail Thread, 7/10/03 Subject, Publication EAU | Plaintiffs-1412 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.06886511-13 | Article D-03-00754 - Comments to Author | Plaintiffs-1413 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.06887042-44 | E-mail Thread, 8/18/03 Subject, TVT Blue | T-2237 | 9/25/2013 | Godwin, Amy |
| ETH.MESH.06892171 and ETH.MESH.06892172 | E-mail dated 19 Feb 2004 | T-0239 | 5/15/2013 | Smith, Dan |
| ETH.MESH.06893564 - 06893565 | 9/25/06 e-mail string from Harel Gadot to David Robinson and Dan Smith | T-1252 | 9/11/2013 | Robinson |
| ETH.MESH.06893952 | PowerPoint, "Evaluation of UltraPro Meshes," 10 pages | T-2172 | 8/21/2013 | Smith, Dan |
| ETH.MESH.06894694 through ETH.MESH.06894467 | Article entitled "Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model" by U. Klinge, et al | T-2171 | 8/21/2013 | Smith, Dan |
| ETH.MESH.06910622 through ETH.MESH.06910625 | Document Entitled "Restoring the joys of Life, Overview of treatments offered for female urinary incontinence" | T-3576 | 2/3/2014 | Smith, Dan |
| ETH.MESH.06917699 through ETH.MESH.06917703 | Form for Customer Requirements Specifications (CRS) for Project TVT-O PA, Bates stamped ETH.MESH.06917699 through ETH.MESH.06917703 | | 12/23/2014 | Elbert |
| ETH.MESH.06917699 through ETH.MESH.06917704 | Form for Customer Requirements Specification (CRS) for Project TVT-O PA | T-2181 | 8/21/2013 | Smith, Dan |
| ETH.MESH.06921060 through ETH.MESH.06921077 | E-mail chain, top one dated 10 Nov 2009 | T-2157 | 8/20/2013 | Smith, Dan |
| ETH.MESH.06923868 through ETH.MESH.06923871 | TVTO-PA Clinical Strategy, Bates stamped ETH.MESH.06923868 through ETH.MESH.06923871 | | 12/23/2014 | Elbert |
| ETH.MESH.06923868 through ETH.MESH.06923871 | TVTO-PA Clinical Strategy | T-2177 | 8/21/2013 | Smith, Dan |
| ETH.MESH.06924641-43 | Memorandum, 9/1/10, to DHF0000978-TOPA from Briceno and Kirkemo | T-3167 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.06927231 through 06927235 | E-mail dated 3/10/10 | T-0824 | 7/16/2013 | Mahmoud |
| ETH.MESH.06927231-ETH.MESH.06927235 | 3/9/10 E-Mail Chain | T-3463 | 1/7/2014 | Kirkemo |
| ETH.MESH.06927248 - 06927249 | 3/19/10 e-mail string from Dan Smith to Paul DeCosta, et al. | T-0954 | 7/24/2013 | Robinson |
| ETH.MESH.06927248 - 249 | 3/19/10 Email from Dan Smith to Paul DeCosta, et al., Subject: Information Regarding Scion Bates Nos. ETH.MESH.06927248 - 249 | Austin-16 | 8/13/2015 | Austin |
| ETH.MESH.06927248-ETH.MESH.06927249 | 2-page copy of E-mail dated 3/19/10 to Paul DeCosta, et al., from Dan Smith | T-2039 | 6/21/2013 | Selman |
| ETH.MESH.07090179 through 07090181 | E-mail string, top one dated 4/20/09 | T-3410 | 11/8/2013 | Gauld |
| ETH.MESH.07134939 | Slide Deck MultiCenter, Open, Label, Randomized, Non-Comparative Study, Designed to Obtain Clinical Information on the Gynecare TVT-Secur System Tension-Free Support for Incontinence, Five-Week Results | Plaintiffs-1363 | 8/13/2013 | Amin |
| ETH.MESH.07181044 | E-mail(s), dated 1/28/09 | T-3520 | 1/15/2014 | Hinoul |
| ETH.MESH.07181044 through ETH.MESH.07181044 | E-mail dated 28 Jan 2009, with attachment, 17 pages | T-0691 | 6/26/2013 | Hinoul |

| ETH.MESH.07190442 through ETH.MESH.07190446 | Memo dated April 7, 2004 | T-0301 | 5/23/2013 | Burkley |
|---|---|---|---|---|
| ETH.MESH.07192012-14 | Document entitled "PA Consulting Group, Mesh Erosion Interview - Surgeon," Minutes of Meeting, 1/20/11 | T-1117 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07192033-41 | Letter, 11/1/10, to Richter from Berman and Robinson, with attachments | T-1112 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07192242 | E-mail, 2/17/11, to Bird and others from Meier | T-1113 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07192412 - ETH.MESH.07192414 | 3-page copy of document dated 1/18/11 entitled "PA Consulting Group, Mesh Erosion Interview - Pathology," ETH.MESH.07192412 - ETH.MESH.07192414 | Divilio-50 | 11/21/2014 | Divilio |
| ETH.MESH.07192412-14 | Document entitled "PA Consulting Group, Mesh Erosion Interview - Pathology," Minutes of Meeting, 1/18/11 | T-1118 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07192412-ETH.MESH. 07192414 | 1/18/11 Minutes of Meeting of PA Consulting Group, Mesh Erosion Interview - Pathology | T-3459 | 1/6/2014 | Kirkemo |
| ETH.MESH.07192872-77 | E-mail string, 4/11/11-5/18/11, with attachment | T-1121 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07192929 | PowerPoint entitled "Investigating Mesh Erosion in Pelvic Floor Repair," 6/22/11 | T-1116 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07194129 | Document entitled "Christophe Vailhe transferring to Ethicon Women Health and Urology," 1/28/10 | T-1098 | 6/20/2013 | Vailhe, C |
| ETH.MESH.07197998 | E-mail, 2/9/11, to Richter and others from Vailhe | T-1120 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07198250 | E-mail chain, top one dated 31 Mar 2011 | T-0286 | 5/23/2013 | Burkley |
| ETH.MESH.07198825-28 | E-mail string, 5/18/11-7/21/11 | T-1115 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07200224-44 | E-mail, 1/16/12, to Trzewik from Vailhe, with attachment | T-1123 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07200381 | E-mail, 2/1/12, to Volpe from Vailhe | T-1109 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07200382 | PowerPoint entitled "Mesh Exposure Ethicon Position, February 2, 2012" | T-1110 | 6/21/2013 | Vailhe, C |
| ETH.MESH.07205369 and ETH.MESH.07205370 | Memo dated March 12, 2012 | T-0276 | 5/22/2013 | Burkley |
| ETH.MESH.07212397 and ETH.MESH.07212398 | Response to e-mail from C. Huntington, March 6, 2012 | T-0275 | 5/22/2013 | Burkley |
| ETH.MESH.07220424 through ETH.MESH.07220440 | Letter dated March 10, 2008 | T-1168 | 7/12/2013 | Beath |
| ETH.MESH.07223489 and ETH.MESH.07223490 | 7/9/12 Letter from Marinac-Dabic to Kanerviko, ETH.MESH.07223489 and ETH.MESH.07223490 | Horton-32 | 7/1/2015 | Horton |
| ETH.MESH.07226377 through ETH.MESH.07226379 | E-mail chain, top one dated 01 Mar 2012 | T-0272 | 5/22/2013 | Burkley |
| ETH.MESH.07226404 and ETH.MESH.07226405 | E-mail chain, top one dated 07 Mar 2012 | T-0278 | 5/22/2013 | Burkley |
| ETH.MESH.07226579 - ETH.MESH.07226582 | Documents (from Isenberg 11/5/2013 depo) | T-3341 (previously marked) | 11/21/2014 | Divilio |
| ETH.MESH.07236287 and ETH.MESH.07236288 | E-mail chain, top one dated 01 Apr 2011 | T-0699 | 6/26/2013 | Hinoul |
| ETH.MESH.07236294 through ETH.MESH.07236297 | E-mail chain, top one dated 31 Mar 2011 | T-0700 | 6/26/2013 | Hinoul |
| ETH.MESH.07245795 through ETH.MESH.07245802 | 4/12 E-Mail Chain, ETH.MESH.07245795 through ETH.MESH.07245802 | Horton-31 | 7/1/2015 | Horton |
| ETH.MESH.07250424 and ETH.MESH.07250425 | Form FDA-483, 08/29/2005-09/08/2005 | T-0050 | 4/4/2013 | Lamont |
| ETH.MESH.07250485 through ETH.MESH.07250541 | Letter dated March 14, 2006 | T-0051 | 4/4/2013 | Lamont |
| ETH.MESH.07268127 | MHRA Medical device adverse incident report form - for members of the public | T-3170 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.07270482 through ETH.MESH.07270484 | Spreadsheet, Products: TVT, Date Range: July 2010-July 2012 | T-0049 | 4/4/2013 | Lamont |
| ETH.MESH.07276458-59 | Notice of FDA Action, 7/9/12 | T-3169 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.07277659 through ETH.MESH.07277674 and ETH.MESH.03744390 through ETH.MESH.03744393, ETH.MESH.03744385, ETH.MESH.03744388 and ETH.MESH.03744389 | Work Instruction for Summary & Individual Medical Device Reporting, Document Name (#): PR551-006, Revision: 16 | T-0046 | 4/4/2013 | Lamont |
| ETH.MESH.07277675 through ETH.MESH.07277696 | Work Instruction, Quality System, Franchise Work Instructions for Summary and Individual Medical Device Reporting, PR551-006, Rev: 31, Released: 07 Sep 2012, CO: 100047158 | T-0030 | 4/3/2013 | Lamont |
| ETH.MESH.07278193 through ETH.MESH.07278223 | PowerPoint, "PMS Summary Information, February 17, 2012" | T-0041 | 4/4/2013 | Lamont |
| ETH.MESH.07284816 through ETH.MESH.07284819 | Legacy PMS Plan for Urethral Slings, Document Name (#): FM-0001820, Revision: 1 | T-0028 | 4/3/2013 | Lamont |

| Bates | Description | Exhibit | Date | Name |
|---|---|---|---|---|
| ETH.MESH.07316869 | Slide Deck Gynecare TVT Tension-Free Support For Incontinence | Plaintiff's-1358 | 8/13/2013 | Amin |
| ETH.MESH.07383028 | Regulatory is Exciting | T-99a | 4/25/2013 | Lisa |
| ETH.MESH.07386591 & 07386592 | e-mail string | T-0753 | 7/11/2013 | Pattyson |
| ETH.MESH.07387254 - ETH.MESH.07387257 | Documents | T-3365 | 11/6/2013 | Isenberg |
| ETH.MESH.0793300-07 | E-mail, 3/31/03, to Bogardus and others from Peterson, with attachment | T-3021 | 7/30/2013 | Luscombe |
| ETH.MESH.07396540 | E-mail, 11/2/06, to Mitchell and others from Caro-Rosado | T-3285 | 10/2/2013 | Parisi |
| ETH.MESH.07396541 to 07396546 | slide deck Procedural Pearls & Frequently Asked Questions | T-0767 | 7/11/2013 | Pattyson |
| ETH.MESH.07396541-46 | Document entitled "Procedural Pearls & Frequently Asked Questions" | T-3284 | 10/2/2013 | Parisi |
| ETH.MESH.07424335 - ETH.MESH.07424336 | Documents | T-3358 | 11/5/2013 | Isenberg |
| ETH.MESH.07424660 - ETH.MESH.07425661 | Documents | T-3357 | 11/5/2013 | Isenberg |
| ETH.MESH.07424692 through 93 | e-mail correspondence | K-36 | 12/10/2013 | Kaminski |
| ETH.MESH.07424903 | Worldwide Clinical Trials Medical Affairs Org Chart | Plaintiff's-1402 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.07425070 - ETH.MESH.07425073 | 1-page copy of E-mail dated 5/3/02 to All Ethicon from Ethicon Interactive Communications, plus attachments | T-1008 | 5/14/2013 | Mittenthal |
| ETH.MESH.07425070-5115 | E-mail, 5/3/02, to DL-ETHUSSO All Ethicon from Ethicon Interactive Communications, with attachments | T-0053 | 4/16/2013 | Hojnoski |
| ETH.MESH.07425074- ETH.MESH.07425115 | 42-page copy of document entitled "Records Retention Policy" | T-1004 | 5/14/2013 | Mittenthal |
| ETH.MESH.07455424-5 | Two letters between Ethicon and the FDA, dated 8/4/11 and 3/8/11 respectively | T-3510 | 1/14/2014 | Hinoul |
| ETH.MESH.07456394 | E-mail dated 5/6/11 | T-0170 | 5/3/2013 | Lin |
| ETH.MESH.07469275-81 | Letter, 11/2/01, to Lessig from Barbolt, with attachments | T-2106 | 8/14/2013 | Barbolt |
| ETH.MESH.07505616 and ETH.MESH.07505617 | FDA Notification About Use of Surgical Mesh to Treat Pelvic Organ Prolapse and Stress Urinary Incontinence, Bates stamped ETH.MESH.07505616 and ETH.MESH.07505617 | Plaintiff's-1504 | 6/9/2014 | Jones, Scott |
| ETH.MESH.07506192-6201 | Final Report, PSE Accession No. 01-0321, Project No. 48010, A 28-Day Tissue Reaction Study of PROLENE Polypropylene Mesh and Autoclaved PROLENE Polypropylene Mesh Implanted Intramuscularly and Subcutaneously in Rats | T-2244 | 1/7/2014 | Barbolt |
| ETH.MESH.07724068 through ETH.MESH.07724080 | Johnson & Johnson Independent MD&D Sector Audit Confidential Report | T-1178 | 7/12/2013 | Beath |
| ETH.MESH.07724636 through ETH.MESH.07724675 | 2/1/12 Letter with Attachment from Kanerviko to Ritchey, ETH.MESH.07724636 through ETH.MESH.07724675 | Horton-25 | 7/1/2015 | Horton |
| ETH.MESH.07724676 and ETH.MESH.07724678 through ETH.MESH.07724710 | 2/1/12 Letter with Attachment from Kanerviko to Ritchey, ETH.MESH.07724676 and ETH.MESH.07724678 through ETH.MESH.07724710 | Horton-28 | 7/1/2015 | Horton |
| ETH.MESH.07724716 and ETH.MESH.07724711 through ETH.MESH.07724715 | 2/1/12 Letter with Attachment from Kanerviko to Ritchey, ETH.MESH.07724716 and ETH.MESH.07724711 through ETH.MESH.07724715 | Horton-27 | 7/1/2015 | Horton |
| ETH.MESH.07726805 through ETH.MESH.07726817 | Excerpt of report of Dr. Uwe Klinge with handwritten notes | T-0281 | 5/23/2013 | Burkley |
| ETH.MESH.07788547- ETH.MESH.07788555 | 9-page copy of document entitled "Process Steps for Management of Regulatory Affairs Vital Records Paper & Electronic" | T-1002 | 5/14/2013 | Mittenthal |
| ETH.MESH.07806664 | PowerPoint presentation entitled "The Science Behind Lightweight Meshes" | T-3307 | 10/3/2013 | Parisi |
| ETH.MESH.07876572 through 07876819 | Traditional 510(k) Notification Gynecare TVT Secur System | T-3041 | 8/1/2013 | Lin |
| ETH.MESH.07876572 through ETH.MESH.07876819 | Traditional 510(k) Notification GYNECARE TVT SECUR System | T-0445 | 6/5/2013 | Smith, Dan |
| ETH.MESH.07876572 through ETH.MESH.07876819 | Traditional 510(k) Notification GYNECARE TVT SECUR System | T-3124 | 8/9/2013 | Weisberg |
| ETH.MESH.07876572-6699 | Traditional 510(k) Notification, GYNECARE TVT SECUR System | T-0060 | 4/16/2013 | Hojnoski |
| ETH.MESH.07876572-6925 | Document entitled "Traditional 510(k) Notification, GYNECARE TVT SECUR System" | T-0574 | 6/14/2013 | Paine |
| ETH.MESH.07876580, 07876722-23, 07876718-21, 07876717, 07876702-05, 07876729, 07876706-09, 07876728, 07876710-16, 07876574-75, and 07876818 | Group of documents | T-0101 | 4/17/2013 | Hojnoski |
| ETH.MESH.07876688 thru ETH.MESH.07876691 | Summary of sheep and human cadaver labs for development of the Gynecare TVT Secur System | T-0642 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.07876722- ETH.MESH.07876723 | 2-page copy of document dated 9/22/05 entitled "Clinical Review" | T-2021 | 6/20/2013 | Selman |
| ETH.MESH.07876820 through 7876925 | K052401: Response to FDA's Request for Additional Information Gynecare TVT Secur System | T-2137 | 8/15/2013 | Barbolt |
| ETH.MESH.07876820-6925 | Document entitled "K052401: Response to FDA's Request for Additional Information, GYNECARE TVT SECUR System" | T-0061 | 4/16/2013 | Hojnoski |

| Bates Range | Description | Exhibit No. | Date | Name |
|---|---|---|---|---|
| ETH.MESH.07876870 through 7876888 | Laboratory of Pharmacology and Toxicology KG, LPT Report No. 19285/05 "Examination of an Eluate of TVT SECUR Implant Eto Steril Implantat On Pyrogenic Properties In Rabbits" | T-2136 | 8/15/2013 | Barbolt |
| ETH.MESH.07876890 through 07876903 | Laboratory of Pharmacology and Toxicology KG, LPT Report No. 19281/05 "Examination of an Extract of TVT-SECUR Implant Eto Steril, Implantat For Cytotoxic Properties in a Cell Culture Test" | T-2134 | 8/15/2013 | Barbolt |
| ETH.MESH.07876905 through 07876924 | Laboratory of Pharmacology and Toxicology KG, LPT Report No. 19283 05 "Intracutaneous Test of an Extract of TVT SECUR Implant Eto Steril Implantat In Rabbits" | T-2135 | 8/15/2013 | Barbolt |
| ETH.MESH.07876926 through 7006 | Modified Gynecare TVT Obturator System Special 510(k) | T-0472 | 6/6/2013 | O'Bryan |
| ETH.MESH.07876926-7006 | Document entitled "Modified Gynecare TVT Obturator System Special 510(k)" | T-0072 | 4/17/2013 | Hojnoski |
| ETH.MESH.07898852-ETH.MESH.07898871 | 2-page copy of E-mail dated 12/1/04 to Linda Ansell, et al., from Linda Nichols, plus attachments | T-2019 | 6/20/2013 | Selman |
| ETH.MESH.07903682- ETH.MESH.07903683 | Affeld, T email chain re PS vs +M | | | |
| ETH.MESH.07931124 | E-mail, 4/4/03 Subject, de Leval's Clinical Study | Plaintiff's-1409 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.07931874-86 | Document entitled "2004 Performance and Development Plan Summary for Patricia Hojnoski", 1/18/05 | T-0069 | 4/17/2013 | Hojnoski |
| ETH.MESH.07931926-31 | Johnson & Johnson Application for Employment | T-0067 | 4/17/2013 | Hojnoski |
| ETH.MESH.07931933-39 | Document entitled "2005 Performance and Development Plan Summary for Patricia Hojnoski" | T-0070 | 4/17/2013 | Hojnoski |
| ETH.MESH.07938633 | PowerPoint presentation entitled "GYNECARE TVT Tension-free Support for Incontinence, Sales Update, November 7, 2003" | T-3015 | 7/30/2013 | Luscombe |
| ETH.MESH.07972877 - 878 | 3/21/06 "Dear Doctor" | T-2195 | 8/30/2013 | Bogardus |
| ETH.MESH.07983132-38 | Document Preservation Notice "RE: Hold Notice for Dorothy Clement v. Ethicon, Inc.," 8/19/09 | T-2099 | 8/13/2013 | Mittenthal |
| ETH.MESH.07983955 - ETH.MESH.07983972 | Procedure, Quality System, Approval of Advertising and Promotional Materials for Medical Devices and Combination Products Revision History for OP608-12 | T-0157 | 5/2/2013 | Lin |
| ETH.MESH.08001660-66 | 2012 Performance & Development 9 Point Scale ETH.MESH.08001660-66 | Henderson-4H | 8/27/2015 | Henderson, Matt |
| ETH.MESH.08002848 thru ETH.MESH.08002850 | June 2, 2004 email to Charlotte Owens from Martin Weisberg - email chain | T-0665 | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.08002852 | E-mail dated 12 May 2004 | T-0338 | 5/30/2013 | Weisberg |
| ETH.MESH.08003089-104 | Employee Secrecy, Noncompetition Nonsolicitation Agreement (B. Lisa) | T-0118 | 4/25/2013 | Lisa |
| ETH.MESH.08003149-157 | 2007 Performance & Development Plan, B. Lisa | T-0102 | 4/25/2013 | Lisa |
| ETH.MESH.08003173 - ETH.MESH.08003180 | Documents | T-3349 | 11/5/2013 | Isenberg |
| ETH.MESH.08003173 through ETH.MESH.08003180 | Patient Brochure, "Freedom From Stress Urinary Incontinence" | T-0712 | 6/27/2013 | Hinoul |
| ETH.MESH.08003173 through ETH.MESH.08003180 | Brochure entitled "Freedom From Stress Urinary Incontinence" | T-3420 | 11/14/2013 | Angelini |
| ETH.MESH.08003173-3180 | Patient Brochure | T-1349 | 1/17/2014 | London Brown |
| ETH.MESH.08003181 through ETH.MESH.08003196 | Brochure entitled "Stress Urinary Incontinence in Women" | T-3421 | 11/14/2013 | Angelini |
| ETH.MESH.08003215 through ETH.MESH.08003230 | Brochure, "The Choice to End Stress Urinary Incontinence. Find out how to stop urine leakage like Bonnie did" | T-0580 | 6/17/2013 | Mahar |
| ETH.MESH.08003215-3230 | Patient Brochure | T-1348 | 1/17/2014 | London Brown |
| ETH.MESH.08003231 through ETH.MESH.08003246 | Brochure, "The Choice to End Stress Urinary Incontinence. Find out how to stop urine leakage like Bonnie did" | T-0582 | 6/17/2013 | Mahar |
| ETH.MESH.08003231-3246 | Patient Brochure | T-1350 | 1/17/2014 | London Brown |
| ETH.MESH.08003263 - 08003278 | patient brochure, "The Choice to End Stress Urinary Incontinence" | T-0986 | 7/25/2013 | Robinson |
| ETH.MESH.08003263 through 3278 | Pamphlet | T-3327 | 10/30/2013 | Chen, Meng |
| ETH.MESH.08003263-3278 | Patient Brochure | T-1351 | 1/17/2014 | London Brown |
| ETH.MESH.08003263-78 | Brochure entitled "The Choice to End Stress Urinary Incontinence" | T-1339 | 9/18/2013 | Hart |
| ETH.MESH.08003279 through ETH.MESH.08003293 | Brochure, "Treatment Options for Stress Urinary Incontinence, stop coping. Start living" | T-0588 | 6/17/2013 | Mahar |
| ETH.MESH.08003279 through ETH.MESH.08003294 | 2008 TVT Brochure, ETH.MESH.08003279 through ETH.MESH.08003294 | | 11/13/2015 | Weisberg |
| ETH.MESH.08014324-27 | E-mail string, 2/17/10-2/24/10 | T-3020 | 7/30/2013 | Luscombe |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.08025770-73 | 2010 SUFU Course in Female Urology and Voiding Dysfunction Resident Preceptorship Program August 27 - 28, 2010, Fairmont Chicago, ETH.MESH.08025770-73 | | 8/26/2014 | Rovner |
| ETH.MESH.08078798 through ETH.MESH.08078800 | E-mail dated 28 Nov 2012 with attachment, Bates stamped ETH.MESH.08078798 through ETH.MESH.08078800 | Plaintiff's-1490 | 6/9/2014 | Jones, Scott |
| ETH.MESH.08081559 | E-mail dated 12 Dec 2012 Bates stamped ETH.MESH.08081559 | Plaintiff's-1491 | 6/9/2014 | Jones, Scott |
| ETH.MESH.08119014 | E-mail chain, top one dated 07 Mar 2013, Bates stamped ETH.MESH.08119014 | Plaintiff's-1492 | 6/9/2014 | Jones, Scott |
| ETH.MESH.08128141 and ETH.MESH.08128142 | E-mail chain, top one dated Aug 2012, Bates stamped ETH.MESH.08128141 and ETH.MESH.08128142 | Plaintiff's-1493 | 6/9/2014 | Jones, Scott |
| ETH.MESH.08141264-70 | Document Preservation Notice "RE: Hold Notice for Pelvic Mesh/Gynecare Investigation - JJL2012034397," 3/25/13 | T-2096 | 8/13/2013 | Mittenthal |
| ETH.MESH.08156958 | PowerPoint presentation entitled "GYNECARE TVT Tension-free Support for Incontinence, Advanced Users Forum for the Experienced Clinician" | T-3317 | 10/3/2013 | Parisi |
| ETH.MESH.08163622 | Martin Weisberg, MD Employment Announcement | T-0348 | 5/31/2013 | Weisberg |
| ETH.MESH.08163743-50 | Document entitled "2004 Performance and Development Plan Summary for Scott Finley," 2/3/05 | T-0182 | 5/13/2013 | Finley |
| ETH.MESH.08163772-77 | Document entitled "2009 Performance and Development Plan Summary for Scott Finley," 3/28/10 | T-0209 | 5/14/2013 | Finley |
| ETH.MESH.08164248 through ETH.MESH.08164256 | Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Material for Medical Devices, Document Name (#): PR-0000255, Revision: 1 | T-1138 | 7/11/2013 | Beath |
| ETH.MESH.08164257 | PowerPoint, "Promotion and Advertising of Medical Devices, John Paulson, Ph.D., RAC, June, 2006," 36 pages | T-1139 | 7/11/2013 | Beath |
| ETH.MESH.08164278 - ETH.MESH.08164286 | Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Material for Medical Devices | T-0165 | 5/2/2013 | Lin |
| ETH.MESH.08165497 - ETH.MESH.08165499 | Documents | T-3366 | 11/6/2013 | Isenberg |
| ETH.MESH.08165497 through ETH.MESH.08165499 | Meeting Minutes-TVT Development-Team-Meeting dated 7/28/99 [ETH.MESH.08165497 through ETH.MESH.08165499] | T-3366 (previously marked) | 10/30/2014 | Divilio |
| ETH.MESH.08166760 through ETH.MESH.08166781 | E-mails dated 1/25/08 and 2/8/08, with attachment [ETH.MESH.08166760 through ETH.MESH.08166781] | Divilio-24 | 10/30/2014 | Divilio |
| ETH.MESH.08167415 - ETH.MESH.08167416 | 2-page copy of document entitled "Intermediate Report - Prolapse Mesh Explants 6/2009" | T-4005 | 9/12/2013 | Hellhammer |
| ETH.MESH.08167415 to 416 and ETH.MESH.00006636 | Intermediate Report | T-3248 | 9/19/2013 | Trzewik |
| ETH.MESH.08167452 and ETH.MESH.08167453 | E-mail chain, top one dated 10/3/2000 | T-3230 | 9/17/2013 | Angelini |
| ETH.MESH.08167647 through ETH.MESH.08167650 | E-mail chain, top one dated 27 Juli 2000 | T-3229 | 9/17/2013 | Angelini |
| ETH.MESH.08167853 and ETH.MESH.08167854 | E-mail chain, top one dated 3/3/2000 | T-3217 | 9/17/2013 | Angelini |
| ETH.MESH.08168000-01 | E-mail, 6/27/01, to Ulmsten from Hellhammer | T-3299 | 10/3/2013 | Parisi |
| ETH.MESH.08168728 - ETH.MESH.08168733 | 6-page copy of document dated 12/12/06 entitled "State of the knowledge in 'mesh shrinkage' - What do we know?" | T-4010 | 9/12/2013 | Hellhammer |
| ETH.MESH.08168861 | PowerPoint, Factors related to "Mesh Shrinkage" | T-3236 | 9/19/2013 | Trzewik |
| ETH.MESH.08183517 through ETH.MESH.08183520 | Application for Employment of Martin Weisberg | T-0346 | 5/31/2013 | Weisberg |
| ETH.MESH.08183624 through ETH.MESH.08183626 | Letter dated May 22, 2001 | T-0347 | 5/31/2013 | Weisberg |
| ETH.MESH.08218336 | Ethicon Memo dated 10/1/97, Re: Biocompatibility Risk Assessment for PROLENE Polypropylene Mesh | T-2130 | 8/15/2013 | Barbolt |
| ETH.MESH.08218336 - ETH.MESH.08218350 | 1-page copy of memo dated 10/1/97 to G. Robertson from Thomas A. Barbolt, Ph.D., plus attachments | T-4017 | 9/12/2013 | Hellhammer |
| ETH.MESH.08218337 through 8218350 | Document from R&D Ethicon Germany dated 10/1/97 "Literature Review on Biocompatibility of Prolene Sutures and Implants" | T-2131 | 8/15/2013 | Barbolt |
| ETH.MESH.08219141 | 1-page copy of document entitled "Update to the TGA on TVT Secur 1 May 2008" | T-2036 | 6/21/2013 | Selman |
| ETH.MESH.08221376 through ETH.MESH.08221380 | 3/16/13-Present Gynemesh PS IFU, ETH.MESH.08221376 through ETH.MESH.08221380 | Plaintiff's-1634 | 11/12/2015 | Weisberg |
| ETH.MESH.08299913 - 08299917 | article by Nilsson, et al. "Seventeen Years' follow-up" etc. | T-1271 | 9/11/2013 | Robinson |
| ETH.MESH.08299913 through ETH.MESH.08299917 | Article entitled "Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence" by C.G. Nilsson, et al. | T-3224 | 9/17/2013 | Angelini |
| ETH.MESH.08304722-35 | Clinical Assessment of the Device TVT Disposable Kit | Plaintiff's-1405 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.08307644 | E-mail(s), dated 4/5/13, with attached "native format" document | T-3528 | 1/15/2014 | Hinoul |
| ETH.MESH.08315214 through ETH.MESH.08315226 | Curriculum Vitae of Piet Hinoul | T-0675 | 6/26/2013 | Hinoul |
| ETH.MESH.08315779 - ETH.MESH.08315810 | 32-page copy of document dated 9/25/12 entitled "Clinical Expert Report" | T-1205 | 7/29/2013 | Holste |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.08315779 through ETH.MESH.08315810 | Clinical Expert Report Gynecare PROLIFT+M Pelvic Floor Repair System, September 25, 2012 | T-0722 | 6/27/2013 | Hinoul |
| ETH.MESH.08334244 | 8/28/06 e-mail from Gene Kammerer to Jacqueline Flatow | T-1281 | 9/11/2013 | Robinson |
| ETH.MESH.08334244 and ETH.MESH.08334245 | E-mail dated 28 Aug 2006 with attachment, 11 pages | T-3434 | 12/3/2013 | Kammerer |
| ETH.MESH.08334244 through and 245 nine plus nine additional pages | e-mail correspondence | K-34 | 12/10/2013 | Kaminski |
| ETH.MESH.08334245 | PowerPoint presentation entitled "LCM Project, Photographs Comparing Laser Cut Mesh vs Mechanical Cut Mesh" | T-3161 | 9/11/2013 | Lamont, Dan |
| ETH.MESH.08334424 | E-mail(s), dated 8/28/06 | T-3500 | 1/14/2014 | Hinoul |
| ETH.MESH.08344314 | E-mail chain, top one dated 1 Jun 2006 | T-0598 | 6/18/2013 | Mahar |
| ETH.MESH.08345895 | 12/22/06 e-mail to C. Bogardus from K. Mahar | T-2192 | 8/30/2013 | Bogardus |
| ETH.MESH.08366243 through ETH.MESH.08366245 | E-mail chain, top one dated 15 May 2012 | T-1188 | 7/12/2013 | Beath |
| ETH.MESH.08367243-44 | E-mail Thread, 2/19/09 Subject, SLU-Uro-GYN Followup ETH.MESH.08367243-44 | Kanerviko16 (previously marked) | 8/20/2014 | Meyer |
| ETH.MESH.08381779 | Ethicon announcement, 12/5/07, from Bourdeau | T-3274 | 10/2/2013 | Parisi |
| ETH.MESH.08382650-52 | E-mail, 1/10/11, to Parisi from Bourdeau | T-3272 | 10/2/2013 | Parisi |
| ETH.MESH.08385338 to -342 | Technical Memo | T-3234 | 9/19/2013 | Trzewik |
| ETH.MESH.08438961 through ETH.MESH.08438985 | Work Instructions for Device Design Risk Management, PR602-003 version 5 | T-0244 | 5/16/2013 | Smith, Dan |
| ETH.MESH.08450858 through 870 | 2004 Performance and Development Plan Summary for Sean O'Bryan | T-0471 | 6/6/2013 | O'Bryan |
| ETH.MESH.08450877 through 909 | Sean O'Bryan's personnel file | T-0525 | 6/7/2013 | O'Bryan |
| ETH.MESH.08465848-53 | Document entitled "Clinical Development Product Complaint and Adverse Event (AE) Reporting Process for Post-Approval Medical Device Clinical Trials" | T-3156 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.08470696 through ETH.MESH.08470703 | 2005 Performance and Development Plan Summary for Catherine Beath | T-1166 | 7/12/2013 | Beath |
| ETH.MESH.08470976 through ETH.MESH.08470987 | 2005 Performance and Development Plan Summary for Cindy Crosby | T-1167 | 7/12/2013 | Beath |
| ETH.MESH.08471322-27 | Document entitled "Career Development Profile," 4/10/13 | T-1301 | 9/17/2013 | Hart |
| ETH.MESH.08471342-54 | 2005 Performance and Development Plan Summary for James Hart, 1/31/06 | T-1298 | 9/17/2013 | Hart |
| ETH.MESH.08471362-69 | 2007 Performance and Development Plan Summary for James Hart, 1/22/08 | T-1299 | 9/17/2013 | Hart |
| ETH.MESH.08471370-75 | 2008 Performance and Development Plan Summary for James Hart, 1/28/09 | T-1300 | 9/17/2013 | Hart |
| ETH.MESH.08471614 and ETH.MESH.08471615 | Career Development Profile of Piet Hinoul | T-0677 | 6/26/2013 | Hinoul |
| ETH.MESH.08472792 through ETH.MESH.08472795 | Special Assignment: The Laparoscopic Appendectomy | T-0575 | 6/17/2013 | Mahar |
| ETH.MESH.08472822 and ETH.MESH.08472823 | Document of questions and handwritten answers | T-0577 | 6/17/2013 | Mahar |
| ETH.MESH.08473003 through ETH.MESH.08473005 | Trainer Nomination fro Kevin Mahar | T-0576 | 6/17/2013 | Mahar |
| ETH.MESH.08473895 thru ETH.MESH.08473898 | Untitled document | T-0620 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.08473895-98 | Letter about Owens From Hunsicker | T-620 (previously marked) | 4/1/2014 | Hunsicker |
| ETH.MESH.08473899 | May 15, 2005 email to Peter Vermeulen from Joel Lippman | T-0619 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.08473902 | August 15, 2005 letter to Joel  Lippman from Charlotte Owens | T-0618 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.08473903 | Exit Interview Form | | 6/20/2013 | Owens, Charlotte |
| ETH.MESH.08473919 thru ETH.MESH.08473921 | June 4, 2003 letter to Charlotte Owens from Susan Bisco-Anderson | T-0617 | 6/19/2013 | Owens, Charlotte |
| ETH.MESH.08474542 through ETH.MESH.08474546 | 2007 Performance and Development Plan Summary for Daniel Smith | T-2175 | 8/21/2013 | Smith, Dan |
| ETH.MESH.08474547 through ETH.MESH.08474554 | 2008 Performance and Development Plan Summary for Daniel Smith | T-2179 | 8/21/2013 | Smith, Dan |
| ETH.MESH.08474555 through ETH.MESH.08474561 | 2009 Performance and Development Plan Summary for Daniel Smith | T-2180 | 8/21/2013 | Smith, Dan |
| ETH.MESH.08474562 through ETH.MESH.08474569 | 2010 Performance and Development Plan Summary for Daniel Smith | T-2165 | 8/21/2013 | Smith, Dan |
| ETH.MESH.08474570 through ETH.MESH.08474577 | 2011 Performance and Development Plan Summary for Daniel Smith | T-2178 | 8/21/2013 | Smith, Dan |
| ETH.MESH.08476210 - ETH.MESH.08476342 | Documents | T-3338 | 11/5/2013 | Isenberg |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.08476210 through 342 | Tension Free Vaginal Tape (TVT) System 510(k) Notification | T-3142 | 8/20/2013 | Jones, Greg |
| ETH.MESH.08476285-7 | "Patient-Contacting Material Identification, Continued" | T-3481 | 1/13/2014 | Hinoul |
| ETH.MESH.08476335 - ETH.MESH.08476342 | Documents | T-3375 | 11/6/2013 | Isenberg |
| ETH.MESH.08476335 through ETH.MESH.08476342 | Scandinavian Multicenter Study of the Tension Free Vaginal Tape Procedure Clinical Report, M. Eriksson (MEDSCAND) October 17, 1997 | T-0883 | 7/20/2013 | Arnaud |
| ETH.MESH.08476335-42 | Document entitled "Scandinavian Multicenter Study of the Tension Free Vaginal Tape Procedure, Clinical Report," 10/17/97 | T-3181 | 9/16/2013 | Angelini |
| ETH.MESH.08477464 through ETH.MESH.08477481 | Company Procedure for the Ethicon Product Development Process (PDP), Document Name (#): PR800-011, Version: 7 | T-0412 | 6/4/2013 | Smith, Dan |
| ETH.MESH.08479644 | EWHU CPC 10/17/12 | Plaintiff's-1365 | 8/13/2014 | Amin |
| ETH.MESH.08484901-11 | Gynecare TVT Obturator System Clinical Strategy 7/23/13 | Plaintiff's-1411 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.08498863-67 | J&J Law Dept. Document Preservation Notice Do Not Destroy Specified Documents | Plaintiff's-1400 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.08500461 - 467 | "Patient/Physician Referral Strategy" | T-2194 | 8/30/2013 | Bogardus |
| ETH.MESH.08505071 | Document | T-3371A | 11/6/2013 | Isenberg |
| ETH.MESH.08505229 | One page document from Peter Cecchini | T-3147 | 8/20/2013 | Jones, Greg |
| ETH.MESH.08562491 through ETH.MESH.08562495 | Career Development Profile for Laura Angelini | T-3205 | 9/17/2013 | Angelini |
| ETH.MESH.08562559-62 | Career Development Profile, 4/30/13 | T-0990 (previously marked) | 7/29/2013 | Luscombe |
| ETH.MESH.08579092-93 | E-mail, 1/9/12, to Volpe and others from Vailhe | T-1108 | 6/21/2013 | Vailhe, C |
| ETH.MESH.08581412-ETH.MESH.08581413 | 2/7/10 and 2/8/10 E-Mail Chain | T-3462 | 1/7/2014 | Kirkemo |
| ETH.MESH.08583253 - ETH.MESH.08583257 | Documents | T-3370 | 11/6/2013 | Isenberg |
| ETH.MESH.08615570-71 | E-mail string, 4/7/13-4/8/13 | T-3026 | 7/30/2013 | Luscombe |
| ETH.MESH.08627147 | E-mail string, 2/14/03 | T-3031 | 7/30/2013 | Luscombe |
| ETH.MESH.08629375-80 | Updated 'Legal Hold Notice, 4/18/13 | T-2097 | 8/13/2013 | Mittenthal |
| ETH.Mesh.08692182 & 08692183 | 4/18/08 letter to Bartholomew Pattyson from Theresa Dunn | T-0736 | 7/10/2013 | Pattyson |
| ETH.MESH.08692184 & 08692185 | Bartholomew Pattyson resume | T-0757 | 7/11/2013 | Pattyson |
| ETH.MESH.08692186 to 08692188 | Employee Secret, Non-Competition and Non-Solicitation Agreement signed by Mr. Pattyson on 12/2/05 | T-0737 | 7/10/2013 | Pattyson |
| ETH.MESH.08692193 to 08692197 | Application for Employment for Mr. Pattyson dated 3/19/98 | T-0738 | 7/10/2013 | Pattyson |
| ETH.MESH.08692237 | 6/2/98 letter to Bartholomew Pattyson from Laurie Myers | T-0739 | 7/10/2013 | Pattyson |
| ETH.MESH.08692278 & 08692279 | Memorandum to Bart Pattyson from Dave Bourdeau | T-0762 | 7/11/2013 | Pattyson |
| ETH.MESH.08692297 to 08692304 | 2005 Performance and Development Plan Summary for Bartholomew Pattyson | T-0758 | 7/11/2013 | Pattyson |
| ETH.MESH.08692312 to 08692317 | 2007 Performance and Development Plan Summary for Bartholomew Pattyson | T-0760 | 7/11/2013 | Pattyson |
| ETH.MESH.08692670 through ETH.MESH.08692672 | Cancellation Agreement | T-3213 | 9/17/2013 | Angelini |
| ETH.MESH.08692673 through ETH.MESH.08692696 | Consulting Agreement | T-3211 | 9/17/2013 | Angelini |
| ETH.MESH.08692673 through ETH.MESH.08692696 | Consulting Agreement | T-0882 | 7/20/2013 | Arnaud |
| ETH.MESH.08695896 | Letter dated March 28, 2002 | T-3208 | 9/17/2013 | Angelini |
| ETH.MESH.08696085-134 | License and Supply Agreement, 2/13/97 | T-3008 | 7/29/2013 | Luscombe |
| ETH.MESH.08793207 through ETH.MESH.08793210 | E-mail chain, top one dated 11 Nov 2002 | T-3227 | 9/17/2013 | Angelini |
| ETH.MESH.08793552 - 553 | 4/25/02 e-mail to K. Mullarkey from C. Ettore | T-2201 | 8/30/2013 | Bogardus |
| ETH.MESH.08793554 | "TVT Influencers" | T-2197 | 8/30/2013 | Bogardus |
| ETH.MESH.08793646 - ETH.MESH.08793647 | Documents | T-3377 | 11/6/2013 | Isenberg |
| ETH.MESH.08793648 | Document, with attachment; 3 pages | T-3376 | 11/6/2013 | Isenberg |
| ETH.MESH.08797004 | 6/15/2001 e-mail to Susan McGee, et al from C. Bogardus | T-2198 | 8/30/2013 | Bogardus |
| ETH.MESH.08797109 - 110 | 4/2/02 e-mail to DL-GP WW Management Board from R. Pickell | T-2199 | 8/30/2013 | Bogardus |
| ETH.MESH.08798099 - 110 | "2002 - 2003 US Marketing Plan for GYNECARE TVT Tension-free Support for Incontinence" | T-2205 | 8/30/2013 | Bogardus |
| ETH.MESH.0892318 to 08692324 | 2008 Performance and Development Plan Summary for Bartholomew Pattyson | T-0761 | 7/11/2013 | Pattyson |
| ETH.MESH.08945557 through ETH.MESH.08945563 | TVT Patient Brochure Copy 5-10-12 (Draft) Bates stamped ETH.MESH.08945557 through ETH.MESH.08945563 | Plaintiff's-1497 | 6/9/2014 | Jones, Scott |
| ETH.MESH.08961175-76 | E-mail Thread 6/17/10 Subject, Prosima Apical Support Learning Guide ETH.MESH.08961175-76 | Henderson-26 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.08966062 through ETH.MESH.08966064 | 2011 Marketing Mastery Award Submission Form, Bates stamped ETH.MESH.08966062 through ETH.MESH.08966064 | Schmid-22 | 7/31/2015 | Schmid |
| ETH.MESH.08969050 through ETH.MESH.08969055 | Consulting and Technology Agreement | T-3209 | 9/17/2013 | Angelini |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.09034368-78 | 2005 Performance & Development Plan Summary For Dharini Amin 2/23/06 | Plaintiffs-1344 | 8/12/2013 | Amin |
| ETH.MESH.09034379-87 | 2006 Performance & Development Plan Summary For Dharini Amin | Plaintiffs-1347 | 8/12/2013 | Amin |
| ETH.MESH.09034388-9 | 2007 Performance & Development Plan Summary For Dharini Amin | Plaintiffs-1348 | 8/12/2013 | Amin |
| ETH.MESH.09034474-75 | Employee Profile for Dharini Amin | Plaintiffs-1345 | 8/12/2013 | Amin |
| ETH.MESH.09034539 | Cheryl Bogardus personnel document | T-2188 | 8/30/2013 | Bogardus |
| ETH.MESH.09034868-74 | 2004 Performance & Development Plan Summary For Amy Godwin | Plaintiffs-1403 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.09034875-77 | Career Development Profile, 6/25/13 | Plaintiffs-1404 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.09035273 through ETH.MESH.09035283 | 2005 Performance and Development Plan Summary for Allison London Brown | Plaintiffs-1385 | 9/12/2013 | London Brown |
| ETH.MESH.09035284 through ETH.MESH.09035292 | 2006 Performance and Development Plan Summary for Allison London Brown | Plaintiffs-1386 | 9/12/2013 | London Brown |
| ETH.MESH.09152197-98 | E-mail Chain, ETH.MESH.09152197-98 | | 8/26/2014 | Rovner |
| ETH.MESH.09156025 | E-mail chain, top one dated 07 Mar 2012, Bates stamped ETH.MESH.09156025 | Schmid-16 | 7/31/2015 | Schmid |
| ETH.MESH.09161482 through ETH.MESH.09161484 | 10/11/10 E-Mail from DeStefano to Paradise, et al, with Attachment, ETH.MESH.09161482 through ETH.MESH.09161484 | P-43 | 8/20/2014 | Peebles |
| ETH.MESH.09199503 through ETH.MESH.09199506 | 12/20/11 E-Mail Chain Among Magee, Roy, Water, et al, ETH.MESH.09199503 through ETH.MESH.09199506 | P-29 | 8/20/2014 | Peebles |
| ETH.MESH.09203391 through ETH.MESH.09203393 | 3/16/11 E-Mail Chain Among Mawhinney, Boniface, Bird, et al, ETH.MESH.09203391 through ETH.MESH.09203393 | P-30 | 8/20/2014 | Peebles |
| ETH.MESH.09204132-33 | E-mail Thread, 2/21/11 Subject, Question ETH.MESH.09204132-33 | P-28 | 7/16/2014 | Peebles |
| ETH.MESH.09218303 through ETH.MESH.09218305 | 9/18/10 and 9/20/10 E-Mail Chain Among Fischer, Peebles, Samuel, et al, ETH.MESH.09218303 through ETH.MESH.09218305 | P-40 | 8/20/2014 | Peebles |
| ETH.MESH.09220051 and ETH.MESH.09220052 | 8/16/10-8/17/10 E-Mail Chain Among Frost, Peebles, et al, ETH.MESH.09220051 and ETH.MESH.09220052 | P-38 | 8/20/2014 | Peebles |
| ETH.MESH.09264535 through ETH.MESH.09264555 | Flat Mesh Strategy, dated 10/16/98 [ETH.MESH.09264535 through ETH.MESH.09264555] | Divilio-29 | 10/30/2014 | Divilio |
| ETH.MESH.09264884 - ETH.MESH.09264885 | Documents | T-3364 | 11/6/2013 | Isenberg |
| ETH.MESH.09264884 through ETH.MESH.09264885 | Memo dated 11/11/98, Subject: Meeting Minutes of Project Planning Meeting [ETH.MESH.09264884 through ETH.MESH.09264885] | T-3364 (previously marked) | 10/30/2014 | Divilio |
| ETH.MESH.09264945 - ETH.MESH.09264946 | Documents | T-3363 | 11/6/2013 | Isenberg |
| ETH.MESH.09264945 and ETH.MESH.09264946 | 8/17/98 Memo from Rousseau to Lessig | T-3586 | 2/3/2014 | Smith, Dan |
| ETH.MESH.09264945 through ETH.MESH.09264946 | Memo dated 8/17/98, Subject: Prolene Mesh Re-Design Project [ETH.MESH.09264945 through ETH.MESH.09264946] | T-3363 (previously marked) | 10/30/2014 | Divilio |
| ETH.MESH.09266659 through ETH.MESH.09266660 | E-mails dated 6/10 and 6/17/98 [ETH.MESH.09266659 through ETH.MESH.09266660] | Divilio-11 | 10/30/2014 | Divilio |
| ETH.MESH.09267882 | Slide deck, Quarterly Impact Celebration, "Congratulations to the Prolene Mesh Improvement project team!" [top page ETH.MESH.09267882] | Divilio-3 | 10/30/2014 | Divilio |
| ETH.MESH.09269739 through ETH.MESH.09269740 | E-mail dated 3/27/00 [ETH.MESH.09269739 through ETH.MESH.09269740] | Divilio-31 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.09270687 through ETH.MESH.09270696 | Process Specification for Ultrasonic Plunge Cutting of Prolene Polypropylene Mesh [ETH.MESH.09270687 through ETH.MESH.09270696] | Divilio-30 | 10/30/2014 | Divilio |
| ETH.MESH.09273600 through ETH.MESH.09273601 | E-mail string dated 1/3 and 1/4/00 [ETH.MESH.09273600 through ETH.MESH.09273601] | Divilio-7 | 10/30/2014 | Divilio |
| ETH.MESH.09275875 and ETH.MESH.09275876 | 9/13/99 Forwarded E-Mail from Rousseau to Garcia | T-3585 | 2/3/2014 | Smith, Dan |
| ETH.MESH.09275875 through ETH.MESH.09275876 | E-mail string, top one dated 9/13/99 [ETH.MESH.09275875 through ETH.MESH.09275876] | Divilio-10 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.09279097 through ETH.MESH.09279105 | Prolene Mesh Improvement Project [ETH.MESH.09279097 through ETH.MESH.09279105] | Divilio-4 | 10/30/2014 | Divilio |
| ETH.MESH.09306628 through ETH.MESH.09306687 | European Marketing Plan 2001, Bates stamped ETH.MESH.09306628 through ETH.MESH.09306687 | T-3690 | 9/25/2014 | Scheich |
| ETH.MESH.09306899 through ETH.MESH.09306910 | 2002 Marketing Plan for GYNECARE TVT Tension-Free Support for Incontinence, Bates stamped ETH.MESH.09306899 through ETH.MESH.09306910 | T-3689 | 9/25/2014 | Scheich |
| ETH.MESH.09320517-18 | Meeting scheduling, 4/14/11 | T-1315 | 9/18/2013 | Hart |
| ETH.MESH.09320549 | 1-page copy of document dated 12/2/02, ETH.MESH.09320549 | Divilio-37 | 11/21/2014 | Divilio |
| ETH.MESH.09466750-52 | E-mail Thread, 1/22/02 Subject, Limited Release Gynecare TVT with Abdominal Guides | Plaintiffs-1406 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.09479067 - ETH.MESH.09479068 | 1-page copy of document entitled "TVT Prolene Polypropylene Mesh Roll Stock, Appendix II," plus attachment | T-1197 | 7/29/2013 | Holste |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.09479101 | Appointment Announcement 9/27/00 | Plaintiff's-1399 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.09479112 | Letter from Stevenson to Godwin, 9/12/00 | Plaintiff's-1398 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.09479128-29 | Godwin Resumé | Plaintiff's-1397 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.09479225 | | Plaintiff's-1426 | 9/25/2013 | Mittenthal |
| ETH.MESH.09557737 through ETH.MESH.09557748 | 2005 Performance and Development Plan Summary For L. Thomas Divilio [ETH.MESH.09557737 through ETH.MESH.09557748] | Divilio-33 | 10/30/2014 | Divilio |
| ETH.MESH.09557777 through ETH.MESH.09557787 | 2009 Performance and Development Plan Summary for L. Thomas Divilio [ETH.MESH.09557777 through ETH.MESH.09557787] | Divilio-1 | 10/30/2014 | Divilio |
| ETH.MESH.09645766 | PowerPoint | T-3243 | 9/19/2013 | Trzewik |
| ETH.MESH.09651393 to -1401 | Invention Disclosure | T-3249 | 9/19/2013 | Trzewik |
| ETH.MESH.09651966 | 1-page copy of document entitled "Placeholder," plus attachments | T-4008 | 9/12/2013 | Hellhammer |
| ETH.MESH.09652185 | PowerPoint | T-3246 | 9/19/2013 | Trzewik |
| ETH.MESH.09653077 to -3079 | E-mail, with attachments | T-3232 | 9/18/2013 | Trzewik |
| ETH.MESH.09655947 | E-mail | T-3242 | 9/19/2013 | Trzewik |
| ETH.MESH.09656632 | PowerPoint | T-3245 | 9/19/2013 | Trzewik |
| ETH.MESH.09656790 and ETH.MESH.09656791 | 4/10 E-Mail Chain Among Trzewik, Kvitle, Korseck, and Meier | T-1366 | 1/28/2014 | Kammerer |
| ETH.MESH.09656790 to -791 | E-mail string | T-3251 | 9/19/2013 | Trzewik |
| ETH.MESH.09656794 and ETH.MESH.09656792 | Copy of photos | T-3252 | 9/19/2013 | Trzewik |
| ETH.MESH.09656794, ETH.MESH.09656795, ETH.MESH.09656793, ETH.MESH.09656792 | Photocopies of Four Images | T-1367 | 1/28/2014 | Kammerer |
| ETH.MESH.09671612 to -1614 | E-mail, with attachments | T-3233 | 9/18/2013 | Trzewik |
| ETH.MESH.09671620 | Spreadsheet, 7 pages | T-3265 | 9/25/2013 | Arnaud |
| ETH.MESH.09682211-14 | E-mail Thread, 3/13/04 Subject, AW: Procedure TVTx | Plaintiff's-1420 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.09744858 - ETH.MESH.09744863 | Documents | T-3345 | 11/5/2013 | Isenberg |
| ETH.MESH.09744858 through ETH.MESH.09744863 | 2012 TVT Brochure, ETH.MESH.09744858 through ETH.MESH.09744863 | | 11/13/2015 | Weisberg |
| ETH.MESH.09744858-63 | Patient brochure for the Gynecare TVT mesh family of products (2012) | T-3505 | 1/14/2014 | Hinoul |
| ETH.MESH.09746615-17 | Letter, 9/6/00, to Nilsson from Zauberman | T-3201 | 9/16/2013 | Angelini |
| ETH.MESH.09746808-09 | E-mail Thread, 12/5/02 Subject, Mulberry Clinical & Regulatory Meeting | Plaintiff's-1414 | 9/24/2013 | Godwin, Amy |
| ETH.MESH.09746948-98 | License and Supply Agreement,  2/13/97 | T-1329 | 9/18/2013 | Hart |
| ETH.MESH.09747038-111 | Memo, 3/5/97, to Bortwick and others from Dumenil, with attachment | T-3179 | 9/16/2013 | Angelini |
| ETH.MESH.09747177 | Letter, 3/21/03, to Ulmsten from Helms | T-3197 | 9/16/2013 | Angelini |
| ETH.MESH.09747337-69 | Asset Purchase Agreement, 11/15/99 | T-3191 | 9/16/2013 | Angelini |
| ETH.MESH.09747493-95 | Cancellation Agreement, 10/18/04 | T-3195 | 9/16/2013 | Angelini |
| ETH.MESH.09747505-37 | Document entitled "Exhibit A, Ethicon Inc./Contape G4907S.A./Professor Ulmsten Consulting Agreement" | T-3193 | 9/16/2013 | Angelini |
| ETH.MESH.09747632 - ETH.MESH.09747643 | Documents | T-3362 | 11/6/2013 | Isenberg |
| ETH.MESH.09747684 | Document | T-3361 | 11/6/2013 | Isenberg |
| ETH.MESH.09747700-01 | Document entitled "Project Name: Tension Free Vaginal Tape (Ulmsten Device)," 2/02/98 | T-3185 | 9/16/2013 | Angelini |
| ETH.MESH.09747728 | E-mail, 9/11/97, to Esparza from Linsky | T-3186 | 9/16/2013 | Angelini |
| ETH.MESH.09747732 | E-mail, 12/2/97, to Ciardiello and others from Linsky | T-3187 | 9/16/2013 | Angelini |
| ETH.MESH.09747773-94 | PowerPoint presentation entitled "TVT Acquisition, Review with Mr. Lenehan June 1, 1999" | T-3190 | 9/16/2013 | Angelini |
| ETH.MESH.09747994 through ETH.MESH.09748017 | TVT Acquisition Analysis & Recommendation 4/19/99 | T-3214 | 9/17/2013 | Angelini |
| ETH.MESH.09748308-85 | Document entitled "Project Tomel Due Diligence Summary" | T-3198 | 9/16/2013 | Angelini |
| ETH.MESH.09748634 and ETH.MESH.09748635 | Letter dated April 23, 2001 | T-3218 | 9/17/2013 | Angelini |
| ETH.MESH.09748790 - ETH.MESH.09748791 | Documents | T-3381 | 11/6/2013 | Isenberg |
| ETH.MESH.09748831-35 | Consultancy Agreement | T-3202 | 9/16/2013 | Angelini |
| ETH.MESH.09748854-58 | Consultancy Agreement | T-3194 | 9/16/2013 | Angelini |
| ETH.MESH.09748865 - 09748868 | Consultancy Agreement | T-1294 | 9/11/2013 | Robinson |
| ETH.MESH.09847716-18 | Chart entitled "Project: Ulmsten Device," 11/4/97 | T-3184 | 9/16/2013 | Angelini |
| ETH.MESH.09869126 through ETH.MESH.09869128 | 2/12/13 E-Mail Among Smith, et al, ETH.MESH.09869126 through ETH.MESH.09869128 | P-37 | 8/20/2014 | Peebles |
| ETH.MESH.09888187-223 | 10/15/92 Seven Year Data for Ten Year Prolene Study: ERF: 85-219 | T-2264 | 1/8/2014 | Barbolt |
| ETH.MESH.09909642 through ETH.MESH.09909655 | 04/15/08 Trip Notes, Bates stamped ETH.MESH.09909642 through ETH.MESH.09909655 | T-3708 | 12/23/2014 | Elbert |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.09922406 | Project Mini TVT-O Team: GYNECARE TVT ABBREVO Continence System, Bates stamped ETH.MESH.09922406 | | 12/23/2014 | Elbert |
| ETH.MESH.09922570 through ETH.MESH.09922578 | R&D Memorandum on PA Mesh Assessments for TVTO-PA, December 12, 2012, Bates stamped ETH.MESH.09922570 through ETH.MESH.09922578 | | 12/23/2014 | Elbert |
| ETH.MESH.09929991 and ETH.MESH.09929992 | E-mail chain, top one dated 13 Jul 2010, Bates stamped ETH.MESH.09929991 and ETH.MESH.09929992 | T-3719 | 12/23/2014 | Elbert |
| ETH.MESH.09951087 through ETH.MESH.09951090 | E-mail dated 06 Mar 2009, Bates stamped ETH.MESH.09951087 through ETH.MESH.09951090 | T-3714 | 12/23/2014 | Elbert |
| ETH.MESH.09951746 through ETH.MESH.09951747 | E-mail chain, top one dated 27 Feb 2009, with attachment, Bates stamped ETH.MESH.09951746 through ETH.MESH.09951747, 48 pages | T-3718 | 12/23/2014 | Elbert |
| ETH.MESH.09952649 through ETH.MESH.09952652 | E-mail chain, top one dated 25 Aug 2009, Bates stamped ETH.MESH.09952649 through ETH.MESH.09952652 | T-3716 | 12/23/2014 | Elbert |
| ETH.MESH.09952714 and ETH.MESH.09952715 | E-mail chain, top one dated 25 Sep 2009, Bates stamped ETH.MESH.09952714 and ETH.MESH.09952715 | T-3713 | 12/23/2014 | Elbert |
| ETH.MESH.09956434 through ETH.MESH.09956437 | E-mail chain, top one dated 02 March 2010, Bates stamped ETH.MESH.09956434 through ETH.MESH.09956437 | T-3711 | 12/23/2014 | Elbert |
| ETH.MESH.09956613 and ETH.MESH.09956614 | Mini TVT-O Team Meeting Apr 23 2009, Bates stamped ETH.MESH.09956613 and ETH.MESH.09956614 | T-3703 | 12/23/2014 | Elbert |
| ETH.MESH.09982887-8 | E-mail(s), dated 4/10/11 | T-3512 | 1/14/2014 | Hinoul |
| ETH.MESH.10027307 - ETH.MESH.10027328 | Documents | T-3393 | 11/6/2013 | Isenberg |
| ETH.MESH.10040025-40059 | Final Report, PSE Accession No. 00-0035, An Exploratory 91-Day Tissue Reaction Study of Polypropylene-Based Surgical Mesh in Rats (PSE ACC. NO. 00-0035) | T-2243 | 1/7/2014 | Barbolt |
| ETH.MESH.10150870 | Spreadsheet | T-3196 | 9/16/2013 | Angelini |
| ETH.MESH.10150872 | Spreadsheet | T-3203 | 9/16/2013 | Angelini |
| ETH.MESH.10182456 | Report dated 09/25/1999 ETH.MESH.10182456 | T-3736 | 6/19/2015 | Angelini |
| ETH.MESH.10182462 | Responsibility Matrix for the TVT Improvement Project ETH.MESH.10182462 | T-3744 | 6/19/2015 | Angelini |
| ETH.MESH.10186693 | 5/23/12 "Update to Regulatory Affiliates" Document, ETH.MESH.10186693 | Horton-23 | 7/1/2015 | Horton |
| ETH.MESH.10204559-68 | Society for Urodynamics & Female Urology Annual Meeting (SUFU) ETH.MESH.10204559-68 | | 8/26/2014 | Rovner |
| ETH.MESH.10216874 and ETH.MESH.10216875 | E-mail chain, top one dated 17 Aug 2000, Bates stamped ETH.MESH.10216874 and ETH.MESH.10216875 | T-3700 | 9/25/2014 | Scheich |
| ETH.MESH.10216874-5 | E-mail(s), dated 8/17/00 | T-3484 | 1/13/2014 | Hinoul |
| ETH.MESH.10281860-74 | PowerPoint presentation entitled "Tension-free Midurethral Sling: Market Update | T-3318 | 10/3/2013 | Parisi |
| ETH.MESH.10379803 through 10379805 | E-mail string, top one dated 6/25/07 | T-3417 | 11/8/2013 | Gauld |
| ETH.MESH.10416655 - 656 | 11/11/09 Email Chain, Subject: Reporting Prosima Success Bates Nos. ETH.MESH.10416655 - 656 | Austin-15 | 8/13/2015 | Austin |
| ETH.MESH.10416655-56 | E-mail Thread 11/11/09 Subject, Reporting Prosima Success ETH.MESH.10416655-56 | Henderson-23 | 8/27/2015 | Henderson, Matt |
| ETH.MESH.10489347-58 | Ethicon Evidence Generation Strategy for Gynecare TVTO-PA Obturator | T-3506 | 1/14/2014 | Hinoul |
| ETH.MESH.10492861 through ETH.MESH.10492863 | China Mesh EGS, August 2009 Update [ETH.MESH.10492861 through ETH.MESH.10492863] | Divilio-23 | 10/30/2014 | Divilio |
| ETH.MESH.10528758 | PowerPoint, "Healthcare Professional Engagement Overview, April 17, 2013," Bates stamped ETH.MESH.10528758, 63 pages | T-3692 | 9/25/2014 | Scheich |
| ETH.MESH.10575391-453 | Critical Reviews In Biocompatibility Volume I, Issue 3 1985 | T-2250 | 1/8/2014 | Barbolt |
| ETH.MESH.10575607-5613 | PROLENE Mesh—Biological Evaluation in Rabbits ERF Accession No. 73-130 | T-2247 | 1/7/2014 | Barbolt |
| ETH.MESH.10575607-5805 | POROSITY, Thomas Barbolt 30(b)(6) Deposition Ethicon/MDL | T-2241 | 1/7/2014 | Barbolt |
| ETH.MESH.10575626-5630 | PROLENE Polypropylene Sutures: Tissue Response, Rats, ERF Accession No. 74-402 | T-2240 | 1/7/2014 | Barbolt |
| ETH.MESH.10575759-64 | Long-Term Comparative Study of Nonabsorbable Sutures (Postlethwait) | T-2251 | 1/8/2014 | Barbolt |
| ETH.MESH.10591538 through ETH.MESH.10591567 | Instructions for Use for TVT | T-3419 | 11/14/2013 | Angelini |
| ETH.MESH.10591870 | E-mail dated 07/21/1998 ETH.MESH.10591870 | T-3729 | 6/19/2015 | Angelini |
| ETH.MESH.10591942 | Non-Compete Agreement ETH.MESH.10591942 | T-3750 | 6/19/2015 | Angelini |
| ETH.MESH.10629579- ETH.MESH.10629583 | Response to Request for Additional Information Application No. 123260 | | | |
| ETH.MESH.10632664- ETH.MESH.10632670 | 10/09 E-Mail Chain | T-3451 | 1/6/2014 | Kirkemo |
| ETH.MESH.10632681 through ETH.MESH.10632683 | 5/3-5/4/10 E-Mail Chain Among Heniford, Smith, Patel, and Tannhauser | T-3580 | 2/3/2014 | Smith, Dan |
| ETH.MESH.10633520 through ETH.MESH.10633528 | Revision History for MS-0000108 [ETH.MESH.10633520 through ETH.MESH.10633528] | Divilio-9 | 10/30/2014 | Divilio |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.10633520 through ETH.MESH.10633528 and ETH.MESH.10633518, ETH.MESH.10633517, and ETH.MESH.10633519 | 3/20/13 PPE Specification, Material Specification for Prolene Polypropylene Mesh Roll Stock, MS-0000108, Revision 10 | T-3579 | 2/3/2014 | Smith, Dan |
| ETH.MESH.10645237-42 | ERF Accession No. 83-477 Project No. 16104 Summary | T-2254 | 1/8/2014 | Barbolt |
| ETH.MESH.10670138 through ETH.MESH.10670144 | 8/5/13-10/17/13 TVT Exact IFU, ETH.MESH.10670138 through ETH.MESH.10670144 | Plaintiff's-1664 | 11/13/2015 | Weisberg |
| ETH.MESH.10683482-816 | Clinical Evaluation Report for the Gynecare TVT Family of Products, released 7/19/13 | T-3527 | 1/15/2014 | Hinoul |
| ETH.MESH.111336474-87 | 8/10/90 Ten Year In Vivo Suture Study Scanning Electron Microscopy Five Year Report | T-2252 | 1/8/2014 | Barbolt |
| ETH.MESH.11177541-43 | E-mail Chain, ETH.MESH.11177541-43 | T-3666 | 8/26/2014 | Rovner |
| ETH.MESH.11205022 through ETH.MESH.11205027 | E-mail chain, top one dated 06 Apr 2010, Bates stamped ETH.MESH.11205022 through ETH.MESH.11205027 | T-3712 | 12/23/2014 | Elbert |
| ETH.MESH.11283949 | Document dated 06/08/1999 ETH.MESH.11283949 | T-3745 | 6/19/2015 | Angelini |
| ETH.MESH.11283974 | E-mail dated 5/3/99 [ETH.MESH.11283974] | Divilio-2 | 10/30/2014 | Divilio |
| ETH.MESH.11335758-5950 | 28-Day Rat Autoclaved Study, Thomas Barbolt, 30(b)(6) Deposition — Ethicon/MDL | T-2245 | 1/7/2014 | Barbolt |
| ETH.MESH.11336034-70 | 10/15/92 Seven Year Data for Ten Year Prolene Study: ERF-85-219 | T-2253 | 1/8/2014 | Barbolt |
| ETH.MESH.11336474-87 | Ten Year In Vivo Suture Study Scanning Electron Microscopy Five Year Report, dated 8/10/90 | T-3503 | 1/14/2014 | Hinoul |
| ETH.MESH.11353422 through ETH.MESH.11353439 | Risk Assessment Summary for Products In The Gynecare TVT Secur System [ETH.MESH.11353422 through ETH.MESH.11353439] | Divilio-15 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.11462928 | Grant Request Form; Bates Stamp No. ETH.MESH.11462928 | T-3644 | 6/10/2014 | Nager |
| ETH.MESH.11474584 | E-mail to Donna Abely from Steven Wilcox dated 3/8/05 Re: Dr. Nager Requested Information; Bates Stamp No. ETH.MESH.11474584 | T-3645 | 6/10/2014 | Nager |
| ETH.MESH.12002601 | E-mail dated 06/1/2001 ETH.MESH.12002601 | T-3738 | 6/19/2015 | Angelini |
| ETH.MESH.12006257 through ETH.MESH.12006259 | Report on Expert Meeting: Mesh Repair of Uterovaginal Prolapse, Friday, 16th May, 1997: Heathrow Business Centre, London [ETH.MESH.12006257 through ETH.MESH.12006259] | Divilio-26 | 10/30/2014 | Divilio |
| ETH.MESH.12009027 | E-mail dated 08/18/1998 ETH.MESH.12009027 | T-3730 | 6/19/2015 | Angelini |
| ETH.MESH.12009027 through ETH.MESH.12008035 | E-mail "Datum: 18.08.98" with attached slide deck, GyneMesh II, New Mesh Design, A Discussion Document for Design of New Mesh for Repair of Prolapse, Rowan Norrie, August 1998 [ETH.MESH.12009027 through ETH.MESH.12008035] | Divilio-27 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.12009038 through ETH.MESH.12009047 | E-mails dated 6/8 and 6/25/99, with attachment [ETH.MESH.12009038 through ETH.MESH.12009047] | Divilio-28 | 10/30/2014 | Divilio |
| ETH.MESH.12009066 | E-mail dated 11/20/1998 ETH.MESH.12009066 | T-3731 | 6/19/2015 | Angelini |
| ETH.MESH.12009078 | E-mail dated 08/31/1998 ETH.MESH.12009078 | T-3732 | 6/19/2015 | Angelini |
| ETH.MESH.12009262 | E-mail dated 06/29/1999 ETH.MESH.12009262 | T-3735 | 6/19/2015 | Angelini |
| ETH.MESH.12225523-524 | 6/4/12 and 6/5/12 Email Chain, Subject: A Message from Chuck Austin: Worldwide Discontinuation of Certain Gynecare Products Bates Nos. ETH.MESH.12225523-524 | Austin-7 | 8/13/2015 | Austin |
| ETH.MESH.12831407, ETH.MESH.12831408 and DEPO.ETH.MESH.00004755 | Prolene Explants Study Meeting Minutes dated 10/8/87; Bates Stamp Nos. ETH.MESH.12831407, ETH.MESH.12831408 and DEPO.ETH.MESH.00004755 | T-3648 | 6/10/2014 | Nager |
| ETH.MESH.12839408 through 11 ETH.MESH.12839412 | E-mail chain, top one dated 12 Apr 2013, Bates stamped ETH.MESH.12839408 through 11 ETH.MESH.12839412 | T-1507 | 6/9/2014 | Jones, Scott Hamilton |
| ETH.MESH.12839408 through ETH.MESH.12839412 | E-mail chain, top one dated 12 Apr 2013, Bates stamped ETH.MESH.12839408 through ETH.MESH.12839412 | Plaintiff's-1507 | 6/9/2014 | Jones, Scott |
| ETH.MESH.12839916 | E-mail dated 29 Apr 2013, Bates stamped ETH.MESH.12839916 | Plaintiff's-1494 | 6/9/2014 | Jones, Scott |
| ETH.MESH.12841125 and ETH.MESH.12841126 | E-mail chain, top one dated 11 Jun 2013, Bates stamped ETH.MESH.12841125 and ETH.MESH.12841126 | Plaintiff's-1495 | 6/9/2014 | Jones, Scott |
| ETH.MESH.12843374 through ETH.MESH.12843377 | E-mail chain, top one dated 09 Dec 2013, Bates stamped ETH.MESH.12843374 through ETH.MESH.12843377 | Plaintiff's-1496 | 6/9/2014 | Jones, Scott |
| ETH.MESH.12952221-35 | CHATS Database Export ETH.MESH.12952221-35 | Plaintiff's-1600 | 8/20/2014 | Meyer |
| ETH.MESH.13198751-58 | CHATS Database Export ETH.MESH.13198751-58 | T-3664 | 8/26/2014 | Rovner |
| ETH.MESH.13198780-93 | CHATS Database Export, ETH.MESH.13198780-93 | T-3662 | 8/26/2014 | Rovner |
| ETH.MESH.13495628 - ETH.MESH.13495630 | 3-page copy of document dated 5/16/01 entitled "J&J Law Department Document Preservation Notice, Do Not Destroy Specified Documents," ETH.MESH.13495628 - ETH.MESH.13495630 | Divilio-35 | 11/21/2014 | Divilio |
| ETH.MESH.13498521 | 5/15/12 Letter from Henderson to Distributor, ETH.MESH.13498521 | Horton-16 | 7/1/2015 | Horton |
| ETH.MESH.13704931 and ETH.MESH.13704932 | Document Entitled "GGM Blue Database Export," ETH.MESH.13704931 and ETH.MESH.13704932 | P-46 | 8/20/2014 | Peebles |
| ETH.MESH.13706054 through ETH.MESH.13706072 | Claims Submission Form, Bates stamped ETH.MESH.13706054 through ETH.MESH.13706072 | Plaintiff's-1498 | 6/9/2014 | Jones, Scott |
| ETH.MESH.13739540 | "The Evolution of Sub-urethral Slings for the Surgical Correction of Female Stress Urinary Incontinence (SUI) Obturator" Power Point, ETH.MESH.13739540 | P-44 | 8/20/2014 | Peebles |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.14192651 - ETH.MESH.14192689 | Multi-page copy of document entitled "Worldwide Clinical Trials, Medical Affairs, Global Studies - Monthly Report, February 2002," ETH.MESH.14192651 - ETH.MESH.14192689 | Divilio-38 | 11/21/2014 | Divilio |
| ETH.MESH.14410703 through ETH.MESH.14410741 | Memo dated 4/8/99, Subject: New Construction Prolene polypropylene mesh Sales Aid and Demo Device [ETH.MESH.14410703 through ETH.MESH.14410741] | Divilio-6 | 10/30/2014 | Divilio |
| ETH.MESH.14410846 through ETH.MESH.14410851 | Memo dated 5/4/99, Subject: New Construction Prolene polypropylene mesh Pre-Launch Memo [ETH.MESH.14410846 through ETH.MESH.14410851] | Divilio-5 | 10/30/2014 | Divilio |
| ETH.MESH.14442958 through ETH.MESH.14442976 | The Use of Mesh in Hernia Repair [ETH.MESH.14442958 through ETH.MESH.14442976] | Divilio-18 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.15180104 through ETH.MESH.15180108 | 6/4/12 E-Mail from Horton to ETHUSSOSLSSPECIALTYREPS @ETHUS.JNJ.COM, et al, ETH.MESH.15180104 through ETH.MESH.15180108 | Horton-15 | 7/1/2015 | Horton |
| ETH.MESH.15180104 through ETH.MESH.15180108 | E-mail dated 04 Jun 2012, Bates stamped ETH.MESH.15180104 through ETH.MESH.15180108 | Schmid-14 | 7/31/2015 | Schmid |
| ETH.MESH.15180230 | E-mail Thread, 6/8/12 Subject, 522 Communication Recap ETH.MESH.15180230 | Henderson-4J | 8/27/2015 | Henderson, Matt |
| ETH.MESH.15363068 through ETH.MESH.15363085 | Licensing Agreement Bates stamped ETH.MESH.15363068 through ETH.MESH.15363085 | T-3726 | 1/15/2015 | Scheich |
| ETH.MESH.15956244 | E-mail chain, top one dated 05 Mar 2009, Bates stamped ETH.MESH.15956244 | T-3725 | 1/15/2015 | Scheich |
| ETH.MESH.15958452- ETH.MESH.15958469 | Guidoin Lab Notebook Page/Image | | | |
| ETH.MESH.16265793 | Invoice, Bates stamped ETH.MESH.16265793 | T-3688 | 9/25/2014 | Scheich |
| ETH.MESH.16357664 through ETH.MESH.16357668 | 3/25/14 Therapeutics Products Directorate from Health Canada to J & J Medical Products, ETH.MESH.16357664 through ETH.MESH.16357668 | Plaintiff's-1608 | 11/12/2015 | Weisberg |
| ETH.MESH.16416002 through ETH.MESH.16416004 | E-mail chain, top one dated 07 Feb 2008, Bates stamped ETH.MESH.16416002 through ETH.MESH.16416004 | T-3717 | 12/23/2014 | Elbert |
| ETH.MESH.16440104 through ETH.MESH.16440106 | E-mail string dated 8/17 and 8/18/09 [ETH.MESH.16440104 through ETH.MESH.16440106] | Divilio-20 | 10/30/2014 & 11/21/2014 | Divilio |
| ETH.MESH.17551813 | Screenshot, Bates stamped ETH.MESH.17551813 | T-3724 | 1/15/2015 | Scheich |
| ETH.MESH.17551839 | Spreadsheet, Bates stamped ETH.MESH.17551839, 11 pages | T-3685 | 9/25/2014 | Scheich |
| ETH.MESH.17551841 | Spreadsheet, Bates stamped ETH.MESH.17551841, 5 pages | T-3684 | 9/25/2014 | Scheich |
| ETH.MESH.17551843 | Spreadsheet, Bates stamped ETH.MESH.17551843, 10 pages | T-3683 | 9/25/2014 | Scheich |
| ETH.MESH.17552131 | Spreadsheet, Bates stamped ETH.MESH.17552131, 40 pages | T-3686 | 9/25/2014 | Scheich |
| ETH.MESH.17555264 and ETH.MESH.17555265 | Letter dated June 6, 2013, Bates stamped ETH.MESH.17555264 and ETH.MESH.17555265 | T-3696 | 9/25/2014 | Scheich |
| ETH.MESH.17619387 through ETH.MESH.17619398 | E-Mail Chain, ETH.MESH.17619387 through ETH.MESH.17619398 | Plaintiff's-1665 | 11/13/2015 | Weisberg |
| ETH.MESH.176324274 and ETH.MESH.176324275 | 4/14 E-Mail Chain, ETH.MESH.176324274 and ETH.MESH.176324275 | Plaintiff's-1667 | 11/13/2015 | Weisberg |
| ETH.MESH.17633656 through ETH.MESH.17633658 | 4/1/14 E-Mail Chain, ETH.MESH.17633656 through ETH.MESH.17633658 | Plaintiff's-1618 | 11/12/2015 | Weisberg |
| ETH.MESH.17633659 through ETH.MESH.17633661 | 4/1/14 E-Mail Chain, ETH.MESH.17633659 through ETH.MESH.17633661 | Plaintiff's-1619 | 11/12/2015 | Weisberg |
| ETH.MESH.17634327 through ETH.MESH.17634328 | 4/14 E-Mail Chain, ETH.MESH.17634327 through ETH.MESH.17634328 | Plaintiff's-1617 | 11/12/2015 | Weisberg |
| ETH.MESH.17635639 through ETH.MESH.17635650 | Proposed Response to Regulatory Authority, ETH.MESH.17635639 through ETH.MESH.17635650 | Plaintiff's-1620 | 11/12/2015 | Weisberg |
| ETH.MESH.17636165 through ETH.MESH.17636167 | 5/8/14 E-Mail Chain, ETH.MESH.17636165 through ETH.MESH.17636167 | Plaintiff's-1668 | 11/13/2015 | Weisberg |
| ETH.MESH.17636680 | 5/29/14 E-Mail from Solimon to Weisberg, ETH.MESH.17636680 | Plaintiff's-1610 | 11/12/2015 | Weisberg |
| ETH.MESH.17636681 through ETH.MESH.17636684 | Franchise Internal Failure Investigation Report, ETH.MESH.17636681 through ETH.MESH.17636684 | Plaintiff's-1611 | 11/12/2015 | Weisberg |
| ETH.MESH.17636685 through ETH.MESH.17636693 | Franchise Form for Product Risk Escalation Assessments, ETH.MESH.17636685 through ETH.MESH.17636693 | Plaintiff's-1612 | 11/12/2015 | Weisberg |
| ETH.MESH.17639467 | 6/2/14 PRE14-055S Health Canada Section 39 Request and Response, ETH.MESH.17639467 | Plaintiff's-1669 | 11/13/2015 | Weisberg |
| ETH.MESH.17656995 through ETH.MESH.17656998 | 6/14 E-Mail Chain, ETH.MESH.17656995 through ETH.MESH.17656998 | Plaintiff's-1616 | 11/12/2015 | Weisberg |
| ETH.MESH.17661347 | E-mail dated 04/5/2000 ETH.MESH.17661347 | T-3737 | 6/19/2015 | Angelini |
| ETH.MESH.1822361 - 01822363 | 10/18/06 e-mail from Dan Smith to Harel Gadot, et al. | T-0962 | 7/25/2013 | Robinson |
| ETH.MESH.18839531 through ETH.MESH.18839533 | 9/14 E-Mail Chain, ETH.MESH.18839531 through ETH.MESH.18839533 | Plaintiff's-1614 | 11/12/2015 | Weisberg |
| ETH.MESH.18840386 through ETH.MESH.18840387 | 5/21/14 E-Mail Chain, ETH.MESH.18840386 through ETH.MESH.18840387 | Plaintiff's-1615 | 11/12/2015 | Weisberg |

| | | | | |
|---|---|---|---|---|
| ETH.MESH.18841230 through ETH.MESH.18841233 | 9/14 E-Mail Chain, ETH.MESH.18841230 through ETH.MESH.18841233 | Plaintiff's-1609 | 11/12/2015 | Weisberg |
| ETH.MESH.18848501 | 5/20/14 Cover Letter from Gee to Device Licensing Services Division, ETH.MESH.18848501 | Plaintiff's-1622 | 11/12/2015 | Weisberg |
| ETH.MESH.19223770 - 771 | 4/3/12 and 4/9/12 Email Chain, Subject: FDA 522 Response Bates Nos. ETH.MESH.19223770 - 771 | Austin-11 | 8/13/2015 | Austin |
| ETH.MESH.19323292-94 | E-mail Thread 8/8/11 Subject, EWHU Response To FDA Public Health Notification ETH.MESH.19323292-94 | Henderson-4E | 8/27/2015 | Henderson, Matt |
| ETH.MESH.19813985 | 9/19/14 Letter from Hackman to Project File, ETH.MESH.19813985 | Plaintiff's-1635 | 11/12/2015 | Weisberg |
| ETH.MESH.22128727 through ETH.MESH.22128806 | 9/22/15-Present TVT Obturator IFU, ETH.MESH.22128727 through ETH.MESH.22128806 | Plaintiff's-1649 | 11/12/2015 | Weisberg |
| ETH.MESH.22128963 through ETH.MESH.22128967 | 2/15 Gynemesh PS IFU,  ETH.MESH.22128963 through ETH.MESH.22128967 | Plaintiff's-1627 | 11/12/2015 | Weisberg |
| ETH.MESH.22129031 through ETH.MESH.22129094 | 10/7/15-Present TVT Retropubic IFU, ETH.MESH.22129031 through ETH.MESH.22129094 | Plaintiff's-1639 | 11/12/2015 | Weisberg |
| ETH.MESH.22129108 through ETH.MESH.22129114 | TVT Retropubic IFU, ETH.MESH.22129108 through ETH.MESH.22129114 | Plaintiff's-1636 | 11/12/2015 | Weisberg |
| ETH.MESH.22129185 through ETH.MESH.22129191 | 9/18/15-Present TVT Exact IFU, ETH.MESH.22129185 through ETH.MESH.22129191 | Plaintiff's-1660 | 11/13/2015 | Weisberg |
| ETH.MESH.22615203 through ETH.MESH.22615205 | 3/19/15 Letter from Ethicon/Kluesner to To Whom It May Concern, ETH.MESH.22615203 through ETH.MESH.22615205 | Plaintiff's-1625 | 11/12/2015 | Weisberg |
| ETH.MESH.22617620 | 4/8/15 Cover Letter from Kluesner Attaching Add-To-File Submission, etc., Beginning with ETH.MESH.22617620 | | 11/13/2015 | Weisberg |
| ETH.MESH.22622046 through ETH.MESH.2262212 | 4/22/15 E-Mail from Kluesner Attaching Add-To-File Submission, ETH.MESH.22622046 through ETH.MESH.2262212 | Plaintiff's-1626 | 11/12/2015 | Weisberg |
| ETH.MESH.22625140 through ETH.MESH.22625145 | 7/29/14 CAPA-003474, ETH.MESH.22625140 through ETH.MESH.22625145 | | 11/13/2015 | Weisberg |
| ETH.MESH.22631008 | 1/15 E-Mail Chain, ETH.MESH.22631008 | | 11/13/2015 | Weisberg |
| ETH.MESH.22631022 through ETH.MESH.22631103 | Final Version of the Response to the Regulatory Authority, ETH.MESH.22631022 through ETH.MESH.22631103 | Plaintiff's-1621 | 11/12/2015 | Weisberg |
| ETH.MESH.22631022 through ETH.MESH.22632029 | Ethicon Response to Section Request and Attachments, ETH.MESH.22631022 through ETH.MESH.22632029 | | 11/13/2015 | Weisberg |
| ETH.MESH.22634691 and ETH.MESH.22634692 | 6/4/15 E-Mail from Andrews to Kluesner, ETH.MESH.22634691 and ETH.MESH.22634692 | | 11/13/2015 | Weisberg |
| ETH.MESH.22865906 | E-Mail Chain and Attachments, Beginning with ETH.MESH.22865906 | | 11/13/2015 | Weisberg |
| ETH.MESH.22865922 | 6/5/15 E-Mails, with First One from Andrews to Kluesner, ETH.MESH.22865922 | | 11/13/2015 | Weisberg |
| ETH.MESH.7223581 | PowerPoint presentation entitled "Medicines and Healthcare products Regulatory Agency, July 18, 2012, Ethicon, Inc." | T-3149 | 9/10/2013 | Lamont, Dan |
| ETH.MESH.8003215 - 08003230 | Gynecare TVT brochure | T-1275 | 9/11/2013 | Robinson |
| ETH.MESH.OOB33688-90 | E-mail string, 2/17/06-2/21/06 | T-0095 | 4/17/2013 | Hojnoski |
| ETH.MESH00030097 through 98 | e-mail correspondence (3 pages total) First page has no number, second and third pages are: ETH.MESH00030097 through 98 | K-12 | 12/10/2013 | Kaminski |
| ETH.MESH00420577 | Faculty Development Management | T-0789 | 7/11/2013 | Pattyson |
| ETH.MEST.03738826-27 | 11/6/05 E-mail from Weisberg to Abely | T-3538 | 1/16/2014 | DeLaCroix |
| ETH.METH.00131484-90 | J&J Law Department Document Preservation Notice, 2/18/11 | T-2093 (previously marked) | 2/10/2014 | Mittenthal |
| ETH.METH.00145991 | GYNECARE Copy Review Submission Form, 11/9/05 | T-0097 | 4/17/2013 | Hojnoski |
| ETH.METH.00147904 | Ethicon, Inc. Complaint Reporting Statement | T-0744 | 7/10/2013 | Pattyson |
| ETH.METH.00154161-69 | Letter, 4/30/07 And Attachment Document Preservation Notice | T-2090 (previously marked) | 2/10/2014 | Mittenthal |
| ETH.METH.00327890-96 | E-mail Thread 11/7/05 Subject, TVT Records | T-1015 (previously marked) | 2/10/2014 | Mittenthal |
| ETH.METH.00332854-84 | All Active CAPAs | T-1014 (previously marked) | 2/10/2014 | Mittenthal |
| ETH.METH.00803542 | Slide Deck Professional Education Learner Profiles and the Continuum of Education | T-0749 | 7/10/2013 | Pattyson |
| ETH.METH.00806647 | Slide Deck EWHU Continuum of Education "The Journey" | T-0748 | 7/10/2013 | Pattyson |
| ETH.METH.00875544-46 | E-mail Thread 5/22/03 Subject, Must Read! Gynecare Document Hold Notices | T-1007 (previously marked) | 2/10/2014 | Mittenthal |
| ETH.METH.01949009-13 | J&J Law Department Document Preservation Notice, 4/27/06 | T-2089 (previously marked) | 2/10/2014 | Mittenthal |
| ETH-00252 - ETH-00253 | Gynecare Gynemesh PS brochure | Plaintiff's-275 | 2/9/2012 | Paine |
| ETH-00254 - ETH-00261 | Pelvic Organ Prolapse, Get the Facts, Be Informed, Make YOUR Best Decision brochure | Plaintiff's-276 | 2/9/2012 | Paine |
| ETH-00254 - ETH-00262 | Patient Brochure "Pelvic Organ Prolapse, Get the Facts, Be Informed, Make YOUR Best Decision" | Plaintiff's-26 | 10/5/2011 | Henderson |

| | | | | |
|---|---|---|---|---|
| ETH-00264 | Advertisement, "One day you have prolapse. The next day you don't. Imagine that." | Plaintiff's-48 | 11/15/2011 | Jones |
| ETH-00289 - ETH-00294 | GPS for Pelvic Floor Repair | Plaintiff's-16 | 10/5/2011 | Henderson |
| ETH-00295 | Gynecare Prolift IFU | T-3237 | 9/19/2013 | Trzewik |
| ETH-00295 - ETH-00300 | Gynecare Prolift® | Plaintiff's-10 | 10/4/2011 | Henderson |
| ETH-00295-300 | Gynecare Prolift Instructions for Use | Plaintiff's-821 | 8/23/2012 | Robinson |
| ETH-00363 through ETH-00381 | United States Patent US 7,131,944 B2 | Plaintiff's-878 | 9/18/2012 | Hinoul |
| ETH-00407 - ETH-00416 | Issue Report | Plaintiff's-780 | 5/24/2012 | Lamont |
| ETH-00704 - ETH-00710 | Issue Report | Plaintiff's-791 | 5/24/2012 | Lamont |
| ETH-00737 - ETH-00746 | Consultant Invoices | Plaintiff's-190 | 1/5/2012 | Lane |
| ETH-00940 - ETH-00944 | E-mail chain | Plaintiff's-609 | 3/28/2012 | Zaddem |
| ETH-01074 - ETH-01078 | Clinical Study Report, Evaluation of the TVM Technique for treatment of genital prolapse, Protocol Number CT-TVM-001-03; 12 month, French | Plaintiff's-477 | 3/8/2012 | Walji |
| ETH-010977 - ETH-010983 | Gynecare Prolift® IFU | Plaintiff's-13 | 10/5/2011 | Henderson |
| ETH-01318-62 | Ethicon Response Letter, 5/9/08 | T-0109 | 4/25/2013 | Lisa |
| ETH-01327 - ETH-01337 | Draft cover of package insert Gynecare Prolift® | Plaintiff's-12 | 10/4/2011 | Henderson |
| ETH-01338 - ETH-01349 | Draft cover of package insert Gynecare Prolift+M® | Plaintiff's-11 | 10/4/2011 | Henderson |
| ETH-01363 - ETH-01365 | Letter from FDA to Bryan Lisa re:  substantial equivalence determination | Plaintiff's-15 | 10/5/2011 | Henderson |
| ETH-01748 through 01814 | Ethicon letter dated 2/22/08 from Jennifer W. Paine, with attachment | Plaintiff's-1163 | 10/10/2012 | Barbolt |
| ETH-02015 - ETH-02238 | FDA File on Prolift +M; Traditional 510(k) Premarket Notification PROLIFT+M* Pelvic Floor Repair Systems, ETHICON, Inc., 6/1/2007 | Plaintiff's-286 | 2/9/2012 | Paine |
| ETH-02277-82 | Article entitled "Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair," February 2007 | Plaintiff's-665 | 4/6/2012 | Hinoul |
| ETH-02351 -  ETH-02352 | Article entitled "Prolift (Mesh (Gynecare) For Pelvic Organ Prolapse Surgical Treatment Using the TVM Group Technique: A Retrospective Study of 687 Patients | Plaintiff's-478 | 3/8/2012 | Walji |
| ETH-02358 through ETH-02367 | Article entitled "Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift technique) -- a case series multicentric study," by B. Fatton, et al. | T-1055 | 6/6/2013 | Parisi |
| ETH-02654 | Study entitled "Preliminary results of the Prolift technique in the treatment of pelvic organ prolapse by vaginal route: A multicentric retrospective series of 110 patients" | Plaintiff's-664 | 4/6/2012 | Hinoul |
| ETH-02683 through ETH-02696 | White Paper entitled "Short-Term Results of the Prolift Procedure in 349 Patients Used in the Treatment of Pelvic Organ Prolapse" | Plaintiff's-895 | 9/19/2012 | Hinoul |
| ETH-02756 | Study entitled "Early U.S. Experience with Vaginal Extraperitoneal Colpopexy Using a Polypropylene Graft (Prolift) for the Treatment of Pelvic Organ Prolapse" | Plaintiff's-667 | 4/6/2012 | Hinoul |
| ETH-02794 | Article published in 2005 | T-2070 | 7/11/2013 | St. Hilaire |
| ETH-02794-99 | Article entitled "Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors" | T-1047 | 6/5/2013 | Parisi |
| ETH-02800 - ETH-02812 | Conceptual advances in the surgical management of genital prolapse, the TVM technique emergence | Plaintiff's-746 | 5/16/2012 | Everett |
| ETH-02800-02812 | Journal de Gynecologie Obstetrique (French) | Plaintiff's-3003 | 9/12/2012 | Owens |
| ETH-02962-71 | Article entitled "Transvaginal repair of genital prolapse: Preliminary results of a new tension-free vaginal mesh (Prolift technique) - a case series multicentric study," June 2006 | Plaintiff's-663 | 4/6/2012 | Hinoul |
| ETH-03531 - ETH-03567 | 05 Final DDSA | Plaintiff's-586 | 3/27/2012 | Zaddem |
| ETH-03531through ETH-03567 | DDSA | Plaintiff's-929 | 9/27/2012 | Paine |
| ETH-03568 - ETH-03578 | Summary Memo for Revision B of the Gynecare PROLIFT Design Failure Modes Effects Analysis (dFMEA) | Plaintiff's-629 | 3/30/2012 | Ciarrocca |
| ETH-05945 - ETH-05969 | 20 Process FMEA | Plaintiff's-633 | 3/30/2012 | Ciarrocca |
| ETH-06043 - ETH-06074 | 25 Design Validation Protocol, Electronic Design History File | Plaintiff's-634 | 3/30/2012 | Ciarrocca |
| ETH-07152-58 | Document entitled "Clinical Expert Report, Gynecare Prolift Pelvic Floor Repair System," 1/14/05 | T-1119 | 6/21/2013 | Vailhe, C |
| ETH-07153 -ETH-07158 | Clinical Expert Report, GYNECARE PROLIFT* Pelvic Floor Repair System | Plaintiff's-617 | 3/29/2012 | Ciarrocca |
| ETH-07247 -  ETH-07303 | Approvals and Summary Memo for Version A of the Gynecare PROLIFT Application Failure Modes Effects Analysis (aFMEA) | Plaintiff's-630 | 3/30/2012 | Ciarrocca |
| ETH-07247 through ETH-07303 | aFMEA file | Plaintiff's-974 | 10/3/2012 | Chen |
| ETH-07742 - ETH-07824 | Women's Health & Urology Home Study - Tutorial - J&J Credo | Plaintiff's-9 | 10/4/2011 | Henderson |
| ETH-08304 - ETH-08314 | Issue Report | Plaintiff's-787 | 5/24/2012 | Lamont |
| ETH-09541 - ETH-09557 | Issue Report | Plaintiff's-779 | 5/24/2012 | Lamont |
| ETH-10733 through 10742 | Johnson & Johnson letter dated 4/21/2008 | T-0794 | 7/15/2013 | Mahmoud |
| ETH-10733-42 | Letter, 4/21/08, to McNelis from McAndrews, with attachments | T-2091 | 8/13/2013 | Mittenthal |
| ETH-17416 - ETH-17419 | E-mail chain, top one dated September 04, 2008 | Plaintiff's-61 | 11/16/2011 | Jones |
| ETH-18393 - x | PowerPoint, Gynecare Gynemesh PS, Paul Parisi, October 4th, 2002 | Plaintiff's-217 | 1/24/2012 | Parisi |
| ETH-18415 | Letter dated October 10, 2002 | Plaintiff's-216 | 1/24/2012 | Parisi |
| ETH-18459 | Letter dated February 16, 2005 | Plaintiff's-194 | 1/5/2012 | Lane |
| ETH-18666 - ETH-18668 | Paul Parisi, Evaluation of Performance | Plaintiff's-212 | 1/24/2012 | Parisi |
| ETH-18669 - ETH-18673 | Accomplishments & Projects of Paul J. Parisi, September 2001 - October 2002 | Plaintiff's-213 | 1/24/2012 | Parisi |

| | | | | |
|---|---|---|---|---|
| ETH-18694 - ETH-18721 | PowerPoint, Ethicon Women's Health & Urology | Plaintiff's-214 | 1/24/2012 | Parisi |
| ETH-18722 - ETH-18731 | PowerPoint, 2008 Pelvic Floor Business Plan, Price St. Hilaire | Plaintiff's-232 | 1/25/2012 | Jones |
| ETH-18732 - ETH-18735 | E-mail chain, top one dated January 06, 2005 | Plaintiff's-220 | 1/24/2012 | Parisi |
| ETH-18736 - ETH-18746 | E-mail chain, top one dated February 04,2005 | Plaintiff's-225 | 1/24/2012 | Parisi |
| ETH-18756 - ETH-18757 | E-mail chain, top one dated January 13, 2005 | Plaintiff's-221 | 1/24/2012 | Parisi |
| ETH-18761 - ETH-18763 | E-mail chain, top one dated January 18, 2005 | Plaintiff's-223 | 1/24/2012 | Parisi |
| ETH-18840 - ETH-18841 | E-mail chain, top one dated February 15, 2005 | Plaintiff's-226 | 1/24/2012 | Parisi |
| ETH-18857 - ETH-18869 | E-mail dated April 14, 2005, with attachments | Plaintiff's-229 | 1/24/2012 | Parisi |
| ETH-18879 | E-mail, 6/30/05 to Parisi and Henderson from Pahlavan | T-1053 | 6/5/2013 | Parisi |
| ETH-18963 | E-mail string, 3/29/07 | T-1052 | 6/5/2013 | Parisi |
| ETH-19344 - ETH-19346 | Letter dated January 8, 2002 | Plaintiff's-215 | 1/24/2012 | Parisi |
| ETH-20069-115 | Notes from Prolift Round Table Discussion - Queensland | Plaintiff's-668 | 4/6/2012 | Hinoul |
| ETH-26638 - ETH-26643 | E-mail chain, top one dated October 02, 2003 | Plaintiff's-193 | 1/5/2012 | Lane |
| ETH-37788-37793 | Clinical Expert Report, Gynecare Prolift® Pelvic Floor Repair System | Plaintiff's-3002 | 9/12/2012 | Owens |
| ETH-41140 - ETH-41142 | Email chain regarding Sean O'Bryan's criticism of Clinical Expert Report | Plaintiff's-618 | 3/29/2012 | Ciarrocca |
| ETH-47351 through ETH-47355 | E-mail dated October 15, 2008, with attachment | T-0607 | 6/18/2013 | Mahar |
| ETH-47351-55 | E-mail, 10/15/08, to Paine and others from Russo-Jankewicz, with attachments | T-0547 | 6/13/2013 | Paine |
| ETH-47376 - ETH-47380 | 2-page copy of E-mail dated 10/21/08 to Nicholas Antoun, et al. from Sandy Pompilio, plus attachments | T-2058 | 6/21/2013 | Selman |
| ETH-47376 through ETH-47380 | E-mail dated October 21, 2008, with attachment | T-0606 | 6/18/2013 | Mahar |
| ETH-47376-79 | E-mail, 10/21/08, to Antoun and others from Pompilio, with attachment | T-0546 | 6/13/2013 | Paine |
| ETH-47802 - ETH-47808 | Article entitled "Textile Analysis of Heavy Weight, Mid-Weight, and Light Weight Polypropylene Mesh in a Porcine Ventral Hernia Model" | Plaintiff's-593 | 3/28/2012 | Zaddem |
| ETH-47802 to 47808 | Article entitled Textile Analysis of Heavy Weight, Mid-Weight and Light Weight<br><br>Polypropylene Mesh in Porcine Ventral Hernia Model | Plaintiff's-1301 | 12/15/2012 | Holste |
| ETH-49659 and ETH-49660 | E-mail chain, top one dated August 10, 2009 | Plaintiff's-1375 | 9/11/2013 | London Brown |
| ETH-49659-60 | E-mail string, 8/10/09 | T-1048 | 6/5/2013 | Parisi |
| ETH-49773 | E-mail Thread | T-0119 | 4/25/2013 | Lisa |
| ETH-52949 - ETH-52960 | Issue Report, Tracking #: 10100092917 | Plaintiff's-798 | 5/24/2012 | Lamont |
| ETH-59475 - ETH-59508 | Ethicon Prolift Physician IDI's May 16-21, 2008 | Plaintiff's-53 | 11/15/2011 | Jones |
| ETH-59475 through ETH-59508 | Ethicon Prolift Physician IDI's May 16-21, 2008 | T-0612 | 6/18/2013 | Mahar |
| ETH-59475-508 | Document entitled "ETHICON PROLIFT Physician IDI's, May 16-21, 2008" | T-0189 | 5/13/2013 | Finley |
| ETH-60136 - ETH-60137 | E-mail chain, top one dated October 07, 2004 | Plaintiff's-301 | 2/17/2012 | Kaminski |
| ETH-61196 - ETH-61197 | E-mail dated June 10, 2005 | Plaintiff's-192 | 1/5/2012 | Lane |
| ETH-61198 | Letter dated June 10, 2005 | Plaintiff's-198 | 1/5/2012 | Lane |
| ETH-62214 | E-mail dated May 17, 2005 | Plaintiff's-199 | 1/5/2012 | Lane |
| ETH-70359 - ETH-70375 | Technical Report, Assessment of Competitor Pelvic Floor Repair Meshes, Version 1 | Plaintiff's-599 | 3/28/2012 | Zaddem |
| ETH-75418 - ETH-75442 | Clinical Assessment of the TVM (Total Vaginal Mesh) Technique for Treatment of Genital Prolapse, Protocol 2003-016 | Plaintiff's-705 | 4/26/2012 | Gauld |
| ETH-80249 | E-mail re: Post op voiding problems | Plaintiff's-407 | 3/5/2012 | Bonet |
| ETH-80250 - ETH-80252 | E-mail chain, top one dated October 28, 2005 | Plaintiff's-406 | 3/5/2012 | Bonet |
| ETH-80265 - ETH-80267 | E-mail dated November 17, 2005, and attachment | Plaintiff's-408 | 3/5/2012 | Bonet |
| ETH-80303 | E-mail chain, top one dated February 02, 2006 | Plaintiff's-411 | 3/5/2012 | Bonet |
| ETH-80318 - ETH-80321 | E-mail chain, top one dated April 03, 2006 | Plaintiff's-416 | 3/5/2012 | Bonet |
| ETH-80332 - ETH-80333 | E-mail chain, top one dated October 20, 2005 | Plaintiff's-197 | 1/5/2012 | Lane |
| ETH-80523 - ETH-80528 | Consulting Agreement of Alan Garely, MD, dated January 1, 2002 | Plaintiff's-191 | 1/5/2012 | Lane |
| ETH-80645 - ETH-80651 | Minutes, Ethicon Expert Meeting, Meshes for Pelvic Floor Repair | Plaintiff's-587 | 3/27/2012 | Zaddem |
| ETH-82417 - ETH-82421 | E-mail | Plaintiff's-708 | 4/26/2012 | Gauld |
| ETH-83454 - ETH-83455 | E-mail chain, Ciarrocca to Leibowitz, et al Re:  Mesh microns | Plaintiff's-597 | 3/28/2012 | Zaddem |
| ETH-83454 and ETH-83455 | E-mail chain, top one dated June 14, 2006 | Plaintiff's-954 | 10/2/2012 | Burkley |
| ETH-83788 | Porosity Measurement of AMS INTEPRO Mesh | Plaintiff's-951 | 10/2/2012 | Burkley |
| ETH-MESH 00345289-91 | E-mail Thread, 5/16/08 Subject, Copy Review TVT Complications ETH-MESH 00345289-91 | P-21 | 7/16/2014 | Peebles |
| ETH-MESH 00865384-92 | E-mail Thread, 9/12/03 Subject, 2004 TVT Volumes Plus Mulberry ETH-MESH 00865384-92 | P-23 | 7/16/2014 | Peebles |
| ETH-MESH 03620573-75 | E-mail Thread, 2/12/04 Subject, TVT-O Feedback From Survey, Attention Required ETH-MESH 03620573-75 | P-24 | 7/16/2014 | Peebles |
| HMESH_ETH_00133261 through HMESH_ETH_00133263 | Re[2]: Prolene Mesh Redesign e-mails dated 2/17 and 2/18/98 [HMESH_ETH_00133261 through HMESH_ETH_00133263] | Divilio-32 | 10/30/2014 | Divilio |
| HMESH_ETH_00958003 | Meeting Minutes dated 06/21/2001 HMESH_ETH_00958003 | T-3739 | 6/19/2015 | Angelini |
| HMESH_ETH_00958014 | TVT recommendations from Dr. Wang HMESH_ETH_00958014 | T-3740 | 6/19/2015 | Angelini |
| HMESH_ETH_00959923 | E-mails dated 04/18/2001 HMESH_ETH_00959923 | T-3743 | 6/19/2015 | Angelini |
| HMESH_ETH_01871640 | E-mails dated 01/2005 HMESH_ETH_01871640 | T-3742 | 6/19/2015 | Angelini |
| HMESH_ETH_01879196 | E-mails dated 12/17/2004 HMESH_ETH_01879196 | T-3741 | 6/19/2015 | Angelini |
| HMESH_ETH_03038566 through | 10/23/13-11/26/14 TVT Exact IFU, HMESH_ETH_03038566 through | Plaintiff's-1662 | 11/13/2015 | Weisberg |
| HMESH_ETH_11043471 through | 12/15/14-9/16/15 TVT Obturator IFU, HMESH_ETH_11043471 through | Plaintiff's-1655 | 11/12/2015 | Weisberg |
| HMESH_ETH_11049264 through | 9/24/15-Present TVT Abbrevo IFU, HMESH_ETH_11049264 through | Plaintiff's-1656 | 11/13/2015 | Weisberg |
| illegible | KOL Interview: Carl G. Nilsson, Project Scion, held 6/18/08 | T-3499 | 1/14/2014 | Hinoul |

| | | | | |
|---|---|---|---|---|
| MITTENTHAL 1273-74 | Document entitled "Hold Notices/Dates" | T-2086 | 8/13/2013 | Mittenthal |
| MITTENTHAL-0001 - MITTENTHAL-0101 | 101-page copy of notes | T-1000 | 5/14/2013 | Mittenthal |
| MITTENTHAL-0001-191 | Typewritten notes | T-2103 | 8/13/2013 | Mittenthal |
| MITTENTHAL-0102 - MITTENTHAL-0108 | 7-page copy of document entitled "IT-Related Contact Names in Relation to Pelvic Mesh Due Diligence - updated 5/10/2013" | T-1001 | 5/14/2013 | Mittenthal |
| MITTENTHAL-0109 - MITTENTHAL-0119 | 11-page copy of document entitled "Applications Discussed in Ethicon Factfinding - Updated 5/10/2013" | T-1005 | 5/14/2013 | Mittenthal |
| MITTENTHAL-0120 | 1-page copy of document entitled "3rd Parties Mentioned - Updated 5/10/2013" | T-1006 | 5/14/2013 | Mittenthal |
| MITTENTHAL-0121 - MITTENTHAL-0151 | 39-page copy of document | T-1011 | 5/14/2013 | Mittenthal |
| MITTENTHAL-1155-1274 | Group of documents | T-2104 | 8/13/2013 | Mittenthal |
| MITTENTHAL-1284 through 1389 | Binder of documents | T-1341 | 9/25/2013 | Mittenthal |
| MITTENTHAL-1390 through 1434 | Documents | T-1344 | 9/25/2013 | Mittenthal |
| ROV00001-5 | E-mail Chain, ROV00001-5 | T-3657 | 8/26/2014 | Rovner |
| ROV00018-21 | Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence, ROV00018-21 | T-3658 | 8/26/2014 | Rovner |
| ROV00162-64 | E-mail Chain, ROV00162-64 | T-3660 | 8/26/2014 | Rovner |
| ROV0018-19 | AUGS /SUFU MUS Task Force Meeting, December 5, 2013, ROV0018-19 | T-3659 | 8/26/2014 | Rovner |
| ETH. MESH.05608123- ETH. MESH.05608125 | Memo Prosima+M Design Review: Design Input Meeting Minutes | | | |
| ETH.00255- ETH.00261 | Pelvic Organ Prolapse in Women: It's Common. It's Treatable. Brochure | | | |
| ETH.01748- ETH.01814 | Paine Itt FDA re responses to questions on premarket notification for Gynecare Prolift +M | | | |
| ETH.02358- ETH.02367 | Fatton B, et al,  Transvaginal repair of genital prolapse:  preliminary results of a new tension-free vaginal mesh (Prolift technique)--a case series multicentric study, Int Urogynecol J | | | |
| ETH.10733- ETH.10742 | McAndrews communication re Document Preservation Noticer | | | |
| ETH.18879- ETH.18879 | Pahlavan email re Prolift Improvement suggestions | | | |
| ETH.47351- ETH.47355 | Jankewicz email re FDA notification/Current drafts w/attachment | | | |
| ETH.47376- ETH.47380 | Email Sandy Pompilio to DL-ETHUSSO EWHU IN-HOUSE, et al. re Information about FDA notification on use of mesh in pelvic surgery | | | |
| ETH.47801- ETH.48102 | Literature compilation | | | |
| ETH.49659- ETH.49660 | Email Aaron Kirkemo to Harel Gadot, et al. re RAB - T-Pro redefinition?? | | | |
| ETH.59475- ETH.59510 | Ethicon Prolift Physician IDI's May 16 - 21, 2008 | | | |
| ETH.MESH.00000001- ETH.MESH.00000016 | Stop Coping. Start Living. Brochure GPS005R1 | | | |
| ETH.MESH.00000017- ETH.MESH.00000022 | Investigator Financial Disclosure Form PR-0000176, Revision 3 | | | |
| ETH.MESH.00000024- ETH.MESH.00000028 | What is pelvic organ prolapse? Brochure | | | |
| ETH.MESH.00000029- ETH.MESH.00000033 | What is pelvic organ prolapse? Brochure | | | |
| ETH.MESH.00000036- ETH.MESH.00000037 | Email Jiyoung Dang to Bryan Lisa re Remaining deficiencies with K071512-Supplement 02-Ethicon Prolift and Prolift+M | | | |
| ETH.MESH.00000038- ETH.MESH.00000050 | Interim Stability Assessment for Project Lightning (Gynecare Gynemesh M* Partially Absorbable Mesh-Only) | | | |
| ETH.MESH.00000052- ETH.MESH.00000066 | Completion Report for Protocol CPC-2007-0104, Project Lightning, Version 1 | | | |
| ETH.MESH.00000272- ETH.MESH.00000272 | Zaddem V email re macroporous - lower limit of pore size | | | |
| ETH.MESH.00000298- ETH.MESH.00000364 | Selman 2005 Performance and Development Plan Summary | | | |
| ETH.MESH.00000367- ETH.MESH.00000368 | Lab Notebook pages Re Prolene Explants | | | |
| ETH.MESH.00000428- ETH.MESH.00000428 | Performance Qualificagtion Protocol:  Gynecare Prolift +M Sous-Ensemble | | | |
| ETH.MESH.00000786- ETH.MESH.00000797 | Anatomical conditions for pelvic floor reconstruction with polypropylene implant and its application for the treatment of vaginal prolapse by Christl Reisenauer et al. | | | |
| ETH.MESH.00002157- ETH.MESH.00002172 | Stop Coping Start Living brochure | | | |
| ETH.MESH.00002162- ETH.MESH.00002177 | Stop coping. Start living | | | |
| ETH.MESH.00003877- ETH.MESH.00003877 | Granahan email chain re Attendee List | | | |

ETH.MESH.00004167- ETH.MESH.00004167 Powerpoint - Executive Summary - Prolift report

ETH.MESH.00004755- ETH.MESH.00004755 Guidoin Explant Study notes

ETH.MESH.00005098- ETH.MESH.00005099 Email from Fah Che Leong to Scott Jones: permanently destroyed vagina prolift

ETH.MESH.00005660- ETH.MESH.00005660 Luscombe email re All Sling Materials Can Cause Erosion - Urology Times
ARticle

ETH.MESH.00005681- ETH.MESH.00005682 Zipp email chain re TVT Slides on Complications

ETH.MESH.00006636- ETH.MESH.00006636 Klosterhalfen Interim report mesh explants pelvic floor repair

ETH.MESH.00006796- ETH.MESH.00006809 Presentation:  Stand & Deliver Pelvic Floor Repair

ETH.MESH.00007091- ETH.MESH.00007091 Haby email re CR Approved 2009-98

ETH.MESH.00007152- ETH.MESH.00007185 Ethicon Prolift Physician IDI's

ETH.MESH.00008039- ETH.MESH.00008040 Meek email chain re Prolift +M presentation - preceptor training

ETH.MESH.00008041- ETH.MESH.00008042 Email Andrew Meek to Scott Jones re Pelvic Floor Repair Course - Second Draft
Content Document

ETH.MESH.00008043- ETH.MESH.00008112 Ethicon Pelvic Floor Repair Online Training Course Second Draft Content
Document

ETH.MESH.00008072- ETH.MESH.00008072 Pelvic Floor Repair Online Training Course Second Draft Content Document

ETH.MESH.00008631- ETH.MESH.00008631 Annotated Prolift +M List of potential claims

ETH.MESH.00010187- ETH.MESH.00010191 31st Annual Jackson Hole Urological Conference Exhibitor and Industry
Partnership Prospectus

ETH.MESH.00010743- ETH.MESH.00010743 Letter of Proffer:  Madigan Army Medical Center

ETH.MESH.00011316- ETH.MESH.00011318 FDA Public Health Notification:  Serious Complications Associated with
Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse . . .
annotated

ETH.MESH.00011731- ETH.MESH.00011736 Memo to S. Ciarrocca, Project Leader re GyneCare Prolift* Pelvic Floor Repair
System (Project D'Art)

ETH.MESH.00012009- ETH.MESH.00012089 Clinical Study Report - Clinical assessment of feasibility, complications and
effectiveness at twelve months, three years and five years of the TVM technique
for genital prolapse

ETH.MESH.00012952- ETH.MESH.00012959 Ethicon response S1 to deficiencies letter of FDA per 510k app

ETH.MESH.00013505- ETH.MESH.00013528 Gynemesh PS Nonabsorbably PROLENE IFU

ETH.MESH.00015598- ETH.MESH.00015607 Cosson M, et al, Mechanical properties of synthetic implants used in the repair of
prolapse and urinary incontinence in women:  which is the ideal material?  Int
Urogynecol J (2003) 14: 169-178

ETH.MESH.00015699- ETH.MESH.00015706 Gynemesh PS A New Mesh for Pelvic Floor Repair Early Clinical Experience

ETH.MESH.00016545- ETH.MESH.00016547 Klute JJ, et al, The tension-free vaginal tape procedure:  correction of stress
incontinence with minimal alteration in proximal urethral mobility, Urology (2000)
55: 512-514

ETH.MESH.00017239- ETH.MESH.00017248 Elmér C, et al, Trocar-Guided Transvaginal Mesh Repair of Pelvic Organ
Prolapse, Obstet Gynecol 2009; 113: 117-26

ETH.MESH.00017369- ETH.MESH.00017372 Özel, B, et al, The impact of pelvic organ prolapse on sexual function in women
with urinary incontinence, Int Urogynecol J (2005) 17: 14-17

ETH.MESH.00017430- ETH.MESH.00017446 Hinour, et al Transvaginal mesh repair using a light-weight partially resorbable
synthetic mesh kit:  interim 3 month results

ETH.MESH.00018890- ETH.MESH.00018894 Napoda, P FDA clearance letter

ETH.MESH.00019117- ETH.MESH.00019121 Prosima US Launch Plan

ETH.MESH.00019823- ETH.MESH.00019824 Inside-Out Transobturator Vaginal Tape (TVT-O): Short-Term Results of a
Prospective Study Article

ETH.MESH.00019863- ETH.MESH.00019924 Attachment V 510(k) Summary Gynecare TVT Obturator

ETH.MESH.00019925- ETH.MESH.00020019 Letter FDA to Patricia M. Hojnoski, M.S. Re K052401, Gynecare TVT Secur*
System, Section 510(k) premarket notification

ETH.MESH.00020020- ETH.MESH.00020230  Section 5 510(k) Summary - Gynecare TVT Secur* System

ETH.MESH.00029667- ETH.MESH.00029692  KOL Strategy Presentation

ETH.MESH.00029963- ETH.MESH.00029966  Luscombe email re ALERLT!!! Professional Ads for GYNECARE TVT !!!!!
w/attachments

ETH.MESH.00030011- ETH.MESH.00030011  Luscombie email re Competitive Update for GYNECARE TVT:  Mentor SABRE
Sling

ETH.MESH.00030012- ETH.MESH.00030015  Sabre brochure

ETH.MESH.00030025- ETH.MESH.00030026  Letter to Dr. James Meeuwesen of Pueblo, CO from Scott Jones

ETH.MESH.00030096- ETH.MESH.00030098  Osburn email w/attached Gynecare TVT Physician Training policy

ETH.MESH.00030098- ETH.MESH.00030098  Memo from Anthony Powell (VP, Sales) and Marianne Kaminski (Dir. of PE and
Relations) to Gynecare

ETH.MESH.00030099- ETH.MESH.00030102  Abely email chain re TVT letter to editor

ETH.MESH.00030137- ETH.MESH.00030140  Luscombe email re NEW!!! "Value Added" Selling Tools for GYNECARE TVT ***

ETH.MESH.00030372- ETH.MESH.00030373  Email Brian Luscombe re "Urethral erosion may occur with any sling material"
Article (TVT063)

ETH.MESH.00031538- ETH.MESH.00031560  Sales School Presentation: Gynecare Professional Relations and Professional
Education "Educating Customers Worldwide to improve the lives of women!"

ETH.MESH.00033187- ETH.MESH.00033324  Ethicon Franchise Report - Worldwide Sales April YTD 2009

ETH.MESH.00033325- ETH.MESH.00033385  Gynecare Prolift Pelvic Floor Repair System presentation

ETH.MESH.00033877- ETH.MESH.00033879  Amin email chain re Updated GYNECARE TVT Complication Data

ETH.MESH.00034061- ETH.MESH.00034069  Gynecare TVT Secur System:  Key Technical Points

ETH.MESH.00034720- ETH.MESH.00034724  Rezapour M, et al, A 3-month preclinicaltrail to assess the performance of a new
TVT-like mesh (TVTx) in a sheep model, Int Urogynecol J (2006)

ETH.MESH.00035379- ETH.MESH.00035380  Email Scott Jones to Stacy Hoffman, et al. re PROLIFT+M Pre-reading #1

ETH.MESH.00057142- ETH.MESH.00057146  Prolift - Level One Mesh Course

ETH.MESH.00057335- ETH.MESH.00057335  Linton email re AUGS attendees

ETH.MESH.00057336- ETH.MESH.00057374  Pelvic Floor Sumit

ETH.MESH.00057420- ETH.MESH.00057420  Talking Points on Pelvic Floor Repair Mesh

ETH.MESH.00057499- ETH.MESH.00057500  Science article abstract- Zyczynski et al AUA meeting 2009

ETH.MESH.00057513- ETH.MESH.00057514  Chaves M email chain re CR Approved 2009-471 What's Left Behind Abbrevo

ETH.MESH.00057515- ETH.MESH.00057531  Franco Naples, FL Presentation - The Science of "What's Left Behind" . . .

ETH.MESH.00057699- ETH.MESH.00057699  Presentation- clinical study update following investigator meeting

ETH.MESH.00057757- ETH.MESH.00057758  2009 Incontinence & Pelvic Floor Summit, Kissimmee, FL

ETH.MESH.00057951- ETH.MESH.00057962  CR 2009-76 Concept Development and Review presentation for Summit

ETH.MESH.00058006- ETH.MESH.00058007  Robinson, D email re Prosima sexual disposition

ETH.MESH.00058012- ETH.MESH.00058012  Presentation- clinical study update following investigator meeting

ETH.MESH.00058722- ETH.MESH.00058722  Marketing BVA 2008

ETH.MESH.00060306- ETH.MESH.00060306  Marketing Org and Operations Jan 2008

ETH.MESH.00060329- ETH.MESH.00060329  Marketing Org and Operations May 2008

ETH.MESH.00060510- ETH.MESH.00060510  Marketing Org and Operations July 2008

ETH.MESH.00062409- ETH.MESH.00062422  2009 Surgeon Summit Breakout Session - February 7 Survey Results - Prolift
Pelvic Floor Repair Systems

ETH.MESH.00062770- ETH.MESH.00062789  Clinical Data Synopsis: Prolift

ETH.MESH.00063946- ETH.MESH.00063948  Branding initiative brief

ETH.MESH.00063978- ETH.MESH.00063981  Lessa, S email re minutes from 11-13-08

ETH.MESH.00066957- ETH.MESH.00066957  Prutzman email re FDA Notification documents

ETH.MESH.00066960- ETH.MESH.00066960  Voicemail from Kevin Mahar to EWH&U Sales & Marketing Organization re FDA
PHN Product defect

ETH.MESH.00066963- ETH.MESH.00066964  FDA Notification to Healthcare Professionals About Serious Complications
Associated with Surgical Mesh for Prolapse and Incontinence

ETH.MESH.00067354- ETH.MESH.00067355  Email Eric Globerman to Scott Jones re FW: Q&A transcription

ETH.MESH.00067356- ETH.MESH.00067363  Dr Lucent session transcript

ETH.MESH.00067902- ETH.MESH.00067904  Brennan email chain re TVT procedures

ETH.MESH.00067915- ETH.MESH.00067917  Haff email chain re TVT-O US early experience

ETH.MESH.00069114- ETH.MESH.00069114  De Filippo email re Dinner w/ Dr. Mikrzycki & Dr. Hatangadi

ETH.MESH.00069739- ETH.MESH.00069739  Email Robert Zipfel to Price St. Hilaire, et al. re Feedback from Dallas, TX

ETH.MESH.00070065- ETH.MESH.00070065  Suggested prolift M IFU Changes

ETH.MESH.00070187- ETH.MESH.00070211  Company Procedure for Medical Device Risk Management Plan PR602-003,
Revision 13

ETH.MESH.00071821- ETH.MESH.00071825  Gynecare TVT-Secur - Overview of 2007 Product Complaints Involving MDR
Serious Injuries

ETH.MESH.00072085- ETH.MESH.00072108  Final Report, Evaluation of the pullout force of Gynecare TVT Secur implanted
into the urogenital diaphragm and obturator membrane of the human cadaver

ETH.MESH.00073089- ETH.MESH.00073093  Robinson D email chain re 510k submission and clearance

ETH.MESH.00074068- ETH.MESH.00074070  Savidge S and Johnson L - biocompatiblity statement

ETH.MESH.00074499- ETH.MESH.00074499  Presentation: Gynecare Prolift+M Pelvic Floor Repair System Training

ETH.MESH.00075771- ETH.MESH.00075803  Final version of IFU as submitted to FDA

ETH.MESH.00075827- ETH.MESH.00075835  Design Validation Report

ETH.MESH.00075892- ETH.MESH.00075893  Kute email chain re Risk documents

ETH.MESH.00076110- ETH.MESH.00076112  Rha email chain re MINT Pre-Design Transfer Meeting Minutes - Monday, June
18th

ETH.MESH.00076167- ETH.MESH.00076167  Lisa, B Memo re Prosima Product Release Authorization

ETH.MESH.00077702- ETH.MESH.00077706  Lisa, B Regulatory Strategy for the Promotion of Gynecare Prosima Pelvic Floor
Repair System for Specific Use RAXXXX-2009

ETH.MESH.00077710- ETH.MESH.00077713  Timoner Fortin, S email re Ongoing Training Prod Dir Request Form - New
products

ETH.MESH.00077727- ETH.MESH.00077732  Timoner Fortin, S email chain re Prosima learning's at preceptor sites EMEA

ETH.MESH.00077739- ETH.MESH.00077739  The Gynecare Prosima Pelvic Floor Repair Shystem STORY v4

ETH.MESH.00078114- ETH.MESH.00078115  Minutes Prosima meeting with FDA

ETH.MESH.00078198- ETH.MESH.00078198  Email Daniel Lamont to Sungyoon Rha et al. re final draft of the MINT dFMEA &
aFMEA

ETH.MESH.00078199- ETH.MESH.00078199  DFMEA mint draft rev a spreadsheet

ETH.MESH.00078200- ETH.MESH.00078200  AFMEA Mint draft spreadsheet

ETH.MESH.00078201- ETH.MESH.00078206  Risk Management Report RMR-0000029

ETH.MESH.00078537- ETH.MESH.00078539  Flatow J email chain re Lightning 510(k) requirements list

ETH.MESH.00079636- ETH.MESH.00079647  Best Options, Techniques, and Coding Tips for Pelvic Prolapse Repair

ETH.MESH.00080128- ETH.MESH.00080128  Email Bryan Lisa to Julia A. Marders re ETHICON comments on FDA Public
Health Notification

ETH.MESH.00080387- ETH.MESH.00080388  Zaddem email chain re languages required in Prolift +M IFU?

ETH.MESH.00080795- ETH.MESH.00080924  Clinical Study Report A Prospective, Multi-centre Study to Evaluate the Clinical
Performance of the Gynecare Prolift +M Pelvic Floor Repair System as a Device
for Pelvic Organ Prolapse

ETH.MESH.00080953- ETH.MESH.00081033  Clinical Study Report - Clinical assessment of feasibility, complications and
effectiveness at twelve months, three years and five years of the TVM technique
for genital prolapse

ETH.MESH.00081034- ETH.MESH.00081107  Clinical Study Report - Clinical assessment of the TVM technique for treatment of
genital prolapse. Final report of 12-month evaluation.

ETH.MESH.00081133- ETH.MESH.00081139  Prolift +M IFU

ETH.MESH.00081180- ETH.MESH.00081180  Prolift, Prolift+M, Delta spec sheet

ETH.MESH.00081288- ETH.MESH.00081289  Selman, R email re Project Lightning Status

ETH.MESH.00082202- ETH.MESH.00082203  Email Elizabeth Goral to Sheryl Bagalio et al. re CAPA090100 Plan

ETH.MESH.00083765- ETH.MESH.00083770  Letter FDA to Bryan A. Lisa re K071512, Gynecare Prolift+M Total, Anterior, and
Posterior Pelvic Floor Repair Systems & Gynecare Prolift Total, Anterior, and
Posterior Pelvic Floor Repair Systems

ETH.MESH.00084750- ETH.MESH.00084750  2010 Q3-Q4 US Marketing Roadmap GPD-379-10

ETH.MESH.00086463- ETH.MESH.00086465  Hinoul email re Prosima Take Away Messages

ETH.MESH.00087294- ETH.MESH.00087295  Email Scott Jones to Stacy Hoffman et al. re Prolift +M Pre-reading #1

ETH.MESH.00092057- ETH.MESH.00092057  Zaddem email re 2009 summit survey PROLIFT/PFR breakout session summary

ETH.MESH.00093575- ETH.MESH.00093588  Operating Procedure for the Review and Approval of Advertising and Promotional
Materials for Medical Devices and Combination Products Copy/Review Approval,
Revision 5

ETH.MESH.00095913- ETH.MESH.00095918  Gynecare Prolift Instructions for Use

ETH.MESH.00103284- ETH.MESH.00103284  draft Marketing Roadmap 2011 Q1

ETH.MESH.00107688- ETH.MESH.00107714  2010 AAGL Las Vegan, NV presentation

ETH.MESH.00107688- ETH.MESH.00107688  AAGL Las Vegas meeting brochure

ETH.MESH.00124796- ETH.MESH.00124796  Marketing materials list January 2011

ETH.MESH.00126755- ETH.MESH.00126757  Email Mark Yale to Jennifer Paine et al. re Draft FDA Response on PROLIFT +M
for input

ETH.MESH.00126929- ETH.MESH.00126933  Zipfel email chain re GYNEMESH & Cutting for Particular procedure

ETH.MESH.00126954- ETH.MESH.00126955  Email Marianne Kaminski to Kevin Mahar et al. re Preceptor "Voicemails"?

ETH.MESH.00127017- ETH.MESH.00127021  Email Zenobia Walji to Kevin Mahar, et al. re VOC & Follow Up for Clinical
Information needed by late January for PROLIFT* (confidential)

ETH.MESH.00127883- ETH.MESH.00127884  Mahar email chain re Prosima Road Show

ETH.MESH.00127972- ETH.MESH.00127972  Pelvic Floor Factoids to share with the field

ETH.MESH.00128325- ETH.MESH.00128326  Parisi email chain re Dr. Blaivas

ETH.MESH.00128358- ETH.MESH.00128360  Carino email chain re Revenue acceleration approaches

ETH.MESH.00128978- ETH.MESH.00128980  Email Jacqueline Russo-Jankewicz to Devon Prutzman, et al. RE: TVT-S
Australia standby

ETH.MESH.00130117- ETH.MESH.00130118  Email Ophelie Berthier to Kevin Mahar et al. re ICS Prolift abstracts

ETH.MESH.00130328- ETH.MESH.00130328  Dear Dr. Form letter to Bonnie Blair Break the Ice About SUI Symposium

ETH.MESH.00130329- ETH.MESH.00130330  Physician marketing

ETH.MESH.00130934- ETH.MESH.00130941  Kaminski Memo re summary of key point from US Marketing Research Study on TVT

ETH.MESH.00131058- ETH.MESH.00131095  Gynecare TVT Professional Education Program slide draft

ETH.MESH.00131268- ETH.MESH.00131269  Lewis, L email chain re STS:  Selling it again for the first time:  Prolift+M/Prosima

ETH.MESH.00131484- ETH.MESH.00131490  J&J Law Department Document Preservation Notice Do Not Destroy Specified Documents

ETH.MESH.00131956- ETH.MESH.00131962  J&J Law Department Document Preservation Notice Do Not Destroy Specified Documents

ETH.MESH.00132895- ETH.MESH.00132897  Bonet email chain re Prolift Feedback

ETH.MESH.00132906- ETH.MESH.00132907  Vie email chain re PROLIFT Ordering lift

ETH.MESH.00132987- ETH.MESH.00132989  Bonet email chain re Mesh dinner and Cadaver Lab

ETH.MESH.00133231- ETH.MESH.00133232  Email Martin Weisberg to Dharini Amin, et al. re Change Request: Updated TVT and TVT-O Complication Rates 11-15-05

ETH.MESH.00133730- ETH.MESH.00133731  Surgical Mesh to Treat Stress Urinary Incontinence and Pelvic Organ Prolapse

ETH.MESH.00133744- ETH.MESH.00133745  Email Kevin Mahar to Price St. Hilaire re TVT Promotion

ETH.MESH.00134029- ETH.MESH.00134031  Mahar email chain re Urgent Request:  Revised TVt Complication data 2-9-06

ETH.MESH.00134474- ETH.MESH.00134475  Email Patricia Hojnoski to Dharini Amin, et al. re Change Request: Updated TVT and TVT-O Complication Rates 11-15-05

ETH.MESH.00134498- ETH.MESH.00134499  Miller email chain re GYNECARE TVT Latest Complication Data

ETH.MESH.00134794- ETH.MESH.00134794  Email Jason Hernandez to Nicholas Antoun, et al. re TVT WORLD Board meeting presentation

ETH.MESH.00134795- ETH.MESH.00134795  TVT World Registry Maximizing the investment EWHU Board March 2, 2009 Presentation

ETH.MESH.00136359- ETH.MESH.00136359  Email Price St. Hilaire to Dr Kavaler re AUA in Booth Activities

ETH.MESH.00139845- ETH.MESH.00139867  AdvaMed Code of Ethics on Interactions with Healthcare Professionals

ETH.MESH.00140431- ETH.MESH.00140452  Feeney letter re Secondary Sales School #7

ETH.MESH.00142184- ETH.MESH.00142184  Kleczkowski email approving CR 2008-460

ETH.MESH.00142266- ETH.MESH.00142267  Copy review submission - Gynecare TVT Salees Aid

ETH.MESH.00142467- ETH.MESH.00142468  Gynecare Copy Review Submission Form - Gynecare TVT Patient Brochure Reprint

ETH.MESH.00142628- ETH.MESH.00142630  Copy review submission - TVT Sales Aid

ETH.MESH.00143133- ETH.MESH.00143135  Gynecare TVT Retropubic System Objections & Handling Statements

ETH.MESH.00143697- ETH.MESH.00143699  Memo from J.L. Toth to Copy Review Team re "A three-year follow up of tension free vaginal tape for surgical treatment of the female stress urinary incontinence" Article (TVTO15 - REVIEW FOR REPRINT

ETH.MESH.00143700- ETH.MESH.00143702  Memo from J.L. Toth to Copy Review Team re "A three-year follow up of tension free vaginal tape for surgical treatment of the female stress urinary incontinence" Article (TVTO15 - REVIEW FOR REPRINT

ETH.MESH.00143758- ETH.MESH.00143759  Copy Review - TVT Patient Brochure Reprint

ETH.MESH.00143842- ETH.MESH.00143842  Presentation draft - Tension-Free Support for Female SUI (258 Patients) - Modarelli, et al

ETH.MESH.00144211- ETH.MESH.00144211  Video clips for web site

ETH.MESH.00144252- ETH.MESH.00144252  GYNECARE TVT Tension-free Support for Incontinence STATEMENT REGARDING COMPLICATIONS - working copy

ETH.MESH.00144268- ETH.MESH.00144269  Copy review form re Gynecare TVT Tension-free Support for Incontinence Patient Brochure (Resubmission of materials per FDA requirements)

ETH.MESH.00144270- ETH.MESH.00144278 TVT 20010607 Gynecare TVT Tension-free Support for Incontinence

ETH.MESH.00144304- ETH.MESH.00144331 Presentation: TVT Sales Force Update @ Divisional Meeting

ETH.MESH.00144440- ETH.MESH.00144441 Vinci-Rainis, M email chain re CT#2008-467 - Prosima Communication Letter

ETH.MESH.00144447- ETH.MESH.00144448 Email from Meek to Kleczkowski attaching Robinson letter

ETH.MESH.00144449- ETH.MESH.00144449 CR 2008-467 Robinson letter re delayed launch

ETH.MESH.00145084- ETH.MESH.00145088 A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence Article

ETH.MESH.00145555- ETH.MESH.00145555 Ethicon, Inc. Complaint Reporting Statement Gynecare TVT*

ETH.MESH.00145991- ETH.MESH.00145991 Copy Review Gynecare Prolift Patient Brochure

ETH.MESH.00146470- ETH.MESH.00146470 Kleczkowski, S email withdrawing CR 2008-393 from agenda

ETH.MESH.00147034- ETH.MESH.00147036 Press release - New Gynecare Device Introduces Unique 'Inside-Out' Obturator Approach to Treat Stress Incontinence

ETH.MESH.00147163- ETH.MESH.00147163 IUGS Abstract Karram M, et al, An Evaluation of the Gynecare TVT Secur System (Tension-Free Support for Incontinence) for the Treatment of Stress Urinary Incontinence

ETH.MESH.00147320- ETH.MESH.00147325 Gynecare TVT Brochure re Procedure Video - Minimally Invasive, Highly Effective Treatment for Female Stress Urinary Incontinence

ETH.MESH.00147507- ETH.MESH.00147509 Approved Market Services -"Application of tahe third-generation midurethral sling, known as Gynecare TVT-SECUR . . ."

ETH.MESH.00147904- ETH.MESH.00147904 Complaint Reporting Statement slide

ETH.MESH.00148352- ETH.MESH.00148352 Copy Review Submission - TVT PCP Patient Story Flashcard

ETH.MESH.00148354- ETH.MESH.00148354 GYNECARE Copy Review - TVT PCP Tri-fold Invitation

ETH.MESH.00148394- ETH.MESH.00148395 Copy Review Submission - Bonnie Blair "Breaking the Ice about SUI" campaign video message

ETH.MESH.00148457- ETH.MESH.00148458 Kleczkowski email rejecting CR 2008-335

ETH.MESH.00148811- ETH.MESH.00148813 J&J Gateway - The leader in midurethral sling devices for the treatment of SUI

ETH.MESH.00153382- ETH.MESH.00153382 Prosima Proof - Cross-functional Kick-Off Meeting - Sept 2010

ETH.MESH.00153639- ETH.MESH.00153645 J&J Law Department Document Preservation Notice Do Not Destroy Specified Documents

ETH.MESH.00153882- ETH.MESH.00153883 Robinson email chain re TVT Secur Conf Call Summary

ETH.MESH.00153967- ETH.MESH.00153968 Email David Robinson to Dharini Amin, et al. re TVT-S Preceptor Meeting Discussion

ETH.MESH.00154135- ETH.MESH.00154144 Memo Karen L. McAndrews to Linda McNelis re Attached Document Preservation Notice for Deborah and Michael Smith v. Ethicon, Inc.

ETH.MESH.00154145- ETH.MESH.00154151 J&J Law Department Document Preservation Notice - Do Not Destroy Specified Documents

ETH.MESH.00154161- ETH.MESH.00154169 McAndrews communication REVISED re: Attached Document Preservation Notice for Meghan Wallingford v. Ethicon, Inc., et al Product Liability Matter involving Tension Free Vaginal Tape

ETH.MESH.00154170- ETH.MESH.00154176 J&J Law Department Document Preservation Notice Do Not Destroy Specified Documents

ETH.MESH.00154548- ETH.MESH.00154549 CR Submission form for CR 2008-460- formerly 2008-335- with date stamp 2010 - Copy

ETH.MESH.00155598- ETH.MESH.00155600 7 year Data Press Release - New Study Shows Minimally-Invasive Surgery for Female Incontinence Offers Good Long-Term Cure Rates

ETH.MESH.00155619- ETH.MESH.00155627 Stress Urinary Incontinence in Women. What YOU can do about it... Brochure TVTO16R4

ETH.MESH.00155738- ETH.MESH.00155763 Munchel presentation - Obturator Anatomy

ETH.MESH.00156152- ETH.MESH.00156157 TVT041 7.5M 2/02 Physician brochure - Gynecare TVT - 5 Years of Proven Performance

ETH.MESH.00156158- ETH.MESH.00156158 Copy Review GYNECARE TVT: Welcome Presentation for Launch Meeting

ETH.MESH.00156253- ETH.MESH.00156277   Gynecare TVT Tension-free Support for Incontinence slides draft

ETH.MESH.00156682- ETH.MESH.00156682   Memorandum re Copy review subission compliance

ETH.MESH.00156906- ETH.MESH.00156908   Copy Review re TVT Tension-Free Vatinal Tape -- Participant Handout for
Preceptor Professional Education Program

ETH.MESH.00156909- ETH.MESH.00156938   TVT Professional Education Program

ETH.MESH.00156978- ETH.MESH.00156979   Email Cheryl Bogardus to Janet Toth re Copy Review submissions - approval

ETH.MESH.00158082- ETH.MESH.00158082   Tips for Scheduling Your Appointment with handwritten notes

ETH.MESH.00158286- ETH.MESH.00158288   LIMS Project #: BE-2004-912 Study Report

ETH.MESH.00158289- ETH.MESH.00158293   Physician brochure - No bigger than your palm.  No less than a revolution

ETH.MESH.00158295- ETH.MESH.00158332   Gynecare Prolift* Pelvic Floor Repair Systems Forums and Round Table
Summary

ETH.MESH.00158559- ETH.MESH.00158590   TVT Professional Education Tensioning

ETH.MESH.00158629- ETH.MESH.00158636   A three-year follow up of tension free vaginal tape for surgical treatment of female
stress urinary incontinence

ETH.MESH.00159473- ETH.MESH.00159473   Memorandum re Copy review submission compliance

ETH.MESH.00159481- ETH.MESH.00159484   Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for
Surgical Treatment of Female Stress Urinary Incontinence Article

ETH.MESH.00159627- ETH.MESH.00159632   Ulmsten U, et al, A three-year follow up of tension free vaginal tape for surgical
treatment of female stress urinary incontinence, BJOG 1999;106: 345-350

ETH.MESH.00159634- ETH.MESH.00159719   Toth Memo w/ Gynecare TVT Professional Education Slides

ETH.MESH.00159636- ETH.MESH.00159719   Working copy - Gynecare TVT - presentation

ETH.MESH.00160131- ETH.MESH.00160138   A prospective multicenter randomized trial of tension-free vaginal tape and
colposuspension for primary urodynamic stress incontinence: Two-year follow-up

ETH.MESH.00160612- ETH.MESH.00160625   Toth Memo re Gynecare TVT Tension-free Support for Incontinence Patient
Education Brochure (TVT016)

ETH.MESH.00160615- ETH.MESH.00160623   Patient brochure draft revisions - Freedom From Stress Urinary Incontinence  It's
within your control

ETH.MESH.00160638- ETH.MESH.00160639   Memo JL Toth to Copy Review Team re "A Multicenter Study of Tension-Free
Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence" Article

ETH.MESH.00160813- ETH.MESH.00160821   Only Gynecare TVT Has Long-term Results You Can See

ETH.MESH.00160822- ETH.MESH.00160825   Copy Review Submission Form - Gynecare TVT Sales Aid

ETH.MESH.00161129- ETH.MESH.00161130   Toth Memo re Gynecare TVT Tension-free Support for Inicontinence Competitive
Mesh Products - Product Pointer

ETH.MESH.00161131- ETH.MESH.00161132   Product Pointer:  Gynecare TVT Tension-free Support for Incontinence:  A
Synthetic Sling with Erosion Rates No Higher Than Autologus Slings

ETH.MESH.00161387- ETH.MESH.00161389   Memo J.L. Toth to Copy Review Team re Gynecare TVT Tension-free Support for
Incontinence Surgeon's Resource Monograph - RESUBMISSION

ETH.MESH.00161444- ETH.MESH.00161445   TVT Detail Sheet (TVTOO1R

ETH.MESH.00161512- ETH.MESH.00161513   TVT sales piece (TVTS004)

ETH.MESH.00161946- ETH.MESH.00161947   Copy Review Submission - Gynecare TVT-O Sales Aid

ETH.MESH.00161949- ETH.MESH.00161950   Physician brochure - GYNECARE TVT* Obturator System - Annotated draft

ETH.MESH.00161953- ETH.MESH.00161954   TVTO71R Physician brochure - GYNECARE TVT* Obturator System - Tension-
Free Support for Incontinence  The latest innovation in the trusted GYNECARE
TVT family of products

ETH.MESH.00161969- ETH.MESH.00161984   TVTO16R9 Patient brochure - stop coping.  start living. with Approved Stamp

ETH.MESH.00162419- ETH.MESH.00162419   Copy Review Submission - Gynecare TVT and THERMACHOICE Mailers for
Physicians

ETH.MESH.00162420- ETH.MESH.00162421  TVT Mailers for Physicians

ETH.MESH.00162651- ETH.MESH.00162653  Inside-Out Transobturator Vaginal Tape (TVT-O): Results of a Prospective Study after a Minimum Follow-Up Time of 1 Year

ETH.MESH.00162841- ETH.MESH.00162856  The Choice to End Stress Urinary Incontinence. Find out how to stop urine leakage like Bonnie did. Brochure TVT016R6

ETH.MESH.00163558- ETH.MESH.00163574  TVTO16R7 Patient brochure - Find out how to stop urine leakage like Bonnie did (w/handwitten notes)

ETH.MESH.00163582- ETH.MESH.00163597  Brochure "Find out how to stop urine leakage like Bonnie did"

ETH.MESH.00163623- ETH.MESH.00163623  Ethicon Women's Health & Urology Submission Form - Gynecare TVT Tension-free Support for Incontinence Patient Brochure (Including TVT SECUR)

ETH.MESH.00163644- ETH.MESH.00163659  TVTS006 Patient brochure - The Choice to End Stress Urinary Incontinence. One day you have urine leakage.  The next day you don't.  End of Story.

ETH.MESH.00163952- ETH.MESH.00163960  GYNECARE TVT SECUR* System:  Key Technical Points - Approved Marketing Services

ETH.MESH.00163973- ETH.MESH.00163974  Gynecare TVT Secur Key Technical Guide

ETH.MESH.00164023- ETH.MESH.00164025  Final FDA Notification about Use of Surgical Mesh to Treat Pelvic Organ Prolapse and Stress Urinary Incontinence Standby for Media/Analyst inquiries

ETH.MESH.00164643- ETH.MESH.00164648  TVT sales piece

ETH.MESH.00165489- ETH.MESH.00165490  Ethicon Women's Health & Urology Submission Form - Gynecare TVT Copy for New Portfolio Web Site

ETH.MESH.00166287- ETH.MESH.00166292  Physician Brochure TVTS001RS - TVT SECUR System

ETH.MESH.00166617- ETH.MESH.00166632  TVTO16RS Patient brochure - Find out how to stop urine leakage like Bonnie Did

ETH.MESH.00166801- ETH.MESH.00166802  Submission - GYNECARE TVT SECUR Professional Education Presentation - for Medtronic/EWH&U Prof. Ed. Pilot Program

ETH.MESH.00167104- ETH.MESH.00167110  CER Weisberg - Laser Cut Mesh

ETH.MESH.00167119- ETH.MESH.00167119  Product Pointer: Gynecare TVT Tension-free Support for Incontinence -- available in laser cut mesh

ETH.MESH.00167137- ETH.MESH.00167156  CR 2008-335 or 2008-460 Rev 4

ETH.MESH.00167310- ETH.MESH.00167352  Gynecare TVT Value Dossier presentation

ETH.MESH.00169726- ETH.MESH.00169728  Gynecare TVT Sales Representative quick reference sheet -  Final copy review #2264

ETH.MESH.00169729- ETH.MESH.00169730  Copy Review Gynecare TVT Quick Reference Sheet

ETH.MESH.00169741- ETH.MESH.00169742  Copy Review Submission Form - Gynecare TVT Sales Aid -- Slim Jim

ETH.MESH.00169748- ETH.MESH.00169751  TVT Slim Jim (TVT107)

ETH.MESH.00175569- ETH.MESH.00176242  Accurate HCP Report Spreadsheet

ETH.MESH.00177539- ETH.MESH.00177539  Gynecare TVT Exact Sales Learning & Development TVTE-219-10-4/12 Presentation

ETH.MESH.00179444- ETH.MESH.00179495  Global marketing and branding guide PROS-001-10-1-12

ETH.MESH.00181027- ETH.MESH.00181042  AIDiNC Selling Guide

ETH.MESH.00184127- ETH.MESH.00184127  TVT Exact - presentation

ETH.MESH.00185184- ETH.MESH.00185184  O'Connell email chain re Articles of Mesh Properties

ETH.MESH.00189089- ETH.MESH.00189091  Elbert Memo to TVT-O IFU Clarification Team re eDHF0000110

ETH.MESH.00190075- ETH.MESH.00190075  Facility-Physician spreadsheet

ETH.MESH.00190694- ETH.MESH.00190695  Form for Design and Development Plan Revision History for (FM-0000118)

ETH.MESH.00190766- ETH.MESH.00190808  - MINT Charter Review

ETH.MESH.00190809- ETH.MESH.00190818  MINT Project Plan Version 2

ETH.MESH.00198312- ETH.MESH.00198313  TOVT Dan Smith

ETH.MESH.00198390- ETH.MESH.00198393  Email Sean O'Bryan to Janice Burns et al. re IFU Update

ETH.MESH.00198418- ETH.MESH.00198418  O'Bryan email re TAF-IFU for GYNECARE TVT Obturator System

ETH.MESH.00198427- ETH.MESH.00198428  Text Approval Form Gynecare TVT Obturator System - New IFU

ETH.MESH.00198483- ETH.MESH.00198486  Email Sean O'Bryan to Donna Taggart, et al. re additional questions on the
                                       GYNECARE TVT insert
ETH.MESH.00199066- ETH.MESH.00199068  Memo Dan Smith to TVT-Secur Team re Design Review (Strategies - D&D Plan)
                                       Minutes, April 26, 2005, eDHF 0000120
ETH.MESH.00199408- ETH.MESH.00199413  Design Validation Strategy Version 1

ETH.MESH.00203456- ETH.MESH.00203456  Gillick email chain re TVT insert

ETH.MESH.00206973- ETH.MESH.00206973  Gauld email re Here is the copy of FDA's letter (please do not forward)

ETH.MESH.00206974- ETH.MESH.00206981  Letter from Pollard to Lin,  date-stampede K103727 Trade Name:  GYNECARE
                                       TVTO-PA Continence System
ETH.MESH.00207012- ETH.MESH.00207015  Pruden G email chain re Concerns raised re TVT Abbrevo surgical procedure

ETH.MESH.00208897- ETH.MESH.00208897  Team conference call notes

ETH.MESH.00209295- ETH.MESH.00209299  Hinoul P email chain re TVTO mini IFU rewrite

ETH.MESH.00209965- ETH.MESH.00209968  Email Sandy Savidge to Katrin Elbert re TVTO mini IFU rewrite

ETH.MESH.00211038- ETH.MESH.00211041  Mini TVT-O Team Meeting Agenda

ETH.MESH.00211259- ETH.MESH.00211260  Email Sandy Savidge to Donna Taggart re TVT EXACT IFU Proof Read 9/14/09

ETH.MESH.00211263- ETH.MESH.00211265  Email Susan Lin re TVT EXACT IFU Proof Read 9/14/09

ETH.MESH.00211510- ETH.MESH.00211515  Gynecare TVT Tension-free Vaginal Tape Single Use Device, Resuable
                                       Introducer, Reusable Rigid Catheter Guide
ETH.MESH.00211977- ETH.MESH.00211979  Mini TVT-O Full Team Meeting

ETH.MESH.00212130- ETH.MESH.00212131  Email Bryan Lisa to Katrin Elbert, et al. re Update to IFU for TVT Abbrevo per
                                       FDA's Request
ETH.MESH.00212665- ETH.MESH.00212665  Draft TVT Family strategic positioning overview presentation

ETH.MESH.00214524- ETH.MESH.00214529  Manley email re TVT SECUR Minutes - Team Meeting November 22nd 2005 -
                                       Agenda November 29th 20005
ETH.MESH.00220297- ETH.MESH.00221917  Target Sheet Design History: DH0949-DH0956 book 2 of 3 2002 DH0956:
                                       Gynemesh* Prolene Soft Mesh
ETH.MESH.00220333- ETH.MESH.00220336  Barbolt memo to D'Aversa re Biocompatibility Risk Assessment for Prolene

ETH.MESH.00221997- ETH.MESH.00222463  GYNECARE TVT - OBTURATOR DH1019 Book 1 of 7

ETH.MESH.00222366- ETH.MESH.00222395  3.4.4 DDSA version 0 - Memo Gary Borkes to DHF for the Gynecare TVT-
                                       Obturator re TVT-O Version 0 Design Risk Assessment Evaluation
ETH.MESH.00222464- ETH.MESH.00222778  Gynecare TVT-Obturator DH1019 Book 3 of 7

ETH.MESH.00222779- ETH.MESH.00223267  TVT-O Design History Book 5 of 7

ETH.MESH.00223428- ETH.MESH.00223431  Sump email re TVTx Minutes / Agenda - Team Meeting January 25th, 2005 /
                                       February 1st 2005
ETH.MESH.00223634- ETH.MESH.00223655  DHF0000747 TVT Retropublic Refresh

ETH.MESH.00223640- ETH.MESH.00223640  Spreadsheet TVT Retropublic Refresh

ETH.MESH.00223800- ETH.MESH.00223800  Powerpoint TVT Retropublic Refresh

ETH.MESH.00223801- ETH.MESH.00223828  TVT Retropublic Refresh

ETH.MESH.00235558- ETH.MESH.00235570  Ethicon Women's Health & Urology Presentation

ETH.MESH.00236722- ETH.MESH.00236749  Gynecare Professional Education and Relations Presentation

ETH.MESH.00236796- ETH.MESH.00236796  Event/Training breakdown spreadsheet

ETH.MESH.00237968- ETH.MESH.00238688  Redacted contact spreadsheet

ETH.MESH.00259042- ETH.MESH.00259042  2004 Strategy Tree Project Definition

ETH.MESH.00259047- ETH.MESH.00259514  TVT-O Design History Book 1 of 7

ETH.MESH.00259269- ETH.MESH.00259274  Design Input Strategy Project Mulberry by Dan Smith

ETH.MESH.00259473- ETH.MESH.00259503  Product Design Safety Assessment Revision 2

ETH.MESH.00259514- ETH.MESH.00260002  Gynecare TVT-Obturator DH1019 Book 5 of 7

ETH.MESH.00259634- ETH.MESH.00259644  Clinical Expert Report - Weisberg Assessment of the "inside-Out" Transobturator
Approach to Implant . . .
ETH.MESH.00259646- ETH.MESH.00259652  Article entitled "Novel Surgical Technique for the Treatment of Female Stress
Urinary Incontinence:
Transobturator Vaginal Tape Inside-Out" by Jean de Leval 2003
ETH.MESH.00260016- ETH.MESH.00260019  O'Bryan memo to Smith re Regulatory Strategy - Mulberry

ETH.MESH.00260020- ETH.MESH.00260021  Study description Chart

ETH.MESH.00260441- ETH.MESH.00260443  O'Bryan email chain re IFU

ETH.MESH.00260452- ETH.MESH.00260456  O'Bryan email chain re Mulberry Final Draft #1

ETH.MESH.00260474- ETH.MESH.00260475  Email Martin Weisburg to Sean O'Bryan, et al. re New Illustrations

ETH.MESH.00260526- ETH.MESH.00260527  Text Approval Form # 2003-059 Rev 1, Gynecare TVT Obturator System,
Instructions for Use
ETH.MESH.00260591- ETH.MESH.00260592  Smith,D email chain re Mulberry update

ETH.MESH.00260593- ETH.MESH.00260595  Luscombe email chain re Mulberry update

ETH.MESH.00260739- ETH.MESH.00260744  Email Brian Luscombe re Mulberry Final DRAFT #1

ETH.MESH.00261538- ETH.MESH.00261539  Email Martin Weisberg to Janice Burns, et al. RE: IFU

ETH.MESH.00261557- ETH.MESH.00261558  Weisberg email chain re IFU Update

ETH.MESH.00261584- ETH.MESH.00261585  O'Bryan S email re Mulberry stage gate action item closed

ETH.MESH.00261818- ETH.MESH.00261818  Email Katrin Elbert re TVT-O IFU change

ETH.MESH.00261820- ETH.MESH.00261826  Working copy TVT-O IFU

ETH.MESH.00262015- ETH.MESH.00262016  Email Dan Smith to Reyna Fernandez RE: TVT-O recognition Submission

ETH.MESH.00262017- ETH.MESH.00262018  Burns email re Webcast presentation TVT-O recognition meeting

ETH.MESH.00262019- ETH.MESH.00262046  Gynecare TVT Obturator System Mulberry Team "Wrap Up" Webcast
Presentation
ETH.MESH.00262047- ETH.MESH.00262049  Email Reyna Fernandez to Dan Smith, et al. RE: TVT-O recognition Submission

ETH.MESH.00262089- ETH.MESH.00262123  Novel surgical technique for the treatment of female stress urinary incontinence:
Transobturator Vaginal Tape Inside-Out Abstract
ETH.MESH.00264387- ETH.MESH.00264387  Project Mint Due Diligence Update 6.17.2004

ETH.MESH.00264435- ETH.MESH.00264492  - Strategic Opportunity ppt

ETH.MESH.00264493- ETH.MESH.00264493  - Risks and Mitigation

ETH.MESH.00267625- ETH.MESH.00267627  - MINT meeting minutes 10-12-05

ETH.MESH.00267883- ETH.MESH.00267896  MINT Project Plan Version 2

ETH.MESH.00269349- ETH.MESH.00269360  - Weisberg 8-22-05 Draft

ETH.MESH.00270802- ETH.MESH.00270821  The effiicacy she needs with less mesh - TVT Abbrevo

ETH.MESH.00271641- ETH.MESH.00271641  Franco presentation - The Science of "What's Left Behind" . . . Evidence & Follow-Up of Mesh Use for SUI

ETH.MESH.00271962- ETH.MESH.00271962  Launch Update presentation October 2009

ETH.MESH.00279582- ETH.MESH.00279588  Email Cheryl Bogardus to Jacqueline Russo-Jankewicz, et al re FW: Boston Scientific - a history lesson on ProteGen Sling

ETH.MESH.00280338- ETH.MESH.00280350  Conceptual advances in the surgical management of genital prolapse Article

ETH.MESH.00281482- ETH.MESH.00281484  Kirkemo email chain re PROSIMA Feedback

ETH.MESH.00281485- ETH.MESH.00281488  Prosima Presentation script

ETH.MESH.00293351- ETH.MESH.00293353  Prosima Proof sales aid- Your Proof Her Dance Class - PROS-0249-09-11-11

ETH.MESH.00294195- ETH.MESH.00294203  Tensile properties of five commonly used mid-urethral slings relative to the TVT

ETH.MESH.00295355- ETH.MESH.00295355  Gyencare TVT Exact Professional Education Presentation

ETH.MESH.00301367- ETH.MESH.00301369  Email Vijay Madikonda  re BSI Technical File Audit - July 28-29, 2011

ETH.MESH.00301741- ETH.MESH.00301742  Lamont email chain re !!!!Great News for TVT Laser Cut Mesh!!!!

ETH.MESH.00301874- ETH.MESH.00301875  Lamont email chain re 50% mesh elongation

ETH.MESH.00301977- ETH.MESH.00301977  TVT Laser Cut Mesh Project Revision History for DFMEA0000242

ETH.MESH.00302105- ETH.MESH.00302106  Lamont D Memo re TVT Laser Cut Mesh Risk Analysis Summary

ETH.MESH.00302181- ETH.MESH.00302184  Email Daniel Lamont to Jacqueline Flatow re TVT LCM - design inputs

ETH.MESH.00302208- ETH.MESH.00302209  Lamont email chain re Prolift categories

ETH.MESH.00302390- ETH.MESH.00302392  Memo Dan Lamont re TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis

ETH.MESH.00302411- ETH.MESH.00302411  FMEA-0000242 Revision History, TVT Laser Cut Mesh Project

ETH.MESH.00302665- ETH.MESH.00302678  Project Plan - Mint

ETH.MESH.00303044- ETH.MESH.00303051  Revision Hx DWI-PQP100211

ETH.MESH.00303084- ETH.MESH.00303085  Lamont D email chain re Complaint Summaries

ETH.MESH.00303160- ETH.MESH.00303165  Deliverables for Design History File CHF0000121

ETH.MESH.00303310- ETH.MESH.00303313  Lamont memo re Pelvic Floor Product(s) Complaint Review for GYNECARE PROSIMA Risk Management

ETH.MESH.00303917- ETH.MESH.00303926  Design FMEA for Project MINT (PROSIMA)

ETH.MESH.00303918- ETH.MESH.00303927  Application FMEA for Prosima spreadsheet

ETH.MESH.00303944- ETH.MESH.00303945  Lamont D email chain re Gynemesh issue

ETH.MESH.00304013- ETH.MESH.00304014  Lamont D email chain re Post Launch Reviews

ETH.MESH.00304131- ETH.MESH.00304143  Revision Hx for dFMEA0000330, Prosima

ETH.MESH.00304380- ETH.MESH.00304383  Email Daniel Lamont to Carolyn Brennan, et al. RE: Technical File Request from IGZ

ETH.MESH.00305664- ETH.MESH.00305666  Monthly Complaint Review Meeting Minutes

ETH.MESH.00305937- ETH.MESH.00305939  Monthly Complaint Review Meeting minutes

ETH.MESH.00306206- ETH.MESH.00306208  Women's Health & Urology Monthly Complaint Review Meeting

ETH.MESH.00308094- ETH.MESH.00308094  Gynecare TVT Secur* System Tension-free Support for Incontinence
Presentation

ETH.MESH.00308599- ETH.MESH.00308606  Corporate Product Characterization Plan for GYNECARE TVT S (SECUR)

ETH.MESH.00308747- ETH.MESH.00309253  Gynecare Prolift* Pelvic Floor Repair Systems release to countries listed

ETH.MESH.00309351- ETH.MESH.00309941  Letter Patricia Hojnoski to Andrea Vonakis re Expedited Review Requested for
New Design Dossier Submission for GYNECARE TVT SECUR* System

ETH.MESH.00310152- ETH.MESH.00310153  Product Quality Issue - TVT Secur

ETH.MESH.00310205- ETH.MESH.00310205  Prosima preceptor training delayed due to need to review ongoing data

ETH.MESH.00310206- ETH.MESH.00310206  Robinson Prosima preceptor training delayed due to need to review ongoing data
- KOL letter

ETH.MESH.00311212- ETH.MESH.00311215  Women's Health & Urology Monthly Complaint Review Meeting

ETH.MESH.00311769- ETH.MESH.00311769  Communication to Surgeons Considerations for the safe and effective use of the
Gynecare TVT Secur System

ETH.MESH.00311778- ETH.MESH.00311782  Maree email chain re Meeting with the Australian Regulator to discuss TVT Secur
performance

ETH.MESH.00311792- ETH.MESH.00311794  Maree, A email chain re AUSA update and telephone call with Prof Frazer

ETH.MESH.00311802- ETH.MESH.00311804  Email Paula Evans to David Robinson et al. re TVT dataMcNelis, Linda

ETH.MESH.00311805- ETH.MESH.00311810  Robinson email chain re TVT data

ETH.MESH.00311811- ETH.MESH.00311813  Email David Robinson to Dan Smith, et al. re DRAFT of the latest "cookbook"
after my trip to Germany

ETH.MESH.00311832- ETH.MESH.00311848  Presentation: Investigator Initiated Study Process by Kimberly Hunsicker, MSN,
CRNP Regional Manager, Clinical Operations

ETH.MESH.00312179- ETH.MESH.00312182  Beath email chain re Meeting with the Australian Regulator to discuss TVT Secur
performance

ETH.MESH.00316238- ETH.MESH.00316238  Design Changes to Gynemesh, Prolene Mesh or Mersilene Mesh since 510k's
spreadsheet

ETH.MESH.00316780- ETH.MESH.00316783  TVT Literature Search Review Summary -- Deviation from normal complaint
process

ETH.MESH.00318311- ETH.MESH.00318312  Working copy - Communications to Surgeons re TVT SECUR

ETH.MESH.00318775- ETH.MESH.00318778  Email Mark Yale to Jonathan Meek re DRAFT FDA Response on PROLIFT +M
for input

ETH.MESH.00318881- ETH.MESH.00318889  Yale email chain re Medical Devices Vigilance System

ETH.MESH.00319304- ETH.MESH.00319304  Email Diane Dwyer to Mr. Yale re FDA additional information request - follow-up
to UFR no. 230097 0000-2005-0001

ETH.MESH.00319364- ETH.MESH.00319365  Hojnoski email chain re FDA additional information request - follow-up to UFR no.
230097 0000-2005-0001

ETH.MESH.00321229- ETH.MESH.00321230  Manley email chain re Project priorities for WH&U #1 TVT-Secur, #2 Laser cut
TVT #3 Mint, #4 PROFIX

ETH.MESH.00321804- ETH.MESH.00321805  Definition for Major Invasive Surgeries and The Ethicon Franchise Products
Requiring Major Invasive Procedures for Implantation

ETH.MESH.00324066- ETH.MESH.00324069  Brennan email chain re Complaints TVT Secur - Germany

ETH.MESH.00324109- ETH.MESH.00324109  Brennan email re TVT-S difficulties with Insertion of device

ETH.MESH.00325449- ETH.MESH.00325468  TVT-Secur PQI07-041 Quality Board

ETH.MESH.00325674- ETH.MESH.00325675  Email Brian Pelkey to Mark Yale RE: agenda

ETH.MESH.00325720- ETH.MESH.00325731  Blanco email chain re Medical Devices Vigilance System - TVT Secur complaint

ETH.MESH.00326211- ETH.MESH.00326213  Borkes email chain re TVT S Design Review (Design Validation)

ETH.MESH.00326236- ETH.MESH.00326238  Yale email chain re TVT S DESIGN REVIEW (Design Validation)

ETH.MESH.00326245- ETH.MESH.00326247  Jacobs email chain re Major Request for Help to get re:  Design Review TVT
SECUR (DRM and Design Validation Packaging)

ETH.MESH.00326756- ETH.MESH.00326756  TVT-Secur PQI07 Quality Board Follow Up - Presentation

ETH.MESH.00326842- ETH.MESH.00326846  Email Catherine Beath to Sheri McCoy, et al. re URGENT: Meeting with the Australian Regulator to discuss TVT Secur performance

ETH.MESH.00326865- ETH.MESH.00326870  Robinson email chain re URGENT:  Meeting with the Australian Regulator ot discuss TVT Secur performance

ETH.MESH.00326882- ETH.MESH.00326884  Yale email chain re TVT-S Update

ETH.MESH.00327060- ETH.MESH.00327063  Robinson email chain re Australia update and telephone call with Prof Frazer

ETH.MESH.00327890- ETH.MESH.00327896  Email Lisa Kaiser to Mark Yale, et al. re FW: TVT Records

ETH.MESH.00328895- ETH.MESH.00328901  Robinson D email chain re Quality issue with a batch of gynemesh

ETH.MESH.00328977- ETH.MESH.00328977  Selman email chain re Conflict with Town hall

ETH.MESH.00328981- ETH.MESH.00328985  Capplis email chain re Meeting with the (redacted) to discuss TVT Secur performance

ETH.MESH.00329112- ETH.MESH.00329113  Email Jennifer Paine to Catherine Beath, et al. re FDA Public Health Notice on Surgical Mesh for POP and SUI - URGENT

ETH.MESH.00329259- ETH.MESH.00329260  Yale email chain re Complaints TVT Secur

ETH.MESH.00329316- ETH.MESH.00329317  Yale email re TVt-S Complaint Review

ETH.MESH.00329470- ETH.MESH.00329473  Design Review

ETH.MESH.00329474- ETH.MESH.00329509  Design Review PPT

ETH.MESH.00329557- ETH.MESH.00329558  Email Mark Yale to Sergio Gadaleta, et al. RE: user recommendation for TVT Secur

ETH.MESH.00330066- ETH.MESH.00330067  Yale, M email re Complaint codes

ETH.MESH.00330068- ETH.MESH.00330070  Email Mark Yale to Patty Lancos re Prosima complaint is coming

ETH.MESH.00330141- ETH.MESH.00330141  Yale email re TVT-S

ETH.MESH.00330334- ETH.MESH.00330337  Yale email chain re Meeting to discuss TVT Secur performance

ETH.MESH.00330760- ETH.MESH.00330764  Email Cindy Crosby to Mark Yale, et al. re MHRA request - TVT blue pigment risk assessment

ETH.MESH.00331800- ETH.MESH.00331836  Email Karl Reese to Jennifer Paine re Corrective Action Plan - Ethicon Audit June 2-3, 2008

ETH.MESH.00332854- ETH.MESH.00332884  All Active CAPA's spreadsheet

ETH.MESH.00335080- ETH.MESH.00335080  Revision History for dFMEA, Project Mint - draft

ETH.MESH.00335084- ETH.MESH.00335085  Lamont, D email re MINT Functional Strategies

ETH.MESH.00335087- ETH.MESH.00335087  Design Requirement Matrix

ETH.MESH.00339053- ETH.MESH.00339057  Physican brochure/sales aid "Make Data and Safety your Choice"

ETH.MESH.00339083- ETH.MESH.00339084  Lisa B email chain re TVT Patient Brochure Fair Balance EPI Changes

ETH.MESH.00339437- ETH.MESH.00339442  Brochure, "Gynecare TVT Tension-Free Support for Incontinence, 5 Years of Proven Performance"

ETH.MESH.00340835- ETH.MESH.00340835  Spreadsheet DFMEA's TVT Classic

ETH.MESH.00340836- ETH.MESH.00340838  CER Update for TVT

ETH.MESH.00340839- ETH.MESH.00340839  Gynecare TVT Device Instructions for Use Revision Design Verification Memo by Kirkemo, Robinson and Hinoul

ETH.MESH.00340990- ETH.MESH.00340999  Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 0) by Susan Lin to John Young

ETH.MESH.00341780- ETH.MESH.00341805  Study Report:  An anatomic comparison of the traditional TVT-O versus the modified TVT-O (TVT O Mini) procedure

ETH.MESH.00343129- ETH.MESH.00343225  TVT-Abbrevo FDA communication and 510k

ETH.MESH.00343379- ETH.MESH.00343442  Draft 510(k) premarket Abbrevo

ETH.MESH.00345289- ETH.MESH.00345291  Email Krystina Laguna to Price St. Hilaire re Copy Review TVT Complications

ETH.MESH.00345312- ETH.MESH.00345327  Treatment Options for Stress Urinary Incontinence. Stop Coping. Start Living. Brochure TVT016R9

ETH.MESH.00345328- ETH.MESH.00345329  Email Susan Lin to Susan Kleczowski, et al. RE: Revised TVT CR #2008-1359

ETH.MESH.00345805- ETH.MESH.00345812  Robinson email chain re Preclin

ETH.MESH.00345813- ETH.MESH.00345815  Email Katrin Elbert to Susan Lin re FW: Question for TVT-O

ETH.MESH.00345842- ETH.MESH.00345842  Mini TVT-O Claim Development

ETH.MESH.00346157- ETH.MESH.00346157  Lisa B email re TVT Abbrevo claims support

ETH.MESH.00346194- ETH.MESH.00346201  The efficacy she needs with less mesh -  annotated - round 3

ETH.MESH.00346227- ETH.MESH.00346227  Lisa B email re TVT-Mini clinical support

ETH.MESH.00346427- ETH.MESH.00346439  Hinoul P, Synopsis of preclinical data in support of TVT Abbrevo's equivalence to TVT-O

ETH.MESH.00346665- ETH.MESH.00346667  Claims for Gynecare TVT Abbrevo spreadsheet

ETH.MESH.00347001- ETH.MESH.00347007  Novel Surgical Technique for the Treatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out Article

ETH.MESH.00348626- ETH.MESH.00348663  CER Kirkemo Gynecare TVT Exact Continence System

ETH.MESH.00349122- ETH.MESH.00349122  Spreadsheet TVT Secur dFMEA Rev #1

ETH.MESH.00349508- ETH.MESH.00349512  TVT ad "Demand the most proven technology when selecting a mid-urethral sling... Make DATA and SAFETY YOUR CHOICE"

ETH.MESH.00350696- ETH.MESH.00350696  Abbrevo FAQS -

ETH.MESH.00350720- ETH.MESH.00350720  Gauld J email chain re TVT-Abbrevo

ETH.MESH.00350879- ETH.MESH.00350881  FDA Notification About Use of Surgical Mesh to Treat Pelvic Organ Prolapse and Stress Urinary Incontinence Standby for Media/Analyst Inquiries

ETH.MESH.00351439- ETH.MESH.00351441  Smith D email chain re Input to the one-pager to BR

ETH.MESH.00351697- ETH.MESH.00351701  Savidge S email chain re First draft equivalence Abbrevo

ETH.MESH.00353476- ETH.MESH.00353476  Annotated Slide

ETH.MESH.00353635- ETH.MESH.00353674  Robinson CER Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tapa Accessory Abdominal Guide

ETH.MESH.00353748- ETH.MESH.00353754  Product detail spreadsheet

ETH.MESH.00354234- ETH.MESH.00354234  Linn email chain re Exception request for Abbrevo Professional education deck

ETH.MESH.00354724- ETH.MESH.00354724  Spreadsheet DFMEA's re TVT-O pain

ETH.MESH.00354725- ETH.MESH.00354725  Spreadsheet DFMEA's re TVT-O pain

ETH.MESH.00354732- ETH.MESH.00354732  Gynecare TVT ABBREVO Continence System Presentation

ETH.MESH.00355003- ETH.MESH.00355007  Nilsson, et al. "Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence"

ETH.MESH.00355087- ETH.MESH.00355087  pg from Minimally invasive synthetic suburethral sling operation for SUI in women

ETH.MESH.00355435- ETH.MESH.00355435  Differentiation Statement

ETH.MESH.00356982- ETH.MESH.00356993  Ethicon Letter to Dr. Dang: K071512 S02

ETH.MESH.00360781- ETH.MESH.00360782  Lamont, D email re Gynecare Prosima Risk Documents

ETH.MESH.00360785- ETH.MESH.00360788  Lamont, D Memo - Complaint Review

ETH.MESH.00360790- ETH.MESH.00360795  RMR-0000029 Revision 1

ETH.MESH.00361232- ETH.MESH.00361232  - Design Requirements Matrix

ETH.MESH.00363605- ETH.MESH.00363625  Revision Hx for PR800-012 Rev 11

ETH.MESH.00365329- ETH.MESH.00365330  Bagalio email chain re BSi and Tech File accessibility

ETH.MESH.00365662- ETH.MESH.00365662  051-2007 Rev 2 - Label Content Approval

ETH.MESH.00365848- ETH.MESH.00365848  Marketing Roadmap Q1 2011 GPD-109-11

ETH.MESH.00368550- ETH.MESH.00368560  Rosenblatt Master Consulting Agreement

ETH.MESH.00369096- ETH.MESH.00369106  Zyczynski Master Consulting Agreement

ETH.MESH.00369461- ETH.MESH.00369469  Zyczynski Master Consulting Agreement

ETH.MESH.00369891- ETH.MESH.00369900  Zyczynski Master Consulting Agreement

ETH.MESH.00369995- ETH.MESH.00369995  Treatment of Stress Urinary Incontinence with the GYNECARE TVT* Family of
Products - presentation

ETH.MESH.00370392- ETH.MESH.00370392  Gynecare TVT Secur System Early Surgical Experience presentation

ETH.MESH.00370421- ETH.MESH.00370421  Clinical Considerations of the FDA Public Health Notification on the Use of
Surgical Mesh in Female SUI and GYNECARE TVT Obturator Presentation

ETH.MESH.00371496- ETH.MESH.00371594  FDA 510(k) clearance letter

ETH.MESH.00371572- ETH.MESH.00371573  Alex C. Wang "Tension-Free Vaginal Tape (TVT) for Urinary Stress Incontinence -
A Preliminary Report"

ETH.MESH.00371587- ETH.MESH.00371594  Eriksson Clinical Report

ETH.MESH.00372319- ETH.MESH.00372782  Email Bryan Lisa to Jiyoung Dang re K071512 S01

ETH.MESH.00372330- ETH.MESH.00372335  Letter from Department of Health & Human Services upon review of 510(k)
submission

ETH.MESH.00373048- ETH.MESH.00373122  Patient Selection Criteria & Clinical Data - Burns and Luscombe presentation

ETH.MESH.00373310- ETH.MESH.00373388  Gynecare TVT Tension-free Support for Incontinence presentation

ETH.MESH.00379658- ETH.MESH.00379725  Trial Master File - Protocol 300-04-004; Gynecare TVT; TMF; Master Project File;
Correspondence #3

ETH.MESH.00393045- ETH.MESH.00393046  TVTO67R1 Physician brochure - Gynecare TVT Obturtor System Procedural
Steps

ETH.MESH.00394544- ETH.MESH.00394553  Global Regulatory Strategy GYNECARE TVT - Laser Cutting Project

ETH.MESH.00394787- ETH.MESH.00394810  Gynecare TVT Tension-free Support for Incontinence

ETH.MESH.00396502- ETH.MESH.00396549  Global Congress of Minimally Invasive Gynecology AAGL 34th Annual Meeting
Brochure

ETH.MESH.00396836- ETH.MESH.00396868  Review of Surgical Techniques Using Mesh, Robinson presentation

ETH.MESH.00397327- ETH.MESH.00397327  Basics of Incontinence Presentation

ETH.MESH.00397674- ETH.MESH.00397674  Minimizing & Managing Intraoperative Complications:  TVT Sling - Miklos
presentation

ETH.MESH.00400954- ETH.MESH.00400956  Ulmsten letter to Rick

ETH.MESH.00400957- ETH.MESH.00400978  TVT Surgeons Resource Monograph

ETH.MESH.00401213- ETH.MESH.00401217  Clinical Study Agreement between Dr. Douglas Grier and Ethicon

ETH.MESH.00403003- ETH.MESH.00403017  Gynecare TVT* Secur Cadaver Protocol / Competition Report

ETH.MESH.00406656- ETH.MESH.00406656  Beach ltt Aguirre re TVT World Registry

ETH.MESH.00407154- ETH.MESH.00407156  Beach email chain re Franco WIRB application

ETH.MESH.00407285- ETH.MESH.00407285  Letter Patricia Beach (Ethicon) to Dr. Douglas Grier re TVT World Registry

ETH.MESH.00408092- ETH.MESH.00408093  A prospective.  Multi-centre Study to Evaluate the Clinical Performance of the Gynecare Prolift+M* Pelvic Floor Repair System as a Device for Pelvic Organ Prolapse Amendment #4

ETH.MESH.00408099- ETH.MESH.00408153  A Prospective, Multi-centre Study to Evaluate the Clinical Performance of the GYNECARE PROLIFT +M* Pelvic Floor Repair System as a Device for Pelvic Organ Prolapse

ETH.MESH.00409158- ETH.MESH.00409158  Robinson, D prosima preceptor training delayed - final version of letter to KOLs

ETH.MESH.00409657- ETH.MESH.00409658  Rejection of Polypropylene Tape After the Tension-Free Vaginal Tape (TVT) Procedure by Alex C. Wang, MD

ETH.MESH.00409659- ETH.MESH.00409663  Customer Initiated Research Grant Request (Wang)

ETH.MESH.00409665- ETH.MESH.00409665  Email Kelly Thian to Martin Chomiak, et al. re Dr. Wang's study agreement

ETH.MESH.00409666- ETH.MESH.00409669  Thian email chain re Dr. Wang's study agreement

ETH.MESH.00409670- ETH.MESH.00409670  Email Martin Weisberg to Mark Sumeray et al. re Prolene rejection

ETH.MESH.00409674- ETH.MESH.00409675  Email Richard Isenberg to Greg Jones, et al. re Dr Alex Wang, Taiwan--Reports of "tape rejection" with TVT

ETH.MESH.00409730- ETH.MESH.00409732  Email Marcus Carey to Donna Jacobs re Mesh project

ETH.MESH.00409802- ETH.MESH.00409804  Email Michael Tracey to Amy Godwin et al. re URGENT: Update on Dr. Marcus Carey

ETH.MESH.00410545- ETH.MESH.00410545  Pain email re Declined:  Updated:  2 Investigator Initiated Study reviews from Dr. AR Smith & Dr. Michael Woods (with Marketing)

ETH.MESH.00411676- ETH.MESH.00411684  Associates in Urology LLC, West Orange, NJ Clinical Study Agreement for Investigator Initiated Studies

ETH.MESH.00411695- ETH.MESH.00411706  Ethicon and Mobile Ob-Gyn Clinical Study Agreement for Investigator Initiated Studies

ETH.MESH.00411707- ETH.MESH.00411717  Sound Urological Associates Clinical Study Agreement for Investigator  Initiated Studies

ETH.MESH.00411721- ETH.MESH.00411731  The Institute for Female Pelvic Medicine & Reconstructive Surgery, Allentown, PA Clinical Study Agreement for Investigator Initiated Studies

ETH.MESH.00411740- ETH.MESH.00411754  The Foundation for Female Health Awareness Research Funding Agreement (Drug/Medical Device and Financial Support -- United States)

ETH.MESH.00411855- ETH.MESH.00411867  Khandwala letter agreement re IIS Research Funding Agreement - US Only (Human)

ETH.MESH.00412020- ETH.MESH.00412028  Lucente Clinical Study Agreement for Investigator Initiated Studies

ETH.MESH.00412029- ETH.MESH.00412035  Lucente Clinical Study Agreement for Investigator Initiated Studies

ETH.MESH.00412260- ETH.MESH.00412269  Clinical Study Agreement between Dr. Douglas Grier and Ethicon

ETH.MESH.00413164- ETH.MESH.00413166  Secrecy agreement between Miles Murphy, MD and Ethicon

ETH.MESH.00413188- ETH.MESH.00413191  Secrecy Agreement for Prosima Registry

ETH.MESH.00413192- ETH.MESH.00413194  Secrecy Agreement for Prosima Registry

ETH.MESH.00419571- ETH.MESH.00419600  Gynecare Prolift* Pelvic Floor Repair System Surgical Technique

ETH.MESH.00420577- ETH.MESH.00420577  Faculty Development and Management Presentation

ETH.MESH.00425943- ETH.MESH.00426074  Redacted POs

ETH.MESH.00427910- ETH.MESH.00427910  Zipfel R email re Anhalt - NY Times article - Trial of Synthetic Mesh in Pelvic Surgery Ends Early

ETH.MESH.00432936- ETH.MESH.00432968  Professional Education Continuum of Education - VP Counsel Meeting presentation

ETH.MESH.00439996- ETH.MESH.00439998  Email Dan Smith to Laura Angelini, et al. RE: Important Laser cut mesh Update

ETH.MESH.00440005- ETH.MESH.00440007  Email Laura Angelini to Ronnie Toddywala, et al. re Important Laser cut mesh Update

ETH.MESH.00442080- ETH.MESH.00442081  London Brown email re Confirmation of the Improved TVT-O (Mesh) Rationale (DRAFT)

ETH.MESH.00442831- ETH.MESH.00442834  Email Kelly Brown to Gene Kammerer et al. re Proposal for work with CBAT

ETH.MESH.00455676- ETH.MESH.00455677  London Brown, A email re Prosima Jan 2007 update - Launch delayed

ETH.MESH.00461576- ETH.MESH.00461576  St Hilaire communication to EWHU Field Sales Force

ETH.MESH.00467706- ETH.MESH.00467709  St. Hilaire email chain re OBG Management/Pelvic Health Coalition supplement -- FINAL

ETH.MESH.00477387- ETH.MESH.00477454  2007 Professional Education Plan ETHICON  - presentation

ETH.MESH.00480823- ETH.MESH.00480823  Kaiser Pelvic Floor Parisi presentation

ETH.MESH.00493332- ETH.MESH.00493343  Consulting Agreement Requistion Form between Brian J. Flynn and Ethicon

ETH.MESH.00494360- ETH.MESH.00494546  PEM Name, Preceptor and Invoice Table

ETH.MESH.00499024- ETH.MESH.00499024  2010 preceptor payments spreadsheet

ETH.MESH.00516424- ETH.MESH.00516427  Gauld email chain re Follow-up on US Visit

ETH.MESH.00519476- ETH.MESH.00519481  Smith email chain re TVT-S Cookbooks

ETH.MESH.00523348- ETH.MESH.00523354  Wang AC, et al, A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures:  A prospective case-controlled pilot study, Am J Obstet & Gynecol 2004; 191: 1868-74

ETH.MESH.00523520- ETH.MESH.00523520  Gyncecare TVT Family of Products Presentation

ETH.MESH.00523617- ETH.MESH.00523618  Summary of Gynecare TVT Secur* System Critical Steps

ETH.MESH.00523684- ETH.MESH.00523732  Gynecare TVT Obturator System presentation

ETH.MESH.00523942- ETH.MESH.00523942  Waltregny ICS, Montreal 2005 presentation

ETH.MESH.00524059- ETH.MESH.00524060  Email Cheryl Bogardus to Dharini Amin re TVT 10 year anniversary/10 year data from Nillson

ETH.MESH.00524435- ETH.MESH.00524436  Henderson email re vaginal wall erosion after transobturator tape procedure article

ETH.MESH.00524444- ETH.MESH.00524445  Letter from Martin Weisberg re 7 Year Data Indicates Strong Continued Safety and Effectiveness for Gynecare TVT Tension-free Support for Incontinence

ETH.MESH.00524907- ETH.MESH.00524907  Presentation: TVT Bonnie Blair Campaign

ETH.MESH.00525173- ETH.MESH.00525173  Email Jason Hernandez to Dharini Amin re FW: Bonnie Article from 06 in Curves Gym Magazine

ETH.MESH.00525322- ETH.MESH.00525400  Gynecare TVT Professional Education Slides

ETH.MESH.00525441- ETH.MESH.00525466  Ethicon Women's Health & Urology Southern Region Meeting 2006 Presentation

ETH.MESH.00525573- ETH.MESH.00525573  London Brown A email re TVT Laser Cut Mesh

ETH.MESH.00526028- ETH.MESH.00526029  London Brown email re TVTS Product and Procedure Key F&B

ETH.MESH.00526473- ETH.MESH.00526474  London Brown A email re Laser-cut Mesh

ETH.MESH.00526484- ETH.MESH.00526487  St. Hilaire P email chain re LCM - Launch Strategy EMEA

ETH.MESH.00527044- ETH.MESH.00527046  Henderson email chain re JJHCS# for Docs trained on August 25th

ETH.MESH.00527832- ETH.MESH.00527836  Smith email chain re TVT SECUR EU Experts meeting  - feedback & future actions

ETH.MESH.00528127- ETH.MESH.00528127  Amin email re TVT Secur Preceptor Communication from Dr. Robinson

ETH.MESH.00528128- ETH.MESH.00528128  Robinson ltr Dr. Proctors - GYNECARE TVT SECUR System launch

ETH.MESH.00528184- ETH.MESH.00528185  Minutes TVT Secur resolution team First Meeting

ETH.MESH.00528252- ETH.MESH.00528253  Dharini email chain re TVT Secur Registry - Texas

ETH.MESH.00528570- ETH.MESH.00528573  Prine email chain re GYNEMESH & Cutting for Particular Procedure

ETH.MESH.00528621- ETH.MESH.00528626  Shah N email chain re Textile supplier

ETH.MESH.00528636- ETH.MESH.00528641  Product Quality Plan for Gynecare Gynemesh XL

ETH.MESH.00528772- ETH.MESH.00528773  Borkes Memo re TVT Secur 12 month Post Launch Review

ETH.MESH.00529400- ETH.MESH.00529412  Khandwala Registry Agreement

ETH.MESH.00529439- ETH.MESH.00529451  VanDrie Registry Agreement

ETH.MESH.00529512- ETH.MESH.00529512  Letter Patt Beach to Vincent Lucente, MD re IIS Publication and AE Reporting

ETH.MESH.00529549- ETH.MESH.00529554  PO spreadsheet

ETH.MESH.00529550- ETH.MESH.00529575  PO spreadsheet

ETH.MESH.00529863- ETH.MESH.00529863  Study spreadsheet

ETH.MESH.00529928- ETH.MESH.00529928  Protocol spreadsheet

ETH.MESH.00531522- ETH.MESH.00531530  Prosima amendment 3 to 300 06 005

ETH.MESH.00531851- ETH.MESH.00531864  Khandwala Clinical Study Agreement - draft

ETH.MESH.00531865- ETH.MESH.00531878  Draft Clinical study agreement - Ethicon Initiated between Ethicon and Oakwood
                                        Healthcare
ETH.MESH.00532148- ETH.MESH.00532158  Informed consent 300-05-006

ETH.MESH.00532304- ETH.MESH.00532313  Pittsburgh Study Consent Form 300 06 005

ETH.MESH.00532343- ETH.MESH.00532343  Zyczynski invoice

ETH.MESH.00532344- ETH.MESH.00532344  Zyczynski invoice

ETH.MESH.00532345- ETH.MESH.00532345  Invoice from Investigator Halina Zyczynski, MD

ETH.MESH.00533025- ETH.MESH.00533026  HS Study Monthly Update

ETH.MESH.00533091- ETH.MESH.00533091  Letter Dr. David Robinson to Dr. Peter Rosenblatt re approved request for
                                        support of the research proposal entitled "TVT-Secur (Hammock) vs TVT-
                                        Obturator: A Randomized Trial of Suburethral Sling Operative Procedures"

ETH.MESH.00533093- ETH.MESH.00533094  IIS Study Monthly Update - Rosenblatt

ETH.MESH.00533158- ETH.MESH.00533161  TVT-Secur s an office based procedure -- A prospective cohort study

ETH.MESH.00533250- ETH.MESH.00533256  TVT-World-Wide Observational Registry for Long-Term Data

ETH.MESH.00533283- ETH.MESH.00533286  Communication Plan to close TVT World Registry

ETH.MESH.00533883- ETH.MESH.00533896  Khandwala Clinical Study Agreement

ETH.MESH.00533981- ETH.MESH.00533994  Zyuczynski Clinical Study Agreement

ETH.MESH.00534298- ETH.MESH.00534309  Khandwala Clinical Study Agreement

ETH.MESH.00534496- ETH.MESH.00534497  Declaration of the End of the Registry

ETH.MESH.00534666- ETH.MESH.00534666  TVT World List of Responsibilities

ETH.MESH.00535352- ETH.MESH.00535365  Khandwala Registry Agreement

ETH.MESH.00535789- ETH.MESH.00535802  Registry Agreement between Ethicon and Urogynecology Institute of Michigan

ETH.MESH.00536225- ETH.MESH.00536228  Contract Compliance Contract Search

ETH.MESH.00538085- ETH.MESH.00538086  TVT-Secur* Clinical/Regulatory Strategy Meeting Minutes 29 April 2005

ETH.MESH.00538135- ETH.MESH.00538148  Gynecare TVT Secur cadaver protocol & completion report

ETH.MESH.00538202- ETH.MESH.00538251  Working Copy - A Pilot Study of the GYNECARE TVT SECUR System Protocol
300-03-002

ETH.MESH.00538954- ETH.MESH.00538967  Khandwala Clinical Study Agreement

ETH.MESH.00539411- ETH.MESH.00539424  VanDrie Clinical Study Agreement

ETH.MESH.00539862- ETH.MESH.00539898  TVT-World-Wide Observational Registry for Long-Term Data

ETH.MESH.00540209- ETH.MESH.00540210  Miller D, Lucente V, et al Prospective clinical assessment of the trans vaginal
mesh (TVM) technique for treatment of pelvic organ prolapse -- 5 year results -
IUGS Abstract

ETH.MESH.00540249- ETH.MESH.00540249  August 2010 monthly complaint data, prosima slide 18

ETH.MESH.00540449- ETH.MESH.00540449  Monthly Complaint Review November 2010

ETH.MESH.00540514- ETH.MESH.00540514  Monthly Complaint Review. ppt

ETH.MESH.00540629- ETH.MESH.00540629  Monthly Complaint Review

ETH.MESH.00540707- ETH.MESH.00540707  Complaint Category Request Form FM-0000261 Michael Connaughton, Product
Code: TVT-O 810081 & 810081L

ETH.MESH.00540951- ETH.MESH.00540983  WH&U TVT & POP MDR Guidance Most Commonly Reported Patient Events

ETH.MESH.00541379- ETH.MESH.00541380  Weisberg Memo re Mesh Fraying for TVT Devices

ETH.MESH.00541391- ETH.MESH.00541391  Ethicon, Inc, Complaint Reporting Statement presentation

ETH.MESH.00542854- ETH.MESH.00542854  Ariba Administrator email re ACTTON REQUIRED:  PR3985750 Professional
Education, Melvin Anhalt, MD - Prolift, Annual (Approval Request)

ETH.MESH.00544216- ETH.MESH.00544219  WW Pelvic Floor Repair Monthly Status Report

ETH.MESH.00544657- ETH.MESH.00544658  Caro-Rosado L email chain re Lab results orf Mesh roping evaluation

ETH.MESH.00544985- ETH.MESH.00544989  Carey Preceptorship Agreement

ETH.MESH.00547033- ETH.MESH.00547034  Pattyson, B email re Materials for Prosima Advisory Board

ETH.MESH.00548524- ETH.MESH.00548525  Zipfel email chain re Prolift and TVT-O Speaker Event Strategy Details

ETH.MESH.00548912- ETH.MESH.00548913  Pattyson email chain re Technical Feedback on PROSIMA

ETH.MESH.00548923- ETH.MESH.00548924  Meek email chain re PROSIMA feedback

ETH.MESH.00562421- ETH.MESH.00562424  From Nov 2010 to Oct 2011 Presentation

ETH.MESH.00563685- ETH.MESH.00563685  Next Generation Slings - Evaluating opportunities, Considering risks ppt

ETH.MESH.00569297- ETH.MESH.00569298  Email Melissa Chaves to Nancy Leclair, et al. re Copy Review Exception

ETH.MESH.00569425- ETH.MESH.00569426  6:00 AM 7:00 AM, WMAR-TV (ABC) Channel, Baltimore, ABC 2 News: Good
Morning Maryland

ETH.MESH.00569440- ETH.MESH.00569441  Summer can be stressful for women with SUI - HealthNewsDigest.com

ETH.MESH.00570955- ETH.MESH.00570956  Intermediate Report -- Prolapse Mesh Explants

ETH.MESH.00572598- ETH.MESH.00572598  Arnaud - TVT Secur:  European Feedback, EWH&U Board Update - presentation

ETH.MESH.00573693- ETH.MESH.00573696  Annotated Prosima Proof sales aid - Your Proof Her Dance Class

ETH.MESH.00573713- ETH.MESH.00573715  Zyczynski email chain re Prosima Manuscript for comments and sign off

ETH.MESH.00573716- ETH.MESH.00573716  Marketing brochure comments

ETH.MESH.00573719- ETH.MESH.00573722  Lisa, B email chain re CDMA call - Prosima Claims - secondary endpoints

ETH.MESH.00574783- ETH.MESH.00574783  Waltregny D email chain re Your Submission

ETH.MESH.00575160- ETH.MESH.00575161  Papas N email chain re AUGS abstract

ETH.MESH.00575746- ETH.MESH.00575747  Bird email chain re Prosima Update Inc. IUGA

ETH.MESH.00575766- ETH.MESH.00575769  Robinson email chain re Technical Feedback of PROSIMA

ETH.MESH.00575818- ETH.MESH.00575820  Hinoul email re Prosima take away messages

ETH.MESH.00576529- ETH.MESH.00576540  Journal of Urology Email Notification re Roovers - 6996 - JU-10-1486)

ETH.MESH.00576844- ETH.MESH.00576845  Hinoul email re Laser cut mesh tape

ETH.MESH.00576887- ETH.MESH.00576888  Annotated - Evaluation of the Fixation of TVT Abbrevo as compared to TVT-O in a Human Cadaveric Model

ETH.MESH.00578081- ETH.MESH.00578083  Hinoul email chain re Prosima Post launch communication

ETH.MESH.00579091- ETH.MESH.00579092  Hinoul email chain re scarring

ETH.MESH.00579512- ETH.MESH.00579514  Email Piet Hinoul to Jean de Leval, et al. re International Urogynecology Journal - Decision on Manuscript ID IUJ-09-10-0414

ETH.MESH.00579564- ETH.MESH.00579565  Email Piet Hinoul to Fernandez Bureau RE: Sexuality after sling surgery

ETH.MESH.00580639- ETH.MESH.00580643  Hinoul email chain re data

ETH.MESH.00580914- ETH.MESH.00580915  Email Piet Hinoul to Sheelu Samuel re TVT ABBREVO publication plan

ETH.MESH.00580930- ETH.MESH.00580932  Hinoul email chain re update from Marcus

ETH.MESH.00581000- ETH.MESH.00581003  Hinoul email chain re Updated:  Kick-off Call Sub-urethral Slings Outcomes Study

ETH.MESH.00581482- ETH.MESH.00581482  Osoris M email re International Convention Suggestions

ETH.MESH.00581483- ETH.MESH.00581486  Gynecare International Convention Recommendations

ETH.MESH.00581590- ETH.MESH.00581612  Gynecare 2001 Patient Marketing - Where We've Been Presentation

ETH.MESH.00582222- ETH.MESH.00582224  Carey invoice

ETH.MESH.00582280- ETH.MESH.00582280  Carey letter re invoice

ETH.MESH.00582305- ETH.MESH.00582334  Project Mine Physician Need Assessment IDI's

ETH.MESH.00582377- ETH.MESH.00582378  Dr. Marcus Carey Purchase Order 991247576

ETH.MESH.00583446- ETH.MESH.00583448  Fournier email chain re New standards for urethral slings

ETH.MESH.00584175- ETH.MESH.00584178  Sungyoon Rha email re First Human Use - Surgeon preference Questionnarie

ETH.MESH.00584179- ETH.MESH.00584179  Mesh Slide T-3581

ETH.MESH.00584291- ETH.MESH.00584292  Flatow J email chain re DVer protocol for particle loss

ETH.MESH.00584488- ETH.MESH.00584494  Fournier H re New Standards for Urethral Slings

ETH.MESH.00584491- ETH.MESH.00584497  Fournier H re New Standards for Urethral Slings

ETH.MESH.00584527- ETH.MESH.00584527  Second half photo presentation. ppt

ETH.MESH.00584561- ETH.MESH.00584561  Email Gene Kammerer to Christophe Vailhe re Mesh Erosion

ETH.MESH.00584714- ETH.MESH.00584715  Kammerer G email chain re Prolene Mesh

ETH.MESH.00584811- ETH.MESH.00584813  Kammerer G email re Ultrasonic Slitting of Prolene Mesh for TVT

ETH.MESH.00584846- ETH.MESH.00584847  Kammerer email chain re Mesh for TVM

ETH.MESH.00585220- ETH.MESH.00585220  Kammerer email re Presentation #1

ETH.MESH.00585672- ETH.MESH.00585673  Next Generation Mesh Discussion Agenda

ETH.MESH.00585802- ETH.MESH.00585802  Kammerer G email re Particle loss of TVT

ETH.MESH.00585823- ETH.MESH.00585832  Kammerer email chain re Urgent *** French Standard on TVT & Meshes
(Comments Required)

ETH.MESH.00585842- ETH.MESH.00585843  Kammerer G email chain re TVT LCM - particle loss (reimbursement submission)

ETH.MESH.00585906- ETH.MESH.00585909  Kammerer G email chain re TVT - TVT-O specifications

ETH.MESH.00585937- ETH.MESH.00585939  Kammerer G email chain re TVM discussions

ETH.MESH.00586018- ETH.MESH.00586019  Eltrasonic Slitting of TVT Mesh presentation

ETH.MESH.00586019- ETH.MESH.00586019  Silimkhan presentation Evaluation of Gynecare Prolene Meshes

ETH.MESH.00586971- ETH.MESH.00586975  Frenkl, TL, et al, Management of iatrogenic foreign bodies of the bladder and
urethra following pelvic floor surgery, Neurourolo and Urodynam 2008; 27: 491-
495

ETH.MESH.00587443- ETH.MESH.00587444  ICS 2009 Scheiner D, et al, Retropubic TVT vs Transobturator Outside-in TOT
and inside-out TVT-O -- One-Year Results From our Prospective Randomized
Study

ETH.MESH.00588046- ETH.MESH.00588047  Draft VSD Brochure text

ETH.MESH.00589494- ETH.MESH.00589494  Spreadsheet DFMEA's TVT Classic

ETH.MESH.00589602- ETH.MESH.00589607  Teo R, et al, Randomized trial of tension-free vaginal tape and tension-free
vaginal tape-obturator for urodynamic stress incontinence, J Urology 2011; 185:
1350-1355

ETH.MESH.00590896- ETH.MESH.00590897  Hinoul P email re EJOGTB-08-4159R1 - Minor Revision

ETH.MESH.00590938- ETH.MESH.00590939  Hinoul email re mini TVTO

ETH.MESH.00591127- ETH.MESH.00591128  Hinoul email chain re registry for all!

ETH.MESH.00591141- ETH.MESH.00591143  Hinoul email chain re EGS mini TVT-O

ETH.MESH.00591683- ETH.MESH.00591689  Hinoul, P email chain re Prosima studies moving forward

ETH.MESH.00592915- ETH.MESH.00592916  Savidge S email chain re TVT RR IFU 090911b_T-3467

ETH.MESH.00593165- ETH.MESH.00593189  Performance Evaluation Technical Report

ETH.MESH.00594696- ETH.MESH.00594697  VSD Brochure text

ETH.MESH.00595116- ETH.MESH.00595118  Hinoul email chain re Dyspareunia Inside Out vs Outside In

ETH.MESH.00595166- ETH.MESH.00595170  Taveroni, L email re Resonse to GGM comments -- prolapse patient brochure

ETH.MESH.00595372- ETH.MESH.00595376  Taveroni, L email chain re Copy Needed for Prolapse Patient Brochure

ETH.MESH.00595406- ETH.MESH.00595406  Email Aaron Kirkemo to David Robinson, et al. re Response to Wall

ETH.MESH.00595645- ETH.MESH.00595647  Draft Brand Story and Key Message v7 literature

ETH.MESH.00597472- ETH.MESH.00597477  Tincello email re Your Submission

ETH.MESH.00600985- ETH.MESH.00600987  Kirkemo A email re Meeting with Bridget 0 Transformation nature of Scion
delivery system

ETH.MESH.00602025- ETH.MESH.00602027  Robinson D email re Please hold:  database study vendor selection

ETH.MESH.00603187- ETH.MESH.00603187  Hinoul, P email re Reporting Prosima Success

ETH.MESH.00607406- ETH.MESH.00607410  Kirkemo A email re Scion PA commercial recommendation

ETH.MESH.00610350- ETH.MESH.00610352  Lane email chain re eUniversity

ETH.MESH.00631782- ETH.MESH.00631784  FDA Clearance letter 510k Prosima

ETH.MESH.00632022- ETH.MESH.00632026  Email Steve Bell to Kevin Mahar Re: TVT REPORT

ETH.MESH.00632027- ETH.MESH.00632029  Colon email chain re TVTx launch costs for financial model

ETH.MESH.00632511- ETH.MESH.00632577  Gynecare TVT Abbbrevo Launch Planning Stage Gate EWHU Board
presentation

ETH.MESH.00632655- ETH.MESH.00632655  U.S. Launch Overview

ETH.MESH.00633750- ETH.MESH.00633752  Mahar email chain re Gynecare Prolift:  Global launch plan, budget, Gant chanrt

ETH.MESH.00637636- ETH.MESH.00637637  Parisi email re Updated slides on TVT

ETH.MESH.00637720- ETH.MESH.00637721  Parisi email re US Surgeon

ETH.MESH.00637748- ETH.MESH.00637749  Kaminski email re TVT PE history

ETH.MESH.00637814- ETH.MESH.00637819  Luscombe email chain re GYNECARE TVT Obturator Global Launch Update -
Issue 3

ETH.MESH.00640394- ETH.MESH.00640395  Gynecare TVT Sales Representative quick reference sheet

ETH.MESH.00642325- ETH.MESH.00642331  Mahar email chain re TVT O versus TVT Secur efficacy and safety rates

ETH.MESH.00643046- ETH.MESH.00643085  Gynecare TVT Value Dossier US HE&R Vanja Sikirica Presentation

ETH.MESH.00647404- ETH.MESH.00647409  Robinson email chain re TVT ) versus TVT Secur efficacy and safety rates

ETH.MESH.00647410- ETH.MESH.00647416  Khoo email chain re TVT O versus TVT Secur efficacy and safety rates

ETH.MESH.00655898- ETH.MESH.00655898  Beta Launch Rep Preceptee spreadsheet

ETH.MESH.00656164- ETH.MESH.00656165  Email Cheryl Bogardus to Allison London Brown re FW: final attempt

ETH.MESH.00656166- ETH.MESH.00656170  Milani R, et al, Functional and anatomical outcome of anterior and posterior
vaginal prolapse repair with prolene mesh, BJOG 2005;112: 107-1111

ETH.MESH.00658058- ETH.MESH.00658065  TVT sales piece (TVT041R3)

ETH.MESH.00658177- ETH.MESH.00658198  Surgeon's Resource Monograph

ETH.MESH.00658421- ETH.MESH.00658429  TVT 20040413 Gynecare TVT Tension-free Support for Incontinence Patient
Education Brochure/Robin Osman

ETH.MESH.00658453- ETH.MESH.00658458  Brochure The Gynecare TVT Family of Products 3 SUI Solutions. Delivering
Data, Safety & Choice.

ETH.MESH.00658508- ETH.MESH.00658517  TVT-O for the treatment of female SUI:  Results of prospective study after a 3-
year minimum follow-up

ETH.MESH.00658739- ETH.MESH.00658747  Patient Brochure - Freedom From Stress Urinary Incontinence  It's within your
control.

ETH.MESH.00658806- ETH.MESH.00658810  Nilsson CG, et al, Long-termResults of the Tension-Free Vaginal Tape (TVT)
Procedure for Surgical Treatment of Female Stress Urinary Incontinence, Int
Urogynecol J (2001) (Suppl 2): S5-S8

ETH.MESH.00659429- ETH.MESH.00659430  Product Pointer:  Gynecare TVT Secur

ETH.MESH.00659430- ETH.MESH.00659431  Physician brochure/sales aid

ETH.MESH.00659678- ETH.MESH.00659690  Conceptual advances in the surgical management of genital prolapse Article

ETH.MESH.00660221- ETH.MESH.00660229  TVT016R6 patient brochure

ETH.MESH.00660488- ETH.MESH.00660489  Worldwide complaint reporting statement slides

ETH.MESH.00660643- ETH.MESH.00660644  Affeld email chain re Prosima Global Call - July 28th Deck

ETH.MESH.00677193- ETH.MESH.00677195  Email Kendra Munchel to Kevin Mahar re pudendal nerve question

ETH.MESH.00679489- ETH.MESH.00679490  Mahar email re Global Sales Training Team Minute Meetings from 5/12/09

ETH.MESH.00679574- ETH.MESH.00679592  Incontinence Preceptors (Alpha) spreadsheet

ETH.MESH.00680025- ETH.MESH.00680030  BoukerrouM, et al, Study of the biomechanical properties of synethetic mesh
implanted invivo, E J Obstet & Gynecol and Reprod Biology 134 (2007) 262-267

ETH.MESH.00681364- ETH.MESH.00681366  Walji email chain re Pelvic Floor Monthly - August Report - Next Gen Materials
Progress

ETH.MESH.00687819- ETH.MESH.00687822  Mahar K mail chain re Lazer cut mesh

ETH.MESH.00692868- ETH.MESH.00692870  Email Domingo Vasquez to Kevin Mahar re Fw: Dr. Khandwala's Reply to the
TOMUS Concerns

ETH.MESH.00692880- ETH.MESH.00692880  Email Dharini Amin re Gynecare TVT Latest Complication Data

ETH.MESH.00692884- ETH.MESH.00692885  Amin email chain re GYNECARE TVT Latest Complication Data

ETH.MESH.00700344- ETH.MESH.00700345  Honjnoski P email chain re CER - LCM

ETH.MESH.00700348- ETH.MESH.00700350  Gadot email chain re Laser Cut Mesh Positioning (Redacted)

ETH.MESH.00703285- ETH.MESH.00703285  GYNECARE TVT* Family of Products - Amin presentation

ETH.MESH.00704053- ETH.MESH.00704054  BurrellesLuce Press Clipping - Urology Times, Complications from sling surgery
are under-reported

ETH.MESH.00708571- ETH.MESH.00708576  Mahar email chain re TVT LCM Early EU Feedback

ETH.MESH.00708653- ETH.MESH.00708655  Mahar email chain re Continued Positive Feedback on LCM from EMEA - Rep
Survey & Customer Guarantee attached

ETH.MESH.00719198- ETH.MESH.00719209  Mahar email chain re hospital concern from medico-legal standpoint

ETH.MESH.00722339- ETH.MESH.00722349  St. Hilaire email chain re OBGYN Department Members.  Due to the potential
serious implications . . .

ETH.MESH.00729815- ETH.MESH.00729816  Amin email re Summit Meeting - TVT Breakout Session - Moderator Script

ETH.MESH.00741137- ETH.MESH.00741140  Memo Jo Mosedale to Giselle Bonet et al. re Contact report June 21, 2006

ETH.MESH.00742724- ETH.MESH.00742751  Project Lightning Update Ophelie Berthier presentation

ETH.MESH.00743865- ETH.MESH.00743865  2006 Volume Estimation Summary

ETH.MESH.00744073- ETH.MESH.00744081  Building Your Business Through Patient Marketing Presentation

ETH.MESH.00745893- ETH.MESH.00745894  TVT-S Objection Handler

ETH.MESH.00745949- ETH.MESH.00745949  Amin email re TVT SECUR Training Guide with Objection Handler

ETH.MESH.00746146- ETH.MESH.00746149  Norton, New Technology in Gynecologic Surgery:  Is New Necessarily Better?
Norton 108 (3):  707 -- Obstet & Gynecol

ETH.MESH.00746204- ETH.MESH.00746208  Hernandez email chain re TVT LCM Early EU Feedback

ETH.MESH.00746209- ETH.MESH.00746209  Product Pointer Gynecare TVT

ETH.MESH.00746210- ETH.MESH.00746212  Surgeon Evaluation Questions for Laser Cut Mesh

ETH.MESH.00746485- ETH.MESH.00746485  Project Mulberry npd valuation model

ETH.MESH.00747379- ETH.MESH.00747389  Patient brochure GPD-037-10-1-12

ETH.MESH.00748020- ETH.MESH.00748020  Borkes Memo re TVT-O IFU Update - Risk Assessment Review for Change
History File

ETH.MESH.00748213- ETH.MESH.00748213  TVT Classif IFU Revision Project Design Requirements Waiver Rationale Memo

ETH.MESH.00748275- ETH.MESH.00748275  Spreadsheet DFMEA's TVT Classic

ETH.MESH.00748310- ETH.MESH.00748450  K012628 TVT Blue System and Accessory TVT-AA

ETH.MESH.00748451- ETH.MESH.00748803  Prolift +M FDA Clearance Letter

ETH.MESH.00749504- ETH.MESH.00749517 Stoloff Final Report, PSE Accession Number 05-0395, Project Number 67379 Evaluation of fixation force for the Gynecare TVT SECUR device in a sheep cadaver pelvic floor model

ETH.MESH.00749518- ETH.MESH.00749541 Stoloff - Final Report PSE Accession No 05-0396, Project No 67379 - Evaluation of the Pullout Force of Gynecare TVR Secur Implanted Into the Urogential Diaphragm and Obturator Membrane of the Human Cadaver

ETH.MESH.00750766- ETH.MESH.00750769 Interim Report, PSE Accession No. 05-0070; Amendment 15, Test and Control Article Material Characterization Program, TVT-SECUR* Implant

ETH.MESH.00750880- ETH.MESH.00750881 TVT Family of Products Co-positioning EWHU Board Pre-Reading

ETH.MESH.00751159- ETH.MESH.00751159 EWHU Incontinence EWHU Board Meeting Presentation - TVTO version 3

ETH.MESH.00752863- ETH.MESH.00752893 Gynecare TVT SECUR Manufactured fy JEB Engineering Design Limited, Process Qualification Completion Report Protocol #05/157; Ver. 1

ETH.MESH.00752921- ETH.MESH.00752925 RMR-0000021 Rev A  TVT Secur System

ETH.MESH.00752928- ETH.MESH.00752932 Doc RMR-0000021 Rev B Risk Management Report TVT Secur System

ETH.MESH.00752933- ETH.MESH.00752934 TVT SECUR Harms/Hazards Table

ETH.MESH.00753166- ETH.MESH.00753171 Design Validation Strategy Gynecare TVT U System DRAFT

ETH.MESH.00753376- ETH.MESH.00753399 fMEA spreadsheet

ETH.MESH.00753780- ETH.MESH.00753825 Protocol Completion Report

ETH.MESH.00753830- ETH.MESH.00753831 Lamont memo re Project MINT Risk Management Review Minutes

ETH.MESH.00754021- ETH.MESH.00754021 -Final DHF Audit Memo (eDHF0000121)

ETH.MESH.00754439- ETH.MESH.00754439 abbrevo afmea rev a

ETH.MESH.00756100- ETH.MESH.00756102 ARROWHEAD Campaign

ETH.MESH.00756887- ETH.MESH.00756888 Email Dennis Miller to Dharini Amin et al. re Gynecare TVT Latest Complication Data

ETH.MESH.00756984- ETH.MESH.00756984 Email David Robinson to Giselle Bonet re forgot

ETH.MESH.00758412- ETH.MESH.00758412 Mini TVT-O Stage Gate:  Charter presentation

ETH.MESH.00764215- ETH.MESH.00764216 Russo-Jankewicz email re Stressful Secrets press release crosses wire

ETH.MESH.00764258- ETH.MESH.00764258 Russo-Jankewicz email re Dr Donnica and Stressful Media Results

ETH.MESH.00764323- ETH.MESH.00764325 5-Year Press Release Draft:  Long-term Data Proves Safety and Efficacy of GYNECARE TVT Tension-free Support Treating Stress Urinary Incontinence

ETH.MESH.00764399- ETH.MESH.00764400 de los Rees email chain re Information about FDA notification on use of mesh in pelvic surery

ETH.MESH.00764600- ETH.MESH.00764615 Patient Brochure - SUI in Women -- What you can do

ETH.MESH.00764639- ETH.MESH.00764654 Patient Brochure SUI in Women - What you can do about it . . . .

ETH.MESH.00766347- ETH.MESH.00766349 Memo to Jacqueline Russo from Ogilvy Public Relations

ETH.MESH.00766975- ETH.MESH.00766976 DTC Focus Group Summary

ETH.MESH.00770754- ETH.MESH.00770756 Pickell email re Gynecare Monthly Status Report

ETH.MESH.00772228- ETH.MESH.00772229 Osman R email chain re 2008 Budget Spend

ETH.MESH.00772231- ETH.MESH.00772232 Osman R email chain re Updated Fair Balance for TVT Brochure

ETH.MESH.00773119- ETH.MESH.00773122 Favor email chain re Items to Destroy

ETH.MESH.00776368- ETH.MESH.00776391 ACOG Briefing Deck - Melvaleen Steward, Cesar Vallecillo

ETH.MESH.00776544- ETH.MESH.00776546 Draft Brand Story and Key Message v5

ETH.MESH.00776576- ETH.MESH.00776576  Email Gina Maroney to Dr. Donnica re TVT info to Oprah

ETH.MESH.00776577- ETH.MESH.00776577  Maroney Note - "A good friend of mine . . ."

ETH.MESH.00776993- ETH.MESH.00777000  Prosima proof sales aid 2011 PROS-584-10-12-12

ETH.MESH.00782152- ETH.MESH.00782152  Bonet email re Prolift Anatomy Images

ETH.MESH.00783187- ETH.MESH.00783189  U.S. Speed Skater Bonnie Blair Breaks the Ice about Stress Urinary Incontinence

ETH.MESH.00790545- ETH.MESH.00790546  Competitive Dissection Flashcard

ETH.MESH.00791497- ETH.MESH.00791497  Frost, K email re Prosima Marketing Material Update

ETH.MESH.00791766- ETH.MESH.00791813  PowerPoint - Physician Survey Results January 20, 2011

ETH.MESH.00792527- ETH.MESH.00792527  Consultant Invoice from Douglas Van Drie, MD

ETH.MESH.00792573- ETH.MESH.00792573  Van Drie consultant invoice

ETH.MESH.00792577- ETH.MESH.00792577  Zyczynski consultant invoice

ETH.MESH.00792617- ETH.MESH.00792617  Van Drie consultant invoice

ETH.MESH.00794750- ETH.MESH.00794750  Frost email re 1 Million Dollars!!!!!

ETH.MESH.00796051- ETH.MESH.00796052  Flax C email chain re TVT Abbrevo material

ETH.MESH.00797133- ETH.MESH.00797137  Fernandea, J email re Prosima 2 year data presentation for preceptee folders

ETH.MESH.00801918- ETH.MESH.00801918  Pagel, K email chain re Prosima Cadaver Lab

ETH.MESH.00803101- ETH.MESH.00803112  Consulting Agreement Requisition Form Dennis Miller

ETH.MESH.00803652- ETH.MESH.00803678  EWH&U Professional Education Q1 2009 Lissette Caro Rosado - presentation

ETH.MESH.00803680- ETH.MESH.00803710  Are all Meshes Created Equal? Presentation

ETH.MESH.00804770- ETH.MESH.00804771  PROS-0133-09-7-11

ETH.MESH.00804887- ETH.MESH.00804897  Khandwala Consulting Agreement Requisition Form - Part 1

ETH.MESH.00805238- ETH.MESH.00805248  Consulting Agreement Requisition Form - Part I of Marcus Carey

ETH.MESH.00805402- ETH.MESH.00805419  Draft with edits global marketing and branding guide

ETH.MESH.00805441- ETH.MESH.00805442  Summary of Gynecare TVT Secur* System Critical Steps

ETH.MESH.00805453- ETH.MESH.00805456  Equipment and Disposable Request Form Dr. Mickey Karram Preceptor

ETH.MESH.00806647- ETH.MESH.00806658  EWHU Continuum of Education "The Journey" Presentation

ETH.MESH.00806995- ETH.MESH.00806995  Padgett, R email re Materials for Prosima Advisory Board

ETH.MESH.00808682- ETH.MESH.00808682  Khandwala consultant invoice

ETH.MESH.00810056- ETH.MESH.00810057  Yu email re Prof Ed Discussion

ETH.MESH.00813007- ETH.MESH.00813007  Gynecare Prolift and TVT Secur Preceptorship flyer

ETH.MESH.00814238- ETH.MESH.00814239  Email Bart Pattyson to Piet Hinoul re TVT Secur

ETH.MESH.00814732- ETH.MESH.00814733  Pattyson email chain re Monday - Khandwala at Summit

ETH.MESH.00815310- ETH.MESH.00815313  Bird email chain re Continence Health Global Strategic Team

ETH.MESH.00815877- ETH.MESH.00815881  Long email chain re GYNECARE TVT SECUR - Critical Steps Guide

ETH.MESH.00815892- ETH.MESH.00815894  Long email chain re GYNECARE TVT SECUR - Critical Steps Guide

ETH.MESH.00815933- ETH.MESH.00815934  Long email chain re GYNECARE TVT SECUR - Critical Steps Guide

ETH.MESH.00819603- ETH.MESH.00819604  Parisi email chain re TVT Secur Webcasts

ETH.MESH.00819622- ETH.MESH.00819624  Email Dharini Amin to Dan Halt, et al. re GYNECARE TVT SECUR Preceptor Call
                                      - Follow Up
ETH.MESH.00820718- ETH.MESH.00820721  Chaves email chain re Link to Professor Nilsson Interview on TVT 11.5 Year Data

ETH.MESH.00823421- ETH.MESH.00823422  Gynecare TVT Secur System - Australian Postmarket Surveillance Review
                                      Meeting October 31, 2007
ETH.MESH.00823549- ETH.MESH.00823549  Revision History for FMEA-0000261(TVT Secur aFMEA) Spreadsheet

ETH.MESH.00823660- ETH.MESH.00823660  Email from David Robinson (Medical Director) re Risk/Benefit Analysis for TVT
                                      SECUR Clinical Expert Report
ETH.MESH.00824100- ETH.MESH.00824140  EW&U Clinical Development Update - Presentation

ETH.MESH.00825415- ETH.MESH.00825417  Ghee, V  DRAFT Post Launch Risk Assesment Prosima

ETH.MESH.00826026- ETH.MESH.00826027  Hinoul P email re CER Abbrevo

ETH.MESH.00826028- ETH.MESH.00826045  Hinoul Clinical Expert Report

ETH.MESH.00826046- ETH.MESH.00826047  Product Complaints Graph

ETH.MESH.00826057- ETH.MESH.00826067  Gynecare TVT Secur Projet Overview PLT Review Stage:   Post-Launch
                                      Assessment / Close-Out Presentation
ETH.MESH.00827122- ETH.MESH.00827126  Maree email chain re Meeting with the Australian Regulator to discuss TVT Secur
                                      performance
ETH.MESH.00827168- ETH.MESH.00827169  Maree email chain re TVT complaint telecon 5 November

ETH.MESH.00827376- ETH.MESH.00827379  Hernandez J email chain re EWHU Board recommendation

ETH.MESH.00829005- ETH.MESH.00829006  Maroulis email chain re Mini sling proposal for UITN

ETH.MESH.00829922- ETH.MESH.00829926  Robinson email chain re data

ETH.MESH.00829932- ETH.MESH.00829936  Robinson email chain re data

ETH.MESH.00831161- ETH.MESH.00831168  Ghee meeting invitation re Prosima RMR Update

ETH.MESH.00831163- ETH.MESH.00831168  Ghee Memo re Six month post-launch risk assessment w/attachment

ETH.MESH.00831169- ETH.MESH.00831176  Robinson email chain re Revised Memorandum for Prosima Post-Launch Risk
                                      Reivew
ETH.MESH.00831896- ETH.MESH.00831898  Prosima Launched Early 2010

ETH.MESH.00832221- ETH.MESH.00832225  Email Joseph Megan to Ted Foltyn, et al. re URGENT: Meeting with the
                                      Australian Regulator to discuss TVT Secur performance
ETH.MESH.00832555- ETH.MESH.00832556  Thunder Meeting Minutes

ETH.MESH.00832562- ETH.MESH.00832564  Thunger Meeting Minutes

ETH.MESH.00832749- ETH.MESH.00382754  RMR Prosima

ETH.MESH.00832937- ETH.MESH.00832939  Emails from David Robinson re modified version of TVT-O[TOT] procedure

ETH.MESH.00833813- ETH.MESH.00833813  Robinson email re . . . thoughts about our TVT WORLD clinical trial

ETH.MESH.00836558- ETH.MESH.00836560  Email David Robinson to Ethicon Medical Information RE: TVT-O groin pain

ETH.MESH.00838428- ETH.MESH.00838469  Arnaud, Robinson presentation:  Characteristics of Synthetic Materials Used in
                                      Prolapse and Incontinence Surgery
ETH.MESH.00839918- ETH.MESH.00839918  Robinson email re TVTS Complaing up to 20 September 06.ppt

ETH.MESH.00840056- ETH.MESH.00840056  TVT Secur YTD findings presentation

ETH.MESH.00840480- ETH.MESH.00840483  Memo to Dan Smith - MINT Reg Strategy

ETH.MESH.00841242- ETH.MESH.00841243  Dear Dr. Itt draft - Communication to Surgeons Regarding the Gynecare TVT Secur™ System

ETH.MESH.00844331- ETH.MESH.00844335  Robinson D email chain re Asking TVT Complication? - Fraying

ETH.MESH.00844341- ETH.MESH.00844344  Robinson D email Chain re Asking TVT Complication? - Fraying

ETH.MESH.00845185- ETH.MESH.00845186  Robinson email chain re Meeting with the Australian Regulator to discuss TVT Secur perfomance

ETH.MESH.00845196- ETH.MESH.00845200  Robinson email chain re URGENT:  Meeting with the Australian Regulator to discuss TVT Secur performance

ETH.MESH.00845422- ETH.MESH.00845424  Email David Robinson to Ramy Mahmoud re TVT-S QB.ppt

ETH.MESH.00845430- ETH.MESH.00845437  Email David Robinson to Charman Barham re Australia update and telephone call with Prof Frazer

ETH.MESH.00845535- ETH.MESH.00845536  Robinson email chain re SECUR AU discussion

ETH.MESH.00845911- ETH.MESH.00845912  Email David Robinson to Martin Weisburg, et al. RE: 10100015704 question

ETH.MESH.00846411- ETH.MESH.00846417  Robinson email chain re GYNECARE TVT Latest Complication Data

ETH.MESH.00846484- ETH.MESH.00846486  Robinson email chain re TVT SECUR Preceptor Communication from Dr. Robinson

ETH.MESH.00846523- ETH.MESH.00846523  Robinson email re tvt - training

ETH.MESH.00847261- ETH.MESH.00847264  Robinson email chain re Abstract I referenced regarding painful intercourse and mesh repairs

ETH.MESH.00847496- ETH.MESH.00847498  Email from David Robinson to Caroly Brennan SUBJECT: RE: 10100014534 causes of exposure with mesh

ETH.MESH.00847536- ETH.MESH.00847536  Robinson email chain re TVT complications

ETH.MESH.00849014- ETH.MESH.00849017  Email David Robinson to Judith Gauld, et al. re FW: Pelvic Floor/Mesh Strategy

ETH.MESH.00849130- ETH.MESH.00849133  Email David Robinson to Carmen Goble re TVT-Secur IIS

ETH.MESH.00850335- ETH.MESH.00850336  Robinson, D email re Prosima FDA Review & IFU

ETH.MESH.00850349- ETH.MESH.00850349  Robinson, D email re MINT- Harms and Hazards Table

ETH.MESH.00851319- ETH.MESH.00851321  Email Piet Hinoul to Clifford Volpe, et al. re PROSIMA implant dimensions

ETH.MESH.00852136- ETH.MESH.00852140  Robinson email chain re data

ETH.MESH.00853802- ETH.MESH.00853806  FM-0000457  Risk Benefit Analysis - TVT Secur

ETH.MESH.00855158- ETH.MESH.00855159  Meier email re Explant database for Pelvic floor meshes

ETH.MESH.00856006- ETH.MESH.00856006  Secunda email re FDA PHN of Surgical Mesh

ETH.MESH.00856011- ETH.MESH.00856015  Prooffor Dr. Healthcare Practitioner letter re FDA PHN

ETH.MESH.00857704- ETH.MESH.00857705  Meier email chain re T-PRO TPP.ppt

ETH.MESH.00857821- ETH.MESH.00857923  Presentation:  Sales Training Launch Meeting Gynecare TVT Obturator System

ETH.MESH.00857891- ETH.MESH.00857893  Luscombe presentation:  Top Ten Reasons to Pursue Gynecare TVT Obturator System

ETH.MESH.00858080- ETH.MESH.00858081  Smith D Memo re Gynecare Board risk discussion before launch

ETH.MESH.00858092- ETH.MESH.00858093  Gynecare R&D Monthly Update - June

ETH.MESH.00858094- ETH.MESH.00858095  Gynecare R&D Monthly Update - March

ETH.MESH.00858096- ETH.MESH.00858097  Gynecare R&D Monthly Update -- May

ETH.MESH.00858110- ETH.MESH.00858111  April 10, 2003 meeting minutes from Project Leader Dan Smith

ETH.MESH.00858175- ETH.MESH.00858177  Mulberry Weekly Meeting Minutes for

ETH.MESH.00858252- ETH.MESH.00858253  London Brown Memo to Smith re Mechanical Cut vs Laser Cut Mesh Rationale

ETH.MESH.00858636- ETH.MESH.00858641  Memo Dan Smith to Ed Bobertz, et al. re TVT Secur Lessons Learned Review

ETH.MESH.00858888- ETH.MESH.00858890  New MINT or Prosima Commercialization Strategy

ETH.MESH.00858891- ETH.MESH.00858891  TVT Products Flowchart

ETH.MESH.00859014- ETH.MESH.00859681  Gynecare TVT-Obturator DH1019 Book 6 of 7

ETH.MESH.00860142- ETH.MESH.00860144  Smith D email chain re Sample medio TVTO

ETH.MESH.00860239- ETH.MESH.00860310  TVT-O IFU

ETH.MESH.00862206- ETH.MESH.00862208  LIMS Project #: BE-2004-916

ETH.MESH.00862227- ETH.MESH.00862235  PT0-0746; Version 1Validation Protocol for Knitting, Scouring and Heat-Setting 6-mil Old Construction Blue PROLENE Mesh at Secant Medical

ETH.MESH.00862284- ETH.MESH.00862289  MS729-XXX;Appendix 1

ETH.MESH.00862602- ETH.MESH.00862622  Mulberry Development Dan Smith Gynecare WW Management Board Presentation

ETH.MESH.00862727- ETH.MESH.00862728  Smith D email re My notes from the Thursday evening presentationnd Friday's surgery

ETH.MESH.00862729- ETH.MESH.00862732  Burns email chain re Mulberry Clinical Decision

ETH.MESH.00862867- ETH.MESH.00862868  Email Janice Burns to David Waltregny, et al. re Revision of manuscript submitted to European Urology

ETH.MESH.00862982- ETH.MESH.00862982  Memo Dan Smith to Design History File, Project MULBERRY re specific concerns raised during project evaluation R&D labs conducted by Gynecare R&D with certain physicians, including Jerry Frankel

ETH.MESH.00863391- ETH.MESH.00863393  Smith D email chain re 2 TVT Complaints concerning allegedly brittle mesh

ETH.MESH.00863405- ETH.MESH.00863407  Luscombe B email chain re Complaint TVT-O

ETH.MESH.00863438- ETH.MESH.00863494  Gynecare TVT Obturator System Tension-free Support for Incontinence Presentation Product Training Overview Latin America Market

ETH.MESH.00863631- ETH.MESH.00863667  Gynecare TVT Obturator Post launch information - presentation

ETH.MESH.00863692- ETH.MESH.00863694  Leibowitz email re Comparison of TVT Mesh to Meshes from Competitive Devices

ETH.MESH.00863703- ETH.MESH.00863709  Email Dan Smith to Janice Burns, et al. re FW: TVTO Dr. Feagins case follow up

ETH.MESH.00863763- ETH.MESH.00863764  Leibowitz email chain re Mesh Detail Aid - Follow-ups

ETH.MESH.00863840- ETH.MESH.00863840  O'Bryan email chain re Mulberry Clinical Decision

ETH.MESH.00863841- ETH.MESH.00863842  Study spreadsheet

ETH.MESH.00863924- ETH.MESH.00863934  Clinical Expert Report Assessment of the "inside-out" Transobturator Approach to Implant a Prolene (Polypropylene) Mesh for the Treatment of Stress Urinary Incontinence in Females

ETH.MESH.00863996- ETH.MESH.00863998  AUA VOC Interviews (Mulberry, Athos, Hybrid Mesh)  Dr. Bruce Rosenzweig, et al

ETH.MESH.00864038- ETH.MESH.00864039  Email Brian Luscombe to Dan Smith re Opportunities

ETH.MESH.00864045- ETH.MESH.00864047  Luscombe email chain re Article

ETH.MESH.00864085- ETH.MESH.00864087  Email Brian Luscombe to Dan Smith et al. re Design Validation

ETH.MESH.00864101- ETH.MESH.00864102  Smith D email chain re TOVT developments

ETH.MESH.00864113- ETH.MESH.00864114  Email Katrin Elbert to Dan Smith re FW: Article

ETH.MESH.00864122- ETH.MESH.00864124  Smith email chain re Article

ETH.MESH.00864131- ETH.MESH.00864133  Luscombe B email chain re Aug 11 program

ETH.MESH.00864138- ETH.MESH.00864139  Hossain email chain re Dennis Miller's comments

ETH.MESH.00864407- ETH.MESH.00864408  Smith D email chain re TVT-O

ETH.MESH.00864413- ETH.MESH.00864413  Robinson email re TVT-O

ETH.MESH.00864490- ETH.MESH.00864492  Smith D email chain re Ongoing TVT-O Action Items

ETH.MESH.00864493- ETH.MESH.00864496  Smith D email chain re Ongoing TVT-O Action Items

ETH.MESH.00864503- ETH.MESH.00864507  Campbell, S email chain re Ongoing TVT-O Action Items

ETH.MESH.00865064- ETH.MESH.00865065  Arnaud email chain re proposed VOC

ETH.MESH.00865069- ETH.MESH.00865072  Smith email re Draft report translated by "Babel fish"
                                       http://babelfish.altavista.com/tr

ETH.MESH.00865127- ETH.MESH.00865128  Arnaud email chain re Mulberry

ETH.MESH.00865147- ETH.MESH.00865147  Arnaud email re Mulberry IFU

ETH.MESH.00865184- ETH.MESH.00865186  Smith email chain re Mulberry info

ETH.MESH.00865216- ETH.MESH.00865217  Weisberg email re Project Mulberry

ETH.MESH.00865220- ETH.MESH.00865221  Email chain Smith to Weisberg et al. re: Trans-obturator approach/Clinical
                                       evidence

ETH.MESH.00865322- ETH.MESH.00865323  Owens C email chain re Reminder on BLUE mesh

ETH.MESH.00865384- ETH.MESH.00865389  Bossenger email chain re 2004 TVT Volumes + mulberry

ETH.MESH.00865483- ETH.MESH.00865487  Arnaud email chain re Discussion 11th June 2003 - redacted

ETH.MESH.00865625- ETH.MESH.00865627  Waltregny email re comments and thoughts consecutive re recent email and
                                       phone call exhanges

ETH.MESH.00866317- ETH.MESH.00866318  Burns email chain re Mulberry IFU

ETH.MESH.00869908- ETH.MESH.00869909  Thunder Meeting minutes

ETH.MESH.00869977- ETH.MESH.00870098  Clinical Evaluation Report Mesh Erosions - Peter A. Meier, MD

ETH.MESH.00870465- ETH.MESH.00870476  Meier email re Minutes Hamburg Meeting June 2nd

ETH.MESH.00870466- ETH.MESH.00870476  Expert Meeting Minutes - Meshes for Pelvic Floor Repair

ETH.MESH.00870481- ETH.MESH.00870482  London Brown, A email chain re LIGHTning clinical strategy

ETH.MESH.00871299- ETH.MESH.00871301  Robinson, D email re Summit CH key takeaways

ETH.MESH.00871431- ETH.MESH.00871432  London Brown, A email re Prosima Status Update

ETH.MESH.00871483- ETH.MESH.00871484  Ciarrocca email chain re MINT milestone payment

ETH.MESH.00871504- ETH.MESH.00871513  Carey Consulting and Assignment Agreement

ETH.MESH.00873567- ETH.MESH.00873567  Pelvic Floor Background & Competitive Landscape - Zenobia Walji

ETH.MESH.00874032- ETH.MESH.00874035  Yale M email chain re MHRA request - TVT (change to dying process)

ETH.MESH.00874288- ETH.MESH.00874288  Yale email re TVT registry

ETH.MESH.00874445- ETH.MESH.00874476  TVT-Secur Quality Board Presentation

ETH.MESH.00874519- ETH.MESH.00874520  Smith email chain re TVt-S update

ETH.MESH.00874526- ETH.MESH.00874528  Smith email chain re TVT-S update

ETH.MESH.00874532- ETH.MESH.00874533  Email Ramy Mahmoud to Mark Yale, et al. re TVT-S update

ETH.MESH.00874613- ETH.MESH.00874615  Blanco email chain re Investigator Initiated Study:  TVT Secur versus TVT Obturator

ETH.MESH.00874630- ETH.MESH.00874631  Bielinski email chain re TGA Meeting

ETH.MESH.00875541- ETH.MESH.00875543  Email Ethicon Interactive Communications to All Ethicon re Important Document Preservation notice

ETH.MESH.00875544- ETH.MESH.00875546  ETHUS email re Must Read!  Gynecare Document Hold Notice

ETH.MESH.00875647- ETH.MESH.00875649  Email from Carolyn Brennan (Project Manager, Worldwide Customer Quality) re Updated TVT and TVT-O Complication Rates 11-15-05

ETH.MESH.00875776- ETH.MESH.00875776  Yale email re GYNEMESH GPSL complaint

ETH.MESH.00888449- ETH.MESH.00888451  Ghee memo re Twelve Month Post-Launch Risk Assessment

ETH.MESH.00888453- ETH.MESH.00888454  Ghee email re 6 month post-launch risk assessment

ETH.MESH.00888464- ETH.MESH.00888473  Application FMEA for Prosima spreadsheet

ETH.MESH.00888723- ETH.MESH.00888723  Carey invoice

ETH.MESH.00888724- ETH.MESH.00888724  Dr. Marcus Carey Invoice

ETH.MESH.00888725- ETH.MESH.00888726  Carey Purchase Order

ETH.MESH.00888798- ETH.MESH.00888798  Zaddem V memo re Project Mint Technical Review I -- Impact of welding pockets on Mesh Implant

ETH.MESH.00889543- ETH.MESH.0089543  Project MINT Development Phase ppt

ETH.MESH.00890662- ETH.MESH.00890671  Carey Consulting Agreement - draft

ETH.MESH.00906445- ETH.MESH.00906445  Zaddem V email re 510(k) mesh data

ETH.MESH.00911305- ETH.MESH.00911305  Memo to PROLIFT* Pelvic Floor Repair System Design History File re Memo to address PDD requirement 2.3.2 pertaining to clinical evidence

ETH.MESH.00916799- ETH.MESH.00916799  Prosima GAT Presentation - Joshua Samon

ETH.MESH.00918015- ETH.MESH.00918019  Sunoco, Inc MSDS

ETH.MESH.00919017- ETH.MESH.00919018  Ghee Six Memo re Six month post-launch risk assessment

ETH.MESH.00919933- ETH.MESH.00919934  Design change notice FM-0000603 rev2

ETH.MESH.00922443- ETH.MESH.00922446  St Hilaire P re Bidirectional Elasticity Statement

ETH.MESH.00925065- ETH.MESH.00925067  Samon, J email chain re Mint Value Proposigion

ETH.MESH.00925068- ETH.MESH.00925071  Samon, J email chain re Mint splint 510(k) question

ETH.MESH.00926005- ETH.MESH.00926005  Carey invoice

ETH.MESH.00926546- ETH.MESH.00926548  Zaddem, V email chain re 510k discussion follow-ups

ETH.MESH.00927406- ETH.MESH.00927406  Carey purchase order

ETH.MESH.00927421- ETH.MESH.00927421  Carey invoice

ETH.MESH.00927432- ETH.MESH.00927434  Zaddem email chain re Invoice #006 for PO 991561685 - new quote request for March 2006

ETH.MESH.00927449- ETH.MESH.00927449  Carey ltt Zaddem re MINT project

ETH.MESH.00927454- ETH.MESH.00927454  Carey Purchase Order

ETH.MESH.00927505- ETH.MESH.00927505  Email Vincenza Zaddem to Marcus Carey re invoice for cadaver lab

ETH.MESH.00927564- ETH.MESH.00927564  Email Vincenza Zaddem to Marcus Carey re Quote for Prosima video

ETH.MESH.00927570- ETH.MESH.00927572  Zaddem email chain re Quote for Sept Prosima/MINT lab - PO #991701867

ETH.MESH.00927584- ETH.MESH.00927584  Carey ltt Zaddem re MINT/Prosima update

ETH.MESH.00928733- ETH.MESH.00928770  Gynemesh - filler tech

ETH.MESH.00949310- ETH.MESH.00949316  Lane email chain re Annual Compliance Training 2011 Now Available

ETH.MESH.00983775- ETH.MESH.00983792  Standard Operating Procedure Process for the Review and Approval of
Promotional and Advertising Material for Medical Devices and Combination
Products Revision 4, OP608-012

ETH.MESH.00992496- ETH.MESH.00992497  TVT071 Physician Brochure - GYNECARE Is Turning the Obturator Approach
"Inside-Out"

ETH.MESH.00993273- ETH.MESH.00993273  TVT Obturator Anatomic Considerations Clinical Update Special Considerations
Complications -- Raders and Lucente presentation

ETH.MESH.00993658- ETH.MESH.00993658  TVT SECUR -- US Plan

ETH.MESH.00993760- ETH.MESH.00993761  Felsenfeld email re Journal of Urology - Incontinence

ETH.MESH.00994463- ETH.MESH.00994463  Finley email re Obturator Sling Injuries

ETH.MESH.00994915- ETH.MESH.00994916  St Hilaire email chain re TVT O & Sexual Dynfunction

ETH.MESH.00994917- ETH.MESH.00994918  Barbara McCabe email re Sheath Sales Tool

ETH.MESH.00995283- ETH.MESH.00995285  Felsenfield email chain re Revised PPT presentation

ETH.MESH.00995286- ETH.MESH.00995353  Female Urinary Incontinence A Primary Care Perspective Presentation

ETH.MESH.00995508- ETH.MESH.00995512  TV071R Physician brochure - In Stress Urinary Incontinence  Rigorous Data.
Reproducible Results.  Gynecare TVT  Technology you can trust

ETH.MESH.00995657- ETH.MESH.00995657  Presentation:  SUI, A Primary Care Perspective

ETH.MESH.00995689- ETH.MESH.00995690  Tonnessen email re Bonnie Blair final approval of PCP Kit and Invite

ETH.MESH.00995691- ETH.MESH.00995692  Physician brocure - One Day Can Make All the Difference For Women With
Stress Urinary Incontinence  Inside:  A Special Invitation to Enhance Your
Practice

ETH.MESH.00995693- ETH.MESH.00995693  Form letter to Dr. re Welcome to the Bonnie Blair Break the Ice About SUI

ETH.MESH.00995694- ETH.MESH.00995695  Education Material - Stress Urinary Incontinence:  More Widespread Than
Commonly Thought, More Treatable Than Many Patients Believe

ETH.MESH.00995801- ETH.MESH.00995803  Product Pointer Trans Obturator Sling Procedures From AMS and Mentor

ETH.MESH.00995830- ETH.MESH.00995831  Amin email re TVT-O Complication Data

ETH.MESH.00995832- ETH.MESH.00995832  Complaint Reporting Statement Gynecare TVT

ETH.MESH.00995833- ETH.MESH.00995834  Field Communication - Gynecare TVT Obturator System

ETH.MESH.00995835- ETH.MESH.00995836  Complaint Reporting Statement

ETH.MESH.00996929- ETH.MESH.00996929  Scion SBT Presenation - slide 9 - Abbrevo COGS, ASP, GP...

ETH.MESH.00997921- ETH.MESH.00997923  Sump memo to TVT Secur Design History File

ETH.MESH.00998130- ETH.MESH.00998135  An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of
Female Urinary Incontinence Article

ETH.MESH.00998259- ETH.MESH.00998262  Gynecare TVT Secur System The Support is Here. Brochure TVTS001R2

ETH.MESH.00998286- ETH.MESH.00998291  Weisberg M Final Draft CER

ETH.MESH.00998292- ETH.MESH.00998293  St. Hilaire email chain re Clinical Expert Report Laser Cut Mesh

ETH.MESH.00998347- ETH.MESH.00998347  Gadot, Harel email re LCM - Launch Strategy EMEA

ETH.MESH.00998349- ETH.MESH.00998355  Weisberg M and Robinson D CER

ETH.MESH.00998678- ETH.MESH.00998679  Secur Timeline

ETH.MESH.00999113- ETH.MESH.00999115  Serels email chain re GYNECARE TVT SECUR July 21st - Preceptor training

ETH.MESH.00999745- ETH.MESH.00999746  Amin email re TVT SECUR Sales & Marketing Roll-Out Plan

ETH.MESH.00999764- ETH.MESH.00999767  Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for
Treatment of Urinary Incontinence Article
ETH.MESH.01000067- ETH.MESH.01000067  Salyer email re launch document updates

ETH.MESH.01000323- ETH.MESH.01000329  Smith D email chain re Draft of latest "cookbook"" after Germany trip

ETH.MESH.01000448- ETH.MESH.01000448  Email Jane Lee Cheung to Dharini Amin re Procedural Pearls doc - Final

ETH.MESH.01000449- ETH.MESH.01000452  Professional Education Index

ETH.MESH.01000731- ETH.MESH.01000735  Robinson email chain re TVT-S Cookbooks

ETH.MESH.01027987- ETH.MESH.01027991  US Update Meeting - spreadsheet

ETH.MESH.01028045- ETH.MESH.01028086  Clinical Study Agreement for Investigator Initiated Studies between Ethicon and
the Institute for Female Pelvic Medicine & Reconstructive Surgery

ETH.MESH.01031869- ETH.MESH.01031882  Zyczynski Clinical Study Agreement

ETH.MESH.01032152- ETH.MESH.01032219  Prosima Clinical Study Investigator Meeting presentation

ETH.MESH.01033484- ETH.MESH.01033485  Beach 2010 Performance and Development Plan Summary

ETH.MESH.01033728- ETH.MESH.01033741  VanDrie Clinical Study Agreement

ETH.MESH.01035596- ETH.MESH.01035602  Appendix 1, Clinical Site Monitoring Visit Report Protocol Number 300-07-006
Site 12, Rev 6
ETH.MESH.01037447- ETH.MESH.01037455  Owens CER Gynecare TVT Secur System

ETH.MESH.01037530- ETH.MESH.01037545  Final Report Ethicon Study No S04/2-2-1  A 3 month -re-clinical trial to assess the
fixation force of a new TVT (TVTx) in the sheep model
ETH.MESH.01041387- ETH.MESH.01041417  TVT-World-wide Observational Registry for Long-Term Data Protocol 300-06-006
Version 1
ETH.MESH.01042853- ETH.MESH.01042892  Gynecare TVT Secur - presentation

ETH.MESH.01059148- ETH.MESH.01059152  Gynecare TVT-Secur 2007 Product Complaints Involving Serious Injury

ETH.MESH.01066916- ETH.MESH.01066932  TVT and TVT-O RMR Rev 1

ETH.MESH.01068862- ETH.MESH.01068862  Spreadsheet DFMEA's TVT Classic

ETH.MESH.01068905- ETH.MESH.01068906  Kyle email chain re Particles in TVT-O Package Mtg Outcome

ETH.MESH.01069790- ETH.MESH.01069795  Response to Conditions

ETH.MESH.01126906- ETH.MESH.01126907  Memo Marty Weisberg to File re Mesh Fraying for TVT Devices

ETH.MESH.01128676- ETH.MESH.01128676  Email Jason Hernandez to Ji Hee Yeo, et al. re New TVT SECUR, TVT-O and
TVT (including AA) Procedural Steps Guide
ETH.MESH.01128679- ETH.MESH.01128698  Physician brocure - Procedural Steps TVT Secur System -- the support is here

ETH.MESH.01128704- ETH.MESH.01128704  Ethicon, Inc. Worldwide Complaint-Reporting Statement Gynecare TVT Tension-
free Support for Incontinence
ETH.MESH.01130566- ETH.MESH.01130566  Worldwide Complaint-Reporting Statement Gynecare TVT™ Obturator System -
Most Significant Reported Coplications through December 31, 2007

ETH.MESH.01137269- ETH.MESH.01137271  Email Lisa Kwiatek to Jacqueline Russo, et al. RE: 2001 Gynecare Marketing
Plans-Confidential
ETH.MESH.01137272- ETH.MESH.01137293  Irby/Kwiatek - Incontinence/Pelvic Floor Management GYNECARE TVT Tension-
free Support for Incontinence 2001 Marketing Plan
ETH.MESH.01140498- ETH.MESH.01140511  "Procedure Confidence" spreadsheet

ETH.MESH.01145214- ETH.MESH.01145214  Email Ariba Administrator to Lissette Caro-Rosado re Action Required: PR5107539-2010 Professional Education, Timothy Sayer, MD - US Incontinence & PFR, Annual (Approval Request)

ETH.MESH.01146862- ETH.MESH.01146866  Women's Health & Urology Marketing & Selling Monthly Accrual

ETH.MESH.01147115- ETH.MESH.01147115  Ciarrocca S email re Updated Mini TVT-O Deck

ETH.MESH.01147116- ETH.MESH.01147116  Mini TVT-O Stage Gate:  SBT Discovery Initiation

ETH.MESH.01150009- ETH.MESH.01150009  Gynecare TVT Secur Presentation

ETH.MESH.01156032- ETH.MESH.01156038  Gynecare Clinical Expert Report Gynecare Prolift* Pelvic Floor Repair System

ETH.MESH.01159961- ETH.MESH.01159962  Barbolt memo to Ciarroca re Biocompatibility Risk Assessment for the TVT-L Device

ETH.MESH.01160507- ETH.MESH.01160518  Dormier D email chain re Corporate Product Characterization December Monthly Report

ETH.MESH.01161938- ETH.MESH.01161968  Accounting spreadsheet per surgical procedures

ETH.MESH.01172684- ETH.MESH.01172685  VSD Brochure PROS-0320-09-12-11

ETH.MESH.01184277- ETH.MESH.01184277  Gynecare TVT Family of Products Tension-free Support for Incontinence Creative Brief Template

ETH.MESH.01186068- ETH.MESH.01186072  Marketing Brochure - Make Data and Safety Your Choice

ETH.MESH.01186129- ETH.MESH.01186131  Robinson email chain re Prosima feedback

ETH.MESH.01186613- ETH.MESH.01186613  Hinoul - IUGA From presentation to publication:  ensuring quality in the reporting of urogynaecology research

ETH.MESH.01188589- ETH.MESH.01188613  New STructures to create for GYNECARE TVT ABBREVO™ Anatomy Modules

ETH.MESH.01189729- ETH.MESH.01189730  Piet Hinoul notes re meeting with Prof deLeval and Prof Waltregny

ETH.MESH.01192300- ETH.MESH.01192308  Hinoul, P, Review of surgical techniques to insert implants in urogynaecology, Internatial Congress Series 1279 (2005) 398-406

ETH.MESH.01192895- ETH.MESH.01192901  Velemir L, et al, Transvaginal mesh repair of anterior and posterior vaginal wall prolapse:  a clinical and ultrasonographic study, Ultrasound Obstet Gynecol (2010)

ETH.MESH.01193011- ETH.MESH.01193176  Study Protocol  300 06 005

ETH.MESH.01198481- ETH.MESH.01198515  Department of Obstetrics and Gynaecology, Stockholm, Sweden, Research Funding Agreement:  Investigator Initiated Study

ETH.MESH.01201047- ETH.MESH.01201068  DRAFT - PA Strategy Review presentation

ETH.MESH.01201347- ETH.MESH.01201347  Beach email re TVM Manuscript for AUGS

ETH.MESH.01201387- ETH.MESH.01201389  Bryan L email chain re EBM Sub-team meetings for EWHU

ETH.MESH.01201955- ETH.MESH.01201956  Pagel K email re Prof Ed deck (draft 2 still) w/o video

ETH.MESH.01201957- ETH.MESH.01201957  Abbrevo Professional Education Presentation

ETH.MESH.01203207- ETH.MESH.01203260  Guidance on Medical Device Patient Labeling; Final Guidance for Industry and FDA Reviewers

ETH.MESH.01203957- ETH.MESH.01203957  Hinoul presentation:  The future of surgical meshes:  the industry's perspective

ETH.MESH.01210529- ETH.MESH.01210694  Clinical Expert Report Gynecare Gynemesh Mtm by Piet Hinoul, MD

ETH.MESH.01212090- ETH.MESH.01212099  TVT-Abbrevo RMR Rev 1

ETH.MESH.01212972- ETH.MESH.01212972  Hinoul presentation - prosima for stage 2 -4 prolapse

ETH.MESH.01216122- ETH.MESH.01216122  Briceno J email re 1st Post PRA review TVT Abbrevo

ETH.MESH.01216123- ETH.MESH.01216124  Briceño J Memo re TVT Abbrevo - Risk Assessment Review

ETH.MESH.01216125- ETH.MESH.01216150  Internal Notes - Memo

ETH.MESH.01216820- ETH.MESH.01216822  Smith email chain re information regarding Scion

ETH.MESH.01216831- ETH.MESH.01216833  Dormier E email chain re Meeting with Bridget - Transformation nature of Scion
delivery system

ETH.MESH.01217285- ETH.MESH.01217288  Memo by Lynn Hall re Summary of Findings and Next Steps from 10.12.01 TVT
DTC Focus Groups

ETH.MESH.01217673- ETH.MESH.01217690  Development Contract TVT-Next (TVTx)

ETH.MESH.01217925- ETH.MESH.01217959  Hutchinson Final Report An Exploratory 91-Day Tissue Reaction Study of
Polypropylene-Based Surgical Mesh in Rats

ETH.MESH.01218019- ETH.MESH.01218019  Revision History for dFMEA0000242

ETH.MESH.01218019-                     Revision history for dFMEA0000242, TVT Laser Cut Mesh Project
ETH.MESH.01218099- ETH.MESH.01218103  TVT Laser Cut Mesh Rev 1

ETH.MESH.01218361- ETH.MESH.01218367  Spychaj K memo re Shrinking meshes

ETH.MESH.01218446- ETH.MESH.01218449  Final Test Report - Prolene

ETH.MESH.01218594- ETH.MESH.01218596  London Brown email chain re TVT U Completion Report Version 3

ETH.MESH.01219414- ETH.MESH.01219418  Kammerer memo re Elongation characteristics of laser cut PROLENE mesh for
TVT

ETH.MESH.01219629- ETH.MESH.01219630  Flatow J email chair re Particle loss on TVT

ETH.MESH.01219984- ETH.MESH.01219994  Flatow Completion Report for Design Verification of TVT Laser Cut Mesh

ETH.MESH.01220135- ETH.MESH.01220145  Email Herve Fournier to Gene Kammerer, et al. RE: New Standards for Urethral
Slings

ETH.MESH.01220661- ETH.MESH.01220663  Kammerer G email chain re Aug 11 program

ETH.MESH.01220693- ETH.MESH.01220697  Kammerer email chain re TVT Mesh Fraying

ETH.MESH.01220710- ETH.MESH.01220711  Kammerer G re Technical data on competitive meshes from Europe

ETH.MESH.01220730- ETH.MESH.01220731  Questions raised at follow-up meeting with Murty Vykarnam and Mora Melican

ETH.MESH.01220871- ETH.MESH.01220872  Email Gene Kammerer to Laura Angelini, et al. RE: D'Art - Conversation with
Prof. Jacquetin

ETH.MESH.01221024- ETH.MESH.01221025  Kammerer G email re New Standards for Urethral Slings

ETH.MESH.01221055- ETH.MESH.01221058  An independent biomechanical evaluation of commercially available suburethral
slings Article

ETH.MESH.01221618- ETH.MESH.01221619  Kammerer G email chain re Elongation properties of LCM

ETH.MESH.01221735- ETH.MESH.01221740  Weisberg, Robinson Clinical Expert Report

ETH.MESH.01222075- ETH.MESH.01222079  Kammerer memo re Elongation Characteristics of Laser Cut PROLENE Mesh for
TVT

ETH.MESH.01222584- ETH.MESH.01222587  Ultrasonic Slitting of Prolene Mesh for TVT Feasibility Study

ETH.MESH.01222617- ETH.MESH.01222654  Cirellli - Histological evaluation and Comparison of Mechanical Pull Out Strength
of Prolene Mesh and Prolene Soft Mesh in a Rabbit Model

ETH.MESH.01223035- ETH.MESH.01223038  Sexual Function after Tension-Free Vaginal Tape Procedure Article

ETH.MESH.01226442- ETH.MESH.01226445  Kirkemo A Dear Dr. unsolicated request for information letter

ETH.MESH.01226446- ETH.MESH.01226449  Dr. Letter

ETH.MESH.01228079- ETH.MESH.01228084  Nilsson Podcase Transcript

ETH.MESH.01236139- ETH.MESH.01236139  Worldwide Complaint Reporting Statement Slide

ETH.MESH.01238048- ETH.MESH.01238051  Email Piet Hinoul to Stale Kvitle re TR: Comments on MiniMe to Julie and Zeb

ETH.MESH.01238454- ETH.MESH.01238456  Email Piet Hinoul to Dan Smith RE: TVTO length

ETH.MESH.01238538- ETH.MESH.01238541  Email Piet Hinoul to Dan Smith re Meeting Minutes Prof deLeval 20/04/09

ETH.MESH.01238551- ETH.MESH.01238551  Email Piet Hinoul to Katrin Elbert et al. re Meeting Minutes Prof deLeval 20/04/09

ETH.MESH.01238552- ETH.MESH.01238553  Piet Hinoul letter re meeting with Prof deLeval and Prof Waltregny

ETH.MESH.01238678- ETH.MESH.01238684  Hinoul P, et al, Surgical management of urinary stress incontinence in women:  A historical and clinical overview - UNCORRECTED PROOF

ETH.MESH.01239065- ETH.MESH.01239066  Robinson D email chain re TVT RR IFU Version 5 071409_T-3466

ETH.MESH.01243954- ETH.MESH.01243954  ETHICON, INC, Worldwide Complaint-Reporting Statement Gynecare TVT - Most Significant Reported Complications through December 31, 2007

ETH.MESH.01247379- ETH.MESH.01247379  Spreadsheet DFMEA's TVT Classic

ETH.MESH.01250926- ETH.MESH.01250926  Spreadsheet DFMEA's TVT Classic

ETH.MESH.01250962- ETH.MESH.01250962  Spreadsheet DFMEA's TVT Classic

ETH.MESH.01252509- ETH.MESH.01252512  Kirkemo A email chain re Review of Scion 2 year  data

ETH.MESH.01257735- ETH.MESH.01257738  Email Piet Hinoul to David Robinson, et al. RE: VS:IUGA

ETH.MESH.01257739- ETH.MESH.01257762  Nilsson submission - First Clinical Experience with Single-incision (TVT-Secur) Tape Procedure for Treatment of Urinary Stress Incontinence

ETH.MESH.01259495- ETH.MESH.01259509  Robinson CER Gynecare Prolift+M

ETH.MESH.01261962- ETH.MESH.01261962  Anatomic Considerations for the TVT-Obturator Approach for the Correction of Female Stress Urinary Incontinence presentation

ETH.MESH.01262293- ETH.MESH.01262293  one year clinical outcomes presentation PROS-0251-09-11-11

ETH.MESH.01262553- ETH.MESH.01262556  Email David Robinson to Dr. James Hart, et al. RE: Invitation to speak at IUGA workshop

ETH.MESH.01264260- ETH.MESH.01264260  Lawler T email re Polypropylene Mesh

ETH.MESH.01264497- ETH.MESH.01264498  Zaddem V email re mesh pore size - tissue compliance and contraction

ETH.MESH.01265223- ETH.MESH.01265239  RMR TVT and TVT-O Rev 1

ETH.MESH.01265511- ETH.MESH.01265511  Kirkemo A email re Your unsolicited request for medical information - MIR

ETH.MESH.01268264- ETH.MESH.01268277  RMR for TVT and TVT-O Revision History for RMR-0000044

ETH.MESH.01271090- ETH.MESH.01271099  Ulmsten U, et al, Intravaginal Slingplasty (IVS): an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence, Scand J Urolo and Nephrol 29: 75-82, 1995

ETH.MESH.01279975- ETH.MESH.01279976  Gadot H email re Next step in SUI sling

ETH.MESH.01281962- ETH.MESH.01281968  draft response to BSC criticisms re Prosima

ETH.MESH.01308974- ETH.MESH.01308989  Patient brochure - The Choice to End Stress Urinary Incontinence

ETH.MESH.01310061- ETH.MESH.01310065  TVT Laser Cut RMR Rev 2

ETH.MESH.01310476- ETH.MESH.01310481  TVT RMR Rev 3

ETH.MESH.01310482- ETH.MESH.01310482  Spreadsheet DFMEA's TVT Classic

ETH.MESH.01314498- ETH.MESH.01314505  Memo Jeffrey Everett to Project D'Art Design History File re Gynecare Prolift* Pelvic Floor Repair System Design Review: Design Verification, Process Qualification (PQ) and Design Transfer - Review Minutes and Action Items

ETH.MESH.01316727- ETH.MESH.01316765  Target Sheet Design History:  DH0263-DH0278

ETH.MESH.01317508- ETH.MESH.01317613  Design History DH0263-DH0278

ETH.MESH.01317510- ETH.MESH.01317514  DDSA Re-Evaluation for TVT

ETH.MESH.01317515- ETH.MESH.01317524  TVT-2 needles Introducer Revision 8

ETH.MESH.01317769- ETH.MESH.01318358  TVT-O Design History Book 2 of 7

ETH.MESH.01318359- ETH.MESH.01318831  Target Sheet DH1017-DH1019(bk5)

ETH.MESH.01318832- ETH.MESH.01319499  TVT-O Design History Book 6 of 7

ETH.MESH.01319500- ETH.MESH.01320123  TVT-O Design History Book 7 of 7

ETH.MESH.01320395- ETH.MESH.01320519  Biocompatibility Assessment of Medi-Line Use of Down Corning 200 Fluid (100 cst) In Gynecare TVT Products

ETH.MESH.0137272- ETH.MESH.01137293  Incontinence/Pelvic Floor Management GYNECARE TVT Tension-free Support for Incontinence 2001 Marketing Plan

ETH.MESH.01404790- ETH.MESH.01404791  Monthly Complaint Review Meeting minutes

ETH.MESH.01404792- ETH.MESH.01404794  Women's Health & Urology Monthly Complaint Review Meeting

ETH.MESH.01405166- ETH.MESH.01405166  Volpe, Meier presentation:  Exploratory Program "Thunder" A Material designed for  pelvic floor

ETH.MESH.01405167- ETH.MESH.01405171  Exploratory Program "Thunder" presentation

ETH.MESH.01405441- ETH.MESH.01405525  Gynecare Prosima* Pelvic Floor Repair System

ETH.MESH.01407837- ETH.MESH.01407837  PFMEA-100152 Rev A  Potential Failure M:ode and Effect Analysis - spreadsheet

ETH.MESH.01409412- ETH.MESH.01409422  Design Transfer Checklist TVT SECUR* SYSTEM Version 3

ETH.MESH.01410044- ETH.MESH.01410047  Product Specification Gynecare TVT Secur* EPC061 Revision: B

ETH.MESH.01411037- ETH.MESH.01411039  Summary -  comparison of carey device to prosima

ETH.MESH.01411040- ETH.MESH.01411043  Samon, J Memo re VOC reports mesh too small for some women

ETH.MESH.01411047-                            Robinson signed CER

ETH.MESH.01412618- ETH.MESH.01412626  Quality Strategy Project MINT Rev C

ETH.MESH.01412965- ETH.MESH.01412974  Design FEMA for Project MINT spreadsheet

ETH.MESH.01418539- ETH.MESH.01418544  Risk Management Report Gynecare TVT Abbrevo Rev 1

ETH.MESH.01419741- ETH.MESH.01419741  Spreadsheet DFMEA's TVT Classic

ETH.MESH.01424029- ETH.MESH.01424035  Cobb, WS, et al, The Argument for Lightweight Polypropylene Mesh in Hernia Repair, Surgial Innovation (2005) 12(2); T1-T7

ETH.MESH.01424246- ETH.MESH.01424290  Test Report No. B0086/02 Test for local effects after implantation

ETH.MESH.01538120- ETH.MESH.01538120  Gynecare TVT Abbrevo Launch Planning Stage Gate EWHU Board presentation

ETH.MESH.01553931- ETH.MESH.01554115  All November 2006 WHU Events including Capital

ETH.MESH.01590319- ETH.MESH.01590319  Project Mint Design Review

ETH.MESH.01590407- ETH.MESH.01590409  New MINT or Prosima commercialization strategy

ETH.MESH.01590413- ETH.MESH.01590417  MINT reg strategy

ETH.MESH.01590642- ETH.MESH.01590645  Lamont Memo re Pelvic Floor Product(s) Complaint Review for GYNECARE PROSIMA Risk Management

ETH.MESH.01590654- ETH.MESH.01590654  MINT Design Review Jan 23 2007

ETH.MESH.01590657- ETH.MESH.01590670  - IFU A

ETH.MESH.01591662- ETH.MESH.01591662  MINT Design Review April 9 2007

ETH.MESH.01592178- ETH.MESH.01592188  Design Validation Report - GYNECARE TVT SECUR SYSTEM

ETH.MESH.01592274- ETH.MESH.01592281  Product Quality Plan for Gynecare Prosima* Pelvic Floor Repair System Revision History for PQP-0000027

ETH.MESH.01592467- ETH.MESH.01592490  Test Method Validation Protocol:  Visual Acceptance criteria for seal of Blister PVA-112940-TMV-PR

ETH.MESH.01592899- ETH.MESH.01592932  Test Method Validation Report:  Visual Acceptance criteria for seal of Blister PVA-112940-TMV-RE Rev A

ETH.MESH.01613291- ETH.MESH.01613292  Ethicon, Inc. Worldwide Complaint Reporting Statement

ETH.MESH.01625288- ETH.MESH.01625295  What is urinary incontinence?

ETH.MESH.01638150- ETH.MESH.01638150  Presentation- PAGS lunch- Background presentation Development MINT by Zyczynski

ETH.MESH.01673341- ETH.MESH.01673341  Presentation: "Stop Coping. Start Living. Treatment Options for Urinary Incontinence."

ETH.MESH.01673345- ETH.MESH.01673347  Ad Template Process

ETH.MESH.01674264- ETH.MESH.01674264  Spreadsheet re Faculty, Preceptors, Speaking Training, etc.

ETH.MESH.01675805- ETH.MESH.01675806  Samuel S email re Key Steps Flashcare Clarification

ETH.MESH.01696387- ETH.MESH.01696387  TVT Obturator Anatomic Considerations Clinical Update Special Considerations Complications Presentation

ETH.MESH.01697725- ETH.MESH.01697875  Preceptor invoice spreadsheet

ETH.MESH.01700735- ETH.MESH.01700744  Care Consulting Agreement Requisition Form - Part 1

ETH.MESH.01706065- ETH.MESH.01706065  The Science of "What's Left Behind" . . . Evidence & Follow-Up of Mesh Use for SUI - Grier presentation

ETH.MESH.01713426- ETH.MESH.01713426  Email EthiconFeedback to B Pattyson re Contract Request (Approved) for Halina Zyczynski, MD ongoing preceptorship agreement

ETH.MESH.01716847- ETH.MESH.01716848  Pattyson email chain re inquiry from Dr. Cholhan . . . artificial mesh kits for female pelvic floor reconstruction should be considered experimental at this time . . .

ETH.MESH.01719509- ETH.MESH.01719509  Email Bart Pattyson to Marcos Kioshi Fujihara, et al. re TVT SECUR - Current ABSTRACTS - INTERNAL USE ONLY

ETH.MESH.01719510- ETH.MESH.01719510  Gynecare TVT Secur Abstract Spreadsheet

ETH.MESH.01729958- ETH.MESH.01729966  Carey Master Consulting Agreement

ETH.MESH.01730035- ETH.MESH.01730035  Sayer Consultant Invoice

ETH.MESH.01730625- ETH.MESH.01730625  Consultant Invoice

ETH.MESH.01730839- ETH.MESH.01730839  Email Lissette Caro-Rosado to Bart Pattyson, et al. re FW: GYNECARE TVT Obturator Update

ETH.MESH.01737143- ETH.MESH.01737148  Tension-free Vaginal Tapes and Pelvic Nerve Neuropathy Article

ETH.MESH.01745568- ETH.MESH.01745572  Email from Carlos E. Lugo-Ponce to Darlene Jane Kyle et al re Product Complaint CC1007005-Taiwan

ETH.MESH.01746858- ETH.MESH.01746861  Email Harel Gadot to Andrew Beveridge, et al. re TVT World registry

ETH.MESH.01752532- ETH.MESH.01752535  Trzewik - Mesh design argumentation issues

ETH.MESH.01754389- ETH.MESH.01754416  Weisberg CER - Assessment of the "inside-out" Transobturator Approach to Implant a Prolene (Polypropylene) Mesh for the Treatment of Stress Urinary Incontinence in Females

ETH.MESH.01756668- ETH.MESH.01756675  Robinson email chain re Prosima Post-Launch Risk Review

ETH.MESH.01756670- ETH.MESH.01756675  Memo Vernon Ghee, Jr to Post-Launch Risk Assessment of Prosima* Pelvic Floor Repair System re Six Month Post-Launch Risk Assessment

ETH.MESH.01758769- ETH.MESH.01758769  Email Mark Yale to Catherine Beath, et al. re TVT-S QB.ppt

ETH.MESH.01758770- ETH.MESH.01758801  TVT-Secur Quality Board presentation

ETH.MESH.01760362- ETH.MESH.01760363  Woods email chain re Trial

ETH.MESH.01760565- ETH.MESH.01760565  Project MINT Procedural Map flow chart

ETH.MESH.01760853- ETH.MESH.01760861  Clinical Expert Report ULTRAPRO

ETH.MESH.01761352- ETH.MESH.01761359  Email David Robinson to Bob Roda RE: TVT-S Cookbooks

ETH.MESH.01765748- ETH.MESH.01765771  Prosima registry protocol final 1.21.08

ETH.MESH.01770534- ETH.MESH.01770534  Arnaud email re TVT-S Cookbooks

ETH.MESH.01770535- ETH.MESH.01770540  TVT-Secur:  "Hammock" position

ETH.MESH.01770541- ETH.MESH.01770546  TVT-Secur: "U" position

ETH.MESH.01774758- ETH.MESH.01774760  Robinson email chain re PROLIFT Mesh Design

ETH.MESH.01775242- ETH.MESH.01775257  Executive Summary - Preliminary results of peri-operative and 3-month outcomes
from a world-wide observational registry of tension-free vational tapes in with
SUI

ETH.MESH.01775482- ETH.MESH.01775482  Prosima Internal Commjunicaion postpone prosima project 2008

ETH.MESH.01782154- ETH.MESH.01782156  Robinson email chain re TVT-O Patient-Related Complaint Categories

ETH.MESH.01782783- ETH.MESH.01782785  Notes from Meeting with Dr. V Lucente and Dr. M Murphy (Allentown, PA) to
discuss Prolift RCT

ETH.MESH.01782850- ETH.MESH.01782852  Robinson email chain re Clinical strategy for SECUR

ETH.MESH.01782867- ETH.MESH.01782867  Factors Related to Mesh Shrinkage: What do we know? A review of literature and
internal studies

ETH.MESH.01784428- ETH.MESH.01784435  Robinson email chain re TVT-S Cookbooks

ETH.MESH.01784823- ETH.MESH.01784828  Clinical Expert Report for Laser Cut Mesh signed by Martin Weisberg, MD and
David Robinson MD

ETH.MESH.01785259- ETH.MESH.01785260  Hinoul, P email chain re +M relaxation

ETH.MESH.01795834- ETH.MESH.01795873  Clinical Evaluation Report Gynecare TVT Tension-free Vaginal Tape / Tension-
free Vaginal Tape Accessory Abdominal Guide by David Robinson, MD

ETH.MESH.01795909- ETH.MESH.01795929  Hinoul Clinical Expert Report

ETH.MESH.01803816- ETH.MESH.01803818  Summary Project Mint

ETH.MESH.01804278- ETH.MESH.01804592  GYNECARE TVT - OBTURATOR DH1019 Book 3 of 7

ETH.MESH.01805514- ETH.MESH.01805514  April 12th Board up-date Dan Smith Steve Bell Laura Angelini Presentation

ETH.MESH.01805958- ETH.MESH.01805958  Gynecare TVT Secur Competitive Product Update

ETH.MESH.01805963- ETH.MESH.01805963  Peebles R email re Mesh slides for NTM

ETH.MESH.01805985- ETH.MESH.01806002  Draft Smith presentation:  The Mesh Story

ETH.MESH.01808310- ETH.MESH.01808310  Tracey M email re Trip Report Format Mulberry 22Jan2003

ETH.MESH.01808311- ETH.MESH.01808318  Tracey M Trip Report

ETH.MESH.01808684- ETH.MESH.01808686  Email Gary Borkes to Dan Smith, et al. re Final Mulberry DDSA for signature

ETH.MESH.01808729- ETH.MESH.01808741  Test Report - Prolene

ETH.MESH.01809078- ETH.MESH.01809079  Email Paul Parisi to Ettore Carion, et al. re Important Laser cut mesh Update

ETH.MESH.01809080- ETH.MESH.01809081  Leibowitz B Memo re Comparison of Laser-Cut and Machine-Cut TVT Mesh to
Meshes from Competitive Devices (BE-2004-1641)

ETH.MESH.01809082- ETH.MESH.01809083  London-Brown A Memto to Parisi, Mahar re VOC on new Laser Cut TVT Mesh

ETH.MESH.01809300- ETH.MESH.01809305  Protocol #03-0361 Mulberry Development Lab

ETH.MESH.01810780- ETH.MESH.01810783  Burns email chain re TVT-O Adverse event standby - DO NOT FORWARD

ETH.MESH.01810987- ETH.MESH.01810988  Email Janice Burns to Katrin Elbert et al. re update to TVT-O IFU

ETH.MESH.01811342- ETH.MESH.01811342  Smith email chain re TOVT development

ETH.MESH.01811758- ETH.MESH.01811758  Parisi P email re TVT Laser cut mesh business case

ETH.MESH.01811770- ETH.MESH.01811772  Bell S email chain re VOC on Laser cut mesh

ETH.MESH.01811862- ETH.MESH.01811863  Goodwin email chain re Protocole TV-O-001

ETH.MESH.01813074- ETH.MESH.01813074  Dufau email re Pr. de Leval - Mulburry project

ETH.MESH.01813975- ETH.MESH.01813978  Email from Patty Lancos to Manuel Castro and Dan Smith re FDA Prep

ETH.MESH.01814250- ETH.MESH.01814252  Yale email chain re Mesh Fraying

ETH.MESH.01814371- ETH.MESH.01814372  Elbert K email chain re Design Control

ETH.MESH.01814384- ETH.MESH.01814400  Work Instruction for New Product Design Control

ETH.MESH.01814740- ETH.MESH.01814741  Email from Dan Smith to Katrin Elbert re IFU changes

ETH.MESH.01815505- ETH.MESH.01815513  Burns J email chain re TVT-O Dr. Feagins case follow up

ETH.MESH.01815567- ETH.MESH.01815568  Godwin email chain re Protocole TVT-O-001

ETH.MESH.01815607- ETH.MESH.01815607  Godwin email chain re Mulberry Clinical Study 3

ETH.MESH.01815611- ETH.MESH.01815613  Smith D email chain re Discussion 11th June 2003

ETH.MESH.01815621- ETH.MESH.01815623  Redacted Godwin email chain re Mulberry Clinical Study 3

ETH.MESH.01815660- ETH.MESH.01815664  Project Mulberry - Preliminary Clinical Diligence Report - Shen, Weisberg, Godwin

ETH.MESH.01815722- ETH.MESH.01815723  Email Suzanne Dufau to Dan Smith re TR: Honoraires 2 degree trimestre Pr. de LEVAL

ETH.MESH.01816436- ETH.MESH.01816436  VOC Summary Mini Me - Presentation

ETH.MESH.01816988- ETH.MESH.01816989  Spreadseet mesh characeristis

ETH.MESH.01816990- ETH.MESH.01816990  Mesh development timeline

ETH.MESH.01819505- ETH.MESH.01819506  Thunder Meeting minutes

ETH.MESH.01819526- ETH.MESH.01819570  Project: Literature Review - Pelvic Organ Prolapse Repair Procedures

ETH.MESH.01819528- ETH.MESH.01819572  Robinson Literature Review - Pelvic Organ Prolapse Repair Procedures

ETH.MESH.01819833- ETH.MESH.01819883  Presentation - Agenda PFR Market; Project MINT; Program LIGHTning; Program Avatar

ETH.MESH.01819838- ETH.MESH.01819839  Dormier email chain re mesh development timeline

ETH.MESH.01819840- ETH.MESH.01819842  Mesh flowchart

ETH.MESH.01821581- ETH.MESH.01821582  Smith,D email re 510k Mint tests pending

ETH.MESH.01821586- ETH.MESH.01821587  London Brown, A email re Prosima November Update

ETH.MESH.01821675- ETH.MESH.01821680  Request for Deal Payment - Instructions

ETH.MESH.01821792- ETH.MESH.01821802  Patent WO2006/034719 A1

ETH.MESH.01822361- ETH.MESH.01822363  Smith D email chain re TVT-Secur

ETH.MESH.01823906- ETH.MESH.01823911  Email Oliver Merker to Allison London Brown et al. re PROLIFT Improvements - Pr Eberhard (Frauenfeld, Switzerland)

ETH.MESH.01824104- ETH.MESH.01824106  Justification for utilizing the elasticity test as the elongation requirements on TVT LCM

ETH.MESH.01824318- ETH.MESH.01824319  Smith email re TVT operation

ETH.MESH.01824387- ETH.MESH.01824390  Smith email chain re TVT-S Cookbooks

ETH.MESH.01856586- ETH.MESH.01856600  GyneCare Monthly Complaint Review December 2002 (25-November through 29-December)

ETH.MESH.01910507- ETH.MESH.01910508  Viscido email chain re Post Launch Reviews

ETH.MESH.01910509- ETH.MESH.01910511  DDSA Review Completed

ETH.MESH.01945854- ETH.MESH.01945854  Email Mark Yale re TVT laser cut equivalency

ETH.MESH.01949009- ETH.MESH.01949013  J&J Law Department Document Preservation Notice Do Not Destroy Specified
Documents

ETH.MESH.01949198- ETH.MESH.01949200  Yale email chain re Gyne Mesh patient

ETH.MESH.01950408- ETH.MESH.01950551  Complaint spreadsheet

ETH.MESH.01961610- ETH.MESH.01961611  Meeting report - Thunder_mesh and experimental design requirements

ETH.MESH.01962383- ETH.MESH.01962386  Process FMEA - PROSIMA Products spreadsheet

ETH.MESH.01988643- ETH.MESH.01988644  Zaddem V email chain re disclosure questions

ETH.MESH.01992234- ETH.MESH.01992237  Test Method Applicability/Suitability Rev History for FM-0000020

ETH.MESH.02001398- ETH.MESH.02001473  Gynecare Prolift Total Pelvic Floor Repair System Instructions for Use

ETH.MESH.02009749- ETH.MESH.02009780  Stage Gate presentation

ETH.MESH.02010519- ETH.MESH.02010526  Product Quality Plan for Gynecare Prosima* Pelvic Floor Repair System Revision
History for PQP-0000027

ETH.MESH.02010637- ETH.MESH.02010639  Design Change Notice (Part 2) FM-0000603 rev2

ETH.MESH.02010643- ETH.MESH.02010644  Design Change Notice (Part 2) FM-0000603 rev2

ETH.MESH.02010834- ETH.MESH.02010855  Biomechanical consideration for Pelvic floor mesh design

ETH.MESH.02011199- ETH.MESH.02011199  Rousseau R email re umbilical hernia surgery sales contacts

ETH.MESH.02013947- ETH.MESH.02013948  Zaddem V email chain re Your input on 30 in 3 and Speed to launch

ETH.MESH.02017152- ETH.MESH.02017158  Ethicon Expert Meeting:  Meshes for Pelvic Floor Repair brochure

ETH.MESH.02017169- ETH.MESH.02017190  Hellhammer B Meshes in Pelvic Floor Repair Findings from literature reivew and
interviews with surgeons

ETH.MESH.02019485- ETH.MESH.02019485  Email Vincenza Zaddem to Alyssa Kilayko re obt muscle thickness values

ETH.MESH.02020023- ETH.MESH.02020024  Biocompatability of Prosima components final draft insert into 510k

ETH.MESH.02020646- ETH.MESH.02020681  Project Mint Design Review

ETH.MESH.02020712- ETH.MESH.02020713  Zaddem V email chain re MINT: 6/2/05 Materials Advisory meeting minutes

ETH.MESH.02024699- ETH.MESH.02024706  Product Quality Plan for Gynecare Prosima* Pelvic Floor Repair System Revision
History for PQP-0000027

ETH.MESH.02026591- ETH.MESH.02026595  Sunco C4001 Polypropylene Homopolymer MSDS

ETH.MESH.02027880- ETH.MESH.02027881  Ghee email chain re PROSIMA complaints - slides fro SBT

ETH.MESH.02027944- ETH.MESH.02027946  Memo Vernon Ghee, Jr. to Post-Launch Risk Assessment of Prosima* Pelvic
Floor Repair System re Twelve Month Post-Launch Risk Assessment

ETH.MESH.02027947- ETH.MESH.02027948  Memo Vernon Ghee, Jr to Post-Launch Risk Assessment of Prosima* Pelvic
Floor Repair System re Six Month Post-Launch Risk Assessment

ETH.MESH.02027955- ETH.MESH.02027955  Table of Harm, Severity of Harm, Hazard and # of Failure Modes Identified

ETH.MESH.02030340- ETH.MESH.02030356  Project NEO - DHF0000979 Medical Affairs NEO DRM Rationales

ETH.MESH.02040679- ETH.MESH.02040686  Revision Hx for DWI-PQP100211

ETH.MESH.02040687- ETH.MESH.02040688  Design Change Notice (Part 1) FM-0000603Rev2

ETH.MESH.02040709- ETH.MESH.02040714  Risk Management Report Prosima Pelvic Floor Repair Kit Revision History for
(RMR-0000029)

ETH.MESH.02050884- ETH.MESH.02050909  Prosima Key Prcoedural Brochure PROS-0333-09-12-11

ETH.MESH.02052858- ETH.MESH.02052871  Project Plan MINT

ETH.MESH.02053629- ETH.MESH.02053632  Marketing brochure Gynemesh PS A New Mesh for Pelvic Floor Repair Early
Clinical Experience

ETH.MESH.02058110- ETH.MESH.02058112  Project TVT-L Rev B.

ETH.MESH.02059212- ETH.MESH.02059232  Protocol  Study Title:  A Phase 2 Study to Evaluate the Safety ad Efficiary of the
Fibrin Pad Hemostatic Dressing in Trauma Patients Undergoing Re-Laprotomy
after Initial Damages Control Surgery

ETH.MESH.02089392- ETH.MESH.02089399  Scientific Advisory Panel on Pelvic Floor Repair Preliminary Minutes

ETH.MESH.02090196- ETH.MESH.02090209  Trip Notes

ETH.MESH.02090770- ETH.MESH.02090784  Khandwala Consulting Agreement Requisition Form - Part 1

ETH.MESH.02091873- ETH.MESH.02091873  Holste Barbolt Mesh chara sign page

ETH.MESH.02091922- ETH.MESH.02091974  Mint clinical data

ETH.MESH.02092919- ETH.MESH.02092921  Prosima clinical strategy

ETH.MESH.02095169- ETH.MESH.02095172  Email Kimberly Hunsicker to Jessica Shen, et al. re FW: ICS - Event summary

ETH.MESH.02095523- ETH.MESH.02095525  Shen email chain re Final 6 month TVM safety data

ETH.MESH.02096980- ETH.MESH.02096981  Urquhart, C email re Updated Prosima CRF

ETH.MESH.02097074- ETH.MESH.02097075  Guidry, C email re first 1/2 year accomplishments

ETH.MESH.02101709- ETH.MESH.02101719  Nilsson Consulting Agreement Requisition Form

ETH.MESH.02104375- ETH.MESH.02104394  Marketing Material Rollout presentation PROS-045-10-2-12

ETH.MESH.02105223- ETH.MESH.02105223  Incontinence Platform WW Marketing Team Update Presentation

ETH.MESH.02105710- ETH.MESH.02105711  PROS-036-10-1-12 Brand Story and Key Message training material

ETH.MESH.02106139- ETH.MESH.02106140  Hernandez email chain re Regional Input to Finalize TVT WORLD
Recommendation for Board Meeting on Monday March 2nd

ETH.MESH.02106156- ETH.MESH.02106156  Hernandez email re Ensuring Internal Team Maintains TVT WORLD Decision
Confidential to Allow Formal Notification

ETH.MESH.02106741- ETH.MESH.02106743  Surgeon Evaluation Questions for Laser Cut Mesh

ETH.MESH.02106803- ETH.MESH.02106803  Physician Post-Operative Questionnaire

ETH.MESH.02108293- ETH.MESH.02108295  Division Meeting Notes:  Continence Health

ETH.MESH.02114101- ETH.MESH.02114103  Osman email chain re Wal-Mart Female Pelvic Health Poster Options

ETH.MESH.02122903- ETH.MESH.02122905  Brennan email chain re TVT Complications Statement 2008

ETH.MESH.02123291- ETH.MESH.02123291  Chaves email re MiniSling Abstract Overview & Nilsson Podcast

ETH.MESH.02126222- ETH.MESH.02126227  KOL Interview:  Carl G. Nilsson

ETH.MESH.02128841- ETH.MESH.02128841  Revision History for dFMEA0000330, PROSIMA

ETH.MESH.02132924- ETH.MESH.02132928  Hinoul P, et al, Factors determining the adoption of innovative needle suspension
techniques with mesh to treat urogenital prolapse:  a conjoint analysis study,
Euro J Obstet Y Gynecol and Reproductive Biology (2010)

ETH.MESH.02134271- ETH.MESH.02134273  Memo to Rippy re Mechanisms of Cytotoxicity for TVT Polypropylene Mesh

ETH.MESH.02134274- ETH.MESH.02134279  Product Safety Profile

ETH.MESH.02134312- ETH.MESH.02134314  Memo re Biocompatibility Risk Assessment for the Gynecare TVT Obturator

ETH.MESH.02135955- ETH.MESH.02135968  Gynecare TVT SECUR System Design Validation Report (Product) Report #TVTSDVLPRD1

ETH.MESH.02136060- ETH.MESH.02136073  Gynecare TVT Secur System Design Validation Report (Product) Report #TVTSDVLPRD1

ETH.MESH.02140629- ETH.MESH.02140629  Training- Re-evaluating definition of successful POP repair

ETH.MESH.02141109- ETH.MESH.02141110  CR Submission form 2008-461 Preceptor training - Copy

ETH.MESH.02142626- ETH.MESH.02142650  Discovery Project T-PRO - presentation

ETH.MESH.02142865- ETH.MESH.02142865  WW Pelvic Floor Strategic Plan - presentation

ETH.MESH.02148431- ETH.MESH.02148432  Holste J email chain re Question on Moncryl absorption

ETH.MESH.02148446- ETH.MESH.02148460  The lightweight and large porpous mesh concept for hernia repair Article

ETH.MESH.02150118- ETH.MESH.02150127  Literature review- Changes in Dyspareunia Rates After Pelvic Floor Repair - GPD-490-10-11-12

ETH.MESH.02151811- ETH.MESH.02151812  Meek email chain re TVT-Secur QB - follow up - CONFIDENTIAL

ETH.MESH.02154740- ETH.MESH.02154740  Carey ltt Meek re consulting fee

ETH.MESH.02154877- ETH.MESH.02154881  Ted Foltyn URGENT: Discuss Australian Regulator (TVT Secur Performanc) Conf Call Accepted

ETH.MESH.02155045- ETH.MESH.02155045  Meek notice re Discussion of PROSIMA analysis with Risk Management meeting.

ETH.MESH.02156725- ETH.MESH.02156725  Meek email chain re Prosima feedback

ETH.MESH.02156730- ETH.MESH.02156730  Meek email chain re Prosima Feedback

ETH.MESH.02156759- ETH.MESH.02156760  Meek email chain re Prosima Feedback

ETH.MESH.02156777- ETH.MESH.02156778  Meek email chain re Prosima Feedback

ETH.MESH.02157552- ETH.MESH.02157555  Haby, J email re GGM Blue

ETH.MESH.02157878- ETH.MESH.02157878  Meier email re EN_1251273177_Netz-Explantate-mpü_21777_ue_ed.doc

ETH.MESH.02169504- ETH.MESH.02169505  Robinson email chain re Marketing engagements

ETH.MESH.02170708- ETH.MESH.02170709  Robinson D email chain re UP

ETH.MESH.02178001- ETH.MESH.02178002  Kling email chain re EWHU Marketing Contract Escalation for Douglas VanDrie

ETH.MESH.02178164- ETH.MESH.02178164  Kanerviko email re Budget meeting  tomorrow

ETH.MESH.02178872- ETH.MESH.02178873  Peter K email re TOPA timing - draft for review and input

ETH.MESH.02180737- ETH.MESH.02180737  Toddywala R email re Project Mulberry

ETH.MESH.02180759- ETH.MESH.02180761  de Leval J memo

ETH.MESH.02180826- ETH.MESH.02180827  Menneret D email chain re Mesh Fraying: Dr. Eberhard letter

ETH.MESH.02180828- ETH.MESH.02180830  Sibylle B Memo to Menneret D re TVT blue

ETH.MESH.02180833- ETH.MESH.02180833  Translation of PD Doctor Eberhard's letter

ETH.MESH.02182839- ETH.MESH.02182844  Completion Report, Design Verificaiton for Soft PROLENE Mesh/Mesh Curling

ETH.MESH.02183533- ETH.MESH.02183536  Burkley D email chain re Pore size request

ETH.MESH.02183537- ETH.MESH.02183540  Burkley - Prorsity Measurements of Various Meshes

ETH.MESH.02184130- ETH.MESH.02184138  Chomiak  email chain re Nachtrag: der Artikel

ETH.MESH.02184435- ETH.MESH.02184436  Rathore O email chain re Analytical characterization - Optimization of STructure

ETH.MESH.02185004- ETH.MESH.02185004  Flint J email chain re surface area

ETH.MESH.02185584- ETH.MESH.02185605  Biomechanical consideration for Pelvic floor mesh design

ETH.MESH.02189932- ETH.MESH.02189935  Email Dr. Christoph Walther to Vincenza Zaddem re Info needed for FDA - Lighntng

ETH.MESH.02195783- ETH.MESH.02195797  Design Requirements Matrix Prolift+M/Lightning - Partially Absorbable Mesh Implant for Pelvic Floor Repair

ETH.MESH.02195798- ETH.MESH.02195799  Arnold, K email chain re LIghtning - Mesh Strength Design Requirement

ETH.MESH.02198933- ETH.MESH.02198947  Robinson CER Gynecare Prolift +M

ETH.MESH.02201463- ETH.MESH.02201467  Email Walji to Bogardus, et al. re ICS / Paris - Gala Invitee List

ETH.MESH.02203991- ETH.MESH.02204046  - IFU B

ETH.MESH.02207388- ETH.MESH.02207389  Batke B email chain re Bisphenol A (BPA) - Question

ETH.MESH.02212596- ETH.MESH.02212596  Mesh Testing Elizabeth Vailhe November 14, 2007 Presentation

ETH.MESH.02212840- ETH.MESH.02212842  Spreadsheet re Mesh characteristics

ETH.MESH.02218268- ETH.MESH.02218292  Presentation:  TOPA & SCION PA Alignment

ETH.MESH.02218436- ETH.MESH.02218439  TVTOPAC Cadaver Lab Report

ETH.MESH.02219162- ETH.MESH.02219164  Presentation Script

ETH.MESH.02219202- ETH.MESH.02219210  Material Specification for TVT Prolene Polypropylene Mesh Roll Stock, Rev. 5

ETH.MESH.02221369- ETH.MESH.02221378  Design Verification Protocol for TVT-O PAC [TOPA Clinical] Project 14495, Version 1 Study Number AST-2010-0536

ETH.MESH.02221379- ETH.MESH.02221388  Stability Study Protocol:  SS# 1617 Project TVT-O Partially Absorbable (PA) - To Support Clinical Build

ETH.MESH.02222437- ETH.MESH.02222656  DHF 25 1-323 CE Mark of TVT - AA Kit.pdf

ETH.MESH.02227221- ETH.MESH.02227221  Holste email re Interm Report Mesh Implants Pelvic floor Prof. Klosterhalfen

ETH.MESH.02227224- ETH.MESH.02227224  Thunder MGPP decision meeting - presentation

ETH.MESH.02227368- ETH.MESH.02227368  Meshes/Devices Chart

ETH.MESH.02229020- ETH.MESH.02229020  Educational Video

ETH.MESH.02229043- ETH.MESH.02229043  Training package

ETH.MESH.02229044- ETH.MESH.02229044  Educational Video

ETH.MESH.02229045- ETH.MESH.02229045  Educational Video

ETH.MESH.02229046- ETH.MESH.02229046  Educational Video

ETH.MESH.02229047- ETH.MESH.02229047  Training package

ETH.MESH.02229048- ETH.MESH.02229048  Educational Video

ETH.MESH.02229049- ETH.MESH.02229049  Educational Video

ETH.MESH.02229050- ETH.MESH.02229050  Educational Video

ETH.MESH.02229051- ETH.MESH.02229051  Educational Video

ETH.MESH.02229052- ETH.MESH.02229052  Educational Video

ETH.MESH.02229053- ETH.MESH.02229053  Educational Video

ETH.MESH.02229054- ETH.MESH.02229054  Educational Video

ETH.MESH.02229055- ETH.MESH.02229055  Training package

ETH.MESH.02229056- ETH.MESH.02229056  Training package

ETH.MESH.02229061- ETH.MESH.02229061  TVT-O Marketing video

ETH.MESH.02229072- ETH.MESH.02229072  TVT Abbrevo procedure video

ETH.MESH.02229714- ETH.MESH.02229717  Puzzle Board - Building Connecions

ETH.MESH.02229747- ETH.MESH.02229748  ACOG 58th Annual Clinical Meeting puzzle piece - A Riddle:

ETH.MESH.02231518- ETH.MESH.02231521  Better outcomes together  Current and emerging approaches to minimally
invasive hysterectomy

ETH.MESH.02231522- ETH.MESH.02231525  Better outcomes togegher  Ethicon Women's Healty & Urology and Ethicon Endo-
Surgery . . . pelvic floor repair . . .

ETH.MESH.02231537- ETH.MESH.02231538  The efficacy she needs with less mesh

ETH.MESH.02232685- ETH.MESH.02232685  Physician Brochure - Your Proof:  Her dance Class

ETH.MESH.02232854- ETH.MESH.02232874  Gynecare Prolift+ M Pelvic Floor Repair System Advanced User Discussion
Presentation

ETH.MESH.02232930- ETH.MESH.02232936  Klinge U, et al, Impact of Polymer Pore Size on the Interface Scar Formation in a
Rat Model, J Surgical Research (2002) 103: 208-214

ETH.MESH.02232937- ETH.MESH.02232951  The lightweight and large porpous mesh concept for hernia repair Article

ETH.MESH.02233126- ETH.MESH.02233187  Gynecare Prolift +M Presentation

ETH.MESH.02233333- ETH.MESH.02233345  Gynecare Prosima presentation

ETH.MESH.02233346- ETH.MESH.02233366  Gynecare Prosima presentation

ETH.MESH.02233370- ETH.MESH.02233371  Prosima The PROOF of success

ETH.MESH.02233372- ETH.MESH.02233391  What could a truly tension-free repair mean for you and your patients?

ETH.MESH.02233392- ETH.MESH.02233407  Gynecare Prisima AIDiNC Selling Guide

ETH.MESH.02233408- ETH.MESH.02233409  Brochure - Stop Coping Start Living

ETH.MESH.02233410- ETH.MESH.02233416  Gynecare Prosima US Launch pre-Market Preparation (PMP)

ETH.MESH.02233417- ETH.MESH.02233417  Marketing sheet

ETH.MESH.02233418- ETH.MESH.02233438  The Gynecare Prosima Pelvic Floor Repair System Surgical Technique
presentation

ETH.MESH.02233439- ETH.MESH.02233451  A new operation for vaginal prolapse repair using mesh and a vaginal support
device:  1 year anatomic and functional results of a international, multicenter
study presenatation

ETH.MESH.02233452- ETH.MESH.02233467  Presentation template

ETH.MESH.02233468- ETH.MESH.02233538  Gynecare Prosima presentation

ETH.MESH.02233539- ETH.MESH.02233539  Marketing sheet

ETH.MESH.02233540- ETH.MESH.02233625  Gynecare Prosima Pelvic Floor Repair System Sales Training Program
presentation

ETH.MESH.02233599- ETH.MESH.02233599  Your PROOF:  Her dance class

ETH.MESH.02233605- ETH.MESH.02233605  Webdinar Education Event flyer

ETH.MESH.02233626- ETH.MESH.02233626  Come Learn how to give your patients more - flyer

ETH.MESH.02233627- ETH.MESH.02233633  Prosima Sales Aid Guide

ETH.MESH.02233634- ETH.MESH.02233636  Your PROOF:  Her dance class

ETH.MESH.02233637- ETH.MESH.02233637  Sales Flyer

ETH.MESH.02233638- ETH.MESH.02233639  The PROOF of Success

ETH.MESH.02233640- ETH.MESH.02233650  Module 4:  2-Year Clinical Data

ETH.MESH.02233651- ETH.MESH.02233673  One Year Clinical Outcomes presentation template

ETH.MESH.02233674- ETH.MESH.02233692  What is GYNECARE PROSIIMA Pelvic Floor Repair System? presentation

ETH.MESH.02233693- ETH.MESH.02233693  Preceptorship flyer

ETH.MESH.02233696- ETH.MESH.02233697  Stop coping start living brochure

ETH.MESH.02233698- ETH.MESH.02233698  Your PROOF:  Her dance class flyer

ETH.MESH.02233699- ETH.MESH.02233710  Gynecare Prosima Pelvic Floor Repair System.  An Expert Interview with Dr. Marcus P Carey

ETH.MESH.02233713- ETH.MESH.02233714  Objective Success Rate Learning Guide

ETH.MESH.02233715- ETH.MESH.02233715  What could a truly tension-free repair mean for you and your patients?

ETH.MESH.02233716- ETH.MESH.02233724  Introducing Gynecare Prosima presentation by Kevin Frost for Ethicon Epiphany 247

ETH.MESH.02233726- ETH.MESH.02233727  Gynecare Prosima Product Page on Ethicon-3 0 PROS-0332-09-12/10

ETH.MESH.02233728- ETH.MESH.02233728  GYNECARE PROSIMA Pelvic Floor Repair System Key Procedural Steps

ETH.MESH.02233729- ETH.MESH.02233729  Your PROOF:  Her dance class

ETH.MESH.02233751- ETH.MESH.02233833  Gynecare Prosima Overview - presentation

ETH.MESH.02233834- ETH.MESH.02233845  Sales training presentation

ETH.MESH.02233836- ETH.MESH.02233836  Flyer - Webcast with Dr. Marcue P. Carey

ETH.MESH.02233837- ETH.MESH.02233837  Gynecare Prosima Pelvic Floor Repair System Preceptorship template

ETH.MESH.02233838- ETH.MESH.02233838  Gynecare Prosima Pelvic Floor Repair System Procttorship template PROS-408-11

ETH.MESH.02233839- ETH.MESH.02233839  Gynecare Prosima Pelvic Floor Repair System Cadaver Lab template - PROS-409-11

ETH.MESH.02233840- ETH.MESH.02233841  Training drawings

ETH.MESH.02233842- ETH.MESH.02233842  Virtual Round Table form

ETH.MESH.02233843- ETH.MESH.02233849  PROS-436-10-9/12 Clinical Study Findings Discussion for Gynecare Prosima Pelvic Floor Repair System by Piet Hioul

ETH.MESH.02233850- ETH.MESH.02233850  PROS-437-10-9/12 Gynecare Prosima Pelvic Floor Repair System MRI Address

ETH.MESH.02233851- ETH.MESH.02233851  PROS-438-10-9/12 Prosima Short Procedure Video comment sheet

ETH.MESH.02233852- ETH.MESH.02233852  MRI Flashcard Learning Guide

ETH.MESH.02233854- ETH.MESH.02233854  Virtual Round Table VRT Roadmap for Preceptors

ETH.MESH.02233855- ETH.MESH.02233855  Dear Dr remainder letter re Virtual Round table teleconference

ETH.MESH.02233856- ETH.MESH.02233856  Dear Dr letter re Virtual Round table teleconference information

ETH.MESH.02233857- ETH.MESH.02233859  DRAFT re Prosima Study one year data

ETH.MESH.02233860- ETH.MESH.02233861  PROS-526-10-11/12 Sales Aid - One-Year Clinical Outcomes After Prolapse Surgery With NonAnchored Mesh and Vaginal Support Device

ETH.MESH.02233862- ETH.MESH.02233880  Van Drie presentation - Proof in the treatment of pelvic organ prolapse

ETH.MESH.02233881- ETH.MESH.02233888  Zyczynski - One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device

ETH.MESH.02233889- ETH.MESH.02233895  Reisenauer - Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device

ETH.MESH.02233896- ETH.MESH.02233896  Your PROOF:  Her dance class

ETH.MESH.02233897- ETH.MESH.02233901  Ethicon 360 Your PROOF: Her success in symptomatic moderate prolase

ETH.MESH.02233902- ETH.MESH.02233906  PROS-584-10-12/12 Sales Aid - What could a truly tension-free repair mean for you and your patients?

ETH.MESH.02233907- ETH.MESH.02233907  What could a truly tension-free repair mean for you and your patients?

ETH.MESH.02233908- ETH.MESH.02233910  Barber, et al, Defining success after surgery for pelvic organ prolapse

ETH.MESH.02233911- ETH.MESH.02233913  Zyczynski, et al - One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device

ETH.MESH.02233914- ETH.MESH.02233916  Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.02233917- ETH.MESH.02233918  Reisenauer - Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support system

ETH.MESH.02233919- ETH.MESH.02233955  Objective Success Learning Guide & Key Steps for Success

ETH.MESH.02233956- ETH.MESH.02233956  GYNECARE PROSIMA updates to ethicon360.com PROS-314-11-8/12

ETH.MESH.02233957- ETH.MESH.02233958  Apical Support Learning Guide

ETH.MESH.02233959- ETH.MESH.02233960  The first fixationless mesh system that maintains anatomical position

ETH.MESH.02233961- ETH.MESH.02233961  Dear Dr. Virtual Round Table letter

ETH.MESH.02233962- ETH.MESH.02233962  Dear Dr. Virtual Round Table letter

ETH.MESH.02233963- ETH.MESH.02233963  Dear Dr. Virtual Round Table letter

ETH.MESH.02233964- ETH.MESH.02233964  Gynecare Prosima Pilot Version CD - surgical technique

ETH.MESH.02233965- ETH.MESH.02233965  Your PROOF:  Her dance class

ETH.MESH.02234001- ETH.MESH.02234002  The Gynecare Prosima Pelvic Floor Repair System Story

ETH.MESH.02234003- ETH.MESH.02234004  Spec information sheet

ETH.MESH.02234005- ETH.MESH.02234171  Sales Training Program presentation

ETH.MESH.02234173- ETH.MESH.02234177  Messaging  Practice Coaching Check List

ETH.MESH.02234178- ETH.MESH.02234185  This Year Prosima is Personal presentation

ETH.MESH.02234186- ETH.MESH.02234194  Elevate Competitive Workshop National Training Meeting presentation

ETH.MESH.02234195- ETH.MESH.02234196  Gynecare Prosima See Workshop Key Takeaway

ETH.MESH.02234197- ETH.MESH.02234202  Gynecare Prosima "touch" Leave Behind - Proof

ETH.MESH.02234203- ETH.MESH.02234212  Barber - Defining Success After Surgery for Pelvic Organ Prolapse

ETH.MESH.02234212- ETH.MESH.02234212  Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.02234752- ETH.MESH.02234759  Hinoul, P, et al, An anatomic comparison of the original versus a modified inside-out transobturator procedure, Int Urgynecol J (2011)

ETH.MESH.02235375- ETH.MESH.02235387  TVTA-083-11-2/13 - 1 Year RCT Trial Annotated Guide

ETH.MESH.02235661- ETH.MESH.02235664  Extend the control of your hand 2010 TVTE-187-10-4/12 sales aid

ETH.MESH.02236171- ETH.MESH.02236172  The PROOF of Success

ETH.MESH.02236580- ETH.MESH.02236595  Patient Brochure - Stop coping.  Start Living.  Gynecare TVT Family of Products

ETH.MESH.02236610- ETH.MESH.02236610  What could a truly tension-free repair mean for you and your patients?

ETH.MESH.02236784- ETH.MESH.02236785  Physician patient follow-up form letter

ETH.MESH.02237103- ETH.MESH.02237104  2010 TVTS-029-10-2/12

ETH.MESH.02237107- ETH.MESH.02237115  Introducing Gynecare Prosima presentation by Kevin Frost

ETH.MESH.02237665- ETH.MESH.02237696  Spanish Gynecare TVT patient brochure

ETH.MESH.02237850- ETH.MESH.02238016  Sales Training Program presentation

ETH.MESH.02238117- ETH.MESH.02238117  Project TVTO PA SBT Stage Gate Chater Update Presentation

ETH.MESH.02239427- ETH.MESH.02239435  ETHICON Evidence Generation Strategy for Mini TVT-O

ETH.MESH.02243120- ETH.MESH.02243124  Hojnoski - Regulatory strategy -- GYNECARE TVT SECUR* System

ETH.MESH.02248778- ETH.MESH.02248778  Presentation: Mechanical vs. "Machine"-cut Mesh

ETH.MESH.02248848- ETH.MESH.02248848  Gynecare TVT SECUR - Presentation

ETH.MESH.02249382- ETH.MESH.02249382  Worldwide Quality and Regulatory 2008 Business Plan  September 12, 2007 - presentation

ETH.MESH.02249435- ETH.MESH.02249435  New Product Introduction Presentation

ETH.MESH.02249524- ETH.MESH.02249526  Email Christiana Bielinski to Catherine Beath RE: ERCC Meeting May 18

ETH.MESH.02249593- ETH.MESH.02249593  Yale email chain re Post Market Surveillance Steering Committee Kick-off

ETH.MESH.02249594- ETH.MESH.02249594  Lifecycle Approach presentation

ETH.MESH.02249638- ETH.MESH.02249639  Pollard email chain re Ethicon Inc. Audit Report

ETH.MESH.02249640- ETH.MESH.02249642  Complaint Vigilance Audit Report

ETH.MESH.02249668- ETH.MESH.02249688  Medical Device Auditing & Consulting, Inc. re PR552-005

ETH.MESH.02250914- ETH.MESH.02250945  All Active CAPA's

ETH.MESH.02252055- ETH.MESH.02252057  Email: Prolift study complications led to Prosima delay

ETH.MESH.02252211- ETH.MESH.02252224  Letter FDA to Marinelba Rosado enclosing copy of Establishment Inspection Reports for the inspection at your facility on 9-5-08

ETH.MESH.02252265- ETH.MESH.02252277  Internal Audit Report Form FM-0000166 Rev 7

ETH.MESH.02252640- ETH.MESH.02252642  Gauntt email chain transmitting FDA Public Health Notification issues

ETH.MESH.02253078- ETH.MESH.02253079  Email Bridget Ross (WW President, EWH&U) re FDA Health Notification

ETH.MESH.02253333- ETH.MESH.02253415  Surgical Mesh for Treatment of Women with Pelvic Organ Prolapse and Stress Urinary Incontinence FDA Executive Summary

ETH.MESH.02254042- ETH.MESH.02254042  Email Catherine Beath to Fran Gittens RE: Secur Archiv

ETH.MESH.02254087- ETH.MESH.02254087  Beath C email re clinical data

ETH.MESH.02254165- ETH.MESH.02254165  Beath C email chain re 510K clearance

ETH.MESH.02254357- ETH.MESH.02254360  Beath email chain re Pelvic Floor Mesh

ETH.MESH.02265802- ETH.MESH.02265802  Spreadsheet DFMEA's TVT Classic

ETH.MESH.02265803- ETH.MESH.02265809  Spreadsheet DFMEA's TVT Classic

ETH.MESH.02268613- ETH.MESH.02268614  Burkley D email chain re Athos:  Analytical Testing

ETH.MESH.02268618- ETH.MESH.02268618  Dion, D email re Prolene additives and exposure

ETH.MESH.02268619- ETH.MESH.02268621  Karl Memo to Burkley re Prolene Resin Manufacturing Specifications

ETH.MESH.02270724- ETH.MESH.02270724  Email Michel Cosson to Scott Ciarrocca re Gynemesh holding force in tissue

ETH.MESH.02270823- ETH.MESH.02270825  Samon J email chain re mesh implants - user needs

ETH.MESH.02270857- ETH.MESH.02270858  Email Laura Angelini to Zenobia Walji et al. re D'Art - Conversation with Prof. Jacquetin

ETH.MESH.02270949- ETH.MESH.02270951  Email Zenobia Walji to Scott Ciarrocca re FW: Is there a good time when we can speak tomorrow if possible or so metime this week?

ETH.MESH.02271018- ETH.MESH.02271018  Owens email chain re Hematoma

ETH.MESH.02280771- ETH.MESH.02280772  Email Sean O'Bryan to Scott Ciarrocca et al. re D'Art Clinical Expert Report (CE Mark requirement)

ETH.MESH.02282833- ETH.MESH.02282834  Email Steve Bell to Kevin Mahar et al. re TVM - First training - key learnings

ETH.MESH.02283684- ETH.MESH.02283685  Email Mark Howansky to Scott Ciarrocca re Gynecare Prolift Product Release Authorization

ETH.MESH.02293673- ETH.MESH.02293677  Gadot H email chain re Next step in SUI Sling

ETH.MESH.02309289- ETH.MESH.02309290  2009 Urology Advisory Board Meeting Somerville, NJ Agenda

ETH.MESH.02310498- ETH.MESH.02310498  Spreadsheet re Rat adhesion study vs. Prolene soft

ETH.MESH.02310501- ETH.MESH.02310501  Landgreve S, Smith D, Trzewik J,Matrix - A powerful new tool in "Advanced Tissue Reconstruction:

ETH.MESH.02310653- ETH.MESH.02310657  Pompilio S email re Information about FDA notification on use of mesh in pelvic surgery

ETH.MESH.02310655- ETH.MESH.02310657  FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence

ETH.MESH.02313931- ETH.MESH.02313931  Continence Health European Expert Meeting Presentation

ETH.MESH.02316434- ETH.MESH.02316436  Robinson email chain re PLEASE DO NOT DISTRIBUTE THIE EMAIL!!! . .broadcase bulletin re Dr. Levy

ETH.MESH.02316781- ETH.MESH.02316802  Factors related to mesh shrinkage  What do we know?  A review of literature and internal studies - presentation

ETH.MESH.02318553- ETH.MESH.02318554  Gynecare Prosima Combined Pelvic Floor Repair System Clinical Strategy

ETH.MESH.02319001- ETH.MESH.02319001  Tissue Reaction and Integration of Polypropylene-Based Surgical Mesh in Rate - Hutchinson, Barbolt Lieuallen presentation

ETH.MESH.02319312- ETH.MESH.02319315  Memo Dan Lamont to DHF0000176 re TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis

ETH.MESH.02319408- ETH.MESH.02319409  E-mail from David Robinson to Cyrus Guidry with attachment re shrinkage

ETH.MESH.02320639- ETH.MESH.02320639  Urquhart email chain re Prosima

ETH.MESH.02322544- ETH.MESH.02322546  Subramanian D email chain re EGS Mini TVTO

ETH.MESH.02324740- ETH.MESH.02324740  Primary Sales School Final Certification/Graduation Expectations

ETH.MESH.02330767- ETH.MESH.02330767  Frost ltr re Prosima launch PROS-040-10-2/12

ETH.MESH.02330768- ETH.MESH.02330768  Every Good Story presentation

ETH.MESH.02330769- ETH.MESH.02330769  Surgical Procedure Questions for Automated Response System

ETH.MESH.02330770- ETH.MESH.02330770  Educational video

ETH.MESH.02330771- ETH.MESH.02330771  Flyer PROC2

ETH.MESH.02330776- ETH.MESH.02330776  GYNECARE TVT Obturator System The reproducible vaginal approach delivering results, precieion and proven mesh - presentation

ETH.MESH.02340306- ETH.MESH.02340369  TVT IFU  through

ETH.MESH.02340331- ETH.MESH.02340335  TVT IFU

ETH.MESH.02340402- ETH.MESH.02340470  P15506 Gynecare TVT IFU

ETH.MESH.02340471- ETH.MESH.02340503  TVT IFU  through

ETH.MESH.02340504- ETH.MESH.02340567  TVT IFU  through

ETH.MESH.02340529- ETH.MESH.02340533  Instructions for Use, Gynecare TVT System

ETH.MESH.02340568- ETH.MESH.02340755  P20071/A Gynecare TVT SECUR System IFU

ETH.MESH.02340756- ETH.MESH.02340828  TVT-O IFU 0-005/19-2005

ETH.MESH.02340829- ETH.MESH.02340901  TVT-O IFU (1/7/2004-3/4/2005)

ETH.MESH.02340902- ETH.MESH.02340973  TVT-O IFU (-present)

ETH.MESH.02340974- ETH.MESH.02341046  TVT-O IFU (-)

ETH.MESH.02341047- ETH.MESH.02341118  TVT-O IFU (-)

ETH.MESH.02341203- ETH.MESH.02341267  TVT-ABBREVO IFU  20100910

ETH.MESH.02341398- ETH.MESH.02341453  - IFU D in force

ETH.MESH.02341407- ETH.MESH.02341410  Prosima IFU

ETH.MESH.02341454- ETH.MESH.02341521  Gynecare Prolift Total Pelvic Floor Repair System Instructions for Use

ETH.MESH.02341522- ETH.MESH.02341589  Gynecare Prolift Total Pelvic Floor Repair System

ETH.MESH.02341658- ETH.MESH.02341733  P19070/H Gynecare Prolift IFU

ETH.MESH.02341954- ETH.MESH.02342093  Gynecare PROLIFT +M IFU

ETH.MESH.02342102- ETH.MESH.02342102  Prolene

ETH.MESH.02342152- ETH.MESH.02342154  Prolene IFU

ETH.MESH.02342194- ETH.MESH.02342194  IFU Index and Production Bates Range Chart

ETH.MESH.02347108- ETH.MESH.02347108  Form letter re Gynecare TVT and Patient Education Resource Kit

ETH.MESH.02347206- ETH.MESH.02347206  Draft - One Day Is All It Takes to Stop Stress Urinary Incontinence

ETH.MESH.02347208- ETH.MESH.02347208  Working Copy Physician Mailer - Inside:  A Special Invitation to Enhance Your
                                        Practice
ETH.MESH.02347218- ETH.MESH.02347218  Talking Points for B. Blair/LMT Highlights Reel

ETH.MESH.02587926- ETH.MESH.02587926  When the implant worries the body Presentation

ETH.MESH.02588170- ETH.MESH.02588180  No mesh is the best . . .

ETH.MESH.02588182- ETH.MESH.02588193  Trzewik, Meier presentation: Exploratory Program "Thunder" A new material
                                        designed for pelvic floor
ETH.MESH.02588301- ETH.MESH.02588303  Holste report - German

ETH.MESH.02588977- ETH.MESH.02588978  ERM team meeting minutes

ETH.MESH.02589032- ETH.MESH.02589079  PA Consulting Group Report:  Investigating Mesh Erosion in Pelvic Floor Repair

ETH.MESH.02590865- ETH.MESH.02590865  Thunder:  Technical Review - presentation

ETH.MESH.02590870- ETH.MESH.02590870  Thunder Pipeline Leadership Team (PLT) Stage Gate: Discovery Initiation Date:
                                        Date of Review Presentation
ETH.MESH.02592432- ETH.MESH.02592435  Dr. Doctor form letter re information request GYNECARE TVT Obturator

ETH.MESH.02592466- ETH.MESH.02592466  Kirkemo A email re Abbrevo - initial holding force - MIR

ETH.MESH.02592467- ETH.MESH.02592470  Kirkemo A Dear Dr. unsoliciated request for information letter

ETH.MESH.02592810- ETH.MESH.02592819  The future of urogynaecology - presentation

ETH.MESH.02596116- ETH.MESH.02596117  Prosima+M Meeting Minutes

ETH.MESH.02596464- ETH.MESH.02596467  Email David Waltregny to Piet Hinoul re TR: For Information - lot of TVT used for Deleval's tests

ETH.MESH.02596794- ETH.MESH.02596794  TVT Abbrevo Dublin Meeting brochure

ETH.MESH.02599329- ETH.MESH.02599330  Hinoul email chain re - exposures

ETH.MESH.02599695- ETH.MESH.02599695  Hinoul P email chain re Abbrevo use in Leige

ETH.MESH.02599885- ETH.MESH.02599886  Hinoul P email chain re Dr. Waltregny contribution during Abbrevo training

ETH.MESH.02601785- ETH.MESH.02601785  Hinoul email re Article on the role of evidence in introducing innovative techniques in urogynaecology

ETH.MESH.02604409- ETH.MESH.02604415  Development Laboratory for Mulberry Kit

ETH.MESH.02607272- ETH.MESH.02607814  Design History CH1035 (bk2) - DH1036 (bk5)

ETH.MESH.02613804- ETH.MESH.02613805  Corporate Product Characterization - Comparison of Particle Characteristics of Clear and 50% Blue PROLENE Mesh of TVT Device

ETH.MESH.02614396- ETH.MESH.02614517  Ultrasonic Slitting of Prolene Mesh for TVT Feasibility Study - TOC

ETH.MESH.02614599- ETH.MESH.02614603  Corporate Product Characterization Protocol to Evaluate Elongation, Particle Loss and Flexural Rigidity of TVT U PROLENE Mesh Laser-Cut vs Mechanical-Cut Version 1

ETH.MESH.02614726- ETH.MESH.02614733  Report, PSE Accession No. 97-0174, Project No. 16672 Cytotoxicity Assessment of Ulmsten Sling Prolene Polypropylene Mesh Using the ISO Elution Method (PSE ACC. NO. 97-0174)

ETH.MESH.02614776- ETH.MESH.02614799  A 24 week intramuscular tissue reaction/absorption study in rats comparing a trilamminate prototype from project coyote to soft prolene polypropylene mesh Article

ETH.MESH.02616610- ETH.MESH.02616665  - IFU D Draft

ETH.MESH.02619504- ETH.MESH.02619511  TVT - Freedom From Stress Urinary Incontinence

ETH.MESH.02619601- ETH.MESH.02619616  TVT 20040310 What you Can do about it... TVT-Stress Urinary Incontinence in Women

ETH.MESH.02619916- ETH.MESH.02619918  Working copy - TVT Abdominal Guide Announcement Letter

ETH.MESH.02620354- ETH.MESH.02621558  TVT Classic 1999-2000 Issue Report

ETH.MESH.02620681- ETH.MESH.02620685  Issue Report TVT Retropubic 1999-2000 Open Date Between 01-Jan-1999 and31-Dec-2000

ETH.MESH.02621559- ETH.MESH.02622455  Issue Report TVT Retropubic 2001 Open Run Date Between 01-Jan-2001 and 31-Dec-2001

ETH.MESH.02621946- ETH.MESH.02621950  Issue Report TVT Retropubic 2001 Open Date Between 01-Jan-2001 and 31-Dec-2001

ETH.MESH.02621961- ETH.MESH.02621965  Issue Report TVT Retropubic 2001 Open Date Between 01-Jan-2001 and 31-Dec-2001

ETH.MESH.02622276- ETH.MESH.02622276  TVT Retropubic 2001 Issue Report

ETH.MESH.02622954- ETH.MESH.02623742  Issue Report TVT Retropubic 2002 (Jul to Dec) Open Date Between 01-Jul-2002 and 31-Dec-2002

ETH.MESH.02623743- ETH.MESH.02625054  TVT Classic 2002 Issue Report

ETH.MESH.02625055- ETH.MESH.02626377  TVT Classic 2003 Issue Report

ETH.MESH.02625060- ETH.MESH.02625064  TVT Retropubic 2003 Issue Report

ETH.MESH.02625065- ETH.MESH.02625069  Issue Report TVT Retropubic 2003 Open Date Between 01-Jan-2003 and 31-Dec-2003

ETH.MESH.02625419- ETH.MESH.02625423  Issue Report TVT Retropubic 2003 Open Date Between 01-Jan-2003 and 31-Dec-2003

ETH.MESH.02626097- ETH.MESH.02626101  Issue Report TVT Retropubic 2003 Open Date Between 01-Jan-2003 and 31-Dec-2003

ETH.MESH.02626378- ETH.MESH.02627330  Issue Report TVT Retropubic 2004 Open date Between 01-Jan-2004 and 31-Dec-2004

ETH.MESH.02627331- ETH.MESH.02628697  TVT Classic 2005-2007 Issue Reports

ETH.MESH.02627466- ETH.MESH.02627466  TVT Retropubic Issue Report No. 30005181

ETH.MESH.02628698- ETH.MESH.02630133  TVT Classic 2008-2009 Issue Reports

ETH.MESH.02630134- ETH.MESH.02632004  TVT Classic 2010-2012 Issue Reports

ETH.MESH.02632005- ETH.MESH.02632513  Issue Report TVT S - 2006

ETH.MESH.02632514- ETH.MESH.02634607  Issue Report TVT S 2007 Open date between 01-Jan-2007 and 31-Dec-2007

ETH.MESH.02634983- ETH.MESH.02634993  Issue Report TVT S 2008

ETH.MESH.02640309- ETH.MESH.02642725  Issue Report Gynemesh PS Open Date Betweennd 2/14/12

ETH.MESH.02652179- ETH.MESH.02652317  Issues Report Run Between  and

ETH.MESH.02652710- ETH.MESH.02652984  Issue Report TVT O 2004

ETH.MESH.02652985- ETH.MESH.02653813  Issue Report TVT O 2005

ETH.MESH.02653001- ETH.MESH.02653005  Issue Report TVT-O 2005 Open Date Between 01-Jan-2005 and 31-Dec-2005

ETH.MESH.02654027- ETH.MESH.02654034  Issue Report TVT-O 2010 Open Date Between 01-Jan-2006 and 31-Dec-2006

ETH.MESH.02655451- ETH.MESH.02655901  Issue Report TVT O 2008 Open Date Between 01-Jan-2008 and 31-Dec-2008

ETH.MESH.02655902- ETH.MESH.02656481  Issue Report TVT O 2009

ETH.MESH.02656482- ETH.MESH.02657204  Issue Report TVT O 2010 Open Date Between 01-Jan-2010 and 31-Dec-2010

ETH.MESH.02656825- ETH.MESH.02656834  Issue Report TVT-O 2010 Open Date Between 01-Jan-2010 and 31-Dec-2010

ETH.MESH.02657205- ETH.MESH.02658062  Issue Report TVT O 2011

ETH.MESH.02658063- ETH.MESH.02658254  Issue Report TVT O 2012 Open Date Between 01-Jan-2012 and 14-Feb-2012

ETH.MESH.02658316- ETH.MESH.02658316  Letter Ethicon to FDA re Proposed Prolift Study

ETH.MESH.02658539- ETH.MESH.02658542  FDA letter re Prosima withdrawal from market

ETH.MESH.02658543- ETH.MESH.02659851  CSR - A prospective, multi-centre study to evaluate the clinical performance of the Gynecare Prosima Pelvic Floor Repair System as a procedure for pelvic organ prolapse

ETH.MESH.02659852- ETH.MESH.02660954  CSR - A prospective, multi-centre study to evaluate the clinical performance of the Gynecare Prosima Pelvic Floor Repair System as a procedure for pelvic organ prolapse - Medium Term Follow-up Results

ETH.MESH.02660955- ETH.MESH.02660961  Sayer, T, et al, Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device - Int Urogynecol J

ETH.MESH.02660962- ETH.MESH.02660970  Withagen, MI, et al, Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse, Obstet Gynecol 2011; 117:242-50

ETH.MESH.02660971- ETH.MESH.02660981  Altman, D, et al, Anterior colporrhaphy versus transvaginal mesh for pelvic-organ prolpase - N Engl J Med 2011; 364:1826-36

ETH.MESH.02660982- ETH.MESH.02660988  Carey, M, et al, Vaginal repair with mesh versus colporrhaphy for prolapse:  a randomized controlled trial - BJOG 2009

ETH.MESH.02660989- ETH.MESH.02660993  Prosima:  Summary data on patients undergoing re-intervention for recurrent POP (FDA Q5)

ETH.MESH.02661121- ETH.MESH.02661124  FDA Communication PS120095 GYNECARE TVT SECUR

ETH.MESH.02661359- ETH.MESH.02661362  Investigator Initiated Study Clinical Research Grant Request with Dr. Marcus Carey, Royal Women's Hospital

ETH.MESH.02661364- ETH.MESH.02661378  Royal Women's Hospital Research Funding Agreement

ETH.MESH.02661434- ETH.MESH.02661448  Research Funding Agreement between Ethicon and Mr. Mark Slack, Addenbrooke's Hospital

ETH.MESH.02769798- ETH.MESH.02769817  Clinical Registry Contract between Johnson & Johnson and Affinity Health

ETH.MESH.02770308- ETH.MESH.02770322  Reisenauer Clinical Investigation Agreement

ETH.MESH.02770425- ETH.MESH.02770438  Sayer Clinical Investigation Agreement

ETH.MESH.02770500- ETH.MESH.02770500  Walker ltt Slack re PROSIMA Registry Contract, Addenbrooke's Hospital

ETH.MESH.02770501- ETH.MESH.02770501  Walker ltt Slack re PROSIMA Registry Contract, Nuffield Hospital

ETH.MESH.02770502- ETH.MESH.02770517  Clinical Investigation Agreement for Medical Devices - Europe between Johnson
& Johnson and Cambridge University Hospitals and Mr. Mark Slack

ETH.MESH.02770552- ETH.MESH.02770552  Wyllie ltt Slack re PROSIMA Registry Contract and Protocol amendment

ETH.MESH.02770554- ETH.MESH.02770554  Wyllie ltt Slack re PROSIMA Registry Contract

ETH.MESH.02791713- ETH.MESH.02791842  Table 14.1.1.1 Disposition of subjects by centre Safety analysis set

ETH.MESH.02809587- ETH.MESH.02809587  Consultancy contract re Prosima* clinical trial between Colin Urquhart and Dr.
Marcus Carey

ETH.MESH.02809588- ETH.MESH.02809590  Prosima study team letter to Dr Marcus Carey re Devon 150 Surgical Marker with
Ruler Cap and measurement of points Ma and Mp

ETH.MESH.02809615- ETH.MESH.02809634  Clinical Study Contract between Johnson & Johnson and Royal Women's
Hospital

ETH.MESH.02810017- ETH.MESH.02810023  Murphy letter clinical trial consultancy agreement

ETH.MESH.02810935- ETH.MESH.02810941  Ethicon clinical trial consultancy services for Prosima with Mr. Mark Slack

ETH.MESH.02810949- ETH.MESH.02810962  Clinical Investigation Agreement for Medical Devices - Europe between Johnson
& Johnson and Mr. Mark Slack, Cambridge University Hospitals

ETH.MESH.02811080- ETH.MESH.02811080  Consultancy contract in relation to Prosima* clinical trial between Mr. Mark Slack
and Ethicon

ETH.MESH.02811204- ETH.MESH.02811204  Authorization of initial study device supply Site Number 012

ETH.MESH.02812233- ETH.MESH.02812233  Urquhart ltt VanDrie re consultancy contract

ETH.MESH.02812260- ETH.MESH.02812266  Zyczynski letter clinical trial consultancy agreement

ETH.MESH.02842658- ETH.MESH.02842659  TVT-World Monthly Meeting Minutes

ETH.MESH.02877814- ETH.MESH.02881493  Clinical Registry Report - Protocol Number:  300-06-006

ETH.MESH.02899547- ETH.MESH.02899564  Investigator Initiated Study Research Grant Request - Altman and Falconer POP
with transvaginal mesh

ETH.MESH.02915783- ETH.MESH.02915797  Design Requirements Matrix Prolift+M /Lightning

ETH.MESH.02916532- ETH.MESH.02916615  Clinical Study Report (draft) Evaluation of the TVT Secur System for Stress
Urinary Incontinence

ETH.MESH.02939378- ETH.MESH.02939779  Prosima Study spreadsheets

ETH.MESH.02939780- ETH.MESH.02939858  Prosima Study spreadsheets

ETH.MESH.02992136- ETH.MESH.02992137  Study Notes

ETH.MESH.02992139- ETH.MESH.02992140  LIGHTning Clinical Stragety

ETH.MESH.02994957- ETH.MESH.02994962  Clinical and quality-of-life outcomes in women treated by the TVT-O procedure
Article

ETH.MESH.02995494- ETH.MESH.02995500  Judi Gauld presentation:  Evidence to Support Innovation

ETH.MESH.03005721- ETH.MESH.03005723  Email David W. Wilson to Alison Shankly RE: HELP FOR NON-UK MEDICAL
AFFAIRS COMPLAINTS

ETH.MESH.03013579- ETH.MESH.03013579  Email Judith Gauld to Allison London Brown re FW: Professor Nilsson

ETH.MESH.03019355- ETH.MESH.03019355  Gauld, J email chain re MINT and Mesh abstracts.

ETH.MESH.03021946- ETH.MESH.03021970  Draft - Presentation:  T-Pro (Thunder) Pipeline Leadership Team (PLT) Stage
Gate:  Discovery Initiation

ETH.MESH.03021946- ETH.MESH.03021946  T-Pro (Thunder) Pipeline Leadership Team (PLT) Stage Gate: Discovery Initiation
Presentation

ETH.MESH.03023122- ETH.MESH.03023134  Clinical Study Agreement - Ethicon Initiated between Ethicon and Saint Luke's
Hospital of Bethlehem Pennsylvania

ETH.MESH.03023135- ETH.MESH.03023145  Registry Agreement between Ethicon and Specialists in Urology

ETH.MESH.03023174- ETH.MESH.03023186  Khandwala Registry Agreement

ETH.MESH.03023189- ETH.MESH.03023200  Khandwala Clinical Study Agreement

ETH.MESH.03023222- ETH.MESH.03023234  Clinical study agreement - Ethicon initiated between Ethicon and Halina
Zyczynski, MD

ETH.MESH.03023235- ETH.MESH.03023246  VanDrie Clinical Study Agreement

ETH.MESH.03023258- ETH.MESH.03023267  VanDrie Registry Agreement

ETH.MESH.03023592- ETH.MESH.03023605  Smith Clinical Investigation Agreement

ETH.MESH.03023612- ETH.MESH.03023641  Clinical Investigation Agreement for Medical Devices - Europe between Ethicon
and Mr. Timothy Sayer, Basingstoke and North Hampshire Hospitals NHS
Foundation Trust

ETH.MESH.03030591- ETH.MESH.03030597  Reisenzuer clinical trial consultancy services letter agreement

ETH.MESH.03031629- ETH.MESH.03031631  Email Gary Pruden to Piet Hinoul, et al. RE: My MosaIQ - Ethicon Subscription
Alerts - Maher paper

ETH.MESH.03032847- ETH.MESH.03032847  Levels of Evidence ppt

ETH.MESH.03032928- ETH.MESH.03032944  Presentation:  FDA REview R&D

ETH.MESH.03032974- ETH.MESH.03032974  Email Brian Kanerviko to Sandy Savidge, et al re Final FDA presentation

ETH.MESH.03042297- ETH.MESH.03042297  Beach email chain re Rosenblatt Final Milestone  Payment.doc

ETH.MESH.03044858- ETH.MESH.03044859  Urquhart email chain re TVT SECUR IIS

ETH.MESH.03048782- ETH.MESH.03048786  Hunsicker, K email re MINT post market clinical study

ETH.MESH.03048942- ETH.MESH.03048942  New mint project description

ETH.MESH.03048943- ETH.MESH.03048943  GAT update - Development of Prosima - Dan Smith and Allison London Brown

ETH.MESH.03049107- ETH.MESH.03049108  Email Allison London Brown to David Robinson et al. re Marcus Carey Agreement

ETH.MESH.03049109- ETH.MESH.03049122  Consulting and Assignment Agreement between Gynecare and Marcus Carey
MD

ETH.MESH.03049123- ETH.MESH.03049129  Consulting Agreement between Marcus Carey, MD and Ethicon

ETH.MESH.03049713- ETH.MESH.03049713  Robinson, D email re data followup

ETH.MESH.03049837- ETH.MESH.03049840  Dr. Carey Mint Investigator Study Event Listing

ETH.MESH.03049945- ETH.MESH.03049945  Questions for Carey Meeting

ETH.MESH.03054506- ETH.MESH.03054506  Confidentiality Agreement between Dr. Marcus Carey and Ethicon

ETH.MESH.03055026- ETH.MESH.03055026  Carey letter re consultancy invoice

ETH.MESH.03056774- ETH.MESH.03056774  Confidentiality Agreement between Dr Marcus Carey and Ethicon

ETH.MESH.03061075- ETH.MESH.03061075  study AEs

ETH.MESH.03061469- ETH.MESH.03061471  Wyllie email chain re Mark Slack payments

ETH.MESH.03069199- ETH.MESH.03069201  Meek, J email chain re Prosima Communications with Preceptors

ETH.MESH.03086214- ETH.MESH.03086219  Gauld email chain re Prosima -- please don't forward/share

ETH.MESH.03087577- ETH.MESH.03087582  Urquhart email chain re Dr. Slack agreement

ETH.MESH.03088815- ETH.MESH.03088817  Email Eleanor Barnett to David Robinson et al. re Prosima Investigator Meeting -
6 - 8 November 2008

ETH.MESH.03102836- ETH.MESH.03102839  Email Halina Zyczynski to Vanja Sikirica et al. re PFDI-20 & PFIQ-7
Responsiveness Abstract for IUGA

ETH.MESH.03102840- ETH.MESH.03102842  Responsiveness of the PFDI-20 and PFIQ-7, 12 months following vaginal
prolapse repair augmented by mesh and a vaginal support device Draft

ETH.MESH.03113318- ETH.MESH.03113318  Zyczynski Consultancy Records spreadsheet

ETH.MESH.03129146- ETH.MESH.03129148  Carey email chain re Prosima Manuscript for comments and sign off

ETH.MESH.03129149- ETH.MESH.03129152  ARBS Comments

ETH.MESH.03129743- ETH.MESH.03129745  Gauld email chain re Prosima Manuscript for comments and sign off

ETH.MESH.03129869- ETH.MESH.03129870  Robinson email chain re Reporting Prosima Success

ETH.MESH.03129875- ETH.MESH.03129909  One year clinical outcomes after prolapse surgery with non-anchored mesh and
vaginal support device by Zyczynski et al.

ETH.MESH.03129942- ETH.MESH.03129942  Zyczynski email re Final Prosima paper

ETH.MESH.03130215- ETH.MESH.03130216  Email to Judi Gauld to Halina Zyczynski, MD re Tony's comments

ETH.MESH.03131261- ETH.MESH.03131265  Barbolt TA, Biology of polypropylene/polglactin 910 grafts, Int Urogynecol J
2006;17: S26-S30

ETH.MESH.03132412- ETH.MESH.03132415  Carey email chain re data

ETH.MESH.03132416- ETH.MESH.03132417  ICS-IUGA 2010 abstract - Ultrasound assessment 6 months following vaginal
prolapse surgery using polypropylene implants and a vaginal support device

ETH.MESH.03132418- ETH.MESH.03132421  Carey email chain re data

ETH.MESH.03132424- ETH.MESH.03132428  Robinson email chain re data

ETH.MESH.03132438- ETH.MESH.03132442  Hinoul email chain re data

ETH.MESH.03143554- ETH.MESH.03143719  Clinical Study Report

ETH.MESH.03146152- ETH.MESH.03146152  Dr. Halina Zyczynski Payments to date

ETH.MESH.03146492- ETH.MESH.03146516  Holste  email chain re WG: Prosima +M clin strat w/attachment Schwegler, Ch, et
al., "Verwendug von Polypropylen/Polyglactin 910-(PP910-) und
Polypropylen/Polyglecapron 25-(PP25-) Netzen bei Beckenboden-prolaps -- eine
retrospektive Analyse"

ETH.MESH.03146492- ETH.MESH.03146493  Holste email chain re Prosima +M clin strat

ETH.MESH.03148442- ETH.MESH.03148444  Manuscript submission to J Inter Urogynecol

ETH.MESH.03160750- ETH.MESH.03160752  Robinson email chain re Pelvic Floor/Mesh Strategy

ETH.MESH.03160800- ETH.MESH.03160800  Prosima January 2007 Update - Launch Plan

ETH.MESH.03161116- ETH.MESH.03161118  Robinson, D email chain re Tunn critical of Prosima

ETH.MESH.03162936- ETH.MESH.03162938  Gauld email chain re Follow-up on US visit

ETH.MESH.03164735- ETH.MESH.03164737  Robinson email chain re Carey article

ETH.MESH.03164978- ETH.MESH.03164979  Jones email chain re Summit Meeting

ETH.MESH.03165090- ETH.MESH.03165091  Hart email chain re 522 response submitted

ETH.MESH.03171093- ETH.MESH.03171094  Email Anna Gray to David Robinson, et al. RE: meeting

ETH.MESH.03172197- ETH.MESH.03172198  Gadot email re Clinical strategy for SECUR

ETH.MESH.03173069- ETH.MESH.03173069  Shen email chain re TVT registry

ETH.MESH.03178204- ETH.MESH.03178205  Email David Robinson to Salikl Khandwala, et al. re TVT world

ETH.MESH.03186649- ETH.MESH.03186650  Robinson email chain re TVT Secur data

ETH.MESH.03193636- ETH.MESH.03193640  Robinson email chain re TVT World registry

ETH.MESH.03208548- ETH.MESH.03208549  Hinoul P email chain re TVT World AE Report

ETH.MESH.03208738- ETH.MESH.03208738  Email Jason Hernandez re Quick Response Needed to Finalize TVT WORLD Recommendation for Board Meeting on Monday Mar 2nd

ETH.MESH.03209113- ETH.MESH.03209115  Gauld email chain re TVT WORLD Next Steps Following Board Meeting

ETH.MESH.03232945- ETH.MESH.03232948  Email David Robinson to Colin Urquhart, et al. RE: TVT WORLD authorship

ETH.MESH.03258247- ETH.MESH.03258249  Gauld email chain re Registry Conf call today

ETH.MESH.03258871- ETH.MESH.03258872  Email Judi Gauld to Colin Urquhart, et al. RE: AEs from TVT-W

ETH.MESH.03259032- ETH.MESH.03259035  Robinson D email chain re Organization of EWHU Workshops

ETH.MESH.03259439- ETH.MESH.03259440  Email Judi Gauld to Colin Urquhart re green journal

ETH.MESH.03274600- ETH.MESH.03274601  Robinson email chain re publication

ETH.MESH.03274663- ETH.MESH.03274670  Email Marie-Ange Damotte to Sungyoon Rha, et al. re TVT Laser Cut First Human Use - surgeon preference questionnaire

ETH.MESH.03274904- ETH.MESH.03274905  Email Judith Gauld to Dr. Dennis Miller re looks good. Time for any more small edit??

ETH.MESH.03290011- ETH.MESH.03290012  Proposed Pelvic Organ Prolapse Clinical Strategy

ETH.MESH.03294572- ETH.MESH.03294581  Project plan Prosima M project lightning

ETH.MESH.03334244- ETH.MESH.03334244  Run on eg log.txt

ETH.MESH.03353374- ETH.MESH.03353374  Email Judith Gauld to Andrew Beveridge, et al. re Anne Doherty

ETH.MESH.03353507- ETH.MESH.03353508  Robinson email chain re French PROLIFT audition

ETH.MESH.03354810- ETH.MESH.03354811  Project D'Art Clinical Strategy

ETH.MESH.03358217- ETH.MESH.03358224  Kammerer G email chain re French Standard on TVT & Meshes (Comments required)

ETH.MESH.03358398- ETH.MESH.03358402  Kammerer G Memo to Weisbert and Robinson re Elongation Characteristics of Laser Cut PROLENE Mesh for TVR

ETH.MESH.03360404- ETH.MESH.03360406  Vellucci email chain w/LV Proxima+M Regulatory slides SBT

ETH.MESH.03361137- ETH.MESH.03361193  FDA and Ethicon PFR and SUI Dialogue

ETH.MESH.03361364- ETH.MESH.03361367  Wall IL, et al, The perils of commercially driven surgical innovagion, Am J Obstet Gynecol 2010; 202: 30.e.1-4

ETH.MESH.03361541- ETH.MESH.03362130  Gynecare TVt-Obturator DH1019 Book 2 of 7

ETH.MESH.03362131- ETH.MESH.03362630  Gynecare TVT-Obturator DH1019 Book 4 of 7

ETH.MESH.03364540- ETH.MESH.03364544  Smith D email chain re TVTO training Carmel Ramage

ETH.MESH.03367228- ETH.MESH.03367232  Viana email chain re Danish case

ETH.MESH.03378609- ETH.MESH.03378609  mesh complication data - lightning

ETH.MESH.03378629- ETH.MESH.03378648  Prolapse patient brochure 2009 GPD-0328-09-12-11

ETH.MESH.03378923- ETH.MESH.03378933  Prosima Prolift +M revised prolapse patient brochure PROS-0328-09-12-11

ETH.MESH.03386156- ETH.MESH.03386156  Haby, J email re CRGPD-445-10 approval for slim jim

ETH.MESH.03386157- ETH.MESH.03386159  Prolapse waiting room questionnaire GPD-445-10-11-12

ETH.MESH.03396764- ETH.MESH.03396764  Haby, J email re CR approval Launch slim jim PROS-0334-09-12-11

ETH.MESH.03399731- ETH.MESH.03399731  Haby, J email re CR approved PROS-036-10-1-12 Prosima Brand Story and Key Message

ETH.MESH.03408082- ETH.MESH.03408083  Defining success after surgery for pelvic organ prolapse PROS-144-11-4-13

ETH.MESH.03410740- ETH.MESH.03410741  Content for Ethicon360.com

ETH.MESH.03419391- ETH.MESH.03419391  Email Jennifer Haby to Sheelu Samuel re CR Aprvd: TVTA-088-11_TVT ABBREVO Prof Ed Slides Revised

ETH.MESH.03422160- ETH.MESH.03422162  Clinical Data Review Presented at ICS/IUGA Aug 2010

ETH.MESH.03427878- ETH.MESH.03427946  TVT IFU  to present

ETH.MESH.03432766- ETH.MESH.03432766  Email Brian Flynn to Jonathan Fernandez re permission

ETH.MESH.03454297- ETH.MESH.03455078  Federal Register Department of Health and Human Services Part II

ETH.MESH.03456681- ETH.MESH.03456696  Copy Review - Standard Operating Procedure Process for the Review and Approval of Promotional and Advertising Material for Medical Devices and Combination Products

ETH.MESH.03456775- ETH.MESH.03456776  Product Pointer for TVT Tension-free Vaginal Tape

ETH.MESH.03458104- ETH.MESH.03458104  Product Pointer:  Gynecare TVT* Obturator System Tension-free Support for Incontinence

ETH.MESH.03458123- ETH.MESH.03458138  Bonnie Blair - Find out how to stop uring leakage like Bonnie did

ETH.MESH.03458291- ETH.MESH.03458294  Tip sheet

ETH.MESH.03458295- ETH.MESH.03458297  Robinson ltr re decision to delay Preceptor training

ETH.MESH.03459088- ETH.MESH.03459104  TVT  Brochure "The Choice to End Stress Urinary Incontinence.  Find out how to stop urine leakage like Bonnie did"

ETH.MESH.03459211- ETH.MESH.03459212  FOR IMMEDIATE RELEASE: New Study Offers More Than a Decade of Evidence for Minimally-Invasive Surgery to Treat Female Incontinence

ETH.MESH.03459479- ETH.MESH.03459530  Clinical Study Update following Investigator Meeting presentation draft

ETH.MESH.03460640- ETH.MESH.03460640  Patient advertisement for TVT "One day you have urine leakage.  The next day you don't.  End of story."

ETH.MESH.03466382- ETH.MESH.03466383  Frost, K email chain re Dr Bedestani

ETH.MESH.03471886- ETH.MESH.03471890  Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup Article

ETH.MESH.03472794- ETH.MESH.03472794  Selman to EWHU Team re FDA Public Health Notification

ETH.MESH.03474888- ETH.MESH.03474889  Launch slim jim PROS-0334-09-12-11

ETH.MESH.03475340- ETH.MESH.03475354  Copy Review Revision History for OP608-012 Rev 6. Operating Procedure for the Review and Approval of Advertising and Promotional Materials for Medical Devices and Combination Products

ETH.MESH.03482828- ETH.MESH.03482828  Gephart communication re TVT Device Reference:  30001175

ETH.MESH.03483690- ETH.MESH.03483693  Email Mark Yale re Wang's rejections

ETH.MESH.03488556- ETH.MESH.03488564  Draper S email re Initial Letter to Manufacturer MHRA Re. . .

ETH.MESH.03490356- ETH.MESH.03490356  Letter Lee Ann Berger to Hiroko Hoshino re 830041 - 5mm TVT device Reference # 30004455 Affiliate # GC20040002

ETH.MESH.03497846- ETH.MESH.03497847  MD&D Complaint Form - Complaint ID CC1007005

ETH.MESH.03497878- ETH.MESH.03497878  MD&D Resolution Form

ETH.MESH.03499528- ETH.MESH.03499529  Berger L ltt Wallingford J re Unknown TVT Ref #3005146

ETH.MESH.03502981- ETH.MESH.0350298Y  Lepley email chain re Urgent New complaint/request for information

ETH.MESH.03509755- ETH.MESH.03509755  Physician form letter re RVRS1 - Gynecare TVT Secur System

ETH.MESH.03509909- ETH.MESH.03509910  Flores email chain re New complaint acknowledgement/request for info 10100062684

ETH.MESH.03531443- ETH.MESH.03531448  Email Carolyn Brennan to Barbora Smrckova re FW: Alert date: TVT Secur complications paper, our file #10100071175

ETH.MESH.03535750- ETH.MESH.03535750  Holloway ltt Ethicon France re fraying

ETH.MESH.03544696- ETH.MESH.03544696  R&D Administration Flowchart

ETH.MESH.03547585- ETH.MESH.03547585  Materials inventory July 11 2011

ETH.MESH.03552296- ETH.MESH.03552296  VanDrie Fee for Service Contract Application Form

ETH.MESH.03571983- ETH.MESH.03572098  Physician Segmentation Study for Gynecare TVT Final Presentation - Copernieus

ETH.MESH.03573438- ETH.MESH.03573438  Pipeline Leadership Team Meeting Minutes

ETH.MESH.03573964- ETH.MESH.03573981  Development Contract TVT-Next (TVTx)

ETH.MESH.03574660- ETH.MESH.03574660  Letter Lee Ann Berger to (redacted) re TVT Device, Reference #30005117

ETH.MESH.03574916- ETH.MESH.03574919  Email Charlotte Owens to Carol Holloway re Medical Review file #30005136

ETH.MESH.03574945- ETH.MESH.03574947  Letter requesting followup information per complications post TVTO procedure

ETH.MESH.03574965- ETH.MESH.03574965  White email chain re Call from call center

ETH.MESH.03575054- ETH.MESH.03575054  Brennan email chain re Complaint 30005258 - perforated urethra

ETH.MESH.03575061- ETH.MESH.03575061  Email Charlotte Owens to Carin Rassier re Complaint 30005255

ETH.MESH.03575072- ETH.MESH.03575072  Email Carolyn Brennan to Carin Rassier re FW: Complaint 30005270

ETH.MESH.03575083- ETH.MESH.03575083  Owens email re Complaint - post operative pain after TVT-O

ETH.MESH.03575101- ETH.MESH.03575101  Owens email re Complaint 30005297 - urinary retention

ETH.MESH.03575123- ETH.MESH.03575123  Owend email re Complaint 30005318 - bladder perforation

ETH.MESH.03575189- ETH.MESH.03575189  Owens email re Complaint 30005352

ETH.MESH.03575299- ETH.MESH.03575300  Owens email chain re Complaint 30005423

ETH.MESH.03577122- ETH.MESH.03577122  Owens email re Complaint 30004663 - urethral mesh exposure

ETH.MESH.03577583- ETH.MESH.03577583  Owens email re Complaint 30005201 - TVT

ETH.MESH.03589125- ETH.MESH.03589126  MedWatch report

ETH.MESH.03589219- ETH.MESH.03589220  MedWatch Report

ETH.MESH.03604486- ETH.MESH.03604513  Preceptor spreadsheet

ETH.MESH.03604487- ETH.MESH.03604487  Preceptor spreadsheet

ETH.MESH.03604565- ETH.MESH.03604565  Monthly Accrual Form - Chilcoat

ETH.MESH.03605398- ETH.MESH.03605402  Consulting Agreement B-1 between Brian J. Flynn and Ethicon

ETH.MESH.03605457- ETH.MESH.03605463  Consulting Agreement between Dr. Brian Flynn and Ethicon

ETH.MESH.03606055- ETH.MESH.03606059  GYNECARE TVT Tension-free Support Incontinence PRIMARY CARE
PHYSICIAN EDUCATION PROGRAMS

ETH.MESH.03609549- ETH.MESH.03609550  Monthly Accrual Form - Granahan

ETH.MESH.03609614- ETH.MESH.03609619  Adhesion Prevention Courses and Preceptors

ETH.MESH.03609793- ETH.MESH.03609794  Brown email re Purchase Order for Zyczynski - 2010 Contract

ETH.MESH.03612845- ETH.MESH.03612846  F/U from Marianne  leads for PE training

ETH.MESH.03614158- ETH.MESH.03614158  Email Kyung Yu to Susie Chilcoat re Flynn preceptorships

ETH.MESH.03614906- ETH.MESH.03614906  2003-2008 preceptor list ETH.MESH.03614906

ETH.MESH.03618010- ETH.MESH.03618010  Zyczynski consultant invoice

ETH.MESH.03618103- ETH.MESH.03618103  Consultant Invoice from Halina Zyczynski, MD

ETH.MESH.03618217- ETH.MESH.03618219  Brewer email chain re Cop of the Prolift course certificate?? Request

ETH.MESH.03618361- ETH.MESH.03618361  US Marketing Spreadsheet

ETH.MESH.03618587- ETH.MESH.03618596  Master Consulting Agreement between Brian J. Flynn and Ethicon

ETH.MESH.03618597- ETH.MESH.03618597  Email Jennifer A. Brown to Tim Sayer re Ethicon Consulting Agreement - Timothy
Sayer, MD

ETH.MESH.03618598- ETH.MESH.03618606  Master Consulting Agreement between Timothy Sayer and Ethicon

ETH.MESH.03619131- ETH.MESH.03619131  Women's Health & Urology Marketing & Selling Monthly Accrual Form

ETH.MESH.03620573- ETH.MESH.03620575  Email Janice Burns to Susie Chilcoat re TVT-O Feedback from Survey - Attention
Required

ETH.MESH.03624321- ETH.MESH.03624322  "Professional Education for GYNECARE TVT Physician Training" updated draft
by Marianne Kaminski

ETH.MESH.03625982- ETH.MESH.03625982  List of Preceptor Names and Events Attended

ETH.MESH.03627114- ETH.MESH.03627114  Wess A email chain re de leval paper

ETH.MESH.03642659- ETH.MESH.03642659  2011 EWHU Business Planning presentation

ETH.MESH.03642757- ETH.MESH.03642757  Caro-Rosado email re PFR Extended CLT Meeting

ETH.MESH.03642758- ETH.MESH.03642805  Pelvic Organ Prolapse Condition Business Team Meeting presentation

ETH.MESH.03643186- ETH.MESH.03643186  Ethicon Women's Health and Urology Brand Equity Study Final Report

ETH.MESH.03643257- ETH.MESH.03643257  EWHU US 2011 Brand Business Plan - Joes presentation

ETH.MESH.03643335- ETH.MESH.03643335  DRAFT Ethicon Women's Health & Urology Business Planning - Pelvic Organ
Prolapse Portfolio Overview & Prolift +M Detailed Business Plan for 2012 -
presentation

ETH.MESH.03643726- ETH.MESH.03643726  US EWHU Executive Performance Review Presentation

ETH.MESH.03643767- ETH.MESH.03643769  Roji email chain re KP Update

ETH.MESH.03643835- ETH.MESH.03643835  EWHU 121 Prof Ed US Strategy slides

ETH.MESH.03644217- ETH.MESH.03644217  PowerPoint - EWHU Incontinence 2012 Pipeline Refresh

ETH.MESH.03644287- ETH.MESH.03644287  Segmentation Validation Study Final Results - presentation

ETH.MESH.03644665- ETH.MESH.03644665  2011.q1 Henderson marketing update

ETH.MESH.03647753- ETH.MESH.03647754  Email Mark Yale to Raimo Sump, et al. re TVT Secur design validation study

ETH.MESH.03647849- ETH.MESH.03647853  Borkes email chain re Design Validation Review Meeting TVT S

ETH.MESH.03648795- ETH.MESH.03648810  TVT Secur Process Qualification Completion Report Protocol #04/149; Version 1

ETH.MESH.03649244- ETH.MESH.03649249  Risk Management Report TVT Secur System Revision History RMR-0000021
Rev A (Development)

ETH.MESH.03652924- ETH.MESH.03652955  Revision Hx FM-0000167 Revision 4

ETH.MESH.03653311- ETH.MESH.03653311  Reese email chain re Rational for Reclassification of TVT-SECUR

ETH.MESH.03653529- ETH.MESH.03653536  Gynecare TVT Obturator System IFU

ETH.MESH.03653779- ETH.MESH.03653780  Ethicon communication outline re FDA notification to Healthcare Professionals
About Serious Complications Associated with Surgical Mesh for Prolapse and
Incontinence

ETH.MESH.03654151- ETH.MESH.03654151  Lin email chain re TVT tech files - Post-Market Surv

ETH.MESH.03654499- ETH.MESH.03654499  Wise E email chain re DoC for TVT Abbrevo

ETH.MESH.03654649- ETH.MESH.03654701  510(k) Premarket Notification GYNECARE TVTO-PA Continence System

ETH.MESH.03656697- ETH.MESH.03656699  Email Takahito Hino to Patrice Napoda re TVT Japanese Package Insert

ETH.MESH.03656727- ETH.MESH.03656731  Hino email chain re URGENT:  TVT Japanese Package Insert

ETH.MESH.03656855- ETH.MESH.03656857  Goldman,D email chain re Prosima

ETH.MESH.03657426- ETH.MESH.03657427  Takase email chain re Health Canada Notification for surgical mesh in repair of POP and SUI

ETH.MESH.03658577- ETH.MESH.03658577  Presentation: Biocompatibility of ULTRAPRO by Joerg L. Holste, DVM

ETH.MESH.03658927- ETH.MESH.03659180  FDA communication re 510(k)

ETH.MESH.03658980- ETH.MESH.03658980  Table re Raw data for force to achieve elongation

ETH.MESH.03662811- ETH.MESH.03662811  Factors related to mesh shrinkage What do we know? A review of literature and internal studies Presentation

ETH.MESH.03663762- ETH.MESH.03663762  Business Plan - prosima regulatory needs

ETH.MESH.03665469- ETH.MESH.03665471  Paine email chain re For Your Information - FDA Public Health Notification

ETH.MESH.03665531- ETH.MESH.03665532  Email Bryan Lisa to Patrice Napoda, et al. RE: TVT Japanese Package Insert

ETH.MESH.03667696- ETH.MESH.03667704  Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Material for Medical Devices, Revision 1

ETH.MESH.03669871- ETH.MESH.03669871  Lisa, Bryan email re Dr. Carey IIS proposal

ETH.MESH.03671138- ETH.MESH.03671147  MS455-012; Revision 18 Material Specification for Pelletized Unpigmented

ETH.MESH.03674404- ETH.MESH.03674404  Royalties owed to Dr. Marcus Carey, MD for Q2 2010

ETH.MESH.03685918- ETH.MESH.03685925  Amin D Gynecare Protfolio Presentation

ETH.MESH.03686819- ETH.MESH.03686820  Wess email chain re EWHU Global Alignment Meeting Invitation and Registration

ETH.MESH.03699545- ETH.MESH.03699546  Ng W email chain re August 2009 YTD Travel & Consulting spend

ETH.MESH.03699547- ETH.MESH.03699547  Payments by Group spreadsheet

ETH.MESH.03713701- ETH.MESH.03713703  Weisberg - Evaluation of TVT Complaints

ETH.MESH.03714002- ETH.MESH.03714018  Gynecare Clinical Expert Report Gynecare TVT Secur* System Presentation

ETH.MESH.03714031- ETH.MESH.03714034  Smith email chain re Updated TVT and TVT-O Complication Rates 11-15-05

ETH.MESH.03714172- ETH.MESH.03714180  Gynecare TVT* Secur Cadaver Protocol for Clinical Expert Report

ETH.MESH.03714599- ETH.MESH.03714614  Weisberg CER Gynecare TVT Secur System

ETH.MESH.03715470- ETH.MESH.03715470  Weisberg email re Blaivas

ETH.MESH.03715571- ETH.MESH.03715574  Email Martin Weisberg to Barbara McCabe re IeVal

ETH.MESH.03715643- ETH.MESH.03715645  Weisberg email chain re EJU Publication

ETH.MESH.03715869- ETH.MESH.03715876  Email Martin Weisberg to Dan Smith, et al. re Mulberry Final Draft #1

ETH.MESH.03715978- ETH.MESH.03715980  Email Martin Weisberg to Terry Courtney re TVT question

ETH.MESH.03716625- ETH.MESH.03716626  Weisberg email chain re TVT clinical paper question

ETH.MESH.03719177- ETH.MESH.03719195  Polypropylene Mesh for Pelvic Floor Repair - Focus on Mesh Exposure Road to Improvement - Bailhe

ETH.MESH.03720728- ETH.MESH.03720729  SBT Meeting Notes

ETH.MESH.03721328- ETH.MESH.03721449  Meier CER Mesh Erosions

ETH.MESH.03722384- ETH.MESH.03722386  Email Paul DeCosta to Thomas Divilio, et al. re: Mesh + Anti-proliferative agent

ETH.MESH.03730703- ETH.MESH.03730722  Check Liste D'Inspection Qualite - Final TVT-TVT-AA

ETH.MESH.03730945- ETH.MESH.03730946  DeCosta email chain re- 522 response submitted

ETH.MESH.03731339- ETH.MESH.03731340  Smith D email chain re tape position at rest

ETH.MESH.03735432- ETH.MESH.03735433  Emails Richard Isenberg to Dr Wang re concerns for patient safety

ETH.MESH.03736538- ETH.MESH.03736539  Isenbert R Note to File re TVT associated Obturator Nerve Syndrome Complaint

ETH.MESH.03736578- ETH.MESH.03736578  Memo Marty Weisberg to Rick Isenberg re discussion with redacted

ETH.MESH.03736932- ETH.MESH.03736932  Memo Marty Weisberg to Rick Isenberg re Complaint

ETH.MESH.03736967- ETH.MESH.03736968  TVT Obturator Complaint Note to File

ETH.MESH.03736989- ETH.MESH.03736990  Note to File re Taiwan teleconference

ETH.MESH.03737259- ETH.MESH.03737280  Medical Affairs Staff Meeting February 13, 2009 Presentation

ETH.MESH.03737968- ETH.MESH.03737975  Clinical Expert Report: Gynemesh Prolene* Soft (Polypropylene) Mesh

ETH.MESH.03738466- ETH.MESH.03738467  Emails Martin Weisberg and Dr Peggy Norton re TVT

ETH.MESH.03738468- ETH.MESH.03738470  Email Martin Weisberg to Marianne Kaminski re TVT Response for Peggy Norton MD

ETH.MESH.03738479- ETH.MESH.03738480  Complaint

ETH.MESH.03738509- ETH.MESH.03738510  Ask MA* - Congratulations Marty Weisberg, MD

ETH.MESH.03738513- ETH.MESH.03738514  Weisberg email chain re urethral erosion

ETH.MESH.03738517- ETH.MESH.03738517  Weisberg email re urethral erosion

ETH.MESH.03738826- ETH.MESH.03738827  Weisberg email chain - redacted " . . any ideas on gynemesh erosion . . ."

ETH.MESH.03739806- ETH.MESH.03739844  Policy for Ethicon Franchise Quality Manual Revision History for PL-0000001, Revision 14

ETH.MESH.03742413- ETH.MESH.03742439  Franchise Procedure for Medical Device Risk Management Plan Revision History for PR602-003

ETH.MESH.03742571- ETH.MESH.03742597  Revision History (PR602-003)

ETH.MESH.03742801- ETH.MESH.03742835  OP650-11 Rev 14.  Operating Procedure for Failure Modes and Effects Application (aFMEA) or Design (dFMEA)

ETH.MESH.03742864- ETH.MESH.03742865  Bentley G email chain re Production of Policy before design 30(b)(6) deposition

ETH.MESH.03744269- ETH.MESH.03744293  Revision Hx for PR551-005 Rev 42

ETH.MESH.03750903- ETH.MESH.03750950  Berman, Robinson, Wang, Rhodes - Report - Investigating Mesh Erosion in Pelvic Floor Repair

ETH.MESH.03751168- ETH.MESH.03751175  Spreadsheet product characteristics

ETH.MESH.03751168- ETH.MESH.03751168  Table comparing meshes

ETH.MESH.03751455- ETH.MESH.03751472  Draft prolapse patient brochure

ETH.MESH.03751819- ETH.MESH.03751819  The Science of "What's Left Behind" . . . Evidence & Follow-Up of Mesh Use for SUI - Grier presentation

ETH.MESH.03752408- ETH.MESH.03752410  IUGA 2009 Italy - Presentation Title:  A new operation for vaginal prolapse repair using mesh and a vaginal support device:  1 year anatomic and functional results of an international, multicentre study

ETH.MESH.03752572- ETH.MESH.03752572  de los Reyes email re Gynecare TVT Secur - Critical Steps Guide

ETH.MESH.03752671- ETH.MESH.03752672  Email Susan Lin to Jennifer Paine, et al. re question

ETH.MESH.03753245- ETH.MESH.03753245  Biomechanics (Pelvic Forces) What are the forces in the pelvic floor?  It depends ! presentation

ETH.MESH.03753682- ETH.MESH.03753682  TVT Abbrevo Launch Planning Stage Gate PLT brochure

ETH.MESH.03801821- ETH.MESH.03801822  Wanendeya email re Mulberry clinical & regulatory meeting

ETH.MESH.03801834- ETH.MESH.03801835  TOVT Dan Smith Outline doc

ETH.MESH.03801837- ETH.MESH.03801837  Weisberg email re Mulberry clinical opinion

ETH.MESH.03801838- ETH.MESH.03801846  Working copy - Introduction  The technique of surgically inserting synthetic mesh
. . .

ETH.MESH.03802063- ETH.MESH.03802063  Smith email chain re PRODUCT POINTER;  TRANS OBTURATOR SLINGS
FROM AMS AND MENTOR

ETH.MESH.03802343- ETH.MESH.03802345  Mulberry Weekly Mdeeting Minutes for

ETH.MESH.03802705- ETH.MESH.03802708  Weisberg email chain re Mulberry final DRAFT #1

ETH.MESH.03802718- ETH.MESH.03802722  Email Brian Luscombe to Sean O'Bryan, et al. re Mulberry Final DRAFT #1

ETH.MESH.03803462- ETH.MESH.03803465  Email chain Angelini to Bell re: I: Transient Leg Pain with MULBERRY

ETH.MESH.03803678- ETH.MESH.03803684  Consulting Agreement Ethicon Sarl and Prof Jean de Leval

ETH.MESH.03803694- ETH.MESH.03803696  Contract Implementation outline

ETH.MESH.03832685- ETH.MESH.03832692  Monthly Closed CAPA

ETH.MESH.03843518- ETH.MESH.03843519  Hart email chain re Follow up on dealing with complaints 1

ETH.MESH.03845442- ETH.MESH.03845444  Law email chain re SECUR Update presented in at WW Mktg Meeting

ETH.MESH.03845446- ETH.MESH.03845450  Email Darryl Harkness to Aran Maree re SECUR Update presented in at WW
Mktg Meeting

ETH.MESH.03845464- ETH.MESH.03845469  Email Aran Maree to Robert Scherini re SECUR Update presented in at WW Mktg
Meeting

ETH.MESH.03846868- ETH.MESH.03846868  Urquhart ltt Carey re Study contract

ETH.MESH.03846869- ETH.MESH.03846883  Research Funding Agreement between Johnson & Johnson and Royal Women's
Hospital and Dr. Marcus Carey

ETH.MESH.03874572- ETH.MESH.03874591  Clinical Study Contract between Ethicon and Royal Women's Hospital

ETH.MESH.03874948- ETH.MESH.03874948  Zyczynski Request for Payment form

ETH.MESH.03898831-                      Email re 2011 VOTE Team Conf Call
ETH.MESH.03898831- ETH.MESH.03898834  Garbarino S email chain re 2011 VOTE Team Conf Call - VOTE Team Questions

ETH.MESH.03904451- ETH.MESH.03904480  Hellhammer Meshes in Pelvic Floor Repair - Findings from literature review and
conversations/interviews with surgeons

ETH.MESH.03905059- ETH.MESH.03905072  Draft Clinical Expert Report Gynecare TVT Secur System by Martin Weisberg,
Senior Medical Director

ETH.MESH.03905472- ETH.MESH.03905477  Weisberg, M email chain re TVT recommendation from Dr. Alex Wang

ETH.MESH.03905619- ETH.MESH.03905621  Weisberg M email chain re clinical expert report

ETH.MESH.03905690- ETH.MESH.03905691  Response to FDA's letter dated 10/4/05

ETH.MESH.03905968- ETH.MESH.03905975  Gynecare Pro-lift Ad "Get the Facts, Be Informed, Make YOUR Best Decision"

ETH.MESH.03905976- ETH.MESH.03905991  GPS005R Patient brochure - Pelvic Organ Prolapse  Get the Facts, Be Informed,
Make YOUR Best Decision

ETH.MESH.03906102- ETH.MESH.03906108  Hinoul P, et al, Surgical management of urinary stress incontinence in women:  A
historical and clinical overview, Eur J Obstet & Gynecol and Reprod Biolog (2009)

ETH.MESH.03906527- ETH.MESH.03906527  Graft or No Graft - Arnaud presentation

ETH.MESH.03907327- ETH.MESH.03907330  Arnaud Memo "Confidential Trans-Obturator TVT-Procedure In-Out"

ETH.MESH.03907468- ETH.MESH.03907469  "Second Generation TVT" by Axel Arnaud

ETH.MESH.03907853- ETH.MESH.03907854  LeTreguilly L email chain re TVT Serious complication

ETH.MESH.03908029- ETH.MESH.03908031  Van Dijk email chain re Ti-mesh research

ETH.MESH.03908707- ETH.MESH.03908708  Evans P email re Prolene v Polypropylene

ETH.MESH.03909708- ETH.MESH.03909713  ARnaud A email chain re Pelvic floor repair Procedural Strategy

ETH.MESH.03909721- ETH.MESH.03909733  New Products Development Gynecare Products by Axel Arnaud

ETH.MESH.03910156- ETH.MESH.03910159  Trans-obturator TVT Procedure In-Out Pr J. de LEVAL

ETH.MESH.03910175- ETH.MESH.03910177  Emails Axel Arnaud to Martin Weisberg re Soft Prolene

ETH.MESH.03910183- ETH.MESH.03910185  Arnaud email chain re Soft Prolene

ETH.MESH.03910206- ETH.MESH.03910206  Arnaud email re TVT / Pr de LEVAL (Liège, BELGIUM

ETH.MESH.03910207- ETH.MESH.03910207  Arnaud email re TVT / Pr de LEVAL (Liège, Belgium)

ETH.MESH.03910208- ETH.MESH.03910210  Report:  Visit to Pr Jean de Leval

ETH.MESH.03910418- ETH.MESH.03910421  E-mail from Axel Arnaud to Dr. Reinhard Juraschek, et al. re: Mini TVT - mesh adjustment

ETH.MESH.03910799- ETH.MESH.03910800  Arnaud A email chain re TVT Erosion

ETH.MESH.03910890- ETH.MESH.03910892  Arnaud A email re Follow up Mulberry

ETH.MESH.03911107- ETH.MESH.03911108  Arnaud A email chain re TVT complications (an Prof. Häusler)

ETH.MESH.03911390- ETH.MESH.03911394  Arnaud A email chain re Transient Leg Pain with Mulberry

ETH.MESH.03911712- ETH.MESH.03911715  Arnaud A email chain re TVT - TVT-O Specifications

ETH.MESH.03912639- ETH.MESH.03912639  Arnaud A eail re TVT Cookbooks

ETH.MESH.03912647- ETH.MESH.03912651  Draft - procedure instructions

ETH.MESH.03912703- ETH.MESH.03912707  Europe PFR meeting minutes

ETH.MESH.03913357- ETH.MESH.03913359  Email Axel Arnaud to Harel Gadot re TVT/TVT-O

ETH.MESH.03913651- ETH.MESH.03913665  CDMA Eurpoe Meeting Urinary Incontinence Platform minutes June 1, 2007

ETH.MESH.03914629- ETH.MESH.03914630  Arnaud email chain re sling business for SUI

ETH.MESH.03914631- ETH.MESH.03914631  Arnaud email re Mini TVT-O timeline

ETH.MESH.03914631E-  ETH.MESH.03914631E  Arnaud A email re clinical trial timeline - Mini TVT-O

ETH.MESH.03914909- ETH.MESH.03914909  Arnaud A email re TVT World registry

ETH.MESH.03915380- ETH.MESH.03915380  Email Axel Arnaud to Dr Uwe re Dr Lucente/TVT Procedure Improvements/Prevention of Overstretching

ETH.MESH.03915567- ETH.MESH.03915572  Toddywala, R email chain re Ultrapro

ETH.MESH.03915588- ETH.MESH.03915590  Kammerer, G email chain re Ultrapro

ETH.MESH.03915846- ETH.MESH.03915847  Berthier, O email chain re Prosima Status update

ETH.MESH.03916715- ETH.MESH.03916715  Hernandez email chain re Liege Trip Notes. doc

ETH.MESH.03916716- ETH.MESH.03916727  Notes

ETH.MESH.03916905- ETH.MESH.03916913  Hinoul P email chain re My revised writeup of the DeLeval and Waltregny visit

ETH.MESH.03917258- ETH.MESH.03917262  Email Harel Gadot to Dan Smith, et al. re Meeting Minutes Prof deLeval 20/04/09

ETH.MESH.03917298- ETH.MESH.03917300  Email Piet Hinoul to Katrin Elbert et al. re Meeting Minutes Prof deLeval 20/04/09

ETH.MESH.03917309- ETH.MESH.03917312  Bianchi R email chain re TVT event

ETH.MESH.03917375- ETH.MESH.03917378  Weisberg, M email chain re Mini TVT - mesh adjustment

ETH.MESH.03918067- ETH.MESH.03918068  Vera Arcetti email re Gynemesh

ETH.MESH.03918253- ETH.MESH.03918264  Univ De Leige, Centre Hospitalier Universitaire De Liege and Ethicon Licensing
Agreement

ETH.MESH.03918324- ETH.MESH.03918324  Email Martin Weisberg to Nina Wanendeya, et al. re Mulberry

ETH.MESH.03918325- ETH.MESH.03918326  Email Nina Wanendeya to Martin Weisburg, et al. RE: Mulberry

ETH.MESH.03918327- ETH.MESH.03918328  Shen email chain re Mulberry

ETH.MESH.03918329- ETH.MESH.03918331  Wanendeya email chain re Mulberry

ETH.MESH.03918332- ETH.MESH.03918334  Wanendeya email chain re Mulberry

ETH.MESH.03918335- ETH.MESH.03918337  Email Nina Wanendeya to Axel Arnaud et al. re Mulberry

ETH.MESH.03918352- ETH.MESH.03918352  Marketing Plan TOVT

ETH.MESH.03918497- ETH.MESH.03918497  Email Martin Weisberg to Axel Arnaud RE: Mulberry/Clinical Data Pr De
Leval/Safety

ETH.MESH.03918547- ETH.MESH.03918548  de Leval email re URGENT MESSAGE - Belgium authorities approval of study

ETH.MESH.03918552- ETH.MESH.03918553  Emails Brian Luscombe to Axel Arnaud et al. re: De Leval Publication

ETH.MESH.03918791- ETH.MESH.03918792  Email Dan Smith to Amy Godwin, et al. re Mulberry/de Leval fees and expenses

ETH.MESH.03918801- ETH.MESH.03918803  Wanendeya email chain re Mulberry/de Leval fees and epenses

ETH.MESH.03919143- ETH.MESH.03919144  Ciarrocca email chain re Gynemesh holding force in tissue

ETH.MESH.03919404- ETH.MESH.03919405  Arnaud A email re Mulberry

ETH.MESH.03921248- ETH.MESH.03921249  Berthier email chain re PROLIFT Mesh Design

ETH.MESH.03921499- ETH.MESH.03921500  Robinson email chain re TVT Secur

ETH.MESH.03921580- ETH.MESH.03921583  Smith email chain re TVT-SECUR follow up on conference call  last week

ETH.MESH.03921612- ETH.MESH.03921612  Email Ralf Felix Gotter to Harel Gadot, et al. re The more procedures the more
problems

ETH.MESH.03921616- ETH.MESH.03921618  Robinson email chain re TVT-Secur follow up on conference call last week

ETH.MESH.03921637- ETH.MESH.03921640  Gadot email chain re TVT SECUR Units sold 21 November

ETH.MESH.03922261- ETH.MESH.03922261  Beveridge email re AMS Mini ARc

ETH.MESH.03922405- ETH.MESH.03922406  Email Andrew Beveridge to Axel Arnaud, et al. re FW: TVT Secur & NICE

ETH.MESH.03922618- ETH.MESH.03922618  Email David Robinson to Axel Arnaud re Conf call tomorrow

ETH.MESH.03922950- ETH.MESH.03922951  Robinson email chain re TVT Secur procedural steps

ETH.MESH.03922953- ETH.MESH.03922953  Buchon email chain re French data on TVT Secur

ETH.MESH.03922966- ETH.MESH.03922967  Robinson D email chain re Report from Austria

ETH.MESH.03923426- ETH.MESH.03923430  Robinson D email chain re Concerns raised re TVT Abbrevo surgical procedure

ETH.MESH.03924530- ETH.MESH.03924539  2.0 Products in Development

ETH.MESH.03924557- ETH.MESH.03924586  Hellhammer B - Meshes in Pelvic Floor Repair Findings from literature review and
conversations/interviews with surgeons

ETH.MESH.03924878- ETH.MESH.03925076  Wound Closure Manual

ETH.MESH.03926030- ETH.MESH.03926031  Meeting Notes

ETH.MESH.03928235- ETH.MESH.03928235  de Leval communication - French

ETH.MESH.03928540- ETH.MESH.03928542  Email Axel Arnaud to Amy Godwin RE: Suggestions for a reply to the competent authority

ETH.MESH.03928696- ETH.MESH.03928697  Arnaud A email chain re TVT complication

ETH.MESH.03929173- ETH.MESH.03929177  Arnaud email chain re TVM discussions

ETH.MESH.03932905- ETH.MESH.03932905  Email Axel Arnaud to Regis Gauderon RE: Demande info - historique TVT

ETH.MESH.03932906- ETH.MESH.03932908  History of Prolift

ETH.MESH.03932909- ETH.MESH.03932911  History of TVT-O

ETH.MESH.03932912- ETH.MESH.03932914  The history of TVT

ETH.MESH.03934030- ETH.MESH.03934032  Email Julie Bird to Severine Lacourt, et al. re Information about FDA notification on use of mesh in pelvic surgery

ETH.MESH.03934876- ETH.MESH.03934879  Email Axel Arnaud to Amy Godwin RE: Mulberry

ETH.MESH.03934930- ETH.MESH.03934930  Frederick email chain re APPEL URGENT de Leval

ETH.MESH.03934952- ETH.MESH.03934967  Tension-free Vaginal Obturator Tape (TVOT) - April 30 2003 - Meeting report

ETH.MESH.03935061- ETH.MESH.03935061  Email Frederic C. Daoud to Jean de Leval re Protocole TVT-O-001

ETH.MESH.03938897- ETH.MESH.03938898  Buchon X email chain re Pr Cosson

ETH.MESH.03941617- ETH.MESH.03941618  deLeval J email re Alerte TVT Abbrevo

ETH.MESH.03941621- ETH.MESH.03941622  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.03941623- ETH.MESH.03941623  DeLeval J email re Alerte TVT Abbrevo

ETH.MESH.03949361- ETH.MESH.03949365  Prolene Resin Testing

ETH.MESH.03958008- ETH.MESH.03958008  Female Urinary Incontinence A Primary Care Perspective Presentation

ETH.MESH.03959073- ETH.MESH.03959074  PROS 4-11

ETH.MESH.03959640- ETH.MESH.03959655  Gynecare Prosima AIDinc selling guide

ETH.MESH.03959697- ETH.MESH.03959699  Frost, K email re Prosima Q2 eBlast - The Proof of osuccess

ETH.MESH.03960528- ETH.MESH.03960529  Duncan, K email chain re Prosima Launch Preparation

ETH.MESH.03960590- ETH.MESH.03960591  PROS 276-10 objective success rate learning guide

ETH.MESH.03960706- ETH.MESH.03960707  Finley, S email re Prosima DRAFT Sales Aid

ETH.MESH.03964822- ETH.MESH.03964828  Amin email chain re PARTNERS Sales, Usage, & Business Need Assessment

ETH.MESH.03965159- ETH.MESH.03965195  Presentation: "The Science of "What's Left Behind"... Evidence & Follow-Up of Mesh Use for SUI by Doug H. Grier, MD"

ETH.MESH.03966039- ETH.MESH.03966040  Emails Scott Finley to Melissa Chaves re Fast Break Update

ETH.MESH.03981288- ETH.MESH.03981290  Roji A email re VOTE team 2010 1:1 calls

ETH.MESH.03983643- ETH.MESH.03983643  Email Scott Finley to Greg Prine re KEY CUSTOMER ENGAGEMENT

ETH.MESH.03983705- ETH.MESH.03983705  Collins - Finley - TVT Key Selling Points Versus Competitors

ETH.MESH.03985932- ETH.MESH.03985934  Steele J email chain re Alerte TVT Abbrevo

ETH.MESH.04005092- ETH.MESH.04005093  Letter Ethicon to FDA Response to Prolift reject

ETH.MESH.04005094- ETH.MESH.04005094  Letter Ethicon to FDA Response to Gynemesh M reject

ETH.MESH.04005863- ETH.MESH.04006038  Ozog, Yves Doctorial Thesis: Theoretical and Experimental Evaluation of Implant Materials Used in Pelvic Organ Prolapse Repair

ETH.MESH.04015102- ETH.MESH.04015104  Batke B email chain re AGES Pelvic Floor Conference - Gala Dinner Invitation

ETH.MESH.04020134- ETH.MESH.04020137  Holste, J email chain re Ultrapro

ETH.MESH.04036976- ETH.MESH.04036981  Report - Analysis of Competitors meshes:  Dynamesh, Dynamesh Light, Dynamesh IPOM

ETH.MESH.04037600- ETH.MESH.04037600  Innovations in Mesh Development by Boris Batke

ETH.MESH.04038031- ETH.MESH.04038031  Email Susanne Landgrebe to Boris Batke, et al. re WH&U Position Paper: Erosion

ETH.MESH.04038180- ETH.MESH.04038181  Jamiolkowski D email chair re Your Professional Opinion

ETH.MESH.04041579- ETH.MESH.04041586  Pelvic Organ Prolapse Get the Facts, Be Informed, Make YOUR Best Decision Brochure GPSO05

ETH.MESH.04042508- ETH.MESH.04042510  Presentation script - A new operation for vaginal prolapse repair using mesh and a vaginal support device:  1 year anatomic and functional results of an international, multicentre study

ETH.MESH.04044618- ETH.MESH.04044622  Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women Article

ETH.MESH.04044797- ETH.MESH.04044800  TVT Update Success & Complications - Bernard Jacquetin

ETH.MESH.04046302- ETH.MESH.04046302  Gynecare TVT and Gynecare TVT Obturator System Update presentation

ETH.MESH.04048515- ETH.MESH.04048520  Carl G. Nilsson KOL Interview

ETH.MESH.04049320- ETH.MESH.04049320  Presentation: TVTO Data 2006 & 2007 Ethicon Women's Health & Urology, The Netherlands

ETH.MESH.04049518- ETH.MESH.04049534  Erosion table

ETH.MESH.04050265- ETH.MESH.04050267  Hinoul memo re meeting with Prof DeLeval and Prof Waltregny

ETH.MESH.04050379- ETH.MESH.04050379  TVT versus TVT-O RCT Presentation by Carl Gustaf Nilsson

ETH.MESH.04054691- ETH.MESH.04054691  History of SECUR - Smith and London Brown presentation

ETH.MESH.04056606- ETH.MESH.04056609  Email Julie Bird to Kristan Alliston re FW: Query from Simon Jackson

ETH.MESH.04058175- ETH.MESH.04058209  Michele Meschia Presentation:  The evolution of slings for SUI

ETH.MESH.04061003- ETH.MESH.04061048  Marketing & Launch Plan

ETH.MESH.04061755- ETH.MESH.04061766  de Leval, et al, The original versus a modified inside-out transobturator procedure:  1-year results of a prospective randomized trial, Int Urogynecol J (2011) 22:  145-156

ETH.MESH.04062405- ETH.MESH.04062407  Wess A email chain re Incontinence PMT: 3/3 meeting notes

ETH.MESH.04066979- ETH.MESH.04066980  Fujihara M email re SUI & PFR New Competitor Identified in Brazil

ETH.MESH.04077109- ETH.MESH.04077145  Grier Presentation - The Science of "What's Left Behind" . . . Evidence & Follow-Up of Mesh Use for SUI

ETH.MESH.04079609- ETH.MESH.04079609  TVT Abbrevo Professional Education Presentation

ETH.MESH.04081189- ETH.MESH.04081190  Meeting Agenda "AE and complication of the Isings

ETH.MESH.04081301- ETH.MESH.04081302  Items need attention Outline

ETH.MESH.04081468- ETH.MESH.04081473  GYNECARE TVT - Secur - Overview of 2008 Product Complaints Reported as MDR Serious Injuries

ETH.MESH.04081871- ETH.MESH.04081872  Chen, Medical Assessment - . . . 68 issues from Germany

ETH.MESH.04082973- ETH.MESH.04082974  Study Notes, Meng Chen, PhD, Possible Complications for Surgeries to Correct Pelvic Organ Prolapse

ETH.MESH.04085567- ETH.MESH.04085571  Chen - CIR 10100068175

ETH.MESH.04085651- ETH.MESH.04085655  Chen - CIR 10100068175

ETH.MESH.04088291- ETH.MESH.04088300  Clavé A, et al, Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants, Int Urogynecol J 2009

ETH.MESH.04088711- ETH.MESH.04088712  Tracking #10100032186 - reported case of dyspareunia

ETH.MESH.04090122- ETH.MESH.04090122  Email Meng Chen to Carolyn Brennan re TVTs and bladder perforation

ETH.MESH.04091330- ETH.MESH.04091332  Chen summary of product complaints

ETH.MESH.04092868- ETH.MESH.04092869  Email Meng Chen to Sergio Gadaleta, et al. re #10100080654 and TVT IFUs

ETH.MESH.04093117- ETH.MESH.04093118  Chen email chain re TVT IFUs on tape extrusion, exposure and erosion

ETH.MESH.04093125- ETH.MESH.04093125  Chen M email re TVT IFUs on tape extrusion, exposure and erosion

ETH.MESH.04093267- ETH.MESH.04093271  Complaint Investigation Report - Remetrex Complaint File 10100065665 GYNECARE PROSIMA* Pelvic Floor Repair Kit prepared by Meng Chen

ETH.MESH.04093838- ETH.MESH.04093838  Email Meng Chen to Bart Pattyson re Professional education for TVTS

ETH.MESH.04094396- ETH.MESH.04094396  Patient Deaths - presentation

ETH.MESH.04094816- ETH.MESH.04094825  Application FMEA for PROSIMA

ETH.MESH.04094863- ETH.MESH.04094864  Emails Bryan List to Meng Chen et al. re TVT IFUs on tape extrusion, exposure and erosion

ETH.MESH.04096555- ETH.MESH.04096555  Quarterly MDR Review WHU Presentation

ETH.MESH.04097335- ETH.MESH.04097336  Tracking #10100054041 - reported case of post-operative mesh exposure and urinary calculi formation - Chen

ETH.MESH.04097385- ETH.MESH.04097385  Robinson email re Prosima US protocol

ETH.MESH.04097659- ETH.MESH.04097663  Divilio email chain re 10100092375 death patient

ETH.MESH.04098489- ETH.MESH.04098490  Brennan, C email re AEs in Promisa Trial - 5 in 1 week

ETH.MESH.04098496- ETH.MESH.04098496  - UK Patient

ETH.MESH.04098538- ETH.MESH.04098586  Study Protocol 30006005 Draft 2

ETH.MESH.04098597- ETH.MESH.04098597  PROSIMA Study Conference Call Meeting Minutes - Colin, Meng, Carol, Car

ETH.MESH.04098598- ETH.MESH.04098598  Prosima Study Conference Call Minutes

ETH.MESH.04098793- ETH.MESH.04098795  Connaughton, M email chain re AEMesh erosion complaint number 10100063056

ETH.MESH.04098931- ETH.MESH.04098956  Draft 7 prosima ww registry protocol

ETH.MESH.04099155- ETH.MESH.04099156  Brennan email chain re Terms related to pelvic mesh exposure and the most recent review on commercial pelvic floor repair

ETH.MESH.04099233- ETH.MESH.04099234  Email Melissa Day to Meng Chen, et al. re #10100078150

ETH.MESH.04099383- ETH.MESH.04099386  Day, M email chain re POP Registries CRFs

ETH.MESH.04101014- ETH.MESH.04101015  Brennan email chain re 10100124625 etc. - MEMO re TVT-O particles

ETH.MESH.04101817- ETH.MESH.04101822  Email Shalot Armstrong to Carlos E Lugo-Ponce re Product Complaint CC1007005-Taiwan

ETH.MESH.04101824- ETH.MESH.04101824  Particles in TVTO Blisters presentation

ETH.MESH.04107892- ETH.MESH.04107899  Preceptor spreadsheet - 2010 Outstanding payments

ETH.MESH.04107940- ETH.MESH.04107946  2010 Outstanding Payments to Preceptors

ETH.MESH.04112362- ETH.MESH.04112362  Carey presentation

ETH.MESH.04114511- ETH.MESH.04114637 Disposition of Subjects by Centre - Safety Analysis Set - 300-06-005

ETH.MESH.04120903- ETH.MESH.04120903 Mesh Platform Review, Sommerville Presentation

ETH.MESH.04120969- ETH.MESH.04120969 Email Piet Hinoul to Liza Ovington, et al. re Dindo reference and mesh use in the pelvic floor

ETH.MESH.04120970- ETH.MESH.04120976 Diwadkar GB, et al, Complication and Reoperation Rates After Apical Vaginal Prolapse Surgical Repair, Obstet Gynecol 2009; 113: 367-73

ETH.MESH.04121280- ETH.MESH.04121281 Hart email chain re PROLIFT PMS Update

ETH.MESH.04121282- ETH.MESH.04121308 Post Market Surveillance Report PROLIFT Rev 1

ETH.MESH.04121309- ETH.MESH.04121311 Lamont Memo re PROLIFT Post Market Surveillance Report Review Session meeting Minutes

ETH.MESH.04121755- ETH.MESH.04121756 Hartemail chain re A Message from Bridget Ross:  A Landmark Study in The New England Journal of Medicine

ETH.MESH.04122262- ETH.MESH.04122264 Email Dr. James Hart to David Robinson re tvt o training

ETH.MESH.04123297- ETH.MESH.04123299 Email Dr. James Hart to David Robinson, et al. RE: Manuscript for internal review

ETH.MESH.04123300- ETH.MESH.04123320 Milani, AL, et al, Trocar-guided mesh repair of vaginal prolapse using partially-absorbable mesh; one year outcomes - DRAFT

ETH.MESH.04126571- ETH.MESH.04126572 Harkness email chain re Complaint rate with TVT Secur

ETH.MESH.04126725- ETH.MESH.04126726 Hunt email re TVT-SECUR

ETH.MESH.04126728- ETH.MESH.04126730 11.1.07 Internal Australian Meeting Re Secur

ETH.MESH.04126740- ETH.MESH.04126740 Maree email re GYNECARE TVT SECUR System - Australian Postmarket Surveillance Review Meeting October 31st 2007

ETH.MESH.04126886- ETH.MESH.04126889 Maree email chain re TVT complaint telecon 5 November

ETH.MESH.04127004- ETH.MESH.04127006 Complaint spreadsheet

ETH.MESH.04127062- ETH.MESH.04127063 Email Aran Maree to Laurie Budden, et al. re FW: TGA update for TVT Secur

ETH.MESH.04127069- ETH.MESH.04127071 Email Anne Capplis to Jan Law, et al. RE: TGA update for TVT Secur

ETH.MESH.04127133- ETH.MESH.04127134 Maree, A email chain re TGA Meeting

ETH.MESH.04127180- ETH.MESH.04127182 Email Paul Griebel to Aran Maree re TVT-Secur - follow up with Australia

ETH.MESH.04127238- ETH.MESH.04127238 Maree Communication to Surgeons Regarding the Gynecare TVGT Secur System

ETH.MESH.04127331- ETH.MESH.04127331 Harcourt email re TVT Secur - retraining

ETH.MESH.04146484- ETH.MESH.04146489 Protocol Amendment 2 changing primary endpoint to treated compartment

ETH.MESH.04179890- ETH.MESH.04179896 Goepel clinical trial consultancy letter agreement

ETH.MESH.04180007- ETH.MESH.04180011 Khandwala Educational Speaker Agreement

ETH.MESH.04180270- ETH.MESH.04180274 Perez consulting service request form

ETH.MESH.04180912- ETH.MESH.04180915 Agreement to present on Prolift and Prosima at clinical education and training session with Ethicon and Mr. Timothy Sayer

ETH.MESH.04180916- ETH.MESH.04180919 Contract Application Form of Mr. Timothy Sayer

ETH.MESH.04180928- ETH.MESH.04180931 Agreement between Ethicon and Mr. Anthony Smith to lecture to the sales team on Pelvic Organ Prolapse

ETH.MESH.04181833- ETH.MESH.04181869 Treatment of Stress Urinary Incontinence with GYNECARE TVT SECUR* System - presentation

ETH.MESH.04193990- ETH.MESH.04193993 Major Executive Committee Actions July 20, 1999 through September 15, 1999

ETH.MESH.04194888- ETH.MESH.04194897 On-Site Training Framework Agreement between Ethicon and Professor Christl Reisenauer, Tuebingen University Hospital

ETH.MESH.04195082- ETH.MESH.04195089 Reisenauer Consulting Framework Agreement

ETH.MESH.04195311- ETH.MESH.04195314  Email HCC Central Team to HCCethicon re Approved Contract CS3503

ETH.MESH.04195320- ETH.MESH.04195324  Promotional Speaker Agreement (ongoing) between Ethicon and Dr. Mark Slack

ETH.MESH.04196042- ETH.MESH.04196046  Carey Fee for Service request

ETH.MESH.04196047- ETH.MESH.04196052  Carey Off-Site Training FrameworkAgreement

ETH.MESH.04196053- ETH.MESH.04196056  Carey Promotional Speaker Agreement (ongoing)

ETH.MESH.04196793- ETH.MESH.04196799  Promotional Speaker Agreement (One Time Event) between Ethicon and Mark Slack

ETH.MESH.04199904- ETH.MESH.04199911  Clinical trial consultancy agreement for Prosima* between Ethicon and Dr. Marcus Carey

ETH.MESH.04199913- ETH.MESH.04199920  Clinical trial consultancy services for Prosima* between Ethicon and Dr. Miles Murphy

ETH.MESH.04199922- ETH.MESH.04199928  Clinical trial consultancy services agreement between Ethicon and Dr Salil Khandwala

ETH.MESH.04199930- ETH.MESH.04199936  Zyczynaki Clinical trial consultancy services letter agreement

ETH.MESH.04199978- ETH.MESH.04199985  Clinical trial consultancy services for Prosima agreement between Ethicon and Dr. Christian Goepel

ETH.MESH.04201540- ETH.MESH.04201543  Email HCC Central Team to Alison James re Approved Contract CS1911

ETH.MESH.04201544- ETH.MESH.04201547  Fee for Service Contract Application Form of Mr Anthony Smith

ETH.MESH.04201548- ETH.MESH.04201551  Agreement to present on Controversies and Advances in Pelvic Organ Prolapse between Ethicon and Mr. Anthony Smith

ETH.MESH.04202101- ETH.MESH.04202101  Treatment of Stress Urinary Incontinence with Gynecare TVT Obturator System

ETH.MESH.04204341- ETH.MESH.04204342  Gadot email chain re Report from Austria

ETH.MESH.04204343- ETH.MESH.04204343  Womens Health - Monthly Report December 06

ETH.MESH.04205632- ETH.MESH.04205636  Strategic Plan Challenge

ETH.MESH.04206265- ETH.MESH.04206265  Email Harel Gadot to Olga Smolugova re Sheri McCoy visit to Russia

ETH.MESH.04314739- ETH.MESH.04314740  Chaves email re Fast Break Promotion Update

ETH.MESH.04316544- ETH.MESH.04316562  PDP Design Control Revision History for PR800-011

ETH.MESH.04321393- ETH.MESH.04321396  Check Liste D'Inspection Qualite

ETH.MESH.04321397- ETH.MESH.04321400  Check Liste D'Inspection Qualite

ETH.MESH.04321401- ETH.MESH.04321404  Check Liste D'Inspection Qualite

ETH.MESH.04321405- ETH.MESH.04321408  Check Liste D'Inspection Qualite

ETH.MESH.04321409- ETH.MESH.04321412  Check Liste D-Inspection Qualite

ETH.MESH.04321413- ETH.MESH.04321417  Check Liste D'Inspection Qualite

ETH.MESH.04321418- ETH.MESH.04321435  Check Liste D'Inspection Qualite

ETH.MESH.04321436- ETH.MESH.04321453  Check Liste D'Inspection Qualite

ETH.MESH.04321454- ETH.MESH.04321471  Check Liste D-Inspection Qualite

ETH.MESH.04321472- ETH.MESH.04321487  Check Liste D'Inspection Qualite

ETH.MESH.04321488- ETH.MESH.04321503  Check Liste D'Inspection Qualite

ETH.MESH.04321670- ETH.MESH.04321681  Visual Acceptance Criteria for Blister Sealing; VSE0007, Revision:  D

ETH.MESH.04321682- ETH.MESH.04321693  Visual Acceptance Criteria for Blister Sealing; VSE0007, Revision:  E

ETH.MESH.04321694- ETH.MESH.04321705  Visual Acceptance Criteria for Blister Sealing; VSE0007, Revision:  F

ETH.MESH.04321706- ETH.MESH.04321717  Visual Acceptance Criteria for Blister Sealing; VSE0007, Revision:  G

ETH.MESH.04383723- ETH.MESH.04383737  Barbolt Memo re Biocompatibility Risk Assessment for PROLENE Polypropylene
Mesh

ETH.MESH.04384185- ETH.MESH.04384188  Particle Release Characteristics of Clear and Blue TVT Mesh Corporate Product
Characterization

ETH.MESH.04385192- ETH.MESH.04385197  EPC060 Rev B Process Specification GYNECARE TVT SECUR*

ETH.MESH.04385229- ETH.MESH.04385245  CER - Gynecare TVT Secur System

ETH.MESH.04388897- ETH.MESH.04389023  Final CRF study 300-06-005

ETH.MESH.04389399- ETH.MESH.04389637  Prosima Australian Trial Master File General Study File Protocol amendments

ETH.MESH.04389654- ETH.MESH.04390039  Prosima AustralianTrial Master File - Correspondence

ETH.MESH.04390070- ETH.MESH.04390223  Prosima Australian Trial Master File General Study File Safety Serious Adverse
Events/Adverse Events/Near Incident (not serious) Site 16 Dr. Marcus Carey

ETH.MESH.04390339- ETH.MESH.04390427  Investigator File Prosima* Herr Dr med. Christian Gopel Ethics/IRB

ETH.MESH.04390434- ETH.MESH.04390457  Investigator File Prosima* Financial - Agreement Correspondence Herr Dr. med.
Christian Gopel

ETH.MESH.04390458- ETH.MESH.04390464  Investigator File Prosima* Extension Financial - Investigator Herr Dr. med.
Christian Gopel

ETH.MESH.04390465- ETH.MESH.04390478  Investigator File Prosima* Financial Agreement Herr Dr. med. Christian Gopel

ETH.MESH.04390483- ETH.MESH.04390506  Investigator File Prosima* Extension Financial - Agreement Investigator
Payments Herr Dr. med. Christian Gopel

ETH.MESH.04391109- ETH.MESH.04391116  Investigator File Site-specific Document Finance Disclosure Göpel

ETH.MESH.04391128- ETH.MESH.04391135  Investigator File Prosima* Extension Site-specific Documents Protocl Signature
page Herr Dr med. Christian Gopel

ETH.MESH.04391205- ETH.MESH.04391284  Prosima* Original Dr. Reisenauer Ethics/RB Correspondence

ETH.MESH.04391293- ETH.MESH.04391359  Prosima IRB Review & Approval Final

ETH.MESH.04391376- ETH.MESH.04391388  Investigator File Prosima* Financial - Investigator Dr. med Christl Reisenauer
Correspondence

ETH.MESH.04391389- ETH.MESH.04391396  Investigator File Prosima* Extension Financial Investigator Dr. Med. Christl
Reisenauer

ETH.MESH.04391397- ETH.MESH.04391415  Investigator File Financial - Investigator Reisenauer

ETH.MESH.04391420- ETH.MESH.04391425  Investigator File Financial - Investigator Reisenauer

ETH.MESH.04392258- ETH.MESH.04392383  Investigator File Prosima* Financial Investigator Mr. Mark Slack Correspondence

ETH.MESH.04392384- ETH.MESH.04392469  Investigator File Financial - Investigator Slack

ETH.MESH.04392470- ETH.MESH.04392491  Investigator File Prosima* Financial - Investigator Mr Mark Slack

ETH.MESH.04392500- ETH.MESH.04392516  Investigator File Financial - Investigator Slack

ETH.MESH.04392525- ETH.MESH.04392903  Investigator File Prosima* Extension Mr. Mark Slack General Study
Correspondence

ETH.MESH.04393204- ETH.MESH.04393216  Investigator File Prosima* Site Visits Site Initiation Visit Report and Training
Checklist SIV Report Mr. Mark Slack

ETH.MESH.04393222- ETH.MESH.04393510  Investigator File SMV Report - Slack

ETH.MESH.04393875- ETH.MESH.04393919  Investigator File Financial - Investigator Sayer

ETH.MESH.04393973- ETH.MESH.04394419  Investigator File General Correspondence Sayer

ETH.MESH.04395510- ETH.MESH.04395641  Investigator File Prosima* Extension Financial - Agreement Correspondence Dr
Tony Smith

ETH.MESH.04395642- ETH.MESH.04395666  Investigator File Prosima* Financial - Agreement Correspondence Dr. Tony Smith

ETH.MESH.04395667- ETH.MESH.04395750  Investigator File Financial Agreement Smith

ETH.MESH.04395769- ETH.MESH.04395773  Investigator File Prosima* Financial - Agreement Indemnity Dr. Tony Smith

ETH.MESH.04395774- ETH.MESH.04395775  Investigator File Prosima* Extension Financial - Agreement Investigator
Payments Dr Tony Smith

ETH.MESH.04395776- ETH.MESH.04395796  Investigator File Prosima* Financial Agreement Investigator Payments Dr Tony
Smith

ETH.MESH.04396599- ETH.MESH.04396611  Investigator File Prosima* Extension Site-specific Documents Finance Disclosure
Dr. Tony Smith

ETH.MESH.04398694- ETH.MESH.04398738  Confidential Statistical Analysis Plan - Follow-up (24 months) Analysis

ETH.MESH.04398739- ETH.MESH.04398769  Confidential Statistical Analysis Plan - Main Analysis - Final revised 29th
September 2008

ETH.MESH.04398770- ETH.MESH.04398798  Confidential Statistical Analysis Plan A Prospective, Multi-centre Study to
Evaluate the Clinical Performance of the GYNECARE PROSIMA* Pelvic Floor
Repair System as a Procedure for Pelvic Organ Prolapse Interim and Main
Analyses

ETH.MESH.04403164- ETH.MESH.04403243  Final data management plan. Study 300-06-005

ETH.MESH.04406726- ETH.MESH.04406984  General Study File Project Management Status Reports

ETH.MESH.04406729- ETH.MESH.04406732  Robinson email chain re Prosima

ETH.MESH.04407162- ETH.MESH.04407399  General Study File Protocol amendments

ETH.MESH.04407426- ETH.MESH.04407483  General Study File Protocol

ETH.MESH.04407487- ETH.MESH.04407639  General Study File Protocol Correspondence

ETH.MESH.04408982- ETH.MESH.04410040  Prosima* 300-06-005 A prospective, multi-centre study to evaluate the clinical
performance of the GYNECARE PROSIMA* pelvic floor repair system as a
procedure for pelvic organ prolapse

ETH.MESH.04410610- ETH.MESH.04410802  Letter Ellie Barnett to Dr. Jorg Peine re Gynecare PROSIMA* 300-06-005 and
certificates for observation of device run-in cases

ETH.MESH.04410843- ETH.MESH.04410921  Project File/Internal Project Management/Budget

ETH.MESH.04412539- ETH.MESH.04412542  Investigator File Prosima* Site-specific Documents Confidentiality Dr med Christl
Reisenauer

ETH.MESH.04412672- ETH.MESH.04412848  Investigator File Prosima* Extension Mr. Mark Slack Ethics/IRB Correspondence

ETH.MESH.04416543- ETH.MESH.04416928  investigator file - general correspondence Dr Tony Smith ETH.MESH.04416543

ETH.MESH.04416963- ETH.MESH.04417180  Prosima extension institution correspondence

ETH.MESH.04420656- ETH.MESH.04420670  Project file / Publication / Final / IUGA 2009 Abstract and slides

ETH.MESH.04420750- ETH.MESH.04422059  Final CSR at One Year 300-06-005

ETH.MESH.04424231- ETH.MESH.04424236  General Study File Safety

ETH.MESH.04433320- ETH.MESH.04433324  Miller D., et al, Prospective Clinical Assessment of the Transvaginal Mesh
Technique for Treatment of Pelvic Organ Prolapse -- 5-Year Results, Female
Pelvic Med Reconstr Surg 2011; 17: 139-143

ETH.MESH.04447134- ETH.MESH.04447142  Product Safety Profile - Prolene

ETH.MESH.04448285- ETH.MESH.04448323  File - TVT vs Colposuspension for GS1

ETH.MESH.04474308- ETH.MESH.04474312  Letter FDA to Brian A. Kanerviko re PS120043 Reference PMA/510(k): K071512,
Gynecare Prolift+M and Gynecare Prolift Pelvic Floor Repair Systems, Study
Requirement Name: AE and Effectiveness Rates, Filed 2/2/12

ETH.MESH.04474313- ETH.MESH.04474314  Kanerviko ltt Ritchey re Postmarket Survelliance Plan:  PS 120095 Gynecare
TVT Secur System

ETH.MESH.04474315- ETH.MESH.04474316  Kanerviko letter to Ritchey re PO120046

ETH.MESH.04474731- ETH.MESH.04474740  Letter Ethicon to FDA re Proposed Secur Study

ETH.MESH.04474756- ETH.MESH.04474760 Hota LS, et al, TVT-Secur (Hammock) versus TVT-Obturator:  A randomized trial of suburethral sling operative procedures, Female Pelvic Med Reconstur Surg 2012; 18: 39-43

ETH.MESH.04474763- ETH.MESH.04474770 Postmarket Surveillance Plan: PS120095 GYNECARE TVT Secure System KO52401

ETH.MESH.04474771- ETH.MESH.04474775 FDA letter re insufficient inforamtion

ETH.MESH.04474782- ETH.MESH.04474785 FDA letter rejects proposed secur postmarket study

ETH.MESH.04474786- ETH.MESH.04474786 Regulatory Contact Report - TVT Secur Confirm procedures for requesting 522 orders to be placed on hold Gynemesh PS Procedure for pursuing labeling change in response to 522 Order

ETH.MESH.04476164- ETH.MESH.04476181 EWHU Board Meeting Presentation:  Update:  Recent FDA Feedback on Regulatory Requirements for PRF Mesh Products:  Laura C. Vellucci

ETH.MESH.04478919- ETH.MESH.04478932 Clinical Investigation Agreement for Medical Devices - Europe between Ethicon and Mr. Timothy Sayer, Baskingstoke and North Hampshire NHS Foundation Trust

ETH.MESH.04478933- ETH.MESH.04478946 Sayer Clinical Investigation Agreement

ETH.MESH.04478947- ETH.MESH.04478959 Sayer Clinical Investigation Agreement

ETH.MESH.04479411- ETH.MESH.04479557 Email Mark Slack to Colin Urquhart re Prosima Registry - POPQ scores

ETH.MESH.04499687- ETH.MESH.04499742 Confidential Interim Statistical Report . . . evalutaion of TVT Secur . . .

ETH.MESH.04500235- ETH.MESH.04503914 Clinical Registry Report Protocol No 300-06-006

ETH.MESH.04530787- ETH.MESH.04530817 issue report

ETH.MESH.04532852- ETH.MESH.04532860 Chen, M email chain re CIR for Prosima subject

ETH.MESH.04533500- ETH.MESH.04533502 Chen email chain re TVT Incident

ETH.MESH.04537849- ETH.MESH.04537852 Holloway email chain re Follow-up File #100100034666, patient #12011 -- mesh excision

ETH.MESH.04540382- ETH.MESH.04540382 Ethicon Process Overview SSI/PMS/Escalation Presentation

ETH.MESH.04543334- ETH.MESH.04543334 Frost email re Faculty & Customer Call Post-FDA Panel Mtg on 9/12

ETH.MESH.04543408- ETH.MESH.04543410 Boyle, T email chain re MAUDE database breakdown of mesh extrusions

ETH.MESH.04543409- Email

ETH.MESH.04546822- ETH.MESH.04556826 522 Prosima Plan ETH.MESH.04546822

ETH.MESH.04547249- ETH.MESH.04547249 Hinoul email chain re 522

ETH.MESH.04548236- ETH.MESH.04548242 CDMA Meeting Minutes - 2012

ETH.MESH.04549731- ETH.MESH.04549731 Hinoul email re 522

ETH.MESH.04549882- ETH.MESH.04549887 Committee Opinion Abstract:  Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse - ACOG

ETH.MESH.04549962- ETH.MESH.04549965 Hinour, P email chain re discussion re decision to cease commercialization

ETH.MESH.04550996- ETH.MESH.04550997 Hinour P email chain re Prosima VSD

ETH.MESH.04551757- ETH.MESH.04551757 Email Piet Hinoul to Jeffrey Hammond, et al. re Benefit risk profile TVM

ETH.MESH.04566349- ETH.MESH.04566351 Email Brian Kanerviko to Sharon M. Andrews, et al. RE: Ethicon Attendees for April 21 Surgical Mesh Meeting

ETH.MESH.04569706- ETH.MESH.0456970 Gorsky, A email re Prosima internal communication

ETH.MESH.04579677- ETH.MESH.04579677 Email Thomas Sandford to Alex Gorsky re Dr. Lucente/Mesh

ETH.MESH.04611734- ETH.MESH.04611734 "Executive Summary Medical, Regulatory and Quality Systems Diagnostic" prepared for Gary Pruden

ETH.MESH.04879992- ETH.MESH.04879993 Pruden email chain re Networking

ETH.MESH.04925322- ETH.MESH.04925323  Email Catherine Beath re RA comments on EG WW Commercialization Regional Plan

ETH.MESH.04925345- ETH.MESH.04925347  Beath email chain re 522 Gynecare Pelvic Floor

ETH.MESH.04925364- ETH.MESH.04925366  Email Catherine Beath to Guy Lebeau re FW: Confidential: Advanced Notice of U.S. Gynecare Commercialization Decision Announcement

ETH.MESH.04925553- ETH.MESH.04925591  Postmarket Surveillance Study PS120044 - Prosima

ETH.MESH.04925740- ETH.MESH.04925758  Internal Audit Report Cover Form (Risk Management) Form for Internal Audit Report Revision History for FM-0000166

ETH.MESH.04927339- ETH.MESH.04927340  FDA Communication re 522 Prosima

ETH.MESH.04929473- ETH.MESH.04929555  Surgical Mesh for Treatment of Women with Pelvic Organ Prolapse and Stress Urinary Incontinence FDA Executive Summary

ETH.MESH.04932707- ETH.MESH.04932709  Hart email chain re FDA PFR Surgical Mesh Update

ETH.MESH.04932710- ETH.MESH.04932711  Hart email chain re FDA PFR Surgical Mesh Update

ETH.MESH.04932713- ETH.MESH.04932958  Medical Devices and the Public's Health:  The FDA 510(k) Clearance Process at 35 Years

ETH.MESH.04933406- ETH.MESH.04933406  Hinoul Presentation - An anatomic comparison of the traditional TVT-O versus a modified TVT-O procedure

ETH.MESH.04937874- ETH.MESH.04937876  Hinoul P email chain re Polypropylene Mesh

ETH.MESH.04938061- ETH.MESH.04938066  Hinoul email chain re   from PP - comments on your PhD thesis

ETH.MESH.04938298- ETH.MESH.04938299  Hinoul P email chain re Prof de Leval - TVT Abbrevo

ETH.MESH.04939027- ETH.MESH.04939035  Corporate Product Characterization Plan for Gynecare TVT S (Secur)

ETH.MESH.04939148- ETH.MESH.04939157  Corporate Produce Characterization Plan for GYNECARE TVT S(SECUR)

ETH.MESH.04939544- ETH.MESH.04939567  Memo Gene Kammerer, et al. to Brian Luscombe, et al. re Ultrasonic Slitting of PROLENE Mesh for TVT

ETH.MESH.04940233- ETH.MESH.04940223  Holste, Johnson Memo to Leslie Young re Preclinical Efficacy Assessment for Ethicon Gynecare Gynemesh

ETH.MESH.04941016- ETH.MESH.04941049  Holste presentation: Lightweight Mesh Developments

ETH.MESH.04945136- ETH.MESH.04945144  Holste  email re Poerngrösse w/attached article, Mühl, T., et al., "New Objective Measurement to Characterize the Porosity of Textile Implants"

ETH.MESH.04945231- ETH.MESH.04945239  Email Dr. Joerg Holste to Thomas Barbolt, et al. re WG: ULTRAPRO vs. PROLENE Soft Mesh

ETH.MESH.04945243- ETH.MESH.04945245  Batke email chain re Updated Preservation Notice - Ethicon Inc.

ETH.MESH.04945246- ETH.MESH.04945250  J&J Law Department Document Preservation Notice Do Not Destroy Specified Documents

ETH.MESH.04945496- ETH.MESH.04945496  Klosterhalfen B email re Ultrapro vs Prolene Soft Mesh

ETH.MESH.04947217- ETH.MESH.04947219  Dormier email chain re TVT support

ETH.MESH.04982651- ETH.MESH.04982653  Parisi email chain re email from SalilKhandwala

ETH.MESH.04982729- ETH.MESH.04982734  Parisi email chain re AUGS Meeting on March 9th

ETH.MESH.04982735- ETH.MESH.04982743  AUS Guidelines for Privileging and Credentialing Physicians Prior to Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse

ETH.MESH.04982748- ETH.MESH.04982752  Barber email chain re Guidelines for Privileging and Credentialing Physicians Prior to Transvaginal Placement of Surgical Mesh

ETH.MESH.04984207-                            Email re Women we Care For
ETH.MESH.04984209-                            Email re Women we care for
ETH.MESH.04984260-                            Email re Women we Care For
ETH.MESH.04984294- ETH.MESH.04984294  Email re 522 Communicaion Recap

ETH.MESH.04984304-                            Email re Lucente
ETH.MESH.04985249- ETH.MESH.04985252  Email Paula Evans to Sungyoon Rha et al. re TVT Laser Cut Value Proposition and Forecast

ETH.MESH.04987190- ETH.MESH.04987191  Smith email re New TVT +M mesh

ETH.MESH.05009194- ETH.MESH.05009196  Meek, J email chain re Prolift +M Regstration

ETH.MESH.05091447- ETH.MESH.05091450  Tom Affeld 2011 PDM G&O's Final Review

ETH.MESH.05091520- ETH.MESH.05091533  Procedure Confidence - spreadsheet

ETH.MESH.05094686- ETH.MESH.05094688  Caro-Rosado email chain re Urgent:  Request help

ETH.MESH.05094838- ETH.MESH.05094901  General Surgery USA Market Performance vs BP spreadsheet

ETH.MESH.05094929- ETH.MESH.05094935  J&J Law Department Document Preservation Notice Do Not Destroy Specified
                                       Documents

ETH.MESH.05095524- ETH.MESH.05095525  Caro-Rasado email chain re Prosima feedback

ETH.MESH.05106179- ETH.MESH.05106186  Milani Al, et al, Trocar-guided mesh repair of vaginal prolapse using partially
                                       absorbable mesh:  1 year outcomes, Am J Obstet Gynecol 2011; 204:74.e1-8

ETH.MESH.05107016- ETH.MESH.05107017  Cheng, K email chain re a few things

ETH.MESH.05109369- ETH.MESH.05109398  Spreadsheet re product positioning

ETH.MESH.05119622- ETH.MESH.05119631  Commonly Asked Questions and Objections script

ETH.MESH.05120364- ETH.MESH.05120365  Mesh vs Non-Mesn Pending PR/Regulatory Issues

ETH.MESH.05123900- ETH.MESH.05123917  Ogilvy Presentation - Gynecare TVT Public Relations Activities

ETH.MESH.05125268- ETH.MESH.05125271  AUS - Guidelines for providing privileges and credentials to physicians for
                                       transvaginal placement of surgical Mesh for POP

ETH.MESH.05125293- ETH.MESH.05125297  Email Piet Hinoul to Axel Arnaud re article "The perils of commercially driven
                                       surgical innovation"

ETH.MESH.05127423- ETH.MESH.05127430  Holste email chain re Tissue reaction ULTRAPRO

ETH.MESH.05131462- ETH.MESH.05131463  Jones email chain re Fire Code Violation - basement storage area urgent clean
                                       out required

ETH.MESH.05134188- ETH.MESH.05134192  Hinoul email chain re Minni TVTO & Male Sling - Follow up to our discussion from
                                       Friday

ETH.MESH.05134282- ETH.MESH.05134282  Hinoul email chain re Changes from TVT-O tracked

ETH.MESH.05134613- ETH.MESH.05134614  Urquhart email chain re PROSIMA

ETH.MESH.05135901- ETH.MESH.05135903  Email Colin Urquhart to Aaron Kirkemo re TVT World

ETH.MESH.05136675- ETH.MESH.05136678  Email Aaron Kirkemo to Lennox Hoyte, et al. re Invitation: Workshop on problems
                                       in multi-scale material modeling and image-based geometries related to
                                       biomedical and other data

ETH.MESH.05145790- ETH.MESH.05145792  GYNECARE TVT Google Text Ads

ETH.MESH.05160713- ETH.MESH.05160717  Content for ethicon360.com

ETH.MESH.05160758- ETH.MESH.05160762  Draft Prosima surgeon ad

ETH.MESH.05163323- ETH.MESH.05163325  Email Alyson Wess to Georgia Long, et al. re Incontinence PMT: 3/3 meeting
                                       notes

ETH.MESH.05164815- ETH.MESH.05164820  Email Aaron Kirkemo to Jennifer Paradise, et al. re FPMRS Newsletter to
                                       Customers (Draft)

ETH.MESH.05181555- ETH.MESH.05181557  Lin email chain re EPI & Fair Balance status?

ETH.MESH.05183409- ETH.MESH.05183410  Email Linda Linton re TVT 11 Year E-blast Results (1st Round)

ETH.MESH.05199738- ETH.MESH.05199738  Literature materials list

ETH.MESH.05199888- ETH.MESH.05199905  WHU Literature - Product Fulfillment Inventory

ETH.MESH.05205731- ETH.MESH.05205733  Email Renee Selman to Kevin Mahar, et al. re Catching-up

ETH.MESH.05208679- ETH.MESH.05208680  Communication to Surgeons Considerations for the safe and effective us of the
                                       Gynecare TVT Secur System

ETH.MESH.05208708- ETH.MESH.05208710  Maree email re TGA Meeting (redacted)

ETH.MESH.05210364- ETH.MESH.05210365  Mesh vs Non-Mesh Pending PR/Regulatory Issues

ETH.MESH.05217097- ETH.MESH.05217144  Modified PROLENE* polypropylene mesh nonabsorbable synthetic surgical mesh
510(k) Notification

ETH.MESH.05217971- ETH.MESH.05217976  Division flowcharts

ETH.MESH.05220458- ETH.MESH.05220464  Patire-Singer W email chain re TVT Records

ETH.MESH.05221362-                      Powerpoint: Communication Plan for US Market Withdrawal
ETH.MESH.05222673- ETH.MESH.05222705  TVT IFU  through

ETH.MESH.05224295- ETH.MESH.05224391  TVT Abbrevo 510(k) Clearance and Application

ETH.MESH.05224707- ETH.MESH.05224710  Email Mark Yale to Wanda Patire-Singer, et al. RE: Company Procedure for the
Management of Litigation Support PR-0000232: Annual Review and Training
Needed
ETH.MESH.05224752- ETH.MESH.05224761  Email Compliance Information Update to Aarin Beckerle, et al. re PLEASE NOTE:
NEW Procedures for Managing Litigation Holds
ETH.MESH.05225354- ETH.MESH.05225385  TVT-IFU  through (unavailable)

ETH.MESH.05225380- ETH.MESH.05225384  TVT IFU

ETH.MESH.05236190- ETH.MESH.05236219  Patent WO 2004/045457 A1

ETH.MESH.05236223- ETH.MESH.05236255  TVT Patent Portfolio - Slater-Tomko presentation

ETH.MESH.05237034- ETH.MESH.05237037  Trzewik memo re Mesh design argumentation issues

ETH.MESH.05237350- ETH.MESH.05237350  This one and throw out the rest…It feels like a piece of vaginal wall

ETH.MESH.05237872- ETH.MESH.05237910  Meier presentation:  Mesh Properties - How important are they?

ETH.MESH.05237872- ETH.MESH.05237872  Mesh Properties- How important are they? Presentation by Peter A. Meier, MD

ETH.MESH.05238373- ETH.MESH.05238374  Hinoul email chain re Tensile Properties of POP Mesh

ETH.MESH.05238382- ETH.MESH.05238384  Jones, S email re Tensile Properties of POP Mesh

ETH.MESH.05240144- ETH.MESH.05240144  Article on pp change in sheep model

ETH.MESH.05243265- ETH.MESH.05243265  Roda email re TVM discussions

ETH.MESH.05243697- ETH.MESH.05243704  Presentation Wissenschaftliche Grundlagen adn klinsche Evidenz von Netz-
Implantaten
ETH.MESH.05245392- ETH.MESH.05245397  Holste email chain re TVT Next generation Questions

ETH.MESH.05245427- ETH.MESH.05245428  Next Generation Mesh Discussion

ETH.MESH.05246116- ETH.MESH.05246122  Smith D email chain re Results of TVTx prelinical trial

ETH.MESH.05246527- ETH.MESH.05246528  Next Generation Mesh Discussion - Agenda

ETH.MESH.05276086- ETH.MESH.05276097  Master Consulting Agreement between Brian J. Flynn and Ethicon

ETH.MESH.05276184- ETH.MESH.05276194  Master Consulting Agreement between Dr. Douglas Grier and Ethicon

ETH.MESH.05299520- ETH.MESH.05299525  ECO 198115 Gynecare TVT Secur Rev A

ETH.MESH.05315240- ETH.MESH.05315279  Deposition Subject Matter table

ETH.MESH.05315240- ETH.MESH.05315295  PSE Accession No. 97-0197 A 28-day Intramuscular Tissue Reaction Study in
Rate of Polypropylene Mesh from the TVT (Ulmsten) Device
ETH.MESH.05315601- ETH.MESH.05316097  Hutchinson - Protocol PSEAccession No. 00-0035 An exploratory 91-day tissue
reaction study of soft prolene mesh (3.5 mil construction) and Vypro II mesh in
rats
ETH.MESH.05316755- ETH.MESH.05316755  Lab Notebook Histology Processing and Tissue Inventory Record

ETH.MESH.05320909- ETH.MESH.05320909  Treatment of Stress Urinary Incontinence with GYNECARE TVT SECUR System presentation

ETH.MESH.05320911- ETH.MESH.05320911  TVT Secur System - Early Surgical Experience presentation

ETH.MESH.05321151- ETH.MESH.05321151  2007 PFR marketing research summary

ETH.MESH.05321900- ETH.MESH.05321901  Gynecare TVT A Video Case Study

ETH.MESH.05327068- ETH.MESH.05327076  On-Site Training Framework Agreement between Ethicon and Mark Slack, Addenbrookes Hospital

ETH.MESH.05327140- ETH.MESH.05327145  Women's Health & Urology Advisory Board Agreement between Ethicon and Anthony Smith

ETH.MESH.05327299- ETH.MESH.05327303  HCC Central Team email chain re Approved Contracts CS3301-CS3302

ETH.MESH.05327307- ETH.MESH.05327314  Smith Off-Site Training Framework Agreement

ETH.MESH.05335794- ETH.MESH.05335794  Russo-Jankewicz email re Houston TVt/Blair stories

ETH.MESH.05336822- ETH.MESH.05336823  Fernandez, Jonathan - Prosima prolift presentation

ETH.MESH.05336977- ETH.MESH.05336980  Email Jennifer Paradise to Paul Parisi re FW: Cost containment

ETH.MESH.05336981- ETH.MESH.05336981  Head count justification presentation

ETH.MESH.05337217- ETH.MESH.05337220  Miller D email chain re Prolift professional education

ETH.MESH.05337225- ETH.MESH.05337228  Luscombe B email chain re request from Miller re lecture material

ETH.MESH.05337267- ETH.MESH.05337268  Email Dennis Miller, MD to Brian Luscombe re help

ETH.MESH.05337305- ETH.MESH.05337308  Lissetete Caro Rosado Pelvic Floor Repair Platform 2011 PDM G&O's

ETH.MESH.05337790- ETH.MESH.05337790  Prof Ed slide deck - plan and admits PE used for sales

ETH.MESH.05339015- ETH.MESH.05339017  Parisi email chain re help

ETH.MESH.05342338- ETH.MESH.05342340  Ferreira email chain re Intl Preceptor opportunity 0 S Africa

ETH.MESH.05342590- ETH.MESH.05342592  Email Scott Jones to DL-ETHUSSO EWHU DMs, et al. re AUGS CME Opportunity

ETH.MESH.05344489- ETH.MESH.05344490  Email Jennifer Brown to Michele Granahan re Purchase Order for Marcu Carey, MD - 2010 Contract

ETH.MESH.05344491- ETH.MESH.05344494  Email Supplier Account Management to Jennifer A. Brown re Request to Re-Activate Supplier 301765001

ETH.MESH.05344495- ETH.MESH.05344500  Johnson & Johnson Supplier Account Management (SAM) Form with Marcus Carey, MD

ETH.MESH.05347751- ETH.MESH.05347769  Hart email chain re Investigator-Initiated Studies Policy

ETH.MESH.05347755- ETH.MESH.05347769  Johnson & Johnson Worldwide MD&D Policy for Investigator-Initiated Studies (Clinical)

ETH.MESH.05352421- ETH.MESH.05352434  Consulting and Assignment Agreement between Gynecare and Marcus Carey, MD

ETH.MESH.05352442- ETH.MESH.05352443  Email Daniel Lamont to Bob Roda et al. re Gynecare Prosima Risk Documents

ETH.MESH.05352446- ETH.MESH.05352473  Operating Procedure for Failure Modes and Effect Analysis Application (aFMEA) or Design (dFMEA) Revision 6

ETH.MESH.05352721- ETH.MESH.05352766  LIGHTning Project Charter Presentation

ETH.MESH.05357882-                      Email re Vince Lucente

ETH.MESH.05367673- ETH.MESH.05367679  MSE0181; Revision A Pilot Neuchatal Material Specification SCION Right and Left inserter assembly

ETH.MESH.05403236- ETH.MESH.05403236  Selecting the Right Mesh - Professional Education presentation

ETH.MESH.05403773- ETH.MESH.05403773  Volpe email chain re TVT+M for Peter

ETH.MESH.05404152- ETH.MESH.05404159  Professeur Jean de Leval Consulting Ageement

ETH.MESH.05404976- ETH.MESH.05404976  Commerical-in-confidence Update to the TGA on TVT Secur 1 May 2008

ETH.MESH.05404978- ETH.MESH.05404980  Email Mark Yale to Price St. Hilaire, et al. re Fw: TVT-S follow up

ETH.MESH.05428995- ETH.MESH.05428999  Product Specification Gynecare Prolift+M Pelvic Floor Repair Kits EPC131 Revision A

ETH.MESH.05432198- ETH.MESH.05432224  OP650-011 Draft Re-write (40709) Operating Procedure for Failure Modes and Effects Analysis Application (aFMEA) or Design (dFMEA)

ETH.MESH.05438279- ETH.MESH.05438279  Email Vincenza Zaddem to Joshua Samon re POs for Carey and Rogers consulting

ETH.MESH.05440336- ETH.MESH.05440336  Memo:  Prosima +M Customers requirements and design inputs

ETH.MESH.05442881- ETH.MESH.05442883  Leibowitz Tensile Properties, Morphology Test Report

ETH.MESH.05442973- ETH.MESH.05442975  Applied Science & Technology Performance Evaluation Abstract  Biaxial testing of two commonly used Ethicon meshes

ETH.MESH.05443059- ETH.MESH.05443060  Operating Procedure for Optical Evaluation to Determine Porosity of Mesh Samples Using the Nikon Stereomicroscope and Image-Pro Plus Image Analysis System

ETH.MESH.05443077- ETH.MESH.05443085  Temocin - Pore Size Measurement of Surgical Mesh Products

ETH.MESH.05443495- ETH.MESH.05443495  Porosity Measurements of Prolene Meshes spreadsheet

ETH.MESH.05445953- ETH.MESH.05445969  Email James Ward to Pullen Shnoda, et al. re FW: Preclinical Contraction Model

ETH.MESH.05445953- ETH.MESH.05445954  Email James Ward to Pullen Shnoda, et al. re FW: Preclinical Contraction Model

ETH.MESH.05446127- ETH.MESH.05446139  Holste  email chain re Mesh and Tissue Contraction in Animal w/attachment

ETH.MESH.05446129- ETH.MESH.05446132  Hellhammer et al. Scientific Statement - Shrinking Meshes?

ETH.MESH.05447475- ETH.MESH.05447476  Engle email chain re How inert is polypropylene?

ETH.MESH.05447481- ETH.MESH.05447482  Barbolt email chain re How inert is polypropylene?

ETH.MESH.05448762- ETH.MESH.05448767  Liang, Sexual function following outside-in transobturator midurethral sling procedures:  a prospective study, Int Urogynecol J

ETH.MESH.05453719- ETH.MESH.05453727  Seven Year Data for Ten Year Prolene Study

ETH.MESH.05454207- ETH.MESH.05454207  Jürgen email re Fotos cadeavar lab

ETH.MESH.05454207- ETH.MESH.05454214  Trzweik J email chain re Fotos cadevar lab

ETH.MESH.05455878- ETH.MESH.05455898  Ethicon Surgeon Panel Meeting Agenda, Notes

ETH.MESH.05456117- ETH.MESH.05456118  Email James McDivitt to Thomas Barbolt re Autoclaving PROLENE

ETH.MESH.05456577- ETH.MESH.05456640  RD resource planning - prosima targeted for launch 2007 05456577

ETH.MESH.05456924- ETH.MESH.05456925  Email Dan Smith to Richard Hutchinson, et al. re TVTx - Next Generation TVT "Project INITIATION"

ETH.MESH.05457602- ETH.MESH.05457609  2006 Johnson Medal Nomination Ultrapro Loghtweight mesh product line

ETH.MESH.05466605- ETH.MESH.05466612  Ethicon Expert Meeting Meshes for Pelvic Floor Repair

ETH.MESH.05467804- ETH.MESH.05467804  Vellucci, ltr re Ethicon ceases to commenrcialize prosima

ETH.MESH.05467804- ETH.MESH.05467805  Vellucci, ltr re Ethicon ceases to commenrcialize prosima

ETH.MESH.05469908- ETH.MESH.05469912  Barbolt, T email chain re Ultrapro

ETH.MESH.05475773- ETH.MESH.05475822  Presentation: The (clinical) argument of lightweight mesh in abdominal surgery by Boris Batke

ETH.MESH.05478745- ETH.MESH.05478780  Batke presentation:  Ultrapro Plug Tokyo

ETH.MESH.05479410- ETH.MESH.05479410  Lightweight Mesh Value Proposition Presentation

ETH.MESH.05479411- ETH.MESH.05479411  The (clinical) argument of lightweight mesh in abdominal surgery Presentation

ETH.MESH.05479466- ETH.MESH.05479536  Lightweight Mesh - Presentation

ETH.MESH.05479501- ETH.MESH.05479502  Boris Batke Curriculum Vitae

ETH.MESH.05479535- ETH.MESH.05479535  Mesh porosity chart

ETH.MESH.05479717- ETH.MESH.05479717  ETHICON Polypropylene Mesh Technology- Batke presentation

ETH.MESH.05479718- ETH.MESH.05479718  Batke Poylpropylene Mesh Technology presentation

ETH.MESH.05483362- ETH.MESH.05483362  Ethicon Products Worldwide Ultrapro Mesh Pricing Committee Presentation

ETH.MESH.05483836- ETH.MESH.05483881  Test report No. B0086/02 Test for local effects after implantation Histopathological report, Immunohistochemical report

ETH.MESH.05489861- ETH.MESH.05489867  Sponsored Research Contract The Curators of the University of Missouri

ETH.MESH.05490280- ETH.MESH.05490311  Monthly Report WW Clinical Research Activities Gynecare

ETH.MESH.05493782- ETH.MESH.05493810  European Clinical R&D Monthly Report

ETH.MESH.05493965- ETH.MESH.05493999  "Meshes in Pelvic Floor Repair - Findings from literature review and conversations/interviews with surgeons" prepared by Brigitte Hellhammer

ETH.MESH.05494064- ETH.MESH.05494066  Hellhammer email chain re WG: TVT instructions for use

ETH.MESH.05495395- ETH.MESH.05495400  Ethicon Expert Meeting Meshes for Pelvic Floor Repair

ETH.MESH.05495419- ETH.MESH.05495422  Scientific Sgtatement Helhammer, Kohler, Holste, Shrinking Meshes?

ETH.MESH.05498580- ETH.MESH.05498583  Manley email chain re TVT SECUR Minutes - Team Meeting  November 22nd 2005 - Agenda November 29th 2005

ETH.MESH.05499292- ETH.MESH.05499294  Smith email chain re TVTS DESIGN REVIEWS

ETH.MESH.05500891- ETH.MESH.05500901  Raw material specification - TVT Secur * System (semi finished good from Neuchatel, Switzerland

ETH.MESH.05502894- ETH.MESH.05502928  Design Requirements Matrix Gynecare TVT Secur, Version: 4

ETH.MESH.05505944- ETH.MESH.05505946  Clinical Infection Risk Assessment for Bynecare TVT Universal

ETH.MESH.05512227- ETH.MESH.05512535  K063562- Full file

ETH.MESH.05514963- ETH.MESH.05514963  Materials - defect spreadsheet

ETH.MESH.05519476- ETH.MESH.05519481  Smith D email chain re TVT-S Cookbooks

ETH.MESH.05529274- ETH.MESH.05529275  Gynecare TVT Tension-free Support for Incontinence

ETH.MESH.05529275- ETH.MESH.05529276  GYNECARE TVT Tension-free Support for Incontinence - "It has come to our attention that one of our competitors may be spreading rumors about complications . . ."

ETH.MESH.05529653- ETH.MESH.05529653  Hoepffner, H email re Problem Statements for TVT Brainstorming Meeting

ETH.MESH.05534009- ETH.MESH.05534013  Risk Management Report TVT SECUR System Revision History for (RMR-0000021)

ETH.MESH.05534022- ETH.MESH.05534022  FMEA-0000261 Revision History for TVT Secur application

ETH.MESH.05534240- ETH.MESH.05534242  Email Edward Dormier to Gary Borkes, et al. re TVTS document review for the Friday Design Review meeting

ETH.MESH.05534270- ETH.MESH.05534271  Dormier email chain re TVTS document review for the Friday Design Review meeting

ETH.MESH.05536032- ETH.MESH.05536032  Year - To - Date TVT Complaint Review Through 10-31-05 Presentation

ETH.MESH.05537694- ETH.MESH.05537702  Email David Stoloff to Allison London Brown re TVT Secur Publications

ETH.MESH.05546336- ETH.MESH.05546367  Gynecare TVT Secur Trainers Guide

ETH.MESH.05546971- ETH.MESH.05547299  International Application Published Under the Patent Cooperation Treaty (PCT) WO 2004/012579 A2, Self Anchoring Sling and Introducer System

ETH.MESH.05548122- ETH.MESH.05548123  Smith D email re Update from Oct 27 cadaver lab

ETH.MESH.05549189- ETH.MESH.05549191  Holste J email chain re Infection resk implantation TVT U

ETH.MESH.05549696- ETH.MESH.05549700   Komamycky P email chain re Bio compatibility samples

ETH.MESH.05550102- ETH.MESH.05550106   Smith email chain re Growth acceleration tem meeting, June 13th; TVT S
                                        preclinical efficacy
ETH.MESH.05553782- ETH.MESH.05553782   Smith email re TVT-U

ETH.MESH.05554367- ETH.MESH.05554371   Gynecare Detail Drawings

ETH.MESH.05559108- ETH.MESH.05559109   Email Gary Borkes to Dan Smith, et al. re TVT S Des Val Comments

ETH.MESH.05559905- ETH.MESH.05559908   Borkey email chain re Design Validation Review Meeting TVT S

ETH.MESH.05560961- ETH.MESH.05560963   Emails Patricia Hojnoski and Martin Weisberg et al. re: Updated TVT and TVT-O
                                        Complication Rates 11-15-05
ETH.MESH.05560967- ETH.MESH.05560983   Weisberg CER Gynecare TVT Secur System

ETH.MESH.05561179- ETH.MESH.05561183   Product Specification Gynecare TVT Secur* EPC061 Revision: 1

ETH.MESH.05563395- ETH.MESH.05563398   Holste email chain re Prosima +M deliverables for 510k submission

ETH.MESH.05564746- ETH.MESH.05564747   Savidge email chain re Interesting article on PP in vivo degradation

ETH.MESH.05566013- ETH.MESH.05566013   Meeting Invite Response

ETH.MESH.05566117-                      Powerpoint: Regulatory Strategy
ETH.MESH.05567793- ETH.MESH.05567794   Email Catherine Beath to Neelu Medhekar, et al. re Telephone Call fro FDA (Dr.
                                        David Krause) - Surgical Mesh
ETH.MESH.05570260- ETH.MESH.05570261   Email Paul Parisi to Alyson Wess, et al. re FDA request

ETH.MESH.05572526- ETH.MESH.05572528   Hinoul P email chain re slings at surgery center

ETH.MESH.05572669- ETH.MESH.05572669   Ethicon 360  Gynecare TVT Abbrevo uses a refined obturator procedure so that
                                        you can use less mesh with confidence
ETH.MESH.05572810- ETH.MESH.05572810   Vellucci, L email re coupld of things

ETH.MESH.05572912- ETH.MESH.05572913   ETHICON Women's Health & Urology Professional Education

ETH.MESH.05573254- ETH.MESH.05573254   Beath email chain re Ethicon Mesh DVD - FDA Request Follow Up

ETH.MESH.05573975- ETH.MESH.05573975   Meshes for Incontinence & Pelvic Floor Repair - Arnaud presentation

ETH.MESH.05574759- ETH.MESH.05574761   Kammerer email re Proposal for work with CBAT

ETH.MESH.05578828- ETH.MESH.05578829   Doyle email re YTD Division Sales Overview

ETH.MESH.05585033- ETH.MESH.05585053   Batke - Ultrapro presentation

ETH.MESH.05585063- ETH.MESH.05585066   Batke B email chain re UltraPro sizing

ETH.MESH.05588123- ETH.MESH.05588126   Wohlert S email chain re How inert is polypropylene?

ETH.MESH.05588132- ETH.MESH.05588135   e-mail from Barbara Schudt to Dr. K. Junge re Ductus deferens Stdue

ETH.MESH.05597944- ETH.MESH.05597945   SBT team meeting -  exit process

ETH.MESH.05598237- ETH.MESH.05598240   FDA Communication re Postmarket Surveillance (PS) Study: PS120095

ETH.MESH.05598427- ETH.MESH.05598427   Kanerviko, B email chain re Request for more time to respond to 522

ETH.MESH.05600730- ETH.MESH.05600731   Vellucci email re 522 Guidance Document Gynecare Prosima

ETH.MESH.05600776- ETH.MESH.05600777   Prosima discontinuation ltr to FDA

ETH.MESH.05600916- ETH.MESH.05600923   Background Information GYNECARE Pelvic Floor Repair Products and
                                        GYNECARE TVT Secure
ETH.MESH.05602686- ETH.MESH.05602687   FDA ltr re discontinue TVT-S

ETH.MESH.05603386- ETH.MESH.05603402   draft prosima postmarketing plan 1-27-12

ETH.MESH.05603617- ETH.MESH.05603631  Response to request for AE info

ETH.MESH.05603793- ETH.MESH.05603797  various email re 522 Guidance document

ETH.MESH.05604390- ETH.MESH.05604399  FDA Review of PFR and SUI Mesh Products - Changing Regulatory Environment and Potential Impact on Ethicon Pipeline - presentation

ETH.MESH.05604490- ETH.MESH.05604563  Ethicon and FDA PFR and SUI dialogue

ETH.MESH.05608120- ETH.MESH.05608122  Email Aida Astani-Matthies to Tom Affeld et al. re Checklist Prosima+M for Design Input Review FM-0001307v1

ETH.MESH.05608229- ETH.MESH.05608234  Risk Management Report PROSIMA Pelvic Floor Repair Kit Revision History for (RMR-0000029)

ETH.MESH.05611588- ETH.MESH.05611588  Complaint Summary: TVT Serious Injuries (SI) and Deaths 5/99 to Date Spreadsheet

ETH.MESH.05616708- ETH.MESH.05616708  FMEA spreadsheet

ETH.MESH.05620358- ETH.MESH.05620362  NCR Summary Report NCR10-01914

ETH.MESH.05620371- ETH.MESH.05620382  NCR Summary Report NCR10-02107

ETH.MESH.05620383- ETH.MESH.05620388  NCR Summary Report NCR10-02199

ETH.MESH.05639356- ETH.MESH.05639361  PVP OQ for Foil Pouches

ETH.MESH.05641096- ETH.MESH.05641098  TVT STAF PD 99/20 -- Meeting of Nov. 17, 1999 Summary

ETH.MESH.05642489- ETH.MESH.05642491  Hellhammer B email chain re Vypro Pelvic Floor Repair PD 00/3

ETH.MESH.05644163- ETH.MESH.05644171  Pelvic Floor Repair -- Surgeon's Feed-back on Mesh Concept

ETH.MESH.05664798- ETH.MESH.05664814  Prosima +M evaluation of process step "pocket welding"

ETH.MESH.05675417- ETH.MESH.05675418  Discussion Points for Discussion with FDA Regarding PFR TVM products and TVT Secure

ETH.MESH.05675524- ETH.MESH.05675524  Email re 522 communications

ETH.MESH.05675788- ETH.MESH.05675792  Everett email chain re CAPA100099: Management CAPA - References for RMR's

ETH.MESH.05675825- ETH.MESH.05675828  Lovanikic, J email letter re discontinuation

ETH.MESH.05675835- ETH.MESH.05675836  draft letter to MHRA re discontinuation

ETH.MESH.05676170- ETH.MESH.05676180  Smitah, R email chain discusses landscape and reasons for discontinuation

ETH.MESH.05676245- ETH.MESH.05676254  Wong, J email chain re discussion reclassification PS after discontinuation

ETH.MESH.05692235- ETH.MESH.05692240  Project MINT ppt describing project

ETH.MESH.05692366- ETH.MESH.05692366  Target efficient surgeon with Prosima

ETH.MESH.05701011- ETH.MESH.05701058  PA Consulting Group Report:  Investigating Mesh Erosion in Pelvic Floor Repair

ETH.MESH.05718101- ETH.MESH.05718108  Schmitt K email chain re Classification of Meshes - UPDATE

ETH.MESH.05718285- ETH.MESH.05718301  Prosima +M Storage Stability Strategy

ETH.MESH.05718952- ETH.MESH.05718952  Projekt "Edelweiß" spreadsheet

ETH.MESH.05722820- ETH.MESH.05722820  Meier email re EN_1251273177 Netz-Explantate mpü 2177 ue ed.doc

ETH.MESH.05728642- ETH.MESH.05728689  Investigating Mesh Erosion in Pelvic Floor Repair

ETH.MESH.05734547- ETH.MESH.05734548  Astani-Matthies email chain re Prosima +M IFU Review - Session 3

ETH.MESH.05734549- ETH.MESH.05734572  Prosima +M - insert "from Prosima to Prosima +M" supporting document

ETH.MESH.05740118- ETH.MESH.05740118  Gadot, H email re Prosima update

ETH.MESH.05740352- ETH.MESH.05740352  Zyczynski Fee for Service Contract Application Form

ETH.MESH.05740424- ETH.MESH.05740428  Email Robert Zipfel to Lissette Caro-Rosado re AAGL additional supplies

ETH.MESH.05743318- ETH.MESH.05743320  Draft Media statement re FDA PHN

ETH.MESH.05764101- ETH.MESH.05764101  BUC July 2009 I&pf platforms presentation

ETH.MESH.05768705- ETH.MESH.05768712  2005 Variable Compensation Plan Sales Representative

ETH.MESH.05777804- ETH.MESH.05777806  Email Robin Osman to Kathryn Favor re Items to Destroy

ETH.MESH.05778347- ETH.MESH.05778348  Taveroni Requested action spreadsheet

ETH.MESH.05791132- ETH.MESH.05791133  Henderson M email chain re Q4 Spend

ETH.MESH.05791789- ETH.MESH.05791802  Doyle Consulting Agreement Requisition Form

ETH.MESH.05793690- ETH.MESH.05793693  Gynecare TVT Introduction to cross train the Uterine

ETH.MESH.05793739- ETH.MESH.05793740  Project Name:  Advance TVT Sales - chart

ETH.MESH.05794787- ETH.MESH.05794788  Gynecare 7 Year Data Indicates Strong Continued Safety and Effectiveness for
GYNECARE TVT Tension-free Support for Incontinence
ETH.MESH.05794926- ETH.MESH.05794930  Make Data and Safety your choice Brochure TVT118

ETH.MESH.05795106- ETH.MESH.05795106  TVT SECUR System Professional Education Program Opportunities - Consider --
Proper Targeting, Court Effectiveness & Costs
ETH.MESH.05795299- ETH.MESH.05795300  Email Marianne Kaminski to Amy Vie, et al. re 2004 budget - PE August
adjustments
ETH.MESH.05795309- ETH.MESH.05795315  Gyncecare Mega Course Uterine Health Urodynamics Incontinence and Pelvic
Floor Repair and the OB/GYN Surgeon, Urogynecologist and Urologist

ETH.MESH.05795318- ETH.MESH.05795319  Management of Stress Incontinence Using Gynecare TVT Brochure

ETH.MESH.05795322- ETH.MESH.05795324  Emails Marianne Kaminski to Paul Parisi, et al. re Q1 PE results REVISED

ETH.MESH.05795421- ETH.MESH.05795508  Gynecare TVT Professional Education Slides

ETH.MESH.05795537- ETH.MESH.05795599  TVT Tension-free Vaginal Tape Professional Education Program Speaker's
Guide
ETH.MESH.05795600- ETH.MESH.05795621  TVT Physician Education Program - Minimally Invasive Surgery for the
Incontinent Woman slides
ETH.MESH.05795664- ETH.MESH.05795669  An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of
Female Urinary Incontinence Article
ETH.MESH.05797232- ETH.MESH.05797234  Lamont, D Memo re PMS meeting minutes

ETH.MESH.05798123- ETH.MESH.05798124  Executive summary of upcoming FDA meeting

ETH.MESH.05799233- ETH.MESH.05799316  Gynecare TVT Exact Instructions for Use

ETH.MESH.058020420-                     Letter to US General Surgery Employees
ETH.MESH.05806931- ETH.MESH.05806931  Presentation: Gynecare TVT Abbrevo Continence System Professional Education
by Dr. Babcock
ETH.MESH.05807082- ETH.MESH.05807082  Path Forward ppt

ETH.MESH.05810485- ETH.MESH.05810516  Benefit-Risk Profile for POP Products

ETH.MESH.05815791- ETH.MESH.05815802  TVT-172-12-6/14 Patient Brochure  -  Stop Coping.  START LIVING.  WHAT YOU
SHOULD KNOW ABOUT STRESS URINARY INCONTINENCE
ETH.MESH.05815989- ETH.MESH.05817091  Clinical Study Report A Prospective, Multi-centre Study to Evaluate the Clinical
Performance of the GYNECARE PROSIMA Pelvic Floor Repair System as a
Procedure for Pelvic Organ Prolapse - Medium Term Follow-up Results

ETH.MESH.05819585- ETH.MESH.05819588  Muguruza, M email chain re customer conversations with patients and referring
physician
ETH.MESH.05819668- ETH.MESH.05819677  draft POP brochure includes Prosima

ETH.MESH.05819961- ETH.MESH.05819961  Frost email chain re PHS Treatments for Pelvic Organ Prolapse. docx

ETH.MESH.05820420- ETH.MESH.05820420  ETHICON GYNECARE WW Commercialization Decision - Tim Schmid message
to U.S. General Surgery Employees (for use as template)

ETH.MESH.05820683- ETH.MESH.05820685  Ethicon Gynecare WW Commercialization Decision U.S. Frequently Asked
Questions (for use as template)

ETH.MESH.05820723- ETH.MESH.05820723  Letter Piet Hinoul and Matt Henderson to Surgeons re global discontinue of
Gynecare Prosima, Prolift, Prolift + M, Gynemesh M and Gynecare TVT Secur

ETH.MESH.05822684- ETH.MESH.05822693  Email Laura Hutto to Brian Luscombe re Flynn

ETH.MESH.05823421- ETH.MESH.05823422  Finley email re HPG Value Adds

ETH.MESH.05826033- ETH.MESH.05826033  Draft for review:  FDA Notification About Use of Surgical Mesh to treat Pelvic
Organ Prolapse and Stress Urinary Incontinence Email to EMHU Organization
from Renee Selman

ETH.MESH.05826232- ETH.MESH.05826236  Luscombe email chain re Dr. Stone

ETH.MESH.05827608- ETH.MESH.05827608  Frost email re Marketing Mastery & Teaching Institutions

ETH.MESH.05828062- ETH.MESH.05828062  Communication Plan for US Market Withdrawal of Pelvic Floor Mesh & SI Slings -
Distribute Internally on a need to know basis only  DRAFT 5/3/2012

ETH.MESH.05830384- ETH.MESH.05830386  stop coping.  start living.  An Update on Surgical Mesh - publication

ETH.MESH.05831700- ETH.MESH.05831708  Horton emaili chain re GATEWAY

ETH.MESH.05837856- ETH.MESH.05837859  Plastic needle for TOVGT applicagtion - Analyse des risques

ETH.MESH.05845592- ETH.MESH.05845599  Mary, C, et al, Comparison of the In Vivo Behavior of Polyvinylidene Fluoride and
Polypropylene Sutures Used in Vascular Surgery, ASAIO Journal 1998; 44:199-
206

ETH.MESH.05877071- ETH.MESH.05877085  Protocol Version: 2, Protocol: Materials Characterization Laboratory (MCL)
Protocol Number: 1090077

ETH.MESH.05882021- ETH.MESH.05882044  Coze J, et al, New polymer for intraabdominal meshes - PVDF-co-polymer

ETH.MESH.05889974- ETH.MESH.05889974  Hoepffner email re Pro Ulmsten interaction

ETH.MESH.05916450- ETH.MESH.05916450  Chronic Pain Prevention/future - Bioengineer's point of view Presentation

ETH.MESH.05918082- ETH.MESH.05918116  Presentation:  Solving the Device Design Puzzle

ETH.MESH.05918776- ETH.MESH.05918776  Schiaparelli J email re Marlex Experience

ETH.MESH.05920530- ETH.MESH.05920530  Batke B email re Literature list Lightweight Meshes

ETH.MESH.05920616- ETH.MESH.05920617  Chomiak M email re Defining light weight mesh

ETH.MESH.05920618- ETH.MESH.05920621  Koehler P email chain re Dr. Schumpelick

ETH.MESH.05921958- ETH.MESH.05921958  Miles Murphy, MD Invoice

ETH.MESH.05921959- ETH.MESH.05921959  Murphy invoice

ETH.MESH.05921960- ETH.MESH.05921960  Miles Murphy, MD Invoice

ETH.MESH.05921961- ETH.MESH.05921961  Murphy invoice

ETH.MESH.05921962- ETH.MESH.05921962  Miles Murphy, MD Invoice

ETH.MESH.05921963- ETH.MESH.05921963  Murphy invoice

ETH.MESH.05921975- ETH.MESH.05921975  Zyczynski invoice

ETH.MESH.05922378- ETH.MESH.05922379  Patt Beach goals and Objectives 2011

ETH.MESH.05956840- ETH.MESH.05956840  Kleczkowski  S email withdrawing CR 2008-461 -

ETH.MESH.05958248- ETH.MESH.05958248  Copy Review - TVT Resource Monograph

ETH.MESH.05958469- ETH.MESH.05958482  Working copy - Gilbert AI, et al, Frequently Asked Questions About Hernia Repair
with a Connected Bilayer Polypropylene Mesh Device

ETH.MESH.05960623- ETH.MESH.05960623  Carino email chain re Express lane CR

ETH.MESH.05961197- ETH.MESH.05961203  Corrective/Preventive Action TVT Tape

ETH.MESH.05961204- ETH.MESH.05961211  Corrective/Preventive Action TVT Tape

ETH.MESH.05961212- ETH.MESH.05961234  Corrective/Preventive Action TVT Tape

ETH.MESH.05961304- ETH.MESH.05961315  Corrective/Preventive Action TVT Tape

ETH.MESH.05972834- ETH.MESH.05972866  Asset  Purchase Agreement

ETH.MESH.05973195- ETH.MESH.05973200  Consulting Agreement between Dr. Douglas Grier and Ethicon

ETH.MESH.05982133- ETH.MESH.05982133  FDA and Ethicon PFT and SUI Dialogue - presentation

ETH.MESH.05987993- ETH.MESH.05987994  Angelini message to Ethicon

ETH.MESH.05987999- ETH.MESH.05988000  Henderson script re discontinuation

ETH.MESH.05992137- ETH.MESH.05992138  Henderson email chain re Prosima Preceptors

ETH.MESH.05992152- ETH.MESH.05992152  Henderson, M email re QBR 4/20

ETH.MESH.05997866- ETH.MESH.05997867  Email Piet Hinoul to David Robinson, et al. re TR: E-mail string response

ETH.MESH.05998775- ETH.MESH.05998778  Hinoul P email chain re Patient complication in Wichita, KS

ETH.MESH.05998803- ETH.MESH.05998804  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.05998805- ETH.MESH.05998806  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.05998807- ETH.MESH.05998808  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.05998811- ETH.MESH.05998812  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.05998816- ETH.MESH.05998818  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.05998819- ETH.MESH.05998820  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.05998821- ETH.MESH.05998823  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.05998835- ETH.MESH.05998836  Hinoul P email chain re Alerte TVT Abbrevo

ETH.MESH.06001408- ETH.MESH.06001408  ICM Project Presentation

ETH.MESH.06003151- ETH.MESH.06003196  Kammerer email chain re Minimally invasive dissection tools

ETH.MESH.06003197- ETH.MESH.06003239  Kammerer email chain re minimally invasive dissection tools

ETH.MESH.06005207- ETH.MESH.06005210  Wall, IL, et al, The perils of commercially driven surgical innovation, Am J Obstet
Gynecol 2010; 202:30.e1-4

ETH.MESH.06006730- ETH.MESH.06006737  Goals and Objectives - Piet Hinoul - 2009 Strengthen EBM Capabilities

ETH.MESH.06015196- ETH.MESH.06015196  Benjamin email re FDA ltt re 510k

ETH.MESH.06015198- ETH.MESH.06015198  Proposed contents for TVTOPA Pre-IDE Meeting with FDA

ETH.MESH.06015227- ETH.MESH.06015229  Briceño Memo to DHF0000978 - TOPA re Preliminary Risk Analysis for TVT-O
PA

ETH.MESH.06015836- ETH.MESH.06015839  Savidge email chain re Mesh and Biomechanical Data for TVTO-PA 510(k)

ETH.MESH.06016054- ETH.MESH.06016055  Dang email chain re K103727 - please advise

ETH.MESH.06021657- ETH.MESH.06021657  2008 CME Conference & Exhibition Overview

ETH.MESH.06022096- ETH.MESH.06022096  Rotter ltt Martinez re Request for Additional Information under Section 39 of the
Medical Device Regulation

ETH.MESH.06022108- ETH.MESH.06022109  Brunner memo re Risk Assessment review of Proposed xchanges to TVt
Japanese Package Insert

ETH.MESH.06022772- ETH.MESH.06022772  FMEA Flow Chart

ETH.MESH.06034548- ETH.MESH.06034555  Standard Operating Procedure - Corporate Communications Department Copy
Review Process

ETH.MESH.06034753- ETH.MESH.06034753  How to Handle a Customer Complaint

ETH.MESH.06040171- ETH.MESH.06040173  Mahar K email chain re Laser Cut Mesh Positioning

ETH.MESH.06040657- ETH.MESH.06040658  Mahar email chain re Credo debrief

ETH.MESH.06051016- ETH.MESH.06051020  Khoo email chain re URGENT:  Meeting with the Australian Regulator to discuss
TVT Secur performance

ETH.MESH.06051023- ETH.MESH.06051026  Email Robert Scherini to Sheri McCoy, et al. re FW: URGENT: Meeting with the
Australian Regulator to discuss TVT Secur performance

ETH.MESH.06051144- ETH.MESH.06051146  Email Aran Maree to Anne Capplis, et al. re Australia update and telephone call
with Prof Frazer

ETH.MESH.06051155- ETH.MESH.06051157  Maree email chain re Australia update

ETH.MESH.06051286- ETH.MESH.06051286  TVT-Secur PQI07-041 Quality Board Follow Up Presentation

ETH.MESH.06051325- ETH.MESH.06051326  Communication to Surgeons Considerations for the safe and effective use of the
Gynecare TVT Secur System

ETH.MESH.06070148- ETH.MESH.06070154  Email Aran Maree to Ramy Mahmoud re Fw: TVT-S follow up

ETH.MESH.06072323- ETH.MESH.06072323  Harcourt email chain re Marcus Carey

ETH.MESH.06086551- ETH.MESH.06086572  Patient counseling flip chart GPD-005-11-1-13

ETH.MESH.06087210- ETH.MESH.06087212  Gynecare TVT Family of Products What to Expect from your Procedure

ETH.MESH.06087267- ETH.MESH.06087267  Exam Room Poster GPD-423-10-0-12

ETH.MESH.06087471- ETH.MESH.06087472  TVT-444-10-11/12 Patient brochure - stop coping.  start living.  As yourself . . .
Are you suffering from any of these syptoms?

ETH.MESH.06087513- ETH.MESH.06087514  TVTR-566-10-11/12 Physician brochure - Gynecare TVT

ETH.MESH.06121290- ETH.MESH.06121292  Pattyson email chain re Thanks very much!

ETH.MESH.06124139- ETH.MESH.06124140  Zhao email re ??: certificate!

ETH.MESH.06129406- ETH.MESH.06129411  Consulting Agreement between Ethicon and Mark Slack, MD

ETH.MESH.06129916- ETH.MESH.06129926  Consulting Agreement Requisition Form - Part 1 of Dr Marcus Carey

ETH.MESH.06132977- ETH.MESH.06132977  Project - Prosima Development Phase

ETH.MESH.06136033- ETH.MESH.06136043  Material Specification for TVT PROLENE Polypropylene Mesh Roll Stock,
Revision 8

ETH.MESH.06148459- ETH.MESH.06148459  Robinson, D email re Carey 12 mo data submission to BJOG

ETH.MESH.06150449- ETH.MESH.06150449  Robinson email chain Re SECUR discussions in Australia

ETH.MESH.06152333- ETH.MESH.06152363  Clinical Trial Research Agreement Medicines Australia - Standard Form between
Dr Marcus Carey, Royal Women's Hospital and Johnson & Johnson

ETH.MESH.06152376- ETH.MESH.06152378  Gauld email chain re Request

ETH.MESH.06162465- ETH.MESH.06162467  Nominator Name: Dan Smith, Nominees Name(s): Allison London Brown $3,000

ETH.MESH.06164409- ETH.MESH.06164410  Smith D email re Dedications

ETH.MESH.06165103- ETH.MESH.06165105  Voelker email chain re Approval of EMQD10: ECO354770

ETH.MESH.06165243- ETH.MESH.06165243  Smith email re TVT+M mesh

ETH.MESH.06171801- ETH.MESH.06171801  Spreadsheet

ETH.MESH.06177097- ETH.MESH.06177097  Smith email re TVTO award history

ETH.MESH.06195201- ETH.MESH.06195205  Divilio memo

ETH.MESH.06196414- ETH.MESH.06196417  Rosado email chain re Clinical Studies

ETH.MESH.06214296- ETH.MESH.06214300  EPC131 Revision A Neuchatel Prolift+M Product Specification

ETH.MESH.06220211- ETH.MESH.06220211  Dr. Marcus Carey Invoice

ETH.MESH.06220212- ETH.MESH.06220212  Carey invoice

ETH.MESH.06220213- ETH.MESH.06220213  Dr. Marcus Carey Invoice

ETH.MESH.06220214- ETH.MESH.06220214  Dr Marcus Carey Invoice

ETH.MESH.06220215- ETH.MESH.06220215  Invoice from Marcus Carey, MD for consulting services

ETH.MESH.06220216- ETH.MESH.06220216  Dr Marcus Carey Invoice

ETH.MESH.06239100- ETH.MESH.06239108  Bobertz email chain re URGENT:  Resin information request

ETH.MESH.06241098- ETH.MESH.06241110  Consulting Agreement between Ethicon and Marcus Carey, MD

ETH.MESH.06241111- ETH.MESH.06241120  Carey DRAFT letter re Consulting Agreement

ETH.MESH.06241657- ETH.MESH.06241657  Zaddem email chain re Consultancy Agreement

ETH.MESH.06255658- ETH.MESH.06255658  Royalties owed to Marcus Carey MD as of Q1 2010

ETH.MESH.06255659- ETH.MESH.06255659  Letter Maria R. Seabra to Dr. Marcus Carey MD re royalties owed to you as of Q2
2010

ETH.MESH.06257030- ETH.MESH.06257030  "What Good Looks Like Web-Conference" Outline

ETH.MESH.06260647- ETH.MESH.06260671  R&D CO-OP Welcome Guide Spring 2010

ETH.MESH.06261965- ETH.MESH.06261967  Karl J email chain re Braskem. . . A LIttle History

ETH.MESH.06274935- ETH.MESH.06274938  Sump email re TVT Secur Minutes - Team Meeting April 12th 2005 -- Agenda
April 19, 2005

ETH.MESH.06279321- ETH.MESH.06279322  ICS-IUGA 2010 Abstract Form - One Year Results From a World-Wide Registry
of TVt-Secur in Women With Stress Urinary Incontinence (SUI)

ETH.MESH.06303015- ETH.MESH.06303102  Investigator File Financial -Investigator Sayer Financial Agreement

ETH.MESH.06303103- ETH.MESH.06303147  Investigator File Financial - Investigator Sayer

ETH.MESH.06303165- ETH.MESH.06303190  Investigator File Financial - Investigator Sayer Payments

ETH.MESH.06303676- ETH.MESH.06303851  Investigator File Prosima* Institution Institution Correspondence Mr. Tim Sayer
Site 11

ETH.MESH.06305612- ETH.MESH.06306176  General Study File CRF Correspondence Folder 2

ETH.MESH.06312955- ETH.MESH.06313044  Prosima clinical file

ETH.MESH.06315792- ETH.MESH.06316261  Investigator File Prosima* Site Visits Site Monitoring Visit Reports, corresponding
Monitoring Query forms and Source Data Verification Logs SMV Report Mr Tim
Sayer

ETH.MESH.06316820- ETH.MESH.06316898  Project File/Internal Project Management/Budget

ETH.MESH.06352708- ETH.MESH.06352710  Shen, J email chain email describing how to analyze study data

ETH.MESH.06358092- ETH.MESH.06358101  Barber MD, et al, Single-Incision Mini-Sling Compared With Tension-Free Vaginal
Tape for the Treatment of Stress Urinary Incontinence, Obstet Gynecol 2012;
119:328-37

ETH.MESH.06372356- ETH.MESH.06372363  Global Harms List Document for Review & Comment by Medical Affairs
          Personnel

ETH.MESH.06378084- ETH.MESH.06378089  Magalhaes I email chain re Concerns raised re TVT Abbrevo surgical procedure

ETH.MESH.06381749- ETH.MESH.06381750  Email Neal Brunner to Brian Pelkey re Post Launch Reviews

ETH.MESH.06384009- ETH.MESH.06384031  Design Validation Protocol

ETH.MESH.06388581- ETH.MESH.06388581  Vellucci, L email re Assessment of CER for Prosima

ETH.MESH.06397498- ETH.MESH.06397501  BSI Audit Report No. 7215123

ETH.MESH.06398793- ETH.MESH.06398932  Prolene Mesh Polypropylene Technical File

ETH.MESH.06401339- ETH.MESH.06401565  Gynecare Prosima Pelvic Floor Repair System Technical File

ETH.MESH.06479808- ETH.MESH.06479885  CER Evaluation of the TVT Secur System for Stress Urinary Incontinence

ETH.MESH.06480138- ETH.MESH.06480138  Email Allison London Brown to John Gillespie et al. re Marcus Carey Agreement

ETH.MESH.06489701- ETH.MESH.06489703  Carey email chain re recent consulting

ETH.MESH.06496130- ETH.MESH.06496134  Wyllie email chain re SAE PROSIMA PROTOCOL 300-06-005, SITE 11 MR
          Sayer, Subject number 11010

ETH.MESH.06501704- ETH.MESH.06501730  Draft Confidential Statical Analysis Plan - Main Analysis

ETH.MESH.06502546- ETH.MESH.06503061  Prosima study statistics

ETH.MESH.06503062- ETH.MESH.06503062  Statdoc 16.1.9.2.2.6

ETH.MESH.06503063- ETH.MESH.06503097  Statdoc 16.1.9.2.1.1 POP-Q: Comparison of success rates in DRI versus, non-
          DRI subjects

ETH.MESH.06503098- ETH.MESH.06503224  Table 14.1.1.1 Disposition of subjects by centre Safety analysis set

ETH.MESH.06503227- ETH.MESH.06503278  Protocol 300-06-005 Final Version 3

ETH.MESH.06505666- ETH.MESH.06505714  All listings for Prosima study

ETH.MESH.06505877- ETH.MESH.06505884  Program Validation Form Study Protocol 300_06_005, Prosima

ETH.MESH.06527171- ETH.MESH.06527172  Email Judith Gauld to Colin Urquhart, et al. re FW:170B01 - RE: New Study
          Protocol

ETH.MESH.06569681- ETH.MESH.06569681  Gauld email re One year report for Prolift +M

ETH.MESH.06580694- ETH.MESH.06580703  Anhalt Master Consulting Agreement

ETH.MESH.06583450- ETH.MESH.06583450  Redefine Success presentation

ETH.MESH.06584621- ETH.MESH.06584623  Email Kevin Frost to Tom Affeld re Prosima +M SBT Final 5-10-11

ETH.MESH.06589813- ETH.MESH.06589814  Affeld email chain re Prosima +M Sensivity

ETH.MESH.06591558- ETH.MESH.06591559  Affeld email chain re Pre-Launch Awareness for Prosima with Dr. Marcus Carey

ETH.MESH.06592114- ETH.MESH.06592114  Procedure Video

ETH.MESH.06592241- ETH.MESH.06592242  Email Christian Falconer to Laura Angelini re Ang: RE: time flies

ETH.MESH.06593604- ETH.MESH.06593607  Austin email re Urgent 522

ETH.MESH.06593613- ETH.MESH.06593613  Customer template letter re discontinuation

ETH.MESH.06611235- ETH.MESH.06611244  2011 BP guidelines

ETH.MESH.06615659- ETH.MESH.06615659  Announcement from Charlotte Owens that Amy Godwin is leaving her position

ETH.MESH.06630302- ETH.MESH.06637667  Department, PO, Site List

ETH.MESH.06661874- ETH.MESH.06661979  Target Sheet Design History CH0263 - DH0278 TVT (Tension Free Vaginal Tape) Factbook

ETH.MESH.06695438- ETH.MESH.06695442  Memo Gene Kammerer R&D to Dr. David Robinson, et al. re Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT Laser Cut Mesh

ETH.MESH.06696367- ETH.MESH.06696379  Seppa K Memo re Performance Evaluation of TVT U Prolene Mesh:  Mechanical Cut versus Laser Cut STudy (LIMS#BE-2005-1920) Version 3

ETH.MESH.06696589- ETH.MESH.06696592  Minute - Tactile appraisal of TVT LCM & LCM-MC both vs MCM

ETH.MESH.06696593- ETH.MESH.06696598  Design FMEA:  TVT Laser Cut Mesh Project spreadsheet

ETH.MESH.06698222- ETH.MESH.06698223  Email Robert Chilcoat to Tom Affeld et al. re Agenda for Monday's DHF0000871 Design Review

ETH.MESH.06705963- ETH.MESH.06705976  Gynecare Value Proposition Report

ETH.MESH.06707495- ETH.MESH.06707499  Hojnoski Memo re Regulatory Strategy -- GYNECARE TVT SECUR System

ETH.MESH.06767583- ETH.MESH.06767587  Email Dan Smith to Aaron Kirkemo re FW: information regarding Scion

ETH.MESH.06767600- ETH.MESH.06767603  Email Edward Dormier to Aaron Kirkemo, et al. RE: Meeting with Bridget - Transformation nature of Scion delivery system

ETH.MESH.06767981- ETH.MESH.06767981  Abbrevo COGS

ETH.MESH.06772743- ETH.MESH.06772748  Prolift +M RMR-0000042

ETH.MESH.06772856- ETH.MESH.06772879  Franchise Procedure for Post Market Surveillance (PMS) Revision History for PR-0000385

ETH.MESH.06772938- ETH.MESH.06772941  Legacy PMS plan for prolift and Prosima

ETH.MESH.06773111- ETH.MESH.06773130  Franchise Procedure for Post Market Surveillance (PMS)

ETH.MESH.06773418- ETH.MESH.06773425  PMS Annual Summary Urethral Slings - Revision History for PMSA-120001

ETH.MESH.06773520- ETH.MESH.06773524  Eley email chain re TVT CLOSURE REPORTS TO MHRA

ETH.MESH.06773538- ETH.MESH.06773542  Eley email chain re TVT MDV?- 10100156899

ETH.MESH.06773543- ETH.MESH.06773543  Adverse Incident Report

ETH.MESH.06773853- ETH.MESH.06773853  Meyer, L email chain re CER for Prolift +M and Prsima

ETH.MESH.06773944- ETH.MESH.06773952  PMS annual survey v1

ETH.MESH.06774005- ETH.MESH.06774030  Franchise Procedure for Post Market Surveillance (PMS) Revision, 4

ETH.MESH.06774040- ETH.MESH.06774048  2011 WCQ planning PMS ppt

ETH.MESH.06774142- ETH.MESH.06774142  Email Daniel Lamont to Lynn Meyer re FM-0001818v2_DL.docx

ETH.MESH.06806078- ETH.MESH.06806092  ASTM Designation:  F 2097 - 08 Standard Guide for Design and Evaluation of Primary Flexible Packaging for Medical Products

ETH.MESH.06828689- ETH.MESH.06828690  London Brown email chain re Certificates for Prolift training

ETH.MESH.06828907- ETH.MESH.06828909  Hunsicker email chain re ICS Submission

ETH.MESH.06832897- ETH.MESH.06832897  Anatomy and Cadaver Dissections - presentation

ETH.MESH.06836620- ETH.MESH.06836657  Hinoul - Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse

ETH.MESH.06851860- ETH.MESH.06852464  CE Mark Technical File PMH-2008-01

ETH.MESH.06852118- ETH.MESH.06852129  Biocompatibility Review

ETH.MESH.06856958- ETH.MESH.06856981  Presentation:  TVT Obturator System

ETH.MESH.06857127- ETH.MESH.06857132  Smith Memo re Scion SIS develoment history summary; VOC, Human factors, Cadaver labs, Internal R&D

ETH.MESH.06857406- ETH.MESH.06857406  TVT - Bridge Retaining Leadership presentation

ETH.MESH.06858146- ETH.MESH.06858147  Smith email chain re TVT-O resin Minute Jan 31st

ETH.MESH.06858314- ETH.MESH.06858318  Test method for the Thickness of Mesh Revision Hisitory TM403-145

ETH.MESH.06859904- ETH.MESH.06859931  Dodd presentation:  TVT:  Insights into the Making of a Revolution

ETH.MESH.06860393- ETH.MESH.06860398  Email Dan Smith to Quentin Manley re TVT Secur design validation study

ETH.MESH.06860410- ETH.MESH.06860410  Email Mark Yale to Gary Borkes re TVT-S design validation study

ETH.MESH.06860553- ETH.MESH.06860558  OVER ALL Due to Dan's inventive nature and creativity GYNECARE TVT was the first solution . . .

ETH.MESH.06861281- ETH.MESH.06861281  Ciarrocca email chain re TVT Secur data

ETH.MESH.06861426- ETH.MESH.06861429  Hocknell email chain re Adventures with TVT Secur

ETH.MESH.06861473- ETH.MESH.06861473  Gynecare TVT-S Competitive Product Update

ETH.MESH.06861946- ETH.MESH.06861946  Basell Purell MSDS

ETH.MESH.06866919- ETH.MESH.06866919  Kammerer email re Ultra sonic slit TVT

ETH.MESH.06866920- ETH.MESH.06866920  Presentation - Ultrasonic Slitting of TVT Mesh Technical Review

ETH.MESH.06866921- ETH.MESH.06866921  ETH.MESH.06866921 attachment

ETH.MESH.06867612- ETH.MESH.06867630  Presentation:  Matrix Material  A powerfu new tool in Advanced Tissue Reconstruction

ETH.MESH.06868247- ETH.MESH.06868247  Landgrebe email chain re "new" idea

ETH.MESH.06868377- ETH.MESH.06868382  Juraschek R email chain re shrinkage review

ETH.MESH.06868403- ETH.MESH.06868406  Memo Dan Lamont to Gynecare Prosima Risk Management Report re Pelvic Floor Product(s) Complaint Review for Gynecare Prosima Risk Management

ETH.MESH.06869163- ETH.MESH.06869166  Landgrebe email chain re matrix - Cohera

ETH.MESH.06869484- ETH.MESH.06869488  Varma - New Idea Submission

ETH.MESH.06869524- ETH.MESH.06869524  Smith email re TVTx

ETH.MESH.06869750- ETH.MESH.06869753  Human Cadaver Wetlab Report/Results Draft

ETH.MESH.06873447- ETH.MESH.06873458  Due Diligence Growth Opportunity Outline re Project Mulberry Next generation TVT

ETH.MESH.06873459- ETH.MESH.06873461  Arnaud email chain re Mulberry

ETH.MESH.06875939- ETH.MESH.06875941  Castro email chain re COGS Mulberry

ETH.MESH.06879415- ETH.MESH.06879417  Burns email chain re IFU Key points

ETH.MESH.06879433- ETH.MESH.06879435  Email Dan Smith to Sean O'Bryan, et al. re Double edged sword

ETH.MESH.06879446- ETH.MESH.06879446  Smith email re IFU

ETH.MESH.06880021- ETH.MESH.06880023  Email Janice Burns to Dan Smith, et al. RE: Design Validation

ETH.MESH.06880472- ETH.MESH.06880478  de Leval, J, "Novel Surgical Technique for the Treatment of Female Stress Urinary Incontinence:  Transobturator Vaginal Tape Inside-Out"

ETH.MESH.06881079- ETH.MESH.06881080  Smith email chain re Important:  2 TVT Complaints concerning allegedly brittle mesh

ETH.MESH.06881576- ETH.MESH.06881580  Burns J email chain re TVT-O

ETH.MESH.06881589- ETH.MESH.06881591  Burns J email re Gynecare TVT Obturator Global Launch Update - Issue 4

ETH.MESH.06884249- ETH.MESH.06884250  Email Brian Luscombe to Steve Bell, et al. re Ulmsten opinion on Mulberry

ETH.MESH.06884516- ETH.MESH.06884517  Mahar K email re Dr. Jensen Follow UP

ETH.MESH.06884650- ETH.MESH.06884653  Mahar email chain re a thought regarding TVT-O teaching

ETH.MESH.06884726- ETH.MESH.06884727  Campbell S email chain re Ongoing TVT-O Action Items

ETH.MESH.06884728- ETH.MESH.06884732  Campbell email chain re Ongoing TVT-O Action Items

ETH.MESH.06885224- ETH.MESH.06885226  Smith email chain re Mulberry Clinical Decision

ETH.MESH.06885481- ETH.MESH.06885483  Godwin email chain re Competent Authority audit, Pr de Leval - Tuesday 29

ETH.MESH.06885495- ETH.MESH.06885495  Email Amy Godwin to Janice Burns re Study #3 extension

ETH.MESH.06886064- ETH.MESH.06886072  IFU Final Draft #1E Gynecare TVT Obturator System

ETH.MESH.06886511- ETH.MESH.06886513  Article D-03-00743- Comments to Author

ETH.MESH.06887042- ETH.MESH.06887044  deLeval email re TVT Blue

ETH.MESH.06892171- ETH.MESH.06892172  Smith D email re TVT-O recognition Submission

ETH.MESH.06893564- ETH.MESH.06893565  Gadot email chain re from Aviram Suchard -- Gynecare Israel

ETH.MESH.06893952- ETH.MESH.06893961  Presentation:  Evaluation of UltraPro Meshes

ETH.MESH.06894287- ETH.MESH.06894287  Carey invoice letter to Smith

ETH.MESH.06894288- ETH.MESH.06894288  Consulting agreement re evaluation MINT procedure between Marcus Carey and
Daniel J. Smith

ETH.MESH.06894461- ETH.MESH.06894467  Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model
Article

ETH.MESH.06894891- ETH.MESH.06894893  Mint - Analytical Chemical Strategy

ETH.MESH.06894894- ETH.MESH.06894898  Biocompatibility Strategy

ETH.MESH.06894899- ETH.MESH.06894901  Mint - Performance Evaluation Strategy

ETH.MESH.06894902- ETH.MESH.06894904  Mint- PreClinical Efficacy Strategy

ETH.MESH.06894905- ETH.MESH.06894908  - Stability Strategy - Version C

ETH.MESH.06898962- ETH.MESH.06898962  Lamont email chain re Project MINT Quality Strategy

ETH.MESH.06898972- ETH.MESH.06898980  Quality Strategy Project MINT Rev B

ETH.MESH.06899944- ETH.MESH.06899959  Polyzen Failure Modes and Effect Analysis (FMEA) Table prepared by A. Scott
Culbreth

ETH.MESH.06899962- ETH.MESH.06899970  Gynecare Quality Strategy Project MINT

ETH.MESH.06900451- ETH.MESH.06900453  Zaddem, V email chain re int splint 510(k) question

ETH.MESH.06900500- ETH.MESH.06900501  Zaddem, Vi email chain re Mint predicate device literature

ETH.MESH.06900544- ETH.MESH.06900545  Lucent interview w/Angelini, Bogardus

ETH.MESH.06902557- ETH.MESH.06902579  - Design Validation Protocol

ETH.MESH.06902698- ETH.MESH.06902701  Polyzen Failure Modes and Effects Analysis (FMEA) by A. Scott Culbreth

ETH.MESH.06902726- ETH.MESH.06902758  - MINT Design Review

ETH.MESH.06910622- ETH.MESH.06910625  WHU-08-0009-EC Physician brochure - Restoring the joys of Life  Overview of
treatments offered for female urinary incontinence

ETH.MESH.06917699- ETH.MESH.06917704  Customer Requirements Specification (CRS) for Project TVT-O PA Revision
History

ETH.MESH.06921060- ETH.MESH.06921077  Lanza J email chain re Preread for Web Conference

ETH.MESH.06921531- ETH.MESH.06921531  Presentation - Scion PP

ETH.MESH.06921537- ETH.MESH.06921538  Dan's Notes from 6/18/10

ETH.MESH.06921562- ETH.MESH.06921562  Scion SBT - Presentation

ETH.MESH.06923868- ETH.MESH.06923871  TVTO-PA Clinical Strategy - Final Version

ETH.MESH.06924641- ETH.MESH.06924643  Briceño and Kirkemo memo to CHF0000978 - TOPA re Preliminary Risk Analysis
for TVT-O PA

ETH.MESH.06924671- ETH.MESH.06924672  -Smith, D email chain re Manufacturing concerns

ETH.MESH.06926711- ETH.MESH.06926714  Memo Evaluation of the Mesh Elongation, Function of Number of Wales

ETH.MESH.06927231- ETH.MESH.06927235  Kirkemo A email chain re Scion PA commercial recommendations

ETH.MESH.06927248- ETH.MESH.06927249  Smith D email re Information regarding Scion

ETH.MESH.06927307- ETH.MESH.06927338  Project SCION PA SBT

ETH.MESH.06928076- ETH.MESH.06928077  Technical Assessment Mini TVT-O

ETH.MESH.06928168- ETH.MESH.06928168  Email Henri Decloux to Valerie Emperado re T-Con follow up

ETH.MESH.06929822- ETH.MESH.06929844  University Hospitals Leuven, Research Funding Agreement

ETH.MESH.06968863- ETH.MESH.06968951  Investigator File Göpel Ethics/IRB

ETH.MESH.06969069- ETH.MESH.06969077  Protocol No. 300-06-005 Investigator File Revision 4

ETH.MESH.07049552- ETH.MESH.07049554  Jones email chain re TVT-WORLD AE coding

ETH.MESH.07090179- ETH.MESH.07090181  Kirkemo eail chain re AUGS Draft TVT WORLD abstract

ETH.MESH.07097757- ETH.MESH.07097757  Prosima Registry Payment - Year End 2010

ETH.MESH.07099091- ETH.MESH.07099091  Email Fiona Wyllie to Christian Goepel re PROSIMA RegisterStudie contract

ETH.MESH.07099361- ETH.MESH.07099362  Johnson & Johnson Purchase Order P00705293R

ETH.MESH.07099729- ETH.MESH.07099731  Email Barbara Walker to Colin Urquhart re Carey PROSIMA - Project 07/18

ETH.MESH.07099732- ETH.MESH.07099733  Email Kym Short to Colin Urquhart et al. re Prosima Registry close-out?

ETH.MESH.07103065- ETH.MESH.07103155  WW Clinical Research Activities 2006

ETH.MESH.07105371- ETH.MESH.07105372  Email Eleanor Barnett to Ailie Smith et al re Communications Meeting Minutes
23rd June 2009

ETH.MESH.07113797- ETH.MESH.07113800  Urquhart Invoice

ETH.MESH.07131688- ETH.MESH.07131689  Urquhart email chain re Prosima and V-fix consulting

ETH.MESH.07157112- ETH.MESH.07157162  A Prospective, Multi-centre study to evaluate the clinical performance of the
GYNECARE PROSIMA* pelvic floor repair system as a procedure for pelvic
organ prolapse Protocol 300-06-005 Final Version 1

ETH.MESH.07174521- ETH.MESH.07174522  Urquhart email chain re PROSIMA

ETH.MESH.07174956- ETH.MESH.07174957  Urquhart email chain re Tony Smith

ETH.MESH.07181042- ETH.MESH.07181043  Urquhart email chain re TVT WORLD AE Report

ETH.MESH.07181044- ETH.MESH.07181044  Urquhart email re TVT World AE Report w/attachment

ETH.MESH.07181045- ETH.MESH.07181045  Procedure and Record tracking spreadsheet

ETH.MESH.07182877- ETH.MESH.07182878  Email Colin Urquhart to Cyrus Guidry re Mint

ETH.MESH.07186593- ETH.MESH.07186624  TVT-World-wide Observational Registry for Long-Tern Data TVT-World Protocol
300-06-006

ETH.MESH.07190442- ETH.MESH.07190446  Pelekis M Memo re Risk Assessment for Laser Cutting of D'Art GynemeshPS
Impalnts

ETH.MESH.07192012- ETH.MESH.07192014  PA Consulting Group Mesh Erosion Interview - Surgeon

ETH.MESH.07192033- ETH.MESH.07192041  Letter Gregory Berman, Global Technology Group to Michael Richter, Johnson & Johnson re Investigation into mesh erosion in pelvic floor repair

ETH.MESH.07192242- ETH.MESH.07192242  Email Peter Meier to Julie Bird, et al. re sales reps in Uk

ETH.MESH.07192412- ETH.MESH.07192414  PA Consulting Group Mesh Erosion Interview Memo

ETH.MESH.07192872- ETH.MESH.07192872  Email Piet Hinoul to Paan Hermansson, et al. re FW: Forces in the pelvic floor

ETH.MESH.07192929- ETH.MESH.07192929  Investigating Mesh erosion in Pelvic Floor Repair - Report Bernman, Robinson, Wang Rhodes - presentation

ETH.MESH.07194129- ETH.MESH.07194129  DeCosta release:  Christophe Vailhé transferering to Ethicon Women Health and Urology

ETH.MESH.07196946- ETH.MESH.07196948  DeCosta, P email chain re discontinuation of certain Gynecare Products

ETH.MESH.07197778- ETH.MESH.07197781  Corporate Product Plan

ETH.MESH.07197998- ETH.MESH.07197998  Vailhe C email re You have been selected - Forces on the pelvic floor - challenge to determine

ETH.MESH.07198250- ETH.MESH.07198250  Vailhe email chain re Thanks & pictures

ETH.MESH.07198825- ETH.MESH.07198828  Vailhe email chain re Mesh erosion report attached

ETH.MESH.07200224- ETH.MESH.07200224  Veilhe C email re Biomechanics of the pelvic floor

ETH.MESH.07200381- ETH.MESH.07200381  Vailhe C email re Exposure Position Norderstedt 2012.pptx

ETH.MESH.07200382- ETH.MESH.07200382  Mesh Exposure Ethicon Position Presentation

ETH.MESH.07203213- ETH.MESH.07203214  Product Chronology 810081L

ETH.MESH.07205369- ETH.MESH.07205370  Savidge, et al response to email from Huntington re Clave' publication

ETH.MESH.07210589- ETH.MESH.07210589  RMR table

ETH.MESH.07212397- ETH.MESH.07212398  Response to email from Clare Huntington 26 January 2012 (15:38) with attached publication: Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants

ETH.MESH.07213818- ETH.MESH.07213831  Dossier Gynecare Pelvic Floor Repair Products and Gynecare TVT Secure

ETH.MESH.07215395- ETH.MESH.07215575  Traditional 510k Premarket Notification

ETH.MESH.07217442- ETH.MESH.07217443  Letter FDA to Ethicon suspending Prosima

ETH.MESH.07218087- ETH.MESH.07218088  FDA Communication re PS120095 GYNECARE TVT Secur System

ETH.MESH.07219196- ETH.MESH.07219209  Prosima CER

ETH.MESH.07219684- ETH.MESH.07219723  Clinical Evaluation Report, Robinson, Gynecare TVT Obturator System Tension-free Support for Incontinence

ETH.MESH.07220424- ETH.MESH.07220440  FDA Communication re EIR Sommerville NJ inspection

ETH.MESH.07223489- ETH.MESH.07223490  FDA ltt re Prolift - discontinue to mfg

ETH.MESH.07223581- ETH.MESH.07223581  Medicines and Healthcare products Regulatory Agency Presentation

ETH.MESH.07224059- ETH.MESH.07224063  Ltt FDA re Ceasing Production Commercialization in United Stated

ETH.MESH.07226377- ETH.MESH.07226379  Vellucci, L email chain re Polypropylene Mesh

ETH.MESH.07226404- ETH.MESH.07226405  Jaiolkowski D email chain re Inforation on Prolene Suture and Prolene Mesh

ETH.MESH.07226481- ETH.MESH.07226482  Email Sandra J. Savidge, et al to Laura Vellucci re Response to email from Clare Huntington 26 January 2012 regarding publication by Clave et al., Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants

ETH.MESH.07226579- ETH.MESH.07226590 Isenberg CER - Benefit -- Side Effect Analysis for TVT Device

ETH.MESH.07226914- ETH.MESH.07226963 Hinoul P email chain re CER Abbrevo CER

ETH.MESH.07228707- ETH.MESH.07228707 Email Piet Hinoul to Laura Vellucci re RMR-0000029-Rev 2- Final

ETH.MESH.07229120- ETH.MESH.07229149 Draft of Prosima CER by Hinoul

ETH.MESH.07229215- ETH.MESH.07229245 CER Prosima by Hinoul

ETH.MESH.07229312- ETH.MESH.07229342 Final CER for Prosima

ETH.MESH.07233850- ETH.MESH.07233852 Email Aida Astani-Matthies to Laura Vellucci et al. re AW:510(k) for Prosima+M

ETH.MESH.07233853- ETH.MESH.07233862 Design FEMA for Project MINT

ETH.MESH.07233854- ETH.MESH.07233854 Application FMEA for Prosima Revision History for aFMEA0000331, Prosima

ETH.MESH.07233855- ETH.MESH.07233855 Memo Dan Lamont re Risk Assessment for PROSIMA Expiry Date Change

ETH.MESH.07233856- ETH.MESH.07233861 Prosima risk management report

ETH.MESH.07234694- ETH.MESH.07234694 Email Laura Vellucci to Aida Astani-Matthies et al. re stability testing

ETH.MESH.07236287- ETH.MESH.07236288 Kanerviko email re Workshop on Vaginal Tapes

ETH.MESH.07236294- ETH.MESH.07236295 Hinoul email chain re Workshop on Vaginal Tapes

ETH.MESH.07245795- ETH.MESH.07245802 Email re Ethicon 522 conference call request

ETH.MESH.07249428- ETH.MESH.07249428 Instructional Movie Clip

ETH.MESH.07249429- ETH.MESH.07249429 Educational video

ETH.MESH.07250424- ETH.MESH.07250425 Dept of Health and Human Services, FDA Inspection, Ethicon, Inc., Somerville, NJ

ETH.MESH.07250485- ETH.MESH.07250541 Beath FDA communication re Response to Inspecional Observations FDA-483 issues  Final Update

ETH.MESH.07252746- ETH.MESH.07252750 Quality & Compliance Worldwide Complaint Vigilance Assessment, Confidential Report

ETH.MESH.07268127- ETH.MESH.07268127 TVT Medical devise adverse incident report 810081L

ETH.MESH.07268259- ETH.MESH.07268259 - Complaints Graph

ETH.MESH.07268820- ETH.MESH.07268820 Prosima complaints since launch

ETH.MESH.07270482- ETH.MESH.07271520 Products TVT Complications spreadsheet

ETH.MESH.07276458- ETH.MESH.07276459 Notice of FDA Action Entry No UPS-6813119-5

ETH.MESH.07277659- ETH.MESH.07277674 Work Instruction for Summary & Individual Medical Device Reporting Revision History for PR551-005 PR551-006 Revision 16

ETH.MESH.07277675- ETH.MESH.07277696 Work Instruction for Summary and Individual Medical Device Reporting

ETH.MESH.07278193- ETH.MESH.07278223 PMS Summary Information presentation

ETH.MESH.07281437- ETH.MESH.07281458 Establishment Inspection Report

ETH.MESH.07284816- ETH.MESH.07284819 Legacy PMS Plan for Urethral Slings Revision History, Rev 1 FM-0001820

ETH.MESH.07308344- ETH.MESH.07308427 Project Prosima+M Strategic Business Team (SBT) Presentation

ETH.MESH.07316869- ETH.MESH.07316869 Gynecare TVT* Tension-free Support for Incontinence Presentation

ETH.MESH.07316939- ETH.MESH.07316939 A Multicenter, Open-Label, Randomized, Non-Comparative Study Designed to Obtain Clinical Information on the Gynecare TVT Secur System Tension-free Support for Incontinence 5 week results Presentation by David Robinson, MD

ETH.MESH.07316987- ETH.MESH.07316989  FAQs Ethicons Decision to cease commercialization of Prosima, Prolift etc

ETH.MESH.07317290- ETH.MESH.07317291  Email Rich Wintersteller re Gynecare Products Announcement

ETH.MESH.07318311- ETH.MESH.07318313  de Leval J email chain re Alerte TVT Abbrevo

ETH.MESH.07319912- ETH.MESH.07319922  Carey Consulting Agreement Requisition Form

ETH.MESH.07319914- ETH.MESH.07319924  Carey Consulting Agreement Requisition Form

ETH.MESH.07339224- ETH.MESH.07339259  2005 Gynecare Mint 3 Physicians IDIs

ETH.MESH.07345496- ETH.MESH.07345497  Department Actual and Budgeted Expenses

ETH.MESH.07356789- ETH.MESH.07356790  Smith email chain re Need help on Sample Size for Stability Dimensions

ETH.MESH.07366386- ETH.MESH.07366386  Application FMEA for Prosima Revision History for aFMEA0000331, Prosima

ETH.MESH.07366727- ETH.MESH.07366727  Ghee meeting invitation re Prosima RMR Updata

ETH.MESH.07378348- ETH.MESH.07378349  Affeld email chain re ANZ EWHU - 2010 E-LEAP Marketing Award WINNER!!

ETH.MESH.07383730- ETH.MESH.07383731  Zipfel R email chain re Ultrapro mesh info

ETH.MESH.07386591- ETH.MESH.07386592  Email Lissette Caro-Rosado to Ronald Horton, et al. re KOL Usage

ETH.MESH.07387082- ETH.MESH.07387103  Worldwide Clinical Trials, Medical Affairs Gynecare - Monthly Report

ETH.MESH.07387254- ETH.MESH.07387257  Email Lisa Gardner to Laura Angelini re AUGUST STATUS REPORT - GYNECARE MARKETING

ETH.MESH.07393300- ETH.MESH.07393300  Peterson email re March Month End Report

ETH.MESH.07396540- ETH.MESH.07396540  Caro-Rosado email re EWHU Communication:  TVT Secur:  What's New 11/2/06

ETH.MESH.07396541- ETH.MESH.07396546  Procedural Pearls & Frequently Asked Questions - GYNECARE TVT SECUR

ETH.MESH.07402878- ETH.MESH.07402879  Email Michelle Hurley to Jackie Sauer re SBT Meeting

ETH.MESH.07424335- ETH.MESH.07424336  Isenberg memo re Medical Report:  TVT Adverse Events

ETH.MESH.07424660- ETH.MESH.07424661  Form Letter to TVT Preceptors: Draft 5-21-99

ETH.MESH.07424692- ETH.MESH.07424693  Lehe email re TVT Blue - Feasibility Study:  Suspended activities

ETH.MESH.07425070- ETH.MESH.07425070  ETHUS email re Document Retention Annual Purge

ETH.MESH.07425074- ETH.MESH.07425115  Records Retention Policy

ETH.MESH.07455220- ETH.MESH.07455221  Response to MHRA inquiry regarding inertness of polypropylene mesh

ETH.MESH.07455424- ETH.MESH.07455425  Lin ltt FDA re K103727 Gynecare TVTO-PA Continence System - Request for Withdrawal of 510k

ETH.MESH.07456394- ETH.MESH.07456394  Email Susan Lin to Brian Kanerviko re EPI

ETH.MESH.07465373- ETH.MESH.07465383  Literature Summary

ETH.MESH.07469275- ETH.MESH.07469281  Memo re Biocompatibility Risk Assessment for TVT-AA-Revised

ETH.MESH.07469425- ETH.MESH.07469432  Product Safety Profile

ETH.MESH.07474296- ETH.MESH.07474407  ANSI/AAMI/ISO 10993-7:2008

ETH.MESH.07478619- ETH.MESH.07478633  Uray - 100% EO Sterilization Qualification of TVT Obturator Product at Sterigenics Inc. Anse France Protocol PT-0000514

ETH.MESH.07483151- ETH.MESH.07483157  Gynecare Prosima Protocol for Ethylene Oxide Residual Test Version 1

ETH.MESH.07502642- ETH.MESH.07502645  Savidge email chain re TVT-O mesh weight

ETH.MESH.07506192- ETH.MESH.07506201 Hough, Final Report, PSE Accession No. 01-0321- Project No. 48010.  A 28-day
tissue reaction study of prolene polypropylene mesh and autoclaved prolene
polypropylene mesh implanted intramuscularly and subcutaneously in rats

ETH.MESH.07506983- ETH.MESH.07506985 Biocompatibility Risk Assessment:  PROSIMA Pelvic Floor Repair System (Mint)

ETH.MESH.07517124- ETH.MESH.07517129 Consulting Agreement between Miles Murphy, MD and Ethicon

ETH.MESH.07547020- ETH.MESH.07547145 Investigator File Prosima* Financial - Investigator Mr Mark Slack Correspondence

ETH.MESH.07548071- ETH.MESH.07548517 Investigator File General Study Correspondence Prosima Extension Internal
Correspondence Mr. Sayer

ETH.MESH.07582344- ETH.MESH.07582344 John Wiley InterScience Invoice to Marcus Carey

ETH.MESH.07618007- ETH.MESH.07618011 Colin Urquhart Contract Application Form

ETH.MESH.07619202- ETH.MESH.07619203 Email Colin Urquhart to Wendy Finlayson re Prosima - 24M - Contracts - Carey

ETH.MESH.07638149- ETH.MESH.07638149 Zipfel email re Gynecare Prof Ed - Customer Registered for Practical Training

ETH.MESH.07638180- ETH.MESH.07638180 Email Bob Zipfel re Gynecare Prof. Ed. - Customer Confirmed for Practical
Training

ETH.MESH.07638289- ETH.MESH.07638289 Email Brad Kerl to Bob Zipfel re GYNECARE Prof. Ed. - Customer
UNREGISTERED for Practical Training

ETH.MESH.07640277- ETH.MESH.07640287 Anhalt Master Consulting Agreement

ETH.MESH.07690752- ETH.MESH.07690788 Seven Year Data for Ten Year Prolene Study: ERF 85-219

ETH.MESH.07694561- ETH.MESH.07695127 PO spreadsheet

ETH.MESH.07719854- ETH.MESH.07719855 Meeting Invite Response

ETH.MESH.07724068- ETH.MESH.07724080 Independent MD&D Sector Audit by QualityHub, Inc. Pore size

ETH.MESH.07724636- ETH.MESH.07724675 Letter Ethicon to FDA re Proposed Prosima Study

ETH.MESH.07724676- ETH.MESH.07724710 Letter Ethicon to FDA re Proposed Gynemesh M Study

ETH.MESH.07724711- ETH.MESH.07724716 Letter Ethicon to FDA re Proposed Gynemesh PS Study

ETH.MESH.07726805- ETH.MESH.07726817 Annotated Notes

ETH.MESH.07730291- ETH.MESH.07730295 Lapinskas, I, email chain originating  re Discussion of 3.5 mil Prolene production

ETH.MESH.07782619- ETH.MESH.07782623 Letter Ethicon to FDA Confirming Withdraw TVT-S

ETH.MESH.07788547- ETH.MESH.07788555 PS-0000487 Rev 2 - Process Steps for Management of Regulatory Affairs Vital
Records Paper & Electronic

ETH.MESH.07808480- ETH.MESH.07808481 The efficacy she need with less mesh. Clinical Data Review - 3 Year Data

ETH.MESH.07808482- ETH.MESH.07808484 TVTA-320-12 Frequently Asked Questions Clinical Data Review 3-Year Data
Flashcard

ETH.MESH.07808484- ETH.MESH.07808486 Frequently Asked Questions Clinical Data Review 3-Year Data Flashcard

ETH.MESH.07876572- ETH.MESH.07876819 Traditional 510(k) Notification Gynecare TVT Secur System

ETH.MESH.07876820- ETH.MESH.07876925 K052401;  Response to FDA's Request for Additional Information Gynecare TVT
Secur System

ETH.MESH.07876926- ETH.MESH.07877006 Modified Gynecare TVT Obturator System Special 510(k)

ETH.MESH.07877085- ETH.MESH.07877085 Lessig email re PROLENE Mesh Redesign Project

ETH.MESH.07898852- ETH.MESH.07898853 Nichols email chain re TVTx Charter document for 12/06 GAT meeting

ETH.MESH.07902496- ETH.MESH.07902508 Consulting Agreement Requisition Form - Part I of Marcus Carey

ETH.MESH.07902533- ETH.MESH.07902545 Consulting Agreement Requisition Form - Part 1 of Marcus Carey

ETH.MESH.07903520- ETH.MESH.07903520  Scion PA Commercial Strategy

ETH.MESH.07913934- ETH.MESH.07913986  Clinical Evaluation Report PROLENE Polypropylene Suture

ETH.MESH.07915128- ETH.MESH.07915142  Sommerville Headquarter CAPAs

ETH.MESH.07931874- ETH.MESH.07931886  Hojnoski Personnel File

ETH.MESH.07937824- ETH.MESH.07937825  Email Amy Vie to Frank Calabrese, et al. re FW: Information about FDA
                                       notification on use of mesh in pelvic surgery
ETH.MESH.07937826- ETH.MESH.07937828  FDA Public Health Notification: Serious Complications Associated with
                                       Transvaginal Placement of Surgical Mesh in Repair of POP and SUI
ETH.MESH.07937979- ETH.MESH.07937981  Vie email chain re TVTO vs. Boston Obtryx

ETH.MESH.07938633- ETH.MESH.07938633  Gynecare TVT* Tension-free Support for Incontinence Sales Update November
                                       7, 2003 Presentation
ETH.MESH.07946455- ETH.MESH.07946468  ADM Module 2: Compliance Introduction to HCC: Key Takeaways & Contacts

ETH.MESH.07954703- ETH.MESH.07954705  Decker R email chain re Abbrevo letter

ETH.MESH.07954867- ETH.MESH.07954867  Email Ronald Decker to Walter Boldish, et al. re Abbrevo letter

ETH.MESH.07972877- ETH.MESH.07972878  Dear Doctor letter thank you for participation in 2005 Incontinence & Pelvic Floor
                                       Summit in Salt Lake City
ETH.MESH.07978505- ETH.MESH.07978506  Globerman email chain re Barber study

ETH.MESH.07983132- ETH.MESH.07983138  J&J Law Department Document Preservation Notice Do Not Destroy Specified
                                       Documents
ETH.MESH.07983156- ETH.MESH.07983162  J&J Law Department Document Preservation Notice Do Not Destroy Specified
                                       Documents
ETH.MESH.07983955- ETH.MESH.07983972  Rev 8 - Approval of Advertising and Promotional Materials for Medical Devices
                                       and Combination Products
ETH.MESH.08002848- ETH.MESH.08002850  Weisberg email chain re Dr. Disciullo

ETH.MESH.08002852- ETH.MESH.08002852  Weisberg email re Dr. Disciullo

ETH.MESH.08003173- ETH.MESH.08003180  Freedom from Stress Urinary Incontinence. It's within your control. Brochure.
                                       TVT016R1
ETH.MESH.08003181- ETH.MESH.08003196  TVT016R3 Patient brochure - Stress Urinary Incontinence in Women - What YOU
                                       can do about it . . .
ETH.MESH.08003197- ETH.MESH.08003212  TVT 20041208 Gynecare TVT Tension-free Support for Incontinence Patient
                                       Brochure reprint /Robin Osman
ETH.MESH.08003215- ETH.MESH.08003230  TVT 20060717 Patient Brochure - Find out how to stop urine leakage like Bonnie
                                       did
ETH.MESH.08003231- ETH.MESH.08003246  TVT016R6 Patient brochure - Find out how to stop urine leakage like Bonnie did

ETH.MESH.08003247- ETH.MESH.08003262  TVT 20070531  Patient Brochure - The Choice to End Stress Urinary
                                       Incontinence  Find out how to stop urine leakage like Bonnie did
ETH.MESH.08003263- ETH.MESH.08003278  Marketing Brochure - One day you have urine lekage.  The next day you don't.
                                       End of Story.
ETH.MESH.08003279- ETH.MESH.08003294  TVVT016R9 Patient brochure - stop coping.  start living

ETH.MESH.08003295- ETH.MESH.08003302  TVT-039-11-1/13 Patient brochure - stop coping.  start living

ETH.MESH.08003303- ETH.MESH.08003318  Patient Brochure - Treatment Options for Stress Urinary Incontinence -- stop
                                       coping.  start living.
ETH.MESH.08004035- ETH.MESH.08004035  Presentation TVT Abbrevo Incontinence System Professional Education by Dr.
                                       Grier
ETH.MESH.08005908- ETH.MESH.08005909  Email Jonathan Fernandez to Brian Flynn, et al. re Flynn contracts

ETH.MESH.08007248- ETH.MESH.08007249  Email Brian Flynn to Jonathan Fernandez re Contracted Pricing

ETH.MESH.08007502- ETH.MESH.08007512  Grier Consulting Agreement Requisition Form

ETH.MESH.08014324- ETH.MESH.08014327  Email Jonathan Fernandez to Carol Padgett re Dr. Alvina Driscoll

ETH.MESH.08023341- ETH.MESH.08023342  Jones email chain re Prosima Preceptorships

ETH.MESH.08041930- ETH.MESH.08041931  Irvin email re 12/8 Post Call Notes

ETH.MESH.08050183- ETH.MESH.08050183  Hurricane and The Stars Divisional Meeting Orlando Marriott World Center Agenda

ETH.MESH.08065931- ETH.MESH.08065943  Master Consulting Agreement between Melvyn A. Anhalt and Ethicon

ETH.MESH.08066401- ETH.MESH.08066414  Pramudji fax re Contract

ETH.MESH.08073794- ETH.MESH.08073795  Butler email chain re AUGS Position Statement

ETH.MESH.08073801- ETH.MESH.08073803  Rahman communication - AUGS Issues Statement Opposing the Restriction of Surgical Options for Pelvic Floor Disorders

ETH.MESH.08078799- ETH.MESH.08078799  TVT-US

ETH.MESH.08107153- ETH.MESH.08107155  Gynecare University Program Las Vegas, Nevaga

ETH.MESH.08107933- ETH.MESH.08107933  Oldelehr email re gynecology vs urology

ETH.MESH.08113329- ETH.MESH.08113329  Haby email chain re SAC Session 2 PPT ART 323-12

ETH.MESH.08117473- ETH.MESH.08117473  GYNECARE TVT EXACT Continence System Professional Education - Presentation

ETH.MESH.08141264- ETH.MESH.08141270  J&J Law Department Document Preservation Notice Do Not Destroy Specified Documents

ETH.MESH.08148403- ETH.MESH.08148406  PVDF as an implant material in urogynaecology Article

ETH.MESH.08156958- ETH.MESH.08156958  Gynecare TVT Tension-free Support for Incontinence Advanced Users Forum for the Experienced Clinician presentation

ETH.MESH.08158831- ETH.MESH.08158831  Gynecare TVT Exact Presentation

ETH.MESH.08163622- ETH.MESH.08163630  Isenberg announcement - Martin Weisberg, Associate Director, Medical Affairs, Gynecare Products Division

ETH.MESH.08163743- ETH.MESH.08163750  2004 Performance and Development Plan Summary for Scott Finley

ETH.MESH.08163772- ETH.MESH.08163777  2009 Performance and Development Plan Summary for Finely by Prine

ETH.MESH.08164248- ETH.MESH.08164256  Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Materials for Medical Devices

ETH.MESH.08164257- ETH.MESH.08164257  Paulson Promotion and Advertising of Medical Devices presentation

ETH.MESH.08164278- ETH.MESH.08164286  Revision Hx PR-0000255 Rev 1, Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Material for Medical Devices

ETH.MESH.08165497- ETH.MESH.08165499  Meeting Minutes:  TVT Development Team meeting

ETH.MESH.08167415- ETH.MESH.08167416  Intermediate Report - Prolapse Mesh Explants 6/2009

ETH.MESH.08167452- ETH.MESH.08167453  Email Laura Angelini to Zenobia Walji, et al. re R: Prof. Klutke - Confidential

ETH.MESH.08167505- ETH.MESH.08167505  Hellhammer and Garcia TVT Star Idea/Concept -- Feasibility presentation

ETH.MESH.08167644- ETH.MESH.08167645  Emails Dr. Brigitte Hellhammer to Dr. Hans-Jochen Hoepffner, et al. re Cardozo Trial

ETH.MESH.08167647- ETH.MESH.08167650  Koehler email chain re Pelvic Floor Repair

ETH.MESH.08167853- ETH.MESH.08167854  Email Ulf Ulmsten to Hans-Jochen Hoepffner re AW: Article on complications

ETH.MESH.08168000- ETH.MESH.08168001  Email Dr. Brigitte to Ulf Ulmsten re WG: Draft of Revised TVT Instructions of Use

ETH.MESH.08168728- ETH.MESH.08168733  Spychaj - State of the knowledge in "mesh shrinkage" -- What do we Know?

ETH.MESH.08168861- ETH.MESH.08168861  Factors related to "mesh shrinkage" Internal studies and next steps - presentation

ETH.MESH.08170224- ETH.MESH.08170232  Kevin Frost email chain re SGS Fellows Symposium

ETH.MESH.08218336- ETH.MESH.08218336  Barbolt Memo to Robertson re Biocompatibility Risk Assessment for Proleen Polypropylene Mesh

ETH.MESH.08218337- ETH.MESH.08218351  Barbolt memo to Robertson re Biocompatibility Risk Assessment for PROLENE Polypropylene Mesh

ETH.MESH.08219093- ETH.MESH.08219094  MD&D Complaint Form Complaint Id 05000337 TVT-O

ETH.MESH.08219141- ETH.MESH.08219141  Update to the TGA on TVT Secur

ETH.MESH.08272673- ETH.MESH.08272673  Walsh email chain re EESPlaybook Update 9-09 doc

ETH.MESH.08272674- ETH.MESH.08272746  Health Care Compliance Ethicon Endo-Surgery Rev H 3/11

ETH.MESH.08299913- ETH.MESH.08299917  Nilsson CG, et al, Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence, Int Urogynecol J published online 06 April 2013

ETH.MESH.08305737- ETH.MESH.08305738  Ghee email chain re 100105392v1 App 1 Template for Risk Assessment Smry-Prosima.docx

ETH.MESH.08307644- ETH.MESH.08307644  Hinoul email re RCT data

ETH.MESH.08307690- ETH.MESH.08307692  Hinoul email chain re Introduction for AUGS Foundation grant

ETH.MESH.08312950- ETH.MESH.08312960  Revision History for PR-0000564

ETH.MESH.08312962- ETH.MESH.08312962  Prosima Pelvic Floor Repair Kit Table X Harm Conversion Table

ETH.MESH.08312963- ETH.MESH.08312964  Email Laura Vellucci to Piet Hinoul re URGENT Request

ETH.MESH.08313729- ETH.MESH.08313729  Hinoul email chain re TVT-secur paper

ETH.MESH.08315214- ETH.MESH.08315226  Piet Hinoul Curriculum Vitae

ETH.MESH.08315476- ETH.MESH.08315483  Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up Article

ETH.MESH.08315554- ETH.MESH.08315555  Hinoul email chain re Prolift +M

ETH.MESH.08315779- ETH.MESH.08315810  Ex T-722 Mitchell - Clinical Expert Report Gynecare Prolift +M

ETH.MESH.08334244- ETH.MESH.08334244  Kammerer email re Photographs of LCM vs MCM

ETH.MESH.08334245- ETH.MESH.08334245  LCM Project: Photographs Comparing Laser Cut Mesh vs Mechanical Cut Mesh

ETH.MESH.08335798- ETH.MESH.08335799  Stewart email chain re Mini-slings vs Standard Midurethral Slings!! Guess which was shown to be more effective?

ETH.MESH.08344314- ETH.MESH.08344314  Email Kevin Mahar to Allison London Brown RE: Sales Implications for Secur Launch

ETH.MESH.08344659- ETH.MESH.08344659  Email Kevin Mahar to Libby Lewis RE: Key docs at AUGS

ETH.MESH.08345895- ETH.MESH.08345895  Mahar email chain re Contact at Lifescan who ran the BB King campaign

ETH.MESH.08376560- ETH.MESH.08376564  TVT Obturator System Product Description

ETH.MESH.08381779- ETH.MESH.08381779  Bourdeau release - Paul Parisi Named to Director of Professional Education, Biosurgicals, Johnson & Johnson Wound Management

ETH.MESH.08382650- ETH.MESH.08382650  Email Dave Bourdeau to Paul Parisi re EWH&U Summary of Priorities Jan 2011.xlsx

ETH.MESH.08385338- ETH.MESH.08385342  Ward J and Muench T Technical memo Project NUVANCE Risk Assessment on Implant Cross Over

ETH.MESH.08422124- ETH.MESH.08422125  Roseleip email chain re TVT Heads up

ETH.MESH.08426862- ETH.MESH.08426867  Toglia Presentation - The Mesh Story working copy

ETH.MESH.08438584- ETH.MESH.08438602  Company Procedure for Device Design Risk Management PR602-003

ETH.MESH.08438961- ETH.MESH.08438985  PR602-003 version 5 - Work Instructions for Device Design Risk Management

ETH.MESH.08442881- ETH.MESH.08442886  Risk Management Report Prosima Pelvic Floor Repair Kit Revision History for (RMR-0000029)

ETH.MESH.08450858- ETH.MESH.08450870  O'Bryan 2004 Performance and Development Plan Summary by Crosby

ETH.MESH.08450877- ETH.MESH.08450909  O'Bryan Ethicon profile

ETH.MESH.08450919- ETH.MESH.08450929  Parisi 2005 Performance and Development Plan Summary by Linwood Staub

ETH.MESH.08450930- ETH.MESH.08450938  2006 Performance and Development Plan Summary Final Review

ETH.MESH.08451103- ETH.MESH.08451103  Parisi Talent Review Profile

ETH.MESH.08465848- ETH.MESH.08465853  PS-0000488 Revision History - Clinical Development Product Complaint and
Adverse Event (AE) Reporting Process for Post-Approval Medical Device Clinical
Trials

ETH.MESH.08470696- ETH.MESH.08470703  Beath 2005 Performance and Development Plan Summary by McCoy

ETH.MESH.08470976- ETH.MESH.08470987  Crosby 2005 Performance and Development Plan Summary by Beath

ETH.MESH.08471322- ETH.MESH.08471327  Hart Career Development Profile

ETH.MESH.08471342- ETH.MESH.08471354  2005 Performance and Development Plan Summary for James Hart

ETH.MESH.08471362- ETH.MESH.08471369  Hart 2007 Performance and Development Plan Summary by Mahmoud

ETH.MESH.08471370- ETH.MESH.08471375  Hart 2008 Performance and Development Plan Summary by Mahmoud

ETH.MESH.08471614- ETH.MESH.08471615  Career Development Profile for Piet Hinoul

ETH.MESH.08474542- ETH.MESH.08474546  Ciarrocca 2007 Performance and Development Plan Summary for Daniel Smith

ETH.MESH.08474547- ETH.MESH.08474554  Mauge Yeard End Performance Summary

ETH.MESH.08474555- ETH.MESH.08474561  Decosta 2009 Performance and Development Plan Summary for Daniel Smith

ETH.MESH.08474562- ETH.MESH.08474569  2010 Performance and Development Plan Summary for Daniel Smith by Decosta

ETH.MESH.08474570- ETH.MESH.08474577  Smith 2011 Performance and Development Plan Summary by Decosta

ETH.MESH.08476210- ETH.MESH.08476342  Tension Free Vaginal Tape (TVT) System 510(k) Notification K974098

ETH.MESH.08476335- ETH.MESH.08476342  Eriksson Clinical Report - Scandinavian Multicenter Study of the Tension Free
Vaginal Tape Procedure

ETH.MESH.08477464- ETH.MESH.08477481  PR800-011 Ver 7.  Company Procedure for the Ethicon Produce Development
Process (PDP)

ETH.MESH.08479644- ETH.MESH.08479644  EWHU CPC  Presentation

ETH.MESH.08487649- ETH.MESH.08487773  Issue Detail Open Date Between 01-Jun-2006 and 31-Jul-2007

ETH.MESH.08500461- ETH.MESH.08500468  Patient/Physician Referral Strategy

ETH.MESH.08505071- ETH.MESH.08505071  Cecchini TVT package insert comments

ETH.MESH.08505229- ETH.MESH.08505229  Peter Cecchini message to Irene re additional statement proposed for insertion in
the package insert for TVT

ETH.MESH.08505286- ETH.MESH.08505288  Regulatory Strategy for Modifications-Tension Free Vaginal Tape (TVT) System
(Orig. 510(k)k974098)

ETH.MESH.08505291- ETH.MESH.08505291  Cecchini communication re additional statement for package insert for TVT

ETH.MESH.08516130- ETH.MESH.08516132  Medhekar email chain re Ethicon Mesh DVD - FDA Request Follow Up

ETH.MESH.08516133- ETH.MESH.08516134  Email David Krause to Peter Cecchini re Ethicon DVD

ETH.MESH.08561511- ETH.MESH.08561511  Zaddem email re cannulae metal particles

ETH.MESH.08562491- ETH.MESH.08562495  Angelini Career Development Profile

ETH.MESH.08562559- ETH.MESH.08562562  Luscombe Career Development Profile

ETH.MESH.08565137- ETH.MESH.08565141  Deficiency letter re 522 from FDA on Prosima

ETH.MESH.08565361- ETH.MESH.08565363  FDA deficiency letter Gynemesh PS and Prosima

ETH.MESH.08570968- ETH.MESH.08570970  Kirkemo ltr to Dr. Kondrup re request for information

ETH.MESH.08576887- ETH.MESH.08576887  Draft Brand Story and Key Message v2

ETH.MESH.08579092- ETH.MESH.08579093  Vailhe C email chain re Mes Exposure - Ethicon Position - Short List

ETH.MESH.08581095- ETH.MESH.08581104  Wess Memo re EWHU Innovation Council

ETH.MESH.08581280- ETH.MESH.08581282  Equivalence Supported by Pre-clinical Performance Studies

ETH.MESH.08581412- ETH.MESH.08581413  Email Aaron Kirkemo to Alyson Wess RE: TVT Abbrevo and surgicenters

ETH.MESH.08583253- ETH.MESH.08583257  Falconer C, et al, Clinical outcome and changes in connective tissue metabolism after intravaginal slingplasty in stress incontinent women, Int Urogynecol J (1996) 7:133-137

ETH.MESH.08584142- ETH.MESH.08584143  Literature on TVT-O sling and pain management

ETH.MESH.08614017- ETH.MESH.08614021  The effiicacy she needs with less mesh - TVT Abbrevo

ETH.MESH.08614712- ETH.MESH.08614714  AUGS issues statement opposing the restriction of surgical options for pelvic floor disorders

ETH.MESH.08615570- ETH.MESH.08615571  Email Brian Luscombe to Scott Jones re SGS Questions

ETH.MESH.08622585- ETH.MESH.08622586  Horton email chain re Discontinued Mesh Products

ETH.MESH.08627147- ETH.MESH.08627149  Email Jacqueline Russo-Jankewicz to Lynn Hall, et al. re FW: Stressful Secrets Viral Email

ETH.MESH.08629375- ETH.MESH.08629380  Law Department UPDATED Legal Hold Notice Do Not Destroy Specified Records, Materials, Equipment and Information

ETH.MESH.08633904- ETH.MESH.08633904  Gynecare TVT Abbrevo Objections and Frequently Asked Questions Presentation

ETH.MESH.08640676- ETH.MESH.08640678  Talbott email chain re Prosima Update for RBDs (MLT:  DO NOT FORWARD TO THE FIELD)

ETH.MESH.08664680- ETH.MESH.08664686  Franchise Procedure for Controlling Substances of Concern Revision History PR-0000558

ETH.MESH.08691056- ETH.MESH.08691057  Email re Schmid Discontinuation

ETH.MESH.08691844- ETH.MESH.08691845  Career Development Profile Peter M. Cecchini

ETH.MESH.08692182- ETH.MESH.08692230  Revised:  Dunn Itt Pattyson re new Professional Education Director, Worldwide

ETH.MESH.08692297- ETH.MESH.08692304  Pattyson 2005 Performance and Development Plan Summary by Vie

ETH.MESH.08692305- ETH.MESH.08692311  Pattyson 2006 Performance and Development Plan Summary by Parisi

ETH.MESH.08692312- ETH.MESH.08692317  2007 Performance and Development Plan Summary for Pattyson by Meek

ETH.MESH.08692318- ETH.MESH.08692324  Bartholomew 2008 Performance and Development Plan Summary by Rosado

ETH.MESH.08692660- ETH.MESH.08692667  Master Consulting Agreement between Ethicon (signed by Price St. Hilaire) and Carl Nilsson

ETH.MESH.08692670- ETH.MESH.08692672  Cancellation Agreement between Ethicon, Inc., Contape S.A., and the estate of Professor Ulf Ivar Ulmsten

ETH.MESH.08692673- ETH.MESH.08692696  Consulting Agreement between Ethicon, Inc. and Contape S.A. and Professor Ulf Ivar Ulmsten

ETH.MESH.08692936- ETH.MESH.08692943  Nilsson Master Consulting Agreement

ETH.MESH.08695896- ETH.MESH.08695896  Letter from Howard Zauberman (Ethicon) to Mr. Jan Johansson (Director, Eurosund Medical AB)

ETH.MESH.08696050- ETH.MESH.08696055  Consulting & Technology Agreement between Johnson & Johnson International and Professor Ulf Ivar Ulmsten

ETH.MESH.08696084- ETH.MESH.08696134  Medscan Agreement

ETH.MESH.08696085- ETH.MESH.08696134  Medscand Agreement Files

ETH.MESH.08776231- ETH.MESH.08776238  Instruction Standard TVT EXACT product Plan and Rationald Appendix I, Revision A

ETH.MESH.08776497- ETH.MESH.08776521  CA to audit abbrevo(1)

ETH.MESH.08776513- ETH.MESH.08776521  Internal Audit Report Form (Risk Management Process) Revision 7 Document Name FM-0000166

ETH.MESH.08776793- ETH.MESH.08776794  Nonnenmann Performance Evaluation - Memo re TVT+M Mesh Tensile Strength

ETH.MESH.08791917- ETH.MESH.08791917  Ghee, V, Memo re 6 Mo Post Launch Risk Assesment Prosima

ETH.MESH.08791918- ETH.MESH.08791920  Harm and Hazards Table Prosima

ETH.MESH.08791921- ETH.MESH.08791922  Prosima Complaint Summary

ETH.MESH.08792102- ETH.MESH.08792106  Risk Management Report TVT Laser Cut Mesh (LCM) Revision History for (RMR-000017) Revision 2

ETH.MESH.08792936- ETH.MESH.08792938  Carino email chain re Recommendations for Non-Sales and Marketing Glamour Trip Award

ETH.MESH.08793207- ETH.MESH.08793210  Cario email chain re Dr. Wang's proposal

ETH.MESH.08793552- ETH.MESH.08793553  Email Ettore Carino to Kimberly Mullarkey re FW: DTC Review

ETH.MESH.08793554- ETH.MESH.08793554  DTC Advertising Patient Potential January 2002 Presentation

ETH.MESH.08793646- ETH.MESH.08793647  Isenberb email re WOW Business Plan -- 2001, Clinical Research

ETH.MESH.08793648- ETH.MESH.08793648  Study Justification:   Gynecare Clinical Research Program 2001 spreadsheet

ETH.MESH.08797004- ETH.MESH.08797004  Bogardus email re Sales results in TVT DTC pilot areas

ETH.MESH.08797109- ETH.MESH.08797110  Email Rosanne Pickell to DL-GP WW Mangement Board re GYNECARE TVT PR Campaign

ETH.MESH.08798099- ETH.MESH.08798110  2002-2003 US Marketing Plan for Gynecare TVT Tension-free Support for Incontinence

ETH.MESH.08799839- ETH.MESH.08799840  Minutes from Marketing Staff Meeting held on November 18, 2004 to Et Carino & Kim Mullarkey from Kevin Mahar

ETH.MESH.08919068- ETH.MESH.08919070  Women's Health & Urology Monthly Complaint Review Meeting Minutes

ETH.MESH.08940934- ETH.MESH.08940937  Gynecare Prosima Pelvic Floor Repair System Learning Guide:  Anatomical-- Objective Success Rates

ETH.MESH.08945836- ETH.MESH.08945840  Gynecare Prosima Claims List

ETH.MESH.08946151- ETH.MESH.08946154  Prosima "What Good Looks Like"

ETH.MESH.08957324- ETH.MESH.08957332  Khandwala Master Consulting Agreement

ETH.MESH.08957449- ETH.MESH.08957449  2011 vs 2010 Sales Summary

ETH.MESH.08961175- ETH.MESH.08961176  Prefer, S email chain re Prosima Apical Support Learning Guide

ETH.MESH.08962715- ETH.MESH.08962715  Consultant Invoice from Douglas Van Drie, MD

ETH.MESH.08966062- ETH.MESH.08966064  2011 Marketing Mastery Award Submission Form - Frost

ETH.MESH.08968368- ETH.MESH.08968368  Frost email re PF Summit Presentations

ETH.MESH.08968369- ETH.MESH.08968378  Ailawadi - Does Material Matter - final

ETH.MESH.08969050- ETH.MESH.08969050  2011 Convention Literature, Product, Demo Needs - spreadsheet

ETH.MESH.08969368- ETH.MESH.08969368  Frost K email re PF Summit Presentations

ETH.MESH.08979642- ETH.MESH.08979643  Email Kevin Frost to Mike Gordon re Expenses related to Prosima Webcast

ETH.MESH.08981193- ETH.MESH.08981195  Email Kevin Frost to Paul Saliba re 1 Million Dollars!!!

ETH.MESH.08981275- ETH.MESH.08981282  Frost email re Prosima "what Good Looks Like" Webcast April 20th

ETH.MESH.08981281- ETH.MESH.08981282  Frost email re 4/20 Prosima Audio Conf & Webcast

ETH.MESH.08981458- ETH.MESH.08981460  Save the Date: Prosima Video/Conference Call

ETH.MESH.08981606- ETH.MESH.08981606  Email Kevin Frost to C Remy re Prosima 4/20 webcast invite info

ETH.MESH.08981643- ETH.MESH.08981645  Email Kevin Frost to Christophe Remy re possible video broadcast on April 20th

ETH.MESH.08981812- ETH.MESH.08981813  Email Kevin Frost to Christopher O'Hara re Prosima "what good looks like" script

ETH.MESH.08981820- ETH.MESH.08981820  Email Kevin Frost to Christopher O'Hara re Prosima "what good looks like" script

ETH.MESH.08981993- ETH.MESH.08981994  Email Kevin Frost to Tom Affeld re Prosima "what good looks like"
video/conference call
ETH.MESH.08982306- ETH.MESH.08982307  Email Kevin Frost to Libby Lewis re Irvin

ETH.MESH.08985531- ETH.MESH.08985531  Trained Prosima doctors list

ETH.MESH.08985534- ETH.MESH.08985534  Updated trained prosima doctors list

ETH.MESH.08985561- ETH.MESH.08985563  Frost, K email chain re Booked a Business Suite

ETH.MESH.08985565- ETH.MESH.08985565  Frost, K, email re Evia Access

ETH.MESH.08985566- ETH.MESH.08985566  Frost, K email chain re Brankd Story & Key Message

ETH.MESH.08985591- ETH.MESH.08985592  Frost, K email chain re Patient brochures

ETH.MESH.08985597- ETH.MESH.08985599  Frost, K email chain re Key Brand Messages for Conventions

ETH.MESH.08986521- ETH.MESH.08986522  Email Kevin Frost to Halina Zyczynski re Thank you and your payment

ETH.MESH.08988452- ETH.MESH.08988452  Douglas Van Drie, MD Invoice

ETH.MESH.08991996- ETH.MESH.08991996  Ghee Memo re Update of RMR-0000029 to Revision 3 to Reflect Proper Vaginal
Erosion Terminology
ETH.MESH.08992555- ETH.MESH.08992556  Memo Vernon Ghee Jr. to VK Madikonda re Correction for Issue Cited in 2010
Internal Audit of the Risk Management Process
ETH.MESH.08993314- ETH.MESH.08993319  Ghee Memorandum re 6 Month Post-Launch Risk Assessment

ETH.MESH.09004550- ETH.MESH.09004553  Kadadkia R email chain re TVT LCM - launch delay due to OQ failure

ETH.MESH.09004554- ETH.MESH.09004554  Elongation test data

ETH.MESH.09004555- ETH.MESH.09004555  Elongation test data - delayed launch

ETH.MESH.09009594- ETH.MESH.09009596  Gupta email chain re Design change plan - PROSIMA

ETH.MESH.09034368- ETH.MESH.09034378  Amin 2005 Performance and Development Plan Summary by Mahar

ETH.MESH.09034379- ETH.MESH.09034387  Amin 2006 Performance and Development Plan Summary by Mahar

ETH.MESH.09034388- ETH.MESH.09034395  2007 Performance and Development Plan Summary for Dharini Amin by Kevin
Mahar
ETH.MESH.09034474- ETH.MESH.09034475  Amin Employee Profile

ETH.MESH.09034539- ETH.MESH.09034539  BOGARDUS, CHERYL 171885 Ethicon Employment Information

ETH.MESH.09035273- ETH.MESH.09035283  London Brown 2005 Performance and Development Plan Summary by Roda

ETH.MESH.09035284- ETH.MESH.09035292  London Brown 2006 Performance and Development Plan Summary by Roda

ETH.MESH.09052531- ETH.MESH.09052534  Savidge S email chain re 510k Mint tests pending

ETH.MESH.09089306- ETH.MESH.09089306  EWH & U 2009 Convention and Meeting Schedule

ETH.MESH.09133724- ETH.MESH.09133725  Paradise email chain re GYnecare TVT Obturator Sales:  Feedback needed

ETH.MESH.09143435- ETH.MESH.09143436  Email Sharon Trumbull to Jennifer Paradise re FW: DO NOT FORWARD -
SENSITIVE PRICING INFO Ed Grant 92877
ETH.MESH.09155883- ETH.MESH.09155895  Grier Consulting Agreement Requisition Form

ETH.MESH.09155909- ETH.MESH.09155920  Consulting Agreement Requisition Form - Part I Ethicon and Melvyn A. Anhalt

ETH.MESH.09158424- ETH.MESH.09158430  ARTISYN Advisory Board notes

ETH.MESH.09161482- ETH.MESH.09161484  Destefano C email re CR Approved:  TVTA-474-10-10_12 Gynecare TVT
                                      Abbrevo Clinical Data Review Flashcard
ETH.MESH.09164480- ETH.MESH.09164481  Amin email chain re Gynecare TVT Abbrevo advisory board members

ETH.MESH.09170211- ETH.MESH.09170213  Abbrevo marketing video script

ETH.MESH.09183969- ETH.MESH.09184024  Gynecare TVT Abbrevo Launch Planning Stage Gate PLT

ETH.MESH.09202703- ETH.MESH.09202703  Murphy invoice

ETH.MESH.09214438- ETH.MESH.09214438  Peebles email re participation next week - copy-approved slides

ETH.MESH.09214439- ETH.MESH.09214439  Toglia, The Mesh Story presentation

ETH.MESH.09218058- ETH.MESH.09218058  Peebles R email re Transcription

ETH.MESH.09218059- ETH.MESH.09218064  Abbrevo Ad Board Notes

ETH.MESH.09227438- ETH.MESH.09227439  Peebles, R email chain re Alerte TVT Abbrevo

ETH.MESH.09227440- ETH.MESH.09227441  Peebles R email chain re Alerte TVT Abbrevo

ETH.MESH.09234951- ETH.MESH.09234952  Flores email chain re Continence Health Brand Team - TVT Feedback

ETH.MESH.09234953- ETH.MESH.09234954  TVT Matketing email re 2010 Planning -- "Voice of the Customer" feedback

ETH.MESH.09235084- ETH.MESH.09235085  Toglia M email chain re Ethicon Women's Health and Urology National Training
                                      meeting - TVT
ETH.MESH.09264884- ETH.MESH.09264885  Rousseau R Memo re Meeting Minutes of Project Planning Meeting

ETH.MESH.09264945- ETH.MESH.09264946  Rousseau Memo to Lessig re Prolene Mesh Re-Design Project

ETH.MESH.09266457- ETH.MESH.09266458  Design Statement of Requirement -- PROLENE Flat Mesh Edge Characteristics

ETH.MESH.09266465- ETH.MESH.09266466  D Aversa email chain re Prolene Mesh Sheets Research

ETH.MESH.09266657- ETH.MESH.09266658  Ellington L email re Prolene Mesh for TVT

ETH.MESH.09266659- ETH.MESH.09266660  Tang email chain re Prolene Mesh Update

ETH.MESH.09266668- ETH.MESH.09266671  Tang email chain re Mesh 3

ETH.MESH.09267882- ETH.MESH.09267882  PowerPoint Quarterly Impact Celebration, "Congratulations to the Prolene Mesh
                                      Improvement project team!"
ETH.MESH.09268043- ETH.MESH.09268045  Dormier, E email re Corp info on Compensation to HCP

ETH.MESH.09268398- ETH.MESH.09268399  Email Gene Kammerer to Paula Galida re J&J Travel invoice arrangements for
                                      Marcus Carey traveling on
ETH.MESH.09268506- ETH.MESH.09268508  Rousseau, R email chain re Gynemesh PS w/Monocryl

ETH.MESH.09273600- ETH.MESH.09273601  Dormier email chain re LcBlanc CME Live on Medscape

ETH.MESH.09275875- ETH.MESH.09275876  Rousseau email re Samples of PROLENE Mesh

ETH.MESH.09279097- ETH.MESH.09279105  Prolene Mesh Improvement Project

ETH.MESH.09279161- ETH.MESH.09279161  Memo to Rousseau re Biocomp Risk Assess Prolene

ETH.MESH.09293114- ETH.MESH.09293114  Notes re customers frustration with Ethicon rep

ETH.MESH.09294125- ETH.MESH.09294125  GYNECARE TVT ABBREVO™ Launch  Planning Stage Gate PLT - May 18,
                                      2010 - presentation
ETH.MESH.09306898- ETH.MESH.09306910  2002 US Marketing Plan for TVT

ETH.MESH.09317712- ETH.MESH.09317714  Women's Health & Urology Monthly Complaint Review Meeting

ETH.MESH.09320517- ETH.MESH.09320518  Meeting Update re FDA Dry Run on Surgical Mesh for SUI and PFR

ETH.MESH.09346417- ETH.MESH.09346418  Biocomp risk assessment GPS revised

ETH.MESH.09346419- ETH.MESH.09346420  Memo to R. Rousseau re Biocompatibility Risk Assessment for Soft PROLENE Mesh

ETH.MESH.09360521- ETH.MESH.09360554  All Active CAPA's

ETH.MESH.09397090- ETH.MESH.09397090  Email Ariba Administrator to John Young re Action Required: PR2716865-V3- Study payments for Prosima protocol 300-06-005, Dr. Van Drie's site

ETH.MESH.09410091- ETH.MESH.09410091  Zaddem email chain re Final review of Prosima RMR

ETH.MESH.09414082- ETH.MESH.09414082  Zaddem, V email re Design Change Plan Prosima

ETH.MESH.09420214- ETH.MESH.09420216  Ghee Memorandum re 12 Month Post-Launch Risk Assessment

ETH.MESH.09465889- ETH.MESH.09465889  Carey invoice

ETH.MESH.09465890- ETH.MESH.09465890  Invoice from Marcus Carey, M.D. for consulting fee

ETH.MESH.09478633- ETH.MESH.09478636  Chen email chain re New Complaint Form 23125

ETH.MESH.09478684- ETH.MESH.09478688  Chen M email chain re Urgent - MDR serious injuries Gynecare France

ETH.MESH.09479067- ETH.MESH.09479067  TVT Prolene - digital photograph of 050166

ETH.MESH.09479225- ETH.MESH.09479225  Patire-Singer memo re J&J Corporate Records Management standards

ETH.MESH.09479227- ETH.MESH.09479247  CAOA070011 - Summary Report- Patty Lancos

ETH.MESH.09491316- ETH.MESH.09491317  Memo to TVT-O IFU Clarification Team, Subject: Minutes from Design Change Review II held May 10, 2005, Re: eDHF 0000110

ETH.MESH.09495508- ETH.MESH.09495510  Email Katrin Elbert to Gary Borkes RE: New TVT-O IFU eDHF

ETH.MESH.09504558- ETH.MESH.09504559  Brennan email chain re TVT-S Mesh Torn Complaint Review for Wednesday morning Conf Call

ETH.MESH.09504568- ETH.MESH.09504571  Scavona email chain re PQI TVT S

ETH.MESH.09504683- ETH.MESH.09504687  Email Joanna Kropewnicki to Gary Borkes re Updates of risk management reports

ETH.MESH.09557798- ETH.MESH.09557818  Lindemann 7 year prolene explants images

ETH.MESH.09557819- ETH.MESH.09557819  Muse lab notebook notes re GPC of Polypropylene

ETH.MESH.09557820- ETH.MESH.09557856  Cafone - Seven Year Data for Ten Year Prolene Study:  ERF 85-219

ETH.MESH.09625725- ETH.MESH.09625973  New Drug Application NDA No. 16-304 Ethicon, Inc. Polypropylene Suture USP (Includes 2nd Quarter Experience Report)

ETH.MESH.09625974- ETH.MESH.09626241  Polypropylene Suture, USP Type A - Book 4

ETH.MESH.09629446- ETH.MESH.09629458  Prolene* Polypropylene Suture, U.S.P. NDA #13-374 Labels & Labeling

ETH.MESH.09630638- ETH.MESH.09630739  Supplemental New Drug Application + Following Correspondence - Prolene* Polypropylenbe Suture, USP

ETH.MESH.09634051- ETH.MESH.09634104  FDA Communication re PMA N16374 Prolene* Polypropylene suture nonabsorbable surg

ETH.MESH.09634299- ETH.MESH.09634318  Letter FDA to James P. O'Donnell re N16374/S34, Prolene* Polypropylene Suture Clear and Pigmented Nonabsorbable Surgical Suture, USP

ETH.MESH.09634662- ETH.MESH.09634688  Letter FDA to James P. O'Donnell re N16374 Prolene Polypropylene Nonabsorbable Suture

ETH.MESH.09645766- ETH.MESH.09645766  When the implant worries the body Presentation

ETH.MESH.09651393- ETH.MESH.09651401  Invention Disclosure

ETH.MESH.09651966- ETH.MESH.09651978  Meier LIGHTning project presentation

ETH.MESH.09652185- ETH.MESH.09652190  Presentation:  Today's vaginal implants do not consider the patients' biomechanical needs

ETH.MESH.09652186- ETH.MESH.09652186  Elongation graph

ETH.MESH.09653077- ETH.MESH.09653079  Meeting Scheduler re Ethicon R&D Seminar Series

ETH.MESH.09654601- ETH.MESH.09654643  Presentation Uniaxial test - theoretical considerations

ETH.MESH.09655947- ETH.MESH.09655947  Trzewik J email re Def. stress shielding

ETH.MESH.09656632- ETH.MESH.09656632  Biomechanical considerations Presentation

ETH.MESH.09656632- ETH.MESH.09656644  Presentation:  Biomechanical considerations

ETH.MESH.09656790- ETH.MESH.09656795  Trzewik J email chain re laser cutting

ETH.MESH.09656792- ETH.MESH.09656792  Photo

ETH.MESH.09656794- ETH.MESH.09656794  Picture

ETH.MESH.09656795- ETH.MESH.09656795  Picture

ETH.MESH.09664947- ETH.MESH.09664950  Engel email chain re Gynemesh PS w/Monocryl

ETH.MESH.09671612- ETH.MESH.09671612  Trzewik email re Netzdiskussion

ETH.MESH.09671620- ETH.MESH.09671620  Material specification spreadsheet

ETH.MESH.09729161- ETH.MESH.09729161  Issue Report

ETH.MESH.09732998- ETH.MESH.09733718  Issue Reports Open Date BEtween 01-Jan-2005 and 02-Jun-2013

ETH.MESH.09744840- ETH.MESH.09744845  TVT-131-13 Patient Brochure - stop coping  start living.  What You Should Not
About Stress Urinary Incontinence

ETH.MESH.09744848- ETH.MESH.09744855  TVT-312-12 Patient Brochure - stop coping.  start living.  GYNECARE TVT
Family of Products

ETH.MESH.09744858- ETH.MESH.09744863  Stop Coping. Start Living. What you should know about stress urinary
incontinence. Brochure

ETH.MESH.09744866- ETH.MESH.09744867  TVT Abbrevo information pamphlet

ETH.MESH.09744870- ETH.MESH.09744871  TVT 20130503

ETH.MESH.09746373- ETH.MESH.09746448  Memo N.R. Cholvin to Dr. R.L. Kronenthal, et al. re Protocol for 10 Year In Vivo
Study of Monofilament Sutures

ETH.MESH.09746615- ETH.MESH.09746617  Ltt Nilsson from Zauberman re Surgeon Panel

ETH.MESH.09746793- ETH.MESH.09746795  Zauberman Memo to Schwartz re Appropriation Request - Project Mulberry

ETH.MESH.09746846- ETH.MESH.09746860  Consulting and Assignment Agreement between Gynecare  and Marcus Carey
MD

ETH.MESH.09746948- ETH.MESH.09746998  Medscand License and Supply Agreement

ETH.MESH.09747038- ETH.MESH.09747111  Dumenil email transmitting Medscand Agreement w/attachment

ETH.MESH.09747177- ETH.MESH.09747210  Letter ME Helms to Professor Ulf Ulmsten re payment for clinical trial work

ETH.MESH.09747337- ETH.MESH.09747369  Medscand Asset Purchase Agreement

ETH.MESH.09747493- ETH.MESH.09747495  Cancellation Agreement - Estate of Erik Ulmsten

ETH.MESH.09747505- ETH.MESH.09747537  Exhibit A Ethicon/Contape S.A. / Professor Ulmsten Consulting Agreement

ETH.MESH.09747632- ETH.MESH.09747643  PAC Meeting Review - Tension Free Vaginal Tape (TVT) Ulmsten Device

ETH.MESH.09747684- ETH.MESH.09747684  Development of the TVT for us in Female Stress Incontinence for the US Market
(4Q, 98)

ETH.MESH.09747700- ETH.MESH.09747701  Activities Report Project Name:  Tension Free Vaginal Tape (Ulmsten Device)

ETH.MESH.09747724- ETH.MESH.09747725  Linsky C email re Recommendation not to Accelerate TVT Program

ETH.MESH.09747728- ETH.MESH.09747728  Linsky email re TVT (Ulmsten) -510k submission

ETH.MESH.09747732- ETH.MESH.09747732  Message Cary Linsky to Robin Ciardiello, et al. re TVT Update Issues and
Actions from November 18 meeting and subsequent

ETH.MESH.09747773- ETH.MESH.09747794  TVT Acquisition - Review with Mr. Lenehan - presentation

ETH.MESH.09747994- ETH.MESH.09748017  TVT Acquisition Analysis & Recommendation

ETH.MESH.09748041- ETH.MESH.09748044  Barabas Memo re Operations Due Diligence - TVT/Tome

ETH.MESH.09748308- ETH.MESH.09748385  Project Tomel Due Diligence Summary

ETH.MESH.09748634- ETH.MESH.09748635  Ulmsten ltt Ostergard re revised manuscripts

ETH.MESH.09748790- ETH.MESH.09748791  Ulmsten U, An introduction to tension-free vaginal tape (TVT) -- a new surgical
procedure for treatment of female urinary incontinence, Int Urogynecol J (2001)
12:00-00

ETH.MESH.09748797- ETH.MESH.09748801  Falconer C, et al., Influence of different sling materials on connective tissue
metabolism in stress urinary incontinent women, Int Urogynecol J 2001; 12:00-
000

ETH.MESH.09748831- ETH.MESH.09748835  Consultancy Agreement Ethicon and Prof. Carl Gustaf Nilsson

ETH.MESH.09748842- ETH.MESH.09748846  Consultancy Agreement

ETH.MESH.09748848- ETH.MESH.09748853  Consultancy Agreement

ETH.MESH.09748854- ETH.MESH.09748858  Ulmsten Consultancy Agreement

ETH.MESH.09748865- ETH.MESH.09748868  Consultancy Agreement Ethnor France and Dr Ingegerd Olsson

ETH.MESH.09888068- ETH.MESH.09888143  Protocol for 10 year In Vivo Study

ETH.MESH.09888187- ETH.MESH.09888223  Seven Year Data for Ten Year Prolene Study

ETH.MESH.09893522- ETH.MESH.09893544  Operating Procedure for Design Failure Modes and Effects Analysis (dFMEA)

ETH.MESH.09905181- ETH.MESH.09905181  ABBREVO Lessons Learned Preliminary Report-out Presentation

ETH.MESH.09905193- ETH.MESH.09905193  Survey  Results

ETH.MESH.09908346- ETH.MESH.09908660  Gynecare TVT-Obturator DH1019 Book 3 0f 7

ETH.MESH.09909020- ETH.MESH.09909025  Abbrevo Lessons Learend - Summary Report out

ETH.MESH.09909642- ETH.MESH.09909655  Trip Notes

ETH.MESH.09909830- ETH.MESH.09909882  Biocompatibility Risk Assessment Report for Gynecare TVT Product Family

ETH.MESH.09911296- ETH.MESH.09911299  Smith memo re Things to consider as we assess next steps for a next generation
sling

ETH.MESH.09922406- ETH.MESH.09922406  Project Mini TVT-O Team: Gynecare TVT Abbrevo Continence System

ETH.MESH.09922570- ETH.MESH.09922578  Elbert Memo to TVTO PA (TOPA) DHF0000978 re R&D Memorandum on PA
Mesh Assessments for TVTO-PA

ETH.MESH.09932848- ETH.MESH.09932849  Iacobone email chain re Stability Testing

ETH.MESH.09932902- ETH.MESH.09932912  Neuchatel - September 2010 Roles and Responsibilities

ETH.MESH.09932908- ETH.MESH.09932918  Neuchatel - September 2010 Roles and Responsibilities

ETH.MESH.09936426- ETH.MESH.09936426  Gynecare TVT ABBREVO Launch Planning Stage Gate PLT May 18, 2010
Presentation

ETH.MESH.09936503- ETH.MESH.09936503  Gynecare TVT Abbrevo RDLT 3 Month Post-Launch Close-out January 21, 2011
Presentation

ETH.MESH.09951087- ETH.MESH.09951090  Ciarrocca email re Sling thoughts and next steps 11-13-08.doc

ETH.MESH.09951106- ETH.MESH.09951107  Email Severine Timoner Fortin to Valerie Emperado et al. re For Information - lot
of TVT used for Deleval's tests

ETH.MESH.09951746- ETH.MESH.09951747  Ciarrocca email chain re MiniMe discussion at the board meeting

ETH.MESH.09952163- ETH.MESH.09952164  Email Piet Hinoul to Katrin Elbert re MiniTVTO

ETH.MESH.09952168- ETH.MESH.09952169  Email Katrin Elbert to Piet Hinoul RE: MiniTVTO

ETH.MESH.09952714- ETH.MESH.09952715  Savidge S email chain re TVTO Mini IFU questions

ETH.MESH.09954485- ETH.MESH.09954486  Hinoul email chain re For Information - lot of TVT used for Deleval's tests

ETH.MESH.09955374- ETH.MESH.09955374  Email Katrin Elbert to Anna-Caroline Cornec re Mesh strip for Mini-TVT O

ETH.MESH.09955464- ETH.MESH.09955464  Timoner Fortin email re Mini-O Raw material proposed by Suppliers for button aid

ETH.MESH.09955474- ETH.MESH.09955479  Total Petrochemicals Certificate N° 9

ETH.MESH.09956434- ETH.MESH.09956437  Elbert email chain re first draft equivalence Abrevo

ETH.MESH.09956613- ETH.MESH.09956614  Mini TVT-O Team Meeting

ETH.MESH.09957926- ETH.MESH.09957927  Email Katrin Elbert to Henri Decloux re Last week's Medi-Line visit

ETH.MESH.09958050- ETH.MESH.09958051  Email Henri Decloux to Severine Timoner Fortin re Quote for sample production

ETH.MESH.09960437- ETH.MESH.09960439  Subramanian D email chain re Mini TVTO HE1 assessment

ETH.MESH.09970762- ETH.MESH.09970762  Elbert K email chain re hold for Abbrevo Lessons Learned

ETH.MESH.09977270- ETH.MESH.09977271  PLT 12 month post-launch close out PPT - slide 17 Executive Summary.

ETH.MESH.09981210- ETH.MESH.09981212  Email Steven Semmler to Katrin Elbert, et al. re design history TVTO

ETH.MESH.09981230- ETH.MESH.09981232  Everett email chain re design history TVTO

ETH.MESH.09982887- ETH.MESH.09982888  Feinberg email chain re TVTO PA full team meeting minutes, Thursday April 7th

ETH.MESH.09983201- ETH.MESH.09983201  Patel email chain re TVT+M mesh question

ETH.MESH.09984519- ETH.MESH.09984576  510(k) Premarket Notification GYNECARE TVTO-OA Continence System

ETH.MESH.09985777- ETH.MESH.09985777  Abbrevo Lessons Learned Pre-Survey Results

ETH.MESH.10003595- ETH.MESH.10003603  Notes - Post Mini TVT Procedure Discussion

ETH.MESH.10027307- ETH.MESH.10027328  Expert opoinion on the use of Gynecare TVT - A Report of June 2000 Summit
Meeting

ETH.MESH.10039201- ETH.MESH.10039266  Letter FDA to Sean O'Bryan re K033568, Gynecare TVT Obturator Device

ETH.MESH.10039685- ETH.MESH.10040061  Letter Benjamin R. Fisher PhD (Department of Health & Human Services) to
Susan Lin re Gynecare TVT Abbrevo Continence System K100936 re marketing
device

ETH.MESH.10040025- ETH.MESH.10040059  Final Report, PSE Accession No. 00-0035, An Exploratory
91-Day Tissue Reaction Study of Polypropylene-Based Surgical Mesh in Rats
(PSE ACC. NO. 00-0035)

ETH.MESH.10040062- ETH.MESH.10040164  FDA Communication re K975098 TVT - correction substantially equivalent letter
of January 28, 1998

ETH.MESH.10051284- ETH.MESH.10051286  Beccia N email chain re Alerte TVT Abbrevo

ETH.MESH.10051331- ETH.MESH.10051333  Pitts email chain re ALERTE TVT ABBREVO

ETH.MESH.10057217- ETH.MESH.10057229  List Item code, name, total received, total used and total remaining in inventory

ETH.MESH.10131937- ETH.MESH.10131937  Zyczynski invoice

ETH.MESH.10132609- ETH.MESH.10132620  Innovation Council agenda

ETH.MESH.10133116- ETH.MESH.10133116  Email Brian Langen to Vincenza Zaddem re Plus-M payment for Mel Anhalt

ETH.MESH.10150515- ETH.MESH.10150849  Clinical Evaluation Report Gynecare TVT Family of Products

ETH.MESH.10150870- ETH.MESH.10150870  List Supplier Name and PO Name

ETH.MESH.10150872- ETH.MESH.10150872  Supplier accounting spreadsheet

ETH.MESH.10150878- ETH.MESH.10150879  body_mddCOSummary

ETH.MESH.10151093- ETH.MESH.10151098  Risk Management Report Prosima Pelvic Floor Repair Kit Revision History for
(RMR-0000029) Revision 2
ETH.MESH.10151106- ETH.MESH.10151111  Risk Management Report (RMR) for the Gynecare Prosima Pelvic Floor Repair
Kit - Project MINT
ETH.MESH.10152119- ETH.MESH.10152178  Risk Management Document Clinical Evaluation Report CER for Gynecare
Prosima Pelvic Florr Repair System Rev 2
ETH.MESH.10152299- ETH.MESH.10152360  Clinical Evaluation Report Gynecare PROSIMA Pelvic Floor Repair System by
Piet Hinoul MD
ETH.MESH.10152300- ETH.MESH.10152361  Clinical Evaluation Report Gynecare PROSIMA Pelvic Floor Repair System

ETH.MESH.10152589- ETH.MESH.10152593  Product Risk Management Report Prosima Pelvic Floor Repair Kit

ETH.MESH.10181793- ETH.MESH.10181797  Ulmsten - Anesthesiological routines for the TVT Procedure

ETH.MESH.10181921- ETH.MESH.10181922  Ulmsten ltt Ostergard re Cannes meeting

ETH.MESH.10182456- ETH.MESH.10182461  TVT Update Report on Proposed Changes

ETH.MESH.10182464- ETH.MESH.10182468  Product Division Strategic Plans 1999-2005 Gynecare - Europe

ETH.MESH.10183005- ETH.MESH.10183061  Angelini, Byca, Montanino Gynecare Europena Marketing Plan

ETH.MESH.10216874- ETH.MESH.10216875  Slusser email chain re AUGS lecture/content of discussion

ETH.MESH.10218126- ETH.MESH.10218132  Minimally Invasive Options for Benign Prostatic Hyperplasia (BPH) and Stress
Urinary Incontinence (SUI)
ETH.MESH.10224489- ETH.MESH.10224490  Hoffman S email chain re 6 weeks into Abbrevo Launch

ETH.MESH.10227358- ETH.MESH.10227359  Prine email chain re TVT promotion Slam Dunk Winners

ETH.MESH.10232709- ETH.MESH.10232709  Barendse email re TVT Exact Meeting Follow-up

ETH.MESH.10233144- ETH.MESH.10233148  2009 Field Visit Letter

ETH.MESH.10237693- ETH.MESH.10237695  Prine email chain re New GYNEARE RVT ABBREVO sales literature and DVD
NOW AVAILABLE
ETH.MESH.10281860- ETH.MESH.10281874  Tension-Free Midurethral Sling: Market Update Presentation

ETH.MESH.10282657- ETH.MESH.10282661  Seventeen years' follow-up of the tension-free vaginal tape procedure for female
stress urinary incontinence
ETH.MESH.10287104- ETH.MESH.10287439  Hinoul CER Gynecare TVT Family of Products

ETH.MESH.10302266- ETH.MESH.10302267  Damotte email chain re Laser cut TVT - Surgeon's Preference Evaluation

ETH.MESH.10302268- ETH.MESH.10302279  Amendment 1 Protocol 300-05-xxx, An Evaluation of the GYNECARE TVT *
Tension-free Support for Incontinence and GYNECARE TVT Obturator* System
Tension-free Support for Incontinence with Laser Cut Mesh
ETH.MESH.10323344- ETH.MESH.10323346  Jones email chain re Reviewer comments to US TVM manuscript

ETH.MESH.10339323- ETH.MESH.10339337  Executive Summary - Preliminary Results of Peri-Operative and 3-Month
Outcomes from a World-Wide Observational Registry of Tension-free Vaginal
Tapes in Women with Stress Urinary Incontinence
ETH.MESH.10355567- ETH.MESH.10355578  Clinical Study Agreement - Ethicon Initiated between Ethicon and Female Pelvic
Medicine and Urogynecology Institute of Michigan
ETH.MESH.10355703- ETH.MESH.10355714  Clinical Study Agreement - Ethicon Initiated between Ethicon and Female Pelvic
Medicine and Urogynecology Institute of Michigan
ETH.MESH.10356075- ETH.MESH.10356094  Clinical Study Contract between Johnson & Johnson and Affinity Health

ETH.MESH.10356135- ETH.MESH.10356148  Smith Clinical Investigation Agreement

ETH.MESH.10356149- ETH.MESH.10356178  Clinical Investigation Agreement for Medical Devices - Europe between Johnson
& Johnson and Timothy Sayer

| | |
|---|---|
| ETH.MESH.10356191- ETH.MESH.10356203 | Agreement between Ethicon and Herr Dr med. Christian Gopel, Martin-Luther Universitat |
| ETH.MESH.10360715- ETH.MESH.10360723 | FDA Final Guidance on Patient-Reported Outcome (PRO) Measures: Use in Medical Product Development to Support Labeling Claims |
| ETH.MESH.10360724- ETH.MESH.10360766 | FDA - Guidance for Industry Patient-Reported Outcome Measures:  Use in Medical Product Development to Support Labeling Claims |
| ETH.MESH.10366236- ETH.MESH.10366238 | Ethicon Women's Health and Urology Worldwide Board 2011 Goals and Objectives Spreadsheet |
| ETH.MESH.10368729- ETH.MESH.10368737 | Dmochowski, RR, et al, Update of AUA Guideline on the surgical management of female stress urinary incontinence, J Urology (2010) 183: 1906-1914 |
| ETH.MESH.10372553- ETH.MESH.10372553 | Rha email re First Human Use  - surgeon preference questionnaire |
| ETH.MESH.10372554- ETH.MESH.10372564 | An Evaluation of the application of the GYNECARE TVT Obturator* System Tension-free Support for Incontinence with Laser Cut Mesh - Protocol - Sha and Buchon |
| ETH.MESH.10375072- ETH.MESH.10375076 | A Multi-centre study to evaluate the clinical performance of the GYNECARE PROSIMA* combined pelvic floor repair system as a procedure for pelvic organ prolapse (POP) Protocol 300-06-005 |
| ETH.MESH.10376267- ETH.MESH.10376267 | Post-Operative Instructions |
| ETH.MESH.10376374- ETH.MESH.10376375 | Robinson D email chain re Lab, etc. |
| ETH.MESH.10376963- ETH.MESH.10376964 | Robinson, D email re Prosima - FDA Clearance |
| ETH.MESH.10378001- ETH.MESH.10378002 | Jones, P email re Prosima RCT results |
| ETH.MESH.10378743- ETH.MESH.10378743 | Urquhart, C email re AEs tracked outside of clinical database |
| ETH.MESH.10379803- ETH.MESH.10379805 | Meek email chain re Business case for mesh vs no-mesh |
| ETH.MESH.10398029- ETH.MESH.10398031 | Responsiveness of two prolapse specific questionnaires (PFDI-20 and PFIQ-7) 12 months following vaginal surgery augmented by mesh and a vaginal support device by Sikirica et al. |
| ETH.MESH.10400819- ETH.MESH.10400819 | Prosima Extension Protocol 300-06-005 Study Budget |
| ETH.MESH.10400820- ETH.MESH.10400847 | Clinical Trial Research Agreement Medicines Australia - Standard Form between Royal Women's Hospital and Johnson & Johnson |
| ETH.MESH.10402812- ETH.MESH.10402813 | Email Marcus Carey to Halina Zyczynski et al. re PROSIMA Manuscript - Draft 3 |
| ETH.MESH.10416108- ETH.MESH.10416111 | Email Halina Zyczynski to Judi Gauld re Prosima Manuscript for comments and sign off |
| ETH.MESH.10416655- ETH.MESH.10416656 | Gadot, Harel email re Reporting Prosima Success -- cease email communication |
| ETH.MESH.10489347- ETH.MESH.10489358 | Working copy - ETHICON Evidence Generation Strategy for GYNECARE TVTO-PA Obturator |
| ETH.MESH.10525611- ETH.MESH.10525612 | Email Christopher Teasdale to Brian Luscombe re FW: Design Validation Surgeons with partial attachment |
| ETH.MESH.10525612- ETH.MESH.10525612 | Contract Report spreadsheet |
| ETH.MESH.10575391- ETH.MESH.10575453 | Critical Reviews in Biocompatibility, Volume 1, Issue 3 1985 |
| ETH.MESH.10575607- ETH.MESH.10575613 | ERF Accession No. 73-130 Project No. 20901 Technical Report Prolene* Mesh -- Biological Evaluation in Rabbits |
| ETH.MESH.10575607- ETH.MESH.10575805 | POROSITY, Thomas Barbolt 30(b)(6) Deposition Ethicon/MDL |
| ETH.MESH.10575626- ETH.MESH.10575630 | Technical Report Prolene Polypropylene Sutures: Tissue Response, Rats EFR Accession NO. 74-402 Project No. 16102 |
| ETH.MESH.10575759- ETH.MESH.10575764 | Long-Term Comparative Study of Nonabsorbable Sutures Article |
| ETH.MESH.10591538- ETH.MESH.10591569 | TVT Tension-free Vaginal Tape |
| ETH.MESH.10591803- ETH.MESH.10591804 | TVT Improvement Project Conference Call |
| ETH.MESH.10591870- ETH.MESH.10591870 | Kaminski email chain re TVT Project Plan |
| ETH.MESH.10591939- ETH.MESH.10591949 | Angelini Browse JJEDS Object Detail form |

ETH.MESH.10603246- ETH.MESH.10603247  Product Descriptions

ETH.MESH.10605327- ETH.MESH.10605346  Risk Assessment Summary for Prosima Pelvic Floor Repair Kit Revision History for 100116639

ETH.MESH.10605402- ETH.MESH.10605419  Risk Assessment Summary for the Gynecare TVT SECUR System, Revision History for 100146510 - Rev 2

ETH.MESH.10606632- ETH.MESH.10606632  Piet Hinoul TVT-Secur RMR follow-up Meeting

ETH.MESH.10607066- ETH.MESH.10607066  Email Lee Hackman to Jeffrey Everett, et al. re TVT-Secur RMR documents

ETH.MESH.10608072- ETH.MESH.10608091  Risk Assessment Summary for Prosima Pelvic Floor Repair Kit

ETH.MESH.10608341- ETH.MESH.10608357  PMSR 100123366 Rev. 3

ETH.MESH.10611168- ETH.MESH.10611169  Smith email chain re Laser Cut TVT

ETH.MESH.10616895- ETH.MESH.10616956  Final Report Evaluation of Area Weight, PP Amount, Tensile Strength

ETH.MESH.10618465- ETH.MESH.10618502  DDSA OP650-010

ETH.MESH.10618757- ETH.MESH.10618792  Risk Management Report TVT and TVT-O

ETH.MESH.10620889- ETH.MESH.10620891  Email Kate Neylon to Stacy Hoffman et al. re Shannon TVT Question

ETH.MESH.10623779- ETH.MESH.10623792  CER March 19 2007 Prosima

ETH.MESH.10623811- ETH.MESH.10623912  Gynecare Prosima Pelvic Floor Repair System Application for a class 3 medical device license aFMEA and dFMEA Appendix D

ETH.MESH.10623962- ETH.MESH.10623962  Additional Warning and Precaution - not fully evaluated in patients with stage IV POP

ETH.MESH.10624539- ETH.MESH.10624551  Biocompatibility Risk Assessment

ETH.MESH.10624558- ETH.MESH.10624579  DHF-0000121 sterilization summary

ETH.MESH.10624580- ETH.MESH.10624591  Stability Study Protocol - Study Number:  1467

ETH.MESH.10624592- ETH.MESH.10624606  Application for medical license - safety and efficacy

ETH.MESH.10629626- ETH.MESH.10629936  Application for Class 3 medical device license Canada- HLNotes by RPC

ETH.MESH.10630324- ETH.MESH.10630449  Gynecare TVT Abbrevo Class III Licence Amendment Application

ETH.MESH.10630803- ETH.MESH.10630808  Braskem MSDS C4001 Polypropylene

ETH.MESH.10630809- ETH.MESH.10630813  Sunoco MSDS 2009

ETH.MESH.10632641- ETH.MESH.10632644  Elbert K email chain re CO-0022344 for your review; Target Approval 4-12-2010 12:00:00 AM EDT

ETH.MESH.10632650- ETH.MESH.10632653  Young email chain re IFU

ETH.MESH.10632664- ETH.MESH.10632670  Taggart email chain re IFU

ETH.MESH.10632681- ETH.MESH.10632683  Heniford email chain re TVT - Interlock Mesh Brochure - incontinence-overview-of-treatments

ETH.MESH.10633517- ETH.MESH.10633517  TVT Prolene Appendix II Digital Photograph of 050166

ETH.MESH.10633520- ETH.MESH.10633528  Revision History of MS-0000108

ETH.MESH.10635251- ETH.MESH.10635515  Gynecare RVTO-OA - Request for Withdrawal of 510k

ETH.MESH.10644647- ETH.MESH.10644647  TOPA Mesh Elongation KT Problem Analysis:  Summary presentation

ETH.MESH.10645237- ETH.MESH.10645242  Prolene (polypropylene) Sutures:  Suface additive study - Tissue Respoinse, rate - Pilot Study - Final Report

ETH.MESH.10651893- ETH.MESH.10651915  2011 EWH&U PEM Bonus Rating Worksheet

ETH.MESH.10658170- ETH.MESH.10658171  Sarmini Opening Remarks and Bonnie Blair intro

ETH.MESH.10659140- ETH.MESH.10659142  Email Paul Parisi to Phyllis Woodford, et al. re Action Required: HCC Year 2008
Assessment Report - Ethicon Training Programs

ETH.MESH.10683482- ETH.MESH.10683816  CER Gynecare TVT Family of Products:  Rev 4

ETH.MESH.10691002- ETH.MESH.10691002  Predictive Indicator Scorecard EDOC0011

ETH.MESH.10818812- ETH.MESH.10818813  Frost K email re 2011 Incontinence & Pelvic floor REcap

ETH.MESH.10818814- ETH.MESH.10818814  EWHU: Faculty Training - Sonoma CA Agenda

ETH.MESH.10818815- ETH.MESH.10818816  Ethicon 2011 Incontinence & Pelvic Floor Summit agenda

ETH.MESH.10958575- ETH.MESH.10958586  Boston Scientific Slings presentation

ETH.MESH.10970518- ETH.MESH.10970520  Jones, S email re Prosima Update for RBDs

ETH.MESH.10984358- ETH.MESH.10984359  Lamont D Memo re TVT Laser Cut Mesh (LCM) Risk Analysis Summary

ETH.MESH.11175841- ETH.MESH.11175842  Samuel S email re Mesh Data

ETH.MESH.11175843- ETH.MESH.11175843  The Science of "What's Lift Behind" . . . presentation

ETH.MESH.11175844- ETH.MESH.11175844  TVT Complication comparison matrix

ETH.MESH.11175863- ETH.MESH.11175863  TVT Abbrevo marketing poster

ETH.MESH.11175864- ETH.MESH.11175864  Gynecare TVT Exact Gynecare TVT Tension-free Support for Incontinence
Clinical Data Presentation

ETH.MESH.11203951-                                Powerpoint: Regional Commercialization Strategy
ETH.MESH.11205022- ETH.MESH.11205027  Email Katrin Elbert to Sheelu Samuel re FW: CO-0022344 for your review; Target
Approval 04-12-2010 12:00:00 AM EDT

ETH.MESH.11283949- ETH.MESH.11283951  Hoepffner email chain re Trip report -- meeting with Dr. Ulstem

ETH.MESH.11283974- ETH.MESH.11283974  Lehe email re Reisebericht:  TVT - Brainstorming (PD 98/5)

ETH.MESH.11333804- ETH.MESH.11333805  FDA Communication re PS120095 GYNECARE TVT Secur System - Amended:
05032012

ETH.MESH.11335589- ETH.MESH.11335605  Risk Assessment Summary for the Gynecare TVT Secur System Revision History
for 100146510, Rev. 1

ETH.MESH.11335758- ETH.MESH.11335960  28-Day Rat Autoclaved Study, 11 Thomas Barbolt, 30(b)(6) Deposition -
ETH.MESH.1133595                             Ethicon/MDL

ETH.MESH.11336034- ETH.MESH.11336070  Seven Year Data for Ten Year Prolene Study: ERF 85-219

ETH.MESH.11336071- ETH.MESH.11336088  2 Year Dog Study Interim Report

ETH.MESH.11336165- ETH.MESH.11336177  Five Year Data for Ten Year In Vivo Suture Study

ETH.MESH.11336181- ETH.MESH.11336183  Agarwal V memto to Cofone M re Interim report on physical testing

ETH.MESH.11336184- ETH.MESH.11336338  Seven Year Dog Sudy

ETH.MESH.11336474- ETH.MESH.11336487  Five Year Report re Ten Year In Vivo Suture Study

ETH.MESH.11336648- ETH.MESH.11336648  Cecchini email chain re Ethicon DVD

ETH.MESH.11353422- ETH.MESH.11353439  Risk Assessment Summary for Products in the Gynecare TVT Secur System -
Revision Hx for 100146510

ETH.MESH.11434264- ETH.MESH.11434272  TVT Abbrevo Physian Brochure -The efficacy she needs with less mesh

ETH.MESH.11434302- ETH.MESH.11434309  TVT Obturator System Selling Guide 2010

ETH.MESH.11434367- ETH.MESH.11434379  Briefing Documents - Operation Abbrevo

ETH.MESH.11436354- ETH.MESH.11436355  Email Libby Lewis to Donna Abely, et al. re FW: TVT ABBREVO

ETH.MESH.11445493- ETH.MESH.11445494  Email LIbby Lewis to Mary Byerly re Western Region Needs

ETH.MESH.11445930- ETH.MESH.11445931  Bernal O email chain re TVT Abbrevo Eval

ETH.MESH.11474337- ETH.MESH.11474337  Castillo email chain re Oscar -- The latest fiasco

ETH.MESH.11514261- ETH.MESH.11514262  Labs Q4 2010 Costs

ETH.MESH.11519681- ETH.MESH.11519715  Table Faculty, specialty and contract start date - Miles Murphy, MD

ETH.MESH.11526618- ETH.MESH.11526620  Email Melissa Doyle to Mark Pare re RE: Urology Database

ETH.MESH.11529265- ETH.MESH.11529266  Doyle email chain re Surgeon request for follow up 10100175641

ETH.MESH.11539637- ETH.MESH.11539637  Email Rhonda Peebles to Jennifer Brown re Miles Murphy contract

ETH.MESH.11612597- ETH.MESH.11612598  Email Konrad Schmitt to Isabelle Ferrand et al. re Post Market Surveillance

ETH.MESH.11741525- ETH.MESH.11741534  Quality Strategy Project NEO Version A

ETH.MESH.11770891- ETH.MESH.11770892  Gerin-Roze email chain re TVT-S Lot related to NCR11-01867

ETH.MESH.11773498- ETH.MESH.11773499  Email Shannon Campbell to Shelley Copeland, et al. re Ft. Worth Advanced TVT
                                       dinner feedback

ETH.MESH.11774203- ETH.MESH.11774204  Email Mark Yale to Patty Lancos re PROSIMA complaint is coming

ETH.MESH.11785305- ETH.MESH.11785310  Patterson email re RMR References

ETH.MESH.11790162- ETH.MESH.11790162  Phillips, K email re Lack of quality engineering support for Prosima+M

ETH.MESH.11832807- ETH.MESH.11832808  Doyle email re Summit Recap

ETH.MESH.11890942- ETH.MESH.11890948  2013 Field Visit Letter - GYN Rep

ETH.MESH.11915968- ETH.MESH.11915987  1 year clinical data

ETH.MESH.11917445- ETH.MESH.11917450  TVT Family of Products Sales Rep Promotion TVT Fast Break

ETH.MESH.11919642- ETH.MESH.11919642  Breaking the Ice about SUI

ETH.MESH.11920108- ETH.MESH.11920110  Urology University March 10-11, 2006

ETH.MESH.11927734- ETH.MESH.11927735  Prosima+M Design Review: Design Input Meeting Minutes

ETH.MESH.11985160- ETH.MESH.11985164  Issue Report

ETH.MESH.12002262- ETH.MESH.12002280  Licensing Agreement between Universite De Liege and Ethicon, Inc.

ETH.MESH.12002601- ETH.MESH.12002601  Angelini L email re TVT improvements

ETH.MESH.12002845- ETH.MESH.12002845  Angelini L email re Ulmsten Consultant Agreement

ETH.MESH.12002847- ETH.MESH.12002860  Ulmsten draft Consulting Agreement

ETH.MESH.12003048- ETH.MESH.12003052  Consultancy and Confidentiality Agreement between Ethicon and Mark Slack

ETH.MESH.12006257- ETH.MESH.12006259  Report on Expert Meeting

ETH.MESH.12006763- ETH.MESH.12006783  Ulmsten Consulting Agreement

ETH.MESH.12009027- ETH.MESH.12009035  Rowan email re GyneMesh II New Mesh Design w/attachment

ETH.MESH.12009078- ETH.MESH.12009078  TVT Meeting minutes

ETH.MESH.12009079- ETH.MESH.12009081  TVT Improvement Project conference call notes

ETH.MESH.12009095- ETH.MESH.12009101  Ulmsten Preliminary report of Multicentre Study on TVT

ETH.MESH.12009257- ETH.MESH.12009257  Lehe email chain re TVT Blue

ETH.MESH.12009262- ETH.MESH.12009262  Hoepffner email re Marketing Requirements for TVT improvement team

ETH.MESH.12009276- ETH.MESH.12009277  Angelini email chain re Development Strategy

ETH.MESH.12017692- ETH.MESH.12017693  Prine email chain re Careful Communication

ETH.MESH.12151705- ETH.MESH.12151706  PROSIMA+M Design Review: Design Input Meeting Minutes

ETH.MESH.12302918- ETH.MESH.12302921  Product Risk Management Report - Prosima Pelvic Floor Repair Kit

ETH.MESH.12303083- ETH.MESH.12303144  CER Prosima 100103908 Rev 3

ETH.MESH.12627084- ETH.MESH.12627093  Application FMEA for PROSIMA

ETH.MESH.12627553- ETH.MESH.12627577  Elaine Wise Product Monograph

ETH.MESH.12631859- ETH.MESH.12631864  RMR-0000029

ETH.MESH.12716136- ETH.MESH.12716163  Prosima:  Monthly Complaint Report

ETH.MESH.12729337- ETH.MESH.12729350  Ten Year In Vivo Suture Study - Five Year Report

ETH.MESH.12730858- ETH.MESH.12730860  Prine G email chain re Alerte TVT Abbrevo

ETH.MESH.12831359- ETH.MESH.12831359  Melveger - IR Microscopy of Explanted Prolene* received from Prof R. Guidoin

ETH.MESH.12831360- ETH.MESH.12831360  Hellhammer email re Uppsala Meeting

ETH.MESH.12831361- ETH.MESH.12831361  Explant sample analysis notes

ETH.MESH.12831362- ETH.MESH.12831362  McDivitt/Britnell note re unscheduled explant

ETH.MESH.12831363- ETH.MESH.12831364  Analytical Chemistry Department Service Request # 24195

ETH.MESH.12831365- ETH.MESH.12831365  Analytical Chemistry Department Service Request #25649

ETH.MESH.12831366- ETH.MESH.12831366  Braun sample testing notes

ETH.MESH.12831367- ETH.MESH.12831367  Braun Study 850219 Dog #2009 research notes

ETH.MESH.12831368- ETH.MESH.12831368  Study 85-219 Dog #2011 Notes

ETH.MESH.12831369- ETH.MESH.12831369  Braun Sample testing notes

ETH.MESH.12831370- ETH.MESH.12831370  Braun Dog #1994 research notes

ETH.MESH.12831371- ETH.MESH.12831371  Ethicon Analytical Chemistry Department Service Request # 30702

ETH.MESH.12831372- ETH.MESH.12831372  Braun Dog #2006 research notes

ETH.MESH.12831373- ETH.MESH.12831373  Analytical Chemistry Department Service Request #30725

ETH.MESH.12831374- ETH.MESH.12831374  Cofone sample testing notes

ETH.MESH.12831375- ETH.MESH.12831376  Agarwal Dog #2001 10 Year Prolene (Size 5-0) BSR Study research notes

ETH.MESH.12831377- ETH.MESH.12831377  Baierlein 7 year explants of 10 year study dog 2019 Conclusions

ETH.MESH.12831380- ETH.MESH.12831380  Scalzo K8428 Prolene Mesh sample notes

ETH.MESH.12831381- ETH.MESH.12831381  Analytical Chemistry Department Service Request # 40343

ETH.MESH.12831382- ETH.MESH.12831382  Hutchinson - PROLENE 6 mil Mesh with Microban research notes

ETH.MESH.12831383- ETH.MESH.12831383  Analytical Chemistry Department Service Request #40703

ETH.MESH.12831391- ETH.MESH.12831404  Memo to Melveger AJ re Microscopy of explanted Prolene received from Prof. R. Guidoin

ETH.MESH.12831405- ETH.MESH.12831406  Melveger Memo re Crack Depth in Explanted Porlene Polypropylene Sutures

ETH.MESH.12831407- ETH.MESH.12831408  Memo re Prolene Explants Study Meeting Minutes

ETH.MESH.12840997- ETH.MESH.12841001  A New Minimally Invasive Treatment Option for Stress Urinary Incontinence in Women: TVT Abbrevo, a Shorter Sling with an Inside-out Transobturator Approach Article

ETH.MESH.12861293- ETH.MESH.12861293  Email Lucy Paterson to Reynaldo Librojo, et al. re Ethicon Statement regarding TVT and Website

ETH.MESH.12877116- ETH.MESH.12877117  Amin email chain re HPG Pelvic Floor RFP

ETH.MESH.12877118- ETH.MESH.12877118  RFI Instructions

ETH.MESH.12881792- ETH.MESH.12881793  ORR Review Meeting Checklist FM-0001764 Revision 1 - Prosima Pelvic Floor Repair Kit

ETH.MESH.12885831- ETH.MESH.12886074  AE chart, all pop, some prosima

ETH.MESH.12897430- ETH.MESH.12897433  RMR Prosima 2013

ETH.MESH.12897617- ETH.MESH.12897678  Prosima CER

ETH.MESH.12906504- ETH.MESH.12906506  Librojo email chain re Copy Review Exception

ETH.MESH.12907174- ETH.MESH.12907174  Jacobs email chain re defect to harms map

ETH.MESH.12907175- ETH.MESH.12907175  Spreadsheet Revision History - Defect to Harms Map

ETH.MESH.12910023- ETH.MESH.12910026  Weisberg email chain re TVT mesh elongation FW:  Dr. Kenny Maslow

ETH.MESH.12910030- ETH.MESH.12910032  Weisbert email chain re TVT mesn elongation FW:  Dr. Kenny Maslow

ETH.MESH.12910111- ETH.MESH.12910113  Weisberg email chain re TVT mesh enlongation - Redacted

ETH.MESH.12913351- ETH.MESH.12913356  Hinoul email re MIR TVT - ilioninguinal pain w/attachment

ETH.MESH.12921791- ETH.MESH.12921793  Gynecare Intellectual Property Strategy Project MINT Revision A

ETH.MESH.12933182- ETH.MESH.12933183  Physician form letter

ETH.MESH.12939705- ETH.MESH.12939705  Form letter re TVTS4-Gynecare TVT Secur System

ETH.MESH.13204333- ETH.MESH.13204334  Burns email chain re Remainder on BLUE mesh!

ETH.MESH.13204508- ETH.MESH.13204521  Email Kathie Chen to Darlene Jane Kyle, et al. re Product Complaint CC1007005-Taiwan

ETH.MESH.13206130- ETH.MESH.13206134  Email Darlene Jane Kyle to Kathie Chen re Product Complaint CC1007047&CC1007048-Taiwan (TVTO:810081)

ETH.MESH.13208194- ETH.MESH.13208196  Connaughton email chain re New ligitation TVT

ETH.MESH.13210344- ETH.MESH.13210346  Email Celine Heramza to Carolyn Brennan re Assignment "Product evaluation" has been closed for Issue #:10100122655

ETH.MESH.13213760- ETH.MESH.13213766  Holloway email chain re TVT-O medial and lateral leg pain - MIR CHATS # 10100143432

ETH.MESH.13226457- ETH.MESH.13226457  Kyle ltt Chen re Customer's experience with TVT-O

ETH.MESH.13259844- ETH.MESH.13259845  Connaughton email chain re New litigation

ETH.MESH.13261766- ETH.MESH.13261767  Khandwala email chain re Follow-up File #10100034666, patient #12011

ETH.MESH.13274846- ETH.MESH.13274847  Connaughton email chain re New litigation Prolift & TVT

ETH.MESH.13274855- ETH.MESH.13274856  Connaughton email chain re new litigation Prolift & TVT

ETH.MESH.13284086- ETH.MESH.13284088  Holloway email chain re Removal of TVT-O system due to severe neuropathic leg pain - MIR

ETH.MESH.13286421- ETH.MESH.13286422  Hinoul email chain re Complaint Acknowledgement / request for information:  TVT-O 10100172700

ETH.MESH.13292806- ETH.MESH.13292807  Finch email chain re New litigation TVT-S

ETH.MESH.13296239- ETH.MESH.13296240  Gallo email chain re new litigation TVT

ETH.MESH.13305875- ETH.MESH.13305876  Mettner, L email chain re Prosima

ETH.MESH.13334286- ETH.MESH.13334299  IR Microscopy of explanted Prolene received from Prof R. Guidoin

ETH.MESH.13374555- ETH.MESH.13374558  Chung email chain re Gynecare RFP

ETH.MESH.13374559- ETH.MESH.13374559  RFI Instructions

ETH.MESH.13376661- ETH.MESH.13376868  Draft Template:  DRM for Device Functionality (Performance & Safety)

ETH.MESH.13376756- ETH.MESH.13376758  Work Instructions for In-Process & Finished Goods Defect Classifications for
Ethicon Products, Appendix 8 - Mesh

ETH.MESH.13376759- ETH.MESH.13376768  Primary Blister Defect Definitions and Classifications Release Level:  4.
Production

ETH.MESH.13456293- ETH.MESH.13456297  Hinoul email chain re TVT Secur CER for Risk analysis meetings

ETH.MESH.13457716- ETH.MESH.13457718  Journot email chain re Design Impact assessment ADAPTIV - Creation of change
project

ETH.MESH.13464998- ETH.MESH.13465015  Schwartz Two Year Interim Report Prolene Polypropylene . . .

ETH.MESH.13498521- ETH.MESH.13498521  Dear distributor letter re discontinuing marketing

ETH.MESH.13498522- ETH.MESH.13498524  FAQs re cease commercialization

ETH.MESH.13498552- ETH.MESH.13498552  Standby statement re cease commercialization

ETH.MESH.13498553- ETH.MESH.13498553  dear doctor letter re cease commercialization TEMPLATE

ETH.MESH.13523693- ETH.MESH.13523696  Vailhe email chain re Pore Size of Gynemesh PS and TVT Tapes

ETH.MESH.13574767- ETH.MESH.13574767  Hackman email re docs for TVT-S RMR

ETH.MESH.13577556- ETH.MESH.13577556  PROS-522-20-10/12 Prosima Preceptor Follow Up and Invite

ETH.MESH.13577571- ETH.MESH.13577571  PROS-521-10-10/12 Prosima Preceptor Confirmation

ETH.MESH.13577589- ETH.MESH.13577589  PROS-492-10-10/12 Prosima Preceptor Deck Distribution

ETH.MESH.13577617- ETH.MESH.13577617  PROS-523-10-10/12 Prosima Preceptor Thank you

ETH.MESH.13577630- ETH.MESH.13577630  PROS-527-10-10/12 Prosima Trainee Invite

ETH.MESH.13577643- ETH.MESH.13577643  PROS-528-10-10/12 Prosima Trainee Confirmation

ETH.MESH.13577658- ETH.MESH.13577658  PROS-493-10-10/12 Prosima Trainee Deck Distribution

ETH.MESH.13577685- ETH.MESH.13577685  PROS-520-10-10/12 Prosima Trainee Thank You

ETH.MESH.13577717- ETH.MESH.13577717  GPD-483-10-10/12 AAGL Posters

ETH.MESH.13577742- ETH.MESH.13577742  GPD-484-10-10/12 AAGL Flyers

ETH.MESH.13577793- ETH.MESH.13577793  GPD-459-10-10/12 Prosima AAGL Symposium Invite

ETH.MESH.13577809- ETH.MESH.13577809  PROS-491-10-10/12 Prosima VRT Preceptors Teleconf Roadmap

ETH.MESH.13579100- ETH.MESH.13579101  PROS-511-10-10/12 Gynecare Prosima AJOG Press Release

ETH.MESH.13581653- ETH.MESH.13581653  PROS-526-10-11/12; Prosima 1 Yr Data

ETH.MESH.13581739- ETH.MESH.13581739  PROS-571-10-11/12 Prosima Journal Ad for AJOG

ETH.MESH.13581900- ETH.MESH.13581900  PROS-535-10-11/12 Prosima AAGL in booth presentation

ETH.MESH.13582263- ETH.MESH.13582263  PROS-551-10-11/12 Prosima Reisenaeuer Clinical Article

ETH.MESH.13582397- ETH.MESH.13582397  PROS-532-10-11/12 Prosima AAGL Short Procedural Video

ETH.MESH.13586188- ETH.MESH.13586189  PROS-575-10-12/11 Gynecare Prosima content for ethicon360.com

ETH.MESH.13589354- ETH.MESH.13589354  GPD-592-10-12/12 Carey & Cosson DVD Cover Art

ETH.MESH.13589382- ETH.MESH.13589383  PROS-584-10-12/12 Prosima 2011 Sales Aid

ETH.MESH.13589908- ETH.MESH.13589909  PROS-004-11-1/13 Prosima AIDiNC Selling Guide

ETH.MESH.13590647- ETH.MESH.13590647  PROS-014-11-1/13 Gynecare Prosima Short Procedure video for Blackberry

ETH.MESH.13591434- ETH.MESH.13591434  PROM-042-22-1/13 Prosima 2011 NTM Role Play

ETH.MESH.13592093- ETH.MESH.13592094  PROS-003-11-1/13 Prosima 2011 e-Sales Aid

ETH.MESH.13592508- ETH.MESH.13592508  PROS-060-11-1/13 Prosima Panel - SUFU

ETH.MESH.13592870- ETH.MESH.13592870  PROS-072-11-1/13 Prosima energizer Video

ETH.MESH.13592887- ETH.MESH.13592887  PROS-062-11-1/13 Prosima Biomechanics DVD

ETH.MESH.13595943- ETH.MESH.13595943  PROS-063-11-1/13 Prosima NTM Opening Presentation 2011

ETH.MESH.13596017- ETH.MESH.13596017  PROS-065-11-1/13 Prosima See Workshop Key Takeaway

ETH.MESH.13596052- ETH.MESH.13596053  PROS-066-11-1/13 Prosima Touch Workshop Key Takeaway

ETH.MESH.13596443- ETH.MESH.13596443  PROS-067-11-1/13 Prosima AIDiNC Selling Guide Audio Recording

ETH.MESH.13597935- ETH.MESH.13597935  PROS-064-11-1/13 Prosima Competitive Workshop on ELEVATE

ETH.MESH.13599985- ETH.MESH.13599985  PROS-080-11-2/13 PROSIA Panel - ACOG

ETH.MESH.13600015- ETH.MESH.13600015  PROS-085-11-2/13 Prosima Barber Article

ETH.MESH.13600044- ETH.MESH.13600044  PROS-086-11-2/13 Prosima Boukerrou Article

ETH.MESH.13600068- ETH.MESH.13600068  PROS-002-11-3/13 Prosima E-Blast No 1

ETH.MESH.13600291- ETH.MESH.13600291  PROS-089-11-2/13 Prosima Pelvic Model Video

ETH.MESH.13607539- ETH.MESH.13607539  136414 Prosima Biomechanics DVD Cover Label

ETH.MESH.13609187- ETH.MESH.13609187  PROS-131-11-3/12 Gynecare Prosima Biomechanics video for third party sites

ETH.MESH.13617946- ETH.MESH.13617946  PROS-144-11-4/13 Barber Summary Positioning:  Prosima

ETH.MESH.13617965- ETH.MESH.13617965  PROS-146-11-4/13 Boukerou Summary Positioning:  Prosima

ETH.MESH.13617992- ETH.MESH.13617992  PROS-147-11-4/13 Reisenauer Summary Positioning:  Prosima

ETH.MESH.13618013- ETH.MESH.13618013  PROS-15-11-4/13 Zycynski Summary Positioning:  Prosima

ETH.MESH.13619083- ETH.MESH.13619083  GPD-186-11-4/13 2011 ACOG Branded Video Loop

ETH.MESH.13621772- ETH.MESH.13621773  PROS-218-11-5/13 Prosiima Prof Ed Deck 2011

ETH.MESH.13623784- ETH.MESH.13623784  PROS-2010-11-6/13 Gynecare Prosima Patient Testimonial Video - "One
                                      Woman's Story"

ETH.MESH.13624334- ETH.MESH.13624334  PROS-0191-09-10/11 Gynecare Prosima Sales Mtg Brief

ETH.MESH.13626471- ETH.MESH.13626471  PROS-232-11-6/13 Prosima eBlast #2

ETH.MESH.13626803- ETH.MESH.13626804  PROS-244-11-6/13 Prosima Prof Ed Deck Revised Module 4

ETH.MESH.13627691- ETH.MESH.13627692  PROS-274-11-11/13 Prosima Carey White Paper

ETH.MESH.13628186- ETH.MESH.13628186  PROS-0196-09-10/11 Prosima New Product Request Form

ETH.MESH.13628234- ETH.MESH.13628234  PROS-211-11-7/13 Gynecare Prosima - Patient Testimonial Video (My Pelvic Floor Repair)

ETH.MESH.13628536- ETH.MESH.13628536  PROS-216-11-7/13 Gynecare Prosima Patient Video - What to Expect from your Procedure

ETH.MESH.13632301- ETH.MESH.13632301  PROS-276-11-7/13 Prosima VSD Removal Case Series

ETH.MESH.13632427- ETH.MESH.13632427  PROS-0065-09-6/11 Prosima Education CD

ETH.MESH.13633849- ETH.MESH.13633849  PROS-292-11-8/13 Prosima Panel - AUGS

ETH.MESH.13634326- ETH.MESH.13634326  194267 Prosima VSD Removal Case Series Cover Art

ETH.MESH.13634613- ETH.MESH.13634613  PROS-2010-09-10/11 Prosima Prof Ed Deck Oct 09

ETH.MESH.13635252- ETH.MESH.13635253  PROS-314-11-8/12 Gynecare Prosima updated to ethicon360.com

ETH.MESH.13635490- ETH.MESH.13635602  updates to Ethicon360 - promo

ETH.MESH.13637531- ETH.MESH.13637531  PROS-0212-09-10/11 Prosima US Training - Background and history (2 of 3)

ETH.MESH.13637680- ETH.MESH.13637680  PROS-0211-09-10/11 Prosima US Training - 1 year clinical data (3/3)

ETH.MESH.13639929- ETH.MESH.13639929  PROS-329-11-9/13 Prosima Procedure DVD

ETH.MESH.13641963- ETH.MESH.13641964  PROS-0320-09-12-11 Prosime VSD Brochure

ETH.MESH.13642253- ETH.MESH.13642253  PROS-0333-09-12-11 Prosima Procedural Brochure

ETH.MESH.13642605- ETH.MESH.13642605  PROS-378-11-11/13 Carey Webcast Invite

ETH.MESH.13642659- ETH.MESH.13642659  PROS-335-11-11/13 Prosima EBlast #3

ETH.MESH.13643813- ETH.MESH.13643813  PROS-409-11-6/13 Prosima cadaver lab invitation

ETH.MESH.13643882- ETH.MESH.13643882  PROS-407-11-6/13 Prosima Preceptorship PE invitation

ETH.MESH.13643951- ETH.MESH.13643951  PROS-408-11-6/13 Prosima Proctorship PE invitation

ETH.MESH.13644237- ETH.MESH.13644237  EP-480-11-6/13 Ethicon Latex Letter

ETH.MESH.13649280- ETH.MESH.13649280  PROS-084-12 Gynecare Prosima Pelvic Floor Repair System Preceptorship

ETH.MESH.13649297- ETH.MESH.13649297  PROS-083-12 Gynecare Prosima Pelvic Floor Repair System Proctorship Invitation

ETH.MESH.13649510- ETH.MESH.13649511  PROS-0238-09-11/11 Prosima US Training Launch Deck

ETH.MESH.13650207- ETH.MESH.13650208  PROS-0249-09-11/11 Prosima Launch Sales Aid

ETH.MESH.13650299- ETH.MESH.13650304  DRM Prosima version 2

ETH.MESH.13650578- ETH.MESH.13650579  PROS-0248-09-11/11 Prosima Sales Aid Training Deck

ETH.MESH.13652941- ETH.MESH.13652941  PROS-0235-09-10/11 Prosima New Product Request Form 2

ETH.MESH.13653763- ETH.MESH.13653763  PROS-114-12 SGS Convention Panel Prosima

ETH.MESH.13654863- ETH.MESH.13654863  GPD-118-12 SGS Program

ETH.MESH.13659191- ETH.MESH.13659191  PROS-0244-09-11/11 Prosima AAGL Poster

ETH.MESH.13659523- ETH.MESH.13659524  269913 Reconstruction eLearning workbook

ETH.MESH.13659870- ETH.MESH.13659870  EP-170-12 CE Registration Pop UP

ETH.MESH.13660332- ETH.MESH.13660332  PROS-0252-09-11/11 Prosima Launch Mini Tent Deck

ETH.MESH.13662666- ETH.MESH.13662666 PROS-0251-09-11/11 One Year Clinical Outcomes

ETH.MESH.13668996- ETH.MESH.13668996 PROS-0334-09-12/11 Prosima Launch Slim Jim

ETH.MESH.13669339- ETH.MESH.13669340 PROS-0336-09-12/11 Prosima Professional Education Deck

ETH.MESH.13669979- ETH.MESH.13669980 PROS-0335-09-12/11 Prosima Prof Ed Webinar Deck

ETH.MESH.13670432- ETH.MESH.13670432 PROS-0333-09-12/11 Prosima Key Procedural Steps Brochure

ETH.MESH.13672515- ETH.MESH.13672525 PROS-0333-09 Prosima Procedure Brochure

ETH.MESH.13672703- ETH.MESH.13672704 PROS-0337-09-12/11 Prosima Sales Training Deck

ETH.MESH.13676537- ETH.MESH.13676537 PROS-0321-09-12/11 Prosima Webinar Invitation

ETH.MESH.13678105- ETH.MESH.13678105 PROS-0310-09-12/11 Prosima Preceptorship Invitation

ETH.MESH.13681054- ETH.MESH.13681054 PROS-0320-09-12/11 Gynecare Prosima VSD Patient Brochure 2009

ETH.MESH.13681328- ETH.MESH.13681329 TVT-0315-09-12/11 TVT Convention Panel and Stand-Up Sign

ETH.MESH.13681528- ETH.MESH.13681528 Gynecare TVT Abbrevo Salees Aid TVTA 325-12

ETH.MESH.13681529- ETH.MESH.13681532 The efficacy she needs with less mesh

ETH.MESH.13683599- ETH.MESH.13683599 PROS-0322-09-12/11 Prosima Cadaver Lab invite

ETH.MESH.13683642- ETH.MESH.13683642 PROS-0332-09-12/10 Gynecare Prosima Product Page on Ethicon 360

ETH.MESH.13684041- ETH.MESH.13684041 32849 Prosima Sales Training Deck - Sales Aid Review

ETH.MESH.13685918- ETH.MESH.13685925 Gynecare Portfolio Presentation

ETH.MESH.13696114- ETH.MESH.13696115 PROS-042-10-2/12 Final Prosima Sales Training Deck

ETH.MESH.13697077- ETH.MESH.13697081 Rardin, New Considerations in the use of vaginal mesh for prolapse repair

ETH.MESH.13697383- ETH.MESH.13697383 PROS-038-10-2/12 Prosima New Product Training FAQ's

ETH.MESH.13697404- ETH.MESH.13697404 Haby email re PROS-038-10-2/12 Prosima New Product Training FAQ's

ETH.MESH.13697896- ETH.MESH.13697897 PROS-036-10-1/12 Prosima Brand Story & Key Message

ETH.MESH.13697910- ETH.MESH.13697914 Frost - Prosima Brand Story & Key Message

ETH.MESH.13698216- ETH.MESH.13698216 PROS-031-10-1/12 Prosima Convention Panel-SUFU

ETH.MESH.13698226- ETH.MESH.13698229 Frost, Prosima Convention Panel - SUFU

ETH.MESH.13698526- ETH.MESH.13698526 PROS-040-10-2/12 Prosima Marketing Material Roll-out Letter

ETH.MESH.13699623- ETH.MESH.13699623 PROS-051-10-2/12 Prosima Questions for Messaging Practice

ETH.MESH.13699648- ETH.MESH.13699649 The Gynecare Prosima pelvic Floor Repair System Story

ETH.MESH.13699656- ETH.MESH.13699656 PROS-052-10-2/12 Prosima NTM Presentation

ETH.MESH.13699670- ETH.MESH.13699673 Frost, Prosima NTM Presentation

ETH.MESH.13699674- ETH.MESH.13699754 CSR Evaluation of Prosima for Pelvic Organ Prolapse

ETH.MESH.13700031- ETH.MESH.13700032 GGM Blue Database Export TVT Obturator Brochure

ETH.MESH.13700033- ETH.MESH.13700037 TVTO_366_13_TVT Obturator Brochure

ETH.MESH.13700297- ETH.MESH.13700297 PROS-0104-09-7/11 Gynecare Prosima CD Label

ETH.MESH.13703582- ETH.MESH.13703582 PROS-098-10-2/12 Prosima Surgical Procedure Questions

ETH.MESH.13704931- ETH.MESH.13704932 GGM Blue Database Export Project ID:  417127 TVTO-426-13

ETH.MESH.13705864- ETH.MESH.13705864 PROS-125-10/2/12 Prosima Testimonial for NTM 2010 Video

ETH.MESH.13707013- ETH.MESH.13707013 PROS-137-10-3/12 PROSIMA New Product Listing

ETH.MESH.13707910- ETH.MESH.13707910 PROS-148-10-4/12 PROSIMA Convention Panel - ACOG

ETH.MESH.13708175- ETH.MESH.13708175 Haby email re CR Apvd:  GPD-148-10_PROSIMA Convention Panel - ACOG

ETH.MESH.13709635- ETH.MESH.13709636 GPD-207-10-4/12 ACOG Book Give-Away Pre-Mailer

ETH.MESH.13709656- ETH.MESH.13709657 GPD-206-10-4/12 ACOG Book Give-Away Puzzle Piece

ETH.MESH.13713001- ETH.MESH.13713001 PROS-228-10-5/12 PROSIMA New Product Listing 2

ETH.MESH.13716579- ETH.MESH.13716579 PROS-268-10-5/12 PROSIMA Convention Panel - AUA

ETH.MESH.13717075- ETH.MESH.13717076 PROS-283-10-5/12 Prosima Obj Success Learning Guide & Key for Success
Framework

ETH.MESH.13718001- ETH.MESH.13718001 PROS-276-10-5/12 Prosima Objective Success Rate Learning Guide

ETH.MESH.13718497- ETH.MESH.13718497 PROS-0133-09-7/11 GYNECARE PROSIMA VSA Patient information slim-jim

ETH.MESH.13718571- ETH.MESH.13718571 PROS-316-10-6/12 PROSIMA Launch Excellence Presentation

ETH.MESH.13724290- ETH.MESH.13724290 PROS-366-10-8/12 Prosima Apical Support Learning Guide

ETH.MESH.13726909- ETH.MESH.13726910 PROS-374-10-8/12 Prosima 2 Year Data

ETH.MESH.13727241- ETH.MESH.13727242 PROS-375-10-8/12 Prosima Revised Webinar Deck

ETH.MESH.13729047- ETH.MESH.13729047 PROS-380-10-8/12 Prosima MRI Flashcard

ETH.MESH.13730135- ETH.MESH.13730135 PRO-397-10-9/12 Prosima Journal Ad for AAGL

ETH.MESH.13733674- ETH.MESH.13733674 PROS-411-10-9/12 Prosima MRI Flashcard 2

ETH.MESH.13734289- ETH.MESH.13734289 PROS-419-10-9/12 VRT Preceptor Invite

ETH.MESH.13734302- ETH.MESH.13734302 PROS-418-10-9.12 VRT Preceptor Confirmation

ETH.MESH.13734328- ETH.MESH.13734328 PROS-420-10-9/12 VRT Preceptor Registration

ETH.MESH.13734341- ETH.MESH.13734341 PROS-417-10-9/12 VRT Deck Distribution

ETH.MESH.13735843- ETH.MESH.13735843 PROS-436-10-9/12 Prosima Audio File of 2 Year Data

ETH.MESH.13735890- ETH.MESH.13735890 PROS-437-10-9/12 Prosima Audio File of MRI Flashcard

ETH.MESH.13735905- ETH.MESH.13735905 PROS-438-10-9/12 Prosima Short Procedural Video

ETH.MESH.13736571- ETH.MESH.13736571 PROS-450-10-9/12 Prosima MRI Flashcard Learning Guide

ETH.MESH.13738867- ETH.MESH.13738881 Prosima IFU P21070B

ETH.MESH.13738882- ETH.MESH.13738896 Prosima IFU P21070B

ETH.MESH.13738897- ETH.MESH.13738897 PROS-268-10-5/12 Your PROOF:  Her dance class

ETH.MESH.13739423- ETH.MESH.13739423 Objective Success Learning Guide & Key Steps for Success

ETH.MESH.13739497- ETH.MESH.13739497 Prosima Positioning Cencept Evaluation Study presentation

ETH.MESH.13739509- ETH.MESH.13739509 Final Prosima Positioning presentation

ETH.MESH.13739513- ETH.MESH.13739513  Final Prosima Positioning presentation

ETH.MESH.13739525- ETH.MESH.13739525  % with Va ginal Bulge graph

ETH.MESH.13739536- ETH.MESH.13739536  Final Prosima Positioning presentation

ETH.MESH.13739540- ETH.MESH.13739540  Clinical Expertise - The Evolution of Sub-urethral Slings for the Surgical Corrector of Female Stress Urinary Incontinence (SUI) Obturator

ETH.MESH.13739580- ETH.MESH.13739580  Final Prosima Positioning presentation

ETH.MESH.13739708- ETH.MESH.13739744  Objective Success Learning Guide & Key Steps for Success

ETH.MESH.13740889- ETH.MESH.13741092  Mentor Siltex Becker Expander/Breast Implants Product Insert Data Sheet

ETH.MESH.13742523- ETH.MESH.13742537  Prosima IFU

ETH.MESH.13743520- ETH.MESH.13743520  Your PROOF:  Her dance class

ETH.MESH.13743521- ETH.MESH.13743521  Your PROOF:  Her dance class

ETH.MESH.13743537- ETH.MESH.13743537  Your PROOF:  Her dance class

ETH.MESH.13743743- ETH.MESH.13743780  Objective Success Learning Guide & Key Steps for Success

ETH.MESH.13743803- ETH.MESH.13743811  Introducing Gynecare Prosima - Frost Presentation

ETH.MESH.13743819- ETH.MESH.13743831  Gynecare Prosima presentation template

ETH.MESH.13743833- ETH.MESH.13743998  CSR A Prospective, Multi-centre Study to Evaluate the Clinical Performance of Gynecare Prosima . . . Medium Term Follow-up Results

ETH.MESH.13744398- ETH.MESH.13744413  What is Prosima presentation

ETH.MESH.13745298- ETH.MESH.13745315  What is Gynecare Prosima Pelvic Floor Repair System - presentation

ETH.MESH.13745368- ETH.MESH.13745450  Gynecare Prosima presentation

ETH.MESH.13745599- ETH.MESH.13745605  Gynecare Prosima Sales Aid Guide

ETH.MESH.13745606- ETH.MESH.13745608  Your PROOF:  Her dance class

ETH.MESH.13745613- ETH.MESH.13745615  Your PROOF:  Her dance class

ETH.MESH.13745616- ETH.MESH.13745635  Prosima Overview presentation

ETH.MESH.13745857- ETH.MESH.13746017  33rd Annual Meeting of IUGA Abstracts Non-Discussed Poster Presentations

ETH.MESH.13746024- ETH.MESH.13746035  Sales Aid Guide presentation

ETH.MESH.13746289- ETH.MESH.13746291  Your PROOF:  Her dance class

ETH.MESH.13746292- ETH.MESH.13746371  PROS-575-10-12/11 Gynecare Prosima Content on ethicon360.com

ETH.MESH.13752534- ETH.MESH.13752537  Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.13752547- ETH.MESH.13752548  eClinical Compendium - Article Summary Boukerrou - Tissue resistance of the tension-free procedure:  What about  healing?

ETH.MESH.13752591- ETH.MESH.13752598  Shah, The age distribution, rates, and types of surgery for pelvic organ prolapse in the USA

ETH.MESH.13752606- ETH.MESH.13752613  Shah, The age distribution, rates, and types of surgery for pelvic organ prolapse in the USA

ETH.MESH.13752651- ETH.MESH.13752651  Webcast with Dr. Marcus P Carey flyer

ETH.MESH.13752696- ETH.MESH.13752711  Vellucci presentation re FDA Panel recommendation

ETH.MESH.13752931- ETH.MESH.13752937  Araco - Risk evaluation of smoking and age on the occurrence of postoperative erosions after transvaginal mesh repair for pelvic organ prolapses

ETH.MESH.13752952- ETH.MESH.13752953  Innovations Event flyer

ETH.MESH.13752962- ETH.MESH.13752962  Registration Almost Complete screen shot

ETH.MESH.13752968- ETH.MESH.13752971  Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.13753058- ETH.MESH.13753075  Reconstruction Procedures and Products eLearning Workbook & Reference Guide

ETH.MESH.13753160- ETH.MESH.13753160  Advanced Pelvic Floor Course flyer

ETH.MESH.13753744- ETH.MESH.13753745  Prosima Pelvic Floor Repair System Story

ETH.MESH.13753783- ETH.MESH.13753786  Current and emerging approaches to minimally invasive hysterectomy

ETH.MESH.13754637- ETH.MESH.13754641  Ethicon 360 Prosima

ETH.MESH.13755096- ETH.MESH.13755099  Every Good Story presentation

ETH.MESH.13755111- ETH.MESH.13755112  Prosima Pelvic Floor Repair System Story

ETH.MESH.13755739- ETH.MESH.13755740  Prosima Pelvic Floor Repair System Story

ETH.MESH.13755853- ETH.MESH.13755853  Dear Dr. Letter - Virtual Round Table

ETH.MESH.13755854- ETH.MESH.13755854  Virtual Round Table Registration Form

ETH.MESH.13755866- ETH.MESH.13755866  Dear Dr. letter Virtual Round Table

ETH.MESH.13756021- ETH.MESH.13756022  Apical Support Learning Guide

ETH.MESH.13756073- ETH.MESH.13756075  ICS-IUGA 2010 Abstract Form - A pilot study using magnetic resonance imaging (MRI) to assess mesh strap positioning following mesh augmented pelvic organ prolapse surgery with non-anchored mesh and a vaginal support device

ETH.MESH.13756076- ETH.MESH.13756076  Dear Dr. Ltr Virtual Round Table

ETH.MESH.13756203- ETH.MESH.13756204  Flyer - MRI following surgery poster

ETH.MESH.13756212- ETH.MESH.13756218  PROS-436-10-9/12 Hinoul, Clinical Study Findings Discussion for Gynecare Prosima - audio transcript

ETH.MESH.13756219- ETH.MESH.13756219  PROS-437-10-9/12 MRI Address

ETH.MESH.13756220- ETH.MESH.13756244  Prosima Patient Brochure

ETH.MESH.13756335- ETH.MESH.13756342  Shah - The age distribution, rates, and types of surgery for pelvic organ prolapse in the USA

ETH.MESH.13756360- ETH.MESH.13756360  Dear Dr. ltr, Virtual Round Table

ETH.MESH.13756384- ETH.MESH.13756384  Dear Dr. ltr, Virtual Round Table

ETH.MESH.13756385- ETH.MESH.13756385  Dear Dr. ltr, Virtual Round Table

ETH.MESH.13756386- ETH.MESH.13756386  Virtual Round Table - VRT Roadmap for Preceptors

ETH.MESH.13756396- ETH.MESH.13756396  Dear Dr. ltr Virtual Round Table

ETH.MESH.13756397- ETH.MESH.13756397  Dear Dr. ltr Virtual Round Table

ETH.MESH.13756407- ETH.MESH.13756407  Dear Dr. ltr Virtual Round Table

ETH.MESH.13756409- ETH.MESH.13756409  Dear Dr. ltr Virtual Round Table

ETH.MESH.13756416- ETH.MESH.13756417  Dear Dr. ltr Virtual Round Table

ETH.MESH.13756461- ETH.MESH.13756468  Zyczynski - One-year clinical outcomes after prolpase surgery with nonanchored mesh and vaginal support device

ETH.MESH.13756593- ETH.MESH.13756593  Prosima CD Drs. Michel Cosson and Marcus Carey

ETH.MESH.13756644- ETH.MESH.13756645  Prosima 2011 NTM Role Play comment sheet

ETH.MESH.13756663- ETH.MESH.13756664  See Workshop Key Takeawway

ETH.MESH.13756671- ETH.MESH.13756679  Elevate Competitive Workshop National Training Meeting presentation

ETH.MESH.13756805- ETH.MESH.13756814  Barber - Defining success after surgery for pelvic organ prolapse

ETH.MESH.13756815- ETH.MESH.13756818  Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.13756916- ETH.MESH.13756917  The PROOF of success

ETH.MESH.13756923- ETH.MESH.13756932  Barber - Defining success after surgery for pelvic organ prolapse

ETH.MESH.13756933- ETH.MESH.13756936  Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.13756963- ETH.MESH.13756966  Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.13756979- ETH.MESH.13756988  Barber - Defining success after surgery for pelvic organ prolase

ETH.MESH.13757361- ETH.MESH.13757368  Zyczynski - One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support defice

ETH.MESH.13757379- ETH.MESH.13757381  eClinical Compendium - Article Summary - Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.13757403- ETH.MESH.13757412  Barber - Defining success after surgery for pelvic organ prolapse

ETH.MESH.13757572- ETH.MESH.13757574  eClinical Compendium - Article Summary - Barber - Defining success after surgery for pelvic organ prolapse

ETH.MESH.13757661- ETH.MESH.13757663  eClinical Compendium - Article Summary - Barber - Defining success after surgery for pelvic organ prolapse

ETH.MESH.13757676- ETH.MESH.13757685  Abed - Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials:  a systematic review

ETH.MESH.13757715- ETH.MESH.13757718  Boukerrou - Tissue resistance of the tension-free procedure:  What about healing?

ETH.MESH.13757740- ETH.MESH.13757741  The PROOF of Success

ETH.MESH.13757849- ETH.MESH.13757856  Jacquetin - Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse:  a 3-year prospective follow-up study

ETH.MESH.13757857- ETH.MESH.13757866  Abed - Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials:  a systematic review

ETH.MESH.13758005- ETH.MESH.13758008  better outcomes together presentation

ETH.MESH.13758009- ETH.MESH.13758015  Reisenauer - Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device

ETH.MESH.13758016- ETH.MESH.13758033  Proof in the treatment of pelvic organ prolapse - Van Drie presentation

ETH.MESH.13758086- ETH.MESH.13758101  AIDiNC Selling Guide

ETH.MESH.13758143- ETH.MESH.13758150  This Year Prosima is Personal presentation

ETH.MESH.13758500- ETH.MESH.13758660  33rd Annual Meeting of IUGA - Abstracts non-discussed poster presentations

ETH.MESH.13758661- ETH.MESH.13758667  Reisenauer - Anatoomic study of prolapse surgery with nonanchored mesh and a vaginal support device

ETH.MESH.13758789- ETH.MESH.13758800  Prosima Pelvic Floor Repair System - An expert Interview with Dr. Marcus P Carey

ETH.MESH.13758859- ETH.MESH.13758870  Prosima Pelvic Floor Repair System - An expert Interview with Dr. Marcus P Carey

ETH.MESH.13797826- ETH.MESH.13797830  Check Liste D'Inspection QUalite

ETH.MESH.13825635- ETH.MESH.13825639  Secant Knitting Mesh Evaluation Revision A

ETH.MESH.13840459- ETH.MESH.13840466  Validation strategy for TVT retropubic refresh (TVT RR) manufacturing process at Neuchatel

ETH.MESH.13860322- ETH.MESH.13860342  Check Liste D'Inspection Qualite

ETH.MESH.13865285- ETH.MESH.13865340  - IFU C '08

ETH.MESH.13865499- ETH.MESH.13865554  - IFU C '09

ETH.MESH.13866997- ETH.MESH.13867010  Draft - Combined Pelvic Floor Repair System Anterior/Posterior Pelvic Floor
Repair System

ETH.MESH.13867011- ETH.MESH.13867028  Draft IFU - Prosima

ETH.MESH.13868993- ETH.MESH.13868998  Performance Qualification Report; Gynecare Prosima Protocol No. PVA-106836-
pQ-RE

ETH.MESH.13868996- ETH.MESH.13869001  Performance Qualification Report: Gynecare Prosima Protocol No. PVA-106836-
PQ-RE

ETH.MESH.13869166- ETH.MESH.13869166  - Mint Project PPT - 510k submitted

ETH.MESH.13869615- ETH.MESH.13869634  Check Liste D'Inspection Qualite Final TVT/TVT-AA

ETH.MESH.13869974- ETH.MESH.13870046  Supplemental IFU

ETH.MESH.13886781- ETH.MESH.13886782  PV Minutes of TAM meeting

ETH.MESH.13896042- ETH.MESH.13896043  Poulot email chain re BHR EWHU 3413118, 398077, 3405428

ETH.MESH.13906093- ETH.MESH.13906093  Hibon email re TVT-Standard production stopped due to metallic particle on
needles

ETH.MESH.13907355- ETH.MESH.13907355  Jaccard email chain re Particles in production w/attacment

ETH.MESH.13910788- ETH.MESH.13910788  Prosima CAPA Review Board Ludovic Thivillier Presentation

ETH.MESH.14016853- ETH.MESH.14016854  Digital Content Submission

ETH.MESH.14016873- ETH.MESH.14016874  Digital Content Submission

ETH.MESH.14016975- ETH.MESH.14016976  Digital Content Submission

ETH.MESH.14016981- ETH.MESH.14016982  Digital Content Submission

ETH.MESH.14016987- ETH.MESH.14016988  Digital Content Submission

ETH.MESH.14016995- ETH.MESH.14016996  Digital Content Submission

ETH.MESH.14017017- ETH.MESH.14017018  Digital Content Submission

ETH.MESH.14017056- ETH.MESH.14017057  Digital Content Submission

ETH.MESH.14017062- ETH.MESH.14017063  Digital Content Submission

ETH.MESH.14017086- ETH.MESH.14017087  Digital Content Submission

ETH.MESH.14017124- ETH.MESH.14017125  Digital Content Submission

ETH.MESH.14017130- ETH.MESH.14017131  Digital Content Submission

ETH.MESH.14070378- ETH.MESH.14070380  Women's Health & Urology Monthly Complaint Review Meeting

ETH.MESH.14146442- ETH.MESH.14146442  Email Stephane Poulot to Karine Hostache re pFMEA

ETH.MESH.14166558- ETH.MESH.14166569  RMR Prosima

ETH.MESH.14166996- ETH.MESH.14166996  Aheam Memo re Global Harms List conversion

ETH.MESH.14166997- ETH.MESH.14167008  Risk Management Report PROSIMA Pelvic Floor Repair Kit Revision History for
(RMR-0000029)

ETH.MESH.14167028- ETH.MESH.14167029  Vellucci, L email chain re Final CER Prosima

ETH.MESH.14221357- ETH.MESH.14221357  Spreadsheet

ETH.MESH.14273633- ETH.MESH.14273668  Ethicon Neuchâtel  A changing Product Portfolio

ETH.MESH.14348386- ETH.MESH.14348388  Tait email chain re Non conform lids

ETH.MESH.14354530- ETH.MESH.14354597  BSI CAPA Project Remaining Files

ETH.MESH.14407465- ETH.MESH.14407467  2011 Marketing Mastery Award Submission Form - Affeld

ETH.MESH.14409713- ETH.MESH.14409713  Spreadsheet of Copy Review Index 2005-2009

ETH.MESH.14409715- ETH.MESH.14409715  Spreadsheet of Copy Review Index for 2005 - 2009 with tabs

ETH.MESH.14409737- ETH.MESH.14409741  Copy review submission form - Hernia ad; Proceed Mesh. ULTRAPRO mesh and PROLENE hernia system

ETH.MESH.14410478- ETH.MESH.14410484  McCabe Gynecare TVT Mesh Brochure copy review submission form

ETH.MESH.14410703- ETH.MESH.14410741  Toth Memo to Copy Review Team re New Construction PROLENE polypropylene mesh Sales Aid and Demo Device

ETH.MESH.14410846- ETH.MESH.14410851  Toth email chain re New Construction PROLENE polypropylene mesh Pre-Launch Memo w/attachment

ETH.MESH.14411026- ETH.MESH.14411040  Toth, JL Memo to Copy Review Team re TVT Tension-free Vaginal Pate Press Briefing Presentation

ETH.MESH.14415287- ETH.MESH.14415309  Gynecare TVT AUGS & Competitive Update - copy review submission form

ETH.MESH.14416076- ETH.MESH.14416081  Gynecare Copy Review Submission Form submitted by Giselle M. Bonett re Gynecare Gynemesh PS

ETH.MESH.14416182- ETH.MESH.14416221  Gynecare Copy Review - Inside Gynecare Vol II, #5

ETH.MESH.14416898- ETH.MESH.14416959  Copy Review Submission Frrm - MoniTorr, TVT-O, CORLINK, ProPen, MultiPass

ETH.MESH.14442958- ETH.MESH.14442976  Divilio Memo re The Use of Mesh in Hernia Repair

ETH.MESH.14450438- ETH.MESH.14450442  Kammerer G Memo re Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT Laser Cut Mesh

ETH.MESH.14450971- ETH.MESH.14451103  Work Instructions for In-Process & Finished Goods Defect Classifications for Ethicon Products, Appendix 1 - Assembly Errors

ETH.MESH.14451057- ETH.MESH.14451059  Work Instructions for In-Process & Finished Goods Defect Classifications for Ethicon Products, Appendix 8 - Mesh

ETH.MESH.14451060- ETH.MESH.14451068  Primary Blister Defect Definitions and Classifications RElease Level:  4 Production

ETH.MESH.14471186- ETH.MESH.14471186  Spreadsheet

ETH.MESH.14708810- ETH.MESH.14708848  Trending analysis meeting presentation

ETH.MESH.14708986- ETH.MESH.14709011  CAPA 070015 Trending and tracking system - presentation

ETH.MESH.14819286- ETH.MESH.14819290  Taggart D email chain re CO-002344 for your review: Target Approval 04-12-2010 12:00 AM EDT

ETH.MESH.14819454- ETH.MESH.14819457  Email David Wilson to Judi Gauld et al. re Advice on Prosima study

ETH.MESH.14852589- ETH.MESH.14852590  Millicker email chain re addtl info - TVT & Prosima

ETH.MESH.14852591- ETH.MESH.14852592  McNelis email re new litigation TVT & Prosima

ETH.MESH.14852593- ETH.MESH.14852595  Killins email chain re Addtl info - new litigation TVT & Prosima

ETH.MESH.14896228- ETH.MESH.14896229  Finch email re new litigation TVT

ETH.MESH.14896230- ETH.MESH.14896232  Piper email chain re Addtl info

ETH.MESH.14896233- ETH.MESH.14896235  Tran email chain re addtl info 1/30/14

ETH.MESH.14901753- ETH.MESH.14901753  Complaint PI1E8VOWN

ETH.MESH.14901754- ETH.MESH.14901755  Millicker email chain re Addtl Info TVT & Prosima

ETH.MESH.14901756- ETH.MESH.14901757  McNelis email re new litigation TVT & Prosima

ETH.MESH.14901758- ETH.MESH.14901760  Killins email chain re Addtl info new litigation TVT & Prosima

ETH.MESH.14908783- ETH.MESH.14908783  Complaint Number:  PI1-EWT0A6

ETH.MESH.14908784- ETH.MESH.14908785  Connaughton email chain re new litigation TVT-O

ETH.MESH.14913573- ETH.MESH.14913575  Finch email chain re Addtl Info New Litigation Prosima & TVT-O

ETH.MESH.14913576- ETH.MESH.14913578  Tran email chain re addtl info -  Prosima & TVT-O

ETH.MESH.14967283- ETH.MESH.14967283  Complaint Number: PI1-F8GCTO

ETH.MESH.14967284- ETH.MESH.14967285  Connaughton email chain re New litigation TVT-O

ETH.MESH.14967286- ETH.MESH.14967287  Jackson email chain Addtl Info -

ETH.MESH.14994654- ETH.MESH.14994656  Finch email chain re Addtl Info new litigation Prosima & TVT-O

ETH.MESH.14994657- ETH.MESH.14994659  Tran email chain re Addtl Info -

ETH.MESH.15034561- ETH.MESH.15034562  McNelis email new litigation TVT

ETH.MESH.15054690- ETH.MESH.15054693  Memo Dan Lamont to Gynecare Prosima Risk Management Report (RMR-0000029) re Pelvic Floor Product(s) Complaint Review for Gynecare Prosima Risk Management

ETH.MESH.15059713- ETH.MESH.15059716  Polyzen Failure Modes and Effects Analysis (FMEA) prepared by A Scott Culbreth

ETH.MESH.15137959- ETH.MESH.15137967  CAPA-002157

ETH.MESH.15137968- ETH.MESH.15137978  CAPA File - Protocol to migrate CAPAs from PLM to ETQ Application

ETH.MESH.15137969- ETH.MESH.15137978  CAPA130022 - Summary Report - particles

ETH.MESH.15137979- ETH.MESH.15137979  Journot memo re CAPA130022 - Defective percentage justification

ETH.MESH.15137980- ETH.MESH.15137983  CAOA 130022 - Failure Investigation - particles

ETH.MESH.15137986- ETH.MESH.15137987  CAPA#130022 - Repetition of NCR for particles - Team Meeting Minutes

ETH.MESH.15139842- ETH.MESH.15139842  Pinnacle - Poster 9.pdf29

ETH.MESH.15140449- ETH.MESH.15140449  Gynecare Thermachoice III Uterine Balloon Therapy System IFU

ETH.MESH.15140469- ETH.MESH.15140469

ETH.MESH.15143734- ETH.MESH.15143821  Ethicon, Inc. Book No. 3077

ETH.MESH.15144988- ETH.MESH.15145028  ETHICON - Rules for Laboratory Notebooks

ETH.MESH.15144996- ETH.MESH.15144996  Report: Quebec Explants

ETH.MESH.15179595-                Email re: URGENT 522
ETH.MESH.15180104- ETH.MESH.15180108  Email Ronald Horton re PFR Discussion Guide and Q&A

ETH.MESH.15180230-                Email re 522 Communications recap
ETH.MESH.15186620- ETH.MESH.15186628  List of Preceptors and sum of amount paid

ETH.MESH.15188065- ETH.MESH.15188066  Horton email chain re Dr. Sepulveda

ETH.MESH.15198128-                Email re Lawsuits
ETH.MESH.15214321- ETH.MESH.15214323  Horton email chain re Draft for Sales Force - PFR

ETH.MESH.15214325- ETH.MESH.15214327  Horton email chain re URGENT - Revised letter - reps not to agree to returns

ETH.MESH.15221336- ETH.MESH.15221336  Frost email re PF & Prosima Sales Post FDA activities

ETH.MESH.15221337- ETH.MESH.15221338  PF & Prosima Sales Post-FDA Activity presentation

ETH.MESH.15257127- ETH.MESH.15257128  Smith email chain re PC 10-029

ETH.MESH.15257129- ETH.MESH.15257155  Process Qualification of FSMK0238 Revision 1

ETH.MESH.15285672- ETH.MESH.15285672  Email Stale Kvitle to Jean DeLeval, et al. re Mini Me follow up from our visit

ETH.MESH.15332848- ETH.MESH.15332982  PO spreadsheet

ETH.MESH.15354959- ETH.MESH.15354959  Henderson email - Gynecologic and Obstetric Investigation (1983) Abstract

ETH.MESH.15362144- ETH.MESH.15362147  Smith email chain re Pore Size of Gynemesh PS and TVT Tapes

ETH.MESH.15363068- ETH.MESH.15363085  Universite de Liege and Ethicon Licensing Agreement

ETH.MESH.15406846- ETH.MESH.15406856  Prolene Explant Lab Notebook Pages and Images

ETH.MESH.15406857- ETH.MESH.15406859  Guidoin Lab Notebook Page/Image

ETH.MESH.15406860- ETH.MESH.15406861  Guidoin Lab Notebook Page/Image

ETH.MESH.15406862- ETH.MESH.15406863  Guidoin Lab Notebook Page/Image

ETH.MESH.15406864- ETH.MESH.15406866  Guidoin Lab Notebook Page/Image

ETH.MESH.15406867- ETH.MESH.15406868  Guidoin Lab Notebook Page/Image

ETH.MESH.15406869- ETH.MESH.15406870  Guidoin Lab Notebook Page/Image

ETH.MESH.15406871- ETH.MESH.15406873  Guidoin Lab Notebook Page/Image

ETH.MESH.15406874- ETH.MESH.15406876  Guidoin Lab Notebook Page/Image

ETH.MESH.15406877- ETH.MESH.15406879  Guidoin Lab Notebook Page/Image

ETH.MESH.15406880- ETH.MESH.15406881  Guidoin Lab Notebook Page/Image

ETH.MESH.15406882- ETH.MESH.15406883  Guidoin Lab Notebook Page/Image

ETH.MESH.15406884- ETH.MESH.15406885  Guidoin Lab Notebook Page/Image

ETH.MESH.15406886- ETH.MESH.15406887  Guidoin Lab Notebook Page/Image

ETH.MESH.15406888- ETH.MESH.15406889  Guidoin Lab Notebook Page/Image

ETH.MESH.15406890- ETH.MESH.15406892  Guidoin Lab Notebook Page/Image

ETH.MESH.15406893- ETH.MESH.15406894  Guidoin Lab Notebook Page/Image

ETH.MESH.15406895- ETH.MESH.15406896  Guidoin Lab Notebook Page/Image

ETH.MESH.15406897- ETH.MESH.15406899  Guidoin Lab Notebook Page/Image

ETH.MESH.15406900- ETH.MESH.15406902  Guidoin Lab Notebook Page/Image

ETH.MESH.15406903- ETH.MESH.15406905  Guidoin Lab Notebook Page/Image

ETH.MESH.15406906- ETH.MESH.15406909  Guidoin Lab Notebook Page/Image

ETH.MESH.15406910- ETH.MESH.15406912  Guidoin Lab Notebook Page/Image

ETH.MESH.15406913- ETH.MESH.15406915  Guidoin Lab Notebook Page/Image

ETH.MESH.15406916- ETH.MESH.15406919  Guidoin Lab Notebook Page/Image

ETH.MESH.15406920- ETH.MESH.15406921  Guidoin Lab Notebook Page/Image

ETH.MESH.15406922- ETH.MESH.15406923  Guidoin Lab Notebook Page/Image

ETH.MESH.15406924- ETH.MESH.15406926  Guidoin Lab Notebook Page/Image

ETH.MESH.15406927- ETH.MESH.15406928  Guidoin Lab Notebook Page/Image

ETH.MESH.15406929- ETH.MESH.15406930 Guidoin Lab Notebook Page/Image

ETH.MESH.15406931- ETH.MESH.15406932 Guidoin Lab Notebook Page/Image

ETH.MESH.15406933- ETH.MESH.15406934 Guidoin Lab Notebook Page/Image

ETH.MESH.15406935- ETH.MESH.15406936 Guidoin Lab Notebook Page/Image

ETH.MESH.15406937- ETH.MESH.15406938 Guidoin Lab Notebook Page/Image

ETH.MESH.15406939- ETH.MESH.15406941 Guidoin Lab Notebook Page/Image

ETH.MESH.15406942- ETH.MESH.15406943 Guidoin Lab Notebook Page/Image

ETH.MESH.15406944- ETH.MESH.15406945 Guidoin Lab Notebook Page/Image

ETH.MESH.15406946- ETH.MESH.15406947 Guidoin Lab Notebook Page/Image

ETH.MESH.15406948- ETH.MESH.15406949 Guidoin Lab Notebook Page/Image

ETH.MESH.15406950- ETH.MESH.15406951 Guidoin Lab Notebook Page/Image

ETH.MESH.15406952- ETH.MESH.15406953 Guidoin Lab Notebook Page/Image

ETH.MESH.15406954- ETH.MESH.15406955 Guidoin Lab Notebook Page/Image

ETH.MESH.15406956- ETH.MESH.15406957 Guidoin Lab Notebook Page/Image

ETH.MESH.15406958- ETH.MESH.15406960 Guidoin Lab Notebook Page/Image

ETH.MESH.15406961- ETH.MESH.15406962 Guidoin Lab Notebook Page/Image

ETH.MESH.15406963- ETH.MESH.15406964 Guidoin Lab Notebook Page/Image

ETH.MESH.15406965- ETH.MESH.15406966 Guidoin Lab Notebook Page/Image

ETH.MESH.15406967- ETH.MESH.15406968 Guidoin Lab Notebook Page/Image

ETH.MESH.15406969- ETH.MESH.15406970 Guidoin Lab Notebook Page/Image

ETH.MESH.15406971- ETH.MESH.15406971 Guidoin Lab Notebook Page/Image

ETH.MESH.15406972- ETH.MESH.15406972 Guidoin Lab Notebook Page/Image

ETH.MESH.15406973- ETH.MESH.15406973 Guidoin Lab Notebook Page/Image

ETH.MESH.15406974- ETH.MESH.15406974 Guidoin Lab Notebook Page/Image

ETH.MESH.15406975- ETH.MESH.15406975 Guidoin Lab Notebook Page/Image

ETH.MESH.15406976- ETH.MESH.15406976 Guidoin Lab Notebook Page/Image

ETH.MESH.15406977- ETH.MESH.15406977 Guidoin Lab Notebook Page/Image

ETH.MESH.15406978- ETH.MESH.15406978 Guidoin Lab Notebook Page/Image

ETH.MESH.15406979- ETH.MESH.15406981 Guidoin Lab Notebook Page/Image

ETH.MESH.15406982- ETH.MESH.15406984 Guidoin Lab Notebook Page/Image

ETH.MESH.15406985- ETH.MESH.15406986 Guidoin Lab Notebook Page/Image

ETH.MESH.15406987- ETH.MESH.15406988 Guidoin Lab Notebook Page/Image

ETH.MESH.15406989- ETH.MESH.15406989 Guidoin Lab Notebook Page/Image

ETH.MESH.15406990- ETH.MESH.15406991 Guidoin Lab Notebook Page/Image

ETH.MESH.15406992- ETH.MESH.15406993  Guidoin Lab Notebook Page/Image

ETH.MESH.15406994- ETH.MESH.15406997  Guidoin Lab Notebook Page/Image

ETH.MESH.15406998- ETH.MESH.15406999  Guidoin Lab Notebook Page/Image

ETH.MESH.15426052- ETH.MESH.15426053  Email Lissette Caro-Rosado to Ronald Horton, et al. RE: KOL Usage

ETH.MESH.15433760- ETH.MESH.15433773   Trip Notes

ETH.MESH.15437214- ETH.MESH.15437254  BSI CAPA All Project Plan

ETH.MESH.15928345- ETH.MESH.15928345  Arnaud email re Pr de LEVAL expenses

ETH.MESH.15928408- ETH.MESH.15928411  Clinical Strategy Project Scion PP & Scion PA - annotated

ETH.MESH.15955438- ETH.MESH.15955473  Guidoin Lab Notebook Page/Image

ETH.MESH.15958336- ETH.MESH.15958395  Guidoin Lab Notebook Page/Image

ETH.MESH.15958396- ETH.MESH.15958399  Guidoin Lab Notebook Page/Image

ETH.MESH.15958400- ETH.MESH.15958404  Guidoin Lab Notebook Page/Image

ETH.MESH.15958405- ETH.MESH.15958407  Guidoin Lab Notebook Page/Image

ETH.MESH.15958408- ETH.MESH.15958409  Guidoin Lab Notebook Page/Image

ETH.MESH.15958410- ETH.MESH.15958432  Guidoin Lab Notebook Page/Image

ETH.MESH.15958433- ETH.MESH.15958444  Guidoin Lab Notebook Page/Image

ETH.MESH.15958445- ETH.MESH.15958451  Guidoin Lab Notebook Page/Image

ETH.MESH.15958470- ETH.MESH.15958477  Guidoin Lab Notebook Page/Image

ETH.MESH.15958478- ETH.MESH.15958480  Guidoin Lab Notebook Page/Image

ETH.MESH.15958481- ETH.MESH.15958485  Guidoin Lab Notebook Page/Image

ETH.MESH.15958486- ETH.MESH.15958491  Guidoin Lab Notebook Page/Image

ETH.MESH.15958492- ETH.MESH.15958494  Guidoin Lab Notebook Page/Image

ETH.MESH.15958495- ETH.MESH.15958502  Guidoin Lab Notebook Page/Image

ETH.MESH.15958503- ETH.MESH.15958507  Guidoin Lab Notebook Page/Image

ETH.MESH.15958508- ETH.MESH.15958509  Guidoin Lab Notebook Page/Image

ETH.MESH.15958510- ETH.MESH.15958511  Guidoin Lab Notebook Page/Image

ETH.MESH.15958512- ETH.MESH.15958517  Guidoin Lab Notebook Page/Image

ETH.MESH.15958518- ETH.MESH.15958523  Guidoin Lab Notebook Page/Image

ETH.MESH.15958524- ETH.MESH.15958524  Guidoin Lab Notebook Page/Image

ETH.MESH.15984870- ETH.MESH.15984870  Prolene Explant Lab Notebook Pages and Images

ETH.MESH.16033762- ETH.MESH.16033762  Sayer invoice

ETH.MESH.16259571- ETH.MESH.16259576  Preceptor Agreement between Ethicon and Jeffrey M. Carey, MD

ETH.MESH.16259577- ETH.MESH.16259582  Preceptor agreement between Ethicon and Jeffrey M. Carey, MD

ETH.MESH.16260624- ETH.MESH.16260629  Consulting Agreement between Dr. Douglas Grier and Ethicon

ETH.MESH.16263368- ETH.MESH.16263368  Van Drie invoice

ETH.MESH.16263380- ETH.MESH.16263380  Douglas Van Drie, MD Invoice

ETH.MESH.16263696- ETH.MESH.16263715  EWHU 2009 Awards Ceremony

ETH.MESH.16289560- ETH.MESH.16289569  DSL Clinical Article Waltregny - New Surgical Technique for Tx of SUI TVT-Abbrevo . . .

ETH.MESH.16308087- ETH.MESH.16308090  Patient Brochure

ETH.MESH.16312355- ETH.MESH.16312360  Prosima FAQ

ETH.MESH.16337395- ETH.MESH.16337395  European School of Surgery invoice

ETH.MESH.16341940- ETH.MESH.16341941  Email Verena Dittmann to Paan Hermansson re Cross charge honorarium/Travel expenses Christl Reisenauer ICS/IUGA

ETH.MESH.16352095- ETH.MESH.16352099  Advisory Board Agreement between Ethicon and Mark Slack

ETH.MESH.16352588- ETH.MESH.16352588  Surgical Controversies Masterclass invoice

ETH.MESH.16354541- ETH.MESH.16354545  Dear Dr. ltr re unsolicited request for medical/scientific infomation - Gynecare TVT Abbrevo

ETH.MESH.16357097- ETH.MESH.16357097  Sedlatschek email chain re Secant Medical Inquiry on Gynecare Mesh Products

ETH.MESH.16359412- ETH.MESH.16359412  Hinoul P email re Abbrevo MIR

ETH.MESH.16359413- ETH.MESH.16359416  Dr. Ramashandha Hosmane ltr

ETH.MESH.16359598- ETH.MESH.16359598  Hinour P email chain re TVT Abbrevo medical information request

ETH.MESH.16416002- ETH.MESH.16416004  Kahlson H email chain re Conversion to Laset Cut TVT

ETH.MESH.16426660- ETH.MESH.16426660  Evaluation of the Fixation of Gynecare TVT Abbrevo Continence System as Compared to Gynecare TVT Obturatory System Tension-Free Support for Incontinence in Human Cadaveric Model - Presentaiton

ETH.MESH.16432550- ETH.MESH.16432550  Toglia presentation, The Mesh Story

ETH.MESH.16433747- ETH.MESH.16433756  Minutes for Project Mini TVTO Design Outputs Design Review

ETH.MESH.16434349- ETH.MESH.16434352  Papas N email chain re AUGS Abstract

ETH.MESH.16445429- ETH.MESH.16445429  Email Clarindo Oliveira to Michel Willemin re PRISIMA +M

ETH.MESH.17556486- ETH.MESH.17556487  Luscombe B email re Brand Team for Inc POP

ETH.MESH.17556496- ETH.MESH.17556497  Barnes C email chain re Ethicon Gynecare Innovations Event

ETH.MESH.17556498- ETH.MESH.17556498  Ethicon Gynecare Innovations flyer

ETH.MESH.17556511- ETH.MESH.17556511  Barnes C email chain re ACT REQ:  Urgent quick need request

ETH.MESH.17556512- ETH.MESH.17556512  Langen B email re SMII Welcome Letter

ETH.MESH.17556513- ETH.MESH.17556513  Langen B letter re Sales Mastery II

ETH.MESH.17556538- ETH.MESH.17556539  Barnes C email chain re Ty Erickson Adobe Connect's with Abbrevo

ETH.MESH.17556556- ETH.MESH.17556556  Chahal R email chain re Umaima Jamaluddin procedure questions

ETH.MESH.17556577- ETH.MESH.17556577  Chahal email re price quote

ETH.MESH.17556578- ETH.MESH.17556579  2011 Price List

ETH.MESH.17556580- ETH.MESH.17556581  Chahal R email chain re Lucente Consent Form

ETH.MESH.17556582- ETH.MESH.17556582  IFPM position on FDA notification

ETH.MESH.17556583- ETH.MESH.17556583  Physician Consultation Visit Regarding Decision for Surgery Form

ETH.MESH.17556591- ETH.MESH.17556593  Chahal R email re Booking Confirmation Jeremy William Aaron - Phoenix, Feb 13

ETH.MESH.17556598- ETH.MESH.17556598  Chahal R email chain re ACT REQ Urgent quick need

ETH.MESH.17556601- ETH.MESH.17556601  Chahal email re highlights from Denver TVT Abbrevo Lab

ETH.MESH.17556602- ETH.MESH.17556603  Jones S email re conference call on converting an outside in user to Abbrevo

ETH.MESH.17606501- ETH.MESH.17606502  Dormier E email chain re Vypro vs Soft Prolene Mesh for Pelvic Floor Repair

ETH.MESH.17618610- ETH.MESH.17618638  Attachment 15 Gynecare Prosima Risk Management Report (100116643) and
Risk Assessment Summary (100116639)

ETH.MESH.17619399- ETH.MESH.17619405  Rodriguez email chain re Secant Medical Inquiry on Gynecare Mesh Products

ETH.MESH.17640736- ETH.MESH.17640767  Corrado email re QRB presentation

ETH.MESH.17642669- ETH.MESH.17642686  PQI Revision 10

ETH.MESH.17654492- ETH.MESH.17654518  Z1 Visit Receipt & A7 Coversheet

ETH.MESH.17661336- ETH.MESH.17661499  Hellberg communication re Product Complaint Form

ETH.MESH.17661347- ETH.MESH.17661347  Angleitner email chain re TVT Product complaint w/handwritten notes

ETH.MESH.17661798- ETH.MESH.17661811  Master Agency Agreement between Ogilvy Public Relations Worldwide and
Ethicon

ETH.MESH.17661812- ETH.MESH.17661814  Ethicon Competitive Bid Policy Exemptions Form - Supplier Ogilvy Pubic
Relations

ETH.MESH.17661996- ETH.MESH.17662000  Spokesperson Fee Agreement between Ethicon and Bonnie Blair Cruikshank

ETH.MESH.17662008- ETH.MESH.17662013  Spokesperson Fee Agreement with Ethicon

ETH.MESH.17662026- ETH.MESH.17662026  Amendment to Spokesperson Fee Agreement between Ethicon, Bonnie Blair
Cruikshank and Ogilvy Public Relations

ETH.MESH.17777759- ETH.MESH.17777762  Rodiguez email chain re UPDATE to Escalation Notice - Section 39 Request -
TVT, Gynemesh PS & Artisyn Y-Shared Mesh

ETH.MESH.17777763- ETH.MESH.17777768  Sedlatschek email re Secant Medical Inquiry on Gynecare Mesh Products

ETH.MESH.17789897- ETH.MESH.17789898  Complete Mulberry R&D Team and Launch team Webcast -
Accomplishments/Individual team recognition

ETH.MESH.18622950- ETH.MESH.18622952  ACORD Certificate of Liability Insurance

ETH.MESH.18844813- ETH.MESH.18844815  Kaminski email chain re Studies w/summary

ETH.MESH.18846146- ETH.MESH.18846147  Kaminski email chain re Prosima Preparation

ETH.MESH.18997410- ETH.MESH.18997445  NPI/LCM Quality Engineering Employee Resource Manual Version 16

ETH.MESH.19125383- ETH.MESH.19125385  Elbert email chain re Candad - TVT RFQ

ETH.MESH.19125531- ETH.MESH.19125531  Smith email re TVT Products

ETH.MESH.19223769- ETH.MESH.19223773  PFT / TVT Secur Discontinuation:  Current State - Presentation

ETH.MESH.19246483- ETH.MESH.19246483  Email Donna Jacobs to Charlotte Owens re CIRGs - Corcos, Carey

ETH.MESH.19306944- ETH.MESH.19306946  Ullman email chain re "Take Back Share" - Feb Update

ETH.MESH.19354118- ETH.MESH.19354119  Email Marcus Oldelehr to Brian Flynn re Flynn visit 10/23

ETH.MESH.19356913- ETH.MESH.19356915  Objectives for Jennifer - May-August

ETH.MESH.19881767- ETH.MESH.19881767  Event - Speaker Table

ETH.MESH.20006789- ETH.MESH.20006791  TOPA withdraw confirmation

ETH.MESH.21488624- ETH.MESH.21488636  Revision Hx for pFMEA-0000497

ETH.MESH.21683101- ETH.MESH.21683320  PO table of name and requester

ETH.MESH.21683103- ETH.MESH.21683372  Table PO name and requester name

ETH.MESH.22007743- ETH.MESH.22007829  EC-Declaration of conformity - Gynecare Prosima

ETH.MESH.22007832- ETH.MESH.22008058  Gynecare Prosima Pelvic Floor Repair System Technical file

ETH.MESH.22008060- ETH.MESH.22008067  Regulatory Affairs Preliminary Assessment from Laura Vellucci to Aida Astani-Matthies re PROSIMA+M

ETH.MESH.22084082- ETH.MESH.22084103  PS120044 K063562

ETH.MESH.22084124- ETH.MESH.22084128  FDA letter to Brian A. Kanerviko re Postmarket surveillance study number PS120044

ETH.MESH.22140231- ETH.MESH.22140234  Draft - Uniform three dimensional tissue scaffold of absorbable and non-absorbable materials

ETH.MESH.22140235- ETH.MESH.22140238  Draft - Matrix 1,2 -- Tissue Bulking Material, Methods, and Devices (external bulking)

ETH.MESH.22140265- ETH.MESH.22140266  Mesh Processing Meshes Fabricated from Dissimilar Materials - Summary Document - Draft

ETH.MESH.22394620- ETH.MESH.22394648  Attachment 15 RMR 100116643 and RAS 100116639

ETH.MESH.22404550- ETH.MESH.22405092  Gynecare TVT Retropubic Devices CE Mark Technical File

ETH.MESH.22407618- ETH.MESH.22407661  Clinical Expert Report Gynecare Prosima Pelvic Floor Repair System by Piet Hinoul, MD

ETH.MESH.22646295- ETH.MESH.22646296  Ethicon UK Gynaecology Complaints email re Customer Ref 2015/005/020/104/005 Request for Information

ETH.MESH.22680210- ETH.MESH.22680216  Jacobs email chain re TVT Defect to Harm Map

ETH.MESH.22754103- ETH.MESH.22754142  Quality Operation Review Trend Analysis Metrics - presentation

ETH.MESH.22852060- ETH.MESH.22852063  Revision Hx 100193881

ETH.MESH.3054506- ETH.MESH.3054506  Carey Confidentiality Agreement

ETH.MESH.5453719-  Ethicon engineer, Thomas Barbolt, testified Ethicon knew prolene mesh was subject to surface degradation as early as 1992

ETH.MESH.56034793- ETH.MESH.56034797  Vellucci redacted email chain re 522 Guidance Document

ETH.MESH.D23501.1- ETH.MESH.D23501.18  Summary of 63 TVT-O RCTs

ETH.MESH.PM.000002- ETH.MESH.PM.000002  Procedure photo

ETH.MESH.PM000001- ETH.MESH.PM000001  Video

ETH.MESH.PM000007- ETH.MESH.PM000007  Video - Laparoscopic Demonstration of Anatomic Transvaginal Placement of Mesh for the Repair of Anterior Compartment Defects Presentation by Dr. Lucente and Dr. Raders

ETH.MESH.PM000011- ETH.MESH.PM000011  Video - Meshes for Incontinence & Pelvic Floor Repair Dr. Arnaud Presentation

ETH.MESH.PM000019- ETH.MESH.PM000019  Video Gynecare Prolift Pelvic Floor Repair System

ETH.MESH.PM000027- ETH.MESH.PM000027  Video

ETH.MESH.PM000032- ETH.MESH.PM000032  Video

ETH.MESH.PM000037- ETH.MESH.PM000037  Video

ETH.MESH.PM000039- ETH.MESH.PM000039  Video

ETH.MESH.PM000052- ETH.MESH.PM000052  Video

ETH.MESH03919404- ETH.MESH03919405  Arnaud A email chain re Mulberry

ETH-00001- ETH-00067  Gynecare PROLIFT Instructions of Use

ETH-00252- ETH-00265  Gynemesh PS Brochure Helping you map new directions in pelvic floor repair GM001R2

ETH-00254- ETH-00261  Marketing Brochure Pelvic Organ Prolapse in Women:  It's Common.  It's Treatable

| | |
|---|---|
| ETH-00262- ETH-00265 | Pelvic Organ Prolapse. Get the Facts, Be Informed, Make your Best Decision |
| ETH-00289- ETH-00294 | GPS for Pelvic Floor Repair |
| ETH-00295- ETH-00300 | Prolift IFU |
| ETH-00382- ETH-00387 | You know where you want to go... GPS for Pelvic Floor Repair Gynecare Prolift Brochure GPS001R |
| ETH-00797- ETH-00927 | 510(k) Notification Gynemesh Prolene Soft (polypropylene) Nonabsorbable Synthetic Surgical Mesh for Pelvic Floor Repair |
| ETH-00928- ETH-01382 | Memo to Dr. Jiyoung Dang from Lisa Bryan re K071512 S02 responses to letter dated 8/24/07 |
| ETH-01383- ETH-01637 | Memo to Dr. Jiyoung Dang from Lisa Bryan re K071512 S01: Rationale for Insignificant Change to Gynemesh PS* |
| ETH-01638- ETH-01715 | Letter Celia Witten to Gregory Jones (FDA) re K001122 Prolene Soft (Polypropylene) Mesh |
| ETH-01748- ETH-01814 | Letter Jennifer Paine to Dr. Jiyoung Dang re response to questions on the premarket notification for GYNECARE PROLIFT +M* Pelvic Floor Repair System (5071512) |
| ETH-01754- ETH-01756 | Lisa Memo re question for updated IFU |
| ETH-02314- ETH-02333 | Sonomorphological evaluation of polypropylene mesh implants after vaginal mesh repair in women with cystocele or rectocele by R. Tunn et al. |
| ETH-02358- ETH-02367 | Transvaginal repair of gential prolapse: preliminary results of a new tension-free vaginal mesh (ProliftTM technique)- a case series multicentric study by B. Fatton et al. |
| ETH-02601- ETH-02606 | AJOG Anatomic relationships of the tension-free vaginal mesh trocars by Chi Chiung Grace Chen, MD et al. |
| ETH-02654- ETH-02654 | Preliminary results of the Prolift technique in the treatment of pelvic organ prolapse by vaginal route: a multicentric retrospective series of 110 patients by B. Fatton et al. |
| ETH-02683- ETH-02696 | Short-Term Results of the ProliftTM Procedure in 349 Patients Used in the Treatment of Pelvic Organ Prolapse by Heather van Raalte, MD et al. |
| ETH-02705- ETH-02716 | Expert Opinions on the Use of Gynecare Prolift System* Total, Anterior, and Posterior Pelvic Floor Repair System |
| ETH-02794- ETH-02799 | Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors by Pierre Collinet et al. |
| ETH-02813- ETH-02817 | Long-term anatomical and functional assessment of trans-vaginal cystocele repair using a tension-free polypropylene mesh by Renaud de Tayrac et al. |
| ETH-03231- ETH-03235 | Cystocele repair by vaginal approach with a tension-free transversal polypropylene mesh. Technique and results by G. Bader at al. |
| ETH-03260- ETH-03271 | 01 Product Description Document Tab - Gynecare Product Description Document Project D'Art: Pelvic Floor Repair System |
| ETH-03272- ETH-03419 | 02 Design Requirements Matrix Tab |
| ETH-03420- ETH-03479 | 03 Design & Development Plan Tab - Project D'Art: Pelvic Floor Repair System |
| ETH-03480- ETH-03530 | 04 Concept DDSA Tab |
| ETH-03531- ETH-03567 | Everett J Summary Memo for Revision C of the Gynecare PROLIFT Device Design Safety Assessment |
| ETH-03534- ETH-03570 | Everett Memo re Summary for Revision C of the Gynecare Prolift Device Safety Assessment |
| ETH-03558- ETH-03558 | PR602-003 Appendix VI - Device Design Safety Assessment Form |
| ETH-03568- ETH-03578 | 06 DFMEA Tab |
| ETH-03579- ETH-03876 | 07 Development Completion Report Tab |
| ETH-03877- ETH-03886 | History of mesh production and processing |
| ETH-03883- ETH-03889 | Pelekis Memo to Samon re Risk Assessment for Laser Ccutting of D'Art Gynemesh PS Implants |
| ETH-04022- ETH-04068 | 13 Material Specifications Tab |
| ETH-04069- ETH-04356 | 14 Test MethodsTab |
| ETH-04356- ETH-04714 | 15 Test Method Validation Completion Report Tab |
| ETH-04715- ETH-05138 | Ruetschi TMV-100406 rev01-Completion Report |
| ETH-05139- ETH-05143 | 16 Supplier Status Tab |
| ETH-05144- ETH-05145 | 17 Process Map Tab - Gynecare Prolift* Pelvic Floor Repair System |
| ETH-05146- ETH-05199 | 18 OQ Protocol Completion Report Tab |
| ETH-05200- ETH-05503 | Ruetschi Technology - D'ART project Bending Press M4 |
| ETH-06019- ETH-06025 | 22 Finished Goods Specification Tab - EPC059, Revision A |
| ETH-06026- ETH-06029 | 23 Process Specification Tab - EPC058, Revision A |
| ETH-06229- ETH-06256 | 29 Package Insert - IFU Tab |
| ETH-06635- ETH-06641 | 41 Miscellaneous Documents - Guide Tab |
| ETH-07152- ETH-07158 | Owens Clinical Expert Report Gynecare Prolift |

| | |
|---|---|
| ETH-07247- ETH-07303 | 47 AFMEA Tab |
| ETH-07304- ETH-07310 | 48 Gynemesh PS 510K Approval Letter Tab |
| ETH-07427- ETH-07433 | US Patent, Patent No US 6,638,284 B1 |
| ETH-07434- ETH-07475 | Method and Apparatus for Treating Pelvic Organ Prolapses in Female Patients |
| ETH-07495- ETH-07530 | Packaging Assembly for Surgical Mesh Implants |
| ETH-07546- ETH-07591 | System and Method for Surgical Implant Placement |
| ETH-07712- ETH-07723 | One day you have pelvic organ prolapse. The next day you don't. What a difference a day makes. Brochure |
| ETH-08026- ETH-08034 | Gynecare Prolift Presentation |
| ETH-10187- ETH-10202 | Stop coping. Start Living Patient Brochure |
| ETH-11566- ETH-11863 | Gynemesh PS CE Mark Change History File |
| ETH-16502- ETH-17138 | A Proposed Plan to Ensure Acceptable Clinical Devices |
| ETH-17139- ETH-17415 | Aaron Kirkemo/Piet Hinoul email exchanges re Cosson and Prolift+M and Pinnacle labs |
| ETH-17420- ETH-18157 | Rita Mcintyre/Lia Mahowald email exchanges re Gynecare Intergel In Service video and The Comprehensive Solution for Adhesion Prevention/Intergel Videos |
| ETH-18158- ETH-20117 | TVT Summit Gynemesh PS Panel |
| ETH-18761- ETH-18763 | Brown K email chain re Proposal for work with CBAT |
| ETH-40846- ETH-43002 | Meeting invites re Cannula design review/tech meetings including Vincenza Zaddem, Fabrice Jendly et al |
| ETH-47220- ETH-47479 | Gynecare Prolift PFRA01 Image of Box |
| ETH-48103- ETH-48384 | dedicated to Clinical Results Since 2005, the Prolift Pelvic Floor Repair System has helped clinicians treat over 120,000 patients brochure |
| ETH-48664- ETH-48876 | Scott Jones/Lynn Hall et al. email exchanges re Marketing Communications - Survey Results |
| ETH-49512- ETH-49916 | Spreadsheets Prolift Sales |
| ETH-50330- ETH-50330 | Slide:  Selecting the Right Mesh |
| ETH-50924- ETH-51279 | Scott Jones/Lynn Hall et al. email exchanges re Prolift +M promo |
| ETH-51280- ETH-51643 | Clinical Summary - Apical Support The relationship between anterior and apical compartment support |
| ETH-52743- ETH-52747 | Issue Report Tracking #1010080466 |
| ETH-53061- ETH-53068 | Issue Report - Tracking # 10100099753 Customer complaint regarding Prolift+M |
| ETH-53294- ETH-53294 | Check Liste D'Inspection Qualite |
| ETH-59437- ETH-61658 | Ethicon Women's Health & Urology POP Questionnaires Overview Vanja Sikirica, Pharm.D. |
| ETH-65881- ETH-65881 | IFU illustrations |
| ETH-70175- ETH-73229 | Pelvic Organ Prolapse. Get the facts, Be Informed, Make Your Best Decision Brochure |
| ETH-76126- ETH-78645 | ACOG Practice Bulletin Clinical Management Guidelines for Obstetrician-Gynecologists Number 85, September 2007 Pelvic Organ Prolapse |
| ETH-79259- ETH-80522 | Email exchanges Prefix DVAL attendance update / Prolift inventory |
| ETH-80636- ETH-80644 | Notes from PROLIFTtm Round Table Discussion - Queensland |
| ETH-80645- ETH-80651 | Ethicon Expert Meeting - Meshes for Pelvic Floor Repair |
| ETH-80652- ETH-80661 | Gynecare Prolift* Pelvic Floor Repair System Surgical Technique |
| ETH-82284- ETH-83127 | Email Zenobia Walji to Renee Selman et al. re transition and the Projects handed over to various members |
| ETH-83128- ETH-83480 | Pelvic Organ Prolapse Repair |
| ETH-83454- ETH-83454 | Bonet G email chain re Mesh Microns |
| ETH-83483- ETH-83700 | Research Funding Agreement |
| ETH-83704- ETH-85404 | WH&U Weekly Sales Report |
| ETH-83788- ETH-83788 | Porosity Measurement of AMS Intepro Mesh |
| ETHMESH.CHAHAL.00000001-ETHMESH.CHAHAL.00000005 | 2011 Performance and Development Plan Summary for Chahal |
| ETHMESH.CHAHAL.00000006-ETHMESH.CHAHAL.00000027 | Chahal Employee Secrecy, Intellectual Property, Non-Competition and Non-Soliciation Agreement |
| ETHMESH.CHAHAL.00000028-ETHMESH.CHAHAL.00000048 | Chahal sales spreadsheets |
| ETHMESH.CHAHAL.00000044-ETHMESH.CHAHAL.00000048 | ChahalHospital Sales Spreadsheet |
| ETHMESH.CHAHAL.00000049-ETHMESH.CHAHAL.00000050 | Chahal Career Development Profile |
| ETHMESH.CHAHAL.00000051-ETHMESH.CHAHAL.00000051 | Chahal Employee Profile |
| ETHMESH.CHAHAL.00000052-ETHMESH.CHAHAL.00000063 | Lewis L - 2011 Field Visit Letter, Chahal |

| | |
|---|---|
| ETHMESH.CHAHAL.00000064- ETHMESH.CHAHAL.00000065 | O'Hara C email re Year End Summary |
| ETHMESH.OHARA.00000001- ETHMESH.OHARA.00000156 | O'Hara Employment Eligibility Verification Form |
| ETHMESH.OHARA.00000157- ETHMESH.OHARA.00000303 | O'Hara personnel file docs |
| ETHMESH.OHARA.00000304- ETHMESH.OHARA.00000312 | O'Hara Application for Employment |
| ETHMESH.OHARA.00000313- ETHMESH.OHARA.00000314 | O'Hara Employee Profile |
| ETHMESH.OHARA.00000315- ETHMESH.OHARA.00000321 | Vandenburgh 2005 Performance and Development Plan Summary for Christopher O'Hara |
| ETHMESH.OHARA.00000322- ETHMESH.OHARA.00000327 | Qually 2006 Performance and Development Plan Summary for O'Hara |
| ETHMESH.OHARA.00000328- ETHMESH.OHARA.00000333 | Ullmann 2007 Performance and Development Plan Summary for O'Hara |
| ETHMESH.OHARA.00000334- ETHMESH.OHARA.00000339 | Ullmann 2008 Performance and Developmnet Plan Summary for Christopher O'Hara |
| ETHMESH.OHARA.00000340- ETHMESH.OHARA.00000346 | 2009 Performance and Development Plan Summary for Christopher O'Hara |
| ETHMESH.OHARA.00000347- ETHMESH.OHARA.00000353 | Lewis 2010 Performance and Development Plan Summary for O'Hara |
| ETHMESH.OHARA.00000354- ETHMESH.OHARA.00000359 | O'Hara 2011 Performance and Development Plan Summary - Libby Lewis |
| ETHMESH.OHARA.00000360- ETHMESH.OHARA.00000362 | O'Hara Career Development Profile |
| ETHMESHPM000004- ETHMESHPM000004 | Training video |
| ETHMESHPM000010- ETHMESHPM000010 | Lucente TVT with Anterior Colp. |
| ETHMESHPM000011- ETHMESHPM000011 | Meshes for Incontinence Y Pelvic Floor Repair video - Arnaud |
| ETHMESHPM000049- ETHMESHPM000049 | TVT Educational video |
| ETHMESHPM000144- ETHMESHPM000144 | TVT-O Training video |
| HMESH_ETH.00108021- HMESH_ETH.00108024 | Regina A email chain re TSM presentations |
| HMESH_ETH.00110207- HMESH_ETH.00110208 | Rauso J email chain Re shrinkage |
| HMESH_ETH.00129489- HMESH_ETH.00129490 | Fuchte L email re Ultrapro article in newspaper |
| HMESH_ETH.00958003- HMESH_ETH.00958005 | TVT Recommendations from Dr. Wang - Meeting Minutes of June 21, 2001 |
| HMESH_ETH.07269753- HMESH_ETH.07269765 | Contact Points - Nummular allergic contact dermatitis after scabies treatment, R. Kaminska, et al |
| HMESH_ETH_00019554- HMESH_ETH_00019581 | New Drug Application - PROLENE* Polypropylene Braided Suture, USP |
| HMESH_ETH_00228961- HMESH_ETH_00228973 | Holste email chain re PP vs PVDF or Pronova |
| HMESH_ETH_00240445- HMESH_ETH_00240445 | Volpe presentation EWHU Franchise of Products  Improving the Lives of Women |
| HMESH_ETH_00243511- HMESH_ETH_00243512 | Bird email re IUGA 2009 - Feedback |
| HMESH_ETH_00261724- HMESH_ETH_00261802 | Monthly Report |
| HMESH_ETH_00379723- HMESH_ETH_00379723 | Walther C ltt Quentin re Discussions with patent department |
| HMESH_ETH_00660369- HMESH_ETH_00660411 | Pleiger - Polyamid.nylon MSDS |
| HMESH_ETH_00660369- HMESH_ETH_0066078 | Pleiger - Polyamid.nylon MSDS |
| HMESH_ETH_00782152- HMESH_ETH_00782160 | PROLENE Mesh Improvement Project Revision 1 |
| HMESH_ETH_00946830- HMESH_ETH_00946838 | Dormier email chain re Corporate Product Characterization December Monthly Report |
| HMESH_ETH_00958014- HMESH_ETH_00958015 | Luscombe email chain re TVT recommendations from Dr. Wang |

| | |
|---|---|
| HMESH_ETH_00959923-<br>HMESH_ETH_00959925 | Email from Debra Hyde to Margaret Aversa: FW: Project Gynemesh Vypro<br>PD00/3 |
| HMESH_ETH_00959925-<br>HMESH_ETH_00959925 | Powerpoint: Gynemesh Vypro for Pelvic Floor Repair |
| HMESH_ETH_01836947-<br>HMESH_ETH_01836986 | Women's Health Today Spring 2006 One Day You're an Olympic Gold Medalist.<br>The Next, You-re Another Mom with a Leaky Bladder. |
| HMESH_ETH_01838405-<br>HMESH_ETH_01838442 | Vol 2, Issue 2, Women's Health Today |
| HMESH_ETH_01840151-<br>HMESH_ETH_01840152 | "World Premiere" as Ethicon Women's Health & Urology with special guest<br>Bonnie Blair |
| HMESH_ETH_01876389-<br>HMESH_ETH_01876393 | Oldelehr M email chain re Kalamazoo TVT Business at Risk |
| HMESH_ETH_01881060-<br>HMESH_ETH_01881062 | Mahar K email chain re Project SCION Update & Next Steps |
| HMESH_ETH_02030355-<br>HMESH_ETH_02030355 | Rousseau email chain re US 6,090,116 |
| HMESH_ETH_02041603-<br>HMESH_ETH_02041603 | Data Review - 120 day results for Scion (TVT+M) Ingrowth Study PSE 10-0126 |
| HMESH_ETH_02041604-<br>HMESH_ETH_02041626 | Interim (28 day) Report, PSE Accession No. 10-0126, Project No. 11730 |
| HMESH_ETH_02085446-<br>HMESH_ETH_02085452 | 2009 Surgeon Summit Breakout Session - Feb 21 Survey Results Summary |
| HMESH_ETH_02512521-<br>HMESH_ETH_02512521 | Marrero email re PPQ Protocol from 5 mil construction |
| HMESH_ETH_02571221-<br>HMESH_ETH_02571226 | Hinoul Protocol proposition - Modified TVT-O for the treatment of female stress<br>incontinence: anatomical considerations |
| HMESH_ETH_02687587-<br>HMESH_ETH_02687588 | Robinson, D email re clinical performance characteristics |
| HMESH_ETH_02687590-<br>HMESH_ETH_02687590 | SBT May 2009 Launch Readiness |
| HMESH_ETH_02781707-<br>HMESH_ETH_02781708 | Stockholm Trip Report |
| HMESH_ETH_02944363-<br>HMESH_ETH_02944364 | Vypro for Pelvic Floor Repair agenda |
| HMESH_ETH_03257648-<br>HMESH_ETH_03257655 | Reprint:  ULTRAPRO Hernia System:  Toward and ideal solution:  The Bonheiden<br>experience with a partially absorbable and macroporous bilayer device |
| HMESH_ETH_04439530-<br>HMESH_ETH_04439530 | Royalties owed to Marcus Carey, MD as of Q4 2011 |
| HMESH_ETH_06033196-<br>HMESH_ETH_06033202 | Rodriguez email chain re Nilsson 2013 |
| HMESH_ETH_06509815-<br>HMESH_ETH_06509817 | Timmer message re updated Mesh Shrinkage Discussion meeting w/attachments |
| HMESH_ETH_06509816-<br>HMESH_ETH_06509816 | Text File |
| HMESH_ETH_06578364-<br>HMESH_ETH_06578369 | Memo Vernon Ghee Jr. to Post-Launch Risk Assessment of Prosima* Pelvic<br>Floor Repair System re Six Month Post-Launch Risk Assessment |
| HMESH_ETH_06851662-<br>HMESH_ETH_06851716 | Marketing spreadsheet |
| HMESH_ETH_07046072-<br>HMESH_ETH_07046072 | Madikonda email re Risk Management draft report |
| HMESH_ETH_07046073-<br>HMESH_ETH_07046088 | Appendix I: Internal Audit Report Form (Risk Management) Revision 8 |
| HMESH_ETH_07439049-<br>HMESH_ETH_07439102 | TVT Obturator Actual Spend Table |
| HMESH_ETH_07956799-<br>HMESH_ETH_07956800 | Vellucci email chain re Mesh and Biomechanical Data for TVTO-PA 510(k) |
| HMESH_ETH_08373259-<br>HMESH_ETH_08373268 | Franchise Form for Risk Management Revision History for Risk Management<br>Report FM-0000468 Revision 45 |
| HMESH_ETH_09973200-<br>HMESH_ETH_09973201 | Steward email chain re Dr. Butrick |
| HMESH_ETH_00133261-<br>HMESH_ETH_00133262 | Liu email chain re Prolene Mesh Redesign |
| PM.00003.m4v- PM.00003.m4v | Training Videos |
| PM.00004.m4v- PM.00004.m4v | Training Videos - Retropubic Implantation Video |
| PM.00011.m4v- PM.00011.m4v | Training Videos |