# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

          MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-D and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue their actions against them.

Respectfully:

//s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Richard A. Capshaw
Richard A. Capshaw
CAPSHAW & ASSOCIATES
Suite 201
3031 Allen Street
Dallas, TX 75204
214.761.6610 (phone)
214.761.6611 (fax)
richard@capslaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Elizabeth L. Dudley
Elizabeth L. Dudley
THE DUDLEY LAW FIRM
Suite A
23438 SW Pilot Point Road
Douglass, KS 67039
316.746.3969 (phone)
316.746.3922 (fax)
Liz@LizDudleyLaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Lee B. Balefsky
Lee B. Balefsky
KLINE & SPECTER
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
215.772.1000 (phone)
215.735.0960 (fax)
Lee.Balefsky@Klinespecter.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
Suite 208
3131 Briarpark Drive
Houston, TX 77042-3795
713.807.8400 (phone)
713.807.8423 (fax)
charles@howardnations.com
*Attorney for Plaintiffs on Exhibit D*

Dated: March 9, 2016

**EXHIBIT A – CAPSHAW & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-17399 | Laura Herron v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – THE DUDLEY LAW FIRM, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-01847 | Roxanna L. Crouch, Daniel Crouch v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – KLINE & SPECTER, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00353 | Cindy Nadelbach, Barry Nadelbach v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – THE NATIONS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-09531 | Marilyn Camphouse v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-09552 | Barbara Ann Emerson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                                                /s/ Barbara R. Binis