Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

```
IN RE: ETHICON, INC,          ) MASTER FILE
PELVIC REPAIR SYSTEM          ) NO. 2:12-MD-02327
PRODUCTS, LIABILITY           )
LITIGATION                    ) MDL NO. 2327
_____)
                              ) JOSEPH R. GOODWIN
THIS DOCUMENT RELATES TO      ) US DISTRICT JUDGE
SANDRA WOLFE, ET AL., v.      )
ETHICON, INC., ET AL.         )
CASE NO. 2:12-CV-00335        )
```

THURSDAY, NOVEMBER 5, 2015

- - -

Videotaped deposition of Sandra Wolfe, held at the Bryan Cave, LLP, 221 Bolivar Street, Jefferson City, Missouri, commencing at 11:29 a.m., on the above date, before Carrie A. Campbell, Registered Merit Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, and Missouri Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Sandra Wolfe

Page 2

```
 1              INDEX
 2                      PAGE
 3    APPEARANCES................................  3
 4    EXAMINATIONS
 5      BY MS. STRAUSS............................  5
 6
 7              EXHIBITS
 8    No.  Description                        Page
 9    1    Notice of deposition                 20
10    2    Plaintiff Profile Form               22
11    3    Plaintiff fact sheet                 25
12    4    Medical records                     142
13
14       (Exhibits attached to the deposition.)
15
16
17    CERTIFICATE................................. 237
18    LAWYER'S NOTES.............................. 238
19
20
21
22
23
24
```

Page 3

```
 1           A P P E A R A N C E S:
 2
     ZEVAN & DAVIDSON
 3   BY:  DAVID M. ZEVAN, ESQUIRE
           DZevan@zevandavidson.com
 4   1 North Taylor Avenue
     St. Louis, Missouri 63108
 5   (314) 588-7200
     Counsel for Plaintiffs
 6
 7
 8   BRYAN CAVE, LLP
     BY:  BETTINA J. STRAUSS, ESQUIRE
 9         bjstrauss@bryancave.com
     211 North Broadway, Suite 3600
10   St. Louis, Missouri 63102
     (314) 259-2000
11   Counsel for Defendants
12
13
     VIDEOGRAPHER:
14      ED FOPPE, CLVS
15
                  - - -
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1            VIDEOGRAPHER:  We are now on
 2   the record.
 3            My name is Ed Foppe.  I'm a
 4   certified legal video specialist
 5   representing Golkow Technologies.
 6            Today's date is November 5,
 7   2015.
 8            This is the video deposition of
 9   Sandra Wolfe in the matter of Sandra
10   Wolfe, et al., versus Ethicon,
11   Incorporated, et al.
12            Counselors, will you please
13   identify yourselves?
14            MR. ZEVAN:  David Zevan for
15   Miss Wolfe.
16            MS. STRAUSS:  Bettina Strauss
17   for the Ethicon defendants.
18            VIDEOGRAPHER:  The court
19   reporter is Carrie Campbell, and she
20   will now swear in the witness.
21
22            SANDRA WOLFE,
23   of lawful age, having been first duly sworn
24   to tell the truth, the whole truth and
```

Page 5

```
 1   nothing but the truth, deposes and says on
 2   behalf of the Defendants, as follows:
 3
 4        DIRECT EXAMINATION
 5   QUESTIONS BY MS. STRAUSS:
 6        Q.   Good morning, Mrs. Wolfe.  My
 7   name's Bettina Strauss.  I represent Ethicon
 8   in this lawsuit that you've brought
 9   concerning your Prolift® and your TVT®
10   surgeries.
11             Okay?  What we're doing today
12   is a deposition.
13             Have you ever had your
14   deposition taken before?
15        A.   No.
16        Q.   Okay.  Have you had an
17   opportunity to meet with your counsel to
18   prepare for the deposition?
19        A.   Yes.
20        Q.   All right.  I'm not asking you
21   for anything that you spoke about with your
22   counsel, but did you have the opportunity to
23   review documents before you came here today?
24        A.   Yes.
```

2 (Pages 2 to 5)

Page 90

1  Q.  Okay. All right. How tall are
2  you, Mrs. Wolfe?
3  A.  5-6.
4  Q.  Have you always been 5-6?
5  A.  Yeah.
6  Q.  Okay. You haven't lost any
7  height over the years?
8  A.  I don't think so. Maybe.
9  Q.  Okay.
10 A.  Maybe a little. I don't think
11 so, though.
12 Q.  And I'm sorry to ask you, but
13 how much do you weigh?
14 A.  I think at this time right now,
15 probably about 160 pounds.
16 Q.  All right. Has your weight
17 fluctuated over your lifetime?
18     Has it stayed fairly similar?
19 A.  I've always actually -- was so
20 thin when I was young, I used to drink malts
21 and do everything I could to try to gain
22 weight.
23     And then, I don't know, it's
24 been about -- about eight or nine years ago I

Page 91

1  did gain a little bit of weight, and I didn't
2  know why because I hadn't changed my eating
3  or anything that I was doing. And then
4  that's when I realized I had a hyperthyroid
5  thing. Hypothyroid.
6      And I do take a small thyroid
7  pill every morning, but that's the only thing
8  that I take of any kind as far as
9  medication-wise or anything.
10 Q.  So at your --
11 A.  And since I started on that, I
12 lost the weight back again.
13 Q.  All right. So what was your
14 highest weight ever?
15 A.  200 probably.
16 Q.  And then did you go on a weight
17 loss regimen in order to lose the weight?
18 A.  Well, yes and no maybe, because
19 I take the thyroid medicine, but I also --
20 like I said, I'm a nutritionalist. I do take
21 a lot of supplements; not anything
22 necessarily to lose weight but to maybe
23 maintain, you know, maintain -- maintain my
24 health and my weight and all, you know, that

Page 92

1  kind of thing.
2  Q.  So I probably didn't ask the
3  question very well.
4      Was there anything in
5  particular that you did in order to lose the
6  weight other than take the thyroid medicine?
7  A.  No.
8  Q.  Okay. Not -- you're not
9  somebody who went on a particular diet or
10 anything like that?
11 A.  No.
12 Q.  Okay. How is it that you are a
13 nutritionalist?
14     Tell me about that.
15     Where'd you get your training?
16 A.  I don't -- I've trained myself.
17 Q.  Okay.
18 A.  That's why I say I'm not
19 licensed, but I have been doing research on
20 nutrition since about 1973.
21     And I belong to the biggest
22 alternative medicine group in the world, I
23 believe, called Life Extension. I'm sure
24 you've heard of it.

Page 93

1  Q.  Life Extension?
2  A.  And I put my husband and
3  myself, about ten years ago, on an anti-age
4  and anti-disease regimen of supplements and
5  herbs and nutrients and things like that, and
6  we're both very healthy people.
7  Q.  Do you have a list of what
8  those supplements are?
9  A.  At home.
10 Q.  Okay. You have -- is it a lot
11 of them?
12 A.  Yeah, quite a few.
13 Q.  Okay. Are you able to tell me
14 what they are or would you need the list?
15 A.  I would need the list to tell
16 you what they are.
17 Q.  Okay.
18 A.  Because of the result of this
19 anti-age thing that we've gone on, I don't
20 ever even get a headache. I don't even get
21 anything wrong with me. That's why I'm so
22 upset about this operation thing, because I'm
23 a very, very healthy person.
24 Q.  All right.

Page 94

1    A.   In every other respect, I don't
2  have any other problems, other than this
3  vaginal and circulation thing because of the
4  operation.
5         When I go places, people
6  have -- don't believe I'm the age that I am.
7  And I don't feel the age that I am, other
8  than that.  And that's what so aggravating to
9  me, because I've taken such good care of
10 myself for so many years.
11   Q.   So you feel like you're a very
12 healthy person?
13   A.   Oh, definitely.  Other than the
14 operation, I feel like I'm -- I'm healthy.
15   Q.   Okay.  And we'll talk about
16 that.  I promise.
17        Tell me what kinds of things
18 you do to stay healthy other than the
19 anti-aging supplement regimen.
20   A.   Eat right.  Try to sleep right.
21 Try to exercise.
22   Q.   What kinds of exercise do you
23 do?
24   A.   Well, I had been trying to do

Page 95

1  some leg -- leg and arm exercises, and for a
2  while I was walking, but it's getting very
3  difficult for me to do that.
4    Q.   It's getting more difficult for
5  you to do that?
6    A.   Yes.
7    Q.   Okay.  Why is that?
8    A.   Because the circulation
9  problems.
10   Q.   Tell me what you mean by
11 "circulation problems."
12   A.   Well, I have pain in my legs.
13 Right after I had that operation, I started
14 to feel pain, like spasm kind of things, in
15 my legs.  And that was -- at first was kind
16 of at night when I was real quiet, but then
17 it got to where it started getting worse and
18 worse.  And so I can't exercise like I used
19 to exercise.
20   Q.   Okay.  Why don't you tell me
21 before your surgery what kind of exercise you
22 used to do.
23        Did you do regular exercise or
24 was it --

Page 96

1    A.   Pretty much.
2         When I lived down in Florida, I
3  used to ride my bike six miles to the beach
4  and back.
5    Q.   Okay.
6    A.   I used to be able to do just
7  pretty much anything I wanted to do.
8    Q.   Now, help me with that.  How
9  long ago was the living in Florida?
10   A.   That was --
11   Q.   Was that with your late
12 husband?
13   A.   Right.  That was...
14   Q.   So until '97?
15   A.   Yeah, somewhere around there.
16   Q.   Okay.  How old were you then?
17   A.   50-something, 58, something
18 like that.
19   Q.   All right.
20   A.   But I was able to do exercise
21 long past that time.  I mean...
22   Q.   Okay.  So let's talk about in
23 the five years before your surgery.
24        How about that?

Page 97

1         Okay?  So 2003 to 2008.
2         What kinds of exercise did you
3  do?
4         Did you belong to a gym?
5    A.   No.
6    Q.   Okay.
7    A.   But I used to walk all over
8  Eldon, and I also -- we had bought that house
9  so I was doing all kinds of physical stuff,
10 painting and repairing and remodeling and all
11 kinds of stuff.
12   Q.   Okay.  So the walking was an
13 exercise for you?
14   A.   Pretty much, yeah.
15   Q.   And how often did you walk and
16 how far?
17   A.   Usually at least three, four
18 days a week.
19   Q.   Okay.
20   A.   About three miles.
21   Q.   Did anyone go with you?
22   A.   No.
23   Q.   That's not something you and
24 your husband did together?

Page 106

1 cook?
2   A.  No.
3   Q.  Does he clean up?
4   A.  Yep, he helps with things
5 around the house.
6   Q.  Okay. Who does the laundry?
7   A.  I do.
8   Q.  How about the housecleaning?
9   A.  Pretty much 75 percent I do and
10 25 percent he does.
11   Q.  Okay. Does he -- does his
12 25 percent have a category?
13   A.  He'll vacuum sometimes.
14   Q.  Mm-hmm.
15   A.  He vacuums and he'll dust. Not
16 really dust, but clean things. Like he'll
17 empty the dishwasher.
18   Q.  Do you-all have a yard?
19   A.  Yes.
20   Q.  Who handles the yard?
21   A.  Pretty much my husband most --
22 mostly him, but we do have a land -- yard
23 service that comes in, like, and blows
24 leaves --

Page 107

1   Q.  Okay. Do you-all garden?
2   A.  -- fertilize and stuff like
3 that.
4       We don't garden for vegetables.
5 We have lots of flowers. In fact, we get
6 yard of the month every year almost.
7   Q.  Yard of the month?
8   A.  We have a lot of flower beds
9 and things like that.
10   Q.  This is an award you get in
11 Eldon?
12   A.  Yes.
13   Q.  Okay. And who handles the
14 garden?
15   A.  Pretty much my husband.
16   Q.  This is -- that's his thing,
17 gardening?
18   A.  Yeah. I planted a lot of the
19 flowers when we first moved there, which was
20 back in 2001.
21   Q.  But you don't take care --
22   A.  But I don't take -- I don't do
23 that much anymore like I used to. I used to
24 do quite a bit of, you know, the yard stuff

Page 108

1 and everything, but not so much anymore.
2   Q.  Okay. So we talked about what
3 you guys like to do together.
4       How often do you travel?
5   A.  Well, my daughter, like I said
6 before, lived in Montana for a few years, and
7 we went there twice. One year, and then two
8 years later we went again.
9       And then we go to South Africa
10 about -- well, we've been there twice, put it
11 that way. No, we've been there three times
12 since we moved in our house 11 years ago.
13   Q.  To see your son?
14   A.  Right.
15       And when we go there, we spend
16 a month, maybe sometimes two months there.
17   Q.  You like it there?
18   A.  Oh, it's beautiful there.
19   Q.  What kinds of things do you do
20 in South Africa?
21   A.  Sit in the swimming pool, go in
22 the hot tub, go to the beach, go to the
23 mountains to some degree.
24   Q.  When you say "mountains," is

Page 109

1 that climbing --
2   A.  No.
3   Q.  -- or hiking?
4   A.  No, not hiking, no. We just go
5 up in the mountains in a car.
6   Q.  Okay.
7   A.  And they had big huge malls
8 there. And my son loves to go out to clubs
9 and go out to dinner and all those kinds --
10 we have a really good time when we go there.
11   Q.  So do you go to clubs with him?
12   A.  Yeah, to a degree.
13   Q.  So like dancing?
14   A.  No, not really much dancing,
15 but he loves to dance. He used to be a
16 professional dancer so he loves to dance.
17       But everything we do there is
18 pretty much at my son's expense. He even
19 pays for the trip there and back, which is
20 about $4,000, so we enjoy doing that.
21       And then my husband has a
22 sister and brother that live in California,
23 one in Los Angeles area and one in
24 Sacramento, and we go there sometimes to see

Page 110

1  them.
2      Q.   And are you --
3      A.   And then --
4      Q.   Go ahead.
5      A.   And then he's from Sioux Falls,
6  South Dakota so we do go there.  That's where
7  my sister-in-law -- his -- his sister-in-law
8  and brother live, and we go there and see
9  them.
10     Q.   Okay.  And are you pretty much
11 a self-sufficient traveler, meaning you pack
12 your bags, you take your luggage, or does
13 your husband help you with that?
14     A.   Oh, my husband does all the
15 heavy -- the luggage and all that kind of
16 stuff.
17     Q.   Okay.
18     A.   And we travel by car when we go
19 to South Dakota, and we also traveled by car
20 when we went to Montana, but the other trips
21 we make, of course, in a plane.
22     Q.   Okay.
23     A.   And it has gotten a little more
24 difficult for me to go to South Africa, too,

Page 111

1  which is aggravating, because it takes
2  24 hours to get to South Africa.
3           And I actually had been there a
4  couple of times before Brian and I married so
5  I've been there about five times.  But I
6  gotta say, the last two times that we've gone
7  have been really rough for me.
8      Q.   When did you go?
9      A.   We went two years ago, and then
10 we went -- about three years before that we
11 went.  And the trip is getting more -- it's
12 harder for me.
13     Q.   Harder in what way?
14     A.   Well, for one thing, if I start
15 bleeding, and for another thing, the leg
16 circulation, my lower half of my body, the
17 circulation.  Because you're sitting in a
18 plane for 24 hours.
19     Q.   So you went -- if I have it
20 correctly, you went there in 2013 --
21     A.   About that.
22     Q.   -- and also in 2010
23 approximately?
24     A.   Approximately then.

Page 112

1      Q.   And do you go at a particular
2  time of the year?
3      A.   We go in the wintertime.
4      Q.   Because it's summer there?
5      A.   It's summer there.
6      Q.   Okay.  And have there -- so did
7  you have sort of an every-three-years kind of
8  approach to South Africa?
9      A.   Well, no.  Took my -- it took
10 me five years to get my husband to go there
11 in the first place, because he had been in
12 the service, and he didn't really want to go
13 out of his country anymore because he had
14 been in bad situations.
15          And then when he went there and
16 we spent two months there, he never stopped
17 talking about it when we came back because it
18 was so wonderful there.
19          And then we -- like I said,
20 then we went two years again, then we went
21 again.
22     Q.   So would next year would be the
23 next year you would go?
24     A.   Possibly.

Page 113

1      Q.   Okay.
2      A.   Next year or the year after.
3      Q.   And are you -- is that sort of
4  on your list?
5      A.   Well, yes and no.
6           Like I said, the trip's
7  becoming very difficult for me so I'm
8  thinking that my son's going to have to come
9  up with a better place on the airplane like
10 a -- what do you call that?
11     Q.   Like a first class ticket?
12     A.   First class ticket, right, for
13 me to go again.  Which I'm sure he will.
14     Q.   You want one of the pods?
15     A.   I'm sure he will do that.  But
16 I think that's what I'm going to have next
17 time, is first class.
18     Q.   All right.  So you started to
19 tell me a little bit about the problems that
20 you're having currently.
21          One is you say you get
22 fatigued; is that right?
23     A.   Yeah.
24     Q.   And tell me when that happens.

29 (Pages 110 to 113)