EXHIBIT F

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE I CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## AFFIDAVIT OF MELVYN ANHALT, M.D.

I, Melvyn Anhalt, M.D., declare as follows pursuant to 28 U.S.C. § 1746:

1.

I am a resident of the State of Texas. I am a board-certified urologist who has been practicing for more than 45 years. I suffer from no impairment or disability affecting my ability to give a truthful declaration. I have personal knowledge of the facts stated herein and know them to be true.

2.

On February 24, 2016, I performed a medical examination of Ms. Cherise Springer at my office in Houston, Texas.

3.

I have been advised of the claims Ms. Springer has asserted with respect to my examination of her. Her claims are factually inaccurate and misleading.

4.

Ms. Springer's husband was present for the entire examination, including the history/interview portion of the exam. I was agreeable to allowing him to be present. My nurse, Ms. Danielle Word, was also present for the entire examination, which is my custom.

5.

From the outset of the examination, Ms. Springer was hostile and disagreeable. It was almost like she was intentionally trying to create a hostile environment. However, I was not combative, argumentative, or inappropriate towards her in any way. I did not impede in any way when she said she wanted to contact her attorney after initially refusing to allow me to conduct an external bladder ultrasound. Her attorney ultimately instructed her that she needed to allow us to do the ultrasound.

6.

I also did not suspend the examination when Ms. Springer's husband participated in the history/interview portion of the examination.

7.

I have performed thousands of pelvic examinations during my career and my examination of Ms. Springer was not rough or inappropriate. Ms. Springer's allegations are offensive to me as I take pride in being a kind and compassionate physician, and treating all individuals with respect and care.

8.

Ms. Springer's allegation that I spent a lot of time examining her exterior genitalia area is false.

9.

I did not argue with Ms. Springer when she disagreed with certain things that were reflected in her medical records.

10.

To show how baseless these accusations are, it should be noted that I examined another litigant on the same day, Ms. Melissa Clayton. Ms. Clayton did not express any criticisms of my examination to my knowledge. In fact, she asked one of my staff members if she could return to see me again in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Wednesday, March 9, 2016, in Houston, Texas.

_____
MELVYN ANHALT, M.D.