IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 1907], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-E, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-E.

ENTER: March 10, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ANDRUS WAGSTAFF**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-cv-17727 | Sandra Bilbrough v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – MOTLEY RICE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-06516 | Sherri Wilford, Randy Wilford v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc |

**EXHIBIT C – WHITEHEAD LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-08957 | Margaret DeLong v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – DOYLE LOWTHER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04794 | Georgine Powers, James Powers v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E – JOHNSON BECKER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04590 | Constance Caddell v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson, and American Medical Systems, Inc. |
| 2:13-cv-25095 | Julie Spurgeon, Clayton Barnett v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson, American Medical Systems, Inc. |