# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –204)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 1,732 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 11, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

**SCHEDULE CTO−204 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| OHIO NORTHERN | | | |
| OHN | 5 | 16−00374 | Geopfert v. Ethicon, Inc. et al |



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
03/11/2016 07:47 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 3/11/2016 at 7:46 AM EST and filed on 3/11/2016

**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-204) Finalized on 3/11/16. Please see pleading ([2269] in MDL No. 2327, 3 in OHN/5:16-cv-00374).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/11/2016.**

**Associated Cases: MDL No. 2327, OHN/5:16-cv-00374 (TB)**

**Case Name:**        Geopfert v. Ethicon, Inc. et al
**Case Number:**      OHN/5:16-cv-00374
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-204) Finalized on 3/11/16. Please see pleading ( [2269] in MDL No. 2327, 3 in OHN/5:16-cv-00374).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/11/2016.**

**Associated Cases: MDL No. 2327, OHN/5:16-cv-00374 (TB)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF
to:
JPMLCMDECF
03/11/2016 07:52 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 03/11/2016 at 07:39:03 AM EST and filed on 03/11/2016
**Case Name:**           IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**         MDL No. 2327
**Filer:**
**Document Number:** 2269

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-204) - 1 action(s)** *re: pldg. ([2260] in MDL No. 2327, 1 in OHN/5:16-cv-00374)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/11/2016.**

**Associated Cases: MDL No. 2327, OHN/5:16-cv-00374 (TB)**

**Case Name:**           Geopfert v. Ethicon, Inc. et al
**Case Number:**         OHN/5:16-cv-00374
**Filer:**
**Document Number:** 3

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-204) - 1 action(s)** *re: pldg. ([2260] in MDL No. 2327, 1 in OHN/5:16-cv-00374)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/11/2016.**

**Associated Cases: MDL No. 2327, OHN/5:16-cv-00374 (TB)**

**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

Carl N. Frankovitch
FRANKOVITCH ANETAKIS COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062

David B. Thomas
THOMAS COMBS & SPANN, PLLC
300 Summers Street
Suite 1380
Charleston, WV 25301-1380

Harry F. Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Marc E. Williams
Nelson Mullins Riley & Scarborough LLP
949 Third Avenue
Suite 200
Huntington, WV 25701

Michael Bonasso
FLAHERTY SENSABAUGH & BONASSO PLLC
200 Capital Street
P.O. Box 3843
Charleston, WV 25338-3843

Michael J Farrell
FARRELL WHITE & LEGG PLLC
914 5th Avenue
P.O. Box 647
Huntington, WV 25772

Paul T. Farrell , Jr
GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL
WinmatsConversion6
419-11th Street
P.O. Box 2389
Huntington, WV 25724

**OHN/5:16-cv-00374 Notice has been electronically mailed to:**

**OHN/5:16-cv-00374 Notice will not be electronically mailed to:**

Ethicon US, LLC
4545 Creek Rd. 3
Blue Ash, OH 45242

Johnson & Johnson Medical, Inc.
2500 Arbrook Blvd.
P.O. Box 90130
Arlington, TX 76004

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Erica M. James
Tucker Ellis - Cleveland
Ste. 1100
950 Main Avenue
Cleveland, OH 44113

Michael D. Demchak
Ste. 206
4450 Belden Village Street, NW
Canton, OH 44718

Michael J. Kahlenberg
Winkhart, Rambacher & Griffin
825 South Main Street
North Canton, OH 44720

Rita A Maimbourg
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113

Stephen P. Griffin , Jr
Winkhart & Rambacher
825 South Main Street
North Canton, OH 44720

Vivianne Whalen Duffrin
Ste. 206
4450 Belden Village Street, NW
Canton, OH 44718

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/11/2016] [FileNumber=637398-0]
[0b5c034e7610a6454ebabdb778c8ed5b4eb76bb32a7bfe3b527aed712b0811220c6e8
71ee5f181340ddb272fa65f165f708dd69a95b3215dc667bbee54098d19]]

*This is a re-generated NEF. Created on 3/11/2016 at 7:52 AM EST*