USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**AT** _____

**V.**                      **CASE NUMBER**

### REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD

Requestor's name: _____

Address: _____

Telephone: _____    Fax: _____

E-mail address: _____

Judicial officer presiding: _____

Proceeding date(s): _____

Proceeding location(s): _____

Proceeding type(s)[1]: _____

Attorney present at hearing *(list all attorneys)*:     Witness called at proceeding *(list all witnesses)*:

Court reporter name/Tape number/Courtflow: _____

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

- ☐ Ordinary transcript (due 30 days from date assigned to court reporter)
- ☐ 14-Day transcript (due 14 days from date assigned to court reporter)
- ☐ Expedited (due 7 days from date assigned to court reporter)
- ☐ Daily
- ☐ Hourly
- ☐ Copy of an audio tape or CD of an electronically recorded proceeding

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein. Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: _____    Date: _____
   *Requestor's Signature or e-Signature*

- ☐ Attorney (Civil or Criminal)
- ☐ CJA Attorney (completed CJA-24 attached)
- ☐ Federal Public Defender
- ☐ Assistant United States Attorney
- ☐ Pro Se Litigant

--------

***FOR OFFICIAL COURT USE ONLY:***

Court reporter assigned: _____

Date assigned: _____

Delivery method:

- ☐ Hold for pickup
- ☐ Mail to above address
- ☐ Mail to: _____
- ☐ Ship overnight:
   via _____ Account no.: _____ Priority: _____