# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Joyce Justus v. Ethicon, Inc., et al.*<br>Case No. 2:12-cv-00956 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DECLARATION

1. My name is Joyce Justus and I am a resident of Black Mountain, North Carolina. I am the Plaintiff in the above-captioned matter. I am 70 years old and have had several pelvic examinations throughout my adulthood.

2. I travelled to Chesapeake, Virginia on February 29, 2016 and was examined by Dr. Rebecca Ryder, the physician selected by Ethicon for a pelvic exam.

3. Upon arrival, Dr. Ryder's staff was unaware of my scheduled defense medical exam (hereinafter "DME"). This caused me to become confused and concerned because I knew this exam had been arranged by the lawyers.

4. Not knowing what else to do, I gave the staff all the paperwork I had in my possession sent to me by my attorneys in an effort to prove that I had an appointment with Dr. Ryder at 8:30 a.m.

5. Dr. Ryder's staff took all of my paperwork and made copies. They returned my originals to me and kept the copies.

6. I never told Dr. Ryder's staff that I was supposed to give them paperwork sent to

me by my attorneys for them to copy and review. I only did this because they had no knowledge of the scheduled exam.

7. I was told that Dr. Ryder was not in the office and was not expected until later in the afternoon.

8. I informed Dr. Ryder's staff that I was not willing to wait until later in the afternoon as I had a scheduled 8:30 a.m. exam.

9. At some point soon thereafter, it seems that Dr. Ryder's staff received some sort of documentation and then advised me that the doctor would see me.

10. I was taken back to the exam room at approximately 8:40 a.m.

11. At approximately 9:00 a.m., Dr. Ryder entered the room to begin the exam.

12. The visit and examination with Dr. Ryder took approximately 30 to 35 minutes.

13. The exam was very painful in comparison to other pelvic exams I have undergone in the past.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of March, 2016.

_____
Joyce Justus