# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
|---|---|
| This document relates to:<br><br>CHERISE SPRINGER and MARTY SPRINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICON, INC., et al,<br><br>Defendants. | CASE NO.: 2:12-cv-00997 |

## AFFIDAVIT

STATE OF LOUISIANA )
) ss.
~~COUNTY~~ OF St. Tammany Parish )

Comes now your affiant, and for her affidavit, states:

1. My name is Cherise Springer and I am a resident of Covington, Louisiana. I am the Plaintiff in the above-captioned matter. I am 48 years old and have had several pelvic examinations by multiple physicians throughout my adulthood.

2. I travelled to Houston, Texas on February 24, 2016 and was examined by Dr. Melvyn Anhalt, the physician selected by Ethicon for a pelvic exam.

3. The visit including the ultrasound and examination with Dr. Anhalt took approximately thirty minutes.

4. The exam itself was unlike any pelvic exam I had ever experienced previously as a result of the following:

1

a. The exam was one of the most painful I have ever experienced before;

b. Dr. Anhalt was the only physician I have ever seen who examined the exterior of my genitalia in the manner in which he did;

c. The exam itself was very rough and the doctor keep trying to palpate tissue very deep in my vagina;

d. Dr. Anhalt took a very long time to find an area of sensitivity. Every other doctor has been able to palpate it instantly. It felt as if he was intentionally trying to avoid the area.

5. Dr. Anhalt demeanor was combative and argumentative during the visit. He became upset when I told him I was not doing an ultrasound and brought a copy of the PTO into the room out and told me that he was "the innocent party in all of this."

6. He argued with me about my history of bladder infections and claimed that I had a chronic history of bladder infections when I only had two prior to implant.

FURTHER affiant saith not.

_____
Cherise Springer

SUBSCRIBED AND SWORN TO before me, a notary public, this 7th day of March, 2016.

My commission expires:

at death

_____
Notary Public   #003784

2