# EXHIBIT 3

## 28 SC §1746 DECLARATION OF MONICA FREITAS

1. I, Monica Freitas, am the Plaintiff in Monica Freitas v. Ethicon, Inc., et al., 2:12-cv-01146. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2. I am a citizen of the United States of America and am 42 years old.

3. I have personal knowledge of all the facts and circumstances described herein below in this declaration and will testify in open court to all the same.

4. On February 23, 2016, I travelled from Ontario, California to Denver Colorado to be examined by defense expert Dr. Brian Flynn.

5. I arrived to the exam at 13111 E. Briarwood Avenue Ste. 105, Centennial CO on February 24, 2016, at 09:00 am. However, the exam did not start on time.

6. Prior to the exam, I told Dr. Flynn that I was scared to have vaginal exams because I have so much cramping and pain in that area. I told him it even hurt to have intercourse.

7. I removed my clothing from the waist down and covered myself with a sheet. A Caucasian nurse with brown hair, approximately 30 years old was in the room as well. I placed my feet in the stirrups and moved my body to the end of the table. I saw Dr. Flynn grab a speculum from the table but I couldn't see anything else due to the sheet across my knees. He did not tell me what he was doing or what he was about to do before he began touching me.

8. I began to feel a sharp pain move across my vaginal wall and told him it hurt. He did not stop and did not say anything. I then felt an extremely sharp pain as if someone was stabbing me with a knife and I could not control my next reaction. I pushed myself against the top of the bed and held my knees and screamed, "why, why, why, why!" I began to sob and could not breathe.

9. I said, "Do other women need to do this?" and I said, "What is it." and "Where Is It?" and he said, "It's the mesh and if you don't let me finish the exam, I will have to submit this as incomplete."

10. I could not stop crying and he did not say anything. He just stared at me. The nurse said, "you can hold my hand if you want too." Dr. Flynn told her that would not be a good idea because I might hurt her because I was a corrections officer and laughed.

11. Although I was sobbing and could not breathe like a child, I moved back down to the end of the table to continue the exam. He said he was going to use a smaller speculum and placed something inside my vagina and asked me to push like I was giving birth and cough.

12. The exam ended after that. Dr. Flynn told me to get dressed and he would be back in a couple of minutes. He told me I might see blood because of my period. I told him I was not on my period. He came back very quickly, as I was pulling my pants up and said he had to hurry because his next appointment was there and he left the room.

13. Nobody spoke to me after that. I went to the bathroom to clean myself up and saw I had blood coming out of my vagina, but I was not on my period. It was heavy and I placed a tampon in my vagina and a couple of panty liners which I always carry with me.

14. A shuttle picked me up at 11am at the medical center and I was having extreme pain and cramping. I felt a stabbing pain near my bladder. It felt like an extremely bad bladder infection. I took Motrin and tried to sleep on the plane, but nothing helped the pain. I took pictures of the blood on the tampon and on the toilet paper while at the Denver airport.

15. I landed at the Ontario airport at 6:15 pm on 2/24/16 and went to the urgent care at 7:31 pm seeking relief for the pain. I was examined by Dr. James Brown at the Mountain View Urgent Care at 8250 White Oak Avenue, Ste. 106, in the city of Rancho Cucamonga, CA. He prescribed me a muscle relaxer, cyclobenzaprine and 800 mg Ibuprofen.

16. On 2/25/16, I went to work 1 but was still cramping and had new symptoms of dizziness and nausea. I took my daughter to her basketball practice at our church at 6:00 pm and at 6:45 pm, I became so dizzy and short of breath, I passed out and paramedics were called to transport me to San Antonia Medical Hospital. My vitals were taken in the ambulance and they were fine. After I rested in the emergency room, I asked to be discharged and would follow up with my primary physician. I left the hospital at 8:40 pm.

17. The bleeding lasted until 2/27/16 and I had increased vaginal discharge. The pain from the exam also lasted until 2/27/16. I am still in shock at what happened with Dr. Flynn and I don't know what to do. I am just trying to recover and move on the best I can.

18. I declare and affirm under penalty of perjury under the laws of the United States of American that the foregoing statements of fact and descriptions of circumstances and events are true and correct.

Signed and executed on this 7th day of March, 2016.

*[signature]*
Monica Freitas

| | | | |
|---|---|---|---|
| Mountain View Urgent Care at Rancho Cucamonga<br>8250 White Oak Ave #106<br>Rancho Cucamonga, CA 91730<br>Phone: 909-361-6090 Fax: 909-989-8759<br>MountainViewUrgentCareRC@gmail.com | Name: Freitas, Monica<br>Acct #:<br>Visit Date: 02/24/2016 19:31<br>Treating Provider: James R Brown MD<br>Patient's PMD: TA | DOB:<br>MR #:<br>Bed #: | Sex: F<br>AGE: 42 |

You were seen today by: James R Brown MD

**Primary Diagnosis:**
**Pansinusitis + Vaginal Foreign Body + Vaginal Bleeding - Etiology ? +**

Our doctors and staff appreciate your choosing us for your medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions about your medical problem.

For follow-up care you should see your doctor or return here as needed or as advised. When you see your doctor, bring your medicines and instructions to the office. If you had x-rays, an EKG, or lab tests today, they have been reviewed by your doctor. We will contact you at once if other important findings are noted after further review by our staff. If you do not continue to improve or if your condition worsens, please call your doctor or the emergency room right away. Your physician may have access to your medical record of today's visit by contacting us at the above number.

   SPECIAL INSTRUCTIONS FROM YOUR PROVIDER:

Please make an appointment for a follow-up visit with your own physician in 5 days.  (02/29/2016)

YOU WERE ALSO PRESCRIBED THE FOLLOWING MEDICATIONS:
02/24/2016 - Medrol (Pak) 4 mg tablets,dose pack   As directed by mouth Take as directed Refills: 0   Dispense: (1 Pack(s))
02/24/2016 - IBUPROFEN 800 MG TABLET   One TABLET by mouth Q 8 hrs PRN moderate to severe pain Refills: 0   Dispense: (30 Tablet(s))
02/24/2016 - cyclobenzaprine 10 mg tablet   One by mouth Q 12 hrs PRN cramps, muscle spasms Refills: 0   Dispense: (20 Tablet(s))

Instructions provided:
1) Pain Relief Preoperatively and Postoperatively
2) Sinusitis, Easy-to-Read
3) Vaginal Foreign Body, Easy-to-Read

Patient Name: Freitas, Monica

## Patient Condition

**Chief Complaint:** Near syncapol X Minutes
**Secondary Complaint:**
**Alcohol/Drug Use:** Patient Denies Alcohol/Drug Use

| Primary Symptom | Other Associated Symptoms |
|---|---|
| Dizziness | |

### Patient Vitals

| Time | B/P | Pulse | Rhythm | Resp. | Effort | SpO2 | SpO2 Qual. | EtCO2 | GCS | Pain | Stroke Scl | PTA | B.G. | RTS | Limb | Patient Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19:28 | 134/91 | 79 | RR | 20 | Normal | 100 | Rm. Air | | 15 | 0 | mLAPSS Negative | | 96 | 12 | Left Arm | Semi-Fowlers |
| 19:43 | 142/86 | 75 | RR | 18 | Normal | 99 | Rm. Air | | 15 | 0 | mLAPSS Negative | | | 12 | Left Arm | Semi-Fowlers |

### ECG Monitor

| Time | ECG Type | ECG Lead | ECG Interpretation | ECG Ectopy | Cause For Change |
|---|---|---|---|---|---|

### Procedures and Treatments

| Time | Crew | Name | Location | Size of Equipment | Attempts | Response | Success | Comments |
|---|---|---|---|---|---|---|---|---|

### Medication Administered

| Time | Crew | Medication | Route | Dosage | Response | PTA | Comments |
|---|---|---|---|---|---|---|---|

### Injury Details

### Patient Transport/Positioning

| Patient Moved To Ambulance | Patient's Position In Transport | Patient Moved From Ambulance |
|---|---|---|
| Stretcher | Semi-Fowlers | Stretcher |

### Call Type and Location

**Call Type:** Unconscious/Fainting
**Resp. Mode:** Lights and Sirens
**Urgency:**
**Response:** 911 Response
**Location:** Other Location
**Address:** 5354 HAVEN AVE North Cucamonga, San Bernardino, CA 91730

### Call Disposition

**Disposition:** Treated, Transported by EMS (ALS)
**Resp. Mode:** No Lights or Sirens
**Destination:** SAN ANTONIO REGIONAL HOSPITAL, 999 San Bernardino Road, UPLAND, CA 91786
**Dest. Determ.:** Patient Choice
**Diverted From:**
**Base Hospital:**
**Response Delay:** Other
**Scene Delay:** None
**Transport Delay:** None

### Response Times and Mileage

| | | |
|---|---|---|
| 1st Resp. Arr.: | 19:15 | |
| PSAP: | 19:06 | Incident #: 1893552 |
| Disp.: | 19:06 | Call Sign: 1133 |
| Notified: | | |
| Unit Disp.: | 19:10 | Veh. #: 1133 |
| Enroute: | 19:10 | Start Miles: 0.0 |
| At Scene: | 19:16 | Scene Miles: 0.0 — To Scene: 0.0 |
| At Patient: | 19:17 | |
| Depart: | 19:31 | |
| Arrive Dest: | 19:47 | Dest. Miles: 7.4 — To Dest: 7.4 |
| In Service: | 20:54 | |
| In Quarters: | | End Miles: 7.4 — To End: 0.0 |
| Cancelled: | | |

### Transfer of Patient Care

Patient Name: Freitas, Monica

# Prehospital Care Report

**AMR-Rancho Cucamonga**
7925 Center Ave
Rancho Cucamonga, CA 91730

Incident Date: 02/25/2016
Call #: 4893552
Patient Care #: [redacted]

## Patient Information

**Name:** Freitas, Monica
**Address:** [redacted]
HESPERIA, SAN BERNARDINO, CA 92345
**Age:** 42 Years
**Gender:** Female
**Weight:** 75.000 KG / 165.35 LB
**Phone:**
**D.O.B:** (mm/dd/yyyy) [redacted]
**SSN:** [redacted]
**Race:** White
**Ethnicity:** Not Hispanic or Latino

## Provider Impression

**Primary Impression:** General Malaise
**Secondary Impression:**

## Narrative

**Summary of Events**

AOS to find pt lying supine on a couch, A/O x 4, in a mild to moderate amount of emotional distress. ME 175 arrived on scene first and completed the initial assessment. Pt was complaining of dizziness. Pt stated she suddenly felt dizzy while sitting in a chair and stated she felt like she was going to pass out. Family was able to assist her onto the couch. Family stated she never passed out. Pt seemed very anxious and was unable to keep focus on the initial assessment questions. ME 175 completed the initial assessment with no significant findings. Pt was loaded into the ambulance. SACH was contacted and pt was cleared for their facility with BLS orders. Upon arrival to SACH pt care was transferred to ER staff without incident after a bed delay.

## Prior Aid

| Prior Aid | Performed By | Outcome |
|---|---|---|
| None, | EMS Provider | Unchanged |

## Past Medical History

| MEDICATION ALLERGIES | Generic Name | Description |
|---|---|---|
| NKDA (No Known Drug Allergies) | NKDA (No Known Drug Allergies) | NKDA (No Known Drug Allergies) |

| Environmental/Food Allergies | Description |
|---|---|
| Not Known | |

| Patient Medications | Generic Name | Dosage |
|---|---|---|
| Concerta | methylphenidate (stimulant) | |
| Xanax | alprazolam (anxiety) | |

**Medical Surgery History**
Other, Psychological/Behavioral - Anxiety Disorder (Panic Attacks)

| History Primarily Obtained From | Pregnancy | Advanced Directives | Practitioner Name |
|---|---|---|---|
| Patient | No | | |

## Assessment Exam

20:45 **Mental Status:** Normal Mental Status for Patient, Oriented-Person, Oriented-Place, Oriented-Time, Oriented-Events, ; **Neuro:** Normal, Speech Normal, ; **Skin:** Warm, Capillary Nail Bed Refill less than 2 Seconds, Color - Normal, ;

# Prehospital Care Report

**AMR-Rancho Cucamonga**
7925 Center Ave
Rancho Cucamonga, CA 91730

Incident Date: 02/25/2016
Call #: 4893552
Patient Care #: [redacted]

## Patient Information

**Name:** Freitas, Monica
**Address:** [redacted]
HESPERIA, SAN BERNARDINO, CA 92345
**Age:** 42 Years
**Gender:** Female
**Weight:** 75.000 KG / 165.35 LB
**Phone:**
**D.O.B:** [redacted]
**SSN:** [redacted]
**Race:** White
**Ethnicity:** Not Hispanic or Latino

## Provider Impression

**Primary Impression:** General Malaise
**Secondary Impression:**

## Narrative

**Summary of Events**

AOS to find pt lying supine on a couch, A/O x 4, in a mild to moderate amount of emotional distress. ME 175 arrived on scene first and completed the initial assessment. Pt was complaining of dizziness. Pt stated she suddenly felt dizzy while sitting in a chair and stated she felt like she was going to pass out. Family was able to assist her onto the couch. Family stated she never passed out. Pt seemed very anxious and was unable to keep focus on the initial assessment questions. ME 175 completed the initial assessment with no significant findings. Pt was loaded into the ambulance. SACH was contacted and pt was cleared for their facility with BLS orders. Upon arrival to SACH pt care was transferred to ER staff without incident after a bed delay.

## Prior Aid

| Prior Aid | Performed By | Outcome |
|---|---|---|
| None, | EMS Provider | Unchanged |

## Past Medical History

| MEDICATION ALLERGIES | Generic Name | Description |
|---|---|---|
| NKDA (No Known Drug Allergies) | NKDA (No Known Drug Allergies) | NKDA (No Known Drug Allergies) |

| Environmental/Food Allergies | Description |
|---|---|
| Not Known | |

| Patient Medications | Generic Name | Dosage |
|---|---|---|
| Concerta | methylphenidate (stimulant) | |
| Xanax | alprazolam (anxiety) | |

**Medical Surgery History**
Other, Psychological/Behavioral - Anxiety Disorder (Panic Attacks)

| History Primarily Obtained From | Pregnancy | Advanced Directives | Practitioner Name |
|---|---|---|---|
| Patient | No | | |

## Assessment Exam

20:45   **Mental Status:** Normal Mental Status for Patient, Oriented-Person, Oriented-Place, Oriented-Time, Oriented-Events, ; **Neuro:** Normal, Speech Normal, ; **Skin:** Warm, Capillary Nail Bed Refill less than 2 Seconds, Color - Normal, ;