# EXHIBIT 5

Kimberly Kenton, M.D.

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                   CHARLESTON DIVISION
 3
    IN RE: ETHICON, INC.,      )
 4  PELVIC REPAIR SYSTEM       )
    PRODUCTS LIABILITY         )   Master File No.
 5  LITIGATION                 )   2:12-MD-02327
                               )      MDL 2327
 6                             )
                               )
 7                             )   JOSEPH R. GOODWIN
                               )   U.S. DISTRICT JUDGE
 8  THIS DOCUMENT RELATES TO:  )
    THE CASES LISTED BELOW     )
 9                             )
                               )
10  Mullins, et al. V.         )   2:12-cv-02952
    Ethicon, Inc., et al.      )
11                             )
    Sprout, et al. V.          )   2:12-cv-07924
12  Ethicon, Inc., et al.      )
                               )
13  Iquinto v. Ethicon, Inc.,  )   2:12-cv-09765
    et al.                     )
14                             )
    Daniel, et al. V.          )   2:13-cv-02565
15  Ethicon, Inc., et al.      )
                               )
16  Dillon, et al. V.          )   2:13-cv-02919
    Ethicon, Inc., et al.      )
17                             )
    Webb, et al. V. Ethicon,   )   2:13-cv-04517
18  Inc., et al.               )
                               )
19  Martinez v. Ethicon,       )   2:13-cv-04730
    Inc., et al.               )
20                             )
    McIntyre, et al. V.        )   2:13-cv-07283
21  Ethicon, Inc., et al.      )
22
         VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D.
23            Thursday, February 18, 2016, 5:48 p.m.
24
```

Kimberly Kenton, M.D.

| | | | |
|---|---|---|---|
| 1 | Oxley v. Ethicon, Inc., et al. | ) ) | 2:13-cv-10150 |
| 2 | | ) | |
| 3 | Atkins, et al. V. Ethicon, Inc., et al. | ) ) | 2:13-cv-11022 |
| | | ) | |
| 4 | Garcia v. Ethicon, Inc., et al. | ) ) | 2:13-cv-14355 |
| 5 | | ) | |
| 6 | Lowe v. Ethicon, Inc., et al. | ) ) | 2:13-cv-14718 |
| | | ) | |
| 7 | Dameron, et al. V. Ethicon, Inc., et al. | ) ) | 2:13-cv-14799 |
| 8 | | ) | |
| 9 | Vanbuskir, et al., v. Ethicon, Inc., et al. | ) ) | 2:13-cv-16183 |
| | | ) | |
| 10 | Mullens, et al. V. Ethicon, Inc., et al. | ) ) | 2:13-cv-16564 |
| 11 | | ) | |
| 12 | Shears, et al. V. Ethicon, Inc., et al. | ) ) | 2-13-cv-17012 |
| | | ) | |
| 13 | Javins, et al., v. Ethicon, Inc., et al. | ) ) | 2:13-cv-18479 |
| 14 | | ) | |
| 15 | Barr, et al. V. Ethicon, Inc., et al. | ) ) | 2:13-cv-22606 |
| | | ) | |
| 16 | Lambert v. Ethicon, Inc., et al. | ) ) | 2:13-cv-24393 |
| 17 | | ) | |
| 18 | Cook v. Ethicon, Inc., et al. | ) ) | 2:13-cv-29260 |
| | | ) | |
| 19 | Stevens v. Ethicon, Inc., et al. | ) ) | 2:13-cv-29918 |
| 20 | | ) | |
| 21 | Harmon v. Ethicon, Inc., et al. | ) ) | 2:13-cv-31818 |
| | | ) | |
| 22 | | | |
| 23 | VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D. Thursday, February 18, 2016, 5:48 p.m. | | |
| 24 | | | |

Kimberly Kenton, M.D.

| | | | |
|---|---|---|---|
| 1 | Snodgrass v. Ethicon, Inc., et al. | ) ) ) | 2:13-cv-31881 |
| 2 | | | |
| 3 | Miller v. Ethicon, et al. | ) ) | 2:13-cv-32627 |
| 4 | Matney, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-09195 |
| 5 | | ) | |
| 6 | Jones, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-09517 |
| 7 | Humbert v. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-10640 |
| 8 | | ) | |
| 9 | Gillum, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-12756 |
| 10 | Whisner, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-13023 |
| 11 | | ) | |
| 12 | Tomblin v. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-14664 |
| 13 | Schepleng v. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-16061 |
| 14 | | ) | |
| 15 | Tyler, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-19110 |
| 16 | Kelly, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-22079 |
| 17 | | ) | |
| 18 | Lundell v. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-24911 |
| 19 | Cheshire, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-24999 |
| 20 | | ) | |
| 21 | Burgoyne, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-28620 |
| 22 | Bennett, et al. V. Ethicon, Inc., et al. | ) ) ) | 2:14-cv-29624 |
| 23 | | ) | |

23             VIDEOTAPED DEPOSITION OF KIMBERLY KENTON, Ph.D.
24                Thursday, February 18, 2016, 5:48 p.m.

1

2

3

4   The videotaped deposition of KIMBERLY KENTON, M.D.,

5   called by the Plaintiffs for examination, taken

6   pursuant to the Federal Rules of Civil Procedure of

7   the United States District Courts pertaining to the

8   taking of depositions, taken before CORINNE T.

9   MARUT, C.S.R. No. 84-1968, Registered Professional

10  Reporter and a Certified Shorthand Reporter of the

11  State of Illinois, at the offices of Drinker Biddle

12  & Reath LLP, Suite 3700, 191 North Wacker Drive,

13  Chicago, Illinois, on February 18, 2016, commencing

14  at 5:48 p.m.

15

16

17

18

19

20

21

22

23

24

1          it doesn't classically cause a
2          foreign body response. And the
3          difference between a midurethral
4          sling using a macroporous mesh is
5          that you actually get good tissue
6          ingrowth of those. You don't get
7          tissue ingrowth of a single suture
8          or a splinter or a piece of
9          Mersilene mesh.)
10     THE REPORTER: Do you want me to keep going?
11     MR. SNELL: No, that's the answer to the
12 question.
13 BY MS. FITZPATRICK:
14     Q.    Okay. I'm going to ask you.
15          A TVT device made by Ethicon can cause a
16 foreign body response in a woman, is that correct?
17     A.    Did you say can or cannot?
18     Q.    Can.
19     A.    Yes.
20     Q.    Okay.
21     A.    But I don't think it's classically the
22 reason that women have mesh exposures.
23     Q.    Okay. When a woman comes to you as a
24 patient for treatment of SUI, do you do a pelvic

1  exam?

2  A.  I do.

3  Q.  Okay.  And if that patient in your
4  practice, just a patient now, wants to bring her
5  husband or someone else into the exam room with
6  her, do you allow that to happen?

7  A.  I do.

8  Q.  Have you ever told a patient that she is
9  not allowed to bring someone into the exam room
10 with her while you're doing a pelvic exam?

11 A.  I've never told a woman that she
12 couldn't bring someone with her, no.

13 Q.  And do you perform urodynamic testing?

14 A.  I do.

15 Q.  Do you give informed consent for that
16 procedure?

17 A.  For urodynamics I do.  I don't do it
18 very often anymore, but when I do do it.

19 Q.  Okay.  And do you perform cystoscopies?

20 A.  I do.

21 Q.  And do you give an informed consent for
22 that?

23 A.  I do.

24 Q.  What is informed consent?