# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

_____

THIS DOCUMENT RELATES TO CASES
ON THE EXHIBITS ATTACHED HERETO

### ORDER
(Denying ECF No. 1853 as Moot and Dismissing Defendant
American Medical Systems, Inc. with Prejudice)

      Pending in MDL 2327, 2:12-md-2327 [ECF No. 1853], is a Joint Motion to Dismiss With Prejudice filed by plaintiffs, identified in Exhibits A-C, and American Medical Systems, Inc. ("AMS"). Plaintiffs, on the attached Exhibits A-C, and AMS have now filed an Amended Joint Motion to Dismiss with Prejudice seeking dismissal of AMS with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims [ECF No. 1889]. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice [ECF No. 1853] is **DENIED AS MOOT**, and the Amended Joint Motion to Dismiss AMS with Prejudice [ECF No. 1889] is **GRANTED**.

      The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-C.

      ENTER: March 11, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BROWN & CROUPPEN, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10154 | Sharon Heitkamp v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – THE DUDLEY LAW FIRM, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-06671 | Loralyn Warren, Robert Warren v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – KLINE & SPECTER, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-30196 | Rosemary Lopez v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |