Honorable Cheryl A. Eifert
United States Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | 2:12-md-2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | Ethicon, Inc., Pelvic Repair Products Liability Litigation | | |
| Date of Event: | March 11, 2016 | | |
| Court Reporter: | Mary Schweinhagen | | |
| Law Clerk: | Jonathan Trevarthen | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs: Bryan Alystock, Renee Baggett, Fidelma Fitzpatrick, Shaun Keith, Maikalia Kott, Andrew Woellner, Mason Boling, Kimberly Wilson White<br>Counsel for Defendant: Anita Modak-Truran, Ben Watson | | |
| Type of Event: | Telephonic Motion Hearing re: ECF No. 1912 | | |
| Time Spent in Court: | 45 Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |