USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or  for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**AT** Charleston

In re Ethicon, Inc., Pelvic Repair System Products
Liability Litigation

**V.**

CASE NUMBER   2:12-md-02327

## REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING
## OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD

Requestor's name: David B. Thomas

Address: Thomas Combs & Spann, PLLC, P.O. Box 3824, Charleston, WV  25338

Telephone: 304.414.1817      Fax: 304.414.1801

E-mail address: rdavis@tcspllc.com

Judicial officer presiding: Judge Cheryl A. Eifert

Proceeding date(s): March 11, 2016

Proceeding location(s): Telephonic Motion Hearing

Proceeding type(s)[1]: Telephonic Motion Hearing

Attorney present at hearing *(list all attorneys)*:

Witness called at proceeding *(list all witnesses)*:

Court reporter name/Tape number/Courtflow: Mary Schweinhagen

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

☐ Ordinary transcript (due 30 days from date assigned to court reporter)

☐ Daily

☐ 14-Day transcript (due 14 days from date assigned to court reporter)

☐ Hourly

☑ Expedited (due 7 days from date assigned to court reporter)

☐ Copy of an audio tape or CD of an electronically recorded proceeding

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

Please email the transcript to Robyn Davis at rdavis@tcspllc.com

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein.  Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: /s/David B. Thomas     Date: March 11, 2016

*Requestor's Signature or e-Signature*

☑ Attorney (Civil or Criminal)     ☐ Assistant United States Attorney

☐ CJA Attorney (completed CJA-24 attached)     ☐ Pro Se Litigant

☐ Federal Public Defender

---

**FOR OFFICIAL COURT USE ONLY:**

Court reporter assigned:

Date assigned:

Delivery method:

☐ Hold for pickup

☐ Mail to above address

☐ Mail to:

☐ Ship overnight:

via            Account no.:            Priority: