FREESE and GOSS

| Case Claim # | Case Name |
|---|---|
| 13-cv-00951 | HOGAN, Rebecca vs. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 15-cv-02790 | RODRIGUEZ, Josephine vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, Coloplast Corp. |
| 14-cv-04482 | HENSLEY, Tracy vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-24707 | JOUAN, Mary I. vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-10842 | MCDERMOTT, Carol J. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-27579 | THORNHILL, Suzanne vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |