IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT C.R. BARD, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other defendants remain pending in these actions, and plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorneys for Defendant C.R. Bard, Inc.*

/s/ Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY, P.C.
P. O. Box 832
Athens, GA 30603
(706) 354-4000

*Attorneys for Plaintiffs on Exhibit A*


Dated: March 15, 2016

## EXHIBIT A – BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-05863 | Antoinette R. Spiegelhoff v. Ethicon, Inc., et al. |
| 2:13-cv-07575 | Tina Marie Hurst and Rodney O. Hurst v. Ethicon, Inc., et al. |
| 2:13-cv-28877 | Linda B. Aikens and Roger Aikens v. Ethicon, Inc., et al. |
| 2:14-cv-04793 | Carolyn Mahoney and William Mahoney v. Ethicon, Inc., et al. |
| 2:14-cv-04830 | Ruby G. Sokol v. Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                                            Richard B. North, Jr.
                                            NELSON MULLINS RILEY &
                                            SCARBOROUGH LLP
                                            Atlantic Station, 201 17th Street, NW
                                            Suite 1700
                                            Atlanta, GA  30363
                                            (404) 322-6000