EXHIBIT A

| Plaintiff | Resident Citizenship | State of Implant | Date Filed | Initial Forum | MDL# |
|---|---|---|---|---|---|
| Carter, Bessie Betty Joseph | AK | AK | 10/06/2014 | Philadelphia County Court of Common Pleas | 2:14cv28523 |
| Sellers, Jennifer Nicole Douglas | AL | AL | 11/05/2014 | Philadelphia County Court of Common Pleas | 2:14cv30849 |
| Hammond, Janet Blair Larrigan | CA | CA | 10/16/2014 | Philadelphia County Court of Common Pleas | 2:14cv29158 |
| Metcalf, Debra M. Whitton | CA | CA | 10/07/2014 | Philadelphia County Court of Common Pleas | 2:14cv28533 |
| Schulte, Tamara Joy | CO | CO | 10/07/2014 | Philadelphia County Court of Common Pleas | 2:14cv28515 |
| Witherspoon, Tanya | CO | CO | 11/05/2014 | Philadelphia County Court of Common Pleas | 2:14cv30856 |
| Toliver, Rosemary Milledge | FL | FL | 11/19/2014 | Philadelphia County Court of Common Pleas | 2:15cv00932 |
| Washburn, Valera | FL | FL | 10/11/2014 | Philadelphia County Court of Common Pleas | 2:14cv29096 |
| Lembke, Elizabeth Murphy Roy | IL | IL | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28541 |
| Bell, Melinda J. | IN | IN | 05/07/2015 | Philadelphia County Court of Common Pleas | 2:15cv07670 |
| Jones-Smalley, Merlin T. Jones | IN | IN | 10/13/2014 | Philadelphia County Court of Common Pleas | 2:14cv29101 |
| Manes, Barbara  J. Hibbs | IN | IN | 10/06/2014 | Philadelphia County Court of Common Pleas | 2:14cv28384 |
| McCoy, Joyce Ann Earle Stuchal | KS | KS | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28536 |
| McLaughlin, Shirley | MA | MA | 10/13/2014 | Philadelphia County Court of Common Pleas | 2:14cv29126 |
| Darga, Jessica L. Bergeron | MI | MI | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28511 |
| Wheeler, Geraldine R. | MN | MN | 10/13/2014 | Philadelphia County Court of Common Pleas | 2:14cv29089 |

| | | | | | |
|---|---|---|---|---|---|
| Hoernis, Kelly | IL | MO | 04/02/2014 | Philadelphia County Court of Common Pleas | 2:14cv17183 |
| Pearson, Kristine Talbott | MO | MO | 10/13/2014 | Philadelphia County Court of Common Pleas | 2:14cv29129 |
| Acuff, Barbara E. Nevels | MS | MS | 10/14/2014 | Philadelphia County Court of Common Pleas | 2:14cv29175 |
| Staigmiller, Marlene J. Leiva | MT | MT | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28539 |
| Wallin, Patricia Elizabeth Peek | NC | NC | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv29136 |
| Baca, Deborah Saavedra | NM | NM | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28542 |
| Jacobson, Naomi | FL | NY | 10/07/2014 | Philadelphia County Court of Common Pleas | 2:14cv29128 |
| Gerbino, Laurie | NY | NY | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28538 |
| Teneyck, Terri Loquasto | NY | NY | 10/08/2014 | Philadelphia County Court of Common Pleas | 2:14cv28546 |
| Harhart, Linda L. Acevedo | PA | NY | 10/15/2014 | Philadelphia County Court of Common Pleas | 2:14cv29124 |
| Dombroski, Cheryl Wilcox | OH | OH | 11/05/2014 | Philadelphia County Court of Common Pleas | 2:14cv30883 |
| Perez-Lauzon-Suarez, Alisha | OH | OH | 10/13/2014 | Philadelphia County Court of Common Pleas | 2:14cv29091 |
| Talkington, Rebecca Wilson | WV | OH | 11/18/2014 | Philadelphia County Court of Common Pleas | 2:15cv01033 |
| Adams, Angela Dawn | OK | OK | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28547 |
| Bagner, Mable | PA | PA | 11/19/2014 | Philadelphia County Court of Common Pleas | 2:15cv00930 |
| Brough, Kimberly R. | PA | PA | 11/19/2014 | Philadelphia County Court of Common Pleas | 2:15cv00905 |
| Chester, Susie Lane, deceased | PA | PA | 10/08/2014 | Philadelphia County Court of Common Pleas | 2:14cv28544 |
| Gallagher, Michell L. Leoni | PA | PA | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28368 |

2

| Group, Barbara W. Hale | PA | PA | 10/08/2014 | Philadelphia County Court of Common Pleas | 2:14cv28540 |
| Inners, Connie Jo | PA | PA | 06/05/2014 | Philadelphia County Court of Common Pleas | 2:14cv28346 |
| Kinard, Christine J. | PA | PA | 10/15/2014 | Philadelphia County Court of Common Pleas | 2:14cv29115 |
| Kohn, Anita M. Reale | PA | PA | 10/06/2014 | Philadelphia County Court of Common Pleas | 2:14cv28501 |
| Larnerd, Jean Prouty | PA | PA | 11/18/2014 | Philadelphia County Court of Common Pleas | 2:15cv00933 |
| Lepley, Sharon K. | PA | PA | 10/09/2014 | Philadelphia County Court of Common Pleas | 2:14cv28548 |
| Olavarria, Magdalena | PA | PA | 11/18/2014 | Philadelphia County Court of Common Pleas | 2:15cv00890 |
| Shukowitsh, Jenny | PA | PA | 10/06/2014 | Philadelphia County Court of Common Pleas | 2:14cv28327 |
| Stephens, Vivian | PA | PA | 10/13/2014 | Philadelphia County Court of Common Pleas | 2:14cv29127 |
| Tobin, Teresa Meyers | PA | PA | 10/06/2014 | Philadelphia County Court of Common Pleas | 2:14cv29130 |
| Dunn, Peggy M. Judy | SC | SC | 10/07/2014 | Philadelphia County Court of Common Pleas | 2:14cv29133 |
| Davis, Peggy A. Harris Pace | TX | TN | 10/07/2014 | Philadelphia County Court of Common Pleas | 2:14cv29146 |
| Demontoya, Rose Rodriguez | TX | TX | 10/06/2014 | Philadelphia County Court of Common Pleas | 2:14cv28379 |
| Shannon, Crystal Wernsing | TX | TX | 07/02/2014 | Philadelphia County Court of Common Pleas | 2:14cv29138 |
| Russell, Cynthia Mickelson Quintana | WA | WA | 10/06/2014 | Philadelphia County Court of Common Pleas | 2:14cv28532 |
| Spadafore, Donna Lee Williams | WA | WA | 11/19/2014 | Philadelphia County Court of Common Pleas | 2:15cv00928 |
| Bayer, Carol Schluchebeir | WI | WI | 10/08/2014 | Philadelphia County Court of Common Pleas | 2:14cv28503 |

ButlerSnow\018890\078026\30268280.v1-3/15/16

| Campbell, Joan C. Saloga | WI | WI | 10/07/2014 | Philadelphia County Court of Common Pleas | 2:14cv28490 |
|---|---|---|---|---|---|
| Swanson, Joanne | AK | AK | 01/13/2014 | SD, West Virginia | 2:14cv01380 |
| Barnett, Rhonda | AL | AL | 09/09/2013 | SD, West Virginia | 2:13cv22684 |
| Dozier, Jeanette Roberts | AL | AL | 04/10/2015 | SD, West Virginia | 2:15cv04394 |
| Erwin, Kathryn D. Bing Gillespie | AL | AL | 01/15/2015 | SD, West Virginia | 2:15cv00703 |
| Fountain, Joyce Alicia | AL | AL | 02/27/2013 | SD, West Virginia | 2:13cv03736 |
| Garrett, Melanie | AL | AL | 12/14/2012 | SD, West Virginia | 2:12cv09075 |
| Graham, Deborah | AL | AL | 01/10/2013 | SD, West Virginia | 2:13cv00505 |
| Jones, Sandra | AL | AL | 03/18/2015 | SD, West Virginia | 2:15cv03307 |
| Littrell, Sharron L. | AL | AL | 04/27/2015 | SD, West Virginia | 2:15cv05215 |
| Newton, Mary Sue | AL | AL | 05/13/2013 | SD, West Virginia | 2:13cv11092 |
| Shelnutt, Beverly | AL | AL | 04/05/2013 | SD, West Virginia | 2:13cv07248 |
| Ward, Gloria | AL | AL | 09/14/2015 | SD, West Virginia | 2:15cv13120 |
| Brandon, Veronica | AR | AR | 10/31/2013 | SD, West Virginia | 2:13cv27464 |
| Carter-Corn, Pamela L. | AR | AR | 05/07/2015 | SD, West Virginia | 2:15cv05941 |
| O'Malley, Leann C. Oberto | AZ | AR | 12/11/2013 | SD, West Virginia | 2:13cv31812 |
| Sharp, Rebecca Jeffries Bollarihide | OK | AR | 01/15/2015 | SD, West Virginia | 2:15cv00696 |
| Albertsen, Mona Grace | AZ | AZ | 09/05/2013 | SD, West Virginia | 2:13cv22566 |
| Barnes, Hazel D. Fitzpatrick | AZ | AZ | 09/18/2015 | SD, West Virginia | 2:15cv13306 |
| Fox, Patricia E. Cooper Marszalek | AZ | AZ | 06/02/2015 | SD, West Virginia | 2:15cv07116 |
| Granillo, Monica | AZ | AZ | 03/29/2013 | SD, West Virginia | 2:13cv06575 |

4

| | | | | | |
|---|---|---|---|---|---|
| Jung, Wendy Jo | AZ | AZ | 03/18/2015 | SD, West Virginia | 2:15cv03317 |
| Licano, Sharon Kay Keller Wheeler | AZ | AZ | 04/27/2015 | SD, West Virginia | 2:15cv05199 |
| Benton, Monica | CA | CA | 08/10/2015 | SD, West Virginia | 2:15cv11912 |
| Christie, Rita G. | CA | CA | 03/11/2015 | SD, West Virginia | 2:15cv02880 |
| Clark, Carol | CA | CA | 01/14/2016 | SD, West Virginia | 2:16cv00309 |
| Close, Cynthia | CA | CA | 03/22/2013 | SD, West Virginia | 2:13cv05940 |
| Couder, Judith | CA | CA | 01/09/2013 | SD, West Virginia | 2:13cv00447 |
| Hall, Rhonda Rakestraw | CA | CA | 09/14/2015 | SD, West Virginia | 2:15cv13116 |
| Jens, Frances L. Snoke | CA | CA | 05/05/2015 | SD, West Virginia | 2:15cv05599 |
| Massoudi, Farah Minoui | CA | CA | 09/14/2015 | SD, West Virginia | 2:15cv13111 |
| Nuckolls, Sandra | CA | CA | 12/11/2013 | SD, West Virginia | 2:13cv31817 |
| Pinaroc-Perez, Jeanette C. | CA | CA | 01/10/2013 | SD, West Virginia | 2:13cv00518 |
| Rutledge, Clara Mae Gibson | CA | CA | 06/10/2015 | SD, West Virginia | 2:15cv07519 |
| Smith, Janeen C. | CA | CA | 01/13/2014 | SD, West Virginia | 2:14cv01378 |
| Smith, Tammie | CA | CA | 12/10/2014 | SD, West Virginia | 2:14cv29558 |
| Thompson, Joanna | CA | CA | 01/13/2014 | SD, West Virginia | 2:14cv01382 |
| Wininger, Kathleen | CA | CA | 01/08/2013 | SD, West Virginia | 2:13cv00284 |
| Turney-Mayeaux, Sherry | MT | CA | 05/05/2015 | SD, West Virginia | 2:15cv05598 |
| Caldera, Rosa | CO | CO | 05/08/2013 | SD, West Virginia | 2:13cv10649 |
| Finnie-McGhee, D. Ann | CO | CO | 10/15/2013 | SD, West Virginia | 2:13cv25633 |
| Fowler, Corliss Rozan Hoffman | CO | CO | 08/12/2015 | SD, West Virginia | 2:15cv11996 |

5

| Manczur, Billie J. | CO | CO | 02/01/2013 | SD, West Virginia | 2:13cv01775 |
|---|---|---|---|---|---|
| Mercado, Jennifer L. Almeida Rodriguez | CO | CO | 08/28/2015 | SD, West Virginia | 2:15cv12762 |
| Silva, DeeAnne Weigel | CO | CO | 01/02/2014 | SD, West Virginia | 2:14cv00059 |
| Cannon, Susan Makres | CT | CT | 06/22/2015 | SD, West Virginia | 2:15cv08109 |
| Cleary, Maureen | CT | CT | 08/28/2015 | SD, West Virginia | 2:15cv12759 |
| Linnon, Marlene David Dillon | CT | CT | 09/14/2015 | SD, West Virginia | 2:15cv13125 |
| Danoff, Linda H. McMenamin | MA | CT | 10/05/2015 | SD, West Virginia | 2:15cv13660 |
| Maloney, Elaine Antonucci | NV | CT | 06/02/2015 | SD, West Virginia | 2:15cv07117 |
| Carder, Dolores | DE | DE | 09/09/2013 | SD, West Virginia | 2:13cv22693 |
| Bernard, Elva Grove Bate Ulmer | PA | DE | 02/19/2013 | SD, West Virginia | 2:13cv02932 |
| Bell, Janet L. | FL | FL | 04/10/2015 | SD, West Virginia | 2:15cv04360 |
| Bloomfield, Vera Meekma | FL | FL | 10/10/2013 | SD, West Virginia | 2:13cv25040 |
| Brown, Joan Anderson | FL | FL | 07/30/2015 | SD, West Virginia | 2:15cv11659 |
| Clarkson, Jean A. Cooper | FL | FL | 09/18/2015 | SD, West Virginia | 2:15cv13296 |
| DePatra, Annemarie | FL | FL | 09/09/2013 | SD, West Virginia | 2:13cv22703 |
| Fernandez, Marta | FL | FL | 08/28/2015 | SD, West Virginia | 2:15cv12757 |
| Hoover, Chari Lynn White | FL | FL | 06/02/2015 | SD, West Virginia | 2:15cv07107 |
| Joss, Jeanette Defeo | FL | FL | 07/30/2015 | SD, West Virginia | 2:15cv11658 |
| Megee, Deborah J. | FL | FL | 10/31/2013 | SD, West Virginia | 2:13cv27467 |

ButlerSnow\018890\078026\30268280.v1-3/15/16

| | | | | | |
|---|---|---|---|---|---|
| Minor, Kristen Elizabeth McLaughlin | FL | FL | 03/02/2015 | SD, West Virginia | 2:15cv02394 |
| Moser, Susan L. Kern | FL | FL | 02/05/2016 | SD, West Virginia | 2:16cv01314 |
| Nelson, Erin | FL | FL | 10/02/2013 | SD, West Virginia | 2:13cv24262 |
| Parker, Maxine Edith Rowland | FL | FL | 03/16/2015 | SD, West Virginia | 2:15cv03184 |
| Ruf, Nancy Berashesser | FL | FL | 09/18/2015 | SD, West Virginia | 2:15cv13302 |
| Shriver, Michelyn L. | FL | FL | 02/13/2015 | SD, West Virginia | 2:15cv01766 |
| Sikes, Edna | FL | FL | 02/01/2013 | SD, West Virginia | 2:13cv01795 |
| Smith, Lessie D. | FL | FL | 09/24/2013 | SD, West Virginia | 2:13cv23560 |
| Tunsil, Pearlie Mae Sharpe | FL | FL | 06/02/2015 | SD, West Virginia | 2:15cv07083 |
| Smith, Norma C. Calvert | MT | FL | 12/05/2014 | SD, West Virginia | 2:14cv29428 |
| Moody, Carol Ann Goodman | TN | FL | 09/14/2015 | SD, West Virginia | 2:15cv13110 |
| Capes, Serita | GA | GA | 03/29/2013 | SD, West Virginia | 2:13cv06571 |
| Cessna, Phyllis Encalade | GA | GA | 04/27/2015 | SD, West Virginia | 2:15cv05211 |
| Dill, Mary Elizabeth | GA | GA | 03/18/2015 | SD, West Virginia | 2:15cv03304 |
| Dixon, Rebie Powell Boulineau | GA | GA | 01/15/2015 | SD, West Virginia | 2:15cv00706 |
| Forlines, Catherine Woodward | GA | GA | 09/14/2015 | SD, West Virginia | 2:15cv13119 |
| Goldin, Dorothy | GA | GA | 04/11/2013 | SD, West Virginia | 2:13cv07773 |
| Kirby, Marla Anne | GA | GA | 03/22/2013 | SD, West Virginia | 2:13cv05944 |
| Leder, Barbara | GA | GA | 11/20/2013 | SD, West Virginia | 2:13cv29512 |
| Lee, Myrle Ann | GA | GA | 04/26/2013 | SD, West Virginia | 2:13cv09183 |

ButlerSnow\018890\078026\30268280.v1-3/15/16

| | | | | | |
|---|---|---|---|---|---|
| McMichen, Theresa | GA | GA | 11/26/2013 | SD, West Virginia | 2:13cv30198 |
| Monroe, Ruby Louise | GA | GA | 05/07/2015 | SD, West Virginia | 2:15cv05906 |
| Nave, Brenda Gail Pedigo Kirkpatrick | GA | GA | 03/14/2013 | SD, West Virginia | 2:13cv05127 |
| Nix, Arlene | GA | GA | 03/29/2013 | SD, West Virginia | 2:13cv06574 |
| Owen, Tabitha (Tabatha) Hand | GA | GA | 11/29/2012 | SD, West Virginia | 2:12cv08316 |
| Ross, Laurel Neville | GA | GA | 01/14/2013 | SD, West Virginia | 2:13cv00691 |
| Scott, Cassandra | GA | GA | 11/16/2012 | SD, West Virginia | 2:12cv07846 |
| Shoemaker, Donna Gail Baine | GA | GA | 08/10/2015 | SD, West Virginia | 2:15cv11907 |
| Smith, Clarice | GA | GA | 01/13/2014 | SD, West Virginia | 2:14cv01377 |
| Statham, Mary | GA | GA | 01/14/2013 | SD, West Virginia | 2:13cv00661 |
| Walker, Merel Smith | GA | GA | 01/13/2014 | SD, West Virginia | 2:14cv01385 |
| Searl, Tamara | OH | GA | 01/02/2014 | SD, West Virginia | 2:14cv00064 |
| Duvall, Lisa Marie Marshall Shanz | TN | GA | 04/08/2015 | SD, West Virginia | 2:15cv04277 |
| Campbell, Kristina Bracksick | FL | Germany | 12/05/2013 | SD, West Virginia | 2:13cv31261 |
| Gillespie, Jessica Van De Walker | IA | IA | 04/10/2015 | SD, West Virginia | 2:15cv04404 |
| Leicester, Jennifer L. | NE | IA | 01/18/2013 | SD, West Virginia | 2:13cv01040 |
| Bagsby, Collette Turner | IA | IL | 04/02/2013 | SD, West Virginia | 2:13cv06860 |
| Dillon, Debra | IL | IL | 10/15/2013 | SD, West Virginia | 2:13cv25624 |
| Fisher, Beth | IL | IL | 10/15/2013 | SD, West Virginia | 2:13cv25631 |
| Forquer, Jessica Gamlin Ramey | IL | IL | 03/04/2015 | SD, West Virginia | 2:15cv02487 |

ButlerSnow\018890\078026\30268280.v1-3/15/16

| | | | | | |
|---|---|---|---|---|---|
| Gordon, Linda Backs Nottingham | IL | IL | 05/05/2015 | SD, West Virginia | 2:15cv05600 |
| Hileman, Rena J. | IL | IL | 03/13/2015 | SD, West Virginia | 2:15cv03049 |
| Ivy, Bernice L. Albert | IL | IL | 04/11/2013 | SD, West Virginia | 2:13cv07768 |
| Izguerra, Lilia Valadez Jaber | IL | IL | 09/18/2015 | SD, West Virginia | 2:15cv13289 |
| Johnson, Jill | IL | IL | 11/12/2013 | SD, West Virginia | 2:13cv28793 |
| Lee, Rosia | IL | IL | 11/20/2013 | SD, West Virginia | 2:13cv29514 |
| Martin, Patricia Ann | IL | IL | 11/26/2013 | SD, West Virginia | 2:13cv30197 |
| McDaniel, Vickie L. | IL | IL | 01/23/2013 | SD, West Virginia | 2:13cv01267 |
| Murn, Linda | IL | IL | 09/09/2013 | SD, West Virginia | 2:13cv22697 |
| Nicklas, Donna L. | IL | IL | 01/22/2013 | SD, West Virginia | 2:13cv01241 |
| Poore, Melody L. Watts Evans Fowler | IL | IL | 03/16/2015 | SD, West Virginia | 2:15cv03182 |
| Tarvin, Delores June Auvill Ekiss Pritchett | IL | IL | 04/18/2013 | SD, West Virginia | 2:13cv08271 |
| Vazquez-Nitschneider, Laura | IL | IL | 01/14/2014 | SD, West Virginia | 2:14cv01680 |
| Villagomez, Teresa | IL | IL | 05/07/2015 | SD, West Virginia | 2:15cv05914 |
| Zwolinski, Loretta | IL | IL | 11/29/2012 | SD, West Virginia | 2:12cv08317 |
| Vaughn, Carrie A. | MO | IL | 07/30/2015 | SD, West Virginia | 2:15cv11666 |
| Alpha, Sheila E. Campbell Cole | IN | IN | 06/22/2015 | SD, West Virginia | 2:15cv08107 |
| Anderson, Sharyne Sue Barnes | IN | IN | 08/10/2015 | SD, West Virginia | 2:15cv11910 |
| Auer, Rebecca | IN | IN | 09/09/2013 | SD, West Virginia | 2:13cv22682 |

9

| | | | | | |
|---|---|---|---|---|---|
| Block, Jan Leigh | IN | IN | 01/10/2013 | SD, West Virginia | 2:13cv00495 |
| ElQuesny, Pilar Sasa Ahmad | IN | IN | 09/18/2015 | SD, West Virginia | 2:15cv13288 |
| Haizlip, Barbara R. | IN | IN | 03/18/2015 | SD, West Virginia | 2:15cv03306 |
| Hoy, Lilyan | IN | IN | 06/02/2015 | SD, West Virginia | 2:15cv08089 |
| Rihm, Nancy Jean Caldwell Sharrer | IN | IN | 01/08/2013 | SD, West Virginia | 2:13cv00286 |
| Ross, Janice A. Wagerman | IN | IN | 01/21/2013 | SD, West Virginia | 2:13cv01204 |
| Stone, Lois D. | IN | IN | 08/10/2015 | SD, West Virginia | 2:15cv11911 |
| Wessel, Joyce | KS | KS | 01/13/2014 | SD, West Virginia | 2:14cv01383 |
| Rutherford, Stefanie Lynn | NE | KS | 01/26/2015 | SD, West Virginia | 2:15cv01066 |
| Green, Patricia A. | KY | KY | 10/22/2013 | SD, West Virginia | 2:13cv26358 |
| Grimme, Kathleen Bell | KY | KY | 12/10/2014 | SD, West Virginia | 2:14cv29556 |
| Grubbs, Gloria V. Alexander | KY | KY | 04/08/2015 | SD, West Virginia | 2:15cv04275 |
| Helm, Nancy Louise Basham | KY | KY | 03/13/2015 | SD, West Virginia | 2:15cv03039 |
| Mitchell, Nora F. Puckett | KY | KY | 06/22/2015 | SD, West Virginia | 2:15cv08094 |
| Owens, Barbara | KY | KY | 01/21/2013 | SD, West Virginia | 2:13cv01206 |
| Sharp, Verenda L. | KY | KY | 01/02/2014 | SD, West Virginia | 2:14cv00062 |
| Shoemaker, Doris A. Reeder | KY | KY | 03/13/2015 | SD, West Virginia | 2:15cv03038 |
| Slusher, Veronica | KY | KY | 05/08/2013 | SD, West Virginia | 2:13cv10633 |
| Stinnett, Roann | KY | KY | 03/22/2013 | SD, West Virginia | 2:13cv05938 |
| Wells, Stephanie | KY | KY | 10/10/2012 | SD, West Virginia | 2:12cv06438 |
| Houillon, Jennifer Marie Brigham | LA | LA | 05/03/2013 | SD, West Virginia | 2:13cv10030 |

ButlerSnow\018890\078026\30268280.v1-3/15/16

| | | | | | |
|---|---|---|---|---|---|
| Thibodeaux-Billodeaux, Dana A. | LA | LA | 01/13/2014 | SD, West Virginia | 2:14cv01381 |
| Thomas, Crystal | LA | LA | 01/16/2014 | SD, West Virginia | 2:14cv02536 |
| Weaver, Robin Otto Nopens Baker May Quinn | LA | LA | 01/13/2014 | SD, West Virginia | 2:14cv01384 |
| Williams, Elizabeth | LA | LA | 03/27/2013 | SD, West Virginia | 2:13cv06215 |
| Bailey, Nancy Newsome | MA | MA | 06/02/2015 | SD, West Virginia | 2:15cv07095 |
| Bourque, Marilyn L. | MA | MA | 10/05/2015 | SD, West Virginia | 2:15cv13661 |
| Ferla, Nicola M. Deblasis Ansman | MA | MA | 09/18/2015 | SD, West Virginia | 2:15cv13303 |
| Mongeon, Sheila Johnson | MA | MA | 01/08/2015 | SD, West Virginia | 2:15cv00391 |
| Oliveira, Lervon R. | MA | MA | 12/14/2012 | SD, West Virginia | 2:12cv09062 |
| Sargentelli, Elizabeth | MA | MA | 02/07/2013 | SD, West Virginia | 2:13cv02150 |
| Silvia, Carolann | RI | MA | 01/02/2014 | SD, West Virginia | 2:14cv00058 |
| Pooley, Peggy Robinson | DE | MD | 04/18/2013 | SD, West Virginia | 2:13cv08270 |
| LaRue, Barbara | FL | MD | 12/06/2013 | SD, West Virginia | 2:13cv31335 |
| Cagle, Terrill L. | MD | MD | 02/13/2015 | SD, West Virginia | 2:15cv01768 |
| Castro, Leonor Montenegro | MD | MD | 12/11/2014 | SD, West Virginia | 2:14cv29620 |
| Davis, Mortisha | MD | MD | 11/26/2012 | SD, West Virginia | 2:12cv08076 |
| Rosier, Nancy G. | MD | MD | 11/29/2012 | SD, West Virginia | 2:12cv08323 |
| Sowers, Arnita | MD | MD | 09/24/2013 | SD, West Virginia | 2:13cv23558 |
| Thompson, Regina M. | MD | MD | 12/14/2012 | SD, West Virginia | 2:12cv09074 |
| Boyd, Ginger | OH | MD | 11/29/2012 | SD, West Virginia | 2:12cv08312 |

11

| | | | | | |
|---|---|---|---|---|---|
| Fancil, Lydia S. Pine | IL | ME | 04/10/2015 | SD, West Virginia | 2:15cv04367 |
| Armontrout, Sarah | ME | ME | 12/05/2013 | SD, West Virginia | 2:13cv31257 |
| Goulette, Laurine V. French Lamers | ME | ME | 02/01/2013 | SD, West Virginia | 2:13cv01776 |
| Mullins, Ann Marie | ME | ME | 04/09/2015 | SD, West Virginia | 2:15cv04305 |
| Stevens, Carma J. | ME | ME | 01/21/2013 | SD, West Virginia | 2:13cv01210 |
| Turcotte, Judith M. | ME | ME | 03/27/2013 | SD, West Virginia | 2:13cv06229 |
| Waters, Paula | ME | ME | 05/01/2013 | SD, West Virginia | 2:13cv09712 |
| Belser, Jamie Jaime  All | MI | MI | 03/13/2015 | SD, West Virginia | 2:15cv03032 |
| Blanchard, Sharon A. | MI | MI | 04/10/2015 | SD, West Virginia | 2:15cv04399 |
| Brown, Kenyetta | MI | MI | 09/20/2013 | SD, West Virginia | 2:13cv23270 |
| Chapman, Cheryl Lynn Hopper Humenik | MI | MI | 08/28/2015 | SD, West Virginia | 2:15cv12763 |
| Clemons, Debra | MI | MI | 03/06/2015 | SD, West Virginia | 2:15cv02655 |
| Collings, Erin Nicole Tolsma | MI | MI | 04/27/2015 | SD, West Virginia | 2:15cv05204 |
| Graham, Cynthia | MI | MI | 04/11/2013 | SD, West Virginia | 2:13cv07767 |
| Harris-Smith, Lisa | MI | MI | 12/06/2013 | SD, West Virginia | 2:13cv31329 |
| Hults, Kelli Kathleen Smith | MI | MI | 10/11/2013 | SD, West Virginia | 2:13cv25262 |
| Lawson, Elaine | MI | MI | 09/20/2013 | SD, West Virginia | 2:13cv23274 |
| Miller, Deborah Ann Sicotte | MI | MI | 06/26/2015 | SD, West Virginia | 2:15cv08553 |
| Rodriguez, Linda | MI | MI | 09/20/2013 | SD, West Virginia | 2:13cv23267 |
| Seabolt, Gloria Kimball | MI | MI | 02/28/2013 | SD, West Virginia | 2:13cv03807 |
| Smith, Teresa | MI | MI | 09/11/2012 | SD, West Virginia | 2:12cv05305 |
| Douvier, Laura L. | MN | MN | 05/05/2015 | SD, West Virginia | 2:15cv05608 |

| | | | | | |
|---|---|---|---|---|---|
| Leith, Sherrie | MN | MN | 11/26/2012 | SD, West Virginia | 2:12cv08079 |
| Harris, Deborah H. Harmann | AZ | MO | 10/05/2015 | SD, West Virginia | 2:15cv13664 |
| Graddy, Shawna | FL | MO | 01/14/2013 | SD, West Virginia | 2:13cv00693 |
| Abt, Angela L. Huck | MO | MO | 04/10/2015 | SD, West Virginia | 2:15cv04375 |
| Austin, Dana Lynn | MO | MO | 09/09/2013 | SD, West Virginia | 2:13cv22683 |
| Brown, Charlotte M. Kelly | MO | MO | 05/06/2015 | SD, West Virginia | 2:15cv05837 |
| Eads, Danitta L. Lewis Moore Hodges McCoy Pearson | MO | MO | 02/22/2013 | SD, West Virginia | 2:13cv03284 |
| Hall, Linda Louise | MO | MO | 02/19/2013 | SD, West Virginia | 2:13cv02931 |
| Seely, Joyce J. Barnett Campbell | MO | MO | 02/22/2013 | SD, West Virginia | 2:13cv03281 |
| Thompson, Cynthia Sue | MO | MO | 05/08/2013 | SD, West Virginia | 2:13cv10656 |
| Tucker, Tanzy M. Creasy | MO | MO | 05/05/2015 | SD, West Virginia | 2:15cv05591 |
| Carter, Betty | AL | MS | 03/11/2015 | SD, West Virginia | 2:15cv02877 |
| Campbell, Candy | MS | MS | 04/18/2013 | SD, West Virginia | 2:13cv08262 |
| Elliott, Michlene M. | MS | MS | 04/26/2013 | SD, West Virginia | 2:13cv09178 |
| Howell, Jeanie C. | MS | MS | 11/05/2013 | SD, West Virginia | 2:13cv28083 |
| Jones, Hilda M. | MS | MS | 04/05/2013 | SD, West Virginia | 2:13cv07246 |
| Scott, Patti Williams | MS | MS | 06/02/2015 | SD, West Virginia | 2:15cv07113 |
| Tillman, Sebrena A. Catchings | MS | MS | 06/26/2015 | SD, West Virginia | 2:15cv08547 |
| Ferda, Cheryl Ann Cebedo Stevens | MT | MT | 08/28/2015 | SD, West Virginia | 2:15cv12758 |
| Hall, Lisa G. | MT | MT | 02/22/2013 | SD, West Virginia | 2:13cv03277 |

13

| | | | | | |
|---|---|---|---|---|---|
| Roundine, Laura Vielle | MT | MT | 12/27/2013 | SD, West Virginia | 2:13cv33420 |
| Brindle, Sherry Messer | NC | NC | 05/07/2015 | SD, West Virginia | 2:15cv05939 |
| Griffin, Karen | NC | NC | 11/29/2012 | SD, West Virginia | 2:12cv08313 |
| Meffert, Debbie Ann Dudley Brown | NC | NC | 06/22/2015 | SD, West Virginia | 2:15cv08098 |
| Nash, Marianne Brooks | NC | NC | 07/17/2015 | SD, West Virginia | 2:15cv11332 |
| Nguyen, Thuy Kim | NC | NC | 12/05/2013 | SD, West Virginia | 2:13cv31263 |
| Regino, Lisa Faye Hernandez Loera | NC | NC | 04/27/2015 | SD, West Virginia | 2:15cv05220 |
| Smith, Sandra Ann Goss | NC | NC | 01/07/2015 | SD, West Virginia | 2:15cv00258 |
| Post, Denise Accurso DeFrancis Federici | NY | NC | 06/02/2015 | SD, West Virginia | 2:15cv07109 |
| Johnson, Kathi L. Richards | WV | NC | 09/18/2015 | SD, West Virginia | 2:15cv13283 |
| Minzel, Carlene J. Chestnutt Florer | NE | NE | 04/18/2013 | SD, West Virginia | 2:13cv08274 |
| Dwyer, Deryn Silva | NH | NH | 10/10/2013 | SD, West Virginia | 2:13cv25026 |
| Laderbush, Bonnie | NH | NH | 10/02/2013 | SD, West Virginia | 2:13cv24258 |
| Lampron, Sarah | NH | NH | 03/04/2015 | SD, West Virginia | 2:15cv02493 |
| Lizotte, Deborah | NH | NH | 09/10/2013 | SD, West Virginia | 2:13cv22779 |
| Gonzalez-Torres, Maria Cristina | NJ | NJ | 01/23/2013 | SD, West Virginia | 2:13cv01272 |
| Kessler, Joyce R. | NJ | NJ | 01/21/2013 | SD, West Virginia | 2:13cv01211 |
| Maestas, Ceclia K. Padilla | NM | NM | 10/05/2015 | SD, West Virginia | 2:15cv13668 |
| Sanchez, Jacqueline | NM | NM | 02/07/2013 | SD, West Virginia | 2:13cv02146 |

14

| | | | | | |
|---|---|---|---|---|---|
| Santistevan, Mariquita R. | NM | NM | 03/11/2015 | SD, West Virginia | 2:15cv02875 |
| Balura, Cathy | NY | NY | 11/16/2012 | SD, West Virginia | 2:12cv07854 |
| Brewton-Smith, Regina | NY | NY | 09/10/2013 | SD, West Virginia | 2:13cv22776 |
| Caughill, Michelle | NY | NY | 10/11/2013 | SD, West Virginia | 2:13cv25266 |
| Cerenzio, Linda Mary | NY | NY | 04/02/2013 | SD, West Virginia | 2:13cv06857 |
| Escobar, Sakina | NY | NY | 11/14/2013 | SD, West Virginia | 2:13cv29023 |
| Guyette, Shelley Owens Marriam | NY | NY | 01/15/2015 | SD, West Virginia | 2:15cv00702 |
| Illjes, Lori Ann Waterous | NY | NY | 05/07/2015 | SD, West Virginia | 2:15cv05910 |
| LaFlesh, Tia L. | NY | NY | 01/23/2015 | SD, West Virginia | 2:15cv00976 |
| Wasson, Yvonne Muscarella | NY | NY | 12/03/2013 | SD, West Virginia | 2:13cv30826 |
| Rosario-Zelfine, Luisa | PA | NY | 11/29/2012 | SD, West Virginia | 2:12cv08326 |
| Sinkovich, Brenda J. Stone | PA | NY | 01/26/2015 | SD, West Virginia | 2:15cv01062 |
| Carey, Rita Vicki Ann DeCastro | TX | NY | 08/10/2015 | SD, West Virginia | 2:15cv11909 |
| Fincher, Rosalie | AL | OH | 10/15/2013 | SD, West Virginia | 2:13cv25628 |
| Farrell, Mary E. Brodbeck | IN | OH | 09/18/2015 | SD, West Virginia | 2:15cv13305 |
| Hembree, Judy Legett Neeham Mertens | IN | OH | 02/10/2015 | SD, West Virginia | 2:15cv01597 |
| Andryscik, Karen | OH | OH | 09/09/2013 | SD, West Virginia | 2:13cv22681 |
| Barney, Brenda | OH | OH | 04/26/2013 | SD, West Virginia | 2:13cv09184 |
| Binks, Tammy Fowles | OH | OH | 05/01/2013 | SD, West Virginia | 2:13cv09785 |
| Burlingame, Emily M. Smith | OH | OH | 04/05/2013 | SD, West Virginia | 2:13cv07252 |

15

| | | | | | |
|---|---|---|---|---|---|
| Cannon, Gail Beavers P. | OH | OH | 12/11/2014 | SD, West Virginia | 2:14cv29621 |
| Cuckler, Deanna L. | OH | OH | 03/13/2015 | SD, West Virginia | 2:15cv03036 |
| Endicott, Dana Sue Myers | OH | OH | 03/06/2015 | SD, West Virginia | 2:15cv02656 |
| Kasee, Susanne K. | OH | OH | 11/16/2012 | SD, West Virginia | 2:12cv07851 |
| Marshall, Brianne | OH | OH | 06/22/2015 | SD, West Virginia | 2:15cv08091 |
| McCumber, Betty Jean Linton | OH | OH | 11/26/2012 | SD, West Virginia | 2:12cv08083 |
| Montgomery, Cheilion F. | OH | OH | 05/05/2015 | SD, West Virginia | 2:15cv05601 |
| Moore, Linda McGary Strauss Bell | OH | OH | 09/23/2015 | SD, West Virginia | 2:15cv13404 |
| Mullins, Rosalee Rosie Miller | OH | OH | 01/30/2013 | SD, West Virginia | 2:13cv01642 |
| Riley, Patricia D. Plummer trursdall Grooms Preston | OH | OH | 04/14/2014 | SD, West Virginia | 2:14cv14626 |
| Schnell, Dolores | OH | OH | 12/27/2013 | SD, West Virginia | 2:13cv33419 |
| Simpson, Nebra A. | OH | OH | 01/02/2014 | SD, West Virginia | 2:14cv00055 |
| Slentz, Marietta Anta | OH | OH | 06/22/2015 | SD, West Virginia | 2:15cv08111 |
| Sylvester, Tracie | OH | OH | 12/14/2012 | SD, West Virginia | 2:12cv09047 |
| West, Lynne Campbell | OH | OH | 02/11/2015 | SD, West Virginia | 2:15cv01678 |
| Hales, Marquetta Anderson | OK | OK | 10/29/2013 | SD, West Virginia | 2:13cv27185 |
| Moore, Lynnyce K.Marzouk | OK | OK | 09/09/2013 | SD, West Virginia | 2:13cv22695 |
| Rambeau, Mary Katherine | ID | OR | 05/06/2015 | SD, West Virginia | 2:15cv05842 |
| Cuevas, Martha | OR | OR | 09/05/2013 | SD, West Virginia | 2:13cv22564 |

| Long, Susan Joy Becraft | OR | OR | 01/26/2015 | SD, West Virginia | 2:15cv01063 |
|---|---|---|---|---|---|
| MacLeod, Renee J. | OR | OR | 05/08/2013 | SD, West Virginia | 2:13cv10608 |
| Ouchida, Lorraine | OR | OR | 03/04/2013 | SD, West Virginia | 2:13cv04087 |
| Redl, Anna Lorene | OR | OR | 02/28/2013 | SD, West Virginia | 2:13cv03822 |
| Whittlinger, Barbara J. Yeoman | OR | OR | 06/02/2015 | SD, West Virginia | 2:15cv07099 |
| Kimble, Debra Maynard | AL | PA | 07/08/2015 | SD, West Virginia | 2:15cv09555 |
| Vides, Rina | FL | PA | 04/10/2015 | SD, West Virginia | 2:15cv04400 |
| Bucci, Maryann Provenzano | NJ | PA | 01/04/2016 | SD, West Virginia | 2:16cv00022 |
| Abbott, Barbara Ann | PA | PA | 01/09/2013 | SD, West Virginia | 2:13cv00352 |
| Ahner, Jacqueline | PA | PA | 05/01/2013 | SD, West Virginia | 2:13cv09790 |
| Beadle, Maude | PA | PA | 01/10/2013 | SD, West Virginia | 2:13cv00517 |
| Blake, Kathy Keates | PA | PA | 04/23/2013 | SD, West Virginia | 2:13cv08687 |
| Cunningham, Sherrilene | PA | PA | 10/11/2013 | SD, West Virginia | 2:13cv25155 |
| Fairchild, Bonnie L. Snyder | PA | PA | 09/14/2015 | SD, West Virginia | 2:15cv13112 |
| Fedora, Deborah | PA | PA | 10/15/2013 | SD, West Virginia | 2:13cv25627 |
| Foley, Patricia | PA | PA | 05/08/2013 | SD, West Virginia | 2:13cv10600 |
| Franko, Natalie S. Kloker | PA | PA | 05/06/2015 | SD, West Virginia | 2:15cv05840 |
| Gatsoulas, Elaine | PA | PA | 03/27/2013 | SD, West Virginia | 2:13cv06225 |
| Gaughan, Sheryl R. Kenyon | PA | PA | 10/26/2015 | SD, West Virginia | 2:15cv14349 |
| Grant-Hill, Paula | PA | PA | 03/18/2015 | SD, West Virginia | 2:15cv03319 |
| Hanna, Karen M. | PA | PA | 03/27/2013 | SD, West Virginia | 2:13cv06214 |
| Heffelfinger, Cynthia M. | PA | PA | 02/13/2015 | SD, West Virginia | 2:15cv01776 |

17

| | | | | | |
|---|---|---|---|---|---|
| Hunter, Mary E. Rymer | PA | PA | 05/06/2015 | SD, West Virginia | 2:15cv05847 |
| Izes, Jeannette K. Rennan | PA | PA | 10/05/2015 | SD, West Virginia | 2:15cv13673 |
| Jennings, Tammy | PA | PA | 05/13/2013 | SD, West Virginia | 2:13cv11091 |
| Mack, Cathy L. Womeldorf | PA | PA | 04/10/2015 | SD, West Virginia | 2:15cv04370 |
| McCracken, Cynthia | PA | PA | 04/18/2013 | SD, West Virginia | 2:13cv08268 |
| Meltsch, Cynthia Binder | PA | PA | 03/13/2015 | SD, West Virginia | 2:15cv03037 |
| Monaco-Martin, Charlene M. Quaglia | PA | PA | 06/22/2015 | SD, West Virginia | 2:15cv08110 |
| Ream, Jane Ella Mitzel | PA | PA | 12/17/2013 | SD, West Virginia | 2:13cv32395 |
| Rosa, Heyda Mondragon | PA | PA | 05/07/2015 | SD, West Virginia | 2:15cv05911 |
| Russell, Cathy A. | PA | PA | 03/18/2015 | SD, West Virginia | 2:15cv03305 |
| Santana, Santa Maldonato | PA | PA | 11/16/2012 | SD, West Virginia | 2:12cv07849 |
| Sciumbata, Teresa Amoroso | PA | PA | 10/26/2012 | SD, West Virginia | 2:12cv07037 |
| Sevek, Penny | PA | PA | 04/09/2015 | SD, West Virginia | 2:15cv04300 |
| Shaffer, Brenda | PA | PA | 04/11/2013 | SD, West Virginia | 2:13cv07769 |
| Sheridan, Lori Skorets | PA | PA | 01/08/2013 | SD, West Virginia | 2:13cv00288 |
| Shook, Marie E. Miller | PA | PA | 10/05/2015 | SD, West Virginia | 2:15cv13670 |
| Shrive, Jane | PA | PA | 01/02/2014 | SD, West Virginia | 2:14cv00060 |
| Sirko, Mary Ann Margo | PA | PA | 01/13/2014 | SD, West Virginia | 2:14cv01376 |
| Trivett, Donna Noles Dillow Hart | PA | PA | 04/18/2013 | SD, West Virginia | 2:13cv08259 |

ButlerSnow\018890\078026\30268280.v1-3/15/16

| | | | | | |
|---|---|---|---|---|---|
| Walz, Theresa Friend | PA | PA | 04/10/2015 | SD, West Virginia | 2:15cv04396 |
| Ward, Nanette R. Wiltshire | PA | PA | 06/02/2015 | SD, West Virginia | 2:15cv07115 |
| Williamson, Connie S. Negley Corish | PA | PA | 08/10/2015 | SD, West Virginia | 2:15cv11908 |
| Yetter, Jean Marie Yazawich | PA | PA | 02/10/2015 | SD, West Virginia | 2:15cv01599 |
| Moyer, Michelle | WV | PA | 12/15/2015 | SD, West Virginia | 2:15cv16177 |
| Hewitt, Kathleen M. | RI | RI | 04/11/2013 | SD, West Virginia | 2:13cv07766 |
| Nero, Esther H. | RI | RI | 10/08/2013 | SD, West Virginia | 2:13cv24805 |
| Altman, Victoria Lee | SC | SC | 09/18/2015 | SD, West Virginia | 2:15cv13299 |
| Gardner, Jennifer | SC | SC | 02/27/2013 | SD, West Virginia | 2:13cv03724 |
| Maddock, Melissa Ann Biener Britt | SC | SC | 01/06/2015 | SD, West Virginia | 2:15cv00184 |
| Thomas, Lawanda | SC | SC | 10/02/2013 | SD, West Virginia | 2:13cv24259 |
| Thompson, Cynthia E. Cox | SC | SC | 03/06/2015 | SD, West Virginia | 2:15cv02652 |
| Youngblood, Darlene | SC | SC | 09/24/2013 | SD, West Virginia | 2:13cv23550 |
| Segrist, Sharon Carr | SD | SD | 04/27/2015 | SD, West Virginia | 2:15cv05202 |
| Saxton, Bobbie Jean McNorton Parten Walker | AL | TN | 04/08/2015 | SD, West Virginia | 2:15cv04274 |
| Forrest, Lisa Ann Chafin Pafford Rodgers | MO | TN | 05/03/2013 | SD, West Virginia | 2:13cv10033 |
| Carver, Virginia May | TN | TN | 03/14/2013 | SD, West Virginia | 2:13cv05122 |
| Evans, Wanda Lee | TN | TN | 10/15/2013 | SD, West Virginia | 2:13cv25626 |

ButlerSnow\018890\078026\30268280.v1-3/15/16

| | | | | | |
|---|---|---|---|---|---|
| Long, Janice | TN | TN | 11/26/2013 | SD, West Virginia | 2:13cv30195 |
| Thorne, Mary | TN | TN | 01/23/2013 | SD, West Virginia | 2:13cv01269 |
| Walker, Patricia D. | TN | TN | 10/26/2015 | SD, West Virginia | 2:15cv14351 |
| Wildfong, Darlene | TN | TN | 01/13/2014 | SD, West Virginia | 2:14cv01388 |
| Holt, Sharon | AR | TX | 04/23/2013 | SD, West Virginia | 2:13cv08686 |
| Swint, Denise Coker Monroe Fletcher | AR | TX | 02/11/2015 | SD, West Virginia | 2:15cv01681 |
| Rutledge, Debbie Deborah A. | GA | TX | 04/09/2015 | SD, West Virginia | 2:15cv04304 |
| Hall, Dale | NH | TX | 09/14/2015 | SD, West Virginia | 2:15cv13118 |
| Barber, Leann MacDonald | TX | TX | 08/28/2015 | SD, West Virginia | 2:15cv12749 |
| Boulette, Linda | TX | TX | 04/05/2013 | SD, West Virginia | 2:13cv07247 |
| Campbell, Sammy Mae Bernard Chilton | TX | TX | 06/22/2015 | SD, West Virginia | 2:15cv08095 |
| Estrada, Dora Maria Chapa | TX | TX | 10/15/2013 | SD, West Virginia | 2:13cv25625 |
| Foley, Carolyn Kisselbach | TX | TX | 01/26/2015 | SD, West Virginia | 2:15cv01064 |
| Harris, Elisabeth | TX | TX | 11/21/2013 | SD, West Virginia | 2:13cv29782 |
| Hill, Constance | TX | TX | 02/22/2013 | SD, West Virginia | 2:13cv03279 |
| Jones, Evelyn J. Kubicek | TX | TX | 01/15/2015 | SD, West Virginia | 2:15cv00701 |
| King, Joy Y. Loftin | TX | TX | 07/30/2015 | SD, West Virginia | 2:15cv11665 |
| Kingsbury, Margaret | TX | TX | 11/12/2013 | SD, West Virginia | 2:13cv28794 |
| Linder, Paulada S. | TX | TX | 05/13/2013 | SD, West Virginia | 2:13cv11087 |
| Loury, Jannae Hayes Robinson | TX | TX | 09/18/2015 | SD, West Virginia | 2:15cv13293 |
| Notter, Angela C. | TX | TX | 02/22/2013 | SD, West Virginia | 2:13cv03282 |

| | | | | | |
|---|---|---|---|---|---|
| Patterson, Kaye W. | TX | TX | 11/29/2012 | SD, West Virginia | 2:12cv08315 |
| Reeves, Becky | TX | TX | 10/05/2015 | SD, West Virginia | 2:15cv13672 |
| Sine, Mary | TX | TX | 11/16/2012 | SD, West Virginia | 2:12cv07842 |
| Soles, Linda Diane | TX | TX | 04/18/2013 | SD, West Virginia | 2:13cv08266 |
| Templin, Cherie | TX | TX | 05/08/2013 | SD, West Virginia | 2:13cv10620 |
| Wilson, Tiffany K. Villaire Arnhamn | TX | TX | 08/28/2015 | SD, West Virginia | 2:15cv12752 |
| Nichols, Sherrillee Marchelle | UT | UT | 12/04/2013 | SD, West Virginia | 2:13cv31108 |
| Williams, Nicole D. | MD | VA | 12/15/2015 | SD, West Virginia | 2:15cv16176 |
| Johns, Linda | MS | VA | 05/14/2013 | SD, West Virginia | 2:13cv11196 |
| Andrews, Teresa Ann | VA | VA | 06/02/2015 | SD, West Virginia | 2:15cv07112 |
| Brooks, Cindy Cameron | VA | VA | 09/09/2013 | SD, West Virginia | 2:13cv22692 |
| Brown, Loretta Lynn Hall | VA | VA | 06/10/2015 | SD, West Virginia | 2:15cv07520 |
| Carter, Linda L. | VA | VA | 01/21/2013 | SD, West Virginia | 2:13cv01205 |
| Hoffman, Christine R. Manard | VA | VA | 11/05/2013 | SD, West Virginia | 2:13cv28084 |
| Lawson, Linda Wade | VA | VA | 03/29/2013 | SD, West Virginia | 2:13cv06573 |
| McDaniel, Joyce Steele Layne | VA | VA | 09/18/2015 | SD, West Virginia | 2:15cv13301 |
| Roop, Favienne Helber | VA | VA | 06/02/2015 | SD, West Virginia | 2:15cv07111 |
| Simpson, Ramona Gaye | VA | VA | 01/02/2014 | SD, West Virginia | 2:14cv00051 |

21

| | | | | | |
|---|---|---|---|---|---|
| Thomas, Sadie L. Perry Newman Williams | VA | VA | 12/15/2015 | SD, West Virginia | 2:15cv16174 |
| Whalen, Connie Dia | VA | VA | 11/16/2012 | SD, West Virginia | 2:12cv07839 |
| Young, Carolyn S. | VA | VA | 01/13/2014 | SD, West Virginia | 2:14cv01387 |
| Priest, Carvel | VI | VI | 05/05/2015 | SD, West Virginia | 2:15cv05597 |
| Jones, Judy C. Boston Owens | AZ | WA | 11/14/2013 | SD, West Virginia | 2:13cv29013 |
| Thompson, Karen Tanner | NC | WA | 05/06/2015 | SD, West Virginia | 2:15cv05826 |
| Morrow, Crystal | OR | WA | 12/05/2013 | SD, West Virginia | 2:13cv31271 |
| Dyrseth, Noni | WA | WA | 04/05/2013 | SD, West Virginia | 2:13cv07256 |
| Johnson, Tamala L. | WA | WA | 02/11/2015 | SD, West Virginia | 2:15cv01677 |
| Poe, Kimberley | WA | WA | 04/10/2015 | SD, West Virginia | 2:15cv04373 |
| Haviland, LaDonna Ayers Patterson Kinney | WV | WA | 11/21/2013 | SD, West Virginia | 2:13cv29779 |
| Delsart, Cindy | WI | WI | 02/28/2013 | SD, West Virginia | 2:13cv03827 |
| Fifarek, Patricia M. | WI | WI | 09/09/2013 | SD, West Virginia | 2:13cv22694 |
| Palmquist, Coreen R. | WI | WI | 10/05/2015 | SD, West Virginia | 2:15cv13669 |
| Stigen, Mary Ellen | WI | WI | 09/18/2015 | SD, West Virginia | 2:15cv13307 |
| Jewell, Jackie Elizabeth | WV | WV | 03/13/2015 | SD, West Virginia | 2:15cv03033 |
| Rowe, Brenda Faye Aldridge | WV | WV | 09/29/2014 | SD, West Virginia | 2:14cv26253 |
| Sutphin, Annette B. | WV | WV | 01/13/2014 | SD, West Virginia | 2:14cv01379 |
| Watson, Agnes | WV | WV | 07/17/2015 | SD, West Virginia | 2:15cv11330 |

ButlerSnow\018890\078026\30268280.v1-3/15/16