## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Keisha Carothers<br>Felicia Eggleston<br>Frances East<br>Linda Griffin<br>Christine Soliz<br>Judith Laatsch<br>Davi Lucas<br>Alice Parker<br>Kathy Collett<br>Leetha Campbell<br>Cynthia Alvarez<br>Misty Morgese<br>Melissa Bacon<br>Deborah DePool<br>Joyce Wells<br>Anna Lasaine<br>Jesse Rosete<br>Jennifer Cosme<br>Vallarie Fisher<br>Deb Wesoloski<br>Mary Bullock<br>Debra Ward<br>Dana Craver<br>Dawn Fennel<br>Glenda Ade<br>Lashebra Morgan<br>Clara Williams<br>Debbie Lewis<br>Michal Chase-Cohen<br>Julie Fuller<br>Teresa Thrall<br>Nicole Alvarado<br>Janice Hachey<br>Rosa Balcazar<br>Nellie Fleisher<br>Nancy Garner<br>Marcia Kirkpatrick<br>Betty Brown<br>Encarnacion Peach<br>Meri Morris<br>Lucina Espinoza<br>Lynda Shaw<br>Ruby Chase | Missouri Western | 4:16-cv-0174 | 2:16-cv-2532 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Peggy Smith<br>Mary Culotta<br>Christine Novak<br>Juanita Bartley<br>Beverly Johnson<br>Aleen Jaecks<br>Patricia Stoufer<br>Brenda Dooley<br>Jocelyn Polanco<br>Nancy Bemis<br>Susan Starha<br>Elizabeth Huckaby<br>Loretta Barker<br>Lynn Borchert<br>Twila Brown<br>Diana Leigh<br>Cassey Likins<br>Marilyn Lowrey<br>Linda Manasa<br>Teresa McClain<br>Lacinda Moore<br>Dawn Reeves<br>Edith Dubner<br>Patricia Fischer<br>Darlene Klotz<br>Jo Nell Yarbrough<br>Frances Johnson<br>Patricia Linderman<br>Linda Woodby<br>Sharon Brayton<br>Mary Dollars<br>Barbara Cook<br>Carrie Spradlin<br>Thadeen Walker<br>Estelle Esquivel<br>Melody Johnson<br>Carmen Morris<br>June Andrade<br>Melody Hatley<br>Judy Ver Hulst<br>Debra Latalladi<br>Gertrude Alarcon<br>Maria Jimenez-Gonzalez<br>Donna Bockelman<br>Helen Radin | Missouri Western | 4:16-cv-0174 | 2:16-cv-2532 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Gerri Elder<br>Patricia Norval<br>Robin Grismer<br>Evan Bailey<br>Virginia Wiseman<br>Carol O'Larte<br>Debbie Schneider<br>Marcia Ham<br>Enid Trivett | Missouri Western | 4:16-cv-0174 | 2:16-cv-2532 |