## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Opal Russell<br>Jennifer Angenendt<br>Jean Bayles<br>Carolyn Dick<br>Gloria Mellenthin<br>Anita Foster<br>Mary Jo Palomarez<br>Lisa White<br>Patricia Peden<br>Pamela Stallard<br>Judy Tucker<br>Julie Boddy<br>Bonnette Cunzolo<br>Cynthia Pereira<br>Johanna Belmar<br>Connie Alston<br>Laura Bowling<br>Heather Morrison<br>Mary Ogle<br>Roslyn Anagnoston<br>Phyllis Daws<br>Jacqueline Gonzalez<br>Lisa Hegge<br>Daphne Mann<br>Frances McGregor<br>Laura White<br>Ella Louise Roberts<br>Christine Jensen<br>Shirley Reynolds<br>Sarah White<br>Sherri Arnold<br>Carolyn Smith<br>Carole Gill<br>Nichelle Ramsey<br>Mary John<br>Elizabeth Young<br>Melissa Young<br>Linda Jones<br>Darlene Simion<br>Deanna Littau<br>Bonnie Schilling<br>Nadine Jones<br>Caroline Plamondon | Missouri Western | 4:16-cv-0175 | 2:16-cv-2533 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Helen Shaw<br>Sina Billingsley<br>Lisa Reeser<br>Kristine Rudolph<br>Mary Alexander<br>Theresa Walsh<br>Sherry Brobst<br>Anna Ramirez<br>Tonya Nichelle Johnson<br>Mary Crawford<br>Debra DeMaio<br>Jamie Crewell<br>Roberta Franke<br>Angela Owens<br>Stephanie Stone<br>Kathryn Thompson<br>Lorena Fano<br>Tammy O'Neill<br>Serina Vipperman<br>Tonya Franklin<br>Margaret Craft-Tanner<br>Sandy Williams<br>Mandy Powell<br>Averill Gardner<br>Evelyn McNair<br>Mildred Morris<br>Barbara Wilkerson<br>Kimberly Resier | Missouri Western | 4:16-cv-0175 | 2:16-cv-2533 |