**MDL 2327 - EXHIBIT A**

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Patricia Canazzi<br>Julie Adams<br>Patricia Drummond<br>Jeanette Spraley<br>Mary Harroun<br>Deborah Hakanson<br>Madeline Scoville<br>Judy Wainaina<br>Saundra Weller<br>Jennifer Matheny<br>Tonya Rickelman<br>Anne Frew<br>Cynthia Mansfield<br>Deborah Ogle<br>Catherine Marszalkowski<br>Lessie Ramsey<br>Deborah Helmick<br>Mary Harvey<br>Wanda Horne<br>San Juana Rosales<br>Darlene Condon<br>Kathleen Yanakis<br>Donna Crawn<br>Margaret Whitaker<br>Carrie Adams<br>Brenda Smith<br>Vandenberg Barbara<br>Helena Cassidy<br>Libby Diaz-Corona<br>Maria Ganci<br>Marilyn Poremba<br>Laurie Hunter<br>Andrea Mortensen<br>Bernadette Cozart<br>Lisa Clemente<br>Teresa Slivinski<br>Wendy Dietz<br>Cheryl Elliot<br>Angela Foster<br>Wilhelmina Priest<br>Hattie Hunter<br>Linda Peterson<br>Margaret Cameron | Missouri Western | 4:16-cv-0178 | 2:16-cv-2544 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Martha Jenkins<br>Marcella Myers<br>Lee Friedman<br>Connie Raines<br>Mary Ortner<br>Barbara Van Boskerck<br>Dianne Doliber<br>Maria Brito<br>Bonnie Kirby<br>Alicia DeMartino<br>Agnes Eileen Zaracki<br>Idell McKinney<br>Dianne Barber<br>Judith Tuttle<br>Lucille Adames<br>Connie Schutt<br>Nova Montgomery<br>Mary Bruffett<br>Deborah Smith<br>Deborah Payne<br>Velma Payne<br>Allyson Love<br>Eldonna Davis<br>Kimberly Drew<br>Terri Craze<br>Nancy McIntosh<br>Donna Neil | Missouri Western | 4:16-cv-0178 | 2:16-cv-2544 |