**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**AMENDED JOINT MOTION TO DISMISS DEFENDANTS COLOPLAST CORP. AND
MENTOR WORLDWIDE LLC WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A–B, defendant Coloplast Corp.[1]
("Coloplast") and defendant Mentor Worldwide LLC[2] ("Mentor") advise the Court that they
have compromised and settled all claims between them in these actions, including all
counterclaims, cross-claims, and third-party claims.   Accordingly, Plaintiffs, Coloplast, and
Mentor jointly move the court to dismiss Coloplast and Mentor as defendants in these actions
with prejudice, and terminate Coloplast and Mentor from the docket in these actions, parties to
bear their own costs.   Other defendants remain in these actions, and Plaintiffs will continue to
prosecute their actions against them.   This amended joint motion to dismiss amends Docket
#1775.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast
A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C.,
Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast
Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast,
Inc.
[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor,
Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide,
L.L.C., and Mentor Worldwide, LLC.

Date: March 28, 2016              Respectfully submitted,


/s/   Lana K. Varney_____
Lana K. Varney
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701
512.474.5201 (phone)
512.536.4598 (fax)
lana.varney@nortonrosefulbright.com
*Attorney for Defendant Coloplast Corp.*

/s/  Dustin B. Rawlin_____
Dustin B. Rawlin
TUCKER ELLIS LLP
950 Main Street, Suite 1100
Cleveland, OH  44113
216.592.5000 (phone)
216.592.5009 (fax)
dustin.rawlin@tuckerellis.com
*Attorney for Defendant Mentor Worldwide LLC*


/s/  Aimee H. Wagstaff_____
Vance Andrus
Aimee H. Wagstaff
ANDRUS WAGSTAFF, P.C.
7171 W. Alaska Drive
Lakewood, CO  80226
720.208.9414 (phone)
aimee.wagstaff@andruswagstaff.com
*Attorneys for Plaintiff on Exhibit A*


/s/  Michael Lewis Beckman_____
Michael Lewis Beckman
VILES & BECKMAN
Suite A
6350 Presidential Court
Fort Myers, FL 33919
239/334-3933
Fax: 239/334-7105
Email: michael@vilesandbeckman.com
*Attorney for Plaintiffs on Exhibit B*

## EXHIBIT A – ANDRUS WAGSTAFF

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01007 | Illuminada Baez v. Ethicon, Inc., et al. |

## EXHIBIT B – VILES & BECKMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22651 | Debra McCaslin v. Ethicon, Inc., et al. |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ _Lana K. Varney_____
Lana K. Varney