# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**

(Dismissing Defendant Coloplast Corp. and Defendant Mentor Worldwide LLC from Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-02327 [Docket #___], is an Amended Joint Motion to Dismiss Defendant Coloplast Corp. and Defendant Mentor Worldwide LLC with Prejudice filed by the plaintiffs, identified on the attached Exhibits A–B, Coloplast Corp.[1] ("Coloplast"), and Mentor Worldwide LLC[2] ("Mentor") seeking dismissal of Coloplast and Mentor from these actions, with prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims, and third-party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Amended Joint Motion to Dismiss Coloplast and Mentor with prejudice is **GRANTED**.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-02327 and in the individual cases listed on the attached Exhibits A–B.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

ENTER: _____, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A –ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01007 | Illuminada Baez v. Ethicon, Inc., et al. |

**EXHIBIT B – VILES & BECKMAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22651 | Debra McCaslin v. Ethicon, Inc., et al. |