## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Amber Clavesilla<br>Martha Martin<br>Jo Strauch<br>Teresa Tunnell<br>Alice Young<br>Shelley Brown<br>Pansy Wills<br>Dejsha Splattstoesser<br>Christina Armentrout<br>Sandra Paul-Cotton<br>Sara Watts<br>Donna Sturgeon<br>Amy Grosklos<br>Robin Anderson<br>Karen Christy<br>Selma Rosen<br>Doris King<br>Sherry Thomas<br>Rose Williams<br>Charlotte Bateman<br>Jane Steger<br>Carma Dial<br>Karen Layne<br>Anita Foster<br>Barbara Barnette<br>Janeice Griffin<br>Mary Bailer<br>Sanudra Priddy<br>Lanetra Roberson<br>Tammy Jobbs<br>Marilyn Rhodes<br>Candace Miller<br>Raquel Sanchez<br>Barbara Carrubba<br>Leona Burden<br>Sharon Holt<br>Johanna Marshall<br>Renne McFarland<br>Cecilia Pina<br>Marla J. Zywicki<br>Laurie Fife<br>Leslie Hackler | California Central | 2:13-cv-6284 | 2:13-cv-32920 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Theresa Rossi<br>Edna Jager<br>Vanna Holland<br>Katherina Johnson<br>Judity H. Hammock<br>Melissa Williams<br>Cindy Phifer<br>Wanda Cook<br>Melba Kuntzelman<br>Joann Poole<br>Vicki Roop<br>Ione Segar<br>Christina Smith<br>Melissa Johnson<br>Kimber Manders<br>Christy L. Appleby<br>Kimberly Bennett<br>Edith Greenwood<br>Carolyn Moore<br>Stephanie Hartford<br>Eileen Cooper<br>Bobbie Williams<br>Debbie Ault<br>Ebony S. Jones<br>Theresa Masse<br>Jana Schultz<br>Tammy Vercher<br>Judy E. Brunk<br>Ann M. Gillenwalters<br>Emma Stanley<br>Virginia Walters<br>Susan L. Music<br>Pamela Fitzsimmons<br>Hazel Richard<br>Mechel Keels<br>Deborah Bishop<br>Angela Neuman<br>Stella Davis<br>Sandra Hutson<br>Patricia Magretto<br>Susan Morris<br>Rebeca Newell<br>Mary Walter<br>Kim Nichol | California Central | 2:13-cv-6284 | 2:13-cv-32920 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Rhondia Pack<br>Gina Rider<br>Rose Russell<br>Donna Butler<br>Sherri Cravens<br>Beverly Cunningham<br>Monica Dittmar<br>Dinah Fabel<br>Dorothy Napoletano<br>Sherri Russell<br>Joann Sirko | California Central | 2:13-cv-6284 | 2:13-cv-32920 |