# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **All Plaintiffs,** | |
| **v.** | **MDL No. 2327** |
| **ETHICON INC., JOHNSON & JOHNSON** | **In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation,** |
| **Defendants.** | **JOSEPH G. GOODWIN U.S. DISTRICT JUDGE** |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Bartimus, Frickleton, Robertson & Goza, P.C. has changed names to Bartimus, Frickleton and Robertson, P.C., effective April 4, 2016. All addresses and telephone numbers remain the same.

Respectfully submitted,

**BARTIMUS, FRICKLETON and ROBERTSON, P.C.**

 /s/Anne M. Tarvin
Anne M. Tarvin          MO Bar # 65405
11150 OVERBROOK ROAD, SUITE 200
LEAWOOD, KS 66211
(913) 266-2300
(913) 266-2366          FAX
atarvin@bflawfirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 4, 2016, I filed this document with the clerk of the court via the electronic filing system and provided a copy to all counsel of record.


 /s/ Anne M. Tarvin_____