# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| *Evans v. Ethicon, et al.,* 2:12-cv-01225; | |
| *Freeman v. Ethicon, et al.,* 2:12-cv-00490; | |
| *Olson v. Ethicon, et al.,* 2:12-cv-00470 | |
| *White v. Ethicon, et al.,* 2:12-cv-00958 | |
| *Durham v. Ethicon, et al.,* 2:12-cv-00760 | |
| *Hoy v. Ethicon, et al.,* 2:12-cv-00876 | |
| *Shively v. Ethicon, et al.,* 2:12-cv-00379 | |
| *Logan v. Ethicon, et al.,* 2:12-cv-00376 | |
| *Morrow v. Ethicon, et al.,* 2:12-cv-00378 | |
| *Loustaunau v. Ethicon, et al.,* 2:12-cv-00666 | |
| *Nix v. Ethicon, et al.,* 2:12-cv-01278 | |
| *Dimock v. Ethicon, et al.,* 2:12-cv-00401 | |

| | |
|---|---|
| *Ruebel v. Ethicon, et al.,* 2:12-cv-00663 <br><br> *Clayton v. Ethicon, et al.,* 2:12-cv-00489 <br><br> *Cole v. Ethicon, et al.,* 2:12-cv-00483 <br><br> *Padilla v. Ethicon, et al.,* 2:12-cv-00567 <br><br> *Amsden v. Ethicon, et al.,* 2:12-cv-00960 <br><br> *Stone v. Ethicon, et al.,* 2:12-cv-00652 | |

## UNOPPOSED MOTION FOR A FIVE-DAY EXTENSION OF TIME IN WHICH TO FILE ALL BRIEFS ON DISPOSITIVE MOTIONS AND ON ANY <u>*DAUBERT* MOTIONS RELATED TO DEFENSE EXPERT STANTON SHOEMAKER</u>

Plaintiff respectfully moves this Court for an order granting a five-day extension of time in which to file all briefing related to dispositive motions in the above captioned cases, and on any *Daubert* motions against Stanton Shoemaker—whether general or on specific causation issues in the 16 cases listed above. Dr. Shoemaker has been designated as an expert in each of those cases listed in the caption. Plaintiffs' counsel requested an extension from Defense counsel due to a delay in the availability of Dr. Shoemaker for a deposition. He will be deposed on April 5 and 6. Plaintiffs' counsel also requested additional time for potential dispositive motions, in case any of Dr. Shoemaker's testimony was relevant to those issues. Defense counsel agreed, provided that they received similar extensions. This motion is filed pursuant to the parties' agreement, which is reflected in the e-mail string attached as Exhibit 1.

The requested extension would move the applicable deadlines to the following dates:

Dispositive motions:

- Initial filings due April 11 (five days goes to April 9, a Saturday)

- Responses due April 27

- Replies due May 4

*Daubert* motions:

- Initial filings due April 26

- Responses due May 16 (five days goes to May 14, which is a Saturday)

- Replies due May 23 (five days goes to May 21, which is a Saturday)

These extensions are not sought for reason of delay or for any other improper purpose. They are the first extensions requested for any of these briefs.

WHEREFORE, Plaintiffs and Defendants request that the Court grant the requested extensions, moving the due dates to the dates listed above.

Dated: April 4, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Bryan F. Aylstock　　　　　　　
　　　　　　　　　　　　　　　　　　　Bryan F. Aylstock, Esq.
　　　　　　　　　　　　　　　　　　　Renee Baggett, Esq.
　　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis and Overholtz, PLC
　　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　Pensacola, Florida  32563
　　　　　　　　　　　　　　　　　　　(850) 202-1010
　　　　　　　　　　　　　　　　　　　(850) 916-7449 (fax)
　　　　　　　　　　　　　　　　　　　rbaggett@awkolaw.com
　　　　　　　　　　　　　　　　　　　baylstock@awkolaw.com

　　　　　　　　　　　　　　　　　　　/s/Thomas P. Cartmell　　　　　　　
　　　　　　　　　　　　　　　　　　　Thomas P. Cartmell, Esq.
　　　　　　　　　　　　　　　　　　　Jeffrey M. Kuntz, Esp.
　　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell LLP
　　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　816-701-1102
　　　　　　　　　　　　　　　　　　　Fax 816-531-2372
　　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com
　　　　　　　　　　　　　　　　　　　jkuntz@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document on April 4, 2016, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/Bryan F. Aylstock
**Attorney for Plaintiffs**