# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** *Ida Evans* *2:12-cv-01225* *Rose Gomez* *2:12-cv-00344* *Jeanie Holmes* *2:12-cv-01206* *Mary Jane Olson* *2:12-cv-00470* *Christine Wiltgen* *2:12-cv-01216* *Kathleen Wolfe* *2:12-cv-00337* *Monica Freitas* *2:12-cv-01146* *Denise Sacchetti* *2:12-cv-01148* *Sheri Scholl* *2:12-cv-00738* *Cindy Smith* *2:12-cv-01149* *Waynick, Laura* *2:12-cv-01151* *Denise Burkhart* *2:12-cv-01023* | **Master File No. 2:12-MD-02327** **MDL No. 2327** **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

*Jo'Ann Lehman*
*2:12-cv-00517*

*Patricia Conti*
*2:12-cv-00516*

*Patricia Ruiz*
*2:12-cv-01021*

*Pamela Free*
*2:12-cv-00423*

*Melissa Ridgley*
*2:12-cv-01311*

*Marty Babcock*
*2:12-cv-001052*

*Dorothy Baugher*
*2:12-cv-01053*

*Patti Ann Phelps*
*2:12-cv-01151*

*Lisa Thompson*
*2:12-cv-01199*

*Rebecca Wheeler*
*2:12-cv-01088*

*Thelma Wright*
*2:12-cv-01090*

*Rocio Herrera-Nevarez*
*2:12-cv-01294*

*Debra A. and Donald Schnering*
*2:12-cv-01071*

*Rebekah Bartlett (Pratt)*
*2:12-cv-01273*

*Amanda Deleon*
*2:12-cv-00358*

| | |
|---|---|
| *Karyn Drake*<br>*2:12-cv-00747*<br><br>*Paula Kriz*<br>*2:12-cv-00938*<br><br>*Stacy Shultis*<br>*2:12-cv-00654*<br><br>*Kimberly Thomas (Wyatt)*<br>*2:12-cv-00499*<br><br>*Patricia Tyler*<br>*2:12-cv-00469*<br><br>*Myndal Johnson*<br>*2:12-cv-00498*<br><br>*Beverly Kivel*<br>*2:12-cv-00591*<br><br>*Karen Bollinger*<br>*2:12-cv-01215*<br><br>*Virginia Dixon*<br>*2:12-cv-01081*<br><br>*Shirley Walker*<br>*2:12-cv-00873*<br><br>*Dawna Hankins*<br>*2:12-cv-00369*<br><br>*Wilma Johnson*<br>*2:11-cv-00809*<br><br>*Margaret Kirkpatrick*<br>*2:12-cv-00746*<br><br>*Harriet Beach*<br>*2:12-cv-00476*<br><br>*Holly Jones*<br>*2:12-cv-00443* | |

## AMENDED UNOPPOSED MOTION FOR AN EXTENSION
## OF TIME IN WHICH TO FILE ANY *DAUBERT* MOTION
## RELATED TO DEFENSE EXPERT STEVEN MACLEAN

Plaintiffs respectfully move this Court for an order granting an extension of time in which to file any *Daubert* motion against Ethicon's expert Dr. Steven MacLean in the above captioned case.  Dr. MacLean has been designated as a general expert in each of those cases listed in the caption.  Plaintiffs' counsel requested their first extension from Defense counsel after being served with a supplemental expert report a few days before his deposition was initially scheduled to commence.  This necessitated the postponement of Dr. MacLean's deposition to allow Plaintiffs' counsel to adequately prepare to depose Dr. MacLean on the new testing and opinions contained within his supplemental expert report.  As a result of this, the parties mutually agreed to postpone Dr. MacLean's deposition to April 11, 2016, and Plaintiffs filed and served their deposition notice reflecting the new date.  However, on April 5, 2016, Ethicon's counsel informed Plaintiffs' counsel that because of a trial conflict, Dr. MacLean is no longer available to be deposed on the agreed upon date of April 11, 2016.  In the spirit of cooperation, Plaintiffs' counsel has agreed again to postpone Dr. MacLean's deposition to April 18, 2016.  As a result in these delays – none of which were caused by the Plaintiffs or Plaintiffs' counsel – the parties have agreed to amend, for the second time, the deadlines to file motions to exclude and/or limit the opinions of Ethicon's expert Dr. MacLean as follows:

*Daubert* motion:

- Initial filings due May 12, 2016
- Responses due May 26, 2016
- Replies due June 2, 2016

Plaintiffs are not seeking these extensions for reason of delay or for any other improper purpose but, rather, only seek these extensions in good faith to accommodate Ethicon and its experts.

WHEREFORE, Plaintiffs request that the Court grant the requested extensions, moving the due dates to the dates listed above.

Dated: April 6, 2016                                  Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com


/s/Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esp.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the foregoing document on April 6, 2016, using the Court's

CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.


/s/Bryan F. Aylstock
**Attorney for Plaintiffs**