# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2327** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## [PROPOSED] ORDER

AND NOW, this _____ day of April, 2016, upon consideration of Plaintiffs' Unopposed Motion for Extension of Time for Filing *Daubert* Motions regarding Dr. Brian Flynn, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs' *Daubert* Motions regarding Dr. Brian Flynn are due by **May 5, 2016**. The Response deadline is **May 23, 2016,** and the Reply deadline is **May 30, 2016.**

IT IS SO ORDERED.

                        BY THE COURT:

                        _____
                        **JOSEPH R. GOODWIN**
                        **UNITED STATES DISTRICT JUDGE**