UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327

-------------------------------------------------

THIS DOCUMENT RELATES TO
CIVIL ACTION NO.:

**Clavesilla, et al. v. Johnson & Johnson, et al.,**     **2:13-cv-32920**

**PRETRIAL ORDER # 227**
**(Final Order Regarding Severance of Actions)**

By PTO # 222 entered April 4, 2016, I stated that on or around April 19, 2016, I would dismiss without prejudice, the plaintiffs listed in each case in Exhibit A attached to PTO # 222, **except for** the first named plaintiff (and derivative plaintiff(s) claiming under her, if any) and any plaintiff(s) who objects to severance by April 14, 2016.  To date, no such plaintiff has objected.

It is hereby **ORDERED** that except for the first named plaintiff (and any derivative plaintiff(s) claiming under her in each of the following cases, if any), the remaining plaintiffs filed in the above-referenced case shall be dismissed without prejudice.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-02327 and in member case **2:13-cv-32920** and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:16-cv-3708.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this

court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER: April 19, 2016

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE