# EXHIBIT G

Steven B. MacLean, Ph.D., P.E.

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      CHARLESTON DIVISION
 3              Master File No. 2:12-MD-02327
                         MDL 2327
 4           JOSEPH R. GOODWIN, U.S. DISTRICT JUDGE

 5    IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION
 6    _____
 7    This document relates to the cases listed below:
 8    Mullins, et al. v.            2:12-cv-02952
      Ethicon, Inc., et al.
 9
      Sprout, et al. v.            2:12-cv-07924
10    Ethicon, Inc., et al.
11    Iquinto v. Ethicon,           2:12-cv-09765
      Inc., et al.
12
      Daniel, et al. v.            2:13-cv-02565
13    Ethicon, Inc., et al.
14    Dillon, et al. v.            2:13-cv-02919
      Ethicon, Inc., et al.
15
      Webb, et al. v.              2:13-cv-04517
16    Ethicon, Inc., et al.
17    Martinez v. Ethicon,          2:13-cv-04730
      Inc., et al.
18
      McIntyre, et al. v.          2:13-cv-07283
19    Ethicon, Inc., et al.
20    Oxley v. Ethicon,            2:13-cv-10150
      Inc., et al.
21
                (CAPTION CONTINUED ON FOLLOWING PAGE)
22
23              VIDEOTAPED DEPOSITION OF
             STEVEN B. MACLEAN, Ph.D., P.E.
24                 September 29, 2015
```

Steven B. MacLean, Ph.D., P.E.

| | | |
|---|---|---|
| 1 | Atkins, et al. v. Ethicon, Inc., et al. | 2:13-cv-11022 |
| 2 | | |
| 3 | Garcia v. Ethicon, Inc., et al. | 2:13-cv-14355 |
| 4 | Lowe v. Ethicon, Inc., et al. | 2:13-cv-14718 |
| 5 | | |
| 6 | Dameron, et al. v. Ethicon, Inc., et al. | 2:13-cv-14799 |
| 7 | Vanbuskirk, et al. v. Ethicon, Inc., et al. | 2:13-cv-16183 |
| 8 | | |
| 9 | Mullens, et al. v. Ethicon, Inc., et al. | 2:13-cv-16564 |
| 10 | Shears, et al. v. Ethicon, Inc., et al. | 2:13-cv-17012 |
| 11 | | |
| 12 | Javins, et al. v. Ethicon, Inc., et al. | 2:13-cv-18479 |
| 13 | Barr, et al. v. Ethicon, Inc., et al. | 2:13-cv-22606 |
| 14 | | |
| 15 | Lambert v. Ethicon, Inc., et al. | 2:13-cv-24393 |
| 16 | Cook v. Ethicon, Inc., et al. | 2:13-cv-29260 |
| 17 | | |
| 18 | Stevens v. Ethicon, Inc., et al. | 2:13-cv-29918 |
| 19 | Harmon v. Ethicon, Inc., et al. | 2:13-cv-31818 |
| 20 | | |
| 21 | Snodgrass v. Ethicon, Inc., et al. | 2:13-cv-31881 |
| 22 | Miller v. Ethicon, Inc., et al. | 2:13-cv-32627 |
| 23 | | |
| 24 | (CAPTION CONTINUED ON FOLLOWING PAGE) | |

Steven B. MacLean, Ph.D., P.E.

| | | |
|---|---|---|
| 1 | Matney, et al. v. Ethicon, Inc., et al. | 2:14-cv-09195 |
| 2 | | |
| 3 | Jones, et al. v. Ethicon, Inc., et al. | 2:14-cv-09517 |
| 4 | Humbert v. Ethicon, Inc., et al. | 2:14-cv-10640 |
| 5 | | |
| 6 | Gillum, et al. v. Ethicon, Inc., et al. | 2:14-cv-12756 |
| 7 | Whisner, et al. v. Ethicon, Inc., et al. | 2:14-cv-13023 |
| 8 | | |
| 9 | Tomblin v. Ethicon, Inc., et al. | 2:14-cv-14664 |
| 10 | Schepleng v. Ethicon, Inc., et al. | 2:14-cv-16061 |
| 11 | | |
| 12 | Tyler, et al. v. Ethicon, Inc., et al. | 2:14-cv-19110 |
| 13 | Kelly, et al. v. Ethicon, Inc., et al. | 2:14-cv-22079 |
| 14 | | |
| 15 | Lundell v. Ethicon, Inc., et al. | 2:14-cv-24911 |
| 16 | Cheshire, et al. v. Ethicon, Inc., et al. | 2:14-cv-24999 |
| 17 | | |
| 18 | Burgoyne, et al., v. Ethicon, Inc., et al. | 2:14-cv-28620 |
| 19 | Bennett, et al., v. Ethicon, Inc., et al. | 2:14-cv-29624 |
| 20 | | |
| 21 | (CAPTION CONTINUED ON FOLLOWING PAGE) | |
| 22 | | |
| 23 | | |
| 24 | | |

Steven B. MacLean, Ph.D., P.E.

```
 1

 2

 3

 4

 5

 6

 7              Videotaped deposition of

 8       STEVEN B. MACLEAN, Ph.D., P.E., held at the

 9       offices of Butler Snow LLP, 1170 Peachtree

10       Street, Suite 1900, Atlanta, Georgia, on

11       Tuesday, September 29, 2015, at 9:42 a.m.,

12       pursuant to Agreement before Michelle M.

13       Boudreaux, a Registered Professional Reporter

14       in the State of Georgia.

15

16

17

18

19

20

21

22

23

24
```

Steven B. MacLean, Ph.D., P.E.

```
 1            MR. HUTCHINSON:  Polypropylene --

 2            MR. THORNBURGH:  Yep.

 3            MR. HUTCHINSON:  I'm sorry.  Tell us for

 4       the record what you're talking about.

 5            MR. THORNBURGH:  Pristine polypropylene

 6       mesh --

 7            MR. HUTCHINSON:  Okay.

 8            MR. THORNBURGH:  -- that is

 9       intentionally oxidized.

10            THE WITNESS:  Sure.  As long as -- we

11       can continue to have this debate as long as

12       it's understood we're not talking about

13       Prolene for -- you said polypropylene.

14       That's what the Wood article talks about.

15            MR. THORNBURGH:  I understand.  You've

16       been hired and you're being paid by Ethicon

17       to defend its --

18            THE WITNESS:  No, I'm telling you there

19       is a --

20            MR. HUTCHINSON:  I'm sorry, guys.  Y'all

21       need to -- one at a time.  Dr. MacLean, you

22       can go on.

23            THE WITNESS:  I'm telling you there is a

24       scientific difference, a significant
```

Steven B. MacLean, Ph.D., P.E.

```
1        scientific difference between Prolene and

2        polypropylene.  That's what I'm telling you.

3        And the Wood article is square on that.  It's

4        polypropylene, not Prolene.

5            MR. THORNBURGH:  We're going to look at

6        all of the evidence --

7            THE WITNESS:  Sure.

8            MR. THORNBURGH:  -- okay?  Because you

9        have to look at the totality of the evidence,

10       right?

11           THE WITNESS:  Right.  I'm just saying

12       you have to be clear about the material

13       you're talking about because if you put -- if

14       you put Prolene in an oxidized environment

15       and you put polypropylene in an oxidized

16       environment, I'm not sure we're going to

17       agree on some of the things that you're just

18       about to say, so we just need to be clear.

19           MR. THORNBURGH:  We're going to look at

20       the totality of the evidence; we're going

21       to --

22           THE WITNESS:  Let's do it.

23           MR. THORNBURGH:  -- explore it

24       together.
```

Steven B. MacLean, Ph.D., P.E.

1          THE WITNESS:  Can you just repeat that

2      last question?

3      Q    (By Mr. Thornburgh)  Well, I said -- you said

4  that -- you agreed that oxidizing agents -- that

5  certain oxidizing agents can oxidize polypropylene, and

6  I said especially when the inflammatory response is

7  chronic.

8      A    If the oxidizing environment is persistent,

9  then it has the potential to consistently -- or

10  persistently oxidize the polypropylene.

11      Q    Because it's a vicious cycle, right?

12          MR. HUTCHINSON:  Object to the form.

13      Q    (By Mr. Thornburgh)  Of the macrophages

14  that's causing this invasion in the tissue, right?

15      A    Sure.

16          MR. HUTCHINSON:  Object -- hold on just

17      a minute, Dr. MacLean.  Object to form.

18          THE WITNESS:  That hypothetical is true;

19      however, that is exactly why there are

20      antioxidants in the Prolene formulation to

21      combat the environment that you just

22      described, and we know it does it

23      successfully.

24      Q    (By Mr. Thornburgh)  Do you know Dr. Wood?

Steven B. MacLean, Ph.D., P.E.

```
 1    how it's referred to and documented in the scientific

 2    literature.  And again, they're synergistic, they're

 3    working in harmony, they're working together to combat

 4    those two mechanisms that we talked about.

 5         Q    And what is Ethicon's thioester?

 6         A    It's the DLTDP.

 7         Q    And the basis for that opinion or

 8    understanding?

 9         A    It's -- I got it from there -- Ethicon's

10    literature, Ethicon's internal documents.  That's the

11    antioxidant -- that's the secondary antioxidant that

12    they use in the formulation of Prolene.

13         Q    And the reason why Ethicon -- the reason

14    why -- well, is it your understanding that the reason

15    why Ethicon uses Santanox and DLTDP is because

16    polypropylene will degrade without a retarding

17    additive?

18         A    In certain oxidizing environments, it has

19    that potential, and that's why you put the antioxidants

20    in it, to negate that potential.

21              (Exhibit 9 marked for identification.)

22         Q    (By Mr. Thornburgh)  I'm handing you

23    what I've marked as Exhibit No. 9, which is the

24    February 21st, 2003 Ethicon internal document and a --
```

Steven B. MacLean, Ph.D., P.E.

1      Q      Dr. MacLean, have you seen any evidence in

2  this litigation that Prolene mesh degrades in the body

3  over the lifetime of the patient?

4      A      I have not.

5      Q      Dr. MacLean, you were asked questions earlier

6  about whether or not you did any GPC analysis.  Do you

7  remember that question?

8      A      I do.

9      Q      What does GPC stand for?

10      A      Gel permeation chromatography.

11      Q      Did you do any gel permeation chromatography

12  to determine loss of molecular weight?

13      A      I did not.

14      Q      Why not?

15      A      For my experiments, it was not necessary.

16      Q      Why wasn't it necessary?

17      A      Because my experiments were focused on

18  determining whether oxidized or unoxidized Prolene

19  would actually stain in H&E staining.

20          MR. HUTCHINSON:  Let's go off the

21      record.  I think I'm about done.

22          THE VIDEOGRAPHER:  We are now going off

23      the video record.  The time is currently

24      7:47 p.m.

Steven B. MacLean, Ph.D., P.E.

```
1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA

4    COUNTY OF COBB

5

6            I, MICHELLE M. BOUDREAUX, do hereby certify

7    that STEVEN MACLEAN, Ph.D., P.E., the witness whose

8    deposition is hereinbefore set forth, was duly sworn by

9    me and that such deposition is a true record of the

10   testimony given by such witness.

11

12           I further certify that I am not related to

13   any of the parties to this action by blood or marriage

14   and that I am in no way interested in the outcome of

15   this matter.

16

17           IN WITNESS WHEREOF, I have hereunto set my

18   hand this 1st day of October 2015.

19

20           _____

             MICHELLE M. BOUDREAUX, RPR

21

22

23

24
```