# **EXHIBIT H**

# Guelcher PCT-168 Documents

PCT-167 BSC
PCT-168 Ethicon    SEM Testing will also be conducted on select FTIR samples.

*In vitro testing*

42 samples

| PCT-167 Advantage Sample ID | Sample No. | Planned Exposure to Oxidizing Solution (weeks) |
|---|---|---|
| FTIR | 1 | 0 |
| FTIR | 2 | 0 |
| XPS | 3 | 0 |
| FTIR | 4 | 1 |
| FTIR | 5 | 1 |
| FTIR | 6 | 1 |
| XPS | 7 | 1 |
| XPS | 8 | 1 |
| XPS | 9 | 1 |
| FTIR | 10 | 2 |
| FTIR | 11 | 2 |
| FTIR | 12 | 2 |
| XPS | 13 | 2 |
| XPS | 14 | 2 |
| XPS | 15 | 2 |
| FTIR | 16 | 3 |
| FTIR | 17 | 3 |
| FTIR | 18 | 3 |
| XPS | 19 | 3 |
| XPS | 20 | 3 |
| XPS | 21 | 3 |
| FTIR | 22 | 4 |
| FTIR | 23 | 4 |
| FTIR | 24 | 4 |
| XPS | 25 | 4 |
| XPS | 26 | 4 |
| XPS | 27 | 4 |
| FTIR | 28 | 5 |
| FTIR | 29 | 5 |
| FTIR | 30 | 5 |
| XPS | 31 | 5 |
| XPS | 32 | 5 |
| XPS | 33 | 5 |
| FTIR | 34 | 6 |
| FTIR | 35 | 6 |
| FTIR | 36 | 6 |
| XPS | 37 | 6 |
| XPS | 38 | 6 |
| XPS | 39 | 6 |
| FTIR | 40 | TBD |
| FTIR | 41 | TBD |
| XPS | 42 | TBD |

42 samples

| PCT-167 Lynx Sample ID | Sample No. | Planned Exposure to Oxidizing Solution (weeks) |
|---|---|---|
| FTIR | 1 | 0 |
| FTIR | 2 | 0 |
| XPS | 3 | 0 |
| FTIR | 4 | 1 |
| FTIR | 5 | 1 |
| FTIR | 6 | 1 |
| XPS | 7 | 1 |
| XPS | 8 | 1 |
| XPS | 9 | 1 |
| FTIR | 10 | 2 |
| FTIR | 11 | 2 |
| FTIR | 12 | 2 |
| XPS | 13 | 2 |
| XPS | 14 | 2 |
| XPS | 15 | 2 |
| FTIR | 16 | 3 |
| FTIR | 17 | 3 |
| FTIR | 18 | 3 |
| XPS | 19 | 3 |
| XPS | 20 | 3 |
| XPS | 21 | 3 |
| FTIR | 22 | 4 |
| FTIR | 23 | 4 |
| FTIR | 24 | 4 |
| XPS | 25 | 4 |
| XPS | 26 | 4 |
| XPS | 27 | 4 |
| FTIR | 28 | 5 |
| FTIR | 29 | 5 |
| FTIR | 30 | 5 |
| XPS | 31 | 5 |
| XPS | 32 | 5 |
| XPS | 33 | 5 |
| FTIR | 34 | 6 |
| FTIR | 35 | 6 |
| FTIR | 36 | 6 |
| XPS | 37 | 6 |
| XPS | 38 | 6 |
| XPS | 39 | 6 |
| FTIR | 40 | TBD |
| FTIR | 41 | TBD |
| XPS | 42 | TBD |

36 samples

| PCT-168 TVT Sample ID | Sample No. | Planned Exposure to Oxidizing Solution (weeks) |
|---|---|---|
| FTIR | 1 | 0 |
| FTIR | 2 | 0 |
| XPS | 3 | 0 |
| FTIR | 4 | 1 |
| FTIR | 5 | 1 |
| FTIR | 6 | 1 |
| XPS | 7 | 1 |
| XPS | 8 | 1 |
| XPS | 9 | 1 |
| FTIR | 10 | 2 |
| FTIR | 11 | 2 |
| FTIR | 12 | 2 |
| XPS | 13 | 2 |
| XPS | 14 | 2 |
| XPS | 15 | 2 |
| FTIR | 16 | 3 |
| FTIR | 17 | 3 |
| FTIR | 18 | 3 |
| XPS | 19 | 3 |
| XPS | 20 | 3 |
| XPS | 21 | 3 |
| FTIR | 22 | 4 |
| FTIR | 23 | 4 |
| FTIR | 24 | 4 |
| XPS | 25 | 4 |
| XPS | 26 | 4 |
| XPS | 27 | 4 |
| FTIR | 28 | 5 |
| FTIR | 29 | 5 |
| FTIR | 30 | 5 |
| XPS | 31 | 5 |
| XPS | 32 | 5 |
| XPS | 33 | 5 |
| FTIR | 34 | 6 |
| FTIR | 35 | 6 |
| XPS | 36 | 6 |

15 samples

| PP STD Sample ID | Sample No. | Planned Exposure to Oxidizing Solution (weeks) |
|---|---|---|
| FTIR | 1 | 0 |
| FTIR | 2 | 0 |
| XPS | 3 | 0 |
| FTIR | 4 | 1 |
| FTIR | 5 | 1 |
| XPS | 6 | 1 |
| XPS | 7 | 3 |
| FTIR | 8 | 3 |
| FTIR | 9 | 3 |
| XPS | 10 | 4 |
| FTIR | 11 | 4 |
| FTIR | 12 | 4 |
| FTIR | 13 | 2 |
| FTIR | 14 | 2 |
| XPS | 15 | 2 |

Procedure
1. Prepare oxidative media using the separate protocol.
2. Obtain all mesh samples by cutting from the respective exemplar mesh (each sample is approx 1/4in x 1/2 inch)
3. Place each mesh sample in individually labeled glass vials and photo document
4. Place two layers of glass beads on top of the mesh in each vial to keep the mesh submerged in the media. Use a perforated teflon disc for the pellet samples.
5. Place ~5ml of oxidative media in each vial.
6. Insert all vials in the vial holder.
7. Place the vial container on the rotator in the incubator. Set the rotator to a medium settting. Set the incubator at 37°C.
8. Remove samples from the incubator as shown in the above testing schedule.
9. Using gloves and tweezers, remove the appropriate mesh sample from its vial and rinse the mesh sample with deionized (DI) water to rinse off residual oxidative media.
10. Blot dry the mesh sample using Kim Wipes.
11. Dry the empty vial using compressed air.
12. Place the dry mesh sample back into the dry glass vial.
13. Test the dry mesh samples using the method specified for each respective sample. Retain each mesh sample in its vial after testing and place in storage.
14. Run SEM analysis on samples as needed. Mark the samples used for SEM testing with an additional label on the vial.

Notes:
Samples initially placed into oxidizing medium on Friday, Sept. 19
Oxidizing medium replaced on Wednesday, Sept. 24
Week 1 samples removed from oxidizing medium on Friday, Sept. 26
Oxidizing medium replaced on Wednesday, Oct. 1
Week 2 samples removed from oxidizing medium on Friday, Oct. 3
Oxidizing medium replaced on Wednesday, Oct. 8
Week 3 samples removed from oxidizing medium on Friday, Oct. 10
Oxidizing medium replaced on Tuesday, Oct. 14
Week 4 samples removed from oxidizing medium on Thursday, Oct. 16
Oxidizing medium replaced on Thursday, Oct. 23
Week 5 samples removed from oxidizing medium on Friday, Oct. 24
Oxidizing medium replaced on Wednesday, Oct. 29
Week 6 samples removed from oxidizing medium on Friday, Oct. 31
Final samples removed from oxidizing medium on Saturday, Dec. 6

| Guelcher Lab | Standard Operating Procedure ### |
|---|---|
| Oxidative Media Preparation | |

### Principle:

Prepare oxidative degradation media for *in vitro* degradation studies. This media will contain 20 wt% hydrogen peroxide and 0.1M cobalt chloride.

### Before starting:
- Read and understand the MSDS of the reagents listed below
- Personal Protective and Safety Equipment required:
  - Disposable nitrile gloves
  - Heavy duty gloves
  - Hood
  - Appropriate attire according to the Chemical Hygiene Plan (shoes, labcoat, goggles, etc.)

### Reagents:
- 30 wt% hydrogen peroxide (Sigma Aldrich)
- Cobalt chloride hexahydrate (Fisher)
- Water

### Materials and Equipment:
- 1 beaker (size depends on batch size)
- Glass bottle
- Foil
- Stir plate
- Stir bar

### Procedure (All listed values are for a 1L batch size)
1. Make sure all glassware is washed and dried prior to use
2. Dissolve cobalt chloride in water (23.78 g COCl2 hexahydrate in 333 mL water) in a glass beaker
3. In the glass bottle, measure out required amount of 30 wt% hydrogen peroxide (667 mL)
4. Add COCl2 solution to hydrogen peroxide slowly while stirring
5. Cover glass bottle with foil and store in the refrigerator

### Notes:
- Addition of COCl2 to H2O2 can produce heat and gas. Make this solution in the hood.
- COCL2(s) will react vigorously with H2O2, so make sure COCl2 is fully dissolved

### Clean-up:
1. Collect all glass waste (pipettes, vials, or broken glass) and dispose in the broken glass container (box)
2. Collect all sharps and dispose in the sharps waste container (red box)
3. Oxidative media waste contains heavy metals and must be collected and disposed of properly
4. Clean glassware:
   a. Wash with soap and water
   b. Rinse with acetone and dry in the oven