# EXHIBIT N

Vladimir Iakovlev, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                        AT CHARLESTON

 4

 5   IN RE: ETHICON, INC.,              Master File No.

 6   PELVIC REPAIR SYSTEM PRODUCTS       2:12-MD-02327

 7   LIABILITY LITIGATION                MDL 2327

 8   --------------------------------

 9   THIS DOCUMENT RELATES TO CASE

10   CONSOLIDATION:

11   Terreski Mullins, et al., v.

12   Ethicon, Inc., et al.

13   Case No. 2:12-CV-02952

14   --------------------------------

15

16

17                   DEPOSITION OF

18             VLADIMIR IAKOVLEV, M.D.

19

20                     *  *  *  *

21           HIGHLY CONFIDENTIAL PORTION

22                     *  *  *  *

23

24             September 14, 2015

25           9:00 a.m. - 5:05 p.m.
```

Vladimir Iakovlev, M.D.

```
 1   intentionally oxidized polypropylene by exposing it

 2   to some chemical solution?

 3              MR. ORENT:  Objection.

 4              THE WITNESS:  Yes, he did.

 5              BY MR. THOMAS:

 6              Q.   Did you ask him to have that mesh

 7   so that you could determine whether this

 8   intentionally oxidized polypropylene absorbed

 9   stain?

10              MR. ORENT:  Objection.

11              THE WITNESS:  No.

12              BY MR. THOMAS:

13              Q.   Why not?

14              MR. ORENT:  Objection.

15              THE WITNESS:  Because I'm doing my own

16   experiment and I believe I need to keep it for at

17   least a year and a half.

18              BY MR. THOMAS:

19              Q.   Did you discuss with Dr. Guelcher

20   the scope of his experiment?

21              MR. ORENT:  Objection.  At this point,

22   Counsel, I think you're getting into -- I think you

23   need to clarify whether your questions are in the

24   context of litigation or research.

25              To the extent it's in litigation it's
```

Vladimir Iakovlev, M.D.

```
 1   covered by privilege and I would instruct the

 2   witness not to answer under the rules.  But to the

 3   extent that you're discussing research, I think

 4   that's fair game to discuss.

 5             BY MR. THOMAS:

 6             Q.   Okay.  From a research

 7   perspective, did you have any discussions with Dr.

 8   Guelcher about his experiment?

 9             A.   It's work in progress so it's

10   privileged to researchers, I guess, at this point.

11             Q.   Are you going to assert a

12   privilege for your research?

13             A.   For research information, yes.

14             Q.   Okay.  And you asserted a

15   litigation privilege, which I don't think is

16   appropriate -- I'm not arguing with you.  You said

17   there's no research privilege.  Now he's trying to

18   assert a research privilege?

19             MR. ORENT:  No, what I said was in

20   terms of legal -- in terms of legal privileges that

21   I can, that I have, that I have an attorney-client --

22   excuse me, a attorney work product under the Rule

23   26.

24             Rule 26 specifically allows for expert

25   witnesses to consult with one another under the
```

Vladimir Iakovlev, M.D.

```
 1              CERTIFICATE OF REPORTER

 2    CANADA                )

 3    PROVINCE OF ONTARIO   )

 4

 5    I, Judith M. Caputo, the officer before whom the

 6    foregoing deposition was taken, do hereby certify

 7    that the witness whose testimony appears in the

 8    foregoing deposition was duly sworn by me; that the

 9    testimony of said witness was taken by me in

10    shorthand, using Computer Aided Realtime, to the

11    best of my ability and thereafter reduced to

12    written format under my direction; that I am

13    neither counsel for, related to, nor employed by

14    any of the parties to the action in which the

15    deposition was taken, and further that I am not

16    related or any employee of any attorney or counsel

17    employed by the parties thereto, nor financially or

18    otherwise interested in the outcome of the action.

19

20

21    _____

22    Judith M. Caputo, RPR, CSR, CRR

23

24    Commissioner for taking

25    Oaths in the Province of Ontario
```