# EXHIBIT CC

Confidential - Subject to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                      CHARLESTON DIVISION
 4                           - - -
 5    IN RE: ETHICON, INC. PELVIC    :MDL NO. 2327
      REPAIR SYSTEM, PRODUCTS        :
 6    LIABILITY LITIGATION           :VOLUME II
                                     :
 7
              THIS DOCUMENT RELATES TO ALL CASES AND
 8              VARIOUS OTHER CROSS-NOTICED ACTIONS
 9            CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
10                           - - -
11                     January 8, 2014
12                           - - -
13         Transcript of the continued deposition of
14    THOMAS A. BARBOLT, Ph.D., called for Videotaped
15    Examination in the above-captioned matter, said
16    deposition taken pursuant to Superior Court Rules of
17    Practice and Procedure by and before Michelle L.
18    Gray, a Certified Court Reporter, Registered
19    Professional Reporter, and Notary Public, at the
20    offices of Riker Danzig Scherer Hyland & Perretti
21    LLP, Headquarters Plaza, One Speedwell Avenue,
22    Morristown, New Jersey, commencing at 9:07 a.m.
23
                              - - -
24              GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph| 917.951.5672 fax
25                 deps@golkow.com
```

Confidential - Subject to Protective Order

```
 1   the '97 time frame or so, and then I think the
 2   510(k) approval was in early 1998.
 3        Q.     And the information that you list in
 4   response to the degradation designation begins in
 5   1964; is that right?
 6        A.     Yes, that's correct.
 7        Q.     And it runs in chronological order
 8   all the way up until 2007, right?
 9        A.     Yes, that's correct.
10        Q.     Why did you include studies that
11   predated the TVT?
12        A.     Well, the material used to
13   manufacture TVT mesh is Prolene polypropylene
14   filaments.  And a great deal of work was done in the
15   mid '60s and beyond, demonstrating biocompatibility
16   of that product and essentially received FDA
17   approval.
18        Q.     What is an NDA?
19        A.     An NDA is a new drug application.
20   And at the time of the development of Prolene
21   suture, polypropylene sutures were considered drugs.
22        Q.     And did Ethicon go through a new drug
23   application in order to have FDA approve the
24   polypropylene suture that's now used in TVT mesh?
25               MR. THORNBURGH:  Objection; beyond
```

Confidential - Subject to Protective Order

```
 1   the scope.
 2                  THE WITNESS:  Yes.
 3   BY MR. THOMAS:
 4        Q.    And the first five studies in your
 5   degradation section are studies submitted to the FDA
 6   in connection with the Prolene suture NDA, correct?
 7        A.    That's correct.
 8        Q.    And let's talk about those briefly.
 9   Study of tissue reaction to the colorless and
10   pigmented monofilament polypropylene suture in the
11   rat, rabbit, and the dog.
12              Just tell me briefly what those
13   studies are.
14        A.    These were tissue reaction studies in
15   three species of animals, with colored and
16   non-colored suture, looking at tissue reaction over
17   time.
18        Q.    And how long were those studies?
19        A.    The rat study was two years.  That's
20   the lifetime of a rat.
21              The dog study was two years.  And the
22   rabbit study was 90 days.
23        Q.    And are those considered long-term
24   studies?
25        A.    The two-year rat as a lifetime study
```

Confidential - Subject to Protective Order

1  is certainly a long-term study, as with the dog
2  study of a two-year duration.
3      Q.    And what's the purpose of doing a
4  tissue reaction study to a polypropylene suture in
5  an NDA?
6      A.    So for the purposes of a suture, the
7  most important thing that needs to be determined is
8  the tissue reaction of the material over time.
9      Q.    And you have reviewed the tissue
10 reaction studies from the NDA?
11     A.    Yes.
12     Q.    And are the tissue reaction findings
13 for the polypropylene suture approved by the FDA
14 similar to the findings that you have reviewed with
15 respect to Prolene mesh?
16           MR. THORNBURGH:  Objection to the use
17 of the word, approved, as well as outside the scope
18 of his designation.
19           THE WITNESS:  The tissue reaction is
20 very similar.
21 BY MR. THOMAS:
22     Q.    Okay.  And you understand that in
23 order for Ethicon to be able to market this
24 polypropylene suture, known as Prolene suture, the
25 FDA had to approve the NDA?

Confidential - Subject to Protective Order

```
 1
 2                    CERTIFICATE
 3
 4
 5          I HEREBY CERTIFY that the witness was
 6   duly sworn by me and that the deposition is a true
 7   record of the testimony given by the witness.
 8
 9          It was requested before completion of
10   the deposition that the witness, THOMAS A. BARBOLT,
11   Ph.D., have the opportunity to read and sign the
12   deposition transcript.
13
14
15
16   _____
17   MICHELLE L. GRAY, a Registered
     Professional Reporter, Certified
18   Shorthand Reporter and Notary Public
     Dated:  January 16, 2014
19
20
21          (The foregoing certification of this
22   transcript does not apply to any reproduction of the
23   same by any means, unless under the direct control
24   and/or supervision of the certifying reporter.)
25
```