# EXHIBIT DD

Howard C. Jordi, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
Master File No. 2:12-MD-02327

---

IN RE: ETHICON, INC.     MDL No. 2327
PELVIC REPAIR SYSTEM,
PRODUCTS LIABILITY
LITIGATION

---

This Document Relates to:
Carolyn Lewis, Et Al v. Ethicon, Inc.
Case No. 2:12-CV-04301

---

IN THE DISTRICT COURT, 95th JUDICIAL DISTRICT
DALLAS COUNTY, TEXAS

Linda Batiste,
        Plaintiff,
  v.                                    Cause No.
John Robert McNabb, M.D.,               DC-12-14350
Johnson & Johnson and Ethicon, Inc.,
        Defendants.

---

DEPOSITION OF HOWARD C. JORDI, Ph.D.
Wednesday, October 30th, 2013
9:05 a.m.

Held At:
    Jordi Lab
    200 Gilbert Street
    Mansfield, Massachusetts

REPORTED BY:
Maureen O'Connor Pollard, RPR, CLR, CSR #149108

Golkow Technologies, Inc. - 1.877.370.DEPS

Howard C. Jordi, Ph.D.

Page 173

1   "The control and explant samples do not show a
2   significant difference in molecular weight."
3           Correct?
4       A.  That's correct.
5       Q.  Doesn't that mean that there's no
6   evidence in your molecular weight analysis that
7   polypropylene is degrading?
8       A.  It might seem so at first
9   consideration.  But remember, the only part of
10  the polymer that seems to be degrading based on
11  the SEM photos is the surface.
12          So GPC is a bulk technique, I had to
13  dissolve the inside undamaged region as well as
14  the broken pieces, but I get one sample.  The
15  total mixture dissolved.
16          So number one, the effect of the
17  damaged surface -- my point here is I think if
18  we could measure the surface we would see a loss
19  in molecular weight, but I had no way to get
20  enough pieces to measure the molecular weight of
21  only the surface pieces like I did for the
22  infrared spectra.
23      Q.  Aren't you speculating what you find?
24      A.  I am.
25      Q.  Until you have the opportunity to test

Howard C. Jordi, Ph.D.

Page 174

1    as you've described, the fact that your
2    molecular weight testing does not show a
3    significant difference in molecular weight
4    suggests that there's no degradation of the
5    polypropylene. That's the best scientific
6    conclusion you can reach in this data, isn't
7    that true?
8         A.   It's one of the conclusions, yes.
9         Q.   It's --
10        A.   It's not the only one.
11        Q.   It's fair to say -- okay.
12             Now, has Jordi Labs analyzed
13   polypropylene mesh for other manufacturers?
14        A.   I don't run the day-to-day operations
15   anymore, so I would have no way to answer that
16   question. I don't know what has come in.
17        Q.   Do you know?
18        A.   I do not know.
19        Q.   Do you know whether Jordi Labs
20   analyzed Bard mesh that was at issue in the West
21   Virginia litigation?
22        A.   I don't know.
23        Q.   Do you know whether Bard mesh has
24   antioxidants in it?
25        A.   I haven't been requested to analyze,

Howard C. Jordi, Ph.D.

Page 309

1    COMMONWEALTH OF MASSACHUSETTS )
2    SUFFOLK, SS.                  )
3              I, MAUREEN O'CONNOR POLLARD, RPR, CLR,
4    and Notary Public in and for the Commonwealth of
5    Massachusetts, do certify that on the 30th day
6    of October, 2013, at 9:05 o'clock, the person
7    above-named was duly sworn to testify to the
8    truth of their knowledge, and examined, and such
9    examination reduced to typewriting under my
10   direction, and is a true record of the testimony
11   given by the witness.  I further certify that I
12   am neither attorney, related or employed by any
13   of the parties to this action, and that I am not
14   a relative or employee of any attorney employed
15   by the parties hereto, or financially interested
16   in the action.
17             In witness whereof, I have hereunto
18   set my hand this 1st day of November, 2013.
19
20   _____
21   MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC
22   Realtime Systems Administrator
23   CSR #149108
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS