# EXHIBIT EE

Case 2:12-md-02327  Document 1977-31  Filed 04/20/16  Page 2 of 4 PageID #: 25800

August 18, 2014

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss:   SUPERIOR COURT DEPARTMENT
                 OF THE TRIAL COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MARIA CARDENAS,

         Plaintiff,
                         Civil No.
    v.                   MICV2012-02912

BOSTON SCIENTIFIC CORP.,
(d/b/a MANSFIELD SCIENTIFIC,
INC. & MICROVASIVE, INC.),
and JOHN DOE CORPORATIONS
1-50,

         Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

            TRIAL


BEFORE:  The Hon. Diane M. Kottmyer


       Monday, August 18th, 2014

            8:45 a.m.


Held At:

       Middlesex Superior Court
       200 Trade Center
       Woburn, Massachusetts


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR #149108

```
                                                    Page 518
 1              THE COURT:  Dr. Guelcher, just listen
 2    to the question that's asked, and then counsel
 3    will have an opportunity to ask you questions.
 4              THE WITNESS:  It's -- okay.  I said
 5    highly variable and it is variable, but I said I
 6    prefer the word "predictable."  Because it --
 7    BY MR. ANIELAK:
 8         Q.   Just, sir --
 9              THE COURT:  Just -- no.  If you would,
10    put a question to the witness.
11              MR. ANIELAK:  Thank you.
12    BY MR. ANIELAK:
13         Q.   The bottom line is that you don't have
14    data to correlate a specific complication to
15    degradation of the polypropylene material,
16    right?  That's true?
17         A.   I don't have those data, but I know
18    it's going to oxidize, and I know it's going to
19    get brittle and bad things can happen.  I've not
20    measured that.
21         Q.   Sir, you don't have data to correlate
22    a specific complication to degradation of the
23    material, right?
24         A.   No, I don't have the data, but --
```

August 18, 2014

Page 664

C E R T I F I C A T E

I, MAUREEN O'CONNOR POLLARD, RMR, CLR, do hereby certify that the foregoing transcript is a true and accurate transcription of my stenographic notes taken on August 18th, 2014.

*Maureen O. Pollard*

---

MAUREEN O'CONNOR POLLARD, RMR, CLR
Realtime Systems Administrator
CSR #149108