# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION
--------------------------------------------------------------------
THIS DOCUMENT RELATES TO:                                  MDL No. 2327

Civil Action Nos.    *McBrayer v. Ethicon, Inc.*            2:12-cv-00779;
                     *White v. Ethicon, Inc.*               2:12-cv-00958;
                     *Stubblefield v. Ethicon, Inc.*        2:12-cv-00842;
                     *Justus v. Ethicon, Inc.*              2:12-cv-00956;
                     *Massey v. Ethicon, Inc*.              2:12-cv-00880; and
                     *Beach v. Ethicon, Inc*.               2:12-cv-00476.

## PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF THOMAS C. WRIGHT, JR., M.D.

Plaintiffs, pursuant to Federal Rule of Evidence 702, 403, 104 and *Daubert* v. *Merrell Dow Pharm., Inc.,* 509 U.S. 579 (1993), hereby submit this Motion to Exclude the Testimony of Thomas C. Wright, Jr., M.D. As set forth more fully in Plaintiffs' Memorandum in Support of its Motion, Defendant Ethicon has designated Dr. Wright, a pathologist with little to no clinical experience, to offer clinical medical opinions regarding pelvic organ prolapse (POP).

The Court should exclude certain opinions of Dr. Wright because he attempts to opine on subjects well outside his expertise. Specifically, Dr. Wright, a pathologist, attempts to offer unqualified expert opinions regarding the causes of pelvic organ prolapse (POP), treatment options for POP, and success and failure rates of POP treatment. As set forth more fully in Plaintiffs' Memorandum in Support of Its Motion, the Court should exclude the testimony of Defendant's expert witness Thomas C. Wright, Jr., M.D.

                                                           Respectfully submitted,

                                                             /s/ Jim M. Perdue, Jr.
                                                           Jim M. Perdue, Jr.
                                                           Brian B. Winegar

Perdue & Kidd
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  (713) 520-2500
Facsimile:   (713) 520-2525
jperduejr@perdueandkidd.com
bwinegar@perdueandkidd.com

/s/Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esp.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

I certify that on April 20, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

     /s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr.
Brian B. Winegar
Perdue & Kidd
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  (713) 520-2500
Facsimile:   (713) 520-2525
jperduejr@perdueandkidd.com
bwinegar@perdueandkidd.com