# EXHIBIT I


```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                      CHARLESTON DIVISION

 4   - - - - - - - - - - - - - - - - - - - -x

 5   IN RE:  ETHICON, INC. PELVIC REPAIR    Master File No.
                                            2:12-MD-02327
 6   SYSTEM PRODUCTS LIABILITY LITIGATION   MDL 2327

 7   - - - - - - - - - - - - - - - - - - - -x

     THIS DOUCMENT RELTES TO:

 8   DIANNE M. BELLEW

 9              Plaintiff

10      v.                              Case No. 13-cv-22473

11

12   ETHICON, INC., et al.

13              Defendants

14   - - - - - - - - - - - - - - - - - - - -x

15

16          DEPOSITION OF HOWARD C. JORDI, PH.D.

17              Tuesday, August 19, 2014

18                     9:03 a.m.

19                  Jordi Labs, LLC

20                 200 Gilbert Street

21              Mansfield, Massachusetts

22

23          Michelle Keegan, Court Reporter

24

25
```

```
 1     Q.   How many measurements did you take of the
 2   surface layer of the degradation that you claim to have
 3   identified?
 4     A.   The surface layer?  How many measurements for
 5   the melt point or the --
 6     Q.   The thickness.
 7     A.   The thickness?
 8     Q.   Yes.
 9     A.   It wasn't our goal with that assay, so we just
10   got one and left it.
11     Q.   Okay.  And the only test that you conducted to
12   determine the thickness of the surface layer of what you
13   identified to be degradation was approximately 1 micron.
14   Correct?
15          MR. THORNBURGH:  Objection.
16     A.   We saw one -- we measured one 1-micron crack.
17   That's all I can tell you.
18     Q.   Okay.  Do you have any other measurements that
19   you conducted to help you understand the thickness of
20   what you've identified as a surface layer of
21   degradation?
22     A.   We weren't really going after that.  We were
23   going after chemical makeup, so as opposed to physical
24   depth.
25          You could get some other estimate perhaps from
```

1    A.    No.  We just looked at those two antioxidants.

2    Q.    Okay.  And you also mentioned environmental

3    stress cracking.  Tell me what evidence you have --

4    scientific evidence that you have in this case that

5    proves to you that the Bellew mesh explant experienced

6    environmental stress cracking.

7    A.    Well, Number 1, we have the SEM work which

8    clearly shows the cracks.  So the cracks are a fact,

9    just no way around it.

10         The only question left is what causes the

11   cracks.  We ruled out the protein coat from the IR work,

12   which left us with only polypropylene.

13         And then we ran PYMS, which showed the presence

14   of fatty acids and cholesterol esters, which are known

15   even to Ethicon's own researchers to be environmental

16   stress crack agents.  They were present.

17         We saw oxidation from the FTIR.  Oxidation will

18   lead to cracking.  Cracking will lead to the ability of

19   the fatty acids and the cholesterol esters to get into

20   the cracks and enlarge the cracks by environmental

21   stress cracking.  So the package just fits.

22   Q.    Is there a way you're aware of to conduct any

23   test to prove that, in fact, environmental stress

24   cracking occurred in Ms. Bellew's explant?

25         MR. THORNBURGH:  Are you asking to a reasonable

```
 1      Q.   Where did the environmental stress cracking
 2   start in the Bellew explant?
 3           MR. THORNBURGH:  Objection.
 4      A.   It had to start on the surface because that's
 5   where it is.
 6      Q.   Where on the surface?
 7      A.   Well, it's basically scattered all over it.
 8      Q.   Okay.
 9      A.   As shown by the SEM micrographs.
10      Q.   Do you agree that fast crack propagation is a
11   necessary part of environmental stress cracking?
12      A.   It's part of it.
13      Q.   And --
14      A.   That's -- And that's -- by the way, that's when
15   you're talking about exclusively environmental stress
16   cracking.  We're talking about a combination here of
17   oxidation and environmental stress cracking.  It's more
18   complicated than just environmental stress cracking by
19   itself without oxidation.
20      Q.   You testified a moment ago that the degradation
21   of this explant was limited to the surface of the
22   explant.  Correct?
23      A.   Correct.  First few microns.
24      Q.   And is it fair to conclude that there had been
25   no crack propagation through the -- Strike that.
```

Howard C. Jordi, Ph.D.

1   And all those little bands at 1165, 999, 972, 841 are

2   all polypropylene, which are very, very weak.  And the

3   fact that they're so clear there is -- it makes it look

4   very similar to the spectrum of a pure polypropylene,

5   which is back there a couple of charts.

6           If you go back and look at 55, you'll see a

7   pure polypropylene.  And that spectra we have there is

8   essentially pure polypropylene.

9           So except for the oxidation bands and that

10  little bit of unidentified, everything else in the

11  spectrum is polypropylene, plus a little bit of water,

12  when you compare 55 and 60.

13       Q.  Let's go to page 84 of your report, please.

14          The last paragraph says, "It can be stated to a

15  reasonable degree of scientific certainty that

16  degradation in these fibers is a surface phenomenon

17  initially, which will more likely than not continue

18  deeper and deeper into the fiber as time passes."

19          The last part of that sentence is what I'm

20  interested in.

21          There's no evidence from the work that you've

22  done in this case that the degradation that you've

23  described here was more than a surface phenomenon on

24  Ms. Bellew.  Correct?

25          MR. THORNBURGH:  Objection.

Howard C. Jordi, Ph.D.

```
 1      A.    In Ms. Bellew, yes.

 2            Where are you reading here?  Page 84?

 3      Q.    Yes.

 4      A.    Which paragraph?

 5      Q.    Third paragraph.

 6            And then you say after that that "more likely

 7   than not continued deeper and deeper into the fiber as

 8   time passes."

 9      A.    Right.

10      Q.    I've not seen any analysis in your report to

11   explain how that happens.

12            MR. THORNBURGH:  Objection.

13      A.    It happens the same way that the surface layer

14   degradation happens.  It takes longer because it's

15   further in.  The inside is more crystalline, and so it's

16   less susceptible to degradation in general.  But it will

17   slowly occur.

18            That's based on my 40 years of experience doing

19   testing.  I've seen this over and over again.

20      Q.    40 years of testing of what?

21      A.    All kinds of plastics, including polypropylene.

22   I remember doing a stadium seating problem in Japan

23   where literally 100,000 seats turned to dust and blew

24   away, all polypropylene, because of lack of antioxidant.

25   It went right through the surface layer, went to the
```

```
 1   COMMONWEALTH OF MASSACHUSETTS

 2   SUFFOLK, SS.

 3

 4       I, Michelle Keegan, Registered Merit Reporter and

 5   Notary Public in and for the Commonwealth of

 6   Massachusetts, do hereby certify that HOWARD JORDI,

 7   PH.D., the witness whose deposition is hereinbefore set

 8   forth, was duly sworn by me and that such deposition is

 9   a true record, to the best of my ability, of the

10   testimony given by the witness.

11       I further certify that I am neither related to nor

12   employed by any of the parties in or counsel to this

13   action, nor am I financially interested in the outcome

14   of this action.

15       In witness whereof, I have hereunto set my hand and

16   seal this 25th day of August, 2014.

17

18

19

20

21                         Notary Public

22                         My commission expires:

23                         May 16, 2019

24

25
```