# EXHIBIT J

Vladimir Iakovlev, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                       AT CHARLESTON

 4

 5   IN RE: ETHICON, INC.,              Master File No.

 6   PELVIC REPAIR SYSTEM PRODUCTS      2:12-MD-02327

 7   LIABILITY LITIGATION              MDL 2327

 8   --------------------------------

 9   THIS DOCUMENT RELATES TO CASE

10   CONSOLIDATION:

11   Terreski Mullins, et al., v.

12   Ethicon, Inc., et al.

13   Case No. 2:12-CV-02952

14   --------------------------------

15

16

17                    DEPOSITION OF

18              VLADIMIR IAKOVLEV, M.D.

19

20                     * * * *

21          HIGHLY CONFIDENTIAL PORTION

22                     * * * *

23

24              September 11, 2015

25              9:00 a.m. - 5:05 p.m.
```

Vladimir Iakovlev, M.D.

1    as far as I remember was up to seven, probably just

2    over seven microns thick.

3              And I think it was a hernia mesh and

4    for hernia meshes, when they've been in the body

5    for like 12 or 14 years, it's very difficult to

6    trace what type of mesh was put in.

7              Q.   Your best recollection insofar as

8    you're dealing with Prolene mesh for the treatment

9    of stress urinary incontinence, the largest you've

10   seen is five microns, correct?

11             MR. ORENT:  Objection.

12             THE WITNESS:  Probably six, I don't

13   remember now.

14             BY MR. THOMAS:

15             Q.   This bark, as you've described it,

16   by definition is cracking?

17             A.   Yes.

18             Q.   And when you get past the bark

19   layer the interior of the polypropylene as best as

20   you can tell is unaffected?

21             A.   Yes.

22             Q.   Okay.

23             A.   The core of the fibers remains, at

24   least, the same by my methods.

25             Q.   And by your methods, as far as you

Vladimir Iakovlev, M.D.

```
 1    can tell, past the five microns or so, the physical
 2    properties of the polypropylene remain the same,
 3    true?
 4                 MR. ORENT:  Objection.
 5                 THE WITNESS:  By my methods, yes.
 6                 BY MR. THOMAS:
 7                 Q.   Have you described -- you've
 8    described two ways that you believe that mesh
 9    becomes stiff.
10                 Are there any other ways that you
11    believe mesh becomes stiff in the body?
12                 A.   Three.  So multi layering, scar
13    encapsulation and then degradation.  No, I don't
14    know any other mechanism for stiffening.
15                 Q.   And the way that you're able to
16    identify multi layering is when you analyze the
17    mesh after it's been sent to you in formalin from
18    the surgeon, correct?
19                 A.   As I said, sometimes I receive
20    meshes fresh in saline or not just -- and I see
21    it's folded already.
22                 Q.   The only polypropylene meshes that
23    you've given us, other than the one that you've
24    given us limited information about, come to you in
25    formalin, correct?
```

Vladimir Iakovlev, M.D.

```
 1                CERTIFICATE OF REPORTER

 2   CANADA                  )

 3   PROVINCE OF ONTARIO    )

 4

 5   I, Judith M. Caputo, the officer before whom the

 6   foregoing deposition was taken, do hereby certify

 7   that the witness whose testimony appears in the

 8   foregoing deposition was duly sworn by me; that the

 9   testimony of said witness was taken by me in

10   shorthand, using Computer Aided Realtime, to the

11   best of my ability and thereafter reduced to

12   written format under my direction; that I am

13   neither counsel for, related to, nor employed by

14   any of the parties to the action in which the

15   deposition was taken, and further that I am not

16   related or any employee of any attorney or counsel

17   employed by the parties thereto, nor financially or

18   otherwise interested in the outcome of the action.

19

20

21   _____

22   Judith M. Caputo, RPR, CSR, CRR

23

24   Commissioner for taking

25   Oaths in the Province of Ontario
```