UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> _____ <br> THIS MATTER RELATES TO: <br><br> ETHICON WAVE 1 CASES | Master File No. 2:12-MD-02327 <br> MDL 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## NOTICE OF WITHDRAWAL

TO: ALL COUNSEL OF RECORD

**NOTICE** is hereby given that the undersigned attorneys for defendants Ethicon, Inc. and Johnson & Johnson withdraw the Motion for Protective Order Under PTO 205 filed on March 8, 2016 under Docket No. 1913 as the parties have resolved the outstanding issues.

Respectfully submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
T: 601-948-5711
F: 601-985-4500
christy.jones@butlersnow.com

COUNSEL FOR DEFENDANTS ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on the date and time on the Notice of Electronic Filing, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/<u>Christy D. Jones</u>

ButlerSnow 30845963v1