# EXHIBIT C

Duane Priddy, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC ) | |
| REPAIR SYSTEM PRODUCTS ) | Master File No. |
| LIABILITY LITIGATION ) | 2:12-MD-02327 |
| THIS DOCUMENT RELATES TO THE ) | MDL 2327 |
| FOLLOWING CASES IN WAVE 1 OF ) | JOSEPH R. GOODWIN |
| OF MDL 200: ) | U.S. DISTRICT JUDGE |

------------------------------)
HARRIET BEACH                  )
v.                             ) CIVIL ACTION FILE
                               ) No. 2:12-CV-00476
ETHICON, INC., et al.          )
------------------------------)
SHARON BOGGS, et al.           )
                               ) CIVIL ACTION FILE
v.                             ) No. 2:12-CV-00368
                               )
ETHICON, INC., et al.          )
------------------------------)
JUDITH BRUHN, et al.           )
                               ) CIVIL ACTION FILE
v.                             ) No. 2:12-CV-00888
                               )
ETHICON, INC., et al.          )
------------------------------)
JANICE COLONNA                 )
                               ) CIVIL ACTION FILE
v.                             ) No. 2:12-CV-01274
                               )
ETHICON, INC., et al.          )
------------------------------)
MARY F. CONE                   )
                               ) CIVIL ACTION FILE
v.                             ) No. 2:12-CV-00261
                               )
ETHICON, INC., et al.          )
------------------------------)
SANDRA CYRUS                   )CIVIL ACTION FILE
v.                             ) No. 2:12-CV-01283
ETHICON, INC., et al.          )
------------------------------)

Videotaped Deposition of DUANE PRIDDY, PH.D.
March 8, 2016

Duane Priddy, Ph.D.

Page 20

1          MR. JACKSON:  Objection, calls for a

2      legal conclusion.

3      A.   Let's put it this way:  I don't advertise

4  myself as an expert for FDA.

5  BY MR. HUTCHINSON:

6      Q.   Is there anything on your CV that reflects

7  your expertise as a regulatory or FDA expert?

8      A.   No.

9      Q.   Doctor, you are not a pathologist?

10     A.   I am not a pathologist.

11     Q.   Not a medical doctor?

12     A.   I am not a medical doctor.

13     Q.   Not a toxicologist?

14     A.   No.

15     Q.   Not a biostatistician?

16     A.   What?

17     Q.   A biostatistician?

18     A.   A biostatistician, I do a lot of

19  statistical analysis, but bio, not a

20  biostatistician.

21     Q.   Are you an epidemiologist?

22     A.   No, I'm not.

23     Q.   Are you an expert in biomaterials?

24          MR. JACKSON:  Objection, form.

Duane Priddy, Ph.D.

Page 27

1      Q.    But 2014 -- or 14, rather, stands for

2   the year, correct?

3      A.    Correct.

4      Q.    You used an older version of the ASTM

5   3895?

6          MR. JACKSON:  Objection, form.

7      A.    Yes.

8   BY MR. HUTCHINSON:

9      Q.    Why?

10      A.    Because I have been doing it for many

11   years preceding '14, and once I get the lab set up

12   doing a specific test, following a specific standard

13   in a specific way, I just don't deviate it.

14      Q.    Sir, did you ever compare the version, the

15   older version that you used of 3895 to the most

16   recent ASTM 3895 2014?

17      A.    No.

18      Q.    Are you aware of any changes between those

19   two ASTM protocols?

20      A.    I would have to study it in depth to look

21   for those differences.

22      Q.    But you can't tell us those differences

23   now?

24      A.    No.

Duane Priddy, Ph.D.

Page 34

1    BY MR. HUTCHINSON:

2         Q.   So all products that you received had mesh

3    between two stainless steel rods; is that correct?

4         A.   That's my recollection, yes.

5         Q.   Doctor, let's talk about the sampling that

6    was used for the DSC.  DSC is a test, by the way,

7    right?

8         A.   Yes.

9         Q.   That's an analytical test?

10        A.   It's a piece of equipment.

11        Q.   And the purpose of the equipment is in

12   essence to melt the product inside, fair enough?

13             MR. JACKSON:  Objection, form.

14        A.   No.

15   BY MR. HUTCHINSON:

16        Q.   What's the purpose of the equipment?

17        A.   It's to detect thermal heat flow, whether

18   it be cooling or heating with plastic materials.

19        Q.   But you do that by melting the plastic

20   material, correct?

21             MR. JACKSON:  Objection, form.

22        A.   Not necessarily.

23   BY MR. HUTCHINSON:

24        Q.   Did you melt the samples that you received

Duane Priddy, Ph.D.

Page 35

1    in this case?

2         A.   At 200 degrees, that's above the melting

3    point so they would be melted, yes.

4         Q.   How did you make the specimen sample?

5         A.   It was cut with scissors.

6         Q.   In your lab or in Steve Johnson's lab?

7         A.   Steve Johnson did the cutting.

8         Q.   Were you supervising the cutting of the

9    samples with Steve Johnson?

10        A.   I was not present, but we discussed the

11   protocol of how to collect the samples.

12        Q.   What was the average sheet thickness of

13   the sample?

14             MR. JACKSON:  Objection, form.

15        A.   I don't recall.

16   BY MR. HUTCHINSON:

17        Q.   Did you ever ask Steve Johnson about what

18   the average sheet thickness was of the sample?

19        A.   I asked him what the thickness was.

20        Q.   What did he tell you?

21        A.   I don't recall.  It was less than -- I

22   don't recall.

23        Q.   Why is that not included in your expert

24   report?

Duane Priddy, Ph.D.

Page 36

1       A.    Because it wasn't relevant to my opinion.

2       Q.    Doctor, was this test sample compressed or

3    molded into a sheet format?

4       A.    No.

5       Q.    Why not?

6       A.    Because that would have given the sample

7    another heat history, and I wanted to have the

8    samples tested in their original use shape as

9    monofilaments.

10      Q.    How many times was the DSC test run?

11            MR. JACKSON:   Objection, form.

12      A.    It's run once, and I had him run it in

13   pure oxygen, switching from nitrogen to oxygen, and

14   I also asked him to run it switching from nitrogen

15   to air, so he ran it twice for each sample.

16   BY MR. HUTCHINSON:

17      Q.    Do you know how long he ran it in pure

18   nitrogen?

19      A.    You run it for so many minutes until the

20   equipment is stable, get a smooth baseline.  That's

21   generally five minutes or so at 200.

22      Q.    But my question is, do you know how long

23   Steve Johnson ran it in pure nitrogen?

24      A.    Whatever the standard dictates, and I

Duane Priddy, Ph.D.

Page 37

1   believe it's five minutes.

2         Q.   Do you know how long Steve Johnson ran the

3   sample or ran the test, rather, in pure oxygen?

4              MR. JACKSON:  Objection, asked and

5         answered.

6         A.   It's in the data.  Once you switch from

7   nitrogen to oxygen, that's time 0, and then you run

8   it in pure oxygen until the exotherm is over and

9   that gives you your OIT data.

10  BY MR. HUTCHINSON:

11        Q.   Let's look at Exhibit 4 and turn with me

12  to Page 2.

13        A.   Okay.

14        Q.   Under "9. sampling."  Do you see that?

15        A.   Yes.

16        Q.   9.1 says, "The following sample

17  preparation procedures are recommended:  the test

18  sample is compression molded into sheet format."

19             Did I read that correctly?

20        A.   Absolutely.

21        Q.   Why did you not follow that protocol?

22             MR. JACKSON:  Objection, form.

23        A.   Because it's recommended and, as I said

24  previously, that would require another heat history

Duane Priddy, Ph.D.

Page 38

1    on the sample, and I wanted to look at pristine mesh

2    samples in their use state.  And I didn't want to

3    alter that.

4              So that would have affected the results to

5    have done it that way.  And I emphasize the word

6    "recommended," because you don't have to do it that

7    way, it's just the recommended.

8        Q.   I understand, but fair to say that you

9    didn't follow the recommended sampling procedure in

10   ASTM 3895, correct?

11             MR. JACKSON:  Objection, form.

12       A.   Absolutely for good reason, it would have

13   affected the results negatively.

14   BY MR. HUTCHINSON:

15       Q.   Doctor, there is nothing in your expert

16   report about how the samples were prepared, is

17   there?

18       A.   Not in the report directly, no.

19       Q.   Why did you not include that in your

20   expert report?

21       A.   Because it has no bearing on my opinions.

22       Q.   Doctor, did you do any type of statistical

23   calculations to confirm that the results you got

24   from this test that Steve Johnson did were

Duane Priddy, Ph.D.

Page 39

1    statistically significant?

2              MR. JACKSON:  Objection, form.

3        A.   What I did do --

4    BY MR. HUTCHINSON:

5        Q.   We are going to get to what you did do in

6    a minute.  I want to know the answer to my question

7    first and then we'll get there.

8              MR. JACKSON:  Counsel, you have to

9         let him answer the question.

10   BY MR. HUTCHINSON:

11       Q.   Did you do any type of statistical

12   calculations to --

13       A.   Yes.

14       Q.   Are those statistical calculations

15   included in your expert report?

16       A.   No.

17       Q.   Why not?

18       A.   Just didn't include it.

19       Q.   Any reason?

20       A.   No.

21       Q.   What type of statistical calculations did

22   you do?

23       A.   I had Steve Johnson extract the additives

24   from the mesh samples and to determine if the OIT

Duane Priddy, Ph.D.

Page 40

1    numbers data gave a correlation with the level of

2    antioxidant in the mesh samples.  And the reason I

3    did that is just to confirm that there's a

4    statistical correlation between the level of

5    antioxidant and the OIT values because if there

6    hadn't have been, then I would have been concerned

7    about the validity of the results.

8         Q.    Doctor, let's look at Exhibit 4 for a

9    minute.  This is that ASTM 3895.

10        A.    Yes.

11        Q.    Bottom of Page 1, 4.3 states, "Unless

12   otherwise specified, the analysis temperature used

13   in this test has been arbitrarily set at 200 degrees

14   C."

15             Do you see that?

16        A.    Yes.

17        Q.    That's the temperature you used?

18        A.    Correct.

19        Q.    You used an arbitrary number?

20             MR. JACKSON:  Objection, form.

21        A.    I used the number specified in the

22   standard, yes.

23   BY MR. HUTCHINSON:

24        Q.    And the number specified in the standard

Duane Priddy, Ph.D.

Page 42

1        **A.**    If it is specified in the standard, yes.

2    BY MR. HUTCHINSON:

3        **Q.**    Doctor, your report states that the mesh

4    sample was heated to 200 degrees under pure

5    nitrogen; is that right?

6        **A.**    Yes.

7        **Q.**    That's the temperature at which you

8    conducted this aging study?

9            MR. JACKSON:  Objection, form.

10        **A.**    Correct.

11    BY MR. HUTCHINSON:

12        **Q.**    That's also known as the accelerated aging

13    temperature, correct?

14        **A.**    Yes.

15        **Q.**    That equates to roughly 392 degrees

16    Fahrenheit?

17        **A.**    Correct.

18        **Q.**    That's about 300 degrees Fahrenheit above

19    the normal temperature of a human being; is that

20    correct?

21        **A.**    Correct.

22        **Q.**    And it is well above the melting point of

23    Prolene, isn't it?

24            MR. JACKSON:  Objection, form.

Duane Priddy, Ph.D.

Page 43

1        A.   Yes, it is.

2   BY MR. HUTCHINSON:

3        Q.   What is the melting point of Prolene?

4        A.   165 degrees Centigrade approximately.

5        Q.   Doctor, moving to Page 2, at the top under

6   Significance and Use, are you there with me?

7        A.   Yes.

8        Q.   It says, "The OIT is a qualitative

9   assessment of the level (or degree) of stabilization

10   of the material tested."

11             Do you see that?

12        A.   Yes.

13        Q.   And a qualitative test is different from a

14   quantitative test, isn't it, sir?

15        A.   That's correct.

16        Q.   A qualitative test doesn't give you a

17   lifetime prediction, does it?

18             MR. JACKSON:   Objection, form.

19   BY MR. HUTCHINSON:

20        Q.   Doctor?

21        A.   It's standard practice to use data from

22   these kind of tests to do lifetime predictions,

23   realizing it's only a prediction.  With that

24   understanding that it has to be validated by actual

Duane Priddy, Ph.D.

Page 44

1    testing.  If there's a red flag there, it will just

2    give you a red flag.  And so with that

3    understanding, as I say, I routinely use this test

4    for doing lifetime predictions.

5         Q.   I understand, but with that understanding,

6    a qualitative test does not give you lifetime

7    predictions, does it?

8              MR. JACKSON:  Objection, form.

9         A.   Yeah, It gives you predictions, certainly.

10   BY MR. HUTCHINSON:

11        Q.   It doesn't give you lifetime facts or

12   lifetime specifics, does it?

13             MR. JACKSON:  Objection, form.

14        A.   Every time you use an accelerated test

15   protocol to get a prediction, it's only a prediction

16   and you have to follow it up with real life, live

17   tests to validate.

18   BY MR. HUTCHINSON:

19        Q.   And you have to follow it up with real

20   time aging tests, correct?

21             MR. JACKSON:  Objection, form.

22        A.   That is correct.

23   BY MR. HUTCHINSON:

24        Q.   Doctor, you wouldn't rely on a qualitative

Duane Priddy, Ph.D.

Page 45

1    test to determine how long a polymer would retain

2    its physical properties, would you?

3              MR. JACKSON:  Objection, form.

4         A.   I would use it for predictive purposes,

5    yes.

6    BY MR. HUTCHINSON:

7         Q.   Doctor, let's move on to the top of Page

8    2.  Under Note 2 it states, "The OIT measurement is

9    an accelerated thermal-aging test and as such can be

10   misleading."

11             Did I read that correctly?

12        A.   Yes.

13        Q.   What does misleading mean?

14             MR. JACKSON:  Objection, form.

15        A.   What they are trying to say there is, if I

16   have different materials, say two different

17   polypropylenes with two different stabilizer

18   packages, one polypropylene has additive stabilizer

19   antioxidant A in it and another one has antioxidant

20   stabilizer package B in it and I run an OIT and I

21   get different values, that it would be misleading

22   for me to say that one is better than the other.

23   BY MR. HUTCHINSON:

24        Q.   Did you consider this statement before

Duane Priddy, Ph.D.

Page 46

1    doing your testing?

2              MR. JACKSON:  Objection, form.

3        A.   Yes.

4    BY MR. HUTCHINSON:

5        Q.   Doctor, one would never expect to use

6    Prolene in the body at 200 degrees C, would they?

7        A.   That's correct.

8        Q.   In fact, you would never expect Prolene to

9    be exposed to a hundred percent nitrogen in vivo,

10   would you?

11       A.   No.

12       Q.   You'd never expect Prolene to be exposed

13   to a hundred percent oxygen in vivo, would you?

14             MR. JACKSON:  Objection, form.

15       A.   Not pure oxygen.  I certainly would expect

16   it to be exposed to oxidizing species, but not a

17   hundred percent pure oxygen, no.

18   BY MR. HUTCHINSON:

19       Q.   Moving on down on Note 2, last sentence it

20   says, "Volatile antioxidants may generate poor OIT

21   results even though they may perform adequately at

22   the intended use temperature of the finished

23   product."

24             Did I read that correctly?

Duane Priddy, Ph.D.

Page 48

1    level of volatility.

2              If it comes through in less than 10

3    minutes, it is volatile.  If it takes 20 minutes to

4    come off the GC column, you know that at

5    200 degrees, it is not volatile.  And I did the same

6    thing for Santonox R.

7         Q.    Doctor, did you account for the volatility

8    of any other additives contained in Prolene?

9         A.    No, I was focused on the antioxidant

10   species.

11        Q.    Did you focus any on Procol LA-10?

12        A.    No.

13        Q.    Did you ever focus on calcium stearate?

14        A.    No.  Those are lubricants, not

15   antioxidants.

16        Q.    Doctor, the intended use temperature of

17   the finished product, what is the intended use

18   temperature of the finished product?

19              MR. JACKSON:  Objection, form.

20        A.    37 degrees C or 98.6 Fahrenheit.

21   BY MR. HUTCHINSON:

22        Q.    It is not 200 degrees C, is it?

23        A.    No.

24        Q.    Doctor, moving on down to Note 3, "There

Duane Priddy, Ph.D.

Page 49

1    is no accepted sampling procedure, nor have any

2    definitive relationships been established for

3    comparing OIT values on field samples to those on

4    unused products.  Hence, the use of such values for

5    determining life expectancy is uncertain and

6    subjective."

7              Did I read that correctly?

8        A.   Absolutely, yes.

9        Q.   Doctor, what would the field sample be in

10   this particular case?

11       A.   The Prolene mesh.

12       Q.   It would be an explant, correct?

13            MR. JACKSON:  Objection, form.

14       A.   No, it's a virgin, unused implant.

15   BY MR. HUTCHINSON:

16       Q.   That's what you consider to be a field

17   sample?

18       A.   Yes.

19       Q.   What's the difference between a virgin,

20   unused piece of Prolene and an unused product?

21            MR. JACKSON:  Objection, form.

22       A.   There is no difference.

23   BY MR. HUTCHINSON:

24       Q.   Doctor, the ASTM that you quote says

Duane Priddy, Ph.D.

Page 50

1    there have been no definitive relationships

2    established for comparing values on field samples to

3    those for unused products.

4              MR. JACKSON:  Objection, misstates

5         witness testimony.

6    BY MR. HUTCHINSON:

7         Q.   That's what the ASTM says, correct?

8         A.   Okay.

9         Q.   And in fact, Doctor, there's been no

10   definitive relationships established for comparing

11   the OIT values of explant to mesh that's never been

12   used in surgery; is that fair?

13        A.   That is fair, yes.

14        Q.   In fact, Doctor, can you stand by your

15   opinions to a reasonable degree of scientific

16   certainty, given that the ASTM that you used says

17   "determining life expectancy is uncertain and

18   subjective"?

19             MR. JACKSON:  Objection, form.

20        A.   I'm sorry, I don't understand that

21   question.  Would you repeat it, please?

22   BY MR. HUTCHINSON:

23        Q.   Can you stand by your opinions, given that

24   the ASTM that you used says "determining life

Duane Priddy, Ph.D.

Page 51

1    expectancy is uncertain and subjective"?

2              MR. JACKSON:  Objection, form.

3        **A.**    What I can say is this, the life

4    expectancy is uncertain, that's correct.

5    BY MR. HUTCHINSON:

6        **Q.**    And the life expectancy is also

7    subjective, isn't it, sir?

8              MR. JACKSON:  Objection, form.

9        **A.**    All I can say is in a nutshell, this data

10   shows that the Prolene material will not last

11   indefinitely in the body.  It is susceptible to

12   oxidative degradation over time.

13   BY MR. HUTCHINSON:

14       **Q.**    But the life expectancy is subjective,

15   isn't it, sir?

16              MR. JACKSON:  Objection, form.

17       **A.**    It is subject to the conditions in the

18   body, yes, certainly.

19   BY MR. HUTCHINSON:

20       **Q.**    It is also subjective according to the

21   ASTM protocol, correct?

22       **A.**    It's always subjective, lifetime of any

23   article is subject to the conditions that the part

24   is under, exposed to.

Duane Priddy, Ph.D.

Page 53

1    Steve Johnson?

2         **A.**    It's called a DSC pan.

3         **Q.**    What is the DSC pan that Steve Johnson

4    used made out of?

5         **A.**    He told me.  It's in the report and I

6    don't recall offhand.

7         **Q.**    It is in your expert report?

8         **A.**    No, it's in his report to me.

9         **Q.**    Steve Johnson prepared a report and gave

10   it to you?

11            MR. JACKSON:  Objection, form.

12        **A.**    It's data.  He gives me the data with a

13   little note and it tells what the pan is, but I

14   don't recall offhand what the pan is.

15   BY MR. HUTCHINSON:

16        **Q.**    Where is the data that Steve Johnson gave

17   you?

18        **A.**    It would be on my computer.

19        **Q.**    It is not included on this flash drive, is

20   it, sir?

21        **A.**    It probably is.

22        **Q.**    Can you testify under oath that this data

23   that Steve Johnson gave you is contained on this

24   flash drive?

Duane Priddy, Ph.D.

Page 54

1          MR. JACKSON:  Objection, form.

2      A.    Not without checking to confirm for sure.

3  I believe I put it on there.

4  BY MR. HUTCHINSON:

5      Q.    Doctor, sitting here today, can you tell

6  us the type of specimen holder that Steve Johnson

7  used?

8      A.    A DSC pan, and I don't recall what the

9  metal was.

10     Q.    Do you know if Steve Johnson used more

11  than one specimen holder?

12     A.    The little DSC pans are disposable.  In

13  other words, for the OIT test, he uses a specific

14  type of pan that he knows to be, not influence the

15  data and that's the type of pan he uses.  I just

16  don't recall offhand what the metal is.

17     Q.    Doctor, have you done anything to

18  determine if the specimen holder that Steve Johnson

19  used affected the results?

20         MR. JACKSON:  Objection, form.

21     A.    As I say, he in the past has run tests,

22  since he runs the OIT for me all the time, to

23  confirm the OIT test as he runs it is unaffected by

24  the pan that he uses.  It's just I don't recall what

Duane Priddy, Ph.D.

Page 55

1    metal it is.

2    BY MR. HUTCHINSON:

3       Q.   I understand that, Doctor, but I'm asking

4    you, have you done anything personally to determine

5    if the specimen holder that Steve Johnson used

6    affected the test results?

7       A.   I don't run DSC, so technicians do that.

8       Q.   Have you done anything, sir, personally to

9    determine if the specimen holder affected the

10   results?

11          MR. JACKSON:  Objection, asked and

12      answered.

13      A.   As I say, it was done in the past, on past

14   projects.

15   BY MR. HUTCHINSON:

16      Q.   I am talking about this project, sir.

17   Have you personally done anything to determine if

18   the specimen holder affected the results, yes or no?

19          MR. JACKSON:  Objection, asked and

20      answered.

21      A.   In the sense that I made sure that he is

22   using his standard pan under the standard operating

23   procedures for the laboratory as an A2LA certified

24   laboratory.  They are annually audited, all their

Duane Priddy, Ph.D.

Page 58

1          MR. JACKSON:  Objection, form.

2     A.    Because it's not a -- it has to do with

3    sterile medical device packages, not what's inside.

4    So it's really not a standard that's directly

5    applicable to this situation.

6    BY MR. HUTCHINSON:

7     Q.    Doctor, fair to say you never did any

8    real-time aging studies to confirm the accelerated

9    aging study results that you generated, correct?

10    A.    That is correct.

11    Q.    All of the studies that you did are

12    contained in your expert report; is that correct?

13          MR. JACKSON:  Objection, form.

14    A.    I mean, I mentioned a few minutes ago, I

15    ran the OIT test under pure oxygen and then

16    switching from nitrogen to air, and I believe that's

17    the only deviation that was done that wasn't

18    included in the report.

19    BY MR. HUTCHINSON:

20    Q.    Doctor, turn with me to Page 2.

21    A.    Of?

22    Q.    Of Exhibit 5 which is ASTM 1980.

23    A.    Yes.

24    Q.    There on Page 2, note 6.4, this is a

Duane Priddy, Ph.D.

Page 62

1    BY MR. HUTCHINSON:

2        Q.    "Materials which are not exposed to light

3    during their normal life could be tested in heat

4    aging experiments."

5              In fact, that's what you did, correct, a

6    heat aging experiment, correct, on mesh?

7              MR. JACKSON:   Objection, form.

8        A.    Yes, I did.

9    BY MR. HUTCHINSON:

10       Q.    It goes on to say, "But if temperatures

11   are used which are considerably higher than the ones

12   the material is exposed to under normal

13   circumstances, the danger exists of introducing new

14   degradation reactions."

15             Did I read that correct?

16       A.    Yes, you did.

17       Q.    Doctor, did you consider that before you

18   did your accelerated aging tests?

19       A.    Yes.

20       Q.    Did you know what de la Rie said about

21   using higher temperatures?

22       A.    Yes.

23       Q.    How did you account for that?

24       A.    By stating that it is only a rough

Duane Priddy, Ph.D.

Page 63

1   approximation and has to be validated with actual

2   real-time studies because of this possibility.

3       Q.   Doctor, did you do any type of calculation

4   regarding the Arrhenius rate reaction for

5   polypropylene?

6           MR. JACKSON:  Objection, form.

7       A.   That has been done in the literature

8   before.

9   BY MR. HUTCHINSON:

10      Q.   I am asking you:  Did you do any

11  calculation for the Arrhenius rate reaction for

12  polypropylene?

13          MR. JACKSON:  Objection, form.

14      A.   Not on my data, no, I couldn't, because I

15  only ran at one temperature.  I did not run at

16  three temperatures.  You have to run at three

17  temperatures to do the Arrhenius calculations.

18          MR. HUTCHINSON:  We can take a quick

19      break.

20          THE VIDEOGRAPHER:  We are now off

21      the video record.  The time is 10:01 a.m.

22          (Recess.)

23          THE VIDEOGRAPHER:  We are back on

24      the video record with Tape Number 2.  The

Duane Priddy, Ph.D.

Page 65

1    selecting material, so they just asked me to

2    recommend a material for a certain application.  And

3    I considered polypropylene and ruled it out, just

4    didn't have the right properties for the

5    application.

6         Q.    Doctor, have you ever selected a polymer

7    that has a lifetime warranty?

8              MR. JACKSON:  Objection, form.

9         A.    I don't believe so.

10   BY MR. HUTCHINSON:

11        Q.    Doctor, would you ever guarantee to the

12   recipients of these medical devices that you

13   consulted for, would you ever guarantee to them that

14   their material would never oxidize?

15             MR. JACKSON:  Objection, form.

16        A.    No.

17   BY MR. HUTCHINSON:

18        Q.    Doctor, on Page 3 of your expert report,

19   you reference ISOT.  That stands for incipient

20   surface oxidation time; is that correct?

21        A.    Yes.

22        Q.    Is ISOT in any ASTM standard?

23        A.    It is nowhere.  That is my own acronym.

24        Q.    Doctor, you didn't use a publication to

Duane Priddy, Ph.D.

Page 66

1    come up with your own acronym, did you?

2         **A.**   I did not.

3         **Q.**   You made it up just for this experiment,

4    didn't you?

5              MR. JACKSON:   Objection, form.

6         **A.**   No.

7    BY MR. HUTCHINSON:

8         **Q.**   Where did you come up with your own

9    acronym?

10             MR. JACKSON:   Objection, form.

11        **A.**   As I say, I have been using OIT testing

12   for years.

13   BY MR. HUTCHINSON:

14        **Q.**   I want to talk about ISOT.

15        **A.**   Yes, I know.  And as part of that, I look

16   at the shape of the OIT curve because normally it is

17   a nice, smooth transition with two slopes and when

18   you get the baseline meandering around and doing

19   strange things, you know that there's something

20   going on that's not normal.  And so I always, just

21   for my own thought processes, identify the point to

22   where something chemically starts to happen and I

23   call that the incipient oxidation point.

24        **Q.**   But that's something you made up?

Duane Priddy, Ph.D.

Page 67

1      A.   I did, yes.

2      Q.   Doctor, if you look at Page 5, it states,

3  polypropylene is subject to degradation or weakening

4  by oxidative agents.

5      A.   Where are you at now?

6      Q.   Page 5.

7           MR. JACKSON:  Chad, can you let us

8      know which paragraph you are on?

9           MR. HUTCHINSON:  Yes, I'm sorry.

10     Second paragraph, second sentence.

11          THE WITNESS:  Okay.

12 BY MR. HUTCHINSON:

13     Q.   It states, the "chemical reactions

14 continue to occur so long as any oxidizing agents,

15 such as those present in the human body, are

16 present."  Do you see that?

17     A.   Yes.

18     Q.   Doctor, what are the names of the

19 oxidizing agents?

20          MR. JACKSON:  Objection, form.

21     A.   Excuse me?

22     Q.   What are the names of the oxidizing agents

23 that you reference here?

24          MR. JACKSON:  Objection, form.

Golkow Technologies, Inc. - 1.877.370.DEPS

Duane Priddy, Ph.D.

Page 70

1    it affects Prolene?

2         **A.**    I have not done that.

3         **Q.**    Doctor, do you have any idea how many or

4    what type of -- strike that.

5              Do you have any idea of the amount of

6    enzymes, oxidizing enzymes that are secreted from

7    the body?

8              MR. JACKSON:  Objection, form.

9         **A.**    I have never measured it, no.

10   BY MR. HUTCHINSON:

11        **Q.**    To your knowledge, has it ever been

12   quantified?

13        **A.**    I do not know.

14        **Q.**    Doctor, sitting here today, can you

15   quantify the amount of oxidizing agents that are

16   produced by the human body?

17             MR. JACKSON:  Objection, asked and

18        answered.

19        **A.**    Are you asking have I done it or could it

20   be done?

21   BY MR. HUTCHINSON:

22        **Q.**    I am asking, have you done it?

23        **A.**    I have not done it.

24        **Q.**    Do you know the amount of oxidizing agents

Duane Priddy, Ph.D.

Page 71

1    produced by the human body?

2            MR. JACKSON:  Objection, asked and

3        answered.

4        **A.**   No.

5    BY MR. HUTCHINSON:

6        **Q.**   Doctor, do you have any opinions regarding

7    the quantity of oxidizing agents it would take to

8    oxidize Prolene?

9        **A.**   Well, Prolene is an oxidizable material,

10   so any oxidant is capable of oxidizing Prolene.

11       **Q.**   My question, sir:  Do you have any idea

12   about the concentration level of oxidizing agents

13   that it would take to oxidize Prolene?

14       **A.**   Any detectable, measurable amount of an

15   oxidizing species is capable of oxidizing Prolene.

16       **Q.**   Can you quantify that, Doctor?

17           MR. JACKSON:  Objection, form.

18       **A.**   A detectable, I don't know what the

19   detection limit of a test you want to use, but if it

20   is detectable, it is capable of oxidizing Prolene.

21   BY MR. HUTCHINSON:

22       **Q.**   What about a micromole, can a micromole

23   oxidize Prolene?

24           MR. JACKSON:  Objection, form.

Duane Priddy, Ph.D.

Page 81

1      Q.    Let's talk about the chemistry for

2   Santonox R.

3           MR. JACKSON:   Chad, he wasn't

4        through answering his question.  You got

5        to let him finish.

6   BY MR. HUTCHINSON:

7      Q.    Santonox R is designed to remove free

8   radicals when they are formed, correct?

9      A.    I wouldn't say remove, but negate the

10  effects of free -- interferes with free radical

11  chain reactions.

12     Q.    Doctor, let's look at Page 8 at the top.

13  You reference the testing you did, the gas

14  chromatography, mass spectroscopy, did I say that --

15     A.    That's correct.

16     Q.    Is that the testing that you did?

17     A.    Yes.

18     Q.    Did you personally do the GS-MC testing?

19     A.    GC-MS.

20     Q.    GC-MS testing?

21     A.    I don't run lab equipment.  Trained

22  technicians run lab equipment.  I worked with a

23  technician to tell him how I wanted the test

24  performed, yes.

Duane Priddy, Ph.D.

Page 82

1    Q.    Who did the GC-MS testing, Doctor?

2    A.    Steve Johnson.

3    Q.    He did it too?

4    A.    Yes, he is the technician that does GC-MS

5    and the OIT test.

6    Q.    Which did Steve Johnson do first, did he

7    do the GC-MS or the DSC testing?

8         MR. JACKSON:   Objection, form.

9    A.    He did the OIT first and then I wanted to

10   see if it correlated with the additives so I asked

11   him to do GC-MS so I could see if there was a

12   statistical correlation.

13   BY MR. HUTCHINSON:

14   Q.    Let's talk about the GC-MS testing that

15   Steve Johnson did.  Did Steve Johnson's GC-MS

16   experiment follow any standard or published

17   procedure?

18   A.    It followed what's called SOP, standard

19   operating procedure.  Again, all certified

20   laboratories need SOPs for everything they do.

21   Those SOPs are audited annually, and he followed

22   his SOP for GC-MS.

23   Q.    Which SOP did Mr. Johnson follow?

24   A.    The one for GC-MS in the lab.

Duane Priddy, Ph.D.

Page 83

1      Q.   But what number?

2      A.   I don't -- it's probably in the lab report

3  he sent me, but I don't have the number memorized.

4      Q.   Doctor, did you ever touch the GC-MS

5  equipment?

6           MR. JACKSON:  Objection, form.

7      A.   No.

8  BY MR. HUTCHINSON:

9      Q.   Did you ever touch the DSC equipment?

10          MR. JACKSON:  Objection, form.

11     A.   No.

12  BY MR. HUTCHINSON:

13     Q.   Have you ever even seen the GC-MS or DSC

14  equipment?

15          MR. JACKSON:  Objection, form.

16     A.   Yes, I have.

17  BY MR. HUTCHINSON:

18     Q.   At Steve Johnson's lab?

19     A.   At Steve Johnson's lab.  As a matter of

20  fact I have watched him in the past run it.

21     Q.   But you didn't watch him do this

22  experiment --

23     A.   No.

24     Q.   -- that we are here about today?

Duane Priddy, Ph.D.

Page 84

1          A.    No, I did not.

2          Q.    Doctor, did Steve Johnson perform any

3     controls in his GC-MS experiment?

4          A.    Yes.

5          Q.    What were they?

6          A.    He always puts in an internal standard in

7     the solvent that he extracts, the additives from the

8     plastic, and that internal standard he looks at the

9     size of the response and the retention time to make

10    sure that the equipment is operating.  In other

11    words, it is a known material spiked into the

12    solvent and if that peak is not right, he knows

13    there's an issue.

14         Q.    Did that generate data?

15              MR. JACKSON:  Chad, you have to let

16         the witness finish his answer.

17    BY MR. HUTCHINSON:

18         Q.    I'm sorry, Doctor, if I interrupted you.

19    Did that generate data?

20         A.    What do you mean?

21         Q.    Using the control, when Mr. Johnson used

22    the control, did it generate any data?

23         A.    Yes.

24         Q.    Where is that data?

Duane Priddy, Ph.D.

Page 85

1       **A.**   It would be in his GC-MS data report.

2       **Q.**   Is Mr. Johnson's GC-MS data report

3    included on the flash drive that you gave me before

4    the deposition?

5       **A.**   I believe so.

6       **Q.**   Why wasn't that GC-MS data included in

7    your expert report?

8       **A.**   I included just this comment of the

9    correlation, but I did not include the data in the

10   report.

11      **Q.**   But why not?  Why didn't you include the

12   data in your report?

13      **A.**   I just didn't.

14      **Q.**   Doctor, did Steve Johnson ever try to

15   measure the concentration level of DLTDP?

16      **A.**   Yes.

17      **Q.**   What was the result of the concentration

18   level of DLTDP?

19      **A.**   When he ran the test, he did not see the

20   DLTDP.  He couldn't detect it.

21      **Q.**   Doctor, have you personally ever tried to

22   measure the concentration level of DLTDP in Prolene?

23      **A.**   Through Steve Johnson I have attempted to

24   do it.

Duane Priddy, Ph.D.

Page 87

1    Q.    Do you know Dr. Howard Jordi?

2    A.    I know there's a Jordi Lab.

3    Q.    Do you know if the Jordi Labs ever

4    detected DLTDP in Prolene?

5    A.    I don't know.

6    Q.    If Dr. Jordi's lab did detect DLTDP in

7    Prolene, that would be inconsistent with the results

8    of your tests, correct?

9         MR. JACKSON:   Objection, form.

10   A.    No.

11   BY MR. HUTCHINSON:

12   Q.    I thought you told me your tests did not

13   detect DLTDP.

14   A.    No, I'm saying that the way the test was

15   run, it did not detect it.  He only saw a peak for

16   the Santonox R.

17   Q.    Doctor, is it your testimony under oath

18   that the Prolene sample that Mr. Johnson used did

19   not have any DLTDP in it?

20   A.    No, it likely did.  It's just the way

21   that particular test was run, it was

22   non-detectable.  But -- yeah, that's all.

23   Q.    It probably wasn't the best test to

24   determine whether or not DLTDP was in the Prolene?

Duane Priddy, Ph.D.

Page 88

1              MR. JACKSON:  Objection, form.

2        **A.**    That's correct, yes.

3    BY MR. HUTCHINSON:

4        **Q.**    Doctor, did you do any type of appropriate

5    testing to determine the level of DLTDP in Prolene?

6              MR. JACKSON:  Objection, form.

7        **A.**    Yes, I tried to.  I actually had him

8    experiment with different conditions to try to

9    detect the DLTDP.  He did find a condition where he

10   was able to see it.  It's just not -- so it's there,

11   it's just not reported in this data.

12       **Q.**    What test did he use to detect DLTDP?

13       **A.**    GC-MS, again.  It's just he ran it under

14   different conditions.

15       **Q.**    Doctor, why is that information not in

16   your expert report?

17       **A.**    Because the purpose for doing it was to

18   just make sure that it was there.  I wanted to make

19   sure it was there.

20       **Q.**    And you confirmed it was there?

21       **A.**    I confirmed it was there.

22       **Q.**    Or rather Mr. Johnson confirmed it was

23   there?

24             MR. JACKSON:  Objection, form.

Duane Priddy, Ph.D.

1    vivo.

2          Q.    Doctor, do you know what the weight loss

3    rate is for DLTDP in vivo?

4          A.    That's what I just answered.  The only

5    thing I know is from Dr. Burkley's work.

6          Q.    Same question for Santonox R:  Do you know

7    what the weight loss rate is for Santonox R in vivo?

8          A.    No.

9          Q.    Doctor, do you know what the melting point

10   is for DLTDP?

11         A.    Not offhand.

12         Q.    Do you know what the melting point for

13   Santonox R is?

14         A.    Again, not offhand.

15         Q.    Doctor, when we talk about the GC-MS

16   testing, what color was the exemplar that Steve

17   Johnson tested?

18         A.    It's in the lab report he sent me.  He

19   listed the lot number and the color.

20         Q.    What color was it?

21         A.    I don't recall if it was blue or white.

22   I'd have to look at the lab report.

23         Q.    What temperature was the GC-MS set for?

24         A.    It's a program.  Its oven temperature is

Duane Priddy, Ph.D.

Page 92

1    ramped up over time because these additives, like

2    if the oven temperature was set at 40 degrees and

3    you injected the sample, the additive would never

4    come through the instruments. So you've got to keep

5    raising the temperature until it comes through.

6         Q.    What temperature was it when the material

7    began coming through?

8              MR. JACKSON:  Objection, form.

9         A.    I can't tell you precisely.  I can tell

10   you it was over 200 degrees.

11   BY MR. HUTCHINSON:

12        Q.    Was a solvent used by Mr. Johnson with

13   this GC-MS?

14        A.    Yes.

15        Q.    Do you know what type of solvent Mr.

16   Johnson used?

17        A.    Methylene chloride.

18        Q.    Do you know what quantity of methylene

19   chloride that Mr. Johnson used?

20        A.    Again, it is in his lab procedure he sent

21   me.  I don't know the number offhand.

22        Q.    Doctor, you will agree that that solvent

23   only extracts volatile materials, correct?

24              MR. JACKSON:  Objection, form.

Duane Priddy, Ph.D.

Page 99

1    this particular test right here, he couldn't see it.

2    BY MR. HUTCHINSON:

3        Q.   What concentration level did Mr. Johnson

4    find DLTDP in?

5        A.   The particular -- I remember numbers,

6    hundreds of parts per million.

7        Q.   Right, but can you quantify the amount of

8    DLTDP concentration level that Mr. Johnson found?

9        A.   I'm sorry, the question again?

10       Q.   Can you quantify the concentration level

11   of the DLTDP that Mr. Johnson found?

12       A.   As I said, it was hundreds of parts per

13   million.  I just don't remember the exact number.

14       Q.   Did Mr. Johnson ever tell you that exact

15   number?

16           MR. JACKSON:  Objection, form.

17       A.   Yes.

18   BY MR. HUTCHINSON:

19       Q.   Where would that data be included?

20       A.   In the data report.

21       Q.   Where is the data report?

22       A.   Should be on the flash drive.

23       Q.   Look at Page 9 for me, please, of your

24   expert report under Summary, Number 2.

Duane Priddy, Ph.D.

Page 114

1      Q.    Outside the literature, have you ever seen

2   personally a Prolene explant that has become

3   brittled?

4      A.    No.

5      Q.    Or degraded?

6      A.    No.

7      Q.    Or oxidized?

8      A.    No.

9      Q.    Or lost physical properties?

10          MR. JACKSON:  Objection, form.

11     A.    Just in pictures in the literature.

12   BY MR. HUTCHINSON:

13     Q.    In fact, you have never done any testing

14   or analysis on the degradation of Prolene before

15   your involvement in this case; is that correct?

16          MR. JACKSON:  Objection, asked and

17       answered.

18     A.    Before involvement in the case, no.

19   BY MR. HUTCHINSON:

20     Q.    Am I correct?

21     A.    That's correct.

22     Q.    Thank you.  Doctor, you were designated

23   in -- let's look at Exhibit 1 for me, please, it is

24   the notice of deposition.

Duane Priddy, Ph.D.

Page 123

1    the last ten years on explanted meshes that show

2    degradation.

3        Q.    Doctor, are you aware of any clinical data

4    that shows degradation is clinically significant?

5            MR. JACKSON:  Objection, form.

6        A.    Clinically, I can't equate to that,

7    clinically significant.

8    BY MR. HUTCHINSON:

9        Q.    Doctor, are you aware of any clinical data

10   that shows degradation causes clinical harm?

11       A.    Again, since I'm not a medical doctor, I

12   can't equate the clinical.

13       Q.    Are you aware of any data that shows

14   degradation causes harm in women?

15       A.    Any data?

16       Q.    As a scientist.

17       A.    Other than reading the scientific

18   literature that I've talked about on explants.

19       Q.    Doctor, have you concluded that Prolene is

20   toxic?

21           MR. JACKSON:  Objection, form.

22       A.    I know from reading the MSDS sheets on the

23   different additives in Prolene, I know that the

24   colorant, the copper phthalocyanine pigment is

Duane Priddy, Ph.D.

Page 174

1                    C E R T I F I C A T E
2

G E O R G I A:

3

HENRY COUNTY:

4

          I hereby certify that the foregoing
5     deposition was reported, as stated in the
      caption, and the questions and answers
6     thereto were reduced to the written page
      under my direction; that the foregoing
7     pages 1 through 168 represent a true and
      correct transcript of the evidence given.
8     I further certify that I am not in any
      way financially interested in the result
9     of said case.
          Pursuant to Rules and Regulations of
10    the Board of Court Reporting of the
      Judicial Council of Georgia, I make the
11    following disclosure:
          I am a Georgia Certified Court
12    Reporter.  I am here as an independent
      contractor for Golkow Global Litigation
13    Services.
          I was contacted by the offices of
14    Golkow Global Litigation Services to
      provide court reporting services for this
15    deposition.  I will not be taking this
      deposition under any contract that is
16    prohibited by O.C.G.A. 15-14-37 (a) or
      (b).
17        I have no written contract to provide
      reporting services with any party to the
18    case, any counsel in the case, or any
      reporter or reporting agency from whom a
19    referral might have been made to cover
      this deposition.  I will charge my usual
20    and customary rates to all parties in the
      case.
21    This, the 9th day of March, 2016.
22

                          _____
23                        MAXYNE BURSKY, CCR-2547
24