# EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Wave 1 Cases* | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### Expert Report of Hannes Vogel, MD

**Qualifications**

I am a physician board certified in anatomic pathology, neuropathology, and pediatrics. I am currently Professor of Pathology and Director of Neuropathology at the Stanford University School of Medicine. I am licensed to practice medicine in the State of California. I received my medical degree from Baylor College of Medicine, Houston, Texas, in 1980. My post-graduate training included residency training in pediatrics at Baylor Affiliated Hospitals and the University of California, San Francisco, where I served as chief resident in pediatrics from 1983-84. I completed residency training in anatomic pathology at Beth Israel Hospital/Harvard Medical School in 1987. I completed residency training in neuropathology at Stanford University Hospital/Stanford Medical School in 1989. I also completed a residency in pediatric pathology at Texas Children's Hospital in Houston, Texas in 2001. I am a member of the United States and Canadian Academy of Pathology, the American Association of Neuropathologists, and the German Association of Neuropathology and Neuroanatomy.

I have received numerous grants to perform research in the field of neuropathology, and I have taught neuropathology at Stanford University School of Medicine since 2002. I am a co-author of over 170 peer-reviewed articles published in medical journals, I serve on the editorial board of Clinical Neuropathology, and I am an ad hoc reviewer for several scientific and medical journals. I am the author of Nervous System (Cambridge Illustrated Surgical Pathology Series, Cambridge University Press, 2009). I regularly lecture to medical students, residents, and other physicians on a variety of topics in neuropathology. A significant portion of my work in neuropathology is focused on the diagnostic pathology of peripheral nerves, involving diagnostic nerve biopsies and questions regarding peripheral nerve tumors as well as traumatic neuromas. I am routinely consulted by diverse members of the pathology faculty at Stanford, including gynecologic pathologists and genitourinary pathologists, on questions of neuropathology involving pelvic tissues. In addition, I am consulted on essentially a daily basis regarding neuropathology issues by pathologists and other physicians from throughout North America, Mexico and Central America, and Europe. My particular expertise in nerve and muscle pathology is reflected in the volume of consultative material I receive pertaining to nerve and muscle biopsies, and as a faculty member of the Stanford Neuromuscular Service overseen by the Department of Neurology, in which I hold an appointment.

I held a position of responsibility for writing test questions in neuropathology, including nerve and muscle pathology, on the American Association of Neurologists Committee for preparing the residency inservice training examination used in every accredited neurology-training program in the United States between 2005 and 2012. I have recently provided test questions in the field of nerve and muscle pathology for the analogous inservice examination of

neuropathology fellows in the U.S., administered by the American Association of Neuropathologists.

As Director of Neuropathology, I am ultimately responsible for the timely and accurate issuance of diagnoses involving neurosurgical and autopsy tissues, promote research, and engage in teaching all aspects of neuropathology to neuropathology fellows in the fully accredited Stanford Neuropathology Fellowship, as well as residents in pathology, neurology, neurosurgery, rheumatology, endocrinology, and Stanford medical students. A more detailed statement of my professional background and experience with a list of my publications and my presentations to professional societies is contained in my curriculum vitae attached hereto as Exhibit A. A list of materials I have reviewed for these cases is attached hereto as Exhibit B. I anticipate reviewing the deposition transcripts of certain of plaintiff's experts in these cases and may further develop my opinions after having had that opportunity.

I have been asked to review medical literature, written opinions of Dr. Vladimir Iakovlev, and Dr. Iakovlev's testimony in the matter of allegations pertaining to possible consequences of the placement of mid-urethral mesh slings used to treat stress urinary incontinence, and specifically, Ethicon's meshes used to treat pelvic organ prolapse and those for stress urinary incontinence. I hold the opinions that follow to a reasonable degree of medical and scientific certainty and/or probability.


**Neuropathology**

Neuropathology, a subspecialty of anatomic pathology, and closely related to neurosurgery and neurology, is the study of diseases of the brain, spinal cord, their surrounding tissues, and muscles and nerves. Neuropathologists are extensively trained to examine the tissues

of the nervous system, through biopsies or autopsy excision of tissues, for study and diagnosis of diseases that involve the nervous system or its related tissues.

The human nervous system is easily the most complex system in the body but is most simply divided into the central and peripheral systems. The peripheral nervous system relays and delivers information from outside the central nervous system via a highly complicated system of nerves originating in the spinal cord and brainstem. Within the peripheral nervous system are the autonomic and somatic systems. The somatic system is composed of motor and sensory nerves. Motor nerve fibers are responsible for producing muscle contraction in skeletal and smooth muscle innervated by those fibers, and sensory fibers convey sensations of body position, temperature, light touch and deep pressure and pain. This network of nerves is composed of large nerves that then divide into increasingly smaller branches as they ultimately terminate in their targets such as muscle and various sensory receptors. Sensory fibers receive the sensations they convey through receptors tied to specific sensations. Another critical portion of the peripheral nervous system is the autonomic nervous system, which governs a wide variety of unconscious but life-sustaining actions, such as maintaining blood pressure, the beating heart, digestion, and others.

The term "nerve twig" is applied to the smallest branches of the peripheral nervous system, analogous to twigs of a tree branch. The vast majority of the larger peripheral nerves contain a mixture of motor, sensory and autonomic fibers, and there is no way to simply assign the functions to a nerve by their microscopic appearance. Most pathologists can recognize nerves in surgically excised tissues, but neuropathologists are best equipped to address issues of optimal processing of tissues for the diagnosis of nerve diseases, and recognition of true pathology in peripheral nerve tissues. Furthermore, there is no precedent for the diagnosis of intrinsic diseases

of peripheral nerves by examining nerve twigs that are found incidentally in surgically excised tissues, regardless of the presence of other microscopic findings in such tissues. For example, it is a doctrine of muscle pathology that nerve pathology cannot be diagnosed in the nerve branches and twigs that are found incidentally in all muscle biopsies. Authorities in the field state that the chosen nerve for biopsy interpretation should be accessible to conduction studies and have a predictable anatomical course and fascicular arrangement (Bilbao and Schmidt, in "Biopsy Diagnosis of Peripheral Neuropathy, 2015, p. 8).

The light microscope is an important tool in neuropathology, as it is for all anatomic pathology, but it is not without its limits. The analysis of nerves under the light microscope is limited in several respects relevant to the questions presented in these cases. For example, the microscopic appearance of all tissues that undergo obligatory fixation and chemical processing in preparation of slides to view under the microscope, especially the peripheral nervous system components, is susceptible to artifacts that are widely known to neuropathologists and general surgical pathologists alike. Fixation is known to cause shrinkage, which can lead to deformation or twisting of nerve fascicles and can cause nerves to lose their natural appearance in the body. (Bilbao and Schmidt, Chapter 7 Examination of the peripheral nerve biopsy. in "Biopsy Diagnosis of Peripheral Neuropathy, 2015, p. 123-126). Thus, conclusions about the "abnormal" shape of nerves or nerve twigs can be of questionable validity. Formalin fixation and paraffin embedding also creates artificial spaces that appear as small slit-like spaces in tissues. (Journal of Cancer 2015 6:759 -766; "The Muscle Biopsy" in: Myology, 3rd Ed. 2004, p 683). Thus, the assertion that such spaces may represent edema cannot be made with certainty, and therefore cannot lead to the conclusion that such spaces represent a disease process.

The body's nerves are diverse and are responsible for many distinct functions. The types of fibers in peripheral nerves differ in size and structure. Peripheral nerves are composed of nerves either of the somatic (*i.e.,* voluntary) nervous system or the autonomic (*i.e.*, involuntary) nervous system. Pathologists – even those trained and experienced in neuropathology such as myself – are not able to examine a histology section under the light microscope and determine whether nerve twigs in the field are sensory, motor, or autonomic in nature. Stains such as immunohistochemistry for S100 and neurofilament, which can aid in the identification of parts of nerves – specifically Schwann cells and axons, respectively – are incapable of differentiating between sensory, motor, and autonomic nerves. Moreover, S100 and neurofilament do not identify sensory receptors.

Thus, peripheral nerves are often mixed and mediate both motor and sensory function, but the extent to which a peripheral nerve transmits pain cannot be determined by its microscopic appearance. Even if a nerve fiber is sensory, the type of sensation it carries cannot be determined without identification of the sensory receptor that creates the signal or an understanding of where the nerve projections synapse in the spinal cord.

By contrast, the absence of nerve fibers may be associated with loss of sensation or other peripheral nerve function, but this is a difficult determination to make without considerable expertise as well as dedicated processing of tissues for neuropathological examination. It is a normal histological finding to see nerve branches in all manner of surgically removed tissues, and there is no precedent in surgical pathology or neuropathology for assigning painful sensations that may have been reported by a patient preoperatively to the presence of such nerve fibers in explanted tissues.

**Innervation of the Pelvic Floor**

The female pelvic floor receives its nerve supply through a complex network of mixed peripheral nerves as described above. (Netter FH. "Innervation of reproductive organs". In: Nervous System. The Ciba Collection of Medical Illustrations. 1983, pp 88-89). The majority of the innervation is autonomic. Anatomically, the nerves supplying the region are connected to the spinal cord through lower spine openings or foramina. The nerves form networks or plexuses and the main plexus serving the pelvic floor is the hypogastric plexus. The autonomic nerves supplying the female genital organs include a superior portion serving the ovaries and outer uterus, a middle group also supplying the ovaries and uterus, and an inferior group supplying the lower uterus and cervix. There are tiny ganglia around the upper part of the vagina that help control the muscle and mucous coats of the vagina and urethra. Many of the sensory nerves in the pelvic region are distributed in the perineal and external genitalia. The urethra is innervated by the vesicular (bladder) plexus and pudendal nerve.

**Response to Plaintiff's Expert**

The plaintiff's surgical pathologist, Dr. Iakovlev, has proposed sweeping theories regarding nerve involvement and pain in the use of mid-urethral slings. Dr. Iakovlev's observations and theories regarding nerves are misplaced and without any reliable foundation in the field of pathology. Similarly, his attribution of clinical symptoms to his histology findings is completely without reliable basis in the field of pathology. Dr. Iakovlev does not possess subspecialty certification or expertise in neuropathology. Dr. Iakovlev's use and citation of medical literature – both in his report and in his recent publications – is often inappropriate because, as shown below, it is highly selective, skewed, and out-of-context such that it does not provide any actual support for his conjectures. His histological examination also shows

occasional nerve twigs adjacent to mesh material that he asserts represent "ingrown nerves", but which are of unproven clinical or pathological consequence.

Surgical interruption of the microscopic nerve supply to all manner of soft tissues in the human anatomy, whether in the presence of artificial materials or not, is always accompanied by fibrosis and reparative growth of blood vessels, nerve fibers, and other vital connective tissues. This is a necessary process, and typically occurs without painful sensations. Dr. Iakovlev's own recent review found low rates of pain in patients implanted with retropubic slings. (Safety considerations for synthetic sling surgery. Nat Rev Urol. 2015;12:481-509). A recent Cochrane analysis found comparable rates of dyspareunia in pelvic organ prolapse repair using polypropylene mesh versus the rates for native tissue repair (Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). Cochrane Collaboration 2016; pp. 5, 8). Furthermore, Dr. Iakovlev co-authored a publication in 2014 that showed a statistically similar number of nerve fibers in tissues removed after hernia repair without mesh as compared with tissues associated with removed mesh implants (Int. J. Clin. Med. 5, 799–810 (2014).

Dr. Iakovlev has also published the results of histological analysis of explanted mesh used in hernia repair in which the objective was to compare nerve densities in explanted polypropylene meshes in patients with or without chronic pain. The study is questionable in several ways. First, the clinical information is incomplete, with no mention of either the incidence of pain prior to mesh implantation in the two cohorts or whether pain resolved after mesh removal for pain. Second, nerve densities were, for undisclosed reasons, limited to nerves within the actual mesh plate and, by the authors' statistical analysis, more numerous in patients with removal of meshes with pain than in those with mesh removal for hernia recurrence.

Third, the study includes nonsensical remarks such as, "As shown in Fig. 1a, b, the caliber of nerves ingrown into the mesh pores ranged from nerve twigs to sizeable nerves up to 1 mm in thickness." The assertion that nerves of 1 mm diameter represent an ingrowth process is erroneous, because regenerating nerves in a surgical bed grow by a nerve-sprouting process and not as 1-mm fascicles.

Although a single patient with pain and recurrence had a markedly increased number of mesh nerve fibers, the significant overlap in nerve densities within mesh between the recurrence and pain group indicates that, aside from a minor statistical difference, patients from either group have similar nerve fiber densities in mesh.  As is the case with his transvaginal mesh analyses, Dr. Iakovlev has not established anything that would enable other pathologists to predict which patients would experience pain based on nerve-fiber densities.

**Response to Dr. Iakovlev's Published Medical Literature**

Dr. Iakovlev has co-authored a recent article dealing with a variety of issues related to synthetic sling surgery using mesh implants. (Safety considerations for synthetic sling surgery. Nat Rev Urol. 2015;12:481-509).

Dr. Iakovlev's review article describes an incidence of chronic pain, defined as pain lasting greater than 6 weeks, in approximately 2.0% of patients undergoing mesh implantation with a retropubic sling. He cites a figure of 4.3% in overall patients "requiring" surgery who report pain, not otherwise specified, but notes that the symptoms leading to surgery are not mutually exclusive. For this reason, it is not possible to determine if pain as a solitary symptom was sufficient to lead to surgery. Importantly, Dr. Iakovlev's review article does not link any pathological findings with a one-on-one specific complaint in any given patient.

9

Dr. Iakovlev states that "[t]wo different kinds of pain caused by nerve injury have been suggested: centrally mediated hyperalgesia and a peripherally mediated painful hypoalgesia, suggesting the need for mechanism-based classification of neuropathic pain." (Pain 96, 141–151 (2002). Yet, the reference he cites does not involve patients who had undergone surgery or reported pelvic pain. Any applicability of centrally mediated hyperalgesia (meaning those with injuries to the central nervous system) to mesh surgery is tenuous. The remaining category – "peripherally mediated painful hypoalgesia" – for the painful syndromes described by Dr. Iakovlev appears to be incongruous with his theory that implanted meshes result in an *increase* in pain sensation, because hypoalgesia refers to *decreased* sensitivity to painful stimuli.

Dr. Iakovlev's review article then states that "few of the case studies of patients with SMUS-related pain quantified the severity of this pain, its character or how the pain affected patients' quality of life." Both the references Dr. Iakovlev quotes and the highly speculative nature of his assertions are equally deficient in proving his hypothesis. Furthermore, a recent study that examined the relationship between pathology and pain in patients with explanted synthetic midurethral slings is *not* quoted. Specifically, this deficiency in Dr. Iakovlev's work is shown by the findings of Hill and colleagues in "Histopathology of excised midurethral sling mesh." (Int Urogynecol J. 2015, 26:591-5). The Hill study looked at 130 explanted meshes and compared the histology of patients who complained of pain and those who did not. Contrary to their own hypothesis, these authors did not find increased inflammation in patients with pain. The authors also found no difference in fibrosis between the two groups. Dr. Iakovlev did not cite this article in his Nature Reviews Urology review and it is not found on the reliance list for his expert report.  Dr. Iakovlev's recent testimony in another TVT case indicates that he simply did not locate the Hill paper, which was published electronically in November 2014. (Sept. 11,

10

2015 Deposition of Dr. Iakovlev, p. 145).  Dr. Iakovlev has apparently acknowledged the Hill publication, but does not address it in his report. (Nov. 5, 2015 Deposition of Dr. Iakovlev, pp. 60-61)

Dr. Iakovlev's review article also states, "Pain in patients with a SMUS has been attributed to direct nerve injury during implantation, nerve entrapment, haematoma, infection, chronic inflammation, structural changes to the implanted mesh (shrinkage, stiffening, hardening and/or banding) and scarring. 38,330". These sweeping attributions are not directly supported by references 38 (Am. J. Obstet. Gynecol. 202, 481.e1–e5 2010) or 330 (Obstet. Gynecol. 119, 428–431, 2012). Indeed, reference 38 describes dyspareunia as a complication, and reference 330 is a single case report describing immediate postoperative pain which persisted until successfully managed by a nerve block. Interestingly, reference 38 makes the following statement in the Introduction: "polypropylene mesh was used to provide the midurethral support with no tension. Initial reported cure rates were 85%. This procedure ushered in a minimally invasive surgical approach for treating patients with SUI. The retropubic (RP) sling has been widely accepted as the gold standard for the treatment of SUI (stress urinary incontinence)."

Dr. Iakovlev's review article also incorporates the following statement: "In comparison with patients with an RP sling, patients with a TOT sling have a higher incidence of persistent pain (32% versus 10%) and dyspareunia (18% versus 3%)." (Int. Urogynecol. J. 23, 321–325, 2012) is disingenuous as the authors of this article state: "we were unable to assess the incidence of complications due to lack of a denominator." In other words, Dr. Iakovlev did not note that this study looked *only* at patients who had complications, as opposed to the overall number of women who received the implant. Significantly, Dr. Iakovlev's general report in these Wave 1

cases does not compare the incidences of pain or other complications with other surgical approaches to pelvic relaxation without the use of implanted materials.

Dr. Iakovlev theorizes a link between the presence of inflammation adjacent to nerve "receptors" and pain, but he does not propose an actual mechanism. Nor does he – or is able to – identify a specific type of receptor to which he refers, if they can be documented by histology, or how a nerve branch interrupted by surgical implantation would even be capable of supporting a functional receptor of any type. Likewise, Dr. Iakovlev's report provides no examples of receptors he has identified.

Dr. Iakovlev also states, " . . . [i]nflammatory mediators causing hypersensitivity of pain and other (touch etc.) receptor. This leads to pain to touch or with movement, and if a stimulus is sufficiently high, it can cause pain at rest." He does not specify the specific inflammatory mediators to which he refers among the many listed in this reference. Furthermore, there is no foundation for even invoking the inflammatory processes described in this reference given the inflammation noted microscopically in mesh explants. As discussed below, Dr. Iakovlev provides no explanation why fewer than 5% of patients undergoing explanation of SUI slings wholly or in part for pain experience this pain due to inflammation when 100% of mesh implants are associated with a normal inflammatory response to biosynthetic materials. Nor does he explain why de novo dyspareunia would be comparable between pelvic organ prolapse repair with mesh and native tissue repair, the latter of which does not involve the implantation of a biosynthetic material and its associated normal inflammatory response.

Dr. Iakovlev's pattern of scientifically unreliable assumptions continues with his description of the scarring process in periurethral folds that results in dyspareunia in some individuals who had undergone transobturator sling placement. For instance, Dr. Iakovlev states,

"Unfortunately, no data were presented describing the histopathology of excised tissue that was removed owing to painful banding, although little imagination is required to understand how this effect could cause pain (Figure 9)". But Figure 9 consists of a gross photograph of explanted sling materials with no mention if the patient experienced pain. Dr. Iakovlev's method consists of offering imaginary concepts as a form of proof. But while imagination plays an important role in scientific discovery, hypotheses are only valid to the extent they are proven using an accepted scientific methodology.

Tellingly, Dr. Iakovlev acknowledges in his review article that "we have an incomplete understanding of interactions specific to a mesh material and design as well as the pathophysiology of any complications." Dr. Iakovlev's opinions regarding the incidental finding of nerve twigs adjacent to mesh explants and mechanisms of pain illustrate his "incomplete understanding."

**Response to Dr. Iakovlev's Expert Report**

Dr. Iakovlev's expert report recapitulates the erroneous link between fibrosis and/or inflammation with pain in a small percentage of patients having undergone mesh explantation, as described above. Dr. Iakovlev describes "ingrowth" of nerves as a cause of pain and depicts nerve twigs near mesh in photomicrographs but offers no actual pathological mechanism whereby nerve twigs adjacent to mesh equate with pain. These nerve twigs are histologically normal aside from the artifact of formalin fixation and paraffin embedding described above, and they show no features of traumatic neuromas. The only information this finding provides is that the vaginal wall and surrounding tissue contain nerve fibers that can send various signals. These findings provide no evidence of what signals the fibers may be capable of carrying, if any, where their receptors are located, or where they connect with the CNS.

In addition, Dr. Iakovlev also describes a novel compartment syndrome associated with mesh tissue incorporation, which is unprecedented in the surgical or pathology medical literature regarding synthetic sling surgery. Dr. Iakovlev invokes his hypotheses about the significance of nerve regeneration in this context. Again, he does not identify a mechanism beyond pure conjecture, or identify actual "receptors" or a substance derived from inflammation that might contribute to the hypothetical pain related to nerve regeneration in the ingrown "scar" or near folded implants. Importantly, Dr. Iakovlev has recently testified that he does not know whether folding or curling of mesh occurred at the time of placement in the body. (Sept. 11, 2015 Deposition of Dr. Iakovlev, p. 215) (stress urinary incontinence case); (Aug. 12, 2014 Deposition of Dr. Iakovlev, p. 155) (pelvic organ prolapse case). Thus, his theory that the properties of the mesh lead to folding or curling that result in pain is unreliable.

The most problematic deficiency in the assertions by Dr. Iakovlev is the complete lack of foundation for the claim that the presence of nerve twigs and inflammation, as well as any other histological finding, is causally related to pain. The scientific method would require that meshes removed for reasons other than pain be examined for the presence of nerve twigs and other findings and compared with those removed from patients with pain. Dr. Iakovlev does not exclude the likelihood that that the same findings of nerve twigs, inflammation, hypothetical features of compartmentalization, etc. would be found in patients without pain, dyspareunia or other neurological symptoms. Dr. Iakovlev's recent article in Hernia did not control for foreign body reaction, inflammation, fibrosis, degree of "deformation", etc., so it fails to provide any foundation for his current opinions.

Stated differently, Dr. Iakovlev has not provided any criteria of any sort whereby an independent and unbiased microscopist could make a link between the presence of incidental

nerve twigs and the usual inflammation associated with implanted mesh, and pain symptoms in a small minority of patients reporting pain versus the significant majority of symptom-free patients having undergone synthetic sling implantation. The same can be said for Dr. Iakovlev's assertions regarding fibrosis, its effects on nerves, and any link to pain.

I have the following overall comments about the figures in Dr. Iakovlev's report: None of the illustrations demonstrates the pathologic features of traumatic neuroma. None of these illustrations shows any nerve receptors, despite Dr. Iakovlev's theories regarding the involvement of hypothetical nerve receptors in mediating alleged pain originating in nerves adjacent to mesh. Observation of nerve twigs in tissue is not the same as identification and typing of sensory receptors. All of the nerves depicted by hematoxylin and eosin (H&E) or immunohistochemical studies (neurofilament and S100) appear unremarkable, notwithstanding the usual artifacts of formalin fixation, paraffin embedding, and displacement by the mesh in a subset of nerve fibers. Mere presence in fibrous connective tissue is not reliable evidence of any pathology for any given nerve. The mere presence of nerve twigs in tissue is not a reliable indicator of sensation. The presence of neural ganglia is of no significance other than to demonstrate the innervation attributable to ganglia is of an autonomic, not pain transmitting, nature. The ganglia shown in Dr. Iakovlev's report show no signs of pathologic change.

In addition, I have the following specific opinions about Dr. Iakovlev's figures:

1) Figure sets 1a-c depict the normal and expected foreign body response to implanted material. Dr. Iakovlev himself testified that this is a non-specific reaction to a foreign body. (Sept. 11, 2015 Deposition Transcript of Dr. Iakovlev at pp. 93-94. Note that these figures are the same as his Mullins report).

2) Figure 2a shows that normal tissue, by Dr. Iakovlev's account, is present remarkably near mesh material, estimated to be less than 100 microns (less than 1/10[th] of a millimeter) from the mesh. (Sept. 11, 2015 Deposition Transcript of Dr. Iakovlev at pp. 112-113). The photos in figures 2b also depicts fibrosis and inflammation limited to a very small area immediately surrounding mesh.

3) Figure set 2g shows putative smooth muscle identified by smooth muscle actin immunohistochemistry. The significance Dr. Iakovlev attaches to the presence of smooth muscle is stated in his deposition of September 11, 2015, whereby he considers this evidence of migration of implanted mesh to a region with native vaginal or periurethral smooth muscle. In fact, smooth muscle is not only capable of proliferation in the vicinity of a surgical wound, but it is an important part of normal healing. ("Inflammation and repair", Chapter 3, In: Robbins and Cotran. Pathologic Basis of Disease (9th edition)).

4) Figure 3a shows nerve twigs adjacent to mesh in fibrous tissue. By H&E stain, these nerve twigs show no pathologic alteration.

5) Figure 3b and 3c – It is subjective to say these nerves are severely distorted. There is no evidence of any clinical consequence. The photos show very little inflammation and minimal foreign body response.

6) Figure 3d – The figure is incorrectly labeled as being stained with H&E, which it is not. As a result, the exact stain is unknown. The photos in the upper panel could be the result of any surgical incision. The legend describing the lower panel incorrectly asserts that "separation of fascicles in the scar tissue = traumatic neuroma". A traumatic neuroma would show signs of axonal sprouting, which is not shown in

these photos. There is insufficient evidence to label the lower panel as a traumatic neuroma. Traumatic neuromas usually produce mass effect ("-oma" denotes tumors and other abnormal growths, therefore "neuroma" signifies a focal enlargement of nerve), contain schwannosis, fibrosis, and the aforementioned axonal sprouting.

7) Figure 3e – There is no evidence of axonal sprouting necessary to label this a traumatic neuroma.

8) Figure 3f – The top panel in this figure shows a nerve displaced by mesh with no evidence of clinical consequences.

9) Figure 3g – This figure shows nerves displaced by mesh. Rather than attribute pathology, it is noteworthy that the nerve is intact despite its proximity to the mesh fiber. Again, the separation of fascicles is not the definition of a traumatic neuroma. The ganglion in the top panel shows no abnormal findings.

10) Figure 3h -- shows unremarkable nerves in which some S100 positive small structures may not be nerve fibers. There is nothing concerning about these nerves or the tissue in which they are located.

11) Figure 3g -- depicts nerve in in the middle of the mesh pore and it appears normal with no evidence of injury. There is nothing concerning about these nerves or the tissue in which they are located.

12) Figures 3h -- The "degeneration" of the nerve is actually not degeneration at all. The feature shown is most likely a Renaut body and, despite Dr. Iakovlev's figure legend, Renaut bodies are a normal finding in peripheral nerves that may not be recognized by a surgical pathologist inexperienced in nerve pathology (Midroni G and Bilbao JM. "Biopsy Diagnosis of Peripheral Neuropathy" 1995, Ch 2, pp. 27-29). In any

event, Dr. Iakovlev testified that degeneration of nerves would not be painful, but would result in numbness. (Sept. 11, 2015 Deposition Transcript of Dr. Iakovlev at p. 159).

13) Figure set 4a – These show normally appearing nerves and ganglia with no pathology depicted.

14) Figure set 4b, 4c, 4d, and 4e – This figure shows a normally appearing neural ganglion. Dr. Iakovlev's assertion that the ganglion is "affected" is unclear, as the ganglion shows no pathologic change. Noteworthy about this ganglion is the perfect appearance less than millimeter from the mesh fiber.

15) Figure set 5 -- demonstrates S100 staining pattern identifying submucosal nerve twigs and some nonspecific epidermal staining. Dr. Iakovlev uses this figure to extrapolate that there are nerves between hardened/stiffened mesh and the vaginal mucosa, a situation that he asserts would be painful. Dr. Iakovlev has no reliable scientific basis for this opinion.

16) Figure set 6a, 6b, and 6c -- These figures do not provide sufficient evidence to diagnose edema. Edema is most reliably determined by gross examination of tissues by surgeons or pathologists and is ideally confirmed microscopically when such a gross determination has been made. Nonetheless, edema is a common feature of hundreds of pathological processes which are not associated with pain. Dr. Iakovlev does not provide any evidence or explanation as to why edema associated with mesh implants may be associated with pain and why this hypothetical edema causes pain in a minority of patients and not the vast majority of mesh implant recipients.

17) Figure 7a and 7b – these display normal appearance after any surgery.

18) Figure set 7c – the importance of this photo is unknown as there is not mesh in the field.

19) Figure set 7d, 7e, 7f and 7g – these images show the expected appearance after surgery in any field containing muscle and nerve twigs. It is unlikely that the muscle shown in these photos has much, if any function, due to the scattered single clusters.

20) Figure set 9a – it is not clear how Dr. Iakovlev reached his conclusions regarding obliterated vessels as the figure does not demonstrate evidence that the changes were due to the mesh and any such changes to vessels can occur with surgery alone.

21) Figure 9b shows possible thrombosis, commonly found in operative sites and of doubtful clinical significance.

I have recently received and will be reviewing the histology slides for several specimens from patients in this grouping of cases. My findings on those cases will be contained in separate reports for each plaintiff.

**Conclusion**

Dr. Iakovlev asserts that incidentally found nerve twigs in pathology slides demonstrate that a patient suffers pain as a result of mesh implantation. The methodology used by Dr. Iakovlev is not accepted by the scientific community because he does not use the scientific method to reach his conclusions. In addition to ignoring scientific literature that contradicts his opinion, Dr. Iakovlev fails to compare his findings to a comparator group, and reaches a number of conclusions that are contrary to the generally accepted principles of neuropathology. There is nothing in Dr. Iakovlev's assertions to allow a correlation through any demonstrable pathological mechanism between incidental nerve twigs and pain. Additionally, Dr. Iakovlev fails to account for the fact that the vast majority of patients implanted with Ethicon's TVT meshes and most

patients implanted with Ethicon's pelvic organ prolapse meshes do not undergo removal with pain as a complaint. Furthermore, Dr. Iakovlev's opinions are not supported by the histology, which shows the normal healing process in the vicinity of an implanted mesh.

Dr. Iakovlev bases his opinions upon erroneous assumptions which he offers despite his lack of subspecialty training or expertise in the pathology of the peripheral nervous system. These opinions do not carry any significance whatsoever in explaining pain that was allegedly experienced by these plaintiffs as a result of their repair surgery and implanted mesh.

**Compensation**

My hourly rate for work in this case is $500.

DATE: ___3/1/2016___                    _____
                                        HANNES VOGEL, M.D.

CURRICULUM VITAE

# HANNES VOGEL, MD

**HOME ADDRESS:**



**BUSINESS ADDRESS:**



**EDUCATION:**

| | |
|---|---|
| 1975 | BA (Biology), Rice University, Houston, TX |
| 1980 | MD, Baylor College of Medicine, Houston, TX |

**INTERNSHIPS AND RESIDENCIES:**

| | |
|---|---|
| 1980-82 | Resident in Pediatrics, Baylor Affiliated Hospitals, Houston, TX |
| 1982-83 | Resident in Pediatrics, University of California, San Francisco, CA |
| 1983-84 | Chief Resident, Pediatrics, University of California, San Francisco, CA |
| 1984-87 | Resident in Anatomic Pathology, Beth Israel Hospital/Harvard Medical School, Boston, MA |
| 1987-89 | Resident in Neuropathology, Stanford University Hospital/Stanford University School of Medicine, Stanford, CA |
| 2000-2001 | Resident in Pediatric Pathology, Texas Children's Hospital, Houston, TX |

**LICENSURE AND CERTIFICATIONS:**

| | |
|---|---|
| 1980 | Texas License Registration No. F7269. Expiration 8-31-2002 |
| 1982 | California License Registration No. C040662. Expiration 5-31-2014 |
| 1986 | American Board of Pediatrics |
| 1989 | American Board of Pathology: Combined Anatomic and Neuropathology |
| | Board Eligible: Pediatric Pathology |

## PROFESSIONAL MEMBERSHIPS:

United States and Canadian Academy of Pathology
American Association of Neuropathologists
Associate, American Academy of Neurology
German Association of Neuropathology and Neuroanatomy
California Society of Pathologists
South Bay Pathology Society
Baltic Association of Neuropathology

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1985-87 | Affiliate Staff Member, Department of Pediatrics, Carney Hospital/Tufts University School of Medicine, Boston, MA |
| 1988-90 | Clinical Associate, Department of Pediatrics, University of California, San Francisco, CA |
| 1989-90 | Physician Specialist and Clinical Instructor, Department of Pathology, Stanford University Hospital, Stanford, CA |
| 1991-92 | Assistant Professor, Departments of Medical and Surgical Neurology, and Pathology, and Pediatrics, Texas Tech University - Health Sciences Center, Lubbock, TX |
| 1992-99 | Assistant Professor, Departments of Pathology and Pediatrics, Baylor College of Medicine, Houston, TX |
| 1997-2002 | Assistant Professor, Department of Pathology and Laboratory Medicine, Texas A&M University Health Science Center, Houston, TX |

| | |
|---|---|
| 1999-2002 | Associate Professor, Departments of Pathology and Pediatrics, Baylor College of Medicine, Houston, TX |
| 2001-2002 | Director of Neuropathology, Texas Children's Hospital, Houston, TX |
| 5/8/02 – 5/31/02 | Acting Associate Professor of Pathology, Stanford University School of Medicine, Stanford, CA |
| 6/1/02 – 4/30/07 | Associate Professor of Pathology and Pediatrics (Medical Genetics) Stanford University School of Medicine, Stanford, CA |
| 6/1/02 – | Director of Neuropathology, Stanford University Medical Center, Stanford, CA |
| 2005- | Associate Chair of Neuropathology, as Member of the Department of Pathology Leadership Group, Stanford University, Stanford, CA |
| 9/1/05- 4/30/07 | Associate Professor of Neurosurgery (by courtesy), Stanford University School of Medicine, Stanford, CA |
| 5/1/07- | Professor of Pathology and Pediatrics (Medical Genetics) and Neurosurgery (by courtesy), Stanford University School of Medicine, Stanford, CA |
| 2008- | Member, Stanford Cancer Center, Stanford University Hospital, Stanford, CA |

**EDITORIAL BOARDS:**

Executive Advisory Board, Clinical Neuropathology
Czeho-Slovak Pathology and Forensic Medicine

**AD HOC REVIEW:**

Acta Neuropathologica
Archives of Pathology and Laboratory Medicine
Brain Pathology
Human Pathology
Journal of Neuropathology and Experimental Neurology
Plos One

**AWARDS AND HONORS:**

June 11, 2005      Henry J. Kaiser Family Foundation Award for Excellence in Preclinical Teaching

**MAJOR COMMITTEE ASSIGNMENTS:**

2003-2006      Awards Committee, American Association of Neuropathologists

2005-      American Academy of Neurology Residency Inservice Training Examination (RITE) Committee, Neuropathology section

2002-2006      Alternate member, Stanford University Institutional Review Board

2006-2007      Voting member, Stanford University Institutional Review Board

2006-2009      Alternate member, Stanford School of Medicine Faculty Senate

2006-2007      Admissions Committee, Stanford University School of Medicine

Oct 2-4, 2013      Co-Chair, Fundamentals of Cancer Biology
Banbury Conference Center, Cold Springs Harbor Laboratory

**RESEARCH GRANTS:**

*Past*:

1988-90      Collaborative research with Drs. Eugene Butcher and Louis Picker, Stanford University Medical School and Palo Alto Veteran's Administration Hospital: Expression of CD44 (HCAM) by human astrocytes, supported by American Heart Association, NIH grant AI19957, and an award from the Weingart Foundation.

1992-1993      Role of CD44 in astrocyte neoplasia, immunolocalization of CD44 in the central and peripheral nervous systems, CD44 as a astrocytic hyaluronate receptor. Supported by Baylor College of Medicine, Department of Pathology institutional grants, and the Moran Foundation.

1992-1994      Collaboration with Drs. Phillip Soriano and Paul Stein: characterization of renal pathology in transgenic mice homozygous for deletion of tyrosine kinases fyn and yes, supported by the Howard Hughes Medical Institute.

1992-1994      Pilot project investigator in the role of astrocytic adhesion molecules in Alzheimer's disease. Alzheimer Disease Research Center, Baylor College of Medicine.  NIH-AG08664.

| 1993-1995 | Collaboration with Lawrence Donehower: characterization of neoplasia arising in p53- and Rb-deficient mice, supported by National Cancer Institute CA 54897. |
|---|---|
| 1993-1997 | Collaboration with Mark Perin: Immunohistochemical analysis of novel synaptic proteins, supported by National Institutes of Health. RO1 NS-30541. |
| 1993-1997 | Collaboration with Dr. Donald M. Marcus, Baylor College of Medicine, in the histopathological analysis of rat tissues in the study of an animal model of autoimmune neuropathy. |
| 1995-1997 | Collaboration with Dr. Russell Lebovitz, Department of Pathology, Baylor College of Medicine, in the analysis of the neuropathological abnormalities in mice deficient in superoxide dismutase 2. |
| 1995-2002 | Collaboration with Dr. Allan Bradley, Department of Molecular Genetics, in the analysis of tumorigenesis in transgenic mice lacking p53, mdm, blm. |
| 1998-2003 | Pathologist, NIH Program Project: Genetic Analysis of Mouse Chromosome 11. PI: Allan Bradley, Ph.D. |
| | Co-investigator, Pediatric Brain Tumor Clinical Trials Consortium. Granting agency: National Cancer Institute. |
| 1999-2002 | Consultant pathologist, Lexicon Genetics Inc. |
| 1999-2002 | Pathologist: "Inactivated p53 Gene in Mice" R01 CA54897-07/10 09/30/99 - 07/31/03. |
| 2000-2002 | New Investigator, Center for AIDS Research, Baylor College of Medicine. |
| 2005-2007 | Principal Investigator – Immunohistochemistry of mitochondrial respiratory chain complexes. Pediatric Health Research Fund Award. |

*Present:*

| 2002- | Collaborator – Role of p63 in development and neoplasia. PI Alea Mills, Cold Spring Harbor Laboratory, NY. |
|---|---|
| 2002- | Collaborator – Neural Stem Cell Research. PI Theo Palmer, Department of Neurosurgery, Stanford University. |

| | |
|---|---|
| 2002- | Collaborator – Mouse model of spongiform degeneration. PI Greg Barsh, Stanford University. |
| 2004- | Collaborator – Role of defective chromosome repair in neoplasia. PI Guangbin Luo, Case Western University. |
| 2004- | Collaborator – Parkinson disease-related genes in genetically engineered drosophila. PI Bingwei Lu, Stanford University. |
| 2004- | Collaborator – Role of gigaxonin and other cytoskeletal proteins in axonal function. PI Yanmin Yang, Stanford University. |
| 2005- | Collaborator – Role of chromosome 1p in neoplasia, PI Alea Mills, Cold Spring Harbor Laboratory, NY. |
| 2006- | Collaborator – Role of Ku80 in medulloblastoma and senescence. PI Paul, D.V.M., Department of Molecular Medicine, University of Texas Health Science Center at San Antonio. |
| 2007- | Other Investigator – Pathophysiology of lysosomal free sialic acid storage disorders. NIH. |
| 2007- | Other Investigator – Immunology of neural stem cell fate and function. California Institute of Regenerative Medicine. |
| 2008- | Collaborator – Role of Beta-receptor signaling in cardiomyopathy. PI Daniel Bernstein, Cardiovascular Institute, Stanford School of Medicine. |
| 2008- | Principal Investigator – Genetic dissection of mitochondria and muscle maintenance. Palo Alto Institute for Research Education. |
| 2008- | Collaborator – Prognostic value of MRI and biomarker in comatose post-cardiac arrest patients. PI Christine Wijman, Stanford Stroke Center, Stanford School of Medicine. |

## TEACHING EXPERIENCE:

| | |
|---|---|
| 1983-84 | Organization and presentation of clinical conferences, ward rounds, and grand rounds in general pediatrics, San Francisco General Hospital. |
| 1985-87 | Laboratory instructor general pathology, Harvard Medical School. |
| 1987-90 | Lecturer in medical school core curriculum neuropathology lectures; organization and presentation of monthly surgical and autopsy neuropathology conference, Department of Pathology, Stanford University School of Medicine. |

| | |
|---|---|
| 1991-92 | Organized comprehensive neuropathology training for neurology residents and core neuropathology curriculum Texas Tech University - Health Sciences Center medical students. |
| 1992- | Lecturer in general and neuropathology for Baylor College of Medicine students, pathology residents, neurology residents, neuropathology fellows, neurosurgical conferences, monthly pediatric nerve and muscle pathology conference. |
| 1994 | Invited speaker First Annual J. Edward Stern, M.D. Neuroscience Symposium, Providence Memorial Hospital, El Paso, Texas. "Neuropathology of common neurological disorders: An update". |
| 1995 | Invited speaker, Annual meeting of the Texas Society for Histotechnology, Inc., Houston Texas. "Current concepts in processing nerve and muscle biopsies". Half-day Wet Workshop. April 9. |
| 1995-2001 | Invited lecturer. Topics in neuropathology, core curriculum in pathology. Texas A&M School of Medicine. |
| 1995-1999 | Invited lecturer. Topics in neuropathology. Texas Tech University School of Medicine. |
| 2001 | Faculty, After Dinner Seminar: "Pediatric Neuropathology". Annual meeting, American Academy of Neurology, Philadelphia, PA, May 7. |
| | Pathology department representative, selected to lecture to entering medical school class, Core Concepts Curriculum, Baylor College of Medicine. |
| 2002- | Lecturer in neuropathology and pediatric neoplasia, Stanford University School of Medicine. |

**BIBLIOGRAPHY:**

*Peer-Reviewed Articles:*

1.    Eidelberg D, Sotrel A, **Vogel H**, Walker P, Kleefield J & Crumpacker CS, 3rd. Progressive polyradiculopathy in acquired immune deficiency syndrome. *Neurology* 36, 912-916, (1986). PMID 3012412.

2.    Schnitt SJ & **Vogel H**. Meningiomas. Diagnostic value of immunoperoxidase staining for epithelial membrane antigen. *Am J Surg Pathol* 10, 640-649, (1986). PMID 2428264.

3.    Shiurba RA, Eng LF, **Vogel H**, Lee YL, Horoupian DS & Urich H. Epidermal growth factor receptor in meningiomas is expressed predominantly on endothelial cells. *Cancer* 62, 2139-2144, (1988). PMID 3052782.

4.    **Vogel H**, Horoupian DS & Silverberg G. Do folliculo-stellate adenomas of the pituitary gland exist or are they intrasellar meningiomas? *Acta Neuropathol* 77, 219-223, (1988). PMID 2465659.

5.    **Vogel H**, Halpert D & Horoupian DS. Hypoplasia of posterior spinal roots and dorsal spinal tracts with arthrogryposis multiplex congenita. *Acta Neuropathol* 79, 692-696, (1990). PMID 2360413.

6.    **Vogel H**, Gessaga EC, Horoupian DS & Urich H. Aqueductal atresia as a feature of arhinencephalic syndromes. *Clin Neuropathol* 9, 191-195, (1990). PMID 2225595.

7.    **Vogel H**, Urich H, Horoupian DS & Wertelecki W. The brain in the 18q-syndrome. *Dev Med Child Neurol* 32, 732-737, (1990). PMID 2210088.

8.    Raisanen J, **Vogel H** & Horoupian DS. Primitive pineal tumor with retinoblastomatous and retinal/ciliary epithelial differentiation: an immunohistochemical study. *J Neurooncol* 9, 165-170, (1990). PMID 2262801.

9.    Honig LS, Snipes GJ, **Vogel H** & Horoupian DS. Sensorimotor neuropathy in hemophagocytosis syndrome. *Acta Neurol Scand* 84, 316-320, (1991). PMID 1663307.

10.   Page KA, **Vogel H** & Horoupian DS. Intracerebral (parenchymal) infusion of methotrexate: report of a case. *J Neurooncol* 12, 181-186, (1992). PMID 1560265.

11.   **Vogel H**, Butcher EC & Picker LJ. H-CAM expression in the human nervous system: evidence for a role in diverse glial interactions. *J Neurocytol* 21, 363-373, (1992). PMID 1607880.

12.    **Vogel H** & Horoupian DS. Filamentous degeneration of neurons. A possible feature of cytosine arabinoside neurotoxicity. *Cancer* 71, 1303-1308, (1993). PMID 8435808.

13.    Stein PL, **Vogel H** & Soriano P. Combined deficiencies of Src, Fyn, and Yes tyrosine kinases in mutant mice. *Genes Dev* 8, 1999-2007, (1994). PMID 7958873.

14.    Galasso PJ, Stanton MS & **Vogel H**. Propafenone-induced peripheral neuropathy. *Mayo Clin Proc* 70, 469-472, (1995). PMID 7731257.

15.    Schlimgen AK, Helms JA, **Vogel H** & Perin MS. Neuronal pentraxin, a secreted protein with homology to acute phase proteins of the immune system. *Neuron* 14, 519-526, (1995). PMID 7695898.

16.    Tan TQ, **Vogel H,** Tharp BR, Carrol CL & Kaplan SL. Presumed central nervous system Whipple's disease in a child: case report. *Clin Infect Dis* 20, 883-889, (1995). PMID 7540874.

17.    Matzuk MM, Lu N, **Vogel H**, Sellheyer K, Roop DR & Bradley A. Multiple defects and perinatal death in mice deficient in follistatin. *Nature* 374, 360-363, (1995). PMID 7885475.

18.    Harvey M, Vogel H, Lee EY, Bradley A & Donehower LA. Mice deficient in both p53 and Rb develop tumors primarily of endocrine origin. *Cancer Res* 55, 1146-1151, (1995). PMID 7867001.

19.    Harvey M, **Vogel H**, Morris D, Bradley A, Bernstein A & Donehower LA. A mutant p53 transgene accelerates tumour development in heterozygous but not nullizygous p53-deficient mice. *Nat Genet* 9, 305-311, (1995). PMID 7773294.

20.    Rowen JL, Doerr CA, **Vogel H** & Baker CJ. Balamuthia mandrillaris: a newly recognized agent for amebic meningoencephalitis. *Pediatr Infect Dis J* 14, 705-710, (1995). PMID 8532431.

21.    Donehower LA, Harvey M, **Vogel H**, McArthur MJ, Montgomery CA, Jr., Park SH, Thompson T, Ford RJ & Bradley A. Effects of genetic background on tumorigenesis in p53-deficient mice. *Mol Carcinog* 14, 16-22, (1995). PMID 7546219.

22.    Lebovitz RM, Zhang H, **Vogel H**, Cartwright J, Jr., Dionne L, Lu N, Huang S & Matzuk MM. Neurodegeneration, myocardial injury, and perinatal death in mitochondrial superoxide dismutase-deficient mice. *Proc Natl Acad Sci U S A* 93, 9782-9787, (1996). PMID 8790408. PMCID 38506.

23.  Jones SN, Sands AT, Hancock AR, **Vogel H**, Donehower LA, Linke SP, Wahl GM & Bradley A. The tumorigenic potential and cell growth characteristics of p53-deficient cells are equivalent in the presence or absence of Mdm2. *Proc Natl Acad Sci U S A* 93, 14106-14111, (1996). PMID 8943068. PMCID 19502.

24.  Bhattacharjee MB, Armstrong DD, **Vogel H** & Cooley LD. Cytogenetic analysis of 120 primary pediatric brain tumors and literature review. *Cancer Genet Cytogenet* 97, 39-53, (1997). PMID 9242217.

25.  Bhattacharjee M, Hicks J, Langford L, Dauser R, Strother D, Chintagumpala M, Horowitz M, Cooley L & **Vogel H**. Central nervous system atypical teratoid/rhabdoid tumors of infancy and childhood. *Ultrastruct Pathol* 21, 369-378, (1997). PMID 9206002.

26.  **Vogel H**, Kornman M, Ledet SC, Rajagopalan L, Taber L & McClain K. Congenital parvovirus infection. *Pediatr Pathol Lab Med* 17, 903-912, (1997). PMID 9353830.

27.  Weiss RS, Gold MO, **Vogel H** & Javier RT. Mutant adenovirus type 9 E4 ORF1 genes define three protein regions required for transformation of CREF cells. *J Virol* 71, 4385-4394, (1997). PMID 9151828. PMCID 191656.

28.  Bhattacharjee M, Hicks J, Dauser R, Strother D, Chintagumpala M, Horowitz M, Cooley L & **Vogel H**. Primary malignant rhabdoid tumor of the central nervous system. *Ultrastruct Pathol* 21, 361-368, (1997). PMID 9206001.

29.  Venkatachalam S, Shi YP, Jones SN, **Vogel H**, Bradley A, Pinkel D & Donehower LA. Retention of wild-type p53 in tumors from p53 heterozygous mice: reduction of p53 dosage can promote cancer formation. *EMBO J* 17, 4657-4667, (1998). PMID 9707425. PMCID 1170795.

30.  Jones SN, Hancock AR, **Vogel H**, Donehower LA & Bradley A. Overexpression of Mdm2 in mice reveals a p53-independent role for Mdm2 in tumorigenesis. *Proc Natl Acad Sci U S A* 95, 15608-15612, (1998). PMID 9861017. PMCID 28091.

31.  Liu P, Zhang H, McLellan A, **Vogel H** & Bradley A. Embryonic lethality and tumorigenesis caused by segmental aneuploidy on mouse chromosome 11. *Genetics* 150, 1155-1168, (1998). PMID 9799267. PMCID 1460401.

32.  Mills AA, Zheng B, Wang XJ, **Vogel H**, Roop DR & Bradley A. p63 is a p53 homologue required for limb and epidermal morphogenesis. *Nature* 398, 708-713, (1999). PMID 10227293.

33. **Vogel H**, Lim DS, Karsenty G, Finegold M & Hasty P. Deletion of Ku86 causes early onset of senescence in mice. *Proc Natl Acad Sci U S A* 96, 10770-10775, (1999). PMID 10485901. PMCID 17958.

34. **Vogel H.** Pathologic findings in nerve and muscle biopsies from 47 women with silicone breast implants. *Neurology* 53, 293-297, (1999). PMID 10430416.

35. Thomas DL, Shin S, Jiang BH, **Vogel H**, Ross MA, Kaplitt M, Shenk TE & Javier RT. Early region 1 transforming functions are dispensable for mammary tumorigenesis by human adenovirus type 9. *J Virol* 73, 3071-3079, (1999). PMID 10074157. PMCID 104067.

36. Chang H, Zwijsen A, **Vogel H**, Huylebroeck D & Matzuk MM. Smad5 is essential for left-right asymmetry in mice. *Dev Biol* 219, 71-78, (2000). PMID 10677256.

37. Lim DS, **Vogel H**, Willerford DM, Sands AT, Platt KA & Hasty P. Analysis of ku80-mutant mice and cells with deficient levels of p53. *Mol Cell Biol* 20, 3772-3780, (2000). PMID 10805721. PMCID 85695.

38. Varga AW, Anderson AE, Adams JP, **Vogel H** & Sweatt JD. Input-specific immunolocalization of differentially phosphorylated Kv4.2 in the mouse brain. *Learn Mem* 7, 321-332, (2000). PMID 11040264. PMCID 311342.

39. Luo G, Santoro IM, McDaniel LD, Nishijima I, Mills M, Youssoufian H, **Vogel H,** Schultz RA & Bradley A. Cancer predisposition caused by elevated mitotic recombination in Bloom mice. *Nat Genet* 26, 424-429, (2000). PMID 11101838.

40. Wu YQ, Badano JL, McCaskill C, **Vogel H**, Potocki L & Shaffer LG. Haploinsufficiency of ALX4 as a potential cause of parietal foramina in the 11p11.2 contiguous gene-deletion syndrome. *Am J Hum Genet* 67, 1327-1332, (2000). PMID 11017806. PMCID 1288575.

41. Thomas DL, Schaack J, **Vogel H** & Javier R. Several E4 region functions influence mammary tumorigenesis by human adenovirus type 9. *J Virol* 75, 557-568, (2001). PMID 11134268. PMCID 113951.

42. Davis RJ, Shen W, Sandler YI, Amoui M, Purcell P, Maas R, Ou CN, **Vogel H**, Beaudet AL & Mardon G. Dach1 mutant mice bear no gross abnormalities in eye, limb, and brain development and exhibit postnatal lethality. *Mol Cell Biol* 21, 1484-1490, (2001). PMID 11238885. PMCID 86694.

43. Scaglia F, Sutton VR, Bodamer OA, **Vogel H,** Shapira SK, Naviaux RK & Vladutiu GD. Mitochondrial DNA depletion associated with partial complex II and IV deficiencies and 3-methylglutaconic aciduria. *J Child Neurol* 16, 136-138, (2001). PMID 11292221.

44. Donoviel DB, Freed DD, **Vogel H**, Potter DG, Hawkins E, Barrish JP, Mathur BN, Turner CA, Geske R, Montgomery CA, Starbuck M, Brandt M, Gupta A, Ramirez-Solis R, Zambrowicz BP & Powell DR. Proteinuria and perinatal lethality in mice lacking NEPH1, a novel protein with homology to NEPHRIN. *Mol Cell Biol* 21, 4829-4836, (2001). PMID 11416156. PMCID 87176.

45. Parker JR, Lopez-Terrada D, Gresik MV, **Vogel H**, Baumgartner JE & Finegold MJ. Neutrophil-rich anaplastic large cell lymphoma of the skull presenting after head trauma. *Pediatr Dev Pathol* 4, 397-401, (2001). PMID 11441342.

46. Purandare SM, Ware SM, Kwan KM, Gebbia M, Bassi MT, Deng JM, **Vogel H,** Behringer RR, Belmont JW & Casey B. A complex syndrome of left-right axis, central nervous system and axial skeleton defects in Zic3 mutant mice. *Development* 129, 2293-2302, (2002). PMID 11959836.

47. Zheng B, **Vogel H**, Donehower LA & Bradley A. Visual genotyping of a coat color tagged p53 mutant mouse line. *Cancer Biol Ther* 1, 433-435, (2002). PMID 12432262.

48. Biggs PJ, **Vogel H**, Sage M, Martin LA, Donehower LA & Bradley A. Allelic phasing of a mouse chromosome 11 deficiency influences p53 tumorigenicity. *Oncogene* 22, 3288-3296, (2003). PMID 12761499.

49. Walz K, Caratini-Rivera S, Bi W, Fonseca P, Mansouri DL, Lynch J, **Vogel H**, Noebels JL, Bradley A & Lupski JR. Modeling del(17)(p11.2p11.2) and dup(17)(p11.2p11.2) contiguous gene syndromes by chromosome engineering in mice: phenotypic consequences of gene dosage imbalance. *Mol Cell Biol* 23, 3646-3655, (2003). PMID 12724422. PMCID 154242.

50. Donoho G, Brenneman MA, Cui TX, Donoviel D, **Vogel H,** Goodwin EH, Chen DJ & Hasty P. Deletion of Brca2 exon 27 causes hypersensitivity to DNA crosslinks, chromosomal instability, and reduced life span in mice. *Genes Chromosomes Cancer* 36, 317-331, (2003). PMID 12619154.

51. Wong LJ, Lueth M, Li XN, Lau CC & **Vogel H**. Detection of mitochondrial DNA mutations in the tumor and cerebrospinal fluid of medulloblastoma patients. *Cancer Res* 63, 3866-3871, (2003). PMID 12873974.

52.     Wong LJ, Perng CL, Hsu CH, Bai RK, Schelley S, Vladutiu GD, **Vogel H** & Enns GM. Compensatory amplification of mtDNA in a patient with a novel deletion/duplication and high mutant load. *J Med Genet* 40, e125, (2003). PMID 14627692. PMCID 1735312.

53.     Scaglia F, **Vogel H**, Hawkins EP, Vladutiu GD, Liu LL & Wong LJ. Novel homoplasmic mutation in the mitochondrial tRNATyr gene associated with atypical mitochondrial cytopathy presenting with focal segmental glomerulosclerosis. *Am J Med Genet A* 123A, 172-178, (2003). PMID 14598342.

54.     Moore L, Venkatachalam S, **Vogel H**, Watt JC, Wu CL, Steinman H, Jones SN & Donehower LA. Cooperativity of p19ARF, Mdm2, and p53 in murine tumorigenesis. *Oncogene* 22, 7831-7837, (2003). PMID 14586409.

55.     Yan J, Walz K, Nakamura H, Carattini-Rivera S, Zhao Q, **Vogel H**, Wei N, Justice MJ, Bradley A & Lupski JR. COP9 signalosome subunit 3 is essential for maintenance of cell proliferation in the mouse embryonic epiblast. *Mol Cell Biol* 23, 6798-6808, (2003). PMID 12972600. PMCID 193933.

56.     Lorenzetti D, Antalffy B, **Vogel H**, Noveroske J, Armstrong D & Justice M. The neurological mutant quaking(viable) is Parkin deficient. *Mamm Genome* 15, 210-217, (2004). PMID 15014970.

57.     Scaglia F, Towbin JA, Craigen WJ, Belmont JW, Smith EO, Neish SR, Ware SM, Hunter JV, Fernbach SD, Vladutiu GD, Wong LJ & **Vogel H**. Clinical spectrum, morbidity, and mortality in 113 pediatric patients with mitochondrial disease. *Pediatrics* 114, 925-931, (2004). PMID 15466086.

58.     Lehman TD, Morgan TK, Lehman NL, **Vogel H** & McGuire JS. Recessive dystrophic epidermolysis bullosa associated with mesangioproliferative glomerulonephritis and multifocal necrotizing leucoencephalopathy of the pons. *Br J Dermatol* 151, 1266-1269, (2004). PMID 15606525.

59.     Offley SC, Guo TZ, Wei T, Clark JD, **Vogel H**, Lindsey DP, Jacobs CR, Yao W, Lane NE & Kingery WS. Capsaicin-sensitive sensory neurons contribute to the maintenance of trabecular bone integrity. *J Bone Miner Res* 20, 257-267, (2005). PMID 15647820.

60.     Shi L, Zhao G, Qiu D, Godfrey WR, **Vogel H**, Rando TA, Hu H & Kao PN. NF90 regulates cell cycle exit and terminal myogenic differentiation by direct binding to the 3'-untranslated region of MyoD and p21WAF1/CIP1 mRNAs. *J Biol Chem* 280, 18981-18989, (2005). PMID 15746098.

61.  Mann MB, Hodges CA, Barnes E, **Vogel H**, Hassold TJ & Luo G. Defective sister-chromatid cohesion, aneuploidy and cancer predisposition in a mouse model of type II Rothmund-Thomson syndrome. *Hum Mol Genet* 14, 813-825, (2005). PMID 15703196.

62.  Massengale M, Wagers AJ, **Vogel H** & Weissman IL. Hematopoietic cells maintain hematopoietic fates upon entering the brain. *J Exp Med* 201, 1579-1589, (2005). PMID 15897275. PMCID 2212913.

63.  Lim M, Haddix T, Harsh GR, **Vogel H**, Steinberg GK & Guccione S. Characterization of the integrin alpha v beta3 in arteriovenous malformations and cavernous malformations. *Cerebrovasc Dis* 20, 23-27, (2005). PMID 15925879.

64.  Grogan PM, Tanner SM, Orstavik KH, Knudsen GP, Saperstein DS, **Vogel H**, Barohn RJ, Herbelin LL, McVey AL & Katz JS. Myopathy with skeletal asymmetry and hemidiaphragm elevation is caused by myotubularin mutations. *Neurology* 64, 1638-1640, (2005). PMID 15883335.

65.  Bredel M, Bredel C, Juric D, Harsh GR, **Vogel H,** Recht LD & Sikic BI. High-resolution genome-wide mapping of genetic alterations in human glial brain tumors. *Cancer Res* 65, 4088-4096, (2005). PMID 15899798.

66.  Bredel M, Bredel C, Juric D, Kim Y, **Vogel H**, Harsh GR, Recht LD, Pollack JR & Sikic BI. Amplification of whole tumor genomes and gene-by-gene mapping of genomic aberrations from limited sources of fresh-frozen and paraffin-embedded DNA. *J Mol Diagn* 7, 171-182, (2005). PMID 15858140. PMCID 1867518.

67.  Lim M, Guccione S, Haddix T, Sims L, Cheshier S, Chu P, **Vogel H** & Harsh G. alpha(v)beta(3) Integrin in central nervous system tumors. *Hum Pathol* 36, 665-669, (2005). PMID 16021573.

68.  Swijnenburg RJ, Tanaka M, **Vogel H**, Baker J, Kofidis T, Gunawan F, Lebl DR, Caffarelli AD, de Bruin JL, Fedoseyeva EV & Robbins RC. Embryonic stem cell immunogenicity increases upon differentiation after transplantation into ischemic myocardium. *Circulation* 112, I166-172, (2005). PMID 16159810.

69.  Keyes WM, Wu Y, **Vogel H**, Guo X, Lowe SW & Mills AA. p63 deficiency activates a program of cellular senescence and leads to accelerated aging. *Genes Dev* 19, 1986-1999, (2005). PMID 16107615. PMCID 1199570.

70.   Wang W, Ding J, Allen E, Zhu P, Zhang L, **Vogel H** & Yang Y. Gigaxonin interacts with tubulin folding cofactor B and controls its degradation through the ubiquitin-proteasome pathway. *Curr Biol* 15, 2050-2055, (2005). PMID 16303566.

71.   Huhn SL, Yung Y, Cheshier S, Harsh G, Ailles L, Weissman I, **Vogel H** & Tse V. Identification of phenotypic neural stem cells in a pediatric astroblastoma. *J Neurosurg* 103, 446-450, (2005). PMID 16302618.

72.   Noveroske JK, Hardy R, Dapper JD, **Vogel H** & Justice MJ. A new ENU-induced allele of mouse quaking causes severe CNS dysmyelination. *Mamm Genome* 16, 672-682, (2005). PMID 16245024.

73.   Adam MP, Chueh J, El-Sayed YY, Stenzel A, **Vogel H**, Weaver DD & Hoyme HE. Vascular-type disruptive defects in fetuses with homozygous alpha-thalassemia: report of two cases and review of the literature. *Prenat Diagn* 25, 1088-1096, (2005). PMID 16231223.

74.   Jang T, Savarese T, Low HP, Kim S, **Vogel H**, Lapointe D, Duong T, Litofsky NS, Weimann JM, Ross AH & Recht L. Osteopontin expression in intratumoral astrocytes marks tumor progression in gliomas induced by prenatal exposure to N-ethyl-N-nitrosourea. *Am J Pathol* 168, 1676-1685, (2006). PMID 16651633. PMCID 1606608.

75.   Ding J, Allen E, Wang W, Valle A, Wu C, Nardine T, Cui B, Yi J, Taylor A, Jeon NL, Chu S, So Y, **Vogel H**, Tolwani R, Mobley W & Yang Y. Gene targeting of GAN in mouse causes a toxic accumulation of microtubule-associated protein 8 and impaired retrograde axonal transport. *Hum Mol Genet* 15, 1451-1463, (2006). PMID 16565160.

76.   Bredel M, Bredel C, Juric D, Duran GE, Yu RX, Harsh GR, **Vogel H**, Recht LD, Scheck AC & Sikic BI. Tumor necrosis factor-alpha-induced protein 3 as a putative regulator of nuclear factor-kappaB-mediated resistance to O6-alkylating agents in human glioblastomas. *J Clin Oncol* 24, 274-287, (2006). PMID 16365179.

77.   Holcomb VB, **Vogel H**, Marple T, Kornegay RW & Hasty P. Ku80 and p53 suppress medulloblastoma that arise independent of Rag-1-induced DSBs. *Oncogene* 25, 7159-7165, (2006). PMID 16751807.

78.   Keyes WM, **Vogel H**, Koster MI, Guo X, Qi Y, Petherbridge KM, Roop DR, Bradley A & Mills AA. p63 heterozygous mutant mice are not prone to spontaneous or chemically induced tumors. *Proc Natl Acad Sci U S A* 103, 8435-8440, (2006). PMID 16714381. PMCID 1482510.

79.     Zahn JM, Sonu R, **Vogel H**, Crane E, Mazan-Mamczarz K, Rabkin R, Davis RW, Becker KG, Owen AB & Kim SK. Transcriptional profiling of aging in human muscle reveals a common aging signature. *PLoS Genet* 2, e115, (2006). PMID 16789832. PMCID 1513263.

80.     Yang Y, Gehrke S, Imai Y, Huang Z, Ouyang Y, Wang JW, Yang L, Beal MF, **Vogel H** & Lu B. Mitochondrial pathology and muscle and dopaminergic neuron degeneration caused by inactivation of Drosophila Pink1 is rescued by Parkin. *Proc Natl Acad Sci U S A* 103, 10793-10798, (2006). PMID 16818890. PMCID 1502310.

81.     Hsu AR, Hou LC, Veeravagu A, Greve JM, **Vogel H**, Tse V & Chen X. In vivo near-infrared fluorescence imaging of integrin alphavbeta3 in an orthotopic glioblastoma model. *Mol Imaging Biol* 8, 315-323, (2006). PMID 17053862.

82.     Bagchi A, Papazoglu C, Wu Y, Capurso D, Brodt M, Francis D, Bredel M, **Vogel H** & Mills AA. CHD5 is a tumor suppressor at human 1p36. *Cell* 128, 459-475, (2007). PMID 17289567.

83.     Hsu AR, Cai W, Veeravagu A, Mohamedali KA, Chen K, Kim S, **Vogel H**, Hou LC, Tse V, Rosenblum MG & Chen X. Multimodality molecular imaging of glioblastoma growth inhibition with vasculature-targeting fusion toxin VEGF121/rGel. *J Nucl Med* 48, 445-454, (2007). PMID 17332623.

84.     Hu Y, Raynard S, Sehorn MG, Lu X, Bussen W, Zheng L, Stark JM, Barnes EL, Chi P, Janscak P, Jasin M, **Vogel H**, Sung P & Luo G. RECQL5/Recql5 helicase regulates homologous recombination and suppresses tumor formation via disruption of Rad51 presynaptic filaments. *Genes Dev* 21, 3073-3084, (2007). PMID 18003859. PMCID 2081974.

85.     Haddix T, Chang S & **Vogel H**. A 35-year-old woman with a dural-based mass. *Brain Pathol* 17, 331-332, (2007). PMID 17598829.

86.     Zamecnik J, Vesely D, Jakubicka B, Simkova L, Pitha J, Schutzner J, Mazanec R & **Vogel H**. Muscle lymphocytic infiltrates in thymoma-associated myasthenia gravis are phenotypically different from those in polymyositis. *Neuromuscul Disord* 17, 935-942, (2007). PMID 17651972.

87.     Holcomb VB, **Vogel H**, **Hasty P**, Deletion of Ku80 causes early aging independent of chronic inflammation and Rag-1-induced DSBs. *Mech Ageing* 128, 601-608 (2007). Epub, (2007). PMID 17928034.

88.    Li H, **Vogel** H,  Holcomb VB,  Gu Y, **Hasty P**. Deletion of Ku70, Ku80, or both causes early aging without substantially increased cancer. *Mol Cell Biol.* 27, 8205-8214 (2007). Epub (2007). PMID 17875923.

89.    Dulai MS, Park CY, Howell WD, Smyth LT, Desai M, Carter DM & **Vogel H**. CNS T-cell lymphoma: an under-recognized entity? *Acta Neuropathol* 115, 345-356, (2008). PMID 18196250.

90.    Yang Y, Ouyang Y, Yang L, Beal MF, McQuibban A, **Vogel H** & Lu B. Pink1 regulates mitochondrial dynamics through interaction with the fission/fusion machinery. *Proc Natl Acad Sci U S A* 105, 7070-7075, (2008). PMID 18443288. PMCID 2383971.

91.    Schule B, Armstrong DD, **Vogel H,** Oviedo A & Francke U. Severe congenital encephalopathy caused by MECP2 null mutations in males: central hypoxia and reduced neuronal dendritic structure. *Clin Genet* 74, 116-126, (2008). PMID 18477000.

92.    Hou LC, Bababeygy SR, Sarkissian V, Fisher PG, **Vogel H**, Barnes P & Huhn SL. Congenital glioblastoma multiforme: case report and review of the literature. *Pediatr Neurosurg* 44, 304-312, (2008). PMID 18504417.

93.    Sangoi AR, Lim M, Dulai M, **Vogel H** & Chang S. Suprasellar giant cell ependymoma: a rare neoplasm in a unique location. *Hum Pathol* 39, 1396-1401, (2008). PMID 18602668.

94.    Mast JD, Tomalty KM, **Vogel H** & Clandinin TR. Reactive oxygen species act remotely to cause synapse loss in a Drosophila model of developmental mitochondrial encephalopathy. *Development* 135, 2669-2679, (2008). PMID 18599508. PMCID 2892278.

95.    Kalani MY, Cheshier SH, Cord BJ, Bababeygy SR, **Vogel H**, Weissman IL, Palmer TD & Nusse R. Wnt-mediated self-renewal of neural stem/progenitor cells. *Proc Natl Acad Sci U S A* 105, 16970-16975, (2008). PMID 18957545. PMCID 2575225.

96.    Longo N, Schrijver I, **Vogel H**, Pique LM, Cowan TM, Pasquali M, Steinberg GK, Hedlund GL, Ernst SL, Gallagher RC & Enns GM. Progressive cerebral vascular degeneration with mitochondrial encephalopathy. *Am J Med Genet A* 146, 361-367, (2008). PMID 18203188.

97.     Holcomb VB, Rodier F , Choi Y, Busuttil RA, **Vogel** H , Vijg J, Campisi J , **Hasty P**. Ku 80 deletion suppresses spontaneous tumors and induces a p53-mediated DNA damage response. *Cancer Res.* 68, 9497-9502. (2008). PMID 19010925.

98.     Campbell, DM, Bruins S, **Vogel H**,  Shuer LM, Wijman CAC.  Intracerebral hemorrhage caused by cerebral amyloid angiopathy in a 53-year-old man. *Journal of Neurology.* 255, 597-598 . (2008). PMID 18227992.

99.     Gratzinger D, Zhao S, West R, Rouse RV, **Vogel H**, Gil EC, Levy R, Lossos IS & Natkunam Y. The transcription factor LMO2 is a robust marker of vascular endothelium and vascular neoplasms and selected other entities. *Am J Clin Pathol* 131, 264-278, (2009). PMID 19141387.

100.    Mobley BC, Enns GM, Wong LJ & **Vogel H.** A novel homozygous SCO2 mutation, p.G193S, causing fatal infantile cardioencephalomyopathy. *Clin Neuropathol* 28, 143-149, (2009). PMID 19353847.

101.    Sangoi AR, Dulai MS, Beck AH, Brat DJ & **Vogel H**. Distinguishing chordoid meningiomas from their histologic mimics: an immunohistochemical evaluation. *Am J Surg Pathol* 33, 669-681, (2009). PMID 19194275.

102.    Dulai MS, Khan AM, Edwards MS & **Vogel H**. Intraventricular metaplastic meningioma in a child: case report and review of the literature. *Neuropathology* 29, 708-712, (2009). PMID 19389075.

103.    Mobley B, Kalani MY, Harsh GRt, Edwards MS & **Vogel H**. Papillary tumor of the spinal cord: report of 2 cases. *Am J Surg Pathol* 33, 1191-1197, (2009). PMID 19417584.

104.    Yadav AK, Renfrow JJ, Scholtens DM, Xie H, Duran GE, Bredel C, **Vogel H**, Chandler JP, Chakravarti A, Robe PA, Das S, Scheck AC, Kessler JA, Soares MB, Sikic BI, Harsh GR & Bredel M. Monosomy of chromosome 10 associated with dysregulation of epidermal growth factor signaling in glioblastomas. *JAMA* 302, 276-289, (2009). PMID 19602687. PMCID 3089898.

105.    Bredel M, Scholtens DM, Harsh GR, Bredel C, Chandler JP, Renfrow JJ, Yadav AK, **Vogel H**, Scheck AC, Tibshirani R & Sikic BI. A network model of a cooperative genetic landscape in brain tumors. *JAMA* 302, 261-275, (2009). PMID 19602686.

106.    Prolo LM, **Vogel H** & Reimer RJ. The lysosomal sialic acid transporter sialin is required for normal CNS myelination. *J Neurosci* 29, 15355-15365, (2009). PMID 20007460. PMCID 2820501.

107.   Holcomb VB, **Vogel H, Hasty P**. Unlike p53, p27 failed to exhibit an anti-tumor genetic interaction with Ku80. *Cell Cycle* 8, 2463-2466. Epub (2009). PMID 19597334.

108.   Li H, Choi YJ, Hanes MA, Marple T, **Vogel** H, **Hasty P**. Deleting Ku70 is milder than deleting Ku80 in p53-mutant mice and cells. *Oncogene*. 28, 1875-18788. Epub, (2009). PMID 19330025.

109.   Bredel M., Scholtens DM, Harsh GR, Bredel C, Chandler JP, Renfrow JJ,  Yadav AK, **Vogel H**, Scheck AC, Tibshirani R, Sikic BI. A network model of a cooperative genetic landscape in brain tumors. *Jama-Journal of The American Medical Association,* 302, 261-275. *(2009).* PMID 19602686.

110.   Yadav AK,  Renfrow JJ, Scholtens DM,  Xie H,  Duran GE,  Bredel C, **Vogel H**, Chandler JP, Chakravarti A, Robe PA, Das S, Scheck AC,  Kessler JA, Soares MB, Sikic BI, Harsh GR,  Bredel M. Monosomy of chromosome 10 associated with dysregulation of epidermal growth factor signaling in glioblastomas. *Jama-Journal of The Medical Association,* 302, 276-289. (2009). PMID 19602687.

111.   Renier C, **Vogel H**, Offor O, Yao C & Wapnir I. Breast cancer brain metastases express the sodium iodide symporter. *J Neurooncol* 96, 331-336, (2010). PMID 19618116.

112.   Swijnenburg RJ, Govaert JA, van der Bogt KE, Pearl JI, Huang M, Stein W, Hoyt G, **Vogel H**, Contag CH, Robbins RC & Wu JC. Timing of bone marrow cell delivery has minimal effects on cell viability and cardiac recovery after myocardial infarction. *Circ Cardiovasc Imaging* 3, 77-85, (2010). PMID 19920031. PMCID 3075469.

113.   Kioi M, **Vogel H**, Schultz G, Hoffman RM, Harsh GR & Brown JM. Inhibition of vasculogenesis, but not angiogenesis, prevents the recurrence of glioblastoma after irradiation in mice. *J Clin Invest* 120, 694-705, (2010). PMID 20179352. PMCID 2827954.

114.   Katzberg H, Karamchandani J, So YT, **Vogel H** & Wang CH. End-stage cardiac disease as an initial presentation of systemic myopathies: case series and literature review. *J Child Neurol* 25, 1382-1388, (2010). PMID 20445193.

115.   Beaudry VG, Jiang D, Dusek RL, Park EJ, Knezevich S, Ridd K, **Vogel H**, Bastian BC & Attardi LD. Loss of the p53/p63 regulated desmosomal protein Perp promotes tumorigenesis. *PLoS Genet* 6, e1001168, (2010). PMID 20975948. PMCID 2958815.

116. Pricola KL, Karamchandani J, **Vogel H**, Dahl GV, Yeom KW, Edwards MS & Guzman R. Langerhans cell histiocytosis in a 5-month-old presenting with biparietal masses. *J Neurosurg Pediatr* 6, 393-397, (2010). PMID 20887116.

117. Karamchandani J, Fischbein N, Harsh G, Katznelson L & **Vogel H**. Retrosellar intracranial extracerebral glioneuronal heterotopion: case report. *Clin Neuropathol* 29, 297-300, (2010). PMID 20860892.

118. Partap S, Murphy PA, **Vogel H**, Barnes PD, Edwards MS & Fisher PG. Liposomal cytarabine for central nervous system embryonal tumors in children and young adults. *J Neurooncol* 103, 561-566, (2011). PMID 20859651.

119. Mobley BC, McKenney JK, Bangs CD, Callahan K, Yeom KW, Schneppenheim R, Hayden MG, Cherry AM, Gokden M, Edwards MS, Fisher PG & **Vogel H.** Loss of SMARCB1/INI1 expression in poorly differentiated chordomas. *Acta Neuropathol* 120, 745-753, (2010). PMID 21057957.

120. Wirt SE, Adler AS, Gebala V, Weimann JM, Schaffer BE, Saddic LA, Viatour P, **Vogel H**, Chang HY, Meissner A & Sage J. G1 arrest and differentiation can occur independently of Rb family function. *J Cell Biol* 191, 809-825, (2010). PMID 21059851. PMCID 2983066.

121. Weiss DE, **Vogel H**, Lopes MB, Chang SD & Katznelson L. Ectopic acromegaly due to a pancreatic neuroendocrine tumor producing growth hormone-releasing hormone. *Endocr Pract* 17, 79-84, (2011). PMID 20713338.

122. McNeil CJ, Luo RF, **Vogel H**, Banaei N & Ho DY. Brain abscess caused by Phaeoacremonium parasiticum in an immunocompromised patient. *J Clin Microbiol* 49, 1171-1174, (2011). PMID 21191052. PMCID 3067714.

123. Mills AM, Karamchandani JR, **Vogel H** & Longacre TA. Endocervical fibroblastic malignant peripheral nerve sheath tumor (neurofibrosarcoma): report of a novel entity possibly related to endocervical CD34 fibrocytes. *Am J Surg Pathol* 35, 404-412, (2011). PMID 21317712.

124. Saddic LA, Wirt S, **Vogel H**, Felsher DW & Sage J. Functional interactions between retinoblastoma and c-MYC in a mouse model of hepatocellular carcinoma. *PLoS One* 6, e19758, (2011). PMID 21573126. PMCID 3089631.

125. Renfrow JJ, Scheck AC, Dhawan NS, Lukac PJ, **Vogel H**, Chandler JP, Raizer JJ, Harsh GR, Chakravarti A & Bredel M. Gene-protein correlation in single cells. *Neuro Oncol* 13, 880-885, (2011). PMID 21798849. PMCID 3145472.

126. Monje M, Mitra SS, Freret ME, Raveh TB, Kim J, Masek M, Attema JL, Li G, Haddix T, Edwards MS, Fisher PG, Weissman IL, Rowitch DH, **Vogel H**, Wong AJ & Beachy PA. Hedgehog-responsive candidate cell of origin for diffuse intrinsic pontine glioma. *Proc Natl Acad Sci U S A* 108, 4453-4458, (2011). PMID 21368213. PMCID 3060250.

127. Viatour P, Ehmer U, Saddic LA, Dorrell C, Andersen JB, Lin C, Zmoos AF, Mazur PK, Schaffer BE, Ostermeier A, **Vogel H,** Sylvester KG, Thorgeirsson SS, Grompe M & Sage J. Notch signaling inhibits hepatocellular carcinoma following inactivation of the RB pathway. *J Exp Med*, 208, 1963-76, (2011). PMID 21875955.

128. Karamchandani J, **Vogel H**, Fischbein N, Gibbs I, Edwards MS & Harsh G. Extravascular papillary endothelial hyperplasia mimicking neoplasm following radiosurgery. *Neurosurgery.* Epub 20 September (2011). PMID 21937944.

129. Bredel M, Scholtens DM, Yadav AK, Alvarez AA, Renfrow JJ, Chandler JP, Yu IL, Carro MS, Dai F, Tagge MJ, Ferrarese R, Bredel C, Phillips HS, Lukac PJ, Robe PA, Weyerbrock A, Vogel H, Dubner S, Mobley B, He X, Scheck AC, Sikic BI, Aldape KD, Chakravarti A, Harsh GR. NFKBIA deletion in glioblastomas. *N Engl J Med*. 2011; 364 (7): 627-37.

130. Renault VM,  Thekkat PU, Hoang KL, White JL, Brady CA,  Broz KD , Venturelli OS,  Johnson TM,  Oskoui  PR,  Xuan Z, Santo EE,  Zhang MQ, **Vogel H**,  Attardi LD,  Brunet  A . The pro-longevity gene FoxO3 is a direct target of the p53 tumor suppressor. *Oncogene.* 30, 3207-3221. (2011). PMID 21423206.

131. Monje M, Mitra SS, Freret ME, Raveh TB, Kim J, Masek M, Attema JL, Li G, Haddix T, Edwards MS, Fisher PG, Weissman IL, Rowitch DH, **Vogel H,** Wong AJ, Beachy PA. Hedgehog-responsive candidate cell of origin for diffuse intrinsic pontine glioma. *Proc Natl Acad Sci U S A.* 108 (11): 4453-4458. (2011). Epub 01 March (2011). PMID 21368213.

132. Hayden Gephart MG, Colglazier E, Paulk KL, **Vogel H,** Guzman R, Edwards MS. Primary pediatric skull tumors.  *Pediatr Neurosurg*, 47(3):198-203. Epub 31 January (2012). PMID 22301489.

133. Karamchandani J, **Vogel H**, Fischbein N, Gibbs I, Edwards MS & Harsh G 4th. Extravascular papillary endothelial hyperplasia mimicking neoplasm following radiosurgery. *Neurosurgery,* 70(4):E1043-8. Epub 20 April (2012). PMID 22426048.

134.   Dusek RL, Bascom JL, **Vogel H**, Baron S, Borowsky AD, Bissell MJ, Attardi LD. Deficiency of the p53/p63 target Perp alters mammary gland homeostasis and promotes cancer. *Breast Ca Res.* 14(2):R65. Epub 20 April (2012). PMID 22515648.

135.   Del Vecchio CA, Giacomini CP, **Vogel H**, Jensen KC, Florio T, Merlo A, Pollack JR, Wong AJ. EGFRvIII gene rearrangement is an early event in glioblastoma tumorigenesis and expression defines a hierarchy modulated by epigenetic mechanisms. *Oncogene.* Epub 16 July (2012). PMID 22797070.

136.   Hong WC, Murovic JA, Gibbs I, **Vogel H**, Chang SD. Pituitary stalk Langerhans cell histiocytosis treated with CyberKnife radiosurgery. *Clin Neurol Neurosurg.* Epub  24 July (2012). PMID 22835714.

137.   Yeom KW, Lober RM, Mobley BC, Harsh G, **Vogel H**, Allagio R, Pearson M, Edwards MS, Fischbein NJ.  Diffusion-weighted MRI: Distinction of skull base chordoma from chondrosarcoma. *Am J Nuroradiol.* Epub  1 Nov (2012). PMID 23124635.

138.   Baron S, Hoang A, **Vogel H**, Attardi LD. Unimpaired skin carcinogenesis in Desmoglein 3 knockout mice. *PLoS One.*7(11):e50024. Epub Nov 21 (2012).  PMID 23185521.

139.   Van Der Starre P, Deuse T, Pritts C, Brun C, **Vogel H**, Oyer P. Late profound muscle weakness following heart transplantation due to Danon disease.  *Muscle Nerve*. 47, 135-7. (2013). Epub 21 November (2012).  PMID 23168931.

140.   Perreault S, Lober RM, Carret AS, Zhang G, Hershon L, Décarie JC, Yeom K, **Vogel H**, Fisher PG, Partap S. Relapse patterns in pediatric embryonal central nervous system tumors. *J Neurooncol*. Epub Aug 7 (2013). [Epub ahead of print] PMID 23921420.

141.   Yeom KW, Mitchell LA, Lober RM, Barnes PD, **Vogel H**, Fisher PG, Edwards MS. Arterial spin-labeled perfusion of pediatric brain tumors. *Am J Neuroradiol*. Epub Aug 1.  (2013). [Epub ahead of print] PMID 23907239.

142.   Yeom KW, Mobley BC, Lober RM, Andre JB, Partap S, **Vogel H**, Barnes PD. Distinctive MRI features of pediatric medulloblastoma subtypes. *Am J Roentgenol*. 200, 895-903, (2013).  PMID 231855214.

143.   Karamchandani J, Wu M, Yi J, Das S, **Vogel H**,  Muller P, Cusimano M, Montanera W, Kovacs K. Highly proliferative sellar chordoma with unusually rapid recurrence. *Neuropathology*. 33, 424-430. (2013). PMID 23082799.

144.     Rienhoff H Y Jr,  Yeo CY, Morissette R, Khrebtukova I, Melnick J,  Luo S, Leng N, Kim YJ,  Schroth G,  Westwick J,  **Vogel H**,  McDonnell N,  Hall JG,  Whitman M. A mutation in TGFB3 associated with a syndrome of low muscle grow, growth retardation, distal arthrogryposis and clinical features overlapping with marfan and loeys-dietz syndrome. *American Journal of Medical Genetics-A*. 161, 2040-204. (2013). PMID 23824657.

145.     Harraher CD, **Vogel H**, Steinberg GK.  Spinal pilocytic astrocytoma in an elderly patient.  *World Neurosurg*. 79(5-6) November, (2013). PMID 22120566.

146.     Plowey ED, **Vogel H,** Salmi D, Shuer LM. Occult pigmented ganglioglioma in an adult male with chronic posttraumatic epilepsy. *Clinical Neuropathology*. 32(3): 192-195, (2013). PMID 23254137.

147.     Perrault, S, Lober RM, Carret A, Zhang G, Hershon L, Decarie J, Yeom K, **Vogel H**, Fisher PG, Partap S. Relapse patterns in pediatric embryonal central nervous system tumors. *Journal Of Neuro-Oncology*. 115 (2):209-215. (2013). PMID 23921420.

148.     Penchala SC, Connelly S, Wang Y, Park MS, Zhao L, Baranczak A, Rappley I, **Vogel H,** Liedtke M, Witteles RM, Powers ET, Reixach N, Chan W, Wilson IA, Kelly J, Graef IA, Alhamadsheh MM. AG10 inhibits amyloidogenesis and cellular toxicity of the familial amyloid cardiomyopathy-associated V1221 transthyretin. *Proceedings Of The National Academy Of Sciences Of The United States Of America*. 110 (24):9992-9997. (2013). PMID 23716704.

149.     Selden NR, Al-Uzri SL, Koch TK, Sikora DM, Nguyen-Driver MD, Gullame DJ, Koh JL, Gultekin SH, Anderson JC, **Vogel H,** Surcliffe TL, Jacobs Y, Steiner RD. Central nervous system stem cell transplantation for children with neuronal ceroid lipofuscinosis. *Journal Of Neurosurgery-Pediatrics*. 11 (6):643-652. (2013). PMID 23581634.

150.     Lober RM, Cho Y, Tang Y, Barnes, PD, Edwards MS, **Vogel H**, Fisher PG, Monje M, Yeom KW. Diffusion-weighted MRI derived apparent diffusion coefficient identifies prognostically distant subgroups of pediatric diffuse intrinsic pontine glioma. *Journal of Neuro-Oncology*. 117(1):175-182. (2014). PMID 24522717.

151.     Do J, Foster D, Renier C, **Vogel H**, Rosenblum S, Doyle TC, Tse V, Wapnir I. Ex vivo blue assessement of the blood brain barrier in three breast cancer brain metastasis models. *Breast Cancer research and treatment*. 144(1):93-101. (2014). PMID 24510011.

152.    Plowey ED, **Vogel H**, Yeom KW, Jung H, Chao K, Edwards MS. Tectal pineal cyst in a 1-year-old girl. *Human Pathology.* 45(3):653-656. (2014). PMID 24411061.

153.    Emlet DR, Gupta P, Holgado-Madruga M, Del Vecchio CA, Mitra SS, Han SY, Li G, Jensen KC, **Vogel H**, Xu LW, Skirboll SS, Wong AJ.Targeting a glioblastoma cancer stem-cell population defined by EGF receptor variant III. *Cancer Res.* 74(4):1238-1249. (2014). Epub 23 December (2013). PMID 24366881.

154.    Couthouis J, Raphael AR, Siskind C, Findlay AR, Buenrostro JD, Greenleaf WJ, **Vogel H**, Day JW, Flanigan KM, Gitler AD. Exome sequencing identifies a DNAJB6 mutation in a family with dominantly-inherited limb-girdle muscular dystrophy. *Neuromuscul Disord.* Epub 14 January (2014). PMID 24594375.

155.    Aisner DL, Newell KL, Pollack AG, Kleinschmidt-Demasters BK, Steinberg GK, Smyth LT, **Vogel H**. Composite pleomorphic xanthoastrocytomaepithelioid glioneuronal tumor with BRAF V600E mutation- report of three cases. *Clin Neuropathol.* 33(2):112-121. (2014). PMID 2432124.

156.    Choudri O, Feroze A, Hwang P, **Vogel H**, Ajlan A, Harsh G 4th. Endoscopic resection of a giant intradural retroclival ecchordosis physaliphora: surgical technique and literature review. *World Neurosurg.* 14(8):565-568. (2014). Epub ahead of print. PMID 24937599.

157.    Wilnai Y, Enns GM, Niemi AK, Higgins J, **Vogel H**. Abnormal hepatocellular mitochondria in methylmalonic acidemia. *Ultrastruct Pathol.* 16:1-6. (2014). Epub ahead of print. PMID 24933007.

158.    Caretti V, Bugiani M, Freret M, Schellen P, Jansen M, van Vuurden D, Kaspers G, Fisher PG, Hulleman E, Wesseling P, **Vogel H**, Monje M. Subventricular spread of diffuse intrinsic pontine glioma. *Acta neuropathol.* (2014). Epub ahead of print. PMID 24929912.

159.    Perreault S, Ramaswamy V, Achrol AS, Chao K, Liu TT, Shih D, Remke M, Schubert S, Bouffet E, Fisher PG, Partap S, **Vogel H**, Taylor MD, Cho YJ, Yeom KW. MRI surrogates for molecular subgroups of medulloblastoma. *AJNR Am J Neuroradiol.* (2014). Epub ahead of print. PMID 24831600.

160.    Raphael AR, Couthouis J, Sakamuri S, Siskind C, **Vogel H**, Day JW, Gitler AD. Congenital muscular dystrophy and generalized epilepsy caused by GMPPB mutations. *Brain Res.*14:576-579. (2014) Epub ahead of print. PMID 24780531.

161.   Caretti V, Sewing AC, Lagerweij T, Schellen P, Bugiani M, Jansen MH, van Vuurden DG, Navis AC, Horsman I, Vandertop WP, Noske DP, Wesseling P, Kaspers GJ, Nazarian J, **Vogel H**, Hulleman E, Monje M, Wurdinger T. Human pontine cells can induce murine tumors. *Acta Neuropathol.* (2014) 127(6):897-909. Epub 29 April (2014). PMID 24777482.

162.   Gibson EM, Purger D, Mount CW, Goldstein AK, Lin GL, Wood LS, Inema I, Miller SE, Bieri G, Zuchero JB, Barres BA, Woo PJ, **Vogel H**, Monje M. Neuronal activity promotes oligodendrogenensis and adaptive myelination in the mammalian brain. *Science.* (2014). Epub 10 April (2014). PMID 24727982.

163.   Couthouis J, Raphael AR, Siskind C, Findlay AR, Buenrostro JD, Greenleaf WJ, **Vogel H**, Day JW, Flanigan KM, Gitler AD. Exome sequencing identifies a DNAJB6 mutation in a family with dominantly-inherited limb-girdle muscular dystrophy. *Neuromiscul Disord.* 24(5):431-435. (2014). Epub 10 February (2014). PMID 24594375.

164.   Lober RM, Cho YJ, Tang Y, Barnes PD, Edwards MS, **Vogel H**, Fisher PG, Monje M, Yeom KW. Diffusion-weighted MRI derived apparent diffusion coefficient identifies prognostically distinct subgroups of pediatric diffuse intrinsic pontine glioma. *J Neurooncol.* 117(1):172-182. (2014). Epub 13 February (2014). PMID 24522717.

165.   Do J, Foster D, Renier C, **Vogel H**, Rosenblum S, Doyle TC, Tse V, Wapnir I. Ex vivo blue assessment of the blood brain barrier in three breast cancer brain metastasis models. *Breast Cancer Res Treat.* 144(1):93-101. (2014). Epub 8 February (2014). PMID 24510011.

166.   Krishnan C, **Vogel H,** Perry A. Atypical teratoid/rhabdoid tumor with ganglioglioma-like differentiation: case report and review of the literature. *Hum Pathol.* 45(1): 185-188.  (2014). Epub 10 September (2013). PMID 24034858.

167.   Ferrarese R, Harsh GR 4th, Yadav AK, Bug E, Maticzka D, Reichardt W, Dombrowski SM, Miller TE, Masilamani AP, Dai F, Kim H, Hadler M, Scholtens DM, Yu IL, Beck J, Srinivasasainagendra V, Costa F, Baxan N, Pfeifer D, von Elverfeldt D, Backofen R, Weyerbrock A, Duarte CW, He X, Prinz M, Chandler IP, **Vogel H,** Chakravarti A, Rich JN, Carro MS, Bredel M. Lineage-specific splicing of a brain-enriched alternative exon promotes glioblastoma progression. *J Clin Invest.* 124(7):2861-2876. (2014). Epub 01 July (2014). PMID 24865424.

168.   Medress ZA, Xu LW, Ziskin JL, Lefterova M, **Vogel H,** Li G. Pilocytic astrocytoma with IDH1 mutation in the cerebellum of an elderly patient. *Clin Neuropathol.* (2014). Epub ahead of print. PMID 25295857.

169. Arac A, Grimbaldeston MA, Nepomuceno AR, Olayiwola O, Pereira MP, Nishiyama Y, Tsykin A, Goodall GJ, Schlecht U, **Vogel H,** Tsai M, Galli SJ, Bliss TM, Steinberg GK. Evidence that meningeal mast cells can worsen stroke pathology in mice. *Am J Pathol.* 184(9):2493-504. (2014). PMID 25134760.

170. Van Nostrand JL, Brady CA, jung H, Fuentes DR, Kozak MM, Johnson TM, Lin CY, Swiderski DL, **Vogel H,** Bernstein JA, Attie-Bitach T, Chang CP, Wysocka J, Martin DM, Attardi LD. Inappropriate p53 activation during development induces features of CHARGE syndrome. *Nature.* 514(7521):228-32. (2014). PMID 25119037.

171. Kleinschmidt-DeMasters BK1, Donson AM, **Vogel H,** Foreman NK. Pilomyoxid astrocytoma (PMA) shows significant differences in gene expression vs. pilocytic astrocytoma (PA) and variable tendency toward maturation to PA. *Brain Pathol.* (2014). Epub ahead of print. PMID 25521223.

172. Choudri O, Razavi SM. **Vogel H,** Li G. Atypical and rare variants of central neurocytomas. *Neurosurg Clin N Am.* 26(1):91-98. (2015). Epub 18 October (2014). PMID 25432187.

173. Venkatesh HS, Johung TB, Caretti V, Noll A, Tang Y, Nagaraja S, Gibson EM, Mount CW, Polepalli J, Mitra SS, Woo PJ, Malenka RC, **Vogel H,** Bredel M, Mallick P, Monje M. Neuronal activity promotes glioma through neuroligin-3 secretion. *Cell.* 161(4):803-16. (2015) Epub 23 April (2015). PMID 25913192.

174. Reis GF, Pekmezci M, Hansen HM, Rice T, Marshall RE, Molinaro AM, Phillips JJ, **Vogel H,** Wiencke JK, Wrensch MR, Walsh KM, Perry A. CDKN2A loss is associated with shortened overall survival in lower-grade (world health organization grades II-III) astrocytomas. *J Neuropathol Exp Neurol.* 74(5):442-52 (2015). PMID 25853694.

175. Zeineh MM, Chen Y, Kitzler HH, Hammond R, **Vogel H,** Rutt BK. Activated iron-containing microglia in the human hippocampus identified by magnetic resonance in Alzheimer disease. *Neurobiol Aging.* 36(9):2483-500. (2015). Epub 06 June (2015). PMID 26190634.

176. Yecies D, Ajlan A, Ratliff J, Ziskin J, Hwang P, **Vogel H,** Katznelson L, Harsh G 4th. Giant prolactinoma presenting with neck pain and structural compromise of the occipital condyles. *J Neurol Surg Rep.* 76(2):297-301. (2015). Epub 29 October (2015). PMID 26623246.

177.    Zhang Y, Sloan SA, Clarke LE, Caneda C, Plaza CA, Blumenthal PD, **Vogel H,** Steinberg GK, Edwards MS, Li G, Duncan JA 3rd, Cheshier SH, Shuer LM, Chang EF, Grant GA, Gephart MG, Barres BA. Purification and characterization of progenitor and mature human astrocytes reveals transcriptional and functional differences with mouse. *Neuron.* 89(1):37-53. (2016). Epub 10 December 2015. PMID 26687838.

## INVITED REVIEWS:

1. **Vogel H**.  Inclusion body myositis.  A review.  *Adv Anatomic Path*. 5: 164-169, (1998).

2. **Vogel H**. Mitochondrial myopathies and the role of the pathologist in the molecular era. *J Neuropath Exp Neur.* 60: 217-227, (2001).

3. **Vogel H,** Fuller GN. Primitive neuroectodermal tumors, embryonal tumors, and other small cell and poorly differentiated malignant neoplasms of the central and peripheral nervous systems. *Annu Diag Path.* 7: 387-398, (2003).

4. **Vogel H**. Burden of proof in the postmortem diagnosis of mitochondrial disease: Leigh disease. *Pediatr Dev Pathol*. 7: 615-619, (2004).

5. **Vogel H,**  Zamecnik J. Diagnostic immunohistology of muscle diseases. *J Neuropath Exp Neurol.* 64(3): 181-193, (2005).

6. **Vogel H**. "Polymicrogyria" for Neurology Medlink – Online information resource for clinical neurology. (2003-2006).

7. Lu B., **Vogel H**. Drosophila Models of Neurodegenerative Diseases. *Annu Rev Path.* 4: 315-42, (2009).

8. **Vogel H**. Chordoma: An Ongoing Challenge.  Path Case Reviews. 17: 31Y38, (2012).

## BOOKS:

**Vogel H**. "Nervous System".  *Cambridge Illustrated Surgical Pathology Series*. Cambridge University Press. (2009).

**BOOK CHAPTERS:**

1. **Vogel H.** "Low Grade Gliomas". In <u>*Neuro-Oncology*</u> in the series Practical Neurology, Eds E Dropcho and J Rees. Butterworth-Heinemann, Boston MA. (2010).

2. **Vogel H.** "Biology and pathology of Meningiomas". In <u>*Current Management of Central Nervous System Meningiomas*</u>, Eds SD Chang and A Veeravagu. Nova Science Publishers, Hauppauge NY. (2015).

**OTHER PUBLICATIONS:**

1. **Vogel H**. Wagnerian genetics [Comment. Letter].  *Science.*  267:437, (1995).

2.  Miller G and **Vogel H**. Structural evidence of injury or malformation in the brains of children with congenital heart disease. *Seminars in Ped Neuro*. 6: 20-26. (1999).

3. **Vogel H**. Medullo-what?  Invited commentary on: Medullocytoma (lipidized medulloblastoma): A cerebellar neoplasm with favorable prognosis. *Adv in Anatomic Path*. 4: 287-292, (1997).

**ABSTRACTS/PRESENTATIONS:**

1986    **Vogel H**, Schnitt S. "Meningiomas: diagnostic value of immunoperoxidase staining for epithelial membrane antigen."  Platform presentation/abstract at the Annual Meeting of the International Academy of Pathology.  *Lab Invest* . 54: 67 (1986).

1988    Shiurba RA, **Vogel H**, Eng LF, Urich H, Horoupian DS. "The epidermal growth factor receptor in meningiomas: an immunohistochemical study." Annual Meeting Abstracts, American Association of Neuropathologist. *J Neuropath Exp Neurol*. 47: 376, (1988).

1989    Honig LS, **Vogel H**, Horoupian DS. "Chronic myelopathy as a presenting syndrome in HIV infection."  Annual Meeting Abstracts.  American Academy of Neurology.  *Neurology*. 39: 419, (1989).

        **Vogel H**, Picker LJ, Butcher EC. "Anti-lymphocyte homing receptor antibodies identify a molecule of glial origin." Annual meeting Abstracts,

American Association of Neuropathologists. *J Neuropath Exp Neurol*. 48: 344, (1989).

Horoupian DS, **Vogel H**, Honig LS. "Peripheral neuropathy in virus associated hemophagocytosis (VAH)." Annual Meeting Abstracts, American Association of Neuropathologists. *J. Neuropath Exp Neurol*. 48: 371, (1989).

1990     **Vogel H**, Horoupian DS, Urich H. "Brainstem neurotoxicity of cytosine arabinoside. A case report." Oral presentation at the Annual Meeting of the Swiss Society of Neuropathology, March, (1990).

1990     **Vogel H** and DS Horoupian. "Neuronal lipopigment storage disorder in association with systemic lipodystrophy. A case report." Abstract for the Annual Meeting of the American Association of Neuropathologists, June, (1990).

1991     **Vogel H** and Horoupian DS. "Filamentous degeneration of neurons: a feature of cytosine arabinoside neurotoxicity." Platform presentation at the Annual Meeting of the American Association of Neuropathologists, June, (1991).

1993     **Vogel H**. "Silver impregnation distinguishes muscle fiber types in fixed tissues." Platform presentation at the Annual Meeting of the American Association of Neuropathologists, June, (1993).

1993     Matzuk MM, Lu H, Sellheyer K, **Vogel H**, Bradley A. "Mice with a targeted deletion of the activin binding protein (follistatin) gene die at birth." Presented at Meeting on Mouse Molecular Genetics, European Molecular Biology Laboratory, Heidelberg, Germany. August, (1993).

1994     **Vogel H**. "Patterns of CD44 expression in Alzheimer's disease. and Bhattacharjee M and Vogel H. CD44 is expressed in primitive neuroectodermal tumors." Presentaion at the XIIth International Congress of Neuropathology, Toronto, Canada. September, (1994).

1995     Bhattacharjee M, Armstrong D, **Vogel H**, and Cooley L. "Cytogenetic studies of pediatric brain and spinal cord tumors." Poster presentation at the Annual Meeting of the American Association of Neuropathologists. June, (1995).

**Vogel H**, Armstrong D, and Bhattacharjee M. "Brainstem encephalitis as an incidental finding in pediatric autopsies. Report of 5 cases", and, Bhattacharjee M, Armstrong D, Vogel H, and Cooley L. "Cytogenetics of primitive neuroectodermal tumors in children." Poster presentations at the Interim Meeting of the Society for Pediatric Pathology. Baltimore, MD. October, (1995).

1996    **Vogel H**, Zhang H, Cartwright J, Dionne L, Lu N, Huang S, Matzuk M, Lebovitz R. "Neuronal degeneration in mice lacking superoxide dismutase." Platform presentations; 1) Swiss Society of Neuropathology XVI International Winter Meeting, St. Moritz, Switzerland on March 22, 1996.   2) American Academy of Neurology 48th Annual Meeting, San Francisco, CA.  March, (1996).

1997    Bhattacharjee M, Hicks J, Armstrong D, Langford L, Dauser R, **Vogel H.** "Central nervous system atypical teratoid/rhabdoid tumors of infancy and childhood.  Report of four cases."   Annual Meeting Abstracts, International Academy of Pathology. *Lab Invest*. 76: 149A, (1997).

**Vogel H**, Beaudet AL, Bullard D. "Experimental allergic encephalomyelitis in ICAM-1 deficient mice." Annual Meeting Abstracts, American Association of Neuropathologists, June 1997.  *Journal of Neuropathology and Experimental Neurology*. 56:600, (1997).

1998    **Vogel H**, Edmondson E.  "Pathological findings in nerve and muscle biopsies from 55 women with silicone breast implants." American Academy of Neurology. 50th Annual Meeting, Minneapolis, MN. April, (1998).

Fuller GN, Goodman JC, **Vogel H**, Ghorbani R. "Epithelioid glioblastoma: a distinct clinico-pathologic entity." Annual Meeting Abstracts, American Association of Neuropathologists, June, (1998).

1999    **Vogel H**, Dauser R, Powell S. "Biphasic pilocytic ganglion cell tumor of the cerebellum." Annual Meeting Abstracts, American Association of Neuropathologists, June, (1999).

2000    Harris CP, Lu XY, Li N, **Vogel H**, Cooley L, Rao P, Lau CC.  "Multicolor spectral karyotyping identifies a novel translocation t(12;15) (p13;q25q26) in a primitive neuroectodermal tumor."  Presented at The Eighth International Workshop on Chromosomes in Solid Tumors, Tucson, AZ. January, (2000).

Leung HE, Li XL, Armstrong D, **Vogel H**, Dauser R, Strother D, Horowitz M, Stuart S, Lau C.  "Genome-wide transcriptional analysis of medulloblastoma by cDNA microarrays."  Presented at the 18th Annual Houston Conference on Biomedical Engineering Research. February, (2000).

Urich H, and **Vogel H**.  "What is lobar holoprosencephaly?"  Presented at the Leipzig 2000 International Symposium, and the 45th Meeting of the German Society for Neuropathology and Neuroanatomy.  Leipzig, Germany.  March, (2000).

**Vogel H**, Chapman K, and Benke T. "An analysis of 47 muscle biopsies for suspected mitochondrial myopathy". Platform presentation." American Academy of Neurology. 52nd Annual Meeting, San Diego, CA. May, (2000).

**Vogel H**, Lau C, Dauser R, and Strother D.  "CD44 expression in medulloblastoma. A study of 23 cases." Platform presentation, 9th International Symposium on Pediatric Neuro-oncology. San Francisco, CA. June, (2000).

2001        Scaglia F, **Vogel H**. "An analysis of pediatric patients with histological evidence of mitochondrial proliferation." Abstract, European Meeting on Mitochondrial Pathology, Venice, Italy.  September, (2001).

2003        **Vogel H**.  "Diagnostic utility of the muscle pathology. Emerging concepts."  Invited lecture at "Contemporary Neuropathology" University Medical Center, Nijmegen, Netherlands.  October, (2003).

2004        Haddix T, Prichard J, Warnke R, **Vogel H**. "Primary Hodgkin's disease in the brain of an HIV-positive adult." Annual Meeting Abstracts, American Association of Neuropathologists.  June, (2004).

2005        Pate LL, Haddix TL, **Vogel H**. "Glioblastoma with remote subcutaneous metastases."  October, (2005).

Haddix TL, Recht LD, Myles T, Leung L, **Vogel H. "**Overexpression of osteopontin in glioblastoma multiforme."  September, (2005).

D'Apuzzo MM, **Vogel H. "**Rosetted glioneuronal tumors of the spinal Cord." Annual Meeting Abstracts, 81st Annual Meeting, American Association of Neuropathologists, Arlington, VA.  June, (2005).

D'Apuzzo M, Cheshier S, Ailles L, **Vogel H**, Weissman I. " Proliferation and differentiation of brain cancer stem cells in organotypic slices." December, (2005).

2006    **Vogel H**, Masek M, Gallagher R, Enns G. "Immunohistochemical analysis of cytochrome oxidase deficiency using fixed tissues." XVI International Congress of Neuropathology and 82nd Annual Meeting, American Association of Neuropathologists, San Francisco, CA.  September, (2006).

**Vogel H**, Wong LJ, Prijoles EJ, Dubin AM, Enns GM. "Neonatal hypertrophic cardiomyopathy caused by mitochondrial *SCO2* deficiency; An enzyme histochemical and targeted mutation approach to the diagnosis of a novel mutation."  Abstract presentation, 56th Annual Meeting, American Society of Human Genetics, New Orleans, LA.  October, (2006).

2007    **Vogel H**, Wong LJ, Prijoles EJ, Dubin AM, Enns GM. "Neonatal hypertrophic cardiomyopathy caused by mitochondrial *SCO2* deficiency An enzyme histochemical and targeted mutation approach to the diagnosis of a novel mutation". Abstract presentation at 56th Annual Meeting of the American Society of Human Genetics.  New Orleans, LA. October, (2007).

Dulai MS, Park CY, Smyth LT, Desai M, Carter DM, **Vogel H**. "CNS T-cell lymphoma: An under recognized entity?" 83rd Annual Meeting, American Association of Neuropathologists, Washington, DC. April, (2007).

2009    Fujiwara M, Harsh G, Karamchandani J, **Vogel H**, et al.  "Intracerebral extravascular masson's tumor mimicking glioma."  And, Karamchandani J, Moes G, Guppy K, Vogel H.  "Primary T-cell lymphoma of the CNS expressing PD-1, a marker of germinal center T-cells."  Abstract presentations at the American Association of Neuropathologists Annual Meeting.  June, (2009).

2011    Haddix T, Monje M, Masek M, **Vogel H**, et al.  "Supratentorial extention of diffuse intrinsic pontine glioma (DIPG). (2011).

2012    **Vogel H**, Edwards M, Fisher P, Partap S, Cho YJ. "Aggressive cerebellar neuroepithelial tumor in a 10 year old boy" . Abstract presentations at the American Association of Neuropathology Annual Meeting. June, (2013).

2013        Tanboon J, Kantipudi A, **Vogel H**. "Cytochrome oxidase-deficient
            myofibers as a function of age and disease in 1000 muscle biopsies".
            Abstract presentations at the American Association of Neuropathology
            Annual Meeting. June, (2013).

            Moore S, Kunecka P, Swenson A, **Vogel H,** Lewis A,  Harris B, Deo R,
            Hayashi Y, Nishino I, McAllister J, Pattee G, McComb R. "Siblings with
            a novel CHBK mutation are identified among clinical diverse patients with
            megaconial myopathy".  Abstract presentations at the American
            Association of Neuropathologists Annual Meeting. June, (2013).

2014        Ziskin JL, Iv M, Moes G, **Vogel H**. "Cerebral biopsies in posterior
            "irreversible" encephalopathy syndrome (PIES)". Abstract presentations at
            the American Association of Neuropathologists Annual Meeting, Portland,
            OR.  June, (2014).

2014        Ziskin JL, Wilnai Y, Enns G, Niemi AK, **Vogel H**.  "Abnormal
            hepatocellular mitochondria in methylmalonic academia".  United States
            and Canadian Academy of Pathology Annual Meeting, San Diego, CA.
            March, (2014).

2014        Ziskin JL and **Vogel H**. "T-cell lymphoma presenting as benign idiopathic
            perineuritis".  United States and Canadian Academy of Pathology Annual
            Meeting, San Diego, CA.  March, (2014).

## INVITED SPEAKER/PRESENTATIONS:

2001        Scaglia F, Towbin J, **Vogel H**. "An analysis of 66 muscle biopsies for
            suspected mitochondrial myopathy." Platform presentation, Mitochondria.
            San Diego, CA. March, (2001).

2002        "Postmortem diagnosis of mitochondrial diseases." Evening Session in
            Pediatric Pathology, USCAP Annual Meeting, Washington DC, March,
            (2003).

2004        "Molecules and muscle" and "The WHO Classification of Brain Tumors. A

Critical Review." Annual meeting of the Society of Czech Pathologists, Prague, Czech Republic.  June, (2004).

"Diagnostic pitfalls in neuro-oncology" and "The WHO Classification of brain tumors. A critical review."  World Federation of Neurosurgical Societies, Jaipur, India. October, (2004).

2005 "Mitochondrial myopathies." Annual Meeting of the German Society of Neuropathology and Neuroanatomy.  Graz, Austria. October, (2005).

"Brain tumors. The ultimate challenge in modeling human cancer in mice." Annual meeting of the American College of Veterinary Pathologists. Boston, MA. December, (2005).

2004 "Muscle biopsies. A practical approach." Stanford/UCSF Current Issues in Anatomic Pathology Course Tutorial.  June, (2006).

"Immunohistochemical analysis of cytochrome oxidase deficiency using fixed tissues." Bay Area Mitochondria Association.   September, (2007).

"Modeling human brain tumors in mice." Institute of Biotechnology, The University of Texas Health Science Center at San Antonio. October, 2007).

2007 "Practical approach to the use of immunohistochemical markers used in neuropathology." Stanford/UCSF Current Issues in Anatomic Pathology Course. May, (2007).

"Morphology of childhood brain tumors. Avoiding diagnostic pitfalls." Baltic Association of Neuropathology.  Riga, Latvia. June, 2007.

2008 "Childhood brain tumors: an update." 3rd Intercontinental Congress of Pathology. Barcelona, Spain. May, (2008).

"Course in pediatric neuropathology."  Guest speaker of the Guatemalan Association of Neurosurgery. Guatemala City, Guatemala. .June, (2008).

2005 "Pediatric neuropathology, tumours (gliomas), tumours (non-gliomatous neoplasms), infectious diseases, non-infectious

inflammatory conditions (e.g. multiple sclerosis & others)."  Guest lecturer for Biennial meeting of the Baltic Association of neuropathology. Kaunas, Lithuania.  May, (2009).

2011        "Common problems in muscle biopsy diagnostics."  Special Course Invited Lecture.  Aspects of Muscle Pathology.  Seattle, WA.  June, (2011).

Haddix T, Monje M, Masek M, Freret M, Fisher P, Vogel H. "Supratentorial extension of diffuse intrinsic pointine glioma (DIPG)". (2011).

2005-Present  Recurring Annually Invited panelist, "Neuropathology Mystery Cases", Annual Meeting of the American College of Veterinary Pathology.  (2005-2011)

2012        "Pediatric brain tumors.The view from Palo Alto". Institute of Neuropathology, Charite-Berlin Medical University. Berlin, Germany, April 12, (2012).

2014        "Avoiding pitfalls in neuropathology frozen sections" and "Update on molecular pathology of brain tumors" and "Grading the diagnosis of common brain tumors" .Colorado Society of Clinical Pathologists, Stars in the Mountains 2014 Summer Meeting, Vail, Colorado, July 20, (2014).

Session chair. World Muscle Society 2014 Congress, Berlin, Germany, October 7-11, (2014).

"Biopsias de musculo. Seran necesarias los estudios por congelaciones? (Are frozen sections necessary with muscle biopsies? )". Biannual Meeting of the Sociedad Latinoamericana de Patologia (Latin American Society of Pathology), Managua, Nicaragua, November 20, (2014).

2015        "News and views on mitochondrial encephalomyopathies". 60th Annual Meeting of the German Society for Neuropathology (DGNN). Berlin, Germany, August 26-28, (2015).

# Hannes Vogel

## Reliance List
### *in Addition to Materials Referenced in Report*

## MDL Wave 1

| Medical Literature |
| --- |
| 2012 Poandl - Contracture Study |
| 2015 Ford Ogah - Summary Cochrane Review Miduretheral Slings |
| Abdel-Fattah, M. [Pop 341, 1-3 yr fu] Prospective randomised controlled trial of Transobturator Tapes in Management of Urodynamic Stress Incontinence in Women: 3-year Outcomes from the Evaluation of |
| Agrawal, A., Avill, R. Mesh migration following repair of inguinal hernia: a case report and review of literature. Hernia (2006) 10:79-82 |
| Aigmueller, T. Ten-year follow-up after the tension-free vaginal tape procedure. AJOG 2011 |
| Amid, P. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia (1997) 1:15-21 |
| Anderson, J. Biological Responses to Materials. Annu Rev Mater Res. 2001. 31:81-110 |
| Anderson, J. Biomaterial biocompatibility and the macrophage. Biomaterials (1984) Vol 5 |
| Barbolt. Biology of Polypropylene/polyglactin 910 grafts. Int Urogynecol J (2006) 17: S26 S30 |
| Barone, Abramowitch, Moalli. The impact of boundary conditions on surface curvature of polypropylene mesh in response to uniaxial loading. Journal of Biomechanics 48 (2015) 1566-1574 |
| Bendavid, Iakovlev. Mesh-Related SIN Syndrome. A Surreptitious Irreversible Neuralgia and Its Morphologic Background in the Etiology of Post-Herniorrhaphy Pain. International Journal of Clinical Medicine, 2014, 5, 799- |
| Bendavid, R. A mechanism of mesh-related post-herniorrhaphy neuralgia. (2015) |
| Bertin, D. et al. Polypropylene degradation-Theoretical & experimental investigations. Polymer Degredation and Stability 95 (2010) 782-791 |
| Binnebosel. Biocompatibility of prosthetic meshes in abdominal surgery . Semin Immunopath (2011) 33:235 |
| Blais, P. The Photo-Oxidation of Polypropylene Monofilament Part II: Phyiscal Changes and Microstructure. Textile Research Journal (1976) 46:641 |
| Blaivas, J. & Mekel, G. - Management of urinary fistulas due to midurethral sling surgery. (2014) |
| Blaivas, J. Safety Considerations for synthetic sling surgery. |
| Boulanger. Bacteriological analysis of meshes removed for complications after surgical management of urinary incontinence or pelvic organ prolapsed. Int Urogynecol J (2008) 19:827-831 |
| Boulanger. Development of an animal model to study meshes used in genital prolapse surgery. European Journal of Obstetrics & Gynecology and Reproductive Biology 136 (2008) 254 259 |
| Boulanger. Tissue integration and tolerance to meshes used in gynecologic surgery: An experimental study. European Journal of Obstetrics & Gynecology and Reproductive Biology 125 (2006) 103 108 |
| Bracco. Comparison of polypropylene and polyethylene terephthalate (Dacron) meshes for abdominal wall hernia repair: A chemical and morphological study. Hernia (2005) 9: 51 55 |
| Bringman. Hernia repair: the search for ideal meshes. Hernia (2010) 14:81 87 |
| Brubaker, L. Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the Trial of Midurethral Slings (TOMUS) study. AJOG 2011 |
| Clark, L. A new murine model for mammalian wound repair and regeneration. Clinical Immunology and Umminopathology, Vol. 88, No. 1, July 1998, pp. 35-45 |
| Clave. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants. Int Urogynecol J (2010) 21:261–270 |
| Cobb, Burns. Textile analysis of heavy weight, mid-weight, and light weight polypropylene mesh in a procine ventral hernia model. Journal of Surgical Research 136, 1-7 (2006) |
| Cobb, Kercher, Heniford. The Argument for Lightweight Polypropylene Mesh in Hernia Repair. Surgical Innovation, Vol 12, No 1 (March), 2005: pp 63-69 |
| Collinet, P. The Safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711-715 |
| Conze, Klinge. Polypropylene in the intra-abdominal position: Influence of pore size and surface area. Hernia (2004) 8: 365 372 |

Costello. Characterization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants from a Single Patient. Surgical Innovation, Volume 14 Number 3, September 2007 168·176

Costello. Materials Characterization of Explanted Polypropylene Hernia Meshes. J Biomed Mater Res Part B: Appl Biomater 83B: 44–49, 2007

Cox [Nat Rev Urol] Surgical management of female SUI- Is there a gold standard? Volume 10, February 2013

Cozad, Ramshaw. Materials characterization of explanted polypropylene, polyethylene terephthalate, and expanded polytetrafluoroethylene composites: Spectral and thermal analysis. (2010) Wiley InterScience

de Tayrac, Letouzey. Basic science and clinical aspects of mesh infection in pelvic floor reconstructive surgery. Int Urogynecol J. 2011

Deng, D. et al. Presentation & Management of major complications of midurethral slings: Are complications under-reported? Neurourology and Urodynamics 26:46-52 (2007)

Deprest. The biology behind fasical defects and the use of implants in pelvic organ prolapse repair. Int Urogynecol J (2006) 17: S16 S25

Dietz, H. Does the tension-free vaginal tape stay where you put it? (2003)

Elliott, M & Juler, G. Comparison of marlex mesh and microporous teflon sheets when used for hernia repair in the experimental animal. The American Journal of Surgery.

Elmer. Histological Inflammatory Response to Transvaginal Polypropylene Mesh for Pelvic Reconstructive Surgery. The Journal of Urology, Vol. 181, 1189-1195, March 2009

Engelsman. In Vivo Evaluation of Bacterial Infection Involving Morphologically Different Surgical Meshes. Ann Surg 2010;251: 133–137

Falconer, C., et al., Decreased innervation of the paraurethral epithelium in stress urinary incontinent women, Eurpean Journal of Obstetrics & Gynecology and Reproductive Biology 72 (1997) 195-198

Falconer, C., Ulmsten, U. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2): S19-S23

Feiner, B. & Maher, C. Vaginal mesh contraction-definition, clinical presentation & management. Obstetrics & Gynecology, Vol. 115, No. 2, Part 1, February 2010

Govier, F. et al. Complications of transvaginal silicone-coated polyester synthetic mesh sling. Urology 66 (4). 2005

Groutz, A. Ten-Year Subjective Outcome Results of the Retropubic Tension-Free Vaginal Tape for Treatment of Stress Urinary Incontinence. (2011)

Hamouda, A. Mesh erosion into the urinary bladder following laparascopic inguinal hernia repair; is this the tip of the iceberg? Hernia (2010) 14: 317-319

Heinonen, P. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. International Journal of Urology (2012) 19, 1003-1009

Hill, Barber - [Pop 130] Histopathology of excised midurethral sling mesh. Int Urogynecol J (2015) 26:591-595

Hilliges, M, et al., Innervation of the Human Vaginal Mucosa as Revealed by PGP 9.5 Immunohistochemistry, Acta Anat 1995; 153:119-126

Hu, J-M, et al., Vasoactive intestinal peptide expression in the vaginal anterior wall of patients with pelvic organ prolapse. Taiwaneses Journal of Obstetrics & Gynecology 52 (2013) 233-240

Huffaker. Histologic response of porcine collagen-coated and uncoated polypropylene grafts in a rabbit vagina model. Am J Obstet Gynecol 2008;198:582.e1-582.e7.

Iakovlev, Bendavid. [USCAP Poster 63] Explanted Surgical Meshes. What Pathologists are Missing?

Iakovlev, V. Degradation of polypropylene in vivo: A microscopic analysis of meshes explanted from patients. J Biomed Mater Res Part B (2015)

Iakovlev, V. In Vivo Degradation of Surgical Polypropylene Meshes: A finding overlooked for decades. Virchows Arch (2014) 465 (Suppl 1): S1-S379

Iakovlev, V. Pathological findings associated with pain in transvaginal meshes. (2014)

Iakovlev, V., Pathology of Explanted Transvaginal Meshes. International Journal of Medical, Health, Pharmaceutical and Biomedical Engineering Vol. 8, No. 9, 2014

Iakovlev. [ECP Abs PS-24-006] Explanted Surgical Meshes: What pathologists and industry failed to do for 50 years.

Jerabek, J. Evaluation of three purely polypropylene meshes of different pore sizes in an onlay position in a New Zealand white rabbit model. Hernia (2014)

Johner, A. Planned ilioinguinal nerve excision for prevention of chronic pain after inguinal hernia repair: A meta-analysis. (2011)

Jongebloed, W. Degradation of polypropylene in the human eye: A sem-study. Documenta Ophthalmogica 64: 143-152 (1986)

Junge. Mesh biocompatibility: effects of cellular inflammation and tissue remodeling. Langenbecks Arch Surg (2012) 397:255 270

Karlovsky. Synthetic Biomaterials for Pelvic Floor Reconstruction. Current Urology Reports 2005, 6:376–384

Kavvadias, T. Foreign body reaction in vaginally eroded and noneroded polypropylene suburethral slings in the female: a case series. Int urogynecol J (2009) 20:1473-1476

Keys. Post-implantation alterations of polypropylene in the human. (2013)

Kidd, B. Mechanisms of inflammatory pain. British Journal of Anaesthesia 87 (1):3-11 (2001)

Klinge (2010) Ch. 56 Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse.

Klinge High Structural Stability of Textile Implants Prevents Pore Collapse and Preserved Effective Porosity at Strain. (2015)

Klinge, Klosterhalfen. Modified classification of surgical meshes for hernia repair based on the analyses of 1,000 explanted meshes. Hernia (2012) 16:251–258

Klinge, Schumpelick, Stumpf. Open Mesh Repair. Eur. Surg., Vol. 35, No. 1 (2003)

Klinge, U. Foreign Body Reaction to Meshes Used for the Repair of Abdominal Wall Hernias, Eur J Surg 1999; 165; 665-673

Klinge, U. Impact of Polymer Pore Size on the Interface Scar Formation in a Rat Model. Journal of Surgical Research 103, 208-214 (2002)

Klinge, U. Influence of polyglactincoating on functional and morphological parameters of polypropylene-mesh modifications for abdominal wall repair. Biomaterials 20 (1999) 613-623

Klinge, U. Modified classification of surgical meshes for hernia repair based on the analyses of 1,000 explanted meshes. Hernia (2012) 16:251-258

Klinge. Do Multifilament Alloplastic Meshes Increase the Infection Rate? Analysis of the Polymeric Surface, the Bacteria Adherence, and the In Vivo Consequences in a Rat Model. J Biomed Mater Res (Appl Biomater) 63: 765–771, 2002

Klinge. Shrinking of Polypropylene Mesh in vivo: An Experimental Study in Dogs. Eur J Surg 1998; 164: 965–969

Klink, C. Comparison of Long-term Biocompatability of PVDF and PP Meshes. Journal of Investigative Surger, 24, 292-299, 2011

Klosterhalfen, Jung, Klinge. Influence of implantation interval on the long-term biocompatibility of surgical mesh. British Journal of Surgery 2002, 89, 1043 1048

Klosterhalfen, Junge, Klinge. The lightweight and large porous mesh concept for hernia repair. Expert Rev. Med. Devices 2(1), 103-117 (2005)

Klosterhalfen. Biological Response to Mesh. Eur. Surg .. Vol. 35 . No 1 . 2003

Kumar, V. Pathological Basis of Disease. (2010)

Langhans. Ueber Riesenzellen mit wandstandigen Kernen in Tuberkein und die fibrose Form des Tuberkels. (1868)

Laskin, D. Macrophages and inflammatory mediators in tissue injury. Annu Rev. Pharmacol Toxicol. 1995. 35:655-77

Lee, D. Transvaginal mesh kits -- how serious are the complications and are they reversible? Female Urology (2013)

Letouzey, Fritel. Informing a patient about surgical treatment for pelvic organ prolapse. Gynecolgie Obstetrique & Fertilite 38 (2010) 255-260

Liapis, A. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and y-year follow-up. Int Urogynecol J (2008) 19:1509-1512

Liebert. Subcutaneous Implants of PP Filaments. J Biomed Mater Res, Vol. 10, 939-951

Lo, D. Scarless fetal skin wound healing updates. Birth Defects Research (Part C) 96: 237-247 (2012)

Lo, T. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. (2004)

Manodoro, S. Graft-related complications and biaxial tensiometry following experimental vaginal implantation of flat mesh of variable dimensions. (2013)

Mary, C. Comparison of the In Vivo Behavior of Polyvinylidene Flouride and Polypropylene Sutures Used in Vascular Surgery. ASAIO Journal 1998

Mazza, E. Mechanical biocompatibility of highly deformable biomedical materials. Journal of the Mechanical Behavior of Biomedical Materials 48 (2015) 100-124

McNally, A. Interleukin-4 induces foreign body giant cells from human monocytes/macrophages. American Journal of Pathology, Vol 147. No. 5, November 1995.

Meschia, M. IUGA Abs. 059 Multicenter randomized trial of tension-free vaginal tape (TVT) and Tran-obturator in-out technique (TVT-O) for the Treatment of Stress urinary Incontinence. Int Urogynecol J. (2006) 17 (Suppl. 2): S57-S100

Metchnikoff. Untersuchungen uber die intracellulare Verdauung wirbellosen. (1884)

Miller, J. Pathology of ilioinguinal neuropathy produced by mesh entrapment: case report and literature review. Hernia (2008) 12:213-216

Moalli, P. Tensile properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655-663

Muhl. New Objective Measurement to Characterize the Porosity of Textile Implants. J Biomed Maler Res Pan B: Appl Biomaler 84B: 176-1 83, 2008

Nilsson, C. [Pop 58, 17yrs fu] Seventeen years follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J (2013)

Nilsson, C. [Pop 90, 11.5yr fu] Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:1043-1047

Ogah, J. (Short Cochrane Rev) Minimally invasive synthetic suburethral sling operations for Stress urinary Incontinence in Women: A Short Version Chochrane Review. Neurourology and Urodynamics 30:284-291 (2011)

Olsson, I. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. Int Urogynecol J (2010) 21:679-683

Ostergard. Degradation, infection and heat effects on polypropylene mesh for pelvic implantation: what was known and when it was known. Int Urogynecol J, 2011

Otto, J. Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates. (2013)

Otto, J. Large-pore PDS mesh compared to small-pore PG mesh. Journal of Investigative Surgery, 23, 190-196, 2010

Ozog. Shrinkage and biomechanical evaluation of lightweight synthetics in a rabbit model for primary fascial repair. Int Urogynecol J (2011) 22:1099 1108

Pascual. Early tissue incorporation and collagen deposition in lightweight polypropylene meshes: bioassay in an experimental model of ventral hernia. Surgery 2008;144:427 35

Pauls, R., et al., A Prospective Study Examining the Anatomic Distribution of Nerve Density in the Human Vagina, J Sex Med 2006; 3:979-987

Rajan, B. Epidermal reinnervation after intracutaneous axotomy in man. The Journal of Comparative Neurology 457:24-36 (2003)

Reinke, J. Wound repair and regeneration. Eur Surg Res 2012; 49:35-43

Richter (TOMUS) Retropubic versus Transobturator Midurethral Slings for Stress Incontinence. N Engl J Med 36; 22 (2010)

Rogowski, Bienkowski. Mesh Retraction Correlates with Vaginal Pain and Overactive Bladder Symptoms after Anterior Vaginal Mesh Repair. Int Urogynecol J 2013

Rosa, D. The use of optical microscopy to follow the degradation of isotactic polypropylene (iPP) subjected to natural and accelerated ageing. Polymer Testing 24 (2005) 1022-1026

Scheidbach. In vivo studies comparing the biocompatibility of various polypropylene meshes and their handling properties. Surg Endosc (2004) 18: 211 220

Schimpf, M. Sling surgery for stress urinary incontinence in women: A systematic review and metaanalysis. AJOG 2014

Schmidt, H. Comparison of the Rates of Polypropylene Fibre Degradation Cause by Artificial Light and Sunlight. Fibres & Textiles in Eastern Europe 2011, Vol. 19, No. 4 (87) pp. 53-58

Schumpelick, Klinge, Junge. (Light weight meshes in incisional hernia repair. J Minim Access Surg, 2006 September; 2(3):117-123

Serati, M. [Pop 191, 5 yr fu] TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse effects, and Prognostic Factors at 5-year Follow-up. Euorpean Urology 63 (2013) 872-878

Serati, M. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-up. European Urology 61 (2012) 939-946

Smith, T. Pathologic Evaluation of Explanted Vaginal Mesh: Interdisciplinary Experience from a Referral Center. (2013)

Sternschuss, G. Post-Implantation Alterations of Polypropylene in Human. The Journal of Urology, Vol. 188, 27-32, July 2012

Stewart, M. On the use of polarized light in the detection and investigation of suture materials embedded in the tissues. 1920

Svenningson, R. (Norwegian registry) [Pop 542, median 129 mo fu] Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J (2013)

SvenningsenR. [Pop 810, 10 yr fu] Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourology and Urodynamics 33:1140-1146 (2013)

Tang, L. Fibrin(ogen) Mediates Acute Inflammatory responses to biomaterials. J Exp Med Volume 78, December 1993, 2147-2156

Tang, L. Natural responses to unnatural materials: A molecular mechanism for foreign body reactions. Molecular Medicine 5: 351-358, 1999

Tincello, D. The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. The Journal of Urology, Vol. 186, 2310-2315, December 2011

Tunn, Picot. Sonomorphological evaluation of polypropylene mesh implants after vaginal mesh repair in women with cystocele or rectocele. Ultrasound Obstet Gynecol 2007; 29:449-452

Velemir, Amblard. Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynceol 2010; 35:474-480

Vervest, H. Nerve injury an exceptional cause of pain after TVT. Int Urogynecol J (2006) 17:665-667

Wang, A. A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures: A prospective case-controlled pilot study. (2004)

Weber, A. Which Slings for which SUI Patient? OBG Management, Vol. 24, No. 5, May 2012

Welty, G. Functional impairment and complaints following incisional hernia repair with different polypropylene meshes. Hernia (2001) 5:142-147

Wood, A. Materials characterization and histological analysis of explanted polypropylene, PTFE, and PET hernia meshes from an individual patient. J Mater Sci: Mater Med (2013) 24:1113-1122

Woodruff. Histologic Comparison of Pubovaginal Sling Graft Materials: A Comparative Study. Urology 72: 85–89, 2008

Zhu, L., et al., Study on nerve fiber density in anterior vaginal epithelium for stress urinary incontinence, Int Urogynecol J (2004) 15:282-275

Zyczynski, H. [Pop 597 2 yr fu] Sexual Activity and function in women more than 2 years after midurethral sling placement, AJOG 2012

| Production Materials |
|---|
| (1992) 7 Year Dog Study, Prolene Sutures [ETH.MESH.05453719-27] |
| (2007) 13 Week PSM study on Contracture and Integration in Swine Models [ETH.MESH.00514908-21] |
| [ETH.MESH.10665538-65] |
| 2001 (July) PSE ACC No. 00-0035 - An Exploratory 91-Day Tissue Reaction Study Of Polypropylene-Based Surgical Mesh in Rats |
| 91 Day Tissue Integration PowerPoint |
| 91 Day Tissue Integration PowerPoint [ETH.MESH.02319001] |
| 91 Day Tissue Integration Study |
| ETH.MESH.PM.000003 |
| ETH.MESH.PM.000055 |
| Ethicon Final Report, PSE Accession No. 02-0579, Project No. 48010 [ETH.MESH.05316775-812] |
| Ethicon Final Report, PSE Accession No. 97-0197, Project No. 16672 [ETH.MESH.05315252-65] |
| Ethicon Memo re: IR Microscopy of Explanted Prolene Received from Prof. R. Guidoin [ETH.MESH.13334286-99] |
| Ethicon Memo re: Prolene Microcracks [ETH.MESH.15955438-73] |
| Ethicon Memo re: Seven Year Data for Ten Year Prolene Study: ERF 85-219 [ETH.MESH.09888187-223] |
| Ethicon Memo re: Ten Year in Vivo Suture Study Scanning Electron Microscopy Five Year Report [ETH.MESH.11336474-87] |
| Ethicon Report Memo, 07/29/1997, PSE Accession NO. 97-0128, Project No. 16672 [ETH.MESH.07510200-07] |
| History of TVT |
| History of TVT-O |
| Iakovlev Report [DEPO.ETH.MESH.00004747-87] |
| Mesh Structure Table (undated) [ETH.MESH.02212840-42] |
| Prolift IFU 10 [ETH.MESH.02341658] |
| TVT IFU 16 [ETH.MESH.03427878-946] |
| TVT-O IFU 24 [ETH.MESH.02340902] |

| Company Witnesses |
|---|
| Barbolt, Thomas [1.8.14] |

| Publically Available |
|---|
| 10.12.1990 FDA Reclass on PP Sutures |
| 2011 AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence |
| 2013 AUA SUI Patient Guide |
| 2013 AUGS Position Statement on Restrictions of Surgical Options for PFD FINAL |
| 2013 Sept. NICE Guideline - The management of urinary incontinence in women |
| 2014 Mar 12 - AUGS SUFU Patient FAQs MUS for SUI |
| 2014 Mar 12 - AUGS-SUFU Provider FAQs MUS for SUI |
| 2015 ACOG AUGS Practice Bulletin 155 |
| ACOG - (FAQ081) Patient Guide to Urinary Incontinence |
| ACOG (1995) Technical Bulletin. Urinary Incontinence. No. 213 - Oct. 1995 (Replaces No. 100) |
| ACOG (2005) Practice Bulletin 63 (Obstet Gyn) - Urinary Incontinence in Women |
| ACOG Patient Information Sheet (FAQ166) - Surgery for Stress Urinary Incontinence (2011) |
| AUA - Monograph on SUI (2011) |
| AUGS-SUFU MUS Position Statement APPROVED 1 3 2014 |
| AUGS-SUFU MUS Position Statement Approved 1.3.2014 |
| British Association of urological Surgeons - BAUS - Synthetic Vaginal Tapes for Stress Incontinence |
| Chemical Resistance Chart - quickcutgasket.com |
| Chemical Resistance Guide - gilsoneng.com |
| Chemical Resistance of Thermoplastics Piping Materials - plasticpipe.org |
| FDA 24 Hour Summary |
| FDA 3.27.2013 Position Statement re Considerations about Surgical Mesh for SUI |
| FDA Executive Summary |
| FDA Presentation - SUI - Pressley |
| http___www.augs website 2014 Mar 12 - AUGS SUFU FAQs for Patients and Providers re MUS for SUI |
| ICS_Factsheets_2013_Edition - SUI - p 13 Miduretheral sling the choice |
| IUGA (2011) - Stress Urinary Incontinence A Guide for Women |
| Lucas 2012 - EAU Guidelines on Surgifcal Treatment of Urinary Incontinence -Midurethral sling |
| Polypropylene Chemical Resistance Guide - hmcpolymers.com |
| Pro-fax and Moplen Polypropylene Chemical Resistance - reln.com |

| Other |
|---|
| (December 2015) Scenihr Report - The Safety of Surgical Meshes Used in Urogynecological Surgery |

**Expert Reports**
Iakovlev, Vladimir (General) - 1.29.16

**Trials and Depositions**
**Otto Hannes Vogel**

Kakos v. Toriumi, M.D. et al
Atty: Sherri M. Arrigo
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn, Suite 800 Chicago, IL 60603

Deposition and Trial
Gapinski v. Gujrati
Atty: Anthony C. Raccuglia & Associates, P.C.
1200 Maple Drive
Peru, Illinois 61354

Jace Cothern,
Atty: James L. Holman
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, Washington 98401-1338

Sandra Wilson
Atty: Mark D. Kamitomo
The Markam Group, Inc., P.S.
421 W. Riverside, Suite 1060
Spokane, WA 99201

Dajah Lashaun Moore, deceased
Atty: Robert E. Blau
Robert L. Poole & Associate
2656 Crescent Springs Rd., Ste. 1
Crescent Springs, KY 41017

Aquilera vs. Adventist
Atty: Dennis R. Thelen, Esq.
Lebeau Thelen LLP
5001 E. Commerce Ctr Dr. #300
PO Box 12092
Bakersfield, CA 93309

Trevon Johnson
Atty: Staci M. Yandle, LLC
1 Eagle Center, Suite 3-A
O'Fallon, IL 62269

Zamora v. Shah
Atty: Michael D. Pisano
Cassidy Schade LLP
20 North Wacker Drive, Suite 1000
Chicago, Illinois 60606

Holloway v. St. Mary Medical Center, et al.
Atty: Mark D. Kamitomo
The Markam Group, Inc., P.S.
421 W. Riverside, Suite 1060
Spokane, WA 99201

Marcus Faamausili
Atty: James L. Holman
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, Washington 98401-1338

Megan Scudder
Atty: James L. Holman
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, Washington 98401-1338

Mullins et al. v. Ethicon
Atty: Andy Snowden
150 3rd Ave. South, Suite 1600
Nashville, TN 37201

Carlino v. Ethicon
Atty: Andy Snowden
150 3rd Ave. South, Suite 1600
Nashville, TN 37201