# EXHIBIT M

# Occupational Health Guideline for Xylene

## INTRODUCTION

This guideline is intended as a source of information for employees, employers, physicians, industrial hygienists, and other occupational health professionals who may have a need for such information. It does not attempt to present all data; rather, it presents pertinent information and data in summary form.

## SUBSTANCE IDENTIFICATION

- Formula: $C_6H_4(CH_3)_2$
- Synonyms: Commercial xylene (xylol) is a mixture, mostly the meta-isomer. 1) O-xylene, ortho-xylene, 1,2-dimethylbenzene; 2) m-xylene, meta-xylene, 1,3-dimethylbenzene; 3) p-xylene, para-xylene, 1,4-dimethylbenzene
- Appearance and odor: Colorless liquids with aromatic odors (pure p-xylene is a solid below 12.7 C (55 F)).

## PERMISSIBLE EXPOSURE LIMIT (PEL)

The current OSHA standard for xylene is 100 parts of xylene per million parts of air (ppm) averaged over an eight-hour work shift. This may also be expressed as 435 milligrams of xylene per cubic meter of air ($mg/m^3$). NIOSH has recommended that the permissible exposure limit be changed to 100 ppm averaged over a work shift of up to ten hours per day, forty hours per week, with an acceptable ceiling level of 200 ppm averaged over a 10-minute period. The NIOSH Criteria Document for Xylene should be consulted for more detailed information.

## HEALTH HAZARD INFORMATION

- Routes of exposure

Xylene can affect the body if it is inhaled, if it comes in contact with the eyes or skin, or if it is swallowed. It may enter the body through the skin.

- Effects of overexposure

*1. Short-term Exposure:* Xylene vapor may cause irritation of the eyes, nose, and throat. At high concentrations, xylene vapor may cause severe breathing difficulties which may be delayed in onset. At high concentrations, it may also cause dizziness, staggering, drowsiness, and unconsciousness. In addition, breathing high concentrations may cause loss of appetite, nausea, vomiting, and abdominal pain. Liquid xylene may be irritating to the eyes and skin. Exposure to high concentrations of xylene vapor may cause reversible damage to the kidneys and liver.

*2. Long-term Exposure:* Repeated or prolonged exposure to xylene may cause a skin rash. Repeated exposure of the eyes to high concentrations of xylene vapor may cause reversible eye damage.

*3. Reporting Signs and Symptoms:* A physician should be contacted if anyone develops any signs or symptoms and suspects that they are caused by exposure to xylene.

- Recommended medical surveillance

The following medical procedures should be made available to each employee who is exposed to xylene at potentially hazardous levels:

*1. Initial Medical Examination:*
—A complete history and physical examination: The purpose is to detect pre-existing conditions that might place the exposed employee at increased risk, and to establish a baseline for future health monitoring. Examination of the central nervous system, eyes, gastrointestinal tract, blood, liver, and kidneys should be stressed. The skin should be examined for evidence of chronic disorders.
—A complete blood count: Xylene has been shown to cause reversible hematopoietic depression in animals. A complete blood count should be performed, including a red cell count, a white cell count, a differential count of a stained smear, as well as hemoglobin and hematocrit.
—Liver function tests: Since liver damage has been observed in humans exposed to xylene, a profile of liver

---

These recommendations reflect good industrial hygiene and medical surveillance practices and their implementation will assist in achieving an effective occupational health program. However, they may not be sufficient to achieve compliance with all requirements of OSHA regulations.

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Public Health Service    Centers for Disease Control
National Institute for Occupational Safety and Health

**U.S. DEPARTMENT OF LABOR**
Occupational Safety and Health Administration

function should be obtained by using a medically acceptable array of biochemical tests.

—Urinalysis: Since kidney damage has been observed in humans exposed to xylene, a urinalysis should be obtained to include at a minimum specific gravity, albumin, glucose, and a microscopic on centrifuged sediment.

*2. Periodic Medical Examination:* The aforementioned medical examinations should be repeated on a biannual basis.

- **Summary of toxicology**

Xylene vapor irritates the eyes, mucous membranes, and skin; at high concentrations it causes narcosis. In animals, xylene causes blood changes reflecting mild toxicity to the hematopoietic system. Repeated exposure of rabbits to 1150 ppm of a mixture of isomers of xylene for 40 to 55 days caused a reversible decrease in red and white cell count and an increase in thrombocytes; exposure to 690 ppm for the same time period caused only a slight decrease in the white cell count. Three painters working in a confined space of a fuel tank were overcome by xylene vapors estimated to be 10,000 ppm; they were not found until 18.5 hours after entering the tank, and one died from pulmonary edema shortly thereafter; the other two recovered completely in 2 days; both had temporary hepatic impairment (inferred from elevated serum transaminase levels) and one of them had evidence of temporary renal impairment (increased blood urea and reduced creatinine clearance). In humans, exposure to undetermined but high concentrations caused dizziness, excitement, drowsiness, incoordination and a staggering gait. Workers exposed to concentrations above 200 ppm complain of anorexia, nausea, vomiting, and abdominal pain. Brief exposure of humans to 200 ppm caused irritation of the eyes, nose, and throat. There are reports of reversible corneal vacuolation in workers exposed to xylene, or to xylene plus other volatile solvents. The liquid is a skin irritant and causes erythema, dryness, and defatting; prolonged contact may cause the formation of vesicles.

## CHEMICAL AND PHYSICAL PROPERTIES

Data in the following section are presented for xylene's three isomers: 1) ortho, 2) meta, and 3) para.
- **Physical data**
  1. Molecular weight: 106.2
  2. Boiling point (760 mm Hg): 1) 144.4 C (292 F); 2) 138.9 C (282 F); 3) 138.3 C (281 F)
  3. Specific gravity (water = 1): 1) 0.88; 2) 0.86; 3) 0.86
  4. Vapor density (air = 1 at boiling point of xylene): 3.7
  5. Melting point: 1) −25 C (−12 F); 2) −48 C (−54 F); 3) 13 C (55 F)
  6. Vapor pressure at 20 C (68 F): 1) 7 mm Hg; 2) 9 mm Hg; 3) 9 mm Hg
  7. Solubility in water, g/100 g water at 20 C (68 F): 1) 0.00003; 2) 0.00003; 3) 0.00003
  8. Evaporation rate (butyl acetate = 1): 1) 0.7; 2) 0.7; 3) 0.7
- **Reactivity**
  1. Conditions contributing to instability: Elevated temperatures may cause containers to burst.
  2. Incompatibilities: Contact with strong oxidizers may cause fires and explosions.
  3. Hazardous decomposition products: Toxic gases and vapors (such as carbon monoxide) may be released in a fire involving xylene.
  4. Special precautions: Xylene will attack some forms of plastics, rubber, and coatings.
- **Flammability**
  1. Flash point: 1) 32 C (90 F) (closed cup); 2) 28.9 C (84 F); 3) 27.2 C (81 F)
  2. Autoignition temperature: 1) 465 C (869 F); 2) 530 C (986 F); 3) 530 C (986 F)
  3. Flammable limits in air, % by volume: Lower: 1) 1.0; 2) 1.1; 3) 1.1; Upper: 1) 6.0; 2) 7.0; 3) 7.0
  4. Extinguishant: Foam, carbon dioxide, dry chemical
- **Warning properties**
  1. Odor Threshold: Patty states that "the initial odor of 200 ppm has an intensity of approximately 3 and an irritation value of 1. As in most other instances, olfactory fatigue occurs rapidly and the odor is no longer detected at this concentration."
  2. Eye Irritation Level: The AIHA *Hygienic Guide* states that "exposure to vapors at 200 ppm caused eye irritation in most of the persons tested. Lesions in the form of fine vacuoles in the cornea of cats exposed to commercial xylene vapors have been observed."
  3. Other Information: The *Handbook of Industrial Organic Chemicals* states that xylene "may be irritating to eyes, nose and throat as exposure exceeds threshold limit." The *Hygienic Guide* notes that 200 ppm causes irritation of the nose and throat.
  4. Evaluation of Warning Properties: Through its irritant effects, xylene can be detected within three times the permissible exposure limit. For the purposes of this guideline, therefore, xylene is treated as a material with good warning properties.

## MONITORING AND MEASUREMENT PROCEDURES

- **Eight-Hour Exposure Evaluation**

Measurements to determine employee exposure are best taken so that the average eight-hour exposure is based on a single eight-hour sample or on two four-hour samples. Several short-time interval samples (up to 30 minutes) may also be used to determine the average exposure level. Air samples should be taken in the employee's breathing zone (air that would most nearly represent that inhaled by the employee).

- **Ceiling Evaluation**

Measurements to determine employee ceiling exposure are best taken during periods of maximum expected airborne concentrations of xylene. Each measurement

should consist of a ten (10) minute sample or series of consecutive samples totalling ten (10) minutes in the employee's breathing zone (air that would most nearly represent that inhaled by the employee). A minimum of three (3) measurements should be taken on one work shift and the highest of all measurements taken is an estimate of the employee's exposure.
- **Method**

Sampling and analyses may be performed by collection of vapors using an adsorption tube with subsequent desorption with carbon disulfide and gas chromatographic analysis. Also, detector tubes certified by NIOSH under 42 CFR Part 84 or other direct-reading devices calibrated to measure xylene may be used. An analytical method for xylene is in the *NIOSH Manual of Analytical Methods,* 2nd Ed., Vol. 3, 1977, available from the Government Printing Office, Washington, D.C. 20402 (GPO No. 017-033-00261-4).

## RESPIRATORS

- Good industrial hygiene practices recommend that engineering controls be used to reduce environmental concentrations to the permissible exposure level. However, there are some exceptions where respirators may be used to control exposure. Respirators may be used when engineering and work practice controls are not technically feasible, when such controls are in the process of being installed, or when they fail and need to be supplemented. Respirators may also be used for operations which require entry into tanks or closed vessels, and in emergency situations. If the use of respirators is necessary, the only respirators permitted are those that have been approved by the Mine Safety and Health Administration (formerly Mining Enforcement and Safety Administration) or by the National Institute for Occupational Safety and Health.
- In addition to respirator selection, a complete respiratory protection program should be instituted which includes regular training, maintenance, inspection, cleaning, and evaluation.

## PERSONAL PROTECTIVE EQUIPMENT

- Employees should be provided with and required to use impervious clothing, gloves, face shields (eight-inch minimum), and other appropriate protective clothing necessary to prevent repeated or prolonged skin contact with liquid or solid xylene.
- Clothing contaminated with xylene should be placed in closed containers for storage until it can be discarded or until provision is made for the removal of xylene from the clothing. If the clothing is to be laundered or otherwise cleaned to remove the xylene, the person performing the operation should be informed of xylene's hazardous properties.
- Any clothing which becomes wet with liquid xylene should be removed immediately and non-impervious clothing which becomes contaminated with xylene should be removed promptly and not reworn until the xylene is removed from the clothing.
- Employees should be provided with and required to use splash-proof safety goggles where liquid or solid xylene may contact the eyes.

## SANITATION

- Skin that becomes contaminated with xylene should be promptly washed or showered with soap or mild detergent and water to remove any xylene.
- Employees who handle liquid or solid xylene should wash their hands thoroughly with soap or mild detergent and water before eating, smoking, or using toilet facilities.

## COMMON OPERATIONS AND CONTROLS

The following list includes some common operations in which exposure to xylene may occur and control methods which may be effective in each case:

| Operation | Controls |
|---|---|
| Use as an intermediate during manufacture of plastics, synthetic fibers, and mixed/pure isomers | Process enclosure; local exhaust ventilation; general mechanical ventilation; personal protective equipment |
| Use as diluent or solvent in surface coatings, printing operations, and manufacture of rubber; degreasing agent in plastics and electronics manufacture; in organic synthesis reactions and manufacture of epoxy resins | Process enclosure; local exhaust ventilation; general mechanical ventilation; personal protective equipment |
| Use in formulation of insecticides | Process enclosure; local exhaust ventilation; general mechanical ventilation; personal protective equipment |
| Use in manufacture of xylene-formaldehyde resins; pharmaceuticals, vitamins, leather; and as a sterilizing agent for cat-gut and in microscopy | Process enclosure; local exhaust ventilation; general mechanical ventilation; personal protective equipment |

| Operation | Controls |
|---|---|
| Use during blending of motor and aviation fuels | Process enclosure; local exhaust ventilation; general mechanical ventilation; personal protective equipment |

## EMERGENCY FIRST AID PROCEDURES

In the event of an emergency, institute first aid procedures and send for first aid or medical assistance.
- **Eye Exposure**
If liquid or solid xylene gets into the eyes, wash eyes immediately with large amounts of water, lifting the lower and upper lids occasionally. Get medical attention immediately. Contact lenses should not be worn when working with this chemical.
- **Skin Exposure**
If liquid or solid xylene gets on the skin, promptly wash the contaminated skin using soap or mild detergent and water. If liquid or solid xylene penetrates through the clothing, remove the clothing immediately and wash the skin using soap or mild detergent and water. If irritation is present after washing, get medical attention.
- **Breathing**
If a person breathes in large amounts of xylene, move the exposed person to fresh air at once. If breathing has stopped, perform artificial respiration. Keep the affected person warm and at rest. Get medical attention as soon as possible.
- **Swallowing**
When xylene has been swallowed, do not induce vomiting. Get medical attention immediately.
- **Rescue**
Move the affected person from the hazardous exposure. If the exposed person has been overcome, notify someone else and put into effect the established emergency rescue procedures. Do not become a casualty. Understand the facility's emergency rescue procedures and know the locations of rescue equipment before the need arises.

## SPILL, LEAK, AND DISPOSAL PROCEDURES

- Persons not wearing protective equipment and clothing should be restricted from areas of spills or leaks until cleanup has been completed.
- If xylene is spilled or leaked, the following steps should be taken:
1. Remove all ignition sources.
2. Ventilate area of spill or leak.
3. For small quantities, absorb on paper towels. Evaporate in a safe place (such as a fume hood). Allow sufficient time for evaporating vapors to completely clear the hood ductwork. Burn the paper in a suitable location away from combustible materials. Large quantities can be reclaimed or collected and atomized in a suitable combustion chamber. Xylene should not be allowed to enter a confined space, such as a sewer, because of the possibility of an explosion. Sewers designed to preclude the formation of explosive concentrations of xylene vapors are permitted.
4. If the solid form, allow to melt and treat as in (3) above.
- Waste disposal method:
Xylene may be disposed of by atomizing in a suitable combustion chamber.

## REFERENCES

- American Conference of Governmental Industrial Hygienists: "Xylene," *Documentation of the Threshold Limit Values for Substances in Workroom Air* (3rd ed., 2nd printing), Cincinnati, 1974.
- American Industrial Hygiene Association: "Xylene," *Hygienic Guide Series*, Detroit, Michigan, 1971.
- *American National Standard Acceptable Concentrations – Xylene*: ANSI-Z37.10-1971, American National Standards Institute, Inc., New York, 1971.
- American Petroleum Institute: "Xylene," *API Toxicological Reviews*, New York, 1960.
- Browning, E.: *Toxicity and Metabolism of Industrial Solvents*, Elsevier, New York, 1965.
- Christensen, H. E., and Luginbyhl, T. L. (eds.): *NIOSH Toxic Substances List*, 1974 Edition, HEW Publication No. 74-134, 1974.
- Deichmann, W. B., and Gerarde, H. W.: *Toxicology of Drugs and Chemicals*, Academic Press, New York, 1969.
- Dow Chemical Company: *Material Safety Data Sheet – Xylene*, Midland, Michigan, 1973.
- Gerarde, H. W.: *Toxicology and Biochemistry of Aromatic Hydrocarbons*, Elsevier, Amsterdam, 1960.
- Gleason, M. N., Gosselin, R. E., Hodge, H. C., and Smith, R. P.: *Clinical Toxicology of Commercial Products5(3rd ed.)*, Williams and Wilkins, Baltimore, 1969.
- Grant, W. M.: *Toxicology of the Eye* (2nd ed.), C. C. Thomas, Springfield, Illinois, 1974.
- *Handbook of Organic Industrial Solvents*, Technical Guide No. 6 (4th ed.), American Mutual Insurance Alliance, Chicago, 1972.
- *Hygienic Information Guide No. 31 – Xylene*, Commonwealth of Pennsylvania, Department of Environmental Resources, Bureau of Occupational Health, 1972.
- National Institute for Occupational Safety and Health, U.S. Department of Health, Education, and Welfare: *Criteria for a Recommended Standard . . . . Occupational Exposure to Xylene*, HEW Publication No. (NIOSH) 75-168, GPO No. 017-033-00075, U.S. Government Printing Office, Washington, D.C., 1975.
- Patty, F. A. (ed.): *Toxicology*, Vol. II of *Industrial Hygiene and Toxicology* (2nd ed. rev.), Interscience, New York, 1963.
- Sax, N. I.: *Dangerous Properties of Industrial Materials* (3rd ed.), Van Nostrand Reinhold, New York, 1968.

## RESPIRATORY PROTECTION FOR XYLENE (XYLOL)

| Condition | Minimum Respiratory Protection* Required Above 100 ppm |
|---|---|
| **Vapor Concentration** | |
| 1000 ppm or less | A chemical cartridge respirator with a full facepiece and an organic vapor cartridge(s). |
| 5000 ppm or less | A gas mask with a chin-style or a front- or back-mounted organic vapor canister. Any supplied-air respirator with a full facepiece, helmet, or hood. Any self-contained breathing apparatus with a full facepiece. |
| 10,000 ppm or less | A Type C supplied-air respirator with a full facepiece operated in pressure-demand or other positive pressure mode or with a full facepiece, helmet, or hood operated in continuous-flow mode. |
| Greater than 10,000 ppm or entry and escape from unknown concentrations | Self-contained breathing apparatus with a full facepiece operated in pressure-demand or other positive pressure mode. A combination respirator which includes a Type C supplied-air respirator with a full facepiece operated in pressure-demand or other positive pressure or continuous-flow mode and an auxiliary self-contained breathing apparatus operated in pressure-demand or other positive pressure mode. |
| Fire Fighting | Self-contained breathing apparatus with a full facepiece operated in pressure-demand or other positive pressure mode. |
| Escape | Any gas mask providing protection against organic vapors. Any escape self-contained breathing apparatus. |

*Only NIOSH-approved or MSHA-approved equipment should be used.