# EXHIBIT N

Vladimir Iakovlev, M.D.

Page 1

```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF VIRGINIA
                 AT CHARLESTON
***************************** Master File No.
IN RE:                          2:12-MD-02327
ETHICON, INC., PELVIC REPAIR    MDL 2327
SYSTEM PRODUCTS LIABILITY
LITIGATION                      JOSEPH R. GOODWIN
                                US District Judge
*****************************
TONYA EDWARDS, ET AL,
            Plaintiffs,         Case No.
      v.                        2:12-CV-09972
ETHICON, INC., ET AL,
            Defendants.

*****************************
JO HUSKEY AND ALLAN HUSKEY,
            Plaintiffs,         Case No.
      v.                        2:12-CV-05201
ETHICON, INC., ET AL,
            Defendants.
*****************************


       DEPOSITION OF VLADIMIR IAKOVLEV, M.D.

             Tuesday, March 18th, 2014
                   8:14 a.m.

      Held At:
          Hampton Inn Boston Logan Airport
          230 Lee Burbank Highway
          Revere, Massachusetts



   REPORTED BY:
   Maureen O'Connor Pollard, RMR, CLR, CSR
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Vladimir Iakovlev, M.D.

Page 2

```
 1      APPEARANCES:
 2      FOR THE HUSKEY PLAINTIFFS:
 3              ROBERT J. McCONNELL, ESQ.
 4              MOTLEY RICE LLC
 5              321 South Main Street
 6              Providence, Rhode Island 02903
 7              401-457-7700
 8              bmcconnell@motleyrice.com
 9
10      FOR THE EDWARDS PLAINTIFFS:
11              JOHN FABRY, ESQ.
12              MUELLER LAW LLC
13              404 W. 7th Street
14              Austin, Texas 78701
15              512-478-1236
16              john.fabry@muellerlaw.com
17
18      FOR THE PLAINTIFFS:
19              MARGARET M. THOMPSON, M.D., J.D.
20              MOTLEY RICE LLC
21              28 Bridgeside Boulevard
22              Mt. Pleasant, South Carolina 29464
23              843-216-9000
24              mmthompson@motleyrice.com
25
```

Vladimir Iakovlev, M.D.

```
                                                    Page 3
 1      APPEARANCES (Continued):
 2
 3      FOR THE DEFENDANTS:
 4              NILS B. SNELL, ESQ.
 5              BUTLER SNOW LLP
 6              500 Office Center Drive, Suite 400
 7              Fort Washington, Pennsylvania 19034
 8              267-513-1885
 9              burt.snell@butlersnow.com
10                  -and-
11              M. ANDREW SNOWDEN, ESQ.
12              BUTLER SNOW LLP
13              150 3rd Avenue South, Suite 1600
14              Nashville, Tennessee 37201
15              615-651-6700
16              andy.snowden@butlersnow.com
17
18
19
20
21
22
23
24
25
```

Vladimir Iakovlev, M.D.

Page 197

1     sectioned in the path report, pathology reports.
2     When they do it, the record all these
3     procedures.
4          Q.   Which pathology report are you
5     referencing; yours?
6          A.   Mine.
7          Q.   Did you bring your pathology report
8     here today?
9          A.   I thought it was provided to you.
10         Q.   I don't have a pathology report from
11    you.
12         A.   I didn't bring it today.
13         Q.   Just so I understand, after you do
14    your stiffness and physical analysis, what
15    happens from that point until when you section
16    it?
17         A.   Nothing. I take it out, palpate it,
18    examine for whatever is inside, into the mesh,
19    if there is any nodule, tumor, mass,
20    hemorrhagic, describe the characteristics sort
21    of. And then I decide what is the best way to
22    section to examine for specific questions.
23              So for mesh, my initial thoughts were
24    imbedding it perpendicular on the edge might be
25    the best way of doing it. Now I think flat

Vladimir Iakovlev, M.D.

Page 198

1    gives you large area for its clinical features.
2    So it's a judgment call for pathologists.
3         And then the entire specimen is just
4    put in the cassette, or it's being sectioned and
5    then pieces are put in the cassette, and then
6    the cassette goes into the machine for
7    processing.
8       Q.   How is the specimen processed?
9       A.   Specimen processing is when specimen
10   is gradually dehydrated and then saturated by
11   softened blocks, or paraffin.
12      Q.   Were you the one who does the gradual
13   dehydration of Mrs. Edwards' mesh?
14      A.   No. It's done by a machine in the
15   lab. There is a processing machine.
16      Q.   What machine is that?
17      A.   You mean model?
18      Q.   If you know.
19      A.   I don't know. I mean it's a standard
20   machine. We have several machines.
21      Q.   Do you know what the steps are in the
22   dehydration process that you subjected
23   Mrs. Edwards' explant to?
24      A.   What usually is done -- not usually.
25   What is done by standard operating procedure, it

1    goes through several solutions of formalin, so
2    first formalin circulates in the machine, then
3    this formalin is being replaced by solution of
4    an alcohol, gradually becomes 100 percent
5    alcohol.  The alcohol is a soluble substance,
6    but is not exactly water.  So at that stage the
7    specimen tissue becomes dehydrated, but still
8    immersed in fluid.  And then alcohol is being
9    replaced by xylene again in several solutions,
10   because xylene is a solvent for paraffin.  Then
11   when tissue is fully saturated by xylene,
12   paraffin can saturate it together with xylene.
13              And then the cassettes are being taken
14   out, and then tissue is put in the cassettes for
15   paraffin blocks.  Not in the cassettes, in the
16   bowls, the paraffin blocks.  It's a routine
17   protocol that's been in use for over 100 years.
18        Q.   Do you have a written protocol for how
19   Mrs. Edwards' mesh was processed and dehydrated?
20        A.   There is a standard operating
21   procedure.  It was done by standard operating
22   procedure.  Not just Mrs. Edwards specimen, any
23   specimen is processed by these procedures.
24        Q.   All of the litigation transvaginal
25   mesh specimens that you analyzed went through

Vladimir Iakovlev, M.D.

Page 200

1     this same standard operating procedure to
2     gradually dehydrate the explant before putting
3     it into paraffin?
4         A.    Yes. Not just explanted meshes. I
5     also did the same procedure for new mesh.
6         Q.    Okay. Now, the alcohol solution is
7     ultimately increased up to 100 percent?
8         A.    Yes.
9         Q.    Okay. And during the dehydration
10    process, you testified that the alcohol is then
11    replaced by xylene?
12        A.    Yes.
13        Q.    What is xylene?
14        A.    It's a solvent.
15        Q.    I'm not a chemist, I'm sorry.
16        A.    It's a solvent. I mean it's like any
17    solvent, chemical -- organic chemical solvent.
18        Q.    Does the solvent dry out the tissue?
19        A.    It's already dry. Dehydration. If
20    you mean drying as in dehydration, it's already
21    dehydrated. It is fluid, it's liquid, but it's
22    not water.
23        Q.    What was the concentrations of the
24    xylene that were used in the process to prepare
25    Mrs. Edwards' mesh explant?

Golkow Technologies, Inc. - 1.877.370.DEPS

Vladimir Iakovlev, M.D.

```
1    COMMONWEALTH OF MASSACHUSETTS )
2    SUFFOLK, SS.                  )
3              I, MAUREEN O'CONNOR POLLARD, RMR, CLR,
4    and Notary Public in and for the Commonwealth of
5    Massachusetts, do certify that on the 18th day
6    of March, 2014, at 8:14 o'clock, the person
7    above-named was duly sworn to testify to the
8    truth of their knowledge, and examined, and such
9    examination reduced to typewriting under my
10   direction, and is a true record of the testimony
11   given by the witness.  I further certify that I
12   am neither attorney, related or employed by any
13   of the parties to this action, and that I am not
14   a relative or employee of any attorney employed
15   by the parties hereto, or financially interested
16   in the action.
17             In witness whereof, I have hereunto
18   set my hand this 30th day of March, 2014.
19
20   _____
21        MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC
22        Realtime Systems Administrator
23        CSR #149108
24
25
```