IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------------
THIS DOCUMENT RELATES TO:            MDL No. 2327

**WAVE 1 CASES ON ATTACHED EXHIBIT A**

**PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY
OF MARIA ABADI, M.D.**

Plaintiffs in actions listed on attached Exhibit A, pursuant to Federal Rule of Evidence 702, 403, 104 and *Daubert* v. *Merrell Dow Pharm., Inc.,* 509 U.S. 579 (1993), hereby submit this Motion to Exclude the Testimony of Maria Abadi, M.D. Defendant Ethicon has designated Dr. Abadi, a pathologist, to offer opinions on Prolene Soft mesh and related tissue response. Prior to this litigation, Dr. Abadi had minimal experience reviewing tissue samples from women implanted with *any* type polypropylene mesh—and likely none with Prolene Soft mesh. After being hired by the Defendant, Dr. Abadi reviewed explanted tissue samples from **five** Prolene Soft mesh patients, all of which were selected and delivered by the Defendant. From that limited dataset, Dr. Abadi wishes to offer a wide variety of general opinions specific to Prolene Soft mesh. Dr. Abadi is unqualified to offer these unreliable opinions. In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

1. A true copy of the Deposition of Maria Abadi., M.D., is attached hereto as Exhibit B.

2. A true copy of the Expert Report of Maria Abadi., M.D. is attached hereto as Exhibit C.

3. A true copy of the CV of Maria Abadi., M.D. is attached hereto as Exhibit D.

Specifically, Dr. Abadi is unqualified to offer the general opinions set out in pages 7-13 of her report regarding (1) "Prolene Soft mesh Properties" and related tissue response; (2) her list of six areas of medical sequalae; (3) comments about the reliability of Dr. Iakolev's opinions; (4) the general opinions in her "Summary" on Prolene Soft mesh; (5) her "observed tissue response" attributed to Prolene mesh (in five cases); (6) the clinical effect of such; and (7) the comment about Dr. Iakolev's opinions. Further, these opinions are unreliable. As set forth more fully in Plaintiffs' Memorandum in Support of Its Motion, the Court should exclude this testimony of Defendant's expert witness Maria Abadi, M.D.

Respectfully submitted,

  /s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr.
Brian B. Winegar
Perdue & Kidd
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  (713) 520-2500
Facsimile:   (713) 520-2525
jperduejr@perdueandkidd.com
bwinegar@perdueandkidd.com

/s/Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esp.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563

>   (850) 202-1010
>   (850) 916-7449 (fax)
>   rbaggett@awkolaw.com
>   baylstock@awkolaw.com

## CERTIFICATE OF SERVICE

I certify that on April 21, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>   /s/ Jim M. Perdue, Jr.
>   Jim M. Perdue, Jr.
>   Brian B.Winegar
>   Perdue & Kidd
>   510 Bering Dr., Suite 550
>   Houston, TX  77057-1469
>   Telephone:  (713) 520-2500
>   Facsimile:   (713) 520-2525
>   jperduejr@perdueandkidd.com
>   bwinegar@perdueandkidd.com