# EXHIBIT B

Maria A. Abadi, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

------------------------------X
IN RE: ETHICON, INC., ) Master File No.
PELVIC REPAIR SYSTEM PRODUCTS) 2:12-MD-02327
LIABILITY LITIGATION )
) MDL-2327
------------------------------)
THIS DOCUMENT RELATES TO THE)
FOLLOWING CASES IN WAVE 1 OF) JOSEPH R. GOODWIN
MDL 200: ) U.S. DISTRICT JUDGE
)
)
JULIE WROBLE ) Civil Action No.
Plaintiff ) 2:12-cv-00883
vs. )
)
ETHICON, INC., ET AL. )
Defendant. )
)
------------------------------X

DEPOSITION OF MARIA A. ABADI, M.D.

New York, New York

March 29, 2016

Reported by:

MARY F. BOWMAN, RPR, CRR

Golkow Technologies, Inc. - 1.877.370.DEPS

Maria A. Abadi, M.D.

Page 2

March 29, 2016
1:10 p.m.

Deposition of MARIA A. ABADI, M.D., held at the offices of Butler Snow, LLP, 1700 Broadway, New York, New York, before Mary F. Bowman, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public of the State of New Jersey.

Page 3

APPEARANCES:

PERDUE & KIDD
Attorneys for Plaintiffs
    510 Bering Drive, Suite 550
    Houston, TX 77057
BY: JIM M. PERDUE, JR., ESQ.


THOMAS, COMBS & SPANN, ESQS.
Attorneys for Defense Ethicon
    300 Summers Street, Suite 1380
    Charleston, West Virginia 25301
BY: PHILIP COMBS, ESQ.

Page 4

(Exhibit 1, expert report of Maria Abadi marked for identification, as of this date.)
(Exhibit 2, curriculum vitae of Maria Abadi marked for identification, as of this date.)
(Exhibit 3, list of depositions and trials marked for identification, as of this date.)
(Exhibit 4, Supplemental Reliance List in Addition to Materials Provided in Report marked for identification, as of this date.)

MARIA A. ABADI, called as a witness by the plaintiffs, having been duly sworn, testified as follows:

EXAMINATION BY
MR. PERDUE:
Q. Would you state your name for us.
A. Maria A. Abadi.
Q. Dr. Abadi, you are a pathologist?
A. I am.
Q. And you have worked in the field

Page 5

of pathology since obtaining your license to practice medicine in the State of New York?
A. Correct, yes.
Q. Your current practice is in the Bronx, as I understand it?
A. Yes, it is.
Q. And you have been in the practice of pathology in the Bronx since 1998?
A. 1997.
Q. Specifically, you are at the Jacobi Medical Center in the Bronx?
A. Yes, correct.
Q. And that's where you have been since 1997.
A. Yes.
Q. You began work there as a surgical pathology and cytopathology specialist?
A. Yes, um-hm.
Q. In the subspecialty of those fields, correct?
A. Correct, yes.
Q. And you have continued, as I

2 (Pages 2 to 5)

Golkow Technologies, Inc. - 1.877.370.DEPS

Maria A. Abadi, M.D.

Page 22

```
 1    that.
 2        Q.  You got under the wire in 1996?
 3        A.  Yes.  I think it was around that
 4    time, I think a little bit later, that the
 5    American Board of Pathology decided to
 6    change that.
 7        Q.  So you have not engaged to be
 8    recertified in anatomic pathology?
 9        A.  Right.
10        Q.  You took the test in '96 and have
11    not taken it again?
12        A.  Yes.
13        Q.  Then you list board certified in
14    cytopathology, which you got in 1997, and I
15    don't know if there is a recertification.
16        A.  Right now, there is.  The same
17    thing happened with cytopathology.
18        Q.  You got in under the wire for
19    that one as well?
20        A.  Yes.  That means I'm old.
21        Q.  No, it doesn't.  It means you
22    took the test a while ago.
23            Do you know if there is any
24    effort to address, amongst the college,
```

Page 23

```
 1    making recertification mandatory?
 2        A.  No.  Not that I know of.  The way
 3    they have approached this issue is by doing
 4    continuing medical education.  So we need
 5    to take proficiency tests, which I do every
 6    year.
 7        Q.  Is that through your facility or
 8    through the college?
 9        A.  No, through the college, American
10    Pathologists.
11        Q.  You have some what you describe
12    as communications in reviewed journals?
13        A.  That is correct.
14        Q.  And that is a list of, as I read
15    it, 28 articles?
16        A.  Correct.
17        Q.  Are those articles that were
18    submitted for peer review?
19        A.  Yes.
20        Q.  These date back then to '96 and
21    continue up until -- the last one on here
22    is regarding mesenchymal breast lesions,
23    which is in press.
24        A.  Yes.
```

Page 24

```
 1        Q.  I did not see it, Dr. Abadi.  Are
 2    there any publications that you have
 3    participated in in the past that are
 4    related to the issue of host tissue
 5    response and a foreign material?
 6        A.  No.
 7        Q.  Are there -- you have never
 8    written regarding the female body's host
 9    tissue response to a foreign material of
10    any kind, fair?
11        A.  Fair.
12        Q.  You have never studied the
13    foreign body -- response in a female to a
14    foreign material of any kind, fair?
15            MR. COMBS:  Object to form.
16        A.  Yes, no.
17        Q.  And specifically, you have never
18    written anything before your report in this
19    case regarding the female body's response
20    to polypropylene mesh?
21        A.  That is correct.
22        Q.  And you have never published any
23    type of study or article regarding the
24    female pathologic response to polypropylene
```

Page 25

```
 1    mesh?
 2        A.  That is correct.
 3        Q.  You have not, before this
 4    litigation, ever conducted any personal
 5    study of the female host tissue response to
 6    polypropylene mesh?
 7        A.  That is correct.
 8        Q.  I saw on the hospital website
 9    that one of your areas of interest is HPV.
10    Would you consider that one of your areas
11    of interest?
12        A.  Yes.  That has been an area of
13    interest, yeah.
14        Q.  Any other specific subareas of
15    your practice that you would list as an
16    area of interest?
17        A.  I have interest in genetic
18    conditions, Lynch syndrome, for example.
19        Q.  Lynch syndrome?
20        A.  Lynch syndrome.
21            I have done collaborative
22    research with the people across the street,
23    meaning the medical school, in terms of
24    tissue reaction, but not to foreign
```

7 (Pages 22 to 25)

Maria A. Abadi, M.D.

Page 26

1  material, but to bacteria.
2    Q. So fair to say that not even in a
3  special area of study or interest has the
4  issue of foreign body reaction of human
5  tissue to an implant, that has never been
6  an area of special interest for you?
7    A. No. I have studied tissue
8  reaction to infections.
9    Q. How much personal experience do
10 you have with pathology samples coming to
11 you of which the requisition for
12 pathological review lets you know that it
13 is excised mesh from the female body?
14   A. OK. We have a very active
15 urogyne service, surgical service, so we do
16 receive meshes. Not many a year. A couple
17 a year.
18      We also receive several hernia
19 meshes as well and different foreign bodies
20 from different sites.
21      So I do have experience with
22 foreign body material in surgical
23 pathology, because we are a level one
24 trauma center and we get a lot of foreign

Page 27

1  bodies.
2    Q. Specifically you understand that
3  you are here in litigation involving
4  Ethicon's Prolene Soft Mesh?
5    A. I do understand that.
6    Q. As I understand it, the opinions
7  that you have offered through your written
8  report are specifically limited to products
9  that would include as a component part
10 Prolene Soft Mesh.
11   A. That is correct.
12   Q. You understand there are
13 different manufacturers of polypropylene
14 mesh for female incontinence or pelvic
15 organ prolapse?
16   A. Yes, I understand that.
17   Q. You understand that there are
18 different constructions of mesh for those
19 products by Ethicon or by others?
20   A. Yes, I do understand that.
21   Q. So specifically, your report
22 identifies that you are offering opinions
23 limited to and specific to Ethicon's
24 Prolene Soft Mesh, as I read it. Is that

Page 28

1  accurate?
2    A. That is accurate.
3    Q. Your personal experience with
4  interpreting pathological samples that come
5  to you from a surgeon excising mesh, as
6  you, I think, have just said, is a couple
7  of years. Is that accurate?
8    A. That is correct.
9    Q. Are we talking two or three a
10 year?
11   A. Yes, about that.
12   Q. Would that be true for the last
13 dozen years?
14   A. Yes, it would be true back for
15 the last decade.
16   Q. For the last decade, you would
17 see approximately two or three excised mesh
18 samples on an annual basis?
19   A. Yes.
20   Q. That's your personal experience
21 world?
22   A. Yes, outside the litigation part.
23   Q. In that personal experience, when
24 a mesh sample comes to you, as a

Page 29

1  pathologist in the pathology lab, is it
2  fair to say you have no idea who the
3  manufacturer of the mesh is?
4    A. Yes. We don't know all the time
5  what the manufacturer is.
6    Q. A pathology requisition form that
7  comes out of a surgical suite just tells
8  you the surgery has been excision of mesh,
9  correct?
10   A. Yes, that is correct.
11   Q. When you look at pathology as a
12 cut of tissue under a microscope, you don't
13 know if that sample involves Ethicon's
14 Prolene mesh, AMS's mesh, Boston Scientific
15 mesh, correct?
16   A. Correct.
17   Q. So fair to say that it would be
18 impossible for you to estimate your
19 personal experience with pathological
20 review of excised Ethicon mesh?
21   A. Could you repeat that? I'm
22 sorry.
23   Q. It is impossible for you to tell
24 us what your personal experience is with

8 (Pages 26 to 29)

Maria A. Abadi, M.D.

Page 30

1  pathological review of excised Prolene Soft
2  Mesh?
3       A.   Correct.
4       Q.   You would have no idea what that
5  number is, fair?
6       A.   That is correct.
7       Q.   It would be some fraction of a
8  handful a year for the past decade, fair?
9       A.   Yes.
10      Q.   So if we did two or three a year
11 for ten years, 20 to 30, the number of
12 those that might be Prolene Soft, you
13 couldn't tell us, true?
14      A.   Yes, true.
15      Q.   And if there was a number of any
16 of those that are Prolene Soft, you would
17 have no idea what it is, correct?
18      A.   Yes.
19      Q.   But it would be a fraction, it
20 would be some portion of 20 to 30 at best,
21 correct?
22      A.   Yes, that is correct.
23      Q.   There are abstracts on your CV,
24 and I -- so there is an abstract of the

Page 31

1  medical lit publication that gives you a
2  summary, and then there are abstracts that
3  are considered poster presentations or --
4       A.   Yes.  Oral presentations, yes.
5       Q.   So these abstracts, are these
6  presentations in which you participated
7  over time at different events?
8       A.   Yes.
9       Q.   And that's just what you call an
10 abstract?
11      A.   Yes.
12      Q.   Again, none of these
13 presentations on this list of abstracts
14 relate in any way to foreign body reaction
15 or host tissue response to a foreign body?
16      A.   That is correct.
17      Q.   You do not have any current
18 research on foreign body response to
19 polypropylene mesh in the female body?
20      A.   No.
21      Q.   You have not written any
22 peer-reviewed journal article on foreign
23 body response to polypropylene mesh in the
24 female body?

Page 32

1       A.   No.
2       Q.   Likewise, I would assume just
3  from a pathology standpoint, you have never
4  looked at any pathology perspective on
5  repair of SUI or POP using something other
6  than polypropylene mesh?
7       A.   I didn't understand the question,
8  I'm sorry.
9       Q.   You have never studied,
10 published, written on, for example,
11 pathological diagnoses that may -- you may
12 encounter for somebody who had a native
13 tissue repair?
14      A.   Right, I haven't written about
15 that.
16      Q.   So something where a female
17 diagnosis of SUI or POP was treated with
18 something other than polypropylene mesh.
19      A.   Polypropylene mesh, yes.
20      Q.   Does that make sense now?
21      A.   Yes, it does.
22      Q.   You have never studied or written
23 on that either?
24      A.   Yes.  No, I haven't.

Page 33

1       Q.   So as far as the comparison
2  between the two, what may be the host
3  tissue response for non-polypropylene mesh
4  versus polypropylene mesh, again, is not
5  something that you have studied or written
6  on, fair?
7       A.   Correct.
8       Q.   By way of your CV that we have
9  looked at, we can agree that you have no
10 experience or training in polymer
11 chemistry?
12      A.   Yes.
13      Q.   You are not in a -- any form or
14 fashion, an expert in polypropylene?
15      A.   No, I am not.
16      Q.   You have never done laboratory
17 research on polypropylene?
18      A.   I have not.
19      Q.   You have never done any bench
20 testing on polypropylene products?
21      A.   No, I haven't.
22      Q.   There is a field of specialty
23 called biomaterials.  Have you ever heard
24 of that?

Maria A. Abadi, M.D.

Page 54

1  diagnose lung cancer.
2     Q.  OK.  And who retained you in that
3  case?
4     A.  The plaintiff.
5     Q.  As we go through the list, the
6  first one and last one were on behalf of
7  plaintiffs, and the other eight were on
8  behalf of the defendants?
9     A.  That is correct.
10    Q.  Is this your first deposition in
11 a product liability matter?
12    A.  Yes, it is.
13    Q.  Have you ever worked for Ethicon
14 before this litigation?
15    A.  No.
16    Q.  Have you ever had a consulting
17 contract with their product line or
18 anything like that?
19    A.  No.
20    Q.  How did Ethicon get in touch with
21 you?
22    A.  It was through Dr. Factor.
23    Q.  Dr. Factor, you have identified
24 earlier, was a physician who I understand

Page 55

1  you worked under when you first came to
2  America?
3     A.  And I still do.
4     Q.  I was going to move you up on the
5  hierarchy.
6         MR. COMBS:  She is now the
7     director of the lab, but he is the
8     chairman.
9     Q.  He is the chair.
10    A.  He is the chair.
11    Q.  So Dr. Factor, you understand, is
12 an expert and has served as an expert on
13 behalf of Ethicon?
14    A.  Correct.
15    Q.  And at some point in time, you
16 understand Dr. Factor gave Ethicon's
17 attorneys your name to also serve as an
18 expert on behalf of Ethicon?
19    A.  Yes.
20    Q.  And Dr. Factor, is he your
21 supervisor?
22    A.  He is my chairman.
23    Q.  He is your chairman.
24        And so as the director of the

Page 56

1  department, in the hierarchy of the
2  hospital, is he above you?
3     A.  Yes, he is.
4     Q.  So I assume you collaborate with
5  him on administrative issues regularly?
6     A.  Yes, we do.
7     Q.  You interact with him on a weekly
8  basis?
9     A.  Yes.
10    Q.  If not daily?
11    A.  Yes, daily.
12    Q.  Is there a scenario where
13 Dr. Factor could be on a case issuing an
14 opinion and you could be on the opposite
15 side from him?
16    A.  Oh, yes, that has happened.
17    Q.  Really?  When is that?
18    A.  Not long ago there was a case
19 where he was in one side and I was the
20 other.  I don't recall the name of the
21 case, but --
22    Q.  Is it on this list?
23    A.  No, it's not, because it didn't
24 have a dep- -- you know, in New York we

Page 57

1  don't have depositions for medical-legal
2  cases.  So if it is a New York case, it
3  could be -- or if it is -- there are some
4  times when they don't take the depositions
5  of pathologists, if it is an outside.
6     Q.  So we have a list of ten
7  depositions and trials that you were kind
8  enough to provide.  Have these all occurred
9  in the last five years?
10    A.  Yeah, four years.
11    Q.  Last four years?
12    A.  Yes.
13    Q.  How many depositions do you think
14 you have given?
15    A.  I would add to this probably four
16 more maybe, to this list.
17    Q.  To this list.  So total in the
18 time you have been practicing in the United
19 States of America, 14?
20    A.  Yeah.  I would think that less
21 than that.  For depositions.
22    Q.  And then there are trials on this
23 list.  Are there trial testimony in your
24 past in addition to what's on this list?

15 (Pages 54 to 57)

Maria A. Abadi, M.D.

Page 74

1    the host tissue response to Prolene Mesh?
2        A.   Yes.  I was sent several articles
3    talking about the different reactions to
4    the different types of meshes that include
5    Prolene.
6        Q.   The report that you are issuing,
7    on this general report, as it says on
8    page 1, related to Wave 1, specifies that
9    it is applicable to Ethicon meshes made of
10   Prolene Soft Mesh, correct?
11       A.   Yes.
12       Q.   The report does not intend to be
13   Dr. Abadi's opinions regarding host tissue
14   response to Prolene Mesh?
15       A.   Correct.
16       Q.   Only to Prolene Soft Mesh?
17       A.   Right.
18       Q.   And you --
19       A.   I'm sorry.  Even though the
20   material is polypropylene.
21       Q.   So -- and that's what I am trying
22   to understand right now.
23       A.   Yes, correct.
24       Q.   You understand different meshes

Page 75

1    may have different properties?
2        A.   Yes.
3        Q.   They can have different pore
4    sizes?
5        A.   Correct.
6        Q.   They can have different weave
7    patterns?
8        A.   Yes.
9        Q.   They can have different thickness
10   or weight?
11       A.   Yes.
12       Q.   And the final product may have
13   different shapes, correct?
14       A.   Yes.
15       Q.   Are your opinions that are laid
16   out in your report opinions based on the
17   host tissue response to polypropylene mesh
18   in general?
19       A.   Well, the tissue samples that I
20   reviewed were from cases that used Prolene
21   Soft Mesh, and therefore, my opinions are
22   based on that.
23       Q.   So the opinions that you have
24   regarding the host tissue response are

Page 76

1    based upon your personal review of five
2    cases of explanted materials of women who
3    were implanted with Prolene Soft Mesh?
4        A.   Yes.
5        Q.   And that was the samples that
6    were provided to you and you have
7    personally reviewed that you knew the
8    pathology was related or was sourced by
9    Prolene Soft?
10       A.   Yes.
11       Q.   Your personal experience, you
12   don't know if you have had any personal
13   experience with looking at pathology
14   samples of Prolene Soft Mesh, correct?
15           MR. COMBS:  Object to form.
16       A.   Right.  Well, I -- I don't -- I
17   didn't understand that last part, but in
18   regard to this, to your observations, yes.
19   The cases that I reviewed were provided by
20   Ethicon, and then yes, they were Prolene
21   Soft Mesh.
22       Q.   So the basis for your opinions
23   regarding the host tissue response to
24   Ethicon mesh is based on your personal

Page 77

1    review of five explanted materials that
2    were specifically Prolene Soft Mesh.
3        A.   Yes.
4        Q.   The -- if you turn to page 13 of
5    your report, the final conclusion you make
6    in your report states that "regarding
7    symptomatology, there is no direct
8    correlation between histologic findings and
9    clinical presentation due to the fact that
10   pain is a complex process influenced by
11   anatomical, chemical and psychosocial
12   factors."
13           Do you see that, Doctor?
14       A.   Yes, I do.
15       Q.   Now, we had talked before about
16   the ability to correlate histologic
17   findings with clinical history.  Do you
18   recall that conversation?
19       A.   Yes, I do.
20       Q.   And that at least in practice
21   before this litigation, you had seen
22   instances where there was an ability to
23   correlate histological findings with a
24   clinical presentation of erosion.

20 (Pages 74 to 77)

Maria A. Abadi, M.D.

Page 118

1  patient responsible for that complication
2  as opposed to the mesh?
3       MR. COMBS:  Object to form.
4       A.  No.  What I am trying to say is
5  that yes, there are patients that do not
6  have a comorbidity and have complications,
7  but there are patients that do have
8  comorbidities and those interact or those
9  have a bearing into the complications.
10      Q.  You are -- on a case-specific
11 female patient basis --
12      A.  Right.
13      Q.  -- in this litigation, you would
14 look at their other medical conditions.
15      A.  Yes, I would.
16      Q.  In looking at the literature that
17 identifies complication rates or pathology
18 findings for explanted mesh, is it your
19 opinion that any woman in those studies
20 that had explanted mesh suffered some
21 underlying comorbidity?
22      A.  I'm not understanding what you
23 are saying.  You are generalizing as if I
24 am saying that every woman needs to have a

Page 119

1  comorbidity to have those complications.
2  That's not what I am saying.
3       Q.  That's what I wanted to
4  understand.
5           So you told us that you have
6  opinions that are based upon review of five
7  specific cases in this matter, correct?
8       A.  Right, correct.
9       Q.  But likewise, you recognize that
10 there is literature, for example, the
11 article by Hill that studied some 130
12 population patients with explanted mesh,
13 correct?
14      A.  Right.
15      Q.  And looked at the histology from
16 that explanted mesh for women who had been
17 diagnosed with urinary dysfunction --
18      A.  Dysfunction and the pain.
19      Q.  -- and then with pain, correct?
20      A.  Correct.
21      Q.  And wanted to compare the
22 inflammatory response seen in those
23 populations.
24      A.  Right.

Page 120

1       Q.  You are familiar with that
2  article?
3       A.  Yes, I am.
4       Q.  It is on your reliance list.
5       A.  Yes, it is.
6       Q.  You understand that that article
7  was published in 2015?
8       A.  I guess that's correct.
9       Q.  And it may have reached online
10 publication in 2014, but the -- there is no
11 reference in that article of all 130 of
12 those women who had explanted mesh
13 suffering some underlying comorbidity,
14 correct?
15      A.  Right.  In that particular
16 article, that's not what she compared.
17      Q.  It is not your position as an
18 expert in this matter that any woman who
19 suffers a quality-of-life complication
20 after being implanted with Ethicon's mesh
21 is suffering that because they have an
22 underlying comorbidity?
23      A.  No, that's not my opinion.
24      Q.  So now we get to Prolene Soft

Page 121

1  properties, Doctor, and I want to just move
2  through this.
3           You state that "Prolene Soft Mesh
4  with its large pore size facilitates the
5  passage of fibroblasts in the deposition
6  and integration of the patient's collagen
7  into the framework."  That is the
8  mesh-tissue matrix framework we have been
9  describing earlier, correct?
10      A.  Correct, yes.
11      Q.  This is the process of tissue
12 ingrowth which you were describing?
13      A.  Correct, yes.
14      Q.  Obviously, tissue ingrowth into
15 the gross mesh is different than just the
16 healing response to a cut or a trauma?
17      A.  Yes, that is correct.
18      Q.  The basis for your opinion
19 regarding pore size of the Prolene Soft
20 Mesh, is that from a document that you were
21 provided from Ethicon?
22      A.  I was provided with articles that
23 speak about the properties of Prolene Soft.
24      Q.  And in an article specifically

31 (Pages 118 to 121)

Maria A. Abadi, M.D.

Page 154

1   times 170 hours would be the amount of
2   billing that you have made to Ethicon for
3   your review?
4       A.   Right.
5           MR. PERDUE:  Phil, again, it
6   wouldn't surprise me that that may
7   break out by individual case.  So in
8   fairness, you may want to produce the
9   invoices.
10          And to the extent that they can
11  be supplemented through counsel,
12  Dr. Abadi, I think by agreement of
13  counsel, we will just put that on the
14  record.
15          MR. COMBS:  We will forward those
16  invoices.
17      Q.   Have you reviewed any materials
18  related to either polypropylene mesh,
19  Ethicon mesh or your opinions in this case
20  which are not identified on the reliance
21  list?
22      A.   No.
23      Q.   In Appendix B to your report,
24  there are a series of comments.  Are these

Page 155

1   your written commentary regarding specific
2   figures from Dr. Iakovlev?
3       A.   Yes, that is correct.
4       Q.   And then Appendix A, are these
5   then the images of figures on which you're
6   commenting in Appendix B?
7       A.   No.  The Appendix A are figures
8   that I took, photographs that I took
9   myself.
10      Q.   Appendix A are photographs that
11  you took yourself from the pathology
12  samples that Ethicon provided for your
13  review?
14      A.   Correct.
15      Q.   So when we have talked today
16  about the basis for your opinions in this
17  matter, again, the pathological samples of
18  explanted mesh that form the basis for your
19  opinions were the five that were sent to
20  you by Ethicon, correct?
21      A.   Yes.
22      Q.   And then you -- so you took
23  representative samples, I guess, from those
24  five, put markers or arrows on the images,

Page 156

1   and described those findings then in
2   Appendix A?
3       A.   Right.  I also included pictures
4   of polypropylene that were not part of the
5   litigation.
6       Q.   Where is that?
7       A.   For example, figure 5 talks about
8   a polypropylene suture that was found in a
9   CABG, and it was not given to me by
10  Ethicon.
11      Q.   What is the source -- it looks
12  like 5, 6, are images related to a
13  polypropylene suture used in a coronary
14  artery bypass graft?
15      A.   Correct.
16      Q.   What is the source of that image?
17      A.   The source is an autopsy.
18      Q.   From where?
19      A.   From Jacobi Medical Center.  It
20  is a case of mine.
21      Q.   This was a case of yours?
22      A.   Correct.  That it is not --
23  independent from Ethicon, just to
24  illustrate that the reaction for the suture

Page 157

1   is the same as the same mesh.  And that the
2   patient had a perfect CABG.  His cause of
3   death was unrelated to cardiac -- you know,
4   the bypass.
5           And there was the same Bard,
6   so-called Bard Dr. Iakovlev talks about,
7   you can see there it has no adverse
8   reaction to the patient.  Same like with
9   the inflammation; it is the same
10  inflammation that you see in the mesh.
11      Q.   This is inflammation of cardiac
12  tissue around a suture?
13      A.   Correct.
14      Q.   And is it you, Dr. Abadi, who is
15  comparing the inflammatory response to
16  cardiac tissue around a suture to the
17  experience of the response of female pelvic
18  tissue to a mesh?
19      A.   What I was trying to compare is
20  that polypropylene, regardless of whether
21  it is mesh or suture, has a very similar
22  reaction.
23      Q.   OK.
24      A.   So in other words, the -- when --

40 (Pages 154 to 157)

Maria A. Abadi, M.D.

Page 178

```
 1              CERTIFICATE
 2       STATE OF NEW JERSEY )
 3                )ss:
 4       COUNTY OF UNION    )
 5          I, MARY F. BOWMAN, a Registered
 6       Professional Reporter, Certified
 7       Realtime Reporter, and Notary Public
 8       within and for the State of New Jersey,
 9       do hereby certify:
10          That MARIA A. ABADI, M.D., the
11       witness whose deposition is
12       hereinbefore set forth, was duly sworn
13       by me and that such deposition is a
14       true record of the testimony given by
15       such witness.
16          I further certify that I am not
17       related to any of the parties to this
18       action by blood or marriage and that I
19       am in no way interested in the outcome
20       of this matter.
21          In witness whereof, I have
22       hereunto set my hand this 1st day of
23       April, 2016.
24              _____
```

Page 179

INDEX

| | | |
|---|---|---|
| Examination by Mr. Perdue | | 4 |
| Examination by Mr. Combs | | 168 |

EXHIBIT INDEX

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Expert report of Maria Abadi | 4 |
| Exhibit 2 | Curriculum vitae of Maria Abadi | 4 |
| Exhibit 3 | List of depositions and trials | 4 |
| Exhibit 4 | Supplemental Reliance List in Addition to Materials Provided in Report | 4 |
| Exhibit 5 | Hill article | 146 |

Page 180

```
                 - - - - - -

     PAGE  LINE  CHANGE
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
     ___  ___  _____
           REASON:  _____
```

Page 181

ACKNOWLEDGMENT OF DEPONENT

I,_____, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
MARIA A. ABADI, M.D.        DATE

Subscribed and sworn
to before me this
_____ day of _____, 20____.
My commission expires:_____

_____
Notary Public

46 (Pages 178 to 181)