# EXHIBIT D

December 2015

# CURRICULUM VITAE

**NAME:**  Maria Alejandra Abadi, M.D, FCAP

**ADDRESS:**

**Residence:**

**Office:** Jacobi Medical Center
Department of Pathology, BE - 25
1400 Pelham Parkway South
Bronx, New York  10514
Phone (718) 918-4804, Fax (718) 918-7855

## PERSONAL DATA:

**Date of Birth:**

**Place of Birth:**

**Citizenship:**  U.S.A.

## EDUCATION

**1983 – 1990**  "Luis Razetti" School of Medicine, Universidad Central de Venezuela, Caracas, Venezuela.
Degree: M.D.

**Post-graduate training:**

**1996 – 1997**  Fellow, Cytopathology, Department of Pathology, Memorial Sloan-Kettering Cancer Center, New York, New York

**1995 – 1996**  Fellow, Gynecological /Surgical Pathology, Department of Pathology, Albert Einstein College of Medicine, Bronx, New York

**1994 – 1995**  Chief Resident, Anatomic Pathology, Department of Pathology, Albert Einstein College of Medicine, Bronx, New York

I



December 2015

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| **July, 2008 - present** | Professor, Clinical, Department of Pathology<br>Albert Einstein College of Medicine, Bronx, New York |
| **July, 2008 – present** | Associate Professor, Clinical, Department of Obstetrics and Gynecology and Women's Health<br>Albert Einstein College of Medicine, Bronx, New York |
| **2002 – 2008** | Associate Professor, Clinical. Department of Pathology<br>Albert Einstein College of Medicine, Bronx, New York |
| **1997 – 2002** | Assistant Professor, Clinical. Department of Pathology<br>Albert Einstein College of Medicine, Bronx, New York |

## MEDICAL SCHOOL COMMITTEES

| | |
|---|---|
| **1998 – 2011** | Co-Chair of the Committee on Admissions,<br>Albert Einstein College of Medicine of<br>Yeshiva University, Bronx, New York. |
| **1997 - 2011** | Member of the Committee on Admissions,<br>Albert Einstein College of Medicine of<br>Yeshiva University, Bronx, New York. |
| **1999 -2005** | Senator for the Department of Pathology<br>Albert Einstein College of Medicine of<br>Yeshiva University, Bronx, New York. |
| **2005 and 2007** | Chair of the Ad Hoc Committee on Faculty Appointments and Promotions |

## TEACHING ACTIVITIES

| | |
|---|---|
| **2012 – present** | Endocrine Pathology Conference |
| **2004 – present** | Gynecologic Pathology Conference<br>Jacobi Medical Center, Bronx, NY |

## AWARDS AND HONORS

| | |
|---|---|
| 2012 | New York City Health and Hospitals Corporation Doctor's day Award |
| 2005 | Inducted member of The Leo M. Davidoff Society for Excellence in Teaching, Albert Einstein College of Medicine, Bronx, New York. |
| 1996 | The Leo M. Davidoff Society Certificate of Distinction for Excellence in Teaching. Albert Einstein College of Medicine, Bronx, New York. |

## LECTURES

| | |
|---|---|
| 2002 - 2005 | Pediatric Grand Rounds, Jacobi Medical Center, Bronx, NY |
| 2000 | Greater New York Association of Cytotechnologists |
| 2000 | Memorial Sloan-Kettering Cancer Center, NY |
| 1995 | Mayo Clinic, Rochester, MN |

## ADDITIONAL PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1998 and 2004 | Anatomic Pathology and Cytopathology Inspector for the College of American Pathologists (CAP). |

## PUBLICATIONS

### ORIGINAL COMMUNICATIONS IN REVIEWED JOURNALS

1) **Abadi MA**, Whitney G, Factor SM. Cardiac Pentastomiasis and Tuberculosis: The Worm-eaten Heart. Cardiovasc Pathol 5: 169-174, 1996.

2) Mukherjii T, **Abadi M**, Tsai T, Jones J, Lev-Gur M. Leiomyomata histopathology in patients treated with Leuprolide Acetate. J Gynecol Surg 12:251-256, 1996.

15) Jenny-Avital ER, **Abadi MA**.  Initiation of successful highly active antiretroviral therapy after cryptococcal infection in patients with HIV-1 infection:  Evidence for an immune reconstitution  cryptococcosis syndrome.  Clinical Infectious Diseases, electronic edition 35; 128-133, 2002 (www.journals.uchicago.edu/CID/journal/home.htlm).

16)  Bruck LR, Zee SY, Poulus B, Carroll D, **Abadi, MA**.  Detection of cervical human papillomavirus infection by in-situ hybridization in fetuses of women with squamous intra-epithelial lesions.  Journal of Lower Genital Tract Disease 9 (2); 114 – 117, 2005.

17) Burns T, **Abadi M**, Pirofski L.  Modulation of the lung inflammatory response to serotype 8 Pneumococcal infection by a human immunoglobulin M monoclonal antibody to serotype 8 capsular polysaccharide. Infection and Immunity 73(8); 4530 – 4538, 2005.

18) Marks M, Burns T, **Abadi M**, Seyoum B, Thornton J, Tuomanen E, Pirofski L.  The influence of neutropenia on the course of serotype 8 pneumococcal pneumonia in mice.  Infection and Immunity 75(4); 1586-1597, 2007.

19) Friedman A, **Abadi M**, Wu K, McCann T, Fisher M, Abadi J.  An unusual ulcer in an 8-year old girl.  Dermatology Online Journal 16(2); 6, 2010.

20) Wieland DL, Reimers LL, Wu E, Nathan LM, Gruenberg T, **Abadi M**, Einstein MH. Performance of Implementing Guideline-Driven Cervical Cancer Screening in an Inner City Hospital System. J Low Genit Tract Dis 15(4): 296-302, 2011.

21) Ho GYF, Einstein MH, Romney SL, Kadish AS, **Abadi M**, Magdy M, Basu J, Thysen B, Reimers L, Prabhudas RP, Trim S, Soroudi N, The Albert Einstein Cervix Dysplasia Clinical Consortium, Burk RD. Risk Factors for Persistent Cervical Intraepithelial Neoplasia Grades and 2 Managed by Watchful Waiting. J Low Genit Tract Dis 15(4): 268-275, 2011.

22) Gross RL,  Brucker, J, Bahce-Altuntas A, **Abadi, MA**,  Lipoff,, Kotlyar D, Barland P, Putterman C.  A  Novel Cutaneous Vasculitis Syndrome Induced By Levimasole-Contaminated Cocaine. Clinical Rheumatology. Clin Rheumatol 30(10):1385-92, 2011.

23) Jim B, Ghanta M, Qipo A, Ying F, Chuang PY, Cohen HW, **Abadi M**, Thomas DB, He JC. Dysregulated nephrin in diabetic nephropathy of type 2 diabetes: A cross sectional study. PLoS One. 7(5): e36041. doi:10.1371/journal.pone.0036041, 2012.

24) Schefflein J, Umans H, Ellenbogen D, **Abadi M**. Sea Urchin Spine Arthritis in the Foot. Skeletal Radiology 41 (10) 1327-1331, 2012.

25)  Xia Y, Campbell S, Broder A, Herlitz L, **Abadi M**, Wu P, Michaelson J, Burkly L, Putterman C. Inhibition of the TWEAK/Fn14 pathway attenuates renal disease in nephrotoxic serum nephritis. Clinical Immunology 145, 108-121, 2012.

26) Madshah MB, Riaz  H, Korsten MA, Dhala A, Park YH, **Abadi M**, Badshah MB. . Gastro-Intestinal Stromal Tumor (GIST) complicating a Colonic Interposition: A Novel Case Report. BMC Research Notes 2014, 7:604 . DOI: 10.1186/1756-0500-7-604.

December 2015

7) **Abadi MA**, Zakowski MF. Cytologic diagnosis of metastatic soft tissue sarcomas in serous effusions. Poster Presentation at the 45th Annual Scientific Meeting of the American Society of Cytopathology. Boston, Massachusetts, November, 1997.

8) **Abadi MA** Lin O, Jones WB, Saigo PE. Expression of MIB-1 and BCL-2 in choriocarcinomas: An immunohistochemical study. Poster presentation at the 86th. Annual Meeting of the United States and Canadian Academy of Pathology. Boston, Massachusetts, March, 1998.

9) Lin O, **Abadi MA**, Jones WB, Saigo PE. MDR-1 gene and p53 as prognostic markers in choriocarcinomas. Poster presentation at the 86th. Annual Meeting of the United States and Canadian Academy of Pathology, 1998.

10) Tucker A, **Abadi M**, Levgur M. Relationship between clinical parameters and histological features in patients with adenomyosis. Oral presentation at the 16th World Congress on Fertility and Sterility. The 54th Annual Meeting of the American Society for Reproductive Medicine. San Francisco, CA, October, 1998.

11) Gatscha RM, **Abadi MA**, Babore S, Chhieng DC, Miller MJ, Saigo PE. Smears diagnosed as ASCUS: Interobserver variation and follow-up. Poster presentation at the 46th Annual Scientific Meeting of the American Society of Cytopathology. Nashville, Tennessee, November 1998. Recipient of the Cytotechnologist Scientific Presentation Award.

12) Cardillo M, Hagan R, **Abadi M**. CD4 T cell count and squamous intraepithelial lesions in Human Immunodeficiency Virus-infected women. Poster presentation at the 47th Annual Scientific Meeting of the American Society of Cytopathology. Sacramento, CA, November, 1999.

13) **Abadi MA**, Hagan R, Wang QI. The significance of ASCUS in pregnancy: A Study of 366 smears. Poster presentation at the 48th Annual Scientifc Meeting of the American Society of Cytopathology. Philadelphia, PA, November 2000.

14) **Abadi MA**, Wang QI, Abadi J. Fine needle aspiration and immune-reconstitution in HIV/AIDS. Poster presentation at the 50th Annual Scientifc Meeting of the American Society of Cytopathology. Salt Lake City, Utah, November 2002.

15) Tran D, Cardillo M, Abadi J , **Abadi MA**. A pilot study of cytologic abnormalities in a cohort of postmenopausal women at high risk for human papillomavirus (HPV) infection. Poster presentation at the 50th Annual Scientifc Meeting of the American Society of Cytopathology. Salt Lake City, Utah, November 2002.

16) Bruck LR, Zee SY, Poulus B, Carroll D, **Abadi, MA**. Detection Of Cervical Human Papillomavirus Infection By In-situ Hybridization In Fetuses Of Women With Squamous Intraepithelial Lesions. Oral presentation at the 2004 Biennial Meeting Course of the American Society for Colposcopy and Cervical Pathology. Lake Buena Vista, Florida, March 2004.

December 2015

27) Leibman AJ, Handa P, Kornmehl A, Elbaum R, **Abadi M**.  Unusual mesenchymal lesions of the breast: Imaging features with radiologic-pathologic correlation. Poster Presentation at the American Roentgen Ray Society Meeting, San Diego, May 2014.

28) Callery R, Kumar S, McAndrew T, Simmons N, Isani S, Einstein MH, **Abadi M.** Quality Assurance Initiative to improve the performance of cytology and HPV testing for predicting clinically relevant disease in peri- and postmenopausal women with ASCUS. Oral presentation at the Annual Science Day for Residents and Fellows. Montefiore Medical Center and Albert Einstein College of Medicine. June 10, 2014.

29) Dobroszycki J, Kohutnicki A, **Abadi M**, Hennessy M, Leider J, Rosenberg M, Sansary J, and Abadi J. Prevalence, Management and Outcomes of Human Papillomavirus (HPV)-Related Cervical and/or Anal Lesions in a Cohort of Perinatally and Behaviorally HIV-Infected Women. Poster presentation at IDWeek 2015, October 7-11, 2015 San Diego, CA