# EXHIBIT C

Neeraj Kohli, M.D.

1                    UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF WEST VIRGINIA

3                          AT CHARLESTON

4

5       * * * * * * * * * * * * * * *

6     IN RE:  ETHICON, INC.        * MASTER FILE NO.

7     PELVIC REPAIR SYSTEM         * 2:21-MD-02327

8     PRODUCTS LIABILITY           * MDL 237

9     LITIGATION                   *

10      * * * * * * * * * * * * * * *


11

12          DEPOSITION OF NEERAJ KOHLI, M.D.

13               CROWNE PLAZA HOTEL

14              320 Washington Street

15              Boston, Massachusetts

16       March 21, 2016          1:13 p.m.

17

18

19

20          Maryellen Coughlin, RPR/CRR

21

22

23

24

25

Neeraj Kohli, M.D.

```
 1    APPEARANCES:

 2    Representing the Plaintiff:

 3            MOTLEY RICE LLC

 4            321 South Main Street, Suite 200

 5            Providence, Rhode Island 02903

 6            BY:  Jonathan D. Orent, Esq.

 7            401.457.7700

              jorent@motleyrice.com

 8

 9    Representing the Defendants:

10            CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

11            One Constitution Center, 3rd Floor

12            Boston, Massachusetts 02129

13            BY:  Kathleen M. Guilfoyle, Esq.

14                       -and-

15              John P. Veysey, Esq.

16            617.241.3000

17            kguilfoyle@campbell-trial-lawyers.com

18            pveysey@campbell-trial-lawyers.com

19

20

21

22

23

24

25
```

Neeraj Kohli, M.D.

1      Q.      Right.

2      A.      That is part of my expert report.

3    (Whereupon, Deposition Exhibit 3,

4     Expert report of Dr. Kohli,

5     was marked for identification.)

6      Q.      (BY MS. GUILFOYLE) Okay.  So your

7   expert report which actually I'll show you which

8   is marked as Exhibit 3.

9      A.      Yes.

10      Q.      And that's near the end of your

11   expert report you have a list of cases?

12      A.      Correct.

13      Q.      And is that a fair and accurate

14   representation of all the cases in which you've

15   given either deposition or trial testimony in the

16   past four years?

17      A.      Yes.

18      Q.      Okay.  There are no cases missing

19   from that?

20      A.      To my knowledge.  I don't believe

21   so.

22      Q.      Do you keep a list of cases in

23   which you've given trial or deposition testimony,

24   Doctor?

25      A.      I don't.  What I usually do is I

Neeraj Kohli, M.D.

1    usually search my calendar, and usually it will

2    say trial or deposition, and that's what I

3    usually use.

4         Q.      So if you were deposed, for

5    example, in 2015, you would remember that, right?

6         A.      Right.

7         Q.      And having reviewed the list of

8    cases, you believe that's fair and accurate?

9         A.      I believe so, yes.

10        Q.      What about number 7, graphics,

11   testing, recordings, spreadsheets?

12        A.      I have none of those.

13        Q.      Category 8?

14        A.      I have none of those.

15        Q.      And number 9, is it fair to say

16   that's what been marked as Exhibit 3 is a fair

17   and accurate copy of your final report?

18        A.      It is.

19        Q.      Category number 10?

20        A.      I have none of those.

21        Q.      Number 11?

22        A.      Testing done by me.  I have done no

23   testing.

24        Q.      Okay.

25        A.      Again, no testing for number 12.

Neeraj Kohli, M.D.

```
 1          Q.       13?

 2          A.       We have no plaintiff in this case.

 3          Q.       Right.  14, communications

 4   reflecting.

 5          A.       I've had no communication with any

 6   other experts.

 7          Q.       Okay.

 8          A.       Again, 15 --

 9          Q.       Right, is on the thumb drive.

10          A.       Thumb drive.

11          Q.       Okay.

12          A.       16, all of my opinions are

13   supported with the literature in reference on my

14   Rule 26.

15          Q.       Okay.  Do you have copies of any of

16   your deposition transcripts at your office or

17   elsewhere?

18          A.       From previous trials?

19          Q.       Right.

20          A.       I do.

21          Q.       Okay.  And do you maintain those in

22   a certain file?

23          A.       They're either maintained in a

24   certain file or they're part of a e-mail trail

25   with the lawyers.  Some of them I --
```

Neeraj Kohli, M.D.

1    pelvic surgery.

2         Q.      Do you currently implant mesh?

3         A.      Yes.

4         Q.      And when did you first start to

5    implant mesh?

6         A.      That would probably be during my

7    training.

8         Q.      Okay.  As a resident?

9         A.      As a resident, we would do some

10   slings.  The traditional techniques of slings

11   because minimally invasive midurethral slings

12   weren't there then.

13        Q.      Okay.

14        A.      But also during my fellowship we

15   did a lot of sacral colpopexies as an open

16   approach, so we did implant mesh during that time

17   period as well.

18        Q.      Do you currently implant any

19   midurethral slings?

20        A.      Yes.

21        Q.      Do you -- what type of slings do

22   you implant?

23        A.      Although I have done many in the

24   past, currently we do only retropubic suburethral

25   slings.

Neeraj Kohli, M.D.

1    Q.    And how long have you been --
2  limited your sling practice to retropubic?
3    A.    I would have to guess.  Probably
4  the last five, six years.
5    Q.    And is there a particular
6  manufacturer or brand sling that you implant?
7    A.    We currently use the Gynecare TVT
8  at one of our hospitals, and I use the Boston
9  Scientific Prolift -- I'm sorry.  Advantage Fit
10  at one of our other hospitals.
11    Q.    And how many times per month or per
12  year if it's easier would you estimate you
13  implant a suburethral sling?
14    A.    I'm probably doing anywhere from 15
15  to 25 slings a month.
16    Q.    And that would be any combination
17  of those two manufacturers?
18    A.    Yes.
19    Q.    And those slings are both made out
20  of polypropylene mesh, correct?
21        MR. ORENT:  Objection.
22    A.    Yes.
23    Q.    Was there a certain period of time,
24  Doctor, if any, when you implanted the TVT-O?
25    A.    Yes.

Neeraj Kohli, M.D.

1      Q.      Okay.  And during what time frame

2  did you implant the TVT-O for?

3      A.      I think we -- and again, this is

4  just based on my recollection.  The first two or

5  three years after TVT-O was introduced, which I

6  believe was in 2003, 2004, we were implanting

7  TVT-O at that point and then stopped thereafter.

8      Q.      So roughly 2003, 2004 to 2006?

9      A.      Yeah, 2005, 2006.

10     Q.      And when you were implanting the

11  TVT-O sling, do you have an estimate as to how

12  many times per month on average you implanted

13  that sling?

14     A.      I don't have an estimate on how

15  many times per month, but I would say that I've

16  probably done between 50 and 100 TVT-O slings.

17     Q.      Total?

18     A.      Total.

19     Q.      And do you record that information

20  anywhere?  Would that be something that you could

21  go back and look at to get the exact number or

22  not?

23     A.      So one of the problems has been is

24  that in the last 15 years I've gone from one

25  hospital system to another to another, and

Neeraj Kohli, M.D.

1    developed, trialed, researched, taught, and so I

2    know that there was talk of us also being

3    involved in the Prolift and being involved in the

4    teaching and training of that procedure, but that

5    was another procedure that I didn't feel

6    comfortable with.  So it wasn't the availability

7    of compensation or teaching opportunities.  It

8    was more my own apprehension and anxiety about

9    the procedures.

10        Q.      Okay.  Did you -- but it's fair to

11   say that you stopped receiving compensation from

12   Ethicon and Gynecare?

13        A.      Well, when I stopped using the

14   product, there was no preceptorships to be done

15   if I wasn't using the product, so that is a true

16   statement.

17        Q.      Okay.  Is it your testimony that

18   because you decided to stop using the product

19   that was why you stopped being retained as a

20   preceptor or hired as a preceptor?

21             MR. ORENT:  Objection.

22        A.      Yes.

23        Q.      Do you agree that one of the goals

24   of a urogynecologist is to advance the care of

25   women?

Neeraj Kohli, M.D.

1          MR. ORENT:  Objection.

2      A.      I think that's a very vague

3   question, and the reason being is that not all

4   advancements are good, safe or effective.  I

5   think some advancements are better for patients

6   in terms of safety, efficacy outcomes, and there

7   are some advancements that aren't, and I think

8   part of our job as clinicians is to do what's

9   best for our patients and do no harm and be

10  critical about technology and advancements in

11  medicine, and sometimes wait for appropriate data

12  before we decide to either go further or to adopt

13  or not adopt any advancement that's proposed.

14      Q.      Did you ever participate in any

15  clinical trials for the TVT-O?

16      A.      I can't remember, and I don't think

17  we did.

18      Q.      I certainly will defer to you to

19  look at your resume.  I can tell you that I did

20  not see any mention of that.

21      A.      Yeah, I don't think we did any

22  clinical trials of the TVT-O.

23      Q.      Okay.  Did you ever participate in

24  any peer-reviewed studies on the use of the

25  TVT-O?

Neeraj Kohli, M.D.

1      A.      Let's see here.  I don't believe we

2  did.  Yeah, I don't think we've written, again,

3  any peer-reviewed studies analyzing the TVT-O.

4      Q.      Are you familiar with other studies

5  that have been peer reviewed analyzing the TVT-O?

6      A.      Yes.

7      Q.      Are you familiar with other studies

8  involving like mata-analyses?

9      A.      Yes.

10     Q.      Do you know what the term

11  mata-analyses means?

12     A.      Meta-analyses?

13     Q.      Meta.

14     A.      Yes.

15     Q.      What does that mean, Doctor?

16     A.      It essentially means looking at a

17  series of different papers that have been done

18  and pooling that data and doing an analysis of

19  that data in order to increase sample size as

20  well as the number of operators or physicians

21  presenting that data.

22     Q.      And do you rely on those in your

23  practice, Doctor?

24     A.      We rely on a variety of

25  information, clinical research, meta-analyses,

Neeraj Kohli, M.D.

1   personal experience, but that would be one of the

2   components of something we would look at in terms

3   of data?

4        Q.      As far as like starting with what

5   you consider the most reliable; is that a

6   clinical trial?

7              MR. ORENT:  Objection.

8        A.      And again, there are different

9   types of research that are graded as far as

10  levels of evidence.  The literature talks about

11  Level I evidence being a randomized prospective

12  controlled trial.

13       Q.      Mm-hmm.

14       A.      Typically the randomization is

15  typically key.  So Level II data would be a

16  prospective trial with a cohort or case control,

17  but it's not randomized.

18       Q.      Mm-hmm.

19       A.      Level III data would be more

20  retrospective with again a case control.  And

21  Level IV data would be more of a case series

22  which is more of an observational study.

23       Q.      Okay.

24       A.      A meta-analysis can be categorized

25  as Level I or Level II depending on the types of

Neeraj Kohli, M.D.

1        (Whereupon, Deposition Exhibit 10,

2         3/1/12 Deposition of Dr. Kohli

3         was marked for identification.)

4         Q.      (BY MS. GUILFOYLE) Doctor, you have

5    before you what's marked as Exhibit 10, and I

6    will represent to you that is testimony,

7    deposition testimony, from the Scott versus Bard

8    case.  And if I could ask you to turn to page 17

9    and in particular line 27.

10                MR. ORENT:  There's no line 27 on

11   17.

12                MS. GUILFOYLE:  Can we go off the

13   record for a minute.

14                (A break was taken.)

15     (Whereupon, Deposition Exhibit 11,

16       Trial testimony of Dr. Kohli,

17       was marked for identification.)

18        Q.      (BY MS. GUILFOYLE) I'm going to

19   show you, Doctor, what was marked as Exhibit 11.

20        A.      Okay.

21        Q.      I'll represent to you that's a

22   rough draft of trial testimony by you in the

23   Scott case.  Have you seen that before?

24        A.      I don't recall if I've seen it.

25        Q.      Okay.  If I could direct your

Neeraj Kohli, M.D.

1    attention to page 17, and if you could read to

2    yourself the question and then read out loud the

3    answer.  Actually I'll -- yeah.  Are you ready?

4         A.      I'm on page 17.

5         Q.      Okay.  So on 22 is the question.

6         A.      Would you like me to read it?

7         Q.      Yeah.

8         A.      "The Jury has heard that the pelvic

9    organ prolapse kits particularly Avaulta Plus

10   made of polypropylene are the slings and the TVT

11   procedure you were discussing earlier are they

12   made of polypropylene mesh, too?"

13        Q.      And then your answer, Doctor?

14        A.      "Polypropylene has slowly filtered

15   out to us to be the safest style of synthetic

16   mesh we can use.  We have used a variety of

17   synthetic meshes.  Artificial meshes in the

18   pelvis and for general surgery over the last 50

19   to 60 years the first nylon mesh was first

20   described in 1956 so we have had 50 years of

21   experience with synthetic materials over time as

22   we become smarter as tissue engineering has

23   become more coordinated with the medicine we

24   realize that certain materials are safer.

25   Certain weaves are safer.  Certain structures are

Neeraj Kohli, M.D.

1  safer and currently the general thinking across

2  our society and our leadership out of all the

3  artificial materials polypropylene is probably

4  the safest."

5         Q.      Okay, thank you.  So that was

6  accurate testimony when you gave it at trial

7  under oath, correct?

8         A.      Yes.

9         Q.      Now, one of the opinions that you

10 set forth in your report, Doctor, is that there

11 is a safer alternative to the use of the TVT-O,

12 correct?

13        A.      Yes.

14        Q.      Okay.  And what is it that you rely

15 on for your opinion?

16        A.      Well, I rely on my own clinical

17 experience and my history of taking care of

18 patients as well as some of the literature I've

19 reviewed and books I've read and discussions I've

20 had with colleagues and physicians.

21        Q.      And the safer alternatives that you

22 recommend are in part non-mesh procedures?

23        A.      Well, I think there's a variety of

24 safer alternatives for incontinence, including

25 non-mesh procedures which we talked about, Burch

Neeraj Kohli, M.D.

1    colposuspension, autologous slings, even the

2    needle suspension procedures which might be

3    safer.  I also think that the retropubic TVT is

4    probably a safer procedure as well.

5         Q.      Isn't it true if we're talking

6    about the Burch procedure and autologous -- did I

7    pronounce that right?

8         A.      Autologous.

9         Q.      -- autologous slings that those

10   aren't always an option for an individual

11   patient?

12        A.      I don't know if you would clarify

13   which patients they're not an option for.  It

14   really depends on the surgeon's experience.  It

15   depends on their skill set.  The current group of

16   surgeons who are currently practicing

17   urogynecology there's a generational gap where

18   they haven't done Burchs.  So clearly if they

19   were to recommend a Burch now to a patient, that

20   might be risky in the sense that they don't have

21   experience or expertise doing that procedure.

22        Q.      But when you do the Burch

23   procedure, don't you have to harvest tissue from

24   elsewhere in the body?

25        A.      No, that is the sling procedure.

Neeraj Kohli, M.D.

1    The Burch procedure is actually a series of

2    sutures which are placed in the pubocervical

3    fascia and the periurethral tissue which anchors

4    that tissue to the Cooper's ligament.

5         Q.      But the autologous sling is you

6    harvest tissue --

7         A.      So the sling procedure --

8         Q.      -- is that correct?

9         A.      In the autologous sling, correct,

10   but there are other sling procedures that can use

11   biologic materials where you wouldn't have to

12   harvest.

13        Q.      Okay.  And these require additional

14   incisions and invasiveness, correct?

15               MR. ORENT:  Objection.

16        A.      It depends on your technique and

17   what material you're using.  Oftentimes you can

18   do it through the small incision that you make

19   for the sling if you're using rectus fascia.

20   Some people use vaginal wall, and you can do it

21   through the same vaginal incision you're doing.

22   So depending on the technique and what material

23   you're using, it may or may not require a

24   separate incision or longer operative time.

25        Q.      Isn't it true, Doctor, that the

Neeraj Kohli, M.D.

1    expert.

2          Q.      Have you worked for the FDA?

3          A.      I have not worked for the FDA.

4          Q.      Have you studied the regulatory

5    rules for submission of any kind of documents by

6    a medical device manufacturer to the FDA?

7          A.      I serve as chief medical officer

8    for a company called ME Medical, and over the

9    last two years we have developed, designed and

10   manufactured a urinary catheter in the area of

11   urogynecology, and as part of that process, we

12   were involved in submitting to the FDA, and I was

13   involved in that.

14         Q.      Okay.  Were you submitting it as a

15   predicate device, Doctor?

16         A.      It's submitted as a predicate

17   device based on a urinary catheter.

18         Q.      Okay.  And you did that on your own

19   without any legal counsel?  Is that your

20   position?

21         A.      Oh, no.  I just said that we did it

22   as part of my involvement as chief medical

23   officer.  We had significant input from the rest

24   of the management team as well as legal counsel

25   as needed.

Neeraj Kohli, M.D.

1     Q.     Okay.  And you'd agree with me that

2  the mesh used in the TVT and the TVT-O is the

3  same, correct?

4             MR. ORENT:  Objection.

5     A.     Yes.

6     Q.     And you'd also agree with me that

7  the only thing that remains in the body following

8  insertion is the mesh, correct?

9     A.     Yes.

10     Q.     In both products?

11     A.     Yes.

12     Q.     What factual evidence do you have

13  to state -- to support your opinion that this was

14  not a proper predicate device?

15     A.     Well, my statement was that they

16  share little clinical resemblance.

17     Q.     Okay.  So you're not challenging --

18     A.     So I can't comment on that.

19     Q.     -- whether or not it was an

20  appropriate predicate device?

21             MR. ORENT:  Objection, misstates

22  his testimony.

23     Q.     Is that what you're saying?

24     A.     I'm not challenging the ruling of

25  the FDA.  I'm challenging that their argument

Neeraj Kohli, M.D.

```
 1    that this was very similar between the two is
 2    like saying that a car and a bicycle with
 3    training wheels both have four wheels and they
 4    both are used to go from Point A to Point B, but
 5    that doesn't mean that both of them are similar
 6    or that I would put an 8-year-old in a car.  And
 7    so my feeling was is that they did not have
 8    significant clinical resemblance, exactly how I
 9    state it.
10         Q.        Okay.  What evidence do you have,
11    Doctor, to support your position that the TVT-O
12    is a defective design?
13         A.        Again, we discussed this
14    previously, and I do talk about specifics of this
15    which are based on my clinical experience, my
16    teaching for Gynecare, my review of the
17    literature as well as the review of internal
18    Gynecare documents.  It's blind insertion of a
19    permanent device through the transobturator space
20    which is a space that many surgeons and
21    gynecologists and urogynecologists previously did
22    not have a lot of familiarity with.  My issue
23    really is placement of a polypropylene mesh which
24    is a permanent material which can cause fibrosis,
25    contraction, scarring through a space which has
```

Neeraj Kohli, M.D.

1    17-year study is not sufficient to offer an

2    opinion as to the safety and efficacy of a

3    medical device?

4                    MR. ORENT:  Objection.

5         A.        Again, I think you're misquoting

6    me.  I said that we have --

7         Q.        I'm asking you this question then.

8         A.        No.  I think a 17-year study is

9    amazing in terms of longitudinal follow-up, and

10   we have that for TVT.  But you asked me that

11   isn't it your opinion that TVT-O is as

12   efficacious as a TVT, and my response was is that

13   I can't tell you that because I have 17-year data

14   for a TVT, and I don't have anything close to

15   that for a TVT-O.

16        Q.        So how much data do you need for

17   the TVT-O before you would make that opinion?

18                   MR. ORENT:  Objection.

19        A.        Well, if you're comparing two

20   products, I would think that you would have to

21   have comparative data.  To compare the efficacy

22   of one procedure at 5 years to the efficacy of

23   another procedure at 17 years just seems flawed

24   in my case.

25        Q.        So are you saying that in order to

Neeraj Kohli, M.D.

1  compare the efficacy of the TVT to the TVT-O we

2  have to wait until the TVT-O has been on the

3  market for 17 years?

4      A.      What I'm saying is that I can't

5  tell you --

6      Q.      I just want you to answer that

7  question.

8              MR. ORENT:  Objection.

9      A.      Yes.

10     Q.      Okay.  Have you ever had done any

11 meta-analyses yourself?

12     A.      Not a meta-analyses per se.  We

13 have done reviews of the literature when we're

14 doing review papers where we look at the

15 different reviews and we may actually put them in

16 a tabular format.  But in terms of doing a

17 statistical analysis pooling the meta-analyses,

18 no.

19     Q.      Would you consider yourself

20 qualified to do that?

21     A.      Again, my clinical expertise is not

22 in statistics.  I would most likely be talking to

23 a statistician to help develop those analyses.

24     Q.      Would you agree that a randomized

25 clinical trial is one of the most effective ways

Neeraj Kohli, M.D.

1    to evaluate a medical device?

2              MR. ORENT:  Objection.

3         A.      I think given its limitations,

4    although there are limitations to it, it is

5    probably considered Level I data comparative to

6    other types of studies.

7         Q.      All right.

8      (Whereupon, Deposition Exhibit 13,

9       Effectiveness and complication rates of

10      tension-free vaginal tape-obturator in the

11      treatment of female stress urinary

12      incontinence in a medium- to long-term

13      follow up by Pan-Fen Tan, et al,

14      was marked for identification.)

15        Q.      (BY MS. GUILFOYLE) Doctor, I'm

16   going to show you what's been marked as

17   Exhibit 13 for this deposition --

18        A.      Thank you.

19        Q.      -- and ask you if you've ever seen

20   this article before.

21        A.      I believe I have.

22        Q.      Was that in fact one of the

23   articles that you relied on in conjunction with

24   forming your opinions?

25        A.      Yes.

Neeraj Kohli, M.D.

```
 1              C E R T I F I C A T E

 2          I, Maryellen Coughlin, RPR/CRR and

 3    notary public in the Commonwealth of

 4    Massachusetts, do hereby certify that the

 5    foregoing is a true and accurate transcript of

 6    my stenographic notes of the deposition of

 7    NEERAJ KOHLI, M.D., who appeared before me,

 8    satisfactorily identified himself, and was by me

 9    duly sworn, taken at the place and on the date

10    hereinbefore set forth.

11          I further certify that I am neither

12    attorney nor counsel for, nor related to or

13    employed by any of the parties to the action in

14    which this deposition was taken, and further

15    that I am not a relative or employee of any

16    attorney or counsel employed in this case, nor

17    am I financially interested in this action.

18          THE FOREGOING CERTIFICATION OF THIS

19    TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF

20    THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT

21    CONTROL AND/OR DIRECTION OF THE CERTIFYING

22    REPORTER.

23

24          MARYELLEN COUGHLIN, RPR/CRR

25
```