IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**MOTION TO EXCLUDE THE GENERAL-CAUSATION TESTIMONY OF DONALD R. OSTERGARD, M.D.**

The plaintiffs identified in Exhibit A have identified Donald R. Ostergard, M.D. as their general-causation expert. Defendants Ethicon, Inc. and Johnson & Johnson (Ethicon) move to exclude Dr. Ostergard's general-causation opinions in these cases because admissions in his recent deposition establish that much of his proposed opinion testimony is unreliable or irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm, Inc.*, 509 U.S. 579 (1993). And much of Dr. Ostergard's proposed testimony has been repeatedly excluded by the Court in previously rulings. Ethicon incorporates into this motion its Memorandum, and also the following exhibits:

1. A list of each case to which this motion ostensibly applies, identified by case style and number, attached as Exhibit A;

2. Rule 26 Report of Donald R. Ostergard, M.D., attached as Exhibit B;

3. Excerpts from the deposition of Donald R. Ostergard, M.D. taken March 9, 2016, attached as Exhibit C.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D.

        Respectfully submitted,

        ETHICON, INC. AND
        JOHNSON & JOHNSON

        /s/ *Rita A. Maimbourg*
        Rita A. Maimbourg
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone: 216.592.5000
        Facsimile: 216.592.5002
        rita.maimbourg@tuckerellis.com

        /s/ *David B. Thomas*
        David B. Thomas (W.Va. Bar #3731)
        THOMAS COMBS & SPANN PLLC
        300 Summers St.
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        Telephone: 304.414.1807
        dthomas@tcspllc.com

        /s/ *Christy D. Jones*
        Christy D. Jones
        BUTLER SNOW LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        Telephone: 601.985.4523
        christy.jones@butlersnow.com

**CERTIFICATE OF SERVICE**

I certify that on April 21, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5002
rita.maimbourg@tuckerellis.com

012177\004186\2643722.3