# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF KONSTANTIN WALMSLEY, M.D.

The plaintiffs identified in Exhibit A have identified Konstantin Walmsley, M.D. as their general-causation expert. Defendants Ethicon, Inc. and Johnson & Johnson (Ethicon) move to exclude Dr. Walmsley's general-causation opinions in these cases because they fail to satisfy the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates the Memorandum in Support of Motion to Exclude Testimony of Konstantin Walmsley, M.D., and also the following exhibits:

1. The list of cases to which this motion applies, identified by case style and number, attached as Exhibit A;

2. Rule 26 Report of Konstantin Walmsley, M.D. in *Fox v. Ethicon, Inc.*, attached as Exhibit B;

3. Rule 26 Report of Konstantin Walmsley, M.D. in *Ridgley v. Ethicon, Inc.*, attached as Exhibit C;

4. Excerpts from the deposition of Konstantin Walmsley, M.D. in *Fox v. Ethicon, Inc.*, taken March 23, 2016, attached as Exhibit D;

5. Article authored by S. Abbott, et al., *Evaluation and management of complication from synthetic mesh after pelvic reconstructive surgery: a*

*multicenter study*, Am. J. Obstet. Gynecol., 210(2):163 e1-8 (2014), attached as Exhibit E; and

6. Article authored by A. Clave et al., *Polypropylene as a reinforcement in pelvic surgery is not inert: a comparative analysis of 100 explants*, 21 Int. Urogynecol. J. 261-270 (2010), attached as Exhibit F.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the General-Causation Testimony of Konstantin Walmsley, M.D.

    Respectfully submitted,

    ETHICON, INC. AND
    JOHNSON & JOHNSON

    /s/ *Rita A. Maimbourg*
    Rita A. Maimbourg
    TUCKER ELLIS LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213
    Telephone: 216.592.5000
    Facsimile: 216.592.5002
    rita.maimbourg@tuckerellis.com

    */s/ David B. Thomas*
    David B. Thomas (W.Va. Bar #3731)
    THOMAS COMBS & SPANN PLLC
    300 Summers St.
    Suite 1380 (25301)
    P.O. Box 3824
    Charleston, WV 25338
    Telephone: 304.414.1807
    dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: 601.985.4523
christy.jones@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on April 21, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5002
rita.maimbourg@tuckerellis.com