EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**IN RE: ETHICON, INC.,**
**PELVIC REPAIR SYSTEM**                    **Master File No. 2:12-MD-2327**
**PRODUCTS LIABILITY LITIGATION**           **MDL No. 2327**
_____

**THIS DOCUMENT RELATES TO**                **JOSEPH R. GOODWIN**
**ETHICON WAVE 1 CASES**                     **U.S. DISTRICT JUDGE**

| Plaintiff | Civil Action Number | Defendants' Expert |
|---|---|---|
| Bridges, Robin | 2:12-cv-00651 | Timothy B. McKinney |
| Kriz, Paula | 2:12-cv-00938 | Timothy B. McKinney |