# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** *Robin Bridges v Ethicon, Inc., et al* *Case No. 2:12-cv-00651* | **Master File No. 2:12-MD-02327 MDL No. 2327** **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**DEFENDANTS' IDENTIFICATION OF EXPERTS PURSUANT TO PTO #205**

Defendants Ethicon, Inc. and Johnson & Johnson, pursuant to Pretrial Order #205, hereby identify the following individuals as retained expert witnesses who may be called to testify at the trial of this case or otherwise present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. A written report as provided in Federal Rule of Civil Procedure 26(a)(2) is attached for each retained expert witness.

**Retained Expert Witnesses**

| Name | Address | Specialty |
|---|---|---|
| Christina Pramudji, M.D. | Houston Female Urology, PA 18400 Katy Freeway, Suite 530 Houston, TX 77094 | Urogynecology (Case specific and General) |
| Timothy B. McKinney | 3021 NE 23rd Court Fort Lauderdale, FL 33305 | Urogynecology (General) |
| Terri Longacre | Stanford School of Medicine Department of Pathology 300 Pasteur Drive L235 MC 5324 Stanford, CA 94305 | Pathology (General) |

| Shelby F. Thames, Ph.D. | University of Southern Mississippi Polymer Science Building 118 College Drive #5217 Hattiesburg, MS 39406 | Polymer Science (Case Specific and General) |
|---|---|---|
| Timothy Ulatowski, M.S. | 1103 Arboroak Pl Herndon, VA 20170 | Regulatory (General) |

Defendants reserve the right to modify and/or supplement this designation and/or the accompanying written reports to the extent necessary should additional information or experts be identified, designated, produced or withdrawn by Plaintiffs, and specifically in response to deposition testimony of any expert designated by Plaintiff who is presented for deposition on or after April 1, 2016.

THIS, the 2nd day of March, 2016.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

/s/ David B. Thomas
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 23558-3824
(304) 414-1800

/s/ Christy D. Jones
Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523