# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Paula and James Kriz v Ethicon, Inc., et al*<br><br>Case No. 2:12-cv-00938 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**DEFENDANTS' IDENTIFICATION OF EXPERTS PURSUANT TO PTO #205**

Defendants Ethicon, Inc. and Johnson & Johnson, pursuant to Pretrial Order #205, hereby identify the following individuals as retained expert witnesses who may be called to testify at the trial of this case or otherwise present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. A written report as provided in Federal Rule of Civil Procedure 26(a)(2) is attached for each retained expert witness.

**Retained Expert Witnesses**

| Name | Address | Specialty |
|---|---|---|
| Michael Karram, M.D.F.A.C.O.G. | 10506 Montgomery Rd., Suite 403<br>Cincinnati, Ohio 45242 | Urogynecology (Case specific and General) |
| Timothy B. McKinney, M.D. | 3021 NE 23rd Court<br>Fort Lauderdale, FL 33305 | Urogynecology (General) |
| Juan Felix, M.D. | Department of Pathology<br>Keck School of Medicine<br>University of Southern California<br>University Hospital<br>1500 San Pablo Street<br>Los Angeles, CA 90089 | Pathology (General) |

Case 2:12-md-02327   Document 2001-3   Filed 04/21/16   Page 3 of 3 PageID #: 31654

| Steven MacLean, PhD., PE | Polymer Science<br>1700 Science Dr., Suite 200<br>Bowie, MD 20715 | Polymer Science (General) |
|---|---|---|
| Elaine Duncan MS.M.E., RAC | P.O. Box 560<br>Stillwater, MN 55082 | Industry Standards (General) |

Defendants reserve the right to modify and/or supplement this designation and/or the accompanying written reports to the extent necessary should additional information or experts be identified, designated, produced or withdrawn by Plaintiffs, and specifically in response to deposition testimony of any expert designated by Plaintiff who is presented for deposition on or after April 1, 2016.

THIS, the 2nd day of March, 2016.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 23558-3824
(304) 414-1800

*/s/ Christy D. Jones*
Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523