# EXHIBIT E

Timothy Brian McKinney, M.D.

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    AT CHARLESTON
 3    ------------------------------
      IN RE:  ETHICON, INC.,        :MASTER FILE NO.
 4    PELVIC REPAIR SYSTEM PRODUCTS :2:12-MD-02327
      LIABILITY LITIGATION          :MDL 2327
 5    ------------------------------
      THIS DOCUMENT RELATES TO THE  :
 6    FOLLOWING CASES IN WAVE 1 OF  :
      MDL 200:                      :
 7                                  :JOSEPH R. GOODWIN
      Robin Bridges                 :U.S. DISTRICT JUDGE
 8    Civil Action No. 2:12-cv-00651:
                                    :
 9    Paula Kriz                    :
      Civil Action No. 2:12-cv-00938:
10    ------------------------------
11                      _ _ _
12                  APRIL 14, 2016
                        _ _ _
13
14           Oral sworn deposition of TIMOTHY BRIAN
15      McKINNEY, M.D., held at DRINKER BIDDLE & REATH,
16      LLP, One Logan Square, 18th and Cherry Streets,
17      Suite 2000, Philadelphia, Pennsylvania,
18      commencing at 8:40 a.m., before Margaret M.
19      Reihl, a Registered Professional Reporter,
20      Certified Realtime Reporter, and Notary Public.
21
22            GOLKOW TECHNOLOGIES, INC.
         877.370.3377  ph   /   917.591.5672
23                 deps@golkow.com
24
```

Timothy Brian McKinney, M.D.

```
 1   A P P E A R A N C E S:

 2

     THE RESTAINO LAW FIRM, P.C.
 3   BY:  JOHN M. RESTAINO, DPM, ESQUIRE
     1011 S. Josephine Street
 4   Denver, Colorado  80209
     (303) 839-8000
 5   Counsel for Plaintiffs

 6

     TUCKER ELLIS LLP
 7   BY:  MATTHEW P. MORIARTY, ESQUIRE
     950 Main Avenue, Suite 1100
 8   Cleveland, Ohio  44113
     (216) 696-2276
 9   matthew.moriarty@tuckerellis.com
     Counsel for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Timothy Brian McKinney, M.D.

```
 1                   I N D E X
 2  WITNESS:                                 Page
    TIMOTHY BRIAN McKINNEY, M.D.
 3
            By Mr. Restaino            5, 120
 4          By Mr. Moriarty         107, 125
 5                    - - -
 6                 E X H I B I T S
 7
    McKINNEY DEPOSITION EXHIBITS             MARKED
 8
    No. 1    Notice to Take Deposition of
 9           Timothy Brian McKinney, M.D.         5
10  No. 2    Curriculum Vitae of
             Timothy Brian McKinney, M.D.        5
11
    No. 3    Defense Expert General Report
12           of Timothy McKinney, M.D.
             dated 3/2/16                        5
13
    No. 4    Timothy McKinney Reliance List
14           in Addition to Materials
             Referenced in Report
15           MDL Wave 1                          5
16  No. 5    US FDA, "UPDATE on Serious
             Complications Associated with
17           Transvaginal Placement of
             Surgical Mesh for Pelvic
18           Organ Prolapse:  FDA Safety
             Communication                      17
19
    No. 6    US FDA, "FDA Public Health
20           Notification:  Serious Complications
             Associated with Transvaginal
21           Placement of Surgical Mesh in
             Repair of Pelvic Organ Prolapse
22           and Stress Urinary Incontinence    19
23
24
```

Timothy Brian McKinney, M.D.

```
 1   No. 7      Article, "Shrinking of Polypropylene
                Mesh in vivo:  An Experimental
 2               Study in Dogs" by Klinge, et al.        46
 3   No. 8      Article, "Polypropylene as a
                reinforcement in pelvic surgery
 4               is not inert:  Comparative
                analysis of 100 explants,
 5               by Clavé, et al.                         61
 6   No. 9      FDA, Center for Devices and
                Radiological Health,
 7               "Urogynecologic Surgical Mesh:
                Update on the Safety and
 8               Effectiveness of Transvaginal
                Placement for Pelvic Organ
 9               Prolapse" dated July 2011               74
10
11                        – – –
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Timothy Brian McKinney, M.D.

```
 1                    (Documents marked for identification as

 2               McKinney Deposition Exhibit Nos. 1 through 4,

 3               inclusive.)

 4                    ... TIMOTHY BRIAN McKINNEY, M.D., having

 5               been duly sworn as a witness, was examined and

 6               testified as follows ..

 7      BY MR. RESTAINO:

 8           Q.    Good morning, Dr. McKinney.  We met

 9      informally before the deposition started, but,

10      formally, my name is John Restaino, and I'm here

11      representing the plaintiffs in this matter, so I'm here

12      to take your deposition today.

13                    Have you had your deposition taken

14      before?

15           A.    Yes, I have.

16           Q.    Approximately how many times?

17           A.    About 13.

18           Q.    Okay.  So you're fairly familiar with

19      the process, just a couple of the key points.  There

20      may be some times when we'll need an estimate on your

21      part, and nobody here wants you to guess.  Stating the

22      obvious, you can estimate the length of this table, but

23      you'd have to guess the length of my dining room table.

24                    This is not an endurance test.  If you
```

Timothy Brian McKinney, M.D.

1    had any coffee kicks in with its physiological response

2    and you want to take a break, just call time out.

3                    Again, it's not a memory test.  If you

4    need to refer to a document, by all means, go right

5    ahead and do that.  I can't imagine this happening, but

6    if you don't understand my question, just ask me and

7    I'll try to put it into less legalese and more

8    Englishese for you.

9                    There may be some times when counsel to

10   your left will object to my question, and unless you're

11   instructed not to answer the question following the

12   objection, we're still entitled to an answer.  And

13   other times I may ask what in my mind is a yes or no

14   question and then you say yes and then go on and state

15   something further, at which point I may say move to

16   strike everything after yes.  I'm not trying to be

17   disrespectful.  We're each trying to keep this record

18   as clean as possible.

19                    But, again, the most important thing is

20   you need a break or want a break, just ask for it and

21   ask for any documents you may need to review.

22                    Any questions?

23        A.    No.

24        Q.    Okay.  Now --

Timothy Brian McKinney, M.D.

```
1              MR. RESTAINO:  Matt, did you want to say
2         something?
3              MR. MORIARTY:  When you get to the
4         reliance list and the notice, I'll talk about
5         it then.
6              MR. RESTAINO:  I was going to say we
7         marked prior to the deposition the notice to
8         take deposition as McKinney-1.
9              MR. MORIARTY:  Okay.  So in no
10        particular order, Dr. McKinney has not yet sent
11        an invoice for his time, but he made some
12        notes, and he has probably worked 33 hours
13        between January 29th, 2016 and April 12th,
14        2016, okay.
15             We produced -- we have with us the
16        binders that we sent, and we can duplicate the
17        table of contents for this easily, or if the
18        plaintiffs want it, we can reduce this material
19        to a thumb drive.  Some of it is literature.
20        Some of it is company documents.
21             MR. RESTAINO:  Thumb drive is always
22        lighter.
23             MR. MORIARTY:  Okay.  The reliance list
24        that he has, in looking through the materials
```

Timothy Brian McKinney, M.D.

1     yesterday, there is a discrepancy of

2     approximately eight to ten medical articles

3     that are on the reliance list that were

4     supposed to be sent to him and through my error

5     were not.  I have compiled a list of those

6     articles and will be sending them to him at

7     some point.  So he's reviewed all but maybe

8     eight of the medical articles that are listed

9     in the reliance list, and he will get the other

10    eight at some point.

11          In addition, there are some things not

12    on the reliance list that were sent in the

13    month of March, a report from a plaintiff's

14    expert named Dr. Veronikis, V-e-r-o-n-i-k-i-s,

15    I believe a deposition from Dr. Blaivas,

16    depositions of Drs. Ostergard and Sepulveda

17    about their Gynemesh PS POP opinions and then

18    two medical articles about whether there is an

19    association between malignancy and

20    polypropylene mesh.  One is from the Cleveland

21    Clinic.  The other is from the Mayo Clinic.

22          And then the last thing about the Notice

23    of Deposition is that the plaintiffs asked for

24    him to produce presentation materials, let's

Timothy Brian McKinney, M.D.

```
 1            just leave it at that.  So Dr. McKinney had

 2            three laptops.  We went through three laptops,

 3            one of which whirs and clicks, if you remember

 4            the days when laptops made those noises, and it

 5            was extraordinarily difficult for us to pick

 6            out the many PowerPoints that he has because of

 7            his teaching role.  So we have to redouble our

 8            efforts on the response to that part of the

 9            notice and figure out which PowerPoints

10            correspond to things in his CV about

11            presentations about pelvic floor disorders.

12                 MR. RESTAINO:  Okay.  During that

13            conversation, they brought in coffee and water.

14            Why don't we take a break and go off the record

15            for a moment.

16                 (Brief recess taken at 8:46 a.m.)

17                 (Deposition resumes at 8:48 a.m.)

18  BY MR. RESTAINO:

19       Q.    So we're back on the record.  We have

20  our coffee, had a discussion.

21                 Dr. McKinney, have you seen the

22  deposition notice?

23       A.    I have.

24       Q.    And if you notice that starting on Page
```

Timothy Brian McKinney, M.D.

1    6 or so, there's a Schedule A with numbered Paragraphs

2    1 through 19, correct?

3              A.     Correct.

4              Q.     And after discussion with counsel

5    regarding laptop and other issues, have you made a good

6    faith attempt to produce that which has been requested

7    and which is not being objected to?

8              A.     Yes.

9              Q.     And it is my understanding that you have

10   brought an updated CV?

11             A.     That is correct.

12             Q.     And is there anything, in your opinion,

13   germane to the litigation, i.e., regarding the product

14   and/or polypropylene mesh in general that's been added

15   to the CV?

16             A.     No.

17             Q.     Any additions to the CV that could

18   impact your litigation -- or excuse me -- your

19   testimony now or at the time of trial?

20             A.     No.

21             Q.     Okay.  And no other changes to your CV?

22             A.     No.

23             Q.     Okay.  Then we've also had the

24   discussion regarding the reliance list.  I'm not sure

Timothy Brian McKinney, M.D.

1   how that's going to impact today's deposition, but it's

2   noted and appreciated.

3            And then we marked your general report,

4   and since the signing of your report on March 2nd,

5   2016, have you done any further work or research into

6   this topic?

7        A.    Just -- not in particular, no.

8        Q.    Okay, and I should have said for

9   purposes of litigation versus your professional life.

10  So there isn't any addendum being written up or errata

11  being written?

12       A.    Not today, however, up until trial, I

13  will be reviewing things and evaluating things that

14  could be added to it.

15       Q.    Okay.  Counsel has been kind enough to

16  give me an estimate of the time that you have spent, I

17  believe, since January on this, and I believe it's

18  approximately 33 hours.

19            Does that sound correct?

20       A.    That is correct.

21       Q.    And how much do you charge per hour?

22       A.    650.

23       Q.    Prior to being -- when were you retained

24  as an expert for Ethicon?

Timothy Brian McKinney, M.D.

```
 1          A.      Pretty much at that point in January.

 2          Q.      Okay.  And who contacted you first?

 3          A.      That would be Matt Moriarty.

 4          Q.      Prior to being retained as an expert for

 5   Ethicon, did you have an opinion regarding the safety

 6   and efficacy of polypropylene mesh when used in pelvic

 7   and/or vaginal surgery?

 8          A.      I did.

 9          Q.      And what were those opinions?

10                  MR. MORIARTY:  Objection, form.

11                  Go ahead.

12                  THE WITNESS:  Since I continue to use

13           polypropylene meshes for reconstruction, I felt

14           that they were safe.

15   BY MR. RESTAINO:

16          Q.      Okay.  Since reviewing materials in your

17   role as an expert for Ethicon, has that opinion

18   changed?

19          A.      No.

20          Q.      Regarding your expert report, did you

21   write this yourself?

22          A.      Yes.

23          Q.      Is there any portion of it that was

24   written by anyone else and provided to you?
```

Timothy Brian McKinney, M.D.

```
 1                    MR. MORIARTY:  Objection.  I think the

 2              drafting process is not allowed under the

 3              rules.

 4    BY MR. RESTAINO:

 5         Q.    Okay.  Let me withdraw that question,

 6    because I believe Mr. Moriarty is correct.

 7                    Did you have a research assistant or

 8    anyone else do your research of, say, for example,

 9    PubMed for articles, or did you do this work yourself?

10         A.    I did the work myself.

11         Q.    The articles that are referenced in your

12    expert report and/or in your reliance list, did you

13    obtain those articles -- did you obtain the titles of

14    those articles on your own during any research, or were

15    these provided to you by anyone?

16         A.    A lot of them were provided to me from

17    counsel.

18         Q.    Okay.  But did you do your own PubMed

19    research at any point?

20         A.    I did not.  However, I have enough

21    articles that my partner from my practice also has some

22    things, but they were pretty much almost listed in

23    here, repeats.

24         Q.    I noticed in my review of your expert
```

Timothy Brian McKinney, M.D.

```
 1   report in preparation for today that many, if not most

 2   of the articles, are dated in early 2000s and up to and

 3   including 2011 and 2012 and very few from 2015, 2016.

 4             Is there a reason for that?

 5        A.    Because I'm only an expert for the

 6   Gynemesh PS and Gynemesh doing the early portions as

 7   the expert for this product line.

 8        Q.    If, however, there was an article

 9   published in January 2016 regarding the mesh, the

10   polypropylene -- monofilament polypropylene mesh

11   itself, would you be aware of it?

12        A.    I've read a lot of them.  It depends

13   upon which article it is.

14        Q.    And I didn't mean to imply -- I'm sorry,

15   I'm not playing any games -- that there is one, I'm

16   just -- let me ask a foundational question.

17             Is it your custom and practice to review

18   PubMed for articles germane to your medical practice as

19   they're published, or do you subscribe to journals and

20   get your information that way?

21        A.    I subscribe to journals and meetings.

22             MR. MORIARTY:  And let me just interject

23        that you just reminded me of something because

24        he was provided after his report was written
```

Timothy Brian McKinney, M.D.

```
 1            the Maher Cochrane review regarding POP mesh

 2            that I believe was published in 2016.

 3                 MR. RESTAINO:  Okay.  I think I have

 4            that to talk about a little later.

 5   BY MR. RESTAINO:

 6       Q.    If we can turn to your expert report and

 7   turn to Page 3, the top paragraph.  You write, "In

 8   addition to my public literature, when I was practicing

 9   full time my website had a discussion about vaginal

10   repair with mesh, publications of the IUGA findings and

11   a commentary on the FDA safety communication released

12   in July, 2011, all to educate my patients and other

13   doctors better."

14            Did I read that correctly?

15       A.    Yes.

16       Q.    Are you no longer working full-time?

17       A.    I am no longer working full-time.  I

18   took a sabbatical for this year.  I still hold my

19   faculty appointment at Drexel University, still have

20   fellowship in female pelvic medicine and reconstructive

21   surgery.  However, I needed for, I guess, financial

22   reasons to close my private practice, in which I'm in

23   the process of still doing that and reorganizing

24   myself, still have a practice out of Florida as well.
```

Timothy Brian McKinney, M.D.

```
1              Q.      Okay.  Regarding the commentary on the

2     FDA safety communication released in July 2011 all to

3     educate my patients and other doctors better, this was

4     a website that you maintained?

5              A.      Yes.

6              Q.      And do you have any information on how

7     many people actually read the website?

8              A.      I wouldn't know, but I'm sure the IT

9     people could probably figure that one out.

10             Q.      Do you have any objective evidence that

11    other physicians read your website?

12             A.      Other than friends of mine saying that

13    they liked my website and they were going to copy it,

14    so, yes.

15             Q.      And the friends of yours copying the

16    format of the site, the kind of information you had

17    there?

18             A.      Yes.

19             Q.      Okay.  Now, there was, as you mention, a

20    release by the FDA in 2011 of an "Update on Serious

21    Complications Associated with Transvaginal Placement of

22    Surgical Mesh for Pelvic Organ Prolapse: FDA Safety

23    Communication."

24                     Does that sound familiar?
```

Timothy Brian McKinney, M.D.

```
1           A.    Yes.

2                 MR. RESTAINO:  We'll go ahead and have

3           that marked as McKinney next.

4                 (Document marked for identification as

5           McKinney Deposition Exhibit No. 5.)

6                 MR. MORIARTY:  I'm sorry, is that the

7           2011?

8                 MR. RESTAINO:  Yes.  That's the 2011

9           website update versus the -- what I'll call the

10          monograph that we'll get to in a little bit.

11    BY MR. RESTAINO:

12          Q.    And, Doctor, have you seen this before?

13          A.    Yes.

14          Q.    If you look down on the first page about

15    the middle of the page or so, there's a heading

16    "Device," and then the first sentence says, "surgical

17    mesh is a medical device."

18                Do you see where I am?

19          A.    Yes.

20          Q.    Do you agree that it was the intent of

21    the implantation of mesh that it would be permanent in

22    nature?

23          A.    Yes.

24          Q.    And did you tell your patients prior to
```

Timothy Brian McKinney, M.D.

1    installing the mesh that the intent was that this would

2    stay in them for the rest of their life?

3            A.      Yes.

4            Q.      On the next page, the second heading is

5    "Purpose."

6                    Do you see that?

7            A.      Yes.

8            Q.      And they state that "On October 20,

9    2008, the FDA issued a Public Health Notification and

10   Additional Patient Information on serious complications

11   associated with surgical mesh placed through the vagina

12   (transvaginal placement) to treat POP and SUI."

13                   Did I read that correctly?

14           A.      Yes.

15           Q.      And did you include the October 20th,

16   2008 notification on your website?

17           A.      I can't remember.  I don't recall

18   exactly.  I put a lot of things into it to educate

19   everybody and whatever I was using, I tried to, to my

20   best ability, give extra information to my patients.

21   Usually before going to the OR, it took me close to an

22   hour to end up getting through my informed consent, and

23   that gives you an idea.  Plus, I have a nurse that sets

24   up all my OR cases, and she spends the extra time as

Timothy Brian McKinney, M.D.

1    well.  As well as it's all listed in my consent forms.

2              Q.      And between 2008 and 2011 did you

3    continue to maintain your website?

4              A.      Yes.

5              Q.      And do you maintain that website today?

6              A.      Well, it's actually been updated.  I had

7    a new partner come on board, I guess it was 2011,

8    Dr. Babin, and she ended up revising my old website,

9    and that's when we included all the FDA material in

10   there.

11                     MR. RESTAINO:  I'm going to go ahead and

12             ask court reporter to mark the October 20, 2008

13             "FDA Public Health Notification:  Serious

14             Complications Associated with Transvaginal

15             Placement of Surgical Mesh in Repair of Pelvic

16             Organ Prolapse and Stress Urinary

17             Incontinence."

18                     (Document marked for identification as

19             McKinney Deposition Exhibit No. 6.)

20   BY MR. RESTAINO:

21             Q.      Dr. McKinney, have you seen this before?

22             A.      I have.

23             Q.      And if you notice the heading in the

24   middle of the page, "Dear Healthcare Practitioner."  At

Timothy Brian McKinney, M.D.

1    this time, do you recall how you became aware of this

2    public health notification?

3            A.      I do not.

4            Q.      In situations like this when the FDA

5    would issue a public health notification regarding

6    something that is germane to your professional

7    practice, would the FDA mail that to you or must you

8    find this by on your -- through your own means?

9            A.      I can't recall on this.  I know through

10   all of the connections through my membership to AUGS,

11   my membership to AUA, I get notified on a lot of

12   things.  As well as I have a tickler in the computer

13   that pops up anything to do with subjects I'm

14   interested in.

15           Q.      Are they alerts through NCBI, PubMed?

16           A.      Yes.

17           Q.      If you notice underneath it says under

18   "Dear Healthcare Practitioner," it states "This is to

19   alert you to complications associated with transvaginal

20   placement of surgical mesh to treat Pelvic Organ

21   Prolapse (POP) and Stress Urinary Incontinence (SUI).

22   Although rare, these complications can have serious

23   consequences.  Following is information regarding the

24   adverse events that have been reported to the FDA and

Timothy Brian McKinney, M.D.

1    recommendations to reduce the risks."

2                    Did I read that correctly?

3           A.      Yes.

4           Q.      And this is issued October 20th, 2008,

5    correct?

6           A.      That is correct.

7           Q.      Now, here we are in April of 2016.  Is

8    it your expert opinion to this date that the

9    complications which can have serious consequences are,

10   in fact, rare?

11          A.      I should expand upon this because I've

12   been involved with pelvic reconstructive surgery since

13   the '80s, and any reconstructive work is not associated

14   with a minimal risk of some complications.  It doesn't

15   matter whether it's using regular suture material,

16   native tissue or mesh material, they all have their

17   significant risk factors.

18                  So, yes, I'm familiar with the fact that

19   with all pelvic or reconstructive surgery or surgery,

20   for that matter, there's risks and they have to be

21   explained to the patient thoroughly.

22          Q.      And at the same time regarding the risks

23   with the transvaginal mesh, it is your opinion that

24   these complications are rare in your hands, correct?

Timothy Brian McKinney, M.D.

```
 1                    MR. MORIARTY:  Objection to form.

 2                    Go ahead.

 3                    THE WITNESS:  That is correct.

 4      BY MR. RESTAINO:

 5           Q.    In fact, if we can turn to your expert

 6      report, Page 7 in the top paragraph, last sentence you

 7      talk about, if it fails excision or total explant needs

 8      to be done, but it is rare in my hands; is that

 9      correct?

10           A.    Yes.

11           Q.    How did you determine that it was rare

12      in your hands?  Did you do a retrospective analysis of

13      your cases to see of the cases you have had since going

14      into practice how many of them ultimately went on to

15      develop these serious complications?

16           A.    As in an education situation, which I am

17      as a professor, I also have residents and fellows, and

18      we do follow our outcomes, and so, yes.

19           Q.    Is there an objective analysis of your

20      outcomes?

21           A.    There is an objective and subjective.

22           Q.    Okay.  And it's also your opinion that

23      the infections associated with polypropylene mesh are

24      also rare; is that correct?
```

Timothy Brian McKinney, M.D.

1          A.      That is correct.

2          Q.      And how do you -- in the context of the

3    pelvis and/or vagina of the woman receiving the

4    polypropylene mesh, in that context, how do you define

5    an infection?

6          A.      Well, there's an initial postoperative

7    time frame in which there would be, say, an abscess

8    created probably from a hematoma that got infected and

9    a drainage of that actual infection.  I don't consider

10   that a mesh complication or a mesh infection but as a

11   normal -- normally abnormal event.  Within any kind of

12   pelvic surgery, there's a certain rate, if you've done

13   a hysterectomy, you're doing reconstruction of cuff

14   cellulitis and infections, that is, in my professional

15   opinion, higher than the rates of infections of just

16   graft alone without a hysterectomy and a cuff problem.

17         Q.      Do you make a determination in that

18   sense between contamination and infection?

19         A.      Infection, it's kind of hard to -- I

20   would say that every case of a vaginal surgery has

21   contamination, and until we can totally sterilize the

22   vagina, you can't.  In fact, you'll see I have a paper

23   on looking at sterilization of the vagina and

24   immediately post prep, and you still have about a third

Timothy Brian McKinney, M.D.

1    of the colonies of bacteria in the vagina after you

2    totally prep the vagina.  And after about two hours,

3    you have the same amount of colonies that you began

4    with.  So it's evident that the vagina is not a sterile

5    environment.

6            Q.     Which is not unexpected considering the

7    anatomy and physiology, would you agree?

8            A.     That is correct.

9            Q.     And would you expect, therefore, that

10   with local bacteria present that the passage of any

11   foreign material, for example, polypropylene mesh

12   could, in fact, become contaminated with bacteria?

13           A.     I think that your incision fields,

14   whether it be native tissue, whether it be putting a

15   suture in and tying it securely up against, say, the

16   muscle area is going to cause a necrosis of the tissue,

17   so that leaves you with niduses of infection all across

18   the board.

19           Q.     You use the term native tissue, and just

20   so that the record is clear, can you share with the

21   Court what you mean by "native tissue."

22           A.     Native tissue meaning that which is of

23   the patient's own origin, which has gone through

24   pathological changes or trauma, either from

Timothy Brian McKinney, M.D.

```
1    childbearing, from exposure to chronic constipation,

2    but tears in the support.  So you're using the

3    patient's own tissue to repair itself, to try to return

4    it back to its anatomical position.

5            Q.    The patient's own physiologically alive

6    tissue, correct?

7            A.    You would hope they are alive, but they

8    could be scarred, they could be lack of blood supply,

9    and they could be just fibrosis.  But, yes, it's what

10   the patient has to offer when you're doing surgery.

11           Q.    And the patient's tissue, native tissue

12   has the benefit of the patient's immune system with

13   blood and white blood cells, lymphocytes, et cetera,

14   passing through it, correct?

15           A.    Not necessarily, again, because of the

16   fact that some of these tissues have been traumatized

17   and damaged, and part of the healing process is

18   scarification, and some of the scars do not have a

19   neovascularization, they don't have a blood supply in

20   them.

21           Q.    They're not necrotic tissue, though,

22   correct?

23           A.    They're not.

24           Q.    They're living tissue?
```

Timothy Brian McKinney, M.D.

```
 1              A.      They're within the living body, yes.

 2              Q.      And you also mentioned a single suture,

 3    I believe, to tack up the woman's own tissue?

 4              A.      I was using that as an example of tying

 5    down a single stitch to tie off and repair back to say

 6    its muscle attachment, as in the pubocervical fascia,

 7    which is the support for the anterior wall, back to the

 8    lateral side wall muscles, the levator muscles.  When

 9    you tie that down, you're tying it down significantly

10    enough that it will stop the blood supply to that

11    muscle area, and thus you decrease the blood flow, you

12    decrease the ability for that tissue to be still

13    living.

14              Q.      And in that sense, how many sutures are

15    used?

16              A.      It depends upon the patient's needs, but

17    definitely not just one.

18              Q.      Can you give an estimate in the average

19    patient approximately how many stitches you think you'd

20    put in?

21              A.      For which surgical procedure?  Say, for

22    the anterior compartment, which would consist of

23    cystocele, the pubocervical fascia usually tears free

24    from up around the ischial spine area, so you're
```

Timothy Brian McKinney, M.D.

1    starting at the apical region and tying down to the

2    iliococcygeal muscle, obturator internus muscle area,

3    putting stitches there and doing basically a

4    paravaginal repair.  So you're putting several stitches

5    to support it if there's a defect there.

6            Q.    The average stitch, the average suture

7    material, if it's whatever, 4.0 Prolene or whatever you

8    may be using, it's approximately 12 inches long before

9    you use it and cut it?

10           A.    Approximately.

11           Q.    And would you agree that the average

12   stitch that you put in is after being cut maybe a

13   centimeter in length?

14           A.    Yes.

15           Q.    And if we were to put in a total of 20

16   stitches, doing that type of repair, so we'd have

17   20 centimeters, approximately, correct?

18           A.    That is probably correct.

19           Q.    Do you know how many yards of tissue

20   make up the average polypropylene mesh?

21           A.    I do not.

22           Q.    Would you be surprised if it was

23   hundreds?

24                 MR. MORIARTY:  Objection.  Go ahead.

Timothy Brian McKinney, M.D.

```
 1                    THE WITNESS:  No.
 2   BY MR. RESTAINO:
 3        Q.    Is it your understanding there's a lot
 4   more polypropylene mesh -- polypropylene fibers present
 5   in the mesh than there is in individual stitches?
 6        A.    Yes.
 7        Q.    And if an individual stitch was to
 8   become irritable and start to extrude or be spit, that
 9   that's a different pathological response to a large
10   portion of mesh being spit or extruded, would you
11   agree?
12                    MR. MORIARTY:  Objection, form.
13                    Go ahead.
14                    THE WITNESS:  I don't believe so.
15   BY MR. RESTAINO:
16        Q.    Have you ever had skin sutures that
17   needs to be spit and nipped and taken out?
18        A.    Yes.
19        Q.    Is that the same as when vaginal mesh
20   erodes through the vaginal epithelium?
21        A.    All depends.
22        Q.    On what?
23        A.    The size of the exposure, whether it's a
24   true through and through or whether there's a layer
```

Timothy Brian McKinney, M.D.

 1    that's attempting to be healed over the top of it.

 2          Q.    Now, with the passage of the stitch,

 3    stitches and/or the mesh through this clean

 4    contaminated vagina, if, in fact, the mesh becomes

 5    contaminated with bacteria that at any time when it's

 6    present, and especially during times of

 7    immunosuppression, that -- or those bacteria can

 8    multiply and become a clinically significant infection,

 9    wouldn't you agree?

10                MR. MORIARTY:  Objection, form.

11                Go ahead.

12                THE WITNESS:  I don't know how to answer

13          that.  That's why we're usually taught as

14          surgeons that -- to practice good technique as

15          far as making sure you have good hemostasis so

16          that there's no nidus for these bacteria to

17          take hold, also to make sure you try your best

18          to decrease the population of bacteria, thus

19          giving some prophylaxis of antibiotics.

20                Plus, at the end of any of these type of

21          surgeries, even any native tissue or whatever,

22          we usually do an irrigation, whether it be with

23          an antibiotic solution or not to, as we say,

24          dilution is the solution to pollution.  We try

Timothy Brian McKinney, M.D.

```
 1            to irrigate out as best as possible the
 2            majority of those bacteria that could be in
 3            there and then try to decrease the dead space,
 4            as it's called, so pack the vagina, put as much
 5            closure to the area so that bacteria can't move
 6            into positions.
 7   BY MR. RESTAINO:
 8        Q.    Once the mesh is implanted and all
 9   incisions are sutured closed, then, in fact, the mesh
10   is protected from any antibiotic wash that you might be
11   using within the vagina itself, correct?
12        A.    Well, usually the spaces as irrigated as
13   particularly your technique.  Mine is before you end up
14   closing that, you end up in giving an extra little
15   dousing to try to end up closing.  But then after
16   you've closed it, yeah, you're not doing anything more
17   to irrigate out that spot.
18        Q.    Inasmuch as the polypropylene mesh is a
19   foreign material, it does not have access to the body's
20   immune system within the blood, correct?
21        A.    The graft material itself, no, but the
22   body's own tissue that would be involved in this has
23   the ability to end up taking care of infections within
24   this inert area.
```

Timothy Brian McKinney, M.D.

```
 1              Q.      And so to avoid any confusion when we're

 2   discussing this topic now or throughout the course, you

 3   said that you just -- and paraphrasing -- that the

 4   body's own tissue has ways of dealing with infection,

 5   but does the body's own tissue have a way of dealing

 6   with polypropylene mesh contamination which occurs

 7   through the passage of the mesh through the vagina into

 8   its anatomic space?

 9              MR. MORIARTY:  Objection, form.

10              Go ahead.

11              THE WITNESS:  I believe that the body

12         does have an ability to take care of any

13         infections.  That's why the mesh has porosity.

14         The body has macrophages that can end up

15         migrating into that mesh area to end up having

16         its own ability to take care of the bacteria

17         that's around there.

18   BY MR. RESTAINO:

19              Q.      And have you heard of the body's

20   response of forming a biofilm around any foreign

21   material that's implanted?

22              A.      That was probably more associated with

23   your Type II type materials, such as Gortex in the past

24   that they form a seal around it and wall it off, rather
```

Timothy Brian McKinney, M.D.

1    than incorporate the tissue or the matrix, as I call

2    the graft material, into the fascia.  So that's my

3    thought process.  You may have different explanation of

4    what your biofilm is.

5         Q.     So is it your expert opinion that the

6    mesh being implanted today will not develop a biofilm

7    around it?

8               MR. MORIARTY:  Objection.

9               THE WITNESS:  Again, I need your

10              definition of what you're calling biofilm.

11   BY MR. RESTAINO:

12        Q.     Any type of tissue material that, in

13   fact, incorporates itself around and within the mesh

14   and continuing that, if, in fact, the mesh had become

15   contaminated during insertion through the clean dirty

16   vagina and the mesh, biofilm mesh -- and the biofilm

17   encompassing the bacteria also.

18        A.     I would say that the body will have

19   fibroblasts that migrate into the mesh matrix.  There

20   will be macrophages in the normal body's response to

21   any kind of infection will occur as well within the

22   graft materials.

23        Q.     Now, we briefly touched upon the fact

24   that in 2011, the FDA sent an update to their warning

Timothy Brian McKinney, M.D.

1    from 2008; is that correct?

2          A.     That is correct.

3          Q.     And I believe you have that in front of

4    you already marked as an exhibit?

5          A.     Yes, Exhibit 6.

6          Q.     And you discussed this update in your

7    expert report, correct?

8          A.     I did.

9          Q.     And if you look at the second page, the

10   fourth paragraph down?

11                MR. MORIARTY:  Are you talking about

12         Exhibit 5 or Exhibit 6 now?

13                MR. RESTAINO:  I'm talking about the

14         July 13, 2001 update on serious complications.

15                MR. MORIARTY:  Well, Exhibit 5 has date

16         issued July 13th, 2011, and Exhibit 6 has two

17         dates, one being July 13th, 2011 and the other

18         October 20th, 2008.  I just want to know which

19         exhibit you're looking at, 5 or 6.

20                MR. RESTAINO:  I'm looking at 5, the one

21         that's date issued July 13th, 2011, and it's

22         confusing by that FDA document.

23                MR. MORIARTY:  And, I'm sorry, page,

24         please.

Timothy Brian McKinney, M.D.

 1   BY MR. RESTAINO:

 2        Q.     The second page, fourth paragraph.

 3               And it starts off with, "The FDA is

 4   issuing this update."

 5               Do you see that, sir?

 6        A.     Yes.

 7        Q.     Read the entire sentence, "The FDA is

 8   issuing this update to inform you that serious

 9   complications associated with surgical mesh for

10   transvaginal repair of POP are not rare."

11               And not rare is bolded; is that correct?

12        A.     That is correct.

13        Q.     Now, you've discussed this safety update

14   in your expert report, correct?

15        A.     I did.

16        Q.     Do you state in your expert report that,

17   in fact, the FDA changed from 2008 when it said the

18   serious complications are rare to 2011 when they come

19   out and say these serious complications are not rare?

20        A.     The question again?

21        Q.     Do you state in your expert report

22   that's signed March 2016 that this July 2011 safety

23   update from the FDA indicates that serious

24   complications associated with surgical mesh for

Timothy Brian McKinney, M.D.

1    transvaginal repair of POP are not rare?

2                MR. MORIARTY:  Objection, form, and if

3           you have a specific spot in his report that

4           you're asking about, fine, but, otherwise, you

5           can just review it.

6    BY MR. RESTAINO:

7           Q.    If I may assist you, sir, if you look on

8    Page 7, the top paragraph described the need to excise

9    mesh because of serious complications as rare in your

10   hands.  That's one place where it's listed.

11          A.    And, again, your question is did I

12   mention in my report the change?

13          Q.    Okay.  Let's go with that question.

14                Do you mention in your report that the

15   FDA changed between 2008 and 2011 from the serious

16   complications are rare to serious complications are not

17   rare, with not rare being, in fact, bolded?

18          A.    I didn't specifically mention that.  I

19   just mentioned the FDA reports.  I believe that with

20   any POP surgery that there are major complications, and

21   that's kind of why I ended up going into this field in

22   particular was because in my residency program,

23   statistics were anywhere from 20 to 40% dyspareunia

24   rate afterwards and the shrinkage of the vagina from

Timothy Brian McKinney, M.D.

1    native tissue repairs that were being done at that

2    time.  So they were not reported to the FDA because it

3    was suture techniques.

4              But with having a material and with that

5    being able to be put through the MAUDE database, you

6    get the data.  With native tissue there is no

7    compilation, and that's why the FDA is now requesting a

8    522 to be done.

9         Q.    Continuing on, looking at this

10   paragraph, the next sentence is, "This is a change from

11   what the FDA previously reported on October 20, 2008.

12   Furthermore, it is not clear that transvaginal POP

13   repair with mesh is more effective than traditional

14   non-mesh repair in all patients with POP and may expose

15   patients to greater risk."

16             Did I read that correctly?

17        A.    I'm sorry, I didn't see where we were --

18   oh, it's a continuation?

19        Q.    Yes, I'm sorry.  I'll just give you a

20   moment, and you can read that entire paragraph to

21   yourself, if you'd like.

22        A.    Yes.

23        Q.    I was not able to find anywhere in your

24   expert report anything related to the FDA indicating

Timothy Brian McKinney, M.D.

1    that it is not clear that transvaginal POP repair with

2    mesh is more effective than traditional non-mesh repair

3    in all patients with POP.

4                        Is it your opinion that the FDA is

5    incorrect with their statement here?

6                A.      There have not been a tremendous amount

7    of good literature, studies looking at prospective,

8    randomized studies between, say, native tissue and

9    non and, therefore -- and so they're looking for

10   further data, so there's a question out there that is

11   it as effective, is it necessary.

12                       We know as surgeons in the field of

13   reconstruction that there's been frustration for years.

14   There's nothing worse than having a patient, especially

15   being a specialist, having a patient come to you, you

16   do a surgical repair and it breaks down, and you think

17   that you're doing the right thing, you've done

18   everything exactly like you do for the next patient

19   over, and it falls apart.  It's been a frustration, and

20   it's why in general surgery they were frustrated with

21   failures of their native tissue repairs and why they

22   augmented with hernia meshes to begin with.

23                       That's why we were looking for some

24   ability to make our patients have a better quality of

Timothy Brian McKinney, M.D.

```
 1   life and not have to deal with multiple operations in

 2   their life or decrease in their problem, so we're still

 3   in the quest of that.

 4         Q.     Does your expert report state anywhere

 5   that the use of transvaginal mesh may expose patients

 6   to greater risk than traditional non-mesh repair?

 7         A.     Does not.

 8         Q.     If you continue down on that page,

 9   second full paragraph from the bottom it starts "From

10   2008-2010."

11                Do you see that?

12         A.     Yes.

13         Q.     "The most frequent complications

14   reported to the FDA for surgical mesh devices for POP

15   repair include mesh erosion through the vagina (also

16   called exposure, extrusion or protrusion), pain,

17   infection, bleeding, pain during sexual intercourse

18   (dyspareunia), organ perforation, and urinary

19   problems."

20                Did I read that correctly?

21         A.     Yes.

22         Q.     And mesh implants can, in fact, erode

23   through the vaginal epithelium, correct?

24                MR. MORIARTY:  Objection.
```

Timothy Brian McKinney, M.D.

1             Go ahead.

2             THE WITNESS:  There are technique pieces

3        to it, but we've made the incisions not deep

4        enough or done enough damage to the vaginal

5        tissue, the vaginal tissue may disappear, it

6        may slough off, it may die.

7   BY MR. RESTAINO:

8        Q.    And forgive me, I didn't mean to

9   interrupt you, sir.

10            And I think what you just said alludes

11   to the surgical technique that was utilized, but it's

12   also true that an inflammatory response to the

13   polypropylene mesh can result in degradation of the

14   epithelium leading to erosion, correct?

15        A.    That's never been proven.  It's a higher

16   probability that we've caused some significant changes

17   to the structural integrity of that skin.

18        Q.    In any given procedure where,

19   ultimately, the mesh erodes through the vaginal

20   epithelium, how do you know if that was due to surgical

21   technique or the inflammatory response to the mesh?

22        A.    You don't.

23        Q.    So if one was to say that mesh extrusion

24   or erosion is due to the surgical technique, one would,

Timothy Brian McKinney, M.D.

1    in fact, be speculating, would you agree?

2              MR. MORIARTY:  Objection to form.

3              Go ahead.

4              THE WITNESS:  Surgery is not a perfect

5         environment.  I mean, there are -- when you're

6         finished with the surgery, you've got blood

7         products that are definitely still within that

8         environment, so the natural tendency for the

9         body is to end up expelling any of those waste

10        products from our own body's ability to get rid

11        of what's there.

12             So sometimes the suture bridges that

13        we've created to close is opened up to drain

14        that.  When that opens up, they don't

15        necessarily close down appropriately, and that

16        may be the exposure that you end up having of

17        the graft, not so much that there's an

18        infection of the graft or an inflammatory

19        response of the graft that causes it.  It's

20        just that the actual body's response to it, it

21        opened up, and it didn't heal over quite as

22        yet.

23   BY MR. RESTAINO:

24        Q.    Well, the body's response in that regard

Timothy Brian McKinney, M.D.

1   would be an inflammatory response, correct?

2         A.      Not so much to the material itself but

3   just to the opening of the breach of the skin.

4         Q.      Okay.  Could you define for us

5   dyspareunia?

6         A.      It's painful intercourse.

7         Q.      Have you heard of the term hispareunia?

8         A.      Yes.

9         Q.      Is that just recently used, or is that

10  something that has been used by the urogynecological

11  surgeons for some time?

12        A.      It's been used since the '80s.  We used

13  to laugh about it, particularly with some of the

14  permanent suture materials, they'd have some problems

15  that way or from doing laparoscopic hysterectomies

16  using stapling devices they developed hispareunia.

17  That was in the early '90s.

18        Q.      And for the Court and for the record,

19  what you are referring to or what we're referring to

20  with this term, hispareunia is that the pain that might

21  be experienced by the male during sexual intercourse;

22  is that correct?

23        A.      That is correct.

24        Q.      Now, in your -- I think we've already

Timothy Brian McKinney, M.D.

1    touched upon this, I just want to clear it up, but in

2    your expert report, you refer to the mesh erosions as

3    essentially a wound complication, do you not?

4              A.      Like in other surgeries, yes.

5              Q.      However, the FDA links mesh erosion as

6    with some of the serious complications associated with

7    the use of mesh, correct?

8              A.      They are saying that.

9              Q.      Do you consider mesh erosion into the

10   vagina to be a serious complication?

11             A.      Not necessarily.

12             Q.      Can it be?

13             A.      Like in any surgical situation, there

14   are grades of a problem and which need to be addressed.

15   As anything that needs to be addressed, surgical

16   intervention probably becomes more of a serious.

17             Q.      If we turn to Page 3 of the 2011 short

18   update letter that we've been referring to and look

19   at -- you see there's three bullet points on top and

20   then a paragraph that begins with "The FDA's literature

21   review."  Do you see where I am, sir?  In essence, the

22   third paragraph down.

23             A.      Mm-hmm.

24             Q.      It says, The FDA's literature review

Timothy Brian McKinney, M.D.

```
 1   found that erosion of mesh through the vagina is

 2   most -- is the most common and consistently reported

 3   mesh-related complication from transvaginal POP

 4   surgeries using mesh.  Mesh erosion can require

 5   multiple surgeries to repair and can be debilitating

 6   for some women.  In some cases, even multiple surgeries

 7   will not resolve the complication.

 8                 Did I read that correctly?

 9        A.    Yes.

10        Q.    The FDA there in talking about these

11   mesh-related complications using mesh are talking about

12   something entirely different than a wound complication;

13   are they not?

14        A.     It incorporates a number of aspects

15   besides just the wound complication, wound opening.

16   With any -- again, I'll go back to with any kind of

17   reconstructive surgery, native tissue wise, there can

18   be similar multiple operations to return a person back.

19   I get those referrals because I've got a vagina on

20   native tissue that's almost closed completely.  It's

21   agglutinated from somebody doing an operation to close

22   it.  Those are not very uncommon as well, and that was

23   the frustration that I felt was -- I'll go back.

24                 It's just a -- it's a known problem
```

Timothy Brian McKinney, M.D.

 1   within it, and I'm starting to see it more and more now

 2   that we're going back to doing more native tissues that

 3   I'm seeing short vaginas, shrunken vaginas, narrowed

 4   vaginas that require surgical intervention to rebuild

 5   them.

 6           Q.      You would agree that as of July 2011,

 7   the FDA indicating that the serious complications from

 8   mesh surgery exceeds those with the native tissue?

 9                   MR. MORIARTY:  Objection.  Go ahead.

10                   THE WITNESS:  There aren't any good

11           studies that would equate that.

12   BY MR. RESTAINO:

13           Q.      Okay.  The next paragraph down start off

14   with the words "Mesh contraction."

15                   Do you see that?  So it would be the

16   fifth.

17           A.      Yes.

18           Q.      Mesh contraction (shrinkage) is a

19   previously unidentified risk of transvaginal POP repair

20   with mesh that has been reported in the published

21   scientific literature and in adverse event reports to

22   the FDA since the October 20th, 2008 FDA Public Health

23   Notification.  Reports in the literature associate mesh

24   contraction with vaginal shortening, vaginal tightening

Timothy Brian McKinney, M.D.

1    and vaginal pain.

2              Did I essentially read that correctly?

3         A.    Yes.

4         Q.    Now, this is the July 2011 safety

5    update, but in your March 2016 expert report, you state

6    your opinion that mesh does not contract; is that

7    correct?

8         A.    I do.

9         Q.    And what is the objective basis for your

10   belief that mesh does not contract?

11        A.    I believe that the mesh is inert and it

12   doesn't contract, but the body's scar tissue which

13   develops around that can end up causing a tightening of

14   the area, much like native tissue scarring can end up

15   doing it, or people react to different things different

16   ways.  Putting in, say, an earring, normally most

17   people have no problems with it.  Some people develop

18   keloids.  It's a healing process that is a

19   scarification that the body's reaction to surgery can

20   end up causing, whether it be native tissue, whether it

21   be something placed in to the vagina, such as mesh.

22        Q.    Now, you started off your answer by

23   saying I believe that the mesh is inert and my question

24   is what objective basis are you relying upon for your

Timothy Brian McKinney, M.D.

1   opinion that mesh itself does not contract?

2           A.    In that my own personal experience, as

3   well as that mesh doesn't change its shape as such.

4                 MR. RESTAINO:  I would like to have

5           marked as McKinney next, article titled

6           "Shrinking of Polypropylene Mesh in vivo:  An

7           Experimental Study in Dogs."  Lead author

8           Klinge, published in the European Journal of

9           Surgery in 1998.

10                (Document marked for identification as

11          McKinney Deposition Exhibit No. 7.)

12  BY MR. RESTAINO:

13          Q.    Doctor, have you seen this article

14  before?

15          A.    I believe at one time I have.

16          Q.    Do you recognize the name Klinge,

17  K-l-i-n-g-a?

18          A.    G-e.

19          Q.    G-e, I'm sorry.

20          A.    No.

21          Q.    Do you know if Dr. Klinge is an expert

22  for plaintiffs in the litigation?

23          A.    I don't recall.

24          Q.    Probably a question I should have asked

Timothy Brian McKinney, M.D.

```
 1   at the beginning of the deposition, did you review any

 2   of the plaintiff expert reports prior to writing your

 3   expert report?

 4           A.     I did not, actually.

 5           Q.     In any search that you may have done

 6   yourself in preparation for developing your opinions

 7   and/or writing your report, did you conduct PubMed

 8   search using, for example, the terms polypropylene

 9   mesh -- well, let's just stick with that, polypropylene

10   mesh?

11           A.     I did not.

12           Q.     As you sit here today, do you know if

13   Dr. Klinge has published 126 articles on mesh?

14           A.     I am not familiar with the volume of

15   work that he has.

16           Q.     And he's not referenced, as far as I can

17   see, in your expert report nor in your reliance list,

18   correct?

19           A.     More than likely not.

20           Q.     Have you published articles on

21   polypropylene mesh?

22           A.     Yes, I have.

23           Q.     And can you share with us how many are

24   published in peer-reviewed publications?
```

Timothy Brian McKinney, M.D.

```
 1           A.      None.

 2           Q.      Is it more than one?

 3           A.      I said none.

 4           Q.      Oh, none, I'm sorry.  Forgive me.

 5                   MR. RESTAINO:  Matt, we've been going

 6           for about an hour, want to take a minute or

 7           two.

 8                   MR. MORIARTY:  Yes, we can take a minute

 9           or two.

10                   (Brief recess taken at 9:48 a.m.)

11                   (Deposition resumes 9:53 a.m.)

12    BY MR. RESTAINO:

13           Q.      Doctor, before we went on break, I have

14    handed to you this article by Dr. Klinge titled

15    "Shrinking of Polypropylene Mesh in vivo:  An

16    Experimental Study in Dogs," and if you would just look

17    at the abstract, you see that right from the get-go the

18    objective of this study was "to assess the extent of

19    shrinkage of meshes used for hernia repair."

20                   Did I read that correctly?

21           A.      Yes.

22           Q.      And then if you look down -- by all

23    means, take your time to review the entire abstract or,

24    for that matter, any part of the article, but you see
```

Timothy Brian McKinney, M.D.

```
 1    their conclusion is that "meshes that contain a lot of

 2    polypropylene shrink to about 30%-50% of their original

 3    size after 4 weeks, requiring an overlap of at least

 4    3 cm if implanted subfascially.  Reduction in the

 5    polypropylene content decreases both the inflammatory

 6    response and the shrinkage.  Meshes with big pores are

 7    less likely to fold and improve compatibility."

 8              Did I read that correctly?

 9         A.   Yes.

10         Q.   Were you aware of this opinion prior to

11    you writing your expert opinion wherein you write that

12    the polypropylene mesh does not contract?

13              MR. MORIARTY:  Objection, form.

14              Go ahead.

15              THE WITNESS:  Again, this is a dog

16         study, not a human study.  I'm not sure how

17         they determined that the -- whether the healing

18         process was the part that was involved more so

19         than the polypropylene shrink.  It's my opinion

20         that it's not the material itself that shrinks,

21         it's the live tissue that causes a decrease in

22         the surface area, and that's why we put in

23         things loosely, such as with the slings.

24    BY MR. RESTAINO:
```

Timothy Brian McKinney, M.D.

1          Q.       Turn to your expert report Page 17, the

2    second paragraph, and therein you write on the fifth

3    line on the right, "there is no literature to support

4    clinically significant mesh degradation in humans."

5                   Did I read that correctly?

6          A.       Yes.

7          Q.       And what do you mean when you say

8    "clinically significant mesh degradation"?

9          A.       That could ever be affecting the

10   integrity of the graft material.

11         Q.       And now in the next paragraph, the third

12   line starting towards the right you start off by

13   saying, "Furthermore, the mesh does not shrink."

14                  Do you see where I am now?  It's the

15   third paragraph down where you start off with, "Nor

16   have I seen a problem with Prolene Soft," that

17   paragraph.

18         A.       Yes.

19         Q.       Okay.  The third line on the right you

20   write, "Furthermore, the mesh does not shrink."

21                  Do you see that there?

22         A.       Yes.

23         Q.       And "it's the scar tissue that forms

24   after any pelvic surgery that contracts, and tissue

Timothy Brian McKinney, M.D.

1    incorporating into implanted mesh is no exception, but

2    the mesh itself does not contract.  Prolene is inert."

3                    Did I read that correctly?

4         A.      Yes.

5         Q.      Now, there aren't any references for

6    those opinions listed there, correct?

7         A.      Correct.

8         Q.      Can you give us objective evidence of

9    what you're relying upon for your opinion that first

10   the mesh does not shrink?

11        A.      Just my personal experience with it

12   that -- and from numerous communications and

13   educational talks through -- from meetings, but mainly

14   my personal experiences.

15        Q.      One of these table questions, can you

16   estimate for us the number of cases where you have

17   implanted polypropylene mesh either as a resident and

18   in the abdominal wall for hernia repair or a resident

19   through today in the pelvis and/or vagina?

20               MR. MORIARTY:  Including slings?

21               MR. RESTAINO:  Yes, including slings,

22        let's include slings.

23               THE WITNESS:  Definitely thousands of

24        procedures.

Timothy Brian McKinney, M.D.

```
 1    BY MR. RESTAINO:

 2         Q.    And of those procedures, can you give us

 3    an estimate of how many times you've had to take the

 4    mesh out?

 5         A.    As a complete explant, probably less

 6    than ten.

 7         Q.    10% or ten cases?

 8         A.    Ten cases.  And on the referral basis,

 9    well, for other people's mesh cases.

10         Q.    If we go back to the Klinge paper, first

11    page, you see the heading "Introduction"?

12         A.    Mm-hmm.

13         Q.    And four lines down on the right-hand

14    side he writes, "The appearance of dislocated mesh in

15    bladder and bowel (5, 6, 13) as well as the

16    histological examination of removed meshes have shown

17    that the incorporated alloplastic material is not inert

18    and causes a constant inflammatory response, folding

19    and shrinking."

20              Did I read that correctly?

21         A.    Yes.

22         Q.    Dr. Klinge has the references there I

23    mentioned 5, 6 and 13, correct?

24         A.    Correct.
```

Timothy Brian McKinney, M.D.

1        Q.      If you look at his references 5, 6 and

2   13, can you tell us whether you reviewed those articles

3   in preparation for writing your expert report?

4        A.      I can't recall.

5        Q.      Is it fair to say that you do not opine

6   upon those articles in your expert report as for

7   evidence, in fact, of shrinkage and an inflammatory

8   response?

9        A.      That's correct.

10        Q.      Was your residency in gynecological

11   surgery or urogynecological?

12        A.      My residency program was in gynecology.

13        Q.      And did you do a fellowship after that?

14        A.      I did.

15        Q.      And today do you hold yourself out as a

16   gynecological surgeon or a urogynecological or both?

17        A.      Both.

18        Q.      During any part of your residency and/or

19   fellowship, did you also train, go through general

20   surgery?

21        A.      I did not, other than rotations in

22   general surgery.

23        Q.      Would that be as intern, resident,

24   medical student?

Timothy Brian McKinney, M.D.

```
 1          A.      Intern.

 2          Q.      As a surgeon would you agree that the

 3   vagina is a complex anatomical and physiological

 4   environment, unlike any other part of the body?

 5          A.      Yes.

 6          Q.      And, as such, would you expect the

 7   vagina's postoperative response to be identical to the

 8   response to other body parts, for example, the back?

 9          A.      I couldn't comment on the back.

10          Q.      Okay.  Well, you know, where I'm going

11   with this, and it will save a little bit of time, as a

12   segue to this answer, you noted during glancing at the

13   Klinge report that this study was done in dogs,

14   correct?

15          A.      Correct.

16          Q.      In your review of internal documents and

17   medical literature, have you ever seen a study where

18   they took the mesh and they put it in the vagina of a

19   rat or a dog?

20                  MR. MORIARTY:  Objection.

21                  Go ahead.

22                  THE WITNESS:  Gosh, I know there have

23           been studies done with placing, but not so much

24           in rats but dogs.
```

Timothy Brian McKinney, M.D.

1   BY MR. RESTAINO:

2          Q.     In fact, it would have to be a very,

3   very small little mesh to be used in either the canine

4   or the murine vagina, correct?

5          A.     Very much so.

6          Q.     So would it surprise you to learn that

7   most, if not all of the studies that have looked at the

8   inert aspect of mesh and/or contractability of mesh

9   and/or safety of mesh have been done in animals by

10  putting it subfascially on their dorsum?

11         A.     It doesn't surprise me.

12         Q.     Now, as a physician and surgeon, you

13  took general anatomy in medical school, correct?

14         A.     Yes.

15         Q.     Is the dorsum of the back anything at

16  all like the complex environment of the human vagina?

17         A.     No.

18                MR. MORIARTY:  Objection.

19                Go ahead.

20                MR. RESTAINO:  I'm sorry, Matt.  Were

21        you done?

22                MR. MORIARTY:  I'm done.

23  BY MR. RESTAINO:

24         Q.     I'll come back to that in a moment.  If

Timothy Brian McKinney, M.D.

1    you turn back to the 2011 FDA safety update, you see

2    the bottom full paragraph on Page 2 it starts off with

3    "In order to better understand the use of surgical

4    mesh."

5             Do you see that?

6         A.    Yes.

7         Q.    And then it's "surgical mesh for POP and

8    SUI, the FDA conducted a systematic review of the

9    published scientific literature from 1996-2011 to

10   evaluate its safety and effectiveness."

11            Did I read that correctly?

12        A.    Yes.

13        Q.    And did you do a systematic review of

14   the literature prior to writing your expert report?

15        A.    I looked over a significant portion of

16   it that was, again, provided, and that was from

17   definitely covering that time period.

18        Q.    The next sentence there from this

19   paragraph states, "The review showed that transvaginal

20   POP repair with mesh does not improve symptomatic

21   results or quality of life over traditional non-mesh

22   repair."

23            Did I read that correctly?

24        A.    Yes.

Timothy Brian McKinney, M.D.

```
 1          Q.      And is that what your review of the

 2   literature revealed?

 3          A.      There are varied studies in there that

 4   show differently.

 5          Q.      In your expert report did you note

 6   anywhere that the FDA's analysis of the literature

 7   indicated that repair with mesh does not improve

 8   symptomatic results or quality of life over traditional

 9   non-mesh repair?

10          A.      I did not mention that.

11          Q.      Below that paragraph the FDA writes, "In

12   particular, the literature revealed that:  Mesh used in

13   transvaginal POP repair introduces risks not present in

14   traditional non-mesh surgery for POP repair."

15                  Did I read that correctly?

16          A.      Yes.

17          Q.      Do you agree or disagree with the FDA in

18   that statement?

19          A.      I sort of disagree in the fact that most

20   of the risk factors for any POP surgery are very

21   similar to those with graft materials and that the

22   traditional non-mesh surgeries have the added aspect of

23   increased risk of recurrences which adds another

24   dimension to the entire game of repair, which means
```

Timothy Brian McKinney, M.D.

1    that you're going in on scarred, changed anatomy and

2    trying to end up bringing back some quality of life for

3    these patients.

4         Q.     And what is the objective basis for that

5    opinion?

6         A.     My personal experience.

7         Q.     On the next page, Page 3 of 6, the third

8    bullet point down from the top the FDA writes, "while

9    transvaginal surgical repair to correct weakened

10   tissue," do you see where I'm reading from, sir?

11        A.     Yes.

12        Q.     "Between the bladder and vagina

13   (anterior repair) with mesh augmentation may provide an

14   anatomic benefit compared to traditional POP repair

15   without mesh, this anatomic benefit may not result in

16   better symptomatic results."

17               Did I read that correctly?

18        A.     Yes.

19        Q.     And do you agree or disagree with the

20   FDA with that statement?

21        A.     Again, that's why they're ending up

22   having the 522s going on to be able to evaluate better

23   because there really is not a tremendously wonderful

24   literature out there, and they're basically emphasize

Timothy Brian McKinney, M.D.

1    anatomical benefit may not.  It may indeed be better

2    and -- the anatomical benefit, yes.

3            Q.     And what is the objective basis for your

4    belief that it may, in fact, be better?

5            A.     Personal.

6            Q.     And for anyone who is reading the

7    deposition --

8            A.     As well as some of the literature that's

9    out there from other studies that are nonprospective,

10   randomized trials.

11           Q.     What is the prospective randomized

12   control trial that you just mentioned?

13           A.     It is considered the gold standard of

14   how to end up having the best category of research

15   done.

16           Q.     Okay.  And just returning back to what

17   we were talking there, just so that the record is clear

18   also, can you briefly describe the difference, if any,

19   between anatomic benefit and symptomatic benefit?

20           A.     You'd hope that they would be one in the

21   same, but they're different.

22           Q.     So could there be a scenario wherein

23   anatomically the surgery is a complete success, but

24   symptomatically the patient is still in pain?

Timothy Brian McKinney, M.D.

```
1              MR. MORIARTY:  Objection.

2              Go ahead.

3              THE WITNESS:  I can tell you that in my

4        training and residency, my attendings all said

5        it was a success so long as the vagina didn't

6        show outside the introitus, didn't matter

7        whether they were incontinent of feces, urine

8        or couldn't have sex.  It was a success because

9        it went away.  That to me was not an anatomical

10       or a quality of life piece, so, yes, there's

11       differences.

12  BY MR. RESTAINO:

13       Q.    Now, we have discussed your opinion, as

14  you wrote in your expert report, that polypropylene is

15  inert, correct?

16       A.    Correct.

17       Q.    And that is your opinion, as you sit

18  here today?

19       A.    Correct.

20             MR. RESTAINO:  I'm going to have marked

21       as McKinney next an article whose title is

22       "Polypropylene as a reinforcement in pelvic

23       surgery is not inert: comparative analysis of

24       100 explants."  Lead author's last name is
```

Timothy Brian McKinney, M.D.

```
1           Clavé published 2010, International
2           Urogynecological Journal.
3               (Document marked for identification as
4           McKinney Deposition Exhibit No. 8.)
5     BY MR. RESTAINO:
6           Q.      Doctor, have you seen this article
7     before?
8           A.      I have.
9           Q.      And you recognize the lead author's name
10    Clavé, if that's how it's pronounced?  My apologies to
11    the French.
12          A.      I'm not -- personally do not know
13    Arnaud.
14          Q.      Do you know if he has ever held an
15    educational position for Ethicon Europe?
16          A.      Don't know.
17          Q.      Prior to writing your report, did you
18    review this article?
19          A.      At one point in time, I read it.  It's
20    in the International Urogyn Journal.  I don't know.  I
21    have to refer to on my material list, but there's so
22    many papers that I've read.  I don't believe it's part
23    of my listing, but I read it.
24          Q.      If you look at the conclusion of this
```

Timothy Brian McKinney, M.D.

1    study and the abstract they write, "This is the first

2    study to evaluate synthetic implants used in a vaginal

3    approach for pelvic floor reinforcement.  The study

4    provides evidence contrary to published literature

5    characterizing PP as inert in such application."

6              Did I read that correctly?

7         A.     Yes, you have.

8         Q.     In your expert report where you write

9    polypropylene is inert, do you mention that there are

10   contrary opinions in the peer-reviewed published

11   literature?

12        A.     I do not.

13        Q.     In preparation for writing your report,

14   do you recall seeing an article by a lead author Cozad

15   titled "Materials characterization of explanted

16   polypropylene, polyethylene, terephthalate, and

17   expanded polytetrafluoroethylene composites: spectral

18   and thermal analysis."

19              Does that sound familiar?

20        A.     Does not.

21        Q.     Do you recall an article Costello, et

22   al. titled "Materials characterization of explanted

23   polypropylene hernia meshes" published in the Journal

24   of Biomedical Materials and Applied Materials,

Timothy Brian McKinney, M.D.

```
1    August 2010?

2         A.      I do not.

3         Q.      Do you recall an article by Ostergard

4    titled degradation, infection and heat effects of

5    polypropylene mesh for pelvic implantation: what was

6    known and when it was known in the International

7    Urogynecological Journal, 2011.

8                Does that sound familiar?

9         A.      Yes.

10        Q.      Did you review that?

11        A.      I've read it at one point.  I did not

12   review it in reference to this itself.

13        Q.      None of these articles are reported upon

14   as a contrary opinion to your stated expert opinion

15   that polyurethane is inert, correct?

16        A.      Well, in this particular paper, I mean,

17   these are explants which by definition are manipulated

18   materials that are out there.  These have been pulled

19   out of the body.  They've gone through a series of

20   chemicals to try to end up getting rid of all the

21   tissue that's surrounding them to end up looking at

22   them.  So there's trauma that can end up being done to

23   that entire mesh material just from the process

24   involved to try to get these out.
```

Timothy Brian McKinney, M.D.

```
1            Q.      With that in mind, you wouldn't expect

2    that, for lack of a better term, explantation trauma

3    and cleansing to wash away the inflammatory cells that

4    are about the mesh itself, would you?

5            A.      Would I expect them to be washing out?

6            Q.      Yes, and removing inflammatory cells?

7            A.      I don't know their technique for how

8    they were doing all this.  Again, I'd need to read

9    carefully into the article a little bit more

10   thoroughly.

11           Q.      Now, if we turn to your report, Page 8.

12   In the middle of the paragraph or middle of the page,

13   you have an indented paragraph that starts off with

14   "Animal studies show that implantation of Prolene mesh

15   elicits a minimal to slight inflammatory reaction."

16                   Do you see that?  It's on Page 8 right

17   in the middle of your page, and if you look actually at

18   the line above that, it looks like you're quoting

19   directly from the IFU.

20                   Do you see where I am, sir?

21           A.      Yes.

22           Q.      When you write that, what animal studies

23   are you relying upon?

24           A.      It was the studies that were presented
```

Timothy Brian McKinney, M.D.

1    to me from the company studies.

2           Q.     You mentioned that the Klinge study, you

3    noted, was a dog study, and you said that in such a way

4    like, well, it's a dog study so it doesn't directly

5    relate to the female vagina and the human.  That would

6    apply to these dog studies or animal studies also,

7    would they not?

8           A.     Again, these are an attempt to

9    extrapolate to a human experience, and it's

10   unfortunately one of the guides that we have for doing

11   some pre-research.

12          Q.     And I had said or warned that we would

13   come back to the difference between the dorsum of an

14   animal and the complex environment of the human vagina,

15   but there are different stresses put upon mesh when

16   it's implanted subfascially on the back of a dog or

17   rodent as compared to mesh that's put in a vagina,

18   wouldn't you agree?

19          A.     The whole purpose of placing these into

20   that region is because there's been so much in the

21   process of stresses and recurrences because of the

22   anatomical nature of the vagina.  There are multiple

23   things that can affect the ability for that tissue to

24   function while unprotected.  One is the bone, two is

Timothy Brian McKinney, M.D.

1    muscle, which is supplied by nerves, which if there's

2    muscular damage, I don't care how good the fascia is,

3    it's going to fall apart.  So you have to augment to

4    bypass the normal anatomical part, and, unfortunately,

5    we're left with trying to supplement that, and it seems

6    at this point we have a good substance.  It isn't

7    perfect.  I wish we had a perfect substance, but at

8    this point Prolene is what we've got.

9           Q.    Now, polypropylene mesh that's implanted

10   in the dorsum of a dog or a rat is, in fact, implanted

11   on the transverse plane, agreed, within the back

12   itself?

13          A.    That's what you're saying, yes.

14          Q.    And any stresses on it, whether north,

15   south, east or west, in essence, are linear stresses,

16   correct?

17          A.    Depends.

18          Q.    Okay.  But in the female pelvis, it's

19   multidimensional stresses, including transverse plane,

20   frontal plane, sagittal plane.  There's entirely

21   different nonlinear stresses placed upon mesh in the

22   pelvis as compared to the dorsum of the back, wouldn't

23   you agree?

24                MR. MORIARTY:  Objection.

Timothy Brian McKinney, M.D.

```
1              Go ahead.

2              THE WITNESS:  I think there's stresses

3        on all the tissue surrounding in the vagina are

4        multiple axes.

5    BY MR. RESTAINO:

6        Q.    Are you familiar with the term

7    viscoelastic?

8        A.    Not so much viscoelastic, but what do

9    you mean by viscoelastic?

10        Q.    Well, if a material is placed within the

11    pelvis itself, would the forces on it be viscoelastic,

12    and if you're not familiar with that term --

13        A.    I'm not.

14        Q.    Then I'll move on.

15              Is the tissue in the female pelvis

16    homogenous or heterogenous, different tissues?

17        A.    Hetero.

18        Q.    And would you agree that the tissue on

19    the dorsum of the back is homogenous.  You've got

20    fascia and you've got muscle?

21        A.    I don't know whether that would be

22    considered -- there are so many variations.

23        Q.    Would you agree -- would you describe

24    the female pelvis region as a tension-free zone?
```

Timothy Brian McKinney, M.D.

```
 1                   MR. MORIARTY:  Objection, form.

 2                   But go ahead.

 3                   THE WITNESS:  No.

 4    BY MR. RESTAINO:

 5          Q.     There are tensions that are present on

 6    multiple axes in the pelvis just through the process of

 7    lying down, having sex, getting up, standing, walking,

 8    correct?

 9          A.     That is correct.

10          Q.     And all those forces can tug on mesh in

11    multiple ways, whether it's sagittally or on frontally

12    or transversely, correct?

13          A.     Tugs on all of the tissues.

14          Q.     Have you seen terms that -- declaration

15    or claims by Ethicon that the Gynecare mesh and Prolift

16    mesh are tension free?

17          A.     That's a literal term, which they're

18    trying to end up explaining that things should be non

19    -- shouldn't be placed in for your esthetics eye's

20    view, tight.  You're supposed to put them in more

21    relaxed.

22          Q.     Would you agree that any claim that a

23    mesh placed within the pelvis is tension free is just

24    scientifically unsound?
```

Timothy Brian McKinney, M.D.

```
 1               MR. MORIARTY:  Objection.

 2               THE WITNESS:  That is not -- it's a

 3          descriptive term for loosely placed versus tied

 4          tight like a trampoline.  You want it to be

 5          able to have the ability to be incorporated and

 6          have some movement to it.

 7   BY MR. RESTAINO:

 8          Q.   If you would turn now again in your

 9   expert report to Page 10, you have a paragraph "c. The

10   Safety and Efficacy of Prolene™ Soft/Gynemesh PS Mesh."

11               Do you see where I am, sir?

12          A.   Yes.

13          Q.   And underneath it you write, "Review of

14   scientific reports of the use of Gynemesh and pelvic

15   reconstructive surgery date back to 2001."

16               Did I read that correctly?

17          A.   That is correct.

18          Q.   And how do you know that?  Is that from

19   your own review of the literature on PubMed?

20          A.   It was from the presentations provided.

21          Q.   Provided by whom?

22          A.   Within -- as well as my own knowledge of

23   the literature at that point.

24          Q.   Okay.  Now, you next write, and I
```

Timothy Brian McKinney, M.D.

```
 1   believe it's a person's name, it's "De Tayrac described
 2   36 patients undergoing cystocele repair using Gynemesh
 3   with 13 month follow-up and 100% success with one mesh
 4   excision under local anesthesia for non-symptomatic
 5   exposure," reference 3.
 6              Did I read that correctly?
 7        A.    That is correct.
 8        Q.    And looking at your reference 3 down
 9   below it does says "De Tayrac R, et al., Cystocele
10   Repair with a Fixation-Free Prosthetic Polypropylene
11   Mesh. Abs. 2001."
12              Did I read that correctly?
13        A.    Yes.
14        Q.    I searched for this article on PubMed
15   and was unable to find it.  Is this a published
16   peer-reviewed article you relied upon?
17        A.    It was an abstract.
18        Q.    An abstract from a presentation or a
19   poster session or -- where is the abstract from?
20        A.    Again, that was a --
21              MR. RESTAINO:  Matt, it's capital D-e --
22              THE WITNESS:  It's in the list.
23              MR. MORIARTY:  It's Number 11 in his
24        binder.
```

Timothy Brian McKinney, M.D.

1          MR. RESTAINO:  Could you just share with

2     us whether, in fact, it's an abstract.

3          MR. MORIARTY:  It is an abstract.

4          MR. RESTAINO:  Okay.

5  BY MR. RESTAINO:

6          Q.    Are abstracts classically peer reviewed?

7          A.    No.  They are reviewed by the committees

8  before they're allowed to be presented, and so there is

9  a group of physicians that analyze and see whether or

10  not it qualifies to end up being an abstract.

11  Depending upon which meeting it's at, there could be

12  anywhere from 70% of the abstracts that get rejected to

13  a few more, but, no, it is not a full peer reviewed.

14          Q.    Then, as we read, this abstract

15  discusses 36 patients that underwent just cystocele

16  repair using Gynemesh, correct?

17          A.    Correct.

18          Q.    Do you consider that a large study?

19          A.    No.

20          Q.    Do you consider that a small study?

21          A.    I consider that a lot of the literature

22  up until more recent literature have been sparse, let's

23  put it that way.

24          Q.    Do you consider 13-month follow-up to be

Timothy Brian McKinney, M.D.

```
 1   long-term follow-up?

 2         A.      No.

 3         Q.      And I'm confused when you and/or he

 4   write, "100% success with one mesh excision under local

 5   anesthesia for non-symptomatic exposure."

 6                 First, do you have an understanding what

 7   he means by non-symptomatic exposure?

 8         A.      Meaning that the patient wasn't

 9   experiencing any discomfort, maybe was or wasn't

10   sexually active and partner wasn't, I don't have the

11   full definition of that.

12         Q.      Well, if there's a mesh excision for a

13   pathological condition whether symptomatic or not, but

14   one that requires a surgery, even under local

15   anesthesia, I'm a little confused how you and/or he

16   then say it's 100% success rate?

17         A.      Well, the success depends upon your

18   definition of it.  If you're not having urinary, fecal

19   incontinence and things are, from the patient's

20   standpoint, comfortable, patient comes into your

21   office, you see an exposure of a piece of -- or corner

22   of a graft and you're able to -- much like in a case

23   where you have native tissue and you see a suture and

24   all you had to do was inject it and under local
```

Timothy Brian McKinney, M.D.

1    anesthesia trim that edge, like you pull out a suture,

2    that I'd consider a -- not a problem.

3              Since this is under local anesthesia,

4    nonsymptomatic exposure, meaning the patient wasn't

5    saying, oh, I've got problems.  You just incidentally

6    found it under examination, were able to take care of

7    it, yeah, I think that it's not a problem.

8         Q.    But, actually, states one mesh excision,

9    doesn't say the mesh was trimmed or otherwise repaired,

10   my reading of it is the mesh came out.

11             Am I reading that incorrectly?

12        A.    I think it's incorrect.

13        Q.    My reading is incorrect?

14        A.    Excision meaning not explant, excision

15   meaning removal, like I'd do an excision of the suture

16   material that had been spit or formed a sinus tract.

17   Sinus tract is a little bit more difficult to do in the

18   office, but extrusion, spit.

19        Q.    And forgive me, I'm not trying to be

20   difficult, I haven't read the abstract itself, is it

21   your knowledge, in fact, that De Tayrac trimmed the

22   mesh or took out the entire mesh, or you don't know?

23        A.    I wouldn't know.  In my hands, if I was

24   going to in the office, I would be doing an excision of

Timothy Brian McKinney, M.D.

1    the exposed graft.  If it was me in the office, saw an

2    edge of the graft exposed past the skin, I would trim

3    that and potentially undermine the skin there to get a

4    deeper excision of that graft edge, and I would do it

5    with a local injection of Lidocaine, such as described

6    here.  That's what I envision that this individual did

7    as well.

8              Q.    Now, you were a consultant to AMS

9    shortly after or during or after the 2011 period of

10   time?

11             A.    I was.

12             Q.    And in 2011, in addition to the update

13   that we've been reviewing found on the web page, the

14   FDA also published what I'll -- to differentiate what

15   we've been looking at, I'll call this a monograph, with

16   your permission.  I'll show it to you as soon as we

17   have it marked as next.

18                  (Document marked for identification as

19             McKinney Deposition Exhibit No. 9.)

20   BY MR. RESTAINO:

21             Q.    Have you seen this before?

22                  MR. RESTAINO:  While you're glancing

23             through that, Matt, how are we doing for time,

24             do we need a break?

Timothy Brian McKinney, M.D.

```
1                    THE WITNESS:  I need a break.

2                    (Brief recess taken at 10:37 a.m.)

3                    (Deposition resumes at 10:45 a.m.)

4                    MR. RESTAINO:  Well, by the stipulation

5              and court order and by my notes, we have about

6              an hour to go, so we'll get you out of here.

7    BY MR. RESTAINO:

8         Q.    If you take a look at that document that

9    I just handed to you, the July 2011 FDA monograph

10   titled "Urogynecologic Surgical Mesh:  Update on the

11   Safety and Effectiveness of Transvaginal Placement for

12   Pelvic Organ Prolapse," and if you turn to Page 3, you

13   see the "Executive Summary."

14                   You see that, sir?

15        A.    Yes.

16        Q.    And the second paragraph there's

17   language that was very similar to what I will call the

18   web-based safety update, where they write, "The FDA

19   also conducted a systematic review of the scientific

20   literature to learn more about the safety and

21   effectiveness of POP and SUI using surgical mesh.  The

22   FDA determined that (1) serious adverse events are NOT

23   rare, contrary to what was stated in the 2008 PHN, and

24   (2) transvaginally placed mesh and POP repair does NOT
```

Timothy Brian McKinney, M.D.

1    conclusively improve clinical outcomes over traditional

2    non-mesh repair."

3                    Did I read that correctly?

4         A.     Yes.

5         Q.     And you would agree that, essentially,

6    by definition, if they did a systematic review that

7    they are opining upon in July of 2011, the articles had

8    to be published prior to July 2011, would you agree?

9         A.     I would think so.

10        Q.     And so, therefore, anything published

11   prior to 2011 would also be available for you to review

12   prior to writing your expert report, correct?

13        A.     Yes.

14        Q.     Now, does your expert report state at

15   any time that in 2011 the FDA determined that the

16   serious adverse events are not rare?

17        A.     Well, again, it doesn't specify

18   completely what the serious adverse events are, but it

19   has a lot of interpretation there, and it doesn't -- in

20   my expert opinion, I don't think it differs that far

21   from what I had experienced on the non-mesh repairs, so

22   it doesn't differentiate that aspect either.

23        Q.     What is the objective basis for your

24   opinion it doesn't differentiate much from the non-mesh

Timothy Brian McKinney, M.D.

1    repair?

2           A.     It's from readings as well as my own

3    personal experience.

4           Q.     And when you say "reading," can you be

5    more specific?

6           A.     Some of the past literature, historic

7    literature on that as well as my experience from

8    residency and my personal experiences with dealing with

9    native tissue repairs.

10          Q.     Now, when you say the past literature,

11   historic literature, then this would be literature that

12   was also available for the FDA to see when they

13   looked -- when they did their systematic review,

14   correct?

15          A.     Well, they don't differentiate between

16   non-mesh and mesh when they're calling serious events

17   rare, they don't specify that this is in relationship

18   to.  It is just saying that there are some other events

19   that are not rare.

20          Q.     Well, the sentence above they say that

21   their systematic review was looking at the safety and

22   effectiveness of POP and SUI using surgical mesh?

23          A.     Correct.

24          Q.     So wouldn't your understanding be when

Timothy Brian McKinney, M.D.

1    they're talking about serious adverse events not being

2    rare, it's the serious adverse events not rare

3    associated with the use of mesh, would you agree?

4           A.     That is correct, but it isn't

5    distinguishing between what goes on in native tissue as

6    well, and that's why they've later now are recommending

7    that we have these comparator studies between native

8    tissue and mesh to distinguish whether there is an

9    advantage and benefit because there's not enough good

10   literature out there.

11          Q.     Do you discuss this opinion and finding

12   by the FDA in your expert report as it relates to the

13   native repair?

14          A.     I've discussed the fact that I didn't

15   feel like there was a tremendous difference between

16   meshes and native tissue repairs from that standpoint,

17   that I felt that the mesh materials held up better than

18   native tissue and had less recurrence rates, and from

19   that standpoint, I've discussed that in my expert

20   report.

21          Q.     And what is the objective basis for your

22   opinions that they hold up better than the native

23   tissue and have less recurrent rates?

24          A.     My own personal, as well as some of the

Timothy Brian McKinney, M.D.

1    literature that I stated in there.

2           Q.    Okay.  But this literature is the

3    peer-reviewed published literature?

4           A.    Yes.

5           Q.    So that literature would be available --

6           A.    Yes.

7           Q.    -- if it was published prior to

8    July 2011 to the FDA?

9           A.    Yes.

10          Q.    Okay.  Then the second aspect of this

11   paragraph Number 2, "transvaginally placed mesh in POP

12   repair does NOT conclusively improve clinical outcomes

13   over traditional non-mesh repair," once again, not

14   being capitalized by the FDA, correct?

15          A.    That is correct.

16          Q.    And do you disagree with the FDA in that

17   statement?

18          A.    I believe that there isn't as many

19   prospective, randomized studies that are out there.

20   There isn't as good of literature as it should be, and

21   so the FDA had to rely on what was available.

22          Q.    As do you?

23          A.    As do I.

24          Q.    If we turn to Page 8 of this monograph,

Timothy Brian McKinney, M.D.

1    the FDA has a session there titled "Safety."

2             Do you see that, sir?

3        A.     Yes.

4        Q.     And the first bullet point is "Patients

5    who undergo POP repair with mesh are subject to

6    mesh-related complications that are not experienced by

7    patients who undergo traditional surgery without mesh

8    [7-9, 15, 16, 19-24]."

9             Did I read that correctly?

10       A.     You have.

11       Q.     Would you agree that as a physician and

12   surgeon, your primary responsibility to your patients

13   is their safety?

14            MR. MORIARTY:  Objection.

15            Go ahead.

16            THE WITNESS:  Repeat the question again.

17       I was just going over this.

18   BY MR. RESTAINO:

19       Q.     Sure.  Would you agree that as a

20   physician and surgeon, your primary responsibility to

21   your patients is their safety?

22            MR. MORIARTY:  Objection.

23            Go ahead.

24            THE WITNESS:  Mine is to do no harm.

Timothy Brian McKinney, M.D.

```
 1    BY MR. RESTAINO:

 2         Q.     That was going to be my next question.

 3                The next bullet point by the FDA states,

 4    "Adverse events associated with transvaginally placed

 5    mesh can be life-altering for some women [13, 14, 17].

 6    Sequelae (e.g., pain) may continue despite mesh

 7    removal."

 8                Did I read that correctly?

 9         A.     Yes.

10         Q.     Do you agree with the FDA that

11    mesh-related complications can be life-altering for

12    some women?

13                MR. MORIARTY:  Objection, form.

14                Go ahead.

15                THE WITNESS:  I believe that

16         reconstructive surgery can be life-altering for

17         women.  I mean, they can start off with pain

18         with relations and problems, and they can get a

19         repair and continue with problems or worsening

20         of their problems, especially if they have

21         underlying pain syndromes prior to it.

22                It's the allodynic effect that's just

23         take off in a negative direction, or if they

24         have underlying other diseases, interstitial
```

Timothy Brian McKinney, M.D.

```
1            cystitis, vulvodynia vaginismus, these are all
2            things that are adversely affected by stress,
3            trauma of any kind of surgery, but, yes, that
4            it can continue after you've tried to correct
5            whether it's native tissue or mesh.
6   BY MR. RESTAINO:
7            Q.    And do you agree when they say that the
8   sequelae may continue despite mesh removal?
9            A.    I believe pain syndromes in women get
10  very complex the longer they've been there, whether
11  it's with mesh, whether it's IC, and the longer it
12  happens, the more recruitment of nerves and the more
13  allodynia that occurs.  It's a vicious cycle.
14           Q.    And the pain cycle you're referring to,
15  is that a pathological syndrome in the pelvis itself or
16  psychological syndrome?
17           A.    Multiple facets, but it's a recruitment
18  of silent nerves within the pelvic region that sat
19  there dormant for years and helped regulate, so there's
20  about 85% of the nerves in the pelvis are silent
21  efforts.
22           Q.    I didn't notice in your report that you
23  indicated adverse events associated with transvaginally
24  placed mesh can be life-altering for some women.
```

Timothy Brian McKinney, M.D.

1               Do you have that opinion?

2      A.     I have an opinion that any

3  reconstructive surgery can end up being life-altering

4  as far as if you don't have the perfect outcome.

5      Q.     The next bullet point says,

6  "Mesh-associated complications are not rare.  The most

7  common mesh-related complication experienced by

8  patients undergoing transvaginal POP repair with mesh

9  is vaginal mesh erosion," with multiple references

10  listed there.

11               Did I read that correctly?

12      A.     That is correct.

13      Q.     And do you agree that the most common

14  mesh-related complication in these women is vaginal

15  mesh erosion?

16      A.     The literature does agree with that.

17      Q.     Do you state that anywhere in your

18  expert report?

19      A.     I've commented on mesh erosion being a

20  part of the risk factors of putting in mesh or putting

21  in sutures.  Is that major life-altering for every

22  single woman?  In my hands, the majority of these are

23  treated either by way of conservative management with

24  estrogen vaginal cream, trimming in the office or, as

Timothy Brian McKinney, M.D.

1    you called it, excision in the office under local

2    anesthesia or, in rare situations, needing to have them

3    removed within an OR setting.

4         Q.    Reference 7 that the FDA relies upon as

5    the basis for their opinions that we've been discussing

6    about erosion, et al. is an article by Iglesia?

7         A.    Yeah, Cheryl.

8         Q.    Et al.  "Vaginal mesh for prolapse:  A

9    randomized controlled trial."

10             I did not see this study in your expert

11   report or your reliance list.  Did you review it prior

12   to writing your report?

13        A.    I've read it in the past.

14        Q.    This is, as we discussed earlier, a

15   randomized controlled trial which you described, I

16   believe, as the gold standard?

17        A.    It's a way in which to look at

18   literature for research.

19             MR. RESTAINO:  I'm sorry, Matt.

20             MR. MORIARTY:  I was going to use the

21        word objection.  Go ahead.

22   BY MR. RESTAINO:

23        Q.    The next reference is reference Number 8

24   an article written by Withagen, et al. titled

Timothy Brian McKinney, M.D.

```
 1    "Trocar-guided mesh compared with conventional vaginal

 2    repair in recurrent prolapse: a randomized controlled

 3    trial."

 4                    Now, this one is within your reference

 5    29, Page 16 of your report.  Do you recall this

 6    article?

 7         A.    I do.

 8         Q.    And, once again, it is a randomized

 9    controlled trial, according to the title, correct?

10         A.    Correct.

11         Q.    On Page 16 of your report where you're

12    using reference 29 you write that "As set forth above,

13    the efficacy and safety of the Ethicon's Prolene Soft

14    mesh is well-reported.  It was incorporated into

15    Ethicon's Prolift device, which was the most studied

16    mesh kit for pelvic organ prolapse treatment, and

17    again, the studies showed high success rates with

18    minimal complications." Reference 29.

19                    Did I read that correctly?

20         A.    I was on 15 -- I was on 16, you were

21    reading from 15.  Yes.

22         Q.    So you're using this randomized,

23    controlled trial for the basis that the studies show a

24    high success rate with minimal complication, yet the
```

Timothy Brian McKinney, M.D.

1  FDA is using this randomized, controlled trial for the

2  basis that the most common mesh-related complication

3  experienced by patients undergoing transvaginal POP

4  repair with mesh is vaginal mesh erosion, correct?

5         A.    That is correct.

6         Q.    Now, returning to the FDA monograph, the

7  next reference is their Number 9 is an article by

8  Nieminen titled "Outcomes after anterior vaginal wall

9  repair with mesh: a randomized, controlled trial with a

10  3 year follow-up."

11              By its title, this is another of the

12  gold standard RCTs that you mentioned?

13         A.    It is an attempt, yes.

14         Q.    And this was published in American

15  Journal of Obstetrics and Gynecology, 2010, correct?

16         A.    Correct.

17         Q.    I did not see this in your reference

18  list or your expert report either.  Is there a reason

19  you did not include this randomized, controlled trial?

20              MR. MORIARTY:  Objection, go ahead.

21              THE WITNESS:  Just was overlooked.

22  BY MR. RESTAINO:

23         Q.    Do you know the -- have you ever

24  reviewed this article?

Timothy Brian McKinney, M.D.

1          A.     I'm sure I have read it briefly, but I

2   can't recall it right today.

3          Q.     Sure.  The next reference relied upon by

4   the FDA there is Number 15, Rardin, et al. titled "New

5   considerations in the use of vaginal mesh for prolapse

6   repair" published in the Journal of Minimal Invasive

7   Gynecology, 2009.

8                 Did I read that correctly?

9          A.     Yes.

10         Q.     I did not see this one in your expert

11  report or your reliance list either.

12                Do you recall reviewing this article?

13                MR. MORIARTY:  Objection.

14                Go ahead.

15                THE WITNESS:  I can't remember the

16         article, and I know Dr. Rardin very well, but I

17         can't recall what was mentioned within that

18         article.

19  BY MR. RESTAINO:

20         Q.     Okay.  The next reference being relied

21  upon by the FDA is Number 16, Miller D, et al.

22  "Prospective clinical assessment of the transvaginal

23  mesh (TVM) technique for treatment of pelvic organ

24  prolapse - 5 year results," published in FPMRS, 2011.

Timothy Brian McKinney, M.D.

```
1                    Now, I did see that you listed this

2    article on Page 12 of your report, and describing the

3    article you write that the mesh erosion rate in this

4    study was 19%.

5                    Do you recall that?

6         A.    Yes.

7         Q.    Do you consider 19% to be a high

8    complication rate?

9                    MR. MORIARTY:  Objection, form.

10                   Go ahead.

11                   THE WITNESS:  It's not so much that it's

12             a complication.  It's an exposure of which in

13             my hands, majority of those down to less than

14             5% are cured just by way of treating with

15             hormone replacement, estrogen replacement, and

16             so is that a large percentage?  It depends upon

17             the treatment that was accomplished with it.

18   BY MR. RESTAINO:

19        Q.    You know, if we were to exclude

20   life-threatening conditions and/or trauma, can you

21   think of a surgical procedure that carries with it a

22   known 19% complication rate?

23        A.    There's been reports with native tissue

24   that have caused dyspareunia, I mean, that was -- the
```

Timothy Brian McKinney, M.D.

1    standard was about 20% to 40% in the literature for

2    just regular native tissue repairs.  It's unfortunate

3    but it's a very difficult problem that women face, and

4    it's the reason why we started looking for any way in

5    which we could end up helping to prevent recurrences of

6    these things, and that's why this whole investigation

7    of utilizing these products and Ostergard was using

8    Gortex because of the frustrations, so he was putting

9    in that before we knew that that was a nasty material.

10   It's just a very tough time.

11           My mentor is Glenn Hurt.  He and I

12   taught together in a number of courses.  He was using

13   fascia from cadaverics but that absorbed and it was

14   also difficult and also came with the risk factors, but

15   this is all evolving.  It's a very important avenue to

16   try to end up helping these women, and this was the

17   best thing.

18           Q.    But at least as of July 2011, it was the

19   FDA's opinion that the complications with

20   mesh-associated repair exceeded the complications with

21   native repair, wouldn't you agree?

22                 MR. MORIARTY:  Objection.

23                 THE WITNESS:  It didn't say that.

24                 MR. MORIARTY:  Go ahead.

Timothy Brian McKinney, M.D.

```
1                 THE WITNESS:  They didn't say that.

2    BY MR. RESTAINO:

3           Q.    Okay.  Continuing on looking at this

4    section, then they have references 19 to 24, and if you

5    just turn to the back or to their reference list, you

6    can see I'm not going to go through each one of them,

7    but 19 through 24, they're the six articles there, can

8    you tell me if any of those articles are mentioned in

9    your expert report?

10                MR. RESTAINO:  You know, let me point

11           out one thing and apologize, this one does have

12           a Maher, C et al., which is different from a

13           Maher that's listed in your reliance list, but,

14           Matt, I believe you said there was another

15           Maher included.  Just so the record is clear,

16           are they one in the same as here?

17                MR. MORIARTY:  The Maher referred to in

18           footnote 22 to Exhibit 9 was published in 2010.

19           The Maher I referred to at the beginning of

20           this deposition concerning his reliance list

21           and the Notice of Deposition was a 2016 update

22           to footnote 22.

23                MR. RESTAINO:  Okay.

24    BY MR. RESTAINO:
```

Timothy Brian McKinney, M.D.

1      Q.      So, again, Doctor, going back to my

2  original question then.  For references 19 through 24,

3  do you recognize any of those articles which the FDA

4  relies upon?

5      A.      Not in my review, I know at least one of

6  those papers.

7      Q.      Okay.  If we return to the monograph,

8  Page 8, the fourth bullet point the FDA writes, "More

9  than half of the women who experienced erosion from

10  non-absorbable synthetic mesh required surgical

11  excision in the operating room.  Some women required

12  two to three additional surgeries," reference 23.

13          Did I read that correctly?

14      A.      Yes.

15      Q.      Do you have any objective basis for

16  which to disagree with the FDA with their analysis that

17  half of the women who experienced erosion from

18  non-absorbable synthetic mesh required surgical

19  excision in the operating room.  Some of the women

20  requiring two to three additional surgeries?

21          MR. MORIARTY:  Objection, form.

22          THE WITNESS:  I don't know exactly where

23      they -- from one paper they're citing only

24      Abed.

Timothy Brian McKinney, M.D.

```
 1    BY MR. RESTAINO:

 2         Q.    Is that Abed study mentioned in your

 3    expert report or your reliance list?

 4         A.    I did not, so I can't comment explicitly

 5    on that.  I can only comment from my own experience,

 6    and that definitely is not what Abed -- that statistic

 7    seems rather high.

 8         Q.    Would you agree that the Abed article,

 9    and if you're looking at the reference 23, which I'll

10    come back to, 23 Abed et al., "Incidence and management

11    of graft erosion, wound granulation, and dyspareunia

12    following vaginal prolapse repair with graft materials:

13    a systematic review."  International Journal of

14    Urogynecologic Journal, 2011.

15              This is a peer-reviewed systematic

16    review, correct?

17         A.    It's just a review.

18         Q.    But with it being published in this

19    journal, do you subscribe to this journal?

20         A.    Yes, I do.

21         Q.    Have you ever published in this journal?

22         A.    Yes.

23         Q.    Is it your understanding it's a

24    peer-reviewed journal?
```

Timothy Brian McKinney, M.D.

```
1            A.      Yes.

2            Q.      Safe to assume that this systematic

3    review was peer reviewed?

4            A.      Yes, but it's not his own research, it's

5    just a review article.

6            Q.      Understood.  And your analysis of your

7    own patients when you state that in your hands the

8    complication rate is not what the FDA and/or Abed is

9    reporting, is your personal experience peer reviewed?

10           A.      No.

11           Q.      The next bullet point is "Mesh

12   contraction, causing vaginal shortening, tightening,

13   and/or vaginal pain in association with transvaginal

14   POP repair with mesh, is increasingly reported in the

15   literature," two references, 13 and 17.

16                   Did I read that correctly?

17           A.      Yes.

18           Q.      If you look at 13, it's lead author

19   Caquant, title of "Safety of Transvaginal Mesh

20   Procedure: retrospective study of 684 patients."

21                   Now, you discussed this on Page 12 of

22   your report, correct?

23           A.      Yes.

24           Q.      However, the FDA is relying upon this
```

Timothy Brian McKinney, M.D.

1    article as one of the articles to support their opinion

2    that -- regarding the mesh contraction, correct?

3           A.     That is what it's saying in here, yes.

4           Q.     And yet you state in your expert report

5    that the mesh itself does not contract, correct?

6           A.     Yes.

7           Q.     Did you -- looking at reference 17 it's

8    by Feiner, B et al., and this article is titled

9    "Vaginal mesh contraction: definition, clinical

10   presentation, and management."  Obstetrics Gynecology,

11   2010.

12               Have you discussed the Feiner article?

13          A.     I have not.

14          Q.     Do you recall seeing the Feiner article?

15          A.     I don't recall it.

16          Q.     Now, if we look, returning to the FDA

17   monograph, the next bullet point is "New onset SUI has

18   been reported to occur more frequently following mesh

19   augmented anterior repair compared to traditional

20   anterior repair without mesh," reference 12.

21               Did I read that correctly?

22          A.     Yes.

23          Q.     Reference 12 is a paper by Altman, et

24   al. titled "Anterior Colporrhaphy versus Transvaginal

Timothy Brian McKinney, M.D.

1    Mesh for Pelvic Organ Prolapse," published in the New

2    England Journal of Medicine, 2011.

3              And, once again, you do list this

4    article in that large reference number 29 on Page 16 of

5    your report.

6              Do you recall that?

7         A.    I didn't remember the Altman name.

8         Q.    The language you use starts, as I

9    recall, on Page 15, continues on to 16 and then it's

10   reference 29.

11        A.    Okay.  Yes.

12        Q.    Now, the FDA is relying upon the Altman

13   study and the Altman study alone to report that "New

14   onset SUI has been reported to occur more frequently

15   following mesh augmented anterior repair compared to

16   traditional anterior repair without mesh," but your

17   expert report does not state that, does it?

18        A.    It does not.

19        Q.    Do you disagree with that opinion by the

20   FDA?

21             MR. MORIARTY:  Objection to form.

22             THE WITNESS:  I just can end up noting

23        my own personal aspect as well as some of the

24        other literature that I've read it does not

Timothy Brian McKinney, M.D.

```
 1            support that entirely.  This is only one

 2            reference.  There's so many others that are out

 3            there that showed decreases, including some of

 4            my own abstract data.

 5   BY MR. RESTAINO:

 6            Q.    The next bullet point we sort of touched

 7   upon when we were discussing the complication rate with

 8   mesh versus non-mesh repair, and the FDA states here,

 9   "Transvaginal surgery with mesh to correct vaginal

10   apical prolapse is associated with a higher rate of

11   complication requiring reoperation and reoperation for

12   any reason compared to traditional vaginal surgery or

13   sacrocolpopexy," and they have reference 20.

14            If you look at 20, article by Diwadkar,

15   GB, and it's titled "Complication and reoperation rates

16   after apical vaginal prolapse surgical repair: a

17   systematic review," and I think we touched upon this,

18   this is not mentioned in your expert report, correct?

19            A.    Right.  I'm fairly familiar with this.

20   I can't comment directly today, but I know I've

21   referenced this before, in that there's actually less

22   complications from vaginal mesh than there is from, I

23   think, abdominal approaches, and there's also a

24   discrepancy with hysterectomy or without hysterectomy,
```

Timothy Brian McKinney, M.D.

1    but I need to review that paper again.

2              Q.     That is discussed in your expert report?

3              A.     It is not.  It may appear in one of the

4    presentations that you'll be getting subsequently.

5              Q.     The final bullet point on Page 8 of the

6    FDA monograph states, "Abdominal POP surgery using mesh

7    (sacrocolpopexy) appears to result in lower rates of

8    mesh complications compared to transvaginal POP surgery

9    with mesh, with the median vaginal mesh erosion rate

10   reported at 4 percent within 23 months of surgery," and

11   that's reference 22.

12             Do you agree with the FDA's opinion

13   there?

14             A.     Again, it depends upon whether this was

15   done with or without hysterectomy.  There's a vast

16   difference between a sacrocolpopexy without

17   hysterectomy and with.

18             Q.     The reference 22 is for another Maher,

19   "Surgical management of pelvic organ prolapse in

20   women," published in the Cochrane database systematic

21   review, 2010.

22             First, do you know what the Cochrane

23   library is?

24             A.     Yes.

Timothy Brian McKinney, M.D.

1          Q.      What can you tell us about it?

2          A.      It's a compilation of complications that

3     have been reported, and I'm not sure whether it's

4     through the MAUDE database that added to it, but the

5     Cochrane has its own way of looking at things.  It

6     usually does not include native tissue kind of repairs.

7     It's usually something different.

8          Q.      I guess it would depend on what the

9     researchers want to look at, correct?

10          A.      That is correct.

11          Q.      And, in fact, the Cochrane Group they're

12     known for doing their systematic reviews or

13     meta-analyses of randomized, controlled trials,

14     correct?

15          A.      Yes.

16          Q.      Is this Maher paper published in the

17     Cochrane database systematic review included in your

18     expert report?

19          A.      I don't believe so.

20               MR. RESTAINO:  Okay.  Getting towards

21          the end, how are we doing time-wise?

22               MR. MORIARTY:  About half an hour.

23               MR. RESTAINO:  Perfect.

24     BY MR. RESTAINO:

Timothy Brian McKinney, M.D.

1          Q.      The next section is "Effectiveness," and

2    the FDA writes that "The literature review found that

3    while transvaginal POP repair with mesh often restores

4    anatomy, it has not been shown to improve clinical

5    benefit over traditional non-mesh repair, as evidenced

6    by the following key findings:  Transvaginal apical or

7    posterior repair with mesh does not appear to provide

8    any added benefit compared to traditional surgery

9    without mesh," references 5-8, 18, 22 and 24.

10              Did I read that correctly?

11         A.      Yes.

12         Q.      Now, in your expert report, I was not

13   able to see anywhere where you state that 2011 the FDA

14   was warning that transvaginal POP repair with mesh,

15   while restoring anatomy, has not been shown to improve

16   clinical benefit over traditional non-mesh repair.

17              Do you disagree with the FDA in their

18   opinion here?

19              MR. MORIARTY:  Objection, form.

20              THE WITNESS:  They are purely using a --

21              that's why they've requested the 522s to be

22              done looking at native tissue versus

23              implantation of meshes at this point is they

24              don't have it completely down pat.  Some of

Timothy Brian McKinney, M.D.

1              these papers are before -- one of them in

2              particular is not even using the Prolene.  It's

3              a polyglactin 91 mesh, that was Peter Sand's

4              paper.

5    BY MR. RESTAINO:

6              Q.     Okay.  Any of these references, 5

7    through 8, 18, 22, 24, do you mention them in your

8    expert report?

9              A.     Some of them.

10             Q.     Now, the following bullet point is "Only

11   two RCTs compared multi-compartment repair (including

12   apical repair) with mesh to traditional repair, and

13   neither found a significant improvement in

14   effectiveness with mesh augmentation [7, 8].  A

15   systematic review of vaginal mesh kits for apical

16   repair found they appear effective in restoring apical

17   prolapse in the short-term, but long-term outcomes are

18   unknown," with reference 21.

19             Now, the two randomized, controlled

20   trials they allude to we've already discussed, and

21   that's the Iglesia and Withagen papers, correct?

22             A.     Yes.

23             Q.     And neither one of these are in your

24   expert report, correct?

Timothy Brian McKinney, M.D.

```
 1          A.      I'm not sure about Iglesia.  No.

 2          Q.      I'm sorry, Doctor, did you answer?

 3          A.      I said no.

 4          Q.      Okay.  The next section by the FDA is

 5   titled "Limitations of Existing Literature."

 6                  Do you see that?

 7          A.      Sorry.  My brain is still back in the --

 8   where am I at now?

 9          Q.      Page 9 of the FDA monograph.

10          A.      Yes.

11          Q.      And do you see they have a section there

12   where they discuss limitations of existing literature,

13   Page 9 of the FDA monograph, right above "Summary of

14   Key Findings."

15                  You see that, sir?

16          A.      Mm-hmm.

17          Q.      And the FDA lists six bullet points

18   there, correct?

19          A.      Mm-hmm.

20          Q.      Would you agree --

21          A.      Yes.

22          Q.      -- that any limitation of the existing

23   literature in the systematic review by the FDA would

24   also apply to any review of the literature that you've
```

Timothy Brian McKinney, M.D.

```
 1   conducted?

 2                   MR. MORIARTY:  Objection.

 3                   Go ahead.

 4                   THE WITNESS:  Let me read over.

 5                   MR. RESTAINO:  Of course.

 6                   THE WITNESS:  (Reviewing document.)

 7                   Yes, I'm ready.

 8   BY MR. RESTAINO:

 9          Q.     The question was would you agree that

10   any of these recognized limitations that apply to the

11   FDA's review of literature would also apply to your

12   review of the literature?

13          A.     Yes.

14          Q.     On Page 19 of your expert report, the

15   bottom paragraph you write, "It is comforting as a

16   surgeon to be using a product that is known to have the

17   largest amount of peer-reviewed data from multiple

18   institutions substantiating a safe, reliable,

19   reproducible technique and material.  Prolene has been

20   around for 50 years, been safely used in various

21   applications, and the body's reaction to material is

22   known."

23                   Did I read that correctly?

24          A.     Yes.
```

Timothy Brian McKinney, M.D.

```
1            Q.      Now, we've just gone through a litany of

2    peer-reviewed articles, systematic reviews,

3    meta-analysis and randomized, controlled trials which

4    the FDA has relied upon in 2011 when they sent out

5    their updated warning, none of which are included in

6    your expert report, correct?

7            A.      There were some.

8            Q.      On Page 20 of your report the first

9    sentence, "Complications are usually surgery-related

10   and not mesh-specific."  There's no reference for that.

11                   What is the objective basis for that

12   opinion?

13           A.      Definitely from my experience and my

14   drawing on my own experience teaching my fellows as

15   well as teaching other surgeons techniques, and the

16   complications that are associated with reconstructive

17   surgery has a lot to do with the techniques and not so

18   much on the mesh.

19                   Also, the limited knowledge of a lot of

20   the people that I've trained in anatomy, they come to

21   me taking my anatomy courses, and they have no idea of

22   what they're putting together.  Most of them have no

23   idea of what -- if I'm telling them I'd like you to

24   describe what the structures are that you're trying to
```

Timothy Brian McKinney, M.D.

1    put together, they say, well, I'm going to take some of

2    this stuff and put it to that stuff.  Hopefully, by the

3    time they end up finishing my education for them that

4    they come out with the knowledge that that stuff on the

5    anterior wall is pubocervical fascia and it's being

6    attached down to the arcus tendineus, and you're

7    attaching it to the fascial ani levator muscles and how

8    they interact.

9              But it really comes down to the surgical

10   techniques matter on successes of the surgery,

11   understanding anatomy is huge in any kind of

12   reconstructive work.  So the meshes themselves can't be

13   blamed for things as well as sutures.  It's surgical

14   skills and understanding that go into these things a

15   lot more.  So it's a lot more than just my own personal

16   hands-on experience, but through years of teaching

17   other surgeons, there are a lot of variations in the

18   abilities.

19        Q.    Yet in the 2011 FDA monograph, it's the

20   FDA's opinion that the complications are due to the

21   mesh, correct?

22        A.    It may not be just from the mesh.  It's

23   from the ability of those surgeons to place the mesh in

24   the proper position.  So it's not so much the mesh but

Timothy Brian McKinney, M.D.

1  the instrument, and I can go out and I can play golf

2  and I can blame it on my clubs and go out and buy

3  another golf club and I'd still play just as badly.  If

4  I'm a bad surgeon or if I'm not as efficient or if I

5  place something in the wrong plane, I'm going to end up

6  having some issues.  It's not so much the material,

7  it's the actual operator.

8       Q.    It's your opinion that all pelvic

9  surgeries have similar risks and the introduction of

10  the Prolene PS mesh has served to decrease the

11  complications when compared to various techniques?

12       A.    I feel that it's decreased the

13  complication of recurrences, that's for sure, and I am

14  the referral base for a lot of the recurrences, so

15  maybe mine is biased out there, but I get the failed

16  times one, two of native tissue or other attempts, and

17  so I'm having to end up being the person who ends up

18  seeing the repercussions.

19            So from that standpoint, I have a bias

20  that there's problems, and there are problems with

21  recurrences and pain and shortening of the vagina, all

22  due to whatever happened prior, whether it's the tissue

23  of the patient or the surgical technique.

24       Q.    Final couple questions, Page 21, the

Timothy Brian McKinney, M.D.

1    large paragraph starting at the top of the page, four

2    lines down towards the right center of the line that

3    you write -- I'm sorry.  Let's just read the paragraph.

4              "Furthermore, the FDA issued a Public

5    Health Notification in 2008 regarding the use of

6    synthetic mesh for treatment of prolapse and

7    incontinence.  It alerted healthcare practitioners to

8    'complications associated with transvaginal placement

9    of surgical mesh to treat Pelvic Organ Prolapse (POP)

10   and Stress Urinary Incontinence (SUI).'  It noted that

11   the major complications were rare, but could have

12   serious consequences, and that the 'most frequent

13   complications included erosion through the vaginal

14   epithelium, infection, pain, urinary problems, and

15   recurrence of prolapse and/or incontinence.'"

16             Did I read that correctly?

17        A.    Yes.

18        Q.    Now, in this report to the Court, is

19   there a reason why you quoted the public health

20   notification of 2008 when the FDA described the serious

21   complications as rare, but not the July 2011 report

22   where the FDA reversed course and said these serious

23   complications are not rare?

24        A.    Well, my main portion of the report was

Timothy Brian McKinney, M.D.

1    because I was dealing with not the kits as much as the

2    material, and so this was commenting more on the -- I

3    felt was geared more towards the actual materials of

4    Prolene and Prolene Soft that were being introduced,

5    and that's what I was expected to report on.

6                 If I had to do everything from soup to

7    nuts with graft materials, slings and Prolifts and

8    Elevates and everything all the way through, I would

9    definitely have put in a lot more.  This report would

10   have been probably about -- a lot more.

11                MR. RESTAINO:  Okay.  I don't have any

12        questions.

13                MR. MORIARTY:  I have a few.

14   BY MR. MORIARTY:

15        Q.    Let's go in reverse order here,

16   Dr. McKinney.

17                Page 20 of your report, this top

18   sentence that you were asked some questions about a few

19   minutes ago, to the best of your memory, are there

20   references in the peer-reviewed medical literature

21   agreeing with your opinion that surgical technique is a

22   substantial factor in the safety and efficacy of pelvic

23   surgery using polypropylene mesh augmentation?

24        A.    Yes.

Timothy Brian McKinney, M.D.

1          Q.      Is it also discussed at continuing

2    medical education conferences?

3          A.      Absolutely.

4          Q.      Now, was your focus in drafting this

5    report on Gynemesh PS?

6          A.      Gynemesh and Gynemesh PS.

7          Q.      Is that the sheet mesh that you do not

8    consider to be a kit?

9          A.      That is correct.

10         Q.      And after the launch of Prolift and the

11   mesh kits of competitors in and after 2005, did the use

12   of Gynemesh PS transvaginally for the repair of pelvic

13   organ prolapse decrease in its frequency?

14         A.      No.

15         Q.      So you've been asked questions about

16   Exhibit 5 and Exhibit 9 from FDA, correct?

17         A.      Correct.

18         Q.      Was the focus of these on transvaginal

19   approaches to pelvic organ prolapse, the primary focus

20   of these two?

21         A.      Yes.

22         Q.      Okay.  Now, was Gynemesh as a product

23   restricted in any way by its IFU to transvaginal

24   approach?

Timothy Brian McKinney, M.D.

1          A.     No.

2          Q.     Was Gynemesh PS used regularly by

3    surgeons like you through transabdominal surgery to

4    perform abdominal sacrocolpopexy?

5          A.     Yes, for years and years.

6          Q.     Was abdominal or is abdominal

7    sacrocolpopexy considered the gold standard for

8    uterovaginal prolapse?

9          A.     It is, as well as extending that even

10   further for failures of apical support.

11         Q.     Is it safe and effective for that?

12         A.     Yes, although it does have its risk

13   factors as any kind of surgeries.

14         Q.     Is abdominal sacrocolpopexy typically

15   used to repair either a cystocele or rectocele?

16         A.     Not in and of itself, unless you extend

17   the attachments further down anterior or posterior.

18         Q.     In Exhibits 5 and 9 -- I'm sorry.  Let's

19   just talk Exhibit 9.  These citations in the back,

20   Mr. Restaino was asking you about, do you know whether

21   FDA made any effort in its bibliography list to

22   separate out references to kits like Prolift or Elevate

23   from references regarding either the transvaginal or

24   transabdominal use of a product like Gynemesh PS?

Timothy Brian McKinney, M.D.

```
1          A.      Not that I am looking at.

2          Q.      So when you drafted your report and

3   helped us put together the reliance list, were we

4   trying to focus primarily on Gynemesh PS to the extent

5   that we could?

6          A.      Yes.

7          Q.      Prior to the launch of Gynemesh PS, were

8   you using polypropylene mesh in various applications in

9   pelvic surgery?

10         A.      Yes.

11         Q.      Do you have publications and abstracts

12  that you presented at CME meetings about that?

13         A.      Yes.

14         Q.      Did you start using Gynemesh PS when it

15  was launched in 2001 or '02?

16         A.      I did.

17         Q.      Did you use it transvaginally to repair

18  pelvic organ prolapse?

19         A.      Yes.

20         Q.      Did you use it transabdominally for

21  apical repairs?

22         A.      Yes.

23         Q.      Do you have abstracts that you did and

24  presented at CME conferences regarding the results of
```

Timothy Brian McKinney, M.D.

1    your use of Gynemesh PS transvaginally for the repair

2    of pelvic organ prolapse?

3           A.    Yes.

4           Q.    So when you talk about your personal

5    experience, is that actually documented somewhere with

6    the use of these very products in abstracts and CME

7    conferences?

8           A.    Yes.

9           Q.    Did you later update your Gynemesh PS

10   transvaginal POP repair abstract with additional

11   Gynemesh PS cases, plus a handful of Prolift cases?

12          A.    I did.

13          Q.    And was that a separate abstract

14   presented at a separate CME conference?

15          A.    Yes.

16          Q.    Did you later after you switched to the

17   AMS Elevate product do an abstract documenting your

18   results in transvaginal POP repair with that product?

19          A.    Yes.

20          Q.    Was that presented at a CME conference?

21          A.    Yes.

22          Q.    So, again, when you talk about the body

23   of your experience with these procedures from, say,

24   2001 through 2012 or '13, that was documented in

Timothy Brian McKinney, M.D.

```
1    abstracts and at CME conferences?

2            A.      Yes.

3            Q.      You were asked questions about this

4    Clavé article.  I have just a couple questions about

5    this.

6                    You read this as recently as yesterday;

7    is that true?

8            A.      Yes.

9            Q.      Is it true that when they put these

10   explanted specimens under scanning electron

11   microscopes, less than half of them showed degradation?

12           A.      That is correct.

13           Q.      Did they question whether oxidation even

14   occurred in a sentence saying, if oxidation occurs in

15   these prosthetics, it takes place in the amorphous

16   zones and crystallinity is preserved; did they say

17   that?

18           A.      Obviously, it's listed right there.

19           Q.      Did they have several hypotheses about

20   what they thought was degradation of polypropylene

21   mesh?

22           A.      Yes.

23           Q.      Were they able to confirm any of their

24   hypotheses in this study?
```

Timothy Brian McKinney, M.D.

1        A.      No.

2        Q.      Did you ever participate in hernia

3    surgeries in which Prolene mesh was used?

4        A.      Yes.

5        Q.      You were asked some questions about

6    degradation.  Have you seen studies which showed no

7    loss of molecular weight or tensile strength in

8    explanted mesh from dog specimens?

9        A.      Yes.

10        Q.      You were asked some questions about

11    Exhibit 7, this Klinge article.  First, is this study

12    mesh used for hernia repair?

13        A.      I'm confused.

14        Q.      The Klinge article, Exhibit 7.

15        A.      Yes.

16        Q.      Did they study hernia meshes?

17        A.      Yes.

18        Q.      Was one of them Marlex?

19        A.      Yes.

20        Q.      Was it an experimental study in dogs?

21        A.      It was.

22        Q.      How many dogs?

23        A.      Ten.

24        Q.      Now, it says here in the abstract,

Timothy Brian McKinney, M.D.

1      "Results:  After 4 weeks the area of mesh in the

2      monofilament group was reduced."

3                      Do you see that?

4           A.      Yes.

5           Q.      Doesn't say the mesh was reduced, it

6      says the area, correct?

7           A.      That is correct.

8           Q.      Last sentence in this conclusion does it

9      say, "Meshes with big pores are less likely to fold and

10     improve compatibility"?

11          A.      That's what it says in its conclusion.

12          Q.      Is it your understanding that Gynemesh

13     PS is a large pore, lightweight mesh?

14          A.      Yes.

15          Q.      Are there risks of infection with any

16     surgery in the pelvis?

17          A.      Yes.

18          Q.      Are there thousands of articles

19     examining the use of mesh in the augmentation of pelvic

20     organ prolapse surgery?

21          A.      Yes.

22          Q.      Whether it's transabdominal or

23     transvaginal?

24                      MR. RESTAINO:  Objection.

Timothy Brian McKinney, M.D.

```
 1                    THE WITNESS:  Yes.

 2     BY MR. MORIARTY:

 3          Q.     Has there ever been any Level I evidence

 4     to show that the incidence of infection is increased in

 5     mesh surgeries over native tissue repairs?

 6          A.     No, there is not.

 7          Q.     Last area I want to ask you about is

 8     Exhibit 5, this FDA.

 9                 Now, when we asked you to render

10     opinions in this case, did we ask you to render

11     opinions to a reasonable degree of medical probability?

12          A.     Yes.

13          Q.     Do you know the difference between

14     reasonable degree of medical probability and

15     speculation and possibilities?

16                 MR. RESTAINO:  Objection.

17                 THE WITNESS:  Yes.

18     BY MR. MORIARTY:

19          Q.     Let's go to Page 2 of this FDA document.

20     Fourth paragraph on the page, third line, does it say,

21     "Furthermore, it is not clear that transvaginal POP

22     repair with mesh is more effective than traditional

23     non-mesh repair"?  Does it say that so far?

24          A.     Yes.
```

Timothy Brian McKinney, M.D.

```
1              Q.      So it is not clear, is that a -- do they

2       have a citation or is that any sort -- expressed to any

3       sort of reasonable scientific certainty there?

4              A.      That is not.

5              Q.      And then it refers to "in all patients,"

6       correct?

7              A.      Yes.

8              Q.      Is there ever, from your experience,

9       something that applies either in the effectiveness

10      realm or the safety realm to every single patient?

11             A.      Never.

12             Q.      And then it says, "with POP and it may

13      expose," is it your understanding that may is

14      speculation, or is it reasonable degree of probability?

15                     MR. RESTAINO:  Objection.

16                     THE WITNESS:  Speculation.

17      BY MR. MORIARTY:

18             Q.      Thank you.

19                     In the abstracts that you did about

20      Gynemesh PS and then Elevate, were the meshes both safe

21      and effective?

22             A.      Yes.

23             Q.      Were the complication rates low?

24             A.      Yes.
```

Timothy Brian McKinney, M.D.

```
 1          Q.     All right.  Let's go down further to

 2   this paragraph towards the bottom.  It begins with, "in

 3   order to better understand."

 4                 You see where I am?

 5          A.     Yes.

 6                 MR. RESTAINO:  Matt, I'm sorry, are you

 7          looking at the 2008 or 2011?

 8                 THE WITNESS:  I'm looking at Exhibit 5.

 9                 MR. MORIARTY:  The one you spent a lot

10          of time on.

11                 THE WITNESS:  The '11.

12   BY MR. MORIARTY:

13          Q.     It says here, "The review showed that

14   transvaginal POP repair with mesh does not improve

15   symptomatic results or quality of life over traditional

16   non-mesh repair."

17                 Do you see that?

18          A.     Yes.

19          Q.     So this is referring to the subjective

20   category of patient satisfaction, is it not?

21          A.     That is correct.

22          Q.     But it did not show that mesh was less

23   efficacious, did it?

24          A.     No, it did not.
```

Timothy Brian McKinney, M.D.

1      Q.      Last question on this page, there's a

2   bullet point at the bottom about mesh erosion.  Is it

3   your experience that that is the unique complication of

4   transvaginal mesh or mesh in general is the erosion?

5      A.      That's any kind of permanent material,

6   so suture and mesh, yes.

7      Q.      Next page, top bullet point refers to

8   mesh placed abdominally versus transvaginally.

9              Do you see that?

10     A.      Yes.

11     Q.      So you could place Gynemesh PS

12   transabdominally or transvaginally, correct?

13     A.      Yes.

14     Q.      The first paragraph after the bullet

15   points, it's talking about their literature review,

16   right?

17     A.      Yes.

18     Q.      It says, mesh review -- or I'm sorry --

19   "mesh erosion can require multiple surgeries."

20             Do you see that?

21     A.      Yes.

22     Q.      Does can in any way quantitate the risk?

23     A.      Not at all.

24     Q.      In your experience and from the Level I

Timothy Brian McKinney, M.D.

```
1    evidence, is it more likely that patients will require

2    multiple surgeries to repair a mesh-related

3    complication or not?

4            A.     It is not.

5            Q.     And is this referring to just some

6    women?

7                   MR. RESTAINO:  Objection.

8    BY MR. MORIARTY:

9            Q.     Right there.  Is that what it says?

10           A.     Yes, that's what it says.

11           Q.     And not all women who have mesh have

12   complications, correct?

13           A.     That is very correct.

14           Q.     Is it a fact that there is no

15   complication of pelvic organ prolapse surgery or any

16   mesh complication that exceeds anywhere near 50% of the

17   women on whom are operated, correct?

18                  MR. RESTAINO:  Objection.

19                  THE WITNESS:  Absolutely.

20   BY MR. MORIARTY:

21           Q.     It says here, "Reports in the literature

22   associate mesh contraction with vaginal shortening,

23   vaginal tightening and vaginal pain."

24                  Do you see that?
```

Timothy Brian McKinney, M.D.

1        A.      Yes.

2        Q.      Are vaginal shortening, vaginal

3    tightening and vaginal pain potential risks and

4    complications of native tissue repairs for pelvic organ

5    prolapse?

6        A.      Yes.

7        Q.      Next paragraph, "both mesh erosion and

8    mesh contraction may lead to," and then it lists a

9    number of complications.  Anywhere in there is it

10   saying that these are likely to occur?

11       A.      No.  Again, any time that you say may,

12   it's a guess.

13       Q.      In your experience, supported by what

14   you have published in our own abstracts and presented

15   at CME and the Level I evidence, are any of these

16   complications that are listed in this particular

17   paragraph frequent?

18       A.      No.

19               MR. MORIARTY:  That's all I have.

20   BY MR. RESTAINO:

21       Q.      Just a few follow-up questions.

22               You've been asked about several of the

23   abstracts that you've written and given at CMEs,

24   correct?

Timothy Brian McKinney, M.D.

```
 1          A.      Yes.

 2          Q.      Are any of those abstracts peer-reviewed

 3     articles published within the peer-reviewed literature?

 4          A.      They are not.

 5          Q.      When you were asked about the area of

 6     the mesh shrinking versus the mesh itself, the area of

 7     mesh is determined by its width times its length,

 8     correct?

 9                  MR. MORIARTY:  Objection, form.

10                  Go ahead.

11                  THE WITNESS:  That's a difficult

12          question, because I can take and roll up a wad

13          of paper and it will change its shape.

14     BY MR. RESTAINO:

15          Q.      Let me withdraw the question.  I just

16     want to clarify for the record.  When we're talking

17     about the area of mesh, we're not talking about the

18     tissue, human tissue that's around the mesh, that area,

19     we're talking about the size area of the mesh itself,

20     correct?

21                  MR. MORIARTY:  Objection, form.

22                  THE WITNESS:  Again, it's hard to

23          distinguish between the two because the human

24          tissue that in-grows into the mesh will change
```

Timothy Brian McKinney, M.D.

1          the form of the area because of the scar tissue

2          associated with the healing process.  It's not

3          necessarily the graft matrix that changes

4          the -- its size but it's the actual material

5          that the body lays down causes the changes in

6          size.  Just like with any surgical correction,

7          scar tissue shrinks.

8          Q.    The Gynemesh PS mesh, that is a form of

9     monofilament polypropylene mesh, correct?

10          A.    Yes.

11          Q.    Did you see anywhere in any of the

12    updates from the FDA in their monograph, as we referred

13    to it today, or in the peer-reviewed medical literature

14    that Gynemesh PS is excluded or different from the

15    analysis that's performed regarding all polypropylene

16    meshes?

17          A.    There was no exclusion or inclusion.

18          Q.    And if you turn to the actual 2011

19    monograph.  Well, first, you were asked a number of

20    questions regarding Exhibit 5 regarding mesh

21    contraction, but none of these paragraphs have

22    references on them, correct?

23          A.    Correct.

24          Q.    This same language we discussed is in

Timothy Brian McKinney, M.D.

1    the monograph with references to support their

2    opinions, correct?

3            A.     I'd have to look at it again.

4            Q.     And as we've determined, some number of

5    these, whether it's -- some number of these studies

6    were not included in your expert report, correct?

7            A.     That is correct.

8            Q.     If we can turn to that 2011 monograph.

9            MR. MORIARTY:  Talking about Exhibit 9,

10           correct?

11           MR. RESTAINO:  Correct.

12   BY MR. RESTAINO:

13           Q.     If you would turn to Page 9 of that

14   document and if you see above "Limitations of Existing

15   Literature," there's a bullet point wherein the FDA

16   writes, "Compared to traditional vaginal surgery

17   without mesh, abdominal apical prolapse repair with

18   mesh (sacrocolpopexy) results in less recurrent

19   prolapse, although it has not been shown to reduce the

20   rate of repeat surgery for recurrent prolapse," with

21   reference 22.

22           Did you see where I just read that from?

23           A.     Yes.

24           Q.     So the FDA in doing their systematic

Timothy Brian McKinney, M.D.

1    review was aware of the fact of both transvaginal and

2    abdominal approaches using mesh, correct?

3            A.       That is correct.

4            Q.       And they did not exclude the abdominal

5    approach for this abdominal apical prolapse repair from

6    their analysis, did they?

7                     MR. MORIARTY:  Objection, form.

8                     Go ahead.

9                     THE WITNESS:  In this one instance, yes.

10   BY MR. RESTAINO:

11           Q.       Okay.  And paragraph -- I mean reference

12   22 is the Maher article that we discussed that's

13   published in the Cochrane database systematic review,

14   2010, correct?

15           A.       Correct.

16           Q.       And this was not included in your expert

17   report or reliance list, correct?

18           A.       That is correct.

19           Q.       Do you know if the Cochrane analysis

20   excluded the abdominal approach and just looked at

21   transvaginal?

22                    MR. MORIARTY:  Objection.

23                    Go ahead.

24                    THE WITNESS:  According to this

Timothy Brian McKinney, M.D.

1          paragraph, but I don't have it in front of me,

2          so I can't comment on that right now.

3                    MR. RESTAINO:  Okay.

4                    MR. MORIARTY:  Just one follow-up.

5     BY MR. MORIARTY:

6          Q.    Getting back to this Klinge article, was

7     one of the primary methods by which they measured

8     shrinkage or contracture by taking radiographs?

9          A.    Yes.

10         Q.    When you take a radiograph of the pelvis

11    that has mesh in it, can the radiograph distinguish

12    between the mesh, the mesh fibers and the tissues that

13    have grown within the mesh interstices itself?

14         A.    It would be -- I'm not an expert on

15    that; however, it would be very difficult to end up

16    seeing that.

17                    MR. MORIARTY:  Okay.  That's it.

18                    MR. RESTAINO:  Okay.  That's it.

19                    (Witness excused.)

20                    (Deposition concluded at 12:00 p.m.)

21                         - - -

22

23

24

Timothy Brian McKinney, M.D.

1          C E R T I F I C A T I O N

2               I, MARGARET M. REIHL, a Registered

3      Professional Reporter, Certified Realtime

4      Reporter, Certified Shorthand Reporter,

5      Certified LiveNote Reporter and Notary Public,

6      do hereby certify that the foregoing is a true

7      and accurate transcript of the testimony as

8      taken stenographically by and before me at the

9      time, place, and on the date hereinbefore set

10     forth.

11              I DO FURTHER CERTIFY that I am

12     neither a relative nor employee nor attorney

13     nor counsel of any of the parties to this

14     action, and that I am neither a relative nor

15     employee of such attorney or counsel, and that

16     I am not financially interested in the action.

17

18

19              -------------------------------

        Margaret M. Reihl, RPR, CRR, CLR

20     CSR #XI01497  Notary Public

21

22

23

24

Timothy Brian McKinney, M.D.

```
 1                    -  -  -  -  -  -

 2                      E R R A T A

 3                    -  -  -  -  -  -

 4    PAGE  LINE  CHANGE

 5    _____  _____  _____

 6    REASON:  _____

 7    _____  _____  _____

 8    REASON:  _____

 9    _____  _____  _____

10    REASON:  _____

11    _____  _____  _____

12    REASON:  _____

13    _____  _____  _____

14    REASON:  _____

15    _____  _____  _____

16    REASON:  _____

17    _____  _____  _____

18    REASON:  _____

19    _____  _____  _____

20    REASON:  _____

21    _____  _____  _____

22    REASON:  _____

23    _____  _____  _____

24    REASON:  _____
```

Timothy Brian McKinney, M.D.

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2

 3            I, TIMOTHY BRIAN McKINNEY, M.D., do

 4        hereby certify that I have read the foregoing

 5        pages, and that the same is a correct

 6        transcription of the answers given by me to the

 7        questions therein propounded, except for the

 8        corrections or changes in form or substance, if

 9        any, noted in the attached Errata Sheet.

10

11

12

     _____

13   TIMOTHY BRIAN McKINNEY, M.D.        DATE

14

     Subscribed and sworn to before me this

15

     _____ day of _____, 2016.

16

     My commission expires:_____

17

18   _____

     Notary Public

19

20

21

22

23

24
```