# EXHIBIT C

Salil Khandwala, M.D.

```
 1                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                            CHARLESTON DIVISION
 3
      IN RE:  ETHICON, INC.    Master File No. 2:12-MD-02327
 4    PELVIC REPAIR SYSTEM      MDL No. 2327
      PRODUCTS LIABILITY        JOSEPH R. GOODWIN
 5    LITIGATION                U.S. DISTRICT JUDGE
 6    _____/
 7
      Brenda Riddell
 8    2:12-cv-00547
 9    Dina Sanders Bennett
           -cv-00497
10
      Beverly Kivel
11    2:12-cv-00591
12    Barbara Kaiser
           -cv-0887
13
      Shirley Walker
14    2:12-cv-00873
15    Pamela Free
           -cv-00423
16
17
18                    SALIL KHANDWALA, M.D.
19                      March 25, 2016
20
21
22
23
24
```

Salil Khandwala, M.D.

1

2    PAGE 1 TO 216

3

4        The Deposition of SALIL KHANDWALA, M.D.,

5        Taken at 22731 Newman Street,

6        Dearborn, Michigan,

7        Commencing at 9:00 a.m.,

8        Friday, March 25, 2016,

9        Before Laurel A. Frogner, RMR, CRR, CSR-2495.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Salil Khandwala, M.D.

```
 1   APPEARANCES:
 2
     DAVID WOOL, ESQ.
 3   Andrus Wagstaff
     7171 West Alaska Drive
 4   Lakewood, Colorado  80226
     303-376-6360
 5   david.wool@andruswagstaff.com
          Appearing on behalf of the Plaintiff
 6
 7   MIKALIA M. KOTT, ESQ. (Via Telephone)
     Herman, Herman & Katz, LLC
 8   820 O Keefe Avenue
     New Orleans, Louisiana  70113
 9   504-581-4892
     mkott@hhklawfirm.com
10        Appearing on behalf of the Plaintiff
11
     TOM PLOUFF, ESQ.  (Via Telephone)
12   LAW OFFICES OF TOM PLOUFF
     1046 West Kinzie Street
13   Suite 300
     Chicago, Illinois  60642
14   312-637-9141
          Appearing on behalf of the Plaintiff
15
16   YVONNE M. FLAHERTY, ESQ. (Via Telephone)
     Lockridge, Grindal Nauen, P.L.L.P.
17   100 Washington Avenue South
     Suite 2200
18   Minneapolis, Minnesota  55401
     612-339-6900
19        Appearing on behalf of the Plaintiff
20
     JACOB W. PLATTENBERGER, ESQ. (Via Telephone)
21   Tor Hoerman Law LLC
     101 West Vandalia Street
22   Suite 350
     Edwardsville, Illinois  62025
23   618-656-4400
     Jake@THLawyer.com
24        Appearing on behalf of the Plaintiff
```

Salil Khandwala, M.D.

```
 1   APPEARANCES (Continued):

 2

     JORDAN N. WALKER, ESQ.

 3   Butler Snow LLP

     Renaissance at Colony Park

 4   1020 Highland Colony Parkway

     Suite 1400

 5   Ridgeland, Mississippi  39157

     601-948-5711

 6   Jordan.Walker@butlersnow.com

         Appearing on behalf of the Defendant

 7

 8

 9

                         *   *   *   *   *   *   *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Salil Khandwala, M.D.

```
 1                    TABLE OF CONTENTS

 2  Witness                                        Page

 3  EXAMINATION BY MR. WOOL                           7

 4

 5

 6                    INDEX TO EXHIBITS

 7            (Exhibits attached to transcript)

 8

 9  Exhibit                                        Page

10  KHANDWALA DEPOSITION EXHIBIT NUMBER 1,            8

11    NOTICE OF DEPOSITION WAS MARKED BY THE

12    REPORTER FOR IDENTIFICATION

13

14  KHANDWALA DEPOSITION EXHIBIT NUMBER 2,           20

15     RELIANCE LIST IN ADDITION TO MATERIALS

16     REFERENCED IN REPORT MDL WAVE 1 WAS MARKED

17    BY THE REPORTER FOR IDENTIFICATION

18

19  KHANDWALA DEPOSITION EXHIBIT NUMBER 3,           20

20     KHANDWALA SUPPLEMENTAL RELIANCE LIST

21     3.22.16 MEDICAL LITERATURE WAS MARKED BY

22     THE REPORTER FOR IDENTIFICATION

23

24  KHANDWALA DEPOSITION EXHIBIT NUMBER 4,           37

25     SALIL KHANDWALA, MD FPMRS FACOG -
```

Salil Khandwala, M.D.

```
 1    CURRICULUM VITAE WAS MARKED BY THE

 2     REPORTER FOR IDENTIFICATION

 3

 4    KHANDWALA DEPOSITION EXHIBIT NUMBER 5,            102

 5      DEFENSE EXPERT GENERAL REPORT OF

 6      SALIL KHANDWALA, M.D. WAS MARKED BY THE

 7      REPORTER FOR IDENTIFICATION

 8    KHANDWALA DEPOSITION EXHIBIT NUMBER 6,            141

 9      GYNECARE PROLIFT WAS MARKED BY THE

10      REPORTER FOR IDENTIFICATION

11

12    KHANDWALA DEPOSITION EXHIBIT NUMBER 7,            141

13      GYNECARE PROLIFT+M WAS MARKED BY THE

14      REPORTER FOR IDENTIFICATION

15

16

17

18

19

20

21

22

23

24

25
```

Salil Khandwala, M.D.

```
 1                    Dearborn, Michigan

 2                    Friday, March 25, 2016

 3                    About 9:00 a.m.

 4                      SALIL KHANDWALA, M.D.,

 5        having first been duly sworn, was examined

 6        and testified on his oath as follows:

 7   EXAMINATION BY MR. WOOL:

 8   Q.   Good morning, Dr. Khandwala.

 9   A.   Good morning.

10   Q.   We briefly met before, but formally I'm David Wool.  I

11        represent the plaintiffs in this case.  Can you briefly

12        state your name and spell your name for the record.

13   A.   My name is Dr. Salil Khandwala, spelled S-a-l-i-l last

14        name K-h-a-n-d-w-a-l-a.

15   Q.   Okay.  And is there any reason that you would be unable

16        to answer truthfully or give complete answers this

17        morning to any questions?

18   A.   No.

19   Q.   Okay.  And you were sworn in, and you understand that

20        you're under oath?

21   A.   Yes.

22                   ATTORNEY ON TELEPHONE:  I'm sorry to

23        interrupt.  Is there any way to turn up the volume on

24        the phone on your end at all?
```

Salil Khandwala, M.D.

```
 1                 (An off-the-record discussion was held.)

 2    BY MR. WOOL:

 3    Q.   Doctor, I imagine that you've been deposed before, but

 4         just a couple of housekeeping things.  Briefly, I'm

 5         going to ask questions.  If your counsel, Mr. Walker,

 6         objects, he'll make an objection, and then after he

 7         finishes, then you can answer the question.  And I'll do

 8         my best not to talk over you.  I would appreciate if

 9         you'd do the same.  And if any question is unclear or

10         you don't understand anything, just ask me to clarify,

11         and I'd be happy to do so.  Does that make sense?

12    A.   Yes.

13    Q.   Okay.  So I'm going to hand you what will be marked as

14         Exhibit 1.  This is your Notice of Deposition.

15              KHANDWALA DEPOSITION EXHIBIT NUMBER 1,

16              NOTICE OF DEPOSITION

17              WAS MARKED BY THE REPORTER

18              FOR IDENTIFICATION

19    BY MR. WOOL:

20    Q.   Do you recognize this notice?

21    A.   Yes.

22    Q.   Okay.  And in Exhibit 1 it requests that you bring some

23         documents with you.  Did you bring those documents with

24         you today?
```

Salil Khandwala, M.D.

```
 1    A.    Yes.

 2    Q.    Okay.  Did you bring all the documents?

 3    A.    All that I could get my hand on.

 4    Q.    And those are --

 5          MR. WALKER:  And let me just interrupt for a

 6          second and state on the record that we are expecting a

 7          thumb drive to be delivered approximately around 10:30

 8          this morning that will contain a digital copy of all of

 9          his reliance materials.  We have some of his materials

10          printed in hard copy for counsel, but all of it will be

11          on that flash drive.

12    BY MR. WOOL:

13    Q.    Okay.  Now, what did you bring with you today?

14    A.    I got my CV, and I think it requested expense -- my CV

15          and the itemized expense for preparation along with the

16          thumb drive that he just mentioned.

17    Q.    Okay.  And the articles are all of your reliance

18          materials?

19    A.    Yes.

20    Q.    Okay.  Now, are there any opinions that you're offering

21          today that are not included in your expert report?

22    A.    It depends upon what you ask me.

23    Q.    I guess --

24    A.    I have a lot of knowledge, it's just not based upon a
```

Salil Khandwala, M.D.

```
 1         few articles I can just furnish.  So I have been

 2         gathering this knowledge over decades.

 3                MR. WALKER:  And let me just state that the

 4         doctor is prepared to offer opinions on the adequacy of

 5         the warnings in the IFU and any opinions pertaining to

 6         biocompatibility, specifically cytotoxicity or

 7         degradation, I don't believe those words are

 8         specifically referenced in the report, but he is

 9         prepared to offer opinions on those topics as well.

10   BY MR. WOOL:

11   Q.   Okay.  So there are opinions that you plan to offer at

12        trial or in this litigation that are not referenced in

13        your report?

14   A.   That's correct.

15   Q.   Okay.  Any reason that those weren't included in your

16        report?

17   A.   They are actually included in the report, and just the

18        words such as safe and effective, but that encompasses a

19        lot, so if you ask me specifics about safe and

20        effective, I can talk more about it.  So, in other

21        words, it's elaborating more on that, so it's a general

22        word that I have used in the report because I could not

23        make a 100-page report, but there are several things

24        that I could discuss.
```

Salil Khandwala, M.D.

```
1    Q.   So I guess when you're saying safe and effective, does

2         that refer to warnings as well?

3    A.   Yes.

4    Q.   Okay.  And does that refer specifically to the

5         Instructions For Use?

6    A.   It's everything, it could be referring to Instructions

7         For Use, what the material is, the material science, and

8         things like that.

9    Q.   Now, let's go over your background briefly.  Now, is

10        this the first time you've been asked to give testimony

11        or give opinions for a medical device company?

12   A.   No.

13   Q.   Okay.  On how many other cases have you been hired as an

14        expert?

15   A.   I'd say about four or five, something in that ballpark.

16   Q.   How many for transvaginal mesh manufacturers?

17   A.   Four, it's the same, all were for transvaginal mesh.

18              MR. WALKER:  And, counsel, just to clarify,

19        are you asking if he's offered testimony or if he's just

20        been retained?

21   BY MR. WOOL:

22   Q.   If he has been retained as an expert.

23              MR. WALKER:  Thank you.

24              MR. WOOL:  Okay.
```

Salil Khandwala, M.D.

```
 1    BY MR. WOOL:

 2    Q.   That leads me to my next question.  So how many cases

 3         have you offered expert testimony in?

 4    A.   This would be my second case, or third case.

 5    Q.   Okay.  And you have been deposed before?

 6    A.   Yes.

 7    Q.   Okay.  Can I ask what manufacturers retained you as an

 8         expert?

 9    A.   It is -- actually it was not the manufacturer, but it

10         was more the doctor's attorney, so I should take it back

11         and say it was American Medical System, it was Elevate

12         mesh, but I was defending the physician, and in the past

13         it was Ethicon for a different case.

14    Q.   So Ethicon and AMS?

15    A.   Yes.

16    Q.   And just so that I'm clear, the AMS case, was that a

17         medical malpractice case?

18    A.   Yes.

19    Q.   And you were just defending the physician, you weren't

20         representing the company at all?

21    A.   That is correct.

22    Q.   Okay.  Now, when were you first contacted to be an

23         expert for Ethicon in this litigation?

24                   MR. WALKER:  Just to clarify, are you talking
```

Salil Khandwala, M.D.

```
 1        about the Wave 1 or any Ethicon case?

 2   BY MR. WOOL:

 3   Q.   Any Ethicon case.

 4   A.   I think it was two years ago.

 5   Q.   Two years ago?

 6   A.   I think.

 7   Q.   So 2014?

 8   A.   Somewhere thereabouts.

 9   Q.   End of 2014, middle?

10   A.   You know, I think it was summer, so maybe about June

11        of 2014.

12   Q.   And were you contacted again about being retained as an

13        expert in the Wave 1 cases?

14   A.   Yes.

15   Q.   And when did that happen?

16   A.   I think about four months ago.

17   Q.   About four months ago, okay.  And who contacted you?

18   A.   I don't recall exactly, maybe it was Mr. Moriarty.

19   Q.   And you don't remember exactly, that's just to the best

20        of your recollection?

21   A.   Yeah, most likely, most likely it's Mr. Moriarty, but

22        I'm not sure exactly.

23   Q.   Now, when did you first receive materials to review for

24        these cases, the Wave 1 cases?
```

Salil Khandwala, M.D.

```
 1    A.    I think around that time they started coming in.

 2    Q.    Okay.  Approximately how much time did you spend

 3          reviewing those materials?

 4    A.    I think I've mentioned in that handout there on your

 5          right side, the second page on the right side.

 6    Q.    Okay.  Okay.  And just approximate for the record, if

 7          you don't mind.

 8    A.    Could you please tell me.  I don't recall exactly.

 9    Q.    Okay.  It says 102 hours.

10    A.    Okay, that's specific, then, 102 hours.

11    Q.    So 102 hours reviewing materials, correct?

12    A.    And I also did an independent medical examination on a

13          patient.

14    Q.    Okay, and four and a half hours of phone calls, correct?

15    A.    That's correct.

16    Q.    Okay.  And your hourly rate is 500 an hour, correct?

17    A.    Yes.

18    Q.    Okay.  And do you charge a specific amount or an

19          additional amount for depositions?

20    A.    Yes, I believe that's on that paper, too, I think it's

21          $600 an hour; is that correct?

22    Q.    I'm not seeing.

23    A.    It's on the next page.

24    Q.    Oh, okay.
```

Salil Khandwala, M.D.

```
 1    A.    If it doesn't state that, I think it's $600 an hour.

 2    Q.    Okay.  I guess what I'm seeing on this case is $500 an

 3          hour for review.  I don't think I see it.

 4    A.    For the dep -- okay.

 5    Q.    I don't think I see the $600 an hour.  Okay.  So

 6          approximately how much time did you spend preparing your

 7          general report?

 8    A.    Have I specified on that?

 9                MR. WALKER:  Can he look at that to refresh

10          his recollection?

11    BY MR. WOOL:

12    Q.    Yes.

13    A.    Thank you.  Six hours.

14    Q.    Approximately six hours.  Okay.  And how much time did

15          you spend meeting with defense counsel?

16    A.    Four and a half hours on the phone and about 8 to 10

17          hours maybe.

18    Q.    And does that invoice right there, does that contain all

19          the time that you've spent recently in the past day or

20          two preparing as well?

21    A.    No, this is only up to March 8th.

22    Q.    Okay.  So following March 8th, approximately how much

23          time have you spent reviewing?

24    A.    You know, I haven't tabulated it, I've just been looking
```

Salil Khandwala, M.D.

```
 1          at it.  I've not totaled it up.

 2   Q.   What's your best sort of ballpark figure?

 3   A.   Maybe about 25 to 30 hours.

 4   Q.   Okay.

 5   A.   That's not just discussing but reviewing, you know, the

 6          documents and going over cases and things.

 7   Q.   Okay.  And approximately how much time meeting with

 8          defense counsel?

 9   A.   About I would say 10 to 12 hours.

10   Q.   10 to 12 hours?  Approximately how much time yesterday

11          did you meet with Mr. Walker?

12   A.   Three hours, because I was in surgeries in the morning,

13          and then I met him in the afternoon.

14   Q.   And approximately how much time this morning?

15   A.   About an hour.

16   Q.   Okay.  And could I see that?

17   A.   Sure.

18   Q.   And so if I remember correctly, you've received

19          approximately $54,000 total to date?

20   A.   No.

21   Q.   Or you've invoiced $54,000?

22   A.   Yes.

23   Q.   Excuse me.  And is that for your general opinions or

24          that's everything?
```

Salil Khandwala, M.D.

```
 1   A.   That's as mentioned on the right side, the right page,

 2        it's everything, it's broken down per case and also the

 3        general opinion.

 4   Q.   Okay.

 5   A.   As you can see, it's six hours at the bottom on the

 6        right page is six hours Prolift write-up.

 7   Q.   And that six hours for the Prolift write-up, that's the

 8        Prolift and the Prolift+M?

 9   A.   That's correct.

10   Q.   Okay.  Let's see, and have you prepared reports in any

11        other mesh cases not Ethicon specific?

12   A.   When I did the deposition for the AMS Elevate case I did

13        look at their mesh.

14   Q.   And for other depositions related to all mesh

15        manufacturers, I believe you said you had testified once

16        as an expert?

17   A.   Yes.

18   Q.   So one other deposition.  Did you testify at that trial?

19   A.   No.

20   Q.   No?  Okay.  And so would it be fair to characterize your

21        prior testimony as being exclusively for defendants?

22   A.   Yes.

23   Q.   Okay.  Now, have you ever consulted for other mesh

24        manufacturers?
```

Salil Khandwala, M.D.

```
 1   A.   Yes.

 2   Q.   What other manufacturers?

 3   A.   AMS, which is American Medical Systems, and changed its

 4        name to Astora, A-s-t-o-r-a, and Coloplast,

 5        C-o-l-o-p-l-a-s-t.

 6   Q.   Okay.  And approximately how much compensation did you

 7        receive from AMS?

 8   A.   I'm sorry, I don't know the exact figure, it all depends

 9        upon -- I was a consultant for the product at the same

10        time a clinical trial that I was doing.

11   Q.   So if you had to guess the amount of income you received

12        from --

13   A.   I'm under oath, I just can't guess a number, I can't

14        give --

15   Q.   I'm just asking you to approximate.

16   A.   Well, maybe about 8 to $10,000 at max for both the

17        companies.

18   Q.   Okay, so for each?

19   A.   No, for both together, so about $4,000 per company I

20        would say.

21   Q.   Okay, about $4,000.  Okay.  And have you ever been a

22        defendant in a case?

23   A.   Yes.

24   Q.   Tell me about that.
```

Salil Khandwala, M.D.

```
 1   A.   It was a case, actually I have two cases, one was an

 2        ovarian cyst case that I was involved with, and there

 3        was a potential complication with the ovarian cyst, and

 4        there was a gynecologic oncologist who had done the case

 5        with me and I had done a sling, but since I was involved

 6        in the case, but I was eventually dropped.  The second

 7        case was a vaginal mesh case that, you know, they filed

 8        and they looked at the documents, and eventually they

 9        dropped the case.

10   Q.   Okay.  So in both cases the case was dropped?

11   A.   Yes.

12   Q.   Do you know if the case was dismissed or -- sorry,

13        strike that.  Do you know if a Judge dismissed the case

14        on motion by defense counsel?

15   A.   No.  The first was I was -- I had nothing to do with the

16        first case because I had just done the sling, it was an

17        intra-abdominal case, so it was more of the GYN

18        oncologist case, so that's why I was dropped from the

19        case.  The second, the case -- the attorneys didn't

20        proceed.

21   Q.   Okay.  So they voluntarily dismissed you as a defendant?

22   A.   Yes, so they just dropped the case completely.

23   Q.   Okay.  So let's go over your reliance list briefly and

24        hand you -- I think you have a copy of that.
```

Salil Khandwala, M.D.

```
 1                    MR. WALKER:  Do you have the one that we sent

 2        this week?

 3                    MR. WOOL:  Yes, I was going to do both.

 4   BY MR. WOOL:

 5   Q.   Let's mark this as 2 and this will be Exhibit 3.

 6              KHANDWALA DEPOSITION EXHIBIT NUMBER 2,

 7              RELIANCE LIST IN ADDITION TO MATERIALS

 8              REFERENCED IN REPORT MDL WAVE 1

 9              WAS MARKED BY THE REPORTER

10              FOR IDENTIFICATION

11                              - - - - -

12              KHANDWALA DEPOSITION EXHIBIT NUMBER 3,

13              KHANDWALA SUPPLEMENTAL RELIANCE LIST

14              3.22.16 MEDICAL LITERATURE

15              WAS MARKED BY THE REPORTER

16              FOR IDENTIFICATION

17   BY MR. WOOL:

18   Q.   Now, do both of those look like accurate copies of the

19        reliance list that you've provided?

20   A.   Yes.

21   Q.   Okay.  And does that include the whole of all the

22        materials you relied on to make your report?

23   A.   And as I told you, of course, a lot comes from my brain

24        itself, you know, so I have read so much, so when I put
```

Salil Khandwala, M.D.

```
 1           an article out, there is so much that comes out.  So

 2           this is essentially the paper reference, as you may say,

 3           but there is a lot that could be just coming from

 4           within.

 5    Q.     Okay.  So aside from your personal knowledge, does the

 6           reliance list in front of you contain all of the

 7           articles, studies that you've reviewed in drafting your

 8           general report?

 9    A.     That is correct.

10    Q.     And forming your opinions?

11    A.     Yes.

12    Q.     Okay.  Now, I just want to ask briefly because we

13           received, I guess, an initial copy of the reliance list

14           and then a supplemental copy.  The original, I'm sorry,

15           strike that.  The supplemental copy contains everything

16           that was in the original plus additional materials and

17           studies, right?

18    A.     That's right.

19    Q.     Okay.  So I'm not going to make you go through it, but

20           there's nothing on the original reliance list that isn't

21           in the supplemental copy that you gave us on I believe

22           the 22nd?

23    A.     That's correct.

24    Q.     Okay.  Now, I guess what was the story with the original
```

Salil Khandwala, M.D.

```
 1           reliance list?  I guess my question is why were the

 2           materials that were included on the second list not in

 3           the original list?

 4    A.     Just that when I looked at the list, I saw that I had

 5           done actually and reviewed much more than what was on

 6           the list, so I thought this is not a complete and a

 7           comprehensive list.  I thought if I were to really give

 8           you a comprehensive list of all the potential articles

 9           that I've reviewed that this would be the case.

10    Q.     Okay.  So did you go back through and add those?

11    A.     Yes.  So when I looked at the list, I said yes, there is

12           much more to this, and I said I looked at all my

13           articles that I have reviewed, and then I just added it

14           up and sent them over.

15    Q.     Okay.  And who provided you with the articles to review?

16    A.     I had most of the articles, because I have been doing

17           clinical trials for decades now, and I have been --

18           basically I have so many articles at my disposal.  The

19           only thing that I was provided was some of the Ethicon

20           internal documents which obviously I had no -- I did not

21           have it at my disposal.

22    Q.     Okay.  So Ethicon didn't provide you with any of the

23           studies, any of the literature that you reviewed?

24    A.     No.
```

Salil Khandwala, M.D.

```
 1                    MR. WALKER:  And just to clarify, I want to be
 2          very clear, we have provided him with medical
 3          literature.  What he's saying is he's already had it
 4          before we gave it to him if that makes sense.
 5   BY MR. WOOL:
 6   Q.    Okay.  So of that list, do you recall which of those
 7          articles are documents Ethicon provided you with?
 8   A.    The only thing that uniquely would stand out are the
 9          Ethicon documents, because the others -- it's a blurred
10          vision, because it's obviously I have reviewed all these
11          documents, because I have done papers on sling and
12          vaginal mesh, I mean ongoingly even right now we are
13          working on that, so I have all these documents and we
14          stay up to speed especially since I'm a fellowship
15          director.
16   Q.    Okay.  So I guess the internal documents that you
17          reviewed, I guess the initial list has some Ethicon
18          documents, is that an accurate statement?
19   A.    I have to review it.  Yes.
20   Q.    Okay.  And then the supplemental list has additional
21          Ethicon documents?
22   A.    Yes.
23   Q.    So how did those get added to the list?  Did you rely on
24          those documents in formulating your report?
```

Salil Khandwala, M.D.

```
1    A.   No, my report was basically formulated on my own

2         knowledge and what I have done and experience over time,

3         but this is just to get some of the information as to

4         what was done and to understand what else has been

5         around and the information out there.  So it doesn't

6         mean that it is part of it, it means that I have

7         reviewed it, but that doesn't mean that if I have

8         reviewed it, everything goes into my report.  It is part

9         of something that I have reviewed.

10   Q.   So I guess my question is the additional Ethicon

11        documents, you didn't rely on those in drafting your

12        report?

13   A.   Well, I can't tell you exactly what I relied on and what

14        I didn't rely on.  I drafted the report.  It's not that

15        I looked at the document and I basically verbatim took

16        it down.  So I reviewed the reports, and once I reviewed

17        the information, then I formulated my own report, but,

18        more importantly, my report is not based upon just this

19        Ethicon documents, it's based upon my experience, and

20        that's -- if you can see the report, it's literally, you

21        know, that's what it spells out.

22   Q.   Right, right, so you spoke a little bit quickly there,

23        so just so I'm clear, did you rely on the additional

24        Ethicon documents in drafting your report?
```

Salil Khandwala, M.D.

```
 1   A.   Yes.

 2   Q.   You did?

 3   A.   Yes.

 4   Q.   The ones that are --

 5   A.   I relied on all these documents to make my report.

 6   Q.   Okay, the ones that are contained in the supplemental

 7        reliance list?

 8   A.   That's correct yes.

 9   Q.   Exhibit 3.  Okay.  And Ethicon provided you with those

10        documents?

11   A.   Yes.

12   Q.   Did you ask for any specific documents?

13   A.   No.

14   Q.   So they were just the ones that Ethicon gave you?

15   A.   Yes.

16   Q.   Now, did Ethicon provide you with an outline for your

17        report?

18   A.   No.

19   Q.   Okay.  So nobody asked you to say anything in

20        particular?

21   A.   No.

22   Q.   Did you talk to any Ethicon employees in the process of

23        writing your report?

24   A.   No.
```

Salil Khandwala, M.D.

```
 1    Q.   Nobody?  Talk to any other experts?

 2    A.   No.

 3    Q.   Any fellow physicians?

 4    A.   No.

 5    Q.   And are you familiar with all the documents and

 6         materials on your reliance list?

 7    A.   Yes.

 8    Q.   Okay.  So let's go to your history in the industry.

 9         Now, are you under contract as a consultant for any --

10         for either Ethicon or let's just start with Ethicon,

11         sorry, are you a consultant for Ethicon?

12    A.   No.

13    Q.   Okay.  And have you been in the past?

14    A.   Yes.

15    Q.   Okay.  Can you describe exactly what you did?

16    A.   You know, that was long time back, probably it was 2004

17         to 2008, but if I were to vaguely remember then, it was,

18         I was a proctor for the TVT products and the Prolift and

19         Prolift+M.  I was also doing an investigator initiated

20         study, so I don't think that is industry typically,

21         though it was sponsored by Ethicon, but it was my own

22         clinical trial on the TVT Secure.  And I was one of the

23         principal investigators for one of the mesh studies

24         called Prosima, and I think I was also -- that's the
```

Salil Khandwala, M.D.

```
 1        main thing.

 2   Q.   Okay.  Anything else --

 3   A.   No.

 4   Q.   -- for consulting?

 5   A.   No.

 6   Q.   Okay.  You said you were a proctor.  So what exactly is

 7        that?

 8   A.   A proctor is where I have, you know, physicians, could

 9        be gynecologists or urologists who come to the operating

10        room and observe me doing a surgical procedure or I go

11        to their center and guide them in the operation or I

12        teach them at a cadaver course.  So it could be a center

13        with the cadaver courses and the theory, and then there

14        is practical hands-on training.

15   Q.   Okay.  And in this sort of teaching you're exclusively

16        training other physicians?

17   A.   That's correct.

18   Q.   Okay.  Approximately how much compensation did you

19        receive?

20   A.   You know, I can't -- this is way back.  I don't think

21        I -- I think probably -- I don't know if it happened

22        after 2006, because the only thing that -- if I

23        remember, and it's very vague, what I remember is that

24        after that it was just my TVT-S in-office clinical trial
```

Salil Khandwala, M.D.

```
1           which I had the investigator initiated study which was

2           sponsored by Ethicon.  That is the only reimbursement

3           that I got.

4    Q.     So to be clear, you didn't get any reimbursement for

5           your work as a proctor?

6    A.     No, I did.

7    Q.     Oh, you did?

8    A.     But that is way back.  This is total recall -- I mean I

9           can't remember what happened 10 years ago.

10   Q.     So you don't have a recollection of how much you were

11          paid for this?

12   A.     No.

13   Q.     Do you have an approximation, any guess?

14   A.     If I were to say it, maybe about $15,000, $20,000,

15          somewhere in that ballpark.

16   Q.     Okay.  And was it based on kind of a contract?  Was it

17          per -- was it per, I guess, teaching opportunity?

18   A.     Yeah, it was two types.  One was I remember there was an

19          annual contract, and they had to have the annual

20          contracts, and the second was based upon each type when

21          physicians came to learn from me in the operating room

22          or if I went to teach a cadaver course.

23   Q.     Okay.  And for your work as a proctor you used Ethicon

24          products exclusively?
```

Salil Khandwala, M.D.

```
 1   A.   Yes.

 2   Q.   What products?

 3   A.   The entire line, the TVT family and the vaginal mesh

 4        family.

 5   Q.   And that included the Prolift?

 6   A.   Yes.

 7   Q.   And I know that you gave an answer on all of your

 8        consulting, but in addition to a proctor, you said you

 9        also served in what other capacities?

10   A.   I don't think I said.

11   Q.   So aside from your work as a proctor for Ethicon --

12   A.   Yes.

13   Q.   -- what other, I guess, consulting or I guess paid

14        positions did you have?

15   A.   I was an investigator in one of their mesh studies, one

16        of the principal investigators in the TVT Secure

17        clinical trial, so we initially started that clinical

18        trials.

19   Q.   And what sort of work does that entail as an

20        investigator?

21   A.   So as the investigator, we basically started getting --

22        understanding the product and seeing how the product

23        design was, then figuring it out, how it would be

24        applicable in women's health from the standpoint of
```

Salil Khandwala, M.D.

1         urinary incontinence, and then we were initial group who

2         started doing the clinical study in humans with the TVT

3         Secure.

4    Q.   Okay.  Now, have you ever been a key opinion leader for

5         Ethicon?

6    A.   Yes.

7    Q.   Okay.  And when was that?

8    A.   That was around the time when the TVT Secure monogram

9         was coming out, and we tried to put the information

10        together about what are the pearls for proper technique

11        for this particular surgical procedure.

12   Q.   So approximately what time frame are we talking about?

13   A.   Maybe 2006, 2007.

14   Q.   '06 to '07?

15   A.   Somewhere in that.

16   Q.   And that was the only period that you served as a key

17        opinion leader?

18   A.   Yeah.

19   Q.   And were you compensated for that?

20   A.   Probably I must have, because I don't think that they

21        would do --

22   Q.   Any approximation on how much you were compensated?

23   A.   No, there was just one meeting probably, a couple of

24        meetings.

Salil Khandwala, M.D.

```
 1    Q.    Just a couple meetings?

 2    A.    Yeah.

 3    Q.    And what specifically were you asked to do for Ethicon

 4          in those meetings?

 5    A.    So one -- so in that particular meeting, which was on

 6          the TVT Secure, they wanted to gain my experience as to

 7          why were physicians noticing problems and, you know,

 8          some issues, and how is a better way to manage this with

 9          the TVT Secure.  And so we came up with the entire

10          pearls as to what exactly the steps should be, so this

11          was a group of physicians that came up so as to teach

12          the new group of doctors trying to get into this so they

13          have the right steps that they could follow.  The same

14          thing was being done at something called the summit

15          meetings which I would attend.  These were annual

16          meetings by Ethicon, and they'll get physicians out so

17          that we could brainstorm on certain topics.  At these

18          meetings then I would lead a small group session mainly

19          on the TVT Secure or sometimes it could be on the

20          Prolift+M.

21    Q.    So what problems, I guess, were they hoping you could

22          help them address?

23    A.    There was a problem with the TVT-S versus the TVT-U,

24          something about that, so how the physicians were not
```

Salil Khandwala, M.D.

```
 1          understanding how to place it, so it was a different

 2          concept change.  See, when you're going from a

 3          transobturator long sling to a mini sling, this was the

 4          first time that mini slings were being performed.  So

 5          most physicians were used to doing the long slings.  And

 6          what they were -- they were not realizing in there

 7          because of their experience how they were operating is

 8          the classic thing is to leave a gap between the sling

 9          and the urethra with the long slings.  And it was

10          becoming more and more evident to the initial

11          investigators that that gap should not be left.  So if

12          the TVT Secure was put properly and snug against the

13          urethra, the success improved.  So this is what we

14          wanted to highlight to the physicians and make them

15          aware that it is not the problem of the device, it's not

16          the problem of the sling.  It's a problem of proper

17          placement and approximation under the urethra, and that

18          is critical for the success of TVT Secure.  So what I

19          was doing is we were enjoying very good results with

20          this, and that's why they wanted my opinion to see what

21          is it that you are doing.  How come you are having this

22          results, and how can we now translate this to everybody

23          else who's starting to learn this.  It's a different

24          thought process.  That's what they wanted to come up
```

Salil Khandwala, M.D.

```
 1           with a different thought process that do not -- so just

 2           to give you a once quick example is the TVT cannot be

 3           too loose whereas a TVT Secure cannot be too tight.

 4    Q.     Now, did any of the problems deal with the Prolift?

 5    A.     No, my main thing was on the -- I mean it's not a

 6           problem of the device, either, there's a lot of TVT

 7           Secure device and the Prolift device.

 8    Q.     So what I'm asking is for your work as a key opinion

 9           leader, did any of that involve the Prolift or the

10           Prolift+M.

11    A.     No.

12    Q.     None of it?

13    A.     No.

14    Q.     Now, you also worked as a key opinion leader for summit

15           meetings, you said?

16    A.     Yes.

17    Q.     Okay.  And what sort of topics would you discuss with

18           other physicians at those meetings?

19    A.     The entire -- both families, the TVT group of families

20           and, also, the vaginal mesh family.

21    Q.     Okay.  And any problems that people were having with the

22           Prolift or the Prolift+M --

23    A.     No.

24    Q.     -- at those meetings?
```

Salil Khandwala, M.D.

```
 1    A.    No.  In fact, they were very happy with the devices.

 2    Q.    Okay.  So at no point in any of your work as a key

 3          opinion leader at these summits did you discuss the

 4          Prolift or the Prolift+M?

 5    A.    No, we discussed it.  I didn't say we did not discuss.

 6          I said we discussed it but there were no problems.

 7    Q.    Okay.  There were no problems that other physicians were

 8          having?

 9    A.    That's correct.

10    Q.    Okay.

11    A.    In fact, if you don't mind me interrupting, when they

12          came up with the new device which was a trocarless

13          device when the Prosima came out, there was a major

14          uproar in the group of physicians who were out there

15          because they were so happy with the Prolift and the

16          Prolift+M and the trocar based technique, they did not

17          want to go to an trocarless system.

18    Q.    Have you ever been involved in the preparation of an

19          IFU?

20    A.    No.

21    Q.    Drafting of an IFU?

22    A.    No.

23    Q.    Have you ever been hired as a consultant to draft an

24          IFU?
```

Salil Khandwala, M.D.

```
 1   A.   No.

 2   Q.   Has any medical device company ever retained you to help

 3        them draft Instructions For Use?

 4   A.   No.

 5   Q.   Have you ever been approached by a medical device

 6        company for your opinion on warnings?

 7   A.   Prior to launch?

 8   Q.   Yes, prior to launch.

 9             MR. WALKER:  I'm going to object to form.

10             THE WITNESS:  No.

11   BY MR. WOOL:

12   Q.   No?  Have you ever been a consultant for the FDA?

13   A.   No.

14   Q.   Ever been employed by the FDA?

15   A.   No.

16   Q.   Received any compensation from the FDA?

17   A.   No.

18   Q.   Have you ever served on an FDA advisory board?

19   A.   No.

20   Q.   Have you ever corresponded with the FDA about your

21        opinions related to pelvic mesh?

22   A.   Yes.

23   Q.   Tell me about that.

24   A.   It was a report that we wrote out, it was authored by
```

Salil Khandwala, M.D.

```
 1          Myles Murphy, and it was about after the FDA advisory

 2          came out in 2011 we came together and put up a report,

 3          so I was one of the physicians involved in that report.

 4    Q.    Okay.  And very briefly, that report disagreed with the

 5          FDA's opinion?

 6                    MR. WALKER:  Object to form.

 7                    THE WITNESS:  Not entirely, but it did

 8          disagree on several points.

 9    BY MR. WOOL:

10    Q.    Okay.  Let's see now, have you ever corresponded with

11          any society about your opinions related to pelvic mesh?

12    A.    Can you repeat the question, please?

13    Q.    Have you ever corresponded with any medical society

14          regarding your opinions related to pelvic mesh?

15    A.    No.

16    Q.    Are you a member of AUGS?

17    A.    Yes, that's American Urogynecology Society.

18    Q.    Right.  And you've never corresponded with them related

19          to your opinions on mesh?

20    A.    That is correct.

21    Q.    Okay.  You're a member of -- I'm going to call it AUGS.

22          Do you have any sort of leadership position within that

23          society?

24    A.    No.
```

Salil Khandwala, M.D.

```
 1    Q.   Have you ever served in any sort of leadership role

 2         within that society?

 3    A.   No.

 4    Q.   Okay.  Sorry, I'm just looking for your CV.

 5    A.   It's in the binder I gave you.

 6              MR. WALKER:  It's in the bottom of what you're

 7         holding.

 8    BY MR. WOOL:

 9    Q.   Okay.  So I'm going to hand you what will be marked as

10         Exhibit 4.

11              KHANDWALA DEPOSITION EXHIBIT NUMBER 4,

12              SALIL KHANDWALA, MD FPMRS FACOG -

13              CURRICULUM VITAE

14              WAS MARKED BY THE REPORTER

15              FOR IDENTIFICATION

16    BY MR. WOOL:

17    Q.   And I assume that this is the same CV that you provided

18         me with today?

19    A.   Yes.

20    Q.   Is that correct?  Okay.  And everything is up to date?

21    A.   Very likely.

22    Q.   Very likely.  Do you see anything that --

23    A.   Can I see my --

24    Q.   (Handing.)
```

Salil Khandwala, M.D.

```
1    A.    I think you should go by this, couple of articles that

2          I've put in this CV that are relevant, just a couple of

3          articles --

4                 MR. WALKER:  Counsel, I'll note that there are

5          redactions on what you offered as Exhibit 4, I believe,

6          at the very top so --

7                 MR. WOOL:  So this will be redacted as well.

8                 MR. WALKER:  Yeah, I'd just like to make it

9          clear we'll need to redact the CV accordingly.

10                MR. WOOL:  And would you pass me that blue

11         folder again.

12   BY MR. WOOL:

13   Q.    Okay, because I haven't had a chance to review this,

14         what updates are contained in this version that --

15   A.    I think there's a paper -- I'm not -- you know, it's

16         positioned the first in one of my papers and

17         publications, so I don't know if it was in the other CV,

18         the first paper, but maybe it's there, but maybe it's

19         the organization was not there.

20   Q.    So does it reflect any new research that you're involved

21         with that wasn't involved in the -- that wasn't included

22         in the first copy?

23   A.    No, published research, research but it's not published

24         yet.
```

Salil Khandwala, M.D.

```
1    Q.   Okay.  Let's see now, you went to medical school at the
2         University of Bombay?
3    A.   That's correct.
4    Q.   And then you did your residency where?  I'm sorry, where
5         did you complete your residency?
6    A.   Well, I did it at -- mainly initially I did it in
7         Bombay, and then I did an OB-GYN
8         residency at Greater Baltimore Medical Center in
9         Baltimore.
10   Q.   And is that where you did your fellowship as well?
11   A.   I did two fellowships.  I did a fellowship in France in
12        laparoscopic surgery, fellowship there in Clermont
13        Ferrand, C-l-e-r-m-o-n-t F-e-r-r-a-n-d, and second
14        fellowship I did at Greater Baltimore Medical Center and
15        University of Maryland in female pelvic medicine
16        reconstructive surgery, FPMRS.
17   Q.   Did you use mesh in your fellowship?
18   A.   Yes.
19   Q.   Okay.  Now, who instructed you on the use of mesh for
20        pelvic organ prolapse, for the treatment of pelvic organ
21        prolapse?
22   A.   I started using mesh even when I was a resident in my
23        second year with the gynecologists who were practicing
24        there, so many of them were using it for abdominal
```

Salil Khandwala, M.D.

```
 1          sacrocolpopexy.  And we then started using mesh as the

 2          sling for the retro pubic TVT procedure.

 3    Q.    Okay.  And who instructed you how to perform these

 4          procedures?

 5    A.    Dr. Alfred Bent, who was my fellowship director.

 6    Q.    And what mesh did you use at that time, do you recall?

 7    A.    I believe it was the Gynemesh, but I don't know exactly

 8          what was it, because I was a resident at the time.  That

 9          was the mesh for abdominal sacrocolpopexy.  Then for the

10          TVT it was the TVT mesh.

11    Q.    Okay.  And did you learn nonmesh surgical techniques at

12          that time as well?

13    A.    Most of the techniques at that time were non-mesh, so

14          yes, I was very familiar with non-mesh.

15    Q.    Okay.  And going forward I'm going to refer to those as

16          traditional surgical techniques or techniques with

17          native tissue repairs.  Does that seem like a fair

18          characterization?

19    A.    I don't think so, because traditional, I don't know what

20          that means.  You can say native tissue repair, I'm fine

21          with that.

22    Q.    Okay, so native tissue repairs, we'll use that term.

23          And who instructed you or who taught you the native

24          tissue repair techniques?
```

Salil Khandwala, M.D.

```
 1    A.    Many of my gynecology faculty and, also, Dr. Bent, who

 2          was the fellowship director.

 3    Q.    So at that time, I guess, did Dr. Bent, B-e-n-t?

 4    A.    Yes.

 5    Q.    Did he have a preference for mesh or native tissue

 6          repairs?

 7    A.    It depended upon the case.  If the case was an extremely

 8          large vaginal prolapse, then he would do an abdominal

 9          sacrocolpopexy procedure, and that's what we did.  If it

10          was a vaginal procedure he could -- he thought he could

11          get away with a vaginal case, then he would do a native

12          tissue repair.  It all depended upon how the extent of

13          the prolapse was, the recurrence of the prolapse, had

14          the patient had a prior prolapse surgery, so a lot of

15          factors went into making in that decision.

16    Q.    So if you had to guess during your fellowship as to the

17          percentage of each surgery, either native tissue repair

18          or mesh surgery, which one did you do more frequently?

19    A.    That depends upon the indication.  So we're talking

20          about two things.  Number one, if you're talking about

21          incontinence, then I would say that during my fellowship

22          that spanned 2000-2002, in that period of time it was

23          predominantly we were doing laparoscopic Burch

24          colposuspensions.  Then that's when the TVT was sort of
```

Salil Khandwala, M.D.

```
 1        coming into being.  And then from the point of view of

 2        vaginal prolapse surgery, it completely depended upon

 3        the case.  So I can't tell you exactly what, I mean

 4        again so far back, I can't tell you what we were doing

 5        predominantly for.  So the indication changed, so if you

 6        asked me from the standpoint of indication if a woman

 7        had a recurrent vaginal vault prolapse, what would be

 8        the best case, and abdominal sacrocolpopexy with mesh

 9        would be the preferred operation for that case.  So I

10        can't generalize and say that, you know, which one we

11        did more or less of, it's based upon, you know, the

12        indication, the reason why we were doing it.

13   Q.   So you can't give me an approximation for pelvic organ

14        prolapse?

15   A.   Correct.

16   Q.   So describe your training on how to implant transvaginal

17        mesh.

18   A.   So I was doing a lot of vaginal reconstructive surgery,

19        and my expertise was in vaginal reconstructive

20        procedures right my residency in India to my training in

21        France to my training and doing my residency in the U.S.

22        So having done that much, I was very familiar with the

23        vaginal anatomy.  As I was doing the vaginal native

24        tissue repairs, I was very frustrated by the outcomes I
```

Salil Khandwala, M.D.

```
 1          was getting.  We were having a lot of failures, and I

 2          was working very hard to do the best I could, and I knew

 3          something is not right, there is something that has to

 4          be done to improve the success for these failures.

 5                    Just about that time there was talk about

 6          vaginal augmentation surgery.  All we had at that time

 7          was abdominal sacrocolpopexy, which used a mesh, so you

 8          would take a sheet of mesh, cut it to size, and do it.

 9          So I've been using mesh since 1992 or '93, but this,

10          when we started doing vaginally, and then I realized

11          that augmentation surgery is something which is going to

12          be beneficial to my patients because they were just

13          failing, that's when I realized that, I got into vaginal

14          augmentation surgery with mesh.

15    Q.    So, Doctor, I don't think that we really got a clear

16          answer on that question.  Okay.  So specifically

17          training for the implantation of vaginal mesh, not the

18          entire anatomy, when did that occur predominantly?

19    A.    It was around the time when the IVS tunneler was

20          launched in 2002, I believe, somewhere in thereabouts,

21          2002, 2003.

22    Q.    Okay.

23    A.    But it is -- the reason why I'm saying that is because

24          it is not -- it's mesh -- the technique is not -- the
```

Salil Khandwala, M.D.

```
 1            most important thing is the dissection and, I'm sorry,

 2            the anatomy, and then you're putting the mesh in, I was

 3            doing it from above, anyway, so now we got the ability

 4            to do it from below, and that's when, the device when it

 5            came out, it was around 2002, 2003 when I started doing

 6            the, you know, transgluteal passages for prolapse.

 7    Q.      And how were you trained to perform that procedure?

 8    A.      I had gone to a cadaver course, and I did cadaver passes

 9            and I -- someone had come to proctor me at my site, you

10            know, when I was doing the first case, first couple of

11            cases, and then I started doing them on my own, because

12            the most -- 95 percent of the thing doesn't change, the

13            dissection, that's the key.  Whether you use mesh or you

14            do not use mesh, the dissection is very similar, it

15            doesn't change that.  All that changes is what you're

16            going to do there.  Are you going to put in a piece

17            there or are you going to put the tissues together?

18                   The only other difference was passage of these

19            Trocars, which is the only additional thing I had to

20            learn, which is truly about 5 percent of the entire

21            surgical procedure.

22    Q.      Okay.  So this was an academic course in roughly the

23            2002 to 2003 time period which is where you learned?

24    A.      Correct.
```

Salil Khandwala, M.D.

```
 1    Q.    Okay.  And then as you started to perform the

 2          procedures, was anybody ever guiding you?

 3    A.    So now this we're talking about the vaginal mesh for

 4          prolapse?

 5    Q.    Yes.

 6    A.    No, then I was just monitoring my own cases.

 7    Q.    Okay.  And this course that you took in '02 to '03,

 8          approximately -- strike that.  Let's see, so you

 9          currently -- do you currently hold any academic

10          positions?

11    A.    Yes.

12    Q.    Where?

13    A.    At Wayne State University, I am associate professor at

14          Wayne State University in the Department of Obstetrics

15          and Gynecology.

16    Q.    And do you receive a salary from Wayne State?

17    A.    Yes.

18    Q.    Okay.  Approximately how much?

19    A.    It is a very nominal salary because I'm an associate

20          professor, it is to teach the residents.  I think it is

21          about $10,000 per year.

22    Q.    And what are your responsibilities in teaching the

23          residents?

24    A.    Make them aware of the science and the medicine of
```

Salil Khandwala, M.D.

```
1          female pelvic medicine and reconstructive surgery or

2          FPMRS.  So they rotate with me.  There are about 10

3          residents there.  Each resident rotates with me for a

4          month and they follow me, they come to the office, they

5          see patients with me and with my fellow, and then they

6          go to the hospital to do surgical cases with me.

7    Q.    Okay.  And I guess when you're training them, is it

8          exclusive to, I guess, watching you perform surgery or

9          are you doing cadaver training as well?

10   A.    For them it is more to make them aware of the entire

11         field.  So what we're focusing now is the surgical

12         procedures is just a technique, it's a very small piece

13         of this entire field.  This field is much more than just

14         doing a surgical procedure.  The biggest thing is when

15         do you do this or what reason, who is the right patient?

16         And that's what they'll learn with me in the office.  So

17         they come with me in the office, they understand the

18         pathophysiology, they understand the science behind the

19         pathophysiology, and once they understand all that, then

20         they see the surgical technique.  So they do the whole

21         thing.

22   Q.    Now, do you ever teach them anything related to the

23         removal of mesh?

24   A.    Well, I hardly have any of those cases, but even if I
```

Salil Khandwala, M.D.

```
 1          had, they would just see with me as I'm placing it and

 2          if I am removing it.  I've never had to remove an entire

 3          mesh.

 4    Q.    You never had to explant an entire mesh?

 5    A.    Never.

 6    Q.    Never?  Okay.  But you do have to remove portions of

 7          mesh, correct?

 8    A.    I've had to do it a few cases.

 9    Q.    All right, a few cases.  Are they your own cases?

10    A.    Yes.

11    Q.    Okay.  Have you ever had to remove mesh from another --

12          from a patient that started with another physician?

13    A.    Very few.

14    Q.    Very few?  Approximately how many?

15    A.    Maybe about four or five.

16    Q.    Four or five?

17                MR. WALKER:  Can I just ask for clarification?

18          Are you asking about mesh in general from any

19          manufacturer or --

20                MR. WOOL:  From any manufacturer.

21                THE WITNESS:  Yeah, I'd like to clarify that,

22          too.  I'm talking about mesh removal not only from any

23          manufacturer and any manufacturer but also for any

24          procedure, which is not just prolapse but also
```

Salil Khandwala, M.D.

```
 1        incontinence.

 2   BY MR. WOOL:

 3   Q.   Okay.  So approximately how much removal from prolapse?

 4             MR. WALKER:  Again, are you talking about any

 5        manufacturer?

 6             MR. WOOL:  Any manufacturer, yes.

 7             THE WITNESS:  Maybe two.  It's usually the

 8        slings that I have had to modify.

 9   BY MR. WOOL:

10   Q.   Okay.  And so what types of patients do you typically

11        see?

12   A.   General in my practice?

13   Q.   Yes.

14   A.   It's -- I see predominantly patients for female pelvic

15        medicine reconstructive surgery, which is patients with

16        urinary symptoms, could be urgency, frequency, leakage

17        of urine, whether urgency leakage or cough-associated

18        leakage, vaginal pain, vaginal prolapse, accidental

19        bowel leakage, and female sexual dysfunction.

20   Q.   Now, when somebody presents to you with pelvic organ

21        prolapse, what factors are you looking at to see whether

22        or not they might be an appropriate candidate for a mesh

23        surgery?

24   A.   First of all, the patient has to be complaining of the
```

Salil Khandwala, M.D.

```
1          presence of a bulge, so when she comes to me and she
2          says that this is a bulge, it's bothersome and it's
3          coming down and this bothers me, so the bulge itself has
4          to be a bothersome factor to the patient.  The way we do
5          in our practice is we give our patients what is known as
6          validated questionnaires.  So they fill out these
7          validated questionnaires.  One of the validated
8          questionnaires I give them is something called PFDI-20,
9          Pelvic Floor Distress Inventory short form 20, and in
10         that form they basically put out what are the symptoms,
11         and it goes over aspects of bowel, aspects about the
12         bladder, and aspects about the vaginal prolapse.  So
13         when they do that form, then they also have a couple of
14         other forms they fill out called PFIQ, which is a
15         quality of life questionnaire for Pelvic Floor and
16         Incontinence Questionnaire and some urinary incontinence
17         questionnaire.  Once they fill out, we get a very good
18         idea as to what is her main complaint, what is she
19         mainly bothered by?  Is it pain?  Is it discomfort?  Is
20         it leakage?  Is it urinary inability to empty?  Or is it
21         a persistence of vaginal bulge?  Once we review those
22         questionnaires, then we go in and talk to the patient
23         and go over those questionnaires with the patient and
24         then try to clarify as to what is going on.
```

Salil Khandwala, M.D.

```
 1              Following that we do an examination and we do

 2         a very thorough examination lying down, sitting and

 3         standing, and we may take a video of the prolapse if it

 4         is there, and we review the video with the patient and

 5         say this is what we found, this is -- are you

 6         complaining about this?  What is your main complaint?

 7         So the key thing here is to correlate and make the

 8         patient understand that if she has a bulge, is that what

 9         she's bothered by, the presence of the bulge?

10              Then there are other factors that come up in

11         the validated questionnaire and the other part of the

12         history form such as has she had any prior surgeries

13         done for this problem?  Is she a smoker?  What is her

14         weight?  Does she have any risks such as diabetes that

15         could affect tissue healing?  How long has this prolapse

16         been?  What is the texture of this prolapse?  Is it thin

17         walled?  Is she menopausal?  Is she on estrogen?  Does

18         she have associated complaints such as bladder

19         complaints, bowel complaints?  All that goes into play

20         to decide what do I need to do?  More importantly, I

21         also look at whether she has a uterus.

22              If she has a uterovaginal prolapse, which is

23         significant, what we do at our center is we do not take

24         the uterus out.  We do uterine preservation operation.
```

Salil Khandwala, M.D.

```
 1          So that is very important in my decision whether I am

 2          going to use mesh or not, uterine preservation, because

 3          that is what we strongly believe in, and that's a paper

 4          that we published, and it's part of my report and, also,

 5          a paper that we are actually working on about to be

 6          published with the Exair, E-x-a-i-r, mesh from

 7          Coloplast.

 8    Q.    So depending on all these factors, somebody may or may

 9          not be a good candidate for mesh?

10    A.    That is correct.

11    Q.    And so what are some of the other treatment options that

12          you offer?

13    A.    The most important option I offer them is to do nothing.

14          So if they're coming in, they're not bothered by this, I

15          tell them don't do anything about this and just let's

16          see how it goes.  Many a times patients just need

17          reassurance.  They think that sometimes they do come

18          into my office and the gynecologist sees a bulge and

19          says, hey, go to the specialist and get it taken care

20          of.  They come here, we go over these validated forms,

21          we realize that she's really not bothered by this bulge

22          and she's here because her doctor sent her.  Tell them

23          there's nothing to do.  That's very important, to do

24          nothing.
```

Salil Khandwala, M.D.

```
 1              Number two is to do something called pelvic

 2         floor therapy, which is improving the tone of the pelvic

 3         floor muscles, and in mild degrees of prolapse it works

 4         very well to improve that, you know, so that they do not

 5         have to go for an operation in the future or it doesn't

 6         worsen.

 7              Third, we talk about pessary, which is a

 8         device -- p-e-s-s-a-r-y -- which is inserted into the

 9         vagina to hold the bulge inside.  That's the third thing

10         we talk and discuss with patients.

11              Fourth, we talk about if we then went -- go

12         into surgery, after having discussed expected

13         management, pelvic floor therapy, pessary management,

14         then we will discuss surgery, we then explain to the

15         patient about what is the prolapse that she's having and

16         what could be done about that and the different options,

17         whether she goes in for native tissue repair or whether

18         she goes in for vaginal mesh augmentation surgery.

19    Q.   Okay.  So you offer native tissue repair to your

20         patients?

21    A.   Yes.

22    Q.   So what are the factors that would lead you to direct

23         somebody, or direct a patient towards native tissue

24         repair?
```

Salil Khandwala, M.D.

```
 1                MR. WALKER:  Are you talking about for

 2        prolapse?

 3                MR. WOOL:  For prolapse, yes, this entire

 4        question is about prolapse.

 5                THE WITNESS:  Well, it depends upon the extent

 6        of the bulge, and many a times if the patient has a

 7        bulge which is not that significant for recurrence,

 8        let's say if it is a Stage 2 vaginal bulge and it's not

 9        really coming out but she is bothered by this and she

10        says I just don't like this, I understand it's not

11        coming out, you know, I know that it's not outside my

12        body, but it is right there, so I just don't want it to

13        be there, so in that patient, you know, I would tell her

14        that listen, I'm going -- in the intervention I talk to

15        them about vaginal mesh augmentation, also, when I go in

16        for surgery, I say I'm going to go into the OR, and in

17        the OR I will decide what happens.  Most likely you will

18        not need mesh, you know, if I don't have to put it, I

19        won't put it, whatever little or more, whatever that is

20        depends upon the surgical outcome.  What I tell her is

21        that what my goal as your physician is to give you the

22        best chance at success at this first attempt.  That's my

23        job.  So when I go in and I open up the vagina and I

24        find that the tissue is completely attenuated, there's
```

Salil Khandwala, M.D.

```
 1            nothing there, then I would augment it.  You never know,

 2            until you actually get in, you never know.  So I give

 3            patients what options, and I make them understand why I

 4            would decide one versus the other.

 5    Q.      Right, so you said if they were presenting with Stage 2

 6            prolapse.  Any other factors that you would consider in

 7            directing somebody towards native tissue repair?

 8    A.      That's the main -- well, it depends upon what I find,

 9            but that's the main thing.  If a larger prolapse, you

10            know -- see, the typical operation that I perform, and

11            if you look at my literature, also, most of the

12            operations I perform are for stage 3 to stage 4 vaginal

13            prolapses where there is a significant bulge that's

14            coming out, especially uterovaginal prolapse.  You know,

15            then I would not do native tissue repair unless it -- I

16            mean native tissue repair for a large uterovaginal

17            prolapse, that requires hysteropexy, that means where

18            the uterus is kept inside, hysteropexy, where the uterus

19            is kept in inside, fails.  There are papers published by

20            Dietz and Lynd, you know, that if it's stage 3 or stage

21            4, there's a 70 to 80 percent chance that vaginal native

22            tissue hysteropexy will fail.  What we believe strongly

23            is to keep the uterus, so that is our number one thing.

24            So if the patient has large uterovaginal prolapse, I
```

Salil Khandwala, M.D.

```
 1          will almost always recommend mesh surgery.

 2    BY MR. WOOL:

 3    Q.    Okay.  So in addition to Stage 2 or better, any patient-

 4          specific factors, obesity, if they're a smoker, anything

 5          else that weighs in on your decision?

 6    A.    Yeah, just as I mentioned earlier, so those -- I mean

 7          all these -- there are several, several factors I look

 8          at right from what is their age, is she postmenopausal,

 9          is she on estrogen, how is her vaginal anatomy, what is

10          the -- is it thinned out, is it atrophic, does she have

11          decubitus ulcers of the prolapse, then does she have

12          recurrence, is it a first time or is it a recurrence,

13          weight absolutely because BMI would have an influence on

14          the success.  Ultimately what I believe in doing is that

15          I want to go in and do this once and for all.  I do not

16          want this patient to come back.  I don't want her -- to

17          take her back to the OR nor should she be going back to

18          the OR.  So what in my hands and in my experience is the

19          best treatment for this patient, is the ultimate

20          judgment.  So there are many, many factors.  Sitting

21          across the table from you I can't just say, hey, this is

22          just one thing or two things.  There are so many factors

23          that go into play, and it's so much individually

24          tailored.  Now, you may say, okay, your pant size is 30
```

Salil Khandwala, M.D.

1        to 32, but until you actually try the pant, you don't

2        know if it's going to fit you.

3    Q.  Right.  And so you said in your last answer that one of

4        the main things you're looking for is trying to come up

5        with a treatment solution that will not send them back

6        to the operating room, is that --

7    A.  That's my main goal, yes.

8    Q.  Okay.  So what percentage of your practice involves

9        pelvic organ prolapse?

10   A.  Probably about 50 to 55 percent.

11   Q.  And what mesh products do you use for treatment of

12       prolapse?

13   A.  I use the Elevate, E-l-e-v-a-t-e, which is by Astora,

14       and I use the -- I used to use Exair, E-x-a-i-r.  It's

15       not on the market anymore.

16   Q.  And you started with the IVS tunneler?

17   A.  Yes.

18   Q.  Okay.  And then you switched to the Prolift?

19   A.  Yes.

20   Q.  Now, why did you make the switch?

21   A.  Because the IVS tunneler, it is a very good concept, you

22       know, where you are now figuring a way out to attach the

23       Gynemesh is what was being used, the Gynemesh to the

24       sacrospinous ligaments, but the IVS tunneler is a sharp

Salil Khandwala, M.D.

```
 1          metallic rod, and you have to turn it around and bring

 2          it in your face to feed the mesh loop in, you know, so

 3          that's a very -- it's very hard to have a metal rod

 4          which is nonflexible to turn and bring towards you.

 5               What Prolift did is it was similar concept but

 6          it basically penetrated the ligament and the moment it

 7          penetrated the ligament, the needle just stayed there,

 8          and then you threaded the mesh retrieval loop from there

 9          to retrieve the arms of the mesh.  That was phenomenal

10          because that made a big difference because that

11          decreased the amount of tissue trauma that was being

12          brought about by the tunneler.

13     Q.   So it was the process that led to your change in your

14          practice?

15     A.   Yes.

16     Q.   Okay.  Not the -- you didn't assess any differences in

17          the mesh itself?

18     A.   I believe the mesh was the same.  I think the mesh that

19          was used with the IVS tunneler was the Gynemesh PS.

20     Q.   Okay.  And then you moved from the Prolift to the

21          Prolift+M?

22     A.   That's correct.

23     Q.   Now, why did you make that change?

24     A.   That's a very good point, you know, I can still vividly
```

Salil Khandwala, M.D.

```
 1           remember why I would do that, you know, because I was

 2           enjoying, as evident in my study of 315 patients, I was

 3           enjoying great results with the Prolift, and I thought

 4           should I change something that I'm doing good with?  You

 5           know, and then I looked at just the basic concepts, and

 6           I said, well, what if -- you know, the typical concept

 7           in medicine is do -- use -- you know, the risk balance,

 8           so what if I can get the lowest dose of a drug possible

 9           to get that effect, because the lower the dose, maybe

10           then she will not have possible side effects.  So maybe

11           if you have a mesh that partly melts away, then maybe it

12           could have a better effect.  Maybe that, you know, then

13           the factor was that it has this lateral stability and

14           longitudinal flexibility and stretchability, so that may

15           allow the bladder to distend more, the rectum to distend

16           more, so theoretically, it made sense, from the

17           engineering standpoint.

18   Q.     So it was based on a theoretical proposition?

19   A.     I had nothing against Prolift, I loved Prolift.  It did

20           a fantastic thing.  The only reason to switch was this

21           possible theory that could it -- could you -- and it's

22           good to advance, you know, medical changes -- changes

23           are sometimes good, so you never know what it is going

24           to bring, and if it looked at, yes, this is something
```

Salil Khandwala, M.D.

```
1          that could be better, maybe from whatever reason, maybe

2          now we're getting success with -- Prolift was very good,

3          but what if we could get even better, for whatever

4          reason, you know, from something which is theoretical.

5    Q.    And this decision was based on the fact that the M

6          has --

7    A.    Monocryl.

8    Q.    Monocryl --

9                MR. WALKER:  Let him finish his question.

10   BY MR. WOOL:

11   Q.    So that was the overriding factor that led to your

12         decision to switch?

13   A.    It was the -- it was Monocryl, but, more importantly,

14         what was described is that it maintained its lateral

15         strength, so that's where it's anchored, the lateral

16         strength, but it allows more of longitudinal

17         flexibility.  So what that meant is theoretically how

18         could this be important?  One, as the bladder is

19         distending, as the bladder is filling, if you have a

20         mesh that could stretch longitudinally, it may allow it

21         to fill more.  The rectum, same thing, intercourse,

22         because typical, you know, Master's and Johnson's theory

23         about intercourse and foreplay is that there is

24         ballooning of the vagina.  So if you have a mesh that
```

Salil Khandwala, M.D.

```
 1        has longitudinal flexibility, then theoretically, you

 2        know, it makes sense that during intercourse it would be

 3        more flexible and may therefore yield more possibly.

 4   Q.   And so we're still talking about your decision to switch

 5        from the Prolift to the Prolift+M.  So what data was

 6        available to you at the time that the M had greater

 7        lateral strength?

 8   A.   It was just the experiment, the information from the

 9        engineers.

10   Q.   From the engineers?

11   A.   Yeah.

12   Q.   From Ethicon's engineers?

13   A.   From Ethicon's engineers.

14   Q.   Okay.  And the Prolift and the Prolift+M are no longer

15        on the market, correct?

16   A.   That is correct.

17   Q.   Okay.  And when they were taken off --

18   A.   Can I take that back.  The Prolift and Prolift+M as a

19        device is not on the market, but the mesh is still

20        around.

21   Q.   Right.  Okay, and then from there you switched to what

22        device?

23   A.   I switched temporarily to Elevate, and then I switched

24        to Exair.  The reason why I went with Exair was --
```

Salil Khandwala, M.D.

```
 1          E-x-a-i-r was made by Coloplast, it was a similar

 2          technique as the Prolift, almost identical, and, you

 3          know, since this was not available and literally I mean

 4          I still remember that when we initially made the pass, I

 5          made my first two passes and then just I handed it over

 6          to my fellow, and my fellow started doing it because he

 7          was doing the Prolift+M already so it was nothing

 8          different, so I didn't even have to do more than two

 9          passes because it was almost identical to the +M

10          technique.

11     BY MR. WOOL:

12     Q.   So approximately how many procedures did you use for the

13          Prolift?

14     A.   About -- Prolift I would say about between 350 to 400,

15          in the 400 vicinity, 315 is what we gathered the data

16          on.

17     Q.   Okay.  And the +M?

18     A.   +M I would say something similar.  We did a long-term

19          results on 250 cases of consecutive use, but then there

20          are a lot of other cases that were not part of that

21          consecutive use paper that was published.

22     Q.   Okay.  And do you think that those numbers are typical

23          for a urogynecologist implanting mesh for pelvic organ

24          prolapse?
```

Salil Khandwala, M.D.

```
1              MR. WALKER:  Object to form.

2              THE WITNESS:  I don't know, I don't know what

3         others do.  I'm sorry.  I can't comment on others.

4    BY MR. WOOL:

5    Q.   I guess do you think that that is a high number for

6         somebody in the field?

7              MR. WALKER:  Object to form.

8              THE WITNESS:  It is an appropriate number for

9         someone who sees a proper pathology.  So, you know, if

10        someone is seeing -- most urogynecologists like me are

11        referral centers, so we get patients who have these

12        large prolapses that come into our lap, so I don't get

13        Stage 2 prolapses, I'm more -- most of my prolapses are

14        stage 3 or stage 4.  I mean the other day I did a

15        patient that was 18 centimeters outside the vagina, so,

16        you know, these are the prolapses that usually come to a

17        referral center.  So when I'm looking at it from a

18        referral center, of course my statistics -- I'm going to

19        be biased because I'm going to be banking more on

20        vaginal mesh augmentation because I see more, but I

21        don't know, you know, what others are doing, you know,

22        what other physicians do, but typically from what I know

23        is that most referral centers will really get all the

24        bad cases or the large cases.
```

Salil Khandwala, M.D.

```
1    BY MR. WOOL:

2    Q.   And that -- and you are a referral center, your practice

3         is a referral center, correct?

4    A.   Yes.

5    Q.   Okay.  And --

6              MR. WALKER:  David, we've been going a little

7         over an hour --

8              MR. WOOL:  Yeah, we can go off the record.

9              (A recess was taken from 10:10 a.m. to

10                10:21 a.m.)

11             MR. WALKER:  Before you start, I want to put

12        on the record that we received a flash drive from FedEx

13        during our break, and that flash drive contains Dr.

14        Khandwala's reliance materials, and I have provided that

15        to Plaintiff's Counsel.

16             MR. WOOL:  Okay.

17   BY MR. WOOL:

18   Q.   Okay, Doctor, so I just asked you about the number of

19        Prolift and Prolift+M procedures that you had performed.

20        Prior to switching to the Prolift, approximately how

21        many IVS procedures?

22   A.   You know, I can't recall that, that was probably 2002,

23        2003, I have no idea.

24   Q.   You think in the hundreds?
```

Salil Khandwala, M.D.

```
 1    A.    No, I'd probably say about maybe 20, 25, in that

 2          ballpark, because from what I remember, as soon as the

 3          IVS tunneler came out, Prolift was in the works, and it

 4          came out soon thereafter.

 5    Q.    Okay.  And prior to the tunneler, approximately how many

 6          surgeries had you performed using mesh for the treatment

 7          of pelvic organ prolapse?

 8                MR. WALKER:  Are you talking about

 9          transvaginal mesh or --

10                MR. WOOL:  Yes, any manufacturer.

11                THE WITNESS:  Well, there was -- we didn't

12          have any transvaginal meshes at that time.

13    BY MR. WOOL:

14    Q.    Okay.  Any other meshes, Gynemesh?

15    A.    I don't think I did any patch meshes, so, no, I was just

16          doing fascia repair, native tissue repair.

17                MR. WALKER: I was just making a distinction

18          between the vaginal and abdominal approach.

19                MR. WOOL:  Right.

20                THE WITNESS:  Abdominal, of course, we

21          would --

22    BY MR. WOOL:

23    Q.    Okay.  And I'm sorry if I asked you this question

24          before, or actually, no, I'm sorry, strike that.  Okay.
```

Salil Khandwala, M.D.

```
1          So approximately how many patients have you treated with

2          mesh erosion?

3                    MR. WALKER:  Object to form.

4                    THE WITNESS:  What do you define by erosion?

5     BY MR. WOOL:

6     Q.   I guess how would you define erosion medically and

7          then --

8     A.   Well, it's a very -- the terminology has been very

9          loosely used in literature to date.  Mesh erosion has

10         been sometimes labeled as in the vagina, in the

11         neighboring viscus.  The way now and the new

12         nomenclature states that words like extrusion should not

13         be used.  Erosion is where the mesh breaks into a

14         neighboring viscus such as the bladder or the bowel.  If

15         that's the question you're asking me, how many mesh

16         erosions have you had, I have not had a single.

17    Q.   You haven't treated a single patient for an erosion?

18    A.   I have not treated a single --

19                    MR. WALKER:  Object to form.

20                    THE WITNESS:  Personally I have not treated a

21         patient with vaginal mesh erosion the way I defined it.

22    BY MR. WOOL:

23    Q.   Okay.  And so that would include both your patients,

24         anybody that would be referred to you, anything like
```

Salil Khandwala, M.D.

```
1         that?

2    A.   That's correct.  So that's different from exposures.

3    Q.   Okay.  Have you ever treated a patient with recurrent

4         urinary tract infections?

5    A.   I have several patients with urinary tract infections,

6         that's part, being a part -- I would say 7 to 8 percent

7         of my practice is recurrent urinary tract infections.

8    Q.   Okay.  And any of those that you attribute to mesh?

9    A.   No.

10                   MR. WALKER:  Object.

11   BY MR. WOOL:

12   Q.   Okay.  Have you ever treated a patient with chronic pain

13        that you attribute to mesh?

14                   MR. WALKER:  Object to form.

15                   THE WITNESS:  No.  Can I elaborate a little

16        bit on that?

17   BY MR. WOOL:

18   Q.   Yes.

19   A.   So when I say no, what I'm saying is I have treated

20        patients with chronic pelvic pain.  However, I do not

21        think that it has anything to do with mesh.

22   Q.   Were those patients treated with mesh?

23                   MR. WALKER:  Object to form.

24                   THE WITNESS:  Most of my patients have pelvic
```

Salil Khandwala, M.D.

```
 1        pain because of vulvodynia, and that has got nothing to
 2        do with mesh, so even if -- so they do not have mesh.
 3   BY MR. WOOL:
 4   Q.   So to be clear, you haven't seen a patient before that
 5        you treated for chronic pain, whether or not you
 6        attribute it to mesh, that also had been treated with
 7        mesh?
 8   A.   Could you repeat that again.
 9             MR. WALKER:  I think that misstates his
10        testimony.
11   BY MR. WOOL:
12   Q.   Okay.  So let me try to clarify the question.  So have
13        you treated a patient for chronic pain -- strike that.
14        Have any of your patients -- sorry.  Have you treated a
15        patient for chronic pain that you have also treated with
16        with mesh for pelvic organ prolapse?
17   A.   So if the question is that if a patient had pelvic organ
18        prolapse surgery done with mesh, and she comes and she
19        also has pelvic pain, oh, yes, I have several patients
20        who have -- most of whether they had preceding -- and
21        most of these patients have what we call bladder pain
22        syndrome or vulvodynia, there are several patients who
23        have this in common.  I especially see this more with
24        stress incontinence and bladder pain syndrome or pelvic
```

Salil Khandwala, M.D.

```
 1          pain syndrome more than with prolapse.

 2     Q.   Okay.  Have you ever reported a mesh complication to

 3          anybody?

 4                    MR. WALKER:  Object to form.

 5                    THE WITNESS:  Yes, if it is complication, if

 6          you mean by that is an untoward event like, for example,

 7          when I was doing the Exair study and I had the mesh

 8          exposure that happened in the vagina, I have to report

 9          it as an adverse event.

10     BY MR. WOOL:

11     Q.   Okay.  And you reported that as an MDR?

12     A.   No, it was to the IRB, Institutional Review Board, the

13          IRB.

14     Q.   And, I'm sorry, that was in what study?

15     A.   Exair.  E-x-a-i-r.

16     Q.   Any others besides that?

17     A.   When I -- well, any study that I do, if there is

18          anything which is -- which meets the criteria for

19          adverse event, it has to be reported to the

20          Institutional Review Board.

21     Q.   Okay.  So would you agree that pelvic organ prolapse is

22          a functional disorder?

23     A.   What do you mean by that?

24     Q.   That it's not life-threatening.
```

Salil Khandwala, M.D.

```
 1   A.   No, I don't completely agree with that because I saw

 2        recently a patient who had a complete vaginal eversion

 3        and her ureters were part of that, and the ureters were

 4        kinked and she had significant hydronephrosis, so if

 5        this continued, her kidneys could fail, and that would

 6        become life-threatening.  By the same token, there are

 7        patients with significant vaginal prolapse who could

 8        have urinary retention and they may not be emptying, and

 9        that could damage their bladder and cause perpetual

10        bladder infections, so that could be life threatening.

11        So I cannot really say that prolapse is not

12        life-threatening.

13   Q.   Okay.  Would you characterize those types of cases that

14        you just described as common?

15             MR. WALKER:  Object to form.

16             THE WITNESS:  Those which I just mentioned are

17        less likely to happen.

18   BY MR. WOOL:

19   Q.   Okay.  So for most of the patients that you treat for a

20        pelvic organ prolapse, is their prolapse

21        life-threatening?

22   A.   For most patients, no.

23   Q.   For most patients, no.  Would you describe pelvic organ

24        prolapse as a serious condition?
```

Salil Khandwala, M.D.

```
 1                MR. WALKER:  Object to form.

 2                THE WITNESS:  I think that's something that we

 3        as physicians and across the table we can use, but it

 4        all depends upon what the woman thinks.  For her it may

 5        be a serious condition, she cannot have intercourse with

 6        her husband because she doesn't want the vagina coming

 7        out, and for her this is life altering.  You know, she

 8        would say I would like to have intercourse but I'm not

 9        having it because this thing is hanging out or every

10        time I'm walking around I have to just find a corner to

11        push this bulge in and it falls out again.  So I don't

12        think we can state that.  I would say that the

13        seriousness depends upon the patient's perception.  If

14        it is her perception that it is serious, well, then it

15        is serious.

16   BY MR. WOOL:

17   Q.    And so you said that it's based on the patient's

18         perception, as I understand it?

19   A.    That is correct.

20   Q.    Okay.  So that would be a condition impacting the

21         quality of somebody's life?

22   A.    That is right.

23   Q.    That's the assessment you're making?

24   A.    Predominantly.
```

Salil Khandwala, M.D.

```
 1    Q.   Okay.  Predominantly.  Okay.  So on your website I

 2         believe you described prolapse as rarely serious.  Is

 3         that your opinion today?

 4    A.   Yes.

 5    Q.   Okay.  Now, how do you define success for prolapse

 6         repair?

 7    A.   It's, again, that is -- there are different ways of

 8         looking at it.  What I believe in looking at a success

 9         is that you do something which the patient has a problem

10         for, so you fix the problem, and you do not send her

11         home with a new problem.  That is success.

12    Q.   Okay.  So in your report you use a couple of metrics.

13         You define success and some parts anatomically and some

14         parts subjectively, objective, subjective, and

15         composite; is that a fair assessment?

16    A.   That is correct.

17    Q.   Okay.  So how do you define anatomic success or, sorry,

18         let me just ask one more question.  So when you say

19         anatomic success, is that the same as objective success,

20         those terms?

21    A.   Let's see, well, objective success could be depending

22         upon the parameter used, so if you're looking just

23         exclusively from the point of your prolapse, only

24         prolapse correction, then yes, but it could also mean
```

Salil Khandwala, M.D.

```
1         that objectively did she do better with her -- if we're

2         talking about her incontinence, you know, or associated

3         fecal incontinence, the associated symptoms, then it may

4         not be just the prolapse, so then it may be different.

5         But if you're looking from, example, the typical

6         anatomic success would be based upon a POP-Q assessment,

7         for example.

8    Q.   So in your report when you refer to objective success,

9         that is not just limited to anatomic success?

10   A.   If it is the prolapse paper where I'm looking mainly for

11        the vaginal bulge, then yes, if we're looking at

12        objectively from the point of view of anatomic POP-Q.

13   Q.   So, yes, objective success is equivalent to anatomic

14        success in your paper?

15   A.   From the prolapse standpoint.

16   Q.   From the prolapse standpoint, okay.

17             MR. WALKER:  And, David, you used paper, you

18        used report.  Could you maybe re-ask those to clarify

19        what we're referring to because he does have literature

20        that he's written.

21   BY MR. WOOL:

22   Q.   Right.  So in your published studies or any articles

23        that you've written, the definition that you just gave

24        me for objective success is the definition you use in
```

Salil Khandwala, M.D.

```
 1        your studies?

 2   A.   That is correct.

 3   Q.   Okay.  Now, is that an industry wide term, I guess would

 4        anybody, would any urogynecologist understand objective

 5        success as you described it?

 6             MR. WALKER:  Object to form.

 7             THE WITNESS:  It's -- no.

 8   BY MR. WOOL:

 9   Q.   No?  So in your expert report, I guess in some of the

10        studies that you rely on, do you know if they define

11        objective success the same way that you do?

12   A.   Some did, some did not.

13   Q.   Some did and some did not?

14   A.   The difference, if you want to know, is that anatomic

15        success typically has been defined as POP-Q stage 1 or

16        better, that is the most dependent part of the vagina

17        being -2 or better and -2 or higher, so that's the

18        typical anatomic success.  However, then Matt Barber

19        from Cleveland Clinic, you know, they came up with a

20        different definition of objective success which many

21        people are now talking about, which is hymen, so does

22        the vaginal bulge come up to the hymen.  So now that

23        changes.  It's not stage 1 or stage 0, but even a Stage

24        2 could be okay if it comes to -- if it's just above the
```

Salil Khandwala, M.D.

```
 1          hymen.  In other words, the most dependent part before

 2          was -2.  Now the most dependent part should be better

 3          than 0.

 4    Q.    So when you say before, what do you mean?  Was there a

 5          time when this definition changed?

 6    A.    There is a time period of -- it's still, today even the

 7          POP-Q definition holds, so there could be papers

 8          published which show that the anatomic success as I

 9          initially defined stage 0 or stage 1, many people may

10          say that is pertinent, this is what I'm going to base my

11          paper on.  So it has not dramatically shifted from one

12          to the other, it is a gray zone of both these things.

13          What happened is over the past few years physicians

14          started thinking about quality of life, and from a

15          quality of life standpoint they started thinking what

16          does she want?  Not what do I want.  Objective success

17          is what do I think, how does the vagina look, what does

18          she think?  So when we started thinking what does she

19          think, there was a study that came from South Carolina

20          which was done from Charleston, and they looked at women

21          who came for a normal Pap smear, and what they found is

22          that 65 percent of women who came for a normal Pap

23          smear, they had no complaints of a vaginal bulge, they

24          had the vaginas almost coming to the opening, they had a
```

Salil Khandwala, M.D.

```
 1         Stage 2 vaginal prolapse, so most people would say that

 2         is considered a failure, you know, but again she was not

 3         complaining.  So then when it started -- people started

 4         thinking when would she be saying that, hey, this failed

 5         for me, this is not good for me, would it be that high

 6         or would it be low.  So that's when they started looking

 7         at the quality of life and what does the patient say.

 8         That's when the definition switched from stage 0 to

 9         stage 1, to prolapse at the hymenal ring or outside.

10   Q.    When you say the definition changed, you mean the

11         definition of objective success?

12   A.    Correct.

13   Q.    Okay.

14   A.    So this is -- it includes subjective feeling that she

15         says I have a bulge, but more likely women are going to

16         say that I am bothered by the bulge, and this is a very

17         good study from Denmark by Vierhout, V-i-e-r-h-o-u-t,

18         from Denmark, and what they looked at was that when the

19         vagina was coming to the opening, over 60 percent of

20         women complained that they were having bothersome

21         vaginal bulge, you know, that's why they said that let's

22         switch objective success from stage 0 to stage 1 to

23         anything that is just at the hymen or anything just

24         above the hymen.
```

Salil Khandwala, M.D.

```
 1    Q.   Okay.  Now, in your expert report you obviously cite a

 2         number of studies, and those studies, do they use a

 3         consistent definition of objective success?

 4    A.   No.

 5    Q.   No?

 6    A.   It's all over the place.

 7    Q.   Okay.  And in describing the results using the term

 8         objective success in the study -- I'm sorry, strike

 9         that.  So when you're describing the results of the

10         studies in your expert report using the term objective

11         success, does that definition change depending on the

12         study?

13    A.   It does.

14    Q.   It does, okay.  Now, how do you define subjective

15         success?

16    A.   So how do I define?

17    Q.   How do you define and then I'll follow up.

18    A.   So I define objective success -- subjective success as

19         from the patient's standpoint, from prolapse standpoint

20         we look at PFDI question number 3, which is from point

21         of the view of the bulge, are you bothered by the bulge?

22         And if she says no or slightly or rarely, then she is

23         considered success.  If she says somewhat or greater,

24         she is considered failure from that question standpoint.
```

Salil Khandwala, M.D.

```
 1          So most of our studies rely on that particular form.  So

 2          what that allows us to do is it allows the patient to

 3          fill out a validated questionnaire, and we go by that

 4          validated questionnaire called the PFDI-20 to assess

 5          that rather than -- because if I ask someone, it's very

 6          vague, you know, how you ask.  If I -- I could ask the

 7          patient and say you don't have a bulge, right?  And

 8          she's more likely to say no.  If I tell her do you have

 9          a bulge that's still coming out, she's more likely to

10          say yes.  So it all depends how the question was asked.

11          So this again in literature has not being documented.

12                 So the best way if you really want to know

13          about subjective answers, it is important to look at

14          validated questionnaires and then follow these validated

15          questionnaires.  So no words are put in patients'

16          mouths, they look at the question, they circle it, and

17          then we just tabulate at the end and see what they have.

18   Q.    And are the questionnaires or the questions in the

19          questionnaires measuring subjective success, are they

20          uniform across most studies within the industry?

21   A.    No.

22   Q.    No?  So the studies that you look at in your expert

23          report, there are different definitions of subjective

24          success?
```

Salil Khandwala, M.D.

```
 1    A.    Yes.

 2    Q.    Different criteria for each study?

 3    A.    Yes.

 4    Q.    So is there one sort of accepted definition of

 5          subjective success anywhere?

 6    A.    No.

 7    Q.    No?  Okay.  And you defined it in part as whether or not

 8          a woman is bothered by the bulge that she feels, so that

 9          would be whether or not in a way she is symptomatic, I

10          guess?

11    A.    From the bulge standpoint.

12    Q.    Right, from the bulge standpoint.  Do you see many

13          patients who are not bothered by the bulge -- sorry,

14          strike that.  Let me see, do you treat many patients who

15          have objective prolapse but not subjective symptoms?

16                    MR. WALKER:  Object to form.

17                    THE WITNESS:  A lot, a lot of patients come

18          with that.  I mean they would come in with something

19          which is very, very important that you brought this up,

20          because I have patients who can be sent by their

21          gynecologist or their primary care physician, and they

22          come in and they have a vaginal bulge, and it is

23          obvious, they may have a stage 3 vaginal bulge where the

24          vagina is coming outside.  I ask them -- my first
```

Salil Khandwala, M.D.

```
 1        question I always ask them based upon the PFDI is are

 2        you bothered by this, and she says no, then I show them

 3        the video, and I say this is your video, it's coming

 4        outside, are you bothered by this bulge?  And she says

 5        no, I'm not bothered by it.  That is most important

 6        thing for me.  I say what are you bothered by?  She said

 7        I go to the bathroom a lot, I've got urgency and

 8        frequency, and my doctor told me that maybe this bulge

 9        is causing your urgency and frequency.  And I said let's

10        wait.  Let's figure out, it may be a bladder issue.

11        Let's figure this out.  And if it's not a bladder issue,

12        then we'll eventually end up with this prolapse, but I

13        see and what I do is I take care of that urgency or

14        frequency or they may have like what you mentioned,

15        chronic pelvic pain.  Patient has a bulge, she comes

16        with pain during intercourse, and bulge never causes

17        pain during intercourse in most cases.  So when I put --

18        when we take care of her pain usually with

19        neuromodulation and the pain is gone, now she has the

20        same bulge, it's still coming outside, stage 3

21        uterovaginal prolapse, and I ask them your pain is gone,

22        are you able to have intercourse, are you bothered by

23        the bulge?  She says no.  So I have a lot of women who

24        have objective evidence of someone might say, oh, this
```

Salil Khandwala, M.D.

```
 1          is a large bulge and should be fixed, but the patient

 2          has absolutely no symptoms.

 3     BY MR. WOOL:

 4     Q.   Okay.

 5     A.   From the bulge standpoint.

 6     Q.   All right.  Now, have you treated a patient that has no

 7          symptoms from that standpoint, from the bulge standpoint

 8          that objectively has prolapse?

 9     A.   Can you repeat that?

10     Q.   I guess my question is have you treated a patient before

11          that presents with no subjective symptoms with

12          transvaginal mesh for prolapse?

13     A.   No.  I have treated them but not with mesh.  So what

14          happens is this.  So let me -- I have to explain that to

15          give you the answer.  So let's say a patient has a

16          vaginal bulge like what I described.  Now she has

17          urinary hesitancy, urgency, and frequency.  However, on

18          her voiding profile it seems that she's emptying well,

19          so the bladder is coming out, intuitively you think,

20          okay, the bladder is coming out, she's probably not

21          emptying, that's why she has this urgency and frequency.

22               So what we do is we do some tests called

23          urodynamics to assess whether the bladder is working

24          well or not.  Then I would do what is known as a pessary
```

Salil Khandwala, M.D.

```
 1          therapeutic trial, so I put a pessary inside, reduce the

 2          bulge, push it back inside, and then see what she says.

 3          She may come back and say, oh, my God, that made a big

 4          difference, now I can empty better, my urgency and

 5          frequency has improved, this is great.

 6               Then so we can say, okay, what the pessary did

 7          is it simulated a surgical repair, that's what surgery

 8          would do.  So now correcting the vaginal bulge in

 9          someone like you who initially was not complaining of a

10          bulge but has associated symptoms which were managed by

11          reducing the bulge, in such a patient definitive

12          treatment of prolapse would be recommended.  So at this

13          stage I would approach her and say, okay, you have

14          noticed that your urgency and frequency have improved

15          with the pessary.  You could either continue with the

16          pessary or we can go and take care of and repair this.

17          And then she says yes, I had noticed the bulge, I had

18          noticed the bulge, and since my symptoms have improved I

19          would want to go ahead with this.  That's one example.

20               Another example of what you said, no

21          subjective symptoms, patient comes in and tells me I

22          have this, I don't know, I didn't know this was a bulge,

23          I'm not bothered by it.  When we educate them, when I

24          show them the video and say this is what is coming out,
```

Salil Khandwala, M.D.

```
1        this is what is happening, there's no damage, she's not

2        one of those life-threatening patients I mentioned, she

3        is doing fine, she is overall emptying her bladder well,

4        she just has the bulge.  However, once you make them

5        aware that this is what it is, this is the bulge, this

6        is where it should be, this is where your anatomy is, so

7        then she says, oh, I didn't realize it was coming out

8        that much, that's significant, let me go home and think

9        about it.  Now she starts understanding what is

10       happening, and then she may say, yes, I want this fixed.

11            The third scenario is where a patient

12       similarly says I'm not bothered by this.  Why?  Because

13       she has heard, read all these vaginal mesh ads on TV, so

14       she says forget it, I do not want surgery.  Once she

15       comes in, she hears evidence-based information from us,

16       the real balanced information, risks, benefits.  Now she

17       says yes, I was bothered by this, I was so concerned

18       about what's out there on TV ads so I did not want to

19       even get into this, but now that you've explained to me

20       in a proper manner, I want this taken care of.

21            So these are a few examples where a patient

22       may not have subjective symptoms, has objective findings

23       but actually does have some subjective symptoms linked

24       to the objective findings; however, I did not treat just
```

Salil Khandwala, M.D.

```
 1          the objective findings, I treated the subjective

 2          findings after counseling the patient and making her

 3          aware as to what she was experiencing.

 4    Q.    Okay.  Now, in your own practice, how do you define

 5          success, one, objective, subjective, a combination of

 6          both?

 7    A.    So what we want, what we strongly believe is that I

 8          want -- like my composite score is I want to do

 9          something for her that she's come with, she came with a

10          problem, I want to fix this problem, but I do not want

11          to give her another problem.  That's what we consider

12          success.

13    Q.    Not giving a patient another problem?

14    A.    Correct.

15    Q.    So if a patient doesn't present for another surgery or

16          another treatment, that would be success?

17    A.    No.  If she came in with prolapse and I fix the prolapse

18          and then she said that I did not have, you know,

19          incontinence before, now I'm having incontinence, so she

20          didn't have it before, now she's having it, so that

21          means the surgery led to another problem.  So we want to

22          make sure that if we can therefore cover the whole

23          thing, which is typically not reported, it's -- if you

24          look at this composite score and look at anatomic score,
```

Salil Khandwala, M.D.

```
 1        the anatomic score percentages will be 95 percent.  To

 2        the eye it looks perfect, but to her it may not be

 3        perfect.  So what matters to our practice and to me as a

 4        physician and a proponent of women's health is that I

 5        don't want to do anything that she did not come with.  I

 6        hope I do no harm, that's my oath.  So I want to do what

 7        I can do and I don't want to do any harm, so that's my

 8        success.  So it's very -- it's -- I can't pin it to one

 9        thing, it's a general term, but basically factor about

10        take care of the problem she came with, don't give her

11        any new problems.

12   Q.   So a combination of objective success, subjective

13        success, and no new problems, is that a fair

14        characterization?

15   A.   That's correct.

16   Q.   Okay.  Now, in your own studies you typically use a

17        composite score of success?

18   A.   Yes, and, however, in the discussions usually to break

19        it down to compare apples to apples, let's say if a

20        paper has been published by Joe Shmoe and they discuss

21        anatomic success only, so say our anatomic success was

22        this and this is what they showed, because if you look

23        at papers, a classic example I would give you is a paper

24        that I was involved with, it's part of the Urinary
```

Salil Khandwala, M.D.

```
1          Incontinence Treatment Network, UITN, and it was a

2          Tomus, T-o-m-u-s, and S-i-s-t-r study.  In that, we

3          mention absolute definition of cure, that on the MESA,

4          M-E-S-A, which is an incontinence validated form, the

5          patient has to say never, I have no problems, zero.  So

6          if she says no, no, no, then she's considered a success.

7          Our success score with a sling, which is the fascial

8          sling, was 50, 55 percent.  The typically quoted success

9          out there is 95 percent success.  So how come ours was

10         55 percent for fascial sling where theirs was 95

11         percent?  Because it's the definition of success.  It

12         was a very hard defined definition where she had to be

13         absolutely a no.  So if you look at our paper, at this

14         55 percent, and someone else says these people are bad,

15         but, no, the definition is wrong.  Now, when we compare

16         to what they define success as, which is an objective

17         leak test, so she coughed and leaked, our success was

18         very similar to theirs, when you look at that parameter

19         that they went by, but not the strict parameter that was

20         used in this study.

21    Q.   So your definition of composite success in your studies,

22         how is that measured, I guess?  Is it a 50/50 split of

23         objective and subjective or just tell me what the

24         definition is.
```

Salil Khandwala, M.D.

```
 1    A.    That's a very good point.  So we look at everything,

 2          absolute, she has to meet all those criteria.  For

 3          example, if I looked at, for example, the incontinence

 4          study I'm doing right now, it's very fresh in my mind,

 5          I'm doing a single incision sling right now, so that I

 6          would look at is she dry, number one.  Number 2, does

 7          she have any de novo urgency, so the definition would be

 8          patient is subjectively dry, so on the MESA form she

 9          said I'm not leaking or, Number 2, objectively she's not

10          coughing and leaking, so that's what she came for, her

11          incontinence, that's one part.  Did I give her anything

12          bad?  Does she complain?  So then she should have no

13          voiding dysfunction, she should be able to urinate fine,

14          no catheter, no de novo dyspareunia, no de novo urgency

15          incontinence, no mesh exposure, no de novo pelvic pain.

16          So these are the bad things that could happen when I put

17          a single incision sling.  And so I think -- they have to

18          answer no, no, no, no.  So if they meet all that, then

19          they consider it success.

20    Q.    Okay.  And in your studies that you cite in your expert

21          report, in all of them, I believe, the objective success

22          rate is higher than your composite success rate?

23    A.    Yes.

24    Q.    Okay.  And you would agree that the composite success is
```

Salil Khandwala, M.D.

```
 1         more important to you as a physician?

 2                    MR. WALKER:  Object to form.

 3                    THE WITNESS:  Absolutely.

 4    BY MR. WOOL:

 5    Q.   Okay.  Let's see, so of your own studies that you cite,

 6         which are specific to the Prolift?

 7                    MR. WALKER:  And, Doctor, feel free to

 8         reference your report.

 9                    THE WITNESS:  Yes.

10                    MR. WALKER:  If that will help you.

11    BY MR. WOOL:

12    Q.   I think you cite some 60 studies.

13    A.   I think he's asking me about my studies.

14    Q.   Yes.

15    A.   It's the first one, the 315 patients.

16    Q.   Okay.  Have you ever been involved in a clinical trial

17         comparing a midurethral sling to another pelvic surgery?

18    A.   Like what?  Pelvic surgery you mean?

19    Q.   Being either a native tissue repair, any -- not -- any

20         surgeries that don't involve mesh.

21    A.   Yes, and that was the -- it's a Burch, it was the UITN

22         study which is Burch versus the TVT.

23    Q.   Now, are you currently working on any studies or writing

24         any articles?
```

Salil Khandwala, M.D.

```
 1    A.   On what?  Generally?

 2    Q.   Generally, yes.

 3    A.   Yes, we have about eight open clinical trials right now.

 4    Q.   And what do those involve?

 5    A.   One is -- most of them involve urinary incontinence

 6         studies and vaginal prolapse studies.  So one is on the

 7         Exair mesh, the other is on Elevate vaginal mesh, third

 8         is on Miniarc sling, M-i-n-i-a-r-c, and the different

 9         derivatives of that, and I'm looking at an overall

10         vaginal mesh outcome paper.

11    Q.   Are any of those studies sponsored by an industry group?

12    A.   The Exair was, it was at my -- it was -- that's a

13         different thing, it's not sponsored by the definition

14         that they made me do it, it's something called

15         investigator initiated study.  So I've made the

16         proposal, I send it to their research division, and they

17         get a lot of clinical trial requests, and they pick and

18         choose and they say, okay, yours is a good trial, we

19         would like to do that.  So I have that for Exair.  It's

20         a vaginal mesh Exair study.

21    Q.   But they financed part of the study?

22    A.   They financed it, yeah.

23    Q.   Okay.  Have you ever published anything on the porosity

24         of mesh?
```

Salil Khandwala, M.D.

```
 1    A.   No.

 2    Q.   Any publications on degradation of mesh?

 3    A.   No.

 4    Q.   Have you ever published on the shrinkage of mesh?

 5    A.   I don't understand these terms, though, but no.

 6    Q.   Have you ever published a study on mesh contracting or

 7         changing shape once it's implanted?

 8    A.   I don't even believe in that.

 9    Q.   So you haven't -- have you studied whether or not mesh

10         contracts yourself?

11    A.   Yes.

12    Q.   Okay.

13    A.   In my paper that I published, we looked at what is

14         called a total vaginal length, and we assessed it before

15         the procedure and after the procedure and concluded

16         there was no difference in the length.  It's similar to

17         the paper by Dietz, you know, who -- and from Canada,

18         what they did is they did an ultrasound study, and they

19         found that there was no contraction of the mesh at the

20         ultrasound.

21    Q.   Now, what was the follow-up time in your study?

22    A.   Let's see here -- look at my Prolift+M -- so this was a

23         2008 to November 2010 composite score, so these are

24         patients followed up at least a year out, at least one
```

Salil Khandwala, M.D.

```
1          year out the patients are followed up.

2    Q.    And that was with the Prolift?

3    A.    Prolift+M.

4    Q.    Prolift+M.  Any studies on shrinkage of mesh that

5          involve the Prolift?

6    A.    I don't believe in shrinkage of mesh.

7    Q.    Or any clinical results that would either confirm or

8          support the lack of shrinkage of mesh with the Prolift?

9              MR. WALKER:  Object to form.

10             THE WITNESS:  Can you repeat the question.

11   BY MR. WOOL:

12   Q.    Sorry.  Have you ever conducted any studies dealing with

13         the Prolift where you measured the length of the vagina

14         following the surgery to look for contraction of mesh?

15   A.    Well, I did my clinical trial to see for outcomes like

16         what I mentioned, so my main focus is to see what

17         patient outcomes are and how she is doing and what are

18         the results.  As part of that, we looked at the vaginal

19         length, and we compared the vaginal length before and

20         after, and there was no change.

21   Q.    Now, in the Dietz study that you referenced, did that

22         study use Gynemesh or any mesh manufactured by Ethicon?

23   A.    I would have to look at what they used, but what they

24         did find was there was no shrinkage in the mesh, but I
```

Salil Khandwala, M.D.

```
1          don't remember if it was Prolift or Prolift+M.

2    Q.    And you said you don't believe in shrinkage of mesh?

3    A.    That is correct.

4    Q.    And what's the basis for that opinion?

5    A.    Because, if anything -- I mean there are several

6          research papers that I have reviewed which basically

7          show that if there is anything -- let me put it this

8          way.  So what happens is that once the mesh is put in,

9          and we've seen this in normal prolapse management even

10         with the pessary, when the vagina is falling out,

11         typically the vaginal walls stretch, so it looks much

12         larger.  As the prolapse is reduced, for example, even

13         when you put a pessary inside to reduce the bulge, over

14         time the vagina is being a live tissue, it starts

15         narrowing, it starts accommodating within itself because

16         now it starts getting -- it starts shrinking, in other

17         words, the vaginal walls itself.  So the pessary that we

18         use also goes down in size.  So many a times we have to

19         change it, if it is like a number 7 pessary, we'll go

20         down to a number 6 pessary, because now the vagina has

21         accommodated within its place where it was, because now

22         it's not stretching and getting distended by the bulge.

23         Similarly, in surgery what we do is we do not cut the

24         vagina, we basically open the vagina, that's the beauty
```

Salil Khandwala, M.D.

```
 1          of vaginal mesh augmentation surgery, you open the

 2          vagina, you put the mesh in, you therefore support the

 3          underlying organ, whether it's the bladder or enterocele

 4          or the uterus or the bowel.  Once you support all that,

 5          then you close the vagina.

 6                  Now, before you close you can see that the

 7          vagina has already elevated -- the subvaginal area, the

 8          bladder is already elevated and it is held up by this

 9          augmented mesh.  Now, the vagina eventually goes and

10          conforms to that.  So there is no shrinkage of the mesh,

11          it's the surrounding tissue that accommodates to that

12          mesh, the mesh being as it is.  So then it is an

13          apparent perception that the mesh and the whole thing is

14          shrinking, but it is just accommodating to where the

15          mesh has been placed.

16    Q.    Okay.  And have you ever conducted any ultrasound

17          studies yourself?

18    A.    No.

19    Q.    No?  Okay.  So any studies you rely on besides the Dietz

20          study to support this opinion?

21    A.    Yes.  There's a study, I think it was, if I'm not

22          mistaken, it's Elmer, you know, the Nordic group, Elmer,

23          they basically, what they showed is that the total

24          vaginal length did not change during -- but they didn't
```

Salil Khandwala, M.D.

```
 1          do an ultrasound study but did the vaginal length

 2          assessment study, and they did not see that there was a

 3          change in that.  But of course my experience is very

 4          robust because I have done it with several -- I mean I'm

 5          quoting 250 patients I saw before and after.

 6    Q.    And all those patients are your patients, correct?

 7    A.    Yes.

 8    Q.    Any background in polymer science?

 9    A.    Myself?  So if I have any training in polymer science,

10          no.

11    Q.    Are you a biomaterials expert?

12    A.    No.

13    Q.    No.  Have you conducted any bench research on --

14    A.    No.

15                    MR. WALKER:  Let him finish the question.

16                    THE WITNESS:  Bench research on --

17    BY MR. WOOL:

18    Q.    On either Gynemesh in the Prolift or the mesh in the

19          Prolift+M?

20    A.    No.

21    Q.    No?  Have you ever evaluated mesh explants?

22                    MR. WALKER:  Object to form.

23                    THE WITNESS:  Could you explain what you --

24
```

Salil Khandwala, M.D.

```
 1    BY MR. WOOL:

 2    Q.   Have you ever conducted a microscopic evaluation of

 3         explanted mesh?

 4    A.   No.

 5    Q.   No?  Are you an expert in biofilm?

 6    A.   No.

 7    Q.   Are you a pathologist?

 8    A.   No.

 9    Q.   Polymer chemist?

10    A.   No.

11    Q.   Okay.  And you're not a --

12    A.   I'm not a pathologist by definition, but I do look at

13         slides.

14    Q.   And you're not a toxicologist?

15    A.   No.

16    Q.   And not a radiologist?

17    A.   I do look at ultrasound, but I'm not a radiologist as a

18         professional, so if I do an ultrasound I would look at

19         it, we do anal rectal ultrasounds all the time in my

20         office.  So that's a very general term, but as a degree,

21         I'm not a radiologist, but I do ultrasounds on my own.

22    Q.   But no ultrasounds on your own studying mesh after it's

23         been implanted?

24    A.   No.
```

Salil Khandwala, M.D.

```
 1   Q.   Okay.

 2   A.   If there's a trial I proposed, but we haven't got the

 3        funding yet.

 4   Q.   Okay.  Have you ever seen a pathological analysis of

 5        explanted mesh?

 6   A.   In what -- can you describe it?  What do you mean by

 7        that?

 8   Q.   I guess just an analysis conducted by a pathologist of

 9        mesh that has been explanted from a patient.

10   A.   It just -- in I think in literature --

11             MR. WALKER:  Are you talking about a clinical

12        study surveying multiple patients or just a single

13        pathology report?

14             MR. WOOL:  Right, either/or, I guess.  Let's

15        start with a single pathology report.

16             THE WITNESS:  Pathology report, I am not sure,

17        but I may have reviewed in one of these cases, I believe

18        a report by a pathologist, Dr. Yacoff (sic) or

19        something.

20   BY MR. WOOL:

21   Q.   Now, any studies that you've reviewed -- any studies

22        that you've reviewed of pathological analysis of

23        explanted mesh?

24   A.   Yes.
```

Salil Khandwala, M.D.

1    Q.    Okay.  And what studies were those?

2    A.    It's a study by Clave from France, C-l-a-v-e.

3    Q.    And is that the only study?

4    A.    From -- and let's see, no, I can't recall the names, but

5          I can -- I have the information, but I can't recall the

6          exact names of the authors.

7    Q.    Okay.  So have you ever performed a study of

8          polypropylene mesh and its effects on a woman's body?

9                    MR. WALKER:  Object to form.

10                   THE WITNESS:  Could you please repeat.

11   BY MR. WOOL:

12   Q.    Have you ever performed your own clinical study of

13         polypropylene mesh's effects once implanted?

14   A.    Yes.

15                   MR. WALKER:  Same objection.

16   BY MR. WOOL:

17   Q.    Okay.  And what study was that?

18   A.    All these studies, these are the effects of

19         polypropylene mesh on the vagina, how the anatomy is

20         corrected.

21   Q.    Any of the studies deal with inflammatory response to

22         the implanted mesh?

23   A.    What do you --

24   Q.    Did you ever study the inflammatory response of the body

Salil Khandwala, M.D.

```
1        to implanted mesh?

2   A.   I don't think that exists.  So I would not be studying

3        something I don't believe exists.

4   Q.   All right.  Okay.  So moving on, okay, now, are you

5        offering a general opinion on the appropriate use of

6        Ethicon mesh for stress urinary incontinence patients in

7        this litigation?

8   A.   I think it's more for the vaginal prolapse, I mean I

9        could but it's more for vaginal prolapse.

10              MR. WALKER:  Dr. Khandwala has only issued

11       general reports for Prolift and Prolift+M.

12              MR. WOOL:  Okay.  I just wanted to clarify.

13              THE WITNESS:  Yes.

14  BY MR. WOOL:

15  Q.   Okay.  And --

16              MR. WALKER:  In Wave 1.

17              MR. WOOL:  Right, just this, just Wave 1,

18       okay.

19              Do you consider yourself an expert in

20       polypropylene?

21              MR. WALKER:  Object to form.

22              THE WITNESS:  What do you mean by that?

23  BY MR. WOOL:

24  Q.   I think the question's sort of self-evident, but on the
```

Salil Khandwala, M.D.

```
1        properties of polypropylene, do you consider yourself an

2        expert on --

3               MR. WALKER:  I mean are you talking about its

4        use in vivo?  Are you talking about from a biomaterials

5        standpoint?

6               MR. WOOL:  From a biomaterials standpoint.

7               THE WITNESS:  I have a lot of knowledge about

8        the mesh and the material because I have used it

9        extensively since -- decades now polypropylene.

10  BY MR. WOOL:

11  Q.   So --

12  A.   So clinical information, I have theoretical information,

13       because that's when I mentioned about why did I go from

14       Prolift to Prolift+M and how the mesh changed, you know,

15       what was the addition of Monocryl, so I was very much

16       interested in knowing what this thing was, so from that

17       standpoint, yes, I do have.

18  Q.   So you would consider yourself an expert?

19  A.   Well, I don't know what that means, but from --

20               MR. WALKER:  Object to form.

21               THE WITNESS:  -- overall from the knowledge

22       basis and I think it's a very subjective term, expert.

23  BY MR. WOOL:

24  Q.   Have you ever studied the effects of, I guess, human
```

Salil Khandwala, M.D.

```
 1          tissue on polypropylene, not looking at, say, the

 2          patient but looking at the polypropylene mesh after it's

 3          been implanted?

 4    A.    Well, I always follow my patients, and I've been doing

 5          this -- they usually come in at the 2-week visit, the 6-

 6          week visit, three months, six months, 12 months, and we

 7          try to get them at their 24-month visit.  So this is the

 8          best way to see a patient, this is in vivo.  So I'm

 9          examining these patients, I can feel how it looks, I can

10          see the vagina, I can feel at the same time I hear the

11          story.  So that's the best study you can ever do is in

12          vivo.  Nobody can do a better study than a physician

13          examining a patient who has been implanted by a

14          polypropylene mesh over a period of time.

15    Q.    And so in that instance, you're examining the patient

16          and the vagina, correct?

17    A.    Correct, and asking her symptoms and her history.

18    Q.    But you're not particularly looking at the polypropylene

19          itself, are you?

20    A.    In a way I am, right, because if the polypropylene is

21          implanted in her, you know, if something is going on, I

22          would know that.  If it's good, that means if it's

23          perfect, that's what we want.  So if there is no

24          complaint from the patient, there is nothing bad
```

Salil Khandwala, M.D.

```
 1       happening, and we are following this up, I mean who

 2       better could know the effect of polypropylene in the

 3       vagina than the physician who is following this patient

 4       over time, because you're looking at it, you know what

 5       you're looking at.  If there's something that is

 6       happening, you would obviously be able to identify it.

 7    Q.  But what you're not looking at, I guess, and this is my

 8       question is you're not looking at the effect of the

 9       vagina on polypropylene, are you?

10            MR. WALKER:  Object to form.

11            THE WITNESS:  I'm looking at the interaction,

12       it's an interaction, the vagina on the polypropylene,

13       the polypropylene on the vagina, so it's the

14       interaction, because as you examine the patient, you see

15       the interaction of this whole thing.  So I don't think

16       we can differentiate.  I think the best way to look at

17       it is how does she feel?  How does she feel herself with

18       this thing in, and how do I feel on exam.  So it's a

19       combination.  So on exam what I basically described, you

20       know, what you mentioned is the total vaginal length.

21       From the history, what she is saying is how does she

22       feel, and she says I can have intercourse, I am very

23       happy, you changed my life, I do not have any other

24       problems.  Well, that's all that matters.  That's really
```

Salil Khandwala, M.D.

```
1         all that matters.  That's exactly why we're using this

2         mesh in human bodies, is because all that matters is are

3         we changing this person's quality of life, and that's

4         what I am about.

5    Q.   Okay.  So I guess given that you're looking at the

6         quality of life of the patient, would it matter if mesh

7         degraded a bit?

8              MR. WALKER:  Object to form.

9    BY MR. WOOL:

10   Q.   As long as the quality of life is sufficient?

11             MR. WALKER:  Object to form.

12             THE WITNESS:  I have done this vaginal mesh

13        reconstruction for over a decade, and I've done it in

14        over a thousand cases, I probably have 1,500 cases where

15        I've implanted polypropylene.  I've never seen this

16        happen.

17   BY MR. WOOL:

18   Q.   Okay.  And you're offering a general opinion on the use

19        of polypropylene mesh?

20   A.   In prolapse.

21   Q.   In prolapse, yes.  Okay.  So let's take a look at your

22        general report, and I know you have a copy of that.

23        I've got one.  Let's mark this as Exhibit 5.

24
```

Salil Khandwala, M.D.

```
 1              KHANDWALA DEPOSITION EXHIBIT NUMBER 5,

 2              DEFENSE EXPERT GENERAL REPORT OF

 3              SALIL KHANDWALA, M.D.

 4              WAS MARKED BY THE REPORTER

 5              FOR IDENTIFICATION

 6    BY MR. WOOL:

 7    Q.   And if you look at Page 7, it looks like you're saying

 8         that that mesh provides a high first-time success rate

 9         and an attractive safety profile?

10    A.   Which paragraph are you reading?

11    Q.   It looks like the second to the last paragraph.

12    A.   Yes.

13    Q.   Okay.  So how do you define safety profile?

14    A.   So that there are two things, operation combining higher

15         rates of first-time success with an attractive safety

16         profile.

17    Q.   So just the safety.

18    A.   Safety is where there is no problem or complications

19         that I would see or my patient would encounter on the

20         safety standpoint.  So now there are different aspects.

21         What I'm talking about is the surgery.  So I'm not --

22         this is -- so it's important to define what is being

23         discussed.  We're talking about vaginal mesh surgery, so

24         it's an entire procedure, not just about placement of a
```

Salil Khandwala, M.D.

```
 1        particular material, you know.  So how does that whole

 2        surgical experience impact her overall outcome from the

 3        point of view of any untoward outcomes?  That's safety.

 4        So she should not have any untoward outcome such as the

 5        bleeding, infection, injury to the neighboring organs,

 6        and all those things, and then any functional outcomes

 7        afterwards, reoccurrence of prolapse, de novo

 8        incontinence, whether it's urinary or bowel, de novo

 9        pelvic pain, de novo pain during intercourse, so all

10        those things are involved when we discuss safety.

11    Q.  So you're looking at safety both in the surgical process

12        itself and the results following?

13    A.  Correct.

14    Q.  Okay.  And what's the basis for the opinion on the

15        safety profile of mesh in pelvic organ prolapse surgery?

16    A.  My experience.

17    Q.  Your experience?

18    A.  By that time I've done so many cases, and clearly it was

19        very evident when I switched, as I had mentioned

20        initially my frustration with vaginal native tissue

21        repair with these large prolapses, because literally I

22        realized at that time what am I doing?  You know, I'm

23        taking this uterus out and I'm putting nothing to

24        nothing, it's all attenuated stuff, and every physician
```

Salil Khandwala, M.D.

```
 1         would then tell their patients come back in a few years

 2         and it could last for a few years and it'll be back.

 3         Well, I don't want that.  I wanted something that could

 4         be as permanent as possible, and what is the best shot I

 5         can give this patient.  So when you're especially

 6         looking at that word what I mentioned large prolapses,

 7         which typically what I was discussing, stage 3, stage 4

 8         prolapses is where this has a higher success, and at the

 9         same time the safety has a lot of factors, it depends

10         upon the surgical technique, you know, how do you

11         dissect the patient's anatomy, what she presents, does

12         she have recurrence, does she have scar tissue, there

13         are so many factors involved.

14   Q.    So I guess is this opinion on the safety profile, is

15         that limited to prolapses of stage 3 or greater?

16   A.    No.  Any surgical intervention that's done for prolapse

17         where I use in this case vaginal augmentation surgery,

18         that's what I've alluded to.

19   Q.    Okay.  So are you offering an opinion for the safety and

20         efficacy of the Prolift or the Prolift+M for posterior

21         surgery?

22   A.    Yes.

23   Q.    And what's that opinion?

24   A.    Well, many factors.  Number one is my own personal
```

Salil Khandwala, M.D.

```
 1          experience.  I can tell you the main reason why I do a

 2          posterior vaginal mesh reconstruction -- for two

 3          reasons.  One is when I go in and when I open up the

 4          vagina and I find that the tissue is completely

 5          attenuated, which is the tissue between the vagina and

 6          the rectum, then I would interpose a mesh, because,

 7          again, my goal is -- my main goal is I want to do the

 8          best I can for this patient at one time.  I do not want

 9          this lady to come back again, that's number one.

10                  Number two -- so attenuation of tissue is one.

11          Second is the best apical lift that you can give is

12          through a posterior mesh.  So it's not just to repair

13          the rectocele but mainly to support the apex, and that

14          is the crux, what we -- most urogynecologists now

15          believe the crux and management of vaginal prolapse is

16          supporting the apex.  The best way to support the apex

17          is posteriorly.  Anteriorly can be attempted.  However,

18          posteriorly is much better.  That's the second.

19                  The third thing is that if a patient

20          essentially comes with a front wall prolapse and someone

21          just does an anterior vaginal wall repair with mesh and

22          they don't do a back wall repair, the problem is that

23          there is a high risk of recurrence of the contralateral

24          wall, and this has been shown in numerous studies,
```

Salil Khandwala, M.D.

```
 1          especially the study from Amsterdam by Withagen,

 2          W-i-t-h-a-g-e-n.  And they have shown that when you

 3          repair one wall, the contralateral wall can fail at a

 4          higher extent.

 5               And so what I am is I am like an engineer of

 6          the vagina, for example.  So let's say if you have this

 7          wall in this room.  One wall has an obviously crack, and

 8          you get someone to repair it, you know, say, okay, fix

 9          this wall, but that engineer is now going to focus on

10          what you've already seen.  It's obvious -- if it's

11          obvious to me as a lay person, it is obvious to the

12          engineer.  What they will focus on is how is the

13          contralateral wall, is this wall sturdy enough or not,

14          and they can do some tests and find out that this wall

15          also is weak.

16               So when I examine a patient, the obvious wall

17          could be the anterior wall falling down.  However, there

18          may be what is called as an obvious bulge but may be

19          occult, may not be that obvious initially, because when

20          the patient strains, the entire pressure goes along the

21          front wall, so now the front wall is being subjected to

22          the prolapse, but the back wall appears to be okay, but

23          it may not actually be.  So in a proper assessment it

24          may look it's just as anterior wall prolapse, but it's
```

Salil Khandwala, M.D.

```
 1          also an occult break at the posterior wall.  So these

 2          are the different reasons, plus the paper that is

 3          published by Withagen I just quoted showed a 24 percent

 4          risk of recurrence after a nonmesh as opposed to 4

 5          percent with mesh for the posterior vaginal wall.

 6    Q.    So I guess to clarify it, are you saying that mesh is

 7          safe and effective for treatment of posterior prolapse?

 8    A.    Mesh is safe and effective when the indication is

 9          correct, just the indication I stated.

10    Q.    So when those indications are present, it's safe and

11          effective for posterior prolapse?

12    A.    Absolutely.  I can even tell you that there is a

13          Cochrane review done by Chris Maher from Australia,

14          M-a-h-e-r, and what he showed is that when they compared

15          the mesh to nonmesh repairs, they said that in -- for

16          posterior wall, it doesn't matter, mesh may not have an

17          advantage, so that's very subjective.  It depends upon

18          every individual patient.  So you can't generalize.

19          Cochrane reviews are guidelines.  See, most people,

20          whenever statements are made, they are guidelines, they

21          are guidelines that tell the physician, hey, this could

22          be the way that you should be leaning towards or this is

23          what is taught, suggested, but every patient is

24          different.  So if I go into a person and open up the
```

Salil Khandwala, M.D.

```
 1          back wall of the vagina with the plan of, you know, she

 2          has a stage 2 rectocele, I'm just going to put the

 3          tissues together and do a native tissue repair, but when

 4          I go in and I open up the vagina and I find nothing, I

 5          said this -- in my experience, from what I am seeing

 6          here, there is nothing I can put together.  I need to do

 7          something better for her.  And that's when I would

 8          augment it.  So it's very tailored, it's very

 9          individualized.

10   Q.     Okay.  So on Page 10, the last paragraph, you say that

11          mesh augmentation has typically not been shown to be of

12          added benefit to colporrhaphy.

13   A.     That's the paper I quoted by Chris Maher, so that's the

14          one I was talking about.  So when Chris, when he showed

15          this study and the meta-analysis, and looked at

16          different studies, that posterior vaginal wall, mesh may

17          not bring any benefit, but that again depends upon what

18          it is.  And the other paper I talked to you about was

19          the Withagen paper and the paper by Myles Murphy, which

20          is the FDA update or FDA rebuttal.  In that FDA

21          rebuttal, Myles Murphy clearly, in the paper that we

22          wrote, it clearly shows that it has some effect.  At the

23          same time it's mainly indicated, it's mainly indicated

24          for the apex.  So when I'm supporting the apex, that is
```

Salil Khandwala, M.D.

```
 1           key, and that is why a posterior approach is important,

 2           because it supports the apex.  It's not necessarily to

 3           just correct a rectocele.

 4   Q.   Okay.  So I guess given that opinion, I guess, can you

 5           sort of help me understand the reason for including the

 6           Maher study where I guess you say that they report no

 7           definitive conclusions about using mesh for posterior

 8           repair?

 9                   MR. WALKER:  Where are you --

10                   MR. WOOL:  Sorry, the top of Page 11, first

11           paragraph Page 11.

12                   THE WITNESS:  Yeah, so that's the Cochrane

13           review I was mentioning.  So I just want to be broad.  I

14           want to make sure that people when they read this report

15           understand that there are two sides of the same thing,

16           you know.  You have -- there are reasons why it may not

17           be, there are reasons why it may be.  So ask me why

18           would I use it?  So do I always use a mesh in the

19           posterior compartment?  No.  Just like what I mentioned.

20           If the tissue is intact when I open it up, I put the

21           tissue together, because, yes, posteriorly it's not that

22           much of a problem.  We do not see that much of

23           recurrence.  However, when you open it up and there is

24           no tissue there, then you have -- and you should augment
```

Salil Khandwala, M.D.

```
1         it, so there is no way to know going in if you have a --

2         most rectoceles could be Stage 2, so when you're going

3         in, there is no way to know that am I not really going

4         to put a mesh?  Am I going to put a mesh?  You never

5         know what to expect until you open the vagina, and then

6         you identify what is below that.  And the second thing

7         what I mentioned is for the apex.  So what I've

8         realized, especially we are one of the leaders in doing

9         this vaginal mesh hysteropexy, so when we do the mesh

10        hysteropexy procedures, if you are doing the uterine

11        support, you have to have an anchor to the back wall of

12        the uterus going to the sacrospinous ligament, and that

13        is what the posterior mesh allows us to do.  So the

14        importance is not just for the rectocele.  What he's

15        talking about is overall just looking at a rectocele,

16        but I'm talking about that that's why I put it in there.

17        So, yes, for majority of reasons it may not be required,

18        but for a lot of other reasons, especially now where the

19        focus is shifting on the 2011, now it's shifting to the

20        apex, we are now understanding that apex support is very

21        important, especially when it comes to preserving the

22        uterus, and that's what we have been doing, and that's

23        the paper -- and that's where the posterior mesh is

24        extremely important to hold it up.
```

Salil Khandwala, M.D.

```
 1    BY MR. WOOL:

 2    Q.    So I guess is your opinion that in certain cases use of

 3          mesh in the posterior compartment is beneficial?

 4    A.    Yes.

 5    Q.    Okay.

 6                MR. WALKER:  David, I don't want to break your

 7          flow up, but by my count, we're at two hours, and

 8          perhaps we could take a break.

 9                MR. WOOL:  Yeah, that's fine with me.  We can

10          go off the record.

11                (A recess was taken from 11:21 a.m. to

12                11:30 a.m.)

13    BY MR. WOOL:

14    Q.    Are you offering a general opinion on the reactiveness

15          of polypropylene mesh for the Prolift?

16    A.    Could you repeat, please?

17    Q.    Are you offering a general opinion on the reactiveness

18          of polypropylene mesh for the Prolift?

19    A.    What do you mean by reactiveness?

20    Q.    Does the mesh react with the tissue once implanted and

21          either change shape or form for the Prolift?

22    A.    See, what I look at, as I've mentioned, is that my

23          opinions are based upon what has happened over time when

24          I'm implanted this mesh, and I contend that ever since I
```

Salil Khandwala, M.D.

```
 1          started implanting the mesh I have never had any issues

 2          which -- what you mentioned like a reactiveness, I've

 3          never had --

 4                    MR. WALKER:  Just to clarify, like I stated at

 5          the beginning of the deposition, he is prepared to offer

 6          opinions on the biocompatibility of the mesh in both

 7          devices.

 8   BY MR. WOOL:

 9   Q.    Right, I guess to clarify, what I would say is it's my

10          understanding that you would say that the Prolift+M does

11          have some reactiveness and that -- what's the chemical

12          that I can never remember --

13                    MR. WALKER:  The Monocryl?

14   BY MR. WOOL:

15   Q.    Yeah, Monocryl dissipates over time.

16   A.    Yes.

17   Q.    So with the Prolift, I guess, no part of -- it's your

18          opinion that no part of the mesh dissipates or

19          disintegrates, changes over time?

20   A.    That is correct.

21   Q.    Okay.  And with the Prolift, it's your opinion that the

22          Monocryl dissipates over time?

23                    MR. WALKER:  Object to form.  I think you

24          misstated that.
```

Salil Khandwala, M.D.

```
 1                   THE WITNESS:  Prolift+M.

 2   BY MR. WOOL:

 3   Q.   Yes, sorry, sorry.  The question should be and it's your

 4        opinion for the Prolift+M that the Monocryl dissipates

 5        over time?

 6   A.   Correct.

 7   Q.   Okay.  Now, shifting back to the Prolift, what is the

 8        basis for your opinion that the mesh is not reactive?

 9   A.   My clinical experience, you know, I have -- I can tell

10        it from different ways.  One is just following patients

11        over time, which is the main basis, what patients are

12        doing, how do they feel, how do they -- and on exam and

13        different ways of examination, dynamic, which is during

14        intercourse, how do they perceive that, and during my

15        physical examination during follow-ups, that's the main

16        basis.

17   Q.   Okay.

18   A.   Second --

19                   MR. WALKER:  Go ahead, continue.

20                   THE WITNESS:  I'm sorry, what exactly are you

21        asking?

22   BY MR. WOOL:

23   Q.   Can you read the question back?

24   A.   I think I got it.  The second part I think you mentioned
```

Salil Khandwala, M.D.

```
1        is that is there any concern, and even when I have seen

2        patients, what I mentioned about with proper placement,

3        it looks as though the vagina has been reverted to

4        normal anatomy, that's what it is.

5    Q.  Okay.  And the study that you looked at, I believe the

6        Dietz study that formed part of the basis for your

7        opinions on shrinkage and contraction of mesh, did that

8        study focus on Ethicon mesh specifically or do you --

9    A.  You know, that, I don't recall whether it was -- which

10       type of mesh -- what it was focused on.  I can review it

11       quickly and tell you.

12   Q.  Sure.

13   A.  Sure.

14               MR. WALKER:  Do we have that in the stack?

15               We can look for it during a break.

16   BY MR. WOOL:

17   Q.  Okay.  And you state in your report that the FDA's

18       opinion on contracture is not supported by data,

19       correct?  I believe it's about Page 16 of your report.

20               MR. WALKER:  Are you talking about the bottom

21       paragraph?

22               MR. WOOL:  Yes, the last paragraph on Page 16.

23               THE WITNESS:  Yes.  I'm sorry, can you please

24       repeat the question.
```

Salil Khandwala, M.D.

```
 1    BY MR. WOOL:

 2    Q.   It was, I believe it was whether or not it's your

 3         opinion that the FDA's opinion on contracture was not

 4         supported by data?

 5    A.   That is correct.

 6    Q.   Okay.  And what is the basis for your opinion on that?

 7    A.   Well, it's my own personal experience that I have never

 8         seen a mesh contraction, even in -- even in examples I

 9         can give you is when there is exposure which I have

10         managed expectantly over a long period of time, so

11         exposure I define as when the vaginal mesh is seen in

12         the vagina, where the epithelium is separated and you

13         can see the mesh, in all those cases, also, when we

14         follow these patients up it does not change at all, even

15         though the mesh is exposed to the vagina which has its

16         own bacterial flora, it still does not change form, it

17         remains as is.

18              Going further, when I have removed in a few

19         cases those exposed mesh pieces, they were strong as

20         though I had just put in yesterday, so nothing has

21         happened to this.  Despite the fact that it has been

22         exposed to the vaginal flora, nothing changes.  So there

23         is no contraction, nothing happens.  So my clinical

24         experience clearly shows that this does not happen, and
```

Salil Khandwala, M.D.

1      it has been supported in literature, also.

2   Q.  So when you follow up with patients, what is the time

3       frame that you're typically looking at?

4   A.  So we see our patients back in two weeks, then in

5       between four to six weeks, then three months, six

6       months, 12 months, and then try to get them at 24

7       months.

8   Q.  Okay.

9   A.  And then 36 months if feasible or if part of a clinical

10      study.

11  Q.  Okay.  And at all of these junctures you are measuring

12      contraction by looking at the vagina itself?

13  A.  So we -- at every visit we do a few things.  First of

14      all, we give the patients validated questionnaires, and

15      then we compare the validated questionnaires to the ones

16      before, so these are just tabulated, and these include

17      the ones I mentioned, the PFDI-20, which goes over the

18      prolapse questions.  Then we examine the patient and do

19      a POP-Q assessment on every patient who comes in for

20      subsequent visits, and we note that, which includes the

21      total vaginal length, and that is how we compared in

22      that paper whether there was a change in vaginal length

23      from before to after based upon that evaluation, and we

24      also do the palpation of the vagina.

Salil Khandwala, M.D.

```
1    Q.    Okay.  So I guess would you agree that contraction or

2          shrinkage of mesh would be an objective type of

3          measurement?

4    A.    Well, first of all, I don't think that, as I've

5          mentioned before, I don't think the mesh shrinks, that

6          doesn't happen.  So if it doesn't happen, there is no

7          way to measure it.  I've always maintained and I've

8          always seen that it is the vagina which conforms back to

9          normal anatomy, and because it conforms back to normal

10         anatomy it appears that it's shrinking, but it's

11         actually just -- it's a live -- vagina is live tissue,

12         and it's going back to where it was placed.  Think about

13         this.  You have this vagina which is falling out, so

14         it's all distended and separated because it's falling,

15         so it's distending.  Now you put it back inside, it's no

16         longer distending, nobody's putting stretch on it, so

17         now it being a live tissue, it's now reorganizing itself

18         and it conforms to its normal surroundings.  You know,

19         that's why it appears as though there is shrinkage, but

20         actually it's returning back to what it was normally

21         there before prolapse happened.  Prolapse led to -- so I

22         would actually say opposite, I would say that prolapse

23         led to the vagina getting distended and opened up wide,

24         that's why it's coming out, so the more it bulges, the
```

Salil Khandwala, M.D.

```
 1           more it stretches.  Once you put it back, you are

 2           actually returning it to normal.  So what some people

 3           may say is shrinkage, what I'm saying it's returning to

 4           normal vagina.

 5     Q.    Okay.  And could a patient questionnaire give you an

 6           objective measure of mesh shrinkage, imagine for a

 7           minute that this was something that you believed in?

 8     A.    Well, first of all, I don't believe it, so I can't say

 9           that.  But if the patient -- the typical thing let's say

10           if there was any operation done in the vagina is

11           associated with some scar tissue formation, it has to

12           happen.  Scar tissue essentially is a -- essentially

13           whenever you put a foreign body, there are seven things

14           that happen:  First is there's injury because you're

15           dissecting that space.  Second is something called

16           protein absorption, so there's bleeding, and from the

17           blood vessels there's protein that comes out, and that

18           protein attaches and called protein absorption.  Third,

19           there is acute inflammation, which is release of

20           something called neutrophils.  Once acute inflammation

21           settles, then there is something called chronic

22           inflammation where there's monocytes or macrophages that

23           come in, that's the fourth step, macrophages that

24           coalesce to form what is known as giant cells of multi-
```

Salil Khandwala, M.D.

```
 1          nucleated macrophages or giant cells.  This is called a

 2          foreign body reaction, which is the fifth step.  The

 3          sixth step is granulation tissue formation, which is

 4          fibroblast and vascularity comes into that space, so

 5          there's neovascularization with fibroblasts, and the

 6          seventh step is encapsulation.  This happens no matter

 7          where you do it.  I do a lot of interstim procedures,

 8          which is placement of a pacemaker, the battery, in the

 9          buttocks, and that's for overactive bladder control, for

10          example.  So when I go in, suppose I have to replace the

11          battery because the battery's expired, not working, when

12          you open up, you can see this encapsulation.  It happens

13          with a cardiac pacemaker, it can happen with this

14          pacemaker, it happens with hip prosthesis, it can happen

15          with any foreign body, there is this classic something

16          called foreign body reaction, it happens.

17    Q.    Okay.  So, for example, an ultrasound study like the

18          Dietz study, would that give you an objective measure

19          that the mesh is not contracted?

20    A.    It would look at the mesh and say how it was placed.

21          The big difference is it has to be done before and

22          after.  So if they did it before and they saw how the

23          mesh was and afterwards and you see how the mesh is, all

24          it can tell you is that was that -- did the mesh itself,
```

Salil Khandwala, M.D.

```
 1            how was it laid?  And in that study, what they found

 2            that there was no shrinkage of the mesh itself.  It was

 3            more of the tissues around it rather than mesh itself,

 4            you know, which was the problem.

 5    Q.      So that you're saying definitively tells you that there

 6            was no mesh shrinkage?

 7    A.      That's correct.

 8    Q.      Okay.  And so could a patient questionnaire ever give

 9            you a definitive answer, objective answer on something

10            like that?

11    A.      A subjective answer, yes, because it will give you a

12            subjective answer, a questionnaire.  So it'll tell you

13            what she's thinking.  So a classic thing is if there is

14            any contraction or scarring, you know, or shrinkage of

15            the vagina or the vaginal epithelium, her main thing is

16            going to be pain, discomfort during intercourse because

17            of loss of elasticity.  And that is more likely to

18            happen in native tissue repair than with mesh as has

19            been shown by several papers, Niemenen's paper,

20            N-i-e-m-e-n-e-n, or Noonan and Brunett when they

21            published the paper, they showed that patients had

22            pelvic pain which is more resolved after mesh and more

23            pelvic pain persistent after native tissue repair.  So

24            this an element of operation in the vagina and what
```

Salil Khandwala, M.D.

```
 1        is done.  So scar tissue formation decreases elasticity,

 2        because when fibroblasts form, you have scar tissue, so

 3        elasticity goes away, and when the elasticity goes away,

 4        you do not have that distensibility that normally

 5        happens at foreplay, for example.  So what the patient

 6        will tell you is I have pain during intercourse.  You

 7        know, that is the only thing that she could tell that I

 8        have possible scarring.

 9   Q.   And I'm sorry to interrupt you, I don't think that

10        you're answering my question, which was would a patient

11        questionnaire give you an objective measure of whether

12        or not mesh was shrinking or remaining inert?

13             MR. WALKER:  Object to form.

14             THE WITNESS:  It doesn't make -- I'm sorry,

15        but the question doesn't make any sense because

16        objective measures what is assessed by independent

17        observer.  What the patient says is subjective.  So

18        patient can't give objective because she's not going to

19        go inside and measure, so that's something done by

20        independent, someone not the patient.

21   BY MR. WOOL:

22   Q.   So would you agree that a patient questionnaire cannot

23        give you an objective measure of whether or not mesh

24        shrinks in vivo?
```

Salil Khandwala, M.D.

```
 1    A.   Yes.

 2                   MR. WALKER:  Object to form.

 3    BY MR. WOOL:

 4    Q.   Now, are you offering a general opinion on the porosity

 5         or weight of the Prolift mesh?

 6    A.   Yes.

 7    Q.   And what's your opinion?

 8    A.   In what regard?  Can you be more specific, please.

 9    Q.   Yeah.  I guess let me ask, I guess, a different

10         question.  For the Gynemesh used in the Prolift, has the

11         pore size remained constant?

12    A.   So the mesh that --

13                   MR. WALKER:  Object to form.

14                   THE WITNESS:  The mesh that's used in Prolift

15         is not Gynemesh, it's Gynemesh Prolene Soft, so it's

16         Gynemesh PS, so can you again --

17                   MR. WALKER:  Could you clarify what you mean

18         by constant?

19    BY MR. WOOL:

20    Q.   So throughout your use of the Prolift system, has the

21         pore size of the Gynemesh remained the same?  Sorry,

22         has -- okay, strike that, strike that.  When you

23         received the kits of the Prolift from Ethicon, the size

24         of the pores of the Gynemesh prior to insertion now has
```

Salil Khandwala, M.D.

```
 1         been constant throughout your use of the product?

 2    A.   The size of the mesh pore size is about 2.4 millimeters.

 3         There's no way any physician goes and starts measuring

 4         these pores and sees if it's constant or not.  It is

 5         impossible for anybody to say whether it's constant or

 6         not.

 7    Q.   Okay.  Let's see now, are you offering an opinion on the

 8         flexibility or stiffness of either the mesh in the

 9         Prolift or Prolift+M?

10    A.   What -- how do you want --

11    Q.   Let's see, I believe it's on -- let's go to Page 12 of

12         your report.  So at the second paragraph down, and this

13         is discussing the Prolift+M, you're stating that the --

14    A.   Yes.

15    Q.   -- the longitudinal, and I'm quoting here, the

16         longitudinal stiffness decreases allowing for the

17         expansion of the neighboring viscera and, hence,

18         potentially decreasing the potential risk of

19         dyspareunia.  So I guess what is the basis for that

20         statement?

21    A.   So this is what I initially mentioned, when I switched

22         from Prolift to Prolift+M I think you had asked me why

23         did I make the switch, and I told you that I was

24         clinically hesitant to make that switch because I was
```

Salil Khandwala, M.D.

```
 1          enjoying such great results with the Prolift.  However,

 2          the structural properties of this, you know, the

 3          potential advantages, potential advantages, the key word

 4          is potential, were enticing enough to make the change,

 5          in that when the engineers told me that the lateral

 6          structural integrity of this mesh is preserved, that

 7          means its support should be good, but once Monocryl

 8          disappears, the longitudinal flexibility improves, that

 9          means it can stretch better vertically, then, as we

10          mentioned, maybe that we have a better impact at sexual

11          function, because sexual activity is more longitudinal,

12          as the partner is going inside it's more of a

13          longitudinal movement of the vagina.  So then you think

14          intuitively it makes sense.  Until you actually put it

15          into practice and study it over time, you never know,

16          you know.  So this is when we just got them, it was just

17          out, so there's no way you can know until you've studied

18          several women over a period of time.

19     Q.   And have you conducted such a study?

20     A.   Yes.  So talking about my Prolift+M study, as you can

21          see, if I could refer to that, which is Page 14, it's a

22          prospective study on 157 patients, and you can see de

23          novo dyspareunia was noted in 6 percent of 50

24          subjects -- in 3 of 50 subjects.  The typically quoted
```

Salil Khandwala, M.D.

```
 1          dyspareunia rate for mesh prolapse surgery has been

 2          between 14 and 36 percent.

 3    Q.    So I guess my question is is there an actual way to

 4          measure the objective lateral support of the Prolift+M

 5          mesh once it's implanted?

 6    A.    I don't know.

 7    Q.    Don't know, okay.  And in your study, I guess -- strike

 8          that.  So my question is your conclusions on the lateral

 9          support and/or longitudinal stiffness are hypothetical

10          based on the results of this study?

11                MR. WALKER:  Object to form.

12                THE WITNESS:  It's longitudinal support and

13          lack of longitudinal stiffness, so it becomes

14          longitudinally flexible, not stiff, that's what the

15          Prolift+M does.  So what we then look at is when the

16          engineers come up and tell us that, hey, these are the

17          properties of this mesh, these could be potential

18          advantages of the mesh, which is if it is longitudinally

19          more flexible and less stiff, it may help with sexual

20          function, and then we go back and do clinical trials and

21          see is that true?  And, sure enough, I did note that in

22          my study that our incidence was 2.2 percent which is a

23          very low risk of dyspareunia.  Now, granted there was

24          157 patients prospectively followed up, you know, over a
```

Salil Khandwala, M.D.

```
 1        period of a year.  Still, it is a good number.  Now,

 2        that doesn't -- what we look at is is there a clinical

 3        correlation, and that's really what matters.  What is --

 4        how do you know whether this lateral -- as you

 5        mentioned, can you objectively state that the lateral

 6        stability of this mesh can -- can you say that the

 7        lateral stability of the mesh, can this be objectively

 8        studied?  Yes, in the sense that she doesn't have

 9        recurrence of prolapse or recurrence of prolapse is low.

10        That means you know it's doing its job.  So the reason

11        why this mesh was altered was to see that can we

12        maintain this support of Prolift that was very good, can

13        that be maintained while trying to improve some of the

14        pliable issues of the mesh so that it becomes more

15        compatible with vaginal function such as intercourse.

16        Could we, therefore, as stated here, some papers were

17        saying 36 percent dyspareunia, some papers said 14

18        percent dyspareunia, can we start decreasing some of

19        these percentages so that ultimately what I started as

20        talking about outcome, can we do something which helps

21        her, what she came for and prevent harm.  So that's why

22        I switched.  And, yes, maybe it makes intuitive sense,

23        but can I put it in clinical practice and does it come

24        out so?  And sure enough, you know, at least you have
```

Salil Khandwala, M.D.

```
 1        less problems if that happens, and you have same

 2        success, you know, why not.

 3    BY MR. WOOL:

 4    Q.  So I guess comparing the results that you've had in your

 5        studies with the Prolift versus your studies with the

 6        Prolift+M, I guess what I'm asking is are you

 7        attributing any better or the superior rates of de novo

 8        dyspareunia, et cetera, to the properties of the +M, to

 9        the properties of the mesh of the +M?

10    A.  I don't think I've noticed the difference, and I can't

11        really compare these two studies per se because they're

12        not head-to-head comparisons.  The only time I can

13        really tell you apples to apples is if I'm doing a

14        randomized clinical trial of Prolift and Prolift+M.  But

15        what this was, one was a retrospective study, which was

16        the Prolift, and that's over 315 cases already done.

17        The other was a prospective trial.  They're two

18        different study designs at the same time two different

19        study periods, so it was not at the same time so I

20        can't --

21    Q.  Okay.  So to be clear, I guess --

22            MR. WALKER:  I'm sorry, could I just interrupt

23        and ask was your question confined to the studies that

24        he has done or --
```

Salil Khandwala, M.D.

```
 1              MR. WOOL:  Yes.

 2              MR. WALKER:  Or to the medical literature in

 3       general?

 4              MR. WOOL:  No, to his studies.

 5              And so I guess I'll ask the question of do you

 6       believe that the medical literature in general shows

 7       that the mesh in the +M has a clinical effect on

 8       decreasing dyspareunia rates?

 9              MR. WALKER:  You mean as compared to Prolift

10       or compared to what?

11              MR. WOOL:  As compared to Prolift.

12              THE WITNESS:  From what I recall, I don't

13       recall any head-to-head comparison in a randomized

14       clinical trial Prolift versus Prolift+M.  However, I

15       could state this:  When the one-year Prolift+M trial was

16       done, you know, they did say that the success could be a

17       tad not as good as Prolift.  However, it was just a one-

18       year follow-up.  So I look at it, you know, they are

19       very much similar.  So initially it was attributed that

20       maybe Prolift+M is better, but there was not much

21       difference.  So when you look at cohorts studies done

22       with Prolift, studies done with Prolift+M, nothing

23       really stands out, you know, that, yes, it was a

24       dramatic change, dyspareunia went down significantly or
```

Salil Khandwala, M.D.

```
 1          mesh erosions disappeared, you know, nothing like that

 2          happened.  So they are very much in the same ballpark.

 3          Now, maybe they could be -- and, see, when you come to

 4          certain subtle things, when the incidence of a

 5          complication is very low, so, for example, the incidence

 6          of complication of erosion was like 3 percent or 4

 7          percent, you need a large sample size to see a

 8          difference, you know, so in this case there may have

 9          never been done large clinical trials comparing these

10          two procedures at a time.

11     BY MR. WOOL:

12     Q.   Okay.  So I guess --

13     A.   So can I say -- so my opinion is that there's

14          essentially no difference clinically between Prolift and

15          Prolift+M that I experienced.

16     Q.   Okay.  Now, did we say at the beginning that you're

17          offering a general opinion on the design of the Ethicon

18          Prolift or Prolift+M?

19     A.   The kit, yes.

20     Q.   Sorry, what did you say?

21     A.   The mesh characteristics.

22     Q.   Okay, the mesh characteristics?

23              MR. WALKER:  When you say design are you

24          talking about the mesh characteristics or everything
```

Salil Khandwala, M.D.

```
 1        that goes with the kit?
 2                MR. WOOL:  Right, everything that goes with
 3        the kit.
 4                THE WITNESS:  Yes.
 5   BY MR. WOOL:
 6   Q.   So you do have an opinion on everything that goes along
 7        with the kit?
 8   A.   Yes.
 9   Q.   Okay.  And what is that opinion?
10   A.   It depends upon the question.
11                MR. WALKER:  For which product?
12                MR. WOOL:  Sorry, let's start with the
13        Prolift.
14                THE WITNESS.  What specific question?
15   BY MR. WOOL:
16   Q.   I guess where in your expert report is your opinion
17        related to the design of the Prolift kit?
18   A.   So from the -- it's more from the point of view of
19        usage.  So how does a Prolift kit respond in the human
20        body.  So when we talk about the Prolift kit it's --
21        there are two parts.  One is the trocar, second is the
22        mesh itself.  We're talking about the trocars when
23        looking at is there any complication that happens from
24        that.  So looking from that, you say, okay, was there
```

Salil Khandwala, M.D.

```
 1        any specific injuries that happened because of insertion
 2        of these trocars in the human body.  Number two, looking
 3        at the mesh itself.  For the mesh, I'm looking at
 4        success and complications.  So that's what.  I'm not
 5        looking at how it is packaged, that's not my opinion on
 6        the packaging of the mesh.  My opinion is it's used in
 7        the human body and the ease feasibility of maneuvering
 8        these instruments in the body.
 9   Q.   Okay.  And I guess your opinion is that it's safe and
10        effective?
11   A.   Yes.
12   Q.   Okay.  And what is the basis for that opinion?
13   A.   For safe and effective?
14   Q.   Yes, of the Prolift.
15   A.   It's my extensive clinical trial, I mean I have been
16        doing this -- I was doing it for almost like four years
17        and followed that after, and we have enjoyed
18        unbelievable results with the Prolift system.  At the
19        same time, if you look at the medical literature, it
20        abounds with fantastic results.  It's not only about my
21        experience, it's not that, okay, well, Khandwala, he's
22        the only one outlier.  If you look at the whole -- most
23        of the urogynecologists using the mesh, whether it is in
24        the United States, whether it is the Nordic countries,
```

Salil Khandwala, M.D.

```
 1          whether it is in Australia, whether it is in -- not

 2          Australia -- Amsterdam, you know, the Withagen group,

 3          any of these physicians would tell you that from the

 4          literature that the success that they enjoyed was

 5          phenomenal.

 6     Q.   Okay.  Now, if you look at Page 12 of your expert

 7          report, the last paragraph, you described this

 8          retrospective study with 315 cases.

 9     A.   Yes.

10     Q.   Was that a published study?

11     A.   No, we sent it for publication, and they asked for some

12          alterations, and we waited for those alterations to

13          happen, and now we're combining all these, the Prolift

14          and Prolift+M.

15     Q.   And where is the data for that -- or I guess strike

16          that.  First, what form is the data currently contained

17          for that study?

18     A.   It is in a spreadsheet, so Excel spreadsheets, and we

19          have this whole data compiled in our practice.

20     Q.   Okay.  And have you provided that data with any of the

21          materials that you've provided today?

22     A.   No, not the data.

23     Q.   Will you?

24     A.   I could.
```

Salil Khandwala, M.D.

```
1              MR. WALKER:  And let me just state for the

2         record and interrupt you, Doctor, that I believe we have

3         filed objections that relate to this, that those

4         objections have been filed to the specific request in

5         the Notice of Deposition that relate to what you're

6         asking about.

7              MR. WOOL:  Okay.

8    BY MR. WOOL:

9    Q.   Okay.  Let me shift gears for a second.  Turning to

10        Page 13, let me ask you about this study of the

11        Prolift+M with the 157 consecutive subjects.  Now, let's

12        see, did this study just deal with mesh placed in the

13        anterior compartment of the vagina?

14   A.   No, this is anterior, posterior, and total.  I'm sorry,

15        what I was looking for is what was the breakup, and in

16        the paper there is a breakup of how many were anterior,

17        how many were posterior, and how many were anterior and

18        posterior, called total.

19   Q.   Okay.  And, sorry, to go back just very quickly, the

20        unpublished study that we were speaking about before,

21        was that exclusively anterior?

22   A.   No, this was anterior, posterior, and total.

23   Q.   So both studies are total?

24   A.   Yes.
```

Salil Khandwala, M.D.

```
 1    Q.    So just a couple questions about the numbers.  You

 2          say -- and this is the second paragraph down on Page 13,

 3          that you started with 157 consecutive subjects.

 4    A.    Uh-huh.

 5    Q.    And then we go down to the second to last paragraph and

 6          we're down to 122 subjects.

 7    A.    So cystoscopy was performed in all eligible 122

 8          patients.  What that means is the patients who had a

 9          back wall repair, just a posterior vaginal wall repair

10          with mesh, they did not need a cystoscopy, so you do not

11          need to do cystoscopy.  I did cystoscopy anybody who had

12          an anterior wall repair or an anterior and posterior

13          wall repair.

14    Q.    Okay.  And then, similarly, another question about the

15          numbers, if you flip over to Page 15, the middle

16          paragraph, you note that de novo dyspareunia was noted

17          in 3 of the 50 subjects.

18    A.    Yes.

19    Q.    So how did we get down to 50?

20    A.    So it depends upon how many patients were sexually

21          active.  So of all these patients who were in the study,

22          50 patients were sexually active at that time.

23    Q.    So 50 out of the 157?

24    A.    Yes, were sexually active.
```

Salil Khandwala, M.D.

1    Q.    Is that correct?

2    A.    Yes.

3    Q.    And one more question.

4    A.    So can I -- if you actually look at the paper, we have

5          broken this down into a table which shows how many

6          people were sexually active before, how many were not

7          sexually active.  We then looked at patients who are

8          sexually active before, how did they do after the

9          procedure.  How many continued to be sexually active.

10         How many became sexually inactive.  Then we further

11         looked at those afterwards who were sexually active, how

12         many had pain, how many did not have pain.

13                On the other side, women who were not sexually

14         active, we looked at how many of those women who were

15         not sexually active before surgery became sexually

16         active after surgery, and if so, how many of those women

17         had no pain and how many had pain.

18   Q.    So the 50 subject number on Page 14 includes women who

19         were both sexually active before and after the --

20   A.    It's after.

21   Q.    Oh, it's only after?

22   A.    Yeah, de novo dyspareunia.

23   Q.    Okay, sorry, my apologies.  Could we take a quick break.

24                (A recess was taken from 12:03 p.m.

Salil Khandwala, M.D.

```
 1                    to 12:28 p.m.)

 2    BY MR. WOOL:

 3    Q.   Doctor, right before we took a break we were discussing

 4         your 2013 study on the Prolift+M.

 5    A.   Yes.

 6    Q.   Do you recall that?

 7    A.   Yes.

 8    Q.   So I just have a couple more questions regarding that

 9         study.  Okay.  So you -- and I'm on Page 13 of your

10         expert report.  In the second to last paragraph you note

11         that there were no surgical complications beyond Dindo

12         scale grade.  So what is Dindo scale grade?

13    A.   So the Dindo is a grading scale that was devised for any

14         complications that happened.  So 1 is a minor

15         complication that does not need any intervention.  Then

16         2 is if it needs an intervention in the office.  3 is if

17         it needs an intervention in the hospital setting.  And 4

18         is a major intervention.  And I believe 5 is death.  I

19         don't exactly know, but that's what it is, it's based

20         upon that, it looks at different aspects.  So in this

21         case as there were no visceral injuries, you know, so it

22         was scale grade A may have been, I don't know --

23    Q.   So if there were no complications on the scale at all, I

24         believe 1 you described as a fairly minor complication,
```

Salil Khandwala, M.D.

```
 1        so there were effectively no complications?

 2   A.   Correct.

 3   Q.   So that's a pretty impressive result, I assume?

 4   A.   Well, you know, it is if centers that have done this, I

 5        mean if you look at medical literature, also, there is a

 6        paper that was published from the Northwestern part of

 7        France, a person by the name Michelle Croissan, and the

 8        paper's name is by Laurant de Landsheere  d-e

 9        L-a-n-d-s-h-e-e-r-e, and what he -- in his paper they

10        had 521 patients that they followed up, and these were

11        at least about two to three years out, and their risk of

12        complication on bladder injury was .1 percent, bowel

13        injury was like .2 percent, and their mesh exposure was

14        3 percent.  So I think centers across the board that

15        would do a lot of these cases, and most physicians who

16        should be -- who are good at surgery usually have, you

17        know, similar results with low risk of complications.

18   Q.   Did -- and I'm not going to be able to pronounce the

19        name -- the French study you described, was that a study

20        of the Prolift+M?

21   A.   It was Prolift.

22   Q.   That was a Prolift study.  Okay.  And this is a question

23        just in regards to the studies that you have conducted

24        yourself, or strike that.  Let me just go back to this
```

Salil Khandwala, M.D.

```
 1          study.  You were the only surgeon performing on this

 2          population of patients in this study, correct?

 3   A.     This, yes.

 4   Q.     Okay.  And if you go back to Page 12, the retrospective

 5          study of from 2005 to 2009 using the Prolift, that was

 6          exclusively you as well?

 7   A.     That's correct.

 8   Q.     As the surgeon?  Okay.  And so I guess generally all of

 9          your studies or the three that -- I believe the three

10          that you cite, you were the only surgeon involved in

11          those studies?

12   A.     I do have residents who assist me, and they may have

13          done a part of it, but under my guidance.  So if it was

14          my resident or fellow, it would be under my guidance, so

15          I was actively involved in the --

16   Q.     So it's fair to say that all the surgeries were either

17          performed by you or under your direct supervision?

18   A.     That is correct.

19   Q.     Okay.  All right.  So I'm shifting gears just a little

20          bit.  Now, are you offering an opinion on laser cut

21          versus a mechanically cut mesh at all?

22   A.     From the engineering standpoint, no.

23   Q.     From any other standpoint?

24   A.     I can tell you from the success standpoint, from the
```

Salil Khandwala, M.D.

1      clinical standpoint, yes.

2                 MR. WALKER:  Well, let me just interrupt.  Are

3      you -- what products are you referring to with that

4      question, because all of the Prolift+Ms are all laser

5      cut meshes.

6                 MR. WOOL:  Right.  I guess just, you know, and

7      I guess my question is just confined to is he planning

8      on offering a general opinion as to the benefit of one

9      over the other.

10                THE WITNESS:  And I apologize, I am sorry, I

11     keep forgetting I'm doing this report on Prolift and

12     Prolift+M, because, of course, I'm a physician and I use

13     slings all the time, and I'm very, very familiar with

14     the TVT family, so when you mentioned that,

15     automatically I'm thinking about the TVT group of

16     family.

17     BY MR. WOOL:

18     Q.   Right.  So just for the treatment of pelvic organ

19          prolapse.

20     A.   Yes.

21     Q.   Do you have an opinion generally on laser cut mesh

22          versus mechanically cut mesh that you plan on offering

23          for this litigation?

24     A.   I don't think I've used -- I don't even know if Exair or

Salil Khandwala, M.D.

```
 1          Elevate is a mechanically cut mesh, I'm not sure, from

 2          this litigation Prolift and Prolift+M, they're not -- it

 3          doesn't arise.

 4    Q.    Okay.  So you are offering a general opinion on

 5          Ethicon's warnings; is that correct?

 6    A.    Yes.

 7    Q.    For both the Prolift and the Prolift+M?

 8    A.    Correct.

 9    Q.    Okay.  And what is your general opinion, let's start

10          with the Prolift, on the warning for the Prolift?

11    A.    Can you specify, please.

12    Q.    Sure.  I guess is your opinion that the warnings for the

13          Prolift kit are adequate?

14    A.    Yes.

15    Q.    And is your opinion that they are safe and effective or,

16          sorry, strike that.  Let's see, and for the Prolift+M,

17          the same question.

18    A.    Yes, adequate, the IFU.

19    Q.    Okay.  And let's see, and what is the basis for that

20          opinion?

21    A.    I have reviewed the -- if you're talking about

22          information for use, I have reviewed the information for

23          use and I looked at it, and I find that it is more than

24          adequate.
```

Salil Khandwala, M.D.

```
 1    Q.    Okay.  Bear with me one second.  I'm going to hand you

 2          what we'll mark as 6 and 7, so this is the IFU for the

 3          Prolift, and this is the IFU for the Prolift+M.

 4                KHANDWALA DEPOSITION EXHIBIT NUMBER 6,

 5                GYNECARE PROLIFT

 6                WAS MARKED BY THE REPORTER

 7                FOR IDENTIFICATION

 8                              - - - - -

 9                KHANDWALA DEPOSITION EXHIBIT NUMBER 7,

10                GYNECARE PROLIFT+M

11                WAS MARKED BY THE REPORTER

12                FOR IDENTIFICATION

13                    THE WITNESS:  So blend the Prolift and

14          Prolift+M?

15                    MR. WALKER:  Well, just wait.  He'll probably

16          ask questions about each separately.

17    BY MR. WOOL:

18    Q.    Okay.  So looking at the IFU for the Prolift, are you

19          familiar with this document?

20    A.    Yes.

21    Q.    And you've reviewed it before?

22    A.    Yes.

23    Q.    Okay.  Now, does the document, does it warn that the

24          surgery should only be performed by a experienced
```

Salil Khandwala, M.D.

```
 1          physician or an experienced surgeon?

 2                    MR. WALKER:  Object to form.

 3                    THE WITNESS:  It basically, I don't think we

 4          need to see that.  I mean when we look at an IFU from

 5          the surgeon and physician standpoint, we look at

 6          something that as a guidance.  It's a surgeon's ability

 7          and credentials are not determined by the company.  It

 8          is by the American College of OB-GYN or American Urology

 9          Association, and now the American Urogynecologist

10          Society, and privileges at the hospital, that is what

11          credentials a surgeon to use or not.  So any surgeon who

12          is credentialed to do these procedures is an experienced

13          surgeon, you know, because that's what he, that person

14          gets credentialed to do.  So if they are credentialed,

15          they can do the procedure, and it's not up to the

16          company to state that, so I would not be looking at that

17          information in an IFU, anyway.

18    BY MR. WOOL:

19    Q.    Okay.  And that statement is equally applicable to the

20          IFU for the Prolift+M?

21    A.    That's correct.

22    Q.    Okay.  And so you mentioned that -- so tell me about the

23          credentialing process for surgeons.  Just how does it

24          work?  How does one get credentialed I guess is the
```

Salil Khandwala, M.D.

```
1        question?

2                MR. WALKER:  Are you talking about in general

3        or at his specific hospital?

4                MR. WOOL:  Let's talk about in general first.

5                THE WITNESS:  So depending upon subspecialty,

6        so let's say in my case obstetrics and gynecology, so

7        first of all I have to go through a residency.  Once I

8        finish the residency, then I sit for a board

9        examination, which is a written board examination and an

10       oral board examination.  And then I get -- I am

11       conferred the degree of the fellow of the American

12       College of OB-GYN.  And once I have that credential, so

13       then I'm M.D. FACOG, once I become that, I apply at --

14       for hospital for that particular specific hospital

15       privileges, and it could be right from vaginal

16       deliveries to Cesarean sections to hysterectomy.  And

17       then the hospital has a board, and the medical

18       professionals who sit on the board, they look at what

19       are the privileges a doctor is requesting and is it

20       concordant with their practice and their field.

21               So if I'm applying for amputation privileges,

22       I'm a physician, I can potentially do amputation, but

23       that is what -- hospital would not give me privileges

24       because I am a gynecologist.  So if I'm applying for
```

Salil Khandwala, M.D.

1    privileges for vaginal surgery, then they have certain

2    requirements.

3            Then it goes a step ahead where if they're

4    looking at certain things like robotic surgery, and it's

5    part of -- it's hysterectomy but done through the robot,

6    and if that is so, then there may be certain specific

7    regulations or requirements for each credentialing

8    committee which is very specific to each hospital.  So,

9    for example, my hospital may say that if you want to do

10   robotic laparoscopic hysterectomy, you need to be

11   proctored for 10 cases.  In Denver they may say you need

12   to be proctored for 15 cases.  So that's a different

13   thing.

14           Same thing with vaginal mesh, say for vaginal

15   mesh you need to be proctored for these many cases, so

16   they may be -- the credentialing requirements vary from

17   hospital to hospital, from state to state, and that is

18   very subjective to each individual place.

19   BY MR. WOOL:

20   Q.   Okay.  So let's just focus on, I guess, the hospitals

21        where you perform prolapse surgery using mesh.  What is

22        the credentialing process there?  Is it essentially what

23        you just described?

24   A.   So initially, I mean, well, when I applied for the

Salil Khandwala, M.D.

```
 1          privileges way, way back, you know, at that time I was

 2          already a fellowship -- had done a fellowship and a

 3          subspecialty in urogynecology it used to be called then,

 4          and so that itself gave me the additional, you know,

 5          education and certification to apply for certain things

 6          such as vaginal mesh surgery.  Of course, I had gone to

 7          a cadaver course, I had been proctored there, and then

 8          with the overall knowledge that you possess as a

 9          gynecologist and having done these surgeries, you know,

10          they allow you to do this procedure so you get

11          credentialed to do it.  So that's how I got credentialed

12          to perform these cases.

13    Q.    Okay.  And I believe you've already answered this

14          question in some way, but to be clear, kind of across

15          the country there isn't a uniform system for

16          credentialing physicians to perform either surgery with

17          the Prolift or the Prolift+M, is there?

18    A.    At this moment, of course, the products don't exist, but

19          when they were there, yeah, it was -- no, it was very

20          individualized how every hospital and the hospital

21          committee behaved.

22    Q.    Okay.  And would a physician ever be able to legally

23          perform pelvic organ prolapse surgery at the time with

24          either the Prolift or the Prolift+M if they were not
```

Salil Khandwala, M.D.

```
1        credentialed?

2              MR. WALKER:  Object to form.

3              THE WITNESS:  I don't think they would be

4        allowed in hospitals, and if they're practicing in a

5        hospital, if they are not credentialed to do, but I

6        don't know if they're specific to that, so, for example,

7        they -- the credentialing committee does not go very

8        specific to a particular mesh device, so it won't say

9        you can do Prolift but you cannot do Prolift+M or you

10       can do Elevate but you cannot do Prolift.  What they may

11       credential to you is that you can do vaginal surgery for

12       prolapse with or without augmentation, a very general

13       term, and then it is up to then different specific

14       things that, you know, what may be required that a

15       physician may have to do like go for a cadaver course,

16       and I think ultimately because the physicians will

17       champion this, so if I want to do something for my

18       patient, I'm not just going to put something in my

19       patient that I don't know how to do.  I may be

20       credential at a hospital to do vaginal augmentation

21       surgery, but tomorrow if there's a new technique that

22       comes out, I will put in the due diligence to learn the

23       new technique, the process, how it works, what is the

24       science behind it, what is quoted in literature, and
```

Salil Khandwala, M.D.

```
1        that's the main thing we fall back on, what is the

2        literature?  What has been published?  What is out

3        there?  What is the information?  So most of my

4        colleagues including myself count on in my case, yeah,

5        maybe it's a unique situation that I do have clinical

6        studies of my own, but that's not all I count on.  I

7        count on my studies and what has also been published in

8        literature what I discuss with my colleagues at

9        conferences, in the summit meetings that I mentioned,

10       that plays a tremendous role in the overall formation of

11       should I do this or not.

12              Once that has been achieved and once I've

13       realized that, yeah, this is a product that I have

14       talked to my colleagues, I have read the literature,

15       I've discussed with others, and it makes sense, then I

16       would be able to use it, you know, so it's impossible

17       for a credentialing committee to be specific and say you

18       can only use this, not that.  So they may just say you

19       can use a robot but not for which type of operation.

20       Can I take the ovary out?  Can I take the tube out?  Can

21       I just take half of the uterus, full uterus?  Well,

22       that's left ultimately to the physician.

23  BY MR. WOOL:

24  Q.   Okay.  And so the credentialing process for pelvic organ
```

Salil Khandwala, M.D.

```
 1          prolapse surgery would essentially be uniform across --

 2          not across the board, sorry, strike that.  A

 3          credentialing process would allow you to perform surgery

 4          for prolapse generally?

 5     A.   Yes.

 6     Q.   Okay.  And it wouldn't say you can't use this device or

 7          you can't use that device?

 8               MR. WALKER:  Object to form.

 9               THE WITNESS:  They cannot -- usually when a

10          credentialing group meets, it's like a general group,

11          it's a primary care physician, there may be some other

12          there's on it, so they are not even well versed in that

13          special, each mesh design, so they don't look at it that

14          this is one you can use, same thing when a new

15          instrument comes out through the robot, when the

16          morcellator came out, they can't say, oh, you cannot use

17          it.

18                    So then they go by you are a gynecologist, you

19          practice in the vagina, this is what your specialty is.

20          What are you talking about?  What privileges are you

21          requesting?  And they look at and why?  So they get

22          documentation and then they understand that that makes

23          sense.

24                    The knowledge base that I possess is much more
```

Salil Khandwala, M.D.

```
 1          than what the credentialing committee has, but then they

 2          set up some guidelines that we essentially follow, but

 3          it's more guidelines that are usually general but not

 4          specific to one product.

 5     BY MR. WOOL:

 6     Q.   And so you had said before, and I just want to make sure

 7          that I have this correct, that if a physician is

 8          credentialed, that they're sufficiently experienced to

 9          use the device, whether it be the Prolift or the

10          Prolift+M, correct?

11     A.   No, so the credentialing process, as I mentioned, it's

12          more of a process that involves that can this person use

13          a vaginal augmentation.  So suppose if I apply and say I

14          want to do vaginal augmentation surgery, and now there

15          is a new mesh on the market, you know, and that I want

16          to use, they will not object.  The credentialing

17          committee doesn't have to say, okay, give me information

18          about this particular mesh.  Now, that's up to me as an

19          individual to learn about what this mesh is and why am I

20          using it.

21     Q.   Okay.  And as we discussed in the Instructions For Use,

22          there isn't anything in there about restricting use to

23          experienced physicians?

24               MR. WALKER:  Object to form.
```

Salil Khandwala, M.D.

```
 1              THE WITNESS:  That doesn't have to be, because
 2         it's up to the physicians, and it's not -- the company
 3         cannot restrict or allow, it's not up to the company to
 4         do that, it's up to the physicians, so it's up to us and
 5         our societies to manage that, you know, and to police
 6         that, not -- a company cannot say you cannot use it.
 7         Once a physician is a credentialed gynecologist, he or
 8         she can use these products, now it's not up to the
 9         company to control that.
10    BY MR. WOOL:
11    Q.   Okay.
12    A.   So, in other words, if we are saying, okay, you can't
13         use it because you only have done five, it's not for the
14         company to decide.  It is for the credentialing
15         committee of the hospital or the Department of
16         Gynecology or usually the physician themselves.
17    Q.   Okay.  So if you turn to Page 18 of your expert report,
18         I'd like to direct your attention to the line at the top
19         of the page where you say that vaginal prolapse surgery
20         is clearly a complex surgery and should be performed
21         exclusively by surgeons who are experienced in this.
22         You read that?
23    A.   Yes.
24    Q.   So what is the criteria for experienced surgeons?
```

Salil Khandwala, M.D.

```
 1    A.    So the main thing is understanding the anatomy, and

 2          that's very important, so this is -- the word is I have

 3          put vaginal mesh because I'm talking about mesh, but

 4          this mainly alludes to vagina prolapse surgery.  It's

 5          different.  You know, when you go from above, the

 6          anatomy looks very different, looks very normal.  When

 7          you're going from the vagina, it looks almost opposite,

 8          you know, you're going from below up, so it is very

 9          complex, plus you're working in a tunnel, and it's very

10          hard to go from a tunnel into these deeper spaces.

11          Then, again, you are doing a lot with palpation, it's

12          almost like Braille, you're palpating these things,

13          you're feeling it rather than actually looking and

14          seeing it.  So there's a lot of experience that a

15          surgeon has to gain over time to understand this.  So

16          the main -- if they understand anatomy, then they

17          understand the breakdown of anatomy that happens with

18          prolapse and, then they have to understand the

19          alterations of anatomy that could be specific to that

20          particular person.  Could that change how the blood

21          vessels are, you know, where things are with the uterus

22          coming, for example, when the uterus is inside, the

23          tubes that drain both kidneys called ureters, they are

24          proper.  When the uterus is completely outside, the
```

Salil Khandwala, M.D.

1       ureters can get kinked, and they are very, very low.  In

2       fact, with complete prolapse, the ureters are outside

3       the body, so that is something that a surgeon needs to

4       know, that anatomy changes as these pathologies happen,

5       so that's very important.

6               So the main focus, it's complex because they

7       absolutely need to know the anatomy, the breakdown of

8       anatomy, the pathophysiology, and the surgical

9       variations through a tunnel.  And that is -- it's often

10      labeled as what we call no incision natural orifice

11      surgery because you're going from the natural orifice.

12      However, it's complex, because you're going from such a

13      small opening, and you're doing such a large operation

14      through a small opening which was previously done by

15      cutting the belly open.

16  Q.  So how does a surgeon gain this understanding of

17      anatomy?

18  A.  So they -- first of all, it's in medical school

19      understanding what anatomy is, then going through

20      residency where they learn how to assist in these

21      procedures, they learn how to do these procedures, and

22      that they go out and practice.  So not everybody has to

23      be someone like me who's fellowship trained.  You know,

24      most of the physicians who are using the mesh are normal

Salil Khandwala, M.D.

```
 1          OB-GYN physicians and urologists who are very good

 2          surgeons.

 3                  So how do you become a good surgeon, if not by

 4          doing a fellowship, you do not have to do a fellowship.

 5          You can be out there, you understand this, and you put

 6          in due diligence, take time, understand the problem,

 7          figure it out how a patient is behaving to this, follow

 8          these patients over time, and see how you can improvise.

 9   Q.     So -- sorry.

10   A.     So it is this entire process, including learning from

11          your peers, going to conferences, being involved in

12          these societies, and then reading literature, you know,

13          where they tell you about how to -- like what are the

14          monogram on Prolift is a perfect example.  You know,

15          when the IFU came out it was just some information, but

16          the monogram when it came out, that is written by

17          physicians for physicians to understand these nuances.

18          So we have gone through these.  Now you have these

19          experienced doctors who are doing a lot of cases, they

20          have learned this.  How do you now explain these pearls

21          to everybody?  So that's why this monogram was put up

22          together and that goes over these pearls, different

23          things, you know, what can be done, what -- how you do

24          this, what have been the modifications since Fatton, you
```

Salil Khandwala, M.D.

```
1          know, described this with the Prolift beginning and how

2          we have changed.

3                    MR. WALKER:  Just for clarification, when

4          you're talking about the monograph, you're talking about

5          the Prolift surgeon monograph?

6                    THE WITNESS:  Yes, the Prolift surgeon

7          monograph.

8     BY MR. WOOL:

9     Q.   And you mentioned what I think you described as a normal

10         OB-GYN.  According to your definition, would somebody

11         like that meet your definition of an experience?

12    A.   Absolutely.  The experienced is more about someone who

13         has gone through these courses, the steps.  One is

14         understanding the anatomy, and understanding what has

15         broken down, then understanding what happens with

16         surgery, reading the literature, making awareness --

17         becoming aware of what the society that deals with

18         pelvic floor dysfunction is talking about, going to

19         conferences, and then practicing on their patients and

20         seeing what happens over time with their own patients

21         and own interaction.

22                   The key is what does that particular person

23         note in his or her experience?  And that's even what the

24         FDA said, that it's so different, and I cannot globalize
```

Salil Khandwala, M.D.

```
 1          it because in one surgeon's hands the success may be

 2          different, in someone else it's different, so that's why

 3          it's important for each surgeon to understand what is my

 4          story and how am I doing with my cases.  So if someone

 5          has done this, it doesn't matter whether he is board

 6          subspecialized in urogynecology or a generalist OB-GYN

 7          or a generalist urologist, it doesn't matter.  That

 8          person, I'll call him or her experience.

 9     Q.   So you mentioned part of gaining this experience was

10          practicing on your patients.  So has somebody who has

11          not performed any of these procedures before on their

12          patients, can that person be experienced under your

13          definition?

14     A.   Well, eventually someone has to start somewhere, so,

15          first of all, when you go in, you go to cadaver course,

16          and then -- so typically the way it unfolds --

17     Q.   Let -- I guess, I think my question's a little bit

18          simpler than that.  It's simply can somebody who has not

19          practiced any of these procedures on their patients be

20          considered or do you consider that person to be

21          experienced?

22                    MR. WALKER:  Object to form.

23                    THE WITNESS:  If a person has never done

24          vaginal prolapse surgery, no, they cannot be
```

Salil Khandwala, M.D.

```
 1          experienced, because someone has to have done vaginal

 2          prolapse surgery before they get into using the -- doing

 3          any of these -- of prolapse surgery for that matter.

 4     BY MR. WOOL:

 5     Q.   Okay.  And to clarify your opinion on mesh prolapse

 6          surgery as it relates to both the Prolift and Prolift+M,

 7          it's your opinion both in your report and today that it

 8          should be exclusively performed by surgeons who are

 9          experienced?

10     A.   Yes.  But, again, as I defined experienced surgeons.  So

11          my definition of experienced surgeon still stands.  It's

12          an experienced surgeon, and that's key.  It should not

13          be someone who just does one case and never does

14          anything about it at all.  It should be someone who is

15          following the literature, under the medical literature,

16          reads what's out there, goes to the societies, goes to

17          the conferences, and this is where if we want to be

18          involved -- if they want to be involved in this, they

19          have to become experienced surgeons to do this.  So that

20          is what I personally feel in my opinion the main thing

21          that mitigates the risk of complications is my

22          definition of an experienced surgeon.  So I would say, I

23          should take the word out surgeon, I would say

24          experienced physician or experienced clinician.  This is
```

Salil Khandwala, M.D.

```
 1          not just someone who goes as a technician in the

 2          operating room and operates.  This is someone who puts

 3          in the extra effort to understanding what is the

 4          information?  What is out there?  What is the

 5          literature?  What are people talking about?  It's not

 6          just, you know, me doing one case and just doing the

 7          technical repair.

 8                    MR. WALKER:  And I object to the form of the

 9          previous question.  I just didn't want to interrupt him.

10    BY MR. WOOL:

11    Q.    Okay.  And so I guess my question would be if we are

12          talking about an inexperienced physician or surgeon --

13          strike that.  So do you have any opinion on the data for

14          the Prolift and the Prolift+M as they relate to

15          inexperienced surgeons?

16                    MR. WALKER:  Object to form.

17                    THE WITNESS:  As I told you, I don't think

18          that this should be something which -- this should be

19          done by experienced surgeons, and I think people who

20          have done is the people I know and I've read the

21          literature, these are people who are experienced

22          surgeons, so from that definition I talk about, so I

23          don't think -- I don't know anything like that, I'm

24          sorry.
```

Salil Khandwala, M.D.

```
 1    BY MR. WOOL:

 2    Q.   So when you -- when a patient presents to you with

 3         pelvic organ prolapse, I guess how do you assess the

 4         risk benefit profile of that patient?

 5    A.   So when a patient comes in and she says -- and then the

 6         key thing as we talked earlier on, most important thing

 7         for me is what is she coming with.  So those validated

 8         questionnaires will explain to me and summarize as to

 9         this is my problem.  So let's assume she has a complaint

10         of a vaginal bulge, and she's really bothered by the

11         bulge.  Then what are the other aspects which are

12         important?  You know, what are the associated factors

13         such as her age, is she menopausal, is she on estrogen

14         what is her weight, is she a smoker, has she had prior

15         surgery, does she have a uterus, does she want to keep

16         her uterus, does she have any other abnormality with the

17         uterus, is she bleeding heavy or something else going

18         on, so there are so many factors that play a role in

19         deciding what to do.

20              Then we do certain tests to see whether she

21         has -- she is emptying her bladder well, does she have

22         occult stress incontinence, we look for that, is she

23         complaining of fecal incontinence, we assess that, we

24         look at the entire pelvic floor.
```

Salil Khandwala, M.D.

```
 1                Once you've done all that, and then we sit
 2          down and talk to the patient and say, okay, what is --
 3          this is the information.  So the information that we
 4          discuss with the patient is giving her the evidence,
 5          telling her what is the information that exists?  Not
 6          just only my information, that's also important to her,
 7          but I give her overall information, so this is the
 8          information in the medical literature.
 9                So let's say if I am proposing vaginal mesh
10          surgery to her, I would say this is information in the
11          medical literature, this is what has been documented,
12          this is also my experience, and this would be the
13          information for that.  Then I would tell her the same
14          thing about pessary, this is the good with the pessary,
15          this is the bad thing about the pessary, and I make them
16          understand that, you know, if they have to analyze --
17          ultimately, my ultimate goal is to empower that woman,
18          that patient of mine, this lady sitting in front of me,
19          empower her with the knowledge in a colloquial language
20          that she understands exactly what she would want, not
21          what I am going to force and force her to undergo.  So
22          once she's heard this, now she has clear information
23          that we've given her what we call nondirective
24          counseling, so without bias I give her the information.
```

Salil Khandwala, M.D.

```
 1                Once you've laid it, now she has the facts.

 2       So I tell her forget about everything else, what I've

 3       given you are the facts and here's the literature to

 4       support.  We give them the white paper of the FDA, we

 5       give them the FDA up classification which recently came

 6       out, we gave them our results, we give them what is out

 7       there in a booklet that we give the patients, so they

 8       have enough information, and I make them understand that

 9       the ultimate decision is based upon what they want.  I'm

10       there to guide them and direct them, but I am not going

11       to force them one way or the other.

12                So even sometimes they ask me, so if it was

13       your wife or your mother, what would you do?  I say it's

14       different, their body frame is different, you are

15       different.  I'm going to go over your risk profile and

16       say what is your age, what is your BMI, are you

17       menopausal, are you a smoker?  I look at all those

18       factors and come up with a risk strategy based upon that

19       and come up with what we call a balance scale, risks to

20       benefits.  So which way does this tip?  And then if it

21       tips in favor of benefits of doing vaginal mesh, that's

22       what we do.  So based upon that.  So it's a very

23       detailed counseling, which most of us agree, and if you

24       look at literature, also, most -- if even if the society
```

Salil Khandwala, M.D.

```
1          guideline statements, they'll tell you that it's
2          important to discuss with your patient, explain to the
3          patient what's going on.  So this is not exclusively to
4          what I do, this is what's done by my peers as we go to
5          societies and we talk to my colleagues, they say the
6          same thing, that's what they do extensively, and they
7          discuss more with the patients and tell them.
8    Q.    Do you believe that manufacturers of medical devices
9          have a duty to warn physicians of adverse events?
10                   MR. WALKER:  Object to form.
11                   THE WITNESS:  It's up to the physicians, I
12         mean if there is -- ultimately it's up to the physicians
13         because we would know it, what's going on, because I
14         would see in my practice if something was happening, but
15         if there's something bad happening with a particular
16         product, yes, they should inform the physicians.
17   BY MR. WOOL:
18   Q.    Okay.  Do they have a duty to provide proper
19         Instructions For Use?
20                   MR. WALKER:  Object to form.
21                   THE WITNESS:  Instructions For Use are written
22         for physicians and for -- if they are -- ultimately
23         it's, you know, it's based upon my experience as a
24         surgeon and what we discuss and what we find out, my
```

Salil Khandwala, M.D.

```
 1          colleagues in discussions and the medical literature

 2          that exists on this particular item, so let's be

 3          specific, let's say for Prolift, so what is out there?

 4          What is literature?  What do my colleagues say?  What do

 5          we discuss in conferences?  What is my own experience is

 6          what dictates more, you know, than the IFU.

 7               I can tell you the IFU is a guide.  I can

 8          almost guarantee you that nobody sits with the IFU in

 9          the OR and goes through it step by step.  Maybe we read

10          this once, maybe couple of times, and it's not something

11          that we -- it's like we have to study it and memorize

12          it.

13     BY MR. WOOL:

14     Q.   So you're saying you don't think that Ethicon needs to

15          provide, I guess, accurate and correct Instructions For

16          Use?

17               MR. WALKER:  Object to form.

18               THE WITNESS:  It's -- what I would look at it

19          from this -- let's be more specific, in looking at the

20          IFU, this IFU is more than adequate when looking at the

21          Prolift IFU, so there's no point, other than conjecture.

22     BY MR. WOOL:

23     Q.   So if it -- strike that.  Okay.  Do you believe that

24          medical device companies such as Ethicon have a duty to
```

Salil Khandwala, M.D.

```
1          provide contraindications for use?

2                    MR. WALKER:  Object to form.

3                    THE WITNESS:  They can state it.  However, a

4          lot of that information we would know as physicians, and

5          a lot of that information we would get from our own

6          colleagues and discussing with our colleagues and

7          understand.  I mean this is nothing that -- for example,

8          the contraindications for a physician are quite obvious.

9          We would know what is contraindicated.  I think it's

10         important that whether it is done for a vaginal prolapse

11         surgery with native tissue repair or whether it is done

12         for -- with an augmented procedure like mesh, not a

13         whole lot changes.  It's very obvious, you know, so

14         nothing much -- maybe it says pregnancy and child

15         bearing, but short of that, patient on anticoagulation,

16         you know, she should not be on a blood thinner, well,

17         that's obvious to a physician, that should be there,

18         anyway.  So I don't think that we would really look at

19         every word and follow that; we know ourselves what

20         should be there.

21    BY MR. WOOL:

22    Q.   Okay.

23                    MR. WALKER:  David, let me just put on the

24         record we've gone over the three hours, and you've got a
```

Salil Khandwala, M.D.

```
 1        total of five for Prolift and Prolift+M, and Dr.

 2        Khandwala's report encompasses both into a single

 3        report, and you've asked questions about both up to this

 4        point in time, so I just want the record to reflect that

 5        we'll be doing a five-hour deposition that covers both

 6        products; is that --

 7                    MR. WOOL:  Yes.

 8                    MR. WALKER:  Are you in agreement with that?

 9                    MR. WOOL:  Yes, that's my understanding, and

10        we are in agreement about that.

11   BY MR. WOOL:

12   Q.   Okay.  So is it your opinion that Ethicon mesh, either

13        the Prolift or Prolift+M, or let's just start with

14        the -- scratch that, just the Prolift.  Is it your

15        opinion that the Prolift is appropriate for patients

16        with prolapse, say, lower than stage 3, stage 1 or 2?

17   A.   It is -- as I mentioned, it's all -- the Prolift is just

18        a device, it's just a mesh, it's an augmentation

19        procedure.  So let's say a patient has stage 2 prolapse,

20        and I open up the vagina and I find that there is

21        nothing, there's no fascia at all, then absolutely I

22        would use a mesh.  So this is -- my ultimate goal, and

23        that is same thing as goal of my colleagues, is that we

24        want to give the patient the best shot at the first
```

Salil Khandwala, M.D.

```
 1        time.  The problem with recurrence is then you'll end up

 2        with more complications.  So if it turns out I can do

 3        fascia repair, just like as we mentioned, with a Stage 2

 4        rectocele, if I did a fascia repair, there is good

 5        fascia there, there is evidence to show, as I mentioned

 6        in my report from Chris Maher, the 2011 Cochrane

 7        analysis, that the back wall repair can be -- has good

 8        results if done with native tissue.  However, if I go

 9        with that intent, and I open up the vagina and I find

10        that there is nothing there and it is a Stage 2

11        prolapse, there's just nothing I can put together, then

12        what am I going to do?  Am I going to just put nothing

13        to nothing?  And I don't think that's ethical from any

14        standpoint.  Then I would fall back on my experience,

15        the experience of my colleagues, and what we've read in

16        the literature to say yes, it does help.  You know, even

17        just looking at a Stage 2 rectocele, it would help from

18        that standpoint just as -- when I talk about medical --

19        this is -- I'm not just talking about my results, I'm

20        talking about results from the medical literature which

21        talk about like the Withagen paper from Amsterdam, you

22        know, which basically showed high success with placement

23        of a mesh even for the posterior compartment.

24   Q.   So do you think that prolapse severity should be listed
```

Salil Khandwala, M.D.

```
 1          as a contraindication at all?

 2                  MR. WALKER:  Object to form.

 3                  THE WITNESS:  Contraindication for what?

 4     BY MR. WOOL:

 5     Q.   So the severity of the prolapse, should that be listed

 6          as a contraindication on the Instructions For Use?

 7                  MR. WALKER:  Same objection.

 8                  THE WITNESS:  I think it's not up to the

 9          company to state that.  I think it's up to us as

10          physicians, and when to use it and when not to use it.

11          So I would think it would be opposite, as a physician I

12          would say that the larger the prolapse, the weaker the

13          inherent and native tissue, so I absolutely want to

14          augment that, you know, if that were to be the case.

15          But it's not -- I think it's ultimately the medical

16          literature.  You know, my clinical experience is going

17          to dictate how I'm going to manage that patient, and

18          it's very much individualized, that's the beauty of

19          medicine, what I really enjoy about it, it is tailored

20          to even individual.  There cannot be a cookie cutter

21          approach.  There could be one patient or the other may

22          have similar stories, similar age, similar medical

23          background, but a totally different outcome.

24
```

Salil Khandwala, M.D.

```
 1    BY MR. WOOL:

 2    Q.   Okay.  So the when a patient presents to you and you're

 3         thinking about providing them with surgery for pelvic

 4         organ prolapse using mesh, when you counsel them, what

 5         are the possible complications that you counsel them

 6         about?

 7    A.   The main complications, it doesn't really change when I

 8         talk to them about mesh or nonmesh.  Most complications

 9         are the same.  So there is nothing different I would

10         counsel.  So my main counseling, whenever I do surgery

11         of any type of surgery, my counseling is bleeding,

12         infection, and injury, so these are the three basic

13         things that cover a lot.  But then we speak about, you

14         know, there could be narrowing, maybe some scar tissue

15         in the vagina while you're doing the suturing, and

16         especially when using her own native tissue, when you're

17         trying to put things together, the big concern is we try

18         to avoid and trim the vagina.

19              There is a high incidence of dyspareunia with

20         native tissue repair, also, so I cannot say that that

21         won't happened.  So I tell my patients that --

22         essentially when I look at mesh versus nonmesh, there is

23         no specific complication I would tell them.  It is

24         different.
```

Salil Khandwala, M.D.

1    Q.   So there are no complications that you would advise

2         patients on that are different from mesh versus native

3         tissue repairs?

4                    MR. WALKER:  Objection.

5                    THE WITNESS:  Correct.  So when looking at --

6         if I am repairing prolapsed native tissue repair versus

7         mesh, there is no complication that is different between

8         the two from -- as a complication, so complication due

9         to the mesh, which is exclusive to the mesh, there is

10        none, according to me.

11   BY MR. WOOL:

12   Q.   Will you list the complications, and I know you did that

13        a little bit, but I think there was some overlap, so

14        just for clarity, all of the complications that you

15        would counsel a patient on strictly for mesh.

16                    MR. WALKER:  Object to form.

17                    THE WITNESS:  I would counsel a patient for

18        vaginal surgery, as I mentioned, whether I am doing

19        native tissue repair or mesh, it doesn't change, but the

20        complications I tell my patients are, one is bleeding;

21        second is bleeding associated hematoma; third is injury

22        to neighboring organs; fourth is infection; fifth is

23        pelvic pain; sixth incontinence, and there are some

24        others.  So basically I don't -- I tell them about --

Salil Khandwala, M.D.

1          the most important thing, what is different from a paper

2          like this, an IFU anywhere else as compared to what we

3          do is we put things in perspective.

4                    If you take a vitamin, also look at the PDR,

5          and you look at the complications and the side effects

6          of a vitamin, you won't even take a vitamin.  Let me

7          give an illustrative example.  Ciprofloxacin or Cipro is

8          one of the most potent antibiotic for a bladder

9          infection.  So if you have a bladder infection and you

10         go to your doctor and he gives you Ciprofloxacin, he'll

11         say, you know what, this is great, it's one of the best

12         antibiotics.  However, the red box warning on the Cipro

13         is it can cause your tendon rupture, so Achilles tendon

14         can rupture, and then you are walking with a splint on a

15         walker for like six -- three to six months.  If you knew

16         that and then say, oh, my God, I don't want to take this

17         antibiotic, that's when you go with the risk benefits.

18         What we explain to our patients is the benefit outweighs

19         the risk because we put things in perspective.  What is

20         the likelihood.  So it's not just about enumerating all

21         these complications.  It's explaining to them the

22         likelihood of this happening, putting things in

23         perspective that what -- the likelihood of this chair

24         breaking down exists, but what is -- the possibility

Salil Khandwala, M.D.

```
 1          exists; what is the likelihood of it happening?  That's
 2          how I explain to my patients.  So it's not only
 3          enumerating all these complications and throwing at her
 4          and saying this is the laundry list of all your
 5          complications and here you go.  It's -- what we do is we
 6          put it in perspective.
 7   BY MR. WOOL:
 8   Q.   Okay.  And is that answer equally applicable to both the
 9        Prolift and Prolift+M?
10   A.   Yes.
11   Q.   Okay.  And so let's try to get into some of the
12        specifics of each.  So for your opinion that the Prolift
13        is safe and effective, I guess looking at the data in
14        your expert report, what studies specific to the Prolift
15        form the basis of your opinions?
16   A.   The main -- right from the start, right from Fatton,
17        F-a-t-t-o-n, the French, the TVM group, you know, to the
18        different publications from -- you can quote Caquant,
19        C-a-q-u-a-n-t to Landsheere, L-a-n-d-s-h-e-e-r-e, to the
20        group from Amsterdam Withagen, W-i-t-h-a-g-e-n, and
21        Vierhout, V-i-e-r-h-o-u-t and Milani, M-i-l-a-n-i.  So
22        those were the -- and the main group was a Nordic group
23        studies, which are Alterman, Daniel Alterman, fantastic
24        paper, it was randomized clinical trial which was
```

Salil Khandwala, M.D.

```
 1          published in the New England Journal of Medicine, one of

 2          the best studies done on the use of Prolift.

 3    Q.    So all those studies that you enumerated are exclusive

 4          to Prolift?

 5    A.    Well, some of these guys have also done studies with

 6          Prolift+M, but they have done predominantly studies on

 7          the Prolift.

 8    Q.    So I guess I'm asking you to specify the studies that

 9          you believe show the safety and effectiveness of the

10          Prolift.

11    A.    Yes, these are the studies, what I quoted were -- most

12          of them were Prolift.

13    Q.    And the same question for the Prolift+M, what studies do

14          you believe prove the safety and effectiveness?

15    A.    So I don't know if I added in, but I should add my

16          paper, too, for the Prolift and my own clinical

17          experience, which is also important.  And the second

18          from the Prolift+M, again, one is the Milani paper which

19          was published, and then it was followed by the group

20          Withagen and our paper and the Lusante had a paper that

21          was published with Van Raalte, R-a-a-l-t-e.  So these

22          are the different papers that are published and, of

23          course, that's what's published, but then, again,

24          discussing at meetings when we talk, when we used to go
```

Salil Khandwala, M.D.

```
 1          to the summit meetings, the Ethicon summit meetings when
 2          we met my peers and sit down at round tables and discuss
 3          and say, hey, how are things going, what did you find,
 4          and, you know, that is something that we literally fed
 5          off, you know, we enjoyed going to the summit meeting.
 6          It was not because it was a great place that we were
 7          going to sponsored by Ethicon, but it was more to get
 8          involved and brainstorm.  And that was the most
 9          important experience, the going and networking is where
10          you really learn a lot and, of course, reading the
11          medical literature.
12     Q.   Tell me about these summit meetings.  How often would
13          they occur?
14     A.   They were happening once a year, so Ethicon would have
15          the summit meeting of physicians who are doing this, and
16          I don't know what criteria they would use, but we would
17          all get together, and then we would have some general
18          session talks, and they would say, okay, what is the
19          literature, what is going on?  And I had, for example,
20          presented a paper on our Prolift+M data.  Then we had
21          breakout sessions, and in breakout sessions it would be
22          more of a, you know, one of the persons starting a
23          discussion.  So I had, for example, once led a
24          discussion on TVT Secure, and I stood up, and I said,
```

Salil Khandwala, M.D.

```
 1          okay, guys, what do you think, what is going on?  So

 2          it's more of a -- it is not a unilateral talk and a

 3          discourse.  It was a partnership, it was a

 4          communication, it was a conversation.  So we then

 5          understood what was going on and then figured out, and

 6          the company had people sitting in the back taking notes

 7          as to what are the issues, what are these doctors

 8          talking about, what are the goods, what are the bads, so

 9          it was a great thing for us as physicians.

10     Q.   Did Ethicon pay for the physicians to attend the summit?

11     A.   Yes.

12     Q.   Did they pay for the lodging of the physicians at the

13          summit?

14     A.   Yes.

15     Q.   Was there any other financial benefit conferred by

16          Ethicon on the physicians other than travel and lodging?

17     A.   No.

18     Q.   Okay.  Now, are you offering a general opinion on

19          Ethicon's training of physicians?

20     A.   Ethicon doesn't -- I mean I don't know -- are you

21          talking about cadaver -- what do you mean by that?

22     Q.   Well, we can talk about that in a second, but I guess

23          are you offering a general opinion on any of the

24          training that Ethicon provides to physicians regarding
```

Salil Khandwala, M.D.

```
1        the Prolift or the Prolift+M?

2   A.   See, I don't think that is -- to me, the main training

3        comes from us, we teach our peers, so it is how do we

4        proctor them, how do we teach them at these courses and

5        when they come to learn from us.  Plus, the training is

6        done individually.  I want to go, I want to do

7        something, I'm not going to count on the company to tell

8        me, hey, do this or go here.  I want to figure it out

9        for myself.  So I think it's more individual, more

10       inherent to our group, and that's what physicians do,

11       you know, we sort of link up and talk about these

12       things.

13  Q.   So it's fair to say that you're not providing an opinion

14       one way or the other on --

15  A.   Yes.

16  Q.   Now, are you offering an opinion on pelvic pain

17       associated with transvaginal mesh repair?

18  A.   Yes.  Let me say an opinion, whether it is associated or

19       not is what the opinion is.  My opinion -- the premise

20       is pelvic pain is not because of mesh, that's my

21       premise.  Yes, on that I'm offering an opinion.

22  Q.   Okay.  And I know you just stated that, but, once again,

23       your opinion is that -- and I don't want to characterize

24       this inaccurately, but that pelvic pain is not
```

Salil Khandwala, M.D.

```
 1        associated with mesh?

 2   A.   Correct.  And this has also been published by a paper by

 3        Niemenen I mentioned -- I'm sorry, Nguyen, N-g-u-y-e-n

 4        and Brunett, and they published a paper where they use a

 5        mesh versus non-mesh, and they found that in patients

 6        that had a mesh there was significant improvement in

 7        pelvic pain as opposed to women who did not have a mesh

 8        and had native tissue repair.  This is a randomized

 9        clinical trial.

10   Q.   Are there any other studies that help form the basis

11        of that opinion?

12   A.   Yes, there's the Niemenen paper I just mentioned.  So,

13        now, that paper basically is a three-year follow-up, and

14        what they found was that the incidence of dyspareunia

15        was lesser in patients who had the mesh as opposed to

16        not having the mesh.  And I think there's one other

17        paper which basically shows similar results, I think

18        Sivasiaglu, S-i-v-a-s-i-a-g-l-u.

19   Q.   Okay.  And do you have any opinion on chronic pain being

20        associated with mesh?

21   A.   Mesh does not cause chronic pain; that's my opinion.

22   Q.   And is that based on the same data that you just

23        enumerated?

24   A.   Yes, and there is some more information, also, pelvic
```

Salil Khandwala, M.D.

```
 1          pain, and that -- and my own -- and so that's -- the

 2          literature, I think it's -- I can't exactly remember

 3          what the other article I was thinking about, but it's

 4          also based upon my clinical findings, so we did not see

 5          an increase in incidence of pelvic pain.

 6     Q.   Okay.  Now, the studies that you described a moment

 7          ago --

 8                    MR. WALKER:  Can I just ask you in terms of

 9          those questions about whether or not mesh was associated

10          with pain or chronic pain, are you -- were you asking

11          that in reference to both Prolift and Prolift+M?

12                    MR. WOOL:  Yes, and I'll clarify that.

13                    And your opinion is the same for the Prolift?

14                    THE WITNESS:  Yes.

15     BY MR. WOOL:

16     Q.   And the same for Prolift+M?

17     A.   Yes, that it does not cause pelvic pain nor chronic

18          pelvic pain.

19     Q.   So for the studies that help form the basis of that

20          opinion, do the studies limit the results to experienced

21          physicians?

22     A.   I don't --

23                    MR. WALKER:  Object to form.

24                    THE WITNESS:  I mean I don't know these
```

Salil Khandwala, M.D.

```
 1          physicians, I don't know what their experience is, so I

 2          can't tell you.  I just look at the medical literature

 3          and look at the study design.  I don't really look at

 4          the qualifications or what these physicians credentialed

 5          are or how old they are or how many years they're

 6          working or experience.  I look at, you know, what is the

 7          study design.  So and based upon the study design, I

 8          say, okay, does this study make sense, and I look at the

 9          results once the materials and method make sense.

10     BY MR. WOOL:

11     Q.   So when you look at complication rates for a number of

12          these studies, you're not necessarily looking to see

13          whether the physicians meet your definition of

14          experienced or not?

15               MR. WALKER:  Object to form.

16               THE WITNESS:  Based upon maybe the

17          publications, that's the only thing I can look up.  I

18          suppose if you have someone like Daniel Alterman

19          publishing, so you know, well, at least from the

20          publication standpoint and the study standpoint, I mean

21          it's a powerful group, it's a very powerful Nordic

22          group.  So many of these are multi-centric studies, so

23          now you go through a group which is based out of

24          Amsterdam and there's this group which is the Withagen/
```

Salil Khandwala, M.D.

```
 1          Milani group, then you look at the Nordic group, which

 2          is the Alterman/Elmer group, E-l-m-e-r.  So you look at

 3          these groups, you can say, okay, well, these are big

 4          groups, so hopefully you think that, you know, they have

 5          good experience.  But, otherwise, it could be a single

 6          person like me, I have a paper out, so nobody can look

 7          at my paper and say is this guy experienced or not, but

 8          they can look at the quality of the study, and they

 9          realize that, well, this is a well done study, there's a

10          prospective study and patients followed up, you know.

11   BY MR. WOOL:

12   Q.    But for your study as an example, could somebody look at

13          your credentials and say this guy's experienced?

14   A.    Yes.  Well, they can look it up --

15                MR. WALKER:  Objection, form.

16                THE WITNESS:  -- on the American Urogynecology

17          Society website, but I don't know what else further they

18          can look at.

19   BY MR. WOOL:

20   Q.    Now, are you offering a general opinion on dyspareunia

21          associated with pelvic organ prolapse?

22                MR. WALKER:  Could you clarify?

23                MR. WOOL:  Sorry, I'll clarify it.

24                Are you offering an opinion that the Prolift
```

Salil Khandwala, M.D.

```
 1          does not result in higher rates of dyspareunia compared

 2          with native tissue repairs?

 3                    THE WITNESS:  Prolift does not cause more

 4          dyspareunia than native tissue repairs, that is correct.

 5          In some cases Prolift may have lower risk of

 6          dyspareunia, also.

 7    BY MR. WOOL:

 8    Q.    Okay.  And the same question with the Prolift+M?

 9    A.    Yes.

10    Q.    Okay.  And what's the basis of that opinion?

11    A.    So that was a randomized clinical trial that was again

12          done by this group from Amsterdam who looked at mesh

13          versus no mesh, and they found that there was no

14          difference in the dyspareunia rate in that group.

15                    MR. WALKER:  I'm sorry to interrupt.  Could we

16          break that down between Prolift and Prolift+M, just so

17          that it's clear.

18    BY MR. WOOL:

19    Q.    Yeah.  So the same question with strictly Prolift.

20    A.    Yeah.  So Prolift, in both Prolift and Prolift+M, my

21          opinion is that it does not lead to dyspareunia, the

22          mesh itself, so -- and that is based upon just not my --

23          it's based upon my experience, what I've read in the

24          literature and what I've discussed with my colleagues at
```

Salil Khandwala, M.D.

```
 1          meetings, and this is very typical.  It's, in fact, even

 2          listed in the 2016 Cochrane review by Chris Maher, 2015

 3          Cochrane review, and that -- I think it's 2016, I'm

 4          sorry, it's 2015 or 2016.  So in that review, what he

 5          says is that there is nothing specific, in that article

 6          they say that there is no difference in pelvic pain,

 7          dyspareunia, or anything else between the mesh versus

 8          nonmesh.  The only thing that they say is exposures

 9          happen in mesh, they don't happen in native tissue

10          repair.

11     BY MR. WOOL:

12     Q.   Okay.  And, I'm sorry, the Cochrane review that you're

13          describing, am I incorrect in thinking that that's the

14          one that looked at the Prolift+M?

15     A.   The 2016?

16     Q.   Were you describing the 2016 one?

17     A.   The 2016 one.

18     Q.   Okay.  And --

19     A.   Now, I think they looked at Prolift.

20     Q.   Okay, that one was Prolift.  Okay.  So let me see.

21          Sorry, did I ask you about -- the same question with the

22          Prolift+M?

23     A.   Yes.

24     Q.   Okay.  And same question, are you providing a general
```

Salil Khandwala, M.D.

1        opinion on dyspareunia associated with sacrocolpopexy?

2    A.   No.

3    Q.   Okay.

4             MR. WALKER:  Are you asking whether or not

5        he's going to opine whether there's a greater rate with

6        that procedure versus -- Prolift or Prolift+M, or

7        whether or not it can actually happen at all with that

8        procedure?

9    BY MR. WOOL:

10   Q.   Right, so to clarify -- I'll move on to a different --

11   A.   The only abdominal sacrocolpopexy paper was the CARE

12       study, the C-A-R-E study, and in Nygaard I don't know if

13       they looked at dyspareunia as a variable, so I'm not

14       sure, that's the only thing I can tell you.

15   BY MR. WOOL:

16   Q.   Okay.  So --

17   A.   N-y-g-a-a-r-d.

18   Q.   So I guess, going back, are you offering an opinion as

19       to the Prolift or Prolift+M and sacrocolpopexy?

20             MR. WALKER:  Object to form.

21             THE WITNESS.  In what form?

22   BY MR. WOOL:

23   Q.   Sorry, okay, let's just strike that and move on.  Okay.

24       Are you offering a general opinion on nerve damage

Salil Khandwala, M.D.

```
 1           associated with pelvic organ repair from a transvaginal

 2           implant?

 3                    MR. WALKER:  Object to form.

 4                    THE WITNESS:  So Prolift/Prolift+M does not

 5           cause nerve damage.

 6      BY MR. WOOL:

 7      Q.   Okay.  And what's the basis for that opinion?

 8      A.   My own experience, because if look at when you -- again,

 9           it's a very wide thing, so what is defined as nerve

10           damage and what is exactly happening, so it's not that

11           the mesh itself is causing any problems.  And what we

12           realize is that in my own clinical trials and when we've

13           seen and followed patients, I've not had any issues

14           where there has been documented nerve damage, where the

15           patient has pain running down the legs or numbness or

16           things like that, nor has it been reported in the

17           literature, nor has it been -- you know, when I review

18           with my physician colleagues we have never seen that.

19           So it's just not only what my own clinical trial, it's

20           generally accepted that the mesh itself does not cause

21           nerve damage.

22      Q.   Okay.  And you don't believe that mesh can cause nerve

23           innervation, that the mesh can trap nerves and cause

24           nerve damage?
```

Salil Khandwala, M.D.

```
 1                    MR. WALKER:  Object to form.

 2                    THE WITNESS:  There is no documentation like

 3          that in the literature.

 4                    MR. WALKER:  And, again, when you said mesh,

 5          were you referring to Prolift and Prolift+M?

 6                    MR. WOOL:  Yes.

 7     BY MR. WOOL:

 8     Q.   Okay.

 9                    MR. WALKER:  Want to take a break?

10                    MR. WOOL:  Yes, I can take a quick break.

11                    (A recess was taken from 1:27 a.m. to

12                     1:38 a.m.)

13     BY MR. WOOL:

14     Q.   So, Doctor, I want to go back briefly just to the

15          possible complications associated with either the

16          Prolift or Prolift+M.  Is erosion a possible

17          complication for let's start with the Prolift?

18     A.   So when -- again, I would just like to clarify, erosion

19          is where the mesh is protruding into the neighboring

20          viscus, is it exposure, exposure is where the mesh is

21          protruding into the vagina.

22     Q.   Okay.  So let's start with protruding into the

23          neighboring viscus.

24     A.   So erosion.
```

Salil Khandwala, M.D.

1   Q.   Yes.

2   A.   So if there is -- you know, the mesh is just placed as

3        it is.  What I believe is that a lot depends upon the

4        surgical technique.  So if the surgical technique

5        involves where the mesh is not placed appropriately,

6        then the mesh could penetrate, could erode, could go

7        into the organ, especially if it is thin.  You know,

8        sometimes when you open up the vagina and you're looking

9        at the bladder, many a times that the bladder wall looks

10       very thin.  In fact, after I have done the surgery,

11       whether with or without mesh, when I look inside the

12       bladder, you may see a little bruising of the bladder

13       wall, and that is because the wall of the bladder with

14       prolonged prolapse could be extremely thinned out.  And

15       if that is so, when you lay the mesh, if it's a thinned

16       out bladder wall, just because you dissect it in that

17       area, that itself could lead to devascularization, and

18       because of devascularization, that particular bladder

19       wall can weaken and break down, and then it may look as

20       though this mesh is protruding into the vagina.  So it's

21       a factor of several things.

22               One, the main reason why a mesh is used

23       because of attenuation of the fascial tissue, so the

24       tissues are very weak.  Number two is if the bladder

Salil Khandwala, M.D.

```
 1          wall is also so thin, then if you're placing it and

 2          operating in that area, that itself can cause blood

 3          vessel damage or devascularization, and that may look as

 4          though it's eroding.  So I don't think personally, in my

 5          opinion, the mesh does not go into the bladder and erode

 6          in so that what an erosion is, so it's not, in other

 7          words, it's not an active process of the mesh doing it.

 8          It's more about the anatomy, what happens during the

 9          surgery, and, also, the technique, how was it placed?

10          You know, was it placed very close to the bladder?  Was

11          it actually in the bladder during the placement, and was

12          that missed, and then it looks, oh, it eroded

13          afterwards, but actually it had already gone into the

14          bladder during the placement.

15     Q.   So it's a surgical error?

16     A.   It could be that or it could be because of the -- what

17          happens afterwards, because how the anatomy was.  As I

18          mentioned, literally and sometimes when you're just

19          touching the bladder and moving the bladder, that can

20          cause bruising of the bladder from the inside.  If

21          you're looking at the bladder -- so, in other words,

22          after I finished the repair and everything has gone

23          great, when I look inside the bladder you can see the

24          bladder looking bruised.  That's because the wall is so
```

Salil Khandwala, M.D.

```
 1          thin, and that's why this is prolapsing out, because

 2          there is really no support tissue between the bladder

 3          and the vagina.  See, when you have that thick support

 4          tissue, then the bladder is cushioned, but if there is

 5          no support tissue and the mesh is like right against the

 6          bladder, and if that wall is already weak and decides to

 7          break down, that looks as though it's -- so it could be

 8          surgical technique, or it also could be the weakness of

 9          the tissues.  What I believe is that the mesh does not

10          itself actively erode into the bladder.

11   Q.     Okay.  And the same answer for the Prolift+M?

12   A.     And for Prolift+M, and also the same answer for vaginal

13          exposure.  So, for example, vaginal exposure is the

14          opposite where it is eroding into the bladder, here it

15          is looking into the vagina, you know, so which is the

16          main thing that is reported.  If you look at under

17          complications, one of the major complications that has

18          been reported is mesh exposures.  However, what I

19          believe is that and what has been now understood is it

20          all depends upon the healing.  So no surgeon has had --

21          has done an operation and made an incision anywhere in

22          the body and never have that incision separate out at

23          least a little bit.  In abdominal wall it's called wound

24          separation, which is very common.  If you ask any
```

Salil Khandwala, M.D.

```
1           surgeon who has done a laparotomy, almost all surgeons

2           have had some extent of wound separation.  That is a

3           healing process.  It's -- if the vagina somehow decides

4           not to heal and opens up, then the mesh can be seen, and

5           that's mesh exposure.  So the mesh is laid where it is.

6                   So, again, here it could be healing process,

7           which is a patient micro environment or it could be a

8           surgical error where it may not have been placed deep

9           enough, it may have been placed superficial, or the

10          surgeon may have placed it correctly but the vagina was

11          just too thin, which is the micro environment of where

12          it's been placed.  So those are the patient factors.  So

13          it's not -- so what I believe is it's not specific to

14          the mesh, Prolift or Prolift+M.  That does not cut

15          through; it is overall, you know, the patient factors

16          and the surgical technique.

17    Q.    So let's just focus on one of those processes of erosion

18          that you mentioned, the failure of the healing process.

19          Now, in that type of situation where erosion is caused

20          by a failure of the healing process, would you expect to

21          see erosion happen fairly soon after surgery?

22    A.    It varies.  So typically if it is more at the incision

23          site, then it could be there, but if it is over time,

24          suppose if there is vaginal atrophy happening because
```

Salil Khandwala, M.D.

1       the patient is postmenopausal, and if it's happening

2       over time, then it could manifest later on.  So it

3       doesn't have to be immediately thereafter.

4   Q.  So if I'm understanding you correctly, the wound site

5       atrophies over time?

6   A.  The wound does heal, so the incision may have healed, so

7       you could have the exposure in the vagina, for example,

8       at different areas.  Number one, it could be at the site

9       of incision or maybe somewhere else.  At the site of

10      incision typically should happen while it's healing.

11      But if it's anywhere else, it could be the thinning of

12      the wall of the vagina, which could lead to eventually,

13      you know, the mesh getting exposed.

14  Q.  Okay.  And so with the thinning of the wall of the

15      vagina leading to exposure, if I'm understanding this

16      correctly, the wall itself would have thinned on its own

17      and the mesh is essentially just remaining in place?

18  A.  Correct.

19  Q.  So the mesh is static and the vagina is thinning, and

20      that's what causes the exposure, correct?

21  A.  Yes.

22  Q.  I just want to make sure I'm understanding you.

23  A.  However, most of the exposures do happen in the

24      immediate postoperative period.  In fact, most of the

Salil Khandwala, M.D.

```
 1        papers that are published on mesh exposure do state

 2        that, you know, they have happened within the first

 3        year, so it's not that it's going on delayed, though it

 4        has been reported in the literature that you may get

 5        delayed exposure, but most of the exposures if they were

 6        to happen, they would happen within the first 12 months,

 7        if not immediately postoperatively.

 8   Q.   And exposures happening in the first 12 months, do those

 9        tend to happen at the wound site?

10   A.   Most of them are at the wound site, but some could be at

11        a different area of the vagina, also.

12   Q.   And if it's not at the wound site, would you explain

13        that by thinning of the vaginal wall?

14   A.   Yes.

15   Q.   Okay.  And outside of menopause, what factors cause the

16        vaginal wall to thin?

17   A.   So let's look at two factors, one is a patient factor,

18        second is the surgeon factor.  From the patient factor,

19        one is the extent of the prolapse, because the larger

20        the prolapse is, the larger it has been outside, the

21        more it has got what is known as decubitus ulcers, and

22        these basically make the vaginal wall fragile and more

23        vulnerable to healing.

24                Second is has she had any prior surgeries, and
```

Salil Khandwala, M.D.

1       prior surgeries, that means it's not well vascularized

2       because there's usually scar tissue with any surgery,

3       and that decreases the vascularity, less vascularity,

4       the increased risk of breakdown.

5               Third is menopausal status, and that again is

6       because of vaginal atrophy and, also, decreased blood

7       supply.

8               These -- and then, fourth, are other factors

9       which lead to vascular insufficiency in the vagina such

10      as smoking, diabetic vasculopathy from diabetes, these

11      are two main factors, and, of course, besides menopause.

12              So those are the main patient factors.

13              Then you look at the surgeon factors is,

14      number one, did the surgeon keep the vaginal wall thick

15      as described in the Prolift monograph, you know, the

16      full thickness vaginal dissection, was that performed?

17      If they did the full thickness vaginal dissection, then

18      you're less likely to have that problem.

19              Number 2, did she form a hematoma inside?  She

20      may have had some blood collection.  Did it collect, and

21      did that cause the incision to open up?

22              Number 3, did the patient get an infection

23      postoperatively?

24              So these are the different factors that could

Salil Khandwala, M.D.

```
 1          result in exposure in the vagina.

 2     Q.   Okay.

 3     A.   And these are completely independent of the mesh.

 4     Q.   Okay.  Switching gears, this is probably a little bit

 5          easier, so there are three Prolift kits; correct?

 6     A.   Yes.

 7     Q.   Okay.  What are the three kits?

 8     A.   The anterior kit, the posterior kit, and the combined

 9          kit.

10     Q.   And will you describe everything that's included with

11          the kit.

12     A.   It's been a long time that I've used it, but it's --

13          anterior has the anterior mesh and it has got the

14          trocars to put it in, along with the mesh retrieval

15          loops, so same thing posterior, as the posterior mesh

16          has the trocars for delivery and the mesh retrieval

17          loops, and the combined has it all together, so the

18          anterior and posterior are in one unit, one whole mesh

19          piece, and then you have the trocars for the anterior,

20          the trocars for the posterior, and the mesh retrieval

21          loops.

22     Q.   Okay.  And can you just briefly describe the

23          implantation process generally.

24               MR. WALKER:  For Prolift?
```

Salil Khandwala, M.D.

```
1              MR. WOOL:  Yes, for Prolift.

2              THE WITNESS:  So, first of all, it's -- I'll

3        be brief, I won't go into whole -- you'll dissect the

4        vagina after proper hydrodissection, so the key is there

5        are certain steps that should be followed.  Most

6        important thing is that let's say suppose if I'm putting

7        in a mesh right now anteriorly, I would dissect after

8        proper hydrodissection.  What that means, proper

9        hydrodissection meaning that you're putting in this

10       water, fluid, which could be containing a

11       vasoconstrictor agent such as epinephrine or

12       vasopressin.  I use Lidocaine with epinephrine.  I use

13       quarter percent Lidocaine with 1 in 400,000 epinephrine.

14       I inject into this space, what's called a vesicovaginal

15       space.  The way you know that you're in the right plane

16       is because you will not see blanching of the vaginal

17       mucosa, means now you know that you're leaving that

18       vaginal epithelium completely intact and you're going in

19       between the bladder and the vagina.  Once that hydro-

20       dissection is done, once you make an incision, you open

21       up the vaginal walls, you dissect sharply into the

22       paravaginal spaces.  And once I get into the paravaginal

23       space, then what I do is I use a headlight so I know

24       exactly I'm getting into the paravaginal space, I put my
```

Salil Khandwala, M.D.

```
 1        fingers in, and then I make the incisions on the outside

 2        for the passage of the trocars.  So one is a superficial

 3        trocar, the other is the deep trocar.  One comes out at

 4        the junction of the superior ramus of the pubis and the

 5        body of the pubis.  The other one just comes out a

 6        centimeter above the ischial spine.  So these are the

 7        two trocars that come out anteriorly.  The mesh

 8        retrieval loops are inserted, and the mesh arms are

 9        pulled up.

10             The key thing the monograph alludes to is that

11        initially when the total vaginal mesh group put this up,

12        it was this was what was done.  Just as you mentioned,

13        the Information For Use, why as clinicians we just don't

14        look at it and consider it gospel truth, because since

15        then we have modified, we want to make sure it's

16        properly placed, so what the monograph alludes to is

17        that we now take a stitch on the cervix, we attach the

18        mesh to the cervix proximally and maybe distally at the

19        bladder neck so as to -- so the mesh will lay nice and

20        flat.  And once we know that the mesh is nice and flat,

21        looks good, then the vagina is essentially closed under

22        it.  So that essentially is the anterior.

23             Similarly, we do it posteriorly, the posterior

24        vaginal mucosa is opened -- you want me to continue with
```

Salil Khandwala, M.D.

```
 1         this?

 2    BY MR. WOOL:

 3    Q.   Yes.

 4    A.   So the rectum is dissected off the vagina.  We get into

 5         what is known as the pararectal spaces.  And then I put

 6         my fingers on the sacrospinous ligament, I get what is

 7         called a Briesky, B-r-i-e-s-k-y Navratel,

 8         N-a-v-r-a-t-e-l retractors, I look at the sacrospinous

 9         ligament, my headlight helps me identify it, put two

10         fingers on top of the sacrospinous ligament, and that

11         3 centimeters lateral and inferior or posterior to the

12         anus and make an incision which is about 3 to

13         4 millimeters after injecting local.  I put the trocar

14         in.  As I'm putting the trocar in I guide it.  Now, this

15         is important, as you mentioned nerve injury, if it is

16         done correctly, the pudendal nerves are behind the

17         ischial spine or close by.  It is critical to go 2

18         fingerbreadths medial, two fingerbreadths medial to the

19         ischial spine, and then with the trocar should come out

20         through the sacrospinous ligament.  And once it emerges

21         through the meat of the ligament, not behind it, because

22         if the surgical technique goes in front of it, that's

23         not good support, you're just going to the levator ani.

24         And that's -- the IVS tunneler was doing that.  If it
```

Salil Khandwala, M.D.

```
 1          goes behind it, it could get the inferior gluteal nerve,

 2          and that can cause pain.  And, therefore, it has to go

 3          through the meat of that sacrospinous ligament.

 4               Once it's there, the mesh retrieval loop is

 5          inserted, loop is pulled out, the trocar is -- or the

 6          needle is removed, we put the mesh arm on each side,

 7          pull the mesh arms out, make sure the mesh lays flat, it

 8          could be attached to the cervix with a prolene thread or

 9          laterally to the uterosacral ligaments at the top, and

10          at the bottom it's anchored to the pubococcygeus muscle

11          through a simple little prolene suture.  This is so that

12          the mesh lays nice and flat on top of the rectum.

13               Sometimes I would -- may put the rectal fascia

14          together, you know, sometimes I don't.  In the front I

15          don't put the fascia together.  Here I may do a little

16          bit of fascial plication at the bottom, then put the

17          mesh on and then close the vagina.

18     BY MR. WOOL:

19     Q.   Okay.  So you described using two fingers to measure the

20          distance from the pudendal nerve.  Is the pudendal nerve

21          located in the same anatomical position in all women?

22     A.   There is some variation which could be about a

23          centimeter variation, I believe, and, in fact, I was

24          just doing an ultrasound study to see where it was,
```

Salil Khandwala, M.D.

```
 1        because we wanted to do a pudendal nerve block, and it

 2        could be a variation where maybe about a centimeter

 3        medial.  So most recommendations if you go two

 4        fingerbreadths medial, you should be able to avoid the

 5        nerve.

 6   Q.   Okay.  Does the Prolift IFU indicate how to place the

 7        mesh tension free?

 8                  MR. WALKER:  Feel free to refer to it if you

 9        need to.

10                  THE WITNESS:  Okay, so let's see, I think the

11        key, as I mentioned, once we read this, it's ultimately,

12        you know, what we do, and that is -- I would really

13        count more on the monograph, and I think most of my

14        colleagues when we used to go to the summit, they would

15        count on the monograph more than the IFU.  So let's see,

16        where would that be.

17                  MR. WALKER:  And if you can't recall offhand,

18        that's fine.

19                  THE WITNESS:  Well, I don't know if it

20        specifically states that, I don't see it specifically

21        but -- they do mention to lay -- if the sutures are

22        placed -- but I don't know if they specifically state

23        that.

24
```

Salil Khandwala, M.D.

```
1    BY MR. WOOL:

2    Q.   How would you define tension free?

3    A.   You know, it is a very interesting way to say that

4         because there is -- it's basically just laying it

5         without tacking it as such, so that's what it means.  So

6         what is done is that when you lay it, you know, if

7         you -- we do tack it to the side, but it's not like some

8         pulling across, so that word has changed.  For example,

9         the way I do it, I don't think I could call it

10        completely, I don't say -- it's -- tension free is where

11        it's placed without tension, let's put it -- let me say

12        that, so tension free placed without tension, but it

13        doesn't mean that it's placed without tacking sutures.

14   Q.   Okay.  Does the Prolift IFU indicate that patients may

15        need to have multiple surgeries or operations to treat

16        complications?

17             MR. WALKER:  Object to form.

18             THE WITNESS:  I'm not sure of that.

19   BY MR. WOOL:

20   Q.   Does the IFU indicate that entire mesh removal may not

21        be possible?

22             MR. WALKER:  Object to form.

23             THE WITNESS:  I don't think that it's up to

24        IFU, it's up to mainly physicians to figure out what has
```

Salil Khandwala, M.D.

```
1         to be done.

2    BY MR. WOOL:

3    Q.   Okay.  Does the IFU indicate that mesh can cause chronic

4         or severe pain?

5                   MR. WALKER:  Object to form.

6                   THE WITNESS:  It does say nerve damage, yes,

7         it does.

8    BY MR. WOOL:

9    Q.   Okay.  Does it say that the nerve damage can be

10        permanent?

11                  MR. WALKER:  Object to form.

12                  THE WITNESS:  There is nobody who can say

13        "yes" or "no."  See, this is -- it's very subjective,

14        you know, what happens afterwards clinically is what's

15        relevant, and in my practice I've never seen Prolift

16        ever cause nerve damage which I've even temporarily had

17        a problem with.

18   BY MR. WOOL:

19   Q.   Does the IFU indicate that the Prolift can cause

20        recurrent urinary tract infections?

21                  MR. WALKER:  Object to form.

22                  THE WITNESS:  The IFU, it's -- ultimately it's

23        up to -- most of -- what you're asking are clinical

24        questions which are determined by clinical application,
```

Salil Khandwala, M.D.

```
1          so when we use this and what happens in clinical

2          literature, clinical data, and same thing what is

3          published, what is written on there.  So mesh never --

4          has not been documented cause a recurrent urinary tract

5          infections, and I have in my experience never seen a

6          recurrent urinary tract infections because of mesh.

7    Q.    Okay.  And is the Prolift currently available in the

8          market today?

9    A.    The Gynemesh is, but the Prolift system is not.

10   Q.    Okay.  Same question for the Prolift+M?

11   A.    It's not available.  The Ultrapro is, but the Prolift+M

12         is not.  So the mesh is -- I believe it's -- I'm not

13         sure, though.

14   Q.    And do you know when it was removed from the market?

15   A.    I don't recall exactly.

16   Q.    Do you know when the Prolift+M was removed from the

17         market?

18   A.    I believe the same time, but I don't know when.

19   Q.    Do you know why the products were removed from the

20         market?

21   A.    Yes.

22   Q.    Both the Prolift and the Prolift+M?

23   A.    Yes.

24   Q.    Why is that?
```

Salil Khandwala, M.D.

```
1              MR. WALKER:  Object to form.

2              THE WITNESS:  And I know this very well

3         because I was at that time using Prolift+M and was very

4         happy with it.  Apparently, you know, at that time, you

5         know, we had -- when the physicians interacted with Piet

6         Hinoul, he was the medical director, H-i-n-o-u-l, first

7         name P-i-e-t, he was the medical director, and he went

8         to the FDA when FDA was mandating postmarket analysis

9         studies, and he went to them and he said we have had

10        enough clinical trials we've already done, and these are

11        robust clinical trials that have been performed, level 1

12        evidence with randomized clinical trials.  So Prolift

13        and Prolift+M have been used in thousands of women with

14        very good results being published, very strong papers

15        with level 1 evidence.  So we have done our due

16        diligence, and I don't see why we should be subject to

17        like some others who may not have done that.  And FDA

18        mandated that they had to do it.

19              So there was -- clinical evidence was

20        absolutely crystal clear amongst the physicians and the

21        company that it is a phenomenal product.  It did great

22        for improving women's pelvic health, and financially,

23        you know, the decision was made that it's not -- they

24        should not be doing these clinical trials, because they
```

Salil Khandwala, M.D.

```
 1       had already done it, so it was more of a financial

 2       decision, it was made evident to most of the physicians

 3       who were doing it, because we were very upset as to why

 4       such a good product was being taken off the market when

 5       it was doing phenomenal in our patients.  Now, almost

 6       all the physicians were livid when this happened,

 7       because it was -- it's an excellent product and it was

 8       taken away from our women, our patients, but it was a

 9       financial decision that Johnson & Johnson made.

10  BY MR. WOOL:

11  Q.   Okay.  Now, what is the difference between the Prolift

12       and the Prolift+M kit?

13  A.   I don't think there is any difference.

14  Q.   So the only difference is the mesh that's involved?

15  A.   Correct.

16  Q.   And the Prolift+M has the Ultrapro mesh?

17  A.   That is correct.

18  Q.   Aside from that, the Instructions For Use are the same,

19       to the best of your knowledge?

20  A.   To the best of my knowledge, I think so, and there may

21       be some more alteration maybe, but overall is the same,

22       at least from a physician standpoint is the same.

23  Q.   Okay.  And the real, the only real difference is the

24       absorbable Monocryl portion of the mesh?
```

Salil Khandwala, M.D.

```
1    A.    And I believe they lengthened the posterior mesh a

2          little bit, they widened it.

3    Q.    And what's the purpose of the Monocryl fiber?

4    A.    The Monocryl polyglecaprone 25, it is a material which

5          is monofilament vicryl.  The advantage of being is that

6          you have a monofilament polypropylene, so monofilament

7          is single filament, not multi-filament, so concern is a

8          multi-filament thread/mesh could possibly harbor more

9          infections because you have small pore size if it's

10         multi-filament where as monofilament would not.  So then

11         they did not want to use vicryl, so they went with

12         monofilament vicryl, which is Monocryl, and the Monocryl

13         disappears over time.  The thinking process at that time

14         of the engineers is that if the fibroblasts and the

15         encapsulation, you know, the classic foreign body

16         reaction I mentioned sometime back, as that is

17         happening, once it goes through its process and by the

18         time it goes from acute inflammation to chronic

19         inflammation to, you know, granulation tissue, foreign

20         body reaction, to encapsulation, that fibroblast, so by

21         the time the fibroblasts are actually coming in and scar

22         tissue is forming, the Monocryl is getting dissolved.

23         So hopefully it just stays there until it's required,

24         and then it goes away.
```

Salil Khandwala, M.D.

```
 1                    That would hopefully increase pore size, and

 2           it does, it decreases the size of the mesh, so the pore

 3           size went up from, I believe, 2.4 to 4.1 millimeters,

 4           and the weight went down from 51 to 30 grams per

 5           centimeter.  So that may have some role.  If you have

 6           less mesh left behind, could that be beneficial; that

 7           was the premise.

 8      Q.   Okay.  And are you aware if Ethicon performed any

 9           premarket clinical testing on the Ultrapro mesh?

10      A.   I am not aware.

11      Q.   Not aware.  And do you have an opinion as to whether or

12           not the Ultrapro mesh has a foreign body reaction?

13      A.   Every foreign body has a foreign body reaction, so

14           Ultrapro mesh also should have a foreign body reaction

15           which is selfsustained.

16      Q.   Do you have an opinion as to whether the Ultrapro mesh

17           leads to an increased foreign body reaction?

18      A.   I don't think it should make a difference.

19                    MR. WALKER:  I'm sorry, when you said

20           increased, relative to what?

21                    MR. WOOL:  I'm sorry, relative to the

22           Gynemesh.

23                    THE WITNESS:  To Gynemesh PS.

24
```

Salil Khandwala, M.D.

```
1    BY MR. WOOL:

2    Q.   Right.  So to clarify, do you have an opinion on whether

3         or not either -- do you have an opinion whether or not

4         the Ultrapro mesh causes a different or a more severe

5         foreign body reaction than the Gynemesh?

6    A.   No, I don't.

7    Q.   Okay.

8    A.   Gynemesh PS.

9    Q.   Yes, Gynemesh PS.  So do you have an opinion as to

10        whether the Ultrapro mesh has any sort of different

11        reaction as it relates to inflammation than the Gynemesh

12        PS?

13   A.   No.  I have an opinion that there is no difference.

14   Q.   Okay.  So I'm going to ask you basically some of the

15        same questions I asked you about on the warnings on the

16        Prolift IFU -- sorry, yeah, the Prolift IFU.

17             Does the Prolift+M IFU indicate that patients

18        may need to have had multiple surgical procedures to

19        treat complications related to the mesh product?

20             MR. WALKER:  Object to form.

21             THE WITNESS:  I don't know if that is in the

22        IFU, but that's something that the clinicians, that we

23        would be able to decide and determine from literature,

24        and knowing from what our own experience is, and I have
```

Salil Khandwala, M.D.

```
 1          never had that happen, so I have never had to go in for

 2          a Prolift+M and do repeated surgeries for anything for

 3          that matter.

 4     BY MR. WOOL:

 5     Q.   Does the Prolift+M IFU indicate that multiple or repeat

 6          surgical procedures may still not be able to correct the

 7          complications related to the mesh product?

 8                    MR. WALKER:  Object to form.

 9                    THE WITNESS:  See, I think my opinion's mainly

10          based not that much on the IFU.  My opinion is based

11          upon my experience and my dealing with my colleagues and

12          discussing with my colleagues and the medical

13          literature, so from that standpoint it's not been

14          documented.

15     BY MR. WOOL:

16     Q.   Does the Prolift+M IFU indicate that complete mesh

17          removal may not be possible?

18                    MR. WALKER:  Object to form.

19                    THE WITNESS:  It's, again, the same answer.

20          It's mainly from my experience what I can tell you, I've

21          never had to remove a mesh, myself personally, I've

22          never had to remove a mesh completely, I've never had to

23          explant a mesh, and very few of my colleagues had to

24          totally explant a mesh, and especially -- and the
```

Salil Khandwala, M.D.

```
 1          medical literature states the same.  That if it is in

 2          fact -- in fact, the interesting part is even if a mesh

 3          is exposed in the vagina and it is now open to the

 4          micro-environment of the vagina which has its own

 5          bacteria, despite that, it can be expectantly managed.

 6          So not all exposed meshes have to be cut out.  So, in

 7          other words, if there was a major concern with infection

 8          or inflammation, we would be trying to cut this exposed

 9          mesh out because it is exposed in the vagina, but more

10          than -- no matter which study you look at, whether it is

11          the Abed, A-b-e-d, study, which is the meta-analysis of

12          complications or in our group you can see that more than

13          50 percent of the exposed mesh are managed expectantly

14          without surgical removal, so an explant is almost

15          unnecessary in most cases.

16     BY MR. WOOL:

17     Q.   Okay.  Does the Prolift+M IFU instruct how to place the

18          mesh tension free?

19               MR. WALKER:  Object to form.

20               THE WITNESS:  It states how to do it, and then

21          the monogram is the main important document that goes

22          and explains how this should be placed.  But more

23          importantly is the -- ultimately I think what happens is

24          like with any other field, it depends upon the surgeon
```

Salil Khandwala, M.D.

```
1         and how the surgeon eventually figures this out and what

2         is the best technique to do and based upon their

3         experience.

4                   So what I can tell you is from my experience,

5         I've realized how best to place it, what I need to do,

6         what are the key things, and then when we discuss as

7         what -- so monograph is a consortium of physicians,

8         experienced doctors who came together and put this

9         information for others to read and as guidelines and

10        more guidelines from doctors' perspective, as a

11        surgeon's perspective, that's something that we follow.

12   BY MR. WOOL:

13   Q.   The monogram?

14   A.   The monogram.

15   Q.   Let's see.  Does the Prolift+M IFU indicate that the

16        Prolift may cause chronic dyspareunia?

17                  MR. WALKER:  Object to form.

18                  THE WITNESS:  I don't believe that mesh causes

19        dyspareunia at all.  It's the surgical process that is

20        there, so I don't -- would not look for it.

21   BY MR. WOOL:

22   Q.   Okay.  Does the IFU for the Prolift+M indicate that the

23        mesh can cause permanent or severe never damage?

24                  MR. WALKER:  Object to form.
```

Salil Khandwala, M.D.

```
 1                 THE WITNESS:  A mesh does not cause nerve

 2         damage, so it should not be indicating such.  It does

 3         mention that potential risk of nerve damage from the

 4         procedure, which is the vaginal procedure, but the mesh

 5         itself does not cause nerve damage.

 6    BY MR. WOOL:

 7    Q.   Okay.  Does the Prolift+M IFU indicate that the mesh can

 8         cause chronic or recurrent urinary tract infections?

 9                 MR. WALKER:  Object to form.

10                 THE WITNESS:  It is not up to the IFU to

11         state, I mean it's for us to determine, so it is -- so

12         what we have seen, it doesn't cause, I've never seen

13         Prolift+M mesh not as it is reported in literature.  So

14         the fact of the matter is clinically what is relevant,

15         which is my experience, what's out of the literature,

16         and what is reviewed by my colleagues, is it does not

17         cause recurrent urinary tract infections.

18    BY MR. WOOL:

19    Q.   So to be clear, the IFU does not indicate that or you're

20         saying --

21    A.   It's what is important for me to base my opinion is my

22         experience and the experience of what has been out in

23         the literature.  So there is literally -- and as I have

24         mentioned, the key thing is putting things in
```

Salil Khandwala, M.D.

```
 1          perspective, what is the incidence, what's the

 2          likelihood of that happening?  And that is -- you know,

 3          this report would not -- and we just look at it what

 4          are -- but that is intuitive, that is something that a

 5          surgeon understands, that when you operate in the

 6          vagina, you know, can this happen?  So there is no --

 7          the mesh per se does not cause bladder infections, just

 8          operating in the vagina, can it cause bladder

 9          infections?  Actually not.  I mean if you think about

10          it, a patient has vaginal prolapse.  The bladder is

11          hanging outside.  So now it's hanging outside.  So she

12          is retaining urine because she can't empty.  Because she

13          is retaining urine, she gets bladder infections.  You

14          put the vagina back inside, the bladder goes inside, now

15          she can empty her bladder better, she's less likely to

16          get bladder infections.  So what I believe is

17          Prolift/Prolift+M mesh reconstruction procedure when

18          done in patients with large anterior vaginal wall

19          prolapse will actually decrease the incidence of bladder

20          infections especially by eliminating the stagnant urine

21          and retention.

22    Q.    So I understand your statement that you think that that

23          warning would be irrelevant, but I think my question's a

24          little bit more simple, which is simply does the IFU
```

Salil Khandwala, M.D.

1          warn of chronic or recurrent urinary tract infections?

2                    MR. WALKER:  Object to form.

3                    THE WITNESS:  See, I would tell you

4          clinically, so from the clinical standpoint, I think it

5          doesn't cause it; it, in fact, helps it.  That's more

6          relevant, you know, than what my findings or what's out

7          there in literature, what has been published, and no

8          where would you say that urinary tract infections are

9          increased by placement of a mesh or doing this surgical

10         procedure.  Even if I -- I think -- I don't think even

11         native tissue repair states that there is increased --

12         would also cause bladder infections.

13    Q.   Okay.  So, again, I'm not asking for your opinion on

14         whether or not -- either -- whether or not the Prolift+M

15         causes chronic or recurrent urinary tract infections or

16         whether it's relevant to warn against.  I'm only asking

17         whether the IFU warns against chronic or recurring

18         urinary tract infections.

19    A.   But, see, what's more relevant is that IFU is just a

20         document.  It just states whether -- yes or no, you

21         know, so I don't see a specific word frequent bladder

22         infections in the IFU.

23    Q.   Okay.  Can I ask how much time we're at?

24                    (An off-the-record discussion was held.)

Salil Khandwala, M.D.

```
 1    BY MR. WOOL:

 2    Q.    You mentioned that you follow the monogram and that you

 3          depart from the actual Instructions For Use?

 4                  MR. WALKER:  Object to form, misstates his

 5          testimony.

 6    BY MR. WOOL:

 7    Q.    Okay.  So will you describe whether or not you follow

 8          the IFU, I guess, to the T for either the Prolift or the

 9          Prolift+M?

10    A.    IFU --

11                  MR. WALKER:  Object to form.

12                  THE WITNESS:  If you ask most physicians, IFU

13          is a document that they look at it, they read it, and

14          they understand it.  Then they ultimately -- their

15          practice, what they do is determined by what happens

16          with their peers, what are the colleagues teaching them,

17          what happens when they go to the cadaver lab, what --

18          cadaver lab is not just about going and putting a mesh

19          in the cadaver.  It's a whole discussion.  You know, the

20          panel discussion that happens before that, where you

21          look at your peers that you respect, and they tell you

22          their experience, what is the science behind it, you

23          learn all these things.  That all is very important.

24          Then you read literature what has been published on this
```

Salil Khandwala, M.D.

```
1       product.  That is more important to physicians.  It's

2       almost akin to a manual that you get with a product, you

3       know, whether you get your iPhone or anything else, you

4       get instruction manual.  Now, how many people actually

5       go through the whole manual?  So this is important as a

6       guidance, but what we really count on is my colleagues

7       and what we have experienced, if, let's say Prolift+M,

8       and I have already used Prolift, so I know what to

9       expect from the surgical standpoint, and I understand

10      when I moved to Prolift+M, you know, did I look at the

11      IFU?  Yes, but was I reading it and memorizing it?   No,

12      because once I read it I understood it.  Then what

13      matters is what are the publications, what is happening?

14      What is the clinical science that is coming out with

15      this particular product and its application in the

16      pelvic floor.  And that has significant more relevance

17      to my colleagues and to myself than the IFU so.

18   BY MR. WOOL:

19   Q.   Do you think the IFU should change as the literature

20        changes?

21              MR. WALKER:  Object to form.

22              THE WITNESS:  It's impossible for the IFU to

23        keep all this literature.  It's for us to understand

24        what is happening, and then there are so many elements
```

Salil Khandwala, M.D.

```
 1          to that.  One is medical literature, that means you're

 2          reading what's published, then conferences, discussions,

 3          networking, and personal experiences.  All those form

 4          the basis of a physician's decision to proceed in which

 5          manner.  That is the crux.  That is what we as surgeons

 6          and we as physicians go by.  Ultimately, ultimately more

 7          than any of this is our patient.  You know, the patients

 8          I've operated on, what does she come back and say?  How

 9          has she been doing?  What are the outcomes we are

10          seeing?  And if we see nothing but phenomenal outcomes,

11          there's nothing else that can detract from that.  It's

12          ultimately the patients who matter.

13     BY MR. WOOL:

14     Q.   So how does your own practice involving the Prolift

15          differ from the IFU?

16     A.   I don't think it differs.  It's just that I go over that

17          information with the patient in proper perspective.  You

18          know, the IFU has the information, it is proper, it has

19          all the stuff that is there, but that's not for a

20          patient.  Like, for example, it may say nerve damage.

21          The patient doesn't understand what's nerve damage.  I

22          have to explain what that means if at all it were to be

23          relevant from the vagina surgical standpoint, not the

24          mesh standpoint.  So the way I would explain is I put
```

Salil Khandwala, M.D.

```
 1          things more in perspective by giving them the likelihood

 2          of that happening.  Now, that is more tangible to a

 3          person than just stating.  That's the only difference I

 4          would say, the IFU is complete, it has the stuff, but it

 5          doesn't have what I would consider as -- you know, from

 6          when we talk to our patient, we tell them what is the

 7          likelihood of that happening, so that's the main

 8          difference.

 9     Q.   So I think I'm asking a slightly different question.

10          I'm asking does your own surgical procedure differ from

11          the IFU?

12                    MR. WALKER:  For which product?

13                    MR. WOOL:  For the Prolift.

14                    THE WITNESS:  The only -- when I used to do

15          that, of course now it's not available, when I was doing

16          that, the only difference is that it's similar to the

17          monogram, and I would tack it to the cervix.  I don't

18          think the IFU states that you need to tack it to the

19          cervix or put those side -- onto the muscle so that the

20          mesh does not roll, it remains nice and flat.  So that's

21          where we evolve.  And the beauty of the surgical

22          technique is that we get better and better, you know, as

23          we keep doing these cases, as we see our outcomes and

24          our results.
```

Salil Khandwala, M.D.

```
1    BY MR. WOOL:

2    Q.   Okay.  And is your technique the same for the Prolift+M?

3    A.   Yes.

4    Q.   Okay.  And does it differ in the same way for the

5         Prolift+M IFU?

6    A.   Yes.

7    Q.   Okay.  I think that's about it for me.  Have anything?

8                   MR. WALKER:  I have nothing.

9                   (The deposition was concluded at 2:17 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Salil Khandwala, M.D.

```
 1                        CERTIFICATE OF NOTARY

 2

 3        STATE OF MICHIGAN          )

 4                                   ) SS

 5        COUNTY OF OAKLAND          )

 6             I, Laurel A. Frogner, Certified Shorthand Reporter,

 7        a Notary Public in and for the above county and state,

 8        do hereby certify that the above deposition was taken

 9        before me at the time and place hereinbefore set forth;

10        that the witness was by me first duly sworn to testify

11        to the truth, and nothing but the truth, that the

12        foregoing questions asked and answers made by the

13        witness were duly recorded by me stenographically and

14        reduced to computer transcription; that this is a true,

15        full and correct transcript of my stenographic notes so

16        taken; and that I am not related to, nor of counsel to

17        either party nor interested in the event of this cause.

18

19

20

21                        Laurel A. Frogner, CSR-2495, RMR, CRR

22                        Notary Public,

23                        Oakland County, Michigan

24                        My Commission expires:  4-22-2022
```

Salil Khandwala, M.D.

```
 1                 -  -  -  -  -  -

                  E  R  R  A  T  A

 2                 -  -  -  -  -  -

 3

 4    PAGE  LINE   CHANGE

 5    ____  ____   _____

 6        REASON:  _____

 7    ____  ____   _____

 8        REASON:  _____

 9    ____  ____   _____

10        REASON:  _____

11    ____  ____   _____

12        REASON:  _____

13    ____  ____   _____

14        REASON:  _____

15    ____  ____   _____

16        REASON:  _____

17    ____  ____   _____

18        REASON:  _____

19    ____  ____   _____

20        REASON:  _____

21    ____  ____   _____

22        REASON:  _____

23    ____  ____   _____

24        REASON:  _____
```

Salil Khandwala, M.D.

1

2          ACKNOWLEDGMENT OF DEPONENT

3

4              I,_____, do

5    hereby certify that I have read the

6    foregoing pages, and that the same is

7    a correct transcription of the answers

8    given by me to the questions therein

9    propounded, except for the corrections or

10   changes in form or substance, if any,

11   noted in the attached Errata Sheet.

12

13

14    _____

15   SALIL KHANDWALA, M.D.                DATE

16

17

18   Subscribed and sworn

     to before me this

19   _____ day of _____, 20____.

20   My commission expires:_____

21

     _____

22   Notary Public

23

24