# EXHIBIT C

Elizabeth Kavaler, M.D.

```
 1          UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
 2              CHARLESTON DIVISION
                    - - -
 3

    IN RE: ETHICON, INC.,     :Master File No.
 4  PELVIC REPAIR SYSTEMS     :2:12-MD-02327
    PRODUCTS LIABILITY        :MDL 2327
 5  LITIGATION                :JOSEPH R. GOODWIN
                              :U.S. DISTRICT JUDGE
 6  JO HUSKEY AND ALLEN       :
    HUSKEY                    :
 7      vs.                   :Case No. 2:12-cv-05201
    ETHICON, INC., et al.     :
 8      and                   :
                              :
 9  TONYA AND GARY EDWARDS    :
        vs.                   :Case No. 2:12-cv-09972
10  ETHICON, INC., et al.     :
                              :
11  _____:
12              APRIL 8, 2014
                    - - -
13       Oral deposition of ELIZABETH
14  KAVALER, M.D., taken pursuant to notice,
15  was held at the law offices of Riker,
16  Danzig, Scherer, Hyland & Perretti, LLP,
17  500 Fifth Avenue, New York, New York 10110,
18  commencing at 8:20 a.m., on the above date,
19  before Amanda Dee Maslynsky-Miller, a
20  Certified Realtime Reporter and Notary
21  Public in and for the State of New York.
22                  - - -
            GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph|917.591.5672 fax
               deps@golkow.com
24
```

Elizabeth Kavaler, M.D.

```
 1            "Question:  And will you
 2       agree with me that a medical
 3       device manufacturer has the
 4       obligation to research the safety
 5       of its products before putting
 6       them on the market?")
 7                 -  -  -
 8            MS. FITZPATRICK:  You can go
 9       ahead and answer.
10            Unless he tells you
11       specifically not to answer the
12       question, you can go ahead and
13       answer.
14            THE WITNESS:  I have no
15       opinion on that.
16  BY MS. FITZPATRICK:
17       Q.    Do you, as a physician who
18  treats women, rely on information
19  provided to you by medical device
20  manufacturers concerning the safety of
21  their product?
22       A.    Not specifically.  I rely on
23  many things.
24       Q.    Do you rely at all on what
```