IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> WAVE 1 CASES ATTACHED ON EXHIBIT A | Master File No. 2:12-MD-02327 <br><br> MDL No. 2327 <br><br><br> JOSEPH R. GOODWIN <br><br> U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION [1] TO EXCLUDE CERTAIN TESTIMONY OF TERESA IRWIN, M.D., PURSUANT TO FED. R. EVID. 702 AND *DAUBERT***

Plaintiffs, pursuant to Fed. R. Evid. 702 and *Daubert*[2] move the Court to exclude certain opinions that Teresa Irwin, M.D., an expert for Defendants, has set forth in her general expert report and testified about in her deposition. In support of this motion, Plaintiffs say as follows:

1. Defendants have identified Teresa Irwin, M.D., as an expert witness in each of these cases.

2. Defendants have produced case specific reports for each plaintiff identified above prepared by Dr. Irwin.

3. In addition to the case specific reports, Defendants have also produced a general report by Dr. Irwin concerning the Gynecare TVT Retropubic sling.

4. Dr. Irwin's general report expresses opinions that exceed the scope of Dr. Irwin's expertise. In her reports, Dr. Irwin opines on matters involving pelvic mesh design, pore size,

---

[1] In compliance with PTO No. 217, attached to this Motion as Exhibit A is a list of cases to which this Motion applies.
[2] *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).

weave, density, absorption, biocompatibility, biomaterials issues, allograft preparation, "state of the art" of pelvic mesh, pelvic mesh fraying and degradation.

5. Under Fed. R. Civ. P. 702 and *Daubert*, Dr. Irwin is not qualified to testify about the matters set for in paragraph 4 because she does not have the necessary education, training or experience in these matters.

6. Plaintiffs are filing a separate memorandum and exhibits in support of this motion.

7. The individual Plaintiffs reserve the right to file a separate motion relating to Dr. Irwin's case specific opinions in their respective cases.

Plaintiff respectfully requests that the Court enter an order excluding Dr. Irwin's testimony on matters discussed in paragraph 4.

This 21st day of April, 2016.

By: /s/ P. Leigh O'Dell
ANDY D. BIRCHFIED, JR.
P. LEIGH O'DELL
WESLEY CHADWICK COOK
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C
218 Commerce Street
Montgomery, Alabama 36104
334-269-2343
andy.birchfield@beasleyallen.com
leigh.odell@beasleyallen.com
chad.cook@beasleyallen.com

/s/Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esp.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

                    /s/ D. Renee Baggett
                    Bryan F. Aylstock, Esq.
                    Renee Baggett, Esq.
                    Aylstock, Witkin, Kreis and Overholtz, PLC
                    17 East Main Street, Suite 200
                    Pensacola, Florida  32563
                    (850) 202-1010
                    (850) 916-7449 (fax)
                    rbaggett@awkolaw.com
                    baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ P. Leigh O'Dell_____
**Attorney for Plaintiffs**