# Exhibit A

# EXHIBIT A

**THIS DOCUMENT RELATES TO PLAINTIFFS:**

*Daphne Barker, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00899

*Maria Eugenia Quijano v. Ethicon, Inc., et al.*, Civil Action No. 2:12 -cv -00799

*Sherry Fox v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-00878