Exhibit C

Teresa Irwin, M.D.

1           IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2                 CHARLESTON DIVISION
3   IN RE: ETHICON, INC., ) MASTER FILE NO.
    PELVIC REPAIR SYSTEM  ) 2:12-MD-02327
4   PRODUCTS LIABILITY     )
    LITIGATION             )
5                          ) MDL 2327
    ----------------------)
6                          )
    Daphne Barker          )
7   Case No. 2:12-cv-00899)
                           ) JOSEPH R. GOODWIN
8   Maria Eugenia Quijano ) U.S. DISTRICT JUDGE
    Case No. 2:12-cv-00799)
9                          )
    Sherry Fox             )
10  Case No. 2:12-cv-00878)
11

12                      -  -  -

13              Friday, March 25, 2016

14                      -  -  -
                    GENERAL TVT
15

16              Videotaped Deposition of
     TERESA IRWIN, M.D. taken pursuant to notice,
17   was held at the offices of Bowman and Brooke,
     LLP, 2901 Via Fortuna Drive, Suite 500,
18   Austin, Texas, beginning at 8:19 a.m., on the
     above date, before Micheal A. Johnson,
19   Registered Diplomate Reporter, Certified
     Realtime Reporter, and Notary Public for the
     State of Texas.
20

21

22              GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
23

24

Teresa Irwin, M.D.

1      Q.      Okay.  And are all the bases

2  for your opinions listed within that report?

3      A.      They should be.

4      Q.      And I may have asked this, and

5  I apologize, it's -- before today, have you

6  ever served as an expert in any litigation

7  involving pelvic mesh?

8      A.      I have not.

9      Q.      Do you consider yourself an

10  expert in pelvic mesh design?

11     A.      I consider myself an expert in

12  pelvic floor surgery and in the materials

13  that I use to perform those surgeries, as

14  well as knowing the specifications that are

15  ideal for the pelvic floor cavity.

16     Q.      Do you have a background or

17  degree in the design of medical devices?

18     A.      I do not have a degree in that

19  particular field.

20     Q.      Okay.  Have you ever designed a

21  pelvic mesh?

22     A.      I have not.

23     Q.      Have you ever consulted with a

24  pelvic mesh manufacturer regarding the design

Teresa Irwin, M.D.

1    of pelvic mesh?

2          A.      I have not.

3          Q.      Have you ever done any research

4    concerning the design of pelvic mesh?

5          A.      I've -- in terms of the

6    material types and -- any part of the design?

7          Q.      Any part of the design.

8          A.      Yes, I've done research on it,

9    yes, sir.

10         Q.      Okay.  What research have you

11   done on the design of pelvic mesh?

12         A.      Looking at the literature in

13   terms of the types of mesh types, including

14   the weight and pore size and type of material

15   used.

16         Q.      Let's go -- let's -- let me

17   define what I mean by "research."  I'm not

18   talking about reading and reviewing

19   literature.

20         A.      I understand now.

21         Q.      I'm talking about looking at

22   the specifics of the design of pelvic mesh to

23   determine, you know, okay, we need to do this

24   with it, it needs to have this many -- this

Teresa Irwin, M.D.

1    is how it needs to be knitted, this is what

2    it needs to be made of, this is --

3         A.    Yes, sir, I misunderstood your

4    question.  I apologize.  I have not.

5         Q.    Okay.  Have you ever published

6    any peer-reviewed articles regarding the

7    design of pelvic mesh?

8         A.    I have not.

9         Q.    Okay.  Do you consider -- do

10   you consider yourself an expert in the pore

11   size of pelvic mesh?

12        A.    I consider myself an expert in

13   knowing what's ideal for the pelvic floor

14   cavity in terms of pore size.

15        Q.    And is that based on your

16   review of literature?

17        A.    Yes, sir.

18        Q.    Okay.  Do you have a background

19   or degree in relation to the pore size of

20   pelvic mesh?

21        A.    Do I have a background or

22   degree in relationship to the pore size of

23   the mesh?  No, I do not.

24        Q.    Have you ever consulted with a

Teresa Irwin, M.D.

1    mesh manufacturer regarding the pore size of

2    pelvic mesh?

3           A.      I have not.

4           Q.      Have you ever done any

5    research, outside of your literature review,

6    concerning the pore size of pelvic mesh?

7           A.      I have not.

8           Q.      Have you ever published any

9    peer-reviewed publications concerning the

10   pore size of pelvic mesh?

11          A.      I have not.

12          Q.      Flip over to page 25 of your

13   general report, which is Exhibit 6.  On

14   page 25, you've got some information about

15   pore size and weave.  Is that based solely on

16   your review of the medical literature?

17          A.      Yes, and then what I've seen in

18   my own patients.

19          Q.      Okay.  Have you done any

20   independent research regarding the pore size

21   of the TVT mesh?

22          A.      No.

23          Q.      And I'm talking about outside

24   the literature review.

Teresa Irwin, M.D.

1          A.      No.  No, sir.

2          Q.      Now -- or the weave of the TVT

3     mesh?

4          A.      No.

5          Q.      Okay.  Do you consider yourself

6     an expert in the weave of the TVT -- of

7     pelvic mesh?

8          A.      I consider myself an expert in

9     terms of the type of materials that I need to

10    use to implant in pelvic floor surgery.

11         Q.      Do you have a background or

12    degree in the weave of pelvic mesh?

13         A.      I do not have a degree in

14    pelvic weave mesh construction.

15         Q.      Okay.  Have you ever consulted

16    with a mesh manufacturer concerning the weave

17    of pelvic mesh?

18         A.      I have not.

19         Q.      Outside of your literature

20    review, have you done any research concerning

21    the weave of pelvic mesh?

22         A.      I have not.

23         Q.      Have you ever published any

24    peer-reviewed publications concerning the

Teresa Irwin, M.D.

```
1    weave of pelvic mesh?
2         A.     No.
3         Q.     Okay.  And I've already asked
4    you about the weave in the previous one.
5              Do you consider yourself an
6    expert in the weight or density of pelvic
7    mesh?
8         A.     In terms of knowing what's
9    ideal for the pelvic floor cavity, yes.
10        Q.     Okay.  Have you ever done any
11   research on what's ideal for the weight or
12   density of pelvic mesh in the pelvic floor
13   cavity?
14        A.     I have not.
15        Q.     Do you have a background or
16   degree in weight or density of pelvic floor
17   mesh?
18        A.     I do not.
19        Q.     Ever consulted with a mesh
20   manufacturer concerning the weight or density
21   of pelvic floor mesh?
22        A.     I have not.
23        Q.     Outside of your literature
24   review for your general opinion -- your
```

Teresa Irwin, M.D.

1    general report, have you done any research

2    concerning the weight and density of pelvic

3    mesh?

4              A.      No.

5              Q.      Have you ever published a

6    peer-reviewed publication concerning the

7    weight or density of pelvic floor mesh?

8              A.      No.

9              Q.      On page 25 to 26 of your

10   report, which is marked as Exhibit 6, you've

11   got information regarding mesh weight or

12   density.  Is all that information based

13   solely on your review of medical -- review of

14   medical literature?

15             A.      And my experience with

16   patients.

17             Q.      All right.  Have you done any

18   testing on weight or density of pelvic mesh?

19             A.      I have not.

20             Q.      Do you consider yourself an

21   expert in the absorption of pelvic mesh?

22             A.      In terms of how it's applied to

23   patients, but not in terms of doing

24   scientific research.

Teresa Irwin, M.D.

1      Q.      So you don't have a background

2  or degree in relation to the absorption of

3  pelvic mesh?

4      A.      No, sir.

5      Q.      You've never -- have you ever

6  consulted with a mesh manufacturer concerning

7  absorption of pelvic mesh?

8      A.      No.

9      Q.      I'm getting tongue-tied this

10  morning.  Have you ever done -- outside of

11  your medical literature and your own

12  practice, have you ever done any research

13  into the absorption of pelvic mesh?

14      A.      No.

15      Q.      Have you ever published any

16  peer-reviewed articles regarding the

17  absorption of pelvic mesh?

18      A.      No.

19      Q.      Okay.  Page 26 and 27, you've

20  got information regarding mesh absorption.

21  Is that based on your review of literature

22  and your own practice?

23      A.      Yes.

24      Q.      It's not based on any

Teresa Irwin, M.D.

1    independent research you've done?

2         A.    No.

3         Q.    Do you consider yourself an

4    expert in the biocompatibility of pelvic

5    mesh?

6         A.    In using -- in the application

7    to the clinical aspect of it.

8         Q.    Okay.  You don't have a -- do

9    you have a degree or -- strike that.

10             Outside of the clinical

11   practice, do you have any expertise in

12   biocompatibility of pelvic mesh?

13        A.    No.

14        Q.    Do you have a background or

15   degree related to the biocompatibility of

16   pelvic mesh?

17        A.    No.

18        Q.    Have you ever consulted a mesh

19   manufacturer concerning the biocompatibility

20   of pelvic mesh?

21        A.    I have not.

22        Q.    Have you ever done any

23   research, outside of the literature review

24   and your own clinical practice, concerning

Teresa Irwin, M.D.

1    the biocompatibility of pelvic mesh?

2         A.     No.

3         Q.     You've never implanted it in

4    any type of tissue, whether animal, human,

5    anything, and then pulled it out to see what

6    happens to it?

7         A.     I have not.

8         Q.     Have you ever published any

9    articles in peer-reviewed publications

10   concerning the biocompatibility of pelvic

11   mesh?

12        A.     No.

13        Q.     Are you an expert in

14   biomaterials?

15        A.     I am an expert in terms of

16   implanting these materials in pelvic floor

17   surgery.

18        Q.     Okay.  But are you an expert in

19   how these materials react once they're

20   implanted in the body, the chemical

21   properties of the mesh, et cetera?

22        A.     Clinically.

23        Q.     Clinically.  Outside of your

24   own clinical practice, have you done any

Teresa Irwin, M.D.

1    testing concerning biomaterial issues related

2    to pelvic mesh?

3          A.     No.

4          Q.     Have you ever consulted with a

5    mesh manufacturer concerning biomaterial

6    issues related to pelvic mesh?

7          A.     No.

8          Q.     Outside of your literature

9    review and your own clinical practice, have

10   you ever done any research concerning the

11   biomaterial characteristics of pelvic mesh?

12         A.     No.

13         Q.     Have you ever published an

14   article in any peer-reviewed publications

15   concerning biomaterial issues involving

16   pelvic mesh?

17         A.     No.

18         Q.     Flip over to page 28.  We're

19   going to try to go through some issues in the

20   actual report.  And you've got some

21   information on host cell removal.  And it

22   looks like this is on allografts.  Do you see

23   where I'm talking about on page 28?

24         A.     I do.

Teresa Irwin, M.D.

```
 1    that in a minute -- on the sheaths in just a

 2    minute.

 3                On page 46 of your report,

 4    which is Exhibit 6, you say -- the first full

 5    bullet point, "Dyspareunia is rare following

 6    the implantation of the TVT."

 7                MR. OLIVEIRA:  What page are

 8         you on?  I'm sorry.

 9                MR. LAMPKIN:  Page 46.

10    BY MR. LAMPKIN:

11         Q.    Again, you're not an expert on

12    mesh design.  We've gone over that already,

13    right?

14                MR. OLIVEIRA:  Objection, form.

15                You can answer.

16         A.    That is -- I'm not a design

17    expert.

18    BY MR. LAMPKIN:

19         Q.    Okay.  You used the term

20    "rare."  Define "rare" for me, please.

21         A.    Uncommon, you know, below the

22    average, lower than low.

23         Q.    Less than 1 percent, would that

24    be rare?
```

Teresa Irwin, M.D.

1    be on this one, I think.  It might actually

2    be on the flash drive, because this has

3    these.  I don't see that one in there.  It's

4    probably on the flash drive.

5          Q.     But that -- would that be the

6    only copy -- if that's a company document,

7    would that be the only one you reviewed?

8          A.     That I can recall.  That's why

9    when you asked me at first, I didn't recall.

10   And so I need to correct that answer.

11         Q.     Okay.

12         A.     I believe so, but I can't tell

13   you with 100 percent confirmation.

14         Q.     All right.

15         A.     I don't think it's in here.

16   It's probably on my flash drive.

17         Q.     Okay.  That's fine.  I'll take

18   a look at that later.

19                (Deposition Exhibit 16 marked.)

20   BY MR. LAMPKIN:

21         Q.     I'm going to show you what I'm

22   going to mark as Exhibit 16.  And I'll

23   represent to you this is an Ethicon company

24   document from 1998.  And it's a surgeon

Teresa Irwin, M.D.

1    feedback on mesh concept.  Did you review

2    this document?

3          A.     I did not.

4          Q.     Okay.  Flip over to the second

5    page of the document.  And this is an

6    interview with a Dr. Fischer from Wiesbaden,

7    Germany.  Do you see down toward the bottom

8    of the page?

9          A.     Uh-huh.  Yes, I do.

10         Q.     And the second paragraph under

11   Dr. Fischer is -- does it say, "Gynemesh is

12   perceived as too bulky, and rigid.  And when

13   cutting the mesh, small particles are

14   released that migrate through the vaginal

15   wall causing pain"?

16         A.     I see that here.

17         Q.     Okay.  Flip over to -- you see

18   the little numbers at the bottom, the

19   ETH.MESH, the Bates label numbers?  You may

20   not be familiar with the Bates label numbers.

21         A.     This down here?

22         Q.     Yes.  Flip over to page 168,

23   and we're going to go to 169.  But 168 is a

24   Dr. Hilton from Newcastle upon Tyne in the

Teresa Irwin, M.D.

1    UK.

2         A.    Uh-huh.

3         Q.    And if you flip over to

4    page 169, you see the last sentence of the

5    first paragraph -- the continuation of the

6    paragraph at the top?

7         A.    Yes.

8         Q.    "The small particles migrate

9    and cause pain during intercourse."

10        A.    Yes.

11        Q.    Were you aware that Ethicon was

12   on notice as of 1998 that particles of this

13   mesh could break off and cause pain in the

14   pelvis?

15             MR. OLIVEIRA:  Objection, form.

16        A.    I'm not aware of that.

17   BY MR. LAMPKIN:

18        Q.    Did you consider that in your

19   portion of the -- on page 50 of your report,

20   where you talk about it's not been shown to

21   occur that the mesh frays and particles break

22   off?

23        A.    Well, this -- this isn't a

24   research study here.

Teresa Irwin, M.D.

1          Q.     Okay.  But this is information

2     that Ethicon, who hired you to testify in

3     this case, had and was aware of.  Did Ethicon

4     make -- were you aware that Ethicon knew, as

5     far back as 1998, that these -- this mesh

6     could fray and particles would break off and

7     those particles could cause dyspareunia and

8     cause pelvic pain?

9               MR. OLIVEIRA:  Objection, form.

10         A.     Well, at this point, it's

11    been -- '99 -- 16, 17 years, and that hasn't

12    been shown to be the case.

13    BY MR. LAMPKIN:

14         Q.     Okay.  I'm going to show you

15    what we're going to mark as Exhibit 17 to

16    your deposition.

17               (Deposition Exhibit 17 marked.)

18    BY MR. LAMPKIN:

19         Q.     And I'll represent to you this

20    is an Ethicon document from November 18th,

21    2003, from a Marty Weisberg, senior medical

22    director, Gynecare, which is an Ethicon

23    division.

24         A.     Okay.

Teresa Irwin, M.D.

1        Q.      And on the first page of this

2    document, in the first paragraph, it says,

3    "This note to file will address complaints of

4    TVT Tension-free Support for Incontinence

5    mesh fraying during placement."

6                Then, "Since the introduction

7    of the device in 2000, there have been a

8    total of 58 complaints of fraying.  Fraying

9    is inherent in the design and construction of

10   the product."

11               Were you aware that fraying was

12   inherent in the design and construction of

13   the product?

14       A.      In what reference?  Just the --

15   just fraying in general --

16       Q.      Yes.

17       A.      -- versus how it applies

18   clinically or -- in general --

19       Q.      In general.  Let's take in

20   general.

21       A.      Okay.  No.

22       Q.      Okay.  Then it says, "The

23   application of tension exacerbates this

24   issue.  When the mesh frays, several events

Teresa Irwin, M.D.

1   occur:  The mesh elongates in places; the

2   mesh narrows in places; and small particles

3   of Prolene might break off."

4        A.     Okay.

5        Q.     This is Gynecare's document

6   saying that this happens; is that right?

7        A.     That's what that says here.

8        Q.     Okay.

9        A.     But that doesn't -- I don't see

10  how that's applicable clinically in terms of

11  that being -- showing a cause and effect.

12       Q.     Was that 17?

13       A.     Yes, it is.

14       Q.     Were you aware that the very

15  act of implanting the Gynecare TVT device can

16  cause the fraying that's talked about in that

17  article regarding the inherent design of it?

18       A.      I'm aware that overtensioning

19  can cause some changes in the TVT mesh.

20       Q.     Okay.  My question is not -- I

21  understand overtensioning, but are you aware

22  that the very fact of removing the sheaths

23  can cause the problems with fraying and mesh

24  particles breaking off?

Teresa Irwin, M.D.

1              MR. OLIVEIRA:  Objection, form.

2        A.      Specifically the fraying and

3   particle loss?

4   BY MR. LAMPKIN:

5        Q.      Uh-huh.

6        A.      I'm aware of that, but not as

7   to it leading to any clinical adverse events.

8              (Deposition Exhibit 18 marked.)

9   BY MR. LAMPKIN:

10       Q.      I'll show you what I'm marking

11  as Exhibit 18.  Have you ever seen that

12  document before?

13       A.      So far it doesn't look

14  familiar.

15       Q.      Okay.  This is a April 19th,

16  2004, e-mail from Gene Kammerer to others at

17  Ethicon.  And if you look down at 2a, it

18  says, "The link between the elongation

19  percent, not force, and the integrity of the

20  mesh is this:  During the operative

21  procedure, as the surgeon removes the

22  protective sheath from the mesh, the mesh

23  stretches or elongates.  It is my experience,

24  after viewing many surgical procedures, and

Teresa Irwin, M.D.

1    performing numerous procedures on cadavers

2    myself, that the mesh stretches approximately

3    50 percent at the maximum.  There is also

4    additional stretching which occurs if the

5    surgeon elects to do an adjustment on the

6    position of the mesh under the urethra.  It

7    is these two occurrences which produce the

8    majority of the particle loss and loss of

9    integrity of the construction of the mesh.

10   The particle loss is measured objectively by

11   weight difference before and after

12   stretching.  The mesh integrity is measured

13   subjectively by observation of the number of

14   knit points that have been lost."

15              Is that what that document

16   says?

17        A.    That's what that -- that's what

18   that states.

19        Q.    Okay.  Were you aware that the

20   very act of removing the protective sheaths

21   from the TVT mesh could cause the loss of

22   integrity of the mesh through elongation and

23   particle loss?

24        A.    No, but that -- I don't see how

Teresa Irwin, M.D.

1    that -- this is one document, and how -- how

2    this applies clinically and where you see it

3    in research, I guess, would be my question.

4         Q.    Okay.  I'm going to show you

5    what I'm going to mark as Exhibit 19.

6              (Deposition Exhibit 19 marked.)

7    BY MR. LAMPKIN:

8         Q.    This is another e-mail from

9    Gene Kammerer dated August 28, 2006.  And it

10   says, "Attached is the PPT file with some

11   photos of the LCM" -- which I'll represent to

12   you is laser cut mesh -- "vs MCM" --

13   mechanically cut mesh -- "after elongation @

14   50%."  Is that right?

15        A.    That's what that says, correct.

16        Q.    Okay.  If you will flip over --

17   and the pages are not numbered, I'm sorry.

18   If you flip over to where it says description

19   of the results.

20        A.    Okay.

21        Q.    Says, "The MCM" -- the third

22   bullet point.  "The MCM samples show

23   degradation of the structure of the mesh in

24   certain areas where, because of particle

Teresa Irwin, M.D.

1    loss, the knit is opened and a portion of the

2    construction has been lost.  The area may

3    also be stretched and narrowed resulting in

4    roping due to this occurrence."

5          A.      I read that, correct.

6          Q.      Were you aware of that?

7          A.      No.  But this is one -- how

8    many times was this done?  I guess -- I guess

9    I'd like to read a little more to be able to

10   make my opinions on this.

11         Q.      Look over to the next page.  It

12   says, "Side by Side."

13         A.      Uh-huh.  I'm there.

14         Q.      Okay.  You see it's got MCM and

15   it's got two pieces of mesh?

16         A.      Yes.

17         Q.      And then you've got LCM?

18         A.      Yes.

19         Q.      And then you -- it's got

20   degradation and particles on the MCM side?

21         A.      Yes.

22         Q.      You see the little blue flakes

23   that have come off of that?

24         A.      I see that.

Teresa Irwin, M.D.

1          MR. OLIVEIRA:  I'll pass the

2     witness.

3               FURTHER EXAMINATION

4     BY MR. LAMPKIN:

5          Q.     In your clinical practice,

6     Dr. Irwin, have you ever removed mesh and

7     then examined it under a microscope?

8          A.     I personally have not examined

9     the mesh under a microscope.

10         Q.     Okay.  Have you ever examined

11    it under a scanning electron microscope?

12         A.     I have not, personally.

13         Q.     Can you look at a piece of mesh

14    and tell whether it degrades with the naked

15    eye?

16         A.     Depends on what your definition

17    of "degradation" is.

18         Q.     Okay.  Well, what's -- can you

19    look at a piece -- can you look at a piece of

20    mesh and tell whether there's barking?

21         A.     With the naked eye?

22         Q.     Yeah, with the naked eye.

23         A.     I don't think so.  But in terms

24    of degradation, if you look -- if you think

Teresa Irwin, M.D.

1    of it as something that's falling apart, you

2    can see that with the naked eye, and I have

3    not seen that.

4        Q.    Okay.  Have you done any

5    testing on mesh to determine whether there

6    was any sort of degradation?

7        A.    I have not, personally.

8        Q.    But regardless of your own

9    personal knowledge of degradation, as in

10   Exhibit 23, as of Johnson -- as of 2011,

11   Johnson & Johnson knew that the polypropylene

12   degraded once it was implanted in the human

13   body.  Would you agree with that?

14       A.    Again, I need the time to look

15   at that.

16       Q.    I'm not asking --

17       A.    It's a long paper.

18       Q.    I'm not asking you whether you

19   agree with it.  All I'm asking you is, does

20   that document show that Johnson & Johnson, in

21   2011, was aware that the polypropylene would

22   degrade?

23            MR. OLIVEIRA:  Objection, form.

24       A.    They -- it looks like they were